# A. 6

```
                                                              Page 1
 1           HIGHLY CONFIDENTIAL - A. COX
 2        UNITED STATES BANKRUPTCY COURT
 3        SOUTHERN DISTRICT OF NEW YORK
 4   ------------------------x
 5   In Re:
 6                                Chapter 11
 7   LEHMAN BROTHERS              Case No. 08-13555(JMP)
 8   HOLDINGS, INC., et al.,      (Jointly Administered)
 9
             Debtors.
10
     ------------------------x
11
12        * * *HIGHLY CONFIDENTIAL* * *
13        DEPOSITION OF ARCHIBALD COX
14             New York, New York
15            September 11, 2009
16
17
18
19
20
21
22
23   Reported by:
24   KATHY S. KLEPFER, RMR, RPR, CRR, CLR
25   JOB NO. 24300
```

### Page 2

```
 1        HIGHLY CONFIDENTIAL - A. COX
 2              September 11, 2009
 3              10:19 a.m.
 4
 5        HIGHLY CONFIDENTIAL deposition
 6   of ARCHIBALD COX, held at the law
 7   offices of Jones Day, LLP, 222 East
 8   41st Street, New York, New York, before
 9   Kathy S. Klepfer, a Registered Professional
10   Reporter, Registered Merit Reporter,
11   Certified Realtime Reporter, Certified
12   Livenote Reporter, and Notary Public
13   of the State of New York.
14
15
...
25
TSG Reporting - Worldwide  (877) 702-9580
```

### Page 3

```
 1        HIGHLY CONFIDENTIAL - A. COX
 2
 3        A P P E A R A N C E S:
 4   JONES DAY, LLP
 5   Attorneys for Lehman Brothers, Inc.
 6      222 East 41st Street
 7      New York, New York 10017-6702
 8   BY: JAYANT W. TAMBE, ESQ.
 9      BART GREEN, ESQ.
10
11   BOIES, SCHILLER & FLEXNER, LLP
12   Attorneys for Barclays and the Witness
13      575 Lexington Avenue - 7th Floor
14      New York, New York 10022
15   BY: JACK G. STERN, ESQ.
...
25
TSG Reporting - Worldwide  (877) 702-9580
```

### Page 4

```
 1        HIGHLY CONFIDENTIAL - A. COX
 2        A P P E A R A N C E S: (Cont'd.)
 3   JENNER & BLOCK, LLP
 4   Attorneys for the Examiner
 5      330 N. Wabash Avenue
 6      Chicago, Illinois 60611-7603
 7   BY: VINCENT LAZAR, ESQ.
 8
 9   QUINN, EMANUEL, URQUHART, OLIVER & HEDGES, LLP
10   Attorneys for the Creditors Committee
11      51 Madison Avenue
12      22nd Floor
13      New York, New York 10010
14   BY: JAMES C. TECCE, ESQ.
15
16   HUGHES, HUBBARD & REED, LLP
17   Attorneys for the SIPA Trustee
18      1775 I Street, N.W.
19      Washington, D.C. 20006-2401
20   BY: JOHN WOOD, ESQ.
21      FARA TABATABAI, ESQ. (Afternoon Session)
22
23   Also Present:
24      PHILIP E. KRUSE, Alvarez & Marsal
25
TSG Reporting - Worldwide  (877) 702-9580
```

### Page 5

```
 1        HIGHLY CONFIDENTIAL - A. COX

                  REDACTED

TSG Reporting - Worldwide  (877) 702-9580
```

PAGES 6 – 49 REDACTED

| Page 50 | Page 51 |
|---|---|
| 1  HIGHLY CONFIDENTIAL - A. COX<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10        REDACTED<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24     (Exhibit 417B, a document bearing<br>25     Bates Nos. BCI-EX-115898 through 115900,<br>TSG Reporting - Worldwide (877) 702-9580 | 1   HIGHLY CONFIDENTIAL - A. COX<br>2   marked for identification, as of this date.)<br>3      Q.   I've handed you a three-page document<br>4   marked 417B. Take moment to review all three<br>5   pages. Let me know when you're done.<br>6          (Document review.)<br>7      A.   All right.<br>8      Q.   There's various handwriting on all<br>9   three pages. Some of the handwriting is yours,<br>10  correct?<br>11     A.   Some of it is mine. On two of the<br>12  pages, some of it's mine.<br>13     Q.   On the middle page the handwriting<br>14  that appears, that's not your handwriting at<br>15  all, correct?<br>16     A.   That's correct.<br>17     Q.   So, putting aside that handwriting,<br>18  which also shows up on the first page, the<br>19  handwriting on the right-hand side of the page<br>20  on the first page?<br>21     A.   Yes.<br>22     Q.   If you could help us understand what<br>23  you have written there?<br>24     A.   I can read it to you.<br>25     Q.   Yes, if you could, and then I'll ask<br>TSG Reporting - Worldwide (877) 702-9580 |
| **Page 52** | **Page 53** |
| 1   HIGHLY CONFIDENTIAL - A. COX<br>2   you some follow-up questions about it.<br>3      A.   "We need these contracts. No one<br>4   knows where the 800 million came from. The 200<br>5   million is for more than 3,000 contracts.<br>6   Mission critical." And then, "How big will this<br>7   number be? 200 million estimated for more than<br>8   3,000 contracts. Martin Kelly, Lehman<br>9   Brothers."<br>10     Q.   And having read those notes, can you<br>11  help us understand what those notes are<br>12  referring to?<br>13     A.   They refer to the contracts that<br>14  Lehman had that we might have to -- that we<br>15  would either assume, or some of which we had --<br>16  we hadn't decided which ones we were going to<br>17  assume and what the cure payments might be for<br>18  the contracts.<br>19     Q.   And the $200 million figure, was that<br>20  the cure figure for the 3,000 mission -- the<br>21  greater than 3,000 mission critical contracts?<br>22     A.   I don't remember specifically, but<br>23  I -- I believe that's what the number refers to.<br>24     Q.   And was that a number that was<br>25  conveyed to you by Mr. Kelly during that week of<br>TSG Reporting - Worldwide (877) 702-9580 | 1   HIGHLY CONFIDENTIAL - A. COX<br>2   the 15th?<br>3      A.   I do not remember specifically.<br>4      Q.   Do you see the typewritten information<br>5   on page 1 of Exhibit 417B has a line that reads,<br>6   "Cure PMT," payment; do you see that?<br>7      A.   Yes.<br>8      Q.   There's a $2.25 billion number there?<br>9      A.   Yes.<br>10     Q.   Do you have any understanding where<br>11  that $2.25 billion number was derived from?<br>12     A.   I believe that was a number given to<br>13  us by Lehman, their estimate of what the cure<br>14  payments would be.<br>15     Q.   Did Barclays have its own estimate of<br>16  what the cure payments would be?<br>17     A.   We couldn't. We didn't have time<br>18  to -- we didn't have time to review all the<br>19  contracts.<br>20     Q.   Was there someone on the negotiating<br>21  team who was charged with trying to estimate<br>22  that cure payment number for Barclays?<br>23     A.   Not specifically that I remember.<br>24     Q.   Do you know ultimately how much<br>25  Barclays has paid in cure payments?<br>TSG Reporting - Worldwide (877) 702-9580 |

Page 54

1      HIGHLY CONFIDENTIAL - A. COX
2      A.   I do not know.
3      Q.   There's a reference to the 800
4   million, the $800 million in your handwritten
5   notes, do you see that?
6      A.   Yes.
7      Q.   Do you know what that's a reference
8   to?
9      A.   No.
10     Q.   The typewritten version, the
11  typewritten information that appears on this
12  document, do you know what that is?
13     A.   That was, at that particular point in
14  time that it was put together, was the -- was
15  the list of assets and liabilities that Barclays
16  would be assuming. Taking on, assuming, however
17  you want to ...
18     Q.   In the "Assets" column, at the bottom
19  of the "Assets" column, there's a typewritten
20  entry, "80J, adjusted total assets, 72.65," do
21  you see that?
22     A.   Yes.
23     Q.   Do you know how that number was
24  derived?
25     A.   That's -- I guess that was the sum of
TSG Reporting - Worldwide (877) 702-9580

Page 55

1      HIGHLY CONFIDENTIAL - A. COX
2   the total of the two items, two separate
3   categories above.
4      Q.   Do you know whether that number
5   reflected any markdown of asset values?
6      A.   I assume that that number reflected --
7   I do not -- I assume that number reflected the
8   marks that were agreed to between the two
9   parties.
10     Q.   And that's the process you had
11  referred to before?
12     A.   Yes.
13     Q.   Do you know whether that number is the
14  same number at which those assets were carried
15  on Lehman's books on or about September 16,
16  2008?
17     A.   I do not know exactly. I do not know
18  what the difference was and I do not know,
19  therefore, if it was the same number or not. I
20  do know that some of their marks were higher
21  than ours, some of their marks would have been
22  lower than ours. I think there was a good faith
23  agreement between the parties what the marks
24  should be.
25     Q.   Do you know any of the individuals who
TSG Reporting - Worldwide (877) 702-9580

Page 56

1      HIGHLY CONFIDENTIAL - A. COX
2   were involved in reaching that good faith
3   agreement as to what the marks should be?
4      A.   I do not know -- well, I do not know
5   specifically all the people who would have been
6   involved because there would have been a large
7   number of people involved given all the
8   different categories of securities.
9      Q.   Do you know who would have led that
10  effort from the Barclays side?
11     A.   Certainly Stephen King was involved
12  and Michael -- I always get his name --
13        MR. STERN: Keegan.
14     A.   Keegan was getting involved.
15        I always say Keating. Keegan was
16  involved.
17     Q.   Do you know any of the people involved
18  on the Lehman side in that process?
19     A.   I'm going to go blank on a name again.
20        Alex, their head of fixed income would
21  have been involved.
22     Q.   Alex Kirk?
23     A.   Yeah, Alex Kirk would have been
24  involved.
25     Q.   Do you have any --
TSG Reporting - Worldwide (877) 702-9580

Page 57

1      HIGHLY CONFIDENTIAL - A. COX
2      A.   And presumably a bunch of other people
3   as well, because these are all different trading
4   books.
5      Q.   Do you have any idea as to
6   mechanically how the marking was done? Was it
7   done cusip-by-cusip, was it done by asset
8   category, or some other method?
9      A.   I do not know.
10     Q.   Continuing down --
11     A.   I will say in all of the marking and
12  in all of the discussions between the parties on
13  the assets and liabilities, there was always a
14  really good faith effort to come up with numbers
15  that were fair to both parties. That was the
16  principle that we followed throughout the entire
17  negotiation.
18     Q.   If you look at the handwritten notes
19  that appear, you know, below the "Martin Kelly
20  LEH" entry you have written the number 1.5 and
21  then below that 1.35 bill, billion, number. I
22  can't decipher the rest of that phrase. If you
23  could just read that.
24     A.   Number Rich came up with may be
25  questionable.
TSG Reporting - Worldwide (877) 702-9580

### Page 58

HIGHLY CONFIDENTIAL - A. COX

Q. What's that a reference to?
A. Both of the notes on this page or all the notes on this page relate to questions I had about the cure payment and the compensation liability pool that we were assuming, in that I wanted to make sure that we were not overstating or understating the numbers.

The notes you have specifically referred to came about as a result of looking at the 2 billion accrual number that we had for the comp -- potential liability number that we had for the comp, compensation, and I do not -- my notes are not full. I do not remember exactly what the 1.35 billion was, whether that referred to just the U.S. entity or whether it referred to what they had accrued on their books so far for cash payments but excluding their compensation paid in stock.

I do not remember. I think what I was satisfied with was that the 2 billion number was as accurate a number as we could come up with.

Q. When you say "as accurate a number as you could come up with," was that $2 billion number a number that Barclays was generating an

TSG Reporting - Worldwide (877) 702-9580

### Page 59

HIGHLY CONFIDENTIAL - A. COX

estimate of?
A. No. No. No. Working with Lehman. Because obviously they had accrued numbers on their books. They had some facts we didn't have.

Q. So your belief is that the $2 billion number was the number accrued on Lehman's books?
MR. STERN: Objection to the form.
A. I did not say that.
Q. That's what I'm trying to understand.
A. That's not what I said. I said they -- we had to do it with them. They had some numbers that were accrued on their books. They had -- they knew what they were going -- they knew what approximately their liability would be for the year that they thought they had to pay. We obviously had to be working with Lehman to come up with a number that was arrived at.

Q. Do you know whether 2 billion was the number that Lehman had accrued on its books?
A. Well, first of all, I don't believe that it was because the 2 billion number applied to a year and they would only have accrued for

TSG Reporting - Worldwide (877) 702-9580

### Page 60

HIGHLY CONFIDENTIAL - A. COX

through the end of August, so for only for two-thirds of the year.

So it's highly unlikely that they would have had a full year's accrual in eight months given the environment in which we were operating. Secondly, I don't know that they accrued for the stock portion of their compensation. They may have only been accruing for the cash portion of their compensation.

So I would think it highly unlikely that the 2 billion number was accrued on their books at that time.

Q. Did you ever see any calculations from Lehman of their accruals?
A. Did I ever see their actual books and records that showed that number?
Q. Yes.
A. No. What their accrual was, no.
Q. The 1.35 billion number Rich came up with, what's that a reference to?
A. Rich Ricci had -- the 1.35 billion is the number that Rich gave me.
Q. You said "may be questionable." Is that Rich's number that will be questionable or

TSG Reporting - Worldwide (877) 702-9580

### Page 61

HIGHLY CONFIDENTIAL - A. COX

the $2 billion number would be questionable?
A. The 1.35 billion.
Q. Did you ask Rich Ricci questions about how he came up with that number?
A. Yes. We asked -- we asked a lot of questions about this. That's why I say when we ended up with the $2 billion number, that was the number that we felt was the correct number.
Q. Do you know the amount of the comp payments that Barclays has made under the contract, under the Asset Purchase Agreement?
A. I don't know the exact number, but my understanding is it's somewhere in that area of 2 billion.
Q. How do you have that understanding?
A. From what I've been told.
Q. By counsel?
A. No. Internally.
Q. By whom?
A. I don't recall.
Q. If you look at the last page of this exhibit, 417B, I believe that's your handwriting on the right-hand side, correct?
A. I think we've covered that.

TSG Reporting - Worldwide (877) 702-9580

16

Page 62

1      HIGHLY CONFIDENTIAL - A. COX
2      Q.   So next to the word "cure payment" in
3   the amount 2.25, you have written, "How big will
4   this number be? Is Lehman expecting this?
5   Creditors." Do you see that?
6      A.   Yes.
7      Q.   What's your reference to creditors
8   there?
9      A.   It's are the creditors expecting a
10  number this big.
11     Q.   Are these questions that you posed to
12  Lehman?
13     A.   They're questions that I asked of
14  myself. I would -- I do not remember
15  specifically asking people, others, but logical
16  to assume I did.

REDACTED

TSG Reporting - Worldwide (877) 702-9580

Page 63

1      HIGHLY CONFIDENTIAL - A. COX

REDACTED

TSG Reporting - Worldwide (877) 702-9580

Page 64

1      HIGHLY CONFIDENTIAL - A. COX

REDACTED

TSG Reporting - Worldwide (877) 702-9580

Page 65

1      HIGHLY CONFIDENTIAL - A. COX

REDACTED

TSG Reporting - Worldwide (877) 702-9580

PAGES 66 – 101 REDACTED

Page 102

1    HIGHLY CONFIDENTIAL - A. COX

REDACTED

TSG Reporting - Worldwide (877) 702-9580

Page 103

1    HIGHLY CONFIDENTIAL - A. COX

REDACTED

10    (Time Noted: 1:34 P.M.)
11
12
13
14
15
16
17
18
_____
ARCHIBALD COX
19
20    Subscribed and sworn to
      before me this    day
21    of      2009.
22
_____
23
24
25

TSG Reporting - Worldwide (877) 702-9580

Page 104

1    HIGHLY CONFIDENTIAL - A. COX
2              CERTIFICATE
3    STATE OF NEW YORK )
                       : ss
4    COUNTY OF NEW YORK)
5         I, Kathy S. Klepfer, a Registered
6    Merit Reporter and Notary Public within and
7    for the State of New York, do hereby
8    certify:
9         That ARCHIBALD COX, the witness whose
10   deposition is herein before set forth, was
11   duly sworn by me and that such deposition is
12   a true record of the testimony given by such
13   witness.
14        I further certify that I am not
15   related to any of the parties to this action
16   by blood or marriage and that I am in no way
17   interested in the outcome of this matter.
18        I further certify that neither the
19   deponent nor a party requested a review of
20   the transcript pursuant to Federal Rule of
21   Civil Procedure 30(e) before the deposition
22   was completed.
23        In witness whereof, I have hereunto
     set my hand this 11th day of September,
24   2009.
25        ------------------------------
TSG Reporting - Worldwide (877) 702-9580

Page 106

1     HIGHLY CONFIDENTIAL - A. COX
2          INDEX (Cont'd.)
3  EXHIBITS:                              PAGE
4  Exhibit 422B, a document bearing Bates Nos.    92
5  BCI-EX-81116
6  Exhibit 423B, a transcript from the United     94
7  States Bankruptcy Court on September 19, 2008
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
TSG Reporting - Worldwide (877) 702-9580

Page 107

1      HIGHLY CONFIDENTIAL - A. COX
2  NAME OF CASE:  In re Lehman Brothers Holdings, Inc.
3  DATE OF DEPOSITION:  September 11, 2009
4  NAME OF WITNESS:  Archibald Cox
5  Reason Codes:
6      1. To clarify the record.
       2. To conform to the facts.
7      3. To correct transcription errors.
8  Page _____ Line _____ Reason _____
   From _____ to _____
9
   Page _____ Line _____ Reason _____
10 From _____ to _____
11 Page _____ Line _____ Reason _____
   From _____ to _____
12
   Page _____ Line _____ Reason _____
13 From _____ to _____
14 Page _____ Line _____ Reason _____
   From _____ to _____
15
   Page _____ Line _____ Reason _____
16 From _____ to _____
17 Page _____ Line _____ Reason _____
   From _____ to _____
18
   Page _____ Line _____ Reason _____
19 From _____ to _____
20 Page _____ Line _____ Reason _____
   From _____ to _____
21
   Page _____ Line _____ Reason _____
22 From _____ to _____
23 Page _____ Line _____ Reason _____
   From _____ to _____
24
25      _____
TSG Reporting - Worldwide (877) 702-9580