# A. 9

1

2         UNITED STATES BANKRUPTCY COURT

3         SOUTHERN DISTRICT OF NEW YORK

4    --------------------------------x

     In Re:                          Chapter 11

5    LEHMAN BROTHERS                 Case No. 08-13555 (JMP)

     HOLDINGS, INC., et al.,         (Jointly Administered)

6    --------------------------------)

7

8         * * * HIGHLY CONFIDENTIAL * * *

9            DEPOSITION OF PAUL EXALL

10              New York, New York

11            Thursday, August 27, 2009

12

13

14

15

16

17

18

19

20   Reported by:

     FRANCIS X. FREDERICK, CSR, RPR, RMR

21   JOB NO. 24380

22

23

24

25

Page 2

```
 1
 2
 3
 4
 5        August 27, 2009
 6        9:30 a.m.
 7
 8
 9        HIGHLY CONFIDENTIAL deposition of
10   PAUL EXALL, held at the offices of Jones
11   Day, 222 East 41st Street, New York, New
12   York, pursuant to Notice, before Francis
13   X. Frederick, a Certified Shorthand
14   Reporter, Registered Merit Reporter and
15   Notary Public of the States of New York
16   and New Jersey.
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1
 2   A P P E A R A N C E S:
 3
 4   JONES DAY, LLP
 5   Attorneys for Lehman Brothers, Inc.
 6      222 East 41st Street
 7      New York, New York  10017-6702
 8   BY:  WILLIAM J. HINE, ESQ.
 9        GEORGE E. SPENCER, ESQ.
10
11   BOIES SCHILLER & FLEXNER, LLP
12   Attorneys for Barclays Capital
13      333 Main Street
14      Armonk, New York  10504
15   BY:  CHRISTOPHER M. GREEN, ESQ.
16
17   HUGHES, HUBBARD & REED, LLP
18   Attorneys for the SIPA Trustee
19      1175 I Street, N.W.
20      Washington, D.C.  20006-2401
21   BY:  JOHN F. WOOD, ESQ.
22
23
24
25
```

Page 4

```
 1
 2   A P P E A R A N C E S:  (Cont'd.)
 3   JENNER & BLOCK, LLC
 4   Attorneys for the Examiner
 5      330 N. Wabash Avenue
 6      Chicago, Illinois  60611-7603
 7   BY:  VINCENT LAZAR, ESQ.
 8
 9
10   ALSO PRESENT:
11      INGRID M. CHRISTIAN, Alvarez & Marsal
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
 1   PROCEEDINGS - HIGHLY CONFIDENTIAL
```

REDACTED

2 (Pages 2 to 5)

PAGES 6 – 197 REDACTED

Page 198

1    P. EXALL - HIGHLY CONFIDENTIAL

REDACTED

Page 199

1    P. EXALL - HIGHLY CONFIDENTIAL

REDACTED

24    Q.  I want to return back to
25    Exhibit 284B for a minute.  But first can you

Page 200

1        P. EXALL - HIGHLY CONFIDENTIAL
2    help me understand when we look at page 1 of 8
3    and I see you're modeling a $1.4 billion
4    figure there as the total funding pool
5    available.  How -- I'm just trying to
6    understand how that 1.4 billion figure is
7    different from the $2 billion figure you're
8    modeling in the previous exhibit, 281B.
9        MR. GREEN:  Object.  Asked and
10        answered.
11        A.  I don't understand.  They are
12    different.
13        Q.  Well, do you have any
14    understanding of why you're modeling 2 billion
15    in Exhibit 281B as opposed to 1.4 billion in
16    284B?
17        A.  I'm not modeling 2 billion in any
18    place.  That 2 billion is simply a reference
19    point on that schedule.  I'm not modeling 2
20    billion.  And neither am I modeling
21    1.4 billion in the other schedule.
22        Q.  Well, poor choice of a verb.  Why
23    is the -- the 2 billion is an accounting -- a
24    number that you were provided from the finance
25    department, right?  For Exhibit 281B?

Page 201

1        P. EXALL - HIGHLY CONFIDENTIAL
2        A.  I was told to use that number on
3    the schedule, yes.
4        Q.  Okay.  Well, why were you told to
5    use that number on 281B whereas 284B and
6    documents like that you're using 1.4 billion?
7        MR. GREEN:  Object to the form of
8        the question.  You can answer if you
9        know.
10        A.  I don't know.  Mr. Evans told me
11    to use 1.4 billion for the purpose of this
12    schedule.

REDACTED

PAGES 202 – 253 REDACTED

Page 254

1    P. EXALL - HIGHLY CONFIDENTIAL

REDACTED

Page 255

1    P. EXALL - HIGHLY CONFIDENTIAL

REDACTED

Page 256

1    P. EXALL - HIGHLY CONFIDENTIAL
13
14
15
16
17
18
19
20
21
22    REDACTED
23
24
25

Page 257

1    P. EXALL - HIGHLY CONFIDENTIAL

REDACTED

10    MR. HINE:  All right.  We're done.
11    (Time Noted:    2:40 p.m.)
12
13
14
15
16
17
18
19
20    _____
         PAUL EXALL
21
22    Subscribed and sworn to before me
23    this ___ day of _____, 2009.
24
25

Page 258

```
 1
 2         C E R T I F I C A T E
 3    STATE OF NEW YORK    )
 4                         : ss.
 5    COUNTY OF NEW YORK   )
 6         I, FRANCIS X. FREDERICK, a Notary
 7    Public within and for the State of New
 8    York, do hereby certify:
 9         That PAUL EXALL, the witness whose
10    deposition is hereinbefore set forth,
11    was duly sworn by me and that such
12    deposition is a true record of the
13    testimony given by the witness.
14         I further certify that I am not
15    related to any of the parties to this
16    action by blood or marriage, and that I
17    am in no way interested in the outcome
18    of this matter.
19         IN WITNESS WHEREOF, I have
20    hereunto set my hand this 27th day of
21    August, 2009.
22
23         _____
24              FRANCIS X. FREDERICK
25
```

Page 259

```
 1
 2    ----------------- I N D E X -----------------
 3    WITNESS        EXAMINATION BY     PAGE
 4    PAUL EXALL       MR. HINE          5
 5
 6
 7
 8
 9    ---------- INFORMATION REQUESTS ------------
10    DIRECTIONS: NONE
11    RULINGS: NONE
12    TO BE FURNISHED: NONE
13    REQUESTS: 71, 188, 228
14    MOTIONS: NONE
```

Page 260

```
 1
 2    ----------------- EXHIBITS -----------------
 3    EXHIBIT                          FOR ID.
 4    Exhibit 279B
 5    Debtors' First Rule 30(b)(6)
 6    Deposition Notice to Barclays
 7    on Issues Pertaining to Accrued
 8    08 FY Liability Under the
 9    Asset Purchase Agreement................. 5
10    Exhibit 280B
11    document bearing production
12    number BCI-EX-00077287.................. 61
13    Exhibit 281B
14    document bearing production
15    number BCI-EX-00115843.................. 61
16    Exhibit 282B
17    document bearing production
18    numbers BCI-EX-00113161
19    through BCI-EX-00113163................ 160
20    Exhibit 283B
21    document bearing production
22    number BCI-EX-00113194................. 170
```

Page 261

```
 1
 2    ----------------- EXHIBITS -----------------
 3    EXHIBIT                          FOR ID.
 4    Exhibit 284B
 5    document bearing production
 6    numbers BCI-EX-(S)00027190
 7    through BCI-EX-(S)00027197............. 172
 8    Exhibit 285B
 9    document bearing production
10    number BCI-EX-00077651................. 199
11    Exhibit 286B
12    document bearing production
13    number BCI-EX-00077621................. 199
14    Exhibit 287B
15    document bearing production
16    number BCI-EX-00077466................. 199
17    Exhibit 288B
18    document bearing production
19    numbers BCI-EX-(S)-00027258
20    through BCI-EX-(S)-00027265........... 239
21    Exhibit 289B
22    document bearing production
23    number BCI-EX-00077557................ 242
```

Page 262

```
 1
 2           ----------------- EXHIBITS -----------------
 3    EXHIBIT                                FOR ID.
 4    Exhibit 290B
 5    document bearing production
 6    numbers BCI-EX-00077542
 7    through BCI-EX-00077543................ 243
 8    Exhibit 291B
 9    document bearing production
10    numbers BCI-EX-00078069
11    through BCI-EX-00078071................ 246
12    Exhibit 292B
13    document bearing production
14    numbers 10267306
15    and 10238222............................ 249
16    Exhibit 293B
17    Barclays PLC Results
18    Announcement 31st December 2008........ 253
19
20
21
22
23
24
25
```

Page 263

```
 1
 2    NAME OF CASE: IN RE: LEHMAN BROTHERS
 3    DATE OF DEPOSITION: AUGUST 27, 2009
 4    NAME OF WITNESS: PAUL EXALL
 5    Reason codes:
          1. To clarify the record.
 6        2. To conform to the facts.
          3. To correct transcription errors.
 7    Page _____ Line _____ Reason _____
      From _____ to _____
 8
      Page _____ Line _____ Reason _____
 9    From _____ to _____
10    Page _____ Line _____ Reason _____
      From _____ to _____
11
      Page _____ Line _____ Reason _____
12    From _____ to _____
13    Page _____ Line _____ Reason _____
      From _____ to _____
14
      Page _____ Line _____ Reason _____
15    From _____ to _____
16    Page _____ Line _____ Reason _____
      From _____ to _____
17
      Page _____ Line _____ Reason _____
18    From _____ to _____
19    Page _____ Line _____ Reason _____
      From _____ to _____
20
      Page _____ Line _____ Reason _____
21    From _____ to _____
22    Page _____ Line _____ Reason _____
      From _____ to _____
23
                       _____
24
              PAUL EXALL
25
```