# A. 13

Page 1

1

2          UNITED STATES BANKRUPTCY COURT

3          SOUTHERN DISTRICT OF NEW YORK

4    -------------------------------x

     In Re:                        Chapter 11

5    LEHMAN BROTHERS                Case No. 08-13555 (JMP)

     HOLDINGS, INC., et al.,       (Jointly Administered)

6    -----------------------------)

7

8          * * * HIGHLY CONFIDENTIAL * * *

9          DEPOSITION OF MIKE KEEGAN

10              New York, New York

11            Friday, August 28, 2009

12

13

14

15

16

17

18

19

20   Reported by:

     FRANCIS X. FREDERICK, CSR, RPR, RMR

21   JOB NO. 24379

22

23

24

25

Page 2

```
 1
 2
 3
 4            August 28, 2009
 5            8:46 a.m.
 6
 7
 8            HIGHLY CONFIDENTIAL deposition of
 9
10   MIKE KEEGAN, held at the offices of
11   Jones Day, 222 East 41st Street, New
12   York, New York, pursuant to Notice,
13   before Francis X. Frederick, a Certified
14   Shorthand Reporter, Registered Merit
15   Reporter and Notary Public of the States
16   of New York and New Jersey.
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1
 2   A P P E A R A N C E S:
 3
 4   JONES DAY, LLP
 5   Attorneys for Lehman Brothers, Inc.
 6        222 East 41st Street
 7        New York, New York  10017-6702
 8   BY:  JAYANT W. TAMBE, ESQ.
 9        TERRY McMAHON, ESQ.
10
11   BOIES SCHILLER & FLEXNER, LLP
12   Attorneys for Barclays Capital
13        575 Lexington Avenue - 7th Floor
14        New York, New York  10022
15   BY:  JACK G. STERN, ESQ.
16
17   HUGHES, HUBBARD & REED, LLP
18   Attorneys for the SIPA Trustee
19        1175 I Street, N.W.
20        Washington, D.C.  20006-2401
21   BY:  JOHN F. WOOD, ESQ.
22        FARA TABATABAI, ESQ.
23
24
25
```

Page 4

```
 1
 2   A P P E A R A N C E S:  (Cont'd.)
 3   JENNER & BLOCK, LLC
 4   Attorneys for the Examiner
 5        330 N. Wabash Avenue
 6        Chicago, Illinois 60611-7603
 7   BY:  DAVID C. LAYDEN, ESQ.
 8
 9   QUINN, EMANUEL, URQUHART, OLIVER &
10   HEDGES, LLP
11   Attorneys for the Creditors Committee
12        51 Madison Avenue - 22nd Floor
13        New York, New York  10010
14   BY:  ROBERT K. DAKIS, ESQ.
15
16
17   ALSO PRESENT:
18        RAJESH ANKALKOTI, Alvarez & Marsal
19
20
21
22
23
24
25
```

Page 5

```
 1        M. KEEGAN - HIGHLY CONFIDENTIAL
 2   M I K E   K E E G A N,  called as a witness,
 3        having been duly sworn by a Notary
 4        Public, was examined and testified as
 5        follows:
 6   EXAMINATION BY
 7   MR. TAMBE:
 8        Q.   Good morning, Mr. Keegan.  We've
 9   met a few minutes ago.  My name is Jay Tambe
10   and I'm one of the lawyers at Jones Day.  We
11   are counsel -- special counsel to the Lehman
12   Brothers Holdings estate.  With me is my
13   colleague, Terry McMahon.  I'll have the other
14   lawyers who are sitting at the table introduce
15   themselves.
16        MR. WOOD:  I'm John Wood from
17   Hughes Hubbard & Reed and we represent
18   the SIPA Trustee.
19        MS. TABATABAI:  Fara Tabatabai
20   also with Hughes Hubbard & Reed.
21        THE WITNESS:  Excuse me.  I didn't
22   hear that.
23        MS. TABATABAI:  Fara Tabatabai
24   from Hughes Hubbard & Reed.
25        MR. DAKIS:  Robert Dakis from
```

Page 6

1      M. KEEGAN - HIGHLY CONFIDENTIAL
2   Quinn, Emanuel, Urquhart, Oliver &
3   Hedges for the Official Committee of
4   Unsecured Committee.
5      MR. LAYDEN:  Good morning.  David
6   Layden from Jenner & Block for the
7   Examiner.

REDACTED

Page 7

1      M. KEEGAN - HIGHLY CONFIDENTIAL

REDACTED

Page 8

1      **M. KEEGAN - HIGHLY CONFIDENTIAL**

REDACTED

Page 9

1      M. KEEGAN - HIGHLY CONFIDENTIAL

REDACTED

PAGES 10 – 25 REDACTED

Page 26

1    M. KEEGAN - HIGHLY CONFIDENTIAL

**REDACTED**

---

Page 27

1    M. KEEGAN - HIGHLY CONFIDENTIAL

REDACTED

3        Q.   You had some concerns about the
4    valuations of the assets on Monday, correct?
5    Lehman's valuations.
6        A.   Yeah.
7        Q.   And you went back to them and
8    proposed haircuts on these assets?
9        A.   Well, we proposed valuation
10   adjustments and haircuts, yes.
11       Q.   Do I gather from your answer that
12   on some of the haircuts or valuation
13   adjustments you proposed you reached agreement
14   with Lehman?
15       A.   On some of them, yeah.
16       Q.   And others you didn't?
17       A.   No.  Other's they just thought we
18   were nuts.
19       Q.   On the ones where you reached an
20   agreement with Lehman as to the haircut or the
21   valuation adjustment, were those included then
22   in the list of assets that Barclays would be
23   purchasing?
24       A.   Yes.
25       Q.   And the ones that you did not

---

Page 28

1        M. KEEGAN - HIGHLY CONFIDENTIAL
2    reach an agreement with Lehman on on valuation
3    were those excluded from the list of assets?
4        A.   That's correct.
5            MR. STERN:  Let me just pause.
6    I'm sorry.  For the reporter.  There's a
7    question "And others you didn't."  What
8    do you have as the answer?
9            (Discussion held off the record.)
10   BY MR. TAMBE:
11       Q.   In round numbers, for the
12   valuation adjustments or haircuts where you
13   did reach an agreement --
14       A.   I don't know.
15       Q.   $5 billion?
16       A.   No idea.
17       Q.   Have you ever heard about a
18   $5 billion adjustment or mark-down in the book
19   value of Lehman's assets around that period of
20   time?
21       A.   No.  Again, only in preparation
22   for this deposition.  But not otherwise.
23       Q.   When you said you proposed
24   haircuts or valuation adjustments to Lehman on
25   Monday, was there a document that had

---

Page 29

1        M. KEEGAN - HIGHLY CONFIDENTIAL
2    asset-by-asset proposed mark-downs?
3        A.   Yeah.  There was a period -- there
4    was an asset -- there was asset-by-asset where
5    we thought we had problems with valuations.
6    But then there was also a summary where we
7    just said that, you know, we're talking so
8    much -- you know, we're taking on so much
9    inventory, the market is melting down, you
10   aren't getting your hands on it till Thursday.
11   You know, what do you need to protect yourself
12   between now and Thursday or Friday.  So we can
13   manage the assets if the deal closes, right?
14           So that was the Monday night
15   process.  And I have no idea what the number
16   actually added up to.  We weren't targeting a
17   number or anything like that.  We were just
18   saying based on this type of asset, based on
19   what's going on in the market, how much
20   protection do you think you need between then.
21       Q.   Just to get a better understanding
22   of your proposal that Barclays made, was it by
23   asset category or was it even more granular,
24   particular asset by asset?
25           MR. STERN:  Objection to the form.

Page 30

1           M. KEEGAN - HIGHLY CONFIDENTIAL
2      **Q.   Do you understand my question?**
3      A.   Ask it again.  Or repeat it.
4      **Q.   The question I'm asking --**
5           MR. STERN:  I'm objecting to the
6      proposal term.
7           MR. TAMBE:  That's fine.
8      **Q.   You proposed some haircuts or**
9      **valuation adjustments, right?**
10     A.   Yeah.  By category we said we
11     think we need --
12     **Q.   When I use the word proposal**
13     **that's what I'm talking about, okay?**
14     A.   Okay.
15     **Q.   That proposal.  Was it by asset**
16     **category or by specific asset?**
17     A.    If we had a valuation adjustment
18     it was by asset.  And if we had a haircut it
19     was by category.

REDACTED

Page 31

1      M. KEEGAN - HIGHLY CONFIDENTIAL

REDACTED

Page 32

1           M. KEEGAN - HIGHLY CONFIDENTIAL

REDACTED

Page 33

1      M. KEEGAN - HIGHLY CONFIDENTIAL

REDACTED

PAGES 34 – 145 REDACTED

Page 146

1    **M. KEEGAN - HIGHLY CONFIDENTIAL**

REDACTED

Page 147

1    M. KEEGAN - HIGHLY CONFIDENTIAL

REDACTED

Page 148

1    M. KEEGAN - HIGHLY CONFIDENTIAL

REDACTED

10    (Time Noted:    12:39 p.m.)
11
12
13
14
15
16
17
18
19    _____
20    MIKE KEEGAN
21
22    Subscribed and sworn to before me
23    this ___ day of _____, 2009.
24
25

Page 149

1
2        C E R T I F I C A T E
3    STATE OF NEW YORK    )
4            : ss.
5    COUNTY OF NEW YORK    )
6        I, FRANCIS X. FREDERICK, a Notary
7    Public within and for the State of New
8    York, do hereby certify:
9        That MIKE KEEGAN, the witness
10    whose deposition is hereinbefore set
11    forth, was duly sworn by me and that
12    such deposition is a true record of the
13    testimony given by the witness.
14        I further certify that I am not
15    related to any of the parties to this
16    action by blood or marriage, and that I
17    am in no way interested in the outcome
18    of this matter.
19        IN WITNESS WHEREOF, I have
20    hereunto set my hand this 28th day of
21    August, 2009.
22
23    _____
24        FRANCIS X. FREDERICK
25

Page 150

1
2    ---------------- I N D E X -----------------
3    WITNESS        EXAMINATION BY    PAGE
4    MIKE KEEGAN      MR. TAMBE      5, 146
5              MR. WOOD      119
6              MR. DAKIS      135
7              MR. STERN      141
8
9
10
11    ---------- INFORMATION REQUESTS ------------
12    DIRECTIONS: 146, 147, 147
13    RULINGS:  NONE
14    TO BE FURNISHED:  NONE
15    REQUESTS:  NONE
16    MOTIONS:  NONE
17
18
19
20
21
22
23
24
25

Page 151

1
2    ----------------- EXHIBITS -----------------
3    EXHIBIT                FOR ID.
4    Exhibit 294A
5    document bearing production
6    number BCI-EX-(S)-00035155.............. 47
7    Exhibit 295A
8    document bearing production
9    number BCI-EX-(S)-00035143.............. 49
10    Exhibit 296A
11    document bearing production
12    number BCI-EX-(S)-00035440............. 52
13    Exhibit 297A
14    document bearing production
15    numbers BCI-EX-(S)-00035441
16    through BCI-EX-(S)-00035442.............. 55
17    EXHIBIT 298A
18    Document bearing production
19    number BCI-EX-(S)-00035491................56
20    Exhibit 299A
21    document bearing production
22    numbers BCI-EX-(S)-00035619
23    through BCI-EX-(S)-00035620............. 63
24    Exhibit 300A
25    document bearing production
      number BCI-EX-(S)-00036005.............. 68

Page 152

1
2    ----------------- EXHIBITS -----------------
3    EXHIBIT                FOR ID.
4    Exhibit 301A
5    document bearing production
6    numbers BCI-EX-(S)-00082251.............. 76
7    Exhibit 302A
8    document bearing production
9    number BCI-EX-00054270.................. 79
10    Exhibit 303A
11    document bearing production
12    number BCI-EX-00077814.................. 102
13    Exhibit 304A
14    document bearing production
15    number BCI-EX-00080560.................. 104
16    Exhibit 305A
17    document bearing production
18    number BCI-EX-(S)-00036496.............. 109
19    Exhibit 306A
20    e-mail dated Sunday,
21    9/21/2008 9:15:16 p.m.................... 119
22    Exhibit 307A
23    document bearing production
24    numbers BCI-EX-00053873
25    through BCI-EX-00054261.................. 122

Page 153

1
2    ----------------- EXHIBITS -----------------
3    EXHIBIT                FOR ID.
4    Exhibit 308A
5    document bearing production
6    numbers BCI-EX-(S)-00036396............. 129
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 154

1
2      NAME OF CASE:  IN RE:  LEHMAN BROTHERS
3      DATE OF DEPOSITION:  AUGUST 28, 2009
4      NAME OF WITNESS:  MIKE KEEGAN
5      Reason codes:
            1. To clarify the record.
6           2. To conform to the facts.
            3. To correct transcription errors.
7      Page _____ Line _____ Reason _____
       From _____ to _____
8
       Page _____ Line _____ Reason _____
9      From _____ to _____
10     Page _____ Line _____ Reason _____
       From _____ to _____
11
       Page _____ Line _____ Reason _____
12     From _____ to _____
13     Page _____ Line _____ Reason _____
       From _____ to _____
14
       Page _____ Line _____ Reason _____
15     From _____ to _____
16     Page _____ Line _____ Reason _____
       From _____ to _____
17
       Page _____ Line _____ Reason _____
18     From _____ to _____
19     Page _____ Line _____ Reason _____
       From _____ to _____
20
       Page _____ Line _____ Reason _____
21     From _____ to _____
22     Page _____ Line _____ Reason _____
       From _____ to _____
23
          _____
24
          MIKE KEEGAN
25