# A. 18

Page 1

1    HIGHLY CONFIDENTIAL - G. LaROCCA
2    UNITED STATES BANKRUPTCY COURT
3    SOUTHERN DISTRICT OF NEW YORK
4    -----------------------x
5    In Re:
6                               Chapter 11
7    LEHMAN BROTHERS            Case No. 08-13555(JMP)
8    HOLDINGS, INC., et al.,    (Jointly Administered)
9
            Debtors.
10
    -----------------------x
11
12       * * *HIGHLY CONFIDENTIAL* * *
13       DEPOSITION OF GERARD LaROCCA
14            New York, New York
15            August 19, 2009
16
17
18
19
20
21
22
23   Reported by:
24   KATHY S. KLEPFER, RMR, RPR, CRR, CLR
25   JOB NO. 24292

Page 2

1  HIGHLY CONFIDENTIAL - G. LaROCCA
2       August 19, 2009
3       9:30 a.m.
4
5       HIGHLY CONFIDENTIAL deposition
6  of GERARD LaROCCA, held at Jones
7  Day, LLP, 222 East 41st Street, LLP,
8  New York, New York, before Kathy S.
9  Klepfer, a Registered Professional
10 Reporter, Registered Merit Reporter,
11 Certified Realtime Reporter, Certified
12 Livenote Reporter, and Notary Public
13 of the State of New York.

TSG Reporting - Worldwide (877) 702-9580

Page 3

1  HIGHLY CONFIDENTIAL - G. LaROCCA
2
3       A P P E A R A N C E S:
4  JONES DAY, LLP
5  Attorneys for Lehman Brothers, Inc.
6     222 East 41st Street
7     New York, New York 10017-6702
8  BY: ROBERT W. GAFFEY, ESQ.
9     BART GREEN, ESQ.
10
11 BOIES, SCHILLER & FLEXNER, LLP
12 Attorneys for Barclays Capital
13 and the Witness
14    575 Lexington Avenue - 7th Floor
15    New York, New York 10022
16 BY: JACK G. STERN, ESQ.
17
18 QUINN, EMANUEL, URQUHART, OLIVER & HEDGES, LLP
19 Attorneys for the Creditors Committee
20    865 Figueroa Street, 10th Floor
21    Los Angeles, California 90017
22 BY: ERICA P. TAGGART, ESQ.
23
24
25      A P P E A R A N C E S: (Cont'd.)

TSG Reporting - Worldwide (877) 702-9580

Page 4

1  HIGHLY CONFIDENTIAL - G. LaROCCA
2
3  JENNER & BLOCK, LLP
4  Attorneys for the Examiner
5     330 N. Wabash Avenue
6     Chicago, Illinois 60611-7603
7  BY: ROBERT L. BYMAN, ESQ.
8
9  HUGHES, HUBBARD & REED, LLP
10 Attorneys for the SIPA Trustee
11    1775 I Street, N.W.
12    Washington, DC 20006-2401
13 BY: JOHN F. WOOD, ESQ.
14    FARA TABATABAI, ESQ.
15
16
17 Also Present:
18    PHILIP E. KRUSE, Alvarez & Marsal

TSG Reporting - Worldwide (877) 702-9580

Page 5

1       HIGHLY CONFIDENTIAL - G. LaROCCA
2       GERARD LaROCCA, called as a
3   witness, having been duly sworn by a Notary
4   Public, was examined and testified as
5   follows:
6  EXAMINATION BY
7  MR. GAFFEY:
8       Q. Mr. LaRocca, good morning. We met
9  briefly before the deposition. I'm Bob Gaffey.
10 I'm with Jones Day and we are special counsel to
11 the estate of Lehman Brothers Holdings, Inc.,
12 and as you know, we have been looking into
13 matters related to the transaction in September
14 of 2008 where Barclays purchased some assets
15 from Lehman and my questions today will be
16 largely about that. But first let me get some
17 background information.
18       Have you been deposed before?
19      A. No, I haven't.
20
21
22      REDACTED
23
24
25

TSG Reporting - Worldwide (877) 702-9580

PAGES 6-37 REDACTED

Page 38

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

REDACTED

TSG Reporting - Worldwide (877) 702-9580

Page 39

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

REDACTED

TSG Reporting - Worldwide (877) 702-9580

Page 40

REDACTED

1
2  Q.  Got it.
3  A.  Right? And they -- but still
4  concerned about how this, you know, how this was
5  going to happen and get done on time. We talked
6  about internally at Barclays -- who? Me, Rich
7  Ricci -- about, you know, moving $40 billion in
8  one go. And, you know, it's a lot of money and
9  that decision carried kind of great personal
10 risk for me and also tremendous risk for
11 Barclays, and while I was given assurances that
12 from the Fed that JPMorgan was going to play
13 ball or cooperate, my experience that week with
14 them grabbing collateral, them turning the pipes
15 off at Lehman Brothers, caused me great concern
16 and was very concerned that we would be exposed
17 that kind of money.
18       Rich kicked the decision up. I don't
19 know exactly the conversation that he had with
20 Bob, but what came back to me was that Bob had
21 gotten assurances from Bill, I think it's Bill
22 Winters from JPMorgan, that all the collateral
23 would move across.
24       So we moved 40 billion in one go, I
25 don't recall the time, late afternoon or early

TSG Reporting - Worldwide (877) 702-9580

Page 41

1   HIGHLY CONFIDENTIAL - G. LaROCCA
2  evening of Friday, and securities started to
3  come across in glacier-like speed, just -- and
4  I'm not sure why the systems were creaking. I'm
5  not sure. Just it took -- you know, there was
6  no rule book for what was happening. These
7  aren't, you know, this is not, you know, this
8  transaction is not getting processed like a
9  normal transaction, you know, and securities
10 moved till well after midnight.
11      And Barclays is expecting, you know,
12 something greater than $45 billion worth of
13 securities or, you know, and the number we were
14 expecting were in the neighborhood of 49 to 50
15 billion dollars worth of securities, assuming
16 there were normal haircuts assign to the
17 collateral.
18
19
20             REDACTED
21
22
23
24
25

TSG Reporting - Worldwide (877) 702-9580

PAGES 42-61 REDACTED

Page 62

1
2
3
4
5
6
7
8
9
10
11
12   REDACTED
13
14
15
16
17
18
19
20
21
22
23
24
25

TSG Reporting - Worldwide (877) 702-9580

Page 63

1
2
3
4
5
6
7
8
9
10
11
12   REDACTED
13
14
15
16
17
18
19
20
21
22
23
24
25

TSG Reporting - Worldwide (877) 702-9580

Page 64

1
2
3
4
5
6
7
8
9
10
11
12   REDACTED
13
14
15
16
17
18
19
20
21
22
23
24
25

TSG Reporting - Worldwide (877) 702-9580

Page 65

1   REDACTED
2
3
4   **Q. Who is Marty Malloy?**
5   A.   Marty Malloy is a trader in our stock
6   loan area who would be responsible for trying to
7   finance some of this collateral with third
8   parties after it arrived.
9
10
11
12
13
14
15
16   REDACTED
17
18
19
20
21
22
23
24
25

TSG Reporting - Worldwide (877) 702-9580

PAGES 66-197 REDACTED

Page 198

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

REDACTED

TSG Reporting - Worldwide (877) 702-9580

Page 199

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

REDACTED

TSG Reporting - Worldwide (877) 702-9580

Page 200

1
2
3
4
5
6
7
8

REDACTED

9  MR. STERN: That's all I have.
10  (Time Noted: 3:02 P.M.)
11        oOo
12
13
14
15
16
17
18
    _____
        GERARD LaROCCA
19
20  Subscribed and sworn to
    before me this    day
21  of         2009.
22
23  _____
24
25
TSG Reporting - Worldwide (877) 702-9580

Page 201

1   HIGHLY CONFIDENTIAL - G. LaROCCA
2         CERTIFICATE
3   STATE OF NEW YORK )
          : ss
4   COUNTY OF NEW YORK)
5       I, Kathy S. Klepfer, a Registered
6   Merit Reporter and Notary Public within and
7   for the State of New York, do hereby
8   certify:
9       That GERARD LaROCCA, the witness whose
10  deposition is herein before set forth, was
11  duly sworn by me and that such deposition is
12  a true record of the testimony given by such
13  witness.
14      I further certify that I am not
15  related to any of the parties to this action
16  by blood or marriage and that I am in no way
17  interested in the outcome of this matter.
18      I further certify that neither the
19  deponent nor a party requested a review of
20  the transcript pursuant to Federal Rule of
21  Civil Procedure 30(e) before the deposition
22  was completed.
23      In witness whereof, I have hereunto
24  set my hand this 19th day of August, 2009.
25  ----------------------------------
TSG Reporting - Worldwide (877) 702-9580

Page 202

```
 1       HIGHLY CONFIDENTIAL - G. LaROCCA
 2                    INDEX
 3   WITNESS:         EXAMINATION BY        PAGE
 4   G. LaROCCA       Mr. Gaffey            5, 197
 5                    Mr. Wood              157
 6                    Ms. Taggart           180
 7                    Mr. Stern             198
 8
 9   EXHIBITS:                              PAGE
10   Exhibit 202, a document bearing Bates Nos.   62
11   ECI-EX-00000042 through 43
12   Exhibit 203, a document bearing Bates Nos.   64
13   BCI-EX-00000080
14   Exhibit 204, a document bearing Bates Nos.   69
15   BCI-EX-00000081
16   Exhibit 205, Motion Under 11 U.S.C. Sections  83
17   105 and 363 and Fed. R. Bankr. P. 9019(a)
18   for Entry of an Order Approving Settlement
19   Agreement
20   Exhibit 206, a letter from Hamish Hume dated  88
21   July 31, 2009
22   Exhibit 207, a document bearing Bates Nos.   89
23   BCI-EX-00099493 through 99517
24   Exhibit 208, a document bearing Bates Nos.  143
25   BCI 006119 through 6646
           TSG Reporting - Worldwide (877) 702-9580
```

Page 203

```
 1       HIGHLY CONFIDENTIAL - G. LaROCCA
 2                 INDEX (Cont'd.)
 3   EXHIBITS:                              PAGE
 4   Exhibit 209, a document bearing Bates Nos.  150
 5   BCI-EX-00079307 through 79309
 6   Exhibit 210, a document bearing Bates Nos.  153
 7   BCI-EX-00082420 through 82422
 8   Exhibit 211, a letter from C. Green to       155
 9   R. Gaffey dated August 18, 2009
10   Exhibit 212, an e-mail string, the first one 168
11   in time from N. Reyda to ITD War Room, dated
12   September 19, 2008
13   Exhibit 213, an e-mail string, the first in  168
14   time from G. LaRocca to A. Blackwell, dated
15   September 20, 2008
16   Exhibit 214, an e-mail from T. Hasenpusch to 171
17   A. Blackwell and others, with attachment
18   Exhibit 215, a document bearing Bates Nos.   193
19   BCI-EX-(S)-00034528 through 34529
20
21
22
23
24
25
           TSG Reporting - Worldwide (877) 702-9580
```

Page 204

```
 1       HIGHLY CONFIDENTIAL - G LaROCCA
 2   NAME OF CASE  In re Lehman Brothers
 3   DATE OF DEPOSITION. August 19, 2009
 4   NAME OF WITNESS· Gerard LaRocca
 5   Reason Codes·
 6      1. To clarify the record
        2  To conform to the facts.
 7      3. To correct transcription errors.
 8   Page _____ Line _____ Reason _____
     From _____ to _____
 9
     Page _____ Line _____ Reason _____
10   From _____ to _____
11   Page _____ Line _____ Reason _____
     From _____ to _____
12
     Page _____ Line _____ Reason _____
13   From _____ to _____
14   Page _____ Line _____ Reason _____
     From _____ to _____
15
     Page _____ Line _____ Reason _____
16   From _____ to _____
17   Page _____ Line _____ Reason _____
     From _____ to _____
18
     Page _____ Line _____ Reason _____
19   From _____ to _____
20   Page _____ Line _____ Reason _____
     From _____ to _____
21
     Page _____ Line _____ Reason _____
22   From _____ to _____
23   Page _____ Line _____ Reason _____
     From _____ to _____
24
25        _____
          GERARD LaROCCA
           TSG Reporting - Worldwide (877) 702-9580
```