# A. 22

```
                                                         Page 1
 1         HIGHLY CONFIDENTIAL - D. PETRIE
 2         UNITED STATES BANKRUPTCY COURT
 3         SOUTHERN DISTRICT OF NEW YORK
 4   ------------------------x
 5   In Re:
 6                              Chapter 11
 7   LEHMAN BROTHERS            Case No. 08-13555(JMP)
 8   HOLDINGS, INC., et al.,    (Jointly Administered)
 9
              Debtors.
10
     ------------------------x
11
12         * * *HIGHLY CONFIDENTIAL* * *
13         DEPOSITION OF DAVID PETRIE
14              New York, New York
15              August 26, 2009
16
17
18
19
20
21
22
23   Reported by:
24   KATHY S. KLEPFER, RMR, RPR, CRR, CLR
25   JOB NO. 24293
```

### Page 2

```
 1       HIGHLY CONFIDENTIAL - D. PETRIE
 2              August 26, 2009
 3                 9:29 a.m.
 4
 5        HIGHLY CONFIDENTIAL deposition
 6     of DAVID PETRIE, held at Jones Day
 7     LLP, 222 East 41st Street, New York
 8     New York, before Kathy S. Klepfer
 9     a Registered Professional Reporter
10     Registered Merit Reporter, Certified
11     Realtime Reporter, Certified Livenote
12     Reporter, and Notary Public of the
13     State of New York.
14
15
16
17
18
19
20
21
22
23
24
25
TSG Reporting - Worldwide (877) 702-9580
```

### Page 3

```
 1       HIGHLY CONFIDENTIAL - D. PETRIE
 2
 3            APPEARANCES:
 4     JONES DAY, LLP
 5     Attorneys for Lehman Brothers, Inc.
 6        222 East 41st Street
 7        New York, New York 10017-6702
 8     BY: JAYANT W. TAMBE, ESQ.
 9         TERRY McMAHON, ESQ.
10
11     BOIES, SCHILLER & FLEXNER, LLP
12     Attorneys for Barclays and the Witness
13        5301 Wisconsin Avenue, N.W.
14        Washington, D.C. 20015
15     BY: JONATHAN M. SHAW, ESQ.
16
17     QUINN, EMANUEL, URQUHART, OLIVER & HEDGES, LLP
18     Attorneys for the Creditors Committee
19        865 S. Figueroa Street, 10th Floor
20        Los Angeles, California 90017
21     BY: THOMAS O'BRIEN, ESQ. (By telephone)
22
23
24
25
TSG Reporting - Worldwide (877) 702-9580
```

### Page 4

```
 1       HIGHLY CONFIDENTIAL - D. PETRIE
 2          APPEARANCES: (Cont'd.)
 3
 4     JENNER & BLOCK, LLP
 5     Attorneys for the Examiner
 6        330 N. Wabash Avenue
 7        Chicago, Illinois 60611-7603
 8     BY: VINCENT LAZAR, ESQ.
 9
10     HUGHES, HUBBARD & REED, LLP
11     Attorneys for the SIPA Trustee
12        1775 I Street, N.W.
13        Washington, D.C. 20006-2401
14     BY: JOHN F. WOOD, ESQ.
15
16
17     Also Present:
18        RAJESH ANKALKOTI, Alvarez & Marsal
19
20
21
22
23
24
25
TSG Reporting - Worldwide (877) 702-9580
```

### Page 5

```
 1       HIGHLY CONFIDENTIAL - D. PETRIE
 2     DAVID PETRIE, called as a
 3        witness, having been duly sworn by a Notary
 4        Public, was examined and testified as
 5        follows:
 6     EXAMINATION BY
 7     MR. TAMBE:
 8        Q.  Good morning, Mr. Petrie. My name is
 9     Jay Tambe. I work with the law firm of Jones
10     Day. We're special counsel to Lehman Brothers
11     Holdings, Inc. With me is my colleague Terry
12     McMahon.
13            I'll let the other lawyers around the
14     table introduce themselves to you and then we'll
15     go through some preliminary matters. Okay?
16            MR. WOOD: I'm John Wood from Hughes
17     Hubbard, and we represent the SIPA Trustee.
18            MR. ANKALKOTI: Rajesh Ankalkoti with
19     Alvarez & Marsal.
20            MR. LAZAR: Vince Lazar. I'm
21     representing the Examiner.
22            MR. SHAW: And Jonathan Shaw with
23     Boies, Schiller & Flexner on behalf of
24     Barclays.
25            MR. TAMBE: And on the phone we have?
TSG Reporting - Worldwide (877) 702-9580
```

Page 6

1  HIGHLY CONFIDENTIAL - D. PETRIE
2      MR. O'BRIEN: On the phone is Tom
3  O'Brien from Quinn Emanuel representing the
4  Creditors Committee.
5  BY MR. TAMBE:
6      Q. Mr. Petrie, have you ever given a
7  deposition before?
8      A. No, I have not.
9      Q. Okay. Basic rules: I'm going to ask
10 you a series of questions about the
11 Lehman/Barclays transaction and what role, if
12 any, you may have played in that transaction.
13     If you have any trouble understanding
14 my question, let me know. I'll rephrase it.
15 You have to give your answers vocally, no nods
16 of the head, et cetera. She's writing down
17 everything you say, so yeses, nos. I'm happy to
18 clarify any question.
19
20
21
22           REDACTED
23
24
25
TSG Reporting - Worldwide (877) 702-9580

Page 7

REDACTED

TSG Reporting - Worldwide (877) 702-9580

Page 8

REDACTED

TSG Reporting - Worldwide (877) 702-9580

Page 9

REDACTED

TSG Reporting - Worldwide (877) 702-9580

3

PAGES 10-73 REDACTED

Page 74

REDACTED

TSG Reporting - Worldwide (877) 702-9580

Page 75

REDACTED

TSG Reporting - Worldwide (877) 702-9580

Page 76

REDACTED

TSG Reporting - Worldwide (877) 702-9580

Page 77

REDACTED

12   Q. And just cutting to the chase on the
13 Fed repo that ultimately got replaced by the
14 Barclays financing, Barclays provided, what, $45
15 billion of financing to Lehman; is that right?
16   A. In connection with the Barclays taking
17 the Fed out of the funding of Lehman, and at the
18 request of the Fed, we provided funding for $45
19 billion for the Fed collateral for Thursday.
20   Q. And that Fed collateral had a value
21 greater than $45 billion, correct?
22   A. Yes.
23   Q. A value of approximately $50 billion,
24 correct?
25   A. I would put it below that, but yes.

TSG Reporting - Worldwide (877) 702-9580

Page 78

1      HIGHLY CONFIDENTIAL - D. PETRIE
2      Q.   That was the haircut, correct?
3      A.   The haircut would reflect the
4   difference between the cash that's loaned and
5   the value of the collateral at the time of the
6   trade being executed.
7
8
9
10
11
12
13
14
15                  REDACTED
16
17
18
19
20
21
22
23
24
25
TSG Reporting - Worldwide (877) 702-9580

Page 79

REDACTED

TSG Reporting - Worldwide (877) 702-9580

Page 80

REDACTED

TSG Reporting - Worldwide (877) 702-9580

Page 81

REDACTED

TSG Reporting - Worldwide (877) 702-9580

PAGES 82-105 REDACTED

Page 106

REDACTED

24  Q. I'm handing you a document that was
25  previously marked as Exhibit 143B. Take a

TSG Reporting - Worldwide (877) 702-9580

Page 107

1  HIGHLY CONFIDENTIAL - D. PETRIE
2  moment to look at the document. There's a
3  spreadsheet attached to it. Let me know when
4  you're done. I'll ask you some questions.
5  (Document review.)
6  A. Okay. I've read through it.
7  Q. This e-mail chain which begins at the
8  bottom of page 2 of this exhibit is from Stephen
9  King to you. Do you see that?
10 A. Yes, he I see it.
11 Q. And attaches a file which is entitled
12 "Excluded Mortgage Assets, 9/17/2008.xls," do
13 you see that?
14 A. Yes, I see it.
15 Q. If you pull up to the front, that
16 e-mail gets forwarded on to various people, and
17 then if you get to the first -- the second
18 e-mail on the first page, it's from David Aronow
19 to Rick Policke and others, do you see that?
20 A. Yes.
21 Q. And there's a CC to someone at Bank of
22 New York Mellon, do you see that?
23 A. Yes.
24 Q. In the body of the e-mail it states,
25 "Attached to the Cusips associated with the book

TSG Reporting - Worldwide (877) 702-9580

Page 108

1  HIGHLY CONFIDENTIAL - D. PETRIE
2  that we were told on the call will be excluded
3  from the movements tomorrow. These Cusips
4  should not be part of the pledge to BONY
5  according to our earlier conversation." Do you
6  see that?
7  A. I see that.
8  Q. And this is an e-mail dated September
9  17, 2008, do you see that?
10 A. I see that.
11 Q. The movements tomorrow that were
12 referenced in that e-mail were the Fed repo
13 associated movements, correct?
14     MR. SHAW: Objection. Foundation.
15 A. I wouldn't know.
16 Q. You wouldn't know. Were you aware of
17 any Cusips being excluded from the pledge to
18 Bank of New York under the Barclays repo
19 transaction?
20 A. I was solely aware that we were to
21 take Fed collateral that was Lehman's collateral
22 that was being funded on Thursday, and by nature
23 of only wanting and being asked by the Fed to
24 take that collateral, by nature there would be
25 assets that we wouldn't be taking.

TSG Reporting - Worldwide (877) 702-9580

Page 109

1  HIGHLY CONFIDENTIAL - D. PETRIE
2  Q. Were you aware of having identified to
3  Lehman what assets should be pledged to the Fed
4  so that those would then be the only assets that
5  would be pledged to you?
6  A. No.
7  Q. What was your understanding of the
8  file that you were receiving from Stephen King,
9  "Excluded Mortgage Assets," what was that a file
10 of?
11 A. I don't know.
12 Q. Well, you received that file from
13 Stephen King. This is still on page 2 of this
14 exhibit. You then forward that to Kevin Caffrey
15 at BONY Mellon, right?
16 A. Yes.
17 Q. Why are you forwarding that to Bank of
18 New York Mellon?
19 A. It's a file that's been identified by
20 someone else of assets that aren't part of the
21 Fed repo is what I took it as.
22 Q. Did you have any discussions with
23 Stephen King about the process by which these
24 assets were identified?
25 A. No.

TSG Reporting - Worldwide (877) 702-9580

Page 110

1  HIGHLY CONFIDENTIAL - D. PETRIE
2  Q. Do you have an understanding as to how
3  these excluded mortgage assets were identified?
4  A. No.
5
6
7
8
9
10
11
12
13
14         REDACTED
15
16
17
18
19
20
21
22
23
24
25
TSG Reporting - Worldwide (877) 702-9580

Page 111

REDACTED

TSG Reporting - Worldwide (877) 702-9580

Page 112

REDACTED

TSG Reporting - Worldwide (877) 702-9580

Page 113

REDACTED

TSG Reporting - Worldwide (877) 702-9580

PAGES 114-165 REDACTED

Page 166

REDACTED

TSG Reporting - Worldwide (877) 702-9580

Page 167

REDACTED

TSG Reporting - Worldwide (877) 702-9580

Page 168

REDACTED

6  MR. WOOD: I have no further
7  questions.
8  MR. LAZAR: Nothing.
9  MR. SHAW: Anything from Quinn
10 Emanuel?
11 MR. O'BRIEN: No questions from me.
12 MR. TAMBE: Thank you very much.
13 (Time noted: 3:55 P.M.)
14         oOo

_____
DAVID PETRIE

Subscribed and sworn to
before me this    day
of       2009.

_____

TSG Reporting - Worldwide (877) 702-9580

Page 169

1       HIGHLY CONFIDENTIAL - D. PETRIE
2               CERTIFICATE
3  STATE OF NEW YORK )
              : ss
4  COUNTY OF NEW YORK)
5       I, Kathy S. Klepfer, a Registered
6  Merit Reporter and Notary Public within and
7  for the State of New York, do hereby
8  certify:
9       That DAVID PETRIE, the witness whose
10 deposition is herein before set forth, was
11 duly sworn by me and that such deposition is
12 a true record of the testimony given by such
13 witness.
14      I further certify that I am not
15 related to any of the parties to this action
16 by blood or marriage and that I am in no way
17 interested in the outcome of this matter.
18      I further certify that neither the
19 deponent nor a party requested a review of
20 the transcript pursuant to Federal Rule of
21 Civil Procedure 30(e) before the deposition
22 was completed.
23      In witness whereof, I have hereunto
24 set my hand this 26th day of August, 2009.
25 _____

TSG Reporting - Worldwide (877) 702-9580

Page 170

```
 1      HIGHLY CONFIDENTIAL - D. PETRIE
 2                   INDEX
 3   TESTIMONY OF D. PETRIE:              PAGE
 4   Examination by Mr. Tambe ...........    5
 5   Examination by Mr. Wood ............  158
 6
 7   EXHIBITS:                            PAGE
 8   Exhibit 264 a document bearing Bates Nos. ....  27
 9     BCI-EX-(S)-37165
10   Exhibit 265, a document bearing Bates Nos. ..   30
11     BCI-EX-(S)-37172 through 173
12   Exhibit 266, a document bearing Bates Nos. ..   32
13     BCI-EX-(S)-37192 through 194
14   Exhibit 267, a document bearing Bates Nos. ..   36
15     BCI-EX-(S)-37195 through 197
16   Exhibit 268, a document bearing Bates Nos. ..   41
17     BCI-EX-(S)-37199 through 200
18   Exhibit 269, a document bearing Bates Nos. ..   42
19     BCI-EX-(S)-37215 with attached chart
20   Exhibit 270, a document bearing Bates Nos. ..   45
21     BCI-EX-(S)-37217, with attached chart
22   Exhibit 271, a document bearing Bates Nos. ..   46
23     BCI-EX-(S)-37270
24   Exhibit 272, a document bearing Bates Nos. ..   48
25     BCI-EX-115847 through 5876
TSG Reporting - Worldwide (877) 702-9580
```

Page 171

```
 1      HIGHLY CONFIDENTIAL - D. PETRIE
 2                   INDEX
 3   EXHIBITS:                            PAGE
 4   Exhibit 273, a document bearing Bates Nos. ..  105
 5     BCI-EX-(S)-37621
 6   Exhibit 274, a document bearing Bates Nos. ..  110
 7     BCI-EX-(S)-38010 through 38013
 8   Exhibit 275, a document bearing Bates Nos. ..  144
 9     BCI-EX-81015 through 81016
10   Exhibit 276, a document bearing Bates Nos. ..  160
11     BCI-EX-(S)-39186
12   Exhibit 277, a document bearing Bates Nos. ..  164
13     BCI-EX-(S)-39489
14   Exhibit 278, a document bearing Bates Nos. ..  165
15     BCI-EX-(S)-40204 through 40206
TSG Reporting - Worldwide (877) 702-9580
```

Page 172

```
 1        HIGHLY CONFIDENTIAL - D. PETRIE
 2    NAME OF CASE   In re Lehman Brothers
 3    DATE OF DEPOSITION   August 26, 2009
 4    NAME OF WITNESS   David Petrie
 5    Reason Codes
 6       1  To clarify the record
         2  To conform to the facts
 7       3  To correct transcription errors
 8    Page _____ Line _____ Reason _____
      From _____ to _____
 9
      Page _____ Line _____ Reason _____
10    From _____ to _____
11    Page _____ Line _____ Reason _____
      From _____ to _____
12
      Page _____ Line _____ Reason _____
13    From _____ to _____
14    Page _____ Line _____ Reason _____
      From _____ to _____
15
      Page _____ Line _____ Reason _____
16    From _____ to _____
17    Page _____ Line _____ Reason _____
      From _____ to _____
18
      Page _____ Line _____ Reason _____
19    From _____ to _____
20    Page _____ Line _____ Reason _____
      From _____ to _____
21
      Page _____ Line _____ Reason _____
22    From _____ to _____
23    Page _____ Line _____ Reason _____
      From _____ to _____
24
25          _____
                 DAVID PETRIE
TSG Reporting - Worldwide (877) 702-9580
```