# A. 24

```
                                                              Page 1
 1
 2        UNITED STATES BANKRUPTCY COURT
 3        SOUTHERN DISTRICT OF NEW YORK
 4   --------------------------------x
     In Re:                           Chapter 11
 5   LEHMAN BROTHERS                  Case No. 08-13555 (JMP)
     HOLDINGS, INC., et al.,          (Jointly Administered)
 6   --------------------------------)
 7
 8          * * * HIGHLY CONFIDENTIAL * * *
 9             DEPOSITION OF GARY ROMAIN
10                 New York, New York
11            Thursday, September 10, 2009
12
13
14
15
16
17
18
19
20   Reported by:
     FRANCIS X. FREDERICK, CSR, RPR, RMR
21   JOB NO. 24298
22
23
24
25
```

Page 2

```
 5      September 10, 2009
 6      9:42 a.m.

 9      HIGHLY CONFIDENTIAL deposition of
10      GARY ROMAIN, held at the offices of
11      Jones Day, 222 East 41st Street, New
12      York, New York, pursuant to Notice,
13      before Francis X. Frederick, a Certified
14      Shorthand Reporter, Registered Merit
15      Reporter, and Notary Public of the
16      States of New York and New Jersey.
```

Page 3

```
 2  APPEARANCES:

 4     JONES DAY, LLP
 5     Attorneys for Lehman Brothers, Inc.
 6        222 East 41st Street
 7        New York, New York  10017-6702
 8     BY:  JAYANT W. TAMBE, ESQ.
 9          TERRY McMAHON, ESQ.


12     BOIES, SCHILLER & FLEXNER, LLP
13     Attorneys for Barclays Capital
14     and the Witness
15        5301 Wisconsin Avenue N. W.
16        Washington D.C.  20015
17     BY:  JONATHAN M. SHAW, ESQ.
18          LOUIS SMITH, ESQ.

20     QUINN, EMANUEL, URQUHART, OLIVER &
21     HEDGES, LLP
22     Attorneys for the Creditors Committee
23        865 S. Figueroa Street, 10th Floor
24        Los Angeles, California  90017
25     BY:  SOYUN ROE, ESQ. (via telephone)
```

Page 4

```
 3  APPEARANCES:  (Cont'd.)
 4     JENNER & BLOCK, LLC
 5     Attorneys for the Examiner
 6        330 N. Wabash Avenue
 7        Chicago, Illinois  60611-7603
 8     BY:  JACOB P. ZIPFEL, ESQ.

10     HUGHES, HUBBARD & REED, LLP
11     Attorneys for the SIPA Trustee
12        1775 I Street, N.W.
13        Washington D.C.  20006-2401
14     BY:  JOHN F. WOOD, ESQ.
15          SAMUEL C. McCOUBREY, ESQ.

24  ALSO PRESENT:
25     RAJESH ANKALKOTI, Alvarez & Marsal
```

Page 5

```
 1  PROCEEDINGS - HIGHLY CONFIDENTIAL




                   REDACTED
```

PAGES 6-17 REDACTED

## Page 18

REDACTED

13  Q. Sir, I've placed before you a
14  document that's previously marked as
15  Exhibit 377A.
16  A. Um-hum.
17  Q. It has the Bates numbers
18  BCI-EX-115843 through -846.
19  A. Um-hum.
20  Q. Is that the final Excel version of
21  the acquisition balance sheet, sir?
22  A. Yes. That's correct. It's --
23  sheets 844 and 845 are the final Excel --
24  well, 845, 845 and 846 are the final Excel
25  versions of the acquisition balance sheet.

## Page 19

G. ROMAIN - HIGHLY CONFIDENTIAL
843 was and is the same information which is
put into a form appropriate for disclosure
because Barclays' balance sheet have a
prescribed format and the items in the
acquisition balance sheet needed to be
appropriately allocated amongst those balance
sheet categories for disclosure.
   Q. And so the acquisition balance
sheet, the Excel version, the -44, -45 and
-46, that's the document you were describing
before which was an evolving document which
finally rolled up to the disclosure document
which is the first page of the exhibit; is
that fair?
   A. It's fair. To expand, when you
say final, it was final in that it was the
version which was disclosed in our 2008
financial statements. Under the regulatory
accounting standards you have until twelve
months after the acquisition to finalize your
initial accounting for an acquisition. That
anniversary hasn't quite passed yet and,
therefore, this is not final until we declare
our accounting disclosed.

## Page 20

1  G. ROMAIN - HIGHLY CONFIDENTIAL
2     Q. And as you sit here, are you aware
3  of any adjustments or changes you expect to
4  make on the one-year anniversary?
5     A. We don't expect to make any
6  changes.

REDACTED

## Page 21

REDACTED

PAGES 22-41 REDACTED

Page 42

1
2
3
4
5
6
7
8
9
10
11
12      REDACTED
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 43

1
2
3
4
5
6
7
8
9
10
11
12      REDACTED
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 44

1      REDACTED
2
3
4
5      Q.   And then there's a little asterisk
6   that states Unallocated Deduction. Not
7   assigned to a specific asset class.
8        Do you see that?
9      A.   Yeah.
10
11
12
13
14
15
16
17      REDACTED
18
19
20
21
22
23
24
25

Page 45

1
2
3
4
5
6
7
8
9
10
11
12      REDACTED
13
14
15
16
17
18
19
20
21
22
23
24
25

PAGES 46-81 REDACTED

Page 82

1
2
3
4     REDACTED
5
6
7
8
9
10    Q.  Okay.
11    A.  Exhibit 86B is the valuation of
12 the assets which were received by Barclays,
13 whether Schedule A or Schedule B.
14    Q.  All right.
15    A.  The Exhibit 87B is the valuation
16 of the -- of securities which were received on
17 or around the 22nd of September from JPMorgan
18 Chase.
19
20
21    REDACTED
22
23
24
25

Page 83

REDACTED

Page 84

REDACTED

Page 85

REDACTED

PAGES 86-249 REDACTED

| Page 250 | Page 251 |
|---|---|
| 1–25<br>REDACTED | 1–25<br>REDACTED |

| Page 252 | Page 253 |
|---|---|
| 1–25<br>REDACTED | 1–25<br>REDACTED<br><br>(Time Noted:    5:21 p.m.)<br><br>_____<br>GARY ROMAIN<br><br>Subscribed and sworn to before me this ___ day of _____, 2009. |

64

Page 254

```
 2            CERTIFICATE
 3  STATE OF NEW YORK  )
 4          : ss.
 5  COUNTY OF NEW YORK  )
 6        I, FRANCIS X. FREDERICK, a Notary
 7  Public within and for the State of New
 8  York, do hereby certify:
 9        That GARY ROMAIN, the witness
10  whose deposition is hereinbefore set
11  forth, was duly sworn by me and that
12  such deposition is a true record of the
13  testimony given by the witness.
14        I further certify that I am not
15  related to any of the parties to this
16  action by blood or marriage, and that I
17  am in no way interested in the outcome
18  of this matter.
19        IN WITNESS WHEREOF, I have
20  hereunto set my hand this 10th day of
21  September, 2009.
22
23        _____
24              FRANCIS X. FREDERICK
25
```

Page 255

```
 2  ----------------INDEX------------------
 3  WITNESS         EXAMINATION BY   PAGE
 4  GARY ROMAIN       MR. TAMBE        5
 5                    MR. WOOD     154, 250
 6                    MR. SHAW        247
 7
 8  ---------- INFORMATION REQUESTS -------------
 9  DIRECTIONS:  NONE
10  RULINGS:  NONE
11  TO BE FURNISHED:  NONE
12  REQUESTS:  NONE
13  MOTIONS:  NONE
```

Page 256

```
 2  ------------------ EXHIBITS ------------------
 3  EXHIBIT                          FOR ID.
 4  Exhibit 388A
 5  Document bearing production
 6  numbers BCI-EX-(S)-000520127
 7  with attachment.......................... 20
 8  Exhibit 389A
 9  document bearing production
10  number BCI-EX-(S)-00052084.............. 23
11  Exhibit 390A
12  document bearing production
13  numbers BCI-EX-(S)-00023761
14  through BCI-EX-(S)-00023762
15  with attachment.......................... 28
16  Exhibit 391A
17  document bearing production
18  numbers BCI-EX-001766522
19  through BCI-EX-001766536................. 33
20  Exhibit 392A
21  document bearing production
22  numbers Exhibit 392A
23  document bearing production
24  numbers BCI-EX-(S)-00023813
25  through BCI-EX-(S)-00023814............. 38
```

Page 257

```
 2  ------------------ EXHIBITS ------------------
 3  EXHIBIT                          FOR ID.
 4  Exhibit 393A
 5  document bearing production
 6  numbers BCI-EX-(S)-00052197
 7  through BCI-EX-(S)-00052198............. 45
 8  Exhibit 394A
 9  document bearing production
10  numbers BCI-EX-(S)-00052200
11  through BCI-EX-(S)-00052201............. 47
12  Exhibit 395A
13  document bearing production
14  numbers BCI-EX-(S)-00052268
15  through BCI-EX-(S)-00052270............. 49
16  Exhibit 396A
17  three-page document bearing
18  production numbers 464242................ 67
19  Exhibit 397A
20  document bearing production
21  numbers BCI-EX-(S)-00013605
22  through BCI-EX-(S)-00013606
23  with attachment.......................... 71
```

Page 258

```
 1
 2  ----------------- EXHIBITS -----------------
 3  EXHIBIT                              FOR ID.
 4  Exhibit 398A
 5  two-page document bearing
 6  production number 44230................ 73
 7  Exhibit 399A
 8  handwritten notes..................... 106
 9  Exhibit 400A
10  document bearing production
11  numbers BCI-EX-(S)-00024451
12  through BCI-EX-(S)-00024455............ 122
13  Exhibit 401A
14  document bearing production
15  numbers BCI-EX-(S)-00052667
16  through BCI-EX-(S)-00052668
17  with attachment........................ 126
18  Exhibit 402A
19  document bearing production
20  number BCI-EX-(S)-00052678............. 138
21  Exhibit 403A
22  document bearing production
23  numbers BCI-EX-(S)-00024689
24  through BCI-EX-(S)-00024690
25  with attachment........................ 143
```

Page 259

```
 1
 2  ----------------- EXHIBITS -----------------
 3  EXHIBIT                              FOR ID.
 4  Exhibit 404A
 5  balance sheet......................... 165
 6  Exhibit 405A
 7  balance sheet......................... 165
 8  Exhibit 406A
 9  document bearing production
10  numbers BCI-EX-(S)-00052709
11  through BCI-EX-(S)-00052710........... 221
12  Exhibit 401A
13  document bearing production
14  number BCI-EX-(S)-00052419
15  with attachment....................... 226
16  Exhibit 408A
17  document bearing production
18  number BCI-EX-(S)-00052859............ 228
19  Exhibit 409A
20  document bearing production
21  number BCI-EX-(S)-00052876............ 231
22  Exhibit 410A
23  document bearing production
24  numbers BCI-EX-(S)-00052909
25  through BCI-EX-(S)-00052911........... 233
```

Page 260

```
 1
 2  ----------------- EXHIBITS -----------------
 3  EXHIBIT                              FOR ID.
 4  Exhibit 411A
 5  document bearing production
 6  numbers BCI-EX-(S)-00052978
 7  through BCI-EX-(S)-00052981........... 236
 8
 9
10
...
25
```

Page 261

```
 1
 2  NAME OF CASE   LEHMAN BROTHERS
 3  DATE OF DEPOSITION: SEPTEMBER 10, 2009
 4  NAME OF WITNESS   GARY ROMAIN
 5  Reason codes:
        1  To clarify the record
 6      2  To conform to the facts.
        3. To correct transcription errors
 7  Page _____ Line _____ Reason _____
    From _____ to _____
 8
    Page _____ Line _____ Reason _____
 9  From _____ to _____
10  Page _____ Line _____ Reason _____
    From _____ to _____
11
    Page _____ Line _____ Reason _____
12  From _____ to _____
13  Page _____ Line _____ Reason _____
    From _____ to _____
14
    Page _____ Line _____ Reason _____
15  From _____ to _____
16  Page _____ Line _____ Reason _____
    From _____ to _____
17
    Page _____ Line _____ Reason _____
18  From _____ to _____
19  Page _____ Line _____ Reason _____
    From _____ to _____
20
    Page _____ Line _____ Reason _____
21  From _____ to _____
22  Page _____ Line _____ Reason _____
    From _____ to _____
23
                _____
24
                GARY ROMAIN
25
```