# A. 28

1     HIGHLY CONFIDENTIAL - J. VARLEY
2         UNITED STATES BANKRUPTCY COURT
3         SOUTHERN DISTRICT OF NEW YORK
4    ------------------------x
5    In Re:
6                                    Chapter 11
7    LEHMAN BROTHERS                  Case No. 08-13555(JMP)
8    HOLDINGS, INC., et al.,          (Jointly Administered)
9
              Debtors.
10
     ------------------------x
11
12         * * *HIGHLY CONFIDENTIAL* * *
13   CONTINUED DEPOSITION OF JOHN VARLEY (TELEPHONIC)
14              New York, New York
15              September 11, 2009
16
17
18
19
20
21
22
23   Reported by:
24   KATHY S. KLEPFER, RMR, RPR, CRR, CLR
25   JOB NO. 24300

Page 124

1  HIGHLY CONFIDENTIAL - J. VARLEY
2      September 11, 2009
3      9:05 a.m.
4
5      CONTINUED HIGHLY CONFIDENTIAL
6  deposition of JOHN VARLEY, held at
7  Jones Day, LLP, 222 East 41st Street,
8  New York, New York, before Kathy S.
9  Klepfer, a Registered Professional
10 Reporter, Registered Merit Reporter,
11 Certified Realtime Reporter, Certified
12 Livenote Reporter, and Notary Public
13 of the State of New York.

TSG Reporting - Worldwide (877) 702-9580

Page 125

1  HIGHLY CONFIDENTIAL - J. VARLEY
2
3      A P P E A R A N C E S:
4  JONES DAY, LLP
5  Attorneys for Lehman Brothers, Inc.
6      222 East 41st Street
7      New York, New York 10017-6702
8  BY: JAYANT W. TAMBE, ESQ.
9      BART GREEN, ESQ.
10
11 BOIES, SCHILLER & FLEXNER, LLP
12 Attorneys for Barclays and the Witness
13     575 Lexington Avenue - 7th Floor
14     New York, New York 10022
15 BY: JACK G. STERN, ESQ.
16
17 QUINN, EMANUEL, URQUHART, OLIVER & HEDGES, LLP
18 Attorneys for the Creditors Committee
19     16 Old Bailey
20     London, United Kingdom EC4M 7EG
21 BY: MATTHEW BUNTING, ESQ. (Via telephone)

TSG Reporting - Worldwide (877) 702-9580

Page 126

1  HIGHLY CONFIDENTIAL - J. VARLEY
2      A P P E A R A N C E S: (Cont'd.)
3  HUGHES, HUBBARD & REED, LLP
4  Attorneys for the SIPA Trustee
5      1775 I Street, N.W.
6      Washington, D.C. 20006-2401
7  BY: JOHN WOOD, ESQ.
8
9
10 Also Present:
11     PHILIP E. KRUSE, Alvarez & Marsal
12     DEBORAH COOPER, Barclays (Via Telephone)
13     PAUL LOFTUS, Barclays (Via telephone)

TSG Reporting - Worldwide (877) 702-9580

Page 127

HIGHLY CONFIDENTIAL - J. VARLEY

REDACTED

TSG Reporting - Worldwide (877) 702-9580

2

PAGES 128-151 REDACTED

Page 152

REDACTED

TSG Reporting - Worldwide (877) 702-9580

Page 153

REDACTED

TSG Reporting - Worldwide (877) 702-9580

Page 154

REDACTED

25    Q. Looking at this page, page 340, it has
TSG Reporting - Worldwide (877) 702-9580

Page 155

1    HIGHLY CONFIDENTIAL - J. VARLEY
2    the date of 16th of September. The value of the
3    long assets is, if you see the first straight
4    line, 72.4, do you see that?
5      A. I do.
6      Q. Is it your understanding that this is
7    a document that relates to the Lehman 2
8    transaction?
9      A. I would speculate that it does because
10   it's got the broadly 70-billion type number in
11   the middle of the range, the 70-billion type
12   number that was true of Lehman 2, yes.
13     Q. Right below the 72.4 number, there's a
14   notation that reads, "Less: Negotiated
15   discount, minus 5." Do you see that?
16     A. I do.
17     Q. What is that?
18     A. I don't know the precise answer to
19   that question, but if I go back to my earlier
20   answer in relation, actually, to Lehman's 3, but
21   relevant to Lehman's 2, I was preoccupied -- we
22   were as a team preoccupied to ensure that we
23   accommodated the unprecedented volatility in the
24   market at that time by ensuring that there was a
25   discount, which I referred to earlier as either
TSG Reporting - Worldwide (877) 702-9580

Page 156

HIGHLY CONFIDENTIAL - J. VARLEY

haircut or buffer or delta, a discount to the asset price paid by us for the Lehman's transaction, and that number in other documents that we have looked at together during these depositions has looked at -- it's sometimes been 3, it's sometimes been 4.

Here I speculate it's 5, but I think that's what it is that we're referring to. And I surmise that, but I would say that the reason why it's there is because the balance sheet that we were looking at was a balance sheet that had been valued on Friday before the Lehman weekend, and by the time that the markets opened on Monday in the United States, the markets in the rest of the world to the east of the United States were falling, and it was for that reason that we had sought to ensure that there was that delta that I referred to. And I think that's probably what the "negotiated discount 5" refers to.

Q. And the reference negotiated is a reference to negotiated between Lehman and Barclays; is that right?

A. Well, I have to say I don't know, but

TSG Reporting - Worldwide (877) 702-9580

Page 157

HIGHLY CONFIDENTIAL - J. VARLEY

if you ask me to guess, I would guess the answer to that is yes.

REDACTED

TSG Reporting - Worldwide (877) 702-9580

Page 158

REDACTED

TSG Reporting - Worldwide (877) 702-9580

Page 159

REDACTED

TSG Reporting - Worldwide (877) 702-9580

PAGES 160-163 REDACTED

Page 164

1
2
3
4
5
6
7
8
9
10
11
12  REDACTED
13
14
15
16
17
18
19
20
21
22
23
24
25

TSG Reporting - Worldwide (877) 702-9580

Page 165

1
2
3
4
5
6
7
8
9
10
11
12  REDACTED
13
14
15
16
17
18
19
20
21
22
23
24
25

TSG Reporting - Worldwide (877) 702-9580

Page 166

1
2
3
4
5
6
7
8
9
10
11
12  REDACTED
13
14
15
16
17
18
19
20
21
22
23
24
25

TSG Reporting - Worldwide (877) 702-9580

Page 167

1
2
3
4
5  REDACTED
6
7
8
9
10
11
12  (Time Noted: 10:01 A.M.)
13
14
15
16
17
18  _____
    JOHN VARLEY
19
20  Subscribed and sworn to
    before me this     day
21  of       2009.
22
    _____
23
24
25

TSG Reporting - Worldwide (877) 702-9580

```
                                           Page 168
 1       HIGHLY CONFIDENTIAL - J. VARLEY
 2              CERTIFICATE
 3       STATE OF NEW YORK )
                : ss
 4       COUNTY OF NEW YORK)
 5           I, Kathy S. Klepfer, a Registered
 6       Merit Reporter and Notary Public within and
 7       for the State of New York, do hereby
 8       certify:
 9           That JOHN VARLEY, the witness whose
10       deposition is herein before set forth, was
11       duly sworn by me and that such deposition is
12       a true record of the testimony given by such
13       witness.
14           I further certify that I am not
15       related to any of the parties to this action
16       by blood or marriage and that I am in no way
17       interested in the outcome of this matter.
18           I further certify that neither the
19       deponent nor a party requested a review of
20       the transcript pursuant to Federal Rule of
21       Civil Procedure 30(e) before the deposition
22       was completed.
23           In witness whereof, I have hereunto
         set my hand this 11th day of September,
24       2009.
25       ------------------------------
         TSG Reporting - Worldwide (877) 702-9580
```

```
                                           Page 169
 1       HIGHLY CONFIDENTIAL - J. VARLEY
 2                INDEX
 3       TESTIMONY OF J. VARLEY:         PAGE
 4       Examination by Mr. Tambe .............. 127
 5
 6       EXHIBITS:                PAGE
 7       Exhibit 412B, a cover letter from Boies  128
 8       Schiller with attached document bearing
 9       Bates Nos. BCI-EX-166277 through 166348
         TSG Reporting - Worldwide (877) 702-9580
```

```
                                           Page 170
 1       HIGHLY CONFIDENTIAL - J. VARLEY
 2       NAME OF CASE. In re Lehman Brothers Holdings, Inc.
 3       DATE OF DEPOSITION. September 11, 2009
 4       NAME OF WITNESS: John Varley
 5       Reason Codes:
 6         1 To clarify the record.
           2 To conform to the facts
 7         3. To correct transcription errors.
 8       Page _____ Line _____ Reason _____
         From _____ to _____
 9
         Page _____ Line _____ Reason _____
10       From _____ to _____
11       Page _____ Line _____ Reason _____
         From _____ to _____
12
         Page _____ Line _____ Reason _____
13       From _____ to _____
14       Page _____ Line _____ Reason _____
         From _____ to _____
15
         Page _____ Line _____ Reason _____
16       From _____ to _____
17       Page _____ Line _____ Reason _____
         From _____ to _____
18
         Page _____ Line _____ Reason _____
19       From _____ to _____
20       Page _____ Line _____ Reason _____
         From _____ to _____
21
         Page _____ Line _____ Reason _____
22       From _____ to _____
23       Page _____ Line _____ Reason _____
         From _____ to _____
24
25       _____
         TSG Reporting - Worldwide (877) 702-9580
```

13