# A. 42

DIES, SCHILLER & FLEXNER LLP

LEXINGTON AVENUE • 7TH FLOOR • NEW YORK, NY 10022 • PH 212.446.2300 • FAX 212.446.2350

September 2, 2009

BY HAND

Robert W. Gaffey, Esq.
Jennifer Del Medico, Esq.
George Spencer, Esq.
Jones Day
222 East 41st Street
New York, NY 10017

*In re Lehman Brothers Holdings Inc., et al., Case No. 08-13555 (JMP)*

Dear Bob:

Enclosed on a disc are additional documents Barclays is producing in response to LBHI's request for documents, as reflected in Exhibit F to LBHI's Rule 2004 motion. The disc contains non-privileged responsive paper documents from the files of John Varley (Bates-stamped BCI-EX-00166277 through BCI-EX-00166348).

Barclays is producing these documents pursuant to the Confidentiality Stipulation and Protective Order executed by LBHI, the Creditors' Committee, the Examiner, the LBI Trustee and Barclays on July 14, 2009, and so ordered by the Court on July 30, 2009. Barclays specifically reserves the right to demand and obtain the return of any privileged document inadvertently disclosed pursuant to Federal Rule of Evidence 502.

Sincerely,

Chris Green / JGD

Christopher M. Green

CG:cg

cc:    Counsel to the Creditors' Committee (By Hand, with Enclosure)
       Counsel to the LBI Trustee (By Hand, with Enclosure)
       Counsel to the Examiner (By Federal Express, w/o Enclosure)



Δ π EXHIBIT 412B
Deponent  Varley
Date 1/11/09  Rptr. KK
WWW.DEPOBOOK.COM

Long Island - Acquisition Summary [draft - subject to detailed verification and audit]

|  | | | New box | Repo |
|---|---|---|---|---|
|  | $bn | $bn | $bn | $bn |
| Govt & Agency | 29.53 | | 0.35 | 29.18 |
| Commercial paper | 0.09 | | 0.00 | 0.09 |
| Mortgage-backed | 3.15 | | 0.25 | 2.90 |
| Corp debt | 3.19 | | 0.50 | 2.69 |
| Corp equity | 8.84 | | 0.73 | 8.11 |
| Derivatives | 0.08 | | 0.08 | 0.00 |
| Inventory - current book value | | 44.88 | 1.91 | 42.97 |
| Valuation adjustment | | -2.83 | | |
| Inventory - net | | 42.05 | | |
| 15c3 asset | | 1.00 | | |
| Cash | | 7.00 | | |
| Previously excluded 50% MBS (net of any loss due to guaranteed DTCC obligations) | | 1.40 | | |
| Financial Assets | | 51.45 | | |
|  | | | | |
| Subsidiaries | | 0.00 | | |
| 7th Avenue & Data Centres | | 1.29 | | |
| Fixtures, fittings, telecomms, etc | | 0.19 | | |
|  | | | | |
| Total Assets | | 52.92 | | |
|  | | | | |
| Repo liability | 45.00 | | | |
| Cure payment | 2.25 | | | |
| Retention payment | 0.00 | | | |
| Bonus accrual | 2.00 | | | |
|  | | | | |
| Total Liabilities | | 49.25 | | |
|  | | | | |
| Net assets | | 3.67 | | |
|  | | | | |
| Consideration: | | | | |
| Assets | 0.25 | | | |
| Properties | 1.29 | | | |
| Total consideration | | 1.54 | | |
|  | | | | |
| Negative goodwill | | 2.13 | | |

Notes:

- Intangible assets in respect of customer relationships/lists assumed immaterial
- Zero value ascribed to the subs until details obtained
- No value is currently ascribed to the potential retention payment of up to $750m - due to the $2.83bn buffer provided by the valuation adjustment above
- The value ascribed to the 50% MBS is subject to clarification
- Assumes full cure payments of 2.25bn are required as an accrual

BCI-EX-00166277

**Varley, John : Group Exec**

| | |
|---|---|
| **From:** | Varley, John : Group Exec |
| **Sent:** | 21 September 2008 10:43 |
| **To:** | Diamond, Bob : Barclays Capital; Lucas, Chris : Group Exec; del Missier, Jerry : Barclays Capital; Ricci, Rich : Barclays Capital; Harding, Mark : Legal; Merson, Mark : Investor Relations; Turner, Cathy : Human Resources |
| **Subject:** | catch up |

Could we get onto a call together this evening London time at 1930.
Plan would be to make a decision then about whether we need to do a stock exchange announcement tomorrow am re court decision; and to hear from jerry as to how he's got on in London and Europe. We can cover any other points which bob and rich want to raise from ny.
Let's use bob's bridge line which is 0207 773 3113 pin 7422.

John Varley
Group Chief Executive

Tel: 020 7116 1000 (cw 6006-1000)
Fax: 020 7116 7780 (cw 6006-7780)
e-mail address: john.varley@barclays.com
Address: One Churchill Place, London E14 5HP
COMPANY CONFIDENTIAL



1



**BARCLAYS CAPITAL**

# Long Island European Equities Opportunity

Summary presentation
20th September

Highly Confidential

# Executive Summary
## Long Island European Equity Business

**Overview of target business**

- Integrated equity platform, incorporating
  - Full service cash equities
  - Prime services
  - Electronic execution
  - Derivatives
- Includes sales, trading, research, technology and infrastructure resources to support the above businesses
- On same global trading platform used by LBI
- Largely additive across all BarCap equity businesses

**Key statistics**

- 2007 revenues of $2,114m
- Total headcount of:
  - ~800 front office
  - ~700+ dedicated infrastructure
- Primarily based in UK (>85% of staff), but with presence across Europe
  - France, Germany, Israel, Italy, Lux, Netherlands, Russia, Spain, Switzerland, Turkey
- N.B. Not all European operations are owned by LBIE – treatment TBC
- Estimated RWAs of $50bn for comparable business *(TBC – seems high)*

C/M.?

Highly Confidential

BCI-EX-00166280

# Revenue & Cost synergies – European Equity Business

## Estimated pro forma revenues of ~$2,700m

| Revenue (2007 $m) | Baltimore | Long Island | Attrition (% combined) | Combined |
|---|---|---|---|---|
| Cash | - | $720m | (0) | $720m |
| Derivatives | $566m | $1085m | (25%) | $1238m |
| Prime Serv | $420m | $538m | (25%) | $718m |
| Total | $986m | $2343m | ~$650m | $2676m |

## Estimated cost synergies of ~$220m (LI only)

| Cost (2007 $m) | Long Island | Synergies | Combined |
|---|---|---|---|
| Front Office - cash | $327m | (0) | - |
| Front Office - derivs | $403m | (20%) | $81m |
| Front Office - PB | $127m | (25%) | $34m |
| Dedicated support | $175m | (15%) | $26m |
| Shared support | $250m | (30%) | $75m |
| | $1281m | | $216m |

**Long Island Standalone P&L**
(European Equities)

| ($m) | 2006 | 2007 |
|---|---|---|
| Net revenues | 1432 | 2343 |
| Total comp | 441 | 531 |
| Direct Cost | 196 | 259 |
| Allocated F/O cost | n/a[1] | 67 |
| Dedicated Infra. | 136 | 175 |
| Shared Infra. | 217 | 249 |
| Pretax Income | 441 | 1063 |

1 – Allocated F/O cost not available for 2006, included in dedicated infrastructure allocations

Page 3

BCI-EX-00166281

# Equities Overview

## Organizational Structure

### Equities

| Execution Services | Volatility | Prime Services | Research | Equity Strategies |
|---|---|---|---|---|
| Cash | Flow Volatility | Financing Services | Industrials | Equity LS |
| Portfolio & Electronic | Structured Volatility | Trading, Research & Analytics | Financials | Event Driven |
| Quant | Convertibles | | Pharma | Relative Value |
| | | | Energy | |
| | | | Consumer | |
| | | | TMT | |

Sales

Trading

Management & Administration

## Equities Revenues and Forecast



| | 2005 | 2006 | 2007 | 2008 H1 ex MTM | 2008 Ann ex MTM |

US$mm: 2,500 / 2,000 / 1,500 / 1,000 / 500

1. Believe results offer far reaching better in links from New York to our that all Fixed Income products

## Headcount & Compensation by Business [1]

| | Headcount | | | | | 2008 Comp (Run-rate) US$ |
|---|---|---|---|---|---|---|
| | Trading | Sales - Trading | Sales / Other | Total | | |
| Execution Services | 103 | 41 | 129 | 273 | | 143,135,648 |
| Volatility | 48 | | 94 | 142 | | 102,119,586 |
| Research | | | 144 | 144 | | 58,822,535 |
| Equity Strategy | 13 | 0 | 1 | 14 | | 19,769,423 |
| Exec and Admin | | | 31 | 31 | | 57,481,383 |
| Core Equities | 164 | 41 | 399 | 604 | | 381,328,574 |
| Prime Services | 34 | 23 | 115 | 172 | | 65,258,115 |
| Grand Total | 198 | 64 | 514 | 776 | | 446,586,689 |

## Headcount & Compensation by Title

| Officer Title | Sales Trading | Sales / Other | Total | 2008 Comp (Run Rate) US$ |
|---|---|---|---|---|
| MD | 18 / 4 | 48 | 70 | 164,166,132 |
| SVP | 33 / 9 | 99 | 171 | 159,267,852 |
| VP | 42 / 16 | 111 | 169 | 67,416,437 |
| Non-Hired | 84 / 35 | 256 | 366 | 55,736,267 |
| Grand Total | 198 / 64 | 514 | 776 | 446,586,689 |

LEHMAN BROTHERS

Highly Confidential

BCI-EX-00166282



# Equities Regional Footprint

## Total continental staff 84 as at 31/08/2008

### Core European Market Franchise

**United Kingdom**
- London office opened in 1972
- Exchange member on the LSE since 1993
- Regional headquarters

**Netherlands**
- Amsterdam office opened in 2000
- 2 staff

**Germany**
- Frankfurt office opened in 1987
- 20 staff

**Russia**
- Moscow office opened in 2007
- New licensed legal entity 13 OCI 01
- 5 staff

**Turkey**
- Istanbul office opened in 2007
- Purchased local broker to obtain trading licences and formed EMMF
- 4 staff

**Israel**
- Tel Aviv office opened in 1994
- IBD & Equity Research currently part of EIE Branch
- 5 staff

**Dubai**
- Dubai office opened in 2006
- New DIFC Branch
- 4 staff

**Qatar**
- Doha office opened in 2007

**Luxembourg**
- Luxembourg office opened in 2001

**France**
- Paris office opened in 1969
- Exchange member on Euronext Paris since 1993
- 33 staff

**Spain**
- Madrid office opened in 1991
- 2 staff

**Switzerland**
- Office in Geneva opened in 2007 and Zurich office opened in 1994
- 12 staff

**Italy**
- Offices in Rome and Milan
- Milan office opened in 1989
- 18 staff

LEHMAN BROTHERS

3

Business Overview & Financials

Highly Confidential

# Financial Highlights

## Net Revenues and Pre-Tax Margin

| Revenue | 2006 | 2007 | 2008 H1 ex MTM | 2008 Ann. |
|---|---|---|---|---|
| Execution Services | 524 | 791 | 356 | 712 |
| Volatility | 558 | 1085 | 394 | 751 |
| Equity Strategies | 23 | 49 | 66 | 102 |
| Corporate Offset | -53 | -120 | -103 | -115 |
| Prime Services | 379 | 538 | 332 | 664 |
| Total Equities | 1,432 | 2,343 | 1,045 | 2,114 |
| | | | | |
| Pre-Tax Margin | 37% | 45% | - | - |

## Total Equities Sales Force Production[4]

| Revenue | 2006 | 2007 | 2008 H1 | 2008 Ann. |
|---|---|---|---|---|
| Execution Services | 550 | 686 | 319 | 637 |
| Volatility | 437 | 806 | 408 | 816 |
| Prime Services | 314 | 432 | 275 | 549 |
| Total Equities | 1,302 | 1,925 | 1,002 | 2,003 |

## Profitability

| | 2006A | 2007A |
|---|---|---|
| NET REVENUES | 1,432 | 2,343 |
| TOTAL COMP | 441 | 531 |
| VARIABLE NPL | 123 | 173 |
| FIXED NPL | 73 | 88 |
| Dedicated Allocations | 156 | 341 |
| Shared Allocations | 217 | 349 |
| TOTAL EXPENSES | 990 | 1,281 |
| PRETAX INCOME | 441 | 1,062 |
| | | |
| Pretax Margin | 31% | 45% |

### Profitability Commentary

- Prior to 2008 business had been focused on raising profitability alongside increasing gross revenues
- 2008 Pre-tax margin ex one-off write-downs would have been 52%
  - One-off adjustments reflect losses on derivative portfolio and operational issues
- Gross revenues are shown after allowing for comp-expense and loss-certain
  - Variable NPL refers to third party brokerage and exchange settlement fees
  - Fixed NPL includes all other non-personnel costs, including:
  - Market data, occupancy and travel and entertainment as the largest items
- Allocations reflect PE, NPL costs from Support and Control Divisions with Dedicated reflecting costs 100% directed to Equities

[footnotes]

LEHMAN BROTHERS

4

Highly Confidential
BCI-EX-00166285



# Execution Services - Overview

## Strong Equities Sales & Trading Franchise

### Divisional Structure

**Execution Services**

**Cash**
- Equity Agency Sales
- Convertible Sales
- Risk Trading
- Syndicate Desk

**Portfolio & Electronic Trading**
- Portfolio Trading
- Electronic Trading services including Algo trading

**Quant Trading**
- Quant Risk Trading

### Overview

- Multiproduct, industry sector focus cash sales and trading
  - Unique organisational structure with Industry Group Leaders & POD structure
  - Cash sales & trading driven in improving research franchise
  - Dominance in electronic execution: superior access to global markets
  - Unique algorithmic & internal crossing capabilities
  - Leverage product offering to effect portfolio trading at minimum cost
  - Strong origination activity

### Cash

- Capabilities:
  - Primary Equity Issuance distribution in conjunction with Equity Capital Markets
  - Research driven Secondary Cash Sales
  - Agency execution and Risk trading
  - Commission Sharing Agreements
  - Agency Event Driven model
  - Recognised Emerging Market team
  - Unique integrated Industry Group - Sector leader model between Research and Sales
  - 2008 Highlights include largest ever down raid Rio Tinto \$14bn

### Portfolio and Electronic

- Capabilities:
  - Technology leadership
  - Low cost execution capabilities
  - Broad range of core and advanced trading algorithms & white label products
  - Powers dark liquidity pool
  - Best in class Pre & Post Trade monitoring capabilities
  - Agency, Risk and Guaranteed Program Trading
  - Integrated Finance execution capabilities for exposure management
  - 2008 Highlights include Number 1 in Algorithmic Trading Survey (Europe)

### Quant

- Capabilities:
  - Highly advanced algorithmic trading services
  - Bespoke and unique developments including steps leveraging Lehman Research
- Prop Strategies:
  - Systematic Quant
  - Managed Futures
  - Relative Value
  - Event Driven

**LEHMAN BROTHERS**

5

Highly Confidential

BCI-EX-00166286

# Execution Services – Financials

## Overall Revenues slightly down on 2007; Client revenues and Origination remain strong



### Execution Services Revenue (1)

### Revenue Breakdown (2)

### H1 Business Highlights

- Execution Services forecast down on 2007
  - Cash and Program: Electronic remained relatively flat even though major indices were down 15%-20% in Europe
  - One-off write down of $25m in Quants
- Continued to maintain dominance in execution volumes
  - 36 months at #1 on the LSE; record volumes on LSE in Jan 2008; #1 Euronext and #2 on Xetra
- Research franchise gaining recognition
  - +5 Pan European Research in GS II Rankings (up 2 from '07)
- Slow Origination activity in Q1 followed by sharp pick up in Q2
  - Rio $14bn, EuroTunnel $1.7bn, Carlsberg Foundation Placement $2.5bn

### Headcount and Compensation

| Product Group | Sales/ Trading | Trading | Sales | Total | 2008 Comp (Run-rate) US$ |
|---|---|---|---|---|---|
| Cash | 66 | 26 | 15 | 107 | 63,671,445 |
| Portfolio | 6 | 12 | 18 | 36 | 17,700,245 |
| Event Driven | | 1 | | 1 | 1,200,000 |
| Quants | 31 | | | 31 | 17,292,175 |
| Generalist Sales | | | 53 | 53 | 26,202,031 |
| Syndicate | | 8 | 8 | 4,208,029 |
| International Sales | | | 28 | 30 | 11,491,546 |
| Other | | | 7 | 7 | 1,370,176 |
| Grand Total | 103 | 41 | 129 | 273 | 143,135,648 |

1. 
2. 

LEHMAN BROTHERS

# Volatility – Overview

## Listed, OTC Derivative and Convertibles Sales & Trading

### Divisional Structure



**Volatility**

**Flow Volatility**
- Single Stock Options
- Index Options
- Option Market Making

**Structured Volatility**
- Exotics
- Corporate Derivatives
- Risk

**Convertibles**
- Primary Issuance
- Secondary Sales and Trading

### Overview

- Integrated sales and trading approach across mixture of instruments
- Risk Hub integrates Volatility traders with tiers of floor offering internalisation of hedging opportunities
- Unique structuring capabilities on complex deals
- Rapid growth in Flow Volatility business since initiation in 2005
- Significant investment in technology, infrastructure and control systems

### Flow Volatility

- Capabilities:
  - Single Stock and Index Options
  - Exotic options, barrier options
  - Delta 1
  - Variance products
  - Quantitative Research
- Ranked #2 in Flow Equity Derivatives Quality in Greenwich Associates survey 2007

### Structured Volatility

- Capabilities:
  - Single Stock Exotics
  - Corporate Exotics
  - Fund Derivatives
  - Index Volatility and Exotics
  - Structured Note Issuance capabilities
  - Retail product structuring
- Ranked #1 in Structured and Securitized Products Exotics OTC Equity Derivatives Quality in Greenwich Associates survey 2007

### Convertibles

- Capabilities:
  - Primary Convertible issuance distribution in conjunction with Equity Capital Markets
  - Secondary Sales and Trading
    - Agency and Risk trading

LEHMAN BROTHERS

7

Highly Confidential

BCI-EX-00166288

# Volatility – Financials

## Business Affected by Write Downs and reduced Deal Flow due to Market Environment

### Volatility Revenue



### H1 Business Highlights

◆ Difficult macro-economic environment driving industry fee pools down
- Strong performance in Flow and Structured Flow
- Revenue forecast flat on 2007 but indicates resilience in challenging market
- Risk Revenues down on 2007 due to reduced opportunities
- Exotics is forecasting overall negative revenue due to the one-off adjustments
  - $479mm due to trading, operational and infrastructure losses
  - Convertibles suffering in extremely depressed issuance market

### Headcount

| Product Group | Trading | Headcount Sales | Quants | Total | 2008 Comp (Run-rate) |
|---|---|---|---|---|---|
| Convertibles | | 7 | | 9 | 3,242,916 |
| Flow Vol | 18 | 9 | | 27 | 22,983,925 |
| Structured Vol | 26 | 61 | 7 | 94 | 70,922,131 |
| Vol Arbitrage | 2 | | | 2 | 1,311,567 |
| Product Development | | 10 | | 10 | 3,659,046 |
| Grand Total | 48 | 87 | 7 | 142 | 102,119,586 |

8

LEHMAN BROTHERS

Highly Confidential

BCI-EX-00166289

# Prime Services – Overview

## Traditional Prime Brokerage, Futures Execution and Other Client services



### Divisional Structure (i)

**Prime Services**

| Prime Brokerage | Structured Arbitrage | Futures | Star Arb | Synthetics |
|---|---|---|---|---|
| • Financing<br>• Equities Prime Brokerage<br>• Asset Servicing | • Yield Scrip brokerage | • Futures Execution and Clearing | • High frequency execution<br>• Integrated financing | • CFDs<br>• Sector and Index Baskets<br>• Integrated Financing |

Origination, Capital Raising and Product Management

#### Prime Brokerage

◆ Capabilities:
- Multi Product Prime Brokerage
- Asset Servicing
- Financing
- Synthetics
- Capital Introductions
- Scenario based margining
- Securities Lending
- High touch client service model
- Managed Account Platform

#### Structured Arbitrage

◆ Capabilities:
- Yield enhancement of client portfolios
- Scrip Corporate Arbitrage

### Overview

◆ Unique fully integrated service offering across all capital market products
◆ Innovative financing capabilities specialising in hard-to-finance assets
◆ Premier risk and trade analysis and innovative scenario based margining
◆ Excellence in execution through industry leading Star-Arb offering
◆ Fully automated Structured Arbitrage programme across dividends / scrip
◆ Strong product development team specialising in meeting unique demands of target clients
◆ Ranked #1 by Global Custodian in 2007

#### Futures and Synthetics

◆ Futures Capabilities:
- Listed Futures execution and clearing capabilities for clients
◆ Synthetics Capabilities:
- CFDs
- Portfolio Swaps
- Index Swaps
- Custom Basket Swaps
- Sector Swaps
- Index Swaps
- Single Stock Swaps

#### Star Arb

◆ Capabilities:
- High frequency execution
- Ultra-Low latency
- Integrated Financing
- Client bespoke pricing
- Market data services
- Hosted services

*1  Internal Services structure based on products and responsibilities cut across products*

9

## LEHMAN BROTHERS

# Prime Services – Financials

## A Consistent Performance in a Difficult Market Environment pre September



**Prime Services Revenue**

**Prime Services Balances**

### H1 Business Highlights

- Overall revenues forecasted to remain flat; profitability consistent at 44%
- Strong performance in difficult environment due to tighter liquidity, balance sheet constraints and deleveraging of key clients
- Client balances remained consistent in first half of year

### Headcount

| Division | Function | Headcount | 2008 Comp (Run-rate) US$ |
|---|---|---|---|
| Equities | Equity Financing | 53 | 13,025,888 |
| | Synthetic Financing | 3x | 1,526,697 |
| Equities Total | | 3x | 14,552,585 |
| Generalist | Administration | x | 7,554,207 |
| | Capital Stations | 4 | 2,214,993 |
| | Client Service | 51 | 10,211,040 |
| | Executive Sales | 5 | 1,079,993 |
| | Consultants Support | 5 | 2,863,928 |
| | Liquidity Management | 3 | 1,311,572 |
| | Operations | 16 | 9,974,318 |
| | Product Management | 13 | 3,470,805 |
| | Quant Research | 3 | 519,261 |
| | Sales | 7 | 1,319,742 |
| | Strategic Transactions Group | 128 | 45,858,316 |
| Generalist Total | | 128 | 45,858,316 |
| Prime Broker | Credit Financing | 7 | 2,362,210 |
| | Fixed Markets Financing | 3 | 2,505,001 |
| Fixed Income Total | | 11 | 4,867,211 |
| **Grand Total** | | **172** | **65,258,115** |

1. *Prime Services comprises Equity Financing, associated cross assets and cross margining, Synthetic Financing and Fixed Income Financing revenues. Revenue streams shown here ...*

LEHMAN BROTHERS

10

BCI-EX-00166291



# Sales Force - Overview

Highly Confidential

# Research - Overview

## Overview

- Headcount 144: 70 Senior coverage analysts
- 525 Stocks under coverage
- Significant Investment in Emerging Europe; 85 emerging market stocks under coverage
- Emphasis is on quality, fundamental analysis - differentiated company research
- Organised around industry groups - analysts are connected to all areas of the business to advise clients across the asset class: equities, derivatives, fixed income and the basket structures

### Stocks Under Coverage

| Year | Stocks |
|---|---|
| 2004 | 329 |
| 2005 | 359 |
| 2006 | 359 |
| 2007 | 483 |
| Mid-2008 | 525 |
| 2008 Target | 600 |

## Headcount and Compensation

| Research | Headcount | 2008 Comp (Run-rate) US$ |
|---|---|---|
| Consumer Services | 18 | 7,953,777 |
| Editorial & Production | 9 | 1,720,255 |
| Emerging Markets | 17 | 7,351,321 |
| Energy | 16 | 8,264,545 |
| FIG | 25 | 11,052,541 |
| Healthcare | 16 | 6,322,093 |
| Industrial | 7 | 3,187,184 |
| Macro Research | 11 | 5,377,618 |
| TMT | 17 | 6,966,288 |
| Other | 10 | 2,646,912 |
| Grand Total | 144 | 58,822,535 |

## 2008 Institutional Investor

#5 Institutional Investor
a Sfand-European Research Franchise

| 1st place | 2nd place | 3rd place | 4th place | 5th place |
|---|---|---|---|---|
| Media | Beverages | Autos | Retail Fund | Luxury Goods |
| Oil & Gas | Biotech | Med Tech | Convertibles | Leisure & Hotels |
| Pharma | Quantitative Research | Property | | |
| Telco Services | Telco Equipment | Tobacco | | |

**Runner-up**

- Chemicals
- Insurance
- Strategy
- Tech Semis
- Utilities

LEHMAN BROTHERS

12







Highly Confidential

BCI-EX-00166294







BCI-EX-00166295







BCI-EX-00166296

**Varley, John : Group Exec**

| | |
|---|---|
| **From:** | Reynolds, Allana : |
| **Sent:** | 13 September 2008 02:41 |
| **To:** | Varley, John : Group Exec |
| **Cc:** | Deans, June : Group Exec |
| **Subject:** | FW: Call with Mr. Geithner on Saturday, September 13, 2008 at 8:00 a.m. |

John

Noticed your email address was incorrect below - wanted to ensure you have this message.

Allana Reynolds
Bob Diamond's Office

**From:** Millie.Martinez@ny.frb.org [mailto:Millie.Martinez@ny.frb.org]
**Sent:** Friday, September 12, 2008 5:54 PM
**To:** Christal.West@do.treas.gov; veronica.stokes@do.treas.gov; ken.wilson@do.treas.go;
john.varley@barcap.com; Diamond, Bob: Barclays Capital; Terrence.Checki@ny.frb.org;
Thomas.Baxter@ny.frb.org; Meg.McConnell@ny.frb.org; Michael.Held@ny.frb.org; Michael.Silva@ny.frb.org;
William.Dudley@ny.frb.org
**Cc:** Tanshel.Pointer@ny.frb.org; Marlene.Williams@ny.frb.org
**Subject:** Call with Mr. Geithner on Saturday, September 13, 2008 at 8:00 a.m.

Please confirm your participation at **an 8:00 a.m.** call with Secretary Paulson, Tony Ryan, Ken Wilson, Bob
Diamond, John Varley and other NY Fed participants.

The call in information is below.

**Conference bridge information:**

Toll Free Dial In Number: **(888) 557-8511**
Participant Code: **6799068**

---

This e-mail may contain information that is confidential, privileged or otherwise protected from disclosure. If
you are not an intended recipient of this e-mail, do not duplicate or redistribute it by any means. Please delete
it and any attachments and notify the sender that you have received it in error. Unless specifically indicated,
this e-mail is not an offer to buy or sell or a solicitation to buy or sell any securities, investment products or
other financial product or service, an official confirmation of any transaction, or an official statement of
Barclays. Any views or opinions presented are solely those of the author and do not necessarily represent
those of Barclays. This e-mail is subject to terms available at the following link:
www.barcap.com/emaildisclaimer. By messaging with Barclays you consent to the foregoing. Barclays Capital
is the investment banking division of Barclays Bank PLC, a company registered in England (number 1026167)
with its registered office at 1 Churchill Place, London, E14 5HP. This email may relate to or be sent from other
members of the Barclays Group.

---

13/09/2008

**Varley, John : Group Exec**

| | |
|---|---|
| From: | Reynolds, Allana : |
| Sent: | 13 September 2008 02:41 |
| To: | Varley, John : Group Exec |
| Cc: | Deans, June : Group Exec |
| Subject: | FW: Call with Mr. Geithner on Saturday, September 13, 2008 at 8:00 a.m. |

John

Noticed your email address was incorrect below - wanted to ensure you have this message.

Allana Reynolds
Bob Diamond's Office

**From:** Millie.Martinez@ny.frb.org [mailto:Millie.Martinez@ny.frb.org]
**Sent:** Friday, September 12, 2008 5:54 PM
**To:** Christal.West@do.treas.gov; veronica.stokes@do.treas.gov; ken.wilson@do.treas.go;
john.varley@barcap.com; Diamond, Bob: Barclays Capital; Terrence.Checki@ny.frb.org;
Thomas.Baxter@ny.frb.org; Meg.McConnell@ny.frb.org; Michael.Held@ny.frb.org; Michael.Silva@ny.frb.org;
William.Dudley@ny.frb.org
**Cc:** Tanshel.Pointer@ny.frb.org; Marlene.Williams@ny.frb.org
**Subject:** Call with Mr. Geithner on Saturday, September 13, 2008 at 8:00 a.m.

Please confirm your participation at **an 8:00 a.m.** call with Secretary Paulson, Tony Ryan, Ken Wilson, Bob
Diamond, John Varley and other NY Fed participants.

The call in information is below.

**Conference bridge information:**

Toll Free Dial In Number: **(888) 557-8511**
Participant Code: **6799068**

---

This e-mail may contain information that is confidential, privileged or otherwise protected from disclosure. If
you are not an intended recipient of this e-mail, do not duplicate or redistribute it by any means. Please delete
it and any attachments and notify the sender that you have received it in error. Unless specifically indicated,
this e-mail is not an offer to buy or sell or a solicitation to buy or sell any securities, investment products or
other financial product or service, an official confirmation of any transaction, or an official statement of
Barclays. Any views or opinions presented are solely those of the author and do not necessarily represent
those of Barclays. This e-mail is subject to terms available at the following link:
www.barcap.com/emaildisclaimer. By messaging with Barclays you consent to the foregoing. Barclays Capital
is the investment banking division of Barclays Bank PLC, a company registered in England (number 1026167)
with its registered office at 1 Churchill Place, London, E14 5HP. This email may relate to or be sent from other
members of the Barclays Group.

---

13/09/2008



## Prospects to 2010

Market environment likely to remain volatile and offer opportunities throughout 2009 to grow.

### Revenue Forecasts

### Targeting Growth Business

High Growth

Core Business

- Emerging Markets
- Quant Trading
- Flow Derivatives
- Risk Volatility

- Cash
- Portfolio
- Equities Strategy
- Corporate Derivatives

### Executing on Existing Plan

Continued Investment in Infrastructure

Implement Flow Products Plan

Leverage Market Dislocation to achieve Market Share growth

### Strategic Plan

Broadening Structured Product Footprint

Relevance in EMG

Leveraging Proprietary Desks to Create Multi Strategy hedge funds

LEHMAN BROTHERS

15

# Risk Trading & Risk Management



LEHMAN BROTHERS

BCI-EX-00166300

# Equity Strategies – Overview

## Segregated Proprietary Trading Desk

### Strategies



**Equity Strategies**

| Equity Long/Short | Relative Value | Event Driven |

### Overview

- Multi-strategy equities proprietary trading desk
  - Ring-fenced from the traditional Capital Markets franchise
- Risk managed through the Global Position Management system
- Benefitted from market dislocation by adapting strategies

### Headcount and Compensation

| Product Group | Headcount | | | 2008 Comp (Run-rate) US$ |
| --- | --- | --- | --- | --- |
| | Trading | Sales/ Trading | Admin | Total |
| Equity Strategy | 13 | | | 13 | 19,664,076 |
| Other | | 0 | 1 | 1 | 105,347 |
| Grand Total | 13 | | 1 | 14 | 19,769,423 |

### Revenues

US$mns



| 2005 | 2006 | 2007 | 2008 Ann | 2009E |
| --- | --- | --- | --- | --- |
| 45 | 23 | 49 | 102 | 125 |

Highly Confidential

BCI-EX-00166301

**Le Blanc, Robert: Group Risk (LDN)**

| | |
|---|---|
| Subject: | Draft Attestation |
| To: | Hector Sants |
| | Julian Adams |
| From: | |
| Date: | 14 September 2008 |
| Re: | Attestation on Target Equity Ratio Conditions for Project Long Island |

With regard to our proposed acquisition of the operating subsidiaries of Lehman Brothers, we can confirm to you that:

1) We understand the basis under which the FSA assesses our adjusted target equity ratio, including the effect of Tier 1 deductions and the Valuation Uncertainty deduction.

2) We have estimated the Equity Capital Ratio for the combined entity going forward on this basis, and we believe that the estimates are correctly calculated.

3) These estimates include the effect of a write-down of Lehman assets, at an appropriately conservative level, (as reviewed with Julian Adams and Paul Sharma today).

4) On the basis of the transaction we propose, we have forecast that our adjusted target equity ratio would not fall below 5.00% in the interim period before closing and after closing (except in the circumstances normally anticipated e.g. after a dividend in 2009).

On the basis of these estimates we are comfortable that Barclays would not fall below an adjusted target equity ratio of 5%.

*[handwritten notes]*

BCI-EX-00166302

Highly Confidential

BCI-EX-00166303

Highly Confidential

BCI-EX-00166304

*draft from RLB*

15 Sept 2008

## Lifeboat Facility

Summary

- ➤ $70bn initially with plans to grow to $150bn
- ➤ Participants we belive are BofA, Barclays, Citi, CS, DB, JPM, GS, ML, MS, UBS
- ➤ New participants would add size at $7bn more each
- ➤ Funding would be available to consortium members only
- ➤ Each member limited to $35bn of total facility
- ➤ 1 year lifeboat with up to 5 day term of borrowing
- ➤ Could include any financial asset where a price can be obtained from another consortium member
- ➤ Collateral to be reviewed and accepted by consortium management
- ➤ Collateral cannot be screened individually by members in BAU operation
- ➤ Collateral, claims, and funding responsibilities are shared and allocated across the consortium

Status

- ➤ Agreement in principal subject to negotiations of terms and conditions
- ➤ Industry initiative with Geithner involvement
- ➤ Terms and conditions to be reviewed and negotiated
- ➤ We have retained the right to review T&C, e.g. to reject specific asset classes (e.g. no private equity) and will only participate if satisfied

(Note: starts to look like Citi's Super SIV)

<u>MESSAGES</u>

<u>Monday 15 September 2008</u>

Pls call Hector Sants 020 7066 4400  (he called @ 1645) he only needs a very short conversation

---

Alistair Smith came up to see you (at your request).  He is available on his mobile

---

Highly Confidential

<u>MESSAGES</u>

<u>Monday 15 September 2008</u>

Please call Alan Parker at Brunswick. Tel: 020 7396 5332

BCI-EX-00166307

**Varley, John : Group Exec**

| | |
|---|---|
| **From:** | Merson, Mark : Investor Relations |
| **Sent:** | 18 September 2008 14:45 |
| **To:** | Varley, John : Group Exec; Lucas, Chris : Group Exec |
| **Cc:** | Turner, Cathy : Human Resources; James, Howell : Barclays Corporate Affairs; McIvor, John : Investor Relations |
| **Subject:** | RE: Messages - revised |

Amended messages below

Mark Merson
Director, Investor Relations
**Tel. +44 20 7116 5752**
**Mob. +44 7770 748771**
**Email : mark.merson@barclays.com**

---

**From:** Merson, Mark : Investor Relations
**Sent:** 18 September 2008 13:14
**To:** Varley, John : Group Exec; Lucas, Chris : Group Exec
**Cc:** Turner, Cathy : Human Resources; James, Howell : Barclays Corporate Affairs; McIvor, John : Investor Relations
**Subject:** RE: Messages - revised

As discussed:

1. Incremental to the 'at least $1bn' announced as part of the Lehman Brothers transaction
2. Raised in response to shareholder demand
3. Completed in 3.5 hours
4. Price of 310
5. Raises capital ratios by about 20 bps

Best regards

Mark Merson
Director, Investor Relations
**Tel. +44 20 7116 5752**
**Mob. +44 7770 748771**
**Email : mark.merson@barclays.com**

---

**From:** Varley, John : Group Exec
**Sent:** 18 September 2008 13:08
**To:** Merson, Mark : Investor Relations; Lucas, Chris : Group Exec
**Cc:** Turner, Cathy : Human Resources; James, Howell : Barclays Corporate Affairs
**Subject:** RE: Messages

Perfect. Agreed.

John Varley
Group Chief Executive

Tel: 020 7116 1000 (cw 6006-1000)
Fax: 020 7116 7780 (cw 6006-7780)
e-mail address: john.varley@barclays.com
Address: One Churchill Place, London E14 5HP
COMPANY CONFIDENTIAL

BCI-EX-00166308

THIS ANNOUNCEMENT IS NOT FOR RELEASE, PUBLICATION OR DISTRIBUTION, DIRECTLY OR INDIRECTLY IN OR INTO THE UNITED STATES, CANADA, AUSTRALIA OR JAPAN OR ANY OTHER JURISDICTION INTO WHICH THE SAME WOULD BE UNLAWFUL. This Announcement does not constitute an offer to sell or issue or the solicitation of an offer to buy or acquire shares in the capital of Barclays in the United States, Canada, Australia or Japan or any jurisdiction in which such an offer or solicitation is unlawful. The shares in Barclays referred to in this Announcement have not been and will not be registered under the United States Securities Act of 1933, as amended and may not be offered or sold or transferred within the United States absent registration or an exemption from registration. No public offering of securities will be made in the United Kingdom, the United States or elsewhere.

18 September 2008

For immediate release

BARCLAYS ANNOUNCES PLACING OF 226 MILLION BARCLAYS ORDINARY SHARES OF 25P EACH AT A PLACING PRICE OF 310P EACH

Barclays announces the completion of the placing announced earlier today (the **"Placing"**).

A total of 226 million new Barclays Ordinary Shares of 25 pence each (the **"Placing Shares"**) issued by Barclays have been placed with institutions at a price of 310 pence per Placing Share. Based on the placing price, the gross proceeds are GBP 701 million. The Placing Shares being issued represent an increase of approximately 2.8 per cent. in Barclays current issued share capital.

The Placing Shares will, when issued, be issued credited as fully paid and will rank *pari passu* in all respects with the existing ordinary shares of Barclays, including the right to receive all dividends and other distributions declared, made or paid on the Barclays Ordinary Shares after the date of the issue. The Placing Shares shall not be entitled to the interim dividend declared on the Barclays Ordinary Shares on 7 August 2008. Application will be made for, and the Placing is conditional on, *inter alia*, admission of the Placing Shares to the Official List of the Financial Services Authority, and admission to trading by London Stock Exchange plc on its main market for listed securities (together, **"Admission"**). Admission is expected to take place, settlement to occur and dealing in the Placing Shares to commence at 8.00 a.m. on 23 September 2008.

Credit Suisse, Deutsche Bank and JPMorgan Cazenove are acting as joint bookrunners and placing agents on behalf of Barclays in respect of the Placing.

Enquiries
ANALYSTS AND INVESTORS
Mark Merson                    +44 (0) 20 7116 5752
John McIvor                    +44 (0) 20 7116 2929

THIS ANNOUNCEMENT IS NOT FOR RELEASE, PUBLICATION OR DISTRIBUTION, DIRECTLY OR INDIRECTLY IN OR INTO THE UNITED STATES, CANADA, AUSTRALIA OR JAPAN

MEDIA
Howell James                          +44 (0) 20 7116 6060
                                      +44 (0) 7711 686046


JPMORGAN CAZENOVE
David Mayhew                          +44 (0) 20 7588 2828
Jonathan Wilcox                      +44 (0) 20 7588 2828


CREDIT SUISSE
James Leigh-Pemberton                + 44 (0) 20 7888 8888
Tom Ahearne                          + 44 (0) 20 7888 8888
Nick Bowers                          + 44 (0) 20 7888 8888


DEUTSCHE BANK
James Agnew                          + 44 (0) 20 7545 8000
Sam Dean                             + 44 (0) 20 7545 8000

This Announcement has been issued by and is the sole responsibility of Barclays. No
representation or warranty express or implied is or will be made as to, or in relation to, and no
responsibility or liability is or will be accepted by Credit Suisse Securities (Europe) Limited,
Deutsche Bank AG, London Branch or JPMorgan Cazenove Limited (collectively the
**"Bookrunners and Placing Agents"**) or by any of their respective affiliates or agents as to or
in relation to, the accuracy or completeness of this Announcement or any other written or oral
information made available to or publicly available to any interested party or its advisers, and
any liability therefore is expressly disclaimed.

Credit Suisse Securities (Europe) Limited (**"Credit Suisse"**), which is authorised and
regulated in the United Kingdom by the Financial Services Authority, is acting for Barclays
PLC and Barclays Bank PLC and for no-one else in connection with the Placing, and will not
be responsible to anyone other than Barclays PLC and Barclays Bank PLC for providing the
protections afforded to customers of Credit Suisse nor for providing advice to any other
person in relation to the Placing or any other matter referred to herein.

Deutsche Bank AG, London Branch, is authorised under German Banking Law (competent
authority: BaFin – Federal Financial Supervising Authority) and regulated by the Financial
Services Authority for the conduct of UK business. Deutsche Bank AG, London Branch, is
acting for Barclays PLC and Barclays Bank PLC and for no-one else in connection with the
Placing and will not be responsible to anyone other than Barclays PLC and Barclays Bank
PLC for providing the protections afforded to the clients of Deutsche Bank AG, London
Branch, nor for providing advice in connection with the Placing or any other matter referred
to herein.

JPMorgan Cazenove Limited (**"JPMC"**), which is authorised and regulated in the United
Kingdom by the Financial Services Authority, is acting for Barclays PLC and Barclays Bank
PLC and for no-one else in connection with the Placing, and will not be responsible to
anyone other than Barclays PLC and Barclays Bank PLC for providing the protections
afforded to customers of JPMC nor for providing advice to any other person in relation to the
Placing or any other matter herein.

THIS ANNOUNCEMENT IS NOT FOR RELEASE, PUBLICATION OR DISTRIBUTION, DIRECTLY OR INDIRECTLY IN OR
INTO THE UNITED STATES, CANADA, AUSTRALIA OR JAPAN

The distribution of this Announcement and the offering of the Placing Shares in certain jurisdictions may be restricted by law. No action has been taken by Barclays or the Bookrunners and Placing Agents that would permit an offering of such shares or possession or distribution of this Announcement or any other offering or publicity material relating to such shares in any jurisdiction where action for that purpose is required. Persons into whose possession this Announcement comes are required by Barclays and the Bookrunners and Placing Agents to inform themselves about, and to observe, and such restrictions.

Certain statements in this Announcement are forward-looking statements which are based on Barclays expectations, intentions and projections regarding its future performance, anticipated events or trends and other matters that are not historical facts. These statements are not guarantees of future performance and are subject to known and unknown risks, uncertainties and other factors that could cause actual results to differ materially from those expressed or implied by such forward-looking statements. Given these risks and uncertainties, prospective investors are cautioned not to place undue reliance on forward-looking statements. Forward-looking statements speak only as of the date of such statements and, except as required by applicable law, Barclays undertakes no obligation to update or revise publicly any forward-looking statements, whether as a result of new information, future events or otherwise

The price of shares and the income from them may go down as well as up and investors may not get back the full amount invested on disposal of the shares.

MEMBERS OF THE PUBLIC ARE NOT ELIGIBLE TO TAKE PART IN THE PLACING. THIS ANNOUNCEMENT IS FOR INFORMATION PURPOSES ONLY AND ARE DIRECTED ONLY AT: (A) PERSONS IN MEMBER STATES OF THE EUROPEAN ECONOMIC AREA WHO ARE QUALIFIED INVESTORS (AS DEFINED IN ARTICLE 2(1)(E) OF EU DIRECTIVE 2003/71/EC (THE "PROSPECTUS DIRECTIVE")); (B) IN THE UNITED KINGDOM, QUALIFIED INVESTORS ARE PERSONS WHO ARE (I) INVESTMENT PROFESSIONALS FALLING WITHIN ARTICLE 19(5) OF THE FINANCIAL SERVICES AND MARKETS ACT 2000 (FINANCIAL PROMOTION) ORDER 2005 (THE "ORDER"); (II) PERSONS FALLING WITHIN ARTICLE 49(2)(A) TO (D) ("HIGH NET WORTH COMPANIES, UNINCORPORATED ASSOCIATIONS, ETC") OF THE ORDER; OR (III) PERSONS TO WHOM IT MAY OTHERWISE BE LAWFULLY COMMUNICATED (ALL SUCH PERSONS TOGETHER BEING REFERRED TO AS "RELEVANT PERSONS"). THIS ANNOUNCEMENT MUST NOT BE ACTED ON OR RELIED ON BY PERSONS WHO ARE NOT RELEVANT PERSONS. ANY INVESTMENT OR INVESTMENT ACTIVITY TO WHICH THIS ANNOUNCEMENT RELATES IS AVAILABLE ONLY TO RELEVANT PERSONS AND WILL BE ENGAGED IN ONLY WITH RELEVANT PERSONS. THIS ANNOUNCEMENT DOES NOT ITSELF CONSTITUTE AN OFFER FOR SALE OR SUBSCRIPTION OF ANY SECURITIES IN BARCLAYS.

Persons who are invited to and who choose to participate in the Placing, by making an oral or written offer to subscribe for Placing Shares (the "Placees"), will be deemed to have read and understood this Announcement, in its entirety and to be making such offer on the terms and conditions, and to be providing the representations, warranties, acknowledgements, and undertakings contained or referenced a previous announcement made by Barclays. In particular each such Placee represents, warrants and acknowledges that it is:

THIS ANNOUNCEMENT IS NOT FOR RELEASE, PUBLICATION OR DISTRIBUTION, DIRECTLY OR INDIRECTLY IN OR INTO THE UNITED STATES, CANADA, AUSTRALIA OR JAPAN

1.   Relevant Person (as defined above) and undertakes that it will acquire, hold, manage or dispose of any Placing Shares that are allocated to it for the purposes of its business; and

2.   outside the United States and is subscribing for the Placing Shares in an "offshore transaction" (within the meaning of Regulation S under the Securities Act).

This Announcement does not constitute an offer to sell or issue or the solicitation of an offer to buy or subscribe for Placing Shares in any jurisdiction in which such offer or solicitation is or may be unlawful. This Announcement and the information contained herein is not for publication or distribution, directly or indirectly, to persons in the United States, Canada, Australia or Japan or in any jurisdiction in which such publication or distribution is unlawful. No public offer of securities of Barclays is being made in the United Kingdom, the United States or elsewhere.

In particular, the Placing Shares referred to in this Announcement have not been and will not be registered under the Securities Act and may not be offered, sold or transferred within the United States except pursuant to an exemption from, or as part of a transaction not subject to, the registration requirements of the Securities Act. The Placing Shares are being offered and sold outside the United States only and in accordance with Regulation S under the Securities Act.

The relevant clearances have not been, and nor will they be, obtained from the securities commission of any province or territory of Canada; no prospectus has been lodged with or registered by, the Australian Securities and Investments Commission or the Japanese Ministry of Finance; and the Placing Shares have not been, and nor will they be, registered under or offered in compliance with the securities laws of any state, province or territory of Canada, Australia or Japan. Accordingly, the Placing Shares may not (unless an exemption under the relevant securities laws is applicable) be offered, sold, resold or delivered, directly or indirectly, in or into the United States, Canada, Australia or Japan or any other jurisdiction outside the United Kingdom.

The Placing Shares have not been approved or disapproved by the US Securities and Exchange Commission, any State securities commission or other regulatory authority in the United States, nor have any of the foregoing authorities passed upon or endorsed the merits of the Placing or the accuracy or adequacy of this Announcement. Any representation to the contrary is unlawful.

Persons (including, without limitation, nominees and trustees) who have a contractual or other legal obligation to forward a copy of this Appendix or this Announcement should seek appropriate advice before taking any action.

The Placing Shares to be issued pursuant to the Placing will not be admitted to trading on any stock exchange other than the London Stock Exchange and, as applicable, in the form of American Depositary Shares (ADSs) on the New York Stock Exchange

THIS ANNOUNCEMENT IS NOT FOR RELEASE, PUBLICATION OR DISTRIBUTION, DIRECTLY OR INDIRECTLY IN OR INTO THE UNITED STATES, CANADA, AUSTRALIA OR JAPAN OR ANY OTHER JURISDICTION INTO WHICH THE SAME WOULD BE UNLAWFUL.

THIS ANNOUNCEMENT IS NOT FOR RELEASE, PUBLICATION OR DISTRIBUTION, DIRECTLY OR INDIRECTLY IN OR INTO THE UNITED STATES, CANADA, AUSTRALIA OR JAPAN
708886-London Server 1A - MSW

THIS ANNOUNCEMENT IS NOT FOR RELEASE, PUBLICATION OR DISTRIBUTION, DIRECTLY OR INDIRECTLY IN OR
INTO THE UNITED STATES, CANADA, AUSTRALIA OR JAPAN

**Deans, June : Group Exec**

| | |
|---|---|
| **From:** | Diamond, Bob : Barclays Capital |
| **Sent:** | 19 September 2008 13:38 |
| **To:** | Varley, John : Group Exec |
| **Subject:** | FW: Clarification on short selling |

Interesting fact for you in interview...............us focus on naked short selling, it has always been illegal to naked short, never enforc3d.

---

**From:** Kantor, Larry: Research (NYK)
**Sent:** Friday, September 19, 2008 8:31 AM
**To:** Diamond, Bob: Barclays Capital
**Subject:** Clarification on short selling

As I said, naked short selling was always illegal, but is now being enforced. In addition, the US has banned short selling for 799 financial firms until Oct 2, 2008.

In the UK, short selling of 29 financial firms (including Barclays) are banned until Jan 16, 2009.

Happy to send you the list of firms if that helps.

Larry

---

This e-mail may contain information that is confidential, privileged or otherwise protected from disclosure. If you are not an intended recipient of this e-mail, do not duplicate or redistribute it by any means. Please delete it and any attachments and notify the sender that you have received it in error. Unless specifically indicated, this e-mail is not an offer to buy or sell or a solicitation to buy or sell any securities, investment products or other financial product or service, an official confirmation of any transaction, or an official statement of Barclays. Any views or opinions presented are solely those of the author and do not necessarily represent those of Barclays. This e-mail is subject to terms available at the following link: www.barcap.com/emaildisclaimer. By messaging with Barclays you consent to the foregoing. Barclays Capital is the investment banking division of Barclays Bank PLC, a company registered in England (number 1026167) with its registered office at 1 Churchill Place, London, E14 5HP. This email may relate to or be sent from other members of the Barclays Group.

---

1

BCI-EX-00166314

Key Messages

Lehman Transaction:

- Proposed acquisition accelerates the execution of Barclays strategy of diversification by geography and business:

  - 10,000 employees
  - estimated value of 72 billion dollars
  - trading liabilities with a current estimated value of 68 billion dollars
  - cash consideration of 250 million dollars
  - negative goodwill c. 2 billion US dollars post tax

- New business makes Barclays top 5 player in US M&A, top 5 player in US equities - transforms our position in the largest global capital market

- Creates a leading global investment banking franchise and leading presence in major capital markets and business areas

- Transaction delivers the strategic benefits of a combination with Lehman Brothers core franchise; whilst meeting Barclays strict financial criteria

- Transaction is de-risked - excludes overwhelming majority of Lehman risk assets

- Meets Barclays financial tests and protects Barclays shareholders

- Grow leading positions in fixed income, equities, research, equities origination and trading

- We expect it to be accretive to earnings on an ongoing basis in the first year, including the impact of equity raising - return on investment is very high


Market:

- Managing the impact of the credit crunch whilst maintaining strategic momentum

- This is as tough an environment as we have operated in. An environment like this tests your strategy

- Realistic about state of the world, but not immobilised by it

- For all the many changes in the world, drivers of growth in the industry are substantially unchanged: privatisation of welfare provision; wealth management and wealth transfer; credit and debit cards in developing worlds; capital markets for financing and risk; pursuit of yield and demands of infrastructure

Capital Raising:

- Incremental to the 'at least $1bn' announced as part of the Lehman Brothers transaction
- Raised in response to shareholder demand: pleased to place £701m: Price of 310p

BCI-EX-00166315

- 2% discount to last night's close; 10% premium to our July raising
- Raises capital ratios by about 20 bps
- We had a positive response from shareholders to yesterday's announcement who have asked to participate in the shareholding
- This will strengthen further our capital ratios which are already well ahead of our long term targets

FSA short-selling provision: (Hector Sants and Angela Knight quotes attached)

- In ordinary times such measures would be unacceptable to a broad range of stakeholders, including Barclays; but these are not ordinary times

- These measures must be viewed in context. Restoring stability and confidence to the market is the right priority

HBOS/Lloyds TSB merger:

- The current market volatility demanded decisive action. That's what happened

- I know that some stakeholders, including Barclays, would have objected, in calmer times, to the removal of the competition barriers that has allowed Lloyds TSB and HBOS to announce their merger. But the times are not calm, and in the round I believe that the country has benefited from the decisions taken by the UK authorities

Special Liquidity Scheme:

- "This is a wise move, which I welcome. The special liquidity scheme is working well. Extending it for a while rather than introducing change just at the moment makes very good sense."

Highly Confidential

FSA announces ban of active creation or increase in short positions in quoted financial companies from tonight

Source: FSA News release 18/9

Hector Sants, chief executive of the FSA, said:

"While we still regard short-selling as a legitimate investment technique in normal market conditions, the current extreme circumstances have given rise to disorderly markets. As a result, we have taken this decisive action, after careful consideration, to protect the fundamental integrity and quality of markets and to guard against further instability in the financial sector."

**British Bankers' Association welcomes FSA action on short positions in financial stocks**

Chief Executive Angela Knight said:

"The British Bankers' Association is pleased the Financial Services Authority has taken this welcome and sensible action in these current extra-ordinary times."

Highly Confidential

BCI-EX-00166317

**Deans, June : Group Exec**

| | |
|---|---|
| From: | Varley, John : Group Exec |
| Sent: | 17 September 2008 07:48 |
| To: | 'rdc@makinson-cowell.co.uk' |
| Cc: | 'marcus.agius@barclays.com' |
| Subject: | Re: lehmans |

Bob
Thanks for this. Really appreciate the points you raise. Agree re tone and messaging.
Canny sobriety not triumphalism is how I want us to come across.
John

-----Original Message-----
From: Bob Cowell <rdc@makinson-cowell.co.uk>
To: Varley, John : Group Exec; Diamond, Bob  : Barclays Capital; Lucas, Chris : Group
Exec
CC: Merson, Mark : Investor Relations; McIvor, John : Investor Relations
Sent: Wed Sep 17 05:27:32 2008
Subject: lehmans

All

Watched events unfold over the weekend from vantage point here in Singapore -
unbelievable and it goes on!

I just wanted to congratulate you all on the Lehman move.  This could turn out to be a
defining moment for Barclays.  Let's hope for a smooth passage through to completion.

From my perspective the deal:

1. is totally consistent with stated strategy 2. gives you the presence you seek in
the US market 3. shows backing from major shareholders with additional equity capital
available at difficult time 4. buries the ghost of ABN 5. gives you the most motivated
workforce in US investment banking given what they were facing 6. gives further
credibility to universal banking model 7. enables you to say that earnings and capital
position both enhanced

You should expect the normal whinging on the noon call from the bears with attempted
focus on detail and current BarCap business, not the big picture.  Do rise above it
all and respond with usual clinical precision - more 'what this does for Barclays
shareholders' and less 'deal of a lifetime' stuff would go down well in my opinion
with a need to demonstrate you know exactly what assets and liabilities you have
bought (in contrast to BofA).

I will be presenting while the call is live but will listen to the replay later on.

Good luck later today.

Regards

Bob


***************************************************************************
***********

This e-mail and any attachments contain information which is private and confidential
and is intended for the addressee only.  If you are not the intended recipient you are
not authorised to copy, distribute or take any action in respect of the information
contained in this message.  If you have received this e-mail in error please notify us
immediately by return e-mail and then delete the message from your computer.

Makinson Cowell Limited is registered in England No. 2363341.  Registered Office:
Cheapside House, 138 Cheapside, London EC2V 6LQ.

***************************************************************************
***********

Highly Confidential                                                                          BCI-EX-00166318





# Project Long Island

### Board discussion materials

16 September 2008

Highly Confidential

BCI-EX-00166319

## Executive Summary

- We are asking for approval to purchase the US broker dealer operations of Long Island

- This transaction strongly supports our strategy and would materially enhance the Barclays Capital US position, and further diversify our earnings stream by product and geography.

- In this transaction, we would hire the staff of the broker dealer and assume a portion of its assets and liabilities
  - ➢ We intend today to seek permission from the US bankruptcy court to acquire the business
  - ➢ We would acquire $75bn of assets and liabilities. The business would include RWA of $13.5bn
  - ➢ We would offer $250m to acquire the business and we are buying $1.5bn worth of company-related property (HQ and data centres). The recognition of negative goodwill amounts to $3.0bn pre tax ($2bn post tax)
  - ➢ We would issue 612m shares to fund the capital required to operate the broker dealer. This would be from either Sumitomo, ICD or the QIA. As a backup, we are arranging volume underwriting from CS,DB and JPM.

- This transaction structure mitigates some of the risks that we previously identified
  - ➢ It significantly reduces the amount of assets we acquire
  - ➢ We extract "clean" assets and contracts out of Long Island
  - ➢ Our consolidated equity ratio rises by an estimated 60bps as a result of the amount of equity funding we intend to raise connected to the deal

- There are three primary risks outstanding
  - ➢ If we do not get a fixed price from the major investors (Sumitomo, ICD, QIA) before announcement, we take the risk that the share issuance raises less than the $3.4bn current market value of these shares.
  - ➢ We have performed accelerated due diligence and there will be a number of loose ends upon separation from Long Island (e.g. continuation of Group Services)
  - ➢ We will be subject to a US legal process which is unpredictable

- We are seeking Board approval for the transaction and to issue 612m Barclays shares

Page 2

                                      BCI-EX-00166320

## What are we buying?

- Acquiring the businesses previously undertaken in Long Island's US Broker Dealer entity

- The deal would include

  A Both the Capital Markets and Investment Banking businesses including OTC derivative trading desks

  A All regulatory licenses and approvals

  A $1.5bn purchase of the HQ ($1bn) and data centres ($500m) at a 6% discount to current market value

  A 5,810 front office staff and c. 3,000 back office support staff

- The deal would exclude

  A Investment Management and Neuberger Berman

  A Outstanding OTC derivative contracts

- The transaction will be effected through an asset transfer into Barclays Capital Inc

Page 3

Highly Confidential

## The transaction is now focused on adding the most valuable parts of LI to fill Baltimore's gaps



**Baltimore's IBIM gaps**

|  | Baltimore Americas | Baltimore EMEA | Baltimore Asia | Long Island Americas | Long Island EMEA | Long Island Asia |
|---|---|---|---|---|---|---|
| M&A | × | --- | ✓ | (2) | --- (12) | --- (13) |
| ECM | × | × | × | | ✓ | ... |
| Wealth Management | × | ✓ | ✓ | ✓ | ... | ... |

**Baltimore's IBIM strengths**

|  | Baltimore Americas | Baltimore EMEA | Baltimore Asia | Long Island Americas | Long Island EMEA | Long Island Asia |
|---|---|---|---|---|---|---|
| Investment Banking – Debt | ✓ | ✓✓✓ | ✓ | (3) | ... | ... |
| Capital Markets – FICC + Eq. linked | ✓ | ✓✓ | ✓ | | ✓ | ✓ |
| Asset Management | ✓✓✓ | ✓✓✓ | ✓✓✓ | ✓ | ✓ | ✓ |

Included in deal

✓✓✓ Top 3 player    ✓✓ Top 5 player    ✓ Top 10 player    --- Outside Top 10    × No Capabilities

Source: Thomson, Coalition, S&P analysis

### Key Benefits

1. • Significantly strengthen Barclays Capital's position in the US/Americas
   • In line with Barclays Capital's strategy
   • Area of highest impact of LI addition to Barclays franchise
   • Adding significant new product capabilities

2. • With the merger of BofA and ML, the I-banking market is now dominated by Domestic Universal Banks that combine ability to lend with good M&A capabilities
   • It is key for Barclays Capital to add this capability to remain competitive in the US Top Tier
   • Both M&A and ECM capabilities in the US can then be extended to the rest of the World

3. • Become a Top 5 player in the Americas in existing Capital Markets businesses

Page 4

Page 5

## Total Assets in New Transaction are $75bn

| $bn | Long Island Starting Position | Excluded Original Transaction | Excluded New Transaction | New Transaction included GROSS | Description |
|---|---|---|---|---|---|
| Mortgage | 55.0 | 24.0 | 24.5 | 6.5 | Secondary Mortgage Securities and ABS products |
| Real Estate | 18.6 | 8.6 | 10.0 | 0.0 | |
| Corporate Debt | 41.7 | 8.7 | 27.6 | 5.4 | Secondary US Corporate Debt |
| Corporate Equities | 43.2 | 10.5 | 23.4 | 9.3 | Cash Equities and Exchange traded business |
| Government & Agencies | 42.3 | 0.0 | 12.1 | 30.2 | US Government & Agencies business |
| CP and other MM instruments | 4.6 | 0.0 | 3.4 | 1.2 | |
| Derivatives and Other contracts | 46.3 | 0.0 | 43.5 | 2.8 | Include Future & Options business |
| Sub-total | 251.8 | 51.8 | 144.6 | 55.4 | |
| Other | 346.0 | 0.0 | 326.1 | 19.9 | |
| Total | 597.8 | 51.8 | 470.7 | 75.3 | |

Highly Confidential

BCI-EX-00166323

## Income statement of the business we are acquiring

| P&L | 2006 (A) | 2007 (A) | H1 2008 (A) | 2008 (F) | 2009 (F) | 2010 (F) | 2011 (F) |
|---|---|---|---|---|---|---|---|
| Net interest income | 435,305 | 387,089 | 1,490,587 | 2,235,880 | 400,000 | 420,000 | 441,000 |
| Total Commissions | 1,234,235 | 1,455,142 | 1,070,779 | 1,228,873 | 1,290,317 | 1,354,832 | 1,422,574 |
| Total Firm trading | 2,019,024 | (2,901,603) | (5,586,898) | (5,503,553) | 1,000,000 | 1,050,000 | 1,102,500 |
| Other Income | 3,254,977 | 3,451,633 | 3,870,490 | 4,916,720 | 3,978,135 | 4,192,042 | 4,414,144 |
| NET REVENUE | 6,508,236 | 2,015,917 | (645,630) | 642,040 | 6,268,452 | 6,596,875 | 6,939,218 |
| Compensation | (3,213,924) | (995,891) | (735,313) | (3,583,000) | (3,762,150) | (3,950,258) | (4,147,770) |
| Other expenses | 1,066,296 | 1,190,806 | 883,690 | (1,325,536) | (1,391,812) | (1,461,403) | (1,534,473) |
| TOTAL EXPENSES | (4,280,220) | (2,186,697) | (1,619,003) | (4,908,536) | (5,153,962) | (5,411,661) | (5,682,244) |
| Income before taxes | 2,228,014 | (170,780) | (2,264,633) | (4,266,496) | 1,114,490 | 1,185,214 | 1,256,975 |
| Taxes | 912,844 | (243,458) | (996,538) | (1,877,258) | 490,375 | 521,494 | 553,069 |
| Profit after Tax | 1,315,170 | 114,257 | (1,268,095) | (2,389,238) | 624,114 | 663,720 | 703,906 |
| NET INCOME AFTER TAXES | 1,948,137 | 1,810,031 | (2,227,317) | (2,389,238) | 624,114 | 663,720 | 703,906 |
| **Compensation breakdown** | | | | | | | |
| Salaries | (718,806) | (805,820) | (607,874) | (1,307,000) | (1,372,350) | (1,440,968) | (1,513,016) |
| Benefits | (234,101) | (173,813) | (138,172) | (523,000) | (549,150) | (576,608) | (605,438) |
| Production Comp. | (175,890) | (205,554) | (146,688) | (261,000) | (274,050) | (287,753) | (302,140) |
| Bonus | (1,921,444) | 378,250 | 333,758 | (1,100,000) | (1,155,000) | (1,212,750) | (1,273,388) |
| Other (ie. Long Term Comp ) | (183,242) | (188,959) | (176,339) | (392,000) | (411,600) | (432,180) | (453,289) |
| TOTAL COMPENSATION | (3,233,482) | (995,896) | (735,315) | (3,583,000) | (3,762,150) | (3,950,258) | (4,147,770) |
| COMP / REVENUE RATIO | 49.38% | 49.40% | -113.89% | 44.00% | | | |
| EFFECTIVE TAX RATE | 40.97% | 142.56% | 44.00% | | | | |

Estimated current monthly expenses of $400m

Page 6

Highly Confidential

BCI-EX-00166324

## The transaction improves our Group Equity ratio by 60bps and the Solus ratio by 41bps, assuming we raise $3.12bn of equity (10% discount to current)

### Group

| ($m) | Baltimore 2008f | Broker/Dealer 2008e | Equity raising @ 10% discount | Negative G'will | Transaction costs | Combined |
|---|---|---|---|---|---|---|
| RWAs | 680,311 | 15,000 [1] | | | | 695,311 |
| Equity Tier 1 | 40,652 | | 3,124 [2] | 2,000 | (126) | 45,650 |
| "FSA" Tier 1 | 36,465 | | 3,124 | 2,000 | (126) | 41,463 |
| Tier 1 | 57,977 | | 3,124 | 2,000 | (126) | 62,975 |
| Gross Assets | 2,261,540 | 62,700 | | | | 2,324,115 |
| Shareholder's (Common) Equity | 53,133 | | 3,124 | 2,000 | (126) | 58,131 |
| Minorities / prefs | 20,632 | | | | | 20,632 |
| Total Equity | 73,765 | | 3,124 | 2,000 | (126) | 78,763 |
| Ratios | | | | | | |
| "FSA" Ratio | 5.36% | | | | | 5.96% |
| Equity Ratio | 5.98% | | | | | 6.57% |
| Tier 1 Ratio | 8.52% | | | | | 9.06% |
| Previous: | | | 3,500 | 3,500 | | |

Previous:
5.29%
5.84%
8.61%

### Solus

| ($m) | BB Plc 2008f | Broker/Dealer 2008e | Equity raising | Negative G'will | Capital deduction | Combined |
|---|---|---|---|---|---|---|
| RWAs | 553,860 | | | | | 553,860 |
| Equity Tier 1 | 23,927 | | 3,124 | 1,620 [3] | (2,474) | 26,197 |
| Ratios | | | | | | |
| Equity Ratio | 4.32% | | | | | 4.73% |

The equity ratio is significantly improved versus the prior deal due to – a lower RWA requirement; the absence of $6bn of negative NAV adjustments (own credit and deferred tax); and lower consideration to the vendor

1) 13,500 + 1,500 for corporate headquarters building
2) Equity raising based on available shares to issue under section 80 of 612,454,218 issued at price of £2.84 representing a ten percent headroom discount to the closing price of £3.16 on Monday 15th September
3) Post tax negative goodwill at Solus level based on 75% of negative goodwill recognised by BB Plc level taxed at 28%

Page 7

BCI-EX-00166325

# Value creation is driven by cost synergies and reflecting a low price



## Value Creation

## Financial Effects

| £m | 2008 | 2009 | 2010 | 2011 | 09-11 CAGR |
|---|---|---|---|---|---|
| Baltimore - Reported Attributable PAT | 3,547 | 4,575 | 5,542 | 6,096 | 15% |
| Long Island - Reported Attributable PAT | -1,146 | 364 | 393 | 421 | 6% |
| Synergies inc transaction costs (post tax) | | -15 | 383 | 391 | na |
| **Total** | **2,401** | **4,924** | **6,318** | **6,908** | **18%** |
| Cash EPS (£) | | | | | |
| Pre | 0.50 | 0.58 | 0.70 | 0.77 | 15% |
| Post (post-restructuring costs) | | 0.58 | 0.74 | 0.81 | 16% |
| Accretion/(dilution) | | -0.1% | 5.7% | 5.1% | na |
| EP Impact (£m) - post-integration charges | | 337 | 759 | 770 | na |
| ROCE (%) - post-integration charges | | 133.4% | 252.2% | 1497.7% | na |

Highly Confidential

BCI-EX-00166326

# We will look to issue 612m shares to capitalise the purchased assets

## Capital Raising = £1.8bn

- We are seeking to raise £1.8bn ($3.4bn)
- We can issue up to 612m shares without shareholder approval [1]

## Reference investors = £800m+

- We have approached the QIA, ICD and Sumitomo to subscribe to the equity raising
  - We are seeking commitments from these investors. The issue price cannot exceed a 5% discount to the Barclays share price at the time of the announcement
- It may be that, particularly for Sumitomo, the investors cannot commit in time for an announcement, in which case we will agree a bank underwriting (see below)

## Bank underwriters = up to £1bn

- We are seeking commitment from Credit Suisse, JPMCaz and Deutsche to execute a placing of up to 612m Barclays shares within 15 days [2]
- The banks will execute the issuance within ABI discount guidelines (<5% of price at time of pricing) and within UKLA guidelines (<10% of closing price on the day prior to issuance)
- The price is not guaranteed and so proceeds may fall below $3.4bn

1) Un-issued authorised share capital limits the raising to 612m shares or £1.840m at close price of 316p on 15th September
2) Banks will have flexibility to execute on any day within 15 day period in order to allow them to 'feel' for market conditions and have the greatest opportunity to fill the issuance

Page 9

## Remaining issues

Remaining issues/Risks and mitigants

- The proceeds of the equity raising cannot be guaranteed at announcement unless reference investors subscribe at a fixed price

- If Barclays share price falls, less capital is raised, however, the negative goodwill arising from the transaction will still improve Barclays equity ratio (by a minimum of 16bps if zero capital is raised)

- Transaction is subject to US legal process and the decision of the judge.  There is no certainty that our proposed deal timetable will be followed by the judge

- Business separation issues – ring fencing/ identifying the key assets/ contracts.  This is the limitation of accelerated due diligence

- Requisite US and UK regulatory clearances

Highly Confidential

BCI-EX-00166328

APPENDIX

Highly Confidential

BCI-EX-00166329

# Transaction completion is anticipated for Friday, but will be subject to a judge's discretion and HSR process

| | W/C 15th September | | | | | |
|---|---|---|---|---|---|---|
| | T 16 | W 17 | TH 18 | F 19 | SA 20 | SU 21 |
| Barclays Board meeting | | | | | | |
| Underwriting commitment by banks | | | | | | |
| Signing of subscription agreement with strategic investors | | | | | | |
| Announcement by Barclays | | | | | | |
| Submission of Barclays proposal to court | | | | | | |
| Motion entered by Court | | | | | | |
| Court approval of Barclays proposal [1] | | | | | | |
| HSR submission and approval [2] | | | | | | |
| Sumitomo Board Meeting | | | | | | |
| Set up cash box | | | | | | |
| Sumitomo section 89 placing | | | | | | |
| Strategic investors subscription [3] | | | | | | |
| Completion [4] | | | | | | |
| Transfer of assets and liabilities to Barclays | | | | | | |
| Novation of contracts (employees, IT) | | | | | | |
| Day 1 trading under Barclays name | | | | | | |

Notes:
(1) Assumes that, given circumstances, court judge would allow for an expedited approval process; auction process subject to judge's discretion; could add up to 30 days to the process
(2) Could take up to 30 days depending on willingness of DOJ
(3) Assumes no standby underwriting by banks is required
(4) Subject to court and HSR approval

Page 12

Americas market rankings clearly demonstrate LI's potential to enhance Baltimore's market position in the Americas…

## Americas Market Position

| | Commodities | EM | FI Rates | Securitized Products* | FI Credit* | Prime Services | FX |
|---|---|---|---|---|---|---|---|
| Top 3 | MS | Citi | Goldman | CS | Goldman | Goldman | JPM |
| | Goldman | CS | JPM | Long Island | Long Island | MS | Citi |
| | Baltimore | UBS | BofA | JPM | JPM | JPM (Bear) | BofA |
| 5 | Merrill | JPM | Long Island | Deutsche | MS | Long Island | Deutsche |
| | JPM | Deutsche | MS | BofA | BofA | CS | MS |
| | #7 - Baltimore | #7 - Baltimore | #6 - Baltimore | #6 - Baltimore | #7 - Baltimore | #9 - Baltimore | #7 - Baltimore |

| | CMBS | IG Bonds | IG Loans | HY Bonds | Lev Loans | Equities |
|---|---|---|---|---|---|---|
| Top 3 | Goldman | Citi | JPM | JPM | JPM | Goldman |
| | JPM | JPM | Citi | CS | BofA | MS |
| | BofA | Goldman | RBS | Citi | Citi | BofA |
| 5 | MS | Long Island | Wachovia | BofA | CS | Citi |
| | CS | MS | BNP | ML | DB | Long Island |
| | #17 - Baltimore | #10 - Baltimore | #9 - Baltimore | #15 - Baltimore | #17 - Baltimore | #13 - Baltimore |

* - Excluding writedowns/losses in 2007; 'normalized' years
Source: Business heads and COOs, Coalition, Strategy & Planning Americas analysis, Reuters, Thomson, Dealogic

Page 13

# ...with excellent capability across the investment banking product set

**Market Positions (2007)**

| Primary | **Primary Equity** | • Long Island: #6 in US ECM revenues<br>• Long Island is #1 in US in global IPOs |
|---|---|---|
| | **Primary Debt** | • Baltimore #7 in global All Debt – addition of L.I. moves us to #1 with 10.8%<br>• Baltimore #3 in Intl. Bonds – addition of L.I. moves us to clear #1 with 10.9% share<br>• Baltimore #10 in USD Intl. Bonds – addition of L.I. moves us to #1 with 12.1% share |
| Secondary | **M&A Advisory** | • Long Island: Top 5 US player<br>• Accelerates Baltimore's recent investments in EM advisory services |
| | **Equities** | • Long Island: Top 5 player in the US, minor player outside US<br>• Baltimore: Top 10 equity derivatives player globally |
| | **Fixed Income** | • Long Island: Top 5 player in the US<br>• Baltimore: Top 5 global player – addition of L.I. would create a Top 3 player in the US |
| | **FX** | • Long Island: Top 11 player in North America<br>• Baltimore: Top 5 player globally and in North America – addition of L.I. would push us into Top 3 |
| | **Commods** | • Long Island: Second tier player<br>• Baltimore: Top 3 player – L.I. would add little |
| | **EM** | • Neither Long Island nor Baltimore are top tier players in EM<br>• Combination of both would create at least a Top 10 player |

Source: Business heads and COOs, Coalition, Strategy & Planning Americas analysis, Reuters, Thomson, Dealogic

Page 14

Highly Confidential

BCI-EX-00166332

DRAFT

<u>Speaking Notes</u>

1.   Welcome and thank you for joining the call.

2.   I am joined by Bob Diamond in New York, and by Chris Lucas in London.

3.   I am going to make a few comments to begin with, and then we are happy to take your questions.

4.   As you have seen, we have announced an agreement to acquire the core North American  Investment Banking and Capital Markets business of Lehmans.

5.   That acquisition is subject to approvals that we are now seeking from the US bankruptcy court.

6.   When we look at transactions, we ask ourselves two questions.

7.   Does the transaction fit with our strategy?

8.   Does the transaction make economic sense to our shareholders?

1

Highly Confidential                                              BCI-EX-00166333

DRAFT

9.   The acquisition of the businesses that we have announced today is in line with our strategy of seeking higher growth through time by geographical diversification.

10.   And it meets our financial tests, including delivering a strengthening of our capital ratios.

11.   When we talked to you about our half-year results, we said that our objective in 2008 was very simple.

12.   It was, and is, to manage the impact of the credit crunch, whilst maintaining strategic momentum.

13.   This transaction fits within that framework.

14.   The market backdrop is as challenging as anything we have ever seen.

15.   Our intention, as we do our business around the Group, is to stay close to our customers and clients, and manage our risks...

16.   ...whilst keeping our eyes open to opportunities presented by the markets disruption which might be attractive for shareholders.

Highly Confidential                                                    BCI-EX-00166334

DRAFT

17.  Having the licence from our owners to take those opportunities is, we fully recognise, dependent on our businesses continuing to perform notwithstanding the difficult circumstances.

18.  You will see that, as part of our announcement today, we have said that our trading performance in July and August was satisfactory.

19.  Group profits were a bit below the run-rate of the first six months of the year, which is what we would expect during the high summer…

20.  …but all our businesses were profitable.

21.  It was against that backdrop - of strong relative financial performance - that we looked hard at the Lehman Brothers opportunity over the weekend.

22.  I should say that we thought, some months back, that it was possible that this opportunity might arise; but we were clear that we would only be interested in pursuing the opportunity at the right price.

23.  The knowledge that the opportunity might arise *also* caused us to manage our exposures to Lehman Brothers and we have minimal exposure to credit risk arising from the bankruptcy.

3

                                              BCI-EX-00166335

DRAFT

24.  We knew from our work over the summer that there was significant value in the business.

25.  And we knew that there might be a good economic opportunity available to us.

26.  Furthermore, we satisfied ourselves in the due diligence process, which took place at the back end of last week and over the weekend, that the franchise of much of Lehmans, and in particular the US broker dealer business, remained strong and healthy.

27.  I stress again that there are important approvals outstanding, including agreement from the United States bankruptcy court for the Southern District of New York.

28.  Subject to those, we have announced the acquisition of the high quality core of "old Lehmans", based around the US broker dealer operations.

29.  We have acquired the associated infrastructure.

30.  We will be taking on about 10,000 employees.

4

BCI-EX-00166336

DRAFT

31. We are acquiring trading assets with a current estimated value of US$72 billion, and trading liabilities with a current estimated value of US$68 billion, for a cash consideration of US$250 million.

32. In addition to acquiring these trading assets, we have made the decision to acquire three buildings: the Lehmans headquarters in New York and two data centres.

33. We also mentioned in our announcement today that certain of our shareholders have expressed support for the transaction, and interest in increasing their shareholdings in Barclays.

34. The transaction is capital ratio accretive without additional equity issuance.

35. The source of that accretion is the negative goodwill from the transaction, which amounts to some US$2 billion post tax.

36. The acquisition of these businesses and assets significantly enhances Barcap's position in the United States by a transaction that is de-risked by excluding the overwhelming majority of Lehman risk assets.

5

Highly Confidential

DRAFT

37.   Before moving on this opportunity, we satisfied ourselves as to the fit between the two capital markets businesses in terms of activities and culture.

38.   The enlarged business will of course be part of IBIM reporting to Bob.

39.   The transaction meets our financial tests with significant margin for error.

40.   We expect it to be immediately economic profit positive.

41.   We expect it to be accretive to earnings, on an ongoing basis, in the first year, including the impact of equity raising.

42.   And the return on investment is very high.

43.   So to summarise, and before taking your questions:

44.   We have a transaction which, subject to the consent of the US Court, makes good sense strategically and financially.

45.   I think that the transaction plays to our strengths.

46.   The acquisition transforms our position in the largest global capital market.

6

DRAFT

47.  It creates capital ratio enhancement.

48.  And it meets, *and some*, the financial tests that we have, which
     are designed to ensure that we create shareholder benefit.

49.  With that I will open the call up to questions.

7

Highly Confidential

BCI-EX-00166339

NET ASSET AND FUNDING **ESTIMATES**

|  | Long | Short | Net | Finance Rate | Finance Amount | Net to Finance |
|---|---|---|---|---|---|---|
|  |  |  |  |  | 16-Sep |  |
| Matched Repo Book | 10 | 10 | 0 | 0% | 0.0 | 0.0 |
| CD and Money Market | 1 | 0 | 1 | 50% | 0.5 | 0.5 |
| Derivative Positions | 4 | 4 | 0 | 0% | 0.0 | 0.0 |
| Corporate Obligations | 5.4 | 2 | 3.4 | 50% | 1.7 | 1.7 |
| Corporate Equities | 8.5 | 6.9 | 1.6 | 25% | 0.4 | 1.2 |
| Gov and Agencies | 39 | 35 | 4 | 100% | 4.0 | 0.0 |
| Mortgages | 4.5 | 0 | 4.5 | 29% | 1.3 | 3.2 |
|  | 72.4 | 57.9 | 14.5 |  | 7.9 | **6.6** |
| LESS: negotiated discount | -5 |  |  |  |  |  |
| TOTAL ($ bn) * | **67.4** | 57.9 | 9.5 |  |  |  |

* NOTE: these are the values at which the assets would come on to the balance sheet

Highly Confidential

**Varley, John : Group Exec**

| | |
|---|---|
| **From:** | Diamond, Bob : Barclays Capital |
| **Sent:** | 16 September 2008 07:16 |
| **To:** | Turner, Cathy : Human Resources; Varley, John : Group Exec; Lucas, Chris : Group Exec; Cox, Archie : ; Harding, Mark : Legal; Ricci, Rich : Barclays Capital |
| **Cc:** | Bruce, Leigh : ; Merson, Mark : Investor Relations |
| **Subject:** | Re: RNS messaging - IR/PR -URGENT |

Too narrow on product and geography, no need to limit right now? Worry tone is a bit negative. Call if you need to talk.

**From:** Turner, Cathy: Barclays PLC
**To:** Varley, John: Barclays PLC; Lucas, Chris: Barclays PLC; Diamond, Bob: Barclays Capital; Cox, Archie: Barclays Capital (NYK); Harding, Mark: Barclays PLC; Ricci, Rich: Barclays Capital
**Cc:** Bruce, Leigh: Corporate Comms (LDN); Merson, Mark: Barclays PLC
**Sent:** Tue Sep 16 07:06:45 2008
**Subject:** RNS messaging - IR/PR -URGENT

Below are messages for use with analysts and media once RNS up.

Comments/additions/approvals needed urgently.

1.    Lehman approached us about acquiring some of the assets specifically the broker-dealer.*

2.    Any potential deal would need to meet our strict financial tests and be in the interests of shareholders.

3.    Which means that it makes sense from a pricing, capital and risk perspective.

4.    We are principally looking at the US businesses.

5.    Which would include people, infrastructure, licences etc.

6.    Any assets in a potential deal would not include any of Lehman's troubled assets – which means, for example, no additional exposure to US sub prime.

7.    This is a rare opportunity for Barclays to accelerate its stated strategy by expanding its operations in the US through the acquisition of a high quality business with high margin potential.

8.    It would further diversify our earnings stream by product and by geography.

9.    We are discussing what is a complex transaction with tight deadlines.

10.    Nothing has been finalised and may or may not lead to a deal.

*Fixed income, equities, Investment Banking (including M&A franchise).

Thx

Cathy Turner

Barclays HR Director

16/09/2008

Highly Confidential

BCI-EX-00166341

**Varley, John : Group Exec**

| | |
|---|---|
| From: | Turner, Cathy : Human Resources |
| Sent: | 16 September 2008 07:32 |
| To: | Varley, John : Group Exec; Lucas, Chris : Group Exec; Diamond, Bob : Barclays Capital; Harding, Mark : Legal; Ricci, Rich : Barclays Capital |
| Cc: | Bruce, Leigh : ; Merson, Mark : Investor Relations; Haworth, Richard : |

We are up. Messaging below being used. Incorporates changes following RED feedback.

1. Lehman approached us about acquiring some of its businesses.

2. Any potential deal would need to meet our strict financial tests and be in the interests of shareholders.

3. Which means that it makes sense from a pricing, capital and risk perspective.

4. We are considering acquiring the broker-dealer businesses.

5. Which would include people, infrastructure, licences etc.

6. Any businesses in a potential deal would not include any of Lehman's troubled assets – which means, for example, no additional exposure to US sub prime.

7. This is a rare opportunity for Barclays to accelerate its stated strategy by expanding its operations in the US through the acquisition of a high quality business with high margin potential.

8. It would further diversify our earnings stream by product and by geography.

9. We are discussing what is a complex transaction with tight deadlines.

10. Nothing has been finalised and may or may not lead to a deal.

Cathy Turner
Barclays HR Director
Tel: +44 (0)20 7116 2933
Mobile:- +44 (0)7775 541 591
PA: Jo Barry

Company Confidential

Highly Confidential

BCI-EX-00166342

Deans, June : Group Exec

From:          Lucas, Chris : Group Exec
Sent:          23 September 2008 08:08
To:            Varley, John : Group Exec
Cc:            Harding, Mark : Legal
Subject:       FW: PIM bullets v2

REDACTED

From: Merson, Mark : Investor Relations
Sent: 22 September 2008 18:40
To: Lucas, Chris : Group Exec
Cc: Harding, Mark : Legal; Shepherd, Judith : Legal
Subject: FW: PIM bullets v2

REDACTED

Mark Merson
Director, Investor Relations
Tel. +44 20 7116 5752
Mob. +44 7770 748771
Email : mark.merson@barclays.com

From: Bruce, Leigh :
Sent: 22 September 2008 18:32
To: Merson, Mark : Investor Relations
Subject: FW: PIM bullets v2

From:          Haworth, Richard: Barclays Capital (LDN)
Sent:          22 September 2008 18:25
To:            Bruce, Leigh: Corporate Comms (LDN); Eaton, Simon: Corporate Comms (LDN)
Subject:       FW: PIM bullets v2

PIM bullets on facts

PIM

- As part of the acquisition of the Lehman Brothers assets and operations in the US, Barclays Wealth has acquired the Lehman Brothers Private Investment Management (PIM) business
- The PIM business consists of c.$50bn in client assets; 266 Investment Representatives (Brokers); and c.850 staff
- PIM has a footprint of 12 offices in the US and South America (NY, Boston, Philadelphia, Atlanta, Palm Beach, Miami, Houston, Dallas, LA, San Francisco, Chicago, Buenos Aires)
- The PIM business will now have access to the Aa1 rated balance sheet, global capital markets capability and leading product platform of Barclays in addition to all of its current product
- The PIM business gives us the opportunity to leverage the market leading structured products capability we have in the US, as well as the asset management and alpha generation of BGI, for distribution to HNW clients

Don't know if these bullets are for Barclays staff or Lehman - or both - so here are a few facts about the combined

1

Highly Confidential

BCI-EX-00166343

entity

- As many of you know we were already working on this
- The acquisition of the PIM business will accelerate Barclays Wealth's strategy of entering the world's biggest wealth market, from a standing start, to a significant presence in very short space of time
- The combined business will have global reach with 103 offices in 26 countries and assets of c.$300bn
- High quality, highly sophisticated investment representatives - already well integrated into the capital markets business of Lehman - naturally connect into the strengths of the combined entity

---

This e-mail may contain information that is confidential, privileged or otherwise protected from disclosure. If you are not an intended recipient of this e-mail, do not duplicate or redistribute it by any means. Please delete it and any attachments and notify the sender that you have received it in error. Unless specifically indicated, this e-mail is not an offer to buy or sell or a solicitation to buy or sell any securities, investment products or other financial product or service, an official confirmation of any transaction, or an official statement of Barclays. Any views or opinions presented are solely those of the author and do not necessarily represent those of Barclays. This e-mail is subject to terms available at the following link: www.barcap.com/emaildisclaimer. By messaging with Barclays you consent to the foregoing. Barclays Capital is the investment banking division of Barclays Bank PLC, a company registered in England (number 1026167) with its registered office at 1 Churchill Place, London, E14 5HP. This email may relate to or be sent from other members of the Barclays Group.

2

Highly Confidential

BCI-EX-00166344

$5 - 86$

$50$

$4 - 86$

$18$    *leg cond. m*

$504$    *(i-c 156 u mas)*

$21$    *msc @ 115*

$525$

$14$    *c/w 815*

$500$

*of Projected 26 global*

*$ left/mia = $65m*

*−$85m*

Highly Confidential

BCI-EX-00166345



MESSAGES

Friday 12 September 2008

Telephone number for Hector Sants: 01208 863 446

BCI-EX-00166347

*[handwritten notes - largely illegible]*

BCI-EX-00166348