# A. 43

Orderly
liquidation                    Need to file Holdco

→ DIP financing @ Holdings

&rarr; Operate to op Co    →  Paolo.

Espenes to fund

←→

RE        42        net.
          13/55

7K1            Miller Fin^      35 35
0 →    Pl Consult / Png    8 9          7
       Commo-        16 8 8 11  →      8

Need $5 b. to cover
expenses.

→ $8c

is    PB Europe

100

60    — Treasury/Agents

Cost for severance

→ $5b over-collat back from JPM.

① Fed

② Loan money LBI to Holdings

Fed will give $15 for E Holdings.

→ *(illegible)*

→ Liquidity for *(illegible)*

→ Repo NLC collateral

| 100 Fed | 60 Treas + thg. |
| So Repo *(illegible)* | 20 *(illegible)* |
| 20 *(illegible) funned* | |
| | 10 to PDCF |

$10 *(illegible)* next 6 mos.     PDCF elg collateral

Need to get LBI to Holdings

I *(illegible)* to determin

BRE

JPM *(illegible)* to *(illegible)*     Info LBI
And the loan to
Holdings

BCI-EX-00115300

→ $3.5

→ ~~Sell BTD~~

→ Merge MBSF into
another sub.

① Tfr dem books
② File
③ Sell BTD subject to S/H vote

BCI-EX-00115301

→ Cushion    Proceeds $ 3 b — BV ?

→ Contingency    $ 3 b.    + additional value ?

Highly Confidential

Fed

Access to pledge LBI Collat to PDCF.

In addition to Tri Party.

BCI-EX-00115303

Quadrant off LBi

→ No move of money

May move for 'v' Fed to facilitate
                orderly business + wind down.

→ Cash req'mts

→ Contracts/ services

→ People to do.

Paymts not made from LBHi
        FRE  ↑1.26.

Contracts    —  Buildings/Leases

             —  ~~systems~~ Technology  vendors
                        Professional
             —  Services

             →  Pricing Services

₽

Quadrant off LBI

→ No move of money

May save fee v'' Fed to facilitate

orderly business = wind down.

→ Cash req'mts

→ Contract / services

→ People to do.

Payouts not made from LBHI

FRE 11.26.

Contracts — Buildings / leases

— ~~Compu~~ Technology vendors

— Professional
Services

~~ Pricing Services

Highly Confidential

BCI-EX-00115305

→ Feel Terrible

→ This tear    Korea

→ Fed sent message
   BAc, Barclays.
   liquidity crises — no choice but the       Downgrade
   Filed LBHI ahead of    LBIE              to Dent
   LBI open + for sale — Hang in             triggers

   Fed early message — protect LBI  — orderly winning
                                    — long tail
                                    — shoot quick red?

   HoldCo run by mgt

→ Bank seizures.  — BankHaus, LBB., LBCA.

✳ → Costs to run. Firm.

✳ → K a loca up — about to jump   $2.3b
        Run

                                ↗ How get cash in to
                                  Pay people.
✳   Key people in London + Asia

→ hey business



Barclays

→ Asset Listings
→ Entity – LBI
   – Eagle ?
→ Capital + Reg
→ Systems / Technology

→ Asset sale ✓ Entity sale ?  → mapped to Schwisser

→ Ops and Technology   Buy other pty
                        Support
                        → Entirely

→ Take Energy as well ?

→ May not take anything out of LBIE

→ May take contracts of

→ Lieberberg
→

→ L3 assets in BID.

→ Today's risk @ LBI
   Today's close open position

⇒ $800 m Restricted securities
   %
   Der boo trading @ do

T.  → People

→ QSPE   ~~$400m residuals~~   PTT

Tony → MTD   P+L   LB1

Geny/
John   → Asset listing   Positions   COB Today

Tony/
James/
Walker   → Intralo   fay/rec

→ Tax + A/c

Susan
Gibic

Budget
O/C   → Data centers,

Rob → license →

Operationalize £££

Tony → Mark to date   P+L   Social

→ Guarantee from Barclays   ~ Liq facility
he stand behind the obby's of LB1

Slatton/ → Risk

Ryan/
Kelly.   L3 assets in MD   → @ May

→ Intraday   $10-15

Tracy/ → People ← inside BTD
← outside BTD

Perry/
wrongly   → Equity OTC   outside LBSF   wrongly → stand

PE

| | | | |
|---|---|---|---|
| Prod^n Comp | | 332 | ⎤ 66% |
| Salaries | 24.0 | 2000 | ⎦ |
| Other | 1.6 | 1222 | 34% |
| | | 3558 | |

| | | |
|---|---|---|
| Bons. | | 1400 |
| Amort^n | | 1200 |
| | | 6158 |

| | | |
|---|---|---|
| US Heads | 16433 | 56% |
| Total | 25 935 | |

Travel Heads

| | | |
|---|---|---|
| FID + Eq + IBD | | 3 943 |
| Comp. (100) | | 5945 |
| | | 9888 |

| | | |
|---|---|---|
| LB7 | | 6935    incl MD    eo = 5800 |

| | | |
|---|---|---|
| LB7   Base Comp | | 700   p.a. |
| @ 1 × 66% | | 1060 |

+ Allocation from Hold Co.

BCI-EX-00115309

→ BV Assets → FAS Cer List

→ All Contracts.
        ↳

→ Employee related accruals

Balance

Highly Confidential

→ 32 Salary / mo.

List of legal entities                              Mass / Beth

List of assets — all but ...

Purchase agreement

→ Tf of RE + mortgages

→ Branches — all + Canada.                          Mann

DIP Financing — Holdings

HR                                                  Colleen / Bart

Benefits

Non - DIP Financing — LBI

Communications

Bgt —15 days. HoldCo.        →                      Kelly
                bor rate

→ B/S                                               Mann

→ Contact regulators.
→ Imp employees.

Holdings

Sources + Uses of Budget

Highly Confidential

BCI-EX-00115312

EXCLUDED ASSETS: Include but not limited to,

- o   Commercial real estate investments
- o   Private equity investments and hedge fund investments (*e.g.*, investments in GP or LP) or capital stock (but includes Townsend Analytics)
- o   50% of each position in residential real estate mortgage securities
- o   LCPI (Lehman Brothers Commercial Paper Inc.)
- o   Cash, cash equivalent, bank deposits or the like
- o   Intercompany accounts
- o   Tax claims, rights or interests
- o   Other assets (intellectual property rights, contracts, payables under contracts, artwork, insurance policies)

PURCHASED ASSETS:

- o   Government securities, commercial paper, corporate debt, corporate equity, exchange traded derivatives and collateralized short-term agreements (book value estimated at $70 billion)
- o   50% of each position in residential real estate mortgage securities
- o   Furniture and equipment
- o   Intellectual property rights
- o   Purchased contracts
- o   Retain cash
- o   Deposits and prepaid charges/expenses except if related to excluded assets
- o   Real property leases
- o   Documents necessary to carry on business (*e.g.*, marketing materials)
- o   Permits
- o   Supplies
- o   Rights to Lehman indices/analytics
- o   Trading tools
- o   Townsend analytics
- o   Eagle Energy
- o   Exchange licenses
- o   Goodwill and other intangible assets

ASSUMED LIABILITIES

0

Assets    $72bn

Liab.     <$68 bn>

4 bn

# A. 44

Long                    55              58
Reverse        10/₃ᵥ 75        10/68

Short          41              41 ] 51
Repos          30              30 ] 10

+ Comp          1              1
+ Other         1              1 /68
                /78

+ Payables      1·0

Ress mark      −0·75

Comp           2·0

EXHIBIT
198
KK  8/18/09
depobook.com

GOE)

STA)S

ASSETS

65 → 58    7

LIABIES    56 shh    7
Asme    1 Corp Accul
Tch Bn    1·25
        58·4

Sub Notes

(-4)

NO    CONSIDERATION

BCI-EX-00115168

70.35
_____ = 70-35          61.9
70.65

62.5  + 2.25 + 3.5 + 5.75

- 3.65

                                        Appraisal fee
            Building          1.0  less brokerage


            RV              (Proceeds)              Loss/Gain

13.9  Inventory    65                    58.75          (6.25)
      Reverse Repo   10                    10              0
                                        68.75


      Shorts    56            56             0
      Repos     10            10             0
      Comps payable   1.0          2.0            1
      Payables   2.25          2.25           −
                                        70.25
                                        $5.25


      DR   Cash
      DR   Comp pay          1
      DR   Payables         $2.25
      DR   Shorts           56
            CR   Longs      65

      DR   Loss on sale     5.75

BV                    Saly                    Anccore

10                    8          2          80q

8                     6          2          75q

83.65  →

What backed up
How much do
recuse

Rep & Calc

Gerard

Andy        646 221 2447        Alvarez

Gary Kanam

Fan        [K c 3]    back up Calc

→ 4 JCB fail on both sides of fails
  7 J&B breaks
  Until resolved, cannot take anything out of facial
  Do not have comfort that did not use internal assets
  Decide — PUT on internal collateral to generate funding.
       — Day Stack law
→ If Parse reports more of ast there in reserve facility,

(Net)

| Cash | 7000 | | 42 b pledged to A |
| Inventory | *2 44,846 | | ae pledged B |
| Rec [K c 3] | 1000 | → (Wells to Chart) | Fm note |
| | 52846 | | 1:1 Open |

7000                              → Centon        Reco final List
                                                   of Corups
$ 2000 of asset pledged out        Asst

15 c 3 _____ →              Target has
                                   7th DTC → 542
Stat go? _____ →            435 Canada → 82
                                        RBC
                                   Liverpool
Sds ? _____ →               200 DTC
                                        Ltd Box

Long [line                                    200
                                              Short

ly Confidential

Diane                                        Ken Vecchione

CFO Apollo

↳ Ex CFO was Diane

Reports to Leon Black

Highly Confidential

**BALANCE SHEET OPEN ITEMS**

Item                                              Status/timing

Listing of all inventory cross referenced to the box:
Govt/agency
CP and MM instruments
Mortgages and ABS
Corporate debt
Corporate equities

*Purchased assets dep[?]*

*① Inventory and owned*

*② Owned by LBH and reversed in and*

Identification of encumbered collateral    *T Stephen*

Break out of derivatives - longs and shorts

Reverse repo book - list of counterparties and collateral

Futures margin component of receivables

*In Fed facility*
*On LBI as inventory + encumbered.*

Listing of all shorts:
Govt/agency
Mortgages and ABS
Corporate debt
Corporate equities

P&L results since Monday indicating paired longs/
shorts versus outright trades

*Gerry | Alex Kirk | James Walker.*

*Client a/cs, Clearing House balances*
*do satisfy SEC*        *] Beth Rudofker*

*Legal clarity on trade actually*
*doing*

*Jonathan*

*→ All collateral through facilities*
*to ensure that is the trade*

*→ Contemplation in market*
*. Dtc | JPM — line assurance*
*① Identify what is relevant a/cs*
*SEC insisting that customer balances be booked after*
*↳ Last set of Netclo — Barclays get stuck of Netco*
*100%. Tips to BCap and then tfr back what BCap do not want.*

# A. 45

## ASSETS

| | | Adj |
|---|---|---|
| Gov & Ag | $40.0 | 0.02 |
| Commercial Paper | 1.2 | 0.02 |
| Mortgages | 6.5 | 0.02 |
| Total Corp Debt | 5.4 | 0.02 |
| Corp Equity | 9.3 | 0.09 |
| Derivatives | 2.8 | 0.02 |
| Total | 65.2 | 0.14 |
| Collateralized ST Agr | 10.0 | 0.0 |
| Receivables | 0.0 | 0.0 |
| Other Assets | 0.4 | 0.02 |
| Inv In Con Subs | 1.9 | 0.02 |
| Due From Subs | 0.0 | 0.02 |
| Total | 12.3 | 0.11 |
| Goodwill | 0.25 | 0.25 |
| Adj. Total Assets | $77.4 | $76.0 |

## LIABILITIES

| | | Adj |
|---|---|---|
| ST Borrowings | $0.3 | 0.30 |
| Gov & Ag | 36.0 | 46.00 |
| Commercial Paper | 0.0 | 0.00 |
| Mortgages | 0.2 | 0.20 |
| Corp Debt | 2.2 | 2.20 |
| Corp Equities | 6.3 | 6.30 |
| Derivatives | 2.1 | 2.10 |
| Total | 47.1 | 57.10 |
| Collateralized ST Fund | 30.0 | 10.00 |
| Payables | 0.0 | 0.00 |
| Deposits | 0.0 | 0.00 |
| Due To Subs | 0.0 | 0.00 |
| Sub Notes | 0.0 | 0.00 |
| Total | 30.0 | 10.00 |
| Total | 77.1 | 67.10 |
| Cure pmt | 2.25 | 2.25 |
| Comp | 2.0 | 2.00 |
| Total | $81.4 | 71.35 |


EXHIBIT
200

Highly Confidential

BCI-EX-00115141