# A. 54

| | |
|---|---|
| From: | Ricci, Rich: Barclays Capital |
| Sent: | Wednesday, September 17, 2008 7:12 PM |
| To: | Clackson, Patrick: Finance (LDN); Evans, Michael: HR (LDN) |
| Cc: | Cox, Archie: Barclays Capital (NYK) |
| Subject: | RE: $650m problem |

Never agreed to it. Archie this is the problem. We can't have this clause I don't think.

| | |
|---|---|
| From: | Clackson, Patrick: Finance (LDN) |
| Sent: | Wednesday, September 17, 2008 7:07 PM |
| To: | Evans, Michael: HR (LDN); Ricci, Rich: Barclays Capital |
| Subject: | $650m problem |

This is a problem, they have $2bn in the agreement, I was relying on you guys telling me I needed $1.35bn which gave me $650m of the goodwill but the para below says we have to pay it to them/can't use

Archie says you have agreed to this

Help.....

From sale and pruchase agreement

(c)   On or after the Closing, Purchaser shall, or shall cause its Subsidiaries to, pay each Transferred Employee an annual bonus ("08 Annual Bonuses"), in respect of the 2008 Fiscal Year that, in the aggregate, are equal in amount to 100 percent of the bonus pool amounts accrued in respect of amounts payable for incentive compensation (but not base salary) and reflected on the financial schedule delivered to Purchaser on September 16, 2008 and initialed by an officer of each of Holdings and Purchaser (the "Accrued 08 FY Liability"). Such 08 Annual Bonuses shall be awarded on or before March 15, 2009 in such forms and proportions as are consistent with Purchaser's customary practices, so that the aggregate amount awarded shall equal the Accrued 08 FY Liability. Any amounts that would have been allocated in respect of any Transferred Employee who voluntarily terminates employment before such award is made shall instead be allocated among the remaining Transferred Employees (who include, for this purpose, those Transferred Employees who are terminated without cause by Purchaser or its affiliates prior to the time the awards are made) (collectively, the "Remaining Transferred Employees"). However, the Accrued 08 FY Liability shall be reduced if, prior to the time such awards are made, both (x) 10% of the Transferred Employees have voluntarily terminated their employment with the Purchaser and (y) such terminated Transferred Employees would have been expected to receive at least 10% of the 08 Annual Bonuses had no such Transferred Employee's employment in fact terminated. In that case, Purchaser may adjust the Accrued 08 FY Liability proportionately from its initial level, in the same proportion as the reduction in Transferred Employees below 90% of the initial number of Transferred Employees compared to 90% of the initial number of Transferred Employees, in a good faith and reasonably equitable manner to account for the Transferred Employees to whom 08 Annual Bonuses will not be payable, and thereby to reduce the aggregate 08 Annual Bonuses. Any such reduction shall take into account the length of service, seniority within the Business and contribution of the Remaining Transferred Employees, relative to the allocation of the Accrued 08 FY Liability, in accordance with the principles enumerated herein.



1

Highly Confidential

BCI-EX-00077651

# A. 55

Unknown

Sent: Sunday, March 22, 2009 2:50 AM

| | |
|---|---|
| **From:** | Lowitt, Ian T [ilowitt@lehman.com] |
| **Sent:** | Thursday, September 18, 2008 1:45 AM (GMT) |
| **To:** | Reilly, Gerard [greilly@lehman.com] |
| **Subject:** | Re: Are we set up to do the marking of the positions? Ian |

Since not in contract hard to see what to dp.  Ian
------Original Message------
From: Gerry Reilly
To: Ian Lowitt
Sent: Sep 17, 2008 9:41 PM
Subject: Re: Are we set up to do the marking of the positions?   Ian

I went thru all docs and did not see reference to the price haircut.  If we want conservative marks to reflect block nature we need to know how much and then can allocate to most logical assets.
-----------

----- Original Message -----
From: Reilly, Gerard
To: Lowitt, Ian T
Sent: Wed Sep 17 21:35:24 2008
Subject: Re: Are we set up to do the marking of the positions?   Ian

Ian I told business guys they must get counterparts at barcap comfortable tomorrow night via front end systems.  We will not have time to do friday.  We are going to send last nights assets and marks over so they can see mix and marks
-----------

----- Original Message -----
From: Lowitt, Ian T
To: Reilly, Gerard
Sent: Wed Sep 17 21:29:29 2008
Subject: FW: Are we set up to do the marking of the positions?   Ian


What I meant was for barcap to mark the positions further?  Ian

From:   Lowitt, Ian T
Sent:   Wednesday, September 17, 2008 9:29 PM
To:     Reilly, Gerard
Subject:      Are we set up to do the marking of the positions?   Ian


7/15/2009



70283

# A. 56

# Filed Under Seal Pursuant To Protective Order

# A. 57

08-13555-mg    Doc 5525-8    Filed 10/15/09    Entered 10/15/09 17:37:59    Appendix
Volume III - A. 54 - A. 60    Pg 7 of 20

**Administrator**

EXHIBIT
24
KIC 8/13/09

Sent: Sunday, March 29, 2009 8:01 PM

| | |
|---|---|
| From: | Feraca, John <joferaca@lehman.com> |
| Sent: | Thursday, September 18, 2008 9:31 AM (GMT) |
| To: | Webb, Michael A <mwebb@lehman.com>; Lohuis, David W <dlohuis@lehman.com>; Ellsworth, Michael R <Michael.Ellsworth@lehman.com>; Nicholson, John C <JNichols@lehman.com>; Mooney, Philip <pmooney@lehman.com>; Conti, Thomas J <thomas.conti@lehman.com>; Van Schaick, George V <gvanscha@lehman.com>; Luglio, Thomas <tluglio@lehman.com>; Coghlan, John F. (Prime Services) <jcoghlan@lehman.com> |
| Subject: | Fw: Barclays Collateral Move |

This is the process that was agreed to by Ops, BCI, JPM, and BONY late last night to transfer the positions funded by the Fed's three financing programs (OMO, TSLF, and PDCF) to Barclays for funding COB today.

----- Original Message -----
From: Aronow, David G
To: 'John.Haley@barclayscapital.com' <John.Haley@barclayscapital.com>; Hraska, James W; kevin.caffrey@bnymellon.com <kevin.caffrey@bnymellon.com>; David.Petrie@barclayscapital.com <David.Petrie@barclayscapital.com>; Jim.Beckenhaupt@barclayscapital.com <Jim.Beckenhaupt@barclayscapital.com>; 'charles.austin@bnymellon.com' <charles.austin@bnymellon.com>; 'thomas.conigliaro@bnymellon.com' <thomas.conigliaro@bnymellon.com>; 'andrew.ramdeen@bnymellon.com' <andrew.ramdeen@bnymellon.com>; 'john.vinci@bnymellon.com' <john.vinci@bnymellon.com>; 'RAY.STANCIL@jpmorgan.com' <RAY.STANCIL@jpmorgan.com>; ED.CORRAL@jpmorgan.com <ED.CORRAL@jpmorgan.com>; Jon.Ciciola@jpmorgan.com <Jon.Ciciola@jpmorgan.com>; John.Rodefeld@barclayscapital.com <John.Rodefeld@barclayscapital.com>; Blackwell, Alastair; McBryan, John N; Coghlan, John W. (EQ); Lowitt, Ian T; Tonucci, Paolo; Feraca, John; Servidio, Lawrence P; Hadingham, Peter; Policky, Cindy S; Palchynsky, John N; Gallagher, Bill; Fondacaro, Jack; Fleming, Dan (TSY); Miller, Marjorie A; Legotte, Lenny; Maher, Michael R; 'mark.dearlove@barclayscapital.com' <mark.dearlove@barclayscapital.com>; 'gerard.larocca@barclayscapital.com' <gerard.larocca@barclayscapital.com>; Sharland, Mark W [NY]
Sent: Thu Sep 18 00:53:59 2008
Subject: Barclays Collateral Move

Overview

Below outlined are the key tasks necessary to move the collateral currently being used to support the three Fed programs (TSLF, OMO, and PDCF) from Lehman to Barclays on Thursday, 9/18. Representatives from Barclays, Lehman, BNYM and JP Chase met this evening to discuss the logistics of this transfer and agree upon the necessary steps to enact it.

Files to be provided in advance of collateral movements

The end of day collateral files for each of the above mentioned programs are being provided on Wednesday night, 9/17, to both Barclays and BNYM. These files will contain a breakout of the depository where each of the pieces of collateral is held (i.e. DTC 074, DTC 636 and the Lehman primary dealer box held at JP Chase). These files will facilitate the static data set up in the Barclays and BNYM infrastructure as well as be the source of the transfer instructions for the collateral movements described below.

The collateral files will to be cross referenced versus the list of excluded cusips that was provided by Barclays to remove positions not intended to be transferred.

Logistics of collateral movements

1. Pre-funding needs to occur to the JP Chase triparty platform to enable the release of collateral from the Fed programs into the Lehman controlled locations.
2. Collateral will then be released into each of the aforementioned Lehman depositories.

3. For the DTC movements, we have arranged with DTC to enable a prioritization of customer deliveries using the "Honest Broker" function.

7/27/2009

10303258

4. The remaining DTC collateral will then be pledged to the BNMY 855 DTC account for credit to Barclays
5. Proceeds that Lehman receives from the delivery to clients of released DTC collateral from the above mentioned programs will be settled between Lehman and Barclays.

6. For the Fed movements, the repo desk at Lehman will upload the aforementioned list of Fed collateral and book free repos to Barclays. Barclays will book the opposite sides of these trades
(Note that account delivery instructions need to be verified prior to repo bookings.)
7. For the Fed eligible deliveries, fails will be monitored throughout the day to insure settlement.

Funding considerations

1. Shell trades will be booked for the full dollar amount of the repo transaction and will represent the specified prefunded amounts necessary to release the collateral.
2. The shell trades will be adjusted for any proceeds that Lehman pays to Barclays as the result of any deliveries to clients.

Projected Timing

The above process initiating with file analysis through final settlement is anticipated to be completed by 1 pm on Thursday, 9/18, assuming funding occurs by 10 am.

Reconciliation

Reconciliation of all of these movements at Barclays and at Lehman will be conducted through the normal control processes at both firms.

7/27/2009

10303258

# A. 58

## Administrator

Sent: Tuesday, June 30, 2009 9:48 PM

**From:**      Kirk, Alex <akirk@lehman.com>
**Sent:**      Thursday, September 18, 2008 10:40 AM (GMT)
**To:**        Reilly, Gerard <greilly@lehman.com>; Felder, Eric <efelder@lehman.com>; Gelband, Michael <mgelband@lehman.com>; Coghlan, John F. (Prime Services) <jcoghlan@lehman.com>; Kimmel, Scott <scott.kimmel@lehman.com>
**Subject:**   Re: Open issues on deal

Eric should dig in on auction rates it could stay behind but try to pass the actual dealing responsibilty to another dealer where we are lead
Wickham should answer PB. Do we know which positions clients are being left behind? Third question is definitely for cogs

----- Original Message -----
From: Reilly, Gerard
To: Kirk, Alex; Felder, Eric
Sent: Thu Sep 18 06:05:10 2008
Subject: Fw: Open issues on deal

Fyi

----------

----- Original Message -----
From: Reilly, Gerard
To: Lowitt, Ian T; Gelband, Michael
Cc: Tonucci, Paolo; Kelly, Martin
Sent: Thu Sep 18 06:03:46 2008
Subject: Open issues on deal

I need some help resolving these issues today.

1) Auction rate book: we have been making the assumption that this is going. I am not sure barcap knows that and assume there could be no auction process if it stayed. Can we leave it behind?

2) Looks like we will have PB financing balances left in LBI and according to cogs they do not want it. What does it mean to leave it behind?

3) Not clear on the amount of block discount or how we make it happen. Defaulting on repo could be the best as discount could be taken from haircut. If not that then we need to give business an allocation of block discount so they can mark down the books tonight. Does that create a problem as it could tip the broker early? Would we rather have that be in the sale price tomorrow?

----------

7/27/2009


EXHIBIT
21
AK 8/6/09

10309627

# A. 59

| From: | Felder, Eric [efelder@lehman.com]. | Sent: 9/18/2008 7:30 AM. |
|---|---|---|
| To: | Reilly, Gerard [greilly@lehman.com]; Lowitt, Ian T [ilowitt@lehman.com]; Gelband, Michael [mgelband@lehman.com]. | |
| Cc: | Kelly, Martin [martin.kelly@lehman.com]; Lee, Hyung S [hyung.lee@lehman.com]. | |
| Bcc: | | |
| Subject: | RE: Open issues on deal. | |

The barclays guys chose the assets we did not have anything to do with it

-----Original Message-----
From: Reilly, Gerard
Sent: Thursday, September 18, 2008 6:57 AM
To: Lowitt, Ian T; Gelband, Michael
Cc: Kelly, Martin; Felder, Eric; Lee, Hyung S
Subject: Re: Open issues on deal

Let's just meet in the fid room at 730. Does that work?

----- Original Message -----
From: Lowitt, Ian T
To: Reilly, Gerard; Gelband, Michael
Cc: Kelly, Martin; Felder, Eric; Lee, Hyung S
Sent: Thu Sep 18 06:52:28 2008
Subject: RE: Open issues on deal

Gerry, please set up a meeting first thing this morning to work through these issues with mike, Eric and hyunag. Probably want martin as well. and how to approach. Must be a huge priority for today.
Ian

-----Original Message-----
From: Reilly, Gerard
Sent: Thursday, September 18, 2008 6:04 AM
To: Lowitt, Ian T; Gelband, Michael
Cc: Tonucci, Paolo; Kelly, Martin
Subject: Open issues on deal

I need some help resolving these issues today.

1) Auction rate book: we have been making the assumption that this is going. I am not sure barcap knows that and assume there could be no auction process if it stayed. Can we leave it behind?

2) Looks like we will have PB financing balances left in LBI and according to cogs they do not want it. What does it mean to leave it behind?

3) Not clear on the amount of block discount or how we make it happen. Defaulting on repo could be the best as discount could be taken from haircut. If not that then we need to give business an allocation of block discount so they can mark down the books tonight. Does that create a problem as it could tip the broker early? Would we rather have that be in the sale price tomorrow?
----------


EXHIBIT
127
KK 8/3/09

# A. 60

| From: | Hraska, James W [JHraska@lehman.com]. | Sent:9/18/2008 8:05 AM. |
|---|---|---|
| To: | Webb, Michael A [mwebb@lehman.com]. | |
| Cc: | . | |
| Bcc: | . | |
| Subject: | FW: Purchased & Excluded Mortgage Asset Files. | |

-----Original Message-----
From: Aronow, David G
Sent: Wednesday, September 17, 2008 11:01 PM
To: Policke, Ricky; Hraska, James W; Hadingham, Peter
Cc: 'kevin.caffrey@bnymellon.com'; 'John.Haley@barclayscapital.com'
Subject: FW: Purchased & Excluded Mortgage Asset Files

Ricky/Jim/Peter,

Attached are the cusips associated with the book that we were told on the call will be excluded from the movements tomorrow. These cusip should not be part of the pledge to BONY according to our earlier conversation

David

-----Original Message-----
From: kevin.caffrey@bnymellon.com [mailto:kevin.caffrey@bnymellon.com]
Sent: Wednesday, September 17, 2008 10:49 PM
To: Aronow, David G
Subject: Fw: Purchased & Excluded Mortgage Asset Files


Dave,

Please see below for exclusion cusips.

Kevin
----- Forwarded by Kevin P. Caffrey/NY/DOMESTIC/BNY on 09/17/2008 10:48 PM -----

Kevin P.
Caffrey/NY/DOMES
TIC/BNY   To
darronow@lehman.com,
09/17/2008 10:46    john.haley@barclayscapital.com
PM   cc

Subject
Fw: Purchased & Excluded Mortgage
Asset Files


EXHIBIT
143B
8/[?]/09 KK

Dave,

Below is the list of cusips that need to be excluded on the pledge of DTC collateral for the Barclay transaction.

Kevin

----- Forwarded by Kevin P. Caffrey/NY/DOMESTIC/BNY on 09/17/2008 10:42 PM -----

&lt;David.Petrie@ba
rclayscapital.co
m&gt; To
&lt;kevin.caffrey@bnymellon.com&gt;
09/17/2008 02:56  cc
PM  &lt;art.certosimo@bnymellon.com&gt;
Subject
Fw: Purchased & Excluded Mortgage
Asset Files


List of possible exclusions.

David

----- Original Message -----
From: King, Stephen: Markets (NYK)
To: Petrie, David: Markets (NYK)
Sent: Wed Sep 17 14:42:52 2008
Subject: Purchased & Excluded Mortgage Asset Files

&lt;&lt;Excluded Mortgage Assets 09-17-2008.xls&gt;&gt;

---

This e-mail may contain information that is confidential, privileged or otherwise protected from disclosure. If you are not an intended recipient of this e-mail, do not duplicate or redistribute it by any means. Please delete it and any attachments and notify the sender that you have received it in error. Unless specifically indicated, this e-mail is not an offer to buy or sell or a solicitation to buy or sell any securities, investment products or other financial product or service, an official confirmation of any transaction, or an official statement of Barclays. Any views or opinions presented are solely those of the author and do not necessarily represent those of Barclays. This e-mail is subject to terms available at the following link: www.barcap.com/emaildisclaimer. By messaging with Barclays you consent to the foregoing. Barclays Capital is the investment banking division of Barclays Bank PLC, a company registered in England (number 1026167) with its registered office at 1 Churchill Place, London, E14 5HP. This

email may relate to or be sent from other members of the Barclays Group.

(See attached file: Excluded Mortgage Assets 09-17-2008.xls)

The information contained in this e-mail, and any attachment, is
confidential and is intended solely for the use of the intended
recipient. Access, copying or re-use of the e-mail or any attachment, or
any information contained therein, by any other person is not
authorized. If you are not the intended recipient please return the
e-mail to the sender and delete it from your computer. Although we
attempt to sweep e-mail and attachments for viruses, we do not guarantee
that either are virus-free and accept no liability for any damage
sustained as a result of viruses.

Please refer to http://disclaimer.bnymellon.com/eu.htm for certain
disclosures relating to European legal entities.

| Account | BPM Level 2 | Real World Cusip | ISIN | Product | Product Name | | Maturity Date | Trade Date position | et Long Inventory |
|---|---|---|---|---|---|---|---|---|---|
| GMDQ | ABS CDO AMERICAS | 14984XAA6 | | 14984XAA6 | CEAGO 2007-1 A A1 | CEAGO ABD CDO | 10/06/47 | 834,032,970 | 367,979,690 |
| GA04 | HY LOANS SYND US | 53957DAF0 | | 53957DAF0 | LIMAA 2008-1A A2 | LOCAL INSIGHT MEDIA FINANCE LL | 10/23/37 | 0 | 134,333,333 |
| GMHG | NON-PRIME-AMERICAS | 803840AA5 | | 803840AA5 | SASCO 2007-RNP1 A | STRUCTURED ASSET SECURITIES CO | 10/31/37 | 228,812,222 | 122,591,232 |
| G1VS | ABS DERIVATIVES | G0969HAA2 | | G0969HAA2 | BLHV 2006-1A A1 REG-S | BELLE HAVEN ABS CDO LTD | 07/05/46 | 162,866,024 | 106,826,030 |
| GM3X | PRIN. TRAN.-AMERICAS | 50181QAP3 | US50181QAP37 | 50181QAP3 | LCOR ALEXANDRIA LLC | | 09/15/32 | 758,995,475 | 88,621,021 |
| GAL8 | STRUCTURED ASSET SOLUTIONS | 53957DAD5 | | 53957DAD5 | LIMAA LRS NT 144A 3C7 | LOCAL INSIGHT MEDIA FINANCE LL | 10/23/37 | 89,401,181 | 76,033,997 |
| GMP1 | ABS-SECONDARY-AMERICAS | 55352RAA6 | US55352RAA68 | 55352RAA6 | MSHLC 2007-1 A | MSDWCC HELOC TRUST | 12/25/31 | 90,052,896 | 64,522,924 |
| GAE2 | CMBS INVESTMNT GRD-AMERICA | 78402KAA3 | | 78402KAA3 | SASC 2007-BHC1 A1 | STRUCTURED ASSET SECURITIES CO | 12/18/49 | 95,000,000 | 62,481,392 |
| G1XJ | ABS DERIVATIVES | 361856ER4 | US361856ER48 | 361856ER4 | GMACM 2006-HE1 A | GMAC MORTGAGE CORP LOAN TRUST | 11/25/36 | 85,272,491 | 56,839,609 |
| GA04 | HY LOANS SYND US | 53957DAG8 | | 53957DAG8 | LIMAA 2008-1A B | LOCAL INSIGHT MEDIA FINANCE LL | 10/23/37 | 113,475,000 | 56,516,854 |
| G1BJ | CMBS-AMERICAS | 52524NAC1 | US52524NAC11 | 52524NAC1 | LBFRC 2007-LLFA A2 | LEHMAN BROTHERS FLOATING RATE | 06/15/22 | 60,000,000 | 53,090,844 |
| GMFR | ABS-SECONDARY-AMERICAS | 11134DAD9 | | 11134DAD9 | AMERFUN BROADHOLLOW FDG LLC | BROADHOLLOW FUNDING LL | 05/20/10 | 53,125,000 | 47,812,500 |
| GMGM | ABS-SECONDARY-AMERICAS | 00764PAU4 | | 00764PAU4 | AERCO 2A A3 | AERCO LTD | 07/15/25 | 50,505,857 | 40,936,026 |
| GMZ7 | CMBS-AMERICAS | 058521AB1 | US058521AB13 | 058521AB1 | BALLANTYNE 2006-1A A2A | BALLANTYNE RE PLC | 05/02/36 | 55,000,000 | 40,759,616 |
| GM1A | NON-PRIME-AMERICAS | 86363BAD7 | | 86363BAD7 | SASC 2007-RM1 M2 | STRUCTURED ASSET SECURITIES CO | 06/25/37 | 50,050,000 | 40,131,146 |
| GMGM | ABS-SECONDARY-AMERICAS | 05366VAA6 | US05366VAA61 | 05366VAA6 | ACAP 2000-1A A1 | AVIATION CAPITAL GROUP TRUST | 11/15/25 | 40,163,307 | 34,059,994 |
| G1BG | CMBS-AMERICAS | 52109PAQ8 | | 52109PAQ8 | LBUBS 2007-C6 XW | LB-UBS COMMERCIAL MORTGAGE TRU | 07/15/40 | 1,704,673,761 | 33,778,347 |
| GM7Y | NON RESIDENTIAL TRADING | 52521VAF9 | | 52521VAF9 | LBSBC 2007-2 2A3 | LEHMAN BROTHERS SMALL BALANCE | 06/25/37 | 41,657,000 | 31,344,000 |
| GATO | CDO CLO CASH-SYN HYBRID US | 964041AE7 | US964041AE77 | 964041AE7 | WHITE MARLIN CDO LTD FRN 20140922 SERIES# 1A 144A | | 09/22/14 | 34,800,000 | 28,121,866 |
| G1FB | AGENCY REMICS/STRIPS-AMER | 92922FZD3 | US92922FZD31 | 92922FZD3 | WAMU 2004-RP1 2A | WAMU MORTGAGE PASS THROUGH CE | 01/25/34 | 27,977,467 | 25,946,674 |
| GM1A | NON-PRIME-AMERICAS | 86363BAF2 | | 86363BAF2 | SASC 2007-RM1 M3 | STRUCTURED ASSET SECURITIES CO | 06/25/37 | 33,000,000 | 24,503,196 |
| G1KB | STRUCTURED ASSET SOLUTIONS | 870752AA0 | US870752AA04 | 870752AA0 | SMRTF 2007-1 A | SWIFT MASTER AUTO RECEIVABLES | 06/15/12 | 25,000,000 | 24,375,307 |
| G1FB | ABS DERIVATIVES | 922219AB6 | US922219AB66 | 922219AB6 | VARICK STRUCTURED ASSET FUND LTD FRN 20351101 SERIES# 1A | | 11/01/35 | 37,658,421 | 23,729,342 |
| GMDQ | ABS CDO AMERICAS | 14984XAC2 | | 14984XAC2 | CEAGO 2007-1 A A2 | CEAGO ABD CDO | 10/06/47 | 76,167,408 | 23,596,848 |
| GMZ7 | ABS-SECONDARY-AMERICAS | 86363AAA5 | | 86363AAA5 | SASC 2006-S4 A | STRUCTURED ASSET SECURITIES CO | 01/25/37 | 44,977,808 | 22,558,219 |
| G1FB | AGENCY REMICS/STRIPS-AMER | 36242DJW4 | US36242DJW48 | 36242DJW4 | GSMPS 2004-4 2A1 | GSMPS MORTGAGE LOAN TRUST | 06/25/34 | 24,150,024 | 22,276,710 |
| GAE2 | CMBS INVESTMNT GRD-AMERICA | 22545XAF0 | US22545XAF06 | 22545XAF0 | CSMC 2007-C1 AM | CREDIT SUISSE MORTGAGE CAPITAL | 02/15/40 | 26,745,000 | 21,791,771 |
| G1BJ | CMBS-AMERICAS | 52524NAE7 | US52524NAE76 | 52524NAE7 | LBFRC 2007-LLFA A3 | LEHMAN BROTHERS FLOATING RATE | 06/15/22 | 25,208,000 | 21,171,924 |
| GM7Y | NON RESIDENTIAL TRADING | 52521UAC8 | US52521UAC88 | 52521UAC8 | LBSBC 2007-3A 1A3 | LEHMAN BROTHERS SMALL BALANCE | 10/25/37 | 43,576,000 | 19,754,344 |
| 07100CPC5 | CDO CLO SECONDARY US | USG3332MAA56 | USG3332MAA56 | USG3332MAA56 | ARES CLO FUNDS FRN 20201125 SERIES# 12X | | 11/25/20 | 26,172,000 | 18,524,377 |
| 07100CS16 | GLB TRAD STR AM-TRANS PRI | 056166AC5 | US056166AC57 | 056166AC5 | BABSON LOAN OPPORTUNITY CLO LTD FRN 20180420 SERIES# 1A | | 04/20/18 | 20,000,000 | 18,048,831 |
| 07100CPC5 | CDO CLO SECONDARY US | 3622NJAA9 | US3622NJAA93 | 3622NJAA9 | GSC INVESTMENT CORP CLO LTD FRN 20200121 SERIES# 1A 144A | | 01/21/20 | 22,000,000 | 16,514,685 |
| GMP1 | ABS-SECONDARY-AMERICAS | 43710KAD8 | US43710KAD81 | 43710KAD8 | HEAT 2007-2 2A3 | HOME EQUITY ASSET TRUST | 07/25/37 | 34,000,000 | 15,820,447 |
| 07100CPC5 | CDO CLO SECONDARY US | 131243AE7 | US131243AE79 | 131243AE7 | CALLIDUS DEBT PARTNERS FUND LTD FRN 20210121 SERIES# 7A 1 | | 01/21/21 | 26,700,163 | 15,756,683 |
| GMP1 | ABS-SECONDARY-AMERICAS | 43710MAA0 | US43710MAA0 | 43710MAA0 | RFMS2 2007-HSA1 A | RESIDENTIAL FUNDING MORTGAGE S | 02/25/37 | 24,893,130 | 15,720,163 |
| G1FB | AGENCY REMICS/STRIPS-AMER | 362341LS6 | US362341LS64 | 362341LS6 | GSMPS 20u5-RP3 2A1 | GSMPS MORTGAGE LOAN TRUST | 09/25/35 | 16,464,776 | 15,186,805 |
| GMZ7 | ABS DERIVATIVES | 86838AAA2 | US86838AAA25 | 86838AAA2 | SWIFT 2007-AE1 A | SUPERIOR WHOLESALE INVENTORY F | 01/15/12 | 15,726,000 | 14,443,708 |
| GMP1 | ABS-SECONDARY-AMERICAS | 126685CS3 | | 126685CS3 | CWHEL 2006-B 2A | COUNTRYWIDE HOME EQUITY LOAN T | 05/15/36 | 23,520,754 | 14,165,860 |
| GAE2 | CMBS INVESTMNT GRD-AMERICA | 46630EAM2 | | 46630EAM2 | JPMCC 2006-CB17 E | JP MORGAN CHASE COMMERCIAL MOR | 12/12/43 | 31,711,000 | 14,071,239 |
| GANN | PRIME-AMERICAS | 52518RAS5 | | 52518RAS5 | LSSCO 99-2 A CMO SER 99-2 | LEHMAN STRUCTURED SECS CORP | 11/25/21 | 6,032,218 | 14,014,532 |
| 07100CS16 | GLB TRAD STR AM-TRANS PRI | 26828RAC9 | US26828RAC97 | 26828RAC9 | ECP CLO LTD FRN 20220317 SERIES# 1A 144A | | 03/17/22 | 16,175,000 | 13,695,241 |
| GAE3 | CMBS INVESTMNT GRD-AMERICA | 22541NM55 | | 22541NM55 | CSFB 2003-CPN1 AX | CREDIT SUISSE FIRST BOSTON MTG | 03/15/35 | 401,696,328 | 13,459,047 |
| 07100CPC5 | CDO CLO SECONDARY US | USG3960RAE56 | USG3960RAE56 | USG3960RAE56 | GOLDENTREE LOAN OPPORTUNITIES V LTD FRN 20211018 SERIES# | | 10/18/21 | 20,000,000 | 13,383,175 |
| GAE2 | CMBS INVESTMNT GRD-AMERICA | 3622NHAD7 | US3622NHAD76 | 3622NHAD7 | GSC INVESTMENT CORP CLO LTD FRN 20200121 SERIES# 1A 144A | | 01/21/20 | 16,000,000 | 12,823,124 |
| G1FB | AGENCY REMICS/STRIPS-AMER | 36242DXN8 | US36242DXN82 | 36242DXN8 | GSMPS 2005-RP1 2A1 | GSMPS MORTGAGE LOAN TRUST | 01/25/35 | 13,682,165 | 12,618,921 |
| GMFV | CMBS-AMERICAS | 058521AA3 | | 058521AA3 | BLTN 2006-1A A1 | BALLANTYNE RE PLC | 05/02/36 | 18,000,000 | 12,617,062 |
| GMP1 | ABS-SECONDARY-AMERICAS | 61745SAL4 | | 61745SAL4 | MSC 2006-XLF H | MORGAN STANLEY CAPITAL I | 07/15/19 | 14,000,000 | 12,459,000 |
| GMWE | NON RESIDENTIAL TRADING | 126673QB1 | | 126673QB1 | CWHEL 2004-R 2A | COUNTRYWIDE HOME EQUITY LOAN T | 03/15/30 | 17,248,974 | 12,396,000 |
| GMP1 | ABS-SECONDARY-AMERICAS | 19075DAH4 | US19075DAH44 | 19075DAH4 | CWCI 2007-C3 AM | CW CAPITAL COBALT LTD | 05/15/46 | 12,396,000 | 12,354,321 |
| GMZ7 | NON RESIDENTIAL TRADING | 52521UAK0 | US52521UAK0 | 52521UAK0 | LBSBN 2007-3 N2 | LEHMAN BROTHERS SMALL BALANCE | 10/25/37 | 17,864,000 | 12,189,039 |
| GMP1 | ABS-SECONDARY-AMERICAS | 45660JAD6 | US45660JAD63 | 45660JAD6 | INABS 2006-H4 A1 | INDYMAC RESIDENTIAL ASSET BACK | 03/25/37 | 18,755,948 | 11,762,319 |
| GARA | STRUCTURED ASSET SOLUTIONS | 037898AB9 | US037898AB95 | 037898AB9 | APPB 2007-1 A-2-II-A | APPLEBEE'S ENTERPRISES LLC | 12/20/37 | 13,375,552 | 11,600,903 |
| GMP1 | ABS-SECONDARY-AMERICAS | 92976YAA0 | US92976YAA01 | 92976YAA0 | WASI 2007-HE1 A | WACHOVIA ASSET SECURITIZATION | 07/25/37 | 17,053,790 | 11,514,444 |
| GMHG | NON-PRIME-AMERICAS | 761150AA9 | | 761150AA9 | RLT 2008-AH1 A1 | RESIDENTIAL LOAN TRUST | 05/25/37 | 12,528,009 | 11,514,444 |
| GMGM | ABS-SECONDARY-AMERICAS | 29078PAA8 | | 29078PAA8 | EAST 2000-A A1 | EMBARCADERO AIRCRAFT SECURITIZ | 08/15/25 | 14,975,266 | 11,269,451 |
| GAE3 | CMBS INVESTMNT GRD-AMERICA | 190749AM3 | | 190749AM3 | CWCI 2006-C1 D | CW CAPITAL COBALT LTD | 08/15/48 | 24,804,000 | 11,227,220 |
| GMP1 | ABS-SECONDARY-AMERICAS | 07383F6S2 | | 07383F6S2 | BSCMS 2005-PWR8 X1 | BEAR STEARNS COMMERCIAL MORTG | 06/11/41 | 764,108,254 | 11,135,440 |
| GMFV | CMBS-AMERICAS | 617059GP9 | | 617059GP9 | JPMC 1999-C8 G | JP MORGAN COMMERCIAL MORTGAGE | 07/15/31 | 12,459,000 | 10,629,128 |
| GMP1 | ABS-SECONDARY-AMERICAS | 126673QB1 | | 126673QB1 | CWHEL 2004-R 2A | COUNTRYWIDE HOME EQUITY LOAN T | 03/15/30 | 17,248,974 | 10,609,141 |
| GAE2 | CMBS INVESTMNT GRD-AMERICA | 19075DAH4 | US19075DAH44 | 19075DAH4 | CWCI 2007-C3 AM | CW CAPITAL COBALT LTD | 05/15/46 | 12,396,000 | 10,531,063 |
| GMP1 | NON RESIDENTIAL TRADING | 52521UAK0 | US52521UAK0 | 52521UAK0 | LBSBN 2007-3 N2 | LEHMAN BROTHERS SMALL BALANCE | 10/25/37 | 17,864,000 | 10,412,129 |
| GMP1 | ABS-SECONDARY-AMERICAS | 45660JAD6 | US45660JAD63 | 45660JAD6 | INABS 2006-H4 A1 | INDYMAC RESIDENTIAL ASSET BACK | 03/25/37 | 18,755,948 | 10,344,348 |
| GARA | STRUCTURED ASSET SOLUTIONS | 037898AB9 | US037898AB95 | 037898AB9 | APPB 2007-1 A-2-II-A | APPLEBEE'S ENTERPRISES LLC | 12/20/37 | 13,375,552 | 10,291,993 |
| GMP1 | ABS-SECONDARY-AMERICAS | 92976YAA0 | US92976YAA01 | 92976YAA0 | WASI 2007-HE1 A | WACHOVIA ASSET SECURITIZATION | 07/25/37 | 17,053,790 | 10,258,257 |
| GAJB | PRIME-AMERICAS | 45890BAD5 | US45890BAD55 | 45890BAD5 | INTEGRAL FUNDING INC FRN 20170927 SERIES# 1A 144A | | 09/27/17 | 12,500,000 | 10,211,495 |
| G1BG | CMBS-AMERICAS | 57643QBL8 | | 57643QBL8 | MARP 2006-1 1A1F | MASTR REPERFORMING LOAN TRUST | 07/25/35 | 11,831,513 | 10,193,715 |
| GMZ7 | CMBS-AMERICAS | 50180JAS4 | | 50180JAS4 | LBUBS 2007-C2 H | LB-UBS COMMERCIAL MORTGAGE TRU | 02/17/40 | 28,101,000 | 10,180,109 |
| GMP1 | AGENCY REMICS/STRIPS-AMER | 57643QAL9 | US57643QAL95 | 57643QAL9 | MARP 2005-2 2A1 | MASTR REPERFORMING LOAN TRUST | 05/25/35 | 10,538,738 | 9,613,705 |
| GMZ7 | ABS-SECONDARY-AMERICAS | 17305EDU6 | | 17305EDU6 | CCCIT 2007-A4 A4 | CITIBANK CREDIT CARD ISSUANCE | 06/15/37 | 10,000,000 | 9,576,250 |
| GMP1 | ABS-SECONDARY-AMERICAS | 437099AA2 | | 437099AA2 | RFMS2 2006-HSA5 A | RESIDENTIAL FUNDING MORTGAGE S | 08/25/36 | 15,342,387 | 9,535,656 |
| GM7Y | NON RESIDENTIAL TRADING | 52109MAA0 | | 52109MAA0 | LBSBC 2007-2 N1 NIM | LEHMAN BROTHERS SMALL BALANCE | 06/27/37 | 10,566,832 | 9,447,058 |
| GMRP | AGENCY REMICS/STRIPS-AMER | WI0090982 | | WI0090982 | FLAGS-FN-30-A-3N X | | 10/25/38 | 46,504,326 | 9,395,281 |
| GMGM | ABS-SECONDARY-AMERICAS | 009341AM0 | US009341AM03 | 009341AM0 | AFT 99-1A A2 ASST BK LN | AIRCRAFT FINANCE TRUST | 05/15/24 | 11,677,084 | 9,313,115 |
| G1LH | ABS-SECONDARY-AMERICAS | 361856AN7 | | 361856AN7 | GMACM 2000-HE2 A1 | GMAC MORTGAGE CORP LOAN TRUST | 06/25/30 | 12,495,193 | 9,297,301 |

| Account | BPM Level 2 | Real World Cusip | ISIN | Product | Product Name | Maturity Date | Trade Date position | Net Long Inventory |
|---|---|---|---|---|---|---|---|---|
| GAE3 | CMBS INVESTMNT GRD-AMERICA | 929766289 | | 929766289 | WBCMT 2005-C19 XC    WACHOVIA BANK COMMERCIAL MORTI | 05/15/44 | 860,060,237 | 9,211,314 |
| GAE3 | CMBS INVESTMNT GRD-AMERICA | 20047NAK8 | | 20047NAK8 | COMMERICAL MORTGAGE    COMMERCIAL MORTGAGE PASS T | 10/15/37 | 530,836,718 | 9,117,130 |
| 07100CS16 | GLB TRAD STR AM-TRANS PRI | 506762AG8 | US506762AG89 | 1KY287894 | LAFAYETTE SQUARE CDO LTD FRN 20191115 SERIES# 1A 144A | 11/15/19 | 11,750,000 | 9,027,390 |
| 07100CPC5 | CDO CLO SECONDARY US | | USG3332NAE51 | 1US156813 | ARES CLO FUNDS FRN 20201125 SERIES# 12X | 11/25/20 | 12,500,000 | 8,984,192 |
| 07100CS16 | GLB TRAD STR AM-TRANS PRI | 43005RAG02 | US43005RAG02 | 1KY275741 | HIGHLAND CREDIT OPPORTUNITIES CDO LTD FRN 20131101 SERIE | 11/01/13 | 12,000,000 | 8,915,606 |
| GMZ7 | ABS-SECONDARY-AMERICAS | 15132CAG7 | | 15132CAG7 | AESOP 2005-4A A2    AESOP FUNDING II LLC | 07/20/10 | 10,000,000 | 8,894,288 |
| GMTY | NON RESIDENTIAL TRADING | 52521UAL8 | US52521UAL87 | 52521UAL8 | LBSBC 2007-3 M3    LEHMAN BROTHERS SMALL BALANCE | 10/25/37 | 17,508,000 | 8,799,686 |
| 07100CPC5 | CDO CLO SECONDARY US | 36319KAD7 | US36319KAD72 | 1KY364883 | GALAXY CLO LTD FRN 20200114 SERIES# 10A 144A | 01/14/20 | 9,625,000 | 8,772,484 |
| GMU9 | ABS CDO AMERICAS | 05874KAE7 | US05874KAE73 | 05874KAE7 | BALLYROCK ABS CDO LTD FRN 20470806 SERIES# 1A 144A | 08/06/47 | 27,500,000 | 8,612,389 |
| GAE2 | CMBS INVESTMNT GRD-AMERICA | 61754KAG0 | | 61754KAG0 | MSC 2007-iQ14 AM    MORGAN STANLEY CAPITAL I | 04/15/49 | 10,000,000 | 8,593,974 |
| GAMK | CDO CLO SECONDARY US | 891802AL4 | US891802AL49 | 891802AL4 | TOWER HILL CDO LTD FRN 20230820 SERIES# 2A 144A | 08/20/23 | 12,000,000 | 8,498,679 |
| GMFR | ABS-SECONDARY-AMERICAS | 058521AA3 | US058521AA32 | 058521AA3 | BLTN 2006-1A A1    BALLANTYNE RE PLC | 05/02/36 | 12,000,000 | 8,411,375 |
| 07100CVB0 | GLOBAL SPECIAL OPPS | 32052XAA5 | US32052XAA54 | 1US466840 | FHABS 2006-HE2 A    FIRST HORIZON ASSET BACK TRUST | 10/25/26 | 15,000,000 | 8,363,974 |
| GMJB | ABS DERIVATIVES | 874008AC9 | | 874008AC9 | THOM 2006-1A A3    TAHOMA CDO LTD | 06/18/47 | 166,616,362 | 8,330,818 |
| GMTY | NON RESIDENTIAL TRADING | 52109NAA8 | | 52109NAA8 | LBSBC 2007-2 N2 NIM    LEHMAN BROTHERS SMALL BALANCE | 06/27/37 | 10,014,000 | 8,264,867 |
| G1BG | CDO CLO SECONDARY US | 52109PAZ8 | | 52109PAZ8 | LBUBS 2007-C6 J    LB-UBS COMMERCIAL MORTGAGE TRU | 07/15/40 | 26,256,000 | 8,258,804 |
| GAMK | CMBS INVESTMNT GRD-AMERICA | 92327EAB8 | US92327EAB88 | 92327EAB8 | VENTURE CDO LTD FRN 20160815 SERIES# 1A 144A | 08/15/16 | 10,000,000 | 8,239,315 |
| GAE3 | CMBS INVESTMNT GRD-AMERICA | 1730067EL9 | | 1730067EL9 | CGCMT 2004-C2 XC    CITIGROUP COMMERCIAL MORTGAGE | 10/15/41 | 389,651,383 | 8,194,579 |
| G137 | ABS-SECONDARY-AMERICAS | 126683AD3 | US126683AD3 | 126683AD3 | CWL 2006-S5 A4    COUNTRYWIDE ASSET-BACKED CERTI | 06/25/35 | 29,023,000 | 8,192,380 |
| 07100CS16 | GLB TRAD STR AM-TRANS PRI | 443677AC3 | US443677AC34 | 443677AC3 | HUDSON CANYON FUNDING LTD FRN 20201027 SERIES# 2A 144A | 10/27/20 | 10,000,000 | 8,090,708 |
| GAIQ | CDO CLO SECONDARY US | 53225MAG4 | US53225MAG42 | 53225MAG4 | LIGHTPOINT CLO LTD FRN 20180725 SERIES# 8A 144A | 07/25/18 | 10,000,000 | 7,881,200 |
| G1BG | GLB TRAD STR AM-TRANS PRI | 799822AJ0 | US799822AJ02 | 799822AJ0 | SANDELMAN FINANCE FRN 20180415 SERIES# 1A 144A | 04/15/18 | 10,000,000 | 7,880,533 |
| G1FB | AGENCY REMICS/STRIPS-AMER | 74927UAK4 | US74927UAK43 | 74927UAK4 | RBSGC 2005-RP1 2A    RBSGC MORTGAGE PASS THROUGH CI | 03/25/34 | 8,533,454 | 7,872,607 |
| GAE2 | CMBS INVESTMNT GRD-AMERICA | 50180CAB6 | US50180CAB63 | 50180CAB6 | LBUBS 2006-C7 A2    LB-UBS COMMERCIAL MORTGAGE TRU | 11/15/38 | 7,889,000 | 7,747,668 |
| GAVM | ABS DERIVATIVES | 17305EDB8 | US17305EDB83 | 17305EDB8 | CCCIT 2006-C1 C1    CITIBANK CREDIT CARD ISSUANCE | 02/20/15 | 9,750,000 | 7,735,998 |
| 07100CVB0 | GLOBAL SPECIAL OPPS | 1NO552243 | NO0010316086 | 1NO552243 | PETROMENA AS 9.750% 20120524 144A | 05/24/12 | 45,000,000 | 7,668,601 |
| GMP1 | ABS-SECONDARY-AMERICAS | 761545AD4 | US761545AD4 | 761545AD4 | CWHEL 2005-A 2A    COUNTRYWIDE HOME EQUITY LOAN T | 02/15/30 | 12,905,229 | 7,644,166 |
| 07100CS16 | GLB TRAD STR AM-TRANS PRI | 1US392277 | US862015AE42 | 862015AE4 | STNY 2007 1A B    STONEY LANE FUNDING LTD | 04/18/22 | 12,000,000 | 7,574,588 |
| G137 | CMBS INVESTMNT GRD-AMERICA | 23242MAD3 | US23242MAD3 | 23242MAD3 | CWL 2006-S3 A4    COUNTRYWIDE ASSET-BACKED CERTI | 01/25/29 | 23,000,000 | 7,418,303 |
| GATO | CDO CLO CASH-SYN HYBRID US | 05381EAC1 | US05381EAC12 | 05381EAC1 | AVIV LCDO, LTD FRN 20111222 SERIES# 1A 144A | 12/22/11 | 9,000,000 | 7,270,954 |
| GATO | CDO CLO CASH-SYN HYBRID US | 30228EAE2 | US30228EAE23 | 30228EAE2 | EXUM RIDGE CBO FRN 20110322 SERIES# 2A 144A | 03/22/11 | 9,000,000 | 7,152,326 |
| G1BG | CMBS-AMERICAS | 50180JAR6 | | 50180JAR6 | LBUBS 2007-C2 G    LB-UBS COMMERCIAL MORTGAGE TRU | 02/17/40 | 16,544,000 | 7,130,489 |
| GMRP | AGENCY REMICS/STRIPS-AMER | 87246AAL2 | | 87246AAL2 | TIAA 2007-C4 X    TIAA RETAIL COMMERCIAL TRUST | 08/15/39 | 2,018,957,605 | 7,129,797 |
| 07100CPC5 | CDO CLO SECONDARY US | 1US109465 | USG3960RAD73 | 190749AU5 | GOLDENTREE LOAN OPPORTUNITIES V LTD FRN 20221018 SERIES: | 10/18/21 | 10,000,000 | 7,097,907 |
| GAE2 | ABS-SECONDARY-AMERICAS | 190749AU5 | US190749AU5 | 190749AU5 | CWCI 2006-C1 H    CW CAPITAL COBALT LTD | 08/15/48 | 24,803,000 | 7,085,469 |
| GAMK | CDO CLO SECONDARY US | 36319AAD9 | US36319AAD90 | 36319AAD9 | GALAXY CLO LTD FRN 20160817 SERIES# 3A 144A | 08/17/16 | 8,500,000 | 7,079,868 |
| GAE3 | CMBS INVESTMNT GRD-AMERICA | 50177AAP4 | US50177AAP4 | 50177AAP4 | LBCMT 2007-C3 X    LB COMMERCIAL CONDUIT MORTGAGE | 07/15/44 | 1,616,576,782 | 6,898,180 |
| GAMK | CDO CLO SECONDARY US | 74162RAL3 | US74162RAL33 | 74162RAL3 | PRIMUS CLO LTD FRN 20190115 SERIES# 1A 144A | 01/15/19 | 11,000,000 | 6,713,520 |
| G1BV | ABS-SECONDARY-AMERICAS | 13973XAD5 | | 13973XAD5 | CARAT 2007-1 B    CAPITAL AUTO RECEIVABLES ASSET | 09/17/12 | 7,626,000 | 6,685,599 |
| GMJB | ABS DERIVATIVES | 25513QAA7 | US25513QAA76 | 25513QAA7 | DASH 1A A1    DIVERSIFIED ASSET SEC HOLD | 12/30/34 | 34,587,627 | 6,630,032 |
| GAE3 | CDO PROP US | 501802AC6 | US501802AC6 | 501802AC6 | LBSBN2006-1 N2    LBSBN NET INTEREST MARGIN SECU | 04/28/31 | 7,323,000 | 6,629,702 |
| GMPD | CMBS INVESTMNT GRD-AMERICA | 61745MGS6 | US61745MGS6 | 61745MGS6 | MSC 1998-XL1 H    MORGAN STANLEY CAPITAL I | 06/03/30 | 7,776,000 | 6,582,695 |
| GMWE | CMBS INVESTMNT GRD-AMERICA | 126164BA9 | US126164BA9 | 126164BA9 | COMM 2005-FL11 F    COMMERCIAL MORTGAGE PASS THROU | 11/15/17 | 6,954,227 | 6,547,347 |
| GAE3 | CDO CLO SECONDARY US | 31392FTT4 | US31392FTT4 | 31392FTT4 | FNA 2002-M3 X    FANNIE MAE- | 10/25/32 | 178,191,411 | 6,546,382 |
| GMJB | CMBS INVESTMNT GRD-AMERICA | 449796AG6 | US449796AG66 | 449796AG6 | ING INVESTMENT MANAGEMENT FRN 20200801 SERIES# 2A 144A | 08/01/20 | 8,250,000 | 6,518,133 |
| G1UP | ABS DERIVATIVES | 00388EAB7 | | 00388EAB7 | PHOEN 2 A    PHOENIX CDO LTD | 09/01/35 | 5,786,415 | 6,511,832 |
| GAIQ | CDO CLO SECONDARY US | 53225KAA1 | US53225KAA16 | 53225KAA1 | LIGHTPOINT CLO LTD FRN 20180725 SERIES# 8A 144A | 07/25/18 | 7,500,000 | 6,492,032 |
| GMJB | ABS DERIVATIVES | 71901QAA1 | | 71901QAA1 | ACCDO 5A B    ACACIA CDO 1 LTD | 11/08/39 | 8,250,000 | 6,322,565 |
| G1LH | CMBS DERIVATIVES | 126685DJ2 | | 126685DJ2 | CWHEL 2006-C 2A    COUNTRYWIDE HOME EQUITY LOAN T | 05/15/36 | 9,380,170 | 6,317,244 |
| GAE3 | CMBS INVESTMNT GRD-AMERICA | 33736XDA4 | | 33736XDA4 | FUNBC 2001-C3 X1    FIRST UNION NATIONAL BANK COMM | 08/15/33 | 239,846,732 | 6,281,898 |
| GAMK | CDO CLO SECONDARY US | 269491AE6 | US269491AE68 | 269491AE6 | EAGLE CREEK CLO LTD FRN 20180228 SERIES# 1A 144A | 02/28/18 | 8,000,000 | 6,125,672 |
| GAE3 | CMBS INVESTMNT GRD-AMERICA | 07388PAJ0 | US07388PAJ03 | 07388PAJ0 | BSCMS 2006-PWR14    BEAR STEARNS COMMERCIAL MORTG. | 12/11/38 | 398,460,639 | 6,601,267 |
| GMZ7 | ABS-SECONDARY-AMERICAS | 07325NCX8 | | 07325NCX8 | BAYV 2006-A 2A4    BAYVIEW FINANCIAL ACQUISITION | 02/02/41 | 6,568,535 | 5,614,838 |
| GAE3 | CMBS INVESTMNT GRD-AMERICA | 46625MPS2 | | 46625MPS2 | JPMCC 2002-C2 X1    JP MORGAN CHASE COMMERCIAL MOR | 12/12/34 | 175,599,414 | 5,592,352 |
| GMP1 | NON RESIDENTIAL TRADING | 52521UAJ3 | | 52521UAJ3 | LBSBC 2007-3 M1    LEHMAN BROTHERS SMALL BALANCE | 10/25/37 | 8,509,000 | 5,531,801 |
| GMDQ | ABS CDO AMERICAS | 14984XAD0 | | 14984XAD0 | CEAGO 2007-1A B    CEAGO ABD CDO | 10/06/47 | 20,772,929 | 5,447,347 |
| GMWE | CMBS INVESTMNT GRD-AMERICA | 22545RCQ7 | | 22545RCQ7 | CSMC 2006-TF2A SVB    CREDIT SUISSE MORTGAGE CAPITAL | 10/15/21 | 6,000,000 | 5,414,657 |
| GAE2 | CMBS INVESTMNT GRD-AMERICA | 55312VAB4 | US55312VAB45 | 55312VAB4 | MLCFC 2006-4 A2    MERRILL LYNCH/COUNTRYWIDE COMM | 12/12/49 | 5,550,000 | 5,402,297 |
| G1BG | CMBS-AMERICAS | 50180JAU9 | US50180JAU97 | 50180JAU9 | LBUBS 2007-C2 K    LB-UBS COMMERCIAL MORTGAGE TRU | 02/17/40 | 19,987,000 | 5,386,384 |
| G1BG | CMBS-AMERICAS | 52109PBA2 | | 52109PBA2 | LBUBS 2007-C6 K    LB-UBS COMMERCIAL MORTGAGE TRU | 07/15/40 | 19,095,000 | 5,218,546 |
| GMU9 | ABS C    'ERICAS | 05874KAF4 | US05874KAF49 | 05874KAF4 | BALLYROCK A    DO LTD FRN 20470806 SERIES# 1A 144A | 08/06/47 | 19,031,076 | 5,197,559 |
| GAE2 | CMBS    TMNT GRD-AMERICA | 68241FAB8 | | 68241FAB8 | OLCMT 2004-    ONE LINCOLN STREET COMMERCIAL | 10/15/30 | 5,000,000 | 5,159,598 |

| Account | BPM Level 2 | Real World Cusip | ISIN | Product | Product Name | Maturity Date | Trade Date position | Net Long Inventory |
|---|---|---|---|---|---|---|---|---|
| 07100CS16 | GLB TRAD STR AM-TRANS PRI | 00889VAC1 | US00889VAC19 | 1KY276277 | AIMCO CDO FRN 20200820 SERIES# AA 144A | 08/20/20 | 8,000,000 | 5,159,480 |
| GMDQ | ABS CDO AMERICAS | 14984XAB4 | | 14984XAB4 | CEAGO 2007-1A S | 10/06/17 | 5,559,821 | 5,142,535 |
| GMDQ | ABS CDO AMERICAS | 1248MLAL7 | | 1248MLAL7 | CBRE 2007-1A D CBRE REALTY FINANCE CDO LTD | 04/07/52 | 10,000,000 | 5,069,562 |
| G1XJ | ABS DERIVATIVES | 74490BAK3 | | 74490BAK3 | PMNT 2006-A1A A PROVIDIAN MASTER NOTE TRUST | 01/15/13 | 5,200,500 | 5,068,668 |
| GAMK | CDO CLO SECONDARY US | 09624WAF3 | US09624WAF32 | 09624WAF3 | BLUEMOUNTAIN CLO LTD FRN 20180715 SERIES# 2A 144A | 07/15/18 | 7,000,000 | 4,944,125 |
| GMR3 | INSURANCE SOLUTIONS AMER | 65320RAE6 | US65320RAE62 | 65320RAE6 | NEWTON RE LTD FRN 20110107 SERIES# 144A | 01/07/11 | 5,000,000 | 4,928,922 |
| GAMK | CDO CLO SECONDARY US | 42823BAE2 | US42823BAE20 | 42823BAE2 | HEWETT'S ISLAND CDO LTD FRN 20181205 SERIES# 5A 144A | 12/05/18 | 8,000,000 | 4,911,875 |
| G1BG | CMBS-SECONDARY US | 5018OJAT2 | | 5018OJAT2 | LBUBS 2007-C2 J | 02/17/40 | 15,544,000 | 4,826,776 |
| G1DR | ABS-SECONDARY-AMERICAS | 00103RBJ4 | | 00103RBJ4 | AESOP 2004-2A A3 AESOP FUNDING II LLC | 04/20/10 | 5,000,000 | 4,709,716 |
| GMZD | AGENCY REMICS/STRIPS-AMER | 86365HAC4 | | 86365HAC4 | SASC 2008-1 1A3 STRUCTURED ASSET SECURITIES CO | 02/25/33 | 5,812,493 | 4,689,517 |
| GTA6 | GLB TRAD STR AM-TRANS PRI | 26358BAL2 | US26358BAL27 | 26358BAL2 | DUANE STREET CLO FRN 20210111 SERIES# 3A 144A | 01/11/21 | 7,500,000 | 4,607,465 |
| GAE3 | CMBS INVESTMNT GRD-AMERICA | 52108MGP2 | | 52108MGP2 | LBUBS 2006-C3 X-CL LB-UBS COMMERCIAL MORTGAGE TRU | 03/15/39 | 775,014,902 | 4,604,569 |
| GAJC | PRIME-AMERICAS | 863592AE1 | | 863592AE1 | SASC 2006-RF3 1AP STRUCTURED ASSET SECURITIES CO | 10/25/36 | 6,072,229 | 4,554,172 |
| GMGM | ABS-SECONDARY-AMERICAS | 009451AL9 | | 009451AL9 | AIRPT 1R A8 AIRPLANES PASS THROUGH TRUST | 03/15/19 | 4,868,338 | 4,518,490 |
| GMWE | CMBS INVESTMNT GRD-AMERICA | 61745SAK6 | | 61745SAK6 | MSC 2006-XLF G MORGAN STANLEY CAPITAL I | 07/15/19 | 5,000,000 | 4,512,171 |
| GAMK | CDO CLO SECONDARY US | G9884KAD2 | | G9884KAD2 | ZING 2X B1 ZAIS INVESTMENT GRADE LTD | 05/17/15 | 6,000,000 | 4,395,935 |
| GAE3 | CMBS INVESTMNT GRD-AMERICA | 52108HDK7 | US52108HDK77 | 52108HDK7 | LBUBS 2001-C2 X CMO 01-C2 COMMERCIAL MORTGAGE TRUST 1 | 03/15/31 | 228,959,831 | 4,391,883 |
| GAE2 | CMBS INVESTMNT GRD-AMERICA | 870752AD4 | US870752AD43 | 870752AD4 | SMRTF 2007-2 A SWIFT MASTER AUTO RECEIVABLES | 10/15/12 | 4,854,065 | 4,381,687 |
| GMP1 | ABS-SECONDARY-AMERICAS | 190749AN1 | | 190749AN1 | CWCI 2006-C1 E CW CAPITAL COBALT LTD | 08/15/48 | 10,000,000 | 4,324,707 |
| GMZ7 | ABS-SECONDARY-AMERICAS | 126673MY5 | | 126673MY5 | CWHEL 2004-Q 2A COUNTRYWIDE HOME EQUITY LOAN T | 12/15/33 | 7,177,218 | 4,323,431 |
| GMZ7 | ABS-SECONDARY-AMERICAS | 78443CCN2 | | 78443CCN2 | SLMA 2006-A C SLM STUDENT LOAN TRUST | 06/15/39 | 10,000,000 | 4,282,816 |
| 07100CPC5 | CDO CLO SECONDARY US | 553682AA3 | US553682AA35 | 1KY989044 | MSIM PECONIC BAY LTD FRN 20190720 SERIES# 1A 144A | 07/20/19 | 6,000,000 | 4,259,338 |
| GM7Y | NON RESIDENTIAL TRADING | 52521UAM6 | US52521UAM6 | 52521UAM6 | LBSBC 2007-3A M4 LEHMAN BROTHERS SMALL BALANCE | 10/25/37 | 14,006,000 | 4,256,213 |
| GAMK | CDO CLO SECONDARY US | 352569AD9 | US352569AD94 | 352569AD9 | FRANKLIN CLO LTD FRN 20180615 SERIES# 5A 144A | 06/15/18 | 6,000,000 | 4,252,723 |
| GMZ7 | ABS-SECONDARY-AMERICAS | 86360XAC4 | | 86360XAC4 | SASC 2006-GEL3 A3 STRUCTURED ASSET SECURITIES CO | 07/25/36 | 7,600,000 | 4,192,289 |
| GACW | ABS CDO AMERICAS | 74043AAE1 | US74043AAE10 | 74043AAE1 | PREFERRED TERM SECURITIES XXII | 12/22/36 | 8,500,000 | 4,144,047 |
| GMJB | ABS DERIVATIVES | G27725AA1 | | G27725AA1 | DASH 1X A1 REGS DIVERSIFIED ASSET SECURITIZATI | 12/30/34 | 5,990,299 | 4,140,739 |
| GAE3 | CMBS INVESTMNT GRD-AMERICA | 225458WK0 | US225458WK00 | 225458WK0 | CSFB 2005-C3 AX CS FIRST BOSTON MORTGAGE SECUR | 07/15/37 | 283,365,531 | 4,133,243 |
| GAER | PRIME-AMERICAS | 17307GA40 | | 17307GA40 | CMLTI 2005-7 1A1 CITIGROUP MORTGAGE LOAN TRUST | 09/25/35 | 7,208,031 | 4,128,735 |
| GM7Y | NON RESIDENTIAL TRADING | 07383FV54 | | 07383FV54 | BSCMS 2004-T16 X1 BEAR STEARNS COMMERCIAL MORTGA | 02/13/46 | 268,412,490 | 4,115,256 |
| GMP1 | ABS-SECONDARY-AMERICAS | 76110VMY1 | | 76110VMY1 | RFMS2 2003-HS2 AIIB RESIDENTIAL FUNDING MORTGAGE S | 06/25/28 | 6,104,907 | 4,099,981 |
| G1BG | CMBS-AMERICAS | 50177AAX7 | | 50177AAX7 | LBCMT 2007-C3 H LB COMMERCIAL CONDUIT MORTGAGE | 07/15/44 | 11,380,000 | 4,057,559 |
| GMFP | CMBS-AMERICAS | 52524NDQ7 | | 52524NDQ7 | LBFRC 2007-LLFA VIS LEHMAN BROTHERS FLOATING RATE | 06/15/22 | 4,400,000 | 4,039,995 |
| GMJB | ABS DERIVATIVES | 423279AA6 | | 423279AA6 | HELIO 1A A HELIOS SERIES I MULTI ASSET CB | 12/13/36 | 5,005,560 | 4,011,507 |
| GATO | CDO CLO CASH-SYN HYBRID US | 05381EAB3 | US05381EAB39 | 05381EAB3 | AVIV LCDO, LTD FRN 20111222 SERIES# 1A 144A | 12/22/11 | 4,462,725 | 4,001,385 |
| GAE3 | ABS DERIVATIVES | 837435AA4 | US837435AA40 | 837435AA4 | SCF 1A A1 SOUTH COAST FUNDING | 12/21/36 | 6,057,861 | 3,990,218 |
| GM7Y | NON RESIDENTIAL TRADING | 501807AA9 | | 501807AA9 | LBSBC 2007-1 N1 NIM LEHMAN BROTHERS SMALL BALANCE | 03/27/37 | 4,369,120 | 3,983,489 |
| GMJB | ABS DERIVATIVES | 07383FX86 | | 07383FX86 | BSCMS 2004-PWR6 X1 BEAR STEARNS COMMERCIAL MORTC | 11/11/41 | 282,185,819 | 3,975,511 |
| GAE3 | CMBS INVESTMNT GRD-AMERICA | 651065AE4 | | 651065AE4 | NEWCA 2005-7A 3 NEWCASTLE CDO LTD | 12/24/50 | 217,832,679 | 3,971,664 |
| GMJB | CMBS-AMERICAS | 52108H5W0 | US52108H5W0 | 52108H5W0 | LBUBS 2005-C3 XCL LB-UBS COMMERCIAL MORTGAGE TRU | 07/15/40 | 5,000,000 | 3,850,723 |
| G1BY | CDO CLO CASH-SYN HYBRID US | 964041AG2 | US964041AG26 | 964041AG2 | WHITE MARLIN CDO LTD FRN 20140922 SERIES# 1A 144A | 09/22/14 | 4,000,000 | 3,849,431 |
| GMP1 | CMBS INVESTMNT GRD-AMERICA | 92978QAC1 | | 92978QAC1 | WBCMT 2007-C30 A3 WACHOVIA BANK COMMERCIAL MORT( | 12/15/43 | 9,712,202 | 3,846,977 |
| GMP1 | ABS-SECONDARY-AMERICAS | 12670CAA5 | | 12670CAA5 | CWHEL 2007-C A COUNTRYWIDE HOME EQUITY LOAN T | 12/17/15 | 5,000,000 | 3,803,297 |
| G1DR | CMBS INVESTMNT GRD-AMERICA | 67133EAC2 | US67133EAC21 | 67133EAC2 | OAK HILL CREDIT PARTNERS FRN 20151217 SERIES# 3A 144A | 05/15/37 | 10,000,000 | 3,803,297 |
| GMVE | NON RESIDENTIAL TRADING | 46625YJ20 | | 46625YJ20 | JPMCC 2006-FL1A F JP MORGAN CHASE COMMERCIAL MOR | 02/15/20 | 4,732,691 | 3,797,918 |
| GM7Y | NON RESIDENTIAL TRADING | 52521VAK8 | | 52521VAK8 | LBSBC 2007-2 M4 LEHMAN BROTHERS SMALL BALANCE | 06/25/35 | 11,264,000 | 3,785,458 |
| 07100CS16 | GLB TRAD STR AM-TRANS PRI | 009368AC5 | US009368AC52 | 1KY275758 | AIRLIE CLO FRN 20200520 SERIES# 1A 144A | 05/20/20 | 5,500,000 | 3,740,069 |
| GMWE | CMBS INVESTMNT GRD-AMERICA | 46625YJ46 | | 46625YJ46 | JPMCC 2006-FL1A G JP MORGAN CHASE COMMERCIAL MOR | 02/15/20 | 4,660,912 | 3,740,517 |
| GMJB | ABS DERIVATIVES | 658829AA4 | | 658829AA4 | NCOVE 2005-1A A NORTH COVE CDO LTD | 11/11/42 | 10,099,174 | 3,732,940 |
| G1FB | AGENCY REMICS/STRIPS-AMER | 863592AG6 | | 863592AG6 | SASC 2006-RF3 2A STRUCTURED ASSET SECURITIES CO | 10/25/36 | 3,934,345 | 3,714,574 |
| GMJB | CMBS-AMERICAS | 52109PAY1 | | 52109PAY1 | LBUBS 2007-C6 H LB-UBS COMMERCIAL MORTGAGE TRU | 07/15/40 | 10,000,000 | 3,666,686 |
| GAMK | CMBS INVESTMNT GRD-AMERICA | 54347UAD4 | US54347UAD46 | 54347UAD4 | LOOMIS SAYLES CBO FRN 20201026 SERIES# 1A 144A | 10/26/20 | 6,000,000 | 3,655,092 |
| GAE2 | CDO CLO CASH-SYN HYBRID US | 52109PAX3 | US52109PAX3 | 52109PAX3 | LBUBS 2007-C6 G LB-UBS COMMERCIAL MORTGAGE TRU | 07/15/40 | 8,513,000 | 3,651,907 |
| GATO | CMBS-SECONDARY US | 30228AAC4 | US30228AAC45 | 30228AAC4 | EXUM RIDGE CBO FRN 20140622 SERIES# 2A 144A | 06/22/14 | 5,000,000 | 3,598,515 |
| GMJB | ABS DERIVATIVES | 52109RAN1 | | 52109RAN1 | LBUBS 2007-C7 H LB-UBS COMMERCIAL MORTGAGE TRU | 09/15/45 | 10,000,000 | 3,595,772 |
| G1DR | ABS-SECONDARY-AMERICAS | 55308LAA4 | | 55308LAA4 | MKP 1A A1L MKP CBO I LTD | 02/08/36 | 9,333,676 | 3,563,272 |
| GMJB | ABS DERIVATIVES | 1248MLAN3 | | 1248MLAN3 | CBRE 2007-1A E CBRE REALTY FINANCE CDO LTD | 04/07/52 | 7,000,000 | 3,549,374 |
| GTA6 | GLB TRAD STR AM-TRANS PRI | 52109RAJ0 | | 52109RAJ0 | LBUBS 2007-C7 XCL LB-UBS COMMERCIAL MORTGAGE TRU | 09/15/45 | 370,240,691 | 3,548,047 |
| G1BG | CMBS-AMERICAS | 52109RAL5 | US52109RAL50 | 52109RAL5 | LBUBS 2007-C7 G LB-UBS COMMERCIAL MORTGAGE TRU | 09/15/45 | 8,000,000 | 3,490,782 |
| 07100CVB0 | GLOBAL SPECIAL OPPS | 68571WAA3 | US68571WAA36 | 1KY434314 | ORCHID STRUCTURED FINANCE CDO LTD FRN 20460106 SERIES# 2 | 01/06/46 | 20,000,000 | 3,471,313 |
| GMP1 | ABS-SECONDARY-AMERICAS | 32027NFU0 | | 32027NFU0 | FFML 2004 FFA M3-A FFML | 03/25/24 | 3,846,883 | 3,471,219 |
| GAE3 | CMBS INVESTMNT GRD-AMERICA | 46625MRG6 | US46625MRG6 | 46625MRG6 | JPMCC 2002-C3 X1 JP MORGAN CHASE COMM MTGE | 07/12/35 | 109,871,636 | 3,427,131 |
| GMJB | ABS DERIVATIVES | 45344QAA0 | US45344QAA0 | 45344QAA0 | INDE 2A A INDEPENDENCE II CDO LTD | 08/07/36 | 4,455,054 | 3,395,943 |
| G1DR | ABS-SECONDARY-AMERICAS | 00761HBY6 | | 00761HBY6 | ABCMT 2006-C1 C1 ADVANTA BUSINESS CARD MASTER T | 10/20/14 | 6,839,000 | 3,297,294 |
| GTA6 | GLB TRAD STR AM-TRANS PRI | 805659AA7 | US805659AA79 | 805659AA7 | SAYB 2001-1A A SAYBROOK POINT CBO, LIMITED | 05/25/36 | 6,456,857 | 3,250,576 |
| GMJB | ABS DERIVATIVES | 48248CAB0 | US48248CAB00 | 48248CAB0 | KKR CLO TRUST FRN 20210515 SERIES# 1A 144A | 05/15/21 | 4,500,000 | 3,237,123 |
| GMPD | CDO PROP US | 74645XAC7 | US74645XAC74 | 74645XAC7 | PUTNAM CBO I LTD 8.310% 20090612 SERIES# 1A 144A | 06/12/09 | 25,584,502 | 3,195,443 |
| GMRY | ABS DERIVATIVES | 00389UAC8 | US00389UAC8 | 00389UAC8 | ACCOA 2007-1A A2 ACACIA OPTION ARM CDO LTD | 07/10/52 | 10,000,000 | 3,073,700 |
| GM7Y | NON RESIDENTIAL TRADING | 50180GAA9 | US50180GAA94 | 50180GAA9 | LBSBC 2006-2 N1 NIM LEHMAN BROTHERS SMALL BALANCE | 09/27/30 | 3,247,866 | 3,033,517 |
| GAE2 | CMBS INVESTMNT GRD-AMERICA | 50179AAT4 | US50179AAT4 | 50179AAT4 | LBUBS 2007-C1 H LB-UBS COMMERCIAL MORTGAGE TRU | 02/15/40 | 9,773,000 | 3,017,596 |