# A. 61

**From:** Romain, Gary: Finance (LDN)

**Sent:** Thu, 18 Sep 2008 12:12:19 GMT

**To:** Owen, Caroline: Finance (LDN); Rudduck, Mark: Markets (LDN); Montaudy, Beatrice: Finance (NYK); Yang, Jasen: Markets (NYK); Regan, David: Finance (LDN)

**CC:** Logozzo, Joseph: Markets (NYK); Moreira, Nicholas: EDG (NYK); Chapman, Paul: Operations (LDN); Rodefeld, John: Operations (NYK); Walker, James: Finance (NYK); Weidler, Chris: Finance (LDN); Utley, Charles: Finance (NYK); Morton, Marcus: Finance (NYK); Versluys, Roger: Finance (LDN)

**Subject:** Re: Long Island Asset Booking.

---

It's essential there is a coordinated approach to how assets are brought on to barclays balance sheet (which entities acquire which assets, how/where negative goodwill recognised, how ringfenced for acquisition accounting, etc).

Beatrice, can we catch up when I get in? I've heard nothing about an spv plan and generation of gain in plc - would require accounting consideration before could proceed. James, Chris, Charles, Marcus, Roger - fyi.

Regards,

Gary

---

**From:** Owen, Caroline: Finance (LDN)
**To:** Rudduck, Mark: Markets (LDN); Montaudy, Beatrice: Finance (NYK); Yang, Jasen: Markets (NYK); Regan, David: Finance (LDN); Romain, Gary: Finance (LDN)
**Cc:** Logozzo, Joseph: Markets (NYK); Moreira, Nicholas: EDG (NYK); Chapman, Paul: Operations (LDN); Rodefeld, John: Operations (NYK)
**Sent:** Thu Sep 18 12:54:58 2008
**Subject:** RE: Long Island Asset Booking.
Mark just left you voicemail, are you referring to a technical accounting viewpoint on this? We are up to our necks in the LEH unwind right now so my brain may have missed something in the mail.

if so Gary who is a good contact in NY?

Many thanks

C

---

**From:** Rudduck, Mark: Markets (LDN)
**Sent:** 18 September 2008 12:34
**To:** Montaudy, Beatrice: Finance (NYK); Yang, Jasen: Markets (NYK); Owen, Caroline: Finance (LDN); Regan, David: Finance (LDN)



EXHIBIT
283 A
HC 8/27/09

HIGHLY CONFIDENTIAL

BCI-EX-(S)-00047719

**Cc:** Logozzo, Joseph: Markets (NYK); Moreira, Nicholas: EDG (NYK); Chapman, Paul: Operations (LDN); Rodefeld, John: Operations (NYK)
**Subject:** RE: Long Island Asset Booking.
**Importance:** High

We'd need to involve Finance re the potential sale to an SPV of PLC.

Caroline / Dave - pls can you co-ordinate a response with your colleagues in Finance.

Clearly the answer is also a function of the number of positions / trades / volumes that we're talking about. Do you have any figures Beatrice ?

I assume that it is many thousands of positions / trades, which would mean booking in any entity not set up to process equities would be a problem.

---

**From:** Montaudy, Beatrice: Finance (NYK)
**Sent:** 18 September 2008 12:20
**To:** Rudduck, Mark: Markets (LDN); Yang, Jasen: Markets (NYK)
**Cc:** Logozzo, Joseph: Markets (NYK); Moreira, Nicholas: EDG (NYK); Chapman, Paul: Operations (LDN); Rodefeld, John: Operations (NYK)
**Subject:** Re: Long Island Asset Booking.

Thank you, Mark. At this point we assume the balance sheet from Lehman is only US. If anyone has a better view that would be helpful. The admittedly desperate plan at this point would be to acquire through SPV of BBPLC in UK and sell to BCSL to recognize the MTM gain in BBPLC.

Is there anyway that could be achieved and if so what is the max period BBPLC Newco could hold the equities before transfer to another entity with proper EDG systems?

Thank you,

Beatrice

---

**From:** Rudduck, Mark: Markets (LDN)
**To:** Montaudy, Beatrice: Finance (NYK); Yang, Jasen: Markets (NYK)
**Cc:** Logozzo, Joseph: Markets (NYK); Moreira, Nicholas: EDG (NYK); Chapman, Paul: Operations (LDN); Rodefeld, John: Operations (NYK)
**Sent:** Thu Sep 18 06:48:55 2008
**Subject:** RE: Long Island Asset Booking.
I assume that you are talking about cash equity positions only ? Are they just US equities ? Pls clarify

The infrastructure for our equity business at Bar Cap is all set up so that we trade out of BCSL or BCI (for a certain subset of products).

We do not have an infrastructure in PLC that can support the booking of equities (system issues / feeds etc). Over the years there we have looked at what it would take to migrate the equities

HIGHLY CONFIDENTIAL

business to PLC, but the cost / effort has always outweighed the benefit (and the project would take many months).

I will call you to discuss further.

Rgds
Mark

---

**From:** Montaudy, Beatrice: Finance (NYK)
**Sent:** 18 September 2008 11:13
**To:** Rudduck, Mark: Markets (LDN); Yang, Jasen: Markets (NYK)
**Cc:** Logozzo, Joseph: Markets (NYK)
**Subject:** Re: Long Island Asset Booking.

Hello Mark,

The context to this question was that, during the asset purchase price negotiations, it was essential to the valuation calculation that the "discount" between the value of the assets acquired and the purchase price NOT be subject to the 46% marginal US tax rate applicable to BCI. The purchase price negotiations assumed the assets would be pirchased by BBPLC where all gains would be offset by BBPLC US tax losses and ONLY subject to a 28% UK tax. This assumption was based on the repeated and repeatedly reconfirmed aversions of the business and PCG people present at 745 7th on Tuesday am that "equities were de minimis" and all assets would be held for sale and liquidated quickly.

Obviously, the situation was not clear to anyone on Tuesday am but the assumptions made are still going forward in London.

US Tax recognized immediately Wed am that US Equities acquired to be used as part of BAU EDG activity would need to be booked in BCSL and gains subject to 46% tax as a result of current Transfwr pricing. The gain on the equities is day one 2.5 billion USD.

The info we need now ( if possible by 9am NY time) is how could these equity assets possibly be acquired by BBPLC or a UK SPV sub of BBPLC (as was essential to the purchase price valuation and is still currently the plan in London?) Is there any way, leaving aside the US tax risks now in doing so, that this could even be done logistically/system wise for 8.8 BILLION of longs and over 6 BILLION of shorts?? Can an immediate manual solution a la HYMF be devised for Friday?

Or do we now need to assume the equities MUST be aquired by BCSL?

I appreciate your quick response below as I know this is a stressed time.

Thank you,

Beatrice

---

**From:** Rudduck, Mark: Markets (LDN)
**To:** Yang, Jasen: Markets (NYK); Montaudy, Beatrice: Finance (NYK)
**Cc:** Logozzo, Joseph: Markets (NYK)
**Sent:** Thu Sep 18 04:20:49 2008
**Subject:** FW: Long Island Asset Booking.

HIGHLY CONFIDENTIAL

Jasen, Beatrice,

I don't have all the context / background as to what exactly the proposal is / what info you're after.

To the extent that your questions relate to US trading operations, Joe Logozzo can answer the detail for Equities trading (including derivatives). In short though our equity derivative trading in the US is conducted out of BCSL, with CBs and some equities traded out of our US broker dealer, BCI.

To the extent that your questions relate to Global trading operations, there's a significant number of legal entities that we use over the globe in Equities so this would be a significant undertaking. I can help channel this if required ?

I'd be grateful if you'd clarify exactly what info you need and Joe or I will be happy to help.

Thks
Mark

---

**From:** Joshi, Dixit: EDG (LDN)
**Sent:** 18 September 2008 09:03
**To:** Rudduck, Mark: Markets (LDN)
**Subject:** FW: Long Island Asset Booking.

Can we get onto this

---

**From:** Yang, Jasen: Markets (NYK)
**Sent:** Thursday, September 18, 2008 12:09 AM
**To:** Warren, Doug: Credit Derivatives (NYK); Joshi, Dixit: EDG (LDN); Duff, Mimi: Fixed Income (NYK); Dearlove, Mark: Markets (LDN)

**Cc:** King, Stephen: Markets (NYK); Grbic, Susan: Finance (NYK); Montaudy, Beatrice: Finance (NYK); King, Samantha J: M&A Tax (LDN)

**Subject:** FW: Long Island Asset Booking.

Doug, Dixit, Mimi, Mark,

Can you guys take a look at the questions below from Tax and see if you can answer or get information from your COOs? Trying to determine limitations on ability to book assets through different legal entities.

Jasen

---

**From:** Montaudy, Beatrice: Finance (NYK)
**Sent:** Wednesday, September 17, 2008 4:52 PM
**To:** Yang, Jasen: Markets (NYK)
**Cc:** King, Stephen: Markets (NYK); Grbic, Susan: Finance (NYK); King, Samantha J: M&A Tax (LDN)
**Subject:** Long Island Asset Booking.

HIGHLY CONFIDENTIAL

Hello Jasen,

We have been advised Barclays will be acquiring the following asset classes from Lehman Brothers.

> GOV & AGENCY
> COMMERICAL PAPER
> CORP. DEBT
> CORP EQUITY
> DERIVATIVES
> MORTGAGES
> COLLATERIZED ST AGREEMENTS

In order to support the tax analysis, we will need to know for each asset class the following information:

1. In what entity is Barclays currently conducting its activities in the acquired assets?

2. Are there any regulatory restrictions with respect to booking the assets in the London or NY branch of BBPlc?

3. Who will be responsible for trading the acquired assets? **By which Barclays entity is that person currently employed? Is there any regulatory reason why that person cannot be employed by the branch.**

4. How will Barclays be holding the assets after acquisition date? (Tax had been advised Monday that the plan was to sell all the acquired assets in a short time frame.) However, if the plan is now to hold acquired assets as inventory in connection with current Barclays' customer businesses that needs to be clarified and explained.

5. If Barclays does not have a current business to which the assets relate and the assets will be "warehoused" at BBplc that needs to be explained and any timeframes for holding at BBplc estimated.

6. If known, what is the current transfer pricing arrangement that covers this activity?

7. Are there any other issues, that prevent these assets from being booked in BBPLC London or in NY? (Funding, Capital, etc.)

Thank you for your assistance.

Please do not hesitate to contact either Susan or myself if there are any questions on what is meant by any of these items.

KR,

HIGHLY CONFIDENTIAL

Beatrice

HIGHLY CONFIDENTIAL

# A. 62

| From: | Yeung, Brian [brian.yeung@lehman.com]. | Sent:9/18/2008 5:32 PM. |
|---|---|---|
| To: | Kelly, Martin [martin.kelly@lehman.com]. | |
| Cc: | . | |
| Bcc: | . | |
| Subject: | LBI BS - 9.17.08 . | |

Hi Martin -

Attached is the file Rose asked me to send to you.

<<LBI BS_917_V with adjustment.xls>>
Regards,
Brian Yeung
Lehman Brothers
1301 Avenue of Americas, 4th Floor
New York, NY 10019
* 212.320.6560
* brian.yeung@lehman.com



EXHIBIT
201
KK 8/18/09

**Lehman Brother Inc.**
**Balance Sheet as of September 17, 2008**
($ in millions)

| | 08/31/08 | 09/17/08 | Notes | Transaction Adjustments | Balance Sheet Transferred | Balance Sheet Remaining | Purchase Agreement |
|---|---|---|---|---|---|---|---|
| **LIABILITIES:** | | | | | | | |
| S.T. BORROWINGS & CURRENT PORTION OF L.T. BORROWINGS | 508 | 531 | Per Treasun | | | 531 | |
| FIN'L INSTR & OTHER INV POSNS SOLD BUT NOT PURCHASED | | | | | | | |
| GOVERNMENTS & AGENCIES | 35,955 | 20,024 | | | 20,024 | - | 21,000 |
| TOTAL COMM PAPER & OTHER MRKT INSTRUMENTS | | | | | | | |
| MORTGAGES & ASSET-BACKED SEC | 19 | 24 | | | 24 | - | 2,100 |
| TOTAL CORPORATE DEBT & OTHER | 2,170 | 1,740 | | | 1,740 | - | 6,300 |
| TOTAL CORPORATE EQUITIES | 6,264 | 5,619 | | | 5,619 | - | 4,500 |
| DERIV & OTHER CONTR AGREEMENTS | 2,084 | 1,660 | | | 1,660 | - | |
| TOTAL SEC & OTHER FIN INSTR SOLD NOT PURCH. | 46,492 | 29,067 | Per H Zaff Inventory File | | 29,067 | - | 33,900 |
| COLLATERLIZED SHORT-TERM FINANCING | 107,954 | 74,602 | Per A. Abolsm Financing File | | 55,776 | 18,826 | 34,500 |
| PAYABLES | | | | | | | |
| COMPENSATION PAYABLE | 360 | 520 | | 1,000 | 1,520 | - | |
| TRADE LIABILITIES | 433 | 400 | | 383 | 783 | - | |
| OTHER | 22,095 | 16,026 | Per #31 G/L Pay to Clearing Organizations $0.5B Per H.2d GHS File FTD $4.2B Per J Porascuoto Customer Pay $11B Per G/L Taxes $0.4B | | - | 16,026 | 4,300 |
| DUE TO SUBSIDIARIES | | | | | | | |
| FTR with LBIE | 290 | | | | | | |
| REPO with LBHI | 20,732 | 10,720 | | | | 10,720 | |
| REPO with LBIE | 13,469 | - | | | | - | |
| REPO with LBSF | 1,698 | 16,194 | | | | 16,194 | |
| REPO with Bankhaus | 1,351 | 5,032 | | | | 5,032 | |
| REPO with LBF | 1,391 | 350 | | | | 350 | |
| REPO with Lehman RE | 273 | 1,351 | | | | 1,351 | |
| REPO with I BH | 2,185 | 273 | | | | 273 | |
| REPO with LBCB | 2,918 | - | | | | - | |
| REPO with LOTC | 789 | - | | | | - | |
| STOCK LOAN with LBIE | 39,216 | 9,209 | | | | 9,209 | |
| STOCK LOAN with LBSF | 2,051 | 2,979 | | | | 2,979 | |
| STOCK LOAN with LB LUX | 20,664 | - | | | | - | |
| PAYABLE with LBIE | - | 4,571 | | | | 4,571 | |
| PAYABLE with LBCC | 554 | 606 | | | | 606 | |
| PAYABLE with LBSF | 100 | 737 | | | | 737 | |
| PAYABLE with LBJ | 283 | 444 | | | | 444 | |
| PAYABLE with LBCB | - | 122 | | | | 122 | |
| PAYABLE with LBHI | 707 | - | | | | - | |
| Other Receivables <$50mm | 4,895 | 731 | | | | 731 | |
| | 113,446 | 53,319 | | | | 53,319 | |
| **TOTAL LIABILITIES** | 298,121 | 181,516 | Per Treasury $6.5B in intercompays | | 87,146 | 95,753 | 72,700 |
| LONG-TERM DEBT | | | | | | | |
| SENIOR NOTES | | | | | | | |
| SUBORDINATED NOTES | 7,043 | 7,051 | | | | 7,051 | |
| TOTAL LONG-TERM DEBT | 7,043 | 7,051 | | | | 7,051 | |
| **STOCKHOLDERS' EQUITY** | | | | | | | |
| ADDITIONAL PAID IN CAPITAL | 3,866 | 3,866 | | | | 3,866 | |
| RETAINED EARNINGS | 306 | (1,045) | | | | (1,045) | |
| OTHER STOCKHOLDERS EQUITY, NET | 23 | 23 | | | | 25 | |
| TOTAL STOCKHOLDERS EQUITY | 4,195 | 2,844 | | | | 2,844 | |
| **TOTAL LIABILITIES & STOCKHOLDERS' EQUITY** | 302,316 | 184,360 | | | 87,146 | 98,597 | 72,700 |
| Out of Balance | | (1,558) | | | - | (1,558) | |

**Lehman Brother**
Balance Sheet as of September 17, 2008
($ in millions)

| ASSETS: | 08/31/08 | 09/17/08 | Notes | Transaction Adjustments | Balance Sheet Transferred | Balance Sheet Remaining | Purchase Agreement |
|---|---|---|---|---|---|---|---|
| CASH & CASH EQUIVALENTS | 268 | 412 | | | 412 | | |
| CASH & SECURITIES SEGR. AND ON DEPOSIT | 8,550 | 4,740 | Per L. Nacemento $1.4B customer cash locked up for 15c3. $1.9B Future customer cash set aside in MMK Mutual funds. $1B of Good Faith Deposit with Exchanges per GL. | | | 4,740 | 700 |
| FINANCIAL INSTR. & OTHER INVENTORY POSITIONS OWNED | | | | | | | |
| GOVERNMENTS & AGENCIES | 30,225 | 37,214 | | | 37,214 | -- | 40,000 |
| TOTAL COMM PAPER & OTHER MMKT INSTRUMENTS | 1,158 | 958 | | | 958 | -- | 1,160 |
| MORTGAGES & ASSET-BACKED SEC | 6,499 | 5,972 | | | 2,986 | 2,986 | 2,700 |
| TOTAL CORPORATE DEBT & OTHER | 5,422 | 4,839 | | | 4,839 | -- | 4,900 |
| TOTAL CORPORATE EQUITIES | 9,256 | 6,758 | | | 6,758 | -- | 8,800 |
| DERIVATIVES AND OTHER CONTR. AGREEMENTS | 2,758 | 3,566 | | | 3,566 | -- | 4,500 |
| TOTAL SECURITIES & OTHER FIN INSTR OWNED | 55,318 | 59,307 | Per H. Zoff Inventory File | | 45,321 | 2,986 | 62,000 |
| COLLATERALIZED SHORT-TERM AGREEMENTS | 155,876 | 30,337 | Per A. Aberdett Financing File | | 30,337 | 0 | |
| RECEIVABLES | 14,383 | 29,920 | | | 29,920 | | |
| OTHER ASSETS | 363 | 317 | | | | 341 | |
| INVESTMENT IN CONS SUBS | 1,924 | 1,592 | | | | 1,592 | |
| DUE FROM SUBSIDIARIES | 2,500 | | Per GL: PPES 3 Norm, Goodwill $137mm | | 76 | | 10,000 |
| FTD with LBIE | | 8,248 | | | | 8,248 | |
| FTD with LBHI | | 874 | | | | 874 | |
| REVERSE REPO with LBIE | 2,061 | 13,822 | | | | 13,822 | |
| REVERSE REPO with LBSF | 1,663 | 6,504 | | | | 6,504 | |
| REVERSE REPO with CPI | 7,985 | 6,341 | | | | 6,341 | |
| REVERSE REPO with LBHI | 332 | 424 | | | | 424 | |
| REVERSE REPO with LB1 Group | | 122 | | | | 122 | |
| REVERSE REPO with LBF | 129 | 85 | | | | 85 | |
| REVERSE REPO with LBHI | | | | | | | |
| STOCK BORROW with LBIE | 44,849 | 12,902 | | | | 12,902 | |
| STOCK BORROW with LBSF | 4,235 | 4,479 | | | | 4,479 | |
| STOCK BORROW with LB1 Group | 179 | 122 | | | | 122 | |
| STOCK BORROW with LBHI | -- | 2,081 | | | | 3,464 | |
| RECEIVABLE with LBHI | 140 | | | 1,383 | | | |
| RECEIVABLE with LBIE | | | | | | | |
| Other Receivbles <$50mm | 1,601 | 172 | | | | 172 | |
| **TOTAL ASSETS** | 302,716 | 182,802 | | | 87,146 | 57,559 | 72,700 |

# A. 63

| From: | Hauzenberg, Rose [rhauzenb@lehman.com]. | Sent:9/18/2008 7:27 PM. |
|---|---|---|
| To: | Kelly, Martin [martin.kelly@lehman.com]; Wong, Kristie [Kristie.Wong@lehman.com]. | |
| Cc: | . | |
| Bcc: | . | |
| Subject: | LBI BS_917_V with adjustment.xls. | |

<<LBI BS_917_V with adjustment.xls>>
Martin

I added the $141mm of Accred Comp Payable to Other Comp related and all
other such as pension to trade payable.

Rose

**Lehman Brother**
**Balance Sheet as of September 17, 2008**
**$ in millions**

| ASSETS: | 08/31/08 | 09/17/08 | Notes | Transaction Adjustments | Balance Sheet Transferred | Balance Sheet Remaining | Purchase Agreement |
|---|---|---|---|---|---|---|---|
| CASH & CASH EQUIVALENTS | 268 | 412 | | | 412 | - | |
| CASH & SECURITIES SEGR AND ON DEPOSIT | 8,550 | 4,740 | Per L. Nuzumo via $1.9B customer cash locked up for 15cl; $1.9B Futures customer cash at stake in MMK Mutual funds. $1B of Good Faith Deposits with Exchanges per G/L. | | | 4,740 | 700 |
| **FINANCIAL INSTR & OTHER INVENTORY POSITIONS OWNED** | | | | | | | |
| GOVERNMENTS & AGENCIES | 30,225 | 37,214 | | | 37,214 | - | 40,000 |
| TOTAL COMM PAPER & OTHER MMKT INSTRUMENTS | 1,158 | 958 | | | 958 | - | 1,100 |
| MORTGAGES & ASSET-BACKED SEC | 6,499 | 5,972 | | | 2,986 | 2,986 | 2,700 |
| TOTAL CORPORATE DEBT & OTHER | 5,422 | 4,839 | | | 4,839 | - | 4,900 |
| TOTAL CORPORATE EQUITIES | 9,256 | 6,758 | | | 6,758 | - | 8,800 |
| DERIVATIVES AND OTHER CONTR AGREEMENTS | 2,758 | 3,566 | | | 3,566 | - | 4,500 |
| TOTAL SECURITIES & OTHER FIN INSTR OWNED | 55,318 | 59,307 | Per H.Ziff Inventory File | | 56,321 | 2,986 | 62,000 |
| COLLATERALIZED SHORT-TERM AGREEMENTS | 155,876 | 30,337 | Per A. Abedeen Financing File | | 30,337 | 0 | 10,000 |
| RECEIVABLES | 14,383 | 29,920 | Per P. Tenny/son Rec from Clearing Organizations of $2.4B; Per H.Ziff GFS File FTD $12.5B. Per J. Potencano Customer Rec $14.3B | | | 29,920 | |
| **OTHER ASSETS** | | | | | | | |
| INVESTMENT IN CONS SUBS | 363 | 317 | Per G/L. PPE $76mm. Goodwill $133mm | | 76 | 241 | |
| DUE FROM SUBSIDIARIES | 1,924 | 1,592 | | | | 1,592 | |
| FTD with LBIE | 2,500 | 8,248 | | | | 8,248 | |
| FTD with LBHI | | 874 | | | | 874 | |
| REVERSE REPO with LBIE | 2,061 | 13,822 | | | | 13,822 | |
| REVERSE REPO with LBSF | 1,603 | 6,504 | | | | 6,504 | |
| REVERSE REPO with LCPH | 7,985 | 6,341 | | | | 6,341 | |
| REVERSE REPO with LBHI | 352 | 424 | | | | 424 | |
| REVERSE REPO with LB I Group | | 122 | | | | 122 | |
| REVERSE REPO with LBF | 129 | 85 | | | | 85 | |
| STOCK BORROW with LBIE | 44,849 | 12,902 | | | | 12,902 | |
| STOCK BORROW with LBSF | 4,235 | 4,479 | | | | 4,479 | |
| STOCK BORROW with LB I Group | 179 | 122 | | | | 122 | |
| RECEIVABLE with LBHI | - | 2,081 | | 1,804 | | 3,885 | |
| RECEIVABLE with LBIE | 140 | - | | | | | |
| Other Receivables <$50mm | 1,601 | 172 | | | | 172 | |
| | 65,634 | 56,176 | | | | 57,980 | |
| **TOTAL ASSETS** | 302,316 | 182,802 | | | 87,146 | 97,460 | 72,700 |

**Lehman Brother**
**Balance Sheet as of September 17, 2008**
**$ in millions**

## LIABILITIES:

| | Notes | 09/17/08 | 08/31/08 | Transaction Adjustments | Balance Sheet Transferred | Balance Sheet Remaining | Purchase Agreement |
|---|---|---:|---:|---:|---:|---:|---:|
| S T BORROWINGS & CURRENT PORTION OF L.T. BORROWINGS | Per Treasury | 531 | 308 | | | 531 | |
| FIN'L INSTR & OTHER INV POSNS SOLD BUT NOT PURCHASED | | | | | | | |
| GOVERNMENTS & AGENCIES | | 20,024 | 35,955 | | 20,024 | | 21,000 |
| TOTAL COMM PAPER & OTHER MMKT INSTRUMENTS | | - | | | | | |
| MORTGAGES & ASSET-BACKED SEC | | 24 | 19 | | 24 | | |
| TOTAL CORPORATE DEBT & OTHER | | 1,740 | 2,170 | | 1,740 | | 2,100 |
| TOTAL CORPORATE EQUITIES | | 5,619 | 6,264 | | 5,619 | | 6,300 |
| DERIV & OTHER CONTR AGREEMENTS | Per H Ziff Inventory File | 1,660 | 2,084 | | 1,660 | | 4,500 |
| TOTAL SEC & OTHER FIN INSTR SOLD NOT PURCH | | 29,067 | 46,492 | | 29,067 | | 33,900 |
| COLLATERALIZED SHORT-TERM FINANCING | Per A. Abedom Financing File | 74,602 | 107,954 | | 55,356 | 19,246 | 34,500 |
| PAYABLES | | | | | | | |
| BONUS PAYABLE | | - | | 1,500 | 1,500 | | |
| OTHER COMPENSATION RELATED PAYABLES | | 440 | 278 | | 440 | | |
| TRADE LIABILITIES | | 479 | 423 | 304 | 783 | | |
| OTHER | Per 8/31 G/L Pay. to Clearing Organizations $0.5B. Per H.Ziff GFS File FTD $4.2B. Per J. Potenciano Customer Pay $11B. Per G/L Taxes $0.4B | 16,027 | 22,455 | | | 16,027 | 4,300 |
| DUE TO SUBSIDIARIES | | | | | | | |
| FTR with LBIE | | 10,720 | 290 | | | 10,720 | |
| REPO with LBHI | | - | 20,732 | | | - | |
| REPO with LBIE | | 16,194 | 13,469 | | | 16,194 | |
| REPO with LBSF | | 5,032 | 1,608 | | | 5,032 | |
| REPO with Bankhaus | | 350 | 1,351 | | | 350 | |
| REPO with LBF | | 1,351 | 1,391 | | | 1,351 | |
| REPO with Lehman RE | | 273 | 273 | | | 273 | |
| REPO with LBB | | - | 2,185 | | | - | |
| REPO with LBCB | | - | 2,918 | | | - | |
| REPO with LOTC | | - | 759 | | | - | |
| STOCK LOAN with LBIE | | 9,209 | 39,216 | | | 9,209 | |
| STOCK LOAN with LBSF | | 2,979 | 2,051 | | | 2,979 | |
| STOCK LOAN with LB LUX | | - | 20,664 | | | - | |
| PAYABLE with LBIE | | 4,571 | - | | | 4,571 | |
| PAYABLE with LBCC | | 606 | 554 | | | 606 | |
| PAYABLE with LBSF | | 737 | 100 | | | 737 | |
| PAYABLE with LBJ | | 444 | 283 | | | 444 | |
| PAYABLE with LBCB | | 122 | - | | | 122 | |
| PAYABLE with LBHI | | - | 707 | | | - | |
| Other Receivables <$50mm | | 731 | 4,895 | | | 731 | |
| | | 53,319 | 113,446 | | | 53,319 | |
| LONG-TERM DEBT | | | | | | | |
| SENIOR NOTES | Per Treasury: $6.5B is intercompany | 7,051 | 7,043 | | | 7,051 | |
| SUBORDINATED NOTES | | | | | | | |
| TOTAL LONG-TERM DEBT | | 7,051 | 7,043 | | | 7,051 | |
| **TOTAL LIABILITIES** | | 181,516 | 298,121 | | 87,146 | 96,174 | 72,700 |
| **STOCKHOLDERS' EQUITY** | | | | | | | |
| ADDITIONAL PAID IN CAPITAL | | 3,866 | 3,866 | | | 3,866 | |
| RETAINED EARNINGS | | (1,045) | 306 | | | (1,045) | |
| OTHER STOCKHOLDERS EQUITY, NET | | 23 | 23 | | | 23 | |
| TOTAL STOCKHOLDERS EQUITY | | 2,844 | 4,195 | | | 2,844 | |
| **TOTAL LIABILITIES & STOCKHOLDERS' EQUITY** | | 184,360 | 302,316 | | 87,146 | 99,018 | 72,700 |
| Out of Balance | | (1,558) | - | | - | (1,558) | |

# A. 64

## Unknown

**Sent:** Wednesday, March 25, 2009 10:31 AM

| | |
|---|---|
| **From:** | Hauzenberg, Rose [rhauzenb@lehman.com] |
| **Sent:** | Thursday, September 18, 2008 11:33 PM (GMT) |
| **To:** | Kelly, Martin [martin.kelly@lehman.com]; Wong, Kristie [Kristie.Wong@lehman.com] |
| **Subject:** | RE: LBI BS_917_V with adjustment.xls |
| **Attach:** | LBI BS_917_V with adjustment.xls |

Adjusted for 141

I changed the Trade payable to $1B for the changes on LBI

<<LBI BS_917_V with adjustment.xls>>

```
>
> _____
> From:      Kelly, Martin
> Sent: Thursday, September 18, 2008 7:31 PM
> To:   Wong, Kristie; Hauzenberg, Rose
> Subject:     RE: LBI BS_917_V with adjustment.xls
>
> OK
>
>
> _____
> From:      Wong, Kristie
> Sent: Thursday, September 18, 2008 7:29 PM
> To:   Hauzenberg, Rose; Kelly, Martin
> Subject:     RE: LBI BS_917_V with adjustment.xls
>
> Do not use. We are taking the $141 out.
>
>
> _____
> From:      Hauzenberg, Rose
> Sent: Thursday, September 18, 2008 7:27 PM
> To:   Kelly, Martin; Wong, Kristie
> Subject:     LBI BS_917_V with adjustment.xls
>
>    << File: LBI BS_917_V with adjustment.xls >>
> Martin
>
> I added the $141mm of Accred Comp Payable to Other Comp related and
> all other such as pension to trade payable.
>
> Rose
```

7/15/2009

10252963

# Lehman Brother Inc.

## Balance Sheet as of September 17, 2008

($ in millions)

| | 08/31/08 | 09/17/08 | Notes | Transaction Adjustments | Balance Sheet Transferred | Balance Sheet Remaining | Purchase Agreement |
|---|---|---|---|---|---|---|---|
| **ASSETS:** | | | | | | | |
| CASH & CASH EQUIVALENTS | 268 | 412 | | | 412 | | 700 |
| CASH & SECURITIES SEGR. AND ON DEPOSIT | 8,550 | 4,740 | Per L. Nazmovitz $1.9B customer cash locked up for 15:3, $1.9B Futures customer cash set aside in MMK Mutual funds: $1B of Good Faith Deposits with Exchanges per GL. | | | 4,740 | |
| FINANCIAL INSTR. & OTHER INVENTORY POSITIONS OWNED | | | | | | | |
| GOVERNMENTS & AGENCIES | 30,225 | 37,214 | | | 37,214 | - | 40,000 |
| TOTAL COMM PAPER & OTHER MMKT INSTRUMENTS | 1,158 | 958 | | | 958 | - | 1,100 |
| MORTGAGES & ASSET-BACKED SEC | 6,499 | 5,972 | | | 2,986 | 2,986 | 2,700 |
| TOTAL CORPORATE DEBT & OTHER | 5,422 | 4,839 | | | 4,839 | - | 4,900 |
| TOTAL CORPORATE EQUITIES | 9,256 | 6,758 | | | 6,758 | - | 8,800 |
| DERIVATIVES AND OTHER CONTR. AGREEMENTS | 2,758 | 3,566 | | | 3,566 | - | 4,500 |
| TOTAL SECURITIES & OTHER FIN INSTR OWNED | 55,318 | 59,307 | | | 56,321 | 2,986 | 62,000 |
| COLLATERALIZED SHORT-TERM AGREEMENTS | 155,876 | 30,337 | Per A. Abedeen Financing File | | 30,337 | 0 | 10,000 |
| RECEIVABLES | 14,383 | 29,920 | Per P Temyszor Rec from Clearing Organizations of $2.4B; Per H.Ziff GFS File FTD $12.5B; Per J Polonsino Customer Rec $14.4B | | | 29,920 | |
| OTHER ASSETS | 363 | 317 | Per GL. PPE $76mm, Goodwill $133mm | | 76 | 241 | |
| INVESTMENT IN CONS. SUBS | 1,924 | 1,592 | | | | 1,592 | |
| DUE FROM SUBSIDIARIES | | | | | | | |
| FTD with LBIE | 2,500 | 8,248 | | | | 8,248 | |
| FTD with LBHI | | 874 | | | | 874 | |
| REVERSE REPO with LBIE | 2,061 | 13,822 | | | | 13,822 | |
| REVERSE REPO with LBSF | 1,603 | 6,504 | | | | 6,504 | |
| REVERSE REPO with LCPI | 7,985 | 6,341 | | | | 6,341 | |
| REVERSE REPO with LBHI | 352 | 424 | | | | 424 | |
| REVERSE REPO with LB I Group | | 122 | | | | 122 | |
| REVERSE REPO with LBF | 129 | 85 | | | | 85 | |
| STOCK BORROW with LBIE | 44,849 | 12,902 | | | | 12,902 | |
| STOCK BORROW with LBSF | 4,235 | 4,479 | | | | 4,479 | |
| STOCK BORROW with LB I Group | 179 | 122 | | | | 122 | |
| RECEIVABLE with LBHI | - | 2,081 | | 1,786 | | 3,867 | |
| RECEIVABLE with LBIE | 140 | | | | | - | |
| Other Receivables <$50mm | 1,691 | 172 | | | | 172 | |
| | 65,634 | 56,176 | | | | 57,962 | |
| **TOTAL ASSETS** | 302,316 | 182,802 | | | 87,146 | 97,442 | 72,700 |

**Lehman Brother Inc.**

**Balance Sheet as of September 17, 2008**

($ in millions)

| A | B | 08/31/08 | 09/17/08 | Notes | Transaction Adjustments | Balance Sheet Transferred | Balance Sheet Remaining | Purchase Agreement |
|---|---|---|---|---|---|---|---|---|
| 43 | **LIABILITIES:** | | | | | | | |
| 45 | S.T. BORROWINGS & CURRENT PORTION OF L.T. BORROWINGS | 308 | 531 | Per Treasury | | | 531 | |
| 46 | FINL INSTR & OTHER INV POSNS SOLD BUT NOT PURCHASED | | | | | | | |
| 47 | GOVERNMENTS & AGENCIES | 35,955 | 20,024 | | | 20,024 | - | 21,000 |
| 48 | MORTGAGES & ASSET-BACKED SEC | | | | | | | |
| 49 | TOTAL COMM PAPER & OTHER MMKT INSTRUMENTS | 19 | 24 | | | 24 | - | |
| 50 | TOTAL CORPORATE DEBT & OTHER | 2,170 | 1,740 | | | 1,740 | - | 2,100 |
| 51 | TOTAL CORPORATE EQUITIES | 6,264 | 5,619 | | | 5,619 | - | 6,300 |
| 52 | DERIV & OTHER CONTR AGREEMENTS | 2,084 | 1,660 | | | 1,660 | - | 4,500 |
| 53 | TOTAL SEC & OTHER FIN INSTR SOLD NOT PURCH | 46,492 | 29,067 | Per H.Ziff Inventory File | | 29,067 | - | 33,900 |
| 54 | COLLATERALIZED SHORT-TERM FINANCING | 107,954 | 74,602 | Per A. Abodeen Financing File | | 55,374 | 19,238 | 34,500 |
| 56 | PAYABLES | | | | | | | |
| 57 | BONUS PAYABLE | - | - | | 1,500 | 1,500 | - | |
| 58 | OTHER COMPENSATION RELATED PAYABLES | 278 | 205 | | | 205 | - | |
| 59 | TRADE LIABILITIES | 423 | 714 | | 286 | 1,000 | - | |
| 60 | OTHER | 22,455 | 16,027 | Per 8/31 G/L Pre-to Clearing Organizations $0.5B. Per H.Ziff GFS File FTD $4.2B. Per I. Potenciano Customer Pay $11B; Per G/L Taxes $0.4B | | | 16,027 | 4,300 |
| 61 | DUE TO SUBSIDIARIES | | | | | | | |
| 62 | FTR with LBIE | 290 | 10,720 | | | | 10,720 | |
| 63 | REPO with LBHI | 20,732 | 16,194 | | | | 16,194 | |
| 64 | REPO with LBIE | 13,469 | 5,032 | | | | 5,032 | |
| 65 | REPO with LBSF | 1,608 | 350 | | | | 350 | |
| 66 | REPO with Bankhaus | 1,351 | 1,351 | | | | 1,351 | |
| 67 | REPO with LBF | 1,391 | 273 | | | | 273 | |
| 68 | REPO with Lehman RE | 273 | - | | | | - | |
| 69 | REPO with LBB | 2,185 | - | | | | - | |
| 70 | REPO with LBCB | 2,918 | - | | | | - | |
| 71 | REPO with LOTC | 759 | - | | | | - | |
| 72 | STOCK LOAN with LBIE | 39,216 | 9,209 | | | | 9,209 | |
| 73 | STOCK LOAN with LBSF | 2,051 | 2,979 | | | | 2,979 | |
| 74 | STOCK LOAN with LB LUX | 20,664 | - | | | | - | |
| 75 | PAYABLE with LBIE | - | 4,571 | | | | 4,571 | |
| 76 | PAYABLE with LBCC | 554 | 606 | | | | 606 | |
| 77 | PAYABLE with LBSF | 100 | 737 | | | | 737 | |
| 78 | PAYABLE with LBJ | 283 | 444 | | | | 444 | |
| 79 | PAYABLE with LBCB | - | 122 | | | | 122 | |
| 80 | PAYABLE with LBHI | 707 | 731 | | | | 731 | |
| 82 | Other Receivables <$50mn | 4,895 | - | | | | - | |
| 83 | | 113,446 | 53,319 | | | | 53,319 | |
| 85 | **LONG-TERM DEBT** | | | | | | | |
| 86 | SENIOR NOTES | | | | | | | |
| 87 | SUBORDINATED NOTES | 7,043 | 7,051 | Per Treasur. $6.5B is intercompany | | | 7,051 | |
| 88 | TOTAL LONG-TERM DEBT | 7,043 | 7,051 | | | | 7,051 | |
| 90 | **TOTAL LIABILITIES** | 298,121 | 181,516 | | | 87,146 | 96,156 | 72,700 |
| 92 | **STOCKHOLDERS EQUITY** | | | | | | | |
| 93 | ADDITIONAL PAID IN CAPITAL | 3,866 | 3,866 | | | | 3,866 | |
| 94 | RETAINED EARNINGS | 306 | (1,045) | | | | (1,045) | |
| 95 | OTHER STOCKHOLDERS EQUITY, NET | 23 | 23 | | | | 23 | |
| 96 | TOTAL STOCKHOLDERS EQUITY | 4,195 | 2,844 | | | | 2,844 | |
| 98 | **TOTAL LIABILITIES & STOCKHOLDERS' EQUITY** | 302,316 | 184,360 | | | 87,146 | 99,000 | 72,700 |
| 100 | Out of Balance | - | (1,558) | | | - | (1,558) | |

# A. 65

**From:** Clackson, Patrick: Finance (LDN)
**Sent:** Thursday, September 18, 2008 9:48 PM
**To:** Ricci, Rich: Barclays Capital
**Subject:** FW: Pretty sure this is the thing you were looking for.
**Attachments:** Signed BS.pdf

so it looks like we have to pay them $2bn min bonuses

**From:** Evans, Michael: HR (LDN)
**Sent:** 19 September 2008 02:32
**To:** Clackson, Patrick: Finance (LDN); Cox, Archie: Barclays Capital (NYK)
**Subject:** Pretty sure this is the thing you were looking for.

here is all we could find; note the 2.0 for compensation under liabilities

1



Highly Confidential

BCI-EX-00077466

10334795

# A. 66

| From: | Blackwell, Alastair [ablackwe@lehman.com]. | | Sent:9/18/2008 11:32 PM. |
|---|---|---|---|
| To: | Lowitt, Ian T [ilowitt@lehman.com]; Tonucci, Paolo [paolo.tonucci@lehman.com]. | | |
| Cc: | . | | |
| Bcc: | . | | |
| Subject: Fw:. | | | |

--------------------------------

----- Original Message -----
From: Hraska, James W
To: Blackwell, Alastair
Sent: Thu Sep 18 23:28:40 2008
Subject: RE:

Without margin we are 1.5B short
With margin we owe them 7B

We have 14b in the box so this is what we are trying to do

Take a loan from chase
Book a tri to them and fill with cash

Still hope

-----Original Message-----
From: Blackwell, Alastair
Sent: Thursday, September 18, 2008 11:25 PM
To: Hraska, James W
Subject:

What's the latest

--------------------------------



Exhibit
67B
KK 8-7-09

# A. 67

<u>Management of the Unencumbered Asset Gap</u>

<u>Objective</u>: Delivery to BCI of $1.95Bn of unencumbered collateral by COB Friday 19th September

<u>Current Status Summary:</u>

|  |  | Amount | Outstanding Actions | Action Owner |
|---|---|---|---|---|
| 1. | Actual Delivery EOD Friday | $1.09Bn | Validation of Settled v Unsettled of TriParty at BoNY | J.Hraska |
| 2. | Additional 074 DTCC Depot (ADP/TMS) | $863m | Validated | |
| 3. | Additional 636 DTCC Depot (FI) | $301m | Validated | |
| 4. | Additional Euroclear 22780 | $32m | Validated | |
| 5. | Additional Canadian Assets | $4m | Validated | |
| | **Total Unencumbered Collateral** | **$2.290Bn** | | |
| | **Surplus** | **$340m** | Subject to removal of unsettled Assets in TriParty list | |

<u>Methodology Employed:</u>

1. Actual Delivery EOD Friday ($800m - $1Bn)

- The financing desk pledged all unencumbered 074 assets at start of day Sept 19th (as determined by front end financing systems) to the BoNY Triparty.

- Additional unencumbered collateral became available via intra day delivers. This was also pledged to BoNY Triparty by the desk. This ceased once Chase froze accounts.

- Due to system limitations the current $1.09Bn balance shown requires validation using the actual TriParty account list when available from BoNY to determine any unsettled positions.

2. On Saturday Sept. 20th GFS data (processed for COB 19th) was utilized to identify unencumbered collateral (not sourced by the front end financing systems). Collateral was reviewed to ascertain value and location. Findings below;



**DTCC Depositories for LBI:**

<u>074 – TMS&ADP</u>

- Collateral was found in both 931 Firm Account Range & Stock Loan Accounts
- Market Value = $863m

<u>636 – Fixed Income / MTS</u>

- Stock Record review from Mainframe (MTS)
- Account 636 (Firm Inventory: primarily mortgage collateral)
- Market Value = $301m

**LBI Euroclear Account**

- LBI Euroclear 22780 = $32m

**Canadian Assets**

- Market Value = $3.55m

# A. 68

BARCLAYS CAPITAL INC.
200 Park Ave.
New York, NY 10166

September 19, 2008

VIA TELECOPIER
AND COURIER

Lehman Brothers Inc.
Three World Financial Center, 12th Floor
New York, NY 10285-1200
Attn: Robert H. Bing, Central Funding

With a copy to:
745 Seventh Avenue
New York, NY 10019
Attn: Documentation Manager

With a copy to:
Lehman Brothers Inc.
1271 Sixth Avenue
New York, NY
Attn: General Counsel

        Re:    Notice of Repurchase Date
                Notice of Termination

Ladies and Gentlemen:

    Reference is made to the Master Repurchase Agreement dated as of July 23, 1998, together with all annexes, confirmations and schedules thereto, and as the same have been amended, supplemented and otherwise modified as of the date first written above (collectively, the "**MRA**") between Lehman Brothers Inc. ("**Lehman**" or "**you**") and Barclays Capital Inc. ("**BCI**"). Capitalized terms used herein but not defined herein shall have the respective meaning assigned to such terms in the MRA.

    You are hereby notified that as a result of the occurrence of an Act of Insolvency relating to Lehman, an Event of Default has occurred and is continuing under paragraph 11(v) of the MRA. As a result of the foregoing, an Event of Default has automatically been declared under paragraph 11(a) of the MRA. The Repurchase Date for each Transaction under the MRA is the date of this notice.

    You are further notified, pursuant to paragraph 15(a), that BCI terminates the MRA with immediate effect.

    Lehman is further notified that (i) BCI has other rights and remedies under applicable law and the MRA (including but not limited to those rights specified under Paragraphs 11(b), 11(d)(i), 11(g) and 11(h) of the MRA), (ii) all such rights and remedies are hereby reserved and no such rights have been waived, abandoned, discontinued or in any other manner precluded

Highly Confidential



BCI-EX-00109164

from exercise, and (iii) the failure to exercise any such right or remedy shall not constitute (or be deemed to constitute) any waiver, abandonment, discontinuation or other preclusion of the exercise thereof or of any other right or remedy of BCI.

This Notice shall be governed by and construed in accordance with the laws of the State of New York.

Very truly yours,

BARCLAYS CAPITAL INC.

By: _____

Name: Michael Montgomery

Title:

Cc:    Alan Kaplan, Deputy General Counsel, Americas

2

BCI-EX-00109165

# A. 69

**Administrator**

Sent: Wednesday, March 25, 2009 10:30 AM

| | |
|---|---|
| **From:** | Kelly, Martin [martin.kelly@lehman.com] |
| **Sent:** | Friday, September 19, 2008 4:32 AM (GMT) |
| **To:** | O'Meara, Chris M (NY) [comeara@lehman.com] |
| **Subject:** | |
| **Attach:** | LBI BS_917_V with adjustment (4).xls |

<<LBI BS_917_V with adjustment (4).xls>>

Martin Kelly
Managing Director
Lehman Brothers Inc
Ph 212 526 3606

10283530

| | B | 08/31/08 | 09/17/08 | Notes | Transaction Adjustments | Balance Sheet Transferred | Balance Sheet Remaining | Purchase Agreement |
|---|---|---|---|---|---|---|---|---|
| 1 | Lehman Brother Inc. | | | | | | | |
| 2 | Balance Sheet as of September 17, 2008 | | | | | | | |
| 3 | ($ in millions) | | | | | | | |
| 4 | | | | | | | | |
| 44 | LIABILITIES | | | | | | | |
| 45 | S.T. BORROWINGS & CURRENT PORTION OF L.T. BORROWINGS | 308 | 331 | Per Treasury | | | 331 | |
| 46 | FIN. INSTR. & OTHER INV. POSNS SOLD BUT NOT PURCHASED | | | | | | | |
| 47 | GOVERNMENTS & AGENCIES | 35,935 | 20,024 | Per Treasury | | 20,024 | | 21,000 |
| 48 | TOTAL COMM PAPER & OTHER & MORT INSTRUMENTS | | | | | | | |
| 49 | ADDITIONAL PAPER-BACKED SEC | 10 | | | 24 | 24 | | |
| 50 | TOTAL CORPORATE DEBT & OTHER | 2,170 | 1,740 | | | 1,740 | | 2,100 |
| 51 | TOTAL CORPORATE EQUITIES | 6,264 | 5,619 | | | 5,619 | | 6,300 |
| 52 | DEBT & OTHER CONTR. AGREEMENTS | 2,084 | 1,660 | | | 1,660 | | 4,400 |
| 53 | TOTAL SEC & OTHER FIN INSTR. SOLD NOT PURCH. | 46,492 | 29,067 | Per H.287 treasury File | | 29,067 | | 33,900 |
| 54 | COLLAT TRADED SHORT-TERM FINANCING | | | | | | | |
| 55 | PAYABLES | | | | | | | |
| 56 | COLLAT TRADED SHORT-TERM FINANCING | 10,924 | 74,602 | Per A. Bhandari Planning File | | 51,829 | 20,773 | 14,900 |
| 57 | PAYABLES | | | | | | | |
| 58 | Bonus payable | | | | 2,000 | 2,000 | | |
| 59 | Cure payments/successor payable | | | | 1,645 | 2,250 | | |
| 60 | OTHER | 701 | 608 | | | 0 | | |
| 61 | OTHER | 22,455 | 16,341 | Per BS1 OL Pty re Clearing Organizations $0.03; Per H.287 Per OK Treas $0.05; Per A. Premature Creditor | | 0 | 16,341 | 4,300 |
| 62 | | | | | | | | |
| 63 | DUE TO SUBSIDIARIES | | | | | | | |
| 64 | FTR with LBIE | 290 | 10,720 | | | | 10,720 | |
| 65 | REPO with LBIE | 20,132 | 16,194 | | | | 16,194 | |
| 66 | REPO with LBIE | 13,469 | 5,032 | | | | 5,032 | |
| 67 | REPO with LBSF | 1,608 | 350 | | | | 350 | |
| 68 | REPO with Bankhaus | 1,351 | 1,331 | | | | 1,331 | |
| 69 | REPO with LBF | 1,391 | 273 | | | | 273 | |
| 70 | REPO with Lehman RE | 273 | | | | | | |
| 71 | REPO with LBJ | 2,181 | | | | | | |
| 72 | REPO with LBCB | 2,918 | | | | | | |
| 73 | STOCK LOAN with LBIE | 759 | 9,209 | | | | 9,209 | |
| 74 | STOCK LOAN with LBIE | 19,216 | 2,979 | | | | 2,979 | |
| 75 | STOCK LOAN with LBSF | 2,051 | | | | | | |
| 76 | STOCK LOAN with LB LUX | 20,664 | | | | | | |
| 77 | PAYABLE with LBIE | 554 | 4,571 | | | | 4,571 | |
| 78 | PAYABLE with LBCB F.I | 100 | 666 | | | | 666 | |
| 79 | PAYABLE with LBSF | 283 | 737 | | | | 737 | |
| 80 | PAYABLE with LBJ | | 444 | | | | 444 | |
| 81 | PAYABLE with LBCB | 707 | 122 | | | | 122 | |
| 82 | Other Receivables <$50mm | 4,893 | 731 | | | | 731 | |
| 83 | PAYABLE with LBJ | 113,446 | 53,319 | | | | 53,319 | |
| 85 | LONG-TERM DEBT | | | | | | | |
| 86 | SENIOR NOTES | 7,043 | 7,051 | Per Treasury $6.28 in escrow/segreg | | | 7,051 | |
| 87 | SUBORDINATED NOTES | | | | | | | |
| 88 | TOTAL LONG-TERM DEBT | 7,043 | 7,051 | | | | 7,051 | |
| 90 | TOTAL LIABILITIES | 298,121 | 181,516 | | | 87,146 | 98,015 | 72,700 |
| 92 | STOCKHOLDERS' EQUITY | | | | | | | |
| 93 | ADDITIONAL PAID-IN CAPITAL | 3,866 | 3,866 | | | | 3,866 | |
| 94 | RETAINED EARNINGS | 306 | (1,043) | | | | (1,043) | |
| 95 | OTHER STOCKHOLDERS EQUITY, NET | 23 | 23 | | | | 23 | |
| 96 | TOTAL STOCKHOLDERS EQUITY | 4,195 | 2,844 | | | | 2,844 | |
| 98 | TOTAL LIABILITIES & STOCKHOLDERS' EQUITY | 202,316 | 184,360 | | | 87,146 | 100,859 | 72,700 |
| 99 | | | | | | | | |
| 100 | Out of Balance | - | (1,558) | | | - | (1,558) | |

**Lehman Brother Inc.**

**Balance Sheet as of September 17, 2008**

| | ($ in millions) | 08/31/08 | 09/17/08 | Notes | Transaction Adjustments | Balance Sheet Transferred | Balance Sheet Remaining | Purchase Agreement |
|---|---|---|---|---|---|---|---|---|
| | **ASSETS:** | | | | | | | |
| | CASH & CASH EQUIVALENTS | | | | | | | |
| | CASH & SECURITIES SEGR. AND ON DEPOSIT | 268 | 412 | | | 412 | | |
| | | 8,550 | 4,740 | | | | 4,740 | 700 |
| | | | | | | | | |
| | **FINANCIAL INSTR. & OTHER INVENTORY POSITIONS OWNED:** | | | | | | | |
| | GOVERNMENTS & AGENCIES | 30,525 | 37,214 | | | 37,214 | | 40,000 |
| | TOTAL COMM. PAPER & OTHER MAKT INSTRUMENTS | 2,565 | 1,592 | | | 938 | | |
| | MORTGAGES & ASSET-BACKED SEC | 6,499 | 6,504 | | | | | 18,000 |
| | TOTAL CORPORATE DEBT & OTHER | 5,422 | 4,859 | | | 2,986 | 2,986 | 2,700 |
| | TOTAL CORPORATE EQUITIES | 9,245 | 6,228 | | | 4,839 | 4,839 | 4,900 |
| | DERIVATIVES AND OTHER CONTR. AGREEMENTS | 2,758 | 3,568 | | | 3,566 | | 1,800 |
| | TOTAL SECURITIES & OTHER FIN INSTR. OWNED | 55,318 | 59,507 | | | 50,321 | 2,986 | 4,500 |
| | | | | | | | | 62,000 |
| | | | | | | | | |
| | **COLLATERALIZED SHORT-TERM AGREEMENTS** | 155,876 | 30,337 | | | 30,337 | 0 | 10,000 |
| | RECEIVABLES | 14,383 | 29,920 | | | 30,337 | 29,920 | |
| | OTHER ASSETS | 363 | 317 | | | 76 | 241 | |
| | INVESTMENT IN CONS SUBS | 1,924 | 1,592 | | | | 1,592 | |
| | DUE FROM SUBSIDIARIES | | | | | | | |
| | FTD with LBIE | 2,500 | 8,248 | | | | 8,248 | |
| | FTD with LBHI | | 874 | | | | 874 | |
| | REVERSE REPO with LBIE | 2,601 | 13,822 | | | | 13,822 | |
| | REVERSE REPO with LBSF | 1,803 | 6,504 | | | | 6,504 | |
| | REVERSE REPO with LCPI | 7,985 | 6,341 | | | | 6,341 | |
| | REVERSE REPO with LBIT Group | 352 | 424 | | | | 424 | |
| | REVERSE REPO with LBHI 1 Group | | 128 | | | | 128 | |
| | REVERSE REPO with LBF | 129 | 83 | | | | 83 | |
| | STOCK BORROW with LBIE | | 120 | | | | 120 | |
| | STOCK BORROW with LBSF | 44,449 | 12,902 | | | | 12,902 | |
| | STOCK BORROW with LBHI | 4,235 | 4,479 | | | | 4,479 | |
| | STOCK BORROW with LB1 Group | 179 | 122 | | | | 122 | |
| | RECEIVABLE with LBIE | | 2,081 | | | | 3,726 | |
| | RECEIVABLE with LBHI | 140 | | | 3,645 | | | |
| | Other Receivables <$50mm | 1,601 | 128 | | | | 12 | |
| | | 61,654 | 56,176 | | | | 59,821 | |
| | | | | | | | | |
| | **TOTAL ASSETS** | 300,316 | 182,802 | | | 87,146 | 99,021 | 12,700 |

# A. 70

| **From:** | Scott, Teri: Finance (NYK) |
|---|---|
| **Sent:** | Fri, 19 Sep 2008 06:25:11 GMT |
| **To:** | Stone, Jonathan: Barclays Treasury (LDN); Storey, Miles: Barclays Treasury (LDN); Sillett, Jez: Barclays Treasury (LDN); Dearlove, Mark: Markets (LDN); Garcha, Sarvjeet: Treasury (LDN); Petrie, David: Markets (NYK); Wadlow, Scott: Treasury (LDN); Akhtar, Yaseen: Treasury (NYK); Maher, Brian: Treasury (SGP) |
| **CC:** | Garcha, Sarvjeet: Treasury (LDN) |

**Subject:** Fw: Lehman funding - Transactions summary

---

Re below

I will revert with more info after i speak with Ops to gain more insight

I understand that because of the $ 7B shortfall of collateral described in John's email below, Ops had to pull all the collateral allocated to London and were therefore over our unsecured limit by $1.9B. Part of this overage can also be attributed to EFG as they were unsecured by $1B.

Will revert with more clarity in AM new york time

---

**From:** Haley, John: Operations (NYK)
**To:** Scott, Teri: Finance (NYK); LaRocca, Gerard: Barclays Capital (NYK); Walker, James: Finance (NYK); Westwood, Jai: Barclays Capital (NYK); Drubel, Elaine: Finance (NYK); Rodefeld, John: Operations (NYK); Beckenhaupt, Jim: Operations (NYK); Gavenda, TJ: Finance (NYK); Hughey, Matthew: Finance (NYK); Grbic, Susan: Finance (NYK); Morton, Marcus: Finance (NYK)
**Cc:** Garcha, Sarvjeet: Treasury (LDN)
**Sent:** Fri Sep 19 00:52:05 2008
**Subject:** RE: Lehman funding - Transactions summary

Thursday activity:

We have no traditional TriParty between Barclays and Lehman.

We funded 45b to Lehman against various collateral, we were expecting a total of 49.6 of collateral to cover this obligation:

27.25b in Fed collateral (US Govt, Agy & Agy MBS) was delivered to our account at BoNY

7.0b of 'cash subbed TriParty' pledged to us in our account at JP Chase. This was a result of difficulties in moving the remaining collateral to us, this will be completed Friday morning.

15.98b in DTC collateral in various asset classes:



EXHIBIT
274
KLC 8/26/09

BCI-EX-(S)-00038010

Collateral Type Total (MM)

| | |
|---|---|
| Comm Stock | 5,713 |
| CMO | 2,892 |
| Corp Bds | 1,873 |
| ABS | 1,611 |
| ETF's | 1,583 |
| Convert | 1,028 |
| ADR's | 501 |
| Muni Bd | 246 |
| MTN | 165 |
| Conv Pref | 136 |
| FIC | 51 |
| Money Fd | 47 |
| Misc | 43 |
| Preferred | 40 |
| Comm Paper | 30 |

15,959

7.0b of 'cash subbed triparty' pledged to us in our account at JP Chase. This was a result of difficulties in moving the remaining collateral to us, this will be completed Friday morning.

We did hold up the system this evening to accomplish this activity and transaction will need to be adjusted in the morning. We expect to have this clean by batch tomorrow so the calc runs smoothly on Monday.

john

**From:** Scott, Teri: Finance (NYK)
**Sent:** Thursday, September 18, 2008 6:16 PM
**To:** LaRocca, Gerard: Barclays Capital (NYK); Walker, James: Finance (NYK); Westwood, Jai: Barclays Capital (NYK); Haley, John: Operations (NYK); Drubel, Elaine: Finance (NYK); Rodefeld, John: Operations (NYK); Beckenhaupt, Jim: Operations (NYK); Gavenda, TJ: Finance (NYK); Hughey, Matthew: Finance (NYK); Grbic, Susan: Finance (NYK); Morton, Marcus: Finance (NYK)

**Cc:** Garcha, Sarvjeet: Treasury (LDN)
**Subject:** FW: Lehman funding - Transactions summary
**Importance:** High

FYI

**From:** Scott, Teri: Finance (NYK)
**Sent:** Thursday, September 18, 2008 6:10 PM
**To:** Stone, Jonathan: Barclays Treasury (LDN)
**Cc:** Storey, Miles: Barclays Treasury (LDN); Siliett, Jez: Barclays Treasury (LDN); Dearlove, Mark: Markets (LDN); Garcha, Sarvjeet: Treasury (LDN); Petrie, David: Markets (NYK); Wadlow, Scott: Treasury (LDN); Akhtar, Yaseen: Treasury (NYK); Maher, Brian: Treasury (SGP)

**Subject:** Lehman funding - Transactions summary
**Importance:** High

Jon,

In speaking with Dave Petrie and Kevin Walker, the following summarizes the 2 trades with Lehman.

Barclays established a tri-party arrangement w/ JP Morgan Chase, Lehman, BBPLC on Monday

1) $15.8b tri party with Lehman - overnight

- Trade has been on since Monday, initially at $2b Mon, $10b Tues and $15.8B Wed
- Collateral held at JPM Chase. Ops were unable to re-hypothecate from this account and will be working to be able to get collateral into BONY to then re-hypothecate
- Reverse done on PLC NY Branch (Rick Frisbee)
- John Haley (US Ops) have advised that the transaction was unwound today, pending outcome of funding described in 2 below.

2) $47b intraday requirement - one week term

- Lehman have collateral against 3 Fed programmes : OMO, PDCF and TSLF
- Fed would like Barclays to step into these transactions
- PLC to send cash to BCI, upto $47b
- BCI will place cash with Lehman a/c at JPM Chase as part of reverse repo
- Fed will release collateral and pass to BCI
- BCI will place collateral with Fed against PDCF programme. Dave Petrie has received assurances from Fed that they will honour this transaction
- **A list of cusips to be excluded has been provided to ensure collateral we are not purchasing, is excluded in this transfer**.
- There is an intraday overdraft cap, but Fed have agreed to a temp increase if required
- The Repo desk is looking to replace the PDCF, Fed borrowing over the next 2 weeks

Operations will be sending me a summary of today's end position with Lehman once all the trades have settled. I expect sometime after 8PM NY Time, and I will forward onto this group.

Regarding the following:

- Funding the actual acquisition - I have spoken to Rupert and to our local Head of Tax and understand there is a group addressing this. I have asked to be include in the discussion, this way, we ensure we stay hooked up/in sync.
- Assessing funding needs/process after deal closes - BarCap Treasury will liaise/coordinate with the Mark's team.

Regards
Teri

**HIGHLY CONFIDENTIAL**

**$47bn deal flow:**
<< OLE Object: Picture (Metafile) >>

HIGHLY CONFIDENTIAL