# A. 86

**To:**    Lowitt, Ian T [ilowitt@lehman.com]
**From:**    Tonucci, Paolo [paolo.tonucci@lehman.com]
**Sent:**    Sat 9/20/2008 1:42:32 PM
**Subject:**    RE: Thanks for all your help getting us over the goal line!  We did it!

Understood.

-----Original Message-----
From: Lowitt, Ian T
Sent: 20 September 2008 09:33
To: Tonucci, Paolo
Subject: Re: Thanks for all your help getting us over the goal line! We
did it!

You need to be close to it. if we don't succeed you and i are toast
despite all our heroics. Please make sure it happens using robert makes
sense but get a lawyer involved. Kimmel a good starting spot. Ian
------Original Message------
From: Tonucci, Paolo
To: Ian Lowitt
Cc: Steven Berkenfeld
Sent: Sep 20, 2008 8:10 AM
Subject: Re: Thanks for all your help getting us over the goal line!  We
did it!

Agreed.  Will use Robert for this - have confidence he knows how to get
done.


----------------------------------

----- Original Message -----
From: Lowitt, Ian T
To: Tonucci, Paolo
Cc: Berkenfeld, Steven
Sent: Sat Sep 20 06:01:08 2008
Subject: Thanks for all your help getting us over the goal line!  We did
it!

While it would be great to just relax and enjoy the victory, think we
need to launch an effort as soon as possible to ensure we get the 15c3
lockup money and also transfer the unencumbered box Since everything has
turned out to be more complicated and difficult than expected think we
need a dedicated team including lawyers to make this happen. Please
coordinate with berkenfeld on this.  Thanks. Ian



EXHIBIT
222
8/26/09   #3
PENGAD 800-631-6889

# A. 87

**To:**      Lowitt, Ian T [ilowitt@lehman.com]
**From:**    Tonucci, Paolo [paolo.tonucci@lehman.com]
**Sent:**    Sat 9/20/2008 1:42:32 PM
**Subject:**  RE: Thanks for all your help getting us over the goal line!  We did it!

Understood.

-----Original Message-----
From: Lowitt, Ian T
Sent: 20 September 2008 09:33
To: Tonucci, Paolo
Subject: Re: Thanks for all your help getting us over the goal line! We
did it!

You need to be close to it. If we don't succeed you and I are toast
despite all our heroics. Please make sure it happens using robert makes
sense but get a lawyer involved. Kimmel a good starting spot. Ian
------Original Message------
From: Tonucci, Paolo
To: Ian Lowitt
Cc: Steven Berkenfeld
Sent: Sep 20, 2008 8:10 AM
Subject: Re: Thanks for all your help getting us over the goal line!  We
did it!

Agreed.  Will use Robert for this - have confidence he knows how to get
done.



--------------------------------

----- Original Message -----
From: Lowitt, Ian T
To: Tonucci, Paolo
Cc: Berkenfeld, Steven
Sent: Sat Sep 20 06:01:08 2008
Subject: Thanks for all your help getting us over the goal line!  We did
it!

While it would be great to just relax and enjoy the victory, think we
need to launch an effort as soon as possible to ensure we get the 15c3
lockup money and also transfer the unencumbered box Since everything has
turned out to be more complicated and difficult than expected think we
need a dedicated team including lawyers to make this happen. Please
coordinate with berkenfeld on this.  Thanks. Ian

EXHIBIT

172 A

8.14.09

# A. 88

# Excerpt of Deposition Exhibit 139B

| | |
|---|---|
| From: | Hraska, James W [JHraska@lehman.com] |
| Sent: | Saturday, September 20, 2008 4:40 PM |
| To: | Rodefeld, John; Operations (NYK); kevin.caffrey@bnymellon.com |
| Cc: | Forrest, Monty; Blackwell, Alastair; Ullman, Neal (NY) |
| Subject: | Repo trade |
| Attachments: | BarCap collateral-09.18.08.jh.xls |

John / Kevin

Good afternoon. Here is the file of positions that we believe are in the Repo trade as of close of business on Thursday.

1.     Can you please verify the positions.  The dtc collateral came from Kevin so that should match, but you may want to double check that nothing changed.

2.     Can you send us the positions that you received from us on Friday?

3.     If you can not send the Friday trades, can you send the total asset file as you know it COB Friday, separated out by Fed eligible vs DTC   eligible? We would need to know your prices as well.

4.     Would you be able to meet later tonight or Sunday to talk about setting up additional connectivity and trading ability either

         a.     through Barcap systems with existing Bony connectivity
         b.     corresponding clearing relationship capabilities

Thanks a lot
Jim
  <<BarCap collateral-09.18.08.jh.xls>>
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

This message is intended only for the personal and confidential use of the designated recipient(s) named above.  If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited.  This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Lehman Brothers. Email transmission cannot be guaranteed to be secure or error-free.  Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such.  All information is subject to change without notice.

--------
IRS Circular 230 Disclosure:
Please be advised that any discussion of U.S. tax matters contained within this communication (including any attachments) is not intended or written to be used and cannot be used for the purpose of (i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

1



EXHIBIT
139B
KK 8/18/09

GHLY CONFIDENTIAL

BCI-EX-00009798

BCI-EX-00009799

| | A | B |
|---|---|---|
| | Collateral | Market Value |
| 1 | Collateral | |
| 2 | Fed Collateral | 28,490,499,091.33 |
| 3 | DTC 074 | 10,178,792,453.35 |
| 4 | DTC 636 | 4,235,663,352.52 |
| 5 | TP/CASH | 7,000,000,000.00 |
| 6 | Total | 49,902,924,897.20 |

HIGHLY CONFIDENTIAL

# A. 89

# Excerpt of Deposition Exhibit 47

| From: | david.murgio@weil.com |
|---|---|
| Sent: | Saturday, September 20, 2008 5:25 PM |
| To: | vlewkow@cgsh.com; rdavis@cgsh.com |
| Subject: | Collateral |
| Attach: | BarCap collateral.xls |

Spreadsheet 1

_____

David Murgio
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Tel: (212) 310 8764
Fax: (212) 310 8007
e-mail: david.murgio@weil.com

----- Forwarded by David Murgio/NY/WGM/US on 09/20/2008 05:21 PM -----

Rod Miller/NY/WGM/US

09/20/2008 01:26 PM

To
"Robert Messineo" <robert.messineo@weil.com>, akeller@stblaw.com, "David P.
Murgio" <david.murgio@weil.com>
cc

Subject
Fw: Delivering other assets to Barclays

----- Original Message -----
From: "Tonucci, Paolo" [paolo.tonucci@lehman.com]
Sent: 09/20/2008 12:34 PM AST
To: Rod Miller
Cc: "Azerad, Robert" <RAzerad@lehman.com>; "Fleming, Dan (TSY)"
<d.fleming@lehman.com>; "Berkenfeld, Steven" <sberkenf@lehman.com>; "Lowitt, Ian
T" <ilowitt@lehman.com>
Subject: RE: Delivering other assets to Barclays

HIGHLY CONFIDENTIAL

BCI-CG00035134

This is what our ops team delivered


-----Original Message-----
From: rod.miller@weil.com [mailto:rod.miller@weil.com]
Sent: 20 September 2008 11:38
To: Tonucci, Paolo
Cc: Azerad, Robert; Fleming, Dan (TSY); Berkenfeld, Steven; Lowitt, Ian
T
Subject: Re: Delivering other assets to Barclays

We still have the 50% of residentials to transfer at closing, right?
These were not thrown into the repo right?


----- Original Message -----
From: "Tonucci, Paolo" [paolo.tonucci@lehman.com]
Sent: 09/20/2008 11:35 AM AST
To: Rod Miller
Cc: "Azerad, Robert" <RAzerad@lehman.com>; "Fleming, Dan (TSY)"
<dfleming@lehman.com>; "Berkenfeld, Steven" <sberkenf@lehman.com>;
"Lowitt, Ian T" <ilowitt@lehman.com>
Subject: RE: Delivering other assets to Barclays


Rod,

Yes.  I will be free in 1 hour or so.  We will also need help with SIPC
and the release of the locked up cash.

Those are the big things on my list.

My cell is 347 392 9946.

Paolo

-----Original Message-----
From: rod.miller@weil.com [mailto:rod.miller@weil.com]
Sent: 20 September 2008 11:29
To: Tonucci, Paolo
Cc: Azerad, Robert; Fleming, Dan (TSY); Berkenfeld, Steven; Lowitt, Ian
T
Subject: Re: Delivering other assets to Barclays

We need to understand this today as we are working through closing. Can
we talk in a bit?


----- Original Message -----

HIGHLY CONFIDENTIAL

BCI-CG00035135

From: "Tonucci, Paolo" [paolo.tonucci@lehman.com]
Sent: 09/20/2008 11:22 AM AST
To: Rod Miller
Cc: "Azerad, Robert" <RAzerad@lehman.com>; "Fleming, Dan (TSY)"
<dfleming@lehman.com>; "Berkenfeld, Steven" <sberkenf@lehman.com>;
"Lowitt, Ian T" <ilowitt@lehman.com>
Subject: Delivering other assets to Barclays


We will need to deliver the other assets in the agreement to Barclays
next week.

In all the confusion of the last few days there will be challenges with
identification of the location of those assets and the lien over them.
In particular with JPM being the custodian and clearer there will no
doubt be disputes over the rights to these. To add complexity we also
have inconsistent information from JPM around the positions they were
lending against on Thursday night.

This will need your assistance. We are trying the get all the
information cleaned up over the weekend.

Paolo
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - - - - - -

This message is intended only for the personal and confidential use of
the designated recipient(s) named above. If you are not the intended
recipient of this message you are hereby notified that any review,
dissemination, distribution or copying of this message is strictly
prohibited. This communication is for information purposes only and
should not be regarded as an offer to sell or as a solicitation of an
offer to buy any financial product, an official confirmation of any
transaction, or as an official statement of Lehman Brothers. Email
transmission cannot be guaranteed to be secure or error-free.
Therefore, we do not represent that this information is complete or
accurate and it should not be relied upon as such. All information is
subject to change without notice.


- - - - - - -
IRS Circular 230 Disclosure:
Please be advised that any discussion of U.S. tax matters contained
within this communication (including any attachments) is not intended or
written to be used and cannot be used for the purpose of (i) avoiding
U.S. tax related penalties or (ii) promoting, marketing or recommending
to another party any transaction or matter addressed herein.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - - - - - -


This message is intended only for the personal and confidential use of
the designated recipient(s) named above. If you are not the intended
recipient of this message you are hereby notified that any review,
dissemination, distribution or copying of this message is strictly

HIGHLY CONFIDENTIAL

prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Lehman Brothers. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice.

--------
IRS Circular 230 Disclosure:
Please be advised that any discussion of U.S. tax matters contained within this communication (including any attachments) is not intended or written to be used and cannot be used for the purpose of (i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - -

This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Lehman Brothers. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice.

--------
IRS Circular 230 Disclosure:
Please be advised that any discussion of U.S. tax matters contained within this communication (including any attachments) is not intended or written to be used and cannot be used for the purpose of (i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
- BarCap collateral.xls

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

| Collateral | Market Value |
|---|---|
| Fed Collateral | 28,490,680,991.33 |
| DTC C74 | 10,176,782,453.35 |
| DTC 636 | 4,235,663,352.52 |
| TPCASH | 7,000,000,000.00 |
| Total | 49,902,924,897.20 |

BCI-CG0003513B

# A. 90

| **From:** | Kelly, Martin [martin.kelly@lehman.com] |
| **Sent:** | Saturday, September 20, 2008 11:20 PM (GMT) |
| **To:** | Beldner, Brett [brett.beldner@lehman.com] |
| **Subject:** | Fw: Opening Balance Sheet (with cash of $7.0 bn) |
| **Attach:** | Opening Balance Sheet v1B.xls |

Did you get a chance to look at this? See any issues?

--------------------------------

----- Original Message -----
From: Azerad, Robert
To: Tonucci, Paolo; Kelly, Martin; Beldner, Brett; Reilly, Gerard; Veksler, Irina
Sent: Sat Sep 20 18:41:46 2008
Subject: Opening Balance Sheet (with cash of $7.0 bn)

<<Opening Balance Sheet v1B.xls>>



| | | | |
|---|---|---|---|
| Cash and cash equivalent | | | 7,000 |
| | | | |
| Inventory | | | |
| Government & Agencies | | 29,810 | |
| Corporate Equities | | 8,764 | |
| Mortgages & Mortgage Backed Securities | | 3,241 | |
| Corporate Debt & Other | | 2,998 | |
| Commercial Paper & Money Market Instruments | | 32 | |
| Inventory Total | | | 44,846 |
| | | | |
| Receivables (15c3 lock up release) | | | 1,000 |
| | | | |
| Total Assets | | | 52,846 |

# A. 91

| From: | Lowitt, Ian T [ilowitt@lehman.com]. | Sent:9/20/2008 7:20 PM. |
|---|---|---|
| To: | Blackwell, Alastair [ablackwe@lehman.com]; Forrest, Monty [mforrest@lehman.com]; Ullman, Neal (NY) [Neal.Ullman@lehman.com]; Hraska, James W [JHraska@lehman.com]. | |
| Cc: | . | |
| Bcc: | . | |
| Subject: | Re: 1.9 bn update:. | |

Guys we need 1.95. Also better if we found more if a shortfall in the 15c3ockup release. Ian

------Original Message------
From: Alastair Blackwell
To: Forrest, Monty
To: Ullman, Neal (NY)
To: Hraska, James W
Cc: Ian Lowitt
Sent: Sep 20, 2008 7:14 PM
Subject: 1.9 bn update:

Thank you!


-----------------------------

----- Original Message -----
From: Forrest, Monty
To: Blackwell, Alastair; Ullman, Neal (NY); Hraska, James W
Sent: Sat Sep 20 19:09:16 2008
Subject: Re:

Here is the latest on finding excess collateral:

1. Goal is 1.9billion in unencumbered

2. 800mm was posted to Bony R.Azarad is checking with P. Tonucci to see if we can use it. Earlier though was we could.

3. Jim, Nancy and Bill have found another 700mm in 074

4. The team see quite a bit of excess in Canada. The are digging into this now. Hopefully that gets us to where we need to be.

5. Next status call setup for 7:45. Will provide more color after that.

M.


----- Original Message -----
From: Blackwell, Alastair
To: Forrest, Monty; Ullman, Neal (NY); Hraska, James W
Sent: Sat Sep 20 18:37:42 2008
Subject: Re:


Thx


-----------------------------

Exhibit
74 B
KtK 8-7-09

----- Original Message -----
From: Forrest, Monty
To: Ullman, Neal (NY); Hraska, James W
Cc: Blackwell, Alastair
Sent: Sat Sep 20 18:36:31 2008
Subject: Re:

Tried your cell Neal but could not get through. Jim, Nancy and a team are still going through a list of actionable collateral to try and find 1.9 billion to move to BCI. Have an update in 15mins. Will let you know more as it becomes available.

----- Original Message -----
From: Ullman, Neal (NY)
To: Hraska, James W; Forrest, Monty
Cc: Blackwell, Alastair
Sent: Sat Sep 20 18:12:06 2008
Subject: FW:

Guys

------Original Message Truncated------

# A. 92

| From: | Forrest, Monty [mforrest@lehman.com]. | Sent:9/20/2008 8:39 PM. |
|---|---|---|
| To: | Blackwell, Alastair [ablackwe@lehman.com]; Ullman, Neal (NY) [Neal.Ullman@lehman.com]; Hraska, James W [JHraska@lehman.com]. | |
| Cc: | Lowitt, Ian T [ilowitt@lehman.com]; Tonucci, Paolo [paolo.tonucci@lehman.com]; Azerad, Robert [RAzerad@lehman.com]; Fleming, Dan (TSY) [dfleming@lehman.com]. | |
| Bcc: | . | |
| Subject: | Re: 1.9 bn 8:00pm update:. | |

Here is the lastest based on our 8:00 call.

1. 800mm at Bony ( R. Azarad working with lawyers)

2. We have 746mm in 074

3. We have identified 435mm in Canada

4. We have identified another 300mm of mortgages in 636

That is a total of 2.181b.

We are now creating a spreadsheet of all data by cusip/value/depo and are sending that to Paolo/Robert

We have a 9:15 status meeting and hope to have the spreadsheet completed by that time.

We are also looking to validate how much JPCHASE put a lien on Friday by cusip. Paolo needs this and I am reaching out to Neal to discuss.

Finally we need verification if we have complete control of these depos. Robert working with lawyers and I need to speak to Neal once again to get his thoughts

Regards,

Monty

----- Original Message -----
From: Blackwell, Alastair
To: Forrest, Monty; Ullman, Neal (NY); Hraska, James W
Cc: Lowitt, Ian T
Sent: Sat Sep 20 19:14:16 2008
Subject: 1.9 bn update:

Thank you!


--------------------------------

----- Original Message -----
From: Forrest, Monty
To: Blackwell, Alastair; Ullman, Neal (NY); Hraska, James W
Sent: Sat Sep 20 19:09:16 2008
Subject: Re:

Here is the latest on finding excess collateral:

1. Goal is 1.9billion in unencumbered

2. 800mm was posted to Bony R.Azarad is checking with P. Tonucci to see if we can use it. Earlier though

Exhibit

75 B

KtK 8-7-09

was we could.

3. Jim, Nancy and Bill have found another 700mm in 074

4. The team see quite a bit of excess in Canada. The are digging into this now. Hopefully that gets us to where we need to be.

5. Next status call setup for 7:45. Will provide more color after that.

M.


----- Original Message -----
From: Blackwell, Alastair
To: Forrest, Monty; Ullman, Neal (NY); Hraska, James W
Sent: Sat Sep 20 18:37:42 2008
Subject: Re:

Thx


---------------------------------

----- Original Message -----
From: Forrest, Monty
To: Ullman, Neal (NY); Hraska, James W
Cc: Blackwell, Alastair
Sent: Sat Sep 20 18:36:31 2008
Subject: Re:

Tried your cell Neal but could not get through. Jim, Nancy and a team are still going through a list of actionable collateral to try and find 1.9 billion to move to BCI. Have an update in 15mins. Will let you know more as it becomes available.

----- Original Message -----
From: Ullman, Neal (NY)
To: Hraska, James W; Forrest, Monty
Cc: Blackwell, Alastair
Sent: Sat Sep 20 18:12:06 2008
Subject: FW:

Guys what is the latest

-----Original Message-----
From: Rudofker, Beth
Sent: Saturday, September 20, 2008 6:11 PM
To: Berkenfeld, Steven
Cc: Ullman, Neal (NY); Blackwell, Alastair; Lowitt, Ian T; Kimmel, Scott; Genirs, Kevin
Subject: Re:

Alaister and neil are working on getting it ringfenced/moved if needed. We should have one of our lawyers make sure the paperwork is tight.


---------------------------------

----- Original Message -----
From: Berkenfeld, Steven
To: Rudofker, Beth
Sent: Sat Sep 20 18:07:40 2008
Subject: FW:

who is closest to this?

-----Original Message-----
From: Lowitt, Ian T
Sent: Saturday, September 20, 2008 5:53 AM
To: McDade, Bart; Berkenfeld, Steven
Cc: Tonucci, Paolo
Subject:

Did the court accept the 15c 3 lockup and unencumbered box make it through to barcap? If so need to make
sure documentation is very tight so we can deliver on it. Should have weil lawyers work closely with paolo on
it. Obviously critical we get this right!
Congrats again. Ian

# A. 93

## Unknown

**Sent:** Wednesday, March 25, 2009 10:34 AM

| | |
|---|---|
| **From:** | Beldner, Brett [brett.beldner@lehman.com] |
| **Sent:** | Sunday, September 21, 2008 12:40 AM (GMT) |
| **To:** | Kelly, Martin [martin.kelly@lehman.com] |
| **Cc:** | Azerad, Robert [RAzerad@lehman.com]; Stewart, Marie [marie.stewart@lehman.com] |
| **Subject:** | Balance Sheet |
| **Attach:** | Opening Balance Sheet vBB.xls |

Here's where we are so far before it gets forwarded to the rest of the group. While Robert focused on the asset side, I added the liabilities and equities to the form.

As you can see, Robert has tracked down the detailed information. However, there are a few open items:

1) There is about $2bn of assets included in the file that may be locked up (can't be transferred) for which we may need to substitute with different collateral - so asset classification may change..

2) Although everyone believes it to be the case, Robert did not receive legal confirmation that the shorts did not go.

3) We do not have any information as to which subsidiaries went (e.g., Eagle), so the balance sheet does not include any information about these.

4) I have not heard back from Kristie or Rose (Heather is out on vacation) on the three foreign subs that supposedly transferred.

5) The $1bn 15-C-3 receivable is an estimate from Paolo.

6) The comp accrual and cure payments accrual are just estimates. (Comp for a year should probably not be the full accrual and cure payments should be actual).

Robert, feel free to add any other comments as you see fit.

<<Opening Balance Sheet vBB.xls>>



EXHIBIT

154 A

8.14.09

444758

| | A | B | C | D |
|---|---|---|---|---|
| 1 | Cash and cash equivalent | | | 7,000 |
| 2 | | | | |
| 3 | Inventory | | | |
| 4 | | Government & Agencies | 29,810 | |
| 5 | | Corporate Equities | 8,764 | |
| 6 | | Mortgages & Mortgage Backed Securities | 3,241 | |
| 7 | | Corporate Debt & Other | 2,998 | |
| 8 | | Commercial Paper & Money Market Instruments | 32 | |
| 9 | Inventory Total | | | 44,846 |
| 10 | | | | |
| 11 | Receivables (15c3 lock up release) | | | 1,000 |
| 12 | | | | |
| 13 | Total Assets | | | 52,846 |
| 14 | | | | |
| 15 | Financing for Cash received from Barclays ($45b for repo and $285m for purchase) | | | 45,250 |
| 16 | | | | |
| 17 | Accrued Bonuses (Assumed to be all accrued) | | | 2,000 |
| 18 | | | | |
| 19 | Cure Payments (Placeholder for actual accrual) | | | 2,250 |
| 20 | | | | |
| 21 | Equity | | | 3,346 |
| 22 | | | | |
| 23 | Total Liabilities and Equity | | | 52,846 |

# A. 94

| From: | Yang, Jasen: Markets (NYK) |
| Sent: | Saturday, September 20, 2008 9:47 PM |
| To: | Cox, Archie: Barclays Capital (NYK) |
| Cc: | King, Stephen: Markets (NYK); Clackson, Patrick: Finance (LDN) |
| Subject: | Lehman Financing Facility Assets |

Archie,

Please see below market values (as assigned by the repo custodian for Thursday COB) for the Fed financing facility collateral, divided by product type and the business unit reviewing the assets.

|  |  | Millions (USD) |
| --- | --- | --- |
| Business Unit | Type | Repo MV |
| Agency Mortgages | US Agency CMO | 4,720 |
|  | US Agency Pool | 9,190 |
| Agency Mortgages Total |  | 13,909 |
| Corporate Credit | Corporates | 3,072 |
| Corporate Credit Total |  | 3,072 |
| EM | EM | 200 |
|  | Govies | 80 |
| EM Total |  | 280 |
| Equities | ADR | 302 |
|  | Convertible | 37 |
|  | Convertible Preferred | 85 |
|  | Equities | 7,571 |
|  | ETF | 601 |
|  | Mutual Fund | 12 |
|  | Preferred | 31 |
|  | Warrants | 221 |
| Equities Total |  | 8,860 |
| Munis | Munis | 464 |
| Munis Total |  | 464 |
| PMTG | CDO | 13 |
|  | CLO | 1,085 |
|  | CMBS | 232 |
|  | Franchise | 79 |
|  | Unknown | 1 |
|  | US ABS Home Eq | 669 |
|  | US ABS Man. Housing | 27 |
|  | US ABS Other | 73 |
|  | US Non-Agency CMO | 1,289 |
| PMTG Total |  | 3,468 |
| Rates | Agencies | 9,552 |
|  | Sovereigns | 0 |
|  | Treasuries | 5,406 |
|  | Unknown | 1 |
| Rates Total |  | 14,959 |
| Short Term | CDs | 36 |
|  | CP | 30 |
| Short Term Total |  | 67 |
| Grand Total |  | 45,078 |

1



Highly Confidential

BCI-EX-00081015

10334908

Jasen Yang
Barclays Capital
Principal Mortgage Trading Group
200 Park Avenue
New York, New York 10166
jasen.yang@barclayscapital.com
Tel: (212) 412 7613
Fax: (212) 412 5861

2

Highly Confidential

# A. 95

## Unknown

**Sent:** Monday, April 06, 2009 11:00 PM

| | |
|---|---|
| **From:** | Lowitt, Ian T <ilowitt@lehman.com> |
| **Sent:** | Sunday, September 21, 2008 2:23 AM (GMT) |
| **To:** | Forrest, Monty <mforrest@lehman.com>; Blackwell, Alastair <ablackwe@lehman.com>; Ullman, Neal (NY) <Neal.Ullman@lehman.com>; Hraska, James W <JHraska@lehman.com> |
| **Cc:** | Tonucci, Paolo <paolo.tonucci@lehman.com>; Azerad, Robert <RAzerad@lehman.com>; Fleming, Dan (TSY) <dfleming@lehman.com> |
| **Subject:** | Re: 1.9 bn 9:15pm update: |

---

Need a cusip level detail of the collateral, and where it is for a 7.00. Am meeting with bart. Monty, you or alastair need to be at that 7 am meeting. It to prep for a final weil meeting to finalize the agreement. Thanks. Good luck getting additional collateral. But good accurate presentation of the collateral is also critical as we will append to the agreement. Thanks again for all the hard work. Ian
------Original Message------
From: Forrest, Monty
To: Alastair Blackwell
To: Ullman, Neal (NY)
To: Hraska, James W
Cc: Ian Lowitt
Cc: Tonucci, Paolo
Cc: Robert Azerad
Cc: Daniel Fleming
Sent: Sep 20, 2008 9:38 PM
Subject: Re: 1.9 bn 9:15pm update:

Just got off the phone with the group. There were some issues with files received and the amount we had identified prior has changed. It is now 1.6b. As the Canadian seems to be mostly encumbered. We are still working to identify more and have another update at 10:15

----- Original Message -----
From: Forrest, Monty
To: Blackwell, Alastair; Ullman, Neal (NY); Hraska, James W
Cc: Lowitt, Ian T; Tonucci, Paolo; Azerad, Robert; Fleming, Dan (TSY)
Sent: Sat Sep 20 20:38:49 2008
Subject: Re: 1.9 bn 8:00pm update:

Here is the lastest based on our 8:00 call.

1. 800mm at Bony ( R. Azarad working with lawyers)

2. We have 746mm in 074

3. We have identified 435mm in Canada

4. We have identified another 300mm of mortgages in 636

That is a total of 2.181b.

We are now creating a spreadsheet of all data by cusip/value/depo and are sending that to Paolo/Robert

We have a 9:15 status meeting and hope to have the spreadsheet completed by that time.

We are also looking to validate how much JPCHASE put a lien on Friday by cusip. Paolo needs this and I am reaching out to Neal to discuss.



459680

Finally we need verification if we have complete control of these depos. Robert working with lawyers and I need to speak to Neal once again to get his thoughts

Regards,

Monty

----- Original Message -----
From: Blackwell, Alastair
To: Forrest, Monty; Ullman, Neal (NY); Hraska, James W
Cc: Lowitt, Ian T
Sent: Sat Sep 20 19:14:16 2008
Subject: 1.9 bn update:


------Original Message Truncated------

459680

# A. 96

## Unknown

**Sent:** Sunday, May 17, 2009 1:16 AM

| | |
|---|---|
| **From:** | Blackwell, Alastair <ablackwe@lehman.com> |
| **Sent:** | Sunday, September 21, 2008 3:36 AM (GMT) |
| **To:** | Azerad, Robert <RAzerad@lehman.com>; Crepeau, Alex F <acrepeau@lehman.com> |
| **Cc:** | Kelly, Martin <martin.kelly@lehman.com> |
| **Subject:** | Re: Update 15c3-3 |

This won't be perfect.
Is tony taking that approach?


---------------------------------

----- Original Message -----
From: Azerad, Robert
To: Stucchio, Anthony; Tonucci, Paolo; Kelly, Martin; Blackwell, Alastair; Lowitt, Ian T
Cc: Crepeau, Alex F; McLaughlin, Kendall J; Burke, William T; Potenciano, Joel; Fleming, Dan (TSY); Aprigliano, Sindy
Sent: Sat Sep 20 23:27:24 2008
Subject: RE: Update 15c3-3

As of Thursday night, the repo situation was relatively straightforward:

1) We had a $42 billion repo trade with Barclays, which was funding Firm's collateral (since it is through this repo that we transferred our positions to Barclays)
2) We had three other repo trades with Street counterparties: BGI ($0.5 bn); Dresdner ($0.6 bn) - both funding equities; and Dwight AM ($0.3 billion) - funding corporates. Per Sindy Aprigliano's file (attached), which only shows Firm's positions, these trades were funding only Firm's positions
3) Chase provided us with a box loan backed with $5.1 bn of collateral - $5.0 bn of which being the Firm's RACERS
4) Chase attempted to put a HIC trade with Barclays for ~$15 bn but was not successful because Barclays did not agree to the trade - Dan has more color about this attempted trade

As a result, I am not sure where the $2 bn of customer collateral funded through repos are.

Robert

<<Secured Funding Cusips_091808_Firm Summary.xls>>

PS: What do the $642 million of unallocated repos represent?


_____
From:  Stucchio, Anthony
Sent:  Saturday, September 20, 2008 11:10 PM
To:    Azerad, Robert; Tonucci, Paolo; Kelly, Martin; Blackwell, Alastair; Lowitt, Ian T
Cc:    Crepeau, Alex F; McLaughlin, Kendall J; Burke, William T; Potenciano, Joel; Fleming, Dan (TSY)
Subject:   Update 15c3-3

As I have mentioned previously, the number of stock record breaks are overwhelming.  What is complicating the issue is that several Trustee accounts were set up for the LBIE liquidation in the firm's customer range, therefore polluting regular customer and firm activity causing potentially erroneous allocations.  This is what we are seeing:

*     $2 billion of Customer payables (unallocated short positions with no offsetting debits).  Normally these customer shorts, which are insignificant are included in the formula because it's difficult to prove we do not have a bonafide payable to the customer.  There are over 1700 items on the stock record contributing to this problem.

*     The stock record currently shows that we repoed out $2 billion of customer collateral through repo.  Dan is not sure if this is



10252597

valid.

*    $642 million of unallocated repo, customer impact? Can't prove it at this point.

*    $150 million unallocated Fail to receives

We will have another status call at midnight.

Alex, Kendall, Joel, Dan  -please feel free to add any additional color.

Tony