# A. 101

| From: | Azerad, Robert [RAzerad@lehman.com]. | Sent:9/21/2008 12:27 PM. |
|---|---|---|
| To: | Hraska, James W [JHraska@lehman.com]. | |
| Cc: | | |
| Bcc: | | |
| Subject: | RE: . | |

Thanks

-----Original Message-----
From: Hraska, James W
Sent: Sunday, September 21, 2008 12:26 PM
To: Azerad, Robert; Kelly, Martin
Cc: Reilly, Gerard; Beldner, Brett; Tonucci, Paolo
Subject: RE:

Thursday transfer was valued at Thursday close Friday at Friday

-----Original Message-----
From: Azerad, Robert
Sent: Sunday, September 21, 2008 12:14 PM
To: Kelly, Martin; Hraska, James W
Cc: Reilly, Gerard; Beldner, Brett; Tonucci, Paolo
Subject: RE:

Jim

Can you comment? For the $42 billion transferred on Thursday, I am
assuming that it was Wednesday or Thursday night prices. For the
additional collateral found last night, Thursday or Friday night prices.

Robert

-----Original Message-----
From: Kelly, Martin
Sent: Sunday, September 21, 2008 12:12 PM
To: Azerad, Robert
Cc: Reilly, Gerard; Beldner, Brett; Tonucci, Paolo
Subject: RE:

What were all the files from yesterday? Were they Thurs night prices?

-----Original Message-----
From: Azerad, Robert
Sent: Sunday, September 21, 2008 12:12 PM
To: Kelly, Martin
Cc: Reilly, Gerard; Beldner, Brett; Tonucci, Paolo
Subject: RE:

Assuming that the marks provided by Operations are correct, around 4pm
today

-----Original Message-----
From: Kelly, Martin
Sent: Sunday. September 21, 2008 12:10 PM
To: Azerad, Robert
Cc: Reilly, Gerard; Beldner, Brett; Tonucci, Paolo

EXHIBIT
180
KC 8/17/09
depobook.com

Subject: Re:

I have to get a balance sheet to Barclays with updated marks and accurate gaap classifications. How/when can we do that? They keep calling.

--------------------------------

----- Original Message -----
From: Azerad, Robert
To: Kelly, Martin
Sent: Sun Sep 21 12:05:24 2008
Subject: RE:

Gerry would have to verify the marks.

Robert

-----Original Message-----
From: Kelly, Martin
Sent: Sunday, September 21, 2008 12:02 PM
To: Azerad, Robert
Subject: Re:

Is it just a question of gaap categorization, meaning we are confident that total inventory is correct as stated?

--------------------------------

----- Original Message -----
From: Azerad, Robert
To: Kelly, Martin
Sent: Sun Sep 21 11:59:16 2008
Subject: RE:

??? Please call me 917-678-9112. Not sure what you mean

-----Original Message-----
From: Kelly, Martin
Sent: Sunday, September 21, 2008 11:59 AM
To: Azerad, Robert
Subject: Re:

Is the total right?

--------------------------------

----- Original Message -----
From: Azerad, Robert

To: Kelly, Martin
Sent: Sun Sep 21 11:13:55 2008
Subject: Re:

It has. Let me work on it. Maybe a couple of hours of work due to a
large number of CUSIPs to classify

Robert Azerad
====
Sent from my Blackberry

----- Original Message -----
From: Kelly, Martin
To: Azerad, Robert
Cc: Beldner, Brett
Sent: Sun Sep 21 11:01:49 2008
Subject: Re:

Apparently according to paolo list is final subject to bony
confirmation. Can you update brett and brett the BS on where it stands
right now? Or tell us that it has not changed since last night? Thx




--------------------------------

----- Original Message -----
From: Azerad, Robert
To: Kelly, Martin
Sent: Sun Sep 21 10:37:25 2008
Subject: Re:

No. Still don't know what we are giving to Barclays. Call me at home if
you know (914 761 1162)


Robert Azerad
====
Sent from my Blackberry

----- Original Message -----
From: Kelly, Martin
To: Azerad, Robert
Sent: Sun Sep 21 10:35:11 2008
Subject:

Robert - do you have an updated inventory listing? I know you felt ok
with totals but not categories last night. I'm at Weil today but will
pull together whenever you can get it to me. Thx - M


--------------------------------

# A. 102

## Unknown

**Sent:** Sunday, May 17, 2009 1:20 AM

| | |
|---|---|
| **From:** | Veksler, Irina <irina.veksler@lehman.com> |
| **Sent:** | Sunday, September 21, 2008 6:17 PM (GMT) |
| **To:** | Azerad, Robert <RAzerad@lehman.com>; Kelly, Martin <martin.kelly@lehman.com>; Beldner, Brett <brett.beldner@lehman.com>; Reilly, Gerard <greilly@lehman.com>; Tonucci, Paolo <paolo.tonucci@lehman.com> |
| **Subject:** | Opening Balance Sheet v2.xls |
| **Attach:** | Opening Balance Sheet v2.xls |



EXHIBIT

155 A

8.14.09    AW

10306882

10306344

| | A | B | C | D |
|---|---|---|---|---|
| 1 | Cash and cash equivalent | | | 7,000 |
| 2 | | | | |
| 3 | Inventory | | | |
| 4 | | Government & Agencies | 29,526 | |
| 5 | | Corporate Equities | 8,843 | |
| 6 | | Mortgages & Mortgage Backed Securities | 3,150 | |
| 7 | | Corporate Debt & Other | 3,186 | |
| 8 | | Commercial Paper & Money Market Instruments | 95 | |
| 9 | | Derivatives & Other Contr. | 80 | |
| 10 | Inventory Total | | | 44,880 |
| 11 | | | | |
| 12 | Receivables (15c3 lock up rebates) | | | 1,000 |
| 13 | | | | |
| 14 | Total Assets | | | 52,880 |

# A. 103

**From:** Sell, Stephen: Markets (NYK)
**Sent:** Sunday, September 21, 2008 2:33 PM
**To:** Joshi, Dixit: EDG (LDN); Moreira, Nicholas: EDG (NYK); Warren, Doug: Credit Derivatives (NYK); Hamilton, Tom: RMBS Trading (NYK); Harrison, Harry: Fixed Income (NYK); Duff, Mimi: Fixed Income (NYK); Stack, Tim: Futures (NYK); Ogeneski, Chris: Credit Markets (NYK); Ogeneski, Chris: Credit Markets (NYK); Frisbee, Richard: M/M (NYK); Leyhane, Nick: EDG (LDN); Gradowczyk, Diego: EMG Mkts Trading (NYK); Graf, Michael: USD FI Agency & SAS Trading (NYK)
**Cc:** King, Stephen: Markets (NYK); Walker, James: Finance (NYK); Rodefeld, John: Operations (NYK); Morton, Marcus: Finance (NYK); Ornstein, David: Markets (LDN); Willett, Bradford: Credit Derivatives (NYK); Sheehan, James: Credit Derivatives (NYK); Logozzo, Joseph: Markets (NYK); Scott, Teri: Finance (NYK); Yoss, Eric: Market Risk (NYK); Meili, Stephan: Market Risk (NYK); Murphy, Michael: Markets (NYK); Montgomery, Ian: Barclays Capital (NYK); Hamill, Paul: Markets (NYK); Rose, Charles: Credit Markets (NYK); Orciuoli, Ralph: FI (NYK); Nakum, Anatoly: Credit Derivatives (NYK); Greenbaum, Rich: IT (NYK); Nigam, Rakesh: IT (NYK); Chinai, Neil: IT (NYK)
**Subject:** Bookings - Lehman Financing Facility

**Attachments:** Lehm Position 2008-09-19 (Thurs Close) (Sun 1030 AM).xls

Folks,

I've received agreement/consensus from Stephen King and James Walker, we should progress down the following path:

- We should book all positions from the Lehman Financing Facility to BCI (~45bn securities - see attached file)
- We should book based on the price within the BONY file, at least for Day 1
- Positions should be booked to a separate book within BCI to keep the positions segregated for now

If anyone has any questions, please let me know as soon as possible.  I'm at x3012.

Open Issues/Questions:

- ### REDACTED
- John Rodefeld and James Walker to get an answer on whether we are taking on the Forward positions (trades done by LEH last week)
- John Rodefeld and James Walker to confirm what settlement date we should use for the positions we transfer from Lehman Financing Facility to BCI
- John Rodefeld - Can you please provide an Asset Control point person that we can deal with for any securities which are not set-up in our systems.  As a first step, can you advise which ones are not set-up.

Lehm Position
2008-09-19 (Thur...

Steve



BCI 006647

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | | | Fedwire Amt | Fedwire MV | Person |
| 2 | | **Agencies** | 9.24 | 9.45 | Mimi |
| 3 | | **Govies** | - | - | Mimi |
| 4 | | **Treasuries** | 5.78 | 5.41 | Mimi |
| 5 | | **Unknown** | 0.00 | 0.00 | PMTG |
| 6 | | **US ABS Home Eq** | 0.00 | 0.00 | PMTG |
| 7 | | **US Agency CMO** | 23.00 | 4.63 | Tom / DM |
| 8 | | **US Agency Pool** | 18.60 | 9.19 | Tom / DM |
| 9 | | **Total** | 56.62 | 28.68 | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | ADR | Equities | | |
| 14 | | Agencies | Agencies | | |
| 15 | | CDO | | | |
| 16 | | CLO | | | |
| 17 | | CMBS | | | |
| 18 | | Convertible | Equities | | |
| 19 | | Convertible Preferred | Equities | | |
| 20 | | Corporates | Corporates | | |
| 21 | | Corporates - SIVs | | | |
| 22 | | CP | Mark Dearlove | | |
| 23 | | Equities | Equities | | |
| 24 | | ETF | Equities | | |
| 25 | | Govies | EM | | |
| 26 | | Munis | | | |
| 27 | | Mutual Fund | Equities | | |
| 28 | | Preferrred | Equities | | |
| 29 | | Treasuries | Mimi Duff | | |
| 30 | | US ABS Home Eq | PMTG | | |
| 31 | | US ABS Man. Housing | PMTG | | |
| 32 | | US ABS-Other | | | |
| 33 | | US Agency CMO | Tom / DM | | |
| 34 | | US Agency Whole Loan CMO | Tom / DM | | |
| 35 | | US Non-Agency CMO | PMTG | | |

BCI 006648

| # | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | Data | | | | | |
| 4 | Type | Sum of Par | Sum of Market Value 9-18 close | | | Final |
| 5 | Agencies | 9,240,692,000 | 9,446,640,784 | | | ADR |
| 6 | Govies | 34,000 | 33,112 | | | Agencies |
| 7 | Treasuries | 5,780,063,830 | 5,405,505,432 | | | CDO |
| 8 | Unknown | 1,047,303 | 1,054,831 | | | CDs |
| 9 | US ABS Home Eq | 500,000 | 32,006 | | | CLO |
| 10 | US Agency CMO | 23,000,890,401 | 4,634,565,146 | | | CMBS |
| 11 | US Agency Pool | 18,597,727,788 | 9,189,607,782 | | | Convertible |
| 12 | Grand Total | 56,620,955,322 | 28,677,439,093 | | | Convertible Preferred |
| 13 | | | | | | Corporates |
| 14 | | | | | | CP |
| 15 | | | | | | EM |
| 16 | | | | | | Equities |
| 17 | | | | | | ETF |
| 18 | | | | | | Govies |
| 19 | | | | | | Munis |
| 20 | | | | | | Mutual Fund |
| 21 | | | | | | Preferred |
| 22 | | | | | | Treasuries |
| 23 | | | | | | Unknown |
| 24 | | | | | | US ABS Home Eq |
| 25 | | | | | | US ABS Man. Housing |
| 26 | | | | | | US ABS Other |
| 27 | | | | | | US ABS-Other |
| 28 | | | | | | US Agency CMO |
| 29 | | | | | | US Agency Whole Loan CMO |
| 30 | | | | | | US Non-Agency CMO |
| 31 | | | | | | Warrants |
| 32 | | | | | | Franchise |
| 33 | | | | | | Grand Total |
| 34 | | | | | | |
| 35 | Data | | | | | Final |
| 36 | Type | Sum of Par | Sum of Market Value 9-18 close | | | US Agency CMO |
| 37 | Agencies | 9,240,692,000 | 9,446,640,784 | Rates | | US Agency Whole Loan CMO |
| 38 | Govies | 34,000 | 33,112 | EM | | Corporates |
| 39 | Treasuries | 5,780,063,830 | 5,405,505,432 | Rates | | EM |
| 40 | Unknown | 1,047,303 | 1,054,831 | Rates | | Govies |
| 41 | US ABS Home Eq | 500,000 | 32,006 | Agency Mortgages | | ADR |
| 42 | US Agency CMO | 23,000,890,401 | 4,634,565,146 | Agency Mortgages | | Convertible |
| | | | | | | Convertible Preferred |

BCI 006649

| | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|
| 1 | Data | | | | | | |
| 2 | Sum of Par Value | Sum of Market Value | | | | | |
| 3 | 13,307,832 | 301,638,770 | Equities | | | | |
| 4 | 134,113,000 | 105,576,335 | Rates | | | | |
| 5 | 34,000,000 | 12,669,681 | PMTG | | | | |
| 6 | 36,633,000 | 36,310,038 | Short Term | | | | |
| 7 | 1,132,000,000 | 1,085,006,137 | PMTG | | | | |
| 8 | 6,639,634,485 | 232,318,915 | PMTG | | | | |
| 9 | 33,229,133 | 36,774,923 | Equities | | | | |
| 10 | 469,976 | 85,089,881 | Equities | | | | |
| 11 | 4,286,768,870 | 3,071,716,919 | Corporate Credit | | | | |
| 12 | 31,249,548 | 30,342,478 | Short Term | | | | |
| 13 | 216,408,175 | 199,961,928 | EM | | | | |
| 14 | 483,929,693 | 7,570,809,078 | Equities | | | | |
| 15 | 8,640,054 | 600,589,122 | Equities | | | | |
| 16 | 80,674,000 | 80,007,821 | EM | Rates | | | |
| 17 | 494,342,641 | 463,522,976 | Munis | | | | |
| 18 | 1,099,131 | 12,311,454 | Equities | | | | |
| 19 | 4,918,261 | 31,473,248 | Equities | | | | |
| 20 | 77,000 | 76,506 | Rates | | | | |
| 21 | 10,338,161 | 654,999 | PMTG | | | | |
| 22 | 2,233,107,451 | 669,213,907 | PMTG | | | | |
| 23 | 252,323,055 | 27,223,182 | PMTG | | | | |
| 24 | 4,115,000 | 1,603,562 | PMTG | | | | |
| 25 | 134,394,700 | 71,037,825 | PMTG | | | | |
| 26 | 455,810,184 | 80,878,689 | Agency Mortgages | | | | |
| 27 | 18,664,113 | 4,162,531 | Agency Mortgages | | | | |
| 28 | 17,934,097,198 | 1,289,335,745 | PMTG | | | | |
| 29 | 661,966,815 | 220,833,367 | Equities | | | | |
| 30 | 156,595,000 | 79,147,254 | PMTG | | | | |
| 31 | 35,492,906,476 | 16,400,287,271 | | | | | |
| 32 | | | | | | | |
| 33 | Data | | | | | | |
| 34 | Sum of Par Value | Sum of Market Value | | | | | |
| 35 | 455,810,184 | 80,878,689 | Agency Mortgages | | | US Agency CMO | Agency Mortgages |
| 36 | 18,664,113 | 4,162,531 | Agency Mortgages | | | US Agency Whole Loan CMO | Agency Mortgages |
| 37 | 4,286,768,870 | 3,071,716,919 | Corporate Credit | | | Corporates | Corporate Credit |
| 38 | 216,408,175 | 199,961,928 | EM | | | EM | EM |
| 39 | 80,674,000 | 80,007,821 | EM | | | Sovereigns | EM |
| 40 | 13,307,832 | 301,638,770 | Equities | | | ADR | Equities |
| 41 | 33,229,133 | 36,774,923 | Equities | | | Convertible | Equities |
| 42 | 469,976 | 85,089,881 | Equities | | | Convertible Preferred | Equities |

BCI 006650

| N | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 | 41 | 42 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | x | x | x | x | x | x | x | x |

BCI 006651

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 43 | US Agency Pool | 18,597,727,788 | 9,189,607,782 | Agency Mortgages | | Equities |
| 44 | Grand Total | 56,620,955,322 | 28,677,439,093 | | | ETF |
| 45 | | | | | | Mutual Fund |
| 46 | | | | | | Preferred |
| 47 | | | | | | Warrants |
| 48 | | | | | | Munis |
| 49 | | | | | | CDO |
| 50 | | | | | | CLO |
| 51 | | | | | | CMBS |
| 52 | | | | | | Unknown |
| 53 | | | | | | US ABS Home Eq |
| 54 | | | | | | US ABS Man. Housing |
| 55 | | | | | | US ABS Other |
| 56 | | | | | | US ABS-Other |
| 57 | | | | | | US Non-Agency CMO |
| 58 | | | | | | Franchise |
| 59 | | | | | | Agencies |
| 60 | | | | | | Treasuries |
| 61 | | | | | | CDs |
| 62 | | | | | | CP |
| 63 | | | | | | Grand Total |
| 64 | | | | | | |

BCI 006652

| | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|
| 43 | 483,929,693 | 7,570,809,078 | Equities | | | Equities | Equities |
| 44 | 8,640,054 | 600,589,122 | Equities | | | ETF | Equities |
| 45 | 1,099,131 | 12,311,454 | Equities | | | Mutual Fund | Equities |
| 46 | 4,918,261 | 31,473,248 | Equities | | | Preferred | Equities |
| 47 | 661,966,815 | 220,833,367 | Equities | | | Warrants | Equities |
| 48 | 494,342,641 | 463,522,976 | Munis | | | Munis | Munis |
| 49 | 34,000,000 | 12,669,681 | PMTG | | | CDO | PMTG |
| 50 | 1,132,000,000 | 1,085,006,137 | PMTG | | | CLO | PMTG |
| 51 | 6,639,634,485 | 232,318,915 | PMTG | | | CMBS | PMTG |
| 52 | 10,338,161 | 654,999 | PMTG | | | Unknown | PMTG |
| 53 | 2,233,107,451 | 669,213,907 | PMTG | | | US ABS Home Eq | PMTG |
| 54 | 252,323,055 | 27,223,182 | PMTG | | | US ABS Man. Housing | PMTG |
| 55 | 4,115,000 | 1,603,562 | PMTG | | | US ABS Other | PMTG |
| 56 | 134,394,700 | 71,037,825 | PMTG | | | US ABS-Other | PMTG |
| 57 | 17,934,097,198 | 1,289,335,745 | PMTG | | | US Non-Agency CMO | PMTG |
| 58 | 156,595,000 | 79,147,254 | PMTG | | | Franchise | PMTG |
| 59 | 134,113,000 | 105,576,335 | Rates | | | Sup Sovereigns | Rates |
| 60 | 77,000 | 76,506 | Rates | | | Agencies | Rates |
| 61 | 36,633,000 | 36,310,038 | Short Term | | | Treasuries | Rates |
| 62 | 31,249,548 | 30,342,478 | Short Term | | | Covered Bonds | Rates |
| 63 | 35,492,906,476 | 16,400,287,271 | | | | CDs | Short Term |
| 64 | | | | | | CP | Short Term |

BCI 006653

# A. 104

**To:**      gary.romain@barclayscapital.com[gary.romain@barclayscapital.com];
james.walker@barclayscapital.com[james.walker@barclayscapital.com];
tj.gavenda@barclayscapital.com[tj.gavenda@barclayscapital.com]
**Cc:**      Kelly, Martin[martin.kelly@lehman.com]; Tonucci, Paolo[paolo.tonucci@lehman.com]; Reilly,
Gerard[greilly@lehman.com]; Beldner, Brett[brett.beldner@lehman.com]; Lowitt, Ian
T[ilowitt@lehman.com]
**From:**    Azerad, Robert
**Sent:**    Sun 9/21/2008 6:20:35 PM
**Subject:**    Updated Opening Balance Sheet
**Categories:**    urn:content-classes:message

Copy of Opening Balance Sheet vBB2.xls



EXHIBIT

229

8/20/09

| | | |
|---|---:|---:|
| Cash and cash equivalent | | 7,000 |
| | | |
| Inventory | | |
| Government & Agencies | 29,526 | |
| Corporate Equities | 8,843 | |
| Mortgages & Mortgage Backed Securities | 3,150 | |
| Corporate Debt & Other | 3,186 | |
| Commercial Paper & Money Market Instruments | 95 | |
| Derivatives & Other Contr. | 80 | |
| Inventory Total | | 44,880 |
| | | |
| Receivables (15c3 lock up release) | | 1,000 |
| | | |
| Total Assets | | 52,880 |
| | | |
| Financing for Cash received from Barclays ($45b for repo and $250m for purchase) | | 45,250 |
| | | |
| Accrued Bonuses (Assumed to be all accrued) | | 2,000 |
| | | |
| Cure Payments (Placeholder for actual accrual) | | 2,250 |
| | | |
| Equity | | 3,380 |
| | | |
| Total Liabilities and Equity | | 52,880 |

# A. 105

**To:**       Tonucci, Paolo [paolo.tonucci@lehman.com]
**From:**     Fleming, Dan (TSY) [dfleming@lehman.com]
**Sent:**     Sun 9/21/2008 7:53:13 PM
**Subject:**  RE: Large OCC Excess

I will try to confirm

-----Original Message-----
From: Tonucci, Paolo
Sent: Sunday, September 21, 2008 3:51 PM
To: Fleming, Dan (TSY)
Subject: Re: Large OCC Excess

But that may include the value of LCs drawn.



----------------------------------

----- Original Message -----
From: Fleming, Dan (TSY)
To: Tonucci, Paolo
Sent: Sun Sep 21 15:47:28 2008
Subject: Large OCC Excess

The statement from the OCC reflects a large excess position in house and
customer. House has excess of $444mm and customer $244. I do not know
how accessible this is.

EXHIBIT

161 A

8.14.09 au