# A. 106

**To:** Lowitt, Ian T[ilowitt@lehman.com]; Reilly, Gerard[greilly@lehman.com]; O'Meara, Chris M (NY)[comeara@lehman.com]; Kelly, Martin[martin.kelly@lehman.com]
**Cc:** McInerney, Lily[lily.mcinerney@lehman.com]; Blackwell, Alastair[ablackwe@lehman.com]; Jones, Craig L[cljones@lehman.com]; Dziemian, Daniel[daniel.dziemian@lehman.com]
**From:** Pearn, Francis J
**Sent:** Sun 9/21/2008 8:03:54 PM
**Importance:** Low
**Subject:** FW: Net Long Options - 9/18
**Categories:** urn:content-classes:message

**PAGE0.PDF**
**PAGE0.PDF**

Craig Jones provided the OCC statements as of Sept. 22nd for the LBI 074 account. The first statement shows collateral value of $522 million (cash and government securities) in LBI. The second file details approximately $2bn of collateral (letters of credit, cash, and securities). Craig and Dan confirmed these balances with the OCC and can answer questions you may have.

-----Original Message-----
From: Jones, Craig L
Sent: Sunday, September 21, 2008 2:19 PM
To: Pearn, Francis J; Tennyson, Peter A; Butryn, Kirk; Blackwell, Alastair; Reilly, Gerard; Stuccio, Anthony
Cc: McInerney, Lily
Subject: RE: Net Long Options - 9/18

Attached are the current statements for the OCC.

-----Original Message-----
From: Pearn, Francis J
Sent: Sunday, September 21, 2008 1:14 PM
To: Tennyson, Peter A; Jones, Craig L; Butryn, Kirk; Blackwell, Alastair; Reilly, Gerard; Stuccio, Anthony
Cc: McInerney, Lily
Subject: FW: Net Long Options - 9/18

Who can get the OCC information and statement for Friday and determine if these contracts are still outstanding?

-----Original Message-----
From: Tim.Stack@barclayscapital.com
[mailto:Tim.Stack@barclayscapital.com]
Sent: Sunday, September 21, 2008 1:12 PM
To: Pearn, Francis J
Cc: McInerney, Lily; Richard.Konefal@barclayscapital.com; Liz.James@barclayscapital.com; alexandra.guest@barclayscapital.com
Subject: RE: Net Long Options - 9/18

This is for the futures options contracts that were liquidated as you say on Thursday and will now be flat.

This does not include the OCC exchange positions..ie the VIX futures and all the equity option positions. We need the OCC statement...


Exhibit
95 B
KdK 8-7-09

-----Original Message-----
From: Pearn, Francis J [mailto:francis.pearn@lehman.com]
Sent: Sunday, September 21, 2008 1:05 PM
To: Stack, Tim: Futures (NYK)
Cc: McInerney, Lily
Subject: RE: Net Long Options - 9/18


Tim
I'm getting some information that leads me to think that all the
exchange traded option contracts were liquidated by the exchanges on
Friday.  Here is a spreadsheet that shows $0 House account balances as
of the 19th at a number of exchanges.  I am imploring Operations to get
us a definitive answer as to whether these contracts have in fact been
liquidated and will come back to you immediately upon hearing from them.
Thanks. Frank



-----Original Message-----
From: Tim.Stack@barclayscapital.com
[mailto:Tim.Stack@barclayscapital.com]
Sent: Sunday, September 21, 2008 12:05 PM
To: Stephen.King@barclayscapital.com; Pearn, Francis J; McInerney, Lily;
Reilly, Gerard; Mincak, Christopher; Jasen.Yang@barclayscapital.com
Cc: Shi, Jerry; Liz.James@barclayscapital.com
Subject: RE: Net Long Options - 9/18

Frank
I have just been speaking to Stephen
Can you please call me on this one at 2124121834.
Thanks
Tim

-----Original Message-----
From: King, Stephen: Markets (NYK)
Sent: Sunday, September 21, 2008 11:26 AM
To: 'Pearn, Francis J'; McInerney, Lily; Reilly, Gerard; Mincak,
Christopher; Yang, Jasen: Markets (NYK)
Cc: Shi, Jerry; Stack, Tim: Futures (NYK)
Subject: RE: Net Long Options - 9/18


Just tried to call.

-----Original Message-----
From: Pearn, Francis J [mailto:francis.pearn@lehman.com]
Sent: Sunday, September 21, 2008 11:22 AM
To: King, Stephen: Markets (NYK); McInerney, Lily; Reilly, Gerard;
Mincak, Christopher; Yang, Jasen: Markets (NYK)
Cc: Shi, Jerry; Stack, Tim: Futures (NYK)
Subject: Re: Net Long Options - 9/18

Stephen
I spoke with Gerry Reilly this morning and am reaching out to Lily and
Chris to get the most recent exchange traded option info. I am at 516

741 4541 if you want to speak. I will give you an update once Lily and I connect.


Frank

----- Original Message -----
From: Stephen.King@barclayscapital.com
<Stephen.King@barclayscapital.com>
To: McInerney, Lily; Reilly, Gerard; Mincak, Christopher;
Jasen.Yang@barclayscapital.com <Jasen.Yang@barclayscapital.com>
Cc: Pearn, Francis J; Shi, Jerry; Tim.Stack@barclayscapital.com
<Tim.Stack@barclayscapital.com>
Sent: Sun Sep 21 11:18:47 2008
Subject: RE: Net Long Options - 9/18

Lily,

What's I'm trying to be sure about is that we have a clear list of all
exchange traded positions (options, futures, etc) as of Friday close.
Need this today.  Very important. Also, I need to know what the net
margin is at the relevant clearing house, and whether that reflects the
Friday close marks.

What is you number? Either tim or I will call you.

thx

-----Original Message-----
From: McInerney, Lily [mailto:lily.mcinerney@lehman.com]
Sent: Sunday, September 21, 2008 11:10 AM
To: King, Stephen: Markets (NYK); Reilly, Gerard; Mincak, Christopher;
Yang, Jasen: Markets (NYK)
Cc: Pearn, Francis J; Shi, Jerry
Subject: RE: Net Long Options - 9/18

Only equity exchange traded options as of 9/18 were included.

-----Original Message-----
From: Stephen.King@barclayscapital.com
[mailto:Stephen.King@barclayscapital.com]
Sent: Sunday, September 21, 2008 9:12 AM
To: Reilly, Gerard; Mincak, Christopher; Jasen.Yang@barclayscapital.com
Cc: Pearn, Francis J; McInerney, Lily; Shi, Jerry
Subject: RE: Net Long Options - 9/18

Don't forget we only want the exchange traded options, not the otc.

-----Original Message-----
From: Reilly, Gerard [mailto:greilly@lehman.com]
Sent: Sunday, September 21, 2008 9:11 AM
To: Mincak, Christopher; Yang, Jasen: Markets (NYK); King, Stephen:
Markets (NYK)
Cc: Pearn, Francis J; McInerney, Lily; Shi, Jerry
Subject: RE: Net Long Options - 9/18

Chris

Does this include all equity exchange traded options?

-----Original Message-----
From: Mincak, Christopher
Sent: Friday, September 19, 2008 5:41 PM
To: 'Jasen.Yang@barclayscapital.com'; Stephen.King@barclayscapital.com
Cc: Pearn, Francis J; McInerney, Lily; Shi, Jerry; Reilly, Gerard
Subject: RE: Net Long Options - 9/18

I've included short options, longs/shorts as of yesterday's close, 9/18.


-----Original Message-----
From: Jasen.Yang@barclayscapital.com
[mailto:Jasen.Yang@barclayscapital.com]
Sent: Friday, September 19, 2008 5:23 PM
To: Mincak, Christopher; Stephen.King@barclayscapital.com
Cc: Pearn, Francis J; McInerney, Lily; Shi, Jerry; Reilly, Gerard
Subject: RE: Net Long Options - 9/18

is there a short options book as well?

these are current as of yesterday's close?

thanks,

jasen

-----Original Message-----
From: Mincak, Christopher [mailto:christopher.mincak@lehman.com]
Sent: Friday, September 19, 2008 4:45 PM
To: King, Stephen: Markets (NYK); Yang, Jasen: Markets (NYK)
Cc: Pearn, Francis J; McInerney, Lily; Shi, Jerry; Reilly, Gerard
Subject: Net Long Options - 9/18

Attached are the options.  Awaiting the risk report from Risk.

Chris
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - - - - - -

This message is intended only for the personal and confidential use of
the designated recipient(s) named above.  If you are not the intended
recipient of this message you are hereby notified that any review,
dissemination, distribution or copying of this message is strictly
prohibited.  This communication is for information purposes only and
should not be regarded as an offer to sell or as a solicitation of an
offer to buy any financial product, an official confirmation of any
transaction, or as an official statement of Lehman Brothers.  Email
transmission cannot be guaranteed to be secure or error-free. Therefore,
we do not represent that this information is complete or accurate and it
should not be relied upon as such.  All information is subject to change
without notice.

--------
IRS Circular 230 Disclosure:
Please be advised that any discussion of U.S. tax matters contained
within this communication (including any attachments) is not intended or
written to be used and cannot be used for the purpose of (i) avoiding
U.S. tax related penalties or (ii) promoting, marketing or recommending
to another party any transaction or matter addressed herein.

This e-mail may contain information that is confidential, privileged or
otherwise protected from disclosure. If you are not an intended
recipient of this e-mail, do not duplicate or redistribute it by any
means. Please delete it and any attachments and notify the sender that
you have received it in error. Unless specifically indicated, this
e-mail is not an offer to buy or sell or a solicitation to buy or sell
any securities, investment products or other financial product or
service, an official confirmation of any transaction, or an official
statement of Barclays. Any views or opinions presented are solely those
of the author and do not necessarily represent those of Barclays. This
e-mail is subject to terms available at the following link:
www.barcap.com/emaildisclaimer. By messaging with Barclays you consent
to the foregoing.  Barclays Capital is the investment banking division
of Barclays Bank PLC, a company registered in England (number 1026167)
with its registered office at 1 Churchill Place, London, E14 5HP.  This
email may relate to or be sent from other members of the Barclays Group.

------------------------------------
- - - - - - - -

This message is intended only for the personal and confidential use of
the designated recipient(s) named above.  If you are not the intended
recipient of this message you are hereby notified that any review,
dissemination, distribution or copying of this message is strictly
prohibited.  This communication is for information purposes only and
should not be regarded as an offer to sell or as a solicitation of an
offer to buy any financial product, an official confirmation of any
transaction, or as an official statement of Lehman Brothers.  Email
transmission cannot be guaranteed to be secure or error-free. Therefore,
we do not represent that this information is complete or accurate and it
should not be relied upon as such.  All information is subject to change
without notice.

--------
IRS Circular 230 Disclosure:
Please be advised that any discussion of U.S. tax matters contained
within this communication (including any attachments) is not intended or
written to be used and cannot be used for the purpose of (i) avoiding
U.S. tax related penalties or (ii) promoting, marketing or recommending
to another party any transaction or matter addressed herein.

This e-mail may contain information that is confidential, privileged or
otherwise protected from disclosure. If you are not an intended
recipient of this e-mail, do not duplicate or redistribute it by any
means. Please delete it and any attachments and notify the sender that

you have received it in error. Unless specifically indicated, this
e-mail is not an offer to buy or sell or a solicitation to buy or sell
any securities, investment products or other financial product or
service, an official confirmation of any transaction, or an official
statement of Barclays. Any views or opinions presented are solely those
of the author and do not necessarily represent those of Barclays. This
e-mail is subject to terms available at the following link:
www.barcap.com/emaildisclaimer. By messaging with Barclays you consent
to the foregoing.  Barclays Capital is the investment banking division
of Barclays Bank PLC, a company registered in England (number 1026167)
with its registered office at 1 Churchill Place, London, E14 5HP.  This
email may relate to or be sent from other members of the Barclays Group.


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - - - - - -


This message is intended only for the personal and confidential use of
the designated recipient(s) named above.  If you are not the intended
recipient of this message you are hereby notified that any review,
dissemination, distribution or copying of this message is strictly
prohibited.  This communication is for information purposes only and
should not be regarded as an offer to sell or as a solicitation of an
offer to buy any financial product, an official confirmation of any
transaction, or as an official statement of Lehman Brothers.  Email
transmission cannot be guaranteed to be secure or error-free. Therefore,
we do not represent that this information is complete or accurate and it
should not be relied upon as such.  All information is subject to change
without notice.


--------
IRS Circular 230 Disclosure:
Please be advised that any discussion of U.S. tax matters contained
within this communication (including any attachments) is not intended or
written to be used and cannot be used for the purpose of (i) avoiding
U.S. tax related penalties or (ii) promoting, marketing or recommending
to another party any transaction or matter addressed herein.


This e-mail may contain information that is confidential, privileged or
otherwise protected from disclosure. If you are not an intended
recipient of this e-mail, do not duplicate or redistribute it by any
means. Please delete it and any attachments and notify the sender that
you have received it in error. Unless specifically indicated, this
e-mail is not an offer to buy or sell or a solicitation to buy or sell
any securities, investment products or other financial product or
service, an official confirmation of any transaction, or an official
statement of Barclays. Any views or opinions presented are solely those
of the author and do not necessarily represent those of Barclays. This
e-mail is subject to terms available at the following link:
www.barcap.com/emaildisclaimer. By messaging with Barclays you consent
to the foregoing.  Barclays Capital is the investment banking division
of Barclays Bank PLC, a company registered in England (number 1026167)
with its registered office at 1 Churchill Place, London, E14 5HP.  This
email may relate to or be sent from other members of the Barclays Group.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - - - - - -

This message is intended only for the personal and confidential use of
the designated recipient(s) named above. If you are not the intended
recipient of this message you are hereby notified that any review,
dissemination, distribution or copying of this message is strictly
prohibited. This communication is for information purposes only and
should not be regarded as an offer to sell or as a solicitation of an
offer to buy any financial product, an official confirmation of any
transaction, or as an official statement of Lehman Brothers. Email
transmission cannot be guaranteed to be secure or error-free. Therefore,
we do not represent that this information is complete or accurate and it
should not be relied upon as such. All information is subject to change
without notice.


- - - - - - - -
IRS Circular 230 Disclosure:
Please be advised that any discussion of U.S. tax matters contained
within this communication (including any attachments) is not intended or
written to be used and cannot be used for the purpose of (i) avoiding
U.S. tax related penalties or (ii) promoting, marketing or recommending
to another party any transaction or matter addressed herein.

This e-mail may contain information that is confidential, privileged or
otherwise protected from disclosure. If you are not an intended
recipient of this e-mail, do not duplicate or redistribute it by any
means. Please delete it and any attachments and notify the sender that
you have received it in error. Unless specifically indicated, this
e-mail is not an offer to buy or sell or a solicitation to buy or sell
any securities, investment products or other financial product or
service, an official confirmation of any transaction, or an official
statement of Barclays. Any views or opinions presented are solely those
of the author and do not necessarily represent those of Barclays. This
e-mail is subject to terms available at the following link:
www.barcap.com/emaildisclaimer. By messaging with Barclays you consent
to the foregoing. Barclays Capital is the investment banking division
of Barclays Bank PLC, a company registered in England (number 1026167)
with its registered office at 1 Churchill Place, London, E14 5HP. This
email may relate to or be sent from other members of the Barclays Group.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - - - - - -

This message is intended only for the personal and confidential use of
the designated recipient(s) named above. If you are not the intended
recipient of this message you are hereby notified that any review,
dissemination, distribution or copying of this message is strictly
prohibited. This communication is for information purposes only and
should not be regarded as an offer to sell or as a solicitation of an
offer to buy any financial product, an official confirmation of any
transaction, or as an official statement of Lehman Brothers. Email
transmission cannot be guaranteed to be secure or error-free.
Therefore, we do not represent that this information is complete or

accurate and it should not be relied upon as such.  All information is
subject to change without notice.

--------
IRS Circular 230 Disclosure:
Please be advised that any discussion of U.S. tax matters contained
within this communication (including any attachments) is not intended or
written to be used and cannot be used for the purpose of (i) avoiding
U.S. tax related penalties or (ii) promoting, marketing or recommending
to another party any transaction or matter addressed herein.

_____

This e-mail may contain information that is confidential, privileged or
otherwise protected from disclosure. If you are not an intended
recipient of this e-mail, do not duplicate or redistribute it by any
means. Please delete it and any attachments and notify the sender that
you have received it in error. Unless specifically indicated, this
e-mail is not an offer to buy or sell or a solicitation to buy or sell
any securities, investment products or other financial product or
service, an official confirmation of any transaction, or an official
statement of Barclays. Any views or opinions presented are solely those
of the author and do not necessarily represent those of Barclays. This
e-mail is subject to terms available at the following link:
www.barcap.com/emaildisclaimer. By messaging with Barclays you consent
to the foregoing.  Barclays Capital is the investment banking division
of Barclays Bank PLC, a company registered in England (number 1026167)
with its registered office at 1 Churchill Place, London, E14 5HP.  This
email may relate to or be sent from other members of the Barclays Group.

_____

```
THE OPTIONS CLEARING CORPORATION          ACTIVITY DATE: 09/22/2008 CYCLE-ID:                              CMO PAGE 1
ACCOUNT SUMMARY BY CMO                    SYSTEM DATE:   09/20/200 SYSTEM TIME: 21:52:53                   CM  PAGE 1
                                          REPORT-ID:     0200000003300074000010922008

CMO:
CLEARING MEMBER:           LEHMAN BROTHERS INC.
                           OCC  00074

TIER ACCOUNT:              OCC  00074 C
SETTLEMENT TIER ACCOUNT:   OCC  00074 C

         ACCOUNT SUMMARY PRIOR TO CASH CONVERSION                        ACCOUNT SUMMARY AFTER CASH CONVERSION

COLLATERAL TYPE (ALL IN USD)                                 COLLATERAL TYPE (ALL IN USD)
CASH:                                                        CASH:
  USD:                              162,681,324.65             USD:                              162,681,324.65
  FOREIGN:                                    0.00             FOREIGN:                                    0.00
CASH TOTAL:                         162,681,324.65          CASH TOTAL:                         162,681,324.65
GOVERNMENT (GS & GE) TOTAL:         344,736,724.57          GOVERNMENT (GS & GE) TOTAL:         344,736,724.57
LETTERS OF CREDIT TOTAL:                     0.00           LETTERS OF CREDIT TOTAL:                     0.00
MONEY MARKET FUNDS TOTAL:                    0.00           MONEY MARKET FUNDS TOTAL:                    0.00
VALUED SECURITIES TOTAL:                     0.00           VALUED SECURITIES TOTAL:                     0.00

TOTAL COLLATERAL VALUE (IN USD):    507,418,049.22         TOTAL COLLATERAL VALUE (IN USD):    507,418,049.22

TOTAL REQUIREMENT:                  320,149,775.00         TOTAL REQUIREMENT:                  320,149,775.00

MARGIN CREDIT:                               0.00         MARGIN CREDIT:                               0.00

ROLLED-UP MARGIN DEFICIT:                    0.00         ROLLED-UP MARGIN DEFICIT:                    0.00

EXCESS/DEFICIT:                     187,268,274.22  EXC   EXCESS/DEFICIT:                     187,268,274.22  EXC

         NET PAY/COLLECT AND CASH CONVERSION ACTIVITY

NET PAY/COLLECT:                      9,693,978.77  COL
CASH CONVERSION
  CASH GAINED FROM CONVERSION:               0.00
  CASH USED FOR CONVERSION:                  0.00
DEFICIT:                                     0.00
NET SETTLEMENT:                       9,693,978.77  COL
```

****CONTINUED ON NEXT PAGE****

ENPU450

THE OPTIONS CLEARING CORPORATION
ACCOUNT SUMMARY BY CMO

ACTIVITY DATE: 09/22/2008  CYCLE-ID:
SYSTEM DATE:   09/20/2008  SYSTEM TIME: 21:52:53
REPORT-ID:     020000000353000740000109222008

CMO PAGE  2
CM  PAGE  2

NET PAY/COLLECT TOTALS BY CATEGORY

CMO:
CLEARING MEMBER:        LEHMAN BROTHERS INC.
                        OCC  00074

SETTLEMENT TIER ACCOUNT:   OCC  00074 C

| PAY/COLLECT TYPE | AMOUNT | PAY/COL |
|---|---|---|
| INDEX CASH DIFFERENCE | 13,469,519.00 | COL |
| EQUITY CASH FIXED | 7.56 | COL |
| INDEX CASH FIXED | 70,000.00 | COL |
| EQUITY POST TRADE PREMIUM | 3,237,702.80 | PAY |
| INDEX POST TRADE PREMIUM | 641,289.99 | PAY |
| EQUITY TRADE PREMIUM | 33,445.00 | COL |
| NET PAY/COLLECT | 9,693,978.77 | COL |

****CONTINUED ON NEXT PAGE****

ENP0450

```
THE OPTIONS CLEARING CORPORATION          ACTIVITY DATE: 09/22/2008  CYCLE-ID:                              CMO PAGE  3
ACCOUNT SUMMARY BY CMO                     SYSTEM DATE:   09/20/2008  SYSTEM TIME: 21:52:53                  CM  PAGE  3
                                           REPORT-ID:     0200000003530007400001092222008

CMO:                    LEHMAN BROTHERS INC.
CLEARING MEMBER:        OCC  00074

TIER ACCOUNT:           OCC  00074  F
SETTLEMENT TIER ACCOUNT: OCC 00074  F

          ACCOUNT SUMMARY PRIOR TO CASH CONVERSION                         ACCOUNT SUMMARY AFTER CASH CONVERSION


COLLATERAL TYPE (ALL IN USD)                               COLLATERAL TYPE (ALL IN USD)
  CASH:                                                      CASH:
    USD:                         578,689,010.23                USD:                         578,689,010.23
    FOREIGN:                              0.00                  FOREIGN:                              0.00
  CASH TOTAL:                    578,689,010.23              CASH TOTAL:                    578,689,010.23
  GOVERNMENT (GS & GE) TOTAL:    332,558,398.49              GOVERNMENT (GS & GE) TOTAL:    332,558,398.49
  LETTERS OF CREDIT TOTAL:       500,000.00                  LETTERS OF CREDIT TOTAL:       500,000.00
  MONEY MARKET FUNDS TOTAL:               0.00               MONEY MARKET FUNDS TOTAL:               0.00
  VALUED SECURITIES TOTAL:                0.00               VALUED SECURITIES TOTAL:                0.00

TOTAL COLLATERAL VALUE (IN USD):   911,747,408.72           TOTAL COLLATERAL VALUE (IN USD):   911,747,408.72

TOTAL REQUIREMENT:                 641,926,510.00           TOTAL REQUIREMENT:                 641,926,510.00

MARGIN CREDIT:                              0.00            MARGIN CREDIT:                              0.00

ROLLED-UP MARGIN DEFICIT:                   0.00            ROLLED-UP MARGIN DEFICIT:                   0.00

EXCESS/DEFICIT:                    269,820,898.72  EXC      EXCESS/DEFICIT:                    269,820,898.72  EXC


        NET PAY/COLLECT AND CASH CONVERSION ACTIVITY


NET PAY/COLLECT:                   358,905,701.00  COL
CASH CONVERSION
  CASH GAINED FROM CONVERSION:              0.00
  CASH USED FOR CONVERSION:                 0.00
DEFICIT:                                    0.00
NET SETTLEMENT:                    358,905,701.00  COL


ENPC450                                 ****CONTINUED ON NEXT PAGE****
```

```
THE OPTIONS CLEARING CORPORATION                    ACTIVITY DATE: 09/22/2008 CYCLE-ID:                      CMO  PAGE  4
ACCOUNT SUMMARY BY CMO                              SYSTEM DATE:   09/20/2008 SYSTEM TIME:  21:52:53         CM   PAGE  4
                                                   REPORT-ID:     0200000000353000740000109222008

NET PAY/COLLECT TOTALS BY CATEGORY

CMO:                  LEHMAN BROTHERS INC.
CLEARING MEMBER:      OCC  00074

SETTLEMENT TIER ACCOUNT:      OCC  00074  F

  PAY/COLLECT TYPE                                                      AMOUNT    PAY/COL

  INDEX CASH DIFFERENCE                                          353,810,801.00   COL
  INDEX CASH FIXED                                                  480,000.00   COL
  STOCK LOAN MARK TO MARKET                                       4,614,900.00   COL
                                                                -----------------
  NET PAY/COLLECT                                               358,905,701.00   COL
```

****CONTINUED ON NEXT PAGE****

ENF0450

```
THE OPTIONS CLEARING CORPORATION          ACTIVITY DATE: 09/22/2008  CYCLE-ID:                              CMO  PAGE  5
ACCOUNT SUMMARY BY CMO                    SYSTEM DATE:   09/20/2008  SYSTEM TIME: 21:52:53                  CM   PAGE  5
                                          REPORT-ID:     02000000035300074000010922008

CMO:                        LEHMAN BROTHERS INC.
CLEARING MEMBER:            OCC  00074

TIER ACCOUNT:              OCC  00074  M
SETTLEMENT TIER ACCOUNT:   OCC  00074  M

     ACCOUNT SUMMARY PRIOR TO CASH CONVERSION                    ACCOUNT SUMMARY AFTER CASH CONVERSION

COLLATERAL TYPE (ALL IN USD)                          COLLATERAL TYPE (ALL IN USD)
 CASH:                                                 CASH:
   USD:                       255,919,157.59             USD:                       252,683,574.59
   FOREIGN:                             0.00             FOREIGN:                             0.00
 CASH TOTAL:                  255,919,157.59           CASH TOTAL:                  252,683,574.59
 GOVERNMENT (GS & GE) TOTAL:   78,415,351.16           GOVERNMENT (GS & GE) TOTAL:   78,415,351.16
 LETTERS OF CREDIT TOTAL:     211,550,000.00           LETTERS OF CREDIT TOTAL:     211,550,000.00
 MONEY MARKET FUNDS TOTAL:              0.00           MONEY MARKET FUNDS TOTAL:              0.00
 VALUED SECURITIES TOTAL:               0.00           VALUED SECURITIES TOTAL:               0.00

TOTAL COLLATERAL VALUE (IN USD):  545,884,508.75      TOTAL COLLATERAL VALUE (IN USD):  542,648,925.75

TOTAL REQUIREMENT:                         0.00       TOTAL REQUIREMENT:                         0.00

MARGIN CREDIT:                             0.00       MARGIN CREDIT:                             0.00

ROLLED-UP MARGIN DEFICIT:        379,138,758.00       ROLLED-UP MARGIN DEFICIT:        379,138,758.00

EXCESS/DEFICIT:                  166,745,750.75  EXC   EXCESS/DEFICIT:                  163,510,167.75  EXC

     NET PAY/COLLECT AND CASH CONVERSION ACTIVITY

NET PAY/COLLECT:                   3,235,583.00  PAY
CASH CONVERSION
  CASH GAINED FROM CONVERSION:             0.00
  CASH USED FOR CONVERSION:        3,235,583.00
  DEFICIT:                                 0.00
  NET SETTLEMENT:                          0.00
=======================================================

ENP0450                                 ****CONTINUED ON NEXT PAGE****
```

```
THE OPTIONS CLEARING CORPORATION                    ACTIVITY DATE: 09/22/2008  CYCLE-ID:                        CMO  PAGE  6
ACCOUNT SUMMARY BY CMO                              SYSTEM DATE:   09/20/2008  SYSTEM TIME: 21:52:53           CM   PAGE  6
                                                   REPORT-ID:     0200000003530007400001092220008

NET PAY/COLLECT TOTALS BY CATEGORY

CMO:                    LEHMAN BROTHERS INC.
CLEARING MEMBER:        OCC  00074

SETTLEMENT TIER ACCOUNT:  OCC  00074 M

     PAY/COLLECT TYPE                                          AMOUNT    PAY/COL

     INDEX CASH DIFFERENCE                                3,235,583.00   PAY

     NET PAY/COLLECT                                      3,235,583.00   PAY


                                        ****CONTINUED ON NEXT PAGE****


ENP0450
```

```
THE OPTIONS CLEARING CORPORATION                        ACTIVITY DATE: 09/22/2008  CYCLE-ID:                    CMO  PAGE  7
ACCOUNT SUMMARY BY CMO                                  SYSTEM DATE:   09/20/2008  SYSTEM TIME: 21:52:53        CM   PAGE  7
                                                        REPORT-ID:     0200000003530007400001092220008

CMO:                      LEHMAN BROTHERS INC.
CLEARING MEMBER:          OCC  00074

TIER ACCOUNT:             OCC  00074 M P
SETTLEMENT TIER ACCOUNT:  OCC  00074 M

          MARGIN ACCOUNT DETAIL


COLLATERAL TYPE (ALL IN USD)
  GOVERNMENT (GS & GE) TOTAL:                0.00
  LETTERS OF CREDIT TOTAL:                   0.00
  MONEY MARKET FUNDS TOTAL:                  0.00
  VALUED SECURITIES TOTAL:                   0.00

TOTAL COLLATERAL VALUE (IN USD):             0.00

TOTAL REQUIREMENT:                 379,138,758.00

MARGIN CREDIT:                               0.00

ROLLED-UP MARGIN DEFICIT:                    0.00

EXCESS/DEFICIT:                    379,138,758.00  DEF



****CONTINUED ON NEXT PAGE****


ENP0450
```

```
THE OPTIONS CLEARING CORPORATION              ACTIVITY DATE: 09/22/2008  CYCLE-ID:                    CMO  PAGE 8
ACCOUNT SUMMARY BY CMO                        SYSTEM DATE:   09/20/2008  SYSTEM TIME: 21:52:53        CM   PAGE 8
                                              REPORT-ID:     0200000003530007400001092220008

CMO:                       LEHMAN BROTHERS INC.
CLEARING MEMBER:           OCC 00074

TIER ACCOUNT:              OCC 00074 Z X
SETTLEMENT TIER ACCOUNT:   OCC 00074 Z X

                  CLEARING FUND ACCOUNT DETAIL


COLLATERAL TYPE (ALL IN USD)
  CASH:
    USD:                               0.00
  CASH TOTAL:                          0.00
  GOVERNMENT (GS) TOTAL:     171,121,642.25

TOTAL COLLATERAL VALUE (IN USD):      171,121,642.25

TOTAL REQUIREMENT:                    170,993,187.75

EXCESS/DEFICIT:                       128,454.50  EXC



                                                            ****END OF DATA****



ENP0450
```

```
THE OPTIONS CLEARING CORPORATION       ACTIVITY DATE: 09/22/2008  CYCLE-ID:                          CMO PAGE  9
ACCOUNT SUMMARY BY CMO                  SYSTEM DATE:   09/20/2008  SYSTEM TIME: 21:52:53              CM  PAGE  1
                                        REPORT-ID:     02000000353000840000109222008

CMO:
CLEARING MEMBER:          LEHMAN BROTHERS INC.
                          OCC 00084

TIER ACCOUNT:             OCC 00084 C
SETTLEMENT TIER ACCOUNT:  OCC 00084 C

   ACCOUNT SUMMARY PRIOR TO CASH CONVERSION                  ACCOUNT SUMMARY AFTER CASH CONVERSION

COLLATERAL TYPE (ALL IN USD)                         COLLATERAL TYPE (ALL IN USD)
CASH:                                                CASH:
  USD:                        33,108,960.00            USD:                        33,108,960.00
  FOREIGN:                             0.00            FOREIGN:                             0.00
CASH TOTAL:                   33,108,960.00          CASH TOTAL:                   33,108,960.00
GOVERNMENT (GS & GE) TOTAL:            0.00          GOVERNMENT (GS & GE) TOTAL:            0.00
LETTERS OF CREDIT TOTAL:         800,000.00          LETTERS OF CREDIT TOTAL:         800,000.00
MONEY MARKET FUNDS TOTAL:              0.00          MONEY MARKET FUNDS TOTAL:              0.00
VALUED SECURITIES TOTAL:               0.00          VALUED SECURITIES TOTAL:               0.00

TOTAL COLLATERAL VALUE (IN USD):  33,908,960.00      TOTAL COLLATERAL VALUE (IN USD):  33,908,960.00

TOTAL REQUIREMENT:               352,402.00          TOTAL REQUIREMENT:               352,402.00

MARGIN CREDIT:                         0.00          MARGIN CREDIT:                         0.00

ROLLED-UP MARGIN DEFICIT:              0.00          ROLLED-UP MARGIN DEFICIT:              0.00

EXCESS/DEFICIT:               33,556,558.00 EXC      EXCESS/DEFICIT:               33,556,558.00 EXC


         NET PAY/COLLECT AND CASH CONVERSION ACTIVITY

NET PAY/COLLECT:                 16,180.00 COL
CASH CONVERSION
  CASH GAINED FROM CONVERSION:          0.00
  CASH USED FOR CONVERSION:             0.00
DEFICIT:                                0.00
NET SETTLEMENT:                  16,180.00 COL
```

****CONTINUED ON NEXT PAGE****

ENP0450

THE OPTIONS CLEARING CORPORATION
ACCOUNT SUMMARY BY CMO

ACTIVITY DATE: 09/22/2008  CYCLE-ID:
SYSTEM DATE:  09/20/2008  SYSTEM TIME: 21:52:53
REPORT-ID:    0200000000353000840000109222008

CMO PAGE 10
CM  PAGE 2

NET PAY/COLLECT TOTALS BY CATEGORY

CMO:
CLEARING MEMBER:          LEHMAN BROTHERS INC.
                          OCC  00084

SETTLEMENT TIER ACCOUNT:  OCC  00084 C

| PAY/COLLECT TYPE | AMOUNT | PAY/COL |
|---|---|---|
| INDEX FUTURES MARK TO MARKET | 16,180.00 | COL |
| NET PAY/COLLECT | 16,180.00 | COL |

****CONTINUED ON NEXT PAGE****

ENP0450

```
THE OPTIONS CLEARING CORPORATION          ACTIVITY DATE: 09/22/2008  CYCLE-ID:                          CMO PAGE 11
ACCOUNT SUMMARY BY CMO                    SYSTEM DATE:   09/20/2008  SYSTEM TIME: 21:52:53              CM  PAGE  3
                                          REPORT-ID:     0200000003530008400000109222008

CMC:
CLEARING MEMBER:         LEHMAN BROTHERS INC.
                         OCC  00084

TIER ACCOUNT:            OCC  00084  F
SETTLEMENT TIER ACCOUNT: OCC  00084  F

        ACCOUNT SUMMARY PRIOR TO CASH CONVERSION                      ACCOUNT SUMMARY AFTER CASH CONVERSION


COLLATERAL TYPE (ALL IN USD)                              COLLATERAL TYPE (ALL IN USD)
  CASH:                                                     CASH:
    USD:                       46,406,394.00                  USD:                       46,406,394.00
    FOREIGN:                            0.00                  FOREIGN:                            0.00
  CASH TOTAL:                  46,406,394.00                CASH TOTAL:                  46,406,394.00
  GOVERNMENT (GS & GE) TOTAL:           0.00                GOVERNMENT (GS & GE) TOTAL:           0.00
  LETTERS OF CREDIT TOTAL:     39,350,000.00                LETTERS OF CREDIT TOTAL:     39,350,000.00
  MONEY MARKET FUNDS TOTAL:             0.00                MONEY MARKET FUNDS TOTAL:             0.00
  VALUED SECURITIES TOTAL:              0.00                VALUED SECURITIES TOTAL:              0.00

TOTAL COLLATERAL VALUE (IN USD):  85,756,394.00            TOTAL COLLATERAL VALUE (IN USD):  85,756,394.00

TOTAL REQUIREMENT:                57,727,824.00            TOTAL REQUIREMENT:                57,727,824.00

MARGIN CREDIT:                             0.00            MARGIN CREDIT:                             0.00

ROLLED-UP MARGIN DEFICIT:                  0.00            ROLLED-UP MARGIN DEFICIT:                  0.00

EXCESS/DEFICIT:                   28,028,570.00 EXC        EXCESS/DEFICIT:                   28,028,570.00 EXC


        NET PAY/COLLECT AND CASH CONVERSION ACTIVITY

NET PAY/COLLECT:                   9,173,290.00 COL
CASH CONVERSION
  CASH GAINED FROM CONVERSION:             0.00
  CASH USED FOR CONVERSION:                0.00
DEFICIT:                                   0.00
NET SETTLEMENT:                    9,173,290.00 COL


ENF0/450                                             ****CONTINUED ON NEXT PAGE****
```

```
THE OPTIONS CLEARING CORPORATION              ACTIVITY DATE: 09/22/2008  CYCLE-ID:                        CMO PAGE 12
ACCOUNT SUMMARY BY CMO                        SYSTEM DATE:   09/20/2008  SYSTEM TIME: 21:52:53             CM  PAGE  4
                                              REPORT-ID:     0200000003530008400001109222008

NET PAY/COLLECT TOTALS BY CATEGORY

CMO:                     LEHMAN BROTHERS INC.
CLEARING MEMBER:         OCC  00084

SETTLEMENT TIER ACCOUNT: OCC  00084 F

   PAY/COLLECT TYPE                                   AMOUNT      PAY/COL

EQUITY FUTURES MARK TO MARKET                       798,640.00       COL
INDEX FUTURES MARK TO MARKET                      8,374,650.00       COL
                                                 _____
NET PAY/COLLECT                                   9,173,290.00       COL
```

****CONTINUED ON NEXT PAGE****

ENP0450

```
THE OPTIONS CLEARING CORPORATION          ACTIVITY DATE: 09/22/2008 CYCLE-ID:                    CMO PAGE 13
ACCOUNT SUMMARY BY CMO                    SYSTEM DATE:   09/20/2008 SYSTEM TIME: 21:52:53         CM  PAGE  5
                                          REPORT-ID:     02000000035300084000010922200
CMO:                LEHMAN BROTHERS INC.
CLEARING MEMBER:      OCC  00084

TIER ACCOUNT:         OCC  00084 M
SETTLEMENT TIER ACCOUNT:  OCC  00084 M

        ACCOUNT SUMMARY PRIOR TO CASH CONVERSION                    ACCOUNT SUMMARY AFTER CASH CONVERSION

COLLATERAL TYPE (ALL IN USD)                          COLLATERAL TYPE (ALL IN USD)
  CASH:                                                  CASH:
    USD:                          0.00                     USD:                        0.00
    FOREIGN:                      0.00                     FOREIGN:                    0.00
  CASH TOTAL:                     0.00                   CASH TOTAL:                   0.00
  GOVERNMENT (GS & GE) TOTAL:     0.00                   GOVERNMENT (GS & GE) TOTAL:   0.00
  LETTERS OF CREDIT TOTAL:        0.00                   LETTERS OF CREDIT TOTAL:      0.00
  MONEY MARKET FUNDS TOTAL:       0.00                   MONEY MARKET FUNDS TOTAL:     0.00
  VALUED SECURITIES TOTAL:        0.00                   VALUED SECURITIES TOTAL:      0.00

TOTAL COLLATERAL VALUE (IN USD):  0.00                 TOTAL COLLATERAL VALUE (IN USD): 0.00

TOTAL REQUIREMENT:                0.00                 TOTAL REQUIREMENT:              0.00

MARGIN CREDIT:                    0.00                 MARGIN CREDIT:                  0.00

ROLLED-UP MARGIN DEFICIT:         0.00                 ROLLED-UP MARGIN DEFICIT:       0.00

EXCESS/DEFICIT:                   0.00                 EXCESS/DEFICIT:                 0.00

        NET PAY/COLLECT AND CASH CONVERSION ACTIVITY

NET PAY/COLLECT:                  0.00
CASH CONVERSION
  CASH GAINED FROM CONVERSION:    0.00
  CASH USED FOR CONVERSION:       0.00
DEFICIT:                          0.00
NET SETTLEMENT:                   0.00

                                          ****CONTINUED ON NEXT PAGE****

ENP0450
```

THE OPTIONS CLEARING CORPORATION
ACCOUNT SUMMARY BY CMO

NET PAY/COLLECT TOTALS BY CATEGORY

CMO:
CLEARING MEMBER:          LEHMAN BROTHERS INC.
                          OCC  00084

SETTLEMENT TIER ACCOUNT:  OCC  00084  M

ACTIVITY DATE: 09/22/2008  CYCLE-ID:
SYSTEM DATE:   09/20/2008  SYSTEM TIME: 21:52:53
REPORT-ID:                0200000000353000840000109222008

CMO PAGE 14
CM  PAGE  6

| PAY/COLLECT TYPE | AMOUNT | PAY/COL |
|---|---|---|
| NET PAY/COLLECT | 0.00 | |

****CONTINUED ON NEXT PAGE****

ENP0450

```
THE OPTIONS CLEARING CORPORATION                    ACTIVITY DATE: 09/22/2008  CYCLE-ID:                      CMO PAGE 15
ACCOUNT SUMMARY BY CMO                              SYSTEM DATE:   09/20/2008  SYSTEM TIME: 21:52:53           CM  PAGE  7
                                                   REPORT-ID:     0200000003530008400001092220008

CMO:                              LEHMAN BROTHERS INC.
CLEARING MEMBER:                  OCC  00084

TIER ACCOUNT:                     OCC  00084  M  P
SETTLEMENT TIER ACCOUNT:          OCC  00084  M

                      MARGIN ACCOUNT DETAIL


COLLATERAL TYPE (ALL IN USD)
  GOVERNMENT (GS & GE) TOTAL:             0.00
  LETTERS OF CREDIT TOTAL:                0.00
  MONEY MARKET FUNDS TOTAL:               0.00
  VALUED SECURITIES TOTAL:                0.00

TOTAL COLLATERAL VALUE (IN USD):         0.00

TOTAL REQUIREMENT:                        0.00

MARGIN CREDIT:                            0.00

ROLLED-UP MARGIN DEFICIT:                 0.00

EXCESS/DEFICIT:                           0.00




                                    ****END OF DATA****




ENP0450
```

THE OPTIONS CLEARING CORPORATION
ACCOUNT SUMMARY BY CMO

ACTIVITY DATE: 09/22/2008 CYCLE-ID:
SYSTEM DATE: 09/20/2008 SYSTEM TIME: 21:52:53
REPORT-ID:      0200000000353002730000109222008

CMO PAGE 16
CM  PAGE 1

CMO:
CLEARING MEMBER:          LEHMAN BROTHERS INC.
                          OCC  02273

TIER ACCOUNT:             OCC  02273 C
SETTLEMENT TIER ACCOUNT:  OCC  02273 C

        ACCOUNT SUMMARY PRIOR TO CASH CONVERSION                    ACCOUNT SUMMARY AFTER CASH CONVERSION

COLLATERAL TYPE (ALL IN USD)                            COLLATERAL TYPE (ALL IN USD)
 CASH:                                                   CASH:
  USD:                            4,880,701.00            USD:                            4,880,701.00
  FOREIGN:                                0.00            FOREIGN:                                0.00
 CASH TOTAL:                      4,880,701.00           CASH TOTAL:                      4,880,701.00
 GOVERNMENT (GS & GE) TOTAL:              0.00           GOVERNMENT (GS & GE) TOTAL:              0.00
 LETTERS OF CREDIT TOTAL:                 0.00           LETTERS OF CREDIT TOTAL:                 0.00
 MONEY MARKET FUNDS TOTAL:                0.00           MONEY MARKET FUNDS TOTAL:                0.00
 VALUED SECURITIES TOTAL:                 0.00           VALUED SECURITIES TOTAL:                 0.00

TOTAL COLLATERAL VALUE (IN USD):  4,880,701.00         TOTAL COLLATERAL VALUE (IN USD):  4,880,701.00

TOTAL REQUIREMENT:                  770,881.00         TOTAL REQUIREMENT:                  770,881.00

MARGIN CREDIT:                            0.00         MARGIN CREDIT:                            0.00

ROLLED-UP MARGIN DEFICIT:                 0.00         ROLLED-UP MARGIN DEFICIT:                 0.00

EXCESS/DEFICIT:                   4,109,820.00 EXC     EXCESS/DEFICIT:                   4,109,820.00 EXC

    NET PAY/COLLECT AND CASH CONVERSION ACTIVITY

NET PAY/COLLECT:                          0.00
CASH CONVERSION
 CASH GAINED FROM CONVERSION:             0.00
 CASH USED FOR CONVERSION:                0.00
DEFICIT:                                  0.00
NET SETTLEMENT:                           0.00

ENP0450                              ****CONTINUED ON NEXT PAGE****

```
THE OPTIONS CLEARING CORPORATION           ACTIVITY DATE: 09/22/2008  CYCLE-ID:                    CMO PAGE 17
ACCOUNT SUMMARY BY CMO                     SYSTEM DATE:   09/20/2008  SYSTEM TIME: 21:52:53        CM  PAGE  2
                                           REPORT-ID:     020000000353002730000109222008

NET PAY/COLLECT TOTALS BY CATEGORY

CMO:               LEHMAN BROTHERS INC.
CLEARING MEMBER:   OCC  00273

SETTLEMENT TIER ACCOUNT:    OCC  00273 C

    PAY/COLLECT TYPE                                       AMOUNT    PAY/COL
    _____                                     _____

    NET PAY/COLLECT                                         0.00



                                        ****CONTINUED ON NEXT PAGE****


ENP0/450
```

```
THE OPTIONS CLEARING CORPORATION                ACTIVITY DATE: 09/22/2008 CYCLE-ID:                          CMO PAGE 18
ACCOUNT SUMMARY BY CMO                          SYSTEM DATE:   09/20/2008 SYSTEM TIME: 21:52:53             CM  PAGE  3
                                                REPORT-ID:     020000000353002730000109222008

CMO:
CLEARING MEMBER:           LEHMAN BROTHERS INC.
                           OCC  00273

TIER ACCOUNT:              OCC  00273  F
SETTLEMENT TIER ACCOUNT:   OCC  00273  F

        ACCOUNT SUMMARY PRIOR TO CASH CONVERSION                        ACCOUNT SUMMARY AFTER CASH CONVERSION

COLLATERAL TYPE (ALL IN USD)                            COLLATERAL TYPE (ALL IN USD)
CASH:                                                   CASH:
   USD:                          0.00                      USD:                          0.00
   FOREIGN:                      0.00                      FOREIGN:                      0.00
CASH TOTAL:                      0.00                   CASH TOTAL:                      0.00
GOVERNMENT (GS & GE) TOTAL:      0.00                   GOVERNMENT (GS & GE) TOTAL:      0.00
LETTERS OF CREDIT TOTAL:         0.00                   LETTERS OF CREDIT TOTAL:         0.00
MONEY MARKET FUNDS TOTAL:        0.00                   MONEY MARKET FUNDS TOTAL:        0.00
VALUED SECURITIES TOTAL:         0.00                   VALUED SECURITIES TOTAL:         0.00

TOTAL COLLATERAL VALUE (IN USD): 0.00                  TOTAL COLLATERAL VALUE (IN USD): 0.00

TOTAL REQUIREMENT:               0.00                  TOTAL REQUIREMENT:                0.00

MARGIN CREDIT:                   0.00                  MARGIN CREDIT:                    0.00

ROLLED-UP MARGIN DEFICIT:        0.00                  ROLLED-UP MARGIN DEFICIT:         0.00

EXCESS/DEFICIT:                  0.00                  EXCESS/DEFICIT:                   0.00

        NET PAY/COLLECT AND CASH CONVERSION ACTIVITY

NET PAY/COLLECT:                 0.00
CASH CONVERSION
CASH GAINED FROM CONVERSION:     0.00
CASH USED FOR CONVERSION:        0.00
DEFICIT:                         0.00
NET SETTLEMENT:                  0.00
```

****CONTINUED ON NEXT PAGE****

ENP0450

THE OPTIONS CLEARING CORPORATION
ACCOUNT SUMMARY BY CMO

ACTIVITY DATE: 09/22/2008  CYCLE-ID:
SYSTEM DATE:   09/20/2008  SYSTEM TIME: 21:52:53
REPORT-ID:     0200000003530027300000109222008

CMO PAGE 19
CM  PAGE  4

NET PAY/COLLECT TOTALS BY CATEGORY

CMO:               LEHMAN BROTHERS INC.
CLEARING MEMBER:   OCC 00273

SETTLEMENT TIER ACCOUNT:   OCC 00273 F

| PAY/COLLECT TYPE | AMOUNT | PAY/COL |
|---|---|---|
| NET PAY/COLLECT | 0.00 | |

****CONTINUED ON NEXT PAGE****

ENP0450

```
THE OPTIONS CLEARING CORPORATION          ACTIVITY DATE: 09/22/2008 CYCLE-ID:                              CMO PAGE 20
ACCOUNT SUMMARY BY CMO                    SYSTEM DATE:   09/20/2008 SYSTEM TIME: 21:52:53                  CM  PAGE  5
                                          REPORT-ID:     0200000003530027300001092220008
CMO:                  LEHMAN BROTHERS INC.
CLEARING MEMBER:      OCC 00273

TIER ACCOUNT:         OCC  00273 M
SETTLEMENT TIER ACCOUNT:  OCC  00273 M

      ACCOUNT SUMMARY PRIOR TO CASH CONVERSION                              ACCOUNT SUMMARY AFTER CASH CONVERSION

COLLATERAL TYPE (ALL IN USD)                                     COLLATERAL TYPE (ALL IN USD)
  CASH:                                                            CASH:
    USD:                              0.00                           USD:                              0.00
    FOREIGN:                          0.00                           FOREIGN:                          0.00
  CASH TOTAL:                         0.00                         CASH TOTAL:                         0.00
  GOVERNMENT (GS & GE) TOTAL:         0.00                         GOVERNMENT (GS & GE) TOTAL:         0.00
  LETTERS OF CREDIT TOTAL:            0.00                         LETTERS OF CREDIT TOTAL:            0.00
  MONEY MARKET FUNDS TOTAL:           0.00                         MONEY MARKET FUNDS TOTAL:           0.00
  VALUED SECURITIES TOTAL:            0.00                         VALUED SECURITIES TOTAL:            0.00

TOTAL COLLATERAL VALUE (IN USD):      0.00                       TOTAL COLLATERAL VALUE (IN USD):      0.00

TOTAL REQUIREMENT:                    0.00                       TOTAL REQUIREMENT:                    0.00

MARGIN CREDIT:                        0.00                       MARGIN CREDIT:                        0.00

ROLLED-UP MARGIN DEFICIT:             0.00                       ROLLED-UP MARGIN DEFICIT:             0.00

EXCESS/DEFICIT:                       0.00                       EXCESS/DEFICIT:                       0.00


      NET PAY/COLLECT AND CASH CONVERSION ACTIVITY

NET PAY/COLLECT:                      0.00
CASH CONVERSION
  CASH GAINED FROM CONVERSION:        0.00
  CASH USED FOR CONVERSION:           0.00
DEFICIT:                              0.00
NET SETTLEMENT:                       0.00


ENP0450                                   ****CONTINUED ON NEXT PAGE****
```

THE OPTIONS CLEARING CORPORATION
ACCOUNT SUMMARY BY CMO

ACTIVITY DATE: 09/22/2008  CYCLE-ID:
SYSTEM DATE:  09/20/2008  SYSTEM TIME: 21:52:53
REPORT-ID:    0200000035300273000010922200B

CMO PAGE 21
CM  PAGE 6

NET PAY/COLLECT TOTALS BY CATEGORY

CMO:
CLEARING MEMBER:        LEHMAN BROTHERS INC.
                        OCC  00273

SETTLEMENT TIER ACCOUNT:    OCC  00273 M

| PAY/COLLECT TYPE | AMOUNT | PAY/COL |
|---|---|---|
| NET PAY/COLLECT | 0.00 | |

****CONTINUED ON NEXT PAGE****

ENP0450

THE OPTIONS CLEARING CORPORATION
ACCOUNT SUMMARY BY CMO

CMO PAGE 22
CM  PAGE 7

ACTIVITY DATE: 09/22/2008  CYCLE-ID:
SYSTEM DATE: 09/20/2008  SYSTEM TIME: 21:52:53
REPORT-ID:  02000000353002730000109222008

CMO:
CLEARING MEMBER:        LEHMAN BROTHERS INC.
                        OCC  OO273

TIER ACCOUNT:           OCC  OO273 M N
SETTLEMENT TIER ACCOUNT: OCC  OO273 M

MARGIN ACCOUNT DETAIL

COLLATERAL TYPE (ALL IN USD)
GOVERNMENT (GS & GE) TOTAL:                0.00
LETTERS OF CREDIT TOTAL:                   0.00
MONEY MARKET FUNDS TOTAL:                  0.00
VALUED SECURITIES TOTAL:                   0.00

TOTAL COLLATERAL VALUE (IN USD):           0.00

TOTAL REQUIREMENT:                         0.00

MARGIN CREDIT:                             0.00

ROLLED-UP MARGIN DEFICIT:                  0.00

EXCESS/DEFICIT:                            0.00

****END OF DATA****

ENP0450

THE OPTIONS CLEARING CORPORATION
COLLATERAL INVENTORY BY CMO

CMO PAGE 1

CMO:        LEHMAN BROTHERS INC.

TOTALS BY CURRENCY    USD

ACTIVITY DATE: 09/19/2008    CYCLE-ID:
SYSTEM DATE:   09/19/2008    SYSTEM TIME: 21:02:22
REPORT-ID:     0200000003530000000000009192008

| COLLATERAL TYPE | RECORD QTY | FACE VALUE | QUANTITY | CONTRACT QTY |
|---|---|---|---|---|
| LETTERS OF CREDIT | 7 | 252,200,000.00 | | |
| CASH | 6 | 1,081,685,547.47 | | |
| GOVERNMENTS (GS & GE) | 15 | 814,295,000 | | |
| MONEY MARKET FUNDS (SHRS) | 0 | | 0 | |
| VALUED SECURITIES | 0 | | 0 | |
| SPECIFIC DEPOSITS | 273 | | 7,733,700 | |
| ESCROW DEPOSITS | 20 | | | 3,116 |

****CONTINUED ON NEXT PAGE****

ENP0450

THE OPTIONS CLEARING CORPORATION
COLLATERAL INVENTORY BY CMO

ACTIVITY DATE: 09/19/2008 CYCLE-ID:
SYSTEM DATE: 09/19/2008 SYSTEM TIME: 21:02:22
REPORT-ID:    02000000035300000000009192008

CMO PAGE 2

CMO:    LEHMAN BROTHERS INC.

COLLATERAL TYPE:    LETTERS OF CREDIT

| ASSET MANAGER | LC# | RSTR | ISSUE DATE | EXP DATE | FACE VALUE | FV CURN | MARKET VALUE | COLLATERAL VALUE |
|---|---|---|---|---|---|---|---|---|
| ANZBUS33XXX | SO4743/8200 | | 09/01/2008 | 03/01/2009 | 0.00 | USD | 0.00 | 0.00 |
| ANZBUS33XXX | SO4744/8200 | | 09/01/2008 | 03/01/2009 | 0.00 | USD | 0.00 | 0.00 |
| BNPAUS3NXXX | 91903950 | | 08/28/2008 | 03/01/2009 | 800,000.00 | USD | 800,000.00 | 800,000.00 |
| | CG CM# AT ID | | | | | | | |
| | OCC 00084 C | | | | 800,000.00 | | 800,000.00 | 800,000.00 |
| BNPAUS3NXXX | 91903955 | | 08/28/2008 | 03/01/2009 | 251,400,000.00 | USD | 251,400,000.00 | 251,400,000.00 |
| | CG CM# AT ID | | | | | | | |
| | OCC 00074 F | | | | 500,000.00 | | 500,000.00 | 500,000.00 |
| | OCC 00074 M | | | | 211,550,000.00 | | 211,550,000.00 | 211,550,000.00 |
| | OCC 00084 F | | | | 39,350,000.00 | | 39,350,000.00 | 39,350,000.00 |
| BOTKUS33XXX | SO15193 | | 09/01/2008 | 03/01/2009 | 0.00 | USD | 0.00 | 0.00 |
| HYVEUS33XXX | SB237405 | | 09/03/2008 | 03/01/2009 | 0.00 | USD | 0.00 | 0.00 |
| LOYDUS33NYB | NYSB2008730 | | 09/01/2008 | 03/01/2009 | 0.00 | USD | 0.00 | 0.00 |
| USD TOTAL | | | | | 252,200,000.00 | | 252,200,000.00 | 252,200,000.00 |
| GRAND TOTAL | | | | | 252,200,000.00 | | 252,200,000.00 | 252,200,000.00 |

****CONTINUED ON NEXT PAGE****

ENP0450

THE OPTIONS CLEARING CORPORATION
COLLATERAL INVENTORY BY CMO

ACTIVITY DATE: 09/19/2008   CYCLE-ID:
SYSTEM DATE:   09/19/2008   SYSTEM TIME: 21:02:22
REPORT-ID:           0200000003530007400001091920008

CMO PAGE 3
CM  PAGE 1

CMO:
CLEARING MEMBER:    LEHMAN BROTHERS INC.
                    OCC  00074

COLLATERAL TYPE:    CASH

| AT | ID | ASSET MANAGER | SEG CASH | FACE VALUE | FV CURN | MARKET VALUE | COLLATERAL VALUE |
|----|----|----|----|----|----|----|----|
| C | | BOFAUS6SXXX | | 162,681,324.65 | USD | 162,681,324.65 | 162,681,324.65 |
| F | | BOFAUS6SXXX | | 578,689,010.23 | USD | 578,689,010.23 | 578,689,010.23 |
| M | | BOFAUS6SXXX | | 255,919,157.59 | USD | 255,919,157.59 | 255,919,157.59 |
| USD TOTAL | | | | 997,289,492.47 | | 997,289,492.47 | 997,289,492.47 |
| CM TOTAL | | | | 997,289,492.47 | | 997,289,492.47 | 997,289,492.47 |

****CONTINUED ON NEXT PAGE****

ENP0450

```
THE OPTIONS CLEARING CORPORATION          ACTIVITY DATE: 09/19/2008  CYCLE-ID:                        CMO PAGE 4
COLLATERAL INVENTORY BY CMO               SYSTEM DATE:   09/19/2008  SYSTEM TIME: 21:02:22            CM  PAGE 2
                                          REPORT-ID:     02000000035300074000010919200B

CMO:
CLEARING MEMBER:   LEHMAN BROTHERS INC.
                   OCC  00074

COLLATERAL TYPE:   GOVERNMENTS (GS & GE)
```

| ASSET MANAGER | PLGR ACCT CUSIP | GOV CT TYPE | COUPON RATE | MAT DATE | SUB TYPE | FACE VALUE | FV CURN | MARKET VALUE | COLLATERAL VALUE |
|---|---|---|---|---|---|---|---|---|---|
| AT: C  ID: | | | | | | | | | |
| CHASUS33XXX | 912810FD5 | GS BOND | 3.625 | 04/15/2028 | PR | 59,175,000 | USD | 96,873,025.50 | 92,029,374.23 |
| CHASUS33XXX | 912810FR4 | GS BOND | 2.375 | 01/15/2025 | PR | 175,000,000 | USD | 207,135,250.00 | 196,778,487.50 |
| CHASUS33XXX | 912810FS2 | GS BOND | 2.000 | 01/15/2026 | PR | 55,560,000 | USD | 58,872,487.20 | 55,928,862.84 |
| AT: F  ID: | | | | | | | | | |
| CHASUS33XXX | 912810FH6 | GS BOND | 3.875 | 04/15/2029 | PR | 86,585,000 | USD | 144,880,082.95 | 137,636,078.80 |
| CHASUS33XXX | 912810FR4 | GS BOND | 2.375 | 01/15/2025 | PR | 119,445,000 | USD | 141,378,685.35 | 134,309,751.08 |
| CHASUS33XXX | 912810FR4 | GS BOND | 2.375 | 01/15/2025 | PR | 26,260,000 | USD | 31,082,123.80 | 29,528,751.61 |
| CHASUS33XXX | 912810PV4 | GS BOND | 1.750 | 01/15/2028 | PR | 34,000,000 | USD | 32,720,580.00 | 31,084,551.00 |
| AT: M  ID: | | | | | | | | | |
| CHASUS33XXX | 912810PV3 | GS BOND | 1.750 | 01/15/2028 | PR | 85,770,000 | USD | 82,542,474.90 | 78,415,351.16 |
| AT: Z  ID: X | | | | | | | | | |
| CHASUS33XXX | 912795G88 | GS BILL | | 10/02/2008 | PR | 19,000,000 | USD | 18,996,200.00 | 18,901,219.00 |
| CHASUS33XXX | 912795H95 | GS BILL | | 12/04/2008 | PR | 42,000,000 | USD | 41,869,800.00 | 41,660,451.00 |
| CHASUS33XXX | 912795J38 | GS BILL | | 12/11/2008 | PR | 41,000,000 | USD | 40,901,600.00 | 40,697,092.00 |
| CHASUS33XXX | 912795J36 | GS BILL | | 12/18/2008 | PR | 14,500,000 | USD | 14,466,650.00 | 14,394,316.75 |
| CHASUS33XXX | 912795J44 | GS BILL | | 12/26/2008 | PR | 25,000,000 | USD | 24,997,500.00 | 24,773,012.50 |
| CHASUS33XXX | 912795S93 | GS BILL | | 01/29/2009 | PR | 28,000,000 | USD | 27,868,400.00 | 27,773,018.00 |
| CHASUS33XXX | 912795K59 | GS BILL | | 02/26/2009 | PR | 3,000,000 | USD | 2,981,400.00 | 2,966,493.00 |
| GS TOTAL | | | | | | 814,295,000 | | 967,466,259.70 | 926,832,116.47 |
| GE TOTAL | | | | | | 0 | | 0.00 | 0.00 |
| USD TOTAL | | | | | | 814,295,000 | | 967,466,259.70 | 926,832,116.47 |
| CM TOTAL | | | | | | 814,295,000 | | 967,466,259.70 | 926,832,116.47 |

****CONTINUED ON NEXT PAGE****

ENF0450

THE OPTIONS CLEARING CORPORATION
COLLATERAL INVENTORY BY CMO

CMO:
CLEARING MEMBER:    LEHMAN BROTHERS INC.
                    OCC 00074

COLLATERAL TYPE:    MONEY MARKET FUNDS

ACTIVITY DATE: 09/19/2008  CYCLE-ID:
SYSTEM DATE:   09/19/2008  SYSTEM TIME: 21:02:22
REPORT-ID:     0200000003530007400001109192008

CMO PAGE 5
CM  PAGE 3

| AT | ID | ASSET MANAGER | PLGR ACCT | CUSIP | SEC SYMB | SEC CURN | SHARE QTY | MARKET VALUE | COLLATERAL VALUE |
|---|---|---|---|---|---|---|---|---|---|

NO DATA

****CONTINUED ON NEXT PAGE****

ENP0450

```
THE OPTIONS CLEARING CORPORATION                 ACTIVITY DATE: 09/19/2008  CYCLE-ID:                      CMO PAGE  6
COLLATERAL INVENTORY BY CMO                      SYSTEM DATE:   09/19/2008  SYSTEM TIME: 21:02:22           CM  PAGE  4
                                                 REPORT-ID:     02000000035300074000001091920008

CMO:
CLEARING MEMBER:       LEHMAN BROTHERS INC.
                       OCC  00074

COLLATERAL TYPE:       VALUED SECURITIES

                 ASSET        PLGR                       SEC    SEC
AT   ID          MANAGER      ACCT    CUSIP    RSTR  SYMB  CURN  CLASS  EQ TYPE          QUANTITY        MARKET VALUE


NO DATA


                                                                  ****CONTINUED ON NEXT PAGE****



ENP04S0
```

```
THE OPTIONS CLEARING CORPORATION                 ACTIVITY DATE: 09/19/2008   CYCLE-ID:                    CMO PAGE 7
COLLATERAL INVENTORY BY CMO                      SYSTEM DATE:   09/19/2008   SYSTEM TIME: 21:02:22       CM  PAGE 5
CMO:                                             REPORT-ID:     0200000000353000740000010919200 8
CLEARING MEMBER:    LEHMAN BROTHERS INC.
                    OCC 00074

COLLATERAL TYPE:    SPECIFIC DEPOSITS
```

| AT | ID | ASSET MANAGER | PLGR ACCT | CUSIP | RSTR | SEC SYMB | SEC CURN | OPT SYMB | C P | SER/CTR DATE | STRIKE | EXP DATE | SHARE QTY | MARKET VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C | | DTCCUS33XXX | 2669 | G7945J104 | | STX | USD | STX | C | 01/17/2009 | 17 4/8 | 01/17/2009 | 28,100 | 361,085.00 |
| C | | DTCCUS33XXX | 2669 | G7945J104 | | STX | USD | STX | C | 12/20/2008 | 22 4/8 | 12/20/2008 | 50,500 | 648,925.00 |
| C | | DTCCUS33XXX | 2669 | G7945J104 | | STX | USD | STX | C | 01/17/2009 | 25 | 01/17/2009 | 50,500 | 648,925.00 |
| C | | DTCCUS33XXX | 2146 | 001765106 | | AMR | USD | AMR | C | 09/20/2008 | 10 | 09/20/2008 | 80,000 | 1,035,200.00 |
| C | | DTCCUS33XXX | 2146 | 001765106 | | AMR | USD | AMR | C | 11/22/2008 | 15 | 11/22/2008 | 80,000 | 1,035,200.00 |
| C | | DTCCUS33XXX | 2669 | 002896207 | | ANF | USD | ANF | C | 11/22/2008 | 60 | 11/22/2008 | 13,200 | 582,120.00 |
| C | | DTCCUS33XXX | 2316 | 018490102 | | AGN | USD | AGN | C | 09/20/2008 | 60 | 09/20/2008 | 3,000 | 176,040.00 |
| C | | DTCCUS33XXX | 2170 | 025537101 | | AEP | USD | AEP | C | 01/17/2009 | 45 | 01/17/2009 | 4,100 | 156,538.00 |
| C | | DTCCUS33XXX | 2669 | 026874107 | | AIG | USD | AIG | C | 11/22/2008 | 39 | 11/22/2008 | 34,800 | 133,980.00 |
| C | | DTCCUS33XXX | 2669 | 031162100 | | AMGN | USD | AMQ | C | 10/18/2008 | 50 | 10/18/2008 | 2,200 | 131,934.00 |
| C | | DTCCUS33XXX | 2669 | 031162100 | | AMGN | USD | YAA | C | 10/18/2008 | 55 | 10/18/2008 | 24,900 | 1,493,253.00 |
| C | | DTCCUS33XXX | 2669 | 031162100 | | AMGN | USD | YAA | C | 09/20/2008 | 65 | 09/20/2008 | 55,100 | 3,304,347.00 |
| C | | DTCCUS33XXX | 2450 | 031162100 | | AMGN | USD | YAA | C | 01/17/2009 | 75 | 01/17/2009 | 102,500 | 6,146,925.00 |
| C | | DTCCUS33XXX | 2139 | 032511107 | | APC | USD | APC | C | 09/20/2008 | 65 | 09/20/2008 | 45,000 | 2,600,100.00 |
| C | | DTCCUS33XXX | 2139 | 032511107 | | APC | USD | APC | C | 01/17/2009 | 70 | 01/17/2009 | 22,500 | 1,300,050.00 |
| C | | DTCCUS33XXX | 2139 | 032511107 | | APC | USD | APC | C | 01/17/2009 | 80 | 01/17/2009 | 10,900 | 629,802.00 |
| C | | DTCCUS33XXX | 2316 | 037411105 | | APA | USD | APA | C | 01/17/2009 | 100 | 01/17/2009 | | 60,575.00 |
| C | | DTCCUS33XXX | 2316 | 037411105 | | APA | USD | APA | C | 01/17/2009 | 140 | 01/17/2009 | 1,500 | 161,725.00 |

****CONTINUED ON NEXT PAGE****

ENP0450

```
THE OPTIONS CLEARING CORPORATION          ACTIVITY DATE: 09/19/2008  CYCLE-ID:                        CMO PAGE 8
COLLATERAL INVENTORY BY CMO               SYSTEM DATE:   09/19/2008  SYSTEM TIME: 21:02:22            CM  PAGE 6
                                          REPORT-ID:     0200000003530007400001091920008

CMO:
CLEARING MEMBER:   LEHMAN BROTHERS INC.
                   OCC 00074

COLLATERAL TYPE:   SPECIFIC DEPOSITS
```

| AT | ID | ASSET MANAGER | PLGR ACCT | CUSIP | RSTR | SEC SYMB | SEC CURN | OPT SYMB | C P | SER/CTR DATE | STRIKE | EXP DATE | SHARE QTY / MARKET VALUE |
|----|----|---------------|-----------|-------|------|----------|----------|----------|-----|--------------|--------|----------|--------------------------|
| C | | DTCCUS333XXX | 2139 | 037833100 | | AAPL | USD | APV | C | 10/18/2008 | 190 | 10/18/2008 | 1,000 / 140,910.00 |
| C | | DTCCUS333XXX | 2139 | 03938L104 | | MT | USD | MT | C | 01/17/2009 | 40 | 01/17/2009 | 9,100 / 591,500.00 |
| C | | DTCCUS333XXX | 2139 | 03938L104 | | MT | USD | MT | C | 01/17/2009 | 60 | 01/17/2009 | 23,200 / 1,508,000.00 |
| C | | DTCCUS333XXX | 0901 | 053611109 | | AVY | USD | AVY | C | 09/20/2008 | 50 | 09/20/2008 | 1,000 / 698,250.00 |
| C | | DTCCUS333XXX | 2316 | 055622104 | | BP | USD | BP | C | 01/17/2009 | 75 | 01/17/2009 | 12,600 / 687,330.00 |
| C | | DTCCUS333XXX | 2316 | 060505104 | | BAC | USD | BAC | C | 01/17/2009 | 40 | 01/17/2009 | 21,000 / 787,080.00 |
| C | | DTCCUS333XXX | 2139 | 060505104 | | BAC | USD | BAC | C | 01/17/2009 | 42 4/8 | 01/17/2009 | 600 / 22,488.00 |
| C | | DTCCUS333XXX | 2139 | 067383109 | | BCR | USD | BCR | C | 01/17/2009 | 90 | 01/17/2009 | 1,000 / 94,980.00 |
| C | | DTCCUS333XXX | 0901 | 086516101 | | BBY | USD | BBY | C | 09/20/2008 | 50 | 09/20/2008 | 6,500 / 269,685.00 |
| C | | DTCCUS333XXX | 0992 | 086516101 | | BBY | USD | BBY | C | 09/20/2008 | 50 | 09/20/2008 | 32,000 / 1,327,680.00 |
| C | | DTCCUS333XXX | 2170 | 097023105 | | BA | USD | 8BA 12 | C | 09/12/2011 | 80 | 09/12/2011 | 20,000 / 1,195,200.00 |
| C | | DTCCUS333XXX | 2669 | 109641100 | | EAT | USD | EAT | C | 01/17/2009 | 22 4/8 | 01/17/2009 | 23,900 / 498,076.00 |
| C | | DTCCUS333XXX | 2669 | 109641100 | | EAT | USD | EAT | C | 10/18/2008 | 22 4/8 | 10/18/2008 | 4,100 / 85,444.00 |
| C | | DTCCUS333XXX | 2170 | 125509109 | | CI | USD | CI | C | 01/17/2009 | 36 5/8 | 01/17/2009 | 12,900 / 475,365.00 |
| C | | DTCCUS333XXX | 2669 | 125509109 | | CI | USD | CI | C | 10/18/2008 | 50 | 10/18/2008 | 20,500 / 755,425.00 |
| C | | DTCCUS333XXX | 2316 | 126650100 | | CVS | USD | CVS | C | 09/20/2008 | 37 4/8 | 09/20/2008 | 4,000 / 144,440.00 |
| C | | DTCCUS333XXX | 2316 | 126650100 | | CVS | USD | CVS | C | 11/22/2008 | 40 | 11/22/2008 | 800 / 28,888.00 |
| C | | DTCCUS333XXX | 2139 | 134429109 | | CPB | USD | CPB | C | 01/17/2009 | 45 | 01/17/2009 | 1,100 / 42,460.00 |

****CONTINUED ON NEXT PAGE****

ENP0450

```
THE OPTIONS CLEARING CORPORATION          ACTIVITY DATE: 09/19/2008  CYCLE-ID:                      CMO PAGE 9
COLLATERAL INVENTORY BY CMO               SYSTEM DATE:   09/19/2008  SYSTEM TIME: 21:02:22           CM  PAGE 7
                                          REPORT-ID:     0200000003530007400001091920008

CMO:
CLEARING MEMBER:   LEHMAN BROTHERS INC.
                   OCC  00074

COLLATERAL TYPE:   SPECIFIC DEPOSITS
```

|    |          |      |           |      |      |      |      |   |  SERIES   |        |          | SHARE QTY |              |
|----|----------|------|-----------|------|------|------|------|---|-----------|--------|----------|-----------|--------------|
| AT | ASSET    | PLGR | CUSIP     | RSTR | SEC  | SEC  | OPT  | C | SER/CTR   | STRIKE | EXP      |           |              |
| ID | MANAGER  | ACCT |           |      | SYMB | CURN | SYMB | P | DATE      |        | DATE     |           | MARKET VALUE |
| C | DTCCUS33XXX | 0992 | 143658300 | | CCL | USD | CCL | C | 10/18/2008 | 40 | 10/18/2008 | 300 | 11,928.00 |
| C | DTCCUS33XXX | 2316 | 166764100 | | CVX | USD | CVX | C | 12/20/2008 | 100 | 12/20/2008 | 1,400 | 122,920.00 |
| C | DTCCUS33XXX | 2316 | 166764100 | | CVX | USD | CVX | C | 09/20/2008 | 100 | 09/20/2008 | 1,000 | 87,801.00 |
| C | DTCCUS33XXX | 2316 | 166764100 | | CVX | USD | CVX | C | 09/20/2008 | 115 | 09/20/2008 | 400 | 35,120.00 |
| C | DTCCUS33XXX | 2316 | 166764100 | | CVX | USD | CVX | C | 09/20/2008 | 85 | 09/20/2008 | 500 | 43,900.00 |
| C | DTCCUS33XXX | 2139 | 166764100 | | CVX | USD | CVX | C | 01/17/2009 | 90 | 01/17/2009 | 2,000 | 175,600.00 |
| C | DTCCUS33XXX | 2316 | 166764100 | | CVX | USD | CVX | C | 09/20/2008 | 95 | 09/20/2008 | 1,700 | 149,260.00 |
| C | DTCCUS33XXX | 2316 | 166764100 | | CVX | USD | CVX | C | 01/17/2009 | 95 | 01/17/2009 | 1,400 | 122,920.00 |
| C | DTCCUS33XXX | 2669 | 171046105 | | CBK | USD | CBK | C | 12/20/2008 | 10 | 12/20/2008 | 34,900 | 400,303.00 |
| C | DTCCUS33XXX | 2669 | 171046105 | | CBK | USD | CBK | C | 09/20/2008 | 10 | 09/20/2008 | 52,800 | 605,616.00 |
| C | DTCCUS33XXX | 2316 | 171046105 | | CBK | USD | CBK | C | 12/20/2008 | 12 4/8 | 12/20/2008 | 114,600 | 1,314,462.00 |
| C | DTCCUS33XXX | 2139 | 17275R102 | | CSCO | USD | CWY | C | 01/17/2009 | 30 | 01/17/2009 | 1,000 | 24,290.00 |
| C | DTCCUS33XXX | 2139 | 17275R102 | | CSCO | USD | CWY | C | 01/17/2009 | 30 | 01/17/2009 | 1,900 | 46,153.00 |
| C | DTCCUS33XXX | 2669 | 172967101 | | C | USD | C | C | 09/20/2008 | 22 4/8 | 09/20/2008 | 33,800 | 697,970.00 |
| C | DTCCUS33XXX | 2316 | 172967101 | | C | USD | C | C | 09/20/2008 | 22 4/8 | 09/20/2008 | 4,200 | 86,730.00 |
| C | DTCCUS33XXX | 2669 | 172967101 | | C | USD | C | C | 09/20/2008 | 25 | 09/20/2008 | 1,200 | 24,780.00 |
| C | DTCCUS33XXX | 2669 | 172967101 | | C | USD | C | C | 01/17/2009 | 25 | 01/17/2009 | 31,200 | 644,280.00 |
| C | DTCCUS33XXX | 2139 | 172967101 | | C | USD | C | C | 01/17/2009 | 35 | 01/17/2009 | 900 | 18,585.00 |

****CONTINUED ON NEXT PAGE****

ENP0450

```
THE OPTIONS CLEARING CORPORATION        ACTIVITY DATE: 09/19/2008 CYCLE-ID:                CMO PAGE 10
COLLATERAL INVENTORY BY CMO             SYSTEM DATE:   09/19/2008 SYSTEM TIME: 21:02:22    CM  PAGE 8
                                        REPORT-ID:     0200000035300074000010919200 8
CMO:
CLEARING MEMBER:   LEHMAN BROTHERS INC.
                   OCC 00074

COLLATERAL TYPE:   SPECIFIC DEPOSITS
```

|    |    |               |      |           |      |      |      |      |     |          | SERIES  |            |            | SHARE QTY |
| AT | ID | ASSET MANAGER | PLGR ACCT | CUSIP | RSTR | SEC SYMB | SEC CURN | OPT SYMB | C P | SER/CTR DATE | STRIKE | EXP DATE | | MARKET VALUE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| C | | DTCCUS33XXX | 2316 | 189054109 | | CLX | USD | CLX | C | 01/17/2009 | 70 | 01/17/2009 | | 1,000 |
| | | | | | | | | | | | | | | 62,810.00 |
| C | | DTCCUS33XXX | 2316 | 191216100 | | KO | USD | KO | C | 01/17/2009 | 60 | 01/17/2009 | | 12,000 |
| | | | | | | | | | | | | | | 52,720.00 |
| C | | DTCCUS33XXX | 2316 | 192446102 | | CTSH | USD | UPU | C | 09/20/2008 | 32 4/8 | 09/20/2008 | | 5,200 |
| | | | | | | | | | | | | | | 138,164.00 |
| C | | DTCCUS33XXX | 2669 | 20030N101 | | CMCSA | USD | CCQ | C | 01/17/2009 | 22 4/8 | 01/17/2009 | | 92,900 |
| | | | | | | | | | | | | | | 1,923,920.00 |
| C | | DTCCUS33XXX | 2669 | 20030N101 | | CMCSA | USD | CCQ | C | 04/18/2009 | 25 | 04/18/2009 | | 40,800 |
| | | | | | | | | | | | | | | 844,968.00 |
| C | | DTCCUS33XXX | 2669 | 20825C104 | | COP | USD | YRO | C | 01/16/2010 | 110 | 01/16/2010 | | 23,000 |
| | | | | | | | | | | | | | | 1,901,130.00 |
| C | | DTCCUS33XXX | 2316 | 20825C104 | | COP | USD | COP | C | 11/22/2008 | 90 | 11/22/2008 | | 400 |
| | | | | | | | | | | | | | | 31,324.00 |
| C | | DTCCUS33XXX | 2316 | 20825C104 | | COP | USD | COP | C | 09/20/2008 | 90 | 09/20/2008 | | 2,100 |
| | | | | | | | | | | | | | | 164,451.00 |
| C | | DTCCUS33XXX | 2316 | 20825C104 | | COP | USD | COP | C | 09/20/2008 | 95 | 09/20/2008 | | 1,500 |
| | | | | | | | | | | | | | | 117,465.00 |
| C | | DTCCUS33XXX | 2316 | 210371100 | | CEG | USD | CEG | C | 09/20/2008 | 70 | 09/20/2008 | | 27,500 |
| | | | | | | | | | | | | | | 25,760.00 |
| C | | DTCCUS33XXX | 2146 | 210795308 | | CAL | USD | CAL | C | 09/20/2008 | 15 | 09/20/2008 | | 27,500 |
| | | | | | | | | | | | | | | 506,000.00 |
| C | | DTCCUS33XXX | 2146 | 210795308 | | CAL | USD | CAL | C | 09/20/2008 | 17 4/8 | 09/20/2008 | | 27,500 |
| | | | | | | | | | | | | | | 506,000.00 |
| C | | DTCCUS33XXX | 2316 | 219350105 | | GLW | USD | GLW | C | 02/21/2009 | 20 | 02/21/2009 | | 300 |
| | | | | | | | | | | | | | | 5,127.00 |
| C | | DTCCUS33XXX | 2316 | 244199105 | | DE | USD | DE | C | 09/20/2008 | 70 | 09/20/2008 | | 5,000 |
| | | | | | | | | | | | | | | 316,900.00 |
| C | | DTCCUS33XXX | 0997 | 244199105 | | DE | USD | DE | C | 09/20/2008 | 80 | 09/20/2008 | | 75,000 |
| | | | | | | | | | | | | | | 4,753,500.00 |
| C | | DTCCUS33XXX | 2669 | 24702R101 | | DELL | USD | DLY | C | 01/17/2009 | 20 | 01/17/2009 | | 15,800 |
| | | | | | | | | | | | | | | 262,554.00 |
| C | | DTCCUS33XXX | 2803 | 253651103 | | DBD | USD | DBD | C | 09/20/2008 | 40 | 09/20/2008 | | 12,000 |
| | | | | | | | | | | | | | | 411,240.00 |
| C | | DTCCUS33XXX | 2669 | 256746108 | | DLTR | USD | DQO | C | 11/22/2008 | 35 | 11/22/2008 | | 42,100 |
| | | | | | | | | | | | | | | 1,582,118.00 |

****CONTINUED ON NEXT PAGE****

ENF0450

THE OPTIONS CLEARING CORPORATION
COLLATERAL INVENTORY BY CMO

CMO:
CLEARING MEMBER:   LEHMAN BROTHERS INC.
                   OCC 00074

COLLATERAL TYPE:   SPECIFIC DEPOSITS

ACTIVITY DATE: 09/19/2008  CYCLE-ID:
SYSTEM DATE:   09/19/2008  SYSTEM TIME: 21:02:22
REPORT-ID:     0200000000353000740000109192008

CMO PAGE 11
CM  PAGE 9

| AT | ID | ASSET MANAGER | PLGR ACCT | CUSIP | RSTR | SEC SYMB | SEC CURN | OPT SYMB | C | SER/CTR P DATE | STRIKE | EXP DATE | SHARE QTY | MARKET VALUE |
|----|----|---------------|-----------|-------|------|----------|----------|----------|---|----------------|--------|----------|-----------|--------------|
| C |  | DTCCUS33XXX | 2139 | 263534109 |  | DD | USD | DD | C | 10/18/2008 | 45 | 10/18/2008 | 10,000 | 480,400.00 |
| C |  | DTCCUS33XXX | 2316 | 294549100 |  | EQT | USD | EQT | C | 09/20/2008 | 60 | 09/20/2008 | 16,000 | 687,520.00 |
| C |  | DTCCUS33XXX | 2316 | 294549100 |  | EQT | USD | EQT | C | 09/20/2008 | 65 | 09/20/2008 | 300 | 12,891.00 |
| C |  | DTCCUS33XXX | 2316 | 30231G102 |  | XOM | USD | XOM | C | 10/18/2008 | 100 | 10/18/2008 | 6,816,800 | 541,348.00 |
| C |  | DTCCUS33XXX | 2316 | 30231G102 |  | XOM | USD | XOM | C | 01/17/2009 | 100 | 01/17/2009 | 41,100 | 3,271,971.00 |
| C |  | DTCCUS33XXX | 2139 | 30231G102 |  | XOM | USD | WXO | C | 01/16/2010 | 100 | 01/16/2010 | 7,900 | 628,919.00 |
| C |  | DTCCUS33XXX | 2139 | 30231G102 |  | XOM | USD | XOM | C | 01/17/2009 | 75 | 01/17/2009 | 4,416,600 | 1,321,526.00 |
| C |  | DTCCUS33XXX | 2139 | 30231G102 |  | XOM | USD | XOM | C | 01/17/2009 | 80 | 01/17/2009 | 2,800 | 222,908.00 |
| C |  | DTCCUS33XXX | 2316 | 30231G102 |  | XOM | USD | XOM | C | 09/20/2008 | 80 | 09/20/2008 | 600 | 47,766.00 |
| C |  | DTCCUS33XXX | 2316 | 30231G102 |  | XOM | USD | XOM | C | 01/17/2009 | 90 | 01/17/2009 |  | 437,855.00 |
| C |  | DTCCUS33XXX | 2139 | 30231G102 |  | XOM | USD | XOM | C | 10/18/2008 | 90 | 10/18/2008 | 1,200 | 95,532.00 |
| C |  | DTCCUS33XXX | 2139 | 30231G102 |  | XOM | USD | XOM | C | 01/17/2009 | 90 | 01/17/2009 | 12,500 | 995,125.00 |
| C |  | DTCCUS33XXX | 2039 | 30231G102 |  | XOM | USD | XOM | C | 01/17/2009 | 90 | 01/17/2009 | 500 | 39,805.00 |
| C |  | DTCCUS33XXX | 2039 | 30231G102 |  | XOM | USD | XOM | C | 01/17/2009 | 95 | 01/17/2009 | 500 | 39,805.00 |
| C |  | DTCCUS33XXX | 2170 | 30231G102 |  | XOM | USD | XOM | C | 01/17/2009 | 95 | 01/17/2009 | 2,000 | 159,220.00 |
| C |  | DTCCUS33XXX | 2316 | 302571104 |  | FPL | USD | FPL | C | 09/20/2008 | 60 | 09/20/2008 | 3,000 | 167,910.00 |
| C |  | DTCCUS33XXX | 2669 | 313400301 |  | FRE | USD | FRE | C | 10/18/2008 | 14 | 10/18/2008 | 37,300 | 20,515.00 |
| C |  | DTCCUS33XXX | 2669 | 313400301 |  | FRE | USD | FRE | C | 10/18/2008 | 15 | 10/18/2008 | 55,600 | 30,580.00 |

****CONTINUED ON NEXT PAGE****

ENP0450

THE OPTIONS CLEARING CORPORATION
COLLATERAL INVENTORY BY CMO

ACTIVITY DATE: 09/19/2008 CYCLE-ID:
SYSTEM DATE: 09/19/2008 SYSTEM TIME: 21:02:22
REPORT-ID: 0200000003530007400000109192008

CMO PAGE 12
CM PAGE 10

CMO:
CLEARING MEMBER:    LEHMAN BROTHERS INC.
                    OCC 00074

COLLATERAL TYPE:    SPECIFIC DEPOSITS

| AT | ID | ASSET MANAGER | PLGR ACCT | CUSIP | RSTR | SEC SYMB | SEC CURN | OPT SYMB | C P | SER/CTR DATE | STRIKE | EXP DATE | MARKET VALUE | SHARE QTY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C | | DTCCUS33XXX | 2669 | 313586109 | | FNM | USD | FNM | C | 09/20/2008 | 28 | 09/20/2008 | 37,400 | 25,806.00 |
| C | | DTCCUS33XXX | 2669 | 313586109 | | FNM | USD | FNM | C | 12/20/2008 | 28 | 12/20/2008 | 34,400 | 23,736.00 |
| C | | DTCCUS33XXX | 2669 | 31428X106 | | FDX | USD | FDX | C | 10/18/2008 | 85 | 10/18/2008 | 11,300 | 1,017,904.00 |
| C | | DTCCUS33XXX | 2319 | 31428X106 | | FDX | USD | FDX | C | 10/18/2008 | 85 | 10/18/2008 | 26,600 | 234,208.00 |
| C | | DTCCUS33XXX | 2669 | 31428X106 | | FDX | USD | FDX | C | 01/17/2009 | 90 | 01/17/2009 | 10,200 | 918,816.00 |
| C | | DTCCUS33XXX | 2316 | 35461301 | | BEN | USD | BEH | C | 01/17/2009 | 130 | 01/17/2009 | 600 | 64,800.00 |
| C | | DTCCUS33XXX | 2316 | 35671D857 | | FCX | USD | FCX | C | 09/20/2008 | 100 | 09/20/2008 | 12,900 | 58,816.00 |
| C | | DTCCUS33XXX | 2316 | 369604103 | | GE | USD | GE | C | 12/20/2008 | 32 | 12/20/2008 | 4,000 | 343,398.00 |
| C | | DTCCUS33XXX | 2316 | 369604103 | | GE | USD | GE | C | 01/17/2009 | 32 4/8 | 01/17/2009 | 13,200 | 106,480.00 |
| C | | DTCCUS33XXX | 2316 | 369604103 | | GE | USD | GE | C | 09/20/2008 | 35 | 09/20/2008 | 79,860.00 |  |
| C | | DTCCUS33XXX | 2139 | 369604103 | | GE | USD | GE | C | 01/17/2009 | 37 4/8 | 01/17/2009 | 1,000 | 351,384.00 |
| C | | DTCCUS33XXX | 2316 | 369604103 | | GE | USD | GE | C | 09/20/2008 | 37 4/8 | 09/20/2008 | 26,620.00 |  |
| C | | DTCCUS33XXX | 2316 | 369604103 | | GE | USD | GE | C | 09/20/2008 | 39 | 09/20/2008 | 1,000 | 26,620.00 |
| C | | DTCCUS33XXX | 2316 | 369604103 | | GE | USD | GE | C | 09/20/2008 | 40 | 09/20/2008 | 62,400.00 |  |
| C | | DTCCUS33XXX | 2139 | 369604103 | | GE | USD | GE | C | 01/17/2009 | 42 4/8 | 01/17/2009 | 8,000 | 63,888.00 |
| C | | DTCCUS33XXX | 2316 | 37733W105 | | GSK | USD | GSK | C | 11/22/2008 | 52 4/8 | 11/22/2008 | 5,300 | 212,960.00 |
| C | | DTCCUS33XXX | 2316 | 38141G104 | | GS | USD | GPY | C | 09/20/2008 | 180 | 09/20/2008 | 500 | 235,356.00 |
| C | | DTCCUS33XXX | 2669 | 38141G104 | | GS | USD | GPY | C | 01/17/2009 | 200 | 01/17/2009 | 5,900 | 765,820.00 |

****CONTINUED ON NEXT PAGE****

ENP0450

```
THE OPTIONS CLEARING CORPORATION          ACTIVITY DATE: 09/19/2008  CYCLE-ID:                    CMO PAGE 13
COLLATERAL INVENTORY BY CMO               SYSTEM DATE:   09/19/2008  SYSTEM TIME: 21:02:22        CM  PAGE 11
                                          REPORT-ID:     0200000003530007400001091192008

CMO:
CLEARING MEMBER:   LEHMAN BROTHERS INC.
                   OCC 00074

COLLATERAL TYPE:   SPECIFIC DEPOSITS
```

|       |         |       |           |      |      |      |      | SERIES |            |        |            | SHARE QTY |              |
| AT ID | ASSET MANAGER | PLGR ACCT | CUSIP | RSTR | SEC SYMB | SEC CURN | OPT SYMB | C | SER/CTR P DATE | STRIKE | EXP DATE | | MARKET VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C | DTCCUS33XXX | 2669 | 38141G104 | | GS | USD | GPY | C | 04/18/2009 | 200 | 04/18/2009 | 4,300 | 558,140.00 |
| C | DTCCUS33XXX | 2669 | 38141G104 | | GS | USD | GPY | C | 10/18/2008 | 200 | 10/18/2008 | 8,300 | 1,077,340.00 |
| C | DTCCUS33XXX | 2316 | 38259P508 | | GOOG | USD | GOP | C | 09/20/2008 | 550 | 09/20/2008 | 400 | 179,660.00 |
| C | DTCCUS33XXX | 0901 | 416515104 | | HIG | USD | HIG | C | 09/20/2008 | 65 | 09/20/2008 | 42,300 | 2,608,095.00 |
| C | DTCCUS33XXX | 2316 | 428236103 | | HPQ | USD | HPQ | C | 11/22/2008 | 50 | 11/22/2008 | 2,000 | 96,520.00 |
| C | DTCCUS33XXX | 2316 | 436440101 | | HOLX | USD | QHX | C | 01/17/2009 | 20 | 01/17/2009 | 3,300 | 64,878.00 |
| C | DTCCUS33XXX | 2316 | 436440101 | | HOLX | USD | QHX | C | 12/20/2008 | 22 4/8 | 12/20/2008 | 1,000 | 19,660.00 |
| C | DTCCUS33XXX | 2316 | 436440101 | | HOLX | USD | QHX | C | 01/17/2009 | 30 | 01/17/2009 | 17,500 | 344,050.00 |
| C | DTCCUS33XXX | 2669 | 437076102 | | HD | USD | HD | C | 11/22/2008 | 27 4/8 | 11/22/2008 | 13,200 | 361,284.00 |
| C | DTCCUS33XXX | 2316 | 437076102 | | HD | USD | HD | C | 09/20/2008 | 27 4/8 | 09/20/2008 | | 191,590.00 |
| C | DTCCUS33XXX | 2316 | 437076102 | | HD | USD | HD | C | 11/22/2008 | 30 | 11/22/2008 | 2,500 | 68,425.00 |
| C | DTCCUS33XXX | 2316 | 437076102 | | HD | USD | HD | C | 01/17/2009 | 32 4/8 | 01/17/2009 | 2,000 | 54,740.00 |
| C | DTCCUS33XXX | 2316 | 437076102 | | HD | USD | WHD | C | 01/16/2010 | 35 | 01/16/2010 | | 27,370.00 |
| C | DTCCUS33XXX | 2316 | 438128308 | | HMC | USD | HMC | C | 10/18/2008 | 35 | 10/18/2008 | 1,800 | 58,590.00 |
| C | DTCCUS33XXX | 2316 | 438516106 | | HON | USD | HON | C | 09/20/2008 | 65 | 09/20/2008 | 6,500 | 294,580.00 |
| C | DTCCUS33XXX | 2316 | 458140100 | | INTC | USD | INQ | C | 10/18/2008 | 25 | 10/18/2008 | | 57,650.00 |
| C | DTCCUS33XXX | 2139 | 458140100 | | INTC | USD | INQ | C | 01/17/2009 | 30 | 01/17/2009 | 1,300 | 24,999.00 |
| C | DTCCUS33XXX | 2316 | 458140100 | | INTC | USD | WNL | C | 01/16/2010 | 30 | 01/16/2010 | 2,000 | 38,460.00 |

****CONTINUED ON NEXT PAGE****

ENP0450

```
THE OPTIONS CLEARING CORPORATION                    ACTIVITY DATE: 09/19/2008  CYCLE-ID:                        CMO PAGE 14
COLLATERAL INVENTORY BY CMO                         SYSTEM DATE:   09/19/2008  SYSTEM TIME: 21:02:22            CM  PAGE 12
                                                    REPORT-ID:     020000003530007400001109192008

CMO:
CLEARING MEMBER:   LEHMAN BROTHERS INC.
                   OCC 00074

COLLATERAL TYPE:   SPECIFIC DEPOSITS
```

| AT | ID | ASSET MANAGER | PLGR ACCT | CUSIP | RSTR | SEC SYMB | SEC CURN | OPT SYMB | C P | SER/CTR DATE | STRIKE | EXP DATE | SHARE QTY | MARKET VALUE |
|----|----|---------------|-----------|-------|------|----------|----------|----------|-----|--------------|--------|----------|-----------|--------------|
| C | | DTCCUS33XXX | 2139 | 459200101 | | IBM | USD | IBM | C | 01/17/2009 | 115 | 01/17/2009 | 1,000 | 118,850.00 |
| C | | DTCCUS33XXX | 2316 | 459200101 | | IBM | USD | IBM | C | 10/18/2008 | 140 | 10/18/2008 | 1,200 | 142,620.00 |
| C | | DTCCUS33XXX | 2669 | 460146103 | | IP | USD | IP | C | 10/18/2008 | 32 4/8 | 10/18/2008 | 16,100 | 465,612.00 |
| C | | DTCCUS33XXX | 2803 | 46428R107 | | GSG | USD | GSG | C | 09/20/2008 | 63 | 09/20/2008 | 80,000 | 4,360,000.00 |
| C | | DTCCUS33XXX | 2316 | 464286400 | | EWZ | USD | EWZ | C | 09/20/2008 | 100 | 09/20/2008 | 400 | 25,320.00 |
| C | | DTCCUS33XXX | 2316 | 464287168 | | DVY | USD | DVY | C | 09/20/2008 | 70 | 09/20/2008 | 500 | 30,500.00 |
| C | | DTCCUS33XXX | 2316 | 464287234 | | EEM | USD | EGH | C | 09/20/2008 | 150 | 09/20/2008 | 29,100 | 1,119,477.00 |
| C | | DTCCUS33XXX | 2316 | 464287556 | | IBB | USD | IBB | C | 09/20/2008 | 85 | 09/20/2008 | 100 | 8,400.00 |
| C | | DTCCUS33XXX | 2669 | 464287564 | | ICF | USD | ICV | C | 11/22/2008 | 74 | 11/22/2008 | 300 | 24,990.03 |
| C | | DTCCUS33XXX | 2669 | 464287564 | | ICF | USD | ICV | C | 11/22/2008 | 90 | 11/22/2008 | 6,100 | 508,130.62 |
| C | | DTCCUS33XXX | 2316 | 46625H100 | | JPM | USD | JPM | C | 09/20/2008 | 40 | 09/20/2008 | 4,000 | 188,300.00 |
| C | | DTCCUS33XXX | 2669 | 46625H100 | | JPM | USD | JPM | C | 12/20/2008 | 40 | 12/20/2008 | 38,200 | 1,797,310.00 |
| C | | DTCCUS33XXX | 2669 | 46625H100 | | JPM | USD | JPM | C | 12/20/2008 | 42 4/8 | 12/20/2008 | 21,800 | 1,025,690.00 |
| C | | DTCCUS33XXX | 2669 | 46625H100 | | JPM | USD | JPM | C | 12/20/2008 | 40 | 12/20/2008 | 12,300 | 578,125.00 |
| C | | DTCCUS33XXX | 0901 | 46625H100 | | JPM | USD | JPM | C | 10/18/2008 | 45 | 10/18/2008 | 12,500 | 1,058,625.00 |
| C | | DTCCUS33XXX | 2669 | 46625H100 | | JPM | USD | JPM | C | 12/20/2008 | 47 4/8 | 12/20/2008 | | |
| C | | DTCCUS33XXX | 2139 | 478160104 | | JNJ | USD | JNJ | C | 01/17/2009 | 70 | 01/17/2009 | 1,000 | 69,990.00 |
| C | | DTCCUS33XXX | 2139 | 478160104 | | JNJ | USD | JNJ | C | 01/17/2009 | 75 | 01/17/2009 | 40,700 | 2,848,593.00 |
| C | | DTCCUS33XXX | 2316 | 48242W106 | | KBR | USD | KBR | C | 09/20/2008 | 25 | 09/20/2008 | 4,000 | 77,760.00 |

****CONTINUED ON NEXT PAGE****

ENP0450

THE OPTIONS CLEARING CORPORATION
COLLATERAL INVENTORY BY CMO

ACTIVITY DATE: 09/19/2008  CYCLE-ID:
SYSTEM DATE: 09/19/2008  SYSTEM TIME: 21:02:22
REPORT-ID: 0200000003530007400000109192008

CMO PAGE 15
CM PAGE 13

CMO:
CLEARING MEMBER:  LEHMAN BROTHERS INC.
                  OCC 00074

COLLATERAL TYPE:  SPECIFIC DEPOSITS

| AT | ID | ASSET MANAGER | PLGR ACCT | CUSIP | RSTR | SEC SYMB | SEC CURN | OPT SYMB | C P | SER/CTR DATE | STRIKE | EXP DATE | MARKET VALUE |
|----|----|---------------|-----------|-------|------|----------|----------|----------|-----|--------------|--------|----------|--------------|
| C | | DTCCUS33XXX | 0997 | 485170302 | | KSU | USD | KSU | C | 09/20/2008 | 60 | 09/20/2008 | 300,000 10,234,000.00 |
| C | | DTCCUS33XXX | 2669 | 500255104 | | KSS | USD | KSS | C | 10/18/2008 | 50 | 10/18/2008 | 54,800 2,738,904.00 |
| C | | DTCCUS33XXX | 2669 | 500255104 | | KSS | USD | KSS | C | 01/17/2009 | 50 | 01/17/2009 | 56,600 2,828,868.00 |
| C | | DTCCUS33XXX | 2803 | 524908100 | | LEHMQ | USD | NJS | C | 10/18/2008 | 12 4/8 | 10/18/2008 | 500,000 107,550,000 |
| C | | DTCCUS33XXX | 2803 | 524908100 | | LEHMQ | USD | NJS | C | 01/17/2009 | 12 4/8 | 01/17/2009 | 500,000 107,550,000 |
| C | | DTCCUS33XXX | 2669 | 524908100 | | LEHMQ | USD | LYH | C | 09/20/2008 | 21 | 09/20/2008 | 47,600 10,238.76 |
| C | | DTCCUS33XXX | 2669 | 524908100 | | LEHMQ | USD | LYH | C | 01/17/2009 | 27 | 01/17/2009 | 6,818.67 |
| C | | DTCCUS33XXX | 2669 | 532457108 | | LLY | USD | LLY | C | 10/18/2008 | 50 | 10/18/2008 | 17,900 835,751.00 |
| C | | DTCCUS33XXX | 2316 | 539830109 | | LMT | USD | LMT | C | 09/20/2008 | 120 | 09/20/2008 | 200 22,176.00 |
| C | | DTCCUS33XXX | 2669 | 548661107 | | LOW | USD | LOW | C | 01/17/2009 | 27 4/8 | 01/17/2009 | 92,200 2,353,816.00 |
| C | | DTCCUS33XXX | 2316 | 55616P104 | | M | USD | M | C | 01/17/2009 | 25 | 01/17/2009 | 3,400 67,864.00 |
| C | | DTCCUS33XXX | 2669 | 565849106 | | MRO | USD | MRO | C | 10/18/2008 | 55 | 10/18/2008 | 18,300 793,122.00 |
| C | | DTCCUS33XXX | 2316 | 565849106 | | MRO | USD | MRO | C | 01/17/2009 | 55 | 01/17/2009 | 1,200 52,008.00 |
| C | | DTCCUS33XXX | 2316 | 576206106 | | MEE | USD | MEE | C | 09/20/2008 | 70 | 09/20/2008 | 100 4,249.00 |
| C | | DTCCUS33XXX | 2316 | 579064106 | | MFE | USD | MFE | C | 09/20/2008 | 40 | 09/20/2008 | 40,100 1,496,131.00 |
| C | | DTCCUS33XXX | 0901 | 594918104 | | MSFT | USD | MSQ | C | 10/18/2008 | 29 | 10/18/2008 | 65,000 1,635,400.00 |
| C | | DTCCUS33XXX | 2316 | 594918104 | | MSFT | USD | MSQ | C | 10/18/2008 | 29 | 10/18/2008 | 1,000 25,160.00 |
| C | | DTCCUS33XXX | 2316 | 594918104 | | MSFT | USD | MSQ | C | 01/17/2009 | 30 | 01/17/2009 | 500 12,580.00 |

****CONTINUED ON NEXT PAGE****

ENPC450

THE OPTIONS CLEARING CORPORATION
COLLATERAL INVENTORY BY CMO

ACTIVITY DATE: 09/19/2008   CYCLE-ID:
SYSTEM DATE: 09/19/2008   SYSTEM TIME: 21:02:22
REPORT-ID: 0200000003530007400001091 92008

CMO PAGE 16
CM PAGE 14

CMO:
CLEARING MEMBER:   LEHMAN BROTHERS INC.
                   OCC 00074

COLLATERAL TYPE:   SPECIFIC DEPOSITS

| AT ID | ASSET MANAGER | PLGR ACCT | CUSIP | RSTR | SEC SYMB | SEC CURN | OPT SYMB | C P | SER/CTR DATE | STRIKE | EXP DATE | SHARE QTY | MARKET VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C | DTCCUS333XXX | 2139 | 594918104 | | MSFT | USD | MSQ | C | 01/17/2009 | 40 | 01/17/2009 | 9,000.00 | 226,440.00 |
| C | DTCCUS333XXX | 2669 | 595112103 | | MU | USD | MU | C | 01/17/2009 | 5 | 01/17/2009 | 105,800 | 512,072.00 |
| C | DTCCUS333XXX | 2316 | 61166N101 | | MON | USD | MFP | C | 01/17/2009 | 140 | 01/17/2009 | 14,100 | 1,669,581.00 |
| C | DTCCUS333XXX | 2316 | 617446448 | | MS | USD | MS | C | 09/20/2008 | 43 | 09/20/2008 | 4,600 | 125,166.00 |
| C | DTCCUS333XXX | 2669 | 617446448 | | MS | USD | MFZ | C | 01/17/2009 | 50 | 01/17/2009 | 27,400 | 745,554.00 |
| C | DTCCUS333XXX | 2139 | 635405103 | | NCC | USD | NCC | C | 01/17/2009 | 20 | 01/17/2009 | 3,000 | 16,830.00 |
| C | DTCCUS333XXX | 2316 | 635405103 | | NCC | USD | NCC | C | 09/20/2008 | 5 | 09/20/2008 | 100,000 | 561,000.00 |
| C | DTCCUS333XXX | 2450 | 651290108 | | NFX | USD | NFX | C | 09/20/2008 | 65 | 09/20/2008 | 91,300 | 3,704,041.00 |
| C | DTCCUS333XXX | 2669 | 654902204 | | NOK | USD | NOK | C | 10/18/2008 | 30 | 10/18/2008 | 35,900 | 767,183.00 |
| C | DTCCUS333XXX | 2450 | 655664100 | | JWN | USD | JWN | C | 01/17/2009 | 40 | 01/17/2009 | 95,000 | 3,223,350.00 |
| C | DTCCUS333XXX | 2669 | 655844108 | | NSC | USD | NSC | C | 09/20/2008 | 60 | 09/20/2008 | 10,000 | 703,600.00 |
| C | DTCCUS333XXX | 2316 | 655844108 | | NSC | USD | NSC | C | 12/20/2008 | 70 | 12/20/2008 | 11,900 | 837,284.00 |
| C | DTCCUS333XXX | 2316 | 665859104 | | NTRS | USD | NRQ | C | 10/18/2008 | 85 | 10/18/2008 | 600 | 45,930.00 |
| C | DTCCUS333XXX | 2146 | 667280408 | | NWA | USD | NWA | C | 09/20/2008 | 10 | 09/20/2008 | 35,000 | 403,550.00 |
| C | DTCCUS333XXX | 2146 | 667280408 | | NWA | USD | NWA | C | 09/20/2008 | 12 4/8 | 09/20/2008 | 35,000 | 403,550.00 |
| C | DTCCUS333XXX | 2316 | 674599105 | | OXY | USD | OXY | C | 09/20/2008 | 80 | 09/20/2008 | 2,000 | 161,000.00 |
| C | DTCCUS333XXX | 2316 | 68389X105 | | ORCL | USD | ORQ | C | 09/20/2008 | 22 4/8 | 09/20/2008 | 7,000 | 140,490.00 |
| C | DTCCUS333XXX | 2316 | 704549104 | | BTU | USD | BTU | C | 01/17/2009 | 65 | 01/17/2009 | 3,000 | 1,821,821.00 |

****CONTINUED ON NEXT PAGE****

ENP0450