# A. 107

| | |
|---|---|
| **To:** | Kelly, Martin[martin.kelly@lehman.com] |
| **From:** | Azerad, Robert |
| **Sent:** | Sun 9/21/2008 8:15:08 PM |
| **Subject:** | 15c3 Lockup.ppt |
| **Categories:** | urn:content-classes:message |

<u>15c3 Lockup.ppt</u>

<<15c3 Lockup.ppt>>





September 21, 2008

LEHMAN BROTHERS

15c3 Lockup

# $1.2 bn Cushion Against Failed Trades

- ◆ Because Lehman Brothers relies on multiple trading systems, the cushion is assessed for each trading system
  - Fixed income securities (MTS) - $394 million of Aggregate Debit Items ("ADI") can be released following an orderly liquidation of open customer fails
  - Equities (ADP) - $573 million of ADI can be released following an orderly liquidation of open customer balances
  - Foreign securities (ITS) - $228 million of ADI can be released following an orderly liquidation of open customer balances
  - Fx fails not related to securities transactions - $457 million can be released related to non-trading related overdrafts (SEK 244 million and CAD 277 million of CAD)
  - PAIB - $216 million can be released, which relates to the adjustment of PAIB long and PAIB short between primarily LBI and LOTC, Lehman Brothers "broker dealer lite"

# A. 108

| | |
|---|---|
| From: | King, Stephen: Markets (NYK) |
| Sent: | Sunday, September 21, 2008 8:29 PM |
| To: | Ricci, Rich: Barclays Capital |
| Cc: | Clackson, Patrick: Finance (LDN) |

Current best estimate is the portfolio inc 7bn cash is 48.5 to 49bn.

1



Highly Confidential

BCI-EX-00080668

10334850

# A. 109

**To:**  Kelly, Martin [martin.kelly@lehman.com]; Tonucci, Paolo [paolo.tonucci@lehman.com]; O'Meara, Chris M (NY) [comeara@lehman.com]
**From:**  Azerad, Robert [RAzerad@lehman.com]
**Sent:**  Sun 9/21/2008 9:12:00 PM
**Subject:**  15c3 Lockup (Revised)

<u>15c3 Lockup v2.ppt</u>

<<15c3 Lockup v2.ppt>>


EXHIBIT
186
KK 8/17/09



# $X.X bn Cushion Against Failed Trades

- Out of the $1.0 billion reserve held for the protection of customers as of last Friday, only $200 million (approximately) is held for the benefit of customers transferring to Barclays (e.g., PIM (high net worth) customers).

- Although the excess of customer payables over customer receivables represents real customer claims that cannot be returned to Lehman Brothers / Barclays in a transfer scenario, the cushion against failed trades related to customers transferring to Barclays should be seen as a future source of cash for Barclays as the backlog of fails (both fails to deliver <u>and</u> fails to receive) clear up and the reserve gets released.
    - Assessment of this future benefit is in progress

LEHMAN BROTHERS

2

# A. 110

08-13555-mg    Doc 5527-4    Filed 10/15/09    Entered 10/15/09 17:51:32    Appendix
Volume IV - A. 107 - A. 110    Pg 11 of 13

**To:**     O'Meara, Chris M (NY)[comeara@lehman.com]; Lee, Mark[mark.lee@lehman.com]; Kelly, Martin[martin.kelly@lehman.com]; Azerad, Robert[RAzerad@lehman.com]; wburke@si.rr.com[wburke@si.rr.com]; Stucchio, Anthony[astucchi@lehman.com]; Stucchio, Anthony[astucchi@lehman.com]; Tonucci, Paolo[paolo.tonucci@lehman.com]; Crepeau, Alex F[acrepeau@lehman.com]
**From:**           Potenciano, Joel
**Sent:**           Sun 9/21/2008 10:07:59 PM
**Subject:**        RE: Final 15c3-3 Reserve Formula as of 09/17/2008
**Categories:**     urn:content-classes:message

<u>Customer PAIB Reserve-091708.xls</u>


<<Customer PAIB Reserve-091708.xls>>

Hi Chris,

Attached is the condensed summary that you requested. Please advise if this works or you have comments. We are still working on the 09/19 numbers as we have just received the reallocated amounts for ADP. Please let me know if you have questions.


Thanks!

With kind regards,
Joel K. Potenciano
LEHMAN BROTHERS
Telephone  +1 (212) 320-6786
Fax  +1 (646) 885-9383
Email  joel.potenciano@lehman.com


> _____
> From:        O'Meara, Chris M (NY)
> Sent: Sunday, September 21, 2008 5:25 PM
> To:    Lee, Mark; Kelly, Martin; Azerad, Robert; Potenciano, Joel;
> 'wburke@si.rr.com'; Stucchio, Anthony; Stucchio, Anthony; Tonucci,
> Paolo
> Subject:       RE: Final 15c3-3 Reserve Formula as of 09/17/2008
>
> Team - We need to make some changes to this. It is not easily clear
> which balances are truly customer related vs which are cushions, such
> as the ADI's. So, I suggest we show one date of info, broken into 5
> columns, as follows: Cust dr's, cust cr's, net customer balances,
> cushions, total balances. Can someone do this easily? At min, make 3
> separate columns: net cust, cushions, total. Thanks, Chris
>
> _____
> From:          Lee, Mark
> Sent: Sunday, September 21, 2008 5:24 PM
> To:    Kelly, Martin; Azerad, Robert; Potenciano, Joel;
> 'wburke@si.rr.com'; Stucchio, Anthony; O'Meara, Chris M (NY);
> Stucchio, Anthony
> Subject:       RE: Final 15c3-3 Reserve Formula as of 09/17/2008



EXHIBIT
187
KK 8/17/09

*LEHMAN BROTHERS INC.*
*CONSOLIDATED 15c3-3 RESERVE FORMULA*
*AS OF SEPTEMBER 17, 2008*
*(in 000's)*

|  | 09/17/2008 TOTAL |
|---|---:|
| TOTAL CUSTOMER CREDITS ITEMS | 24,754,847 |
| TOTAL CUSTOMER DEBITS ITEMS | 23,929,337 |
| NET CUSTOMER CREDITS | 825,510 |
| % OF AGGREGATE DEBIT ITEMS   (717,880) | 717,880 |
| CUSHION | 225,610 |
| **CUSTOMER LOCK-UP** | **1,769,000** |