# A. 111

**Cc:**    O'Meara, Chris M (NY) [comeara@lehman.com]; Tonucci, Paolo [paolo.tonucci@lehman.com];
Stucchio, Anthony [astucchi@lehman.com]; Burke, William T [wburke@lehman.com]
**To:**    Kelly, Martin [martin.kelly@lehman.com]; Gary.Romain@barclayscapital.com
[Gary.Romain@barclayscapital.com]; James.Walker@barclayscapital.com
[James.Walker@barclayscapital.com]; tj.gavenda@barclayscapital.com
[tj.gavenda@barclayscapital.com]; matthew.hughey@barclayscapital.com
[matthew.hughey@barclayscapital.com]; robert.martini@barclayscapital.com
[robert.martini@barclayscapital.com]
**From:**    Azerad, Robert [RAzerad@lehman.com]
**Sent:**    Sun 9/21/2008 10:22:57 PM
**Subject:**    RE: 15c3

<u>15c3 0919 Preliminary V3.xls</u>

Here is the spreadsheet. Numbers are still preliminary.

Robert

————

From: Kelly, Martin
Sent: Sunday, September 21, 2008 6:17 PM
To: 'Gary.Romain@barclayscapital.com';
'James.Walker@barclayscapital.com'; 'tj.gavenda@barclayscapital.com';
'matthew.hughey@barclayscapital.com';
'robert.martini@barclayscapital.com'
Cc: O'Meara, Chris M (NY); Tonucci, Paolo; Azerad, Robert; Stucchio,
Anthony; Burke, William T
Subject: RE: 15c3

Could we do a call in 5 minutes on the 15c3? Call in to the following #:
Robert will circulate a page or 2 which we can talk to.

Thx - M

Int'l 205 354 0155

Dom 866 831 2217

*3743693*

————

From: Kelly, Martin
Sent: Sunday, September 21, 2008 5:33 PM
To: 'Gary.Romain@barclayscapital.com';
'James.Walker@barclayscapital.com'; 'tj.gavenda@barclayscapital.com';
'matthew.hughey@barclayscapital.com';
'robert.martini@barclayscapital.com'
Cc: O'Meara, Chris M (NY); Tonucci, Paolo; Azerad, Robert; Stucchio,
Anthony; Burke, William T
Subject: 15c3



EXHIBIT
188
KK 8/17/09

FINAL

Lehman Brothers Inc.
Customer/PAIB Reserve Analysis

| Customer: | Preliminary 09/19/2008 | Pending Adjustments | Preliminary Adjusted 09/19/2008 | 09/17/08 | Variance | Comments |
|---|---|---|---|---|---|---|
| **MTS** | | | | | | |
| Free Credits | 77,216 | | 77,216 | 77,216 | - | |
| SCS Cash | 38,194 | | 38,194 | 46,462 | (8,268) | |
| Option Margin | 7,130 | | 7,130 | 15,824 | (8,694) | |
| P & I | 22,858 | | 22,858 | 22,858 | - | |
| Aged Fails and Partly Secured Debits | 4,595 | | 4,595 | 7,518 | (2,923) | |
| Customer Receivable Versus Box | * | | - | - | - | |
| Stock Record/P&C Items | 160,127 | | 160,127 | 86,809 | 73,318 | |
| Overdrafts | | | - | - | - | |
| Unapplied Cash / Suspense | 61,014 | | 61,014 | 31,677 | 29,337 | |
| 3% ADI | - | | - | 216,477 | (216,477) | |
| Sub-total | 371,134 | - | 371,134 | 504,841 | (133,708) | |
| **ADP** | | | | | | |
| Free Credits / Margin | (368,468) | | (368,468) | 481,456 | (849,925) | |
| Net Customer Financing | * (73,348) | | (73,348) | (831,906) | 758,558 | |
| OMNI Conversion Payable | - | | - | - | - | |
| O/Drafts | 222,207 | | 222,207 | 62,604 | 159,603 | |
| Dividends | 5,322 | | 5,322 | 5,322 | - | |
| S/B L.O.C. vs. Customer Short | - | | - | - | - | |
| S/B NQ vs. Customer Short | 337,017 | | 337,017 | 5,287 | 331,730 | |
| Non-Broker Dealer Affil. | 0 | | 0 | 290,539 | (290,539) | |
| OCC Proprietary Qualified Collateral | (477,614) | | (477,614) | (349,858) | (127,756) | |
| Firm Bank Loan - Firm Not Long | - | | - | - | - | |
| Suspense | 39,897 | | 39,897 | 39,897 | - | |
| Unapplied Cash | 11,553 | | 11,553 | 10,121 | 1,432 | |
| Abandoned Property / Soft Dollars ($42 mil) | 85,319 | | 85,319 | 85,212 | 107 | |
| Other | 3,992,241 | (3,900,000) | 92,241 | 82,685 | 9,557 | |
| 3% ADI | 235,430 | | 235,430 | 322,692 | (87,262) | |
| Sub-total | 4,009,557 | (3,900,000) | 109,557 | 204,052 | (94,495) | |
| **ITS** | | | | | | |
| Free Credits (primarily SCS cash) | - | | - | 160,575 | (160,575) | |
| Unsecured Shorts | - | | - | 77,639 | (77,639) | |
| Securities Related IC Payable (Mostly ITS) | - | | - | 189,086 | (189,086) | Balances with affiliates that are in liquidation |
| Other | - | | - | - | - | |
| 3% ADI | 100,000 | | 100,000 | 178,711 | (78,711) | 228 mil of ADI assumes orderly liquidation of open customer balances |
| Sub-total | 100,000 | | 100,000 | 606,011 | (506,011) | |
| **Commodities** | | | | | | |
| O/Drafts | - | | - | 176,487 | (176,487) | Proposed SEC interpretation relief for FX related balances disregarding 244 mil of SEK and 277 mil of CAD foreign exchange overdrafts |
| Non-Reg Commodity Credits | - | | - | 52,000 | (52,000) | |
| Sub-total | - | | - | 228,487 | (228,487) | |
| Requirement | 4,480,690 | (3,900,000) | 580,690 | 1,543,392 | (962,702) | |
| Cushion (plus 2% deduction) | | | | 225,608 | (225,608) | |
| Amount Segregated | 4,480,690 | (3,900,000) | 580,690 | 1,769,000 | (1,188,310) | |
| **PAIB:** | | | | | | |
| Net PAIB Debits/Credits | 426,991 | | 426,991 | 325,286 | 101,705 | Adjustment relates to PAIB long and PAIB short |
| Bank Loan | 6 | | 6 | 3,560 | (3,554) | |
| Stock Loan | 124,856 | | 124,856 | 312,247 | (187,391) | |
| F/R Vs PAIB Long | 33,102 | | 33,102 | 31,031 | 2,071 | |
| Firm Short vs. PAIB Long | 68,691 | | 68,691 | 394,506 | (325,815) | |
| Stock Borrow | * (450,967) | | (450,967) | (560,229) | 109,262 | |
| Fail to Deliver | (106,395) | | (106,395) | (40,281) | (66,114) | |
| Requirement | 96,284 | - | 96,284 | 466,120 | (369,836) | |
| Cushion (plus 2% deduction) | | | | 25,880 | (25,880) | |
| Amount Segregated | 96,284 | | 96,284 | 492,000 | (395,716) | |
| Total Segregated | 4,576,975 | (3,900,000) | 676,975 | 2,261,000 | (1,584,025) | |

# A. 112

**To:**    Kelly, Martin[martin.kelly@lehman.com]
**From:**    Lee, Mark
**Sent:**    Mon 9/22/2008 12:37:06 AM
**Subject:**    RE: Final 15c3-3 Reserve Formula as of 09/17/2008
**Categories:**    urn:content-classes:message

<u>2008 (4.24 KB)</u>

Just spoken to Robert. The numbers are taking too long to move
significantly and there is now mis-assumptions re the ADI required to
remain (see attached) so Robert is going to take the last Joel file and
make some assumptions - the guys are working to bring to 2.3bn down so
we have to take some hit for this now.
There is so little transparency into the way the data is structured it's
hugely frustrating on all sides.

We have a final call in 20 mins but I think we are about out of time

Mark
-----Original Message-----
From: Kelly, Martin
Sent: Sunday, September 21, 2008 7:33 PM
To: Lee, Mark
Subject: Re: Final 15c3-3 Reserve Formula as of 09/17/2008

We need to get for ourselves and give to barclays comfort that the adp
balances will be meaningfully reduced - we put in $3.9b as a
placeholder. What's the plan and when do you think we can achieve some
meaningful progress? Thx - M



----------------------------------

----- Original Message -----
From: Lee, Mark
To: Kelly, Martin
Sent: Sun Sep 21 19:30:03 2008
Subject: RE: Final 15c3-3 Reserve Formula as of 09/17/2008

Martin - it has taken much longer to get the ADP numbers reallocated and
we have a call starting in a minute to review with Ops and Fin. What are
your expectations this point this evening, Joel is currently trying to
allocate as per COM request?

Mark.

_____
From:    Kelly, Martin
Sent:    Sunday, September 21, 2008 5:21 PM
To:    Azerad, Robert; Potenciano, Joel; 'wburke@si.rr.com'; Stucchio,
Anthony; Lee, Mark; O'Meara, Chris M (NY); Stucchio, Anthony



**To:** Potenciano, Joel[joel.potenciano@lehman.com]; Azerad, Robert[RAzerad@lehman.com]; wburke@si.rr.com[wburke@si.rr.com]; Stuccio, Anthony[astucchi@lehman.com]; Stuccio, Anthony[astucchi@lehman.com]; Crepeau, Alex F[acrepeau@lehman.com]
**From:** Lee, Mark
**Sent:** Mon 9/22/2008 12:30:50 AM
**Subject:** RE: Final 15c3-3 Reserve Formula as of 09/17/2008
**Categories:** urn:content-classes:message

Joel

Need to reproduce an equivalent for 19th. Don't assume that the 3%ADI will be adjusted to zero as per your last schedule, i.e. MTS will have 3% ADI raising from $216 to $395 based on the current breaks although the assumption that this will be a balance that will be available for Barclays post the clearing of all the fails. The free cash that I see available to tfr is for the commodities of $225m only but I had expected the ITS ADI to come down.

We need to estimate where we think we will get the $2.3bn down to this evening for Martin / Chris / Paolo

Mark

> _____
> From:        Potenciano, Joel
> Sent: Sunday, September 21, 2008 6:08 PM
> To:    O'Meara, Chris M (NY); Lee, Mark; Kelly, Martin; Azerad, Robert;
> 'wburke@si.rr.com'; Stuccio, Anthony; Stuccio, Anthony; Tonucci,
> Paolo; Crepeau, Alex F
> Subject:      RE: Final 15c3-3 Reserve Formula as of 09/17/2008
>
>
> << File: Customer PAIB Reserve-091708.xls >>
>
> Hi Chris,
>
> Attached is the condensed summary that you requested.  Please advise
> if this works or you have comments.  We are still working on the 09/19
> numbers as we have just received the reallocated amounts for ADP.
> Please let me know if you have questions.
>
>
> Thanks!
>
> With kind regards,
> Joel K. Potenciano
> LEHMAN BROTHERS
> Telephone  +1 (212) 320-6786
> Fax  +1 (646) 885-9383
> Email  joel.potenciano@lehman.com
>
>
> _____
> From:        O'Meara, Chris M (NY)
> Sent: Sunday, September 21, 2008 5:25 PM

>
> Bill requested me to forward the following schedule to this
> distribution.  Thanks!
>
> With kind regards,
> Joel K. Potenciano
> LEHMAN BROTHERS
> Telephone  +1 (212) 320-6786
> Fax  +1 (646) 885-9383
> Email  joel.potenciano@lehman.com
>

# A. 113

Cc:    Azerad, Robert [RAzerad@lehman.com]; Tonucci, Paolo [paolo.tonucci@lehman.com]; Lowitt,
Ian T [ilowitt@lehman.com]; O'Meara, Chris M (NY) [comeara@lehman.com]
To:    Stucchio, Anthony [astucchi@lehman.com]; Burke, William T [wburke@lehman.com]; Lee, Mark
[mark.lee@lehman.com]
From:    Kelly, Martin [martin.kelly@lehman.com]
Sent:    Mon 9/22/2008 1:07:32 AM

Guys - s e c told us we need to do a 15c3 calc for each of the accounts that transfer and those which will
not before they are comfortable releasing cushion/surplus to barclays. We agreed with Weil a mechanic to
have value transferred to barclays as it frees. When we have the separate calculations done the s e c
will permit us to transfer the $1b. Once the ADP break is resolved, the team needs to focus on separate
calculations in the next day or so. Let's discuss this in the am. Thx - M

--------------------------------

EXHIBIT

173 A

8·14·09   AU

# A. 114

# Excerpt of Deposition Exhibit 84B

| | |
|---|---|
| **From:** | Yang, Jasen: Markets (NYK) |
| **Sent:** | Monday, September 22, 2008 6:45 AM |
| **To:** | robert.azerad@lehman.com; james.haraska@lehman.com |
| **Cc:** | paolo.tonucci@lehman.com; Hughes, Jonathan: Legal (NYK); Petrie, David: Markets (NYK); Long, Daniel: Markets (NYK) |
| **Subject:** | Financing Facility Schedule |

**Attachments:**    Barclays Financing Collateral List (Barc Ops) 09-20-2008.xls

Robert, James,

  I've attached the schedule produced by Barclays ops of the collateral currently held at BONY under the repo financing provided to Lehman (with a total BONY market value of approximately $45mm). It appears to differ substantially from the file received from Lehman on Friday evening-- we're looking at the differences now.



Barclays Financing
Collateral ...

Jasen Yang
Barclays Capital
Principal Mortgage Trading Group
200 Park Avenue
New York, New York 10166
jasen.yang@barclayscapital.com
Tel: (212) 412 7613
Fax: (212) 412 5861



Exhibit
84 B
KK 8709

BCI 008149

# A. 115

| From: | Azerad, Robert [RAzerad@lehman.com]. | | Sent:9/22/2008 7:17 AM. |
| To: | Hraska, James W [JHraska@lehman.com]; Forrest, Monty [mforrest@lehman.com]. | | |
| Cc: | Tonucci, Paolo [paolo.tonucci@lehman.com]; Blackwell, Alastair [ablackwe@lehman.com]; Ullman, Neal (NY) [Neal.Ullman@lehman.com]. | | |
| Bcc: | | | |
| Subject: | RE: UrgentWhat happened with queuing up the delivery to Bar Cap. | | |

Here is the file

-----Original Message-----
From: Hraska, James W
Sent: Monday, September 22, 2008 6:50 AM
To: Forrest, Monty; Azerad, Robert
Cc: Tonucci, Paolo; Blackwell, Alastair; Ullman, Neal (NY)
Subject: RE: UrgentWhat happened with queuing up the delivery to Bar Cap

We are preparing the list robert had provided on the weekend . I will
cross ref vs this morning's list to make sure we are in sycn

-----Original Message-----
From: Forrest, Monty
Sent: Monday, September 22, 2008 6:46 AM
To: Azerad, Robert
Cc: Tonucci, Paolo; Blackwell, Alastair; Ullman, Neal (NY); Hraska,
James W
Subject: RE: UrgentWhat happened with queuing up the delivery to Bar Cap

Please send it over as soon as possible
-----Original Message-----
From: Azerad, Robert
Sent: Monday, September 22, 2008 6:45 AM
To: Forrest, Monty
Cc: Tonucci, Paolo
Subject: Re: UrgentWhat happened with queuing up the delivery to Bar Cap

On my way to the office. Will send file ASAP

Robert Azerad
====
Sent from my Blackberry

----- Original Message -----
From: Forrest, Monty
To: Tonucci, Paolo; Azerad, Robert
Cc: Hraska, James W; Blackwell, Alastair
Sent: Mon Sep 22 06:26:19 2008
Subject: RE: UrgentWhat happened with queuing up the delivery to Bar
Cap

Guys - As I understand it the unencumbered collateral that we identified
on Saturday night is to be moved over to Barclays. We need some
information in order to make this move.

1. What was the final agreed upon list (our original or the version

EXHIBIT

146A
8.14.09

after Robert took out and remarked Lehman Paper?)
If it is Roberts version than we need a copy of that.

2. To where are we delivering the collateral? The Bony Triparty or
somewhere else.

3. I assume this is a free delivery please tell me if this is not
correct.

4. I understand you want this out ASAP please confirm.


We will sync up with Neal's team and the desk to get this going.

-----Original Message-----
From: Hraska, James W
Sent: Monday, September 22, 2008 6:04 AM
To: Blackwell, Alastair; Forrest, Monty
Subject: RE: What happened with queuing up the delivery to Bar Cap

Asap in the morning or wait until the close and do it more orderly?
Wanted to find out our situation in dtc. Is the "agreed list" the list
I sent over? I did not hear anyone agree on anything this weekend. Am
happy to do it I just want to make sure we are doing the right thing.

-----Original Message-----
From: Blackwell, Alastair
Sent: Monday, September 22, 2008 6:01 AM
To: Hraska, James W; Forrest, Monty
Subject: Re: What happened with queuing up the delivery to Bar Cap

Paolo, Said getting going again.
Thanks,
Alastair



---------------------------------

----- Original Message -----
From: Hraska, James W
To: Blackwell, Alastair; Forrest, Monty
Sent: Mon Sep 22 05:52:57 2008
Subject: RE: What happened with queuing up the delivery to Bar Cap

Put it on hold due to the chase situation as per John Rodefeld.


From: Blackwell, Alastair
Sent: Sunday, September 21, 2008 10:33 PM
To: Forrest, Monty; Hraska, James W
Subject: What happened with queuing up the delivery to Bar Cap


Alastair Blackwell Tel: +1 212 526

7666
Fax: +1
646 758 2940
Mob: +1 917 622
9455
Lehman Brothers
Email:ablackwe@lehman.com

# A. 116

| From: | Azerad, Robert [RAzerad@lehman.com]. | Sent:9/22/2008 7:19 AM. |
|---|---|---|
| To: | Jasen.Yang@barclayscapital.com [Jasen.Yang@barclayscapital.com]; james.haraska@lehman.com [james.haraska@lehman.com]. | |
| Cc: | Tonucci, Paolo [paolo.tonucci@lehman.com]; Daniel.Long@barclayscapital.com [Daniel.Long@barclayscapital.com]; stephen.king@baraclayscapital.com [stephen.king@baraclayscapital.com]. | |
| Bcc: | . | |
| Subject: | RE: Financing Facility Schedule. | |

Here is the file with the $1.9 billion of additional collateral that
Paolo Tonucci asked me to email you.

Robert

-----Original Message-----
From: Jasen.Yang@barclayscapital.com
[mailto:Jasen.Yang@barclayscapital.com]
Sent: Monday, September 22, 2008 7:06 AM
To: Azerad, Robert; james.haraska@lehman.com
Cc: Tonucci, Paolo; Daniel.Long@barclayscapital.com
Subject: RE: Financing Facility Schedule

Two suggestions for a fast reconciliation-- 1. do you have original
balances in addition to current balances? if we have the same original
balances, then we're likely to have the same collateral 2. do you have
CUSIPs for the CMOs/passthrus on the FedWire tab?

-----Original Message-----
From: Azerad, Robert [mailto:RAzerad@lehman.com]
Sent: Monday, September 22, 2008 6:50 AM
To: Yang, Jasen: Markets (NYK); james.haraska@lehman.com
Cc: Tonucci, Paolo
Subject: Re: Financing Facility Schedule

Done

Robert Azerad
====
Sent from my Blackberry

----- Original Message -----
From: Jasen.Yang@barclayscapital.com <Jasen.Yang@barclayscapital.com>
To: Azerad, Robert; james.haraska@lehman.com <james.haraska@lehman.com>
Cc: Tonucci, Paolo
Sent: Mon Sep 22 06:45:36 2008
Subject: RE: Financing Facility Schedule

Robert, Paolo, doesn't look like I have the right email for James-- can
you please forward to him?

> _____
> From: Yang, Jasen: Markets (NYK)
> Sent: Monday, September 22, 2008 6:45 AM
> To: 'robert.azerad@lehman.com'; 'james.haraska@lehman.com'
> Cc: 'paolo.tonucci@lehman.com'; Hughes, Jonathan: Legal (NYK);
> Petrie, David: Markets (NYK); Long, Daniel: Markets (NYK)
> Subject: Financing Facility Schedule
>

EXHIBIT
147A
8.14.09  AU

> Robert, James,
>
> I've attached the schedule produced by Barclays ops of the
> collateral currently held at BONY under the repo financing provided to
>
> Lehman (with a total BONY market value of approximately $45mm). It
> appears to differ substantially from the file received from Lehman on
> Friday evening-- we're looking at the differences now.
>
> << File: Barclays Financing Collateral List (Barc Ops) 09-20-2008.xls
> >>
>
> Jasen Yang
> Barclays Capital
> Principal Mortgage Trading Group
> 200 Park Avenue
> New York, New York 10166
> jasen.yang@barclayscapital.com
> Tel: (212) 412 7613
> Fax: (212) 412 5861
>

_____

This e-mail may contain information that is confidential, privileged or
otherwise protected from disclosure. If you are not an intended
recipient of this e-mail, do not duplicate or redistribute it by any
means. Please delete it and any attachments and notify the sender that
you have received it in error. Unless specifically indicated, this
e-mail is not an offer to buy or sell or a solicitation to buy or sell
any securities, investment products or other financial product or
service, an official confirmation of any transaction, or an official
statement of Barclays. Any views or opinions presented are solely those
of the author and do not necessarily represent those of Barclays. This
e-mail is subject to terms available at the following link:
www.barcap.com/emaildisclaimer. By messaging with Barclays you consent
to the foregoing. Barclays Capital is the investment banking division
of Barclays Bank PLC, a company registered in England (number 1026167)
with its registered office at 1 Churchill Place, London, E14 5HP. This
email may relate to or be sent from other members of the Barclays Group.

_____

This e-mail may contain information that is confidential, privileged or
otherwise protected from disclosure. If you are not an intended
recipient of this e-mail, do not duplicate or redistribute it by any
means. Please delete it and any attachments and notify the sender that
you have received it in error. Unless specifically indicated, this
e-mail is not an offer to buy or sell or a solicitation to buy or sell
any securities, investment products or other financial product or
service, an official confirmation of any transaction, or an official
statement of Barclays. Any views or opinions presented are solely those
of the author and do not necessarily represent those of Barclays. This
e-mail is subject to terms available at the following link:
www.barcap.com/emaildisclaimer. By messaging with Barclays you consent
to the foregoing. Barclays Capital is the investment banking division
of Barclays Bank PLC, a company registered in England (number 1026167)
with its registered office at 1 Churchill Place, London, E14 5HP. This
email may relate to or be sent from other members of the Barclays Group.

# A. 117

**Cc:**    Tonucci, Paolo [paolo.tonucci@lehman.com]
**To:**    Forrest, Monty [mforrest@lehman.com]; Hraska, James W [JHraska@lehman.com]
**From:**    Blackwell, Alastair [ablackwe@lehman.com]
**Sent:**    Mon 9/22/2008 10:35:54 AM
**Subject:**    Fw: DTC box

Understood


----------------------------------

----- Original Message -----
From: Tonucci, Paolo
To: Hraska, James W
Cc: Fleming, Dan (TSY); Blackwell, Alastair
Sent: Mon Sep 22 03:59:49 2008
Subject: DTC box

You should plan on moving all the unencumbered collateral in the DTC box first thing.

Should correspond as closely as possible to list agreed with Barclays over the weekend.


----------------------------------



EXHIBIT

152B

KK 8/14/09

# A. 118

| | |
|---|---|
| **From:** | Ricci, Rich: Barclays Capital |
| **Sent:** | Monday, September 22, 2008 5:48 PM |
| **To:** | Clackson, Patrick: Finance (LDN) |
| **Cc:** | LaRocca, Gerard: Barclays Capital (NYK) |
| **Subject:** | RE: Updated Opening Balance Sheet |

gerard - any view?

-----Original Message-----
From: Clackson, Patrick: Finance (LDN)
Sent: Monday, September 22, 2008 5:46 PM
To: Ricci, Rich: Barclays Capital
Subject: FW: Updated Opening Balance Sheet


not looking good for the $1.9bn

-----Original Message-----
From: Romain, Gary: Finance (LDN)
Sent: Monday, September 22, 2008 10:14 AM
To: Clackson, Patrick: Finance (LDN); Nash, Phillip: Finance (NYK); Morton, Marcus: Finance (NYK)
Cc: Walker, James: Finance (NYK)
Subject: FW: Updated Opening Balance Sheet

Patrick,

Martin confirmed below (and verbally) that the $1.9bn assets left in their box is already included in the $44.88b of acquired assets (per his balance sheet).

Phil, Marcus - are we happy that the repo collateral plus the $1.9b (CUSIP listing attached) corresponds to the total assets received/receivable by us?  Apologies if that's a naïve question...

Regards,

Gary

-----Original Message-----
From: Azerad, Robert [mailto:RAzerad@lehman.com]
Sent: Sunday, September 21, 2008 3:36 PM
To: Kelly, Martin; Romain, Gary: Finance (LDN)
Cc: Walker, James: Finance (NYK)
Subject: RE: Updated Opening Balance Sheet

Please find enclosed the CUSIP level details for the inventory transferred to Barclays

Robert Azerad

-----Original Message-----
From: Kelly, Martin
Sent: Sunday, September 21, 2008 3:08 PM
To: 'Gary.Romain@barclayscapital.com'
Cc: 'James.Walker@barclayscapital.com'; Azerad, Robert
Subject: Re: Updated Opening Balance Sheet

1

Highly Confidential

EXHIBIT

209

KK 8/19/09

depobook.com

BCI-EX-00079307

10334887

Includes the $1.9b. Robert can bridge it for you

--------------------------------

----- Original Message -----
From: Gary.Romain@barclayscapital.com <Gary.Romain@barclayscapital.com>
To: Kelly, Martin
Cc: James.Walker@barclayscapital.com <James.Walker@barclayscapital.com>
Sent: Sun Sep 21 14:55:02 2008
Subject: RE: Updated Opening Balance Sheet

Martin - a basic question, but want to make sure I'm understanding this summary.  Will the
$44,880 correspond to what came across against the repo - you mentioned an additional $1.9bn
of assets (separate to the 15c3), which is included/excluded in this number...?

Thanks,

Gary

_____

From: Azerad, Robert [mailto:RAzerad@lehman.com]
Sent: Sunday, September 21, 2008 2:21 PM
To: Romain, Gary: Finance (LDN); Walker, James: Finance (NYK); Gavenda,
TJ: Finance (NYK)
Cc: Kelly, Martin; Tonucci, Paolo; Reilly, Gerard; Beldner, Brett; Lowitt, Ian T
Subject: Updated Opening Balance Sheet

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - - - - - - This message is intended only for the personal and confidential use of the
designated recipient(s) named above. If you are not the intended recipient of this message
you are hereby notified that any review, dissemination, distribution or copying of this
message is strictly prohibited. This communication is for information purposes only and
should not be regarded as an offer to sell or as a solicitation of an offer to buy any
financial product, an official confirmation of any transaction, or as an official statement
of Lehman Brothers. Email transmission cannot be guaranteed to be secure or error-free.
Therefore, we do not represent that this information is complete or accurate and it should
not be relied upon as such. All information is subject to change without notice. -------- IRS
Circular 230 Disclosure: Please be advised that any discussion of U.S. tax matters contained
within this communication (including any attachments) is not intended or written to be used
and cannot be used for the purpose of (i) avoiding U.S. tax related penalties or (ii)
promoting, marketing or recommending to another party any transaction or matter addressed
herein.

_____


This e-mail may contain information that is confidential, privileged or otherwise protected
from disclosure. If you are not an intended recipient of this e-mail, do not duplicate or
redistribute it by any means. Please delete it and any attachments and notify the sender that

2

Highly Confidential                                                    BCI-EX-00079308

10334887

you have received it in error. Unless specifically indicated, this e-mail is not an offer to buy or sell or a solicitation to buy or sell any securities, investment products or other financial product or service, an official confirmation of any transaction, or an official statement of Barclays. Any views or opinions presented are solely those of the author and do not necessarily represent those of Barclays. This e-mail is subject to terms available at the following link:
www.barcap.com/emaildisclaimer. By messaging with Barclays you consent to the foregoing. Barclays Capital is the investment banking division of Barclays Bank PLC, a company registered in England (number 1026167) with its registered office at 1 Churchill Place, London, E14 5HP.  This email may relate to or be sent from other members of the Barclays Group.

_____

3

Highly Confidential

BCI-EX-00079309

10334887

# A. 119

**To:**    Lyons, Timothy G [TLyons@lehman.com]
**From:**    Tonucci, Paolo [paolo.tonucci@lehman.com]
**Sent:**    Mon 9/22/2008 7:50:18 PM
**Subject:**    RE: Who has the final list of purchased assets?

**BarCap collateral-09.18.08.jh.xls**
**Tri09192008 (3).xls**
**barcap pldg 09 22 08 dtc-only.xls**

These are the three main files
 <<BarCap collateral-09.18.08.jh.xls>>  <<Tri09192008 (3).xls>>
<<barcap pldg 09 22 08 dtc-only.xls>>

There are a few other pieces:

- Eagle energy
- 15c3 lock up cash of $769 mm

Paolo

> _____
> From:      Lyons, Timothy G
> Sent: 22 September 2008 15:24
> To:    Tonucci, Paolo
> Subject:       Who has the final list of purchased assets?
>
>

EXHIBIT

162 A

8.14.09  A

# A. 120

| | |
|---|---|
| **From:** | Chen, Susie |
| **Sent:** | Tue, 23 Sep 2008 12:57:11 GMT |
| **To:** | Fleming, Dan (TSY); Jones, Craig L |
| **Subject:** | FW: Today OCC Margin/Settlement Requirements |

**Importance:** High

---

FYI

I believe someone on your team needs to be on this call.

Susie Chen
Vice President
BARCLAYS CAPITAL / LEHMAN BROTHERS
Treasury - Network Management
1301 Avenue of the Americas - 6th Floor
New York, NY  10019
Tel:  212-320-4493
Fax:  646-834-4712
E-mail:  susie.chen@lehman.com

-----Original Message-----
From: Dziemian, Daniel
Sent: Tuesday, September 23, 2008 8:54 AM
To: 'JohnE.Clifford@barclayscapital.com';
'Vincent.Ciaravino@barclayscapital.com'; Chen, Susie
Cc: Ullman, Neal (NY); McGregor, Frank
Subject: Today OCC Margin/Settlement Requirements

I'll set up a quick meeting for 9:15 to review/discuss.

Thanks,
Dan



**HIGHLY CONFIDENTIAL**

BCI-EX-(S)-00019187

THE OPTIONS CLEARING CORPORATION
ACCOUNT SUMMARY BY CMO

ACTIVITY DATE: 09/23/2008  CYCLE-ID:
SYSTEM DATE: 09/23/2008  SYSTEM TIME: 02:40:38
REPORT-ID: 02000000035300074000010923200008

CMO PAGE 1
CM PAGE 1

ENP0450

CMO:                      OCC 00074
CLEARING MEMBER:          BARCLAYS CAPITAL INC.

TIER ACCOUNT:             OCC 00074 C
SETTLEMENT TIER ACCOUNT:  OCC 00074 C

ACCOUNT SUMMARY PRIOR TO CASH CONVERSION

COLLATERAL TYPE (ALL IN USD)
CASH:
  USD:                                    143,498,802.42
  FOREIGN:                                          0.00
CASH TOTAL:                               143,498,802.42
GOVERNMENT (GS & GE) TOTAL:               344,581,267.75
LETTERS OF CREDIT TOTAL:                            0.00
MONEY MARKET FUNDS TOTAL:                           0.00
VALUED SECURITIES TOTAL:                            0.00

TOTAL COLLATERAL VALUE (IN USD):          488,080,070.17

TOTAL REQUIREMENT:                        317,666,202.00
MARGIN CREDIT:                                     0.00
ROLLED-UP MARGIN DEFICIT:                          0.00
EXCESS/DEFICIT:                           170,413,868.17 EXC

ACCOUNT SUMMARY AFTER CASH CONVERSION

COLLATERAL TYPE (ALL IN USD)
CASH:
  USD:                                    143,498,802.42
  FOREIGN:                                          0.00
CASH TOTAL:                               143,498,802.42
GOVERNMENT (GS & GE) TOTAL:               344,581,267.75
LETTERS OF CREDIT TOTAL:                            0.00
MONEY MARKET FUNDS TOTAL:                           0.00
VALUED SECURITIES TOTAL:                            0.00

TOTAL COLLATERAL VALUE (IN USD):          488,080,070.17

TOTAL REQUIREMENT:                        317,666,202.00
MARGIN CREDIT:                                     0.00
ROLLED-UP MARGIN DEFICIT:                          0.00
EXCESS/DEFICIT:                           170,413,868.17 EXC

NET PAY/COLLECT AND CASH CONVERSION ACTIVITY

NET PAY/COLLECT:                               12,050.00 COL
CASH CONVERSION
  CASH GAINED FROM CONVERSION:                      0.00
  CASH USED FOR CONVERSION:                         0.00
  DEFICIT:                                          0.00
NET SETTLEMENT:                                12,050.00 COL

****CONTINUED ON NEXT PAGE****

HIGHLY CONFIDENTIAL

ENP0450

THE OPTIONS CLEARING CORPORATION
ACCOUNT SUMMARY BY CMO

ACTIVITY DATE: 09/23/2008 CYCLE-ID:
SYSTEM DATE: 09/23/2008 SYSTEM TIME: 02:40:38
REPORT-ID: 0200000003530007400001092322008

CMO PAGE 3
CM PAGE 3

CMO:
CLEARING MEMBER:              BARCLAYS CAPITAL INC.
                              OCC  00074

TIER ACCOUNT:                 OCC  00074  F
SETTLEMENT TIER ACCOUNT:      OCC  00074  F

ACCOUNT SUMMARY PRIOR TO CASH CONVERSION

COLLATERAL TYPE (ALL IN USD)
CASH:
  USD:                                937,396,211.23
  FOREIGN:                                     0.00
  CASH TOTAL:                         937,396,211.23
GOVERNMENT (GS & GE) TOTAL:           332,229,818.62
LETTERS OF CREDIT TOTAL:                  500,000.00
MONEY MARKET FUNDS TOTAL:                      0.00
VALUED SECURITIES TOTAL:                       0.00

TOTAL COLLATERAL VALUE (IN USD):    1,270,126,029.85

TOTAL REQUIREMENT:                    702,379,158.00

MARGIN CREDIT:                                 0.00

ROLLED-UP MARGIN DEFICIT:                      0.00

EXCESS/DEFICIT:                       567,746,871.85  EXC

ACCOUNT SUMMARY AFTER CASH CONVERSION

COLLATERAL TYPE (ALL IN USD)
CASH:
  USD:                                927,691,311.23
  FOREIGN:                                     0.00
  CASH TOTAL:                         927,691,311.23
GOVERNMENT (GS & GE) TOTAL:           332,229,818.62
LETTERS OF CREDIT TOTAL:                  500,000.00
MONEY MARKET FUNDS TOTAL:                      0.00
VALUED SECURITIES TOTAL:                       0.00

TOTAL COLLATERAL VALUE (IN USD):    1,260,421,129.85

TOTAL REQUIREMENT:                    702,379,158.00

MARGIN CREDIT:                                 0.00

ROLLED-UP MARGIN DEFICIT:                      0.00

EXCESS/DEFICIT:                       558,041,971.85  EXC

NET PAY/COLLECT AND CASH CONVERSION ACTIVITY

NET PAY/COLLECT:                        9,704,900.00  PAY
CASH CONVERSION
  CASH GAINED FROM CONVERSION:                  0.00
  CASH USED FOR CONVERSION:             9,704,900.00
DEFICIT:                                        0.00
NET SETTLEMENT:                                 0.00

****CONTINUED ON NEXT PAGE****

HIGHLY CONFIDENTIAL

ENP0450

THE OPTIONS CLEARING CORPORATION
ACCOUNT SUMMARY BY CMO

ACTIVITY DATE: 09/23/2008 CYCLE-ID:
SYSTEM DATE: 09/23/2008 SYSTEM TIME: 02:40:38
REPORT-ID: 02000000035300074000010923200B

CMO:              OCC  00074
CLEARING MEMBER:  OCC  00074
BARCLAYS CAPITAL INC.

CMO PAGE 5
CM  PAGE 5

TIER ACCOUNT:             OCC  00074 M
SETTLEMENT TIER ACCOUNT:  OCC  00074 M

| ACCOUNT SUMMARY PRIOR TO CASH CONVERSION | | ACCOUNT SUMMARY AFTER CASH CONVERSION | |
|---|---|---|---|
| COLLATERAL TYPE (ALL IN USD) | | COLLATERAL TYPE (ALL IN USD) | |
| CASH: | | CASH: | |
| USD: | 245,483,574.59 | USD: | 245,432,651.74 |
| FOREIGN: | 0.00 | FOREIGN: | 0.00 |
| CASH TOTAL: | 245,483,574.59 | CASH TOTAL: | 245,432,651.74 |
| GOVERNMENT (GS & GE) TOTAL: | 78,291,499.28 | GOVERNMENT (GS & GE) TOTAL: | 78,291,499.28 |
| LETTERS OF CREDIT TOTAL: | 211,550,000.00 | LETTERS OF CREDIT TOTAL: | 211,550,000.00 |
| MONEY MARKET FUNDS TOTAL: | 0.00 | MONEY MARKET FUNDS TOTAL: | 0.00 |
| VALUED SECURITIES TOTAL: | 0.00 | VALUED SECURITIES TOTAL: | 0.00 |
| TOTAL COLLATERAL VALUE (IN USD): | 535,325,073.87 | TOTAL COLLATERAL VALUE (IN USD): | 535,274,151.02 |
| TOTAL REQUIREMENT: | 0.00 | TOTAL REQUIREMENT: | 0.00 |
| MARGIN CREDIT: | 0.00 | MARGIN CREDIT: | 0.00 |
| ROLLED-UP MARGIN DEFICIT: | 450,382,444.00 | ROLLED-UP MARGIN DEFICIT: | 450,382,444.00 |
| EXCESS/DEFICIT: | 84,942,629.87 EXC | EXCESS/DEFICIT: | 84,891,707.02 EXC |

NET PAY/COLLECT AND CASH CONVERSION ACTIVITY

| | |
|---|---|
| NET PAY/COLLECT: | 50,922.85 PAY |
| CASH CONVERSION | |
| CASH GAINED FROM CONVERSION: | 0.00 |
| CASH USED FOR CONVERSION: | 50,922.85 |
| DEFICIT: | 0.00 |
| NET SETTLEMENT: | 0.00 |

****CONTINUED ON NEXT PAGE****

HIGHLY CONFIDENTIAL

BCI-EX-(S)-00019190

ENP0450

# THE OPTIONS CLEARING CORPORATION
## ACCOUNT SUMMARY BY CMO

ACTIVITY DATE: 09/23/2008  CYCLE-ID:
SYSTEM DATE: 09/23/2008  SYSTEM TIME: 02:40:38
REPORT-ID: 0200000035300084000010923200B

CMO PAGE 9
CM PAGE 1

CMO:
CLEARING MEMBER:                 BARCLAYS CAPITAL INC.
                                 OCC 00084

TIER ACCOUNT:                    OCC 00084 C
SETTLEMENT TIER ACCOUNT:         OCC 00084 C

## ACCOUNT SUMMARY PRIOR TO CASH CONVERSION

COLLATERAL TYPE (ALL IN USD):
  CASH:
    USD:                                303,140.00
    FOREIGN:                                  0.00
  CASH TOTAL:                           303,140.00
  GOVERNMENT (GS & GE) TOTAL:                 0.00
  LETTERS OF CREDIT TOTAL:              800,000.00
  MONEY MARKET FUNDS TOTAL:                   0.00
  VALUED SECURITIES TOTAL:                    0.00

TOTAL COLLATERAL VALUE (IN USD):      1,103,140.00

TOTAL REQUIREMENT:                      327,699.00

MARGIN CREDIT:                                0.00

ROLLED-UP MARGIN DEFICIT:                     0.00

EXCESS/DEFICIT:                         775,441.00 EXC

## ACCOUNT SUMMARY AFTER CASH CONVERSION

COLLATERAL TYPE (ALL IN USD):
  CASH:
    USD:                                110,560.00
    FOREIGN:                                  0.00
  CASH TOTAL:                           110,560.00
  GOVERNMENT (GS & GE) TOTAL:                 0.00
  LETTERS OF CREDIT TOTAL:              800,000.00
  MONEY MARKET FUNDS TOTAL:                   0.00
  VALUED SECURITIES TOTAL:                    0.00

TOTAL COLLATERAL VALUE (IN USD):        910,560.00

TOTAL REQUIREMENT:                      327,699.00

MARGIN CREDIT:                                0.00

ROLLED-UP MARGIN DEFICIT:                     0.00

EXCESS/DEFICIT:                         582,861.00 EXC

## NET PAY/COLLECT AND CASH CONVERSION ACTIVITY

NET PAY/COLLECT:                        192,580.00 PAY
CASH CONVERSION
  CASH GAINED FROM CONVERSION:          192,580.00
  CASH USED FOR CONVERSION:                   0.00
  DEFICIT:                                    0.00
NET SETTLEMENT:                               0.00

****CONTINUED ON NEXT PAGE****

HIGHLY CONFIDENTIAL

BCI-EX-(S)-00019191

THE OPTIONS CLEARING CORPORATION
ACCOUNT SUMMARY BY CMO

ACTIVITY DATE: 09/23/2008 CYCLE-ID:
SYSTEM DATE: 09/23/2008 SYSTEM TIME: 02:40:38
REPORT-ID: 02000000035300084000010923200B

CMO PAGE 11
CM PAGE 3

CMO:
CLEARING MEMBER:     OCC 00084        BARCLAYS CAPITAL INC.

TIER ACCOUNT:             OCC 00084 F
SETTLEMENT TIER ACCOUNT: OCC 00084 F

ENP0450

| ACCOUNT SUMMARY PRIOR TO CASH CONVERSION | | ACCOUNT SUMMARY AFTER CASH CONVERSION | |
|---|---|---|---|
| COLLATERAL TYPE (ALL IN USD) | | COLLATERAL TYPE (ALL IN USD) | |
| CASH: | | CASH: | |
| USD: | | USD: | |
| FOREIGN: | 47,379,684.00 | FOREIGN: | 31,124,924.00 |
| | 0.00 | | 0.00 |
| CASH TOTAL: | 47,379,684.00 | CASH TOTAL: | 31,124,924.00 |
| GOVERNMENT (GS & GE) TOTAL: | 0.00 | GOVERNMENT (GS & GE) TOTAL: | 0.00 |
| LETTERS OF CREDIT TOTAL: | 39,350,000.00 | LETTERS OF CREDIT TOTAL: | 39,350,000.00 |
| MONEY MARKET FUNDS TOTAL: | 0.00 | MONEY MARKET FUNDS TOTAL: | 0.00 |
| VALUED SECURITIES TOTAL: | 0.00 | VALUED SECURITIES TOTAL: | 0.00 |
| TOTAL COLLATERAL VALUE (IN USD): | 86,729,684.00 | TOTAL COLLATERAL VALUE (IN USD): | 70,474,924.00 |
| TOTAL REQUIREMENT: | 60,870,551.00 | TOTAL REQUIREMENT: | 60,870,551.00 |
| MARGIN CREDIT: | 0.00 | MARGIN CREDIT: | 0.00 |
| ROLLED-UP MARGIN DEFICIT: | 0.00 | ROLLED-UP MARGIN DEFICIT: | 0.00 |
| EXCESS/DEFICIT: | 25,859,133.00 EXC | EXCESS/DEFICIT: | 9,604,373.00 EXC |

NET PAY/COLLECT AND CASH CONVERSION ACTIVITY

| NET PAY/COLLECT: | 16,254,760.00 PAY |
|---|---|
| CASH CONVERSION | |
| CASH GAINED FROM CONVERSION: | 0.00 |
| CASH USED FOR CONVERSION: | 16,254,760.00 |
| DEFICIT: | 0.00 |
| NET SETTLEMENT: | 0.00 |

****CONTINUED ON NEXT PAGE****

HIGHLY CONFIDENTIAL

BCI-EX-(S)-00019192

```
THE OPTIONS CLEARING CORPORATION                                    ACTIVITY DATE: 09/23/2008 CYCLE-ID:
ACCOUNT SUMMARY BY CMO                                              SYSTEM DATE:   09/23/2008 SYSTEM TIME: 02:40:38     CMO PAGE 16
                                                                   REPORT-ID:     0200000053002730000109232008         CM PAGE 1

CMO:                              BARCLAYS CAPITAL INC.
CLEARING MEMBER:      OCC  00273

TIER ACCOUNT:         OCC  00273 C
SETTLEMENT TIER ACCOUNT:  OCC  00273 C

              ACCOUNT SUMMARY PRIOR TO CASH CONVERSION                              ACCOUNT SUMMARY AFTER CASH CONVERSION

COLLATERAL TYPE (ALL IN USD)                                        COLLATERAL TYPE (ALL IN USD)
  CASH:                                                               CASH:
    USD:                                                                USD:
    FOREIGN:                          1,380,701.00                      FOREIGN:                         1,380,701.00
    CASH TOTAL:                               0.00                      CASH TOTAL:                              0.00
  GOVERNMENT (GS & GE) TOTAL:         1,380,701.00                    GOVERNMENT (GS & GE) TOTAL:        1,380,701.00
  LETTERS OF CREDIT TOTAL:                    0.00                    LETTERS OF CREDIT TOTAL:                  0.00
  MONEY MARKET FUNDS TOTAL:                   0.00                    MONEY MARKET FUNDS TOTAL:                 0.00
  VALUED SECURITIES TOTAL:                    0.00                    VALUED SECURITIES TOTAL:                  0.00
                                              0.00                                                             0.00

TOTAL COLLATERAL VALUE (IN USD):      1,380,701.00                  TOTAL COLLATERAL VALUE (IN USD):    1,380,701.00

TOTAL REQUIREMENT:                      973,883.00                  TOTAL REQUIREMENT:                    973,883.00

MARGIN CREDIT:                                0.00                  MARGIN CREDIT:                             0.00

ROLLED-UP MARGIN DEFICIT:                     0.00                  ROLLED-UP MARGIN DEFICIT:                  0.00

EXCESS/DEFICIT:                         406,818.00  EXC             EXCESS/DEFICIT:                       406,818.00  EXC


              NET PAY/COLLECT AND CASH CONVERSION ACTIVITY

NET PAY/COLLECT:                              0.00
CASH CONVERSION
  CASH GAINED FROM CONVERSION:               0.00
  CASH USED FOR CONVERSION:                  0.00
DEFICIT:                                     0.00
NET SETTLEMENT:                              0.00


                            ****CONTINUED ON NEXT PAGE****
```

ENP0450

HIGHLY CONFIDENTIAL

BCI-EX-(S)-00019193

THE OPTIONS CLEARING CORPORATION
ACCOUNT SUMMARY BY CMO

ACTIVITY DATE: 09/23/2008 CYCLE-ID:
SYSTEM DATE: 09/23/2008 SYSTEM TIME: 02:40:38
REPORT-ID: 020000000362001540000109232008

CM PAGE 3
CM PAGE 2

CMO: NEUBERGER BERMAN, LLC
CLEARING MEMBER: OCC 00154

TIER ACCOUNT: OCC 00154 F
SETTLEMENT TIER ACCOUNT: OCC 00154 F

| | ACCOUNT SUMMARY PRIOR TO CASH CONVERSION | | ACCOUNT SUMMARY AFTER CASH CONVERSION | |
|---|---|---|---|---|
| COLLATERAL TYPE (ALL IN USD) | | | | |
| CASH: | | | | |
| USD: | 0.00 | | 0.00 | |
| FOREIGN: | 0.00 | | 0.00 | |
| CASH TOTAL: | 0.00 | | 0.00 | |
| GOVERNMENT (GS & GE) TOTAL: | 0.00 | | 0.00 | |
| LETTERS OF CREDIT TOTAL: | 18,500,000.00 | | 18,500,000.00 | |
| MONEY MARKET FUNDS TOTAL: | 0.00 | | 0.00 | |
| VALUED SECURITIES TOTAL: | 0.00 | | 0.00 | |
| TOTAL COLLATERAL VALUE (IN USD): | 18,500,000.00 | | 18,500,000.00 | |
| TOTAL REQUIREMENT: | 11,531,856.00 | | 11,531,856.00 | |
| MARGIN CREDIT: | 0.00 | | 0.00 | |
| ROLLED-UP MARGIN DEFICIT: | 0.00 | | 0.00 | |
| EXCESS/DEFICIT: | 6,968,144.00 | EXC | 6,968,144.00 | EXC |

NET PAY/COLLECT AND CASH CONVERSION ACTIVITY

| | | |
|---|---|---|
| NET PAY/COLLECT: | 2,464,520.00 | COL |
| CASH CONVERSION | | |
| CASH GAINED FROM CONVERSION: | 0.00 | |
| CASH USED FOR CONVERSION: | 0.00 | |
| DEFICIT: | 0.00 | |
| NET SETTLEMENT: | 2,464,520.00 | COL |

ENP0450

****CONTINUED ON NEXT PAGE****