# A. 131

# BOIES, SCHILLER & FLEXNER LLP

575 LEXINGTON AVENUE • 7TH FLOOR • NEW YORK, NY 10022 • PH. 212.446.2300 • FAX 212.446.2350

July 31, 2009

BY HAND

Robert W. Gaffey
Jones Day
222 East 41st Street
New York, NY 10017

*In re Lehman Brothers Holdings Inc. et al.* Case No. 08-13555 (JMP)

Dear Bob:

Please find enclosed on four discs the following documents Barclays is producing in response to LBHI's document requests for documents, as reflected in Exhibit F to LBHI's Rule 2004 motion. The enclosed documents, all of which have been produced to the Examiner, are Bates-stamped BCI-EX-00082629 - BCI-EX-00109165. These documents should also satisfy the requests listed in Bill Hine's email dated July 29, 2009.

1) Documents showing account statements reflecting securities received from Lehman and JP Morgan Chase ("JPM"). These documents include (a) account statements from BONY showing receipt of wireable securities on September 18, 2008 (Bates-stamped BCI-EX-00082629 – BCI-EX-00093745); (b) various account statements from DTCC showing receipt of securities and related assets in Barclays' DTCC account (Bates-stamped BCI-EX-00093746 – BCI-EX-00099492; BCI-EX-00109162 - BCI-EX-00109163); (c) a spreadsheet from JPM on December 16, 2008 showing securities that were to be delivered as part of the JPM Settlement (Bates-stamped BCI-EX-00099493 – BCI-EX-00099517); and (d) a JPM Wire Receipt showing delivery of $1.25 billion in cash as part of the JPM settlement in December 2008 (Bates-stamped BCI-EX-00099518).

2) Two spreadsheets containing information that were provided to Barclays' auditors relating to values that Barclays booked for the securities received from Lehman and JPM (Bates-stamped BCI-EX-00099519 – BCI-EX-00108699 and BCI-EX-00108700 – BCI-EX-00109153).

3) A spreadsheet containing information that was provided to Barclays' auditors relating to the acquisition balance sheet (Bates-stamped BCI-EX-00109154 – BCI-EX-00109163).

WWW.BSFLLP.COM


EXHIBIT
206
KC 8/19/09

BOIES, SCHILLER & FLEXNER LLP

4) A September 19, 2008 Notice of Termination in response to Bill Hine's July 29 email (Bates-stamped BCI-EX-00109164 – BCI-EX-00109165).

  These documents are designated "Highly Confidential" pursuant to the Confidentiality Stipulation and Protective Order between the Examiner, Debtors, Trustee, Committee and Barclays Capital Inc., so ordered by the Court on July 30, 2008 (the "Confidentiality Stipulation"). Barclays specifically reserves the right to demand and obtain the return of any privileged document inadvertently disclosed pursuant to Federal Rule of Evidence 502.

                Sincerely,

                *Hamish Hume /c.o.*

                Hamish P.M. Hume

cc: Counsel to the Creditors' Committee (By Hand, with Enclosure)
   Counsel to the LBI Trustee (By Hand, with Enclosure)
   Counsel to the Examiner (By Federal Express, with Enclosure)

# A. 132

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| | | | | 22-Sep | | | |
| 1 | USD | | | | | | |
| 2 | | Notional | | BONY Value | PCG Value | MV 09-22 w. Bid-Offer | PCG Liquidity Value |
| 3 | Agency Mortgages | | 42,170,399.789 | 13,905,535.110 | 13,077,311.000 | 12,619,993.309 | 457,317,691 |
| 4 | Corporates | | 2,421,246.715 | 1,395,306.444 | 1,398,935.117 | 1,398,935.117 | - |
| 5 | Emerging Markets | | 301,303.452 | 265,618.784 | 269,476.287 | 261,391.999 | 8,084,289 |
| 6 | Equities | | 2,452,767.341 | 9,891,984.511 | 9,725,438.684 | 9,343,263,702 | 382,174,982 |
| 7 | Treasuries/Agencies/Munis | | 16,214,490.917 | 15,789,421.385 | 15,480,022,295 | 14,991,498,861 | 488,523,433 |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | PMTG | | 22,023,151.007 | 2,618,575,424 | 1,803,477,861 | 1,431,379,253 | 372,098,607 |
| 11 | PMTG II | | 2,496,513.653 | 1,170,633,788 | 824,320,125 | 643,840,635 | 180,479,490 |
| 12 | PMTG Subtotal | | 24,519,664.660 | 3,789,209,212 | 2,627,797,986 | | |
| 13 | | | | | | | |
| 14 | Totals | | 88,079,872.874 | 45,037,075,446 | 42,578,981,368 | 40,690,302,877 | 1,888,678,492 |
| | | | | | | | 42.565 |
| 15 | | | | | | | 42.605 |
| 16 | LLCA Allocation of above | | | | 54,503,316 | 54,503,316 | 0.0400 |
| 17 | Corporates | | | | 1,623,991,549 | 1,278,298,980 | 42.6050 |
| 18 | PMTG | | | | 650,743,756 | 470,275,909 | 42.5790 |
| 19 | PMTG II | | | | 2,329,238,622 | 1,803,078,205 | 526,160,417 | 0.0260 |
| 20-23 | | | | | | | |
| 24 | | | | | PCG Value | MV 09-22 w. Bid-Offer | PCG Liquidity Value |
| 25 | Amendments | | | | | | |
| 26 | Agency Mortgages | | | | | 4,806,997 | 500,777 |
| 27 | Equities | WIP (changes relate to b/o and rounding +13.2mm)) | | | 52,062,390 | 38,017,106 | 14,048,232 |
| 28 | Treasuries/Agencies/Munis | Correction to Munis 09-19 link changes OBS by: | | | 14,914,056 | 14,914,056 | |
| 29 | PMTG | | | | (21,579,691) | 239,383 | (21,819,045) |
| 30 | Totals | | | | 45,396,786 | 57,677,546 | (7,272,985) |
| 31 | | | | | | | |
| 32 | As of: 09-Jan-09 | Notional | | BONY Value | PCG Value | MV 09-22 w. Bid-Offer | PCG Liquidity Value |
| 33 | Agency Mortgages | | 42,170,399.789 | 13,905,535.110 | 13,077,311.000 | 12,615,486,312 | 456,816,914 |
| 34 | Corporates | | 2,421,246.715 | 1,395,306.444 | 1,398,935.117 | 1,398,935.117 | - |
| 35 | Emerging Markets | | 301,303.452 | 265,618.784 | 269,476.287 | 261,391,999 | 8,084,289 |
| 36 | Equities | | 2,452,767.341 | 9,891,984.511 | 9,673,376,294 | 9,305,246,594 | 368,129,700 |
| 37 | Treasuries/Agencies/Munis | | 16,214,490.917 | 15,789,421.385 | 15,465,108,237 | 14,976,584,604 | 488,523,433 |
| 38 | | | | | | | |
| 39 | | | | | | | |
| 40 | PMTG | | 22,023,151.007 | 2,618,575,424 | 1,825,057,522 | 1,431,139,870 | 393,917,652 |
| 41 | PMTG II | | 2,496,513.653 | 1,170,633,788 | 824,320,125 | 643,840,635 | 180,479,490 |
| 42 | PMTG Subtotal | | 24,519,664.660 | 3,789,209,212 | 2,649,377,647 | | |
| 43 | | | | | | | |
| 44 | Totals | | 88,079,872.874 | 45,037,075,446 | 42,533,584,582 | 40,632,625,331 | 1,895,951,477 |
| 45 | | | | | | | |

Highly Confidential

BCI-EX-00099519


Exhibit 86B
KK 8-7-09

| | H | I | J | K | L | M |
|---|---|---|---|---|---|---|
| 1 | | | | MV 09-22 w. Bid-Offer+Sales | PCG Liquidity Value | Hybrid Closing Value |
| 9 | | | | | | |
| 10 | | Unchanged | | 1,431,379,253 | 372,098,607 | 432,604,987 |
| 11 | | Unchanged | | 643,840,635 | | 634,749,627 |

Highly Confidential

BCI-EX-00099520

|    | A | B | C | D | E | F | G |
|----|---|---|---|---|---|---|---|
| 46 |   |   |   | 42.5335 |   |   |   |
| 47 |   |   |   | 42.5726 |   |   |   |
| 48 |   |   |   | -0.0391 |   |   |   |

Highly Confidential

BCI-EX-00099521

# A. 133

|   | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | JPM CHASE ASSETS | | | | **Update | | |
| 2 | USD | | 30-Sep | | 30-Sep | 22-Dec-08 | |
| 3 | | Notional | FO Value | JP Value | PCG Value | MV w Liquidity | Liquidity |
| 4 | Portfolio 3 | | 4,144,494,429 | 5,994,253,933 | 3,719,979,212 | 3,543,405,746 | 176,573,466 |
| 5 | | | | | | | |
| 6 | Agency Mortgage | 1,241,747,803 | 21,082,941 | 27,233,985 | 26,692,707 | 26,568,778 | 123,929 |
| 7 | Corporates | 2,439,778,633 | 2,046,543,842 | 2,199,047,907 | 1,645,775,484 | 1,645,775,484 | - |
| 8 | EM | 35,191,200 | 37,736,190 | 40,460,056 | 34,011,034 | 33,252,321 | 758,713 |
| 9 | Rates | 4,000,000 | 1,793,949 | 4,213,463 | 4,403,398 | 4,323,075 | 80,323 |
| 10 | Munis | 25,869,000 | 18,937,500 | 26,023,221 | 18,784,883 | 18,784,883 | - |
| 13 | PMTG | 14,783,415,568 | 1,855,203,054 | 3,366,403,463 | 1,851,550,709 | 1,689,816,308 | 161,734,401 |
| 14 | PMTG Unknown | 1,370,054,319 | 163,196,953 | 330,871,818 | 138,760,996 | 124,884,897 | 13,876,100 |
| 16 | Principal(Matured deals) | | | | 196,339,947 | 196,339,947 | - |
| 18 | Portfolio 3 Totals | 19,900,056,523 | 4,144,494,429 | 5,994,253,933 | 3,916,319,159 | 3,739,745,693 | 176,573,466 |
| 28 | Totals | 19,900,056,523 | 4,144,494,429 | 5,994,253,933 | 3,916,319,159 | 3,739,745,693 | 176,573,466 |
| 29 | | | | | 3.92 | 3.74 | 0.18 |

ENTITY LEVEL BREAKDOWN

| | PCG MV 12-22 | | | | MV 12-22 w. Liquidity | |
|---|---|---|---|---|---|---|
| LNBR | LIICT | Total | | LNBR | LIICT | Total |
| 465,799,877 | 3,254,179,335 | 3,719,979,212 | | 465,719,805 | 3,077,685,941 | 3,543,405,746 |
| 465,799,877 | 3,254,179,335 | 3,719,979,212 | | 465,719,805 | 3,077,685,941 | 3,543,405,746 |

Highly Confidential

BCI-EX-00108700



Exhibit 87B
KK 8709