# A. 136

# B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P

575 LEXINGTON AVENUE • 7TH FLOOR • NEW YORK, NY 10022 • PH. 212.446.2300 • FAX 212.446.2350

July 16, 2009

BY EMAIL

Robert W. Gaffey
Jones Day
222 East 41st Street
New York, NY 10017-6702

*In re Lehman Brothers Holding Inc., et al.,* Case No. 08-13555 (JMP)

Dear Bob:

As part of Barclays' ongoing production of documents, enclosed are the documents we discussed concerning information showing aggregate bonus and severance compensation amounts for Transferred Employees and aggregate cure payments. Please note that the cure payment information is current as of July 14, 2009, and that a number of cure cost objections remain outstanding. These documents, Bates numbered BCI-EX-00077272 through BCI-EX-00077286 and BCI-EX-00077287, are designated as Highly Confidential under the July 14, 2009 Confidentiality Stipulation and Protective Order.

Very truly yours,

Jack G. Stern

JGS:ck

cc:    James Tecce, Quinn Emanuel
       Counsel to the Creditors' Committee (By Email, with Enclosure)

       James B. Kobak, Jr., Hughes Hubbard & Reed
       Counsel to the LBI Trustee (By Email, with Enclosure)

       Robert L. Byman, Jenner & Block
       Counsel to the Examiner (By Email, with Enclosure)

| | A | B | C |
|---|---|---|---|
| | Date Submitted for Payment | Vendor Name | Actual Amount of Payment |
| 1 | | | |
| 2 | 22-Sep | Rolfe & Nolan | $524,009.73 |
| 3 | 22-Sep | PatSystems | $145,130.50 |
| 4 | 23-Sep | Con Edison | $329,005.71 |
| 5 | 23-Sep | HESS Corporation | $671,897.03 |
| 6 | 23-Sep | Environmental Contracting Corp. | $393,000.00 |
| 7 | 23-Sep | Rockefeller Center Mgmt | $390,377.08 |
| 8 | 23-Sep | Tishman Speyer Development, LLC | $3,458,645.00 |
| 9 | 23-Sep | Tishman Speyer Development, LLC | $567,816.63 |
| 10 | 25-Sep | NYSE ARCA LLC | $3,845,213.91 |
| 11 | 25-Sep | BATS Trading | $6,698,055.32 |
| 12 | 25-Sep | Trading Screen | $531,940.00 |
| 13 | 27-Sep | Ridge Technologies Inc. | $19,837.00 |
| 14 | 27-Sep | Beeline.com Inc | $6,235,918.75 |
| 15 | 30-Sep | Rockefeller Center Mgmt | $95,583.90 |
| 16 | 30-Sep | Fox River Execution Technology LLC | $306,711.72 |
| 17 | 30-Sep | Direct edge | $994,235.74 |
| 18 | 30-Sep | Investment Technology Group Inc* | $1,139,838.15 |
| 19 | 2-Oct | Tzero Processing services | $122,620.90 |
| 20 | 3-Oct | Vigilant LLC | $40,000.00 |
| 21 | 3-Oct | Tibco Software Inc | $1,637,797.28 |
| 22 | 3-Oct | Swaps Monitor | $64,992.09 |
| 23 | 3-Oct | Nansco Inc | $70,000.00 |
| 24 | 3-Oct | M&M technologies Corp | $707,590.00 |
| 25 | 3-Oct | Key Systems | $240,300.00 |
| 26 | 3-Oct | eClerx services limited | $561,340.33 |
| 27 | 3-Oct | Dell Marketing LP | $173,925.56 |
| 28 | 3-Oct | cortese consulting | $126,000.00 |
| 29 | 3-Oct | Advanced Innovative Marketing LLC | $38,772.88 |
| 30 | 3-Oct | Cushman & Wakefield | $2,081,170.92 |
| 31 | 4-Oct | Alternative Business Accomodations, Inc | $1,196,378.30 |
| 32 | 4-Oct | Altova | $111,142.50 |
| 33 | 4-Oct | Decision Design Corp | $17,875.00 |
| 34 | 4-Oct | Exegy Inc | $214,143.82 |
| 35 | 4-Oct | Headstrong Services, LLC | $645,900.00 |

Highly Confidential

|    | A | B | C |
|----|-----|-----|-----|
| 36 | 4-Oct | Joint Technology Development Corp. | $1,362,391.43 |
| 37 | 4-Oct | Market Research.com Profound | $287,326.55 |
| 38 | 4-Oct | Ramsey Quantitative Systems inc | $14,220.00 |
| 39 | 4-Oct | Sipera Systems Inc. | $221,877.80 |
| 40 | 4-Oct | TNT Expense Management LLC | $739,118.77 |
| 41 | 4-Oct | Trade Data** | $118,429.52 |
| 42 | 4-Oct | Tishman Speyer Development, LLC | $351,236.24 |
| 43 | 7-Oct | Tradebot Systems inc. | $51,339.87 |
| 44 | 9-Oct | Chancellor Dougall | $20,016.78 |
| 45 | 9-Oct | Daktronics | $149,557.50 |
| 46 | 9-Oct | Restaurant Associates | $293,118.00 |
| 47 | 9-Oct | Mirror Image Internet Inc. | $4,000.00 |
| 48 | 9-Oct | Michael Andrews Audio Visual Services Inc | $304,810.12 |
| 49 | 9-Oct | Murex North America | $130,487.96 |
| 50 | 9-Oct | PTS Consulting | $184,632.61 |
| 51 | 9-Oct | Jed Consulting | $60,000.00 |
| 52 | 9-Oct | Xpheria LLc | $302,500.00 |
| 53 | 9-Oct | Rational Enterprises LLC /Rational Consulting | $59,000.00 |
| 54 | 9-Oct | UST Global Inc | $365,698.43 |
| 55 | 9-Oct | Eurest | $91,115.61 |
| 56 | 9-Oct | Bloom Securities LLC | $1,464.00 |
| 57 | 9-Oct | Thomas Weisel Partners LLC | $134,130.30 |
| 58 | 9-Oct | Order Execution Services LLC | $125,648.17 |
| 59 | 9-Oct | Independent Brokers LLC | $118,279.50 |
| 60 | 9-Oct | NY Giants | $360,000.00 |
| 61 | 10-Oct | VVA LLC | $18,466.95 |
| 62 | 14-Oct | Thru Point Inc. | $77,350.00 |
| 63 | 14-Oct | Plus One Holdings, Inc. | $104,749.14 |
| 64 | 14-Oct | CMS Logistics, LLC | $30,880.00 |
| 65 | 14-Oct | Executive Transportation Group | $763,961.00 |
| 66 | 14-Oct | UTC Associates | $109,650.00 |
| 67 | 15-Oct | Video Corporation of America | $294,232.50 |
| 68 | 15-Oct | Corporate Transporation Group Ltd (CTG) | $207,345.00 |
| 69 | 15-Oct | Fairmont Hotel San Francisco | $10,000.00 |
| 70 | 15-Oct | Loews Miami Beach Hotel | $189,621.91 |
| 71 | 15-Oct | Decision Economics Inc. | $23,077.00 |

Highly Confidential

| | A | B | C |
|---|---|---|---|
| 72 | 15-Oct | Flyte Time  Worldwide | $11,451.05 |
| 73 | 15-Oct | Larsen & Toubro Infotech Limited | $1,483,030.60 |
| 74 | 15-Oct | Actuate Corp. | $468,000.00 |
| 75 | 15-Oct | Enterprise Engineering Inc. | $42,000.00 |
| 76 | 15-Oct | Align Communications | $793,330.00 |
| 77 | 15-Oct | Infinite Computer Solutions Inc. | $74,958.00 |
| 78 | 15-Oct | TelecommunicationsSystems Inc. | $111,003.75 |
| 79 | 15-Oct | Forest Electric | $79,575.92 |
| 80 | 15-Oct | Essential Trading Systems Corporation | $78,452.18 |
| 81 | 15-Oct | UMT Consulting Group LLC | $129,800.00 |
| 82 | 15-Oct | Iris Software, Inc | $418,787.75 |
| 83 | 15-Oct | Broadridge Securities Processing Solutions | $5,820,609.87 |
| 84 | 15-Oct | CLS Bank International | $344,998.57 |
| 85 | 15-Oct | eBX LLC / Alternative Trading Systems | $377,405.90 |
| 86 | 15-Oct | Access Data Corp. | $153,850.00 |
| 87 | 15-Oct | Polaris Software Lab | $1,032,591.00 |
| 88 | 15-Oct | Real Soft, inc. | $30,960.00 |
| 89 | 15-Oct | SecureWorks, inc. (a.k.a LURHQ) | $24,242.32 |
| 90 | 15-Oct | Trading Technologies International, Inc. | $56,355.00 |
| 91 | 15-Oct | Triple Point Technology, Inc. | $555,581.47 |
| 92 | 15-Oct | Westwater Corp. | $85,167.00 |
| 93 | 15-Oct | Verrazano Consulting Solutions LLC | $111,650.00 |
| 94 | 20-Oct | Hilton New York | $237,019.53 |
| 95 | 20-Oct | Restaurant Associates, one financial center, Boston | $4,631.09 |
| 96 | 20-Oct | Aleph | $11,114.00 |
| 97 | 20-Oct | Cognizant Technology Solutions US Corporations | $241,292.00 |
| 98 | 20-Oct | World Careers Network | $123,540.00 |
| 99 | 20-Oct | Zedak Corp | $98,000.00 |
| 100 | 20-Oct | Infusion Dev Corporation | $288,500.00 |
| 101 | 20-Oct | FM Brokerage LLC | $69,524.80 |
| 102 | 20-Oct | Jefferies Execution Services LLC | $212.00 |
| 103 | 20-Oct | MEB Options Inc | $338,803.92 |
| 104 | 20-Oct | Lakeshore Securities, LP | $106,332.65 |
| 105 | 20-Oct | Liquid Point LLC | $726,540.77 |
| 106 | 20-Oct | International Securities Exchange | $1,816,207.49 |
| 107 | 20-Oct | Keane Inc | $127,830.00 |

Highly Confidential

| | A | B | C |
|---|---|---|---|
| 108 | 20-Oct | iTech US Inc | $11,900.00 |
| 109 | 20-Oct | Select Minds Inc | $68,250.00 |
| 110 | 20-Oct | New Media Technologies, Inc | $48,720.00 |
| 111 | 20-Oct | Gotham Technology Group | $526,511.08 |
| 112 | 20-Oct | Agilsys NJ, Inc | $625,695.36 |
| 113 | 20-Oct | ICAS corp | $453,838.34 |
| 114 | 20-Oct | Greyware Automation Products | $20,460.00 |
| 115 | 20-Oct | Enterprise Solutions providers | $144,000.00 |
| 116 | 20-Oct | Maslow Media Group | $4,009.75 |
| 117 | 20-Oct | Pebble Beach company | $5,000.00 |
| 118 | 20-Oct | T&M Protection Resources | $1,228,969.13 |
| 119 | 20-Oct | Structure Tone | $1,630,088.50 |
| 120 | 21-Oct | Gensler Architecture, Design & Planning, P.C. / Gensler & Associates/ M. Arthur Gensler Jr. & Associates, Inc. | $222,534.40 |
| 121 | 21-Oct | Secure Access Digital Systems | $14,601.64 |
| 122 | 21-Oct | Fidelity  Capital Markets Services | $70,750.53 |
| 123 | 21-Oct | Markit Partners/ LOANX | $7,500.00 |
| 124 | 21-Oct | Boston Options Exchange Group, LLC | $118,584.45 |
| 125 | 21-Oct | BIDS Trading L.P. | $57,848.20 |
| 126 | 21-Oct | Pipeline Trading | $12,595.85 |
| 127 | 21-Oct | Wizcom Corporation | $190,750.00 |
| 128 | 21-Oct | US Information Systems Inc. | $369,242.62 |
| 129 | 21-Oct | SGP International | $127,440.00 |
| 130 | 21-Oct | Global Research Distribution | $558,216.69 |
| 131 | 21-Oct | Charge & Ride | $41,233.26 |
| 132 | 21-Oct | Payreel | $122,305.86 |
| 133 | 21-Oct | Crown Plaza | $88,956.75 |
| 134 | 21-Oct | New Meadowlands Stadium Company | $401,500.00 |
| 135 | 22-Oct | AV Services | $328,665.08 |
| 136 | 22-Oct | AngelPoints, Inc. | $45,547.00 |
| 137 | 22-Oct | Wipro Limited/ Wipro Inc. | $2,352,906.10 |
| 138 | 22-Oct | SOS Security incorporated | $436,295.39 |
| 139 | 22-Oct | Collins Building Services | $1,239,145.15 |
| 140 | 22-Oct | Clune Construction Company | $247,784.00 |
| 141 | 22-Oct | Hanover Moving & Storage | $429,373.37 |
| 142 | 22-Oct | Restaurant Associates | $5,766.02 |

Highly Confidential

|     | A | B | C |
|-----|-----|-----|-----|
| 143 | 22-Oct | Alpha Office Products/Staples | $753,573.67 |
| 144 | 22-Oct | DiscoverReady | $2,199,638.38 |
| 145 | 22-Oct | Advanced Technologies Support Group Inc. | $3,000.00 |
| 146 | 22-Oct | MBG Expense Management LLC | $29,420.00 |
| 147 | 22-Oct | IM2 Consulting | $165,000.00 |
| 148 | 23-Oct | Xcaper Industries LLC | $49,946.38 |
| 149 | 23-Oct | Maze Computer Communications | $19,037.50 |
| 150 | 23-Oct | Trade Settlement Inc. | $76,404.37 |
| 151 | 23-Oct | Northrup Grumman Information Technology, Inc. | $115,796.71 |
| 152 | 23-Oct | HCL Americas, Inc and HCL Technologies, Ltd. | $741,740.00 |
| 153 | 23-Oct | Gartner Inc and Computer Financial Consultants, Inc. | $956,070.00 |
| 154 | 23-Oct | Misys IQ LLC | $401,377.62 |
| 155 | 24-Oct | AFD Contract Furniture Inc. | $240,427.27 |
| 156 | 28-Oct | Aditi Technologies Private Ltd. | $67,500.00 |
| 157 | 28-Oct | Assentis Technologies, Inc. | $93,336.33 |
| 158 | 28-Oct | Bearing Point, Inc. | $232,080.00 |
| 159 | 28-Oct | CRD Capital | $86,500.00 |
| 160 | 28-Oct | Financial Software Systems | $31,500.00 |
| 161 | 28-Oct | Informa Investment Solutions | $341,750.00 |
| 162 | 28-Oct | Q2 Strategies | $60,000.00 |
| 163 | 28-Oct | Ritz Carlton - Central Park South | $7,145.65 |
| 164 | 28-Oct | Standard Register | $1,070,637.05 |
| 165 | 28-Oct | Strategic Systems Solutions | $65,022.00 |
| 166 | 28-Oct | Summit Systems, Inc. | $596,712.50 |
| 167 | 28-Oct | The Structure Consulting Group | $194,947.40 |
| 168 | 28-Oct | Williams Lea | $1,083,576.36 |
| 169 | 28-Oct | D&D Securities | $132,424.85 |
| 170 | 28-Oct | Tullet Liberty Securities Total Now Collins Stewart | $115,809.50 |
| 171 | 28-Oct | Charles River Brokerage | $104,222.73 |
| 172 | 28-Oct | Casey Securities | $353,468.40 |
| 173 | 28-Oct | LinkBrokers Derivatives Corp. | $400,521.00 |
| 174 | 28-Oct | SunGard Securities Finance LLC | $1,518,819.63 |
| 175 | 28-Oct | Equinox | $354,653.00 |
| 176 | 29-Oct | Associated Options, Inc. | $212,290.20 |
| 177 | 29-Oct | Eze Castle Transaction Services | $317,447.78 |
| 178 | 29-Oct | Whitaker Securities | $8,557.25 |

Highly Confidential

|     | A | B | C |
|-----|------|-------------------------------------------|---------------|
| 179 | 29-Oct | NEOVEST | $13,701.54 |
| 180 | 29-Oct | Wolverine Execution Services, LLC | $20,071.80 |
| 181 | 30-Oct | Mark D. Fitchtel | $120,750.00 |
| 182 | 30-Oct | PFPC Trust Co | $38,702.56 |
| 183 | 30-Oct | Jaros Baum & Bolles (JBB) | $134,320.30 |
| 184 | 30-Oct | Cliqbook | $64,565.87 |
| 185 | 31-Oct | AVI / SPL | $54,520.27 |
| 186 | 31-Oct | Sheraton New York Hotel & Towers | $637,905.27 |
| 187 | 31-Oct | Intercontinental Boston | $133,704.24 |
| 188 | 31-Oct | Integron | $632,576.00 |
| 189 | 31-Oct | Donald B. Blaikie & Co.** | $1,140.00 |
| 190 | 31-Oct | Donald B. Blaikie & Co. | $234.00 |
| 191 | 3-Nov | Reliance Globalcom Services, Inc. (YIPES) | $193,289.71 |
| 192 | 3-Nov | M&M Sentinel Glow Inc. | $45,000.00 |
| 193 | 3-Nov | Satyam Computer Services Ltd. | $389,823.00 |
| 194 | 3-Nov | Transaction Network Services, Inc. | $438,946.15 |
| 195 | 3-Nov | SAS Institute, Inc. | $327,712.86 |
| 196 | 3-Nov | Success Factors | $240,208.27 |
| 197 | 3-Nov | EMC Corporation/Business Edge Solutions | $1,053,047.77 |
| 198 | 3-Nov | Sun Microsystems | $40,735.94 |
| 199 | 3-Nov | CDW Direct LLC | $3,539,968.18 |
| 200 | 3-Nov | Carey International | $86,669.00 |
| 201 | 3-Nov | UTOG 2- Way Radio Inc | $64,665.84 |
| 202 | 3-Nov | Restaurant Associate, Chicago | $12,051.28 |
| 203 | 3-Nov | Robert Derector Associates (RDA) | $313,976.19 |
| 204 | 4-Nov | The Markets.Com | $147,612.17 |
| 205 | 4-Nov | Capital Moving & Storage | $36,144.59 |
| 206 | 4-Nov | Rockefeller Center Mgmt Corp | $719,560.18 |
| 207 | 4-Nov | Rockefeller Center Mgmt Corp | $2,420,220.34 |
| 208 | 4-Nov | Capgemini Financial Services USA, Inc. | $1,347,938.00 |
| 209 | 5-Nov | Greenwich Associates | $795,040.00 |
| 210 | 5-Nov | Atlas Van Lines/Nelson westerberg | $227,992.02 |
| 211 | 5-Nov | Henegan Construction co., Inc | $3,281,172.49 |
| 212 | 10-Nov | TRX Data Services | $26,799.00 |
| 213 | 10-Nov | Savvis Communications | $364,383.73 |
| 214 | 10-Nov | Spiral Binding Company, Inc. | $396,286.41 |

Highly Confidential

|     | A | B | C |
| --- | --- | --- | --- |
| 215 | 10-Nov | Clayton Fixed Income Services, Inc. | $478,901.79 |
| 216 | 10-Nov | BGC Financial | $5,074,213.08 |
| 217 | 10-Nov | Cushman & Wakefield of CA | $24,976.51 |
| 218 | 12-Nov | Lason | $24,481.69 |
| 219 | 12-Nov | Factset Research Systems | $1,131,827.97 |
| 220 | 12-Nov | Iron Mountain Incorporated | $1,308,416.68 |
| 221 | 12-Nov | Intralinks Inc. | $770,400.00 |
| 222 | 12-Nov | International Data Corp | $531,455.82 |
| 223 | 12-Nov | Corporate Transporation Group | $19,843.79 |
| 224 | 12-Nov | CMS Innovative Consultants | $178,700.66 |
| 225 | 12-Nov | Creative Technology | $4,101.95 |
| 226 | 14-Nov | Intercall | $123,199.12 |
| 227 | 14-Nov | Smartsource/ Rent a PC | $24,070.09 |
| 228 | 14-Nov | Kenneth Heinze | $48,000.00 |
| 229 | 14-Nov | Charles B. Strauss | $50,532.46 |
| 230 | 14-Nov | IBM | $9,037,072.59 |
| 231 | 14-Nov | Intechra LLC | $34,846.13 |
| 232 | 14-Nov | Informatica Corporation | $161,840.00 |
| 233 | 14-Nov | Essential Trading Systems Corporation | $3,034.57 |
| 234 | 14-Nov | Quench of New Jersey | $5,274.02 |
| 235 | 14-Nov | Federal Express | $74,223.56 |
| 236 | 17-Nov | Deutsche Bank Securities Inc. | $804,268.05 |
| 237 | 17-Nov | Huron Consulting Group | $54,009.95 |
| 238 | 17-Nov | Horan Investment Corp.zip | $8,773.40 |
| 239 | 17-Nov | The Lindsey Group | $250,000.00 |
| 240 | 17-Nov | Pitney Bowes | $359,526.08 |
| 241 | 18-Nov | Institutional Investor | $117,776.25 |
| 242 | 18-Nov | Phoenix Partners | $402,027.50 |
| 243 | 19-Nov | NPD Intelect Inc. | $134,387.72 |
| 244 | 19-Nov | NetApp, Inc | $300,377.64 |
| 245 | 19-Nov | Bright Horizons Children's Centers LLC | $98,620.60 |
| 246 | 20-Nov | Joseph McMurray/ Reynolds channel corp | $15,418.00 |
| 247 | 20-Nov | Michael Stapleton Associates | $133,599.80 |
| 248 | 20-Nov | PEI Systems, Inc. | $706,104.88 |
| 249 | 20-Nov | StreetAccount | $54,588.00 |
| 250 | 21-Nov | Tradeweb (Thomson Financal) | $840,673.85 |

Highly Confidential

|  | A | B | C |
|---|---|---|---|
| 251 | 21-Nov | CMA Quotevision | $143,684.69 |
| 252 | 21-Nov | Ted Moudis Associates | $185,533.27 |
| 253 | 23-Oct | Swiss Post | $155,976.25 |
| 254 | 23-Oct | SeamlessWeb | $252,263.97 |
| 255 | 24-Nov | SumTotal Systems Inc. | $351,563.46 |
| 256 | 24-Nov | Tata Americas International Corporation | $1,820,259.86 |
| 257 | 24-Nov | Cushman & Wakefield | $266,856.09 |
| 258 | 24-Nov | Tishman Speyer | $1,328.57 |
| 259 | 24-Nov | FIX FLYER | $3,700.00 |
| 260 | 24-Nov | CBOE | $470,375.56 |
| 261 | 24-Nov | TJM | $30,315.75 |
| 262 | 24-Nov | Compliance Data Center | $73,936.15 |
| 263 | 26-Nov | A.C. Nielsen | $162,881.78 |
| 264 | 26-Nov | Dun & Bradstreet | $171,556.95 |
| 265 | 26-Nov | CHEEVERS & CO INC | $40,300.56 |
| 266 | 26-Nov | ABS BROKERAGE SERVICES, LLC | $122,240.62 |
| 267 | 26-Nov | MCNAMARA TRADING COMPANY | $46,651.91 |
| 268 | 26-Nov | DROWST TRADING, LLC | $578,824.37 |
| 269 | 1-Dec | Man Securities Now MF GLOBAL SECURITIES, INC. | $41,947.30 |
| 270 | 1-Dec | American Stock Exchange - Standard Billing | $544,916.06 |
| 271 | 1-Dec | CB Richard Ellis | $33,549.00 |
| 272 | 1-Dec | Dow Jones & Company, Inc. | $110,500.00 |
| 273 | 1-Dec | Hamilton | $45,091.90 |
| 274 | 1-Dec | ICE | $240,920.00 |
| 275 | 1-Dec | MarketAxess | $654,171.60 |
| 276 | 2-Dec | Credit Tex | $1,449,692.00 |
| 277 | 2-Dec | Highline Data | $35,000.00 |
| 278 | 2-Dec | NYFIX, Inc | $449,442.97 |
| 279 | 2-Dec | NYFIX Millennium | $62,184.40 |
| 280 | 4-Dec | Options Price Reporting Authority | $107,345.88 |
| 281 | 4-Dec | Gerson Lehman Group Inc. | $255,000.00 |
| 282 | 4-Dec | James Mintz Group | $4,335.00 |
| 283 | 4-Dec | Abovenet Communicaitons Inc | $59,920.00 |
| 284 | 4-Dec | Chicago Mercantile Exchange | $237,064.98 |
| 285 | 4-Dec | ACL Services Ltd. | $18,493.11 |
| 286 | 4-Dec | Relational Security Corporation | $27,440.00 |

Highly Confidential

|     | A | B | C |
|-----|-----|-----|-----|
| 287 | 4-Dec | GL Trade, Inc. | $281,859.35 |
| 288 | 5-Dec | Eastrich No. 167 Corporation | $2,445.29 |
| 289 | 8-Dec | Pyxis Solutions LLC | $49,054.31 |
| 290 | 8-Dec | Tangoe Inc. | $97,500.00 |
| 291 | 8-Dec | IVG Energy Ltd | $65,143.00 |
| 292 | 8-Dec | NYSE Transaction Inc. | $84,509.89 |
| 293 | 8-Dec | ICAP | $6,648,402.50 |
| 294 | 8-Dec | Charles River Development | $76,034.84 |
| 295 | 8-Dec | Choice Natural Gas | $53,089.76 |
| 296 | 8-Dec | FX Alliance LLC | $318,216.30 |
| 297 | 8-Dec | Remate Electronico, s.a. de c.v | $3,074.94 |
| 298 | 8-Dec | Empire Office | $91,397.19 |
| 299 | 8-Dec | Milrose consultants | $66,170.00 |
| 300 | 8-Dec | DPR Construction | $27,486.00 |
| 301 | 11-Dec | Aragon Construction | $80,193.50 |
| 302 | 11-Dec | ENLACE INT S.A. DE C.V. | $180,011.13 |
| 303 | 11-Dec | Instinet | $135,764.67 |
| 304 | 11-Dec | Susquehanna | $1,800,418.26 |
| 305 | 11-Dec | VYAPAR CAPITAL MARKET PARTNERS | $75,300.38 |
| 306 | 11-Dec | Sterling Commerce Inc. | $10,027.23 |
| 307 | 11-Dec | AECSoft USA, Inc. | $39,000.00 |
| 308 | 10-Dec | Intuit | $30,000.00 |
| 309 | 12-Dec | NYSE Market Inc | $2,339,116.15 |
| 310 | 12-Dec | Toronto Stock Exchange | $297,355.67 |
| 311 | 12-Dec | PTR Inc. Total | $35,303.00 |
| 312 | 15-Dec | United Parcel Service | $99,294.73 |
| 313 | 15-Dec | ADP, Inc | $7,001.82 |
| 314 | 15-Dec | 1301 Properties Owner LP | $1,006,986.07 |
| 315 | 15-Dec | Business Integration Group | $59,464.70 |
| 316 | 16-Dec | AVM/III | $15,625.00 |
| 317 | 16-Dec | BAXTER FX | $104,935.40 |
| 318 | 16-Dec | CARL KLIEM | $5,591.63 |
| 319 | 16-Dec | Chapdelaine | $17,566.00 |
| 320 | 16-Dec | Evolution | $13,169.57 |
| 321 | 16-Dec | FLEXTRADE | $211,260.06 |
| 322 | 16-Dec | G.A. Davies & Co. #1& #2 | $7,920.76 |

Highly Confidential

| | A | B | C |
|---|---|---|---|
| 323 | 16-Dec | GA Options/ GA Global Markets | $24,515.00 |
| 324 | 16-Dec | ILS BROKERS LTD. | $48,816.00 |
| 325 | 16-Dec | Landmark | $15,198.50 |
| 326 | 16-Dec | LCMC | $35,670.00 |
| 327 | 16-Dec | Libucki | $10,418.13 |
| 328 | 16-Dec | Liquidity Partners | $2,100.00 |
| 329 | 16-Dec | MBS Energy | $28,227.50 |
| 330 | 16-Dec | Murphy & Durieu | $74,141.25 |
| 331 | 16-Dec | Nova Commodities | $5,600.00 |
| 332 | 16-Dec | NYMEX (All COMEX & NYMEX Activity) | $1,527,695.48 |
| 333 | 16-Dec | Powernext Spot Fees | $28,244.60 |
| 334 | 16-Dec | Rafferty | $70,987.38 |
| 335 | 16-Dec | Sunrise | $263,436.00 |
| 336 | 16-Dec | Syntex | $3,675.00 |
| 337 | 16-Dec | Bourse de Montreal | $19,739.31 |
| 338 | 22-Dec | Tradition | $5,560,368.98 |
| 339 | 22-Dec | TriOptima - Credits | $372,865.00 |
| 340 | 22-Dec | CME | $156,994.26 |
| 341 | 22-Dec | Washington Speakers Bureau | $55,000.00 |
| 342 | 22-Dec | FTSE | $70,800.00 |
| 343 | 22-Dec | Global Coal | $14,100.00 |
| 344 | 22-Dec | Oceanus | $9,055.02 |
| 345 | 22-Dec | Parity Energy | $700.00 |
| 346 | 22-Dec | PMG/ Power Merchant Group | $14,875.00 |
| 347 | 22-Dec | PORTWARE LLC | $54,000.00 |
| 348 | 22-Dec | Tokyo FOREX & UEDA Harlow Ltd. | $311,080.60 |
| 349 | 22-Dec | Frictionless Commerce | $48,768.75 |
| 350 | 22-Dec | Internap Network Service Corp | $171,775.77 |
| 351 | 22-Dec | Fortify Software Inc. | $202,932.08 |
| 352 | 22-Dec | IPC Information Systems | $3,221,477.60 |
| 353 | 22-Dec | DataCert, Inc. | $33,025.00 |
| 354 | 22-Dec | Global Insight | $54,762.31 |
| 355 | 22-Dec | Energy Intelligence group | $4,246.08 |
| 356 | 22-Dec | Ciena Communications | $436,703.40 |
| 357 | 22-Dec | First Derivatives PLC | $137,000.00 |
| 358 | 22-Dec | AT&T | $1,660,628.71 |

Highly Confidential

|   | A | B | C |
|---|---|---|---|
| 359 | 22-Dec | 4Connections/ Optimum Light Path | $46,010.00 |
| 360 | 22-Dec | CURRENEX | $257,513.00 |
| 361 | 22-Dec | EXANE SA | $175,183.00 |
| 362 | 22-Dec | FX Connect | $97,927.00 |
| 363 | 22-Dec | I-Deal LLC | $398,545.26 |
| 364 | 22-Dec | LEK SECURITIES CORP | $20,434.40 |
| 365 | 22-Dec | VSNL (TATA Communications)/ Fraser stryker law firm | $326,026.23 |
| 366 | 22-Dec | MicroDesign Services/ SS&C Technologies NJ | $23,582.80 |
| 367 | 22-Dec | Cingular Wireless | $1,139,464.95 |
| 368 | 22-Dec | TalkPoint Holdings | $70,225.00 |
| 369 | 22-Dec | Responsive Data Solutions | $52,431.80 |
| 370 | 22-Dec | FAX EXPRESS | $1,022.53 |
| 371 | 22-Dec | TIME WARNER | $7,131.89 |
| 372 | 22-Dec | JABBER INC. | $33,719.57 |
| 373 | 22-Dec | ANIXTER INC. | $6,572.87 |
| 374 | 22-Dec | MERENER NICOLAS | $10,400.00 |
| 375 | 22-Dec | NASTEL TECHNOLOGIES INC. | $52,428.14 |
| 376 | 22-Dec | NETSCOUT SYSTEMS INC | $23,419.82 |
| 377 | 22-Dec | BTIG | $124,884.00 |
| 378 | 22-Dec | GFI | $3,509,688.41 |
| 379 | 22-Dec | Hill Farber | $366,017.51 |
| 380 | 22-Dec | OceanConnect Broker | $5,050.00 |
| 381 | 22-Dec | SSY | $20,104.71 |
| 382 | 22-Dec | WEST POINT DERIVATIVES LTD | $84,951.00 |
| 383 | 22-Dec | Clune Construction Company | $152,276.00 |
| 384 | 22-Dec | Prenax, Inc. | $222,556.39 |
| 385 | 22-Dec | Ginga Sing Petroleum | $2,000.00 |
| 386 | 22-Dec | Link Crude | $5,010.00 |
| 387 | 22-Dec | NASDAQ STOCK MARKET | $1,080,698.62 |
| 388 | 22-Dec | PHOENIX Partners London | $14,810.65 |
| 389 | 22-Dec | PVM Oil | $2,120.00 |
| 390 | 22-Dec | Spectron | $177,018.00 |
| 391 | 22-Dec | Information Builders Inc | $270,036.41 |
| 392 | 22-Dec | ACRONIS, INC | $125,357.00 |
| 393 | 22-Dec | STARCITE INC | $90,000.00 |
| 394 | 22-Dec | GREENLINE FINANCIAL TECHNOLOGIES INC | $65,000.00 |

Highly Confidential

|     | A      | B                                                              | C              |
|-----|--------|----------------------------------------------------------------|----------------|
| 395 | 22-Dec | United States Golf Association                                 | $57,500.00     |
| 396 | 22-Dec | POWERLYTIX, LLC                                                | $20,000.00     |
| 397 | 22-Dec | LANCOPE INC                                                    | $6,091.53      |
| 398 | 22-Dec | SCHOLES ELECTRIC & COMMUNICATION                               | $1,200.00      |
| 399 | 22-Dec | EXCEL MEDIA SYSTEM INC                                         | $515.00        |
| 400 | 22-Dec | CITY NETWORKS INC                                              | $242.68        |
| 401 | 22-Dec | Edgar                                                          | $6,000.00      |
| 402 | 23-Dec | William O'Neill                                                | $30,176.00     |
| 403 | 23-Dec | Hewlett Packard                                                | $1,234,148.68  |
| 404 | 23-Dec | Bell South                                                     | $18,349.13     |
| 405 | 23-Dec | AKF Engineers                                                  | $63,733.67     |
| 406 | 23-Dec | (SunGard)<br>Wall Street Concepts  LLC                         | $16,716.53     |
| 407 | 23-Dec | SunGard Reference Data Solutions, Inc.                         | $68,684.47     |
| 408 | 23-Dec | (SunGard)<br>Automated Securities Clearance LLC<br>(Protegent) | $28,743.75     |
| 409 | 23-Dec | (SunGard)<br>Automated Securities Clearance LLC<br>(Brass)     | $418,359.20    |
| 410 | 23-Dec | (SunGard)<br>MicroHedge LLC                                    | $35,908.63     |
| 411 | 23-Dec | Sungard Investment Systems LLC                                 | $17,466.89     |
| 412 | 23-Dec | SunGard Institutional Brokerage, Inc                           | $147,081.63    |
| 413 | 23-Dec | SunGard Availability Services LP                               | $112,695.00    |
| 414 | 23-Dec | SP 190 South LaSalle, L.P.                                     | $60,072.44     |
| 415 | 23-Dec | Advantage Human Resourcing                                     | $377,418.42    |
| 416 | 30-Dec | Advantage Data                                                 | $47,143.13     |
| 417 | 30-Dec | McLarty Associates  (AKA  Kissinger McLarty Associates)        | $45,652.17     |
| 418 | 30-Dec | Strategic Insight                                              | $70,443.75     |
| 419 | 30-Dec | Mainstar Software                                              | $21,000.00     |
| 420 | 30-Dec | ILOG                                                           | $42,729.02     |
| 421 | 30-Dec | Avaya Inc.                                                     | $759,781.65    |
| 422 | 30-Dec | Rockefeller Center Mgmt Corp                                   | $463,908.90    |
| 423 | 30-Dec | Rockefeller Center Mgmt Corp                                   | $1,048,166.62  |

Highly Confidential

|     | A | B | C |
|-----|-------|-----------------------------------------------|----------------|
| 424 | 30-Dec | Cushman $ Wakefield | $285,712.60 |
| 425 | 30-Dec | Merrill Communications | $74,992.24 |
| 426 | 31-Dec | Thomson Reuters | $8,048,005.21 |
| 427 | 31-Dec | MCAFEE Inc | $48,000.00 |
| 428 | 31-Dec | Admit One | $15,620.00 |
| 429 | 31-Dec | Aperture Technologies | $66,243.70 |
| 430 | 31-Dec | Intex Solutions | $147,496.00 |
| 431 | 31-Dec | Premiere Global Service | $1,665.26 |
| 432 | 31-Dec | Total Fire Protection | $2,745.80 |
| 433 | 2-Jan | NYSE - Wombat | $154,900.00 |
| 434 | 2-Jan | Precision Engraving Company | $50,028.62 |
| 435 | 5-Jan | Moody's | $2,550,000.00 |
| 436 | 5-Jan | Fimat now Newedge | $2,889,435.44 |
| 437 | 6-Jan | Eurest/ Compass Group | $19,578.56 |
| 438 | 7-Jan | CGI North America | $266,558.80 |
| 439 | 8-Jan | CENTER FOR RESEARCH IN SECURITY PRICES | $2,500.00 |
| 440 | 9-Jan | Dresdner Kleinwort Services LLC (WPGH) | $35,821.24 |
| 441 | 9-Jan | IBM Corporation | $116,069.84 |
| 442 | 9-Jan | Quality Technology Services | $19,505.80 |
| 443 | 12-Jan | Lexis Nexis | $273,446.74 |
| 444 | 12-Jan | Canaccord Adams | $25,000.00 |
| 445 | 13-Jan | Big Fix | $286,875.00 |
| 446 | 13-Jan | Mergermarket | $13,275.94 |
| 447 | 13-Jan | JEFFERIES & COMPANY, INC. | $61,609.00 |
| 448 | 13-Jan | Chicago Stock Exchange (Midwest Transaction Fees) | $90,687.92 |
| 449 | 13-Jan | Reuters (Brokerage) | $435,351.46 |
| 450 | 13-Jan | SCS Energy | $34,214.50 |
| 451 | 14-Jan | IMS Health | $22,250.00 |
| 452 | 14-Jan | Jasna Polana | $2,599.60 |
| 453 | 14-Jan | Riviera Country Club | $10,090.38 |
| 454 | 14-Jan | Frank Russell Company | $246,635.00 |
| 455 | 15-Jan | Factiva | $211,076.00 |
| 456 | 15-Jan | Private Raise/ Dealflow Media Inc. | $20,000.00 |
| 457 | 15-Jan | RCN New York Communications LLC | $150,626.41 |
| 458 | 15-Jan | RR Donnelley | $150,000.00 |
| 459 | 15-Jan | Arcot Systems | $118,000.00 |

Highly Confidential

| | A | B | C |
|---|---|---|---|
| 460 | 16-Jan | Duetche Boarse | $188,829.19 |
| 461 | 16-Jan | FINRA - ACT | $819,198.95 |
| 462 | 27-Jan | Man Capital | $132,002.38 |
| 463 | 27-Jan | Scotts Flowers | $10,579.11 |
| 464 | 27-Jan | Price Waterhouse Coopers | $75,000.00 |
| 465 | 27-Jan | Bloomberg | $704,770.52 |
| 466 | 27-Jan | Cyveillance | $95,000.00 |
| 467 | 27-Jan | Ramsey Quantitative Systems, Inc. | $85,292.50 |
| 468 | 27-Jan | Lewtan | $57,709.69 |
| 469 | 27-Jan | Clearcorp | $10,113.00 |
| 470 | 27-Jan | Bloomberg | $10,907,678.47 |
| 471 | 30-Jan | Translux | $3,398.79 |
| 472 | 30-Jan | Interactive Data Corp | $599,700.15 |
| 473 | 3-Feb | Dimension Data | $139,762.50 |
| 474 | 5-Feb | WebEx | $78,575.00 |
| 475 | 5-Feb | Wall Street on Demand | $130,000.00 |
| 476 | 9-Feb | Investor Tools Inc. | $10,156.00 |
| 477 | 17-Feb | OC Tanner | $118,196.65 |
| 478 | 18-Feb | Mark Monitor | $37,742.50 |
| 479 | 19-Feb | MSCI Barra | $267,537.64 |
| 480 | 20-Feb | Align Communications | $30,800.00 |
| 481 | 19-Feb | MCI | $1,524,811.70 |
| 482 | 19-Feb | Verizon - Sonet | $316,264.25 |
| 483 | 3-Mar | Dealogic | $274,733.84 |
| 484 | 3-Mar | Wall Street Source | $9,591.04 |
| 485 | 3-Mar | Hotspot | $87,753.17 |
| 486 | 3-Mar | Bank of America Securities | $3,500.00 |
| 487 | 3-Mar | Totan Capital | $350,078.81 |
| 488 | 3-Mar | Whittaker & Garnier, Inc. d/b/a Pertrac Financial Solutions | $39,467.00 |
| 489 | 3-Mar | IKON Financial Services | $246,918.52 |
| 490 | 3-Mar | M&M Technologies | $33,750.00 |
| 491 | 3-Mar | M&M Sentinel Glow | $11,000.00 |
| 492 | 3-Mar | QTS | $21,924.60 |
| 493 | 4-Mar | verizon-wireless/ Cellco Partnership | $475,314.95 |
| 494 | 25-Mar | Sprint | $655,329.95 |
| 495 | 25-Mar | Tullett Preborn | $4,013,074.03 |

Highly Confidential

| | A | B | C |
|---|---|---|---|
| 496 | 30-Mar | Standard & Poor's | $1,691,018.34 |
| 497 | 6-Apr | HWA 555 Owners, LLC/ Lehman Brother Inc. | $1,200,000.00 |
| 498 | 10-Apr | Level3 -ICG | $10,798.34 |
| 499 | 13-Apr | Interactive Data Corp | $21,467.30 |
| 500 | 23-Apr | NYSE | $478,499.83 |
| 501 | 29-Apr | Bloomberg Finance LP | $16,835.97 |
| 502 | 11-May | LAVA | $296,431.00 |
| 503 | 12-May | IBM Corporation | $124,568.23 |
| 504 | 20-May | Constellation Place, LLC | $49,206.61 |
| 505 | 29-May | BT Americas | $1,020,131.78 |
| 506 | 29-May | Radianz | $404,656.00 |
| 507 | 30-May | Credit Suisse | $7,045.44 |
| 508 | 1-Jun | Factiva | $33,867.18 |
| 509 | 10-Jun | Cisco | $14,855,575.00 |
| 510 | **Total** | | **$238,200,978.91** |

Highly Confidential

|  | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Acquisition Balance sheet summary | | | | | | | | | | | |
| 2 | | | Cash | | Equity | | Total | | Source | | | |
| 3 | | | $'m | | $'m | | $'m | | | | | |
| 4 | | | | | | | | | | | | |
| 5 | OBS Compensation accrual | | 1,700 | | 300 | | 2,000 | | APA | | | |
| 6 | | | | | | | | | | | | |
| 7 | Payments | | | | | | | | | | | |
| 8 | | | | | | | | | | | | |
| 9 | Pre 22/2 payroll items | | (12) | | - | | (12) | | Payroll records | | | |
| 10 | | | | | | | | | | | | |
| 11 | Replacement RSUs | | (11) | | - | | (11) | | New RSUs granted as replacements for Ex-Lehman employees granted to them in 2008 prior to the | | | |
| 12 | | | | | | | | | | | | |
| 13 | Bonus including social tax1 | | (1,271) | | (258) | | (1,529) | | TCR 23 Feb 2009 | | | |
| 14 | | | | | | | | | | | | |
| 15 | IBD Grad programmes | | (11) | | - | | (11) | | Off cycle IBD grad programme payments paid in June 2009 | | | |
| 16 | | | | | | | | | | | | |
| 17 | Severance | | (261) | | - | | (261) | | RIF & VIG list from HR | | | |
| 18 | | | | | | | | | | | | |
| 19 | | | (1,566) | | (258) | | (1,824) | | | | | |
| 20 | | | | | | | | | | | | |
| 21 | Payable in future | | | | | | | | | | | |
| 22 | | | | | | | | | | | | |
| 23 | Severance2 | | (53) | | - | | (53) | | RIF and VIG list from HR and includes 25% for benefits for RIF | | | |
| 24 | | | | | | | | | | | | |
| 25 | Payroll tax on Equity compensation | | (9) | | - | | (9) | | 1.79% of Equity compensation | | | |
| 26 | | | | | | | | | | | | |
| 27 | Acquisition Buyout vesting over 2 years | | (53) | | | | (53) | | Bonus relating to performance for 1 Jan to 22 Sept 08 but with future time serve criteria and with a portion | | | |
| 28 | | | | | | | | | linked to future production with 2 payments of $20m in equal tranches Feb 10 and Feb 11, and $13m to | | | |
| 29 | Payroll taxes on Acq buyout | | (3) | | - | | (3) | | be delivered effectively in Feb 10 | | | |
| 30 | | | | | | | | | | | | |
| 31 | | | | | | | | | | | | |
| 32 | | | (118) | | - | | (118) | | | | | |
| 33 | Other items | | | | | | | | | | | |
| 34 | | | | | | | | | | | | |
| 35 | | | | | | | | | | | | |
| 36 | ISP awards | | - | | (56) | | (56) | | Additional shares awarded @ 25p share to compensate for loss in value of 2008 EPP awarded | | | |
| 37 | | | | | | | | | | | | |
| 38 | Payroll taxes on ISP awards | | (2) | | - | | (2) | | | | | |
| 39 | | | | | | | | | | | | |
| 40 | | | | | | | | | | | | |
| 41 | | | | | | | | | | | | |
| 42 | | | (2) | | (56) | | (58) | | | | | |
| 43 | | | | | | | | | | | | |
| 44 | Total spend | | (1,686) | | (313) | | (1,999) | | | | | |
| 45 | | | | | | | | | | | | |
| 46 | Balance left | | 14 | | (13) | | 1 | | | | | |

BCI-EX-00077287

# A. 137

## Acquisition Balance sheet summary

| | Cash $'m | Equity $'m | Total $'m | Source |
|---|---|---|---|---|
| OBS Compensation accrual | 1,700 | 300 | 2,000 | APA |
| **Payments** | | | | |
| Pre 22/9 payroll items | (12) | - | (12) | Payroll records |
| Replacement RSUs | (11) | - | (11) | New RSUs granted as replacements for Ex-Lehman employees granted to them in 2008 prior to the acquisition - Barcap value 50% of Lehman face value representing a 50:50 split to the employee of write off and replacement |
| Bonus including social tax | (1,271) | (258) | (1,529) | TCR 23 Feb 2009 |
| IBD Grad programmes | (11) | - | (11) | Off cycle IBD grad programme payments paid in June 2009 |
| Severance | (238) | - | (238) | RIF & VIG list from HR |
| | (1,543) | (258) | (1,801) | |
| **Payable in future** | | | | |
| Severance | (27) | - | (27) | RIF and VIG list from HR and includes 25% for benefits for RIF |
| Payroll tax on Equity compensation | (9) | - | (9) | 1.79% of Equity compensation |
| Acquisition Buyout vesting over 2 years | (53) | - | (53) | Bonus relating to performance for 1 Jan to 22 Sept 08 but with future time serve criteria and with a portion linked to future production with 2 payments of $20m in equal tranches Feb 10 and Feb 11, and $13m to be delivered effectively in Feb 10 |
| Payroll taxes on Acq buyout | (3) | - | (3) | |
| | (92) | - | (92) | |
| **Other items** | | | | |
| ISP awards | - | (56) | (56) | Additional shares awarded @ 25p share to compensate for loss in value of 2008 EPP awarded |
| Payroll taxes on ISP awards | (2) | - | (2) | |
| | (2) | (56) | (58) | |
| **Total spend** | (1,638) | (313) | (1,951) | |
| **Balance left - Cash basis** | 62 | (13) | 49 | |

Highly Confidential

EXHIBIT
2 816
5/27/09
PENGAD 800-631-6989

BCI-EX-00115843

# A. 138

# Filed Under Seal Pursuant To Protective Order

# A. 139

# Filed Under Seal Pursuant To Protective Order

# A. 140

# Filed Under Seal Pursuant To Protective Order

# A. 141

# Filed Under Seal Pursuant To Protective Order

# A. 142

# Filed Under Seal Pursuant To Protective Order

# A. 143

# Filed Under Seal Pursuant To Protective Order

# A. 144

# Filed Under Seal Pursuant To Protective Order

# A. 145

# Filed Under Seal Pursuant To Protective Order

# A. 146

# Filed Under Seal Pursuant To Protective Order

# A. 147

# Filed Under Seal Pursuant To Protective Order