UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------
In re Lehman Brothers Holdings Inc.,

                                         Chapter 11
                                         Case No. 08-13555

                    Debtor.
----------------------------------------

## <u>WITHDRAWAL OF NOTICE OF APPEARANCE AND REQUEST FOR PAPERS</u>

     **PLEASE TAKE NOTICE** that the undersigned hereby withdraws as counsel in the

representation of Jason Siner.


     Dated:  New York, New York
     October 15, 2009


                           Shenwick & Associates

                           By: /s/ James H. Shenwick
                                James H. Shenwick
                                655 Third Avenue, 20th Floor
                                New York, New York 10017
                                (212) 541-6224
                                Fax (646) 218-4600
                                E-mail: jhs7@att.net