Page 1

HIGHLY CONFIDENTIAL - S. BERKENFELD

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------x

In Re:

                                       Chapter 11

LEHMAN BROTHERS           Case No. 08-13555(JMP)

HOLDINGS, INC., et al.,   (Jointly Administered)

                Debtors.

------------------------x

\* \* \*HIGHLY CONFIDENTIAL\* \* \*

DEPOSITION OF STEVEN BERKENFELD

New York, New York

August 6, 2009

Reported by:

KATHY S. KLEPFER, RMR, RPR, CRR, CLR

JOB NO. 24035

Page 2

1    HIGHLY CONFIDENTIAL - S. BERKENFELD
2           August 6, 2009
3              9:30 a.m.
4
5        HIGHLY CONFIDENTIAL deposition
6    of STEVEN BERKENFELD, held at Jones
7    Day, LLP, 222 East 41st Street, LLP,
8    New York, New York, before Kathy S.
9    Klepfer, a Registered Professional
10   Reporter, Registered Merit Reporter,
11   Certified Realtime Reporter, Certified
12   Livenote Reporter, and Notary Public
13   of the State of New York.
14
15
16
17
18
19
20
21
22
23
24
25

Page 20

1        HIGHLY CONFIDENTIAL - S. BERKENFELD
2        [REDACTED]
3        [REDACTED]
4        [REDACTED]
5        [REDACTED]
6        [REDACTED]
7        Q.    What's your title at Barclays Capital?
8        A.    Managing director.
9        Q.    And what's your area of
10   responsibility?
11       A.    I'm in the Investment Banking
12   Division.
13       Q.    What's your job there?  What do you
14   do?
15       A.    I chair a few committees to approve
16   equity transactions, fairness opinions, and I'm
17   involved in various different capacities in
18   investment banking transaction development.
19       [REDACTED]
20       [REDACTED]
21       [REDACTED]
22       [REDACTED]
23       [REDACTED]
24       [REDACTED]
25       [REDACTED]

```
 1        HIGHLY CONFIDENTIAL - S. BERKENFELD
 2   ████████████████████████████████████
 3   ████████████████████████████████████
 4   ██████████████████████████████████████
 5   ███████████████████
 6   ████████████████████████████
 7   ██████████████████████████████████
 8   ████████████████████████████
 9   ██████████████████████
10   ██████████████████████████████████████
11   ██████████████████████████████████████
12   ██████████████████████████████████████
13   ██████████████████████████████████████
14   ███████████████████
15   ██████████████████████████████████
16   ██████████████████████████████████
17   ████████████████████████████████████
18   ██████████████
19   ██████████████████████████████████████
20   █████████████████
21   ██████████████████████████████████
22   ████
23   ██████████████████████████████████████
24   ██████████████████████████████████h
25   ██████████████████████████████████
```

TSG Reporting - Worldwide (877) 702-9580

1        HIGHLY CONFIDENTIAL - S. BERKENFELD





Page 57

HIGHLY CONFIDENTIAL - S. BERKENFELD

[Lines 2–25 redacted]

Page 58

1    HIGHLY CONFIDENTIAL - S. BERKENFELD
2    ████████████████████████████████████
3    ████████████████████████
4    ██████████.
5    ████████████████████████████
6    ████████████████████████████
7    ██████████████████████████████
8    t██████████████.
9        Q.    Now, you started -- we talked about
10   the exact date, and I don't care -- you started
11   sometime in September of 2008, correct?
12       A.    The agreement actually says the
13   employment commences on or before October 31.
14       Q.    Okay.  A date -- so we haven't hit
15   your first anniversary yet?
16       A.    That's correct.
17       Q.    ████████████████████████████
18   ████████████████████████████████
19   █████
20       A.    ██████████████
21   ████████████████████████████████
22   ████████████████████████████████
23   ██████████████████████████
24   ██████████████████████
25   ████████████████████████████████

```
 1      HIGHLY CONFIDENTIAL - S. BERKENFELD
 2      ████████████████████████████████████
 3      ████████████████████████████████████
 4      ████████████████████████████████████
 5      ██████████
 6         █████████████████████████████████
 7      ████████████████████████████████
 8      ██████████████
 9         ██████████████████████████████████
10      █
11      A█████████████████████████████████.
12         ████████████████████████████████
13      ██████████████████████████████
14         ███████████
15         ████████████████████████████████
16      ████████████████████████████████████
17      ████████████████████████████████████
18      ██
19         ██████████████████████████████
20         ████████████████████████████████
21      ████████████████████████████████████
22      ██████████████████████████████
23         █████████
24         ████████████████████████████████
25      ████████
```

Page 65

1  HIGHLY CONFIDENTIAL - S. BERKENFELD

2  ████████████████████████████████████
3  ████████████████████
4  ████████████████████
5  ████████████████████████████
6  ████████████████████████████
7  ████████████████████████████████████
8  ██████████
9  ████████████████████
10 ████████████████████████████████████
11 ████████████████████████████████████
12 ██████████████████████████████████
13 ████████████████████████████████████

14  Q.   Anyone else you think would have
15 knowledge of that fact, whether the business
16 terms included a $5 billion discount to
17 Barclays?
18  A.   I would ask the principal negotiators
19 of the deal.
20  Q.   And that would be Dave Shafir and
21 McGee?
22       MR. STERN:  Objection to the form.
23  A.   That's probably where I would start.
24  Q.   Who would you ask on the Barclays side
25 of the table?

TSG Reporting - Worldwide   (877) 702-9580

Page 66

1      HIGHLY CONFIDENTIAL - S. BERKENFELD
2      A.    I would ask Rich Ricci.
3      Q.    Anyone else?
4      A.    I would ask Gerard LaRocco, I would
5  ask Archie Cox, and I would ask Michael Klein,
6  who was not a Barclays employee, but who was
7  acting as an advisor.
8      Q.    Now, are Mr. Ricci, LaRocco, Cox and
9  Klein, would you describe them as the chief
10 negotiators for Barclays?
11     A.    I would describe the chief negotiators
12 as Ricci, Cox and Klein.
13 ███████████████████████████████████████
14 ████
15 ██████████████████
16 ████████████████████████████
17 ██████████
18 ███████████████████████████████████
19 ████████████████
20 ██████████████████████
21 ███████████████████████████████████
22 ███████████████████████████████████
23 ███████████████████████████████████
24 ███████████████████████████████████
25 ███████████████████████████████████

1        HIGHLY CONFIDENTIAL - S. BERKENFELD
2        ██████████████████████████████████
3        Q.    So when you add those comp and cure
4   assumed liabilities on top of the elements I
5   just gave you, there's certainly no gain on
6   acquisition for Barclays, if those numbers are
7   real?
8        MR. STERN:  Objection to the form.
9        A.    Well, again, no one was actually --
10  I'm repeating my answer a little bit.  No one
11  was saying this schedule, Exhibit 19, is the
12  deal and see how all these numbers add up.  The
13  deal was the Asset Purchase Agreement.  This was
14  meant as some guidance for that as what we meant
15  as 70 billion of assets.  For instance, 70
16  billion of assets could have been 69 billion of
17  governments --
18       Q.    Okay.
19       A.    -- and 1 billion of other stuff, or it
20  could have been 69 billion of corporate equity
21  and 1 billion of governments, right?  So we
22  needed to -- because we didn't specify any of
23  that in the text.  It was just 70 billion of all
24  this stuff.  And this gives you a little bit
25  better sense of what that stuff is.

Page 122

1    HIGHLY CONFIDENTIAL - S. BERKENFELD
2    [redacted]
3    [redacted]
4    [redacted]
5    [redacted]
6    [redacted]
7    [redacted]
8    [redacted]
9    [redacted]
10   [redacted]
11   [redacted]
12   [redacted]
13   [redacted]
14   [redacted]
15   [redacted]
16   [redacted]
17        Q.    And nobody looking at that agreement,
18   at least from the point of view of the man who
19   signed it, would read that to say there was a
20   discount being given to Barclays for what it was
21   buying?
22        MR. STERN:  Objection to the form.
23        A.    I didn't believe at the time when I
24   signed this agreement that the intent of the
25   agreement was to deliver assets with a material

Page 123

1        HIGHLY CONFIDENTIAL - S. BERKENFELD
2   embedded gain to them, to Barclays.
3   ██████████████████████████████████
4   ██████████████████████████████████
5   ██████████████████████████████████
6   ██████████████
7   ████████████████████████████
8   ████████████████████████████
9   ██████████████████████████████████
10  ██████████████████████████████████
11  ██████████████████████████████████
12  ██████████████████████████████████
13  ██████████████████████████████████
14  ██████████████████████████████████
15  ██████████████████████████████████
16  ██████████████████████████████████
17  ██████████████████████████████████
18  ████████████████████
19  ████████████████████████████
20  ██████████████████████████████████
21  ██████████████████████████████████
22  ██████████████████████████████████
23  ██████████████████████████████████
24  ██████████████████████████████
25  ████████████████████████████

```
                                                    Page 162
 1         HIGHLY CONFIDENTIAL - S. BERKENFELD
 2    ████████████████████████████████████████████
 3    ██████████████████████████████████████████
 4       ████████████████████████████
 5    ████████████████████████████████████████████
 6    ██████████████████████████████████████████
 7    ██████████████████████████████████████████
 8    ████████████████████████████████████████████
 9    ████████████
10       ██████████████
11       ████████████████████████████████████
12    ████████████████████████████████████████████
13    ████████████████████████████████████████████
14    ████████████████████████████████████████████
15       ████████████████████████
16    ████████████████████████████████████████████
17    ████████████████████████████████████████████
18       ██████████████████████████████████████████
19    ██████████
20       ██████████
21       Q.    You know, with respect to both the --
22    actually, all three of the Asset Purchase
23    Agreement, the First Amendment, which we marked
24    as Exhibit 24, and the clarification letter,
25    which is marked as Exhibit 25, why did you sign
```

Page 163

1       HIGHLY CONFIDENTIAL - S. BERKENFELD
2   them?  Why are you the guy who signs them?
3       A.    I signed the Asset Purchase Agreement
4   because at the time there was nobody else who
5   was an authorized officer of Lehman Brothers
6   Holdings available to sign it there present who
7   could sign it, and to some extent, I think the
8   amendments and the clarification letter were
9   brought to me by the counsel just for
10  consistency after that.
11  ████████████████████████████████████████
12  ████████████████████████████████████████
13  ████████████████████████████████████████
14       ███████████████████████████████████
15      ████████████████████████████████
16      ██████████
17  ███████████████████████████████████████
18  ██████████████████████████████████
19       ██████████████████████████████████
20  ████████████████████████████████████████
21  ██████████████████
22       ████████████████████████████████
23  ████████████████████████████████████████
24  ████████████████████████████████████████
25  ████████████████████████████████████████

1    HIGHLY CONFIDENTIAL - S. BERKENFELD
2    ████████████████████████████████████
3    ████████████████████████████████████
4    ████████████████████████████████████
5    ████████████████████████████████████
6    █████
7             The negotiators included Mr. McDade.
8    Was he not authorized to sign on behalf of LBHI?
9        A.    He was.
10       Q.    Was he not present?
11       A.    He wasn't present at the time the
12   document was ready to be signed.
13   ████████████████████████████████████
14   ████████████████████████████████████
15   ████████████████████████████████████
16   █████
17        ████████████████
18             ████████████████
19        ████████████████████████
20   ████████████████████
21   ████████████████████████████
22   ████████████████████
23        ████████████
24        ████████████████████
25        ████████████████