Page 1

1

2      UNITED STATES BANKRUPTCY COURT

3      SOUTHERN DISTRICT OF NEW YORK

4      ----------------------------------x

       In Re:                        Chapter 11

5      LEHMAN BROTHERS               Case No. 08-13555 (JMP)

       HOLDINGS, INC., et al.,       (Jointly Administered)

6      ----------------------------------)

7

8           * * * HIGHLY CONFIDENTIAL * * *

9             DEPOSITION OF HUGH McGEE

10                New York, New York

11             Monday, August 10, 2009

12

13

14

15

16

17

18

19

20   Reported by:

     FRANCIS X. FREDERICK, CSR, RPR, RMR

21   JOB NO. 24038

22

23

24

25

Page 2

1

2

3

4

5       August 10, 2009

6       10:00 a.m.

7

8

9       HIGHLY CONFIDENTIAL deposition of

10   HUGH McGEE, held at the offices of Jones

11   Day, 222 East 41st Street, New York, New

12   York, pursuant to Notice, before Francis

13   X. Frederick, a Certified Shorthand

14   Reporter, Registered Merit Reporter and

15   Notary Public of the States of New York

16   and New Jersey.

17

18

19

20

21

22

23

24

25

```
                                                           Page 13

 1           H. McGEE - HIGHLY CONFIDENTIAL
 2   ████████████████████████
 3        ██████████████████████████████████
 4        ███████████████████████████████████
 5   █████████████████████
 6           Q.    Stay up at the top of the chain if
 7   we could for a moment because I know there's a
 8   lot of people who do something in connection
 9   with it.  I'm looking at the senior activities
10   either at the table or near the table.  Who's
11   involved in getting the transaction done?
12           A.    Well, certainly Mike Gelband was
13   there as well.
14           Q.    Was Paolo Tonucci involved?
15           A.    Yes.
16           Q.    What was his role?
17           A.    Well, Paolo and Ian Lowitt were
18   both involved around some of the balance sheet
19   type items.
20        ████████████████████████████████████
21   ███████████████████████████████████████████
22        ██████████████████████████████
23   ███████████████
24        █████████████████
25        █████████████████████
```