Highly Confidential

Page 1

1                         M. Shapiro

2          UNITED STATES BANKRUPTCY COURT

3          SOUTHERN DISTRICT OF NEW YORK

4    ----------------------x

5    In Re:

6                              Chapter 11

7    LEHMAN BROTHERS          Case No. 08-13555(JMP)

8    HOLDINGS, INC., et al.,  (Jointly Administered)

9

                     Debtors.

10

     ----------------------x

11

12         * * *HIGHLY CONFIDENTIAL* * *

13         DEPOSITION OF MARK J. SHAPIRO

14              New York, New York

15               August 7, 2009

16

17

18

19

20

21

22

23   Reported by:

24   KATHY S. KLEPFER, RMR, RPR, CRR, CLR

25   JOB NO. 24036

Highly Confidential

Page 2

1                        M. Shapiro

2                   August 7, 2009

3                     9:30 a.m.

4

5          HIGHLY CONFIDENTIAL deposition

6    of MARK J. SHAPIRO, held at Jones

7    Day, LLP, 222 East 41st Street, LLP,

8    New York, New York, before Kathy S.

9    Klepfer, a Registered Professional

10   Reporter, Registered Merit Reporter,

11   Certified Realtime Reporter, Certified

12   Livenote Reporter, and Notary Public

13   of the State of New York.

14

15

16

17

18

19

20

21

22

23

24

25

Highly Confidential

Page 7



1          M. Shapiro

14      Q.      By whom are you presently employed?

15      A.      Barclays Capital.

16      Q.      And what's your position there?

17      A.      I am the head of Restructuring and

18  Finance within the Investment Banking Division.

Highly Confidential

Page 49

1              M. Shapiro



20        Q.    Was Steve Berkenfeld involved in the

21    negotiations on that Monday and Tuesday?

22        A.    Yes.

23        Q.    Would he have been one of the people

24    negotiating what you call in the trenches?

25        A.    He was more involved in some of the

Highly Confidential

Page 50

1                          M. Shapiro

2     legal negotiations.    He was definitely at the

3     table from time to time with the lawyers.    He

4     was not, to the best of my recollection, in the

5     meetings that took place between myself, Mark

6     Shafir, Archie and Michael Klein.

7     ███████████████████████████████████████████

8     ███████████████████████████████████████████

9     ███████████████████████████████████████████

10    ████████████████████████████

11              ██████████████████████████████████

12    ███████████████████████████████████████████

13    ███████████████████████████████████████████

14    ████████████████████████████████████████

15    ███████████████████████████████████

16          ██████████████████████████████████████

17    ██████████████

18       ███████████

19       █████████████████████████████████████████

20    ███████████████████████████████████████████

21    ███████████████████████████████████████████

22    ███████████████████████████████████████████

23    ███████████████████████████████████████████

24    ███████████████████

25          ██████████████████████████████████████

Highly Confidential

Page 63

1       M. Shapiro

2       ████████████████████████████████████████████

3       ████████████████████████████████████████████

4       ████████████████████████████████████████████

5       ████████████████████████████████████████████

6       ████████████████████████████████████████

7       ████████████████████████████████████████████

8       ████████

9       Q.      And how did you go about trying to

10      identify what I'll call the quantum?  How big is

11      this number?

12      A.      So I think I first asked George Mack,

13      again, as part of this, to figure out like what

14      were the outstandings that were unpaid under

15      these contracts.  And I think he went to

16      somebody and the answer came back we can't

17      possibly figure that out in this time

18      specifically to each contract.  It was just, you

19      know, there was no ability, functionally, to do

20      that in the time we had.  That's just not -- I

21      was not humanly possible.

22              So but Barclays obviously wanted that

23      information from us, so we started thinking

24      about, well, how could we approximate that

25      amount.  And so a group of us, we were talking

Highly Confidential

Page 64

1                    M. Shapiro

2      about it on the Lehman side, and we said, well,

3      one way that we could estimate this was by

4      having somebody look at the payables run, the

5      normal payables run in the ordinary course,

6      exclude comp, right, whatever is normally paid

7      for compensation on a weekly or monthly basis,

8      take a snapshot of a normal payable cycle, all

9      right, so at any given time you have a certainly

10     amount of payables outstanding, not knowing when

11     under every contract a payment was going to be

12     made, and not knowing they were all monthly,

13     necessarily, but we assumed that a lot of them

14     would be paid normally, you know, on a monthly

15     cycle, and provide us with an overall number

16     that would be a proxy for what the payments

17     under, you know, if you were assuming many of

18     those contracts, what those payments estimated

19     could be.

20             So that this was an intent.  And we

21     told Barclays we couldn't provide them with the

22     specifics that they were looking for, but we

23     would try to get them an estimate of, for them

24     and ourselves, obviously, an estimate of what we

25     thought the amount would be that could be paid

Highly Confidential

Page 65

1                       M. Shapiro

2    if they were going to have to assume all of

3    these contracts.

4         Q.    Who did that work?

5         A.    I don't know.  George -- George went

6    off and started talking to people in the finance

7    area.  And there were many people that were

8    working around, obviously around the clock on

9    these things trying to pull this information

10   together for us.  I don't know who actually did

11   the work.

12        Q.    Is George the person that you tasked

13   to get the number?

14        A.    George is the person who I tasked to,

15   you know, to get people to provide us with those

16   numbers.

17   ████████████████████████████████████████████

18   ████████████████████████████████████████████

19   ████████████████████████

20   ████████████████████████████

21   ████████████████████████████

22        ███████████████████████████████████████

23   ██████████████████████████████████████████████

24   ████

25   ████████████████████████

Highly Confidential

Page 142

1                        M. Shapiro

2

3

4        Q.      You testified previously that on,

5   maybe it was Thursday evening or at some point

6   later in the week, that you thought that there

7   was some concern about Barclays going through

8   with the deal, okay?  I don't know what language

9   you used.  Tell me what the -- was there

10  anything that Barclays said to anyone at Lehman

11  that caused that concern, or was it just a

12  general anxiety about wanting to get something

13  done?

14       A.      No, it was really a comment that was

15  made to me by Jim Seery, who said something like

16  there's a big, I think his words were "shit

17  show" going on between JPMorgan and Barclays

18  around the repo and that, you know, JPMorgan was

19  screwing around doing something that Jim

20  characterized, as I said, as something that was

21  not positive, and that, you know, that was

22  putting the deal potentially at risk.  That was,

23  I would say, the nature of what concerned me.

24  So that was it.

25

Highly Confidential

Page 148

1                          M. Shapiro

2    ████████████████████████████████████████

3    ████████████████████████████████████████

4    █████████████████████████████████████████

5    ████████████████████████████████

6    ███████████████████████████████████████

7    ███████████████████████████████

8    ████████████████████████████████

9    ████████████████████████████████

10   ██████████████████████████████████

11   ████████████████████████.

12        Q.    Let me show you again what has been

13   marked as Exhibit 19 and draw your attention to

14   the cure amount about which you testified

15   previously --

16        A.    Yes.

17        Q.    -- reflected on this schedule as

18   being, as I read it, 2.25 billion.  Do you see

19   that?

20        A.    Yeah, I do see that.

21        Q.    Do you recall that number ever

22   changing in the course of the week?

23        A.    I don't remember -- I don't really

24   remember how that 2.25 got in there.  I

25   personally have a better recollection of a $1.5

Highly Confidential

Page 149

1                     M. Shapiro

2       billion number that we were using for -- and

3       obviously it was an estimate, right?

4               So these were all, at the end of the

5       day, as I explained to you earlier, we were

6       trying to do our best at the time to provide

7       Barclays, principally, with a perspective on

8       what it might cost them to take over all of the

9       contracts that could be subject to the

10      assumption of the assignment.  And so, as I said

11      earlier, we were trying to come up with an

12      estimate of what that number was.

13              My recollection was we -- I used, in

14      my own head, a billion-five, and the reason I

15      remember that is that when we were negotiating

16      the breakup fee, we were -- I was thinking

17      about -- and I had negotiated the breakup fee in

18      the transaction relating to the stalking horse

19      bid -- I remember thinking, okay, we can do 3,

20      typically 3 percent of the deal.  Barclays asked

21      for a lot more going in.  They asked -- I think

22      Victor Lewkow told me something like $250

23      million or something like that.  It was big

24      number.  And I told him we weren't going to do

25      that, that in my mind that, you know, there

Highly Confidential

Page 150

1                          M. Shapiro

2    was -- that that could be perceived as, you

3    know, chilling the bidding.  I didn't want any

4    perception of anybody feeling that they couldn't

5    make a bid.

6              Obviously, you know, I said that 3

7    percent was a normal -- he was not a bankruptcy

8    lawyer, by the way.  So I was -- I wouldn't say

9    I was educating him because he obviously was a

10   smart guy, but I was explaining to him in my

11   experience what an acceptable number would be

12   from the court's perspective, and at the time my

13   recollection is we were looking at $250 million

14   for goodwill, it was around a million to a

15   million-450 for the buildings, which ultimately,

16   you know, that was our estimate, we didn't have

17   our desktop appraisals yet --

18              MR. STERN:  Billion.

19   A.        Billion, yeah, sorry.

20              1.45 billion.  That was a

21   billion-seven.  We added this estimate for cure

22   costs of a billion and a half, that got us to

23   3.2 billion, and we told them that the $100

24   million breakup fee would be approximately 3

25   percent and that's what we would be willing to

Highly Confidential

Page 151

1             M. Shapiro

2    do, plus some expense reimbursement, I think

3    maybe 25 million.



Highly Confidential

Page 153

1                          M. Shapiro



20        Q.    Now, in that conversation on late

21    Monday night or early Tuesday morning, you say

22    you used a number for cure of 1.5?

23        A.    Yes.   My recollection for the purposes

24    of calculating this $100 million.

25        Q.    I understand.   Do you have any

Highly Confidential

Page 154

1                      M. Shapiro

2    recollection where you got that number and why

3    it's different than number that's in Exhibit 19?

4         A.    The only recollection I have is that,

5    as I said, I had asked people to go back and get

6    me a proxy for what that month, you know, call

7    it snapshot of a monthly payables number would

8    be off of let's call them trade payables, which

9    would really cover contracts that you're paying

10   under, excluding employee liabilities and things

11   like that.

12              Somebody probably in my team who was

13   tasked with that -- it could have been George

14   Mack, it could have been somebody else, Dan

15   Flores -- I'm sure came back to me and said, I'm

16   being told that rough cut around a billion-five,

17   but it was a true estimate, we never told

18   Barclays it was anything other than an estimate,

19   and we told them it could be higher, it could be

20   lower.  And it was, at the end of the day, it

21   was always going to be based on what contracts

22   they ultimately assumed.  So, you know, which we

23   didn't have any clear view on other than the

24   fact that we thought they were going to need a

25   good chunk of the contracts to operate the firm.