Page 1

1

2                    UNITED STATES BANKRUPTCY COURT

3                    SOUTHERN DISTRICT OF NEW YORK

4        ------------------------x

5      In Re:

6                                 Chapter 11

7      LEHMAN BROTHERS          Case No. 08-13555(JMP)

8      HOLDINGS, INC., et al,    (Jointly Administered)

9                 Debtors.

10       ------------------------x

11

12            * * *HIGHLY CONFIDENTIAL* * *

13            DEPOSITION OF IAN LOWITT

14                New York, New York

15                 August 20, 2009

16

17     Reported by:

18     MARY F. BOWMAN, RPR, CRR

19     JOB NO. 24043

20

21

22

23

24

25

1

2

3

4

5                              August 20, 2009

6                              9:31 a.m.

7

8

9              Deposition of IAN LOWITT, held at

10   the offices of Jones Day, LLP, 222 East 41st

11   Street, New York, New York, before Mary F.

12   Bowman, a Registered Professional Reporter,

13   Certified Realtime Reporter, and Notary Public

14   of the State of New York.

15

16

17

18

19

20

21

22

23

24

25

1          LOWITT - HIGHLY CONFIDENTIAL

2    ████████████████████████████████████████

3    ████████████████████████████████████████

4    ██████████

5         ██████████████████████████

6         ███████████████████████████

7         █████████████████████████████

8    ████████████████████████████████

9         ██████████████████████████████

10        ███████████████████████████████████

11        █████████████

12        ███████████████████████████████

13   ██████████████████

14        ████████████

15        Q.    Now, you currently are employed as the

16   chief operating officer of Barclays Wealth

17   Americas; is that correct?

18        A.    That is correct.

19        Q.    How long have you held that position?

20        A.    Since April of this year.

21        Q.    And when did you first start work for

22   Barclays?

23        A.    I joined Barclays I guess the Monday

24   that the deal closed.

25        Q.    That would be September 22nd?



1    LOWITT - HIGHLY CONFIDENTIAL

2        A.    I believe that's correct.

1    LOWITT - HIGHLY CONFIDENTIAL



12       Q.    Did he tell you anything else that you

13   can remember now about that initial contact with

14   Barclays and Lehman?

15       A.    He also shared with me that there were

16   eight individuals that Barclays deemed as critical

17   to the transaction, and that I was one of those

18   eight individuals.

19       Q.    Who were the other seven?

20       A.    The other seven, to the best of my

21   recollection, was Mike Gelband, Eric Felder, Ajay

22   Nagpal, Tom Humphrey, Hyung Lee, myself.

23       Q.    Is Skip McGee the last one?

24       A.    Skip McGee.  And I -- Bart indicated

25   to me that he was not going to be part of that

Page 17

1        LOWITT - HIGHLY CONFIDENTIAL

2    group of eight.

3    ████████████████████████████████

4    ████████████████████████████████

5    ████████████████████

6    ████████████████████████████████

7    ██████████████████████████████

8    ████████████████████████████████

9    ████████████████████████████████

10   ███████████████████████████

11   ███████████ .

12   ██████████████████████████████

13   ████████████████████████

14              Did there come a time when you began

15   to discuss with Barclays the terms and conditions

16   upon which you would be employed at Barclays after

17   the transaction?

18        A.    I met with Rich Richie at some point

19   on early Tuesday morning.

20        Q.    And tell me about your meeting with

21   Mr. Richie.  What did you say?  What did he say?

22        A.    To the best of my recollection, he

23   indicated that they wanted me to be part of the

24   transaction, that having me be part of their

25   organization was important.  ████████████████

LOWITT - HIGHLY CONFIDENTIAL





LOWITT - HIGHLY CONFIDENTIAL

 1

 2

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21          Q.    Did you at some point enter into a

22   written agreement with Barclays concerning the

23   terms and conditions of your employment by

24   Barclays?

25          A.    I did.



1        LOWITT - HIGHLY CONFIDENTIAL

2        Q.    About when did you do that?

3        A.    I think I did that on the Thursday

4    evening.



Page 21

LOWITT - HIGHLY CONFIDENTIAL

13    Q.   It was your understanding that the

14 seven had to sign their contracts before the

15 transaction closed?

16    A.   That it was a condition of closing,

17 was at least my understanding.

Page 30

LOWITT - HIGHLY CONFIDENTIAL



25    Q.    Mr. Lowitt, I have put before you what

Page 31

1          LOWITT - HIGHLY CONFIDENTIAL

2     we have marked as Exhibit 216.  Do you recognize

3     the document?

4          A.    I do.

5          Q.    Is that your employment agreement with

6     Barclays?

7          A.    I don't know if it is an employment

8     agreement.  It is certainly the offer that I got

9     from Barclays that I signed on the 18th that we

10    talked about.  I guess I'm just not sure what

11    employment contract means, but yes, it is the

12    agreement that I signed with Barclays.



Page 45

1    LOWITT - HIGHLY CONFIDENTIAL

2    ██████████████████████████████████

3    ██████████████████████████████████

4    ██████████████████████████████████

5    ██████████████████████████████████

6    ██████████████████████████████████

7    ██████████████████████████████████

8         Q.    Do you know if what was agreed to

9    between the parties in their negotiating session

10   with regard to this difference between the amount

11   shown on the books and the price paid was an

12   agreement in terms of a percentage of what was

13   shown in the amount of the books or a raw number?

14        A.    My recollection is that it was a

15   number, not a percentage.

16        Q.    What was the number?

17        A.    My recollection is it was $5 billion.

18   ██████████████████████████████████

19   ██████████████████████████████████

20   ██████████████████████████████████

21   ████████

22   ██████████████████████████████

23   ██████████████████████████████████

24   ██████████████████████████████████

25   ██████████████████████████████████



Page 48

LOWITT - HIGHLY CONFIDENTIAL

16      Q.    And the difference between the amount

17   of the repo and the cash proceeds was

18   approximately $5 billion, correct?

19           MR. HUME:   Objection, lacks

20      foundation.

21      A.    It, it -- I mean it was in that

22   region.

Page 60

1          LOWITT - HIGHLY CONFIDENTIAL

2     ████████████████

3          Q.    And what, as best you recall, is the

4    value of those additional elements, dollar value?

5          A.    The dollar value of the unencumbered

6    collateral was in and around $2 billion, and, you

7    know, the 15c3 excess, my understanding of the

8    deal that was reached vis-a-vis the 15c3 excess

9    was around 750 to 800 million dollars.





Page 62

1    LOWITT - HIGHLY CONFIDENTIAL

2    ▇▇▇▇▇▇▇▇▇▇▇▇▇

3    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

4    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

5    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

6    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

7    ▇▇▇▇

8        Q.    As best you remember, what did

9    Mr. McDade say to you about finding additional

10   sources of value?

11       A.    I don't have a specific recollection

12   of the conversation, but I would -- I would expect

13   that he would have asked me where, if anywhere,

14   were there additional sources of value we could

15   include in a new transaction.

16       Q.    Did Mr. McDade give you a target

17   number for additional sources of value?  How much

18   he needed to find?

19       A.    My recollection is between 3 and 4

20   billion dollars.

21   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

22   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

23   ▇▇▇▇

24   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

25   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇



Page 67

LOWITT - HIGHLY CONFIDENTIAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21    Q.    The 15c3 lock-up piece, let me be sure

22  I understand what you just said.  As I understand

23  it, the reason it takes place over a period of

24  time is as trades settle and customer activity

25  takes place, you are able to realize how much is

Page 68

1        LOWITT - HIGHLY CONFIDENTIAL

2    surplus in 15c3, correct?

3        A.    I don't know if it's so much trade

4    settling, but 15c3 lock-up is sort of a regulatory

5    requirement which establishes a set of rules

6    which, based on customer assets and how they are

7    custodied, determines an amount of excess that you

8    need to hold against that.

9            And it is only in sort of the unwind

10   of all of those customer positions that you can

11   determine whether there is excess as calculated

12   per the formula or whether the actual excess is a

13   different number.





Page 118

LOWITT - HIGHLY CONFIDENTIAL

14    Q.    Do you know when during the week it

15 was determined that that's how the repo would be

16 resolved, that Barclays would keep the collateral

17 and Lehman would keep the cash?

18    A.    It was definitely part of -- I wasn't

19 party to the negotiating sessions, but it was

20 definitely part of the discussions that were

21 occurring on the Friday.

1   LOWITT - HIGHLY CONFIDENTIAL



22       Q.     And then two, "Non-actionable box as

23  shown to Barclays on Friday afternoon (1.9 billion

24  of collateral).  Actual box is slightly bigger

25  because it also contains Lehman debt."

Page 186

1          LOWITT - HIGHLY CONFIDENTIAL

2          Do you see that?

3     A.     I do.

4     Q.     And do you recognize this to be two of

5   the components of the value that was ultimately

6   transferred to Barclays in the transaction?

7     A.     I see this as two of the elements of

8   the transaction, the repo transaction and the

9   non-actionable box, which I think is shorthand for

10  or just a different term for the unencumbered

11  collateral.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 213

1        LOWITT - HIGHLY CONFIDENTIAL



7            Did you ever develop an understanding
8   as to whether a $2 billion accrual for comp was a
9   good estimate?
10       A.    My understanding of the 2 billion was
11  that it was a negotiated number between Barclays
12  and Lehman, that it included the cash bonus, as
13  well as sort of stock and other forms of
14  compensation.
15           So the fact that it was a $2 billion
16  number which was larger than the sort of accrual
17  for cash bonus didn't surprise me.
18       Q.    Is the effect of that enlargement of
19  the number over the accrual for -- accrual for a
20  cash bonus, to increase the consideration Barclays
21  is shown to pay by assuming liabilities?
22       A.    I don't see it in that way.  I see it
23  as an agreement that $2 billion of compensation in
24  the form of cash bonus and stock would be
25  available for Lehman employees.