Page 1

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------x

In Re:

                Chapter 11

LEHMAN BROTHERS       Case No. 08-13555(JMP)

HOLDINGS, INC., et al,  (Jointly Administered)

        Debtors.

------------------------x


* * *HIGHLY CONFIDENTIAL* * *

DEPOSITION OF ERIC JONATHAN FELDER

New York, New York

July 31, 2009


Reported by:

MARY F. BOWMAN, RPR, CRR

JOB NO. 24018

Page 2

1
2
3
4
5       July 31, 2009
6        9:35 a.m.
7
8
9       Deposition of ERIC JONATHAN FELDER,
10  held at the offices of Jones Day, LLP, 222 East
11  41st Street, New York, New York, before Mary F.
12  Bowman, a Registered Professional Reporter,
13  Certified Realtime Reporter, and Notary Public
14  of the State of New York.

Page 39

1  FELDER - HIGHLY CONFIDENTIAL
2  [redacted]
3  [redacted]
4  [redacted]
5  [redacted]
6  [redacted]
7  [redacted]
8  [redacted]
9  [redacted]
10 [redacted]
11 [redacted]
12 [redacted]
13 [redacted]
14 [redacted]
15 [redacted]
16 [redacted]
17 [redacted]
18 [redacted]
19 [redacted]
20 [redacted]
21 [redacted]
22 [redacted]
23 [redacted]
24 [redacted]
25 [redacted]

FELDER - HIGHLY CONFIDENTIAL

1
2 ████████████████████████████████████████
3 ██████████████
4       ████████████████████████████████
5 ████████████████████████████████████████
6 ████████████████████████████████████████
7 ██████████████████████
8       ████████████████████████████████
9 ████████████████████████████████████ore
10 ████████████████████████████████████t
11 ████████████████████████████████████████
12 ██████████████████████████████████the
13 ██████████████████████████ /
14    ██████████████████████████████████
15 ██████████████████████
16    ████████
17    ████████████████
18    ████████████████████████████████
19 ████████████████
20       ██████████████████████████████
21 ████████████████████████████████████████
22 ████████████████████████████████████████
23 ████████████████████████████████████████
24 ████████████████████████████████████████
25 ████████████████████████████████████████