1              HIGHLY CONFIDENTIAL - PAOLO TONUCCI              1

2                  UNITED STATES BANKRUPTCY COURT

3                  SOUTHERN DISTRICT OF NEW YORK

4    - - - - - - - - - - - - - - - - - - - -

5    In Re:

                          Chapter 11

6

7    LEHMAN BROTHERS   Case No. 08-13555(JMP)

     HOLDINGS, INC. et al., (Jointly Administered)

8

9                         Debtors.

10   - - - - - - - - - - - - - - - - - - - - -

11                   HIGHLY CONFIDENTIAL

12              DEPOSITION OF PAOLO TONUCCI

13                 Friday 14 August 2009

14                   At:  7:00 am

15                     Taken at:

16                     Jones Day

                   21 Tudor Street

17                      London

                   United Kingdom

18

19   Reported by: AILSA WILLIAMS

     Certified LiveNote Reporter

20

21

22

23

24

25

Page 2

1          HIGHLY CONFIDENTIAL - PAOLO TONUCCI          2

2                    A P P E A R A N C E S

3          JONES DAY, LLP
           Attorneys for Lehman Brothers, Inc.

4          222 East 41st Street
           New York, NY 10017-6702

5          BY:  JAYANT W. TAMBE, ESQ
                 BRIDGET CRAWFORD, ESQ

6

           BOIES, SCHILLER & FLEXNER, LLP

7          Attorneys for Barclays Capital and the
           Witness

8          5301 Wisconsin Avenue, NW
           Washington, DC 20015

9          BY: HAMISH HUME, ESQ.

10         QUINN, EMANUEL, URQUHART, OLIVER & HEDGES,
           LLP

11         Attorneys for the Creditors Committee
           865 S. Figueroa Street, 10th Floor

12         Los Angeles, California 90017
           BY: MATTHEW BUNTING, ESQ.

13             ERICA TAGGART, ESQ. (By Phone)

14         SIMPSON THACHER & BARTLETT LLP
           Attorneys for the Witness

15         425 Lexington Avenue
           New York, NY 10017-3954

16         BY: CHRISTOPHER J. LUCHT

17

18         HUGHES, HUBBARD & REED, LLP
           Attorneys for the SIPA Trustee

19         One Battery Park Plaza
           New York, NY 10004-1482

20         BY: WILLIAM R. MAGUIRE, ESQ.

21    Also Present:

22         PHILIP E. KRUSE, Alvarez & Marsal

23

24

25

1            HIGHLY CONFIDENTIAL - PAOLO TONUCCI                5

2                        PAOLO TONUCCI

3                      Having been sworn,

4                    Testified as follows

5              DIRECT EXAMINATION BY MR. TAMBE:

6            MR. TAMBE :  Morning, Mr. Tonucci.  We

7    met this morning.  My name is Jay Tambe with Jones

8    Day, representing the Lehman Brothers Holdings

9    Estate.  I will have counsel introduce themselves

10   to you and then we will get started.

11           MS CRAWFORD:  Bridget Crawford from

12   Jones Day.

13           MR. MAGUIRE:  Bill Maguire, Hughes,

14   Hubbard & Reed for the Trustee.

15           MR. BUNTING:  Matthew Bunting, Quinn,

16   Emanuel, Urquhart, Oliver & Hedges for the

17   Creditors Committee and on the phone Erica

18   Taggart, also Quinn, Emanuel, Urquhart, Oliver &

19   Hedges.

20           MR. KRUSE:  Phil Kruse with Alvarez &

21   Marsal on behalf of the LBHI Estate.

22           MR. LUCHT:  Christopher Lucht, Simpson

23   Thacher & Bartlett, on behalf of the witness in

24   his individual capacity.

25           MR. HUME:  Hamish Hume from Boies,

Page 6

1              HIGHLY CONFIDENTIAL - PAOLO TONUCCI              6

2     Schiller & Flexner representing Barclays.

3              MR. TAMBE:  Erica, can you hear us?

4              MS TAGGART:  Yes, thank you.

5              MR. TAMBE:  Morning, Mr. Tonucci.  By

6     whom are you currently employed?

7         A.   Barclays.

8         Q.   In what capacity?

9         A.   I work in the treasury area.

10        Q.   What is your position?

11        A.   Head of group balance sheet.

12        Q.   And is that head of group balance sheet

13    for global operations?

14        A.   That is right, for global operations.

15        Q.   How long have you held that position?

16        A.   Since February of this year.

17        Q.   How long have you been employed by

18    Barclays?

19        A.   Since September, 26 September 2008.

20        Q.   What was your position at Barclays when

21    you first joined Barclays in September 2008?

22        A.   US treasurer for Barclays Capital.

23    ████████████████████████████████████████

24    ████████████████████████████████████████

25    ████████████████████████████████████████

Page 17

1    HIGHLY CONFIDENTIAL - PAOLO TONUCCI                17

2    ████████████████████████████████████████████

3    ████████████████████████████████████████████

4    ████████████

5    Q.   You used a phrase, "There were changes

6    in secured funding haircuts", is that right?  I

7    want to understand what you mean by "haircuts"?

8    A.   The difference between the market value

9    and the cash received is known as the haircut in

10   a secured funding arrangement, the market value of

11   the securities I should say.

12   ████████████████████████████████████████████

13   ████████████████████████████████████████████

14   ████████████████████████████████████████████

15   ████████████████████

16   ████████████████████████████████████████

17   ██████████████████████

18   ████████████████████████████████████████████

19   ████████████████████████████████████████████

20   ██████████████████████████

21   ████████████████████████████████████████

22   ████████████████████████████████████████████

23   ████████████████████████████████████████████

24   ████████████████████████████████

25   ████████████████████████████████████████████



1      HIGHLY CONFIDENTIAL - PAOLO TONUCCI                29

22         Q.   Let me rephrase.  You understood the

23    5 billion dollars all in economic loss versus our

24    marks to be a reference to a discount off the

25    marks, correct?

Page 30

1          HIGHLY CONFIDENTIAL - PAOLO TONUCCI          30

2          A.    Yes.

3          Q.    The deal that was ultimately done and

4     closed on September 22, that too included

5     a discount off of Lehman's marks, correct?

6          A.    That is correct.

7          Q.    Okay, and the amount of that discount

8     off of Lehman's marks was about $5 billion, is

9     that right?

10              MR. HUME:  Objection, lacks foundation.

11         A.    It is uncertain, because obviously there

12    were a lot of valuation movements and so

13    I couldn't say with certainty, but certainly what

14    I can say is versus the valuations that I recall

15    seeing from our analysis it was about that number.

16         Q.    About $5 billion?

17         A.    About $5 billion.

18    ████████████████████████████████████████

19    ████████████████████████████████████████

20    ██████████

21       ████████████████████████████████████

22      ██████████████████████████████████████

23    ██████

24      ████████████████████████████████████

25    ████████████████████████

Page 32

1          HIGHLY CONFIDENTIAL - PAOLO TONUCCI                    32

2

3

4          Q.    How did Barclays get the

5     5 billion-dollar discount?

6          A.    Right.   I think what was contemplated in

7     the negotiation, and what was executed in terms of

8     the settlement probably differed slightly, you

9     know, and involved over the week the settlement of

10    the transaction, meaning the actual transfer of

11    securities and cash was through the repo

12    agreements, and essentially the termination of

13    those repo agreements.

14         Q.    Was the discount given to Barclays by

15    defaulting on the repo?

16         MR. HUME:   Objection.   You are asking

17    the witness very general questions about

18    a complicated transaction without walking him

19    through any of the details of that transaction.   I

20    think the line of questioning lacks foundation.

21         MR. TAMBE:   You have an objection to

22    form, right, Hamish?   So noted.   Answer the

23    question, please.

24         MR. HUME:   I think the line of

25    questioning is calling for speculation and lacks

Page 33

1        HIGHLY CONFIDENTIAL - PAOLO TONUCCI                33

2   foundation.

3           MR. TAMBE:  Do you remember my question?

4   Probably not.  Do you want it read back?

5        A.   Yes, please.

6                       (Read back)

7        A.   Yes, I would say that was the way in

8   which the transaction was settled, so that is

9   fair.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



1    HIGHLY CONFIDENTIAL - PAOLO TONUCCI                    36

2    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

3    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

4    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

5    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

6    ▮▮▮▮▮▮ difference ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

7    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

8    ▮▮▮▮▮▮▮▮▮▮▮▮▮

9    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

10   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

11   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

12   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

13   ▮▮▮▮▮▮▮▮

14   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

15   ▮▮▮

16   ▮▮▮▮▮▮

17   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

18   ▮▮

19   ▮▮▮▮▮▮

20   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

21   ▮▮▮▮

22   ▮▮▮▮▮▮▮▮▮▮

23       Q.    Tell me briefly what the changes were,

24   if any, in the size of the Fed repo from Monday to

25   Tuesday to later in the week?

1          HIGHLY CONFIDENTIAL - PAOLO TONUCCI          37

2          A.   I can't recall the exact details.  I

3     recall that the Barclays repo on the -- again, I

4     am not certain about this but the Barclays repo on

5     the 16th, I believe, was for $5 billion.  On the

6     17th I believe it was for $8 billion and then on

7     the Thursday there was obviously a much bigger

8     transaction and so that changed the Fed repo,

9     which became zero.

10          Q.   Let's talk about that bigger transaction

11     on Thursday, okay.  Describe for me how the Fed

12     repo went to zero and what happened with the

13     Barclays repo on Thursday?

14          A.   It is difficult for me to talk about the

15     mechanics because I am not that close to the

16     operational mechanics of the repo being unwound,

17     but my understanding was that the repo unwound on

18     the Thursday morning, which would be typical in

19     a tri-party repo, that an overnight repo would

20     unwind, you would return the collateral and the

21     cash and the transactions would then settle with

22     that collateral that was released, and at the end

23     of the day a new financing transaction would be

24     settled.

25               In this instance there was complexity because

Page 38

1          HIGHLY CONFIDENTIAL - PAOLO TONUCCI                38

2     JP Morgan was the tri-party agent for Lehman and had been

3     the tri-party agent in the transaction with the Fed.  BONY

4     was the tri-party agent for Barclays and so there was a need

5     to transfer collateral from JP Morgan to Bank of New York

6     tri-party system, and I am not sure about the mechanics

7     involved in that transfer but it was clearly a more

8     complicated transaction than if the financing had just been

9     through the JP Morgan tri-party system.

10         Q.   Is it your understanding that on

11    Thursday, in this bigger transaction on Thursday,

12    Barclays effectively replaced the Fed and the Fed

13    funding transaction?

14         A.   I was not involved in the discussions

15    with Barclays or with the Fed on the removal or

16    replacement of the Fed in that transaction, so I

17    can't really talk to the specifics, but my

18    understanding was that the Fed transaction was

19    going to mature on the Thursday and they were not

20    really providing any financing subsequently.

21         Q.   Wednesday night into Thursday, do you

22    recall the size of the Fed funding being

23    approximately $45 billion?

24         A.   Yes, that sounds about right.

25         Q.   And the Fed was holding approximately

Page 39

1          HIGHLY CONFIDENTIAL - PAOLO TONUCCI                39

2     $50 billion in collateral against that financing?

3          A.    That sounds right.

4          Q.    And the big transaction that you

5     described on Thursday effectively had Barclays

6     coming in and putting in $45 billion to pay off

7     the Fed repo, correct?

8          A.    I understood that they were going to be

9     putting in 45, that it was going to be

10    a 45 billion-dollar transaction, yes.

11         Q.    And all the collateral that was being

12    held by the Fed was then going to be transferred

13    to Barclays, correct?

14         MR. HUME:  Objection, asked and

15    answered.  He has already explained.

16         A.    To be honest, I was not close enough to

17    the actual transaction that was being booked to

18    know exactly where all the collateral was going to

19    end up, nor was I close enough to any agreements

20    with Barclays or with the Fed as to where all of

21    the collateral was going to end up.

22         Q.    So effectively on Thursday the Fed

23    funding goes down to zero, correct?

24         A.    That is correct.

25         Q.    And they exit the financing picture at

Page 40

1          HIGHLY CONFIDENTIAL - PAOLO TONUCCI                    40

2     that point?

3          A.    That is correct.

4          Q.    And what you have left is the Barclays

5     repo, correct?

6          A.    That is correct.

7          Q.    Describe for me what happens with the

8     Barclays repo over the next few business dates?

9     We are now into Thursday on to Friday the 19th.

10          MR. HUME:  Again, objection to the form

11     of the question and the lack of foundation.

12          A.    That transaction happened on Thursday.

13     That was essentially the last of that transaction

14     in the way that I think about it.  It was executed

15     on Thursday night and settled Thursday night into

16     Friday morning and that was the end of that

17     transaction.  After that it was just a matter of

18     that transaction terminating and the collateral

19     being rebooked as a purchase by Barclays and as

20     a sale by Lehman.

21

22

23

24

25



1        HIGHLY CONFIDENTIAL - PAOLO TONUCCI                    54

24          Q.   And do you recall there being an effort

25   on September 19 to find additional collateral for

Page 55

1          HIGHLY CONFIDENTIAL - PAOLO TONUCCI                55

2     Barclays?

3          A.   I do.

4          Q.   What can you tell us about the efforts

5     to find additional collateral for Barclays?

6          A.   That we were asked on the morning of the

7     19th to find if there was additional collateral to

8     include in the transaction.

9          Q.   Asked by whom?

10         A.   I believe I was asked by Ian Lowitt.

11         Q.   Did Ian Lowitt tell you why he was

12    asking you to find additional collateral?

13         A.   He said that it was necessary for the

14    transaction to close and he reiterated that

15    through the day.

16    ████████████████████████████████████████████

17    ████████████████████████████████████████████

18    ████████████████████████████████████████████

19    ████████████████████████████████████████████

20    ████████████████████████████████████████████

21    ████████████████████████████████████████

22    ████████████████████████████████████████

23    ████████████████████████████████████████████

24    ███████████████████

25    ████████████████████████████████

Page 125



1       HIGHLY CONFIDENTIAL - PAOLO TONUCCI                125

2

3

4

5

6

7

8

9

10

11       Q.   You have a second item: "Their opening

12   balance sheet should also include 1.9 billion of

13   box assets".   Correct?

14       A.   Correct.

15       Q.   What is that a reference to?

16       A.   The unencumbered collateral.

17       Q.   Schedule B?

18       A.   Which became Schedule B.

19

20

21

22

23

24

25

Page 132

HIGHLY CONFIDENTIAL - PAOLO TONUCCI                    132



23       Q.    The third item reads: "Not clear on the

24   amount of blocked discount or how we make it

25   happen." Do you see that?

Page 133

HIGHLY CONFIDENTIAL - PAOLO TONUCCI                      133

1

2      A.   Yes.

3      Q.   And you understand that to be

4   a reference to the 5 billion-dollar discount that

5   we talked about earlier?

6           MR. HUME:  Objection, lacks foundation.

7      A.   I understand it to be a reference to the

8   discount on purchase, so I would have linked it to

9   that $5 billion.

10     Q.   Then the next sentence reads:

11          "Defaulting on repo could be the best as

12   discounts could be taken from the haircut."

13          Do you see that?

14     A.   Yes.

15     Q.   Do you remember discussing with anyone

16   at Lehman defaulting on the repo as a way of

17   providing the discount to Barclays?

18     A.   Yes.

19     Q.   With whom did you discuss that?

20     A.   I think it was with Ian and with Gerry,

21   perhaps Martin Kelly as well.

22

23

24

25



1   HIGHLY CONFIDENTIAL - PAOLO TONUCCI          142

23       Q.    And your understanding was that

24   a default on the repo really converted what was a

25   two-leg transaction; the repurchase leg would go



Page 143

1         HIGHLY CONFIDENTIAL - PAOLO TONUCCI                    143

2    away and there would effectively be a sale of the

3    asset?

4              MR. HUME:  Objection.

5       A.    That is correct.  It would become

6    a sale.

Page 146

146

1      HIGHLY CONFIDENTIAL - PAOLO TONUCCI

2

3

4

5

6

7

8

9

10

11      Q.   I have talked about the components at

12   least that you have in your e-mail, where you

13   recap the opening balance sheet, right, you have

14   the repo component and then you have 1.9 billion

15   for what we have talked about, became Schedule B,

16   and then you had another billion dollars of the

17   15c3 receivables?

18      A.   That is correct.

19      Q.   And the 1.9 and the 1 is about

20   $2.9 billion, right?

21      A.   That is correct.

22      Q.   And that was additional value over and

23   above the repo, correct?

24           MR. HUME:  Objection.

25      A.   Additional assets over and above the



1          HIGHLY CONFIDENTIAL - PAOLO TONUCCI          147

2     repo assets that were transferred on the Thursday

3     night.