Page 1

1     HIGHLY CONFIDENTIAL - R. AZERAD
2     UNITED STATES BANKRUPTCY COURT
3     SOUTHERN DISTRICT OF NEW YORK
4     ------------------------x
5     In Re:
6                                    Chapter 11
7     LEHMAN BROTHERS                Case No. 08-13555(JMP)
8     HOLDINGS, INC., et al.,        (Jointly Administered)
9
              Debtors.
10
      ------------------------x
11                    REVISED
12         * * *HIGHLY CONFIDENTIAL* * *
13         DEPOSITION OF ROBERT AZERAD
14              New York, New York
15              August 17, 2009
16
17
18
19
20
21
22
23    Reported by:
24    KATHY S. KLEPFER, RMR, RPR, CRR, CLR
25    JOB NO. 24041

Page 2

1  HIGHLY CONFIDENTIAL - R. AZERAD
2  August 17, 2009
3  9:29 a.m.
4
5  HIGHLY CONFIDENTIAL deposition
6  of ROBERT AZERAD, held at Jones Day
7  LLP, 222 East 41st Street, LLP, New
8  York, New York, before Kathy S.
9  Klepfer, a Registered Professional
10 Reporter, Registered Merit Reporter,
11 Certified Realtime Reporter, Certified
12 Livenote Reporter, and Notary Public
13 of the State of New York.

Page 6

1    HIGHLY CONFIDENTIAL - R. AZERAD

2    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

3    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

4    ▓▓▓▓▓▓▓▓▓▓

5    Q.    Mr. Azerad, by whom are you employed
6    currently?
7    A.    Barclays Capital.
8    Q.    And how long have you been employed by
9    Barclays Capital?
10   A.    Since September of 2008.
11   Q.    In what position are you employed by
12   Barclays?
13   A.    I am a director in the Treasury
14   Department of Barclays Capital.
15   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
16   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
17   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
18   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
19   ▓▓▓▓▓▓▓▓▓▓▓▓
20   ▓▓▓▓▓▓▓
21   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
22   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
23   ▓▓▓▓▓▓▓▓▓▓▓▓.
24   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
25   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

1    HIGHLY CONFIDENTIAL - R. AZERAD

[Lines 2-24 redacted]

25    let me -- I just want to kind of define it.  The

Page 111

1      HIGHLY CONFIDENTIAL - R. AZERAD
2  non-actionable box is a box of assets which is
3  financed on an unsecured basis.  The reason it's
4  called non-actionable is because it's -- as part
5  of our analysis of the box, we try to separate
6  assets which we thought were left in the box,
7  left unencumbered, but could be financed from
8  assets left in the box, but couldn't be financed
9  on a "business as usual" basis.  That could be
10 the same 1.9 billion.
11 [redacted]
12 [redacted]
13 [redacted]
14 [redacted]
15 [redacted]
16 [redacted]
17 [redacted]
18 [redacted]
19 [redacted]
20 [redacted]
21 [redacted]
22 [redacted]
23 [redacted]
24 [redacted]
25 [redacted]