Page 1

1
2           UNITED STATES BANKRUPTCY COURT
3           SOUTHERN DISTRICT OF NEW YORK
4
5  In re:                    )
                             ) Chapter 11
6  LEHMAN BROTHERS           ) Case No. 08-13555(JMP)
                             )
7  HOLDINGS, INC., et al.,   )
                             )
8            Debtors.        )
   --------------------------)
9
10
11
12
13
14       HIGHLY CONFIDENTIAL DEPOSITION OF
15              ALASTAIR BLACKWELL
16              New York, New York
17           Friday, August 7, 2009
18
19
20
21
22
23  Reported by:
24  KRISTIN KOCH, RPR, RMR, CRR, CLR
25  JOB NO. 24037

Page 2

August 7, 2009

9:21 a.m.

Deposition of ALASTAIR BLACKWELL, held at the offices of JONES DAY, LLP, 222 East 41st Street, New York, New York, before Kristin Koch, a Registered Professional Reporter, Registered Merit Reporter, Certified Realtime Reporter, Certified Livenote Reporter and Notary Public of the State of New York.

```
                                                          Page 8
 1              Blackwell - Highly Confidential
 2   ████████████████████████████████████████████████████
 3   ████████████████████████████████████████████████████
 4   ████████████████████████████████████████████████████
 5   ████████████████████████████████████████████████████
 6   ████████████████████████████████████████████████████
 7   ████████████████████████████████████████████████████
 8   ████████████████████████████████████████████████████
 9   ████████████████████████████
10            ████████████████████████████████████████████
11   ████████████████████████
12            ████████████████████████████████████████████
13            ████████████████████████████████████████████
14   ████████████████████████████
15            You are currently employed by
16   Barclays Capital; correct?
17       A.    I am, yes.
18       Q.    And what is your present position?
19       A.    I am responsible for the Americas
20   operations department for capital markets.
21       Q.    Okay.  And do you have a title?
22       A.    I am a managing director.
23   ████████████████████████████████████████████████████
24   ██████████
25            ██████████████████████████████████████████
```