Page 1

1         HIGHLY CONFIDENTIAL - M. KELLY
2         UNITED STATES BANKRUPTCY COURT
3         SOUTHERN DISTRICT OF NEW YORK
4   ------------------------x
5   In Re:
6                               Chapter 11
7   LEHMAN BROTHERS              Case No. 08-13555(JMP)
8   HOLDINGS, INC., et al.,      (Jointly Administered)
9
              Debtors.
10
    ------------------------x
11
12        * * *HIGHLY CONFIDENTIAL* * *
13        DEPOSITION OF MARTIN KELLY
14              New York, New York
15              August 18, 2009
16
17
18
19
20
21
22
23  Reported by:
24  KATHY S. KLEPFER, RMR, RPR, CRR, CLR
25  JOB NO. 24042

Page 2

1                HIGHLY CONFIDENTIAL - M. KELLY

2                      August 19, 2009

3                         9:30 a.m.

4

5         HIGHLY CONFIDENTIAL deposition

6    of MARTIN KELLY, held at Jones

7    Day, LLP, 222 East 41st Street,

8    New York, New York, before Kathy S.

9    Klepfer, a Registered Professional

10   Reporter, Registered Merit Reporter,

11   Certified Realtime Reporter, Certified

12   Livenote Reporter, and Notary Public

13   of the State of New York.

14

15

16

17

18

19

20

21

22

23

24

25

Page 8

1           HIGHLY CONFIDENTIAL - M. KELLY
2        Q.    By whom are you currently employed?
3        A.    By Barclays Capital.
4        Q.    How long have you been employed there?
5        A.    Since late September of '08.
6        Q.    And what's your title at Barclays
7    Capital?
8        A.    I'm a Managing Director and I'm the
9    Chief Financial Officer in the Americas.
10       Q.    And is that the position you have held
11   since you joined Barclays in September of '08?
12       A.    No, it's not. No, my --
13       Q.    Go ahead.
14       A.    My title has remained the same. My
15   position changed in March, and upon going into
16   Barclays from Lehman, I had three different
17   positions. The first was the Financial
18   Controller for Barclays Capital on an interim
19   basis, and that was a London-based position.
20   Second position was the head of Finance for
21   Structured Capital Markets.
22       Q.    Also in London?
23       A.    Also in London. The third position
24   was head of Americas Financial Decision Support.
25       Q.    Financial Decision Support?

Page 9

1        HIGHLY CONFIDENTIAL - M. KELLY
2   A.    Support, yeah.
3   Q.    Was that in London or in the Americas?
4   A.    That was an Americas-based role.
5   Q.    Are you based in New York?
6   A.    I am.  I have remained living in New
7   York.  I commuted to London for that period of
8   time between September and March.
9   Q.    Okay.
10  A.    I should also say that, in addition to
11  being CFO of the Americas now, I retained the
12  second of those three positions, so I remain
13  head of Finance for Structured Capital Markets
14  today.
15  [redacted]
16  [redacted]
17  [redacted]
18  [redacted]
19  [redacted]
20  [redacted]
21  [redacted]
22  [redacted]
23  [redacted]
24  [redacted]
25  [redacted]

```
 1              HIGHLY CONFIDENTIAL - M. KELLY
 2    [REDACTED]
 3    [REDACTED]
 4    [REDACTED]
 5    [REDACTED]
 6    [REDACTED]
 7    [REDACTED]
 8    [REDACTED]
 9    [REDACTED]
10    [REDACTED]
```

11    Q.    When you wrote, "Approx. a 5 billion
12 all in economic loss versus our marks," what did
13 you mean by that?
14    A.    I recall that the 5 billion represents
15 the difference between the negotiated price and
16 the values of those assets on Lehman's books.

```
17    [REDACTED]
18    [REDACTED]
19    [REDACTED]
20    [REDACTED]
21    [REDACTED]
22    [REDACTED]
23    [REDACTED]
24    [REDACTED]
25    [REDACTED]
```

HIGHLY CONFIDENTIAL - M. KELLY

[lines 2-6 redacted]

Q.   As far as you know, sir, for these asset classes, exclusive of cash, were they shown on Lehman books at an amount higher than $62 billion at or about the time this schedule was prepared?

A.   My understanding is yes, they were, in aggregate.

Q.   Were they $5 billion higher; is that your understanding?

A.   Approximately $5 billion higher.

[lines 17-21 redacted]

Page 116

1  HIGHLY CONFIDENTIAL - M. KELLY
2  [REDACTED]
3  [REDACTED]
4  [REDACTED]
5  [REDACTED]
6  [REDACTED]
7  [REDACTED]
8  [REDACTED]
9  [REDACTED]
10 [REDACTED]
11 [REDACTED]
12 [REDACTED]
13 [REDACTED]
14 [REDACTED]
15 [REDACTED]
16 [REDACTED]
17 [REDACTED]
18 [REDACTED]
19     Q.    Is it your understanding that the
20 entries on the liability side of this schedule
21 for cure payment for comp represent liabilities
22 that Barclays was going to assume in the
23 transaction?
24     MR. HUME:  Objection.  Vague.
25     A.    Can you repeat the question, please?

Page 117

1           HIGHLY CONFIDENTIAL - M. KELLY
2              (Record read.)
3        A.    My recollection is that these amounts
4   were initial estimates of liabilities that
5   Barclays was to assume.
6        Q.    Well, the comp number of 2 billion was
7   an agreed number, correct?
8        A.    Yes, that was my understanding.
9        Q.    And it was your understanding that the
10  2 billion comp number that was agreed was a
11  billion dollars over the accrual that Lehman
12  carried on its books for comp, correct?
13       A.    It was approximately a billion dollars
14  over the cash component of the accrual.
15  ████████████████████████████████████████████
16  ████████████████████████████████████████████
17  ████████████████████████████████████████████
18  ████
19  ████████████████████████████████████████████
20  ████████████████████████████████████████████
21  ████████████████████████████████████████████
22  ████████████████████████████████████████
23  ██████████████████████████████████████,
24  ████
25        ████████████████

1                HIGHLY CONFIDENTIAL - M. KELLY
2   [redacted]
3   [redacted]
4   [redacted]
5   [redacted]
6       Q.    What do you mean when you say there
7   was an effort to identify other assets?  What
8   other assets are you talking about?
9       A.    My recollection is that there was an
10  effort to identify whether there was a surplus
11  in funds segregated under the 15c3 requirement.
12      Q.    Apart from the effort to find a
13  surplus in funds, the segregated funds under
14  15c3, were there other types of assets that were
15  being searched for to transfer to Barclays?
16      A.    My recollection is there was a general
17  effort to identify unencumbered and pledgeable
18  assets.
19  [redacted]
20  [redacted]
21  [redacted]
22  [redacted]
23  [redacted]
24  [redacted]
25  [redacted]

Page 134

1       HIGHLY CONFIDENTIAL - M. KELLY
2       ~~[redacted]~~
3       ~~[redacted]~~
4       ~~[redacted]~~
5       Q.    Why was it reduced from 2 and a
6    quarter to $1 billion?
7       A.    It was reduced after a review of the
8    schedule that Ian, Ian Lowitt, and I undertook
9    at some point during that week whereby we
10   observed that the estimated liability appeared
11   to be high relative to the expense run rate of
12   the firm.
13      Q.    And was it you and Mr. Lowitt who made
14   that determination that it was high relative to
15   the expense run rate?
16      A.    My recollection is that it was Ian and
17   I that made that observation.
18      Q.    And at what point in the week did you
19   and Mr. Lowitt make that observation?  Early in
20   the week?  Late in the week?
21      A.    I can't recall.
22      Q.    Was it before Friday of the week?
23      A.    I believe it was before Friday, but
24   I'm not certain.
25   ~~[redacted]~~

1          HIGHLY CONFIDENTIAL - M. KELLY

2      Q.    Tell me what you said, what Mr. Lowitt
3  said, and what Mr. McDade said in that meeting.
4      A.    My recollection is that I explained
5  the observation that we had, meaning that the
6  liability estimate appeared high relative to the
7  run rate.  I don't recall what Ian said in that
8  meeting.  And I recall Bart's reaction to that
9  as being:  We just left a billion dollars on the
10 table.
11 ███████████████████████████████████████████████
12 █████
13 ███████████████████████████████████████████████
14 ███████████████████████████████████████████████
15 ███████████████████████████████████████████████
16 ███████████████████████████████████████████████
17 ███████████████████████████████████████████████
18 ███████████████████████████████████████████████
19 ██████████████████████████████████████████████
20 ████████████████████
21 ███████████████████████████████████████████████
22 ██████████████████
23 ███████████████████████████████████████████████
24 ███████████████████████████████████████████████
25 ███████████████████████████████████████████████

Page 229

1         HIGHLY CONFIDENTIAL - M. KELLY

2       Q.    Is it fair to say that the -- now I'm
3  back in the "Loss/Gain" column, the 5.25 loss to
4  Lehman.  Did that calculate -- is it fair to say
5  that's primarily a function of the difference
6  between the book value of the inventory and the
7  value negotiated -- and the negotiated value in
8  the contract for the securities?
9       MR. HUME:  Objection.  Vague and
10    ambiguous.
11      A.    It may.  It may.  It likely accounts
12 for the difference based on these estimates at
13 this point in time.
14 ████████████████████████████████████████
15 ████████████████████████████████████████
16 ████████████████████████████████████████
17 ████████████████████████████████████████
18 ████████████████████████████████████████
19 ████████████████████████████████████████
20 ████████████████████████████████████████
21 ████████████████████████████████████████
22 ████████████████████████████████████████
23 ████████████████████████████████████████
24 ████████████████████████████████████████
25 ████████████████████████████████████████

Page 66

1           HIGHLY CONFIDENTIAL - M. KELLY

2  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
3  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
4  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
5  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
6  ▓▓▓▓▓▓▓▓

7      Q.    Uh-huh.  Did you have an
8  understanding, sir, that the agreement, the
9  pricing of the agreement was that Barclays would
10 pay Lehman 5 billion less than Lehman had
11 thought the assets were worth?
12     A.    My understanding was that the
13 negotiated sales price across all those asset
14 portfolios resulted in a $5 billion,
15 approximately $5 billion loss to Lehman relative
16 to its marks at that time.
17 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
18 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
19 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
20 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
21 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
22 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
23 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
24 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
25 ▓▓▓▓▓▓▓▓▓▓