Page 1

1          HIGHLY CONFIDENTIAL - G. LaROCCA

2          UNITED STATES BANKRUPTCY COURT

3          SOUTHERN DISTRICT OF NEW YORK

4     ----------------------x

5     In Re:

6                              Chapter 11

7     LEHMAN BROTHERS          Case No. 08-13555(JMP)

8     HOLDINGS, INC., et al.,     (Jointly Administered)

9

              Debtors.

10

      ----------------------x

11

12          * * *HIGHLY CONFIDENTIAL* * *

13          DEPOSITION OF GERARD LaROCCA

14             New York, New York

15             August 19, 2009

16

17

18

19

20

21

22

23    Reported by:

24    KATHY S. KLEPFER, RMR, RPR, CRR, CLR

25    JOB NO. 24292

Page 2

1          HIGHLY CONFIDENTIAL - G. LaROCCA

2                  August 19, 2009

3                   9:30 a.m.

4

5          HIGHLY CONFIDENTIAL deposition

6    of GERARD LaROCCA, held at Jones

7    Day, LLP, 222 East 41st Street, LLP,

8    New York, New York, before Kathy S.

9    Klepfer, a Registered Professional

10   Reporter, Registered Merit Reporter,

11   Certified Realtime Reporter, Certified

12   Livenote Reporter, and Notary Public

13   of the State of New York.

14

15

16

17

18

19

20

21

22

23

24

25



1    HIGHLY CONFIDENTIAL - G. LaROCCA

18    Q.    Okay.

19    A.    And said we needed to get on the phone

20    with the Fed, okay?  And Jonathan used words

21    like if the Fed is going to support this, you

22    know, if we want the Fed to work with us and to

23    support this transaction that we want to try to

24    do, that we're going to have to step into

25    that -- we're going to have to take the Fed out

Page 30

1       HIGHLY CONFIDENTIAL - G. LaROCCA

2    of my -- of their financing obligation with

3    Lehman Brothers.

4            I participated in a phone call with

5    the Fed on that Tuesday, and -- and you're going

6    to ask me who it was with, and I don't recall,

7    and after my phone call, the urgency was evident

8    to me and I dropped what I was doing and headed

9    down to the Fed and I met with -- now, I'm not

10   sure if I -- I don't know if I went down on the

11   Tuesday night.  I think so, I'm almost, I'm

12   almost positive it was Tuesday night early

13   evening and met with Lucinda Brickler and other

14   colleagues of hers from the Fed.

15           And Lucinda had explained to me that

16   the Fed was financing Lehman Brothers, had

17   provided roughly $45 billion in financing for

18   Lehman Brothers, and that they were using --

19   that Lehman was using three facilities to

20   finance collateral and the Fed had lent them $45

21   billion.

22   ███████████████████████████████████████

23   ████

24   ███████████████████████████████████████

25   ██████████████████████████



1    HIGHLY CONFIDENTIAL - G. LaROCCA

18    Q.    The cash is how much?  45 billion?

19    A.    Originally, the -- we moved 5 billion

20    initially, and the securities did not move

21    across quickly, and as a matter of fact, we

22    actually didn't get $5 billion worth of

23    securities for the first $5 billion worth of

24    cash that moved across.

25         At that point in time, I alerted the

Page 37

1              HIGHLY CONFIDENTIAL - G. LaROCCA

2      Fed, and I would have called, I'm not sure if it

3      was Lucinda Brickler or Stephanie Heller, that

4      we had agreed a transaction, we were having a

5      great deal of difficulty because JPMorgan was

6      not cooperating, and they had gone onto the --

7      they had gotten -- I was told that they were

8      going to reach out to JPMorgan.  I can't tell

9      you what they said.

10              They came back to me, the Fed, and

11     said that JPMorgan wanted to hold the excess

12     collateral in margin for the transactions to

13     satisfy, you know, their potential exposure to

14     Lehman Brothers, and I said that's a

15     non-starter, that's not the transaction that we

16     had agreed on the Wednesday.

17              We had agreed a transaction with the

18     Fed to take the Fed out of the transaction, not

19     for Barclays to satisfy or, you know, JPMorgan's

20     exposures to Lehman Brothers.  That was a lively

21     discussion with me and the Fed, and at that

22     point in time, I had escalated to Rich Ricci

23     that JPMorgan was -- I don't know the words I

24     would have used.  I don't know that --

25          Q.    Something colorful?

Page 38

1          HIGHLY CONFIDENTIAL - G. LaROCCA

2          A.    Something colorful, right?  They

3   didn't play nice in the sandbox, okay?

4               And, you know, and several -- now

5   hours have passed, right?  And, you know, we

6   haven't done -- we haven't moved much cash and

7   much securities.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25