```
                                                              Page 1

 1          HIGHLY CONFIDENTIAL - D. PETRIE

 2          UNITED STATES BANKRUPTCY COURT

 3          SOUTHERN DISTRICT OF NEW YORK

 4    -----------------------x

 5    In Re:

 6                                    Chapter 11

 7    LEHMAN BROTHERS               Case No. 08-13555(JMP)

 8    HOLDINGS, INC., et al.,       (Jointly Administered)

 9

              Debtors.

10

      -----------------------x

11

12          * * *HIGHLY CONFIDENTIAL* * *

13          DEPOSITION OF DAVID PETRIE

14                New York, New York

15                 August 26, 2009

16

17

18

19

20

21

22

23   Reported by:

24   KATHY S. KLEPFER, RMR, RPR, CRR, CLR

25   JOB NO. 24293
```

Page 2

1  HIGHLY CONFIDENTIAL - D. PETRIE
2  August 26, 2009
3  9:29 a.m.
4
5  HIGHLY CONFIDENTIAL deposition
6  of DAVID PETRIE, held at Jones Day
7  LLP, 222 East 41st Street, New York
8  New York, before Kathy S. Klepfer
9  a Registered Professional Reporter
10 Registered Merit Reporter, Certified
11 Realtime Reporter, Certified Livenote
12 Reporter, and Notary Public of the
13 State of New York.
14
15
16
17
18
19
20
21
22
23
24
25

```
                                                        Page 93
 1          HIGHLY CONFIDENTIAL - D. PETRIE
 2      Q.    And the next line below that?
 3      A.    The next line below that reads,
 4  "Haircut charged will be implied."
 5      Q.    What does that mean?
 6      A.    Given that the Fed had extended
 7  funding for Lehman assets, the Fed employed its
 8  own haircut schedule for those assets.  Given
 9  that Barclays had been asked by the Fed and we
10  were undertaking taking the Fed out of their
11  lending of money to Lehman Brothers for those
12  specific assets, when we would receive those
13  assets versus the cash that we were lending to
14  Lehman, the collateral that we would receive,
15  which would be at this point identical to what
16  the Fed had been funding on that Thursday, the
17  haircuts would be implied because they had
18  already been applied to the Lehman loans.
19  [redacted]
20  [redacted]
21  [redacted]
22  [redacted]
23  [redacted]
24  [redacted]
25  [redacted]
```

Page 113

1        HIGHLY CONFIDENTIAL - D. PETRIE
2   collateral that we received.
3        Q.    Is that consistent with your
4   recollection of what happened that evening into
5   the Friday?
6        A.    My recollection is in dollar terms.
7   We received 42.7-ish billion dollars worth of
8   collateral and got $7 billion in cash to
9   complete the Fed repo trade.  This breakdown
10  from John Haley is something I wouldn't be able
11  to comment on.  I don't know if it's correct or
12  not.
13  [redacted]
14  [redacted]
15  [redacted]
16  [redacted]
17  [redacted]
18  [redacted]
19  [redacted]
20  [redacted]
21  [redacted]
22  [redacted]
23  [redacted]
24  [redacted]
25  [redacted]