Page 1

1         HIGHLY CONFIDENTIAL - M. KLEIN
2            UNITED STATES BANKRUPTCY COURT
3             SOUTHERN DISTRICT OF NEW YORK
4    -----------------------x
5    In Re:
6                              Chapter 11
7    LEHMAN BROTHERS           Case No. 08-13555(JMP)
8    HOLDINGS, INC., et al.,   (Jointly Administered)
9
                Debtors.
10
     -----------------------x
11
12         * * *HIGHLY CONFIDENTIAL* * *
13         DEPOSITION OF MICHAEL KLEIN
14              New York, New York
15              September 12, 2009
16
17
18
19
20
21
22
23   Reported by:
24   KATHY S. KLEPFER, RMR, RPR, CRR, CLR
25   JOB NO. 24546

Page 2

1      HIGHLY CONFIDENTIAL - M. KLEIN
2              September 12, 2009
3                 10:40 a.m.
4
5      HIGHLY CONFIDENTIAL deposition
6   of MICHAEL KLEIN, held at Jones Day
7   LLP, 222 East 41st Street, New
8   York, New York, before Kathy S.
9   Klepfer, a Registered Professional
10  Reporter, Registered Merit Reporter,
11  Certified Realtime Reporter, Certified
12  Livenote Reporter, and Notary Public
13  of the State of New York.
14
15
16
17
18
19
20
21
22
23
24
25

```
                                                      Page 177
 1            HIGHLY CONFIDENTIAL - M. KLEIN
 2    ████████████████
 3    ████████████████████████████████
 4    ████████████████████████████████████████████
 5    ████████████████████████████████████████████
 6    ██████████
 7    ████████████████████████████████████████████
 8    ████████████████████████████████████████████
 9    ████████████████████████████████████████████
10    ████████████████████████████████████████████
11    ██████████
12    ████████████████████████████████████████████
13    ████████████████████████████████
14    ████████████████████████████████████████████
15    ████████████████████████████████████████████
16    ████████████████████████████████████████████
17    ████████████████████████████████████████████
18    ████████████████████████████████████████████
19    ████████████████████████████████████████████
20    ████████████████████████████████████████████
21    ████████████████████████████████████████████
22    ████████████████████████████████████████████
23        Q.    Do you have an understanding as to
24    whether or not Barclays received any residential
25    real estate securities in connection with the
```

Page 178

1       HIGHLY CONFIDENTIAL - M. KLEIN
2  transaction?
3       A.    I don't.
4  [REDACTED]
5  [REDACTED]
6  [REDACTED]
7  [REDACTED]
8  [REDACTED]
9  [REDACTED]
10 [REDACTED]
11 [REDACTED]
12 [REDACTED]
13 [REDACTED]
14 [REDACTED]
15 [REDACTED]
16 [REDACTED]
17 [REDACTED]
18 [REDACTED]
19 [REDACTED]
20 [REDACTED]
21 [REDACTED]
22 [REDACTED]
23 [REDACTED]
24 [REDACTED]
25 [REDACTED]