HIGHLY CONFIDENTIAL - A. COX

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

----------------------x

In Re:

Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,

Case No. 08-13555(JMP)

(Jointly Administered)

Debtors.

-----------------------x

* * *HIGHLY CONFIDENTIAL* * *

DEPOSITION OF ARCHIBALD COX

New York, New York

September 11, 2009

Reported by:

KATHY S. KLEPFER, RMR, RPR, CRR, CLR

JOB NO. 24300

HIGHLY CONFIDENTIAL - A. COX

September 11, 2009

10:19 a.m.

HIGHLY CONFIDENTIAL deposition of ARCHIBALD COX, held at the law offices of Jones Day, LLP, 222 East 41st Street, New York, New York, before Kathy S. Klepfer, a Registered Professional Reporter, Registered Merit Reporter, Certified Realtime Reporter, Certified Livenote Reporter, and Notary Public of the State of New York.





HIGHLY CONFIDENTIAL - A. COX

[redacted]

Do you have an understanding as to whether or not Barclays received any residential mortgage securities in connection with this sale transaction?

HIGHLY CONFIDENTIAL - A. COX

A. The residential mortgages were subject to a good deal of negotiation and discussion. I do not recall where we came out on those.

Q. Okay. Do you have an understanding as to whether or not they were pledged to the DTC in connection with the sale transaction?

A. I do not know for certain, no.

[redacted]