**Unknown**

Sent: Sunday, March 22, 2009 2:50 AM

| | |
|---|---|
| **From:** | Lowitt, Ian T [ilowitt@lehman.com] |
| **Sent:** | Thursday, September 18, 2008 1:45 AM (GMT) |
| **To:** | Reilly, Gerard [greilly@lehman.com] |
| **Subject:** | Re: Are we set up to do the marking of the positions? Ian |

Since not in contract hard to see what to dp. Ian
------Original Message------
From: Gerry Reilly
To: Ian Lowitt
Sent: Sep 17, 2008 9:41 PM
Subject: Re: Are we set up to do the marking of the positions?  Ian

I went thru all docs and did not see reference to the price haircut. If we want conservative marks to reflect block nature we need to know how much and then can allocate to most logical assets.
-----------

----- Original Message -----
From: Reilly, Gerard
To: Lowitt, Ian T
Sent: Wed Sep 17 21:35:24 2008
Subject: Re: Are we set up to do the marking of the positions?  Ian

Ian I told business guys they must get counterparts at barcap comfortable tomorrow night via front end systems. We will not have time to do friday. We are going to send last nights assets and marks over so they can see mix and marks
-----------

----- Original Message -----
From: Lowitt, Ian T
To: Reilly, Gerard
Sent: Wed Sep 17 21:29:29 2008
Subject: FW: Are we set up to do the marking of the positions?  Ian


What I meant was for barcap to mark the positions further? Ian

From:    Lowitt, Ian T
Sent:    Wednesday, September 17, 2008 9:29 PM
To:      Reilly, Gerard
Subject:    Are we set up to do the marking of the positions?  Ian

7/15/2009



70283