**From:** Clackson, Patrick: Finance (LDN)
**Sent:** Tue, 16 Sep 2008 09:52:39 GMT
**To:** Walker, James: Finance (NYK)
**Subject:** Fw: Board Deck

---

**From:** Haworth, Richard: Barclays Capital (LDN)
**To:** Clackson, Patrick: Finance (LDN); Walker, James: Finance (NYK)
**Cc:** Ricci, Rich: Barclays Capital
**Sent:** Tue Sep 16 10:50:53 2008
**Subject:** Board Deck

I know the numbers have been moving until frustratingly late - need you to confirm you are happy that they are right per the attached (all based off latest from your team). Key pieces to confirm:

1) Gross assets, WRAs, purchase price and negative goodwill per page 2
2) Specific staff numbers page 2
3) Balance sheet category breakdown of the $75bn, p5
4) Profit forecast page 6 (looks a little uninspiring and drives a negative EP/EPS in year 1 due to this and the raising of the capital)

5) Synergies not shown (we have used the $0.6bn post tax, split -$0.6bn revenue and $1.35bn cost savings (62% of Long Island 2007 cost base), plus $600m integration costs)

Thx

<<2008 09 16 - Board deck v4.ppt>>



Δ π EXHIBIT 378
Deponent Ricci
Date 9/8/09 Rptr KK
WWW.DEPOBOOK.COM

HIGHLY CONFIDENTIAL                                                                                             BCI-EX-(S)-00023787

Placeholder
Document produced in native format

HIGHLY CONFIDENTIAL

BCI-EX-(S)-00023788

# Project Long Island

Board discussion materials

16 September 2008

## Executive Summary

- We are asking for approval to purchase the US broker dealer operations of Long Island
- This transaction strongly supports our strategy and would materially enhance the Barclays Capital US position, and further diversify our earnings stream by product and geography.
- In this transaction, we would hire the staff of the broker dealer and assume a portion of its assets and liabilities
  - We intend today to seek permission from the US bankruptcy court to acquire the business
  - We would acquire $75bn of assets and liabilities. The business would include RWA of $13.5bn
  - We would offer $250m to acquire the business and we are buying $1.5bn worth of company-related property (HQ and data centres). The recognition of negative goodwill amounts to $3.0bn pre tax ($2bn post tax)
  - We would issue 612m shares to fund the capital required to operate the broker dealer. This would be from either Sumitomo, ICD or the QIA. As a backup, we are arranging volume underwriting from CS, DB and JPM.
- This transaction structure mitigates some of the risks that we previously identified
  - It significantly reduces the amount of assets we acquire
  - We extract "clean" assets and contracts out of Long Island
  - Our consolidated equity ratio rises by an estimated 60bps as a result of the amount of equity funding we intend to raise connected to the deal
- There are three primary risks outstanding
  - If we do not get a fixed price from the major investors (Sumitomo, ICD, QIA) before announcement, we take the risk that the share issuance raises less than the $3.4bn current market value of these shares.
  - We have performed accelerated due diligence and there will be a number of loose ends upon separation from Long Island (e.g. continuation of Group Services)
  - We will be subject to a US legal process which is unpredictable
- **We are seeking Board approval for the transaction and to issue 612m Barclays shares**

Page 2

## What are we buying?

- Acquiring the businesses previously undertaken in Long Island's US Broker Dealer entity
- The deal would include
  - Both the Capital Markets and Investment Banking businesses including OTC derivative trading desks
  - All regulatory licenses and approvals
  - $1.5bn purchase of the HQ ($1bn) and data centres ($500m) at a 6% discount to current market value
  - 5,810 front office staff and c. 3,000 back office support staff
- The deal would exclude
  - Investment Management and Neuberger Berman
  - Outstanding OTC derivative contracts
- The transaction will be effected through an asset transfer into Barclays Capital Inc

Page 3



## Total Assets in New Transaction are $75bn

| $bn | Long Island Starting Position | Excluded Original Transaction | Excluded New Transaction | New Transaction included | Description |
|---|---|---|---|---|---|
| Mortgage | 55.0 | 24.0 | 24.5 | 6.5 | Secondary Mortgage Securities and ABS products |
| Real Estate | 18.6 | 8.6 | 10.0 | 0.0 | |
| Corporate Debt | 41.7 | 8.7 | 27.6 | 5.4 | Secondary US Corporate Debt |
| Corporate Equities | 43.2 | 10.5 | 23.4 | 9.3 | Cash Equities and Exchange traded business |
| Government & Agencies | 42.3 | 0.0 | 12.1 | 30.2 | US Government & Agencies business |
| CP and other MM instruments | 4.6 | 0.0 | 3.4 | 1.2 | |
| Derivatives and Other contracts | 46.3 | 0.0 | 43.5 | 2.8 | Include Future & Options business |
| Sub-total | 251.8 | 51.8 | 144.6 | 55.4 | |
| Other | 346.0 | 0.0 | 326.1 | 19.9 | |
| Total | 597.8 | 51.8 | 470.7 | 75.3 | |

## Income statement of the business we are acquiring

### P&L

| | 2006 (A) | 2007 (A) | H1 2008 (A) | 2008 (F) | 2009 (F) | 2010 (F) | 2011 (F) |
|---|---|---|---|---|---|---|---|
| Net interest income | 435,305 | 387,089 | 1,490,587 | 2,235,880 | 400,000 | 420,000 | 441,000 |
| Total Commissions | 1,234,235 | 1,455,142 | 1,070,779 | 1,228,873 | 1,290,317 | 1,354,832 | 1,422,574 |
| Total Firm trading | 2,019,024 | (2,901,603) | (5,586,898) | (5,503,553) | 1,000,000 | 1,050,000 | 1,102,500 |
| Other Income | 3,254,977 | 3,451,633 | 3,870,490 | 4,916,720 | 3,978,135 | 4,192,042 | 4,414,144 |
| NET REVENUE | 6,508,236 | 2,015,917 | (645,630) | 642,040 | 6,268,452 | 6,596,875 | 6,939,218 |
| Compensation | (3,213,924) | (995,891) | (735,313) | (3,583,000) | (3,762,150) | (3,950,258) | (4,147,770) |
| Other expenses | 1,066,296 | 1,190,806 | 883,690 | (1,325,536) | (1,391,812) | (1,461,403) | (1,534,473) |
| TOTAL EXPENSES | (4,280,220) | (2,186,697) | (1,619,003) | (4,908,536) | (5,153,962) | (5,411,661) | (5,682,244) |
| Income before taxes | 2,228,014 | (170,780) | (2,264,633) | (4,266,496) | 1,114,490 | 1,185,214 | 1,256,975 |
| Taxes | 912,844 | (243,458) | (996,538) | (1,877,258) | 490,375 | 521,494 | 553,069 |
| Profit after Tax | 1,315,170 | 114,257 | (1,268,095) | (2,389,238) | 624,114 | 663,720 | 703,906 |
| NET INCOME AFTER TAXES | 1,948,137 | 1,810,031 | (2,227,317) | (2,389,238) | 624,114 | 663,720 | 703,906 |
| Compensation breakdown | | | | | | | |
| Salaries | (718,806) | (805,820) | (607,874) | (1,307,000) | (1,372,350) | (1,440,968) | (1,513,016) |
| Benefits | (234,101) | (173,813) | (138,172) | (523,000) | (549,150) | (576,608) | (605,438) |
| Production Comp. | (175,890) | (205,554) | (146,688) | (261,000) | (274,050) | (287,753) | (302,140) |
| Bonus | (1,921,444) | 378,250 | 333,758 | (1,100,000) | (1,155,000) | (1,212,750) | (1,273,388) |
| Other (ie. Long Term Comp.) | (183,242) | (188,959) | (176,339) | (392,000) | (411,600) | (432,180) | (453,789) |
| TOTAL COMPENSATION | (3,233,482) | (995,896) | (735,315) | (3,583,000) | (3,762,150) | (3,950,258) | (4,147,770) |
| COMP / REVENUE RATIO | 49.38% | 49.40% | -113.89% | | | | |
| EFFECTIVE TAX RATE | 40.97% | 142.56% | 44.00% | | | | |

Estimated current monthly expenses of $400m

Page 6

# The transaction improves our Group Equity ratio by 60bps and the Solus ratio by 41bps, assuming we raise $3.12bn of equity (10% discount to current)

| ($m) | Group | | | | | |
|---|---|---|---|---|---|---|
| | Baltimore 2008f | Broker/Dealer 2008e | Equity raising @ 10% discount | Negative G'will | Transaction costs | Combined |
| RWAs | 680,311 | 15,000 [1] | | | | 695,311 |
| Equity Tier 1 | 40,652 | | 3,124 [2] | 2,000 | (126) | 45,650 |
| "FSA" Tier 1 | 36,465 | | 3,124 | 2,000 | (126) | 41,463 |
| Tier 1 | 57,977 | | 3,124 | 2,000 | (126) | 62,975 |
| Gross Assets | 2,261,540 | 62,700 | | | (126) | 2,324,115 |
| Shareholder's (Common) Equity | 53,133 | | 3,124 | 2,000 | (126) | 58,131 |
| Minorities / prefs | 20,632 | | | | - | 20,632 |
| Total Equity | 73,765 | | 3,124 | 2,000 | (126) | 78,763 |
| Ratios | | | | | | |
| "FSA" Ratio | 5.36% | | | | | 5.96% |
| Equity Ratio | 5.98% | | | | | 6.57% |
| Tier 1 Ratio | 8.52% | | | | | 9.06% |

Previous:
5.29%
5.84%
8.61%

| ($m) | Solus | | | | |
|---|---|---|---|---|---|
| | BB Plc 2008f | Broker/Dealer 2008e | Equity raising | Negative G'will | Capital deduction | Combined |
| RWAs | 553,860 | | | | | 553,860 |
| Equity Tier 1 | 23,927 | | 3,124 | 1,620 [3] | (2,474) | 26,197 |
| Ratios | | | | | | |
| Equity Ratio | 4.32% | | | | | 4.73% |

The equity ratio is significantly improved versus the prior deal due to — a lower RWA requirement; the absence of $6bn of negative NAV adjustments (own credit and deferred tax); and lower consideration to the vendor

1) Equity raising based on available shares to issue under section 80 of 612,454,218 issued at price of £2.84 representing a ten percent headroom discount to the closing price of £3.16 on Monday 15th September
2) Post tax negative goodwill at Solus level based on 75% of negative goodwill recognised by BB Plc level taxed at 28%
3) 

Page 7

# Value creation is driven by cost synergies and reflecting a low price

## Value Creation



## Financial Effects

| £m | 2008 | 2009 | 2010 | 2011 | 09-11 CAGR |
|---|---|---|---|---|---|
| Baltimore - Reported Attributable PAT | 3,547 | 4,575 | 5,542 | 6,096 | 15% |
| Long Island - Reported Attributable PAT | -1,146 | 364 | 393 | 421 | 8% |
| Synergies inc. transaction costs (post-tax) |  | -15 | 383 | 391 | na |
| Total | 2,401 | 4,924 | 6,318 | 6,908 | 18% |
| Cash EPS (£) |  |  |  |  |  |
| Pre | 0.50 | 0.58 | 0.70 | 0.77 | 15% |
| Post (post-restructuring costs) |  | 0.58 | 0.74 | 0.81 | 18% |
| Accretion/(dilution) |  | -0.1% | 5.7% | 5.1% | na |
| EP impact (£m) - post-integration charges |  | 337 | 759 | 770 | na |
| ROCE (%) - post-integration charges |  | 133.4% | 252.2% | 149.7% | na |

Page 8

# We will look to issue 612m shares to capitalise the purchased assets

## Capital Raising = £1.8bn

- We are seeking to raise £1.8bn ($3.4bn)
- We can issue up to 612m shares without shareholder approval [1]

## Reference Investors = £800m +

- We have approached the QIA, ICD and Sumitomo to subscribe to the equity raising
  - We are seeking commitments from these investors. The issue price cannot exceed a 5% discount to the Barclays share price at the time of the announcement
- It may be that, particularly for Sumitomo, the investors cannot commit in time for an announcement, in which case we will agree a bank underwriting (see below)

## Bank underwriters = up to £1bn

- We are seeking commitment from Credit Suisse, JPMCaz and Deutsche to execute a placing of up to 612m Barclays shares within 15 days [2]
- The banks will execute the issuance within ABI discount guidelines (<5% of price at time of pricing) and within UKLA guidelines (<10% of closing price on the day prior to issuance)
- The price is not guaranteed and so proceeds may fall below $3.4bn

---

1) Un-issued authorised share capital limits the raising to 612m shares or £1,840m at close price of 316p on 15th September
2) Banks will have flexibility to execute on any day within 15 day period in order to allow them to 'feel' for market conditions and have the greatest opportunity to fill the issuance

Page 9

## Remaining issues

Remaining issues/Risks and mitigants

- The proceeds of the equity raising cannot be guaranteed at announcement unless reference investors subscribe at a fixed price

- If Barclays share price falls, less capital is raised, however, the negative goodwill arising from the transaction will still improve Barclays equity ratio (by a minimum of 16bps if zero capital is raised)

- Transaction is subject to US legal process and the decision of the judge. There is no certainty that our proposed deal timetable will be followed by the judge

- Business separation issues – ring fencing/ identifying the key assets/ contracts. This is the limitation of accelerated due diligence

- Requisite US and UK regulatory clearances



APPENDIX

## Transaction completion is anticipated for Friday, but will be subject to a judge's discretion and HSR process

| | T 16 | W 17 | TH 18 | F 19 | SA 20 | SU 21 |
|---|---|---|---|---|---|---|

W.C. 15th September

- Barclays Board meeting
- Underwriting commitment by banks
- Signing of subscription agreement with strategic investors
- Announcement by Barclays
- Submission of Barclays proposal to court
- Motion entered by Court
- Court approval of Barclays proposal [1]
- HSR submission and approval [2]
- Sumitomo Board Meeting
- Set up cash box
- Sumitomo section 89 placing
- Strategic investors subscription [3]
- Completion [4]
  - Transfer of assets and liabilities to Barclays
  - Novation of contracts (employees, IT)
  - Day 1 trading under Barclays name

Notes:
(1) Assumes that, given circumstances, court judge would allow for an expedited approval process; auction process subject to judge's discretion; could add up to 30 days to the process
(2) Could take up to 30 days depending on willingness of DOJ
(3) Assumes no standby underwriting by banks is required
(4) Subject to court and HSR approval

Page 12

# Americas market rankings clearly demonstrate LI's potential to enhance Baltimore's market position in the Americas...

## Americas Market Position

| | Commodities | EM | FI Rates | Securitized Products* | FI Credit* | Prime Services | FX |
|---|---|---|---|---|---|---|---|
| Top 3 | MS | Citi | Goldman | CS | Goldman | Goldman | JPM |
| | Goldman | CS | JPM | Long Island | Long Island | MS | Citi |
| | Baltimore | UBS | BofA | JPM | JPM | JPM (Bear) | BofA |
| 5 | Merrill | JPM | Long Island | Deutsche | MS | Long Island | Deutsche |
| | JPM | Deutsche | MS | BofA | BofA | CS | MS |
| | #7 – Baltimore | #7 – Baltimore | #6 – Baltimore | #6 – Baltimore | #7 – Baltimore | #9 – Baltimore | #7 – Baltimore |

| | CMBS | IG Bonds | IG Loans | HY Bonds | Lev Loans | Equities | |
|---|---|---|---|---|---|---|---|
| Top 3 | Goldman | Citi | JPM | JPM | JPM | Goldman | |
| | JPM | JPM | Citi | CS | BofA | MS | |
| | BofA | Goldman | RBS | Citi | Citi | BofA | |
| 5 | MS | Long Island | Wachovia | BofA | CS | Citi | |
| | CS | MS | BNP | ML | DB | Long Island | |
| | #17 – Baltimore | #10 – Baltimore | #9 – Baltimore | #15 – Baltimore | #17 – Baltimore | #13 – Baltimore | |

\* - Excluding writedowns/losses in 2007; 'normalized' years

Source: Business heads and COOs, Coalition, Strategy & Planning Americas analysis, Reuters, Thomson, Dealogic

## ...with excellent capability across the investment banking product set

### Market Positions (2007)

**Primary**

- **Primary Equity**
  - Long Island: #6 in US ECM revenues
  - Long Island is #1 in US in global IPOs

- **Primary Debt**
  - Baltimore #7 in global All Debt – addition of L.I. moves us to #1 with 10.8%
  - Baltimore #3 in Intl. Bonds – addition of L.I. moves us to clear #1 with 10.9% share
  - Baltimore #10 in USD Intl. Bonds – addition of L.I. moves us to #1 with 12.1% share

**Secondary**

- **M&A Advisory**
  - Long Island: Top 5 US player
  - Accelerates Baltimore's recent investments in EM advisory services

- **Equities**
  - Long Island: Top 5 player in the US, minor player outside US
  - Baltimore: Top 10 equity derivatives player globally

- **Fixed Income**
  - Long Island: Top 5 player in the US
  - Baltimore: Top 5 global player – addition of L.I. would create a Top 3 player in the US

- **FX**
  - Long Island: Top 11 player in North America
  - Baltimore: Top 5 player globally and in North America - addition of L.I. would push us into Top 3

- **Commods**
  - Long Island: Second tier player
  - Baltimore: Top 3 player – L.I. would add little

- **EM**
  - Neither Long Island nor Baltimore are top tier players in EM
  - Combination of both would create at least a Top 10 player

Source: Business heads and COOs, Coalition, Strategy & Planning Americas analysis, Reuters, Thomson, Dealogic

Page 14