Unknown

Sent: Sunday, March 22, 2009 2:45 AM

| | |
|---|---|
| **From:** | Tonucci, Paolo [paolo.tonucci@lehman.com] |
| **Sent:** | Tuesday, September 16, 2008 9:57 AM (GMT) |
| **To:** | Lowitt, Ian T [ilowitt@lehman.com]; Kelly, Martin [martin.kelly@lehman.com] |
| **Subject:** | Re: |

Fantastic. Great work.
Paolo



---------------------------------

----- Original Message -----
From: Lowitt, Ian T
To: Kelly, Martin
Cc: Tonucci, Paolo
Sent: Tue Sep 16 05:33:59 2008
Subject: Re:

You are a hero. Well done. Ian
------Original Message------
From: Martin Kelly
To: Ian Lowitt
Cc: Tonucci, Paolo
Sent: Sep 16, 2008 5:10 AM
Subject:

Well it took all night and lots of back and forth but the deal is done and ready for the Board. Final price did not change meaningfully - approx a $5b all in economic loss versus our marks and $3.6b of resi assets left behind. Assume we can fund this after everything else winds down but paolo you need to review this. Also, an extra $1b of comp beyond our accrual and assumption of all trade payables in LBI and LBHI. Took 745 for $1b and several data centers for $400mm. Bart reviewed all of it before final agreement. I'm going to try to get some sleep and will be in mid morning.



---------------------------------

7/15/2009



132841