```
Long          65                58
Reverse       10/75              10/(68)

Shorts        41                41 ] 56
Repos         30                30 ] 10

+ Loans        1                 1
+ Other        1/78              1/(68)


        + Payables    1.0

        Reri mark    -0.75

        Loans         2.0

        eq
```

EXHIBIT
198
KC  8/18/09

hly Confidential

BCI-EX-00115167

GOE)                                STATUS

ASSETS

    65 ~~58~~                          7

Liab;es    56 sh.t                  7
Assume     1  Corp Accrul
Tch Pyt    1.25
           ___
           58½                      (-4)

Sub Note

NO CONSIDERATION

ly Confidential                                       BCI-EX-00115168

70.35
- 3.65 = 70.35          61.9

         + ... + 2.50 + ...

- 3.65                          Appraisal fee
                Building        1.0 less brokerage

            RV              Proceeds            Loss/Gain

13.9  Inventory    65         58.75            (6.25)
      Reverse Repo  10         10               0
                               ―――
                               68.75

      Shorts       56         56               0
      Repo         10         10               0
      Comp payable  1.0        2.0              1
      Payables     2.25       2.25              —
                              ―――
                              70.25
                                              $5.25
                                              ════

      DR  Cash
      DR  Comp pay        1
      DR  Payables       $2.25
      DR  Shorts         56
           CR  Longs     65

      DR  Loss on sale    5.75

Highly Confidential                                    BCI-EX-00115169

|  BV  | Soly | Anc covo |
|---|---|---|
| 10 | 8 | ⑤  80¢ |
| 8 | 6 | ② 75¢ |

$3.65 \rightarrow$

hly Confidential                                                    BCI-EX-00115170

What locked up        Gerard
How much do
               recover
Rep & Calc

Andy    646 221 2447    Alvarez

Gary Ranam

Fan    15c3    lock up Calc'

→ $25b fail, on both sides of fail.
→ $8b breaks
Until resolved, cannot take anything out of formula.
Do not have comfort that did not use internal assets
Downside - Put out internal collateral to generate funding
            - Day Stock loan
→ If Paolo repo's more q out than in reserve formula,

                    (Wed)

Cash         7000                              42 b pledged to B ✓
Inventory    *2 44,846                          0.8 pledged B
Rec 15c3     1000    → Wells                    Fri night
             _____      Lothar                  1:1 Open ✓
             52846

→ 7000    →         → Cedar         Need final list
                      Assets        of CUSIPs
4 2000 of assets pledged out

15c3    ─────────────→              They got has
                                    7th DTC → 5+2
Rate go? ────────────→              435 Canada → 82
                                    RBC
                                    Euroclear
Sds ?   ─────────────→              200  DTC
                                    Ltd Box

Long/Short
                                    200
                                    Short

Diane

Ken Vecchione

CFO Apollo
↳ Ex CFO was Diane

Reports to Leon Black

hly Confidential

BCI-EX-00115172

**BALANCE SHEET OPEN ITEMS**

| Item | Status/timing |
|---|---|
| Listing of all inventory cross referenced to the box:<br>Govt/agency<br>CP and MM instruments<br>Mortgages and ABS<br>Corporate debt<br>Corporate equities | *Purchased assets def"*<br>① Inventory and owned<br>② Owned by LBH and reserved in and |
| Identification of encumbered collateral — Stephen | |
| Break out of derivatives - longs and shorts | |
| Reverse repo book - list of counterparties and collateral | In Fed facility<br>On LBI as inventory + encumbered. |
| Futures margin component of receivables | |
| Listing of all shorts:<br>Govt/agency<br>Mortgages and ABS<br>Corporate debt<br>Corporate equities | |
| P&L results since Monday indicating paired longs/<br>shorts versus outright trades | Gerry / Alex Kirk / James Walker |

*Client A/c's, Clearing House balances*
*do satisfy SEC* ] *Beth Rudofker*

*Legal clarity on trade actually*
*doing*
  *Jonathan*
  → *All collateral through facilities*
    *to ensure that is the trade*

→ *Participation in market*
  *DTC / JPM — Give assurance*
  ① *Identify what is in relevant A/c's*
  *SEC insisting that customer balances be looked after*
    ↳ *LBH net of Neuberger — Barclays get stuck of Neuberger*
    *100% jps to BCap and then jpr back what BCap do not want.*

hly Confidential                                            BCI-EX-00115173