9/16/08 Fam
BB

9/16/2008
11:18 AM

| ASSETS | | LIABILITIES | |
|---|---|---|---|
| Gov & Ag | $40.0 | ST Borrowings | $0.0 |
| Commercial Paper | 1.1 | Gov & Ag | 21.0 |
| Mortgages | 2.7 | Commercial Paper | 0.0 |
| Total Corp Debt | 4.9 | Mortgages | 0.0 |
| Corp Equity | 8.8 | Corp Debt | 2.1 |
| Derivatives | 4.5 | Corp Equities | 6.3 |
| Cash | 0.7 | Derivatives | 4.5 |
| Total | $62.7 | Total | $33.9 |
| Collateralized ST Agr | 10.0 | Collateralized ST Fund | 34.5 |
| Receivables | 0.0 | Payables | 0.0 |
| Other Assets | 0.0 | Deposits | 0.0 |
| Inv In Con Subs | 0.0 | Due To Subs | 0.0 |
| Due From Subs | 0.0 | Sub Notes | 0.0 |
| Total | 10.0 | Total | 34.5 |
| | | Total | 68.4 |
| | | Cure pmt | 2.25 |
| | | Comp | 2.0 |
| Adj. Total Assets | $72.65 | Total | $72.65 |


EXHIBIT
17
KK 8/6/09
depobook.com

CONFIDENTIAL