9/16/2008
10:09 AM

BCI-CG00033789


9/16/08

| ASSETS | | LIABILITIES | |
|---|---|---|---|
| Gov & Ag | $40.0 | ST Borrowings | $0.0 |
| Commercial Paper | 1.1 | Gov & Ag | 35.0 |
| Mortgages | 2.9 | Commercial Paper | 0.0 |
| Total Corp Debt | 5.0 | Mortgages | 0.0 |
| Corp Equity | 8.9 | Corp Debt | 2.1 |
| Derivatives | 4.6 | Corp Equities | 6.3 |
| Cash | 0.7 | Derivatives | 4.5 |
| **Total** | **$63.2** | **Total** | **$47.9** |
| Collateralized ST Agr | 10.0 | Collateralized ST Fund | 21.0 |
| Receivables | 0.0 | Payables | 0.0 |
| Other Assets | 0.0 | Deposits | 0.0 |
| Inv In Con Subs | 0.0 | Due To Subs | 0.0 |
| Due From Subs | 0.0 | Sub Notes | 0.0 |
| **Total** | **10.0** | **Total** | **21.0** |
| | | Total | 68.9 |
| | | Cure pmt | 2.25 |
| | | Comp | 2.0 |
| **Adj. Total Assets** | **$73.15** | **Total** | **$73.15** |


EXHIBIT
18
HC 8/6/09

CONFIDENTIAL