| | |
|---|---|
| From: | LaRocca, Gerard: Barclays Capital (NYK) |
| Sent: | Friday, September 19, 2008 12:04 PM |
| To: | Keegan, Mike : Barclays Capital |
| Subject: | Fw: Totals For the Fed Facility Collateral |

From: Malloy, Marty: CFG Mgmt (NYK)
To: LaRocca, Gerard: Barclays Capital (NYK); King, Stephen: Markets (NYK)
Cc: Stanley-Johns, Jacqui: Barclays Capital
Sent: Fri Sep 19 11:51:18 2008
Subject: Totals For the Fed Facility Collateral


Collateral received for Lehman on Fed Facility

```
Fed Wire Securities     28.60
DTC cash         15.90          equity /corp. etc
DTC cash          0.30
Repo cash         7.00          (1.7 of this was posted to BONY)
Today DTC collateral    0.39            equity/corp... etc

Total Securities/Cash received  52.19
Repo Cash Amount        45.00
Excess Collateral        7.19
Margin %         14%
```

   I will send Jackie a spread sheet as well for Gerard



EXHIBIT
144A
8.14.09 AJ

BCI 000580