| | |
|---|---|
| From: | Clackson, Patrick: Finance (LDN) |
| Sent: | Friday, September 19, 2008 9:42 AM |
| To: | Ricci, Rich: Barclays Capital |
| Subject: | FW: Haircut Summary |

| | |
|---|---|
| From: | Yang, Jasen: Markets (NYK) |
| Sent: | 19 September 2008 09:20 |
| To: | Clackson, Patrick: Finance (LDN) |
| Cc: | King, Stephen: Markets (NYK); Mahon, John: Markets (LDN); Keegan, Mike : Barclays Capital |
| Subject: | Haircut Summary |

Reference portfolio/sizes/values are longs in Fed Facility and shorts per LEH as of 9/17 close


Haircut Summary
09-19-2008.xls...

Jasen Yang
Barclays Capital
Principal Mortgage Trading Group
200 Park Avenue
New York, New York 10166
jasen.yang@barclayscapital.com
Tel: (212) 412 7613
Fax: (212) 412 5861

1

Highly Confidential


EXHIBIT
133
KK 8/13/09

BCI-EX-00079850

BCI-EX-00079849

Highly Confidential

|   | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 |   |   |   |   |   |
| 2 |   |   |   |   |   |
| 3 |   | Long (Fed Facility) |   |   |   |
| 4 |   | Asset Type | Lehman MV ($ bns) | Haircut |   |
| 5 |   | Agency Debentures | 11.08 | 2% | 0.22 |
| 6 |   | Agency PTs | 9.51 | 5% | 0.48 |
| 7 |   | Agency CMOs | 4.73 | 5% | 0.24 |
| 8 |   | Treasuries | 7.18 | 2% | 0.14 |
| 9 |   | Non-US Govt | 0.33 | 4% | 0.01 |
| 10 |   | Munis | 0.14 | 5% | 0.01 |
| 11 |   | Corporates | 5.88 | 10% | 0.59 |
| 12 |   | Equities | 4.42 | 10% | 0.44 |
| 13 |   | Non-Agency Mortgage | 2.55 | 55% | 1.40 |
| 14 |   | MH | 0.38 | 55% | 0.21 |
| 15 |   | CMBS | 0.26 | 50% | 0.13 |
| 16 |   | CDO | 0.77 | 75% | 0.58 |
| 17 |   | CLO | 0.18 | 50% | 0.09 |
| 18 |   | CDO Eq | 0.03 | 100% | 0.03 |
| 19 |   | Other | 0.62 | 30% | 0.19 |
| 20 |   | Other ABS | 0.89 | 30% | 0.27 |
| 21 |   | Unassigned | 1.70 | 60% | 1.02 |
| 22 |   | Total | 50.64 | 6.04 | 6.04 |
| 23 |   |   |   |   |   |
| 24 |   |   |   |   | . |
| 25 |   |   |   |   | . |
| 26 |   |   |   |   | . |
| 27 |   | Short |   |   |   |
| 28 |   | Asset Type | Lehman MV ($ bns) | Haircut | #VALUE! |
| 29 |   | Agencies & Treasuries | 20.10 | 2% | 0.40 |
| 30 |   | Equities | 5.60 | 10% | 0.56 |
| 31 |   | Corporate Credit | 1.70 | 10% | 0.17 |
| 32 |   | Total | 27.40 | 1.13 | 31.02 |
| 33 |   |   |   |   |   |
| 34 |   | Long & Short Netted |   |   | 7.17 |