From: michaelklein@michaelsklein.com
Sent: Saturday, September 20, 2008 9:52 PM
To: Ricci, Rich: Barclays Capital
Subject: Re: Accruals

Will do
Sent via BlackBerry by AT&T

-----Original Message-----
From: <rich.ricci@barclayscapital.com>

Date: Sun, 21 Sep 2008 02:38:16
To: <michaelklein@michaelsklein.com>
Subject: Re: Accruals


Pretty convinced resis not in 52 after talking to a few people. Will confirm, but more
confident. Where the resis went more troubling. Worried about stepping blind into dtcc. Can't
do it. Also tba's a big client issue. Can you touch base with gerard?

----- Original Message -----
From: michaelklein@michaelsklein.com <michaelklein@michaelsklein.com>
To: Ricci, Rich: Barclays Capital; Victor I LEWKOW <vlewkow@cgsh.com>; Cox, Archie: Barclays
Capital (NYK)
Sent: Sat Sep 20 22:19:00 2008
Subject: Re: Accruals

Vic

Can we send around a dial in as arthur will also join?
Sent via BlackBerry by AT&T

-----Original Message-----
From: michaelklein@michaelsklein.com

Date: Sat, 20 Sep 2008 20:44:40
To: Rich Ricci<Rich.ricci@barclayscapital.com>; Victor I LEWKOW<vlewkow@cgsh.com>; Archie
Cox<archie.cox@barcap.com>
Subject: Accruals


Team

We need a brief call with rich, subject to his schedule, to review the language regarding the
expense accruals and to ensure that barcap has appropriate flexibility to run their business
as they deem appropriate.

Does 530 suit?

Thanks
Sent via BlackBerry by AT&T

1



Confidential                                                                          BCI-EX-00080984

10335713

This e-mail may contain information that is confidential, privileged or otherwise protected from disclosure. If you are not an intended recipient of this e-mail, do not duplicate or redistribute it by any means. Please delete it and any attachments and notify the sender that you have received it in error. Unless specifically indicated, this e-mail is not an offer to buy or sell or a solicitation to buy or sell any securities, investment products or other financial product or service, an official confirmation of any transaction, or an official statement of Barclays. Any views or opinions presented are solely those of the author and do not necessarily represent those of Barclays. This e-mail is subject to terms available at the following link: www.barcap.com/emaildisclaimer. By messaging with Barclays you consent to the foregoing.  Barclays Capital is the investment banking division of Barclays Bank PLC, a company registered in England (number 1026167) with its registered office at 1 Churchill Place, London, E14 5HP.  This email may relate to or be sent from other members of the Barclays Group.

Confidential

BCI-EX-00080985

10335713