From: michaelklein@michaelsklein.com
Sent: Saturday, September 20, 2008 2:39 AM
To: Diamond, Bob: Barclays Capital
Subject: Re: Lehman Brothers

Bob

Great day.

We clawed back 3B more of value in the transaction and cut the building prices by 160 mm tonight.

But all of that pales in comparison to Barclay's share price today.

All the best
Sent via BlackBerry by AT&T

-----Original Message-----
From: <bob.diamond@barclayscapital.com>

Date: Sat, 20 Sep 2008 06:12:15
To: <michaelklein@michaelsklein.com>; <rich.ricci@barclayscapital.com>; <Jerry.delmissier@barclayscapital.com>; <archie.cox@barclayscapital.com>
Subject: Re: Lehman Brothers


Yes!!!!!!

----- Original Message -----
From: michaelklein@michaelsklein.com <michaelklein@michaelsklein.com>
To: Diamond, Bob: Barclays Capital; Ricci, Rich: Barclays Capital; del Missier, Jerry: Barclays Capital (NYK); Cox, Archie: Barclays Capital (NYK)
Sent: Sat Sep 20 05:39:03 2008
Subject: Lehman Brothers

The court has approved Barclay's acquisition of Lehman Brothers

Congratulations. A great leap forward for Barcap.

The new leader in global corporate and investment banking.

Created in record time and at an unbelievable cost.

An extraordinary team effort.

It has been an honor to work with you to get to this point.

More work still ahead around the globe.

But now the fun really begins.

Sent via BlackBerry by AT&T

EXHIBIT
149 A
8.14.05 AW

1

Highly Confidential

BCI-EX-00077823

10335693

This e-mail may contain information that is confidential, privileged or otherwise protected from disclosure. If you are not an intended recipient of this e-mail, do not duplicate or redistribute it by any means. Please delete it and any attachments and notify the sender that you have received it in error. Unless specifically indicated, this e-mail is not an offer to buy or sell or a solicitation to buy or sell any securities, investment products or other financial product or service, an official confirmation of any transaction, or an official statement of Barclays. Any views or opinions presented are solely those of the author and do not necessarily represent those of Barclays. This e-mail is subject to terms available at the following link: www.barcap.com/emaildisclaimer. By messaging with Barclays you consent to the foregoing.  Barclays Capital is the investment banking division of Barclays Bank PLC, a company registered in England (number 1026167) with its registered office at 1 Churchill Place, London, E14 5HP.  This email may relate to or be sent from other members of the Barclays Group.

Highly Confidential

BCI-EX-00077824

10335693

| | |
|---|---|
| From: | Tonucci, Paolo [paolo.tonucci@lehman.com].     Sent: 9/20/2008 10:02 AM |
| To: | Kelly, Martin [martin.kelly@lehman.com]; Azerad, Robert [RAzerad@lehman.com]; Blackwell, Alastair [ablackwe@lehman.com]; Beldner, Brett [brett.beldner@lehman.com]. |
| Cc: | Stewart, Marie [marie.stewart@lehman.com]; Reilly, Gerard [greilly@lehman.com]. |
| Bcc: | |
| Subject: | RE: Opening balance sheet. |

These are the assets transferred.

Robert, can you get by asset category.

I don't believe we moved over anything else - shorts or matched book, but legal will need to confirm.

I think the reverses within the assets transferred will need to be cleared up on Monday, as will not be clean trades, so will probably need to treat as a broken repo, and then clean up with the clients on the other side. Will need to work with Tom Luglio on this, but relatively small amount of trades will be required.

Paolo

-----Original Message-----
From: Kelly, Martin
Sent: 20 September 2008 09:36
To: Azerad, Robert; Blackwell, Alastair; Beldner, Brett
Cc: Stewart, Marie; Reilly, Gerard; Tonucci, Paolo
Subject: Opening balance sheet

Barclays (James Walker) called this am. They want an "opening balance sheet" today. 3 pieces to this. (1) Robert - do you have the final list of assets under the repo which they took possession of - need by gaap asset class versus the financing. Could you please assemble in a file which can be sent direct back to barclays (2) did we end up transferring the shorts and related reverse repo? If so, Robert/Alistair who has that list, were tickets booked for this etc. same as above need a list to be emailed back (3) Brett - could you please update the summary BS once we have this information later in the day.

I think we need to deliver back to narclays the simple BS together with inventory list and possibly shorts/reverses depending on what was done with this. Robert - could you please compile and coordinate with brett around BS.

Please give me ETA so I can update James at Barclays.

Thx - M

EXHIBIT
150A
8.14.09