Cc:     Lowitt, Ian T [ilowitt@lehman.com]; Tonucci, Paolo [paolo.tonucci@lehman.com]; Azerad, Robert [RAzerad@lehman.com]; Fleming, Dan (TSY) [dfleming@lehman.com]
To:     Blackwell, Alastair [ablackwe@lehman.com]; Ullman, Neal (NY) [Neal.Ullman@lehman.com]; Hraska, James W [JHraska@lehman.com]
From:     Forrest, Monty [mforrest@lehman.com]
Sent:     Sun 9/21/2008 1:38:38 AM
Subject:     Re: 1.9 bn 9:15pm update:

Just got off the phone with the group. There were some issues with files received and the amount we had identified prior has changed. It is now 1.6b. As the Canadian seems to be mostly encumbered. We are still working to identify more and have another update at 10:15

----- Original Message -----
From: Forrest, Monty
To: Blackwell, Alastair; Ullman, Neal (NY); Hraska, James W
Cc: Lowitt, Ian T; Tonucci, Paolo; Azerad, Robert; Fleming, Dan (TSY)
Sent: Sat Sep 20 20:38:49 2008
Subject: Re: 1.9 bn 8:00pm update:

Here is the lastest based on our 8:00 call.

1. 800mm at Bony ( R. Azarad working with lawyers)

2. We have 746mm in 074

3. We have identified 435mm in Canada

4. We have identified another 300mm of mortgages in 636

That is a total of 2.181b.

We are now creating a spreadsheet of all data by cusip/value/depo and are sending that to Paolo/Robert

We have a 9:15 status meeting and hope to have the spreadsheet completed by that time.

We are also looking to validate how much JPCHASE put a lien on Friday by cusip. Paolo needs this and I am reaching out to Neal to discuss.

Finally we need verification if we have complete control of these depos. Robert working with lawyers and I need to speak to Neal once again to get his thoughts

Regards,

Monty

----- Original Message -----
From: Blackwell, Alastair
To: Forrest, Monty; Ullman, Neal (NY); Hraska, James W
Cc: Lowitt, Ian T
Sent: Sat Sep 20 19:14:16 2008
Subject: 1.9 bn update:

Thank you!



EXHIBIT
48
KK 8/6/09

----------------------------------

----- Original Message -----
From: Forrest, Monty
To: Blackwell, Alastair; Ullman, Neal (NY); Hraska, James W
Sent: Sat Sep 20 19:09:16 2008
Subject: Re:

Here is the latest on finding excess collateral:

1. Goal is 1.9billion in unencumbered

2. 800mm was posted to Bony R.Azarad is checking with P. Tonucci to see if we can use it. Earlier though was we could.

3. Jim, Nancy and Bill have found another 700mm in 074

4. The team see quite a bit of excess in Canada. The are digging into this now. Hopefully that gets us to where we need to be.

5. Next status call setup for 7:45. Will provide more color after that.

M.


----- Original Message -----
From: Blackwell, Alastair
To: Forrest, Monty; Ullman, Neal (NY); Hraska, James W
Sent: Sat Sep 20 18:37:42 2008
Subject: Re:

Thx


--------------------------------

----- Original Message -----
From: Forrest, Monty
To: Ullman, Neal (NY); Hraska, James W
Cc: Blackwell, Alastair
Sent: Sat Sep 20 18:36:31 2008
Subject: Re:

Tried your cell Neal but could not get through. Jim, Nancy and a team are still going through a list of actionable collateral to try and find 1.9 billion to move to BCI. Have an update in 15mins. Will let you know more as it becomes available.

----- Original Message -----
From: Ullman, Neal (NY)
To: Hraska, James W; Forrest, Monty
Cc: Blackwell, Alastair
Sent: Sat Sep 20 18:12:06 2008
Subject: FW:

Guys what is the latest

-----Original Message-----
From: Rudofker, Beth
Sent: Saturday, September 20, 2008 6:11 PM
To: Berkenfeld, Steven
Cc: Ullman, Neal (NY); Blackwell, Alastair; Lowitt, Ian T; Kimmel, Scott; Genirs, Kevin
Subject: Re:

Alaister and neil are working on getting it ringfenced/moved if needed. We should have one of our lawyers make sure the paperwork is tight.

---------------------------------

----- Original Message -----
From: Berkenfeld, Steven
To: Rudofker, Beth
Sent: Sat Sep 20 18:07:40 2008
Subject: FW:

who is closest to this?

-----Original Message-----
From: Lowitt, Ian T
Sent: Saturday, September 20, 2008 5:53 AM
To: McDade, Bart; Berkenfeld, Steven
Cc: Tonucci, Paolo
Subject:

Did the court accept the 15c 3 lockup and unencumbered box make it through to barcap? If so need to make sure documentation is very tight so we can deliver on it. Should have weil lawyers work closely with paolo on it. Obviously critical we get this right!
Congrats again. Ian