|   | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 |   |   |   |   |   | FX | 1.84358 |
| 2 |   |   | Fair values $m | Fair values £m |   |   |   |
| 3 |   |   |   |   |   |   |   |
| 4 |   |   |   |   |   |   |   |
| 5 |   | **Assets** |   |   |   |   |   |
| 6 |   | Cash | 1,550 | 841 |   |   |   |
| 7 |   | Trading portfolio assets | 44,781 | 24,290 |   |   |   |
| 8 |   | Derivative financial instruments | 0 | 0 |   |   |   |
| 9 |   | Loans and advances to banks | 37 | 20 |   |   |   |
| 10 |   | Loans and advances to customers | 6,715 | 3,642 |   |   |   |
| 11 |   | Available-for-sale financial investments | 2,757 | 1,495 |   |   |   |
| 12 |   | Other assets | 75 | 41 |   |   |   |
| 13 |   | Intangible assets | 1,637 | 888 |   |   |   |
| 14 |   | Property, plant and equipment | 1,633 | 886 |   |   |   |
| 15 |   |   |   |   |   |   |   |
| 16 |   | **Total assets** | 59,185 | 32,103 |   |   |   |
| 17 |   |   |   |   |   |   |   |
| 18 |   | **Liabilities** |   |   |   |   |   |
| 19 |   | Derivative financial instruments | 1,104 | 599 |   |   |   |
| 20 |   | Customer Accounts | 4,534 | 2,459 |   |   |   |
| 21 |   | Repurchase agreements and cash collateral on securities lent | 45,000 | 24,409 |   |   |   |
| 22 |   | Other liabilities | 1,934 | 1,049 |   |   |   |
| 23 |   | Deferred tax liabilities | 531 | 288 |   |   |   |
| 24 |   |   |   |   |   |   |   |
| 25 |   | **Total liabilities** | 53,103 | 28,804 |   |   |   |
| 26 |   |   |   |   |   |   |   |
| 27 |   | **Net assets acquired** | 6,082 | 3,299 |   |   |   |
| 28 |   |   |   |   |   |   |   |
| 29 |   | Equity-settled share schemes[1] | 300 | 163 |   |   |   |
| 30 |   |   |   |   |   |   |   |
| 31 |   | **Net shareholders' equity (excluding gain on acquisition)** | 5,782 | 3,137 |   |   |   |
| 32 |   |   |   |   |   |   |   |
| 33 |   | **Acquisition cost** |   |   |   |   |   |
| 34 |   | Cash paid | 1,538 | 834 |   |   |   |
| 35 |   | Attributable costs | 74 | 40 |   |   |   |
| 36 |   |   |   |   |   |   |   |
| 37 |   | **Total consideration** | 1,612 | 874 |   |   |   |
| 38 |   |   |   |   |   |   |   |

Highly Confidential

BCI-EX-00109154


Exhibit 88B
WK 8-7-09

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 39 | | Gain on acquisition | 4,170 | 2,262 | | | |

Highly Confidential

BCI-EX-00109155

| | A | C | E | Notes | G BCI $b | H LLC A $b | I LLC B $b | J LLC E $b | K LLC F $b | L LLC C $b | M Barc Corp $b | N CayCo $b | P Sterling |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | $b | | | | | | Entity split | | | | | |
| 2 | Long Island - Acquisition Balance Sheet [draft] | | | | | | | | | | | | |
| 7 | Initial Inventory - PCG mid | 42.61 | | | 40.28 | 2.33 | - | - | - | - | - | - | 23.11 |
| 8 | JPM Inventory - PCG mid | 3.92 | | | 0.69 | - | - | - | - | - | - | 3.23 | 2.13 |
| 9 | Accrued interest | 0.35 | | | 0.33 | 0.02 | - | - | - | - | - | - | 0.19 |
| 10 | Cash collateral received | 0.30 | | | 0.30 | - | - | - | - | - | - | - | 0.16 |
| 11 | Additional unencumbered assets | 0.71 | | | 0.06 | - | - | - | - | - | - | 0.64 | 0.38 |
| 12 | Valuation adjustment | (2.09) | | | (1.38) | (0.53) | - | - | - | - | - | (0.18) | -1.13 |
| 13 | Inventory | 45.79 | | | 40.27 | 1.82 | - | - | - | - | - | 3.69 | 24.84 |
| 14 | Exchange traded options | 0.21 | | (2) | 0.21 | - | - | - | - | - | - | - | 0.11 |
| 15 | 15c3 asset | 0.77 | | | - | - | - | - | - | - | - | 0.77 | 0.42 |
| 16 | PIM customer balances | (0.01) | | (2) | (0.01) | - | - | - | - | - | - | - | -0.01 |
| 17 | Futures customer balances | 1.18 | | (2) | 1.18 | - | - | - | - | - | - | - | 0.64 |
| 18 | OCC customer and clearing margin | - | | | - | - | - | - | - | - | - | - | 0.00 |
| 19 | Cash receivable from JPM | 1.25 | | | 1.25 | - | - | - | - | - | - | - | 0.68 |
| 21 | Financial Assets | 49.18 | | | 42.90 | 1.82 | - | - | - | - | - | 4.46 | 26.68 |
| 23 | Subsidiaries (3 overseas + Townsend) | 0.03 | | | - | - | - | - | - | 0.01 | 0.02 | - | 0.02 |
| 24 | 7th Avenue | 0.96 | | | - | 0.96 | - | - | - | - | - | - | 0.52 |
| 25 | Data Centres | 0.33 | | | - | 0.22 | 0.11 | - | - | - | - | - | 0.18 |
| 26 | Intangible assets/operating leases | 1.45 | | (1) | 1.36 | 0.08 | - | - | - | 0.01 | - | - | 0.79 |
| 27 | Prepayments/deposits | 0.07 | | | - | 0.07 | - | - | - | - | - | - | 0.04 |
| 28 | Fixtures, fittings, software, etc | 0.53 | | | - | 0.45 | 0.06 | - | - | 0.02 | - | - | 0.29 |
| 30 | Total Assets | 52.55 | | | 44.25 | 3.59 | 0.17 | - | - | 0.05 | 0.02 | 4.46 | 28.51 |
| 32 | LBI repo liability | 45.00 | | | 45.00 | - | - | - | - | - | - | - | 24.41 |
| 33 | Cure payment | 0.22 | | | 0.22 | - | - | - | - | - | - | - | 0.12 |
| 34 | Bonus - cash element | 1.70 | | | - | 1.69 | - | - | - | 0.00 | 0.01 | - | 0.92 |
| 36 | Total Liabilities | 46.92 | | | 45.22 | 1.69 | - | - | - | 0.00 | 0.01 | - | 25.45 |
| 39 | Net assets | 5.63 | | | (0.97) | 1.91 | 0.17 | - | - | 0.04 | 0.02 | 4.46 | 3.05 |
| 41 | Credit to equity - stock element of bonus | 0.30 | | | - | 0.30 | - | - | - | - | - | - | 0.16 |
| 43 | Consideration: | | | | | | | | | | | | |
| 44 | Assets | 0.25 | | | | | | | | | | | 0.14 |
| 45 | 7th Avenue | 0.96 | | | | | | | | | | | 0.52 |
| 46 | Data Centres | 0.33 | | | | | | | | | | | 0.18 |
| 47 | Stamp Duty | 0.03 | | | | | | | | | | | 0.02 |
| 48 | Acquisition costs | 0.04 | | | | | | | | | | | 0.02 |

Highly Confidential

BCI-EX-00109156

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 49 | | | | | | | | | | | | | | | | |
| 50 | Total consideration | | 1.61 | | | | - | 1.23 | 0.11 | - | - | 0.00 | 0.00 | 0.33 | | 0.87 |
| 51 | | | | | | | | | | | | | | | | |
| 52 | Negative goodwill (pre-deferred tax) | | 3.72 | | | | | | | | | | | | | 2.02 |
| 53 | | | | | | | | | | | | | | | | |
| 54 | FX rate at close | | 1.84358 | | | | | | | | | | | | | |
| 55 | | | | | | | | | | | | | | | | |
| 56 | GBP equivalent (pre-deferred tax) | | 2.02 | | | | | | | | | | | | | |
| 57 | | | | | | | | | | | | | | | | |
| 58 | Deferred tax liability | | (0.288) | | | | | | | | | | | | | (0.29) |
| 59 | | | | | | | | | | | | | | | | |
| 60 | GBP negative goodwill (PBT impact) | | 1.73 | | | | | | | | | | | | | 1.73 |
| 61 | | | | | | | | | | | | | | | | |
| 62 | Tax credit | | 0.45 | | | | | | | | | | | | | 0.45 |
| 63 | | | | | | | | | | | | | | | | |
| 64 | PAT impact | | 2.18 | | | | | | | | | | | | | 2.18 |
| 65 | | | | | | | | | | | | | | | | |
| 66 | Notes: | | | | | | | | | | | | | | | |
| 67 | | | | | | | | | | | | | | | | |
| 68 | (1) Will not be recognised in the solus accounts of BCI under US GAAP. | | | | | | | | | | | | | | | |
| 69 | (2) These are net amounts - the actual bookings are grossed up to reflect the relevant assets, receivables and payables (see next tab). | | | | | | | | | | | | | | | |

Highly Confidential

BCI-EX-00109157

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| 2 | Long Island - Gross Acquisition Balance Sheet [draft] | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | Calssification | | $b | $b | | |
| 6 | | | | | | | | |
| 7 | FV of assets booked as AFS at acquisition | | Available for Sale | | | | | |
| 8 | Inventory booked as Trading Portfolio Assets | | Trading portfolio assets | | 42.61 | | | |
| 9 | Initial Inventory - PCG mid | | Split above | | 42.61 | | | |
| 10 | JPM Inventory - PCG mid | | Trading portfolio assets | | 3.92 | | | |
| 11 | Accrued interest | | Trading portfolio assets | | 0.35 | | | |
| 12 | Cash collateral received | | Cash | | 0.30 | | | |
| 13 | Additional unencumbered assets | | Loans & Advances to customers | | 0.707 | | | |
| 14 | Valuation adjustment | | Trading portfolio assets | | (2.09) | | | |
| 15 | Inventory | | | | | 45.79 | | |
| 16 | OCC margin against exchange traded options | | Loans and advances to customers | | | 1.31 | | |
| 17 | 15c3 asset | | Loans and advances to customers | | | 0.77 | | |
| 18 | | | Available-for-sale financial investments | | 1.79 | | | |
| 19 | | | Loans and advances to customers | | 1.99 | | | |
| 20 | Futures assets | | Split Above | | | 3.78 | | |
| 21 | PIM customer receivables | | Loans and advances to customers | | 1.59 | | | |
| 22 | PIM deposit | | Loans and advances to customers | | 0.32 | | | |
| 23 | Total PIM asset | | | | | 1.92 | | |
| 24 | | | Loans & Advances to customers | | 0.02 | | | |
| 25 | | | Available-for-sale financial investments | | 0.97 | | | |
| 26 | OCC customer and clearing margin | | Split above | | | 0.98 | | |
| 27 | Cash receivable from JPM | | Cash | | | 1.25 | | |
| 28 | | | | | | | | |
| 29 | Financial Assets | | | | | 55.80 | | |
| 30 | | | | | | | | |
| 31 | Subsidiaries (3 overseas + Townsend) | | Split Seperately | | | 0.03 | | |
| 32 | 7th Avenue | | Property plant & equipment | | | 0.96 | | |
| 33 | Data Centres | | Property plant & equipment | | | 0.33 | | |
| 34 | Intangible assets/operating leases | | Intangible assets | | | 1.45 | | |
| 35 | Prepayments/deposits | | Other Assets | | | 0.07 | | |
| 36 | Fixtures, fittings, software, etc | | Property plant & equipment/intangibles | | | 0.53 | | |
| 37 | | | | | | | | |
| 38 | Total Assets | | | | | 59.18 | | |
| 39 | | | | | | | | |
| 40 | LBI repo liability | | Repos | | 45.00 | | | |
| 41 | Cure payment | | Other Liabilities | | 0.22 | | | |
| 42 | Exchange traded options - derivative MtM | | Derivative liabilites | | 1.10 | | | |
| 43 | PIM customer payables | | Customer accounts | | 1.93 | | | |
| 44 | Futures customer payables | | Customer accounts | | 2.60 | | | |
| 45 | Bonus - cash element | | Other Liabilities | | 1.70 | | | |
| 46 | | | | | | | | |
| 47 | Total Liabilities | | | | | 52.56 | | |
| 48 | | | | | | | | |

Highly Confidential

BCI-EX-00109158

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | Source/details |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |
| 29 | -3382.2 |
| 30 | |
| 31 | |
| 32 | |
| 33 | |
| 34 | |
| 35 | |
| 36 | |
| 37 | $188m of software costs included as intaingibles rather than PP&E |
| 38 | |
| 39 | |
| 40 | |
| 41 | |
| 42 | |
| 43 | |
| 44 | |
| 45 | |
| 46 | |
| 47 | |
| 48 | |

Highly Confidential

BCI-EX-00109159

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 49 | | | | | | | | |
| 50 | Net assets | | | | | 6.61 | | |
| 51 | | | | | | | | |
| 52 | Credit to equity - stock element of bonus | | Reserves | | | 0.30 | | |
| 53 | | | | | | | | |
| 54 | Consideration: | | | | | | | |
| 55 | Assets | | Cash paid consideration | | 0.25 | | | |
| 56 | 7th Avenue | | Cash paid consideration | | 0.96 | | | |
| 57 | Data Centres | | Cash paid consideration | | 0.33 | | | |
| 58 | Stamp Duty | | Attributable costs consideration | | 0.03 | | | |
| 59 | Acquisition costs | | Attributable costs consideration | | 0.04 | | | |
| 60 | | | | | | | | |
| 61 | Total consideration | | | | | 1.61 | | |
| 62 | | | | | | | | |
| 63 | Negative goodwill (pre-deferred tax) | | | | | 4.701 | | |
| 64 | | | | | | | | |
| 65 | FX rate at close | | | | | 1.84358 | | |
| 66 | | | | | | | | |
| 67 | GBP equivalent (pre-deferred tax) | | | | | 2.55 | | |

Highly Confidential

BCI-EX-00109160

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |
| 2 | | | | CAD/USD rate | | | |
| 3 | | | | 22-Sep | | | |
| 4 | | | | 0.963113 | | | |
| 5 | | 2895/8790 | 2904/8624 | 2905 | 2905/8623 | | |
| 6 | Description | Townsend | SudAmerica | Canada | Canada | Total Subs | |
| 7 | | $ | $ | CAD | $ | | |
| 8 | | | | | | | |
| 9 | Property Plant & Equipment | 23,944,434 | 0 | 0 | 0 | 23,944,434 | |
| 10 | Intangible Assets | 13,057,219 | 0 | 0 | 0 | 13,057,219 | |
| 11 | Loans and Advances to Banks | 5,320,514 | 0 | 30,952,659 | 32,138,139 | 37,458,653 | |
| 12 | Other Assets | 4,213,868 | | | | 4,213,868 | |
| 13 | Total Assets | 46,536,036 | 0 | 30,952,659 | 32,138,139 | 78,674,175 | |
| 14 | | | | | | | |
| 15 | Other Liabilities | (1,523,979) | 0 | (7,750,000) | (8,046,823) | (9,570,802) | |
| 16 | Bonus Accrual | (4,500,000) | 0 | (6,412,305) | (6,657,894) | (11,157,894) | |
| 17 | Total Liabilities | (6,023,979) | 0 | (14,162,305) | (14,704,717) | (20,728,696) | |
| 18 | | | | | | | |
| 19 | Additional Paid in Share Capital | (40,512,057) | 0 | (16,790,355) | (17,433,421) | (57,945,478) | |
| 20 | | | | | | | |
| 21 | | 0 | 0 | 0 | 0 | 0 | |
| 22 | | | | | | | |
| 23 | | | | | | | |
| 24 | Exclusion of fixed assets, goodwill and bonus accrual to avoid double-counts | | | | | | 32,101,719 |

Highly Confidential

BCI-EX-00109161