**Unknown**

Sent: Sunday, May 17, 2009 12:46 AM

| | |
|---|---|
| From: | Aprigliano, Sindy <Sindy.Liu@LEHMAN.COM> |
| Sent: | Monday, September 15, 2008 3:05 PM (GMT) |
| To: | Tonucci, Paolo <paolo.tonucci@lehman.com>; Azerad, Robert <RAzerad@lehman.com> |
| Cc: | Veksler, Irina <irina.veksler@lehman.com> |
| Subject: | PDCF Haircuts |
| Attach: | ole0.bmp |

Paolo,

The estimated impact is approx.. $4bn - this is a conservative estimate as I assumed the haircuts for the liquid book were on the high end without knowing the term of the debt:

[x] Picture (Metafile)

Thanks,
Sindy

7/27/2009



10297296

Chase Triparty Haircut Summary
Trades Maturing Sep 15, 2008
as of Sep 12, 2008

| Collateral Allocated Summary | Prin ($Bn's) | Current Haircut | Fed Haircut | Variance | Impact |
|---|---|---|---|---|---|
| ASSET BACKS - INVESTMENT GRADE | 1.1 | 15% | 20% | 5% | 0.1 |
| ASSET BACKS - NON-INVESTMENT GRADE | 0.9 | 33% | 20% | -13% | (0.1) |
| C1 - INVESTMENT GRADE CONVERTIBLES | 0.0 | 15% | 20% | 5% | 0.0 |
| C2 - NON-INVESTMENT GRADE CONVERTIBLES | 0.2 | 5% | 20% | 15% | 0.0 |
| CORPORATES - INVESTMENT GRADE | 5.8 | 7% | 20% | 13% | 0.7 |
| `RPORATES - NON-INVESTMENT GRADE | 1.6 | 15% | 20% | 5% | 0.1 |
| JITIES | 3.1 | 6% | 20% | 14% | 0.4 |
| "ERNMENT AGENCY | 12.7 | 2% | 6% | 4% | 0.6 |
| ۱ | 20.7 | 2% | 6% | 4% | 0.8 |
| MONEY MARKETS | 3.9 | 9% | 20% | 11% | 0.4 |
| MUNI | 1.9 | 8% | 20% | 12% | 0.2 |
| OTHER | 0.0 | 7% | 20% | 13% | 0.0 |
| PRIVATE LABELS - HIGH YIELD | 0.6 | 19% | 20% | 1% | 0.0 |
| PRIVATE LABELS - INVESTMENT GRADE | 1.8 | 13% | 20% | 7% | 0.1 |
| TREASURIES | 21.2 | 1% | 4% | 3% | 0.5 |
| Grand Total | 75.5 | 4% | 9% | 5% | 3.9 |

10300641