BARCLAYS CAPITAL INC.
200 Park Ave.
New York, NY  10166

September 19, 2008

VIA TELECOPIER
AND COURIER

Lehman Brothers Inc.
Three World Financial Center, 12th Floor
New York, NY 10285-1200
Attn: Robert H. Bing, Central Funding

With a copy to:
745 Seventh Avenue
New York, NY 10019
Attn: Documentation Manager

With a copy to:
Lehman Brothers Inc.
1271 Sixth Avenue
New York, NY
Attn: General Counsel

        Re:     Notice of Repurchase Date
                Notice of Termination

Ladies and Gentlemen:

        Reference is made to the Master Repurchase Agreement dated as of July 23, 1998,
together with all annexes, confirmations and schedules thereto, and as the same have been
amended, supplemented and otherwise modified as of the date first written above (collectively,
the "MRA") between Lehman Brothers Inc. ("Lehman" or "you") and Barclays Capital Inc.
("BCI"). Capitalized terms used herein but not defined herein shall have the respective meaning
assigned to such terms in the MRA.

        You are hereby notified that as a result of the occurrence of an Act of Insolvency relating
to Lehman, an Event of Default has occurred and is continuing under paragraph 11(v) of the
MRA. As a result of the foregoing, an Event of Default has automatically been declared under
paragraph 11(a) of the MRA. The Repurchase Date for each Transaction under the MRA is the
date of this notice.

        You are further notified, pursuant to paragraph 15(a), that BCI terminates the MRA with
immediate effect.

        Lehman is further notified that (i) BCI has other rights and remedies under applicable law
and the MRA (including but not limited to those rights specified under Paragraphs 11(b),
11(d)(i), 11(g) and 11(h) of the MRA), (ii) all such rights and remedies are hereby reserved and
no such rights have been waived, abandoned, discontinued or in any other manner precluded

Highly Confidential



BCI-EX-00109164

from exercise, and (iii) the failure to exercise any such right or remedy shall not constitute (or be deemed to constitute) any waiver, abandonment, discontinuation or other preclusion of the exercise thereof or of any other right or remedy of BCI.

This Notice shall be governed by and construed in accordance with the laws of the State of New York.

Very truly yours,

BARCLAYS CAPITAL INC.

By: _____

Name: Michael Montgomery

Title:

Cc:    Alan Kaplan, Deputy General Counsel, Americas

2

Highly Confidential

BCI-EX-00109165