## Acquisition Balance sheet summary

| | Cash $'m | Equity $'m | Total $'m | Source |
|---|---|---|---|---|
| OBS Compensation accrual | 1,700 | 300 | 2,000 | APA |
| **Payments** | | | | |
| Pre 22/9 payroll items | (12) | - | (12) | Payroll records |
| Replacement RSUs | (11) | - | (11) | New RSUs granted as replacements for Ex-Lehman employees granted to them in 2008 prior to the acquisition - Barcap value 50% of Lehman face value representing a 50:50 split to the employee of write off and replacement |
| Bonus including social tax | (1,271) | (258) | (1,529) | TCR 23 Feb 2009 |
| IBD Grad programmes | (11) | - | (11) | Off cycle IBD grad programme payments paid in June 2009 |
| Severance | (238) | - | (238) | RIF & VIG list from HR |
| | (1,543) | (258) | (1,801) | |
| **Payable in future** | | | | |
| Severance | (27) | - | (27) | RIF and VIG list from HR and includes 25% for benefits for RIF |
| Payroll tax on Equity compensation | (9) | - | (9) | 1.79% of Equity compensation |
| Acquisition Buyout vesting over 2 years | (53) | - | (53) | Bonus relating to performance for 1 Jan to 22 Sept 08 but with future time serve criteria and with a portion linked to future production with 2 payments of $20m in equal tranches Feb 10 and Feb 11, and $13m to be delivered effectively in Feb 10 |
| Payroll taxes on Acq buyout | (3) | - | (3) | |
| | (92) | - | (92) | |
| **Other items** | | | | |
| ISP awards | - | (56) | (56) | Additional shares awarded @ 25p share to compensate for loss in value of 2008 EPP awarded |
| Payroll taxes on ISP awards | (2) | - | (2) | |
| | (2) | (56) | (58) | |
| **Total spend** | (1,638) | (313) | (1,951) | |
| **Balance left- Cash basis** | 62 | (13) | 49 | |

Highly Confidential

EXHIBIT 2815 5/27/09

BCI-EX-00115843