Richard J. Bernard
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
and
Donald A. Workman
BAKER & HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5304
Telephone: (202) 861-1500
Facsimile: (202) 861-1783

*Co-counsel to Metavante Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that, pursuant to Bankruptcy Rules 2002(a), 9007 and 9010(b), Metavante Corporation ("Metavante") hereby appears by its co-counsel, Baker & Hostetler LLP,[1] in the above-captioned chapter 11 case (the "Case") and requests that all notices given or required to be served in this Case, and all papers served or required to be served, be served upon the following persons at the following addresses, and that these persons be added to the mailing matrix in the captioned case:

---

[1] Baker & Hostetler LLP is co-counsel with Whyte Hirschboeck Dudek S.C. for Metavante.
102918066

| | | |
|---|---|---|
| Richard J. Bernard | and | Donald A. Workman |
| **BAKER & HOSTETLER LLP** | | **BAKER & HOSTETLER LLP** |
| 45 Rockefeller Plaza | | Washington Square, Suite 1100 |
| New York, NY 10111 | | 1050 Connecticut Avenue, N.W. |
| Telephone: (212) 589-4200 | | Washington, DC 20036-5304 |
| Facsimile: (212) 589-4201 | | Telephone: (202) 861-1500 |
| E-mail: rbernard@bakerlaw.com | | Facsimile: (202) 861-1783 |
| | | E-mail: dworkman@bakerlaw.com |

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Code section 1109(b), the request set forth above includes, without limitation, the notices and all other papers set forth or described in (i) Bankruptcy Rules 2002, 3017(a) and 9010(b) and (ii) the Bankruptcy Rules referenced or incorporated in Bankruptcy Rules 2002, 3017(a) and 9010(b).

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver of the rights of Metavante to: (1) have final orders in noncore matters entered only after de novo review by a District Judge, (2) trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to this case, (3) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which Metavante is or may be entitled, in law or in equity, all of which rights, claim, actions, defenses, setoffs, and recoupments Metavante expressly reserves.

Dated: New York, New York
October 16, 2009

        **BAKER & HOSTETLER LLP**
        *Co-Counsel to Metavante Corporation*

By /s/  *Richard J. Bernard*
    Richard J. Bernard
    45 Rockefeller Plaza
    New York, New York 10111
    Telephone: (212) 589-4200
    Facsimile: (212) 589-4201

    and

    Donald A. Workman
    Washington Square, Suite 1100
    1050 Connecticut Avenue, N.W.
    Washington, DC 20036-5304
    Telephone: (202) 861-1500
    Facsimile: (202) 861-1783