Eugene J. Chikowski (PA Bar No. 49740)
FLASTER/GREENBERG P.C.
Four Penn Center, 2nd Floor
1600 John F. Kennedy Blvd.
Philadelphia, PA 19103
Telephone: (215) 279-9907
Facsimile:  (215) 279-9394
Attorneys for American Express Travel
Related Services Company, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
|  | : | Chapter 11 |
| In re: | : |  |
|  | : | Case Nos. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS, | : |  |
| INC., et. al., | : | (Jointly Administered) |
|  | : |  |
| Debtors. | : |  |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST TO BE REMOVED**
**FROM SERVICE LISTS AND ELECTRONIC FILING NOTICES**

PLEASE TAKE NOTICE that **Eugene J. Chikowski, Esquire** hereby withdraws his appearance in the above-referenced case on behalf of American Express Travel Related Services Company, Inc., and requests to be removed from all service lists and from the CM/ECF notice list for this case.

FLASTER/GREENBERG P.C.

Dated:  October 16, 2009        */s/ Eugene J. Chikowski*
Eugene J. Chikowski
Four Penn Center
1600 John F. Kennedy Blvd., 2nd Floor
Philadelphia, PA 19103

Attorneys for American Express Travel
Related Services Company, Inc.