**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
                         :

In re                          :      **Chapter 11 Case No.**
                         :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :      **08-13555 (JMP)**
                         :

           **Debtors.**       :      **(Jointly Administered)**
                         :
                         :
-------------------------------------------------------------------x

<u>**ORDER AUTHORIZING REJECTION OF RESERVE FUND AGREEMENTS**</u>

      Upon the motion dated September 25, 2009 by the Tobacco Settlement Financing

Corporation (the "<u>TSF</u>") for an Order (a) requiring Lehman Brothers Special Financing Inc.

("<u>LBSF</u>") to assume or reject two executory contracts pursuant to 11 U.S.C. § 365(d)(2) or,

alternatively, (b) modifying the automatic stay to allow the TSF to terminate the executory

contracts (the "<u>Motion</u>"); and it appearing that notice of the Motion was good and sufficient

under the circumstances; and LBSF having determined to reject the executory contracts

identified below; and after due deliberation and sufficient cause appearing therefor; it is hereby

      ORDERED that LBSF hereby is authorized to reject (i) that certain Reserve Fund

Agreement dated June 19, 2003 among the TSF, as issuer, the Bank of New York ("<u>BONY</u>"), as

trustee, and LBSF, and (ii) that certain Reserve Fund Agreement dated December 2, 2003 among

the TSF, as issuer, BONY, as trustee, and LBSF (together, the "<u>RFAs</u>"); and the RFAs are

hereby rejected as of the date hereof pursuant to 11 U.S.C. § 365(a); and it is further

ORDERED that any claims arising from the rejection of the RFAs shall be filed in compliance with the terms of this Court's Order Pursuant to Section 502(b)(9) of The Bankruptcy Code And Bankruptcy Rule 3003(c)(3) Establishing The Deadline For Filing Proofs of Claim, Approving The Form And Manner of Notice Thereof And Approving The Proof of Claim Form, entered July 2, 2009 in the above referenced cases [Docket No. 4271].

Dated: New York, New York
     October 16, 2009

                     *s/ James M. Peck*
                     HONORABLE JAMES M. PECK
                     UNITED STATES BANKRUPTCY JUDGE