UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                      Chapter 11

                                                              Case No. 08-13555(JMP)

LEHMAN BROTHERS HOLDINGS INC., *et al.,*        (Jointly Administered)


        Debtor.

-----------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST TO BE REMOVED FROM SERVICE LISTS AND ELECTRONIC FILING NOTICES

     PLEASE TAKE NOTICE that Frank C. Dell'Amore, Esq. hereby withdraws his appearance in the above-referenced case on behalf of State Bank of Long Island, and requests to be removed from all service lists and from the CM/ECF notice list for this case.

Dated: Garden City, New York
       October 16, 2009

                                                           Yours, etc.

                                                       JASPAN SCHLESINGER LLP
                                                       *Attorneys for State Bank of Long Island*


                                      By:   /s/ Frank C. Dell'Amore
                                             Frank C. Dell'Amore, Esq. (FD 1841)
                                             300 Garden City Plaza
                                             Garden City, NY 11530
                                             (516) 393-8289

672903