UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x

In re                                                    :        Chapter 11 Case No.
                                                         :
LEHMAN BROTHERS COMMODITY SERVICES INC.,                 :        08-13885 (JMP)
                                                         :
                    Debtors.                             :
                                                         :
----------------------------------------------------------x        Ref. Docket Nos. 5444, 5446,
                                                                   5448-5449, 5451-5453, 5462-5469,
                                                                   5471-5476

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

MAGALI L. LEE, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York,
    New York 10017.  I am over the age of eighteen years and am not a party to the above-
    captioned action.

2.  On October 14, 2009, I caused to be served personalized "Notice of Transfer of Claim
    Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are
    annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized
    Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first
    class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies
    of the personalized Transfer, enclosed securely in a separate pre-paid envelope, to be
    delivered by first class mail to the party listed on the annexed Exhibit "C".

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Magali L. Lee

Sworn to before me this
___ th day of October, 2009

Notary Public

**Exhibit "A"**

```
_____
                               |
In re                          |      Chapter 11 Case No.
                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |      08-13555 (JMP)
                               |
                               |      (Jointly Administered)
          Debtors.             |
                               |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

      To:  ASIAN SBC HEDGE FUND
           C/O INCOME PARTNERS ASSET MANAGEMENT (LK) LIMITED
           SUITE 3311-3313 TWO INTERNATIONAL FINANCE CENTRE
           8 FINANCE STREET
           CENTRAL
           HONG KONG

Please note that your claim # 8669 in the above referenced case and in the amount of
$50,313.78        has been transferred **(unless previously expunged by court order)**

      HAIN CAPITAL GROUP, LLC
      TRANSFEROR: ASIAN SBC HEDGE FUND
      ATTN: ROBERT KOLTAI
      201 ROUTE 17, SUITE 300
      RUTHERFORD NJ 07070

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5444        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/14/2009                    Vito Genna, Clerk of Court


                                    /s/ Magali Lee
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 14, 2009.

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: ASIAN SPECIAL FINANCE HEDGE FUND
C/O INCOME PARTNERS ASSET MANAGEMENT (LK) LIMITED
SUITE 3311-3313 TWO INTERNATIONAL FINANCE CENTRE
8 FINANCE STREET
CENTRAL
HONG KONG

Please note that your claim # 8666 in the above referenced case and in the amount of $1,298,689.09     has been transferred **(unless previously expunged by court order)**

HAIN CAPITAL GROUP, LLC
TRANSFEROR: ASIAN SPECIAL FINANCE HEDGE FUND
ATTN: ROBERT KOLTAI
201 ROUTE 17, SUITE 300
RUTHERFORD NJ 07070

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 5446     in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/14/2009                    Vito Genna, Clerk of Court

/s/ Magali Lee
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 14, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                        |
In re                                   |      Chapter 11 Case No.
                                        |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |      08-13555 (JMP)
                                        |
                                        |      (Jointly Administered)
                    Debtors.            |
                                        |
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  ASIAN MULTI-FINANCE HEDGE FUND
         C/O INCOME PARTNERS ASSET MANAGEMENT (LK) LIMITED
         SUITE 3311-3313 TWO INTERNATIONAL FINANCE CENTRE
         8 FINANCE STREET
         CENTRAL
         HONG KONG
```

Please note that your claim # 8667 in the above referenced case and in the amount of $543,446.26      has been transferred **(unless previously expunged by court order)**

```
    HAIN CAPITAL GROUP, LLC
    TRANSFEROR: ASIAN MULTI-FINANCE HEDGE FUND
    ATTN: ROBERT KOLTAI
    201 ROUTE 17, SUITE 300
    RUTHERFORD NJ 07070
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
         UNITED STATES BANKRUPTCY COURT
         Southern District of New York
         One Bowling Green
         New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5448      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/14/2009                          Vito Genna, Clerk of Court


                                          /s/ Magali Lee
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 14, 2009.

---

| In re | | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | | 08-13555 (JMP) |
| | | (Jointly Administered) |
| Debtors. | | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  ASIAN CRC HEDGE FUND
     C/O INCOME PARTNERS ASSET MANAGEMENT (LK) LIMITED
     SUITE 3311-3313 TWO INTERNATIONAL FINANCE CENTRE
     8 FINANCE STREET
     CENTRAL
     HONG KONG

Please note that your claim # 8670 in the above referenced case and in the amount of
$1,007,064.76      has been transferred **(unless previously expunged by court order)**

HAIN CAPITAL GROUP, LLC
TRANSFEROR: ASIAN CRC HEDGE FUND
ATTN: ROBERT KOLTAI
201 ROUTE 17, SUITE 300
RUTHERFORD NJ 07070

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 5449      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/14/2009                        Vito Genna, Clerk of Court


                                        /s/ Magali Lee
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  October 14, 2009.

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  ACCESS ASIA INVESTMENT HOLDINGS (BVI) LIMITED
             C/O INCOME PARTNERS ASSET MANAGEMENT (LK) LIMITED
             SUITE 3311-3313 TWO INTERNATIONAL FINANCE CENTRE
             8 FINANCE STREET
             CENTRAL
             HONG KONG

Please note that your claim # 8671 in the above referenced case and in the amount of
        $935,221.49        has been transferred **(unless previously expunged by court order)**

        HAIN CAPITAL GROUP, LLC
        TRANSFEROR: ACCESS ASIA INVESTMENT HOLDINGS (BVI) LIMITED
        ATTN: ROBERT KOLTAI
        201 ROUTE 17, SUITE 300
        RUTHERFORD NJ 07070

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5451        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/14/2009                      Vito Genna, Clerk of Court


                                      /s/ Magali Lee
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  October 14, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: AXIS ACM INC.
C/O INCOME PARTNERS ASSET MANAGEMENT (LK) LIMITED
SUITE 3311-3313 TWO INTERNATIONAL FINANCE CENTRE
8 FINANCE STREET
CENTRAL
HONG KONG

Please note that your claim # 8668 in the above referenced case and in the amount of
$210,261.98      has been transferred **(unless previously expunged by court order)**

HAIN CAPITAL GROUP, LLC
TRANSFEROR: AXIS ACM INC.
ATTN: ROBERT KOLTAI
201 ROUTE 17, SUITE 300
RUTHERFORD NJ 07070

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5452      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/14/2009                                       Vito Genna, Clerk of Court

                                                      /s/ Magali Lee
                                                      _____
                                                      By: Epiq Bankruptcy Solutions, LLC
                                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  October 14, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  GLOBAL CREDIT HEDGE FUND
         C/O INCOME PARTNERS ASSET MANAGEMENT (LK) LIMITED
         SUITE 3311-3313 TWO INTERNATIONAL FINANCE CENTRE
         8 FINANCE STREET
         CENTRAL
         HONG KONG

Please note that your claim # 8665 in the above referenced case and in the amount of
    $370,166.66    has been transferred **(unless previously expunged by court order)**

         HAIN CAPITAL GROUP, LLC
         TRANSFEROR: GLOBAL CREDIT HEDGE FUND
         ATTN: ROBERT KOLTAI
         201 ROUTE 17, SUITE 300
         RUTHERFORD NJ 07070

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

         UNITED STATES BANKRUPTCY COURT
         Southern District of New York
         One Bowling Green
         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5453    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/14/2009                      Vito Genna, Clerk of Court


                                      /s/ Magali Lee
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 14, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  JMG TRITON OFFSHORE FUND LIMITED
C/O PACIFIC ASSETS MANAGEMENT, LLC
11601 WILSHIRE BOULEVARD, SUITE 2180
LOS ANGELES CA 90025

Please note that your claim # 9785 in the above referenced case and in the amount of $5,225,952.74     has been transferred **(unless previously expunged by court order)**

C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK)
TRANSFEROR: JMG TRITON OFFSHORE FUND LIMITED
C/O CARVAL INVESTORS UK LIMITED
KNOWLE HILL PARK, FARIMILE LANE
COBHAM, SURREY    KT11 2PD
UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5466     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/14/2009                          Vito Genna, Clerk of Court

                                          /s/ Magali Lee
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 14, 2009.

```
                                       |
 In re                                 |   Chapter 11 Case No.
                                       |
 LEHMAN BROTHERS HOLDINGS INC., et al.,|   08-13555 (JMP)
                                       |
                                       |   (Jointly Administered)
                 Debtors.              |
                                       |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  JMG TRITON OFFSHORE FUND LIMITED
             C/O PACIFIC ASSETS MANAGEMENT, LLC
             11601 WILSHIRE BOULEVARD, SUITE 2180
             LOS ANGELES CA 90025

Please note that your claim # 9788 in the above referenced case and in the amount of
        $5,225,952.74      has been transferred **(unless previously expunged by court order)**

             C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK)
             TRANSFEROR: JMG TRITON OFFSHORE FUND LIMITED
             C/O CARVAL INVESTORS UK LIMITED
             KNOWLE HILL PARK, FARIMILE LANE
             COBHAM, SURREY    KT11 2PD
             UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5467      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/14/2009               Vito Genna, Clerk of Court


                               /s/ Magali Lee
                               _____
                               By: Epiq Bankruptcy Solutions, LLC
                                   as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 14, 2009.

UNITED STATES BANKRUPTCY COURT    Doc 5555    Filed 10/16/09    Entered 10/16/09 16:32:12    Main Document
Southern District of New York                                    Pg 12 of 26

08-13555-mg

---

In re                                    |    Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., et al.,   |    08-13555 (JMP)

                                         |    (Jointly Administered)
                    Debtors.             |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  JMG CAPITAL PARTNERS LP
             C/O JMG CAPITAL MANAGEMENT, LLC
             11601 WILSHIRE BOULEVARD, SUITE 2180
             LOS ANGELES CA 90025

Please note that your claim # 9787 in the above referenced case and in the amount of
        $3,984,952.04        has been transferred **(unless previously expunged by court order)**

        C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK)
        TRANSFEROR: JMG CAPITAL PARTNERS LP
        C/O CARVAL INVESTORS UK LIMITED
        KNOWLE HILL PARK, FARIMILE LANE
        COBHAM, SURREY    KT11 2PD
        UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5468     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/14/2009                         Vito Genna, Clerk of Court


                                         /s/ Magali Lee
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  October 14, 2009.

UNITED STATES BANKRUPTCY COURT    Doc 5555    Filed 10/16/09    Entered 10/16/09 16:32:12    Main Document
Southern District of New York                              Pg 13 of 26

08-13555-mg

```
_____      _____
                                          |
In re                                     |   Chapter 11 Case No.
                                          |
LEHMAN BROTHERS HOLDINGS INC., et al.,    |   08-13555 (JMP)
                                          |
                                          |   (Jointly Administered)
                    Debtors.              |
                                          |
_____  |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  DEPFA BANK PLC
     LEGAL DEPARTMENT
     ATTN: JOAN DOYLE
     1 COMMONS STREET
     DUBLIN   1
     IRELAND
```

Please note that your claim # 6943-01 in the above referenced case and in the amount of
     $141,857,903.00      has been transferred **(unless previously expunged by court order)**

```
C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK)
TRANSFEROR: DEPFA BANK PLC
C/O CARVAL INVESTORS UK LIMITED
KNOWLE HILL PARK, FARIMILE LANE
COBHAM, SURREY    KT11 2PD
UNITED KINGDOM
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5465      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/14/2009                          Vito Genna, Clerk of Court


                                          /s/ Magali Lee
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 14, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  STATE BANK OF LONG ISLAND
     ANTONIA M. DONOHUE, ESQ.
     JASPAN SCHLESINGER LLP
     300 GARDEN CITY PLAZA
     GARDEN CITY NY 11530

Please note that your claim # 2351 in the above referenced case and in the amount of
    $589,895.00        has been transferred **(unless previously expunged by court order)**

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: STATE BANK OF LONG ISLAND
810 SEVENTH AVENUE, 33RD FLOOR
ATTN: VLADIMIR JELISAVCIC
NEW YORK NY 100193

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5472        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/14/2009                        Vito Genna, Clerk of Court


                                        /s/ Magali Lee
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 14, 2009.

```
_____
                                    |
In re                               |      Chapter 11 Case No.
                                    |
LEHMAN BROTHERS HOLDINGS INC., et al.,|    08-13555 (JMP)
                                    |
                                    |      (Jointly Administered)
              Debtors.              |
                                    |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
      To:  STATE BANK OF LONG ISLAND
           ANTONIA M. DONOHUE, ESQ.
           JASPAN SCHLESINGER LLP
           300 GARDEN CITY PLAZA
           GARDEN CITY NY 11530
```

Please note that your claim # 2327 in the above referenced case and in the amount of
$589,895.00      has been transferred **(unless previously expunged by court order)**

```
      LONGACRE OPPORTUNITY FUND, L.P.
      TRANSFEROR: STATE BANK OF LONG ISLAND
      810 SEVENTH AVENUE, 33RD FLOOR
      ATTN: VLADIMIR JELISAVCIC
      NEW YORK NY 100193
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5474      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/14/2009                     Vito Genna, Clerk of Court


                                     /s/ Magali Lee
                                     _____
                                     By: Epiq Bankruptcy Solutions, LLC
                                         as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  October 14, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  STATE BANK OF LONG ISLAND
             C/O FRANK C. DELL'AMORE, ESQ.
             JASPAN SCHLESINGER LLP
             300 GARDEN CITY PLAZA
             GARDEN CITY NY 11530

Please note that your claim # 10357 in the above referenced case and in the amount of
        $545,536.22      has been transferred **(unless previously expunged by court order)**

        LONGACRE OPPORTUNITY FUND, L.P.
        TRANSFEROR: STATE BANK OF LONG ISLAND
        810 SEVENTH AVENUE, 33RD FLOOR
        ATTN: VLADIMIR JELISAVCIC
        NEW YORK NY 100193

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5475      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/14/2009                        Vito Genna, Clerk of Court


                                        /s/ Magali Lee
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 14, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                     |
In re                                |   Chapter 11 Case No.
                                     |
LEHMAN BROTHERS HOLDINGS INC., et al.,|   08-13555 (JMP)
                                     |
                                     |   (Jointly Administered)
            Debtors.                 |
                                     |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  DEUTSCHE PFANDBRIEFBANK AG                    DEUTSCHE PFANDBRIEFBANK AG
     WILMER CUTLER PICKERING HALE & DORR LLP       DR. GOTTFRIED VON AULOCK
     KATHRYN A. BENNETT                            LEGAL DEPARTMENT
     399 PARK AVENUE                               VON-DER-TANN-STRASSE 2
     NEW YORK NY 10022                             MUNICH    80539
                                                   GERMANY
```

Please note that your claim # 17543 in the above referenced case and in the amount of
$8,976,875.56      has been transferred **(unless previously expunged by court order)**

```
                                                   C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK)
                                                   TRANSFEROR: DEUTSCHE PFANDBRIEFBANK AG
                                                   C/O CARVAL INVESTORS UK LIMITED
                                                   KNOWLE HILL PARK, FARIMILE LANE
                                                   COBHAM, SURREY    KT11 2PD
                                                   UNITED KINGDOM
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5463        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/14/2009                            Vito Genna, Clerk of Court

```
                                            /s/ Magali Lee
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).
```

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  October 14, 2009.

```
--------------------------------------------|
                                            |
In re                                       |         Chapter 11 Case No.
                                            |
LEHMAN BROTHERS HOLDINGS INC., et al.,      |         08-13555 (JMP)
                                            |
                                            |         (Jointly Administered)
                    Debtors.                |
                                            |
--------------------------------------------|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  DEUTSCHE PFANDBRIEFBANK AG                    DEUTSCHE PFANDBRIEFBANK AG
     DR. GOTTFRIED VON AULOCK                      WILMER CUTLER PICKERING HALE & DORR LLP
     LEGAL DEPARTMENT                              KATHRYN A. BENNETT
     VON-DER-TANN-STRASSE 2                        399 PARK AVENUE
     MUNICH    80539                               NEW YORK NY 10022
     GERMANY

Please note that your claim # 17543 in the above referenced case and in the amount of
     $8,976,875.56        has been transferred **(unless previously expunged by court order)**

        C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK)
        TRANSFEROR: DEUTSCHE PFANDBRIEFBANK AG
        C/O CARVAL INVESTORS UK LIMITED
        KNOWLE HILL PARK, FARIMILE LANE
        COBHAM, SURREY    KT11 2PD
        UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5463      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/14/2009                        Vito Genna, Clerk of Court


                                        /s/ Magali Lee
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  October 14, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: DEUTSCHE PFANDBRIEFBANK AG                    DEUTSCHE PFANDBRIEFBANK AG
    WILMER CUTLER PICKERING HALE AND DORR LLP     DR. GOTTFRIED VON AULOCK
    ATTN: KATHRYN A. BENNETT                       LEGAL DEPARTMENT
    399 PARK AVENUE                                VON-DER-TANN-STRASSE 2
    NEW YORK NY 10022                              MUNICH    80539
                                                   GERMANY

Please note that your claim # 8721 in the above referenced case and in the amount of
    $47,153,961.92      has been transferred **(unless previously expunged by court order)**

                                                   C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK)
                                                   TRANSFEROR: DEUTSCHE PFANDBRIEFBANK AG
                                                   C/O CARVAL INVESTORS UK LIMITED
                                                   KNOWLE HILL PARK, FARIMILE LANE
                                                   COBHAM, SURREY    KT11 2PD
                                                   UNITED KINGDOM

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 5464      in your objection.
If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED**, THE TRANSFEREE WILL
BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.

Date: 10/14/2009                         Vito Genna, Clerk of Court


                                         /s/ Magali Lee
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  October 14, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  DEUTSCHE PFANDBRIEFBANK AG              DEUTSCHE PFANDBRIEFBANK AG
     DR. GOTTFRIED VON AULOCK                WILMER CUTLER PICKERING HALE AND DORR LLP
     LEGAL DEPARTMENT                        ATTN: KATHRYN A. BENNETT
     VON-DER-TANN-STRASSE 2                  399 PARK AVENUE
     MUNICH    80539                         NEW YORK NY 10022
     GERMANY

Please note that your claim # 8721 in the above referenced case and in the amount of
    $47,153,961.92        has been transferred **(unless previously expunged by court order)**

          C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK)
          TRANSFEROR: DEUTSCHE PFANDBRIEFBANK AG
          C/O CARVAL INVESTORS UK LIMITED
          KNOWLE HILL PARK, FARIMILE LANE
          COBHAM, SURREY    KT11 2PD
          UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5464       in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/14/2009                    Vito Genna, Clerk of Court


                                    /s/ Magali Lee
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 14, 2009.

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  DEPFA BANK PLC
         LEGAL DEPARTMENT
         ATTN: JOAN DOYLE
         1 COMMONS STREET
         DUBLIN    1
         IRELAND

Please note that your claim # 6943-01 in the above referenced case and in the amount of
       $141,857,903.00       has been transferred **(unless previously expunged by court order)**

         C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK)
         TRANSFEROR: DEPFA BANK PLC
         C/O CARVAL INVESTORS UK LIMITED
         KNOWLE HILL PARK, FARIMILE LANE
         COBHAM, SURREY    KT11 2PD
         UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5465       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/14/2009              Vito Genna, Clerk of Court


                              /s/ Magali Lee
                              _____
                              By: Epiq Bankruptcy Solutions, LLC
                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  October 14, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                 |
In re                            |    Chapter 11 Case No.
                                 |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                                 |
                                 |    (Jointly Administered)
         Debtors.               |
                                 |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  QUINLAN PRIVATE EUROPEAN STRATEGIC PROPERTY FUND LP
     C/O QUINLAN PRIVATE
     8 RAGLAN ROAD
     BALLSBRIDGE
     DUBLIN 4
     IRELAND
```

Please note that your claim # 12558 in the above referenced case and in the amount of
$21,569,535.00        has been transferred **(unless previously expunged by court order)**

```
C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK)
TRANSFEROR: QUINLAN PRIVATE EUROPEAN STRATEGIC PROPERTY FUND LP
C/O CARVAL INVESTORS UK LIMITED
KNOWLE HILL PARK, FARIMILE LANE
COBHAM, SURREY    KT11 2PD
UNITED KINGDOM
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5462        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/14/2009                    Vito Genna, Clerk of Court


                                    /s/ Magali Lee
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 14, 2009.

**Exhibit "B"**

```
TIME: 16:06:35                              LEHMAN BROTHERS HOLDING INC.                              PAGE:   1
DATE: 10/14/09                                   CREDITOR LISTING
```

| Name | Address |
|------|---------|
| ACCESS ASIA INVESTMENT HOLDINGS (BVI) LIMITED | SUITE 3311-3313 TWO INTERNATIONAL FINANCE CENTRE 8 FINANCE STREET CENTRAL, HONG KONG |
| ARISTEIA CAP/ARISTEIA INTERNATIONAL LIMITED | C/O ARISTEIA CAPITAL, LLC ATTN: ROBERT H. LYNCH, JR. MANAGER 136 MADISON AVENUE, 3RD FLOOR NEW YORK NY 10016 |
| ARISTEIA CAP/ARISTEIA INTERNATIONAL LIMITED | C/O ARISTEIA CAPITAL, LLC ATTN: ROBERT H. LYNCH, JR. MANAGER 136 MADISON AVENUE, 3RD FLOOR NEW YORK NY 10016 |
| ARISTEIA MASTER, L.P. | TRANSFEROR: ARISTEIA CAP/ARISTEIA INTERNATIONAL LIMITED ATTN: ROBERT H. LYNCH, JR. MANAGER 136 MADISON AVENUE, 3RD FLOOR NEW YORK NY 1 |
| ARISTEIA MASTER, L.P. | TRANSFEROR: ARISTEIA CAP/ARISTEIA INTERNATIONAL LIMITED ATTN: ROBERT H. LYNCH, JR. MANAGER 136 MADISON AVENUE, 3RD FLOOR NEW YORK NY 1 |
| ASIAN CRC HEDGE FUND | C/O INCOME PARTNERS ASSET MANAGEMENT (LRK) LIMITED SUITE 3311-3313 TWO INTERNATIONAL FINANCE CENTRE 8 FINANCE STREET CENTRAL, HONG KONG |
| ASIAN MULTI-FINANCE HEDGE FUND | C/O INCOME PARTNERS ASSET MANAGEMENT (LRK) LIMITED SUITE 3311-3313 TWO INTERNATIONAL FINANCE CENTRE 8 FINANCE STREET CENTRAL, HONG KONG |
| ASIAN SRC HEDGE FUND | C/O INCOME PARTNERS ASSET MANAGEMENT (LRK) LIMITED SUITE 3311-3313 TWO INTERNATIONAL FINANCE CENTRE 8 FINANCE STREET CENTRAL, HONG KONG |
| ASIAN SPECIAL FINANCE HEDGE FUND | C/O INCOME PARTNERS ASSET MANAGEMENT (LRK) LIMITED SUITE 3311-3313 TWO INTERNATIONAL FINANCE CENTRE 8 FINANCE STREET CENTRAL, HONG KONG |
| AXIS ACM INC. | C/O INCOME PARTNERS ASSET MANAGEMENT (LRK) LIMITED SUITE 3311-3313 TWO INTERNATIONAL FINANCE CENTRE 8 FINANCE STREET CENTRAL, HONG KONG |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. (UK) | TRANSFEROR: DEFPA BANK PLC C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. (UK) | TRANSFEROR: DEUTSCHE PFANDBRIEFBANK AG C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KIN |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. (UK) | TRANSFEROR: JMG CAPITAL PARTNERS LP C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KIN |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. (UK) | TRANSFEROR: PACIFIC ASSETS MANAGEMENT LLC C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. (UK) | TRANSFEROR: QUINLAN PRIVATE EUROPEAN STRATEGIC PROPERTY C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, |
| DEPFA BANK PLC | LEGAL DEPARTMENT ATTN: JOAN DOYLE 1 COMMONS STREET DUBLIN 1 IRELAND |
| DEUTSCHE PFANDBRIEFBANK AG | WILMER CUTLER PICKERING HALE AND DORR LLP ATTN: KATHRYN A. BENNETT 399 PARK AVENUE NEW YORK NY 10022 |
| DEUTSCHE PFANDBRIEFBANK AG | DR. GOTTFRIED VON AULOCK LEGAL DEPARTMENT VON-DER-TANN-STRASSE 2 MUNICH 80539 GERMANY |
| GLOBAL CREDIT HEDGE FUND | WILMER CUTLER PICKERING HALE & DORR LLP KATHRYN A. BENNETT 399 PARK AVENUE NEW YORK NY 10022 |
| JAIN CAPITAL GROUP, LLC | C/O INCOME PARTNERS ASSET MANAGEMENT (LRK) LIMITED SUITE 3311-3313 TWO INTERNATIONAL FINANCE CENTRE 8 FINANCE STREET CENTRAL, HONG KONG |
| JAIN CAPITAL GROUP, LLC | TRANSFEROR: ASIAN CRC HEDGE FUND ATTN: ROBERT KOLTAI 201 ROUTE 17, SUITE 300 RUTHERFORD NJ 07070 |
| JAIN CAPITAL GROUP, LLC | TRANSFEROR: ASIAN MULTI-FINANCE HEDGE FUND ATTN: ROBERT KOLTAI 201 ROUTE 17, SUITE 300 RUTHERFORD NJ 07070 |
| JAIN CAPITAL GROUP, LLC | TRANSFEROR: ASIAN SRC HEDGE FUND ATTN: ROBERT KOLTAI 201 ROUTE 17, SUITE 300 RUTHERFORD NJ 07070 |
| JAIN CAPITAL GROUP, LLC | TRANSFEROR: ASIAN SPECIAL FINANCE HEDGE FUND ATTN: ROBERT KOLTAI 201 ROUTE 17, SUITE 300 RUTHERFORD NJ 07070 |
| JAIN CAPITAL GROUP, LLC | TRANSFEROR: AXIS ACM INC. ATTN: ROBERT KOLTAI 201 ROUTE 17, SUITE 300 RUTHERFORD NJ 07070 |
| JAIN CAPITAL GROUP, LLC | TRANSFEROR: GLOBAL CREDIT HEDGE FUND ATTN: ROBERT KOLTAI 201 ROUTE 17, SUITE 300 RUTHERFORD NJ 07070 |
| JMG CAPITAL GROUP, LLC | C/O JMG CAPITAL MANAGEMENT, LLC 11601 WILSHIRE BOULEVARD, SUITE 2180 LOS ANGELES CA 90025 |
| JMG TRITON OFFSHORE FUND, LIMITED | C/O PACIFIC ASSETS MANAGEMENT, LLC 11601 WILSHIRE BOULEVARD, SUITE 2180 LOS ANGELES CA 90025 |
| LONGACRE OPPORTUNITY FUND, L.P. | TRANSFEROR: STATE BANK OF LONG ISLAND 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK NY 100193 |
| QUINLAN PRIVATE EUROPEAN STRATEGIC PROPERTY/EUROPEAN | PRIVATE 8 RAGLAN ROAD BALLSBRIDGE DUBLIN 4 IRELAND |
| STATE BANK OF LONG ISLAND | ANTONIA M. DONOHUE, ESQ. JASPAN SCHLESINGER LLP 300 GARDEN CITY PLAZA GARDEN CITY NY 11530 |
| STATE BANK OF LONG ISLAND | C/O FRANK C. DELL'AMORE, ESQ. JASPAN SCHLESINGER LLP 300 GARDEN CITY PLAZA GARDEN CITY NY 11530 |

Total Number of Records Printed       33

# Exhibit "C"

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153