UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
                                                                :
In re                                                           :    Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS COMMODITY SERVICES INC.,                        :    08-13885 (JMP)
                                                                :
                            Debtors.                            :
                                                                :
----------------------------------------------------------------x    Ref. Docket Nos. 5489-5492

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

MAGALI L. LEE, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 15, 2009, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                            _____
                                                            Magali L. Lee

Sworn to before me this
16 th day of October, 2009

_____
Notary Public

ELLI PETRIS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PE6176679
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES 10-22-11

T:\Clients\LBH\Affidavits\Transfer 5489-5492_Aff 10-15-09.doc

**Exhibit "A"**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   TENNENBAUM MULTI-STRATEGY MASTER FUND          TENNENBAUM MULTI-STRATEGY MASTER FUND
      C/O TENNENBAUM CAPITAL PARTNERS, LLC            KIESELSTEIN LAW FIRM, PLLC
      ATTN: JEEVAN GORE                               ATTN: STEVE KIESELSTEIN, ESQ.
      2951 28TH STREET, SUITE 1000                    1187 TROY-SCHENECTADY ROAD
      SANTA MONICA CA 90405                           LATHAM NY 12110
```

Please note that your claim # 15949 in the above referenced case and in the amount of
$6,712,744.89        has been transferred **(unless previously expunged by court order)**

```
      SPCP GROUP, L.L.C.
      TRANSFEROR: TENNENBAUM MULTI-STRATEGY MASTER FUND
      ATTN: BRIAN JARMAIN
      2 GREENWICH PLAZA, 1ST FLOOR
      GREENWICH CT 06830
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 5492    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/15/2009                          Vito Genna, Clerk of Court

                                          /s/ Magali Lee
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on October 15, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   TENNENBAUM MULTI-STRATEGY MASTER FUND          TENNENBAUM MULTI-STRATEGY MASTER FUND
      C/O TENNENBAUM CAPITAL PARTNERS, LLC           KIESELSTEIN LAW FIRM, PLLC
      ATTN: JEEVAN GORE                              ATTN: STEVE KIESELSTEIN, ESQ.
      2951 8TH STREET, SUITE 1000                    1187 TROY-SCHENECTADY ROAD
      SANTA MONICA CA 90405                          LATHAM NY 12110
```

Please note that your claim # 15937 in the above referenced case and in the amount of
    $6,712,744.89        has been transferred **(unless previously expunged by court order)**

```
      SPCP GROUP, L.L.C.
      TRANSFEROR: TENNENBAUM MULTI-STRATEGY MASTER FUND
      ATTN: BRIAN JARMAIN
      2 GREENWICH PLAZA, 1ST FLOOR
      GREENWICH CT 06830
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

    UNITED STATES BANKRUPTCY COURT
    Southern District of New York
    One Bowling Green
    New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 5491      in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/15/2009                         Vito Genna, Clerk of Court

                                         /s/ Magali Lee
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on October 15, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| |
|---|
| In re |
| |
| LEHMAN BROTHERS HOLDINGS INC., et al., |
| |
| Debtors. |

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: TENNENBAUM MULTI-STRATEGY MASTER FUND
KIESELSTEIN LAW FIRM, PLLC
ATTN: STEVE KIESELSTEIN, ESQ.
1187 TROY-SCHENECTADY ROAD
LATHAM NY 12110

TENNENBAUM MULTI-STRATEGY MASTER FUND
C/O TENNENBAUM CAPITAL PARTNERS, LLC
ATTN: JEEVAN GORE
2951 28TH STREET, SUITE 1000
SANTA MONICA CA 90405

Please note that your claim # 15949 in the above referenced case and in the amount of $6,712,744.89 has been transferred **(unless previously expunged by court order)**

SPCP GROUP, L.L.C.
TRANSFEROR: TENNENBAUM MULTI-STRATEGY MASTER
ATTN: BRIAN JARMAIN
2 GREENWICH PLAZA, 1ST FLOOR
GREENWICH CT 06830

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 5492 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/15/2009                    Vito Genna, Clerk of Court

/s/ Magali Lee
_____
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on October 15, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  DEPFA BANK PLC
     ATTN: JOAN DOYLE, LEGAL DEPT
     1 COMMONS STREET
     IFSC
     DUBLIN    1
     IRELAND
```

Please note that your claim # 6941 in the above referenced case and in the amount of
       $80,874,966.44         has been transferred **(unless previously expunged by court order)**

```
     SPCP GROUP, L.L.C.
     TRANSFEROR: DEPFA BANK PLC
     ATTN: BRIAN JARMAIN
     2 GREENWICH PLAZA, 1ST FLOOR
     GREENWICH CT 06830
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 5489   in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/15/2009                            Vito Genna, Clerk of Court

                                            /s/ Magali Lee
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on October 15, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                            | Chapter 11 Case No.
                                                 |
LEHMAN BROTHERS HOLDINGS INC., et al.,           | 08-13555 (JMP)
                                                 |
                                                 | (Jointly Administered)
                    Debtors.                     |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  DEPFA BANK PLC
     LEGAL DEPARTMENT
     ATTN: JOAN DOYLE
     1 COMMONS STREET
     DUBLIN   1
     IRELAND
```

Please note that your claim # 6942 in the above referenced case and in the amount of
       $80,874,966.44        has been transferred **(unless previously expunged by court order)**

```
     SPCP GROUP, L.L.C.
     TRANSFEROR: DEPFA BANK PLC
     ATTN: BRIAN JARMAIN
     2 GREENWICH PLAZA, 1ST FLOOR
     GREENWICH CT 06830
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 5490    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/15/2009                              Vito Genna, Clerk of Court


                                              /s/ Magali Lee
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 15, 2009.

# Exhibit "B"

```
TIME: 15:23:51                                    LEHMAN BROTHERS HOLDING INC.                                           PAGE:   1
DATE: 10/15/09                                         CREDITOR LISTING

Name                                       Address
DEPFA BANK PLC                             ATTN: JOAN DOYLE, LEGAL DEPT 1 COMMONS STREET IFSC DUBLIN 1 IRELAND
DEPFA BANK PLC                             LEGAL DEPARTMENT ATTN: JOAN DOYLE 1 COMMONS STREET DUBLIN 1 IRELAND
SPCP GROUP, L.L.C.                         TRANSFEROR: DEPFA BANK PLC ATTN: BRIAN JARMAIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830
SPCP GROUP, L.L.C.                         TRANSFEROR: TENNENBAUM MULTI-STRATEGY MASTER FUND ATTN: BRIAN JARMAIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830
TENNENBAUM MULTI-STRATEGY MASTER FUND      KIESELSTEIN LAW FIRM, PLLC ATTN: STEVE KIESELSTEIN, ESQ. 1187 TROY-SCHENECTADY ROAD LATHAM NY 12110
TENNENBAUM MULTI-STRATEGY MASTER FUND      C/O TENNENBAUM CAPITAL PARTNERS, LLC ATTN: JEEVAN GORE 2951 28TH STREET, SUITE 1000 SANTA MONICA CA 90405
TENNENBAUM MULTI-STRATEGY MASTER FUND      C/O TENNENBAUM CAPITAL PARTNERS, LLC ATTN: JEEVAN GORE 2951 8TH STREET, SUITE 1000 SANTA MONICA CA 90405

Total Number of Records Printed       7
```

**Exhibit "C"**

08-13555-mg    Doc 5556    Filed 10/16/09    Entered 10/16/09 16:32:57    Main Document
Pg 11 of 11

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153