WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                               :

In re                                    :    Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)

                 Debtors.             :    (Jointly Administered)
                                               :
------------------------------------------------------------x

## NOTICE OF THIRTY-SECOND SUPPLEMENTAL LIST OF ORDINARY COURSE PROFESSIONALS

**PLEASE TAKE NOTICE** that in accordance with the Order Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business, entered on November 5, 2008 (the "Order") [Docket. No. 1394],[1] Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors"), hereby supplement their initial list of ordinary course professionals annexed to the Order to include the professionals set forth on the list annexed hereto as Exhibit A (the "Thirty-Second Supplemental List").

---

[1] Capitalized terms used but not defined herein have the meaning ascribed to them in the Order.

US_ACTIVE:\43184110\01\43184110_1.DOC\58399.0003

**PLEASE TAKE FURTHER NOTICE** that the retention affidavits certifying that such professionals do not represent or hold an interest adverse to the Debtors or their estates for the matters on which the professionals are to be employed (the "Ordinary Course Professional Affidavits") and the retention questionnaires (the "Retention Questionnaires") of the ordinary course professionals identified on the Thirty-Second Supplemental List have been filed contemporaneously herewith.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order, the Debtors will serve this Notice, together with the Thirty-Second Supplemental List, the Ordinary Course Professionals' Affidavits, and the Retention Questionnaires on (i) the Office of the United States Trustee and (ii) the attorneys for the Official Committee of Unsecured Creditors appointed in these chapter 11 cases.

[THIS SPACE INTENTIONALLY LEFT BLANK]

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order, objections, if any, to the retention of ordinary course professionals identified on the Thirty-Second Supplemental List must be filed with the Court and served upon the undersigned attorney for the Debtors within 10 days of the date of service of this Notice. Unless timely objections are received, the Thirty-Second Supplemental List shall be deemed approved by the Court and the professionals identified therein shall be deemed to be ordinary course professionals within the purview of the Order, without the necessity of a hearing.

Dated: October 19, 2009
      New York, New York

                                          /s/ Richard P. Krasnow
                                          Richard P. Krasnow

                                          WEIL, GOTSHAL & MANGES LLP
                                          767 Fifth Avenue
                                          New York, New York 10153
                                          Telephone: (212) 310-8000
                                          Facsimile: (212) 310-8007

                                          Attorneys for Debtors
                                          and Debtors in Possession

## Exhibit A

**Thirty-Second Supplemental List of Proposed Professionals
to be Employed in the Ordinary Course of Business**

| Professional | Nature of Services |
|---|---|
| Burness LLP<br>50 Lothian Road<br>Festival Square<br>Edinburgh EH3 9WJ | Scottish legal advice with respect to the dissolution of partnerships and related entities |
| Giles John Richardson<br>Serle Court<br>6 New Square<br>Lincoln's Inn<br>London<br>WC2A 3QS<br>United Kingdom | UK legal advice regarding European assets |
| James Mather<br>Serle Court<br>6 New Square<br>Lincoln's Inn<br>London<br>WC2A 3QS<br>United Kingdom | UK counsel with regard to applications to the English court |
| James Rupert Potts<br>Erskine Chambers<br>33 Chancery Lane<br>London<br>WC2A 1EN<br>United Kingdom | UK legal advice regarding credit linked notes claims and advice regarding Lehman Brothers International (Europe) |
| Richard Andrew Snowden QC<br>Erskine Chambers<br>33 Chancery Lane<br>London<br>WC2A 1EN<br>United Kingdom | UK legal advice regarding credit linked notes claims and advice regarding Lehman Brothers International (Europe) |
| The Potomack Company Auctions<br>526 North Fayette Street<br>Alexandria, VA 22314 | Auctioneer |