UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

|  |  |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : 08-13555 (JMP) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |
| | : |

----------------------------------------------------------------x

### AFFIDAVIT AND DISCLOSURE STATEMENT OF ALAN SOPPITT,

### ON BEHALF OF BURNESS LLP

|  |  |
|---|---|
| CITY OF EDINBURGH | ) |
| | ) ss: |
| COUNTY OF MIDLOTHIAN | ) |
| UNITED KINGDOM | ) |

Alan Soppitt, being duly sworn, upon his oath, deposes and says:

1.      I am a partner/member of Burness LLP, located at 50 Lothian Road, Festival Square, Edinburgh EH3 9WJ, Scotland (the "Firm").

2.      Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide Scots law services to the Debtors, and the Firm has consented to provide such services.

3.      The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the

EDIN 2305184 V 1

Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4.       Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5.       Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6.       The Debtors owe the Firm $Nil for prepetition services.

7.       The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this 5th day of May, 2009

_____  |
Notary Public

Steven Hannah



2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                :

In re                           :     **Chapter 11 Case No.**

                                :

**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,   :     **08-13555 (JMP)**

                                :

                **Debtors.**        :     **(Jointly Administered)**

                                :

                                :
-------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN
BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively,
the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

       Weil, Gotshal & Manges LLP
       767 Fifth Avenue
       New York, New York 10153
       Attn:   Jennifer Sapp
              Christopher Stauble

All questions **must** be answered.  Please use "none," "not applicable," or "N/A," as
appropriate.  If more space is needed, please complete on a separate page and attach.

     1.     Name and address of firm:

          Burness LLP

          50 Lothian Road

          Festival Square

          Edinburgh

          EH3 9WJ

          United Kingdom

2.    Date of retention:     5 May 2009

3.    Type of services provided (accounting, legal, etc.):

Legal services

4.    Brief description of services to be provided:

Legal services as to Scots law including in relation to the dissolution of

Scottish limited partnerships and the winding up of Scottish limited

companies.

5.    Arrangements for compensation (hourly, contingent, etc.)

Hourly

(a)    Average hourly rate (if applicable):

£380 (partner), £200 (associate)

(b)    Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

N/A

6.    Prepetition claims against the Debtors held by the firm:

Amount of claim:     $N/A

Date claim arose:     N/A

Source of Claim:     N/A

7.    Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

Name: N/A

Status: N/A

Amount of Claim:  $N/A

Date claim arose: N/A

Source of claim:  N/A _____

_____

_____

_____

8.    Stock of the Debtors currently held by the firm:

Kind of shares:  N/A _____

No. of shares:   N/A _____

9.    Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name:  N/A _____

Status: N/A _____

_____

Kind of shares: _____

No. of shares: _____

10.   Disclose the nature and provide a brief description of any interest adverse to
the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

None _____

_____

_____

_____

11.   Name of individual completing this form:

Alan Soppitt _____