UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :
In re                                                      :    Chapter 11 Case No.
                                                           :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :    08-13555 (JMP)
                                                           :
                          Debtors.                         :    (Jointly Administered)
-----------------------------------------------------------x

### AFFIDAVIT AND DISCLOSURE STATEMENT OF

### GILES JOHN RICHARDSON

CITY OF LONDON                                )
COUNTRY OF THE UNITED KINGDOM  )

GILES RICHARDON, being duly sworn, upon his oath, deposes and says:

1. I am a Barrister, called to the Bar of England and Wales and a member of the barristers chambers known as Serle Court, 6 New Square, Lincoln's Inn, London WC2A 3QS, UK.

2. Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors", and, collectively with their non-debtor affiliates, "Lehman"), have requested that I provide legal services, including the provision of legal advice, analysis of evidence and drafting of documents, to the Debtors with respect of matters of UK law, in particular concerning possible claims the Debtors may have to assets currently held by affiliated Lehman entities in Europe, and I have consented to provide those services.

3. I may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of my customary practice, I am retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or

NY2:\1926908\02\15@T802!.DOC\58399.0003

be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. To the best of my knowledge, I do not perform services for any such person in connection with these chapter 11 cases and I do not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4. I have agreed not to share and I will not share any portion of the compensation to be received from the Debtors with any other person other than my regular expenses encountered with the administration of my barristers chambers.

5. Insofar as I have been able to ascertain, I do not hold or represent any interest adverse to the Debtors or their estates.

6. I have not provided any prepetition services to the Debtors.

7. If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.[1]

By: _____

Subscribed and sworn to before me
this ___ day of _____, 2009

_____
Notary Public

MARIA VICTORIA GONZALEZ
Notary Public
London, England

My Commission is for life

2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :    08-13555 (JMP)
                                                            :
                    Debtors.                                :    (Jointly Administered)
                                                            :
                                                            :
-----------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

    Weil, Gotshal & Manges LLP
    767 Fifth Avenue
    New York, New York 10153
    Attn:  Jennifer Sapp
            Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address:

    GILES RICHARDSON

    SERLE COURT

    6 NEW SQUARE, LINCOLN'S INN

    LONDON, UK   WC2A 3QS

2. Date of retention:   2 OCTOBER 2009

3. Type of services provided (accounting, legal, etc.):

NY2:\1926908\02\15@T802!.DOC\58399.0003

LEGAL _____

_____

_____

4. Brief description of services to be provided:

   LEGAL ADVICE AND REPRESENTATION AS IS NORMALLY PROVIDED BY BARRISTERS RELATED TO THE INSOLVENCY IN THE UK OF LEHMAN ENTITIES AND IN PARTICULAR, THE PROVISION OF LEGAL ADVICE, ANALYSIS OF EVIDENCE AND DRAFTING OF DOCUMENTS CONCERNING POSSIBLE CLAIMS THE DEBTORS MAY HAVE TO ASSETS CURRENTLY HELD BY AFFILIATED LEHMAN ENTITIES IN EUROPE

5. Arrangements for compensation (hourly, contingent, etc.)

   _____

   (a) Average hourly rate (if applicable):

       GBP 285 _____

   (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

       N/A _____

6. Prepetition claims against the Debtors held by the firm:

   Amount of claim:    $NONE _____

   Date claim arose:   N/A _____

   Source of Claim:    N/A _____

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: N/A _____

Status: N/A

Amount of Claim:  $ZERO

Date claim arose: N/A

Source of claim: N/A

8. Stock of the Debtors currently held by the firm:

   Kind of shares:  N/A

   No. of shares:  N/A

9. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

   Name:  N/A

   Status: N/A

   Kind of shares: N/A

   No. of shares:  N/A

10. Disclose the nature and provide a brief description of any interest adverse to
    the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

    NONE

11. Name of individual completing this form:

   GILES RICHARDSON