Ira S. Greene (IG-2315)
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
:
In re                                                              : Chapter 11
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al*.,                           : Case No. 08-13555 (JMP)
                                                                   :
             Debtors.                                              : (Jointly Administered)
                                                                   :
------------------------------------------------------------------ x

**VERIFIED STATEMENT OF HOGAN & HARTSON LLP PURSUANT TO
RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Hogan & Hartson LLP, as attorneys for certain parties in the chapter 11 cases of Lehman Brothers Holdings Inc. and its affiliated chapter 11 debtors (collectively, the "Debtors"), makes the following statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure.

1.     Hogan & Hartson LLP are the attorneys for the following parties:

(a)    Global Bank Corporation, APDO 0831-01843, Panama, Republic of Panama. Global Bank Corporation is a creditor in the Debtors' chapter 11 cases.

(b)    Enel S.p.A., Viale Regina Margherita 137, 00198 Rome, Italy. Enel S.p.A. is a creditor in the Debtors' chapter 11 cases.

(c)    Landwirtschaftliche Rentenbank, Hochstrasse 2, 60313 Frankfurt am Main, Germany. Landwirtschaftliche Rentenbank is a creditor in the Debtors' chapter 11 cases.

(d)    Kraft Foods Inc., Three Lakes Drive, Northfield, Illinois 60093. Kraft Foods Inc. is a party-in-interest in the Debtors' chapter 11 cases.

(e)    Ciena Communications, Inc., 1201 Winterson Road, Linthicum, Maryland 21090. Ciena Communications, Inc. is a party-in-interest in the Debtors' chapter 11 cases.

\\\NY - 059648/000001 - 1160077 v1

      (f)      Westernbank Puerto Rico, P.O. Box 1180, Mayaguez, Puerto Rico 00681-1180.  Westernbank Puerto Rico is a creditor in the Debtors' chapter 11 cases.

      (g)      Dr. Christoph Wagner, Freiwaidauer Weg 28, 12205 Berlin, Germany.  Dr. Christoph Wagner is a creditor in the Debtors' chapter 11 cases.

2.      Hogan & Hartson LLP renders legal services to one or more of the above-named creditors and/or parties-in-interest on a regular basis in matters unrelated to the above-captioned chapter 11 cases.

3.      Hogan & Hartson LLP has been retained by each of the above-named parties to serve as its counsel and represent its interests with respect to certain matters in the above-captioned chapter 11 cases.

4.      Hogan & Hartson LLP has advised each of the parties above of the fact that it represents other creditors and parties-in-interest in the above-referenced cases.  Each of the parties has consented to such representation and has requested that Hogan & Hartson LLP represent them in the above-captioned chapter 11 cases.

5.      Upon information and belief, neither Hogan & Hartson LLP, nor the undersigned attorney, owns or has ever owned, any claim against the Debtors in the above-captioned chapter 11 cases, nor any interest in the Debtors.

I, <u>Ira S. Greene</u>, declare under penalty or perjury that I have read the foregoing and that it is true and correct to the best of my knowledge, information and belief.

Dated: New York, New York
       October 19, 2009

**HOGAN & HARTSON LLP**

By: /s/ Ira S. Greene
    Ira S. Greene (IG-2315)
    875 Third Avenue
    New York, NY 10022
    Telephone:  (212) 918-3000
    Facsimile:  (212) 918-3100

\\\NY - 059648/000001 - 1160077 v1