Ira S. Greene (IG-2315)
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                            :
In re                                       : Chapter 11
                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,      : Case No. 08-13555 (JMP)
                                            :
                    Debtors.                : (Jointly Administered)
                                            :
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Natoya A. Duncan, being duly sworn, deposes and says:

I am employed by the law firm of Hogan & Hartson LLP, reside in the State of New York, am over the age of eighteen years and am not a party to this action.

On the 19th day of October, 2009 I caused a true copy of the *Verified Statement of Hogan & Hartson LLP* to be served electronically through the Court's ECF System on parties requesting electronic service and by United States Postal Service first-class mail to all parties listed on Service List A, attached hereto.

_____
Natoya A. Duncan

Sworn to before me this
19th day of October, 2009.

_____
Notary Public

NANCY M. CROWE
Notary Public, State of New York
No. 01CR4872721
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires October 6, 2010

## Service List A

Courtesy Copy:
Honorable James M. Peck
U.S. Bankruptcy Court for the S.D.N.Y.
One Bowling Green, Rm 601
New York, NY 10004

Debtor:
Lehman Brothers Holdings, Inc.
745 Seventh Avenue
New York, NY 10019

U.S. Trustee:
Andrew D. Velez-Rivera, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Debtor's Counsel:
Harvey R. Miller, Esq.
Shai Waisman, Esq.
Jacqueline Marcus, Esq.
Richard P. Krasnow, Esq. &
Lori R. Fife, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Counsel to Creditors' Committee:
Paul Arozon, Esq. &
Gregory A. Bray, Esq.
Milbank, Tweed, Hadley & McCloy
601 S. Figueroa Street, 30th Floor
Los Angeles, CA 90017

Counsel to Creditors' Committee:
Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq. & Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy
1 Chase Manhattan Plaza
New York, NY 10005

Special Counsel to Creditors' Committee:
Robert K. Kakis, Esq. Susheel Kirpalani,
Esq. & James Tecce, Esq.
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010

Counsel to SIPA Trustee:
Jeffrey S. Margolin, Esq.
Hughes Hubbard & Reed
1 Battery Park Plaza
New York, NY 10004

Counsel to Barclays Capital, Inc.:
Lindsee P. Granfield, Esq.
Lisa Schweiger, Esq. &
Cleary Gotliebb LLP
One Liberty Plaza
New York, NY 10006

Counsel to Barclays Capital, Inc.:
Robinson B. Lacy, Esq. &
Hydee R. Feldstein, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

Counsel to Examiner:
Patrick J. Trostle, Esq.
Jenner & Block LLP
919 Third Avenue, 37th Floor
New York, NY 10022-3908