WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036
(212) 819-8200
J. Christopher Shore, Esq.

Wachovia Financial Center, Suite 4900
Miami, Florida 33131
(305) 371-2700
Thomas E Lauria, Esq. (admitted pro hac vice)

ATTORNEYS FOR DNB NOR BANK ASA

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.,*<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>Jointly Administered |
|---|---|

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                    )   s.s.:
NEW YORK COUNTY      )

      Lyudmyla Polyova, being duly sworn, deposes and states that she resides in Palisades Park, New Jersey; that she is over the age of twenty-one years and that she is not a party to this proceeding.

      On the 15th day of October, 2009, deponent caused a copy of the *Appellant DnB NOR Bank ASA's Designation of Record Pursuant to Federal Rule of Bankruptcy Procedure 8006* (Docket No. 5530) to be served via e-mail and U.S. Mail on the parties shown on the attached Service List.

                                                */s/ Lyudmyla Polyova*
                                                Lyudmyla Polyova

Sworn to before me this
20th day of October, 2009

*/s/ Elizabeth Anne Arundel*
_____
Notary Public, State of New York
No. 01AR6182807 Qualified in New York County
Certificate Filed in New York County
Commission Expires March 10, 2012

NEWYORK 7349241 (2K)

# SERVICE LIST
# STANDARD PARTIES

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004

| | |
|---|---|
| **Appellees:** | **Attorneys for the Appellees:** |
| LEHMAN BROTHERS HOLDINGS INC., et al., | WEIL GOTSHAL & MAGES LLP<br>Richard P. Krasnow<br>767 Fifth Avenue<br>New York, New York 10153<br>Tel.    (212) 310-8000 |
| **Other Parties to the Order:** | **Attorney for the Other Parties:** |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | MILBANK, TWEED, HADLEY & McCLOY LLP<br>Dennis F. Dunne<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>Tel.    (212) 530-5000<br><br>Paul Aronzon<br>Robert Jay Moore<br>601 South Figueroa Street, 30th Floor<br>Los Angeles, CA 90017<br>Tel.    (213) 892-4000 |
| UNITED STATES TRUSTEE | Office for the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004<br>Andrew D Velez-Rivera<br>Paul Schwartzberg<br>Brian Masumoto<br>Linda Rifkin<br>Tracy Hope Davis |