UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                              :
In re                                         :    Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,      :    08-13555 (JMP)
                                              :
            Debtors.                          :    (Jointly Administered)
                                              :
                                              :
------------------------------------------------------------x

### THIRD SUPPLEMENTAL AFFIDAVIT AND DISCLOSURE STATEMENT OF

### Rob Charles

### ON BEHALF OF Lewis and Roca LLP

STATE OF ARIZONA      )
                      ) ss:
COUNTY OF Pima        )

Rob Charles, being duly sworn, upon his oath, deposes and says:

1.  I am a partner of Lewis and Roca LLP, located at One South Church Ave., Suite 700, Tucson, Arizona 85701-1611 (the "Firm").

2.  On November 12, 2008, I executed an Affidavit and Disclosure Statement (the "Affidavit") in support of Debtors' retention of Lewis and Roca LLP as ordinary course professionals and submitted that Affidavit and a completed Retention Questionnaire (the "Questionnaire") to Debtors' bankruptcy counsel, to be filed with the Court in accordance with the procedures set forth in the order entered November 5, 2008 authorizing Debtors to employ professionals utilized in the ordinary course of business [Docket No. 1394]. Debtors filed the Affidavit and Questionnaire with the Court on November 13, 2008 [Docket No. 1508].

3.  Thereafter, I executed and Debtors bankruptcy counsel caused to be filed the Supplemental Affidavit and Disclosure Statement and a Second Supplemental Affidavit and Disclosure Statement (the "Supplemental Affidavits").

250227.6

4. This Affidavit (the "Third Affidavit") supplements the previous Affidavits as follows:

5. Lehman Brothers Holdings Inc. ("LBHI") holds, we are told from records of The Depository Trust Company, $11,050,000 of $700,000,000 of GCB Station Casinos bonds D02/27/04 6.875% MS16 Cusip 857689AT0. The Firm serves as local bankruptcy counsel to Station Casinos, Inc., case no. 09-52477-gwz, pending in the United States Bankruptcy Court, District of Nevada, Reno, and the jointly administered debtors in possession, including the obligated party on the bonds. The Firm would not engage in any action directly adverse to LBHI, such as objecting to claims or claiming that affirmative relief may be obtained from LBHI.

6. Neither I, nor any partner of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors of their estates with respect to the matters for which the Firm has been engaged.

Dated: October 6, 2009.

LEWIS AND ROCA LLP

By: *[signature]*
Rob Charles
One S. Church Avenue, Suite 700
Tucson, Arizona 85701-1611
Tel: 520-629-4427  Fax: 520-879-4705
Email: RCharles@LRlaw.com

Subscribed and sworn to by Rob Charles of Lewis and Roca LLP on October 6, 2009.

*[signature]*
Notary Public

My commission expires:

March 4, 2012

OFFICIAL SEAL
YVONNE S. ROSS
NOTARY PUBLIC-ARIZONA
PIMA COUNTY
My Comm. Exp. Mar. 4, 2012

250227.6