WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard W. Slack
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,** : 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
:
:
------------------------------------------------------------------x

NOTICE OF HEARING ON (I) METAVANTE CORPORATION'S
MOTION TO ALTER OR AMEND THE COURT'S ORDER GRANTING
LEHMAN BROTHERS SPECIAL FINANCING INC. AND ITS AFFILIATED
DEBTORS' MOTION TO COMPEL PERFORMANCE AND ENFORCE THE
AUTOMATIC STAY AND (II) METAVANTE CORPORATION'S MOTION FOR
AN ORDER STAYING THE EFFECT OF THE COURT'S ORDER GRANTING
LEHMAN BROTHERS SPECIAL FINANCING INC. AND ITS AFFILIATED
<u>DEBTORS' MOTION TO COMPEL AND ENFORCE THE AUTOMATIC STAY</u>

**PLEASE TAKE NOTICE** that, at the direction of the Court, the hearing on

(I) Metavante Corporation's Motion to Alter or Amend the Court's Order Granting Lehman

Brothers Special Financing Inc. and Its Affiliated Debtors' Motion to Compel Performance and

Enforce the Automatic Stay **[Docket No. 5284]** and (II) Metavante Corporation's Motion for an

Order Staying the Effect of the Court's Order Granting Lehman Brothers Special Financing Inc.

and Its Affiliated Debtors' Motion to Compel and Enforce the Automatic Stay **[Docket No.**

**5400]** will be held on <u>**October 23, 2009 at 10:00 a.m.**</u> **(Eastern Standard Time)** (the

"Hearing"). The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601.

Dated: October 20, 2009
      New York, New York

                                           /s/ Robert J. Lemons
                                           Richard W. Slack
                                           Robert J. Lemons

                                           WEIL, GOTSHAL & MANGES LLP
                                           767 Fifth Avenue
                                           New York, New York 10153
                                           Telephone: (212) 310-8000
                                           Facsimile: (212) 310-8007

                                           Attorneys for Debtors
                                           and Debtors in Possession