UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
: 
In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,     :    08-13555 (JMP)
                                                                   :
        Debtors.                                                :    (Jointly Administered)
                                                                   :
-------------------------------------------------------------------x    Ref. Docket Nos. 5559-5565

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                          ) ss.:
COUNTY OF NEW YORK  )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 19, 2009, I caused to be served the:

    a) "Notice of Thirty-Second Supplemental List of Ordinary Course Professionals," dated October 19, 2009 [Docket No. 5559],

    b) "Affidavit and Disclosure Statement of Alan Soppitt, on behalf of Burness LLP Pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business," filed October 19, 2009 [Docket No. 5560],

    c) "Affidavit and Disclosure Statement of Elizabeth Wainstein on behalf of The Potomack Company Pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business," filed October 19, 2009 [Docket No. 5561],

    d) "Affidavit and Disclosure Statement of Richard Snowden QC on behalf of Lehman Brothers Holdings Inc. Pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business," filed October 19, 2009 [Docket No. 5562],

    e) "Affidavit and Disclosure Statement of James Rupert Potts on behalf of Lehman Brothers Holdings Inc. Pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business," filed October 19, 2009 [Docket No. 5563],

    f) "Affidavit and Disclosure Statement of James Mather Pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business," filed October 19, 2009 [Docket No. 5564], and

    g) "Affidavit and Disclosure Statement of Giles John Richardson Pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business," filed October 19, 2009 [Docket No. 5565],

by causing true and correct copies to be:

    a) delivered by email to those parties listed on the attached Exhibit "A" and as indicated upon those parties listed on the attached Exhibit "B", and

    b) enclosed securely in a postage-prepaid envelope and delivered by overnight mail to the Office of The United States Trustee, Attn: Andrew D. Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Rifkin, Tracy Hope Davis, 33 Whitehall Street, 21st Floor, New York, NY 10004.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                  /s/ Paul Belobritsky  
Sworn to before me this                                         Paul Belobritsky  
20th day of October, 2009

/s/ Elli Petris  
Notary Public, State of New York  
No. 01PE6175879  
Qualified in Nassau County  
Commission Expires October 22, 2011

2

**EXHIBIT "A"**

**Exhibit A - Counsel To The Official Committee Of Unsecured Creditors**

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
(COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS)
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
EMAIL: ddunne@milbank.com; ldespins@milbank.com; wfoster@milbank.com,
dodonnell@milbank.com, efleck@milbank.com


MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
(COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS)
601 SOUTH FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017
EMAIL: paronzon@milbank.com; gbray@milbank.com

**EXHIBIT "B"**

**Exhibit B – Additional Parties**

1. Burness LLP: alan.soppitt@burness.co.uk (Docket No. 5560 only)

2. The Potomack Company: Elizabeth@PotomackCompany.com (Docket No. 5561 only)

3. Richard Snowden QC: mhannibal@erskine-chambers.co.uk (Docket No. 5562 only)

4. James Rupert Potts: mhannibal@erskine-chambers.co.uk (Docket No. 5563 only)

5. James Mather: NHockney@serlecourt.co.uk (Docket No. 5564 only)

6. Giles John Richardson: NHockney@serlecourt.co.uk (Docket No. 5565 only)