UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                               :    Chapter 11 Case No.
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,        :    08-13555 (JMP)
                                                    :
            Debtors.                                :    (Jointly Administered)
                                                    :
---------------------------------------------------------------x    Ref. Docket Nos. 5579, 5580

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 20, 2009, I caused to be served the:

   a) "Third Supplemental Affidavit and Disclosure Statement of Rob Charles on behalf of Lewis and Roca LLP Pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business," filed October 20, 2009 [Docket No. 5579], and

   b) "Fourth Supplemental Declaration and Disclosure Statement of Charles D. Weiss in Connection with the Debtors Engagement of McKenna Long & Aldridge LLP as Special Counsel," filed October 20, 2009 [Docket No. 5580],

by causing true and correct copies to be:

   a) delivered by email to those parties listed on the attached Exhibit "A" and as indicated upon those parties listed on the attached Exhibit "B", and

   b) enclosed securely in a postage-prepaid envelope and delivered by overnight mail to the Office of The United States Trustee, Attn: Andrew D. Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Rifkin, Tracy Hope Davis, 33 Whitehall Street, 21st Floor, New York, NY 10004.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Paul Belobritsky
Paul Belobritsky

Sworn to before me this
21st day of October, 2009

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

# EXHIBIT "A"

**Exhibit A - Counsel To The Official Committee Of Unsecured Creditors**

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
(COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS)
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
EMAIL: ddunne@milbank.com; ldespins@milbank.com; wfoster@milbank.com,
dodonnell@milbank.com, efleck@milbank.com


MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
(COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS)
601 SOUTH FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017
EMAIL: paronzon@milbank.com; gbray@milbank.com

**EXHIBIT "B"**

**Exhibit B – Additional Parties**

1. Lewis and Roca LLP: RCharles@lrlaw.com (Docket No. 5579 only)

2. McKenna Long & Aldridge LLP: aelko@mckennalong.com (Docket No. 5580 only)