UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                       :    Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS COMMODITY SERVICES INC.,                    :    08-13885 (JMP)
                                                            :
             Debtors.                                       :
                                                            :
------------------------------------------------------------x    Ref. Docket Nos. 5499-5507,
                                                                 5509-5510, 5516, 5518-5520,
                                                                 5523-5524, 5526

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

MAGALI L. LEE, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 16, 2009, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                           Magali L. Lee

Sworn to before me this
19th day of October, 2009

Notary Public

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          | Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         | 08-13555 (JMP)
                                               |
                                               | (Jointly Administered)
        Debtors.                               |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   BOULTBEE (VASTERAS) AB
              C/O EFM (SVERIGE) AB
              BOX 49166
              SE-100 29    STOCKHOLM
              SWEDEN

Please note that your claim # 28488 in the above referenced case and in the amount of
        $13,509,815.39         has been transferred **(unless previously expunged by court order)**

              BOULTBEE (HELSINKI) AB
              TRANSFEROR: BOULTBEE (VASTERAS) AB
              ATTN: ANTHONY YOSELOFF, MANAGER
              65 EAST 55TH STREET, 19TH FLOOR
              NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5499      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/16/2009                         Vito Genna, Clerk of Court

                                         /s/ Magali Lee
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 16, 2009.

```
In re                                          | Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         | 08-13555 (JMP)
                                               |
                                               | (Jointly Administered)
              Debtors.                         |
                                               |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
        To:   TIFFANY & CO.
              ATTN: MICHAEL CONNOLLY, VP AND TREASURER
              15 SYLVAN WAY
              PARSIPPANY NJ 07054-3815
```

Please note that your claim # 19550 in the above referenced case and in the amount of
        $9,717,258.00        has been transferred **(unless previously expunged by court order)**

```
              SPCP GROUP, L.L.C.
              TRANSFEROR: TIFFANY & CO.
              ATTN: BRIAN JARMAIN
              2 GREENWICH PLAZA, 1ST FLOOR
              GREENWICH CT 06830
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5500    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/16/2009                              Vito Genna, Clerk of Court


                                              /s/ Magali Lee
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 16, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   TIFFANY & CO.
      ATTN: MICHAEL CONNOLLY, VP AND TREASURER
      15 SYLVAN WAY
      PARSIPPANY NJ 07054-3815
```

Please note that your claim # 19551 in the above referenced case and in the amount of
     $9,717,258.00        has been transferred **(unless previously expunged by court order)**

```
      SPCP GROUP, L.L.C.
      TRANSFEROR: TIFFANY & CO.
      ATTN: BRIAN JARMAIN
      2 GREENWICH PLAZA, 1ST FLOOR
      GREENWICH CT 06830
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 5501    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/16/2009                         Vito Genna, Clerk of Court

                                         /s/ Magali Lee
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on October 16, 2009.

```
In re                                          | Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         | 08-13555 (JMP)
                                               |
                                               | (Jointly Administered)
              Debtors.                         |
                                               |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  BOULTBEE (VASTERAS) AB
         BOULTBEE (V?STER?S) AB, C/O EFM (SVERIGE) AB
         BOX 49166
         STOCKHOLM
         SWEDEN

Please note that your claim # 14057 in the above referenced case and in the amount of
        $13,509,815.39        has been transferred **(unless previously expunged by court order)**

         BOULTBEE (HELSINKI) AB
         TRANSFEROR: BOULTBEE (VASTERAS) AB
         4092 HOLIDAY ST, NW
         CANTON OH 44718

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 5502    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/16/2009                          Vito Genna, Clerk of Court


                                          /s/ Magali Lee
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 16, 2009.

```
In re                                          | Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,          | 08-13555 (JMP)
                                               |
                                               | (Jointly Administered)
        Debtors.                               |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   BOULTBEE (VASTERAS) AB
          C/O EFM (SVERIGE) AB
          BOX 49166
          STOCKHOLM    SE-100 29
          SWEDEN

Please note that your claim # 4147 in the above referenced case and in the amount of
        $13,509,815.39          has been transferred **(unless previously expunged by court order)**

          BOULBTEE (HELSINKI) AB
          TRANSFEROR: BOULTBEE (VASTERAS) AB
          C/O EFM (SVERIGE) AB
          ATTN: MANAGING DIRECTOR AND CLIVE BOULTBEE BROOKS
          P.O. BOX 730
          SE-721 20 VASTERAS SWEDEN
          SWEDEN

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5507    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/16/2009                          Vito Genna, Clerk of Court


                                          /s/ Magali Lee
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 16, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                              | Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,             | 08-13555 (JMP)
                                                   |
                                                   | (Jointly Administered)
         Debtors.                                  |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
        To:   MULTI ASSET PLATFORM MASTER FUND SPC
              C/O FRONTIER CAPITAL MANAGEMENT LLP
              BERKELEY SQUARE HOUSE, 8TH FLOOR
              BERKELEY SQUARE, MAYFAIR
              ATTENTION: CHEIF OPERATING OFFICER
              LONDON    W1J 6DB
              UNITED KINGDOM
```

Please note that your claim # 10187 in the above referenced case and in the amount of
        $6,219,849.50          has been transferred **(unless previously expunged by court order)**

```
              BANK OF AMERICA, N.A.
              TRANSFEROR: MULTI ASSET PLATFORM MASTER FUND SPC
              C/O BANK OF AMERICA MERRILL LYNCH
              BANK OF AMERICA TOWER, 3RD FLOOR
              ONE BRYANT PARK
              ATTN: GARY COHEN, RONALD TOROK
              NEW YORK NY 10036
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5510       in your objection.
If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/16/2009                              Vito Genna, Clerk of Court


                                              /s/ Magali Lee
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  October 16, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  HAIN CAPITAL GROUP, LLC
         TRANSFEROR: ASIAN MULTI-FINANCE HEDGE FUND
         ATTN: ROBERT KOLTAI
         201 ROUTE 17, SUITE 300
         RUTHERFORD NJ 07070

Please note that your claim # 8667 in the above referenced case and in the amount of
         $543,446.26          has been transferred **(unless previously expunged by court order)**

         ASPEN CREEK FINANCIAL ADVISORS, LLC
         TRANSFEROR: HAIN CAPITAL GROUP, LLC
         ATTN: ROMULO GARZA
         520 MADISON AVENUE, 18TH FLOOR
         NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5519      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/16/2009                          Vito Genna, Clerk of Court

                                          /s/ Magali Lee
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 16, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  HAIN CAPITAL GROUP, LLC
         TRANSFEROR: AXIS ACM INC.
         ATTN: ROBERT KOLTAI
         201 ROUTE 17, SUITE 300
         RUTHERFORD NJ 07070

Please note that your claim # 8668 in the above referenced case and in the amount of
       $210,261.98        has been transferred **(unless previously expunged by court order)**

         ASPEN CREEK FINANCIAL ADVISORS, LLC
         TRANSFEROR: HAIN CAPITAL GROUP, LLC
         ATTN: ROMULO GARZA
         520 MADISON AVENUE, 18TH FLOOR
         NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5520    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/16/2009                         Vito Genna, Clerk of Court


                                         /s/ Magali Lee
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 16, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  HAIN CAPITAL GROUP, LLC
     TRANSFEROR: ASIAN SBC HEDGE FUND
     ATTN: ROBERT KOLTAI
     201 ROUTE 17, SUITE 300
     RUTHERFORD NJ 07070
```

Please note that your claim # 8669 in the above referenced case and in the amount of
          $50,313.78          has been transferred **(unless previously expunged by court order)**

```
     ASPEN CREEK FINANCIAL ADVISORS, LLC
     TRANSFEROR: HAIN CAPITAL GROUP, LLC
     ATTN: ROMULO GARZA
     520 MADISON AVENUE, 18TH FLOOR
     NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5523      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/16/2009                          Vito Genna, Clerk of Court

                                          /s/ Magali Lee
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on October 16, 2009.

```
In re                                          |  Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         |  08-13555 (JMP)
                                               |
                                               |  (Jointly Administered)
              Debtors.                         |
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

     To:  HAIN CAPITAL GROUP, LLC
          TRANSFEROR: ASIAN CRC HEDGE FUND
          ATTN: ROBERT KOLTAI
          201 ROUTE 17, SUITE 300
          RUTHERFORD NJ 07070

Please note that your claim # 8670 in the above referenced case and in the amount of
     $1,007,064.76        has been transferred **(unless previously expunged by court order)**

          ASPEN CREEK FINANCIAL ADVISORS, LLC
          TRANSFEROR: HAIN CAPITAL GROUP, LLC
          ATTN: ROMULO GARZA
          520 MADISON AVENUE, 18TH FLOOR
          NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5524     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/16/2009                          Vito Genna, Clerk of Court

                                          /s/ Magali Lee
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 16, 2009.

```
_____
                                                |
In re                                           |   Chapter 11 Case No.
                                                |
LEHMAN BROTHERS HOLDINGS INC., et al.,          |   08-13555 (JMP)
                                                |
                                                |   (Jointly Administered)
              Debtors.                          |
                                                |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:    HAIN CAPITAL GROUP, LLC
       TRANSFEROR: ACCESS ASIA INVESTMENT HOLDINGS (BVI) LIMITED
       ATTN: ROBERT KOLTAI
       201 ROUTE 17, SUITE 300
       RUTHERFORD NJ 07070
```

Please note that your claim # 8671 in the above referenced case and in the amount of
           $935,221.49         has been transferred **(unless previously expunged by court order)**

```
       ASPEN CREEK FINANCIAL ADVISORS, LLC
       TRANSFEROR: HAIN CAPITAL GROUP, LLC
       ATTN: ROMULO GARZA
       520 MADISON AVENUE, 18TH FLOOR
       NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5526       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/16/2009                          Vito Genna, Clerk of Court

                                          /s/ Magali Lee
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on October 16, 2009.