**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                                     :     Chapter 11 Case No.
:
**LEHMAN BROTHERS COMMODITY SERVICES INC.,**              :     08-13885 (JMP)
:
Debtors.                                                  :
:
---------------------------------------------------------------x    Ref. Docket Nos. 5571-5578

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

MAGALI L. LEE, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 20, 2009, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Magali L. Lee

Sworn to before me this
21st day of October, 2009

Notary Public

ELI PETRIS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PE6175879
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES 12-11-2011

**Exhibit "A"**

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
|  | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. |  |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
   To:  BOULTBEE (VASTERAS) AB
        C/O EFM (SVERIGE) AB
        BOX 49166
        STOCKHOLM    SE-100 29
        SWEDEN
```

Please note that your claim # 14058 in the above referenced case and in the amount of
        $14,255,465.11           has been transferred **(unless previously expunged by court order)**

```
        BOULTBEE (HELSINKI) AB
        TRANSFEROR: BOULTBEE (VASTERAS) AB
        C/O EFM (SVERIGE) AB
        ATTN: MANAGING DIRECTOR AND CLIVE BOULTBEE BROOKS
        P.O. BOX 730
        SE-721 20 VASTERAS, SWEDEN
        SWEDEN
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                   UNITED STATES BANKRUPTCY COURT
                   Southern District of New York
                   One Bowling Green
                   New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5571    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/20/2009                         Vito Genna, Clerk of Court

                                         /s/ Magali Lee
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 20, 2009.

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  BOULTBEE (VASTERAS) AB
     C/O EFM (SVERIGE) AB
     BOX 49166
     STOCKHOLM    SE-100 29
     SWEDEN
```

Please note that your claim # 4146 in the above referenced case and in the amount of
        $14,255,465.11        has been transferred **(unless previously expunged by court order)**

```
     BOULTBEE (HELSINKI) AB
     TRANSFEROR: BOULTBEE (VASTERAS) AB
     C/O EFM (SVERIGE) AB
     ATTN: MANAGING DIRECTOR AND CLIVE BOULTBEE BROOKS
     P.O. BOX 730
     SE-721 20 VASTERAS, SWEDEN
     SWEDEN
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 5572    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/20/2009                        Vito Genna, Clerk of Court

                                        /s/ Magali Lee
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 20, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
|  | (Jointly Administered) |
| Debtors. |  |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:    BOULTBEE (HELSINKI) AB
       TRANSFEROR: BOULTBEE (VASTERAS) AB
       C/O EFM (SVERIGE) AB
       ATTN: MANAGING DIRECTOR AND CLIVE BOULTBEE BROOKS
       P.O. BOX 730
       SE-721 20 VASTERAS SWEDEN
       SWEDEN
```

Please note that your claim # 28487 in the above referenced case and in the amount of
    $14,255,465.11    has been transferred **(unless previously expunged by court order)**

```
       GOLDMAN SACHS LENDING PARTNERS LLC
       TRANSFEROR: BOULTBEE (HELSINKI) AB
       c/o Goldman, Sachs & Co. Attn: A. Caditz
       30 Hudson Street, 36th Floor
       Jersey City NJ 07302
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 5573    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/20/2009                          Vito Genna, Clerk of Court

                                          /s/ Magali Lee
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on October 20, 2009.

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   BOULTBEE (HELSINKI) AB
      TRANSFEROR: BOULTBEE (VASTERAS) AB
      C/O EFM (SVERIGE) AB
      ATTN: MANAGING DIRECTOR AND CLIVE BOULTBEE BROOKS
      P.O. BOX 730
      SE-721 20 VASTERAS, SWEDEN
      SWEDEN
```

Please note that your claim # 14058 in the above referenced case and in the amount of
       $14,255,465.11        has been transferred **(unless previously expunged by court order)**

```
      GOLDMAN SACHS LENDING PARTNERS LLC
      TRANSFEROR: BOULTBEE (HELSINKI) AB
      c/o Goldman, Sachs & Co. Attn: A. Caditz
      30 Hudson Street, 36th Floor
      Jersey City NJ 07302
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

       UNITED STATES BANKRUPTCY COURT
       Southern District of New York
       One Bowling Green
       New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 5574       in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/20/2009                             Vito Genna, Clerk of Court

                                             /s/ Magali Lee
                                             _____
                                             By: Epiq Bankruptcy Solutions, LLC
                                                 as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 20, 2009.

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  BOULTBEE (HELSINKI) AB
     TRANSFEROR: BOULTBEE (VASTERAS) AB
     C/O EFM (SVERIGE) AB
     ATTN: MANAGING DIRECTOR AND CLIVE BOULTBEE BROOKS
     P.O. BOX 730
     SE-721 20 VASTERAS, SWEDEN
     SWEDEN
```

Please note that your claim # 4146 in the above referenced case and in the amount of
     $14,255,465.11     has been transferred **(unless previously expunged by court order)**

```
     GOLDMAN SACHS LENDING PARTNERS LLC
     TRANSFEROR: BOULTBEE (HELSINKI) AB
     c/o Goldman, Sachs & Co. Attn: A. Caditz
     30 Hudson Street, 36th Floor
     Jersey City NJ 07302
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 5575     in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/20/2009                    Vito Genna, Clerk of Court

                                    /s/ Magali Lee
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 20, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To: BOULTBEE (HELSINKI) AB
        TRANSFEROR: BOULTBEE (VASTERAS) AB
        ATTN: ANTHONY YOSELOFF, MANAGER
        65 EAST 55TH STREET, 19TH FLOOR
        NEW YORK NY 10022

Please note that your claim # 28488 in the above referenced case and in the amount of
    $13,509,815.39       has been transferred **(unless previously expunged by court order)**

        GOLDMAN SACHS LENDING PARTNERS LLC
        TRANSFEROR: BOULTBEE (HELSINKI) AB
        c/o Goldman, Sachs & Co. Attn: A. Caditz
        30 Hudson Street, 36th Floor
        Jersey City NJ 07302

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 5576       in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/20/2009                         Vito Genna, Clerk of Court

                                         /s/ Magali Lee
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on October 20, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   BOULTBEE (HELSINKI) AB
      TRANSFEROR: BOULTBEE (VASTERAS) AB
      4092 HOLIDAY ST, NW
      CANTON OH 44718
```

Please note that your claim # 14057 in the above referenced case and in the amount of
        $13,509,815.39        has been transferred **(unless previously expunged by court order)**

```
      GOLDMAN SACHS LENDING PARTNERS LLC
      TRANSFEROR: BOULTBEE (HELSINKI) AB
      c/o Goldman, Sachs & Co. Attn: A. Caditz
      30 Hudson Street, 36th Floor
      Jersey City NJ 07302
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5577        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/20/2009                         Vito Genna, Clerk of Court

                                         /s/ Magali Lee
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 20, 2009.

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  BOULBTEE (HELSINKI) AB
         TRANSFEROR: BOULTBEE (VASTERAS) AB
         C/O EFM (SVERIGE) AB
         ATTN: MANAGING DIRECTOR AND CLIVE BOULTBEE BROOKS
         P.O. BOX 730
         SE-721 20 VASTERAS SWEDEN
         SWEDEN

Please note that your claim # 4147 in the above referenced case and in the amount of
         $13,509,815.39         has been transferred (**unless previously expunged by court order**)

         GOLDMAN SACHS LENDING PARTNERS LLC
         TRANSFEROR: BOULBTEE (HELSINKI) AB
         c/o Goldman, Sachs & Co. Attn: A. Caditz
         30 Hudson Street, 36th Floor
         Jersey City NJ 07302

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 5578    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/20/2009                          Vito Genna, Clerk of Court

                                          /s/ Magali Lee
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on October 20, 2009.

**Exhibit "B"**

```
TIME: 10:30:45                                            LEHMAN BROTHERS HOLDING INC.
DATE: 10/21/09                                                  CREDITOR LISTING                                                        PAGE:    1

Name                                      Address
  BOULTBEE (HELSINKI) AB                  TRANSFEROR: BOULTBEE (VASTERAS) AB C/O EFM (SVERIGE) AB ATTN: MANAGING DIRECTOR AND CLIVE BOULTBEE BROOKS P.O. BOX 730 SE-721 20 VASTER
BOULBTEE (HELSINKI) AB                    TRANSFEROR: BOULTBEE (VASTERAS) AB C/O EFM (SVERIGE) AB ATTN: MANAGING DIRECTOR AND CLIVE BOULTBEE BROOKS P.O. BOX 730 SE-721 20 VASTER
BOULTBEE (HELSINKI) AB                    TRANSFEROR: BOULTBEE (VASTERAS) AB ATTN: ANTHONY YOSELOFF, MANAGER 65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY 10022
BOULTBEE (HELSINKI) AB                    TRANSFEROR: BOULTBEE (VASTERAS) AB C/O EFM (SVERIGE) AB ATTN: MANAGING DIRECTOR AND CLIVE BOULTBEE BROOKS P.O. BOX 730 SE-721 20 VASTER
BOULTBEE (HELSINKI)AB                     TRANSFEROR: BOULTBEE (VASTERAS) AB 4092 HOLIDAY ST, NW CANTON OH 44718
BOULTBEE (VASTERAS) AB                    C/O EFM (SVERIGE) AB BOX 49166 STOCKHOLM  SE-100 29 SWEDEN
GOLDMAN SACHS LENDING PARTNERS LLC        TRANSFEROR: BOULBTEE (HELSINKI) AB c/o Goldman, Sachs & Co. Attn: A. Caditz 30 Hudson Street, 36th Floor Jersey City NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC        TRANSFEROR: BOULTBEE (HELSINKI) AB c/o Goldman, Sachs & Co. Attn: A. Caditz 30 Hudson Street, 36th Floor Jersey City NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC        TRANSFEROR: BOULTBEE (HELSINKI)AB c/o Goldman, Sachs & Co. Attn: A. Caditz 30 Hudson Street, 36th Floor Jersey City NJ 07302


Total Number of Records Printed          9
```

**Exhibit "C"**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153