IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., | Case No. 08-13555 |
| Debtor. | |

### PROPOSED ORDER PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(b)(1) GRANTING MOTION OF PACIFIC LIFE INSURANCE COMPANY TO FILE A LATE PROOF OF CLAIM

Upon consideration of the motion (the "Motion") of Pacific Life Insurance Company ("Claimant") seeking permission to file a late proof of claim pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1), and due notice thereof having been provided as set forth in the *Amended Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures dated February 13, 2009* entered in these proceedings; and it appearing that no other or further notice of the Motion need be provided; and having considered the Motion and any objections thereto; and the Court having further found that:

A. Claimant acted in good faith, the initial error by Claimant was reasonable and its failure to file a proof of claim by the Bar Date was the result of excusable neglect; and

B. The Debtor will not be prejudiced by granting the relief requested in the Motion;

and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED as follows:

1. The Motion is granted in its entirety. To the extent any objections to the Motion have not been withdrawn or otherwise resolved, they are hereby overruled.

2. The Claimant shall be entitled to file its late proof of claim.

3. The Debtor will retain all of its rights to object to the Claim.

Dated: _____
New York, New York

_____
Honorable James M. Peck, UNITED STATES BANKRUPTCY JUDGE