WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
                                                                              :
**In re**                                           :    **Chapter 11 Case No.**
                                                    :
**LEHMAN BROTHERS HOLDINGS INC., et al.,**          :    **08-13555 (JMP)**
                                                    :
          Debtors.                                  :    **(Jointly Administered)**
                                                    :
------------------------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON OCTOBER 23, 2009 AT 10:00 A.M.**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

**I.    CONTESTED MATTERS:**

1.  Metavante Corporation's Motion to Alter or Amend the Court's Order Granting Lehman Brothers Special Financing Inc. and Its Affiliated Debtors' Motion to Compel Performance and Enforce the Automatic Stay **[Docket No. 5284]**

    Response Deadline:   October 13, 2009 at 4:00 p.m.

    Responses Received:

    A.  Letter of Lehman Brothers Holdings Inc. to Court Re: Metavante Corporations Motion to Alter or Amend the Courts Order **[Docket No. 5457]**

Related Documents:

- B. Debtors' Motion to Compel Performance of Metavante Corporations Obligations Under an Executory Contract and to Enforce the Automatic Stay **[Docket No. 3691]**

- C. Statement of Official Committee of Unsecured Creditors **[Docket No. 3958]**

- D. Statement of Ad Hoc Group of Lehman Brothers Creditors in Support **[Docket No. 4326]**

- E. Letter to Court from Metavante Corporation Responding to Lehman Brothers Special Financing Inc.'s Letter **[Docket No. 5538]**

Status: This matter is going forward.

2. Metavante Corporation's Motion for an Order Staying the Effect of the Court's Order Granting Lehman Brothers Special Financing Inc. and Its Affiliated Debtors' Motion to Compel and Enforce the Automatic Stay **[Docket No. 5400]**

    Response Deadline: October 26, 2009 at 4:00 p.m.

    Responses Received:

    - A. Letter of Lehman Brothers Holdings Inc. to Court Re: Metavante Corporations Motion to Alter or Amend the Courts Order **[Docket No. 5457]**

    Related Documents:

    - B. Debtors' Motion to Compel Performance of Metavante Corporations Obligations Under an Executory Contract and to Enforce the Automatic Stay **[Docket No. 3691]**

    - C. Statement of Official Committee of Unsecured Creditors **[Docket No. 3958]**

    - D. Statement of Ad Hoc Group of Lehman Brothers Creditors in Support **[Docket No. 4326]**

    - E. Letter to Court from Metavante Corporation Responding to Lehman Brothers Special Financing Inc.'s Letter **[Docket No. 5538]**

Status: This matter is going forward.

Dated: October 22, 2009
      New York, New York

    /s/ Shai Y. Waisman
Shai Y. Waisman
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession