# EXHIBIT 5

**Base Prospectus Dated July 24, 2007**
**U.S. $100,000,000,000 Euro Medium-Term Note Program**

Attached hereto is the cover page to Exhibit 5. To see a complete copy of Exhibit 5, please contact Ceydi Rodriguez, Legal Assistant at Cleary Gottlieb Steen & Hamilton LLP, 1 Liberty Plaza, New York, New York 10006, (212) 225-3704.

BASE PROSPECTUS

# Lehman Brothers Holdings Inc.
(Incorporated in the State of Delaware)

# Lehman Brothers Treasury Co. B.V.
(Incorporated with limited liability in the Netherlands and having its statutory domicile in Amsterdam)

# Lehman Brothers Bankhaus AG
(Incorporated in the Federal Republic of Germany)

## U.S.$100,000,000,000
## Euro Medium-Term Note Program
Unconditionally and irrevocably guaranteed
as to Notes to be issued by each of Lehman Brothers Treasury Co. B.V.
and Lehman Brothers Bankhaus AG by

## Lehman Brothers Holdings Inc.

---

Lehman Brothers Holdings Inc. (including when acting through its London Branch, "*LBHI*"), Lehman Brothers Treasury Co. B.V. ("*LBTCBV*") and Lehman Brothers Bankhaus AG (including when acting through its London Branch, "*LBB*") (each an "*Issuer*" and collectively, the "*Issuers*") have established a program (the "*Program*") under which they may from time to time issue medium-term notes (the "*Notes*") in series (each a "*Series*" or the "*Notes of a Series*") with each Series comprising one or more tranches (each a "*Tranche*") of Notes, outside the United States with maturities of one month or more from the date of issue and denominated in U.S. dollars or, subject to certain conditions and as provided in "*Form of the Notes*" and "*Terms and Conditions of the Notes*" herein, in other currencies or composite currencies. Each Note issued by LBTCBV or LBB will have the benefit of an unconditional and irrevocable guarantee (the "*Guarantees*") of LBHI, as guarantor thereunder (in such capacity, the "*Guarantor*"), as to all amounts of principal and premium and interest, if any, thereof and thereon due. At the date hereof, the Issuers and the Guarantor have increased the maximum principal amount of Notes which may be outstanding under the Program from the previous maximum of U.S.$60,000,000,000. The maximum principal amount of Notes outstanding may not at any time exceed U.S.$100,000,000,000, of which the maximum principal amount of Notes outstanding issued by LBB may not at any time exceed U.S.$2,000,000,000 (or, in each case, the equivalent in other currencies or composite currencies calculated as described herein); provided that the Issuers reserve the right to increase such amount from time to time.

The Notes, which may be issued at their principal amount or at a premium or discount to their principal amount, may bear interest on a fixed or floating rate basis or equity linked interest and/or interest linked to the performance of one or more reference entities or other basis or combination thereof or be issued on a fully discounted basis and not bear interest.

Notes of a Series may be issued on an unsubordinated basis or on a subordinated basis in either bearer or registered form. Notes in bearer form will initially be represented by a temporary global Note. Each temporary global Note which is intended to be issued in new global note form (a "*New Global Note*" or "*NGN*") will be deposited on or around the issue date thereof with a common safekeeper for Euroclear Bank SA/NV ("*Euroclear*") and Clearstream Banking, société anonyme, Luxembourg ("*Clearstream, Luxembourg*"). Each temporary global Note which is not intended to be issued in new global note form (a "*Classic Global Note*" or "*CGN*") will be deposited on or about the issue date thereof with a common depositary for Euroclear and Clearstream, Luxembourg. Notes in bearer form will not be exchangeable for Notes in registered form. Notes in registered form may initially be issued in definitive or global form and, in the latter case, the global Note will be deposited on or about the issue date thereof with either a common depositary for Euroclear and Clearstream, Luxembourg or a custodian for The Depositary Trust Company ("*DTC*"). Notes, in registered form will not be exchangeable for Notes in bearer form. See "Form of the Notes" and "Terms and Conditions of the Notes" herein.

Application has been made to the Irish Financial Services Regulatory Authority (the "*IFSRA*"), which is the Irish competent authority for the purpose of Directive 2003/71/EC (the "*Prospectus Directive*") for approval of this Base Prospectus (the "Base Prospectus") as a base prospectus issued in compliance with the Prospectus Directive as implemented in Ireland by the Prospectus (Directive 2003/71/EC) Regulations 2005 (the "*Prospectus Regulations*") for the purpose of giving information with regard to the issue of Notes under the Program during the period of twelve months after the date hereof. Application will be made for Notes issued under the Program to be admitted to the Official List of the Irish Stock Exchange and to trading on its regulated market and on the Alternative Securities Market of the Irish Stock Exchange. Such approval relates only to the Notes which are to be admitted to trading on the EU Regulated Market of the Irish Stock Exchange or other regulated markets for the purposes of Directive 93/22/EEC or which are to be offered to the public in any Member State of the European Economic Area. Application has also been made to the Singapore Exchange Securities Trading Limited (the "*Singapore Stock Exchange*") for approval in respect of the listing and quotation on the Official List of the Singapore Stock Exchange of any Notes issued under the Program which are agreed at the time of the issue to be so listed on the Singapore Stock Exchange during the period of 12 months after the date of this Base Prospectus. The Singapore Stock Exchange assumes no responsibility for the correctness of any statements made or opinions or reports contained in this Base Prospectus. Admission of the Notes to the Official List of the Singapore Stock Exchange and quotation of the Notes on the Singapore Stock Exchange is not to be taken as an indication of the merits of the Issuers or the Guarantor, or the Notes.

Notes to be issued pursuant to the Program will have the minimum denomination specified in the relevant Final Terms or Drawdown Prospectus (each term as defined below), subject to compliance with all applicable legal and/or regulatory and/or central bank requirements.

The Program provides that Notes may also be issued on the basis that they will not be admitted to listing, trading and/or quotation by any competent authority, stock exchange and/or quotation system or that they will be admitted to listing, trading and/or quotation by any other competent authority, stock exchange and/or quotation system as may be agreed between the relevant Issuer and the relevant Dealer(s). In particular, Notes denominated in Australian dollars and issued in the domestic Australian capital markets ("*Australian Domestic Notes*") by LBTCBV or LBHI may be listed on the Australian Stock Exchange operated by ASX Limited (the "*Australian Stock Exchange*").

Neither the Notes nor the Guarantees have been, or will be, registered under the United States Securities Act of 1933, as amended (the "Securities Act"), and may include Notes in bearer form that are subject to United States tax law requirements. Subject to certain exceptions, neither the Notes nor the Guarantees may be offered, sold or delivered within the United States or to U.S. persons.

---

Arranger and Dealer

## Lehman Brothers

The date of this Base Prospectus is July 24, 2007.

This Base Prospectus replaces the Debt Issuance Program Prospectus dated August 9, 2006.