**EXHIBIT 8**

**"Morrissey, Gabriele"**
**<GMorrissey@PB-US.com>**

08/05/2009 01:45 PM

    To &lt;gwendolyn.cruz@bnymellon.com&gt;
    Cc "Busby, Maria" &lt;MBusby@PB-US.com&gt;
    Subject Lehman Programs Securities: ISIN US52519VAU08, US52519VAS51, US52519VAP13, and US52519VAQ95

Hi Gwendolyn,

Our Legal Dept is requesting a blocking number (Clearstream Bank Blocking Number, Euroclear Bank Electronic Reference Number, or other depository blocking reference number) for each of the four Lehman Programs Securities referred to above.

Thank you and kind regards,

Gabriele Morrissey

PB Capital Corporation

Tel: 212-756-5541

Fax: 212-756-5536
Email: gmorrissey@pb-us.com