**EXHIBIT 9**

**From:** gwendolyn.cruz@bnymellon.com [mailto:gwendolyn.cruz@bnymellon.com]
**Sent:** Monday, August 10, 2009 12:15 PM
**To:** Morrissey, Gabriele
**Cc:** Busby, Maria; neil.grill@bnymellon.com; ewan.chen@bnymellon.com
**Subject:** Update -PB Capital - A/C 027669 Lehman Programs Securities: ISIN US52519VAU08, US52519VAS51, US52519VAP13, and US52519VAQ95

Hi Gabriele,

Please review the information received from our servicing team.

The blocking of shares is something that is being done within the European markets.
Within the US, BNY Mellon as custodian will begin involvement when the bankruptcy proceedings begins to be handled as either proxy votes (via Broadridge) or as a corporate action event where choices exist for holders to elect certain options for future allocations. In either case, as soon as this information is received from the Agent handling the Bankruptcy on behalf of Lehman or from the Depository, it would be disseminated to those parties deemed as being potentially affected by this recent course of events.

Before there is an opportunity to vote on a plan of reorg/liquidation, there should be a claims period and a bar date (deadline) set for filing claims. A list of creditors is generally provided as part of the petition for bankruptcy protection and the announcement of the bar date. Only creditors not already listed need to file claims. From a custody perspective, we do not file claims on behalf of individual bondholders or shareholders. The bond issues are going to be included in the list of creditors Lehman provided when petitioning the court for bankruptcy protection. It is the responsibility of the Indenture Trustee to file claims on behalf of the Creditors, not the individual custodians or clients. If we were to file, they would be duplicate in nature and disregarded.

The only other alternative may be to flip the shares from DTC to the global market.. Currently, the subject ISINS have position in DTC for acct 027669.

Regards,

**Gwendolyn Cruz Client Service Officer** • BNY Mellon Asset Management
EMEA ASSET SVCG • Tel 212.635.4625 • Fax 212.635.8847 • gwendolyn.cruz@bnymellon.com