**EXHIBIT 10**

**From:** gwendolyn.cruz@bnymellon.com [mailto:gwendolyn.cruz@bnymellon.com]
**Sent:** Wednesday, October 07, 2009 2:22 PM
**To:** Morrissey, Gabriele; Li, Anna; LoGrande, Claudia; Morrissey, Gabriele
**Cc:** ewan.chen@bnymellon.com; nancy.bonilla@bnymellon.com; neil.grill@bnymellon.com
**Subject:** RE: FW: Update -PB Capital - A/C 027669 Lehman Programs Securities: ISIN US52519VAU08, US52519VAS51, US52519VAP13, and US52519VAQ95
**Importance:** High

Hi Gabriele,

As per our earlier telephone conversation, the blocking of shares is something that is being done within the European market/ the global market/Euroclear. Currently, the subject ISINS have position in DTC for acct 027669. If the shares are eligible will PB Capital submit instructions to move the shares to the Euroclear account 230745?

Please note, we should receive status of the ISINS from Euroclear Brussels on 08 October 2009 regarding the following points :

1. Whether the four ISIN are Euroclear eligible
2. Whether they are part of the pool for the Lehman consent

 For this last point, we are confirming the information with the Corporate Actions department at Euroclear.


Regards,

**Gwendolyn Cruz Client Service Officer** ·  BNY Mellon Asset Management
EMEA ASSET SVCG · Tel 212.635.4625 · Fax 212.635.8847 · gwendolyn.cruz@bnymellon.com