**EXHIBIT 11**

**From:** gwendolyn.cruz@bnymellon.com [mailto:gwendolyn.cruz@bnymellon.com]
**Sent:** Thursday, October 08, 2009 10:02 AM
**To:** Morrissey, Gabriele
**Cc:** Li, Anna; LoGrande, Claudia; ewan.chen@bnymellon.com; Morrissey, Gabriele; nancy.bonilla@bnymellon.com; neil.grill@bnymellon.com
**Subject:** RE: FW: Update -PB Capital - A/C 027669 Lehman Programs Securities: ISIN US52519VAU08, US52519VAS51, US52519VAP13, and US52519VAQ95
**Importance:** High


Hi Gabriele,

Please be advised per confirmation from ECL, note that the 4 ISINs are not Euroclear-eligible as a result of which they cannot be transferred from DTC.

Regards,


**Gwendolyn Cruz Client Service Officer** ·  BNY Mellon Asset Management
EMEA ASSET SVCG · Tel 212.635.4625 · Fax 212.635.8847 · gwendolyn.cruz@bnymellon.com