UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                :
In re                                           :    Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.* :    08-13555 (JMP)
                                                :
         Debtors.                               :    (Jointly Administered)
                                                :
-------------------------------------------------------------------x

## SUPPLEMENTAL DECLARATION OF RAJIV MADAN ON BEHALF OF BINGHAM MCCUTCHEN

Rajiv Madan, being duly sworn, deposes and says:

1. I am an attorney and member of the firm Bingham McCutchen LLP ("Bingham" or the "Firm"), and am duly authorized to make this declaration (the "Supplemental Declaration") on the Firm's behalf. I submit this Supplemental Declaration in connection with the application of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases (collectively, the "Debtors") pursuant to § 327(e) and § 328(a) of title 11 of the United States Code and Rule 2014 of the Federal Rules of Bankruptcy Procedures for authorization to employ the Firm as special counsel, *nunc pro tunc*, which application was approved by the Court by order dated August 25, 2009.[1]

2. This Supplemental Declaration supplements my previous declaration in support of Bingham's retention dated August 1, 2009 (Docket No. 4636) (the "August Declaration").

3. In the August Declaration, I included on Schedule 2 a list of Parties in Interest (as defined therein) that Bingham has represented within the past two years, or currently represents,

---

[1] McKee Nelson LLP ("McKee") combined with Bingham effective August 1, 2009. McKee was retained by the Debtors prior to the combination. I submitted declarations dated October 8, 2008 and March 17, 2009 and my partner, Jeffrey Johnson, submitted a declaration dated March 10, 2009 in connection with McKee's retention. Such declarations remain applicable to the extent set forth in the August Declaration.

A/73165690.3

in matters unrelated to the Debtors' chapter 11 cases. This list is hereby supplemented to include the clients listed on the attached Exhibit A.

4.  In the August Declaration, I also disclosed that Bingham represents certain creditors of the Debtors whose interests are adverse to the Debtors. A list of such creditors was attached to the August Declaration as Schedule 3 (the "Bingham Client List"). The Bingham Client List is hereby supplemented with the clients listed on the attached Exhibit B (the "Supplemental Bingham Client List").

5.  I have also become aware that my partner, Christopher Cox, the former Chairman of the Securities and Exchange Commission ("SEC"), has been asked by the examiner appointed in the Debtors' chapter 11 cases to give an informal interview concerning SEC official actions in dealing with the Lehman bankruptcy. The Firm understands that the SEC is determining whether other current or former agency personnel should respond to this request for information in lieu of the former Chairman. The Firm will have no role in connection with any potential interview, and will implement an ethical wall to avoid even the appearance of impropriety.

6.  Except as specifically set forth herein, this Supplemental Declaration does not modify the statements in the August Declaration. I note that Bingham personnel providing services for the clients listed on the Supplemental Bingham Client List are and will continue to be bound by the same procedures outlined in the August Declaration, including, without limitation, the ethical wall procedures. I will supplement this Supplemental Declaration to the extent additional relevant information becomes available during the pendency of these cases.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed on October 22, 2009.

Rajiv Madan, Esq.
Partner
Bingham McCutchen, LLP