## Exhibit A[2]

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
|---|---|---|
| Drake Management LLC | Potential Party in Interest | Drake Management LLC |
| FMR Corporation | Significant Stockholders | FMR Corporation |
| Omnicare, Inc. | Potential Party in Interest | Omnicare, Inc. |
| Parsec Corporation | Potential Party in Interest | Parsec Corporation |

---

[2] Clients may include the listed persons and/or one or more affiliates thereof.

A/73165690.3