## Exhibit B[3]

Abrams Capital Management LLC
Asahi Mutual Life Insurance Co.
Bank Vontobel
Charles Schwab & Co.
Greenlight Capital Inc.
Henderson Global Investors Ltd.
Intel Corporation
Ionic Capital Management LLC
Ivy Asset Management Corp.
J.P. Morgan
King Street Capital Management LLC
Marathon Asset Management
Metropolitan Capital Advisors Inc.
OMX Noteholders
P. Schoenfeld Asset Management LLC
Wellington Management Company LLP
Wells Fargo
York Capital Management LLC

---

[3] Clients may include the listed persons and/or one or more affiliates thereof.

A/73165690.3                                                              2