Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3 rd Floor,
New York, New York 10017
USA

**BY HAND**
CHEUNG Lai-han
Block J, 8/F, Scenic Villas,
20 Scenic Villa Drive,
Victoria Road,
Hong Kong
19 October, 2009

Dear Sir/Madam,

## Withdrawal of claim
### Chapter 11 Case No. 08-13555 (JMP) Jointly Administered
### Lehman Brothers Holdings Inc
### Case No. NO CASEZ99    Claim No. 7990

With reference to your letter to me on 7 October 2009 (Annex A), I write to request for the withdrawal of the above claim. The withdrawal form is attached at Annex B for your necessary action.

Please note that Claim No. 7990 was previously registered by you under Case No. NO CASEZ99, Claim No.509. In fact, the imaged copies of both claims on the website http://chapter 11.epiqsystems.com/LBH refer to the same subject matter. The previous Claim No. 509 has been registered as withdrawn but Claim No. 7990 which is a duplicate of Claim No. 509 is still shown on the claims register.

On the Lehman claims website www.lehman-claims.com, I noticed that there are three items registered electronically under my name. These records were deleted on 17 October. Please note that any physical or electronic claim relating to the same structured note filed by me individually should be considered as withdrawn.

HSBC Private Bank is now acting on my behalf in its consolidated proof of claim to be filed under the claims process of Lehman Program Securities. This letter is also copied to them as well as to the Clerk of the United States Bankruptcy Court and to Weil, Gotshal & Manges LLP for their records.

Your attention to the matter is very much appreciated.

Yours sincerely,

CHEUNG Lai-han

By Hand
Clerk of the United States Bankruptcy Court
Attn: Lehman Brothers Holdings Claims Processing
One Bowling Green
New York, New York 10004 USA

By Hand
Lori R Fife /Shai Y. Waisman
Weil, Gotshal & Manges LLP
767 Fifth Avenue New York
New York 10153 USA

(Annex A)



P 646 282 2500   F 646 282 2501
757 THIRD AVENUE, NEW YORK, NY 10017
WWW.EPIQSYSTEMS.COM

**** LBH CLMLTR (MERGE2,TXNUM2) 4000054661 ****

LAI-HAN, CHEUNG
BLOCK J, 8/F SCENIC VILLAS
20 SCENIC VILLA DRIVE
POKFULAM, HONG KONG

October 07, 2009

## ACKNOWLEDGEMENT OF RECEIPT OF PROOF OF CLAIM

This letter serves as acknowledgement that the claim identified below has been recorded by Epiq Bankruptcy Solutions, LLC, the court-approved claims agent, on the claims register in the LEHMAN BROTHERS HOLDINGS INC. case. It is also publically available at the following website address: http://chapter11.epiqsystems.com/LBH. To ensure that your claim has been recorded correctly, please review the following information:

Debtor:           NO DEBTOR ASSERTED BY CREDITOR
Case Number:      NO CASEZ99
Creditor:         LAI-HAN, CHEUNG
Date Received:    08/11/2009
Claim Number:     7990

Please note that nothing in this Acknowledgement should be construed to mean or imply that your claim is being allowed. The Debtor may elect to object to the identified claim on various grounds.

We strongly encourage you to review your submitted proof of claim on our website at the address listed above. To find your imaged claim, click on the "Filed Claims & Schedules" link at the top of the page, type in your claim number in the "Claim #" field, and click "Search."

WHEN REVIEWING YOUR CLAIM, PLEASE BE AWARE OF ANY PERSONALLY IDENTIFIABLE INFORMATION ("PII") SUBMITTED BY YOU. PII can include information used to distinguish or trace an individual's identity, such as their social security number, biometric records, drivers license number, account number, credit or debit card number (including any passwords, access codes or PIN numbers), etc., alone, or when combined with other personal or identifying information which is linked or linkable to a specific individual, such as date and place of birth, mother's maiden name, etc.

The Proof of Claim Form allows for redacted documents. If you identify any PII in your filed claim, please contact us immediately at (646) 282-2400 or via our contact form on our website at http://www.epiq11.com/contact.aspx so we may assist you in redacting this information. Please be sure to specify the client/debtor about which you are inquiring.

You may also contact by either of the methods listed above should you have any other questions.

EPIQ BANKRUPTCY SOLUTIONS, LLC

( Annex B )

United States Bankruptcy Court for the Southern District of New York

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holding Inc., Case no. 08-13555 |
|---|---|
| Creditor Name and Address: | CHEUNG LAI-HAN<br>Block J, 8/F, Scenic Villas<br>20 Scenic Villa Drive<br>Pokfulam, HONG KONG |
| Court Claim Number (if known): | 7990 |
| Date Claim Filed: | 11 Aug 2009 |
| Total Amount of Claim Filed: | EUR 100,000 |

I, the undersigned, am the above-referenced creditor, ~~or an authorized signatory for the above-referenced creditor~~. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 19 Oct. 2009

Print Name: CHEUNG LAI-HAN

Title (if applicable): _____

## DEFINITIONS

**Debtor**
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

**Creditor**
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

**Proof of Claim**
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

**Court, Name of Debtor and Case Number:**
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

**Information about Creditor:**
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

**Information identifying the Claim that is to be withdrawn:**
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).

This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.