October 13, 2009

Epiq Systems
ATTN: Paul Belobritsky
LBH Case PII
757 Third Avenue
New York, NY 10017

Dear Mr. Belobritsky,

I am writing to request that you remove some Personally Identifiable Information (PII) on one of my claims and remove one of my claims which is a duplicate from the Lehman Brothers website.

Please remove claim #3193 which is a duplicate of the other claim. I hereby authorize you to withdraw that claim.

Please redact or black-out the following information on claim ▮ which is the only remaining claim:

1) Page 1: Remove telephone number ▮
2) Page 1: Remove email address ▮

Thank you for your assistance.

Sincerely,

*[signature]*

Andrew E. Zimbler
1214 Fallsmead Way
Rockville, MD 20854-5533
(703) 984-0372