**IB FUND SPC**
(the "Company")
(incorporated in the Cayman Islands)

21st Oct 2009

Epiq Bankruptcy Solutions, LLC
Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor,
New York, New York 10017
USA

Dear Sir,

**Re: Case Number 08-13555, claim number 326**

Please take this letter as a confirmation to cancel the Proof of Claim form which confirmed receipt by Eqip Bankruptcy on 20 Oct 2008 (as the attachment 1). Taifook Securities Company Limited has sent over an replacement on behalf of the Company on 19 Oct 2009 (as attachment 2 & 3). Please avoid any duplication and we apologise for any inconvenience caused.

Should you have any enquiries, you may call Mr. Charles Chiang at (852) 2801 2512.

Poon, Sunny Pak Hin
Director

22-OCT-2009 10:38 FROM    TO 008716462822501    P.02/06

Attachment ① to cancel    Attachment II

B 10 (Official Form 10) (12/07)

# UNITED STATES BANKRUPTCY COURT

| | |
|---|---|
| Name of Debtor: Lehman Brothers Holdings Inc. | Case Number: |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):
IB Global Strategies Fund Segregated Portfolio

**Name and address where notices should be sent:**
IB Global Strategies Fund Segregated Portfolio
c/o Sunny Poon, Asset Management
25/F, New World Tower, 16-18 Queen's Road Central, Hong Kong

**Telephone number:** (852) 2801 2143

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____ (If known)

Filed on: _____

**Name and address where payment should be sent (if different from above):**

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**Telephone number:**

| | |
|---|---|
| **1. Amount of Claim as of Date Case Filed:** $ US 10,000 + USD 20,000 (principal + amount) | **5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount. |
| If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4. | |
| If all or part of your claim is entitled to priority, complete item 5. | Specify the priority of the claim. |
| ☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). |
| **2. Basis for Claim:** Debtor is the guarantor of the Notes issued to the creditor by the debtor's subsidiary Lehman Brothers Treasury B.V. (See instruction #2 on reverse side.) | ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4). |
| **3. Last four digits of any number by which creditor identifies debtor:** _____ | ☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5). |
| **3a. Debtor may have scheduled account as:** _____ (See instruction #3a on reverse side.) | ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7). |
| **4. Secured Claim** (See instruction #4 on reverse side.) Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information. | ☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8). |
| **Nature of property or right of setoff:** ☐ Real Estate  ☐ Motor Vehicle  ☐ Other | ☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__). |
| **Describe:** | Amount entitled to priority: $ _____ |
| **Value of Property:** $ _____  **Annual Interest Rate:** ____% | |
| **Amount of arrearage and other charges as of time case filed included in secured claim,** if any: $ _____  **Basis for perfection:** _____ | *Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. |
| **Amount of Secured Claim:** $ _____  **Amount Unsecured:** $ _____ | |
| **6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. | |
| **7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.) | |
| DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. | |
| If the documents are not available, please explain: | |

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)    0000001326

FOR COURT USE ONLY

OCT 20 2008

EPIQ BANKRUPTCY SOLUTIONS, LLC

**Date:** 10/1/08  **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.
Director: Poon Sunny Pak Hin    [signature]

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

22-OCT-2009 10:40 FROM         TO 007164628822501         P.06/06

Attachment 2

# epiq SYSTEMS

P 646 282 2500  F 646 282 2501
757 THIRD AVENUE, NEW YORK, NY 10017
WWW.EPIQSYSTEMS.COM

**** LBH CLMLTR (MERGE2,TXNUM2) 4000000333 ****

IB GLOBAL STRATEGIES FUND SEGREGATED
PORTFOLIO - CF SUNNY POON, ASSET MGMT
25 FL, NEW WORLD TOWER
16-18 QUEEN'S ROAD CENRAL
HONG KONG,

June 30, 2009

## ACKNOWLEDGEMENT OF RECEIPT OF PROOF OF CLAIM

This letter serves as acknowledgement that the claim identified below has been recorded by Epiq Bankruptcy Solutions, LLC, the court-approved claims agent, on the claims register in the LEHMAN BROTHERS HOLDINGS INC. case. To ensure that your claim has been recorded correctly, please review the following information:

Debtor:           LEHMAN BROTHERS HOLDINGS, INC.
Case Number:      08-13555
Creditor:         IB GLOBAL STRATEGIES FUND SEGREGATED
Date Received:    10/20/2008
Claim Number:     326

*Please note that nothing in this Acknowledgement should be construed to mean or imply that your claim is being allowed. The Debtor may elect to object to the identified claim on various grounds.*

We also strongly encourage you to review your proof of claim on our website at http://chapter11.epiqsystems.com/LBH. To find your imaged claim, click on the "Filed Claims & Schedules" icon at the top of the page, type in your claim number in the "Claim #" field, and click "Search". Additionally, you may search for your claim by typing in your name in the appropriate search field.

If you have any questions, please contact us at 646-282-2500 or via our contact form on our website at http://www.epiqbankruptcysolutions.com/contact.htm. Please be sure to specify the client name about which you are inquiring.

EPIQ BANKRUPTCY SOLUTIONS, LLC

TOTAL P.06