**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re                                                                               :   Chapter 11 Case No.
                                                                                          :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**      :   08-13555 (JMP)
                                                                                          :
                    Debtors.                                              :   (Jointly Administered)
                                                                                          :
------------------------------------------------------------------x   Ref. Docket Nos. 5592 - 5594

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                                )  ss.:
COUNTY OF NEW YORK   )

ELLI PETRIS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I caused to be served the:

   a) "Notice of Proposed Sale of De Minimis Assets Pursuant to De Minimis Asset Sale Procedures," dated October 8, 2009, [Docket No. 5592],

   b) "Notice of Proposed Sale of De Minimis Assets Pursuant to De Minimis Asset Sale Procedures," dated October 13, 2009, [Docket No. 5593], and

   c) "Notice of Proposed Sale of De Minimis Assets Pursuant to De Minimis Asset Sale Procedures," dated October 19, 2009, [Docket No. 5594],

by causing true and correct copies to be:

   a) delivered by facsimile to those parties listed on the attached Exhibit "A," on October 21, 2009,

   b) delivered by facsimile to the party listed on the attached Exhibit "B," on October 22, 2009, and

   c) enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to the party listed on the attached Exhibit "C," on October 22, 2009.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Elli Petris
Elli Petris

Sworn to before me this
22nd day of October, 2009

/s/ Diane M. Streany
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 2010

2

**Exhibit "A"**

| Name | Fax |
|---|---|
| EVAN FLECK | 212-530-5219 |
| JEFF MARGOLIN | 212-422-4726 |
| JOEL MOSS | 212-225-3999 |

**Exhibit "B"**

| Name | Fax |
|---|---|
| OFFICE OF THE US TRUSTEE ANDREW D VELEZ-RIVERA | 212-668-2255 |

**Exhibit "C"**

THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN, COURTROOM 601
ALEXANDER CUSTOM HOUSE
NEW YORK, NY 10004