UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                :

In re                                        :         Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :         08-13555 (JMP)

                  Debtors.         :         (Jointly Administered)

------------------------------------------------------------------x

### ORDER DENYING METAVANTE CORPORATION'S MOTION TO STAY THE EFFECT OF THE COURT'S ORDER GRANTING LEHMAN BROTHERS SPECIAL FINANCING INC. AND ITS AFFILIATED DEBTORS' MOTION TO COMPEL PERFORMANCE AND ENFORCE THE AUTOMATIC STAY

Upon the motion, dated October 8, 2009 (the "Motion") [Docket No. 5400], of Metavante Corporation for an order staying the effect of the Court's order granting Lehman Brothers Special Financing Inc. ("LBSF") and its affiliated debtors' (the "Debtors") motion to compel performance and enforce the automatic stay; and upon the Debtors' letter objection, dated October 13, 2009 (the "Objection") [Docket No. 5457], to the Motion; and upon Metavante Corporation's letter to the Court, dated October 16, 2009 [Docket No. 5538], responding to the Debtors' Objection; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and due and proper notice having been provided; and a hearing having been held on October 23, 2009 (the "Hearing") to consider the relief requested in the Motion; it is hereby

ORDERED that, for the reasons stated by the Court on the record of the Hearing, the Motion is denied.

Dated: October 23, 2009
      New York, New York

                                         *s/ James M. Peck*
                                         UNITED STATES BANKRUPTCY JUDGE