UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRCIT OF NEW YORK

In re: )
)
LEHMAN BROTHERS HOLDINGS INC., *et al.*, ) Chapter 11
)
                Debtors. ) Case No. 08-13555 (JMP)
)
) Jointly Administered
)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Tranferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Eton Park Fund, L.P.
Eton Park Master Fund, Ltd.

Names of Transferees

Meridian Bank, N.A., f/k/a Community Bank of Arizona, N.A.

Name of Transferor

Name and Address where Notices to Transferees should be sent:

399 Park Avenue, 10th Floor
New York, NY 10022
Attn: Shailini Rao
Telephone: (212) 756-5380
Email: shailini.rao@etonpark.com

2220 San Jacino Blvd., Suite 230
Denton, Texas 76205
Attn: William E. Bonds
Telephone: (940) 566-0017
Email: Bill.bonds@marqbank.com

Court Claim # 24573
Amount of claim $8,569,522.56
Date Claim Filed: 9/21/2009

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    ETON PARK FUND, L.P.
       ETON PARK MASTER FUND, LTD.

By: _____     Date: 10/23/09
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

BY: ETON PARK CAPITAL MANAGEMENT, L.P.,
     ITS INVESTMENT MANAGER
NAME: TERENCE AQUINO
TITLE: CHIEF FINANCIAL OFFICER

EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

and to: Eton Park Fund, L.P.

Meridian Bank, N.A. f/k/a Community Bank of Arizona, N.A, a national banking association, located at 2220 San Jacinto Blvd., Ste 230, Denton, TX 76205 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of (i) an Assignment of Claim Agreement dated as of the date hereof between Seller and Eton Park Fund, L.P., its successors and assigns, with offices at 399 Park Avenue, 10th Floor, New York, NY 10022 ("EPF") and (ii) an Assignment of Claim Agreement dated as of the date hereof between Seller and Eton Park Master Fund, Ltd., its successors and assigns, with offices at 399 Park Avenue, 10th Floor, New York, NY 10022 ("EPMF" and together with EPF, the "Buyer") Seller hereby certifies that it has unconditionally and irrevocably sold, transferred and assigned to Buyer 100% of all rights, title and interest in and to the claim of Seller against Lehman Brothers Special Financing Inc. (Claim No.: 24736) (as such claim amended the previously filed claim number 3424) (including Seller's claim against Lehman Brothers Holdings Inc. (Claim No.: 24573) (as such claim amended the previously filed claim number 3421), the guarantor of such claim) in the amount of $8,569,522.56 (collectively the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP) in respect of Trade Reference Number(s): **N/A**.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim (32% owned by EPF and 68% owned by EPMF).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

KL3 2621730.11

IN WITNESS WHEREOF, the undersigned have duly executed this Agreement by their duly authorized representatives as of the 14th day of October, 2009.

Meridian Bank, N.A. f/k/a Community Bank of Arizona, N.A.

By: _____
Name: William E Bonds
Title: EVP

Eton Park Fund, L.P.
By: Eton Park Capital Management, L.P.,
Its Investment Manager

By: _____
Name: Marcy Engel
Title: Chief Operating Officer & General Counsel
Eton Park Capital Management, L.P.

Address:    399 Park Avenue, 10th Floor
            New York, NY 10022
Attention:  Shailini Rao
Telephone:  (212) 756-5380
Email:      shailini.rao@etonpark.com

Eton Park Master Fund, Ltd.
By: Eton Park Capital Management, L.P.,
Its Investment Manager

By: _____
Name: Marcy Engel
Title: Chief Operating Officer & General Counsel
Eton Park Capital Management, L.P.

Address:    399 Park Avenue, 10th Floor
            New York, NY 10022
Attention:  Shailini Rao
Telephone:  (212) 756-5380
Email:      shailini.rao@etonpark.com