| | |
|---|---|
| WHYTE HIRSCHBOECK DUDEK S.C. | BAKER & HOSTETLER LLP |
| 555 East Wells Street | 45 Rockefeller Plaza |
| Suite 1900 | 11th Floor |
| Milwaukee, WI  53202-3819 | New York, NY 10111 |
| Telephone: (414) 273-2100 | Telephone: (212) 589-4200 |
| Facsimile: (414) 223-5000 | Facsimile: (212) 589-4201 |
| Bruce G. Arnold, Esq. | Richard J. Bernard, Esq. |
| Daryl L. Diesing, Esq. | and |
| Daniel J. McGarry, Esq. | Washington Square, Suite 1100 |
| | 1050 Connecticut Avenue, N.W. |
| | Washington, D.C. 20036-5304 |
| | Telephone: (202) 861-1500 |
| | Facsimile: (202) 861-1783 |
| | Donald A. Workman, Esq. |

Attorneys for Metavante Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEAL**

Pursuant to 28 U.S.C. §§ 158(a) and 1334, and Federal Rules of Bankruptcy Procedure 8001(a) and 8002(a), Metavante Corporation ("Metavante") appeals to the United States District Court for the Southern District of New York from the "Order Pursuant to Sections 105(a), 362 and 365 of the Bankruptcy Code to Compel Performance of Contract and to Enforce the Automatic Stay" (the "Motion to Compel Order"), which was entered in the above-captioned bankruptcy case on the 17th day of September, 2009, regarding Lehman Brothers Special Financing Inc. and its affiliated Debtors' ("Debtors") "Motion to Compel Performance of Metavante Corporation's Obligations Under An Executory Contract and To Enforce the

102957819.1

Automatic Stay" ("Debtors' Motion").  A copy of such order appears on the case docket as entry number 5209 and is attached hereto as **Exhibit A.**

On September 25, 2009, Metavante filed a Motion to Alter or Amend the Motion to Compel Order (the "Motion to Alter or Amend") [Docket No. 5284], and on October 8, 2009, Metavante filed a Motion for an Order Staying the Effect of the Motion to Compel Order (the "Motion to Stay") [Docket No. 5400].  On October 23, 2009, the Court held a hearing on the issues raised in the Motion to Alter or Amend and the Motion to Stay (collectively, the "Motions"), and on October 23, 2009, the Court entered an Order Denying Motion of Metavante Corporation to Alter or Amend the Court's Order Granting Lehman Brothers Special Financing Inc. and its Affiliated Debtors' Motion to Compel Performance and Enforce the Automatic Stay Denying the Motions ("Order Denying Motion to Amend").  A copy of such order appears on the case docket as entry number 5615 and is attached hereto as **Exhibit B**.

In accordance with Fed. R. Bankr. Proc. 8001(a), the names of the parties to both orders, and the names, addresses, and telephone numbers of their respective attorneys, are as follows:

Metavante, which filed an objection to Debtors' Motion, is represented by Bruce G. Arnold, Daryl L. Diesing and Daniel J. McGarry, Whyte Hirschboeck Dudek S.C., 555 East Wells Street, Suite 1900, Milwaukee, Wisconsin 53202, Telephone: (414) 273-2100, Facsimile: (414) 223-5000; Richard J. Bernard, Baker & Hostetler LLP, 45 Rockefeller Plaza, 11th Floor, New York, New York 10111, Telephone: (212) 589-4200, Facsimile: (212) 589-4201; and Donald A. Workman, Baker & Hostetler, Washington Square, Suite 1100, 1050 Connecticut Avenue, N.W., Washington, D.C. 20036-5304, Telephone: (202) 861-1500, Facsimile: (202) 861-1783.

102957819.1

The Debtors are represented by Lori R. Fife, Richard W. Slack,, and Robert J. Lemons, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Telephone: (212) 310-8000, Facsimile: (212) 310-8007.

The Office of the United States Trustee for the Southern District of New York, which is not a party to this appeal and which did not file a response to Debtors' Motion, is represented by Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Riffkin, and Tracy Hope Davis, 33 Whitehall Street, 21st Floor, New York, New York 10004, Telephone: (212) 510-0500, Facsimile: (212) 668-2255.

The Official Committee of Unsecured Creditors appointed in these cases, which filed a Statement in Support of Debtor's Motion and joined in Debtors' Reply in Support of Motion, is represented by Dennis F. Dunne, Dennis O'Donnell, Wilbur F. Foster, Jr., and Evan Fleck, Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Telephone: (212) 530-5000, Facsimile: (212) 530-5219, and David S. Cohen (*pro hac vice*), Milbank, Tweed, Hadley & McCloy, LLP, 1850 K Street N.W., Suite 1100, Washington, D.C. 20006, Telephone: (202) 835-7500, Facsimile: (202) 835-7586.

The Ad Hoc Group of Lehman Brothers Creditors, which filed a Statement supporting the Debtors' Motion, is represented by J. Christopher Shore, and Lisa Thompson, White & Case LLP, 1155 Avenue of the Americas, New York, New York 10036-2787, Telephone: (212) 819-8200, Facsimile: (212) 354-8113, and Martin Bienenstock, Dewey & LeBoeuf LLP, 1301 Avenue of the Americas, New York, New York 10019-6092, Telephone: (212) 259-8000, Facsimile: (212) 259-6333.

The Securities Investor Protection Act Trustee, which is not a party to this appeal and did not file a response to Debtors' Motion, is represented by James W. Giddens, and Jeffrey S.

Margolin, Hughes Hubbard & Reed, LLP, One Battery Park Plaza, New York, New York 10004,

Telephone: (212) 837-6000, Facsimile: (212) 422-4726.

Dated: New York, New York
October 23, 2009

WHYTE HIRSCHBOECK DUDEK S.C.
555 East Wells Street, Suite 1900
Milwaukee, WI 53202
Telephone: (414) 273-2100
Facsimile: (414) 223-5000
Bruce G. Arnold
Daryl L. Diesing
Daniel J. McGarry

- And –

BAKER & HOSTETLER LLP
45 Rockefeller Plaza
11th Floor
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Richard J. Bernard, Esq.

By: */s/ Richard J. Bernard*
   Richard J. Bernard

and

Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5304
Telephone: (202) 861-1500
Facsimile: (202) 861-1783
Donald A. Workman, Esq.


ATTORNEYS FOR METAVANTE
CORPORATION

4