WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
: 
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, : 08-13555 (JMP)
: 
Debtors. : (Jointly Administered)
: 
: 
-------------------------------------------------------------------x

**DEBTORS-APPELLEES' COUNTER-DESIGNATION**
**OF ITEMS TO BE INCLUDED IN RECORD ON APPEAL**

Appellees, Lehman Brothers Holdings Inc. ("LBHI") and its affiliated chapter 11 debtors (collectively, the "Debtors") in the above-referenced chapter 11 cases, hereby designate, pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, the following additional items to be included in the record on appeal in addition to items designated by Appellant, DnB NOR Bank ASA [Docket No. 5530].

**COUNTER-DESIGNATION OF ITEMS TO**
**BE INCLUDED IN THE RECORD ON APPEAL**

| ITEM NO. | DESCRIPTION | DOCKET NO. |
|---|---|---|
| 1. | Order Denying Motion of DnB NOR Bank ASA for Relief From the Automatic Stay to Effect Setoff | 3721 |

Dated: October 23, 2009
      New York, New York

                    /s/ Richard P. Krasnow
                    Richard P. Krasnow

                    WEIL, GOTSHAL & MANGES LLP
                    767 Fifth Avenue
                    New York, New York 10153
                    Telephone: (212) 310-8000
                    Facsimile: (212) 310-8007

                    Attorneys for Debtors
                    and Debtors in Possession