IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
                                                                     )
In re:                                                               )   Chapter 11
                                                                     )
LEHMAN BROTHERS HOLDINGS, INC.                                       )   Case No. 08-13555 (JMP)
                                                                     )
                                                                     )
                                                                     )
                                                                     )
         Debtor.                                                     )   (Jointly Administered)
---------------------------------------------------------------------x

NOTICE OF TRANSFER OF CLAIM
PURSUANT TO FRBP RULE 3001(e)(2)

1.   TO:            DEUTSCHE LUFTHANSA AKTIENGESELLSCHAFT ("Transferor")
                    c/o Baker & McKenzie LLP
                    1114 Avenue of the Americas
                    New York, New York 10036
                    Contact: Ira Reid
                    Telephone: 212-891-3976
                    Email: ira.a.reid@bakernet.com

2.   Please take notice that the transfer in the amount of $108,202,383.62, of your claim against
LEHMAN BROTHERS COMMODITY SERVICES INC. Case No. 08-13885 (JMP) in the above
referenced consolidated proceedings, arising from and relating to Claim No. 14087 (attached in Exhibit A
hereto), which amends No. 4102, has been transferred to:

                    GOLDMAN SACHS LENDING PARTNERS LLC ("Transferee")
                    c/o Goldman, Sachs & Co.
                    30 Hudson Street, 36th Floor
                    Jersey City, NJ 07302
                    Fax: 212-428-1243
                    Contact: Andrew Caditz
                    Phone: 212-357-6240
                    Email: Andrew.Caditz@gs.com

     An evidence of transfer of claim is attached hereto as Exhibit B. All distributions and notices
regarding the transferred portion of the claim should be sent to the Transferee at the instructions attached

547825.1/153-05245

in Exhibit C.

3.      No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

--      **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

United States Bankruptcy Court
Southern District of New York
Attn: Clerk of Court
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

--      **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

--      Refer to **INTERNAL CONTROL NO.** _____ in your objection and any further correspondence related to this transfer.

4.      If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

                                                                                CLERK
-----------------------------------------------------------------------------------------

**FOR CLERK'S OFFICE USE ONLY:**
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2005.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtor's Attorney ___

                                        _____
                                        Deputy Clerk

547825.1/153-05245

# EXHIBIT A

## PROOF OF CLAIM

547825.1/153-05245

Subject to Future Amendment

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | **PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)    0000014087 |
| Name of Debtor Against Which Claim is Held<br>Lehman Brothers Commodity Services Inc. | Case No. of Debtor<br>08-13885 (JMP) | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

THIS SPACE IS FOR COURT USE ONLY

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)

Deutsche Lufthansa AG
c/o Baker & McKenzie LLP
1114 Avenue of the Americas
New York, NY 10036
Attention: Ira A. Reid, Esq.

Telephone number: (212) 891-3976    Email Address: ira.a.reid@bakernet.com

☑ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: 4102
(If known)

Filed on: May 5, 2009

**Name and address where payment should be sent (if different from above)**
Deutsche Lufthansa AG
von-Gablenz-Strasse 2-6
50679 Cologne Germany
Attention: Stefan Küper
Telephone number: +49 69 6 96 9 27 97    Email Address: stefan.kueper@dlh.de

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $108,202,383.62 plus accrued and accruing interest, expenses and costs,*
If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
*including professional fees and expenses to the extent permitted by contract or law.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.

☑ Check this box if all or part of your claim is based on a Derivative Contract.*
☐ Check this box if all or part of your claim is based on a Guarantee.*

*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.

☑ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. **Basis for Claim:** Damages payable under Master Agreement dated 1 August 2006
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____
3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)    N/A
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe: _____
Value of Property: $_____    Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____    Basis for perfection: _____
Amount of Secured Claim: $_____    Amount Unsecured: $_____

6. **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $_____
(See instruction #6 on reverse side.)    N/A

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other -- Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

Amount entitled to priority:

$_____

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. *(See definition of "redacted" on reverse side.)* If the documents are voluminous, attach a summary.
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain: To be uploaded with Questionnaire per Bar Date Order

FOR COURT USE ONLY

**FILED / RECEIVED**

**SEP 16 2009**

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

| Date:<br>9/15/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney if any.<br>By: _[signature]_<br>Ira A. Reid    Baker & McKenzie LLP, as authorized representative and attorney-in-fact |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## Attachment to Deutsche Lufthansa AG
## Proof of Claim

Prior to the September 15, 2008 commencement of the chapter 11 case (the "Petition Date"), Deutsche Lufthansa Aktiengesellschaft ("Lufthansa") entered into an Master Agreement for Financial Derivative Transactions, dated as of August 1, 2006 (the "Master Agreement"), with Lehman Brothers Commodity Services Inc. ("LBCSI").

As of the Petition Date, Lufthansa possesses a claim against LBCSI in the amount of $108,202,383.62, plus accrued interest and professional fees to the extent permitted by contract and applicable law (the "Claim"). The Claim represents all amounts due and payable in connection with the Master Agreement, based on the cost of replacement transactions which provide performance of all of LBCSI's obligations under the Master Agreement. The cost of substitute performance has been calculated as of the Petition Date, on which date the Master Agreement was automatically terminated under Section 7(2) thereof.

A copy of the Master Agreement, in German and as translated into English, is being uploaded together with the Derivatives Questionnaire required under the Claims Bar Date Order entered by the Court on July 2, 2009. Market quotation data listing the individual transactions entered into under the Master Agreement and the replacement cost for each such transaction as of the Petition Date (collectively with the Master Agreement, the "Supporting Documentation") is being uploaded together with the Derivatives Questionnaire required under the Claims Bar Date Order entered by the Court on July 2, 2009.

The Supporting Documentation is submitted in support of the Claim in lieu of the trade confirmations and related documentation for each terminated transaction executed under the Master Agreement. Those documents are available and will be produced by Lufthansa, to the extent it becomes necessary. The documents are voluminous and the Debtor has copies of each such document.

The Claim asserted herein is subject to future amendment, including after the claims bar deadline.



HAND DELIVERY

RECEIVED BY: _____    DATE _____    TIME _____

## EXHIBIT B

**EVIDENCE OF TRANSFER OF CLAIM**

547825.1/153-05245

Execution Version

Counterparty/Guarantor in US Insolvency Proceedings

Form of Notice to be Filed with Bankruptcy Court

EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Deutsche Lufthansa Aktiengesellschaft (the "Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Goldman Sachs Lending Partners LLC (the "Assignee") all right, title, interest, claims and causes of action in and to, or arising under or in connection with, the Assignor's general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Commodity Services Inc. (the "Debtor"), the debtor and debtor-in-possession in the Chapter 11 reorganization case entitled, In re Lehman Brothers Holdings Inc., Chapter 11, Case No. 08-13555 (JMP) (Jointly administered), pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), in the amount of $108,202,383.62 (the "Claim").

The Claim number is 14087 (which amends No. 4102).

The Assignor hereby waives any objection to the transfer of the Claim to the Assignee on the books and records of the Debtor and the U.S. Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the U.S. Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. The Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 2 day of October 2009.

Deutsche Lufthansa Aktiengesellschaft
By:
Name:
Title:

Goldman Sachs Lending Partners LLC
By:
Name: Mark DeNatale
Title: Authorized Signatory

547451.1/153-05245

## EXHIBIT C

Address for Notices:

Goldman Sachs Lending Partners LLC
30 Hudson Street, 36th Floor
Jersey City, NJ 07302
Fax: 646-769-7700
Group Email: ficc-lstops-ny@gs.com

Financials, Amendments, Credit Documentation, Voting:
Primary Email : gsd.link@gs.com
30 Hudson Street, 36th Floor
Jersey City, NJ 07302
Fax: 212-428-1243
Contact: Andrew Caditz
Phone: 212-357-6240
Email: Andrew.Caditz@gs.com

Wire Instructions:

ABA #: 021000089
BANK NAME: CITIBANK
CITY: NEW YORK
A/C: 30581483
ENTITY NAME: GOLDMAN SACHS LENDING PARTNERS, LLC
Ref: Lehman from Lufthansa
Attn: Bank Loan Operations

547825.1/153-05245