WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
　　　　　　　　　　　　　　　　　　　　　　　　:
**In re**　　　　　　　　　　　　　　　　　　　: 　**Chapter 11 Case No.**
　　　　　　　　　　　　　　　　　　　　　　　　:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,　: 　**08-13555 (JMP)**
　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　**Debtors.**　　　　　　: 　**(Jointly Administered)**
　　　　　　　　　　　　　　　　　　　　　　　　:
-------------------------------------------------------------------x

**FIFTH NOTICE OF ESTABLISHMENT OF OMNIBUS HEARING
DATES PURSUANT TO AMENDED CASE MANAGEMENT ORDER
IMPLEMENTING CERTAIN NOTICE AND CASE MANAGEMENT PROCEDURES**

PLEASE TAKE NOTICE that pursuant to the order, dated February 13, 2009 (the "Amended Case Management Order") [Docket No. 2837], implementing certain notice and case management procedures, the Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") has scheduled the following omnibus hearing dates and times for matters in the above-captioned cases:

　　　　January 13, 2010 at 10:00 a.m. (Prevailing Eastern Time)

　　　　February 10, 2010 at 10:00 a.m. (Prevailing Eastern Time)

　　　　March 17, 2010 at 10:00 a.m. (Prevailing Eastern Time)

　　　　April 14, 2010 at 10:00 a.m. (Prevailing Eastern Time)

　　　　May 12, 2010 at 10:00 a.m. (Prevailing Eastern Time)

　　　　June 16, 2010 at 10:00 a.m. (Prevailing Eastern Time)

PLEASE TAKE FURTHER NOTICE that except as otherwise ordered by the Bankruptcy Court, the Amended Case Management Order governs the scheduling of all matters to be heard on the foregoing omnibus hearing dates.

PLEASE TAKE FURTHER NOTICE that all omnibus hearings will be held in Courtroom 601, United States Bankruptcy Court, Alexander Custom House, One Bowling Green, New York, New York 10004 unless otherwise ordered by the Bankruptcy Court.

Dated: October 26, 2009
      New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession