WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------x
: 
In re                                                              :    **Chapter 11 Case No.**
                                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,      :    **08-13555 (JMP)**
                                                                   :
            Debtors.                                         :    **(Jointly Administered)**
                                                                   :
-----------------------------------------------------------------------x

**DEBTORS-APPELLEES' AND OFFICIAL COMMITTEE'S AMENDED JOINT
COUNTER-DESIGNATION OF ITEMS TO BE INCLUDED IN RECORD ON APPEAL**

Appellees, Lehman Brothers Holdings Inc. ("LBHI") and its affiliated chapter 11 debtors (collectively, the "Debtors") in the above-referenced chapter 11 cases, and parties to the Order, the Official Committee of Unsecured Creditors of each of the Debtors (the "Committee") hereby designate, pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, the following additional items to be included in the record on appeal in addition to items designated by Appellant, DnB NOR Bank ASA [Docket No. 5530].

**COUNTER-DESIGNATION OF ITEMS TO
BE INCLUDED IN THE RECORD ON APPEAL**

| ITEM NO. | DESCRIPTION | DOCKET NO. |
|---|---|---|
| 1. | Order Denying Motion of DnB NOR Bank ASA for Relief From the Automatic Stay to Effect Setoff | 3721 |

US_ACTIVE:\43199041\04\43199041_4.DOC\.

Dated: October 26, 2009
      New York, New York

        /s/ Richard P. Krasnow
        Richard P. Krasnow

        WEIL, GOTSHAL & MANGES LLP
        767 Fifth Avenue
        New York, New York 10153
        Telephone: (212) 310-8000
        Facsimile: (212) 310-8007

        Attorneys for Debtors
        and Debtors in Possession

        /s/ Evan R. Fleck
        Dennis F. Dunne
        Dennis C. O'Donnell
        Evan R. Fleck

        MILBANK, TWEED, HADLEY & M$^c$CLOY LLP
        1 Chase Manhattan Plaza
        New York, New York 10005
        Telephone: (212) 530-5000
        Facsimile: (212) 822-5000

        Attorneys for Official Committee
        of Unsecured Creditors