UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                          :    Chapter 11
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al*.,  :
                                                               :    Case No. 08-13555 (JMP)
                              Debtors.              :
                                                               :    Jointly Administered
------------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM ECF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby withdraw their appearance in this case on behalf of Pyrrhuloxia, LP, and request that the undersigned be removed from the Court's mailing matrix on ECF and any other service list in this case. All future correspondence, papers and pleadings that affect Pyrrhuloxia LP's rights should be sent directly to Pyrrhuloxia, LP, c/o Mr. John Bateman, CPMG, Inc. 2100 McKinney Avenue, Suite 1770, Dallas, Texas 75201.

Dated: New York, New York
       October 27, 2009

/s/ Patrick J. Potter
Patrick J. Potter
(*pro hac vice* admission)
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, NW
Washington, D.C.  20037
Tel:  202-663-8000
Fax: 202-663-8007

-and-

Gianni Dimos (GD-7496)
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036
Tel:  (212) 858-1000