## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,** | ) | **Case No. 08-13555 (JMP)** |
| | ) | |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |
| | ) | |

## NOTICE OF WITHDRAWAL OF
## PROOF OF CLAIM NO. 4524

PLEASE TAKE NOTICE that **Deutsche Pfandbriefbank AG** (f/k/a Hypo Real Estate Bank

Aktiengessellschaft) (the "Claimant"), through its undersigned counsel, hereby withdraws the

following proof of claim filed against the Debtors:

- Claim No. 4524 filed by the Claimant on May 5, 2009 against Debtor, Lehman
  Brothers Holdings Inc. in the amount of $40,860,516.21.

     /s/ James H. Millar_____
James H. Millar (JM-6091)
WILMER CUTLER PICKERING HALE AND DORR LLP
Attorney for Deutsche Pfandbriefbank AG
399 Park Avenue
New York, NY 10022
Phone:  (212) 295-6349
Fax:  (212) 230-8888
kathryn.bennett@wilmerhale.com

Counsel for the Claimant

Dated: October  27, 2009