WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard W. Slack

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------------------x
                                              :
In re                                         :   Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,        :   08-13555 (JMP)
                                              :
                   Debtors.                   :   (Jointly Administered)
                                              :
------------------------------------------------------------------------x
```

**NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON OCTOBER 28, 2009 AT 2:00 P.M.**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

**I.   CONTESTED MATTERS:**

1.   **Wong, et al. v. HBSC, LBSF, et al. [Case No. 09-01120]**

   **Motions to Dismiss Case**

   A.   Motion of HSBC USA, Inc. to Dismiss the Class Action Complaint, Abstain or Stay the Adversary Proceeding **[Docket No. 13]**

   B.   Affidavit of Song Qun in Support of Motion to Dismiss, Abstain or Stay Action filed by HSBC USA, Inc. **[Docket No. 14]**

   C.   Memorandum of Law of HSBC USA, Inc. in Support of Motion to Dismiss, Abstain or Stay Action **[Docket No. 16]**

   D.   Defendant Lehman Brothers Special Financing Inc.'s Motion to Dismiss the Complaint **[Docket No. 17]**

E. Motion of HSBC Bank (Cayman) Limited, et al. to Dismiss, Abstain, or Stay the Adversary Proceeding **[Docket No. 37]**

F. Declaration of Patricia Farren in Support of HSBC Bank (Cayman) Limited's Motion to Dismiss, Abstain or Stay Adversary Proceeding **[Docket No. 38]**

G. Memorandum of Law in Support of HSBC Bank (Cayman) Limited's Motion to Dismiss, Abstain or Stay Adversary Proceeding **[Docket No. 39]**

H. Plaintiffs' Opposition to Defendant Lehman Brothers Special Financing Inc.'s Motion to Dismiss the Complaint **[Docket No. 60]**

I. Declaration Opinion of Fidelis Oditah QC in Support of Plaintiffs' Opposition to Defendant Lehman Brothers Special Financing Inc.'s Motion to Dismiss the Complaint **[Docket No. 61]**

J. Plaintiffs' Consolidated Opposition to (1) Motion of HSBC USA, Inc. to Dismiss the Class Action Complaint, Abstain or Stay the Adversary Proceeding and (2) Motion of HSBC Bank (Cayman) Limited, et al. to Dismiss Adversary Proceeding, Abstain, or Stay the Adversary Proceeding **[Docket No. 64]**

K. Memorandum of Law of in Further Support of Defendants' Motion to Dismiss Complaint, Abstain or Stay Adversary Proceeding **[Docket No. 72]**

L. Supplemental Affidavit of Song Qun **[Docket No. 73]**

M. Reply Memorandum of Law in Further Support of Defendant Lehman Brothers Special Financing Inc.'s Motion to Dismiss the Complaint **[Docket No. 75]**

Status: These matters are going forward.

Dated: October 27, 2009
New York, New York

/s/ Richard W. Slack
Richard W. Slack

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession