Andrew D. Gottfried
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Tel: 212-309-6000
Fax: 212-309-6001
*Attorneys for Guggenheim Partners Asset Management, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM NUMBERS
## 2883, 2884, 14782, AND 14789

Pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, Guggenheim Partners Asset Management, Inc., through its undersigned counsel, hereby withdraws its Proof of Claim Number 2883 and Proof of Claim Number 2884, filed on February 18, 2009 and its Amended Proof of Claim Number 14782 and Amended Proof of Claim Number 14789, filed on September 17, 2009, in the above-captioned Chapter 11 case.

Dated:  New York, New York
         October 28, 2009

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Andrew D. Gottfried
        Andrew D. Gottfried
        101 Park Avenue
        New York, New York 10178
        Tel:  212-309-6000
        Fax:  212-309-6001
        *Attorneys for Guggenheim Partners Asset Management, Inc.*

DB1/63834504.1