Andrew D. Gottfried
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY  10178
Tel:  212-309-6000
Fax:  212-309-6001
*Attorneys for Guggenheim Partners Asset Management, Inc.*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.,* | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------x

### CERTIFICATE OF SERVICE

On October 28, 2009, I certify that I caused a true and correct copy of the foregoing

*Notice of Withdrawal of Claim Numbers 2883, 2884, 14782 and 14789* to be served by Federal

Express mail service, to the parties identified below:

<u>Attorneys for the Debtors</u>
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119
Attn:   Lori R. Fife, Esq.
        Shai Y. Waisman, Esq.

<u>Claims Agent</u>
Epiq Bankruptcy Solutions, LLC
Attn:   Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017


                              s/ Kim Raulsome
                              Kim Raulsome