UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
                                                :

In re                                        :          Chapter 11 Case No.

LEHMAN BROTHERS COMMODITY SERVICES INC.,    :          08-13885 (JMP)

Debtors.                                  :

------------------------------------------------------------------------x     Ref. Docket Nos. 5595-5596,
                                                                            5618, 5621-5622, 5624

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF NEW YORK  )

MAGALI L. LEE, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 27, 2009, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                                                                                     */s/ Magali L. Lee*
                                                                                                                                                         Magali L. Lee

Sworn to before me this
28th day of October, 2009

*/s/ Notary Public*
Notary Public

           ELLI PETRIS
NOTARY PUBLIC, STATE OF NEW YORK
       NO. 01PE6175079
 QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES 10-25-10

**Exhibit "A"**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: MERIDIAN BANK N.A. F/K/A COMMUNITY BANK OF ARIZONA, N.A.  
    C/O DORSEY & WHITNEY LLP  
    ATTN: STEVEN J. HEIM  
    50 SOUTH SIXTH STREET, SUITE 1500  
    MINNEAPOLIS MN 55402

MERIDIAN BANK N.A. F/K/A COMMUNITY BANK OF A  
MERIDIAN BANK, N.A.  
C/O WILLIAM BOND  
2220 SAN JACINTO BLVD., SUITE 230  
DENTON TX 76205

Please note that your claim # 24736 in the above referenced case and in the amount of  
    $8,569,522.56        has been transferred **(unless previously expunged by court order)**

ETON PARK FUND, L.P.  
TRANSFEROR: MERIDIAN BANK N.A. F/K/A COMMUNITY BANK OF ARIZONA, N.A.  
EATON PARK MASTER FUND, LTD.  
399 PARK AVENUE, 10TH FLR  
NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

    UNITED STATES BANKRUPTCY COURT  
    Southern District of New York  
    One Bowling Green  
    New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 5616     in your objection.  
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/27/2009                          Vito Genna, Clerk of Court

                                       /s/ Paul Belobritsky  
                                       _____  
                                       By: Epiq Bankruptcy Solutions, LLC  
                                           as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 27, 2009.

|  |  |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To: MERIDIAN BANK N.A. F/K/A COMMUNITY BANK OF ARIZONA, N.A.          MERIDIAN BANK N.A. F/K/A COMMUNITY BANK OF A
    MERIDIAN BANK, N.A.                                               C/O DORSEY & WHITNEY LLP
    C/O WILLIAM BOND                                                  ATTN: STEVEN J. HEIM
    2220 SAN JACINTO BLVD., SUITE 230                                 50 SOUTH SIXTH STREET, SUITE 1500
    DENTON TX 76205                                                   MINNEAPOLIS MN 55402
```

Please note that your claim # 24736 in the above referenced case and in the amount of
      $8,569,522.56        has been transferred **(unless previously expunged by court order)**

```
                                                                      ETON PARK FUND, L.P.
                                                                      TRANSFEROR: MERIDIAN BANK N.A. F/K/A COMMUNI
                                                                      EATON PARK MASTER FUND, LTD.
                                                                      399 PARK AVENUE, 10TH FLR
                                                                      NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5616     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/27/2009                        Vito Genna, Clerk of Court

                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 27, 2009.

```
In re                                          | Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         | 08-13555 (JMP)
                                               |
                                               | (Jointly Administered)
                Debtors.                       |
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  MEIDIAN BANK, NA F/K/A COMMUNITY BANK OF ARIZONA, NA
         C/O DORSEY & WHITNEY LLP
         ATTN: STEVEN J. HEIM
         50 SOUTH SIXTH STREET
         MINNEAPOLIS MN 55402
```

Please note that your claim # 24573 in the above referenced case and in the amount of
         $8,569,522.56         has been transferred **(unless previously expunged by court order)**

```
         ETON PARK FUND, L.P.
         TRANSFEROR: MEIDIAN BANK, NA F/K/A COMMUNITY BANK OF ARIZONA, NA
         EATON PARK MASTER FUND, L.P.
         399 PARK AVENUE, 10TH FLOOR
         NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5618         in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/27/2009                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 27, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

      To:  BREITBURN OPERATING, L.P.
           ATTN: TREASURER
           515 S. FLOWER ST., SUITE 4800
           LOS ANGELES CA 90071

Please note that your claim # 8882 in the above referenced case and in the amount of
        $4,311,983.00       has been transferred **(unless previously expunged by court order)**

           THE ROYAL BANK OF SCOTLAND PLC
           TRANSFEROR: BREITBURN OPERATING, L.P.
           RBS GLOBAL BANKING & MARKETS
           600 WASHINGTON BLVD.
           ATTN: JON WEISS
           STAMFORD CT 06901

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5595      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/27/2009                         Vito Genna, Clerk of Court


                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  October 27, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re | Chapter 11 Case No.
LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP)
 | (Jointly Administered)
Debtors. |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To: BREITBURN OPERATING L.P.
        ATTN: TREASURER
        515 S. FLOWER ST., SUITE 4800
        LOS ANGELES CA 90071
```

Please note that your claim # 8884 in the above referenced case and in the amount of
       $4,311,983.00       has been transferred **(unless previously expunged by court order)**

```
        THE ROYAL BANK OF SCOTLAND PLC
        TRANSFEROR: BREITBURN OPERATING L.P.
        RBS GLOBAL BANKING & MARKETS
        600 WASHINGTON BLVD.
        ATTN: JON WEISS
        STAMFORD CT 06901
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 5596       in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/27/2009                          Vito Genna, Clerk of Court

                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 27, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          | Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,          | 08-13555 (JMP)
                                               |
                                               | (Jointly Administered)
         Debtors.                              |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  DEUTSCHE LUFTHANSA AG
         C/O BAKER & MCKENZIE LLP
         ATTENTION: IRA A. REID
         1114 AVENUE OF THE AMERICAS
         NEW YORK NY 10036

Please note that your claim # 14088 in the above referenced case and in the amount of
        $108,202,383.62         has been transferred **(unless previously expunged by court order)**

         GOLDMAN SACHS LENDING PARTNERS LLC
         TRANSFEROR: DEUTSCHE LUFTHANSA AG
         c/o Goldman, Sachs & Co. Attn: A. Caditz
         30 Hudson Street, 36th Floor
         Jersey City NJ 07302

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5624    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/27/2009                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 27, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          | Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,          | 08-13555 (JMP)
                                               |
                                               | (Jointly Administered)
            Debtors.                            |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   DEUTSCHE LUFTHANSA AG
      C/O BAKER & MCKENZIE LLP
      ATTENTION: IRA A. REID
      1114 AVENUE OF THE AMERICAS
      NEW YORK NY 10036
```

Please note that your claim # 14087 in the above referenced case and in the amount of
$108,202,383.62         has been transferred **(unless previously expunged by court order)**

```
      GOLDMAN SACHS LENDING PARTNERS LLC
      TRANSFEROR: DEUTSCHE LUFTHANSA AG
      c/o Goldman, Sachs & Co. Attn: A. Caditz
      30 Hudson Street, 36th Floor
      Jersey City NJ 07302
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 5622    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/27/2009                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 27, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re | Chapter 11 Case No.
LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP)
| (Jointly Administered)
Debtors. |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

   To:  DEUTSCHE LUFTHANSA AG
        C/O BAKER & MCKENZIE LLP
        ATTENTION: IRA REID, ESQ.
        1114 AVENUE OF THE AMERICAS
        NEW YORK NY 10036

Please note that your claim # 4104 in the above referenced case and in the amount of
       $108,202,383.62       has been transferred **(unless previously expunged by court order)**

        GOLDMAN SACHS LENDING PARTNERS LLC
        TRANSFEROR: DEUTSCHE LUFTHANSA AG
        c/o Goldman, Sachs & Co. Attn: A. Caditz
        30 Hudson Street, 36th Floor
        Jersey City NJ 07302

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                          UNITED STATES BANKRUPTCY COURT
                          Southern District of New York
                          One Bowling Green
                          New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5621     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/27/2009                    Vito Genna, Clerk of Court

                                    /s/ Paul Belobritsky
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 27, 2009.

**Exhibit "B"**

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| BREITBURN OPERATING L.P. | ATTN: TREASURER 515 S. FLOWER ST., SUITE 4800 LOS ANGELES CA 90071 |
| BREITBURN OPERATING, L.P. | ATTN: TREASURER 515 S. FLOWER ST., SUITE 4800 LOS ANGELES CA 90071 |
| DEUTSCHE LUFTHANSA AG | C/O BAKER & MCKENZIE LLP ATTENTION: IRA A. REID 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| DEUTSCHE LUFTHANSA AG | C/O BAKER & MCKENZIE LLP ATTENTION: IRA REID, ESQ. 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| ETON PARK FUND, L.P. | TRANSFEROR: MEIDIAN BANK, NA F/K/A COMMUNITY BANK OF ARIZONA, NA EATON PARK MASTER FUND, L.P. 399 PARK AVENUE, 10TH FLOOR NEW YORK NY |
| ETON PARK FUND, L.P. | TRANSFEROR: MERIDIAN BANK N.A. F/K/A COMMUNITY BANK OF ARIZONA, N.A. EATON PARK MASTER FUND, LTD. 399 PARK AVENUE, 10TH FLR NEW YORK NY |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: DEUTSCHE LUFTHANSA AG c/o Goldman, Sachs & Co. Attn: A. Caditz 30 Hudson Street, 36th Floor Jersey City NJ 07302 |
| MEIDIAN BANK, NA F/K/A COMMUNITY BANK OF ARIZONA | |
| MERIDIAN BANK N.A. F/K/A COMMUNITY BANK OF ARIZONA | WHITNEY LLP ATTN: STEVEN J. HEIM 50 SOUTH SIXTH STREET MINNEAPOLIS MN 55402 |
| MERIDIAN BANK N.A. F/K/A COMMUNITY BANK OF ARIZONA | MAYNE & WHITNEY LLP ATTN: STEVEN J. HEIM 50 SOUTH SIXTH STREET, SUITE 1500 MINNEAPOLIS MN 55402 |
| MERIDIAN BANK, N.A. | C/O WILLIAM BOND 2220 SAN JACINTO BLVD., SUITE 230 DENTON TX 76205 |
| THE ROYAL BANK OF SCOTLAND PLC | TRANSFEROR: BREITBURN OPERATING L.P. RBS GLOBAL BANKING & MARKETS 600 WASHINGTON BLVD. ATTN: JON WEISS STAMFORD CT 06901 |
| THE ROYAL BANK OF SCOTLAND PLC | TRANSFEROR: BREITBURN OPERATING, L.P. RBS GLOBAL BANKING & MARKETS 600 WASHINGTON BLVD. ATTN: JON WEISS STAMFORD CT 06901 |

Total Number of Records Printed　　12

EPIQ BANKRUPTCY SOLUTIONS, LLC

**Exhibit "C"**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153