**(Tentative) Hearing Date for Oral Argument: January 13, 2010 at 10:00 a.m. (Prevailing Eastern Time)**
**Status Conference Date: December 16, 2009 at 10:00 a.m. (Prevailing Eastern Time)**
**Objection Deadline: November 24, 2009 at 12:00 p.m. (Prevailing Eastern Time)**
**Reply Deadline: December 23, 2009 at 5:00 p.m. (Prevailing Eastern Time)**

FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1450
Sacramento, CA 95814-4434
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
E-mail: sfelderstein@ffwplaw.com
Steven H. Felderstein

Attorneys for Creditor California Public
Employees' Retirement System

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re**<br>**LEHMAN BROTHERS HOLDINGS, INC.,**<br>**et al.,**<br><br>Debtors. | **Case No. 08-13555 (JMP)**<br>**Chapter 11**<br><br>**(Jointly Administered)** |

**SECOND NOTICE OF ADJOURNMENT OF MOTION OF THE**
**CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM**
**FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 362 AND 553**
**<u>FOR RELIEF FROM THE AUTOMATIC STAY TO EFFECT SETOFF</u>**

**PLEASE TAKE NOTICE** that the hearing on relief requested in Motion of the California Public Employees' Retirement System for an Order Pursuant to 11 U.S.C. §§ 362 and 553 for Relief From the Automatic Stay to Effect Setoff [Docket No. 4963] (the "Motion"), which was scheduled for November 18, 2009 at 10:00 a.m., **<u>is adjourned for oral argument until January 13, 2010, or such other date in January as the court may direct</u>**. **<u>Please take further notice that, unless the court orders otherwise, the parties will appear for a status conference only in the above-captioned matter at the omnibus hearing on</u>**

SECOND NOTICE OF ADJOURNMENT OF
MOTION FOR RELIEF FROM STAY

-1-

**December 16, 2009 at 10:00 a.m.**  The hearing on the Motion will be held before the Honorable James M. Peck, United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Courtroom 601, New York, New York 10004, and such hearing on the Motion may be further adjourned from time to time without further notice other than an announcement at the hearing.

**PLEASE TAKE FURTHER NOTICE** that objections to the Motion are due on or before November 24, 2009 (12:00 p.m. Eastern Time), with a reply due on or before December 23, 2009 (5:00 p.m. Eastern Time).

Dated:  October 28, 2009
         Sacramento, California

> */s/ Steven H. Felderstein*_____
> Steven H. Felderstein
> FELDERSTEIN FITZGERALD
> WILLOUGHBY & PASCUZZI LLP
> 400 Capitol Mall, Suite 1450
> Sacramento, CA 95814-4434
> Telephone: (916) 329-7400
> Facsimile: (916) 329-7435
> E-mail: sfelderstein@ffwplaw.com
> Attorneys for Creditor California Public
> Employees' Retirement System