WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, : **08-13555 (JMP)**
:
Debtors. : **(Jointly Administered)**
:
:
------------------------------------------------------------x

**AMENDMENT TO STIPULATION, AGREEMENT AND**
**ORDER EXEMPTING PIMCO FROM THE OBLIGATION**
**TO COMPLY WITH CERTAIN REQUIREMENTS OF THE**
**BAR DATE MOTION RELATED TO DERIVATIVE CONTRACTS**

Lehman Brothers Holdings Inc. (the "Debtors") and Pacific Investment Management Company LLC, and its respective affiliates and subsidiaries on behalf of and for the benefit of their respective clients (collectively, "PIMCO" and, with the Debtors and the PIMCO Parties,[1] the "Parties"), by and through their respective attorneys, hereby stipulate as follows:

RECITALS

WHEREAS, PIMCO and the Debtors worked together to reconcile and value the Derivative Contracts between Lehman Brothers Special Financing Inc. ("LBSF") and PIMCO

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed in the Stipulation and Order (defined below).

and in that process PIMCO had provided the Debtors with a substantial amount of documentation and information related to such Derivative Contracts;

WHEREAS, as the Parties had reconciled the trade population and were in the process of resolving any issues with respect thereto, the Parties entered into that certain *Stipulation, Agreement and Order Exempting PIMCO from the Obligation to Comply with Certain Requirements of the Bar Date Motion Related to Derivative Contracts* so-ordered on July 24, 2009 [Docket No. 4274] (the "Stipulation and Order") which related to the Derivative Contracts included on Exhibit "A" to the Stipulation and Order;

WHEREAS, subsequent to the entry of the Stipulation and Order, the Parties reached a resolution of issues concerning certain Derivative Contracts and PIMCO, as investment advisors to each PIMCO Client, and LBSF, LBHI, and others entered in that certain a settlement agreement (the "Settlement Agreement"), dated July 24, 2009;

WHEREAS, Exhibit "A" to the Stipulation and Order does not contain certain Derivative Contract that were covered by the Settlement Agreement and included on Appendix 1 thereto; and

WHEREAS, the Parties agree to modify Exhibit "A" to the Stipulation and Order to conform and include all Derivative Contracts included on Appendix 1 of the Settlement Agreement.

AGREEMENT

NOW THEREFORE, the Parties hereto, by and through their respective attorneys, hereby agree as follows:

1.     Exhibit "A" to the Stipulation and Order is hereby replaced in its entirety by Exhibit "A" hereto.

2. Except to the extent the Stipulation and Order is expressly modified hereby, all terms and provisions of the Stipulation and Order are and shall in full force and effect, and shall apply to the Derivative Contracts listed on Exhibit A hereto as if such Derivative Contracts had been listed on Exhibit A to the Stipulation and Order.

Dated:  New York, New York
        October 22, 2009

By: /s/ Jennifer C. DeMarco
Jennifer C. DeMarco
(Jennifer.demarco@cliffordchance.com)
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019
Telephone: (212) 878-8125
Facsimile: (212) 878-8375

*Attorneys for Pacific Investment Management Company LLC and its Respective Affiliates and Subsidiaries*

By: /s/ Shai Y. Waisman
Shai Y. Waisman
(shai.waisman@weil.com)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings, Inc. and its Affiliated Debtors and Debtors-in-Possession*

SO ORDERED this 29th day of October, 2009

   *s/ James M. Peck*
UNITED STATES BANKRUPTCY JUDGE