**Exhibit D**

1

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

Case No. 08-13555

- - - - - - - - - - - - - - - - - - - - - -x

In the Matter of:


LEHMAN BROTHERS HOLDINGS, INC., et al.


        Debtors.


- - - - - - - - - - - - - - - - - - - - - -x


            United States Bankruptcy Court

            One Bowling Green

            New York, New York


            October 16, 2008

            11:19 AM


B E F O R E:

HON. JAMES M. PECK

U.S. BANKRUPTCY JUDGE

52

1  the information will come up.  But we're not there yet.
2          So, since September 15th, Your Honor, we've done the
3  Barclays sale.  We have on the calendar today the proposed sale
4  of the IMD division.
5          THE COURT:  The procedures for that sale.
6          MR. MILLER:  I'm sorry, Your Honor.  To approve the
7  procedures for that sale.  We have on the calendar for today
8  two proposed sales, one of Eagle Energy and the other one of
9  R3.  And as I said, Your Honor, we have sold the back office
10 processing center in India to Nomura for a gross sales price of
11 seventy million dollars.  And we are in the process of
12 establishing protocols with the PWC joint administrators, the
13 Japanese supervisors of that company.  We have a protocol in
14 effect, an informal -- maybe we will reduce it to writing with
15 the SIPA trustee.  We've worked very closely with the SIPA
16 trustee.  And I would purport, Your Honor, that there is this
17 forensic unit which is going to turn its attention to a review
18 of all pre-Chapter 11 transactions.  We have three grand jury
19 investigations, Eastern District of New York, Southern District
20 of New York and the District of New Jersey.  A number of
21 people, I think the number is around twelve, Your Honor, have
22 already been subpoenaed to appear before those grand juries.
23 There's a state attorney general investigation.  So there are
24 huge demands that are being made but they're being coped with,
25 Your Honor.  They're being dealt with in seriatim.  Information

```
                                                                    262
 1
 2                      C E R T I F I C A T I O N
 3
 4   I, Lisa Bar-Leib, certify that the foregoing transcript is a
 5   true and accurate record of the proceedings.
 6
 7   _____
 8   LISA BAR-LEIB
 9
10   Veritext LLC
11   200 Old Country Road
12   Suite 580
13   Mineola, NY 11501
14
15   Date:   October 21, 2008
16
17
18
19
20
21
22
23
24
25
```