**Hearing Date and Time: November 18, 2009 at 10:00 a.m. (prevailing Eastern time)**
**Objection Deadline: November 13, 2009 at 4:00 p.m. (prevailing Eastern time)**

**LOWENSTEIN SANDLER PC**
Michael S. Etkin, Esq.
S. Jason Teele, Esq.
1251 Avenue of the Americas, 18th Floor
New York, New York 10022

-- and --

65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500 (Telephone)
973.597.2400 (Facsimile)

*Bankruptcy Counsel to Lead Plaintiffs*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE OF LEAD PLAINTIFFS' MOTION FOR A LIMITED MODIFICATION OF THE AUTOMATIC STAY**

**PLEASE TAKE NOTICE** that Alameda County Employees' Retirement Association, Government of Guam Retirement Fund, Northern Ireland Local Government Officers' Superannuation Committee, City of Edinburgh Council as Administering Authority of the Lothian Pension Fund, and Operating Engineers Local 3 Trust Fund, the court-appointed lead plaintiffs (collectively, the "**Lead Plaintiffs**") in the consolidated securities class action pending in the United States District Court for the Southern District of New York (the "**District Court**") captioned, *In re Lehman Brothers Equity/Debt Securities Litigation*, Case No. 08-05523 (LAK) (the "**Securities Litigation**"), by and through their undersigned counsel, have filed a motion for an order modifying the automatic stay of 11 U.S.C. § 362(a) on a limited basis to enable Lead Plaintiffs to obtain from the Debtors documents, deposition transcripts and other information that the Debtors have produced, or will soon produce, to governmental authorities and other parties concerning investigations or litigation relating to these chapter 11 cases (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the relief requested in the Motion, as more fully described in the Motion, will be held before the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Customs House, Courtroom 601, One Bowling Green, New York, New York, 1004 (the "**Bankruptcy Court**"), on **November 18, 2009 at 10:00 a.m. (Eastern Time)** (the "**Hearing**").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion shall (a) be made in writing; (b) conform to the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and the Local Rules of the Bankruptcy Court for the Southern District of New York; (c) set forth the name of the objecting party, the basis for the objection and the specific grounds thereof; (d) be filed with the Bankruptcy Court electronically in accordance with General Order M-242 (as amended) (i) electronically by registered users of the Bankruptcy Court's case filing system, or (ii) on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format, by all other parties in interest; (e) be submitted in hard copy form to the Chambers of the Honorable James M. Peck, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 601; and (e) be served upon the following parties: (i) bankruptcy counsel for Lead Plaintiffs, Lowenstein Sandler PC, 1251 Avenue of the Americas, 18th Floor, New York, New York 10020 and 65 Livingston Avenue, Roseland, New Jersey 07068, Attn: Michael S. Etkin, Esq. and S. Jason Teele, Esq.; (ii) counsel for Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Richard P. Krasnow, Esq., Lori R. Fife, Esq., Shai Y. Waisman, Esq. And Jacqueline Marcus, Esq.; (iii) the Office of the United States Trustee for the Southern District of New York (the "**U.S. Trustee**"), 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq. and Tracy Hope Davis, Esq.; (iv) counsel for the Official Committee of Unsecured Creditors, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New

York 10005, Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq. and Evan Fleck, Esq.; (v) counsel for the Debtors' Postpetition Lenders, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006, Attn: Lindsee P. Granfield, Esq. and Lisa Schweiger, Esq., and Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004, Attn: Robinson B. Lacy, Esq. and Hydee R. Feldstein, Esq., (vi) the attorneys for any other official committee(s) appointed in these chapter 11 cases; and (vii) any person or entity with a particularized interest in the Motion, so as to be received no later than **November 13, 2009, at 4:00 p.m. (Eastern Time)** (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if an objection to the Motion is not received by the Objection Deadline, the relief requested shall be deemed unopposed, and the Bankruptcy Court may enter an order granting the relief sought without a hearing.

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

Respectfully submitted,

**LOWENSTEIN SANDLER PC**

By: /s/ *S. Jason Teele*
Michael S. Etkin, Esq.
S. Jason Teele, Esq.
1251 Avenue of the Americas, 18th Floor
New York, New York 10022

-- and --

65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500 (Telephone)
973.597.2400 (Facsimile)

*Bankruptcy Counsel to Lead Plaintiffs*

-- and --

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Max W. Berger, Esq.
1285 Avenue of the Americas
New York, New York 10019
212.554.1400 (Telephone)
212.554.1444 (Facsimile)

-- and --

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
David R. Stickney, Esq.
12481 High Bluff Drive
Suite 300
San Diego, CA 92130
858.793.0070 (Telephone)
858.793.0323 (Facsimile)

-- and --

**BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP**
David Kessler, Esq.
John A. Kehoe, Esq.
Benjamin J. Hinerfeld, Esq.
280 King of Prussia Road
Radnor, PA 19087
610.667.7706 (Telephone)
610.667.7056 (Facsimile)

*Co-Lead Counsel in the Securities Litigation*

Dated: October 29, 2009
   New York, New York