**Hearing Date and Time: November 18, 2009 at 10:00 a.m. (prevailing Eastern time)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al*., | Case No. 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**ORDER GRANTING LEAD PLAINTIFFS' MOTION FOR A LIMITED**
**MODIFICATION OF THE AUTOMATIC STAY**

Upon consideration of the motion by Alameda County Employees' Retirement Association, Government of Guam Retirement Fund, Northern Ireland Local Government Officers' Superannuation Committee, City of Edinburgh Council as Administering Authority of the Lothian Pension Fund, and Operating Engineers Local 3 Trust Fund, the court-appointed lead plaintiffs (collectively, the "**Lead Plaintiffs**") in the consolidated securities class action pending in the United States District Court for the Southern District of New York (the "**District Court**") captioned, *In re Lehman Brothers Equity/Debt Securities Litigation*, Case No. 08-05523 (LAK) (the "**Securities Litigation**") for an order modifying the automatic stay of 11 U.S.C. § 362(a) on a limited basis to enable Lead Plaintiffs to obtain from the Debtors documents, deposition transcripts and other information that the Debtors have produced, or will soon produce, to governmental authorities and other parties concerning investigations or litigation relating to these chapter 11 cases; and considering the response(s) and objection(s) thereto, and the Court having jurisdiction to consider and determine the Motion and the relief sought therein in accordance with 28 U.S.C. §1334; and the Court having found that cause exists to modify the automatic stay for the reasons set forth in the Motion, and upon the Motion, the responses, and all proceedings had before the Court, and after due deliberation and sufficient cause appearing therefore, it is hereby:

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that, pursuant to section 362(d) of the Bankruptcy Code and conditioned upon relief being granted by the District Court from the discovery stay under the

-2-

Private Securities Litigation Reform Act, the automatic stay is modified so as to allow the Lead Plaintiffs to serve discovery requests upon the Debtors for documents, deposition transcripts and other information that the Debtors have produced, or will soon produce, to governmental authorities and other parties concerning investigations or litigation relating to these chapter 11 case and the claims asserted in the Securities Litigations; and it is further

        **ORDERED** that the Court shall retain jurisdiction to hear and determine any disputes arising out of or in connection with this Order.

_____
Honorable James M. Peck
United States Bankruptcy Judge

Dated: November __, 2009
      New York, New York