**LOWENSTEIN SANDLER PC**
Michael S. Etkin, Esq.
S. Jason Teele, Esq.
1251 Avenue of the Americas, 18th Floor
New York, New York 10022

-- and --

65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500 (Telephone)
973.597.2400 (Facsimile)

*Bankruptcy Counsel to Lead Plaintiffs*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**CERTIFICATION OF SERVICE**

**Kimberly M. Adams**, being of full age, hereby certifies as follows:

1. I am a paralegal employed by the law firm of Lowenstein Sandler, PC, attorneys for the Lead Plaintiffs in Lehman Brothers Holdings, Inc., *et al.* As such, I have knowledge of the facts set forth herein.

2. I hereby certify that on October 29, 2009 and October 30, 2009, I caused a true and correct copy of the following document(s) to be served upon the parties indicated on the attached service list, in the manner listed therein:

      a. *Notice of Lead Plaintiffs' Motion for a Limited Modification of the Automatic Stay;*

      b *Lead Plaintiffs' Motion for a Limited Modification of the Automatic Stay; and*

-1-

    c  *Proposed Order.*

  I certify that the foregoing statements made by me are true to the best of my knowledge and belief. Any statement made by me that is willfully false I understand I am subject to the penalty of perjury.

                 */s/Kimberly M. Adams*
                 Kimberly M. Adams, Paralegal

Dated:  October 30, 2009

# SERVICE LIST

*On October 29, 2009 Via Federal Express:*

Dennis F. Dunne, Esquire
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY  10005

Andy Velez-Rivera, Esquire
Office of the US Trustee
33 Whitehall Street
21st Floor
New York, NY  10004

Richard P. Krasnow, Esquire
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY  10153

*On October 29, 2009 Via the Court's Electronic Filing System:*

All parties who have requested and are receiving notices through the Court's electronic filing system.

*On October 30, 2009 Via electronic mail:*

aaaronson@dilworthlaw.com bankruptcymatters@us.nomura.com
aalfonso@kayescholer.com barbra.parlin@hklaw.com
abraunstein@riemerlaw.com bbisignani@postschell.com
acaton@kramerlevin.com bdk@schlamstone.com
acker@chapman.com bguiney@pbwt.com
adarwin@nixonpeabody.com bhinerfeld@sbtklaw.com
adg@adorno.com bill.freeman@pillsburylaw.com
Adiamond@DiamondMcCarthy.com bmanne@tuckerlaw.com
aeckstein@blankrome.com BMiller@mofo.com
aentwistle@entwistle-law.com boneill@kramerlevin.com
afriedman@irell.com bpershkow@profunds.com
agbanknewyork@ag.tn.gov Brian.Corey@greentreecreditsolutions.com
aglenn@kasowitz.com bromano@willkie.com
agold@herrick.com broy@rltlawfirm.com
agolianopoulos@mayerbrown.com bspector@jsslaw.com
ahammer@freebornpeters.com btrust@mayerbrown.com
aisenberg@saul.com btupi@tuckerlaw.com
akantesaria@oppenheimerfunds.com bturk@tishmanspeyer.com

akihiko_yagyuu@chuomitsui.jp bwolfe@sheppardmullin.com
alex.torres@infospace.com bzabarauskas@crowell.com
amarder@msek.com canelas@pursuitpartners.com
AMcMullen@BoultCummings.com carlin@thshlaw.com
amenard@tishmanspeyer.com carol.weinerlevy@bingham.com
Andrew.Brozman@cliffordchance.com cbelisle@wfw.com
andrew.lourie@kobrekim.com cbelmonte@ssbb.com
angelich.george@arentfox.com cbrotstein@bm.net
ann.reynaud@shell.com cgoldstein@stcwlaw.com
anthony_boccanfuso@aporter.com chammerman@paulweiss.com
aoberry@bermanesq.com charles@filardi-law.com
apo@stevenslee.com charles_malloy@aporter.com
aquale@sidley.com chipford@parkerpoe.com
araboy@cov.com chris.donoho@lovells.com
arahl@reedsmith.com cmontgomery@salans.com
arheaume@riemerlaw.com CMTB_LC11@chuomitsui.jp
arlbank@pbfcm.com cohenr@sewkis.com
arosenblatt@chadbourne.com contact@lawofficesjje.com
arthur.rosenberg@hklaw.com cp@stevenslee.com
arwolf@wlrk.com cpappas@dilworthlaw.com
aseuffert@lawpost-nyc.com crmomjian@attorneygeneral.gov
ashmead@sewkis.com crogers@orrick.com
asnow@ssbb.com cs@stevenslee.com
atrehan@mayerbrown.com cschreiber@winston.com
aunger@sidley.com cshore@whitecase.com
austin.bankruptcy@publicans.com cshulman@sheppardmullin.com
avenes@whitecase.com ctatelbaum@adorno.com
avi.gesser@dpw.com cward@polsinelli.com
awasserman@lockelord.com cweber@ebg-law.com
azylberberg@whitecase.com cweiss@ingramllp.com
bankr@zuckerman.com dallas.bankruptcy@publicans.com
bankruptcy@goodwin.com daniel.guyder@allenovery.com
bankruptcy@morrisoncohen.com danna.drori@usdoj.gov
david.bennett@tklaw.com dworkman@bakerlaw.com
david.crichlow@pillsburylaw.com easmith@venable.com
david.heller@lw.com echang@steinlubin.com
davids@blbglaw.com ecohen@russell.com
davidwheeler@mvalaw.com efile@willaw.com
dbalog@intersil.com efleck@milbank.com
dbarber@bsblawyers.com efreeman@lockelord.com
dbaumstein@whitecase.com efriedman@friedumspring.com
dbesikof@loeb.com egeekie@schiffhardin.com
dcimo@gjb-law.com eglas@mccarter.com
dckaufman@hhlaw.com ehollander@whitecase.com
dcoffino@cov.com ekbergc@lanepowell.com
dcrapo@gibbonslaw.com eli.mattioli@klgates.com

ddavis@paulweiss.com elizabeth.harris@klgates.com
ddrebsky@nixonpeabody.com ellen.halstead@cwt.com
ddunne@milbank.com eobrien@sbchlaw.com
deborah.saltzman@dlapiper.com eric.johnson@hro.com
deggermann@kramerlevin.com eschaffer@reedsmith.com
deggert@freebornpeters.com eschwartz@contrariancapital.com
demetra.liggins@tklaw.com esmith@dl.com
deryck.palmer@cwt.com ezavalkoff-babej@vedderprice.com
dfelder@orrick.com ezujkowski@emmetmarvin.com
dflanigan@polsinelli.com ezweig@optonline.net
dfriedman@kasowitz.com fbp@ppgms.com
dgrimes@reedsmith.com fdellamore@jaspanllp.com
dhayes@mcguirewoods.com feldsteinh@sullcrom.com
dheffer@foley.com ffm@bostonbusinesslaw.com
diconzam@gtlaw.com fhyman@mayerbrown.com
dirk.roberts@ots.treas.gov fishere@butzel.com
dkleiner@velaw.com francois.janson@hklaw.com
dkozusko@willkie.com frank.white@agg.com
dladdin@agg.com fred.berg@rvblaw.com
dlemay@chadbourne.com fsosnick@shearman.com
dlipke@vedderprice.com fyates@sonnenschein.com
dludman@brownconnery.com gabriel.delvirginia@verizon.net
dmcguire@winston.com gbray@milbank.com
dmurray@jenner.com GGraber@HodgsonRuss.com
dneier@winston.com giaimo.christopher@arentfox.com
dodonnell@milbank.com giddens@hugheshubbard.com
douglas.bacon@lw.com gkaden@goulstonstorrs.com
douglas.mcgill@dbr.com glenn.siegel@dechert.com
dove.michelle@dorsey.com gmoss@riemerlaw.com
DPiazza@HodgsonRuss.com gravert@mwe.com
dravin@wolffsamson.com gschiller@zeislaw.com
drose@pryorcashman.com gspilsbury@jsslaw.com
drosenzweig@fulbright.com guzzi@whitecase.com
drosner@goulstonstorrs.com harrisjm@michigan.gov
drosner@kasowitz.com harveystrickon@paulhastings.com
dshemano@pwkllp.com heim.steve@dorsey.com
dtatge@ebglaw.com heiser@chapman.com
dwdykhouse@pbwt.com hirsch.robert@arentfox.com
dwildes@stroock.com hollace.cohen@troutmansanders.com
holsen@stroock.com jjureller@klestadt.com
howard.hawkins@cwt.com jkehoe@sbtklaw.com
hseife@chadbourne.com jlamar@maynardcooper.com
hsnovikoff@wlrk.com jlawlor@wmd-law.com
hweg@pwkllp.com jlee@foley.com
ian.levy@kobrekim.com jlevitin@cahill.com
icatto@kirkland.com jlipson@crockerkuno.com

igoldstein@dl.com jliu@dl.com
ilevee@lowenstein.com jlovi@steptoe.com
info2@normandyhill.com jlscott@reedsmith.com
ira.herman@tklaw.com jmaddock@mcguirewoods.com
isgreene@hhlaw.com jmazermarino@msek.com
israel.dahan@cwt.com jmcginley@wilmingtontrust.com
iva.uroic@dechert.com jmelko@gardere.com
jacobsonn@sec.gov jmerva@fult.com
jafeltman@wlrk.com jmr@msf-law.com
james.mcclammy@dpw.com john.mcnicholas@dlapiper.com
jamestecce@quinnemanuel.com john.monaghan@hklaw.com
jar@outtengolden.com john.rapisardi@cwt.com
jason.jurgens@cwt.com joli@crlpc.com
jatkins@duffyandatkins.com jorbach@hahnhessen.com
jay.hurst@oag.state.tx.us Joseph.Cordaro@usdoj.gov
jay@kleinsolomon.com joseph.scordato@dkib.com
Jbecker@wilmingtontrust.com joshua.dorchak@bingham.com
jbeemer@entwistle-law.com jowen769@yahoo.com
jbird@polsinelli.com JPintarelli@mofo.com
jbromley@cgsh.com jpintarelli@mofo.com
jcarberry@cl-law.com jporter@entwistle-law.com
Jdrucker@coleschotz.com jprol@lowenstein.com
jdyas@halperinlaw.net jrabinowitz@rltlawfirm.com
jeff.wittig@coair.com jrsmith@hunton.com
jeffrey.sabin@bingham.com jschwartz@hahnhessen.com
jeldredge@velaw.com jsheerin@mcguirewoods.com
jennifer.demarco@cliffordchance.com jshickich@riddellwilliams.com
jennifer.gore@shell.com jsmairo@pbnlaw.com
jeremy.eiden@state.mn.us jtimko@allenmatkins.com
jessica.fink@cwt.com jtougas@mayerbrown.com
jfalgowski@reedsmith.com judy.morse@crowedunlevy.com
jfinerty@pfeiferlaw.com jwallack@goulstonstorrs.com
jflaxer@golenbock.com jwang@sipc.org
jfox@joefoxlaw.com jweiss@gibsondunn.com
jfreeberg@wfw.com jwest@velaw.com
jg5786@att.com jwh@njlawfirm.com
jgarrity@shearman.com jwhitman@entwistle-law.com
jgenovese@gjb-law.com jwishnew@mofo.com
jgutmanmann@sonnenschein.com k4.nomura@aozorabank.co.jp
jguy@orrick.com kaf@msf-law.com
jherzog@gklaw.com karen.wagner@dpw.com
jhiggins@fdlaw.com karol.denniston@dlapiper.com
jhorgan@phxa.com KDWBankruptcyDepartment@kelleydrye.com
jhuggett@margolisedelstein.com keckhardt@hunton.com
jhuh@ffwplaw.com keith.simon@lw.com
Ken.Coleman@allenovery.com mark.ellenberg@cwt.com

-6-

ken.higman@hp.com mark.houle@pillsburylaw.com
kgwynne@reedsmith.com mark.sherrill@sutherland.com
kiplok@hugheshubbard.com martin.davis@ots.treas.gov
kkelly@ebglaw.com Marvin.Clements@ag.tn.gov
Klippman@munsch.com masaki_konishi@noandt.com
klyman@irell.com matthew.dyer@prommis.com
kmayer@mccarter.com matthew.klepper@dlapiper.com
kobak@hugheshubbard.com matthew.morris@lovells.com
korr@orrick.com Mbass@HodgsonRuss.com
KOstad@mofo.com mbenner@tishmanspeyer.com
kovskyd@pepperlaw.com mberman@nixonpeabody.com
kpiper@steptoe.com mbienenstock@dl.com
kressk@pepperlaw.com mbossi@thompsoncoburn.com
KReynolds@mklawnyc.com mcademartori@sheppardmullin.com
kristin.going@dbr.com mcordone@stradley.com
krosen@lowenstein.com mcto@debevoise.com
krubin@ozcap.com mdorval@stradley.com
kstahl@whitecase.com meltzere@pepperlaw.com
kurt.mayr@bgllp.com metkin@lowenstein.com
lacyr@sullcrom.com mgordon@briggs.com
lalshibib@reedsmith.com mgreger@allenmatkins.com
Landon@StreusandLandon.com mhopkins@cov.com
lawallf@pepperlaw.com michael.kim@kobrekim.com
lberkoff@moritthock.com mimi.m.wong@irscounsel.treas.gov.
lbtancredi@venable.com mitchell.ayer@tklaw.com
Lee.Stremba@troutmansanders.com mjacobs@pryorcashman.com
lgranfield@cgsh.com mjedelman@vedderprice.com
lhandelsman@stroock.com MJR1@westchestergov.com
linda.boyle@twtelecom.com mkjaer@winston.com
lisa.kraidin@allenovery.com mlahaie@akingump.com
LJKotler@duanemorris.com MLandman@lcbf.com
lmarinuzzi@mofo.com mmendez@hunton.com
Lmay@coleschotz.com mmickey@mayerbrown.com
lmcgowen@orrick.com mmooney@deilylawfirm.com
lml@ppgms.com mmorreale@us.mufg.jp
lnashelsky@mofo.com mmurphy@co.sanmateo.ca.us
loizides@loizides.com mneier@ibolaw.com
lromansic@steptoe.com monica.lawless@brookfieldproperties.com
lscarcella@farrellfritz.com mpage@kelleydrye.com
lschweitzer@cgsh.com mpfeifer@pfeiferlaw.com
lthompson@whitecase.com mpucillo@bermanesq.com
lubell@hugheshubbard.com mrosenthal@gibsondunn.com
lwhidden@salans.com mruetzel@whitecase.com
lwong@pfeiferlaw.com mschimel@sju.edu
mabrams@willkie.com MSchleich@fraserstryker.com
macronin@debevoise.com mshiner@tuckerlaw.com

MAOFILING@CGSH.COM mspeiser@stroock.com
Marc.Chait@standardchartered.com mstamer@akingump.com
margolin@hugheshubbard.com mvenditto@reedsmith.com
Marianne.Mortimer@friedfrank.com mwarren@mtb.com
mark.deveno@bingham.com Nasreen.Bulos@dubaiic.com
ncoco@mwe.com rmunsch@munsch.com
neal.mann@oag.state.ny.us rnetzer@willkie.com
ned.schodek@shearman.com rnies@wolffsamson.com
newyork@sec.gov rnorton@hunton.com
nfurman@scottwoodcapital.com robert.bailey@bnymellon.com
Nherman@morganlewis.com robert.dombroff@bingham.com
nissay_10259-0154@mhmjapan.com robert.henoch@kobrekim.com
nlepore@schnader.com robert.malone@dbr.com
notice@bkcylaw.com Robert.yalen@usdoj.gov
oipress@travelers.com robertdakis@quinnemanuel.com
omeca.nedd@lovells.com Robin.Keller@Lovells.com
paronzon@milbank.com ronald.silverman@bingham.com
patrick.potter@pillsburylaw.com rreid@sheppardmullin.com
paul.turner@sutherland.com rroupinian@outtengolden.com
pbattista@gjb-law.com rterenzi@stcwlaw.com
pbosswick@ssbb.com RTrust@cravath.com
pdublin@akingump.com rwasserman@cftc.gov
peter.gilhuly@lw.com rwyron@orrick.com
peter.simmons@friedfrank.com s.minehan@aozorabank.co.jp
peter@bankrupt.com sabin.willett@bingham.com
pfeldman@oshr.com sabramowitz@velaw.com
phayden@mcguirewoods.com sagolden@hhlaw.com
pmaxcy@sonnenschein.com Sally.Henry@skadden.com
pnichols@whitecase.com sandyscafaria@eaton.com
ppascuzzi@ffwplaw.com Sara.Tapinekis@cliffordchance.com
ppatterson@stradley.com sbernstein@hunton.com
psp@njlawfirm.com schannej@pepperlaw.com
ptrostle@jenner.com schapman@willkie.com
pwirt@ftportfolios.com Schepis@pursuitpartners.com
pwright@dl.com schnabel.eric@dorsey.com
r.stahl@stahlzelloe.com schristianson@buchalter.com
raj.madan@bingham.com scottshelley@quinnemanuel.com
ramona.neal@hp.com scousins@armstrongteasdale.com
ranjit.mather@bnymellon.com sdnyecf@dor.mo.gov
rbeacher@daypitney.com sean@blbglaw.com
rbernard@bakerlaw.com sehlers@armstrongteasdale.com
rbyman@jenner.com sfelderstein@ffwplaw.com
rchoi@kayescholer.com sfineman@lchb.com
rdaversa@orrick.com sfox@mcguirewoods.com
relgidely@gjb-law.com sgordon@cahill.com
rfleischer@pryorcashman.com sgubner@ebg-law.com

rfrankel@orrick.com sharbeck@sipc.org
rfriedman@silvermanacampora.com shari.leventhal@ny.frb.org
rgmason@wlrk.com sheehan@txschoollaw.com
rgraham@whitecase.com shgross5@yahoo.com
rhett.campbell@tklaw.com shumaker@pursuitpartners.com
richard.lear@hklaw.com shumaker@pursuitpartners.com
richard.levy@lw.com sidorsky@butzel.com
ritkin@steptoe.com slerner@ssd.com
RJones@BoultCummings.com SLoden@DiamondMcCarthy.com
RLevin@cravath.com smayerson@ssd.com
rmatzat@hahnhessen.com smillman@stroock.com
smulligan@bsblawyers.com william.m.goldman@dlapiper.com
snewman@katskykorins.com wiltenburg@hugheshubbard.com
sory@fdlaw.com wisotska@pepperlaw.com
spiotto@chapman.com woconnor@crowell.com
splatzer@platzerlaw.com wsilverm@oshr.com
SRee@lcbf.com wswearingen@llf-law.com
sselbst@herrick.com wtaylor@mccarter.com
sshimshak@paulweiss.com wzoberman@bermanesq.com
steele@lowenstein.com yamashiro@sumitomotrust.co.jp
stephanie.wickouski@dbr.com
steve.ginther@dor.mo.gov
steven.perlstein@kobrekim.com
steven.wilamowsky@bingham.com
Streusand@StreusandLandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@duffyandatkins.com
TGoren@mofo.com
thomas.califano@dlapiper.com
Thomas_Noguerola@calpers.ca.gov
thomaskent@paulhastings.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov
tslome@msek.com
ttracy@crockerkuno.com
twatanabe@mofo.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
weguchi@orrick.com
wendy.rosenthal@cliffordchance.com
wfoster@milbank.com