K&L GATES LLP
Robert N. Michaelson, Esq.
599 Lexington Avenue
New York, NY 10022
(212) 536-3900

-and-

Marc L. Barreca
925 Fourth Avenue
Suite 2900
Seattle, Washington 98104
(206) 623-7580

Attorneys for Seattle Pacific University

Hearing Date:  November 18, 2009 at 10:00 a.m.
Objection Deadline:  November 13, 2009

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :       Chapter 11
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :       Case No. 08-13555 (JMP)
                                                                 :
                                                                 :       (Jointly Administered)
                                                                 :
                                        Debtors.                 :
                                                                 :
-----------------------------------------------------------------x

## DECLARATION OF STACEY CRAWSHAW-LEWIS
## IN SUPPORT OF MOTION OF SEATTLE PACIFIC UNIVERSITY FOR AN ORDER
## COMPELLING LEHMAN BROTHERS SPECIAL FINANCING INC. TO ASSUME OR
## REJECT EXECUTORY CONTRACTS PURSUANT TO 11 U.S.C. § 365(d)(2)

I, Stacey Crawshaw-Lewis, hereby declare pursuant to 28 U.S.C. § 1746:

1.    I am a partner of K&L Gates LLP ("K&L Gates") with offices located at

925 Fourth Avenue, Suite 2900, Seattle, Washington 98104 and 599 Lexington Avenue, New

York, New York 10022.  My firm serves as counsel to Seattle Pacific University ("SPU") in the

chapter 11 proceedings of the above-captioned debtors (the "Debtors" or "Lehman").  I am

authorized to make this Declaration on SPU's behalf.

NY-711364 v2

2.      Attached hereto as <u>Exhibit A</u> is a true and correct copy of a letter dated October 6, 2009 from K&L Gates to Lehman (the "<u>October 6, 2009 Letter</u>") summarizing the correspondence between Lehman and SPU between September 2008 through October 6, 2009 and requesting a call with Lehman to discuss whether pursuit of a mutually acceptable termination would be fruitful or whether SPU should file a motion to compel Lehman to assume or reject that certain ISDA Master Agreement dated as of October 16, 2000 by and between SPU and LBSF, along with the Schedule to the ISDA Agreement dated as of October 16, 2000, that certain Credit Support Annex dated as of October 16, 2000 by and between SPU and LBSF and all related agreements (collectively, the "<u>Swap Agreement</u>").

3.      On October 12, 2009, my firm engaged in a call with Lehman, to which I was a party, discussing the October 6, 2009 Letter and, pursuant to which, Lehman asked for details relating to SPU's calculation of "Loss" under the Swap Agreement.

4.      Attached hereto as <u>Exhibit B</u> is a true and correct copy of the letter dated October 16, 2009, which I sent to Lehman on SPU's behalf, indicating that SPU would be willing to share the details of SPU's "Loss" calculation with Lehman if Lehman would be willing to share its termination payment calculation with SPU within one week.

5.      To date, SPU has not received any response from Lehman relating to its calculation of the termination payment owing to LBSF.

6.      Attached hereto as <u>Exhibit C</u> is a true and correct copy of the relevant portion of the transcript for the Hearing Regarding the Debtors' Motion to Compel Performance

of Metavante Corporation's Obligations Under An Executory Contract and to Enforce the

Automatic Stay dated September 15, 2009.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 30, 2009

Stacey Crawshaw-Lewis