# EXHIBIT A

# Executive Team



**Jeffrey Klein, Principal**
**Charlotte, NC**
**jklein@kensington-advisors.com        Download V-Card**

Jeff Klein joined Kensington Capital Advisors as a Principal in 2006. As a former
provider of non-profit and tax-exempt derivatives, Mr. Klein brings an expert level of
knowledge and sophistication to Kensington's tax-exempt consulting services.

Prior to his work at Kensington Capital Advisors, Mr. Klein was a derivative specialist on
Bank of America's Global Derivative Trading Desk, with a focus on non-profit and tax-
exempt applications. His client base included both indirect issuers of taxable and tax-
exempt municipal debt and public finance professionals, including underwriters, financial
advisors, reinvestment brokers and bond counsels. The group was responsible for all tax-
exempt liability hedging such as swaps for VRDN's and forward issued municipal bonds.
In addition, the group was responsible for all derivative investment products for
municipal bond proceeds, including but not limited to forward supply agreements, GIC's
and flexible repurchase agreements for construction funds, reserve funds, debt service
funds and escrows.

Mr. Klein began his career at PNC Financial Corporation, working for two years in the
Investment Management and Trust Division. Mr. Klein then joined Bank of America as
an analyst in the Corporate Finance Department in 1993 and in 1995 joined the Interest
Rate Risk Management Group.

Mr. Klein holds B.A. degrees in both Business Economics and Organization Behavior
Management from Brown University. He also received a Certificate in International
Finance from the Danish International School of Business in Copenhagen. He has
received both his series 7 & 63 securities licenses as well as the Chartered Financial
AnalystTM (CFA®) designation.

© 2006 Kensington Capital Advisors

Home < About Us < Consulting Services < News & Publications < Monitoring Value <
Contact Us