Aaron R. Cahn
Carter, Ledyard & Milburn LLP
2 Wall Street
New York, New York 10005
Telephone: (212) 732-3200
Facsimile: (212) 732-3232

Attorneys for Punjab National Bank (International) Limited

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____x
:
In Re                                                  :         Chapter 11
:
**LEHMAN BROTHERS HOLDINGS, INC.,**   :
et. al.,                                               :         Case No. 08-13555 (JMP)
:         **(Jointly Administered)**
            Debtors.                              :
:
:         Notice of Appearance
:         and Request for Notices
_____x

     PLEASE TAKE NOTICE that pursuant to Rule 9010(b) of the Bankruptcy Rules, the undersigned hereby appears as counsel for Punjab National Bank (International) Limited.

     PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 2002 of the Bankruptcy Rules, the undersigned hereby requests that copies of all notices and other papers in this case be sent to:

              Carter, Ledyard & Milburn LLP
              2 Wall Street
              New York, New York 10005
              Attention: Aaron R. Cahn
              Telephone: (212) 732-3200
              Facsimile: (212) 732-3232

1218831.1
6523993.1

PLEASE TAKE FURTHER NOTICE, that neither this Notice of Appearance and Request for Service, nor any later appearance, pleading, claim or suit shall waive the: (i) right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, recoupments, or remedies under agreement, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments and remedies are expressly reserved.

Dated:  New York, New York
        November 2, 2009

        CARTER LEDYARD & MILBURN LLP

        By:_____/s/ Aaron R. Cahn_____
              Aaron R. Cahn
        Carter, Ledyard & Milburn LLP
        2 Wall Street
        New York, New York 10005
        Telephone: (212) 732-3200
        Facsimile:  (212) 732-3232

To:   Clerk, United States Bankruptcy Court
      Alexander Hamilton Custom House
      1 Bowling Green
      New York, New York 10004

1218831.1
6523993.1