UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
In re                                                          :    Chapter 11
                                                               :
LEHMAN BROTHERS HOLDINGS INC., et al.,                         :    Case No. 08-13555 (JMP)
                                                               :    (Jointly Administered)
                                                               :
                Debtors.                                       :
----------------------------------------------------------------x

## Certificate of Service

The undersigned hereby certifies under penalty of perjury that on October 27, 2009, the Response of ABN AMRO Inc. to Examiner's Motion to Compel ABN AMRO Inc. to Respond to Examiner's Subpoena for Rule 2004 Examination was caused to be filed by Electronic Case Filing, and was therefore available for downloading and viewing, and was therefore served upon all those having entered their appearance via Electronic Case Filing. The Motion was also served by federal express upon the persons on the attached list.

Dated: November 2, 2009

By: /s/ Amelie Baudot
    Amelie Baudot

## SERVICE LIST

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Richard P. Krasnow, Esq.
Counsel to the Debtor

Jenner & Block LLP
919 Third Avenue, 37th Floor
New York, NY 10022-3908
Attn: Patrick J. Trostle
Counsel to the Examiner

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis F. Dunne
Counsel to the Official Committee of
Unsecured Creditors

Jenner & Block LLP
330 North Wabash Avenue
Chicago, Illinois 60611-7603
Attn: Robert L. Byman
Counsel to the Examiner