K&L GATES LLP
Robert N. Michaelson, Esq
Eunice Rim, Esq.
599 Lexington Avenue
New York, NY 10022
(212) 536-3900

Attorneys for Seattle Pacific University

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                             :   Chapter 11
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :   Case No. 08-13555 (JMP)
                                                                  :
                                                                  :   (Jointly Administered)
                                                    Debtors.      :
                                                                  :
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK   )

Eunice Rim, being duly sworn, deposes and says:

1. I am an associate of the firm of K&L Gates LLP, having offices at 599 Lexington Avenue, New York, New York 10022. I am over eighteen (18) years of age and am not a party to this action.

2. On October 31, 2009 I caused true and correct copies of the **(i) Motion of Seattle Pacific University for an Order Compelling Lehman Brothers Special Financing Inc. to Assume or Reject Executory Contracts Pursuant to 11 U.S.C. Sec. 365(d)(2) (the "Motion"), (ii) Notice of the Motion (the "Notice"), (iii) Declaration of Stacey Crawshaw-Lewis in Support of the Motion (the "Crawshaw-Lewis**

NY-711969 v1

Declaration") (iv) Declaration of Jeffrey Klein in Support of the Motion (the "Klein Declaration"), and (v) Declaration of Craig Kispert in Support of the Motion (the "Kispert Declaration") to be served by Federal Express overnight delivery (Monday Delivery) upon the persons and at the addresses as set forth on the attached **Exhibit A**.

3. On October 31, 2009 I caused true and correct copies of **the Notice, the Motion, the Crawshaw-Lewis Declaration, the Klein Declaration and the Kispert Declaration** to be served by first class mail postage pre-paid upon the persons and at the addresses as set forth on the attached **Exhibit B**.

_____
Eunice Rim

Sworn to before me this
3rd day of November, 2009

_____
Notary Public, State of New York

NATHANAEL F. MEYERS
Notary Public, State of New York
No. 01ME5057476
Qualified in New York County
Commission Expires March 25, ~~1998~~ 2010

- 2 -

## Exhibit A

Andrew D Velez-Rivera
Office Of The U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Richard P. Krasnow
Lori R. Fife
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Dennis Dunne
Dennis O'Donnell
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Lindsee P. Granfield
Cleary Gottlieb LLP
One Liberty Plaza
New York, NY 10006

- 4 -

# EXHIBIT B

- 4 -