WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
: 
**Debtors.** : **(Jointly Administered)**
: 
-------------------------------------------------------------------x

**NOTICE OF FILING OF AFFIDAVITS AND**
**DISCLOSURE STATEMENTS IN CONNECTION WITH**
**THE EMPLOYMENT OF DISCOVERREADY LLC CONTRACT ATTORNEYS**

By an order, dated September 30, 2009 (the "Order") [Docket No. 5305], the

United States Bankruptcy Court for the Southern District of New York authorized Lehman

Brothers Holdings Inc. and its affiliated debtors (collectively, the "Debtors") in the above-

referenced chapter 11 cases to employ DiscoverReady LLC ("DiscoverReady") as provider of

contract attorneys.

PLEASE TAKE NOTICE that in accordance with the Order, attached hereto as

Exhibit A, are the affidavits and disclosure statements of the DiscoverReady contract attorneys

who will be providing document review services to the Debtors (the "Contract Attorneys")

certifying that they do not represent or hold any interest adverse to the Debtors or their estates.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order, the Debtors will serve this Notice on (i) the Office of the United States Trustee and (ii) the attorneys for the Official Committee of Unsecured Creditors appointed in these chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order, objections, if any, to the retention of the Contract Attorneys shall be filed with the Court and served upon the undersigned attorney for the Debtors within 10 days of the date of service of this Notice.  Unless timely objections are received, the retention, employment, and compensation of the Contract Attorneys shall be deemed approved as of the date of this filing without the need for a hearing and without further order from the Court.

Dated:  November 3, 2009
     New York, New York

/s/ Richard P. Krasnow
Richard P. Krasnow

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

## Exhibit A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

In re                                                    :    Chapter 11 Case No.
                                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                 :    08-13555 (JMP)
                                                         :
                    Debtors                              :    (Jointly Administered)
                                                         :
-----------------------------------------------------------------X

AFFIDAVIT AND DISCLOSURE STATEMENT OF _Marisa Lee_

STATE OF ___NY___                    )
                                     ) ss:
COUNTY OF _New York_                 )

_Marisa Lee_____ , being duly sworn, upon his oath, deposes and says:

      1.     I am a lawyer admitted to practice in the State of ___WA___ .
I am not affiliated with any law firm. I am employed by _Strategic_, a staffing
agency.

      2.     I am not an insider of the debtors in the above-captioned
bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the
Debtors.

      3.     I am not, and have not been within two years before September 15,
2008, a director, officer, or employee of any of the Debtors.

      4.     I am not, and have not been within three years before September
15, 2008, an investment banker for any outstanding security for any of the Debtors.

      5.     I am not, and have not been within two years before September
2008, an investment banker for a security of any of the Debtors, or an attorney for any

such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of identified parties set forth in the Master Conflicts List.  Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list:

☐  I worked as a contract attorney for the following firms on matter unrelated to Lehman Brothers;

MA

☑  I have nothing relevant to disclose.

8.    If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _Man-a Lee_

Subscribed and sworn to before me
this 2nd day of November, 2009

_Notary Public_

**TANYA D. MCDUFFIE**
Notary Public, State of New York
No. 02MC6116012
Qualified in Kings County
Commission Expires September 20, 2012

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
                                              :
In re                                         :    Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.,*      :    08-13555 (JMP)
                                              :
                    Debtors                   :    (Jointly Administered)
                                              :
-----------------------------------------------------------------X

AFFIDAVIT AND DISCLOSURE STATEMENT OF *Jennifer Jurmark*

STATE OF *New York*              )
                                 ) ss:
COUNTY OF *New York*             )

*Jennifer Jurmark*, being duly sworn, upon his oath, deposes and says:

        1.      I am a lawyer admitted to practice in the State of *N.J.*.
I am not affiliated with any law firm. I am employed by *Strategic*, a staffing
agency.

        2.      I am not an insider of the debtors in the above-captioned
bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the
Debtors.

        3.      I am not, and have not been within two years before September 15,
2008, a director, officer, or employee of any of the Debtors.

        4.      I am not, and have not been within three years before September
15, 2008, an investment banker for any outstanding security for any of the Debtors.

        5.      I am not, and have not been within two years before September
2008, an investment banker for a security of any of the Debtors, or an attorney for any

such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.      I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.      I have reviewed the list of identified parties set forth in the Master Conflicts List.  Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list:

☒ I worked as a contract attorney for the following firms on matter unrelated to Lehman Brothers;

Paul Weiss
Sidly Austin
Heller Ehrman
Linklaters

☐ I have nothing relevant to disclose.

8.      If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By _____

Subscribed and sworn to before me
this 2nd day of November , 2009

_____
Notary Public

TANYA D. MCDUFFIE
Notary Public, State of New York
No. 02MC6116012
Qualified in Kings County
Commission Expires September 20, 20 12

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                              :

**In re**                             :       **Chapter 11 Case No.**
                              :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :       **08-13555 (JMP)**
                              :

               **Debtors**           :       **(Jointly Administered)**
                              :
-------------------------------------------------------------X

**AFFIDAVIT AND DISCLOSURE STATEMENT OF** _Nyreedawn Simpson_

**STATE OF** _New York_        )
                              ) ss:
**COUNTY OF** _New York_    )

_Nyreedawn Simpson_ , being duly sworn, upon his oath, deposes and says:

1.      I am a lawyer admitted to practice in the State of _New York_ . I am not affiliated with any law firm. I am employed by _Strategic Legal_ a staffing agency.

2.      I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the Debtors.

3.      I am not, and have not been within two years before September 15, 2008, a director, officer, or employee of any of the Debtors.

4.      I am not, and have not been within three years before September 15, 2008, an investment banker for any outstanding security for any of the Debtors.

5.      I am not, and have not been within two years before September 2008, an investment banker for a security of any of the Debtors, or an attorney for any

such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.       I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.       I have reviewed the list of identified parties set forth in the Master Conflicts List.  Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list:

☑ I worked as a contract attorney for the following firms on matter unrelated to Lehman Brothers;

Clifford Chance
Sidley Austin
Jones Day

☐ I have nothing relevant to disclose.

8.       If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this 2nd day of November, 2009

_____
Notary Public

TANYA D. MCDUFFIE
Notary Public, State of New York
No. 02MC6116012
Qualified in Kings County
Commission Expires September 20, 2012

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
                                   :

**In re**                            :      **Chapter 11 Case No.**
                                     :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :      **08-13555 (JMP)**
                                     :

              **Debtors**           :      **(Jointly Administered)**
                                     :
-------------------------------------------------------------X

**AFFIDAVIT AND DISCLOSURE STATEMENT OF** _Joy L. Santopietro_

**STATE OF** _New York_        )
                            ) ss:
**COUNTY OF** _New York_   )

_I, Joy L. Santopietro_, being duly sworn, upon his oath, deposes and says:

        1.      I am a lawyer admitted to practice in the State of _New York + M.A_
I am not affiliated with any law firm. I am employed by _Strategic Legal_, a staffing
agency.

        2.      I am not an insider of the debtors in the above-captioned
bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the
Debtors.

        3.      I am not, and have not been within two years before September 15,
2008, a director, officer, or employee of any of the Debtors.

        4.      I am not, and have not been within three years before September
15, 2008, an investment banker for any outstanding security for any of the Debtors.

        5.      I am not, and have not been within two years before September
2008, an investment banker for a security of any of the Debtors, or an attorney for any

such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of identified parties set forth in the Master Conflicts List. Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list:

☑ I worked as a contract attorney for the following firms on matter unrelated to Lehman Brothers;

Jones Day

☐ I have nothing relevant to disclose.

8.    If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this 2nd day of November , 2009

Notary Public

TANYA D. MCDUFFIE
Notary Public, State of New York
No. 02MC6116012
Qualified in Kings County
Commission Expires September 20, 20 12

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
                                  :

In re                                     :      Chapter 11 Case No.
                                  :

LEHMAN BROTHERS HOLDINGS INC., *et al.,*   :      08-13555 (JMP)
                                  :

              Debtors             :      (Jointly Administered)
                                  :
----------------------------------------------------------------X

AFFIDAVIT AND DISCLOSURE STATEMENT OF _Michael J Dallas_

STATE OF _New York_        )
                        ) ss:
COUNTY OF _New York_    )

_Michael J Dallas_, being duly sworn, upon his oath, deposes and says:

        1.     I am a lawyer admitted to practice in the State of _New York_.
I am not affiliated with any law firm. I am employed by _Strategic_, a staffing
agency.

        2.     I am not an insider of the debtors in the above-captioned
bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the
Debtors.

        3.     I am not, and have not been within two years before September 15,
2008, a director, officer, or employee of any of the Debtors.

        4.     I am not, and have not been within three years before September
15, 2008, an investment banker for any outstanding security for any of the Debtors.

        5.     I am not, and have not been within two years before September
2008, an investment banker for a security of any of the Debtors, or an attorney for any

such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.     I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.     I have reviewed the list of identified parties set forth in the Master Conflicts List. Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list:

☒ I worked as a contract attorney for the following firms on matter unrelated to Lehman Brothers;

LATHAM & WATKINS
MCDERMOTT WILL & EMERY

☐ I have nothing relevant to disclose.

8.     If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____
MICHAEL J DALLAS

Subscribed and sworn to before me
this 2nd day of November, 2009

_____
Notary Public

TANYA D. MCDUFFIE
**Notary Public, State of New York**
No. 02MC6116012
Qualified in Kings County
Commission Expires September 20, 20 12

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                          :

**In re**                              :      **Chapter 11 Case No.**
                                            :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*    :      **08-13555 (JMP)**
                                            :

                 **Debtors**              :      **(Jointly Administered)**
                                            :
-----------------------------------------------------------------X

**AFFIDAVIT AND DISCLOSURE STATEMENT OF** _Constance R. Thompson_

**STATE OF** _North Carolina_          )
                                   ) ss:
**COUNTY OF** _Mecklenburg_         )

_Constance R. Thompson_ , being duly sworn, upon his oath, deposes and says:

     1.      I am a lawyer admitted to practice in the State of _Ohio_ .
I am not affiliated with any law firm. I am employed by _Strategic Legal_ a staffing
agency.

     2.      I am not an insider of the debtors in the above-captioned
bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the
Debtors.

     3.      I am not, and have not been within two years before September 15,
2008, a director, officer, or employee of any of the Debtors.

     4.      I am not, and have not been within three years before September
15, 2008, an investment banker for any outstanding security for any of the Debtors.

     5.      I am not, and have not been within two years before September
2008, an investment banker for a security of any of the Debtors, or an attorney for any

such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of identified parties set forth in the Master Conflicts List.  Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list:

☒ I worked as a contract attorney for the following firms on matter unrelated to Lehman Brothers;

*Discover Ready / Strategic Legal Major Legal Services*

☐ I have nothing relevant to disclose.

8.    If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this _2_ day of _November_, 2009

_____
Notary Public

M ALLISON HAYWOOD
NOTARY PUBLIC
MECKLENBURG COUNTY, NC
My Commission Expires 5-17-2014

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
                                   :

In re                           :     Chapter 11 Case No.
                                   :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :     08-13555 (JMP)
                                   :

          Debtors           :     (Jointly Administered)
                                   :
---------------------------------------------------------------X

**AFFIDAVIT AND DISCLOSURE STATEMENT OF** _Mary Fall Wade_

**STATE OF** _North Carolina_ )
                       ) ss:
**COUNTY OF** _Mecklenburg_ )

_Mary Fall Wade_____, being duly sworn, upon his oath, deposes and says:

        1.      I am a lawyer admitted to practice in the State of _TX_____.
I am not affiliated with any law firm. I am employed by _Strategic Legal_ a staffing
agency.

        2.      I am not an insider of the debtors in the above-captioned
bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the
Debtors.

        3.      I am not, and have not been within two years before September 15,
2008, a director, officer, or employee of any of the Debtors.

        4.      I am not, and have not been within three years before September
15, 2008, an investment banker for any outstanding security for any of the Debtors.

        5.      I am not, and have not been within two years before September
2008, an investment banker for a security of any of the Debtors, or an attorney for any

such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

      6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

      7.    I have reviewed the list of identified parties set forth in the Master Conflicts List.  Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list:

    ☐ I worked as a contract attorney for the following firms on matter unrelated to Lehman Brothers;

    ☒ I have nothing relevant to disclose.

      8.    If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this 2 day of November , 2009

_____
Notary Public

M ALLISON HAYWOOD
NOTARY PUB ..
MECKLENBURG COUNTY, NC
My Commission Expires 5- ·· 2014

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------X

In re                                                : Chapter 11 Case No.
                                                     :
LEHMAN BROTHERS HOLDINGS INC., *et al.,*              : 08-13555 (JMP)
                                                     :
                            Debtors                  : (Jointly Administered)
                                                     :

--------------------------------------------------------------X

AFFIDAVIT AND DISCLOSURE STATEMENT OF ___Yuka Ito___

STATE OF ___North Carolina___   )
                                ) ss:
COUNTY OF ___Mecklenburg___     )

___Yuka Ito___, being duly sworn, upon his oath, deposes and says:

1.      I am a lawyer admitted to practice in the State of ___North Carolina___
I am not affiliated with any law firm.  I am employed by ___Strategic Legal___ a staffing
agency.

2.      I am not an insider of the debtors in the above-captioned
bankruptcy cases (the "Debtors").  I do not hold any claim, debt or equity security of the
Debtors.

3.      I am not, and have not been within two years before September 15,
2008, a director, officer, or employee of any of the Debtors.

4.      I am not, and have not been within three years before September
15, 2008, an investment banker for any outstanding security for any of the Debtors.

5.      I am not, and have not been within two years before September
2008, an investment banker for a security of any of the Debtors, or an attorney for any

such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of identified parties set forth in the Master Conflicts List. Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list:

    ☒ I worked as a contract attorney for the following firms on matter unrelated to Lehman Brothers;

        JP Morgan Chase
        Bank of America
        ABN Amro
        LaSalle National Bank
        KMG

                                                    Wachovia Bank
    ☐ I have nothing relevant to disclose.          Wells Fargo Co.

8.    If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this 2 day of November, 2009

_____
Notary Public

M ALLISON HAYWOOD
NOTARY PUBLIC
MECKLENBURG COUNTY, NC
My Commission Expires 5-17-2014

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :    08-13555 (JMP)
                                                            :
                              Debtors                       :    (Jointly Administered)
                                                            :
----------------------------------------------------------------X

AFFIDAVIT AND DISCLOSURE STATEMENT OF   _Aaron Sutton_

STATE OF  _North Carolina_          )
                                    ) ss:
COUNTY OF  _Mecklenburg_            )

_Aaron Sutton_____, being duly sworn, upon his oath, deposes and says:

       1.     I am a lawyer admitted to practice in the State of  _New Jersey_ .
I am not affiliated with any law firm.  I am employed by _Strategic_____, a staffing
agency.

       2.     I am not an insider of the debtors in the above-captioned
bankruptcy cases (the "Debtors").  I do not hold any claim, debt or equity security of the
Debtors.

       3.     I am not, and have not been within two years before September 15,
2008, a director, officer, or employee of any of the Debtors.

       4.     I am not, and have not been within three years before September
15, 2008, an investment banker for any outstanding security for any of the Debtors.

       5.     I am not, and have not been within two years before September
2008, an investment banker for a security of any of the Debtors, or an attorney for any

such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of identified parties set forth in the Master Conflicts List.  Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list:

☑ I worked as a contract attorney for the following firms on matter unrelated to Lehman Brothers; *Deloitte & Touche*

☐ I have nothing relevant to disclose.

8.    If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this *2* day of *November*, 2009

_____
Notary Public

M ALLISON HAYWOOD
NOTARY PUBLIC
MECKLENBURG COUNTY, NC
My Commission Expires 5-17-2014

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
In re                                                        :    Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                     :    08-13555 (JMP)
                                                             :
                       Debtors                               :    (Jointly Administered)
                                                             :
-------------------------------------------------------------X

AFFIDAVIT AND DISCLOSURE STATEMENT OF _Dustin McCrary_

STATE OF _North Carolina_        )
                                 ) ss:
COUNTY OF _Mecklenburg_          )

_Dustin McCrary_ , being duly sworn, upon his oath, deposes and says:

1.    I am a lawyer admitted to practice in the State of _North Carolina_
I am not affiliated with any law firm.  I am employed by _Strategic Legal_, a staffing

agency.

2.    I am not an insider of the debtors in the above-captioned

bankruptcy cases (the "Debtors").  I do not hold any claim, debt or equity security of the

Debtors.

3.    I am not, and have not been within two years before September 15,

2008, a director, officer, or employee of any of the Debtors.

4.    I am not, and have not been within three years before September

15, 2008, an investment banker for any outstanding security for any of the Debtors.

5.    I am not, and have not been within two years before September

2008, an investment banker for a security of any of the Debtors, or an attorney for any

such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

      6.     I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

      7.     I have reviewed the list of identified parties set forth in the Master Conflicts List.  Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list:

☐ I worked as a contract attorney for the following firms on matter unrelated to Lehman Brothers;

☑ I have nothing relevant to disclose.

      8.     If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this _2_ day of _November_, 2009

_____
Notary Public

M ALLISON HAYWOOD
NOTARY PUBLIC
MECKLENBURG COUNTY, NC
My Commission Expires 5-17-2014

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

In re                                          :      Chapter 11 Case No.
                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.,*       :      08-13555 (JMP)
                                               :
                    Debtors                    :      (Jointly Administered)
                                               :
------------------------------------------------------------X

AFFIDAVIT AND DISCLOSURE STATEMENT OF   _Nisha Williams_

STATE OF _North Carolina_        )
                                 ) ss:
COUNTY OF _Mecklenburg_          )

_Nisha Williams_____, being duly sworn, upon his oath, deposes and says:

     1.    I am a lawyer admitted to practice in the State of _North Carolina_

I am not affiliated with any law firm. I am employed by _Strategic Legal___, a staffing

agency.

     2.    I am not an insider of the debtors in the above-captioned

bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the

Debtors.

     3.    I am not, and have not been within two years before September 15,

2008, a director, officer, or employee of any of the Debtors.

     4.    I am not, and have not been within three years before September

15, 2008, an investment banker for any outstanding security for any of the Debtors.

     5.    I am not, and have not been within two years before September

2008, an investment banker for a security of any of the Debtors, or an attorney for any

such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of identified parties set forth in the Master Conflicts List.  Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list:

☐ I worked as a contract attorney for the following firms on matter unrelated to Lehman Brothers;

☒ I have nothing relevant to disclose.

8.    If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this _2_ day of _November_, 2009

_____
Notary Public

M ALLISON HAYWOOD
NOTARY PUBLIC
MECKLENBURG COUNTY, NC
My Commission Expires 5-17-2014