WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------x
                                                          :
**In re**                                                 :    **Chapter 11 Case No.**
                                                          :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*              :    **08-13555 (JMP)**
                                                          :
                              **Debtors.**                :    **(Jointly Administered)**
                                                          :
--------------------------------------------------------------------x

## NOTICE OF FILING OF AFFIDAVITS AND DISCLOSURE STATEMENTS IN CONNECTION WITH THE EMPLOYMENT OF HUDSON GLOBAL RESOURCES MANAGEMENT, INC. CONTRACT ATTORNEYS

By an order, dated September 1, 2009 (the "Order") [Docket No. 5037], the

United States Bankruptcy Court for the Southern District of New York authorized Lehman

Brothers Holdings Inc. and its affiliated debtors (collectively, the "Debtors") in the above-

referenced chapter 11 cases to employ Hudson Global Resources Management, Inc. ("Hudson")

as provider of contract attorneys.

            **PLEASE TAKE NOTICE** that in accordance with the Order, attached hereto as

Exhibit A, are the affidavits and disclosure statements of the Hudson contract attorneys who will

be providing document review services to the Debtors (the "Contract Attorneys") certifying that

they do not represent or hold any interest adverse to the Debtors or their estates.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order, the Debtors will serve this Notice on (i) the Office of the United States Trustee and (ii) the attorneys for the Official Committee of Unsecured Creditors appointed in these chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order, objections, if any, to the retention of the Contract Attorneys shall be filed with the Court and served upon the undersigned attorney for the Debtors within 10 days of the date of service of this Notice.  Unless timely objections are received, the retention, employment, and compensation of the Contract Attorneys shall be deemed approved as of the date of this filing without the need for a hearing and without further order from the Court.

Dated: November 3, 2009
       New York, New York

/s/ Richard P. Krasnow
Richard P. Krasnow

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

## Exhibit A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

|  |  |  |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
|  | : |  |
| **Debtors.** | : | **(Jointly Administered)** |
|  | : |  |

---------------------------------------------------------------x

## AFFIDAVIT AND DISCLOSURE STATEMENT OF Robert Atkins

STATE OF New York )
) ss:
COUNTY OF New York )

Robert Atkins, being duly sworn, upon his oath, deposes and says:

1.    I am a lawyer admitted to practice in the State of NY . I am not affiliated with any law firm. I am employed by Hudson , a staffing agency.

2.    I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the Debtors.

3.    I am not, and have not been within two years before September 15, 2008, a director, officer, or employee of any of the Debtors.

4.    I am not, and have not been within three years before September 15, 2008, an investment banker for any outstanding security of any of the Debtors.

5.    I am not, and have not been within two years before September 15, 2008, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of identified parties set forth in the Master Conflicts List.  Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list: [i.e. "I worked as a contract attorney for _____ on matters unrelated to Lehman Brothers" or I have nothing relevant to disclose."]  *I have nothing relevant to disclose*

8.    If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me this *21* day of *Sept.*, 2009

*Claire Del Medico*
Notary Public

CLAIRE DEL MEDICO
Notary Public, State of N.J.
No. 2074121
Qualified in Somerset County
Commission Expires: July 19, 2011

ERROR! UNKNOWN DOCUMENT PROPERTY NAME.        2

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

In re                                                  :       Chapter 11 Case No.

                                                       :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,               :       08-13555 (JMP)

                                                       :

                              Debtors.                 :       (Jointly Administered)

                                                       :

-----------------------------------------------------------------x

### AFFIDAVIT AND DISCLOSURE STATEMENT OF *SAM BAHARVAR*

STATE OF *NEW YORK*          )

                             ) ss:

COUNTY OF *NEW YORK*         )

     *SAM BAHARVAR*, being duly sworn, upon his oath, deposes and says:

    1.    I am a lawyer admitted to practice in the State of *NEW YORK*. I am not affiliated with any law firm. I am employed by *HUDSON*, a staffing agency.

    2.    I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the Debtors.

    3.    I am not, and have not been within two years before September 15, 2008, a director, officer, or employee of any of the Debtors.

    4.    I am not, and have not been within three years before September 15, 2008, an investment banker for any outstanding security of any of the Debtors.

    5.    I am not, and have not been within two years before September 15, 2008, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of identified parties set forth in the Master Conflicts List.  Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list: [i.e. "I worked as a contract attorney for _____ on matters unrelated to Lehman Brothers" or I have nothing relevant to disclose."]    *I have nothing relevant to disclose (SB)*

8.    If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By:  _____

Subscribed and sworn to before me
this _21_ day of _Sept._, 2009

_Claire Del Medico_
Notary Public

CLAIRE DEL MEDICO
Notary Public, State of N.J.
No. 2074121
Qualified in Somerset County
Commission Expires: July 19, 2011

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
                :

In re                :    **Chapter 11 Case No.**
                :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*  :    **08-13555 (JMP)**
                :

           **Debtors.**    :    **(Jointly Administered)**
                :
                :
-----------------------------------------------------------------x

**AFFIDAVIT AND DISCLOSURE STATEMENT OF** _Johann Baldwin_

STATE OF _New York_     )
                  ) ss:
COUNTY OF _New York_   )

    _Johann Baldwin_, being duly sworn, upon his oath, deposes and says:

    1.    I am a lawyer admitted to practice in the State of _N.Y._ . I am not affiliated with any law firm. I am employed by _Hudson_, a staffing agency.

    2.    I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the Debtors.

    3.    I am not, and have not been within two years before September 15, 2008, a director, officer, or employee of any of the Debtors.

    4.    I am not, and have not been within three years before September 15, 2008, an investment banker for any outstanding security of any of the Debtors.

    5.    I am not, and have not been within two years before September 15, 2008, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.      I do not have any connections with (a) any Bankruptcy Judge of the
United States Bankruptcy Court for the Southern District of New York, (b) the United States
Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.      I have reviewed the list of identified parties set forth in the Master
Conflicts List.  Based upon my review of that list, I hereby disclose the following connections
to parties set forth on that list: [i.e. "I worked as a contract attorney for _____ on matters
unrelated to Lehman Brothers" or I have nothing relevant to disclose."]

8.      If I should discover any facts bearing on the matters described herein, I
will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this 22 day of Sept, 2009

_____
        Notary Public

CLAIRE DEL MEDICO
Notary Public, State of N.J.
No. 2074121
Qualified in Somerset County
Commission Expires: July 19, 2011

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

| | |
|---|---|
| In re : | **Chapter 11 Case No.** |
| : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* : | **08-13555 (JMP)** |
| : | |
| Debtors. : | **(Jointly Administered)** |
| : | |

-----------------------------------------------------------------x

### AFFIDAVIT AND DISCLOSURE STATEMENT OF _LINDA  A.  BROWN_

STATE OF _New York_       )
                                                    ) ss:
COUNTY OF _New York_    )

_Linda A. Brown_, being duly sworn, upon his oath, deposes and says:

1.      I am a lawyer admitted to practice in the State of _NY_ . I am not affiliated with any law firm. I am employed by _Hudson_ , a staffing agency.

2.      I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the Debtors.

3.      I am not, and have not been within two years before September 15, 2008, a director, officer, or employee of any of the Debtors.

4.      I am not, and have not been within three years before September 15, 2008, an investment banker for any outstanding security of any of the Debtors.

5.      I am not, and have not been within two years before September 15, 2008, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

ERROR! UNKNOWN DOCUMENT PROPERTY NAME.

6.      I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.      I have reviewed the list of identified parties set forth in the Master Conflicts List. Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list: [i.e. "~~I worked as a contract attorney for~~ _____ ~~on matters unrelated to Lehman Brothers~~" or "I have nothing relevant to disclose."]

8.      If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _La Brown._

Subscribed and sworn to before me
this 22 day of Sept., 2009

_____
Notary Public

CLAIRE DEL MEDICO
Notary Public, State of N.J.
No. 2074121
Qualified in Somerset County
Commission Expires: July 19, 2011

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                                :

**In re**                     :     **Chapter 11 Case No.**
                                :

**LEHMAN BROTHERS HOLDINGS INC., *et al.*,**   :     **08-13555 (JMP)**
                                :

             **Debtors.**        :     **(Jointly Administered)**
                                :
------------------------------------------------------------x

**AFFIDAVIT AND DISCLOSURE STATEMENT OF** <u>Richard Budd</u>

STATE OF <u>NY</u>       )
                         ) ss:
COUNTY OF <u>NY</u>   )

    <u>Richard Budd</u>, being duly sworn, upon his oath, deposes and says:

    1.    I am a lawyer admitted to practice in the State of <u>NY</u>. I am not

affiliated with any law firm. I am employed by <u>Hudson</u>, a staffing agency.

    2.    I am not an insider of the debtors in the above-captioned bankruptcy cases

(the "Debtors"). I do not hold any claim, debt or equity security of the Debtors.

    3.    I am not, and have not been within two years before September 15, 2008,

a director, officer, or employee of any of the Debtors.

    4.    I am not, and have not been within three years before September 15, 2008,

an investment banker for any outstanding security of any of the Debtors.

    5.    I am not, and have not been within two years before September 15, 2008,

an investment banker for a security of any of the Debtors, or an attorney for any such

investment banker in connection with the offer, sale, or issuance of a security for any of the

Debtors.

ERROR! UNKNOWN DOCUMENT PROPERTY NAME.

6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of identified parties set forth in the Master Conflicts List. Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list: [i.e. "I worked as a contract attorney for _____ on matters unrelated to Lehman Brothers" or I have nothing relevant to disclose."] *I have nothing relevant to disclose.*

8.    If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this *21* day of *Sept.*, 2009

*Claire Del Medico*
     Notary Public

CLAIRE DEL MEDICO
Notary Public, State of N.J.
No. 2074121
Qualified in Somerset County
Commission Expires: July 19, 2011

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                      :

**In re**                         :      **Chapter 11 Case No.**
                                        :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :      **08-13555 (JMP)**
                                        :

                 **Debtors.**       :      **(Jointly Administered)**
                                        :

-------------------------------------------------------------x

**AFFIDAVIT AND DISCLOSURE STATEMENT OF** *Christine Carpenter*

STATE OF _New York_        )
                            ) ss:
COUNTY OF _New York_   )

    *Christine Carpenter*, being duly sworn, upon his oath, deposes and says:

    1.     I am a lawyer admitted to practice in the State of _NJ_. I am not affiliated with any law firm. I am employed by _Hudson_, a staffing agency.

    2.     I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the Debtors.

    3.     I am not, and have not been within two years before September 15, 2008, a director, officer, or employee of any of the Debtors.

    4.     I am not, and have not been within three years before September 15, 2008, an investment banker for any outstanding security of any of the Debtors.

    5.     I am not, and have not been within two years before September 15, 2008, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of identified parties set forth in the Master Conflicts List.  Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list: [i.e. "I worked as a contract attorney for _____ on matters unrelated to Lehman Brothers" or I have nothing relevant to disclose."] *I have nothing relevant to disclose.*

8.    If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this 22 day of *Sept.*, 2009

_____
Notary Public

CLAIRE DEL MEDICO
Notary Public, State of N.J.
No. 2074121
Qualified in Somerset County
Commission Expires: July 19, 2011

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                                                    :
In re                                               :    **Chapter 11 Case No.**
                                                    :
**LEHMAN BROTHERS HOLDINGS INC., _et al._,**         :    **08-13555 (JMP)**
                                                    :
                         Debtors.                   :    **(Jointly Administered)**
                                                    :
------------------------------------------------------------x

**AFFIDAVIT AND DISCLOSURE STATEMENT OF** _Stephen Dennehy_

STATE OF _New York_         )
                           ) ss:
COUNTY OF _New York_        )

        _Stephen Dennehy_ being duly sworn, upon his oath, deposes and says:

        1.      I am a lawyer admitted to practice in the State of _New York_. I am not

affiliated with any law firm. I am employed by _Hudson_ , a staffing agency.

        2.      I am not an insider of the debtors in the above-captioned bankruptcy cases

(the "Debtors"). I do not hold any claim, debt or equity security of the Debtors.

        3.      I am not, and have not been within two years before September 15, 2008,

a director, officer, or employee of any of the Debtors.

        4.      I am not, and have not been within three years before September 15, 2008,

an investment banker for any outstanding security of any of the Debtors.

        5.      I am not, and have not been within two years before September 15, 2008,

an investment banker for a security of any of the Debtors, or an attorney for any such

investment banker in connection with the offer, sale, or issuance of a security for any of the

Debtors.

6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of identified parties set forth in the Master Conflicts List.  Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list: [i.e. "I worked as a contract attorney for _____ on matters unrelated to Lehman Brothers" or I have nothing relevant to disclose."] *Nothing Relevant to disclose*

8.    If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this _21_ day of _Sept_, 2009

_Claire Del Medico_
Notary Public

CLAIRE DEL MEDICO
Notary Public, State of N.J.
No. 2074121
Qualified in Somerset County
Commission Expires: July 19, 2011

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
In re                                                       :        **Chapter 11 Case No.**
                                                            :
**LEHMAN BROTHERS HOLDINGS INC., et al.,**                  :        **08-13555 (JMP)**
                                                            :
                                      **Debtors.**          :        **(Jointly Administered)**
                                                            :
------------------------------------------------------------x

### AFFIDAVIT AND DISCLOSURE STATEMENT OF _TONY DUNN_

STATE OF ___NY___          )
                           ) ss:
COUNTY OF ___NY___         )

    _TONY DUNN_, being duly sworn, upon his oath, deposes and says:

    1.    I am a lawyer admitted to practice in the State of _NY/NJ_ I am not affiliated with any law firm. I am employed by ___HUDSON___, a staffing agency.

    2.    I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the Debtors.

    3.    I am not, and have not been within two years before September 15, 2008, a director, officer, or employee of any of the Debtors.

    4.    I am not, and have not been within three years before September 15, 2008, an investment banker for any outstanding security of any of the Debtors.

    5.    I am not, and have not been within two years before September 15, 2008, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.     I do not have any connections with (a) any Bankruptcy Judge of the
United States Bankruptcy Court for the Southern District of New York, (b) the United States
Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.     I have reviewed the list of identified parties set forth in the Master
Conflicts List.  Based upon my review of that list, I hereby disclose the following connections
to parties set forth on that list: [i.e. "I worked as a contract attorney for _____ on matters
unrelated to Lehman Brothers" or "I have nothing relevant to disclose."]

8.     If I should discover any facts bearing on the matters described herein, I
will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this *21* day of *Sept*, 2009

_____
Notary Public

CLAIRE DEL MEDICO
Notary Public, State of N.J.
No. 2074121
Qualified in Somerset County
Commission Expires: July 19, 2011

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC., *et al.*,** | : | **08-13555 (JMP)** |
|  | : |  |
| Debtors. | : | **(Jointly Administered)** |
|  | : |  |

-------------------------------------------------------------x

**AFFIDAVIT AND DISCLOSURE STATEMENT OF** *Kavin L. Edwards*

STATE OF _New York_          )

                                        ) ss:

COUNTY OF _New York_      )

_Kavin L. Edwards_, being duly sworn, upon his oath, deposes and says:

1.     I am a  lawyer admitted to practice in the State of _NY_ . I am not affiliated with any law firm.  I am employed by _Hudson_ , a staffing agency.

2.     I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors").  I do not hold any claim, debt or equity security of the Debtors.

3.     I am not, and have not been within two years before September 15, 2008, a director, officer, or employee of any of the Debtors.

4.     I am not, and have not been within three years before September 15, 2008, an investment banker for any outstanding security of any of the Debtors.

5.     I am not, and have not been within two years before September 15, 2008, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

ERROR! UNKNOWN DOCUMENT PROPERTY NAME.

6.     I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.     I have reviewed the list of identified parties set forth in the Master Conflicts List.  Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list: [i.e. "I worked as a contract attorney for _____ on matters unrelated to Lehman Brothers" or I have nothing relevant to disclose."]  *I HAVE NOTHING RELEVANT TO DISCLOSE*

8.     If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this _21_ day of _Sept_ , 2009

_Claire Del Medico_
Notary Public

CLAIRE DEL MEDICO
Notary Public, State of N.J.
No. 2074121
Qualified in Somerset County
Commission Expires: July 19, 2011

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                            :
In re                                       :     **Chapter 11 Case No.**
                                            :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :     **08-13555 (JMP)**
                                            :
                           **Debtors.**     :     **(Jointly Administered)**
                                            :
-------------------------------------------------------------x

## AFFIDAVIT AND DISCLOSURE STATEMENT OF _MENA ELOHOR ENAOHWO_

STATE OF _NEW YORK_                 )
                                    ) ss:
COUNTY OF _NEW YORK_                 )

_MENA ELOHOR ENAOHWO_ , being duly sworn, upon his oath, deposes and says:

      1.    I am a lawyer admitted to practice in the State of _NEW YORK_ I am not affiliated with any law firm. I am employed by _Hudson Legal_ a staffing agency.

      2.    I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the Debtors.

      3.    I am not, and have not been within two years before September 15, 2008, a director, officer, or employee of any of the Debtors.

      4.    I am not, and have not been within three years before September 15, 2008, an investment banker for any outstanding security of any of the Debtors.

      5.    I am not, and have not been within two years before September 15, 2008, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

ERROR! UNKNOWN DOCUMENT PROPERTY NAME.

6.     I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.     I have reviewed the list of identified parties set forth in the Master Conflicts List. Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list: [i.e. "I worked as a contract attorney for _____ on matters unrelated to Lehman Brothers" or "I have nothing relevant to disclose."]

8.     If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this 21 day of Sept., 2009

_____
Notary Public

CLAIRE DEL MEDICO
Notary Public, State of N.J.
No. 2074121
Qualified in Somerset County
Commission Expires: July 19, 2011

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                    :
In re                                               :    **Chapter 11 Case No.**
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,        :    **08-13555 (JMP)**
                                                    :
                              **Debtors.**          :    **(Jointly Administered)**
                                                    :
-----------------------------------------------------------------x

## AFFIDAVIT AND DISCLOSURE STATEMENT OF  Jennifer Fraidstern

STATE OF  New York          )
                            ) ss:
COUNTY OF  New York         )

   Jennifer Fraidstern, being duly sworn, upon his oath, deposes and says:

   1.    I am a  lawyer admitted to practice in the State of New York  I am not affiliated with any law firm. I am employed by  Hudson , a staffing agency.

   2.    I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the Debtors.

   3.    I am not, and have not been within two years before September 15, 2008, a director, officer, or employee of any of the Debtors.

   4.    I am not, and have not been within three years before September 15, 2008, an investment banker for any outstanding security of any of the Debtors.

   5.    I am not, and have not been within two years before September 15, 2008, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

ERROR! UNKNOWN DOCUMENT PROPERTY NAME.

6.     I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.     I have reviewed the list of identified parties set forth in the Master Conflicts List. Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list: [i.e. "I worked as a contract attorney for _____ on matters unrelated to Lehman Brothers" or I have nothing relevant to disclose."] *I have nothing relevant to disclose*

8.     If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this _21_ day of _Sept_ , 2009

_____
Notary Public

CLAIRE DEL MEDICO
Notary Public, State of N.J.
No. 2074121
Qualified in Somerset County
Commission Expires: July 19, 2011

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                                             :
In re                                                        :    **Chapter 11 Case No.**
                                                             :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*                 :    **08-13555 (JMP)**
                                                             :
                        **Debtors.**                         :    **(Jointly Administered)**
                                                             :
-------------------------------------------------------------x

AFFIDAVIT AND DISCLOSURE STATEMENT OF  Alisa Geller

STATE OF New York        )
                         ) ss:
COUNTY OF New York       )

Alisa Geller        , being duly sworn, upon his oath, deposes and says:

1.    I am a lawyer admitted to practice in the State of NY/NJ. I am not affiliated with any law firm.  I am employed by Hudson, a staffing agency.

2.    I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors").  I do not hold any claim, debt or equity security of the Debtors.

3.    I am not, and have not been within two years before September 15, 2008, a director, officer, or employee of any of the Debtors.

4.    I am not, and have not been within three years before September 15, 2008, an investment banker for any outstanding security of any of the Debtors.

5.    I am not, and have not been within two years before September 15, 2008, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

ERROR! UNKNOWN DOCUMENT PROPERTY NAME.

6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of identified parties set forth in the Master Conflicts List. Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list: [i.e. "I worked as a contract attorney for _____ on matters unrelated to Lehman Brothers" or I have nothing relevant to disclose."] *I have nothing relevant to disclose.*

8.    If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this 21 day of Sept, 2009

_____
Notary Public

CLAIRE DEL MEDICO
Notary Public, State of N.J.
No. 2074121
Qualified in Somerset County
Commission Expires: July 19, 2011

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                              :
In re                                         :        Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,      :        08-13555 (JMP)
                                              :
                          Debtors.            :        (Jointly Administered)
                                              :
------------------------------------------------------------x

## AFFIDAVIT AND DISCLOSURE STATEMENT OF _Meir Gerstein_

STATE OF ___N Y___                )
                                  ) ss:
COUNTY OF ___N Y___               )

_Meir Gerstein_____, being duly sworn, upon his oath, deposes and says:

1.    I am a lawyer admitted to practice in the State of __N Y__. I am not affiliated with any law firm. I am employed by __Hudson__, a staffing agency.

2.    I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the Debtors.

3.    I am not, and have not been within two years before September 15, 2008, a director, officer, or employee of any of the Debtors.

4.    I am not, and have not been within three years before September 15, 2008, an investment banker for any outstanding security of any of the Debtors.

5.    I am not, and have not been within two years before September 15, 2008, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of identified parties set forth in the Master Conflicts List.  Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list: [i.e. "I worked as a contract attorney for _____ on matters unrelated to Lehman Brothers" or I have nothing relevant to disclose."]

8.    If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this 21 day of Sept , 2009

_____
    Notary Public


CLAIRE DEL MEDICO
Notary Public, State of N.J.
No. 2074121
Qualified in Somerset County
Commission Expires: July 19, 2011

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                              :
In re                                         :        **Chapter 11 Case No.**
                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*  :        **08-13555 (JMP)**
                                              :
               Debtors.                       :        **(Jointly Administered)**
                                              :
-------------------------------------------------------------x

AFFIDAVIT AND DISCLOSURE STATEMENT OF  <u>Dana Hill</u>

STATE OF <u>New York</u>  )
                                     ) ss:
COUNTY OF <u>New York</u>  )

   <u>Dana Hill</u>, being duly sworn, upon his oath, deposes and says:

   1.    I am a lawyer admitted to practice in the State of <u>NY</u>. I am not affiliated with any law firm. I am employed by <u>Hudson</u>, a staffing agency.

   2.    I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the Debtors.

   3.    I am not, and have not been within two years before September 15, 2008, a director, officer, or employee of any of the Debtors.

   4.    I am not, and have not been within three years before September 15, 2008, an investment banker for any outstanding security of any of the Debtors.

   5.    I am not, and have not been within two years before September 15, 2008, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.    I do not have any connections with (a) any Bankruptcy Judge of the

United States Bankruptcy Court for the Southern District of New York, (b) the United States

Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of identified parties set forth in the Master

Conflicts List. Based upon my review of that list, I hereby disclose the following connections

to parties set forth on that list: [i.e. "I worked as a contract attorney for _____ on matters

unrelated to Lehman Brothers" or I have nothing relevant to disclose."] *I have nothing relevant to disclose.*

8.    If I should discover any facts bearing on the matters described herein, I

will supplement the information contained in this Affidavit

By: _____

Subscribed and sworn to before me
this _21_ day of _Sept_, 2009

_____
Notary Public

CLAIRE DEL MEDICO
Notary Public, State of N.J.
No. 2074121
Qualified in Somerset County
Commission Expires: July 19, 2011

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                            :
In re                                       :    **Chapter 11 Case No.**
                                            :
**LEHMAN BROTHERS HOLDINGS INC., et al.,**  :    **08-13555 (JMP)**
                                            :
                              Debtors.      :    **(Jointly Administered)**
                                            :
-------------------------------------------------------------x

### AFFIDAVIT AND DISCLOSURE STATEMENT OF _SHERI HIRSH_

STATE OF _New York_     )
                        ) ss:
COUNTY OF _N.Y._        )

_Sheri Hirsh_ , being duly sworn, upon his oath, deposes and says:

1.    I am a lawyer admitted to practice in the State of _N.Y._. I am not affiliated with any law firm. I am employed by _Hudson_, a staffing agency.

2.    I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the Debtors.

3.    I am not, and have not been within two years before September 15, 2008, a director, officer, or employee of any of the Debtors.

4.    I am not, and have not been within three years before September 15, 2008, an investment banker for any outstanding security of any of the Debtors.

5.    I am not, and have not been within two years before September 15, 2008, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

ERROR! UNKNOWN DOCUMENT PROPERTY NAME.

6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of identified parties set forth in the Master Conflicts List. Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list: [i.e. "I worked as a contract attorney for _____ on matters unrelated to Lehman Brothers" or "I have nothing relevant to disclose."]

8.    If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this 22 day of Sept , 2009

_____
Notary Public

CLAIRE DEL MEDICO
Notary Public, State of N.J.
No. 2074121
Qualified in Somerset County
Commission Expires: July 19, 2011

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                        :
In re                                   :        **Chapter 11 Case No.**
                                        :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*    :        **08-13555 (JMP)**
                                        :
                            **Debtors.**    :        **(Jointly Administered)**
                                        :
------------------------------------------------------------x

**AFFIDAVIT AND DISCLOSURE STATEMENT OF** William Fretz Jarrett Jr

STATE OF _____NY_____    )
                                        ) ss:
COUNTY OF _____NY_____    )

William Fretz Jarrett, being duly sworn, upon his oath, deposes and says:

   1.    I am a lawyer admitted to practice in the State of MA. I am not affiliated with any law firm. I am employed by Hudson, a staffing agency.

   2.    I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the Debtors.

   3.    I am not, and have not been within two years before September 15, 2008, a director, officer, or employee of any of the Debtors.

   4.    I am not, and have not been within three years before September 15, 2008, an investment banker for any outstanding security of any of the Debtors.

   5.    I am not, and have not been within two years before September 15, 2008, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

ERROR! UNKNOWN DOCUMENT PROPERTY NAME.

6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of identified parties set forth in the Master Conflicts List. Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list: [i.e. "I worked as a contract attorney for _____ on matters unrelated to Lehman Brothers" or I have nothing relevant to disclose."]

8.    If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this 21 day of Sept. , 2009

_____
Notary Public

CLAIRE DEL MEDICO
Notary Public, State of N.J.
No. 2074121
Qualified in Somerset County
Commission Expires: July 19, 2011

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                            :
**In re**                                                   :        **Chapter 11 Case No.**
                                                            :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*                :        **08-13555 (JMP)**
                                                            :
**Debtors.**                                                :        **(Jointly Administered)**
                                                            :
-----------------------------------------------------------------x

### AFFIDAVIT AND DISCLOSURE STATEMENT OF _Marquette Jones_

STATE OF _New York_        )
                           ) ss:
COUNTY OF _New York_       )

    _Marquette Jones_, being duly sworn, upon his oath, deposes and says:

    1.    I am a lawyer admitted to practice in the State of _California_ I am not affiliated with any law firm. I am employed by _Hudson_, a staffing agency.

    2.    I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the Debtors.

    3.    I am not, and have not been within two years before September 15, 2008, a director, officer, or employee of any of the Debtors.

    4.    I am not, and have not been within three years before September 15, 2008, an investment banker for any outstanding security of any of the Debtors.

    5.    I am not, and have not been within two years before September 15, 2008, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of identified parties set forth in the Master Conflicts List.  Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list: [i.e. "I worked as a contract attorney for _____ on matters unrelated to Lehman Brothers" or "I have nothing relevant to disclose."]

8.    If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this _2/_ day of _Sept._, 2009

_____
Notary Public

CLAIRE DEL MEDICO
Notary Public, State of N.J.
No. 2074121
Qualified in Somerset County
Commission Expires: July 19, 2011

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                  :

**In re**                         :    **Chapter 11 Case No.**

                                :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :    **08-13555 (JMP)**

                                :

              **Debtors.**     :    **(Jointly Administered)**

                                :

------------------------------------------------------------x

**AFFIDAVIT AND DISCLOSURE STATEMENT OF**   BIC KANAYJORN

STATE OF NEW YORK    )
                         ) ss:
COUNTY OF NEW YORK    )

       BIC KANAYJORN being duly sworn, upon his oath, deposes and says:

    1.    I am a lawyer admitted to practice in the State of NY. I am not affiliated with any law firm. I am employed by HUDSON, a staffing agency.

    2.    I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the Debtors.

    3.    I am not, and have not been within two years before September 15, 2008, a director, officer, or employee of any of the Debtors.

    4.    I am not, and have not been within three years before September 15, 2008, an investment banker for any outstanding security of any of the Debtors.

    5.    I am not, and have not been within two years before September 15, 2008, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.     I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.     I have reviewed the list of identified parties set forth in the Master Conflicts List.  Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list: [i.e. "I worked as a contract attorney for _____ on matters unrelated to Lehman Brothers" or I have nothing relevant to disclose."]

8.     If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this 22 day of Sept ., 2009

_____
Notary Public

CLAIRE DEL MEDICO
Notary Public, State of N.J.
No. 2074121
Qualified in Somerset County
Commission Expires: July 19, 2011

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                              :
In re                                         :     **Chapter 11 Case No.**
                                              :
**LEHMAN BROTHERS HOLDINGS INC., _et al._,**  :     **08-13555 (JMP)**
                                              :
             **Debtors.**                     :     **(Jointly Administered)**
                                              :
---------------------------------------------------------------x

## AFFIDAVIT AND DISCLOSURE STATEMENT OF STEVE A. KARAGIANNAKIS

STATE OF _N.Y._      )
                     ) ss:
COUNTY OF _N.Y._     )

STEVE A. KARAGIANNAKIS, being duly sworn, upon his oath, deposes and says:

1.    I am a lawyer admitted to practice in the State of _NY_. I am not affiliated with any law firm. I am employed by _HUDSON_, a staffing agency.

2.    I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the Debtors.

3.    I am not, and have not been within two years before September 15, 2008, a director, officer, or employee of any of the Debtors.

4.    I am not, and have not been within three years before September 15, 2008, an investment banker for any outstanding security of any of the Debtors.

5.    I am not, and have not been within two years before September 15, 2008, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.    I do not have any connections with (a) any Bankruptcy Judge of the
United States Bankruptcy Court for the Southern District of New York, (b) the United States
Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of identified parties set forth in the Master
Conflicts List. Based upon my review of that list, I hereby disclose the following connections
to parties set forth on that list: [i.e. "I worked as a contract attorney for _____ on matters
unrelated to Lehman Brothers" or I have nothing relevant to disclose."]

8.    If I should discover any facts bearing on the matters described herein, I
will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this 22 day of Apt. , 2009

_____
Notary Public

CLAIRE DEL MEDICO
Notary Public, State of N.J.
No. 2074121
Qualified in Somerset County
Commission Expires: July 19, 2011

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                     :

In re                     :       **Chapter 11 Case No.**
                     :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*  :      **08-13555 (JMP)**
                     :

           **Debtors.**    :      **(Jointly Administered)**
                     :
------------------------------------------------------------x

**AFFIDAVIT AND DISCLOSURE STATEMENT OF** _TSHAKA LAFAYETTE_

STATE OF _NEW YORK_   )
                   ) ss:
COUNTY OF _NEW YORK_  )

    _TSHAKA LAFAYETTE_, being duly sworn, upon his oath, deposes and says:

    1.    I am a lawyer admitted to practice in the State of _PA_. I am not affiliated with any law firm. I am employed by _Hudson_, a staffing agency.

    2.    I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the Debtors.

    3.    I am not, and have not been within two years before September 15, 2008, a director, officer, or employee of any of the Debtors.

    4.    I am not, and have not been within three years before September 15, 2008, an investment banker for any outstanding security of any of the Debtors.

    5.    I am not, and have not been within two years before September 15, 2008, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

ERROR! UNKNOWN DOCUMENT PROPERTY NAME.

6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of identified parties set forth in the Master Conflicts List. Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list: [i.e. "I worked as a contract attorney for _____ on matters unrelated to Lehman Brothers" or I have nothing relevant to disclose."]

8.    If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this 22 day of Sept ; 2009

_____
Notary Public

CLAIRE DEL MEDICO
Notary Public, State of N.J.
No. 2074121
Qualified in Somerset County
Commission Expires: July 19, 2011

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
                             :

In re                       :     Chapter 11 Case No.
                             :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :     08-13555 (JMP)
                             :

           Debtors.       :     (Jointly Administered)
                             :

-------------------------------------------------------------x

AFFIDAVIT AND DISCLOSURE STATEMENT OF _AARON LESLIE_

STATE OF _NEW YORK_    )
                      ) ss:
COUNTY OF _NEW YORK_  )

     _AARON LESLIE_ , being duly sworn, upon his oath, deposes and says:

     1.    I am a lawyer admitted to practice in the State of _INDIANA_ I am not

affiliated with any law firm. I am employed by __Hudson__ , a staffing agency.

     2.    I am not an insider of the debtors in the above-captioned bankruptcy cases

(the "Debtors"). I do not hold any claim, debt or equity security of the Debtors.

     3.    I am not, and have not been within two years before September 15, 2008,

a director, officer, or employee of any of the Debtors.

     4.    I am not, and have not been within three years before September 15, 2008,

an investment banker for any outstanding security of any of the Debtors.

     5.    I am not, and have not been within two years before September 15, 2008,

an investment banker for a security of any of the Debtors, or an attorney for any such

investment banker in connection with the offer, sale, or issuance of a security for any of the

Debtors.

ERROR! UNKNOWN DOCUMENT PROPERTY NAME.

6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of identified parties set forth in the Master Conflicts List. Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list: [i.e. "I worked as a contract attorney for _____ on matters unrelated to Lehman Brothers" or I have nothing relevant to disclose."]  *I HAVE NOTHING RELEVANT TO DISCLOSE*

8.    If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this ___ day of _____, 2009

_____
Notary Public

CLAIRE DEL MEDICO
Notary Public, State of N.J.
No. 2074121
Qualified in Somerset County
Commission Expires: July 19, 2011

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                                 :
In re                                                            :     **Chapter 11 Case No.**
                                                                 :
**LEHMAN BROTHERS HOLDINGS INC., *et al.*,**                     :     **08-13555 (JMP)**
                                                                 :
                                   **Debtors.**                  :     **(Jointly Administered)**
                                                                 :
-----------------------------------------------------------------x

### AFFIDAVIT AND DISCLOSURE STATEMENT OF Anne Levin

STATE OF New York                )
                                 ) ss:
COUNTY OF New York               )

    Anne Levin _____, being duly sworn, upon his oath, deposes and says:

    1.    I am a lawyer admitted to practice in the State of NY (A, DC. I am not affiliated with any law firm. I am employed by Hudson _____, a staffing agency.

    2.    I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the Debtors.

    3.    I am not, and have not been within two years before September 15, 2008, a director, officer, or employee of any of the Debtors.

    4.    I am not, and have not been within three years before September 15, 2008, an investment banker for any outstanding security of any of the Debtors.

    5.    I am not, and have not been within two years before September 15, 2008, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

ERROR! UNKNOWN DOCUMENT PROPERTY NAME.

6.     I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.     I have reviewed the list of identified parties set forth in the Master Conflicts List.  Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list: [i.e. "I worked as a contract attorney for _____ on matters unrelated to Lehman Brothers" or I have nothing relevant to disclose."] I have nothing relevant to disclose.

8.     If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this 21 day of Sept, 2009

_____
Notary Public

CLAIRE DEL MEDICO
Notary Public, State of N.J.
No. 2074121
Qualified in Somerset County
Commission Expires: July 19, 2011

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                                             :
In re                                                        :     **Chapter 11 Case No.**
                                                             :
**LEHMAN BROTHERS HOLDINGS INC., *et al.*,**                 :     **08-13555 (JMP)**
                                                             :
                                    **Debtors.**             :     **(Jointly Administered)**
                                                             :
                                                             :
-------------------------------------------------------------x

**AFFIDAVIT AND DISCLOSURE STATEMENT OF** *JAYSON M ALLIF*

STATE OF  *NEW YORK*          )
                             ) ss:
COUNTY OF *NEW YORK*          )

_JAYSON MALLIE_ , being duly sworn, upon his oath, deposes and says:

1.      I am a lawyer admitted to practice in the State of *New York*. I am not affiliated with any law firm.  I am employed by *HUDSON* , a staffing agency.

2.      I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors").  I do not hold any claim, debt or equity security of the Debtors.

3.      I am not, and have not been within two years before September 15, 2008, a director, officer, or employee of any of the Debtors.

4.      I am not, and have not been within three years before September 15, 2008, an investment banker for any outstanding security of any of the Debtors.

5.      I am not, and have not been within two years before September 15, 2008, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of identified parties set forth in the Master Conflicts List.  Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list: [i.e. "I worked as a contract attorney for _____ on matters unrelated to Lehman Brothers" or "I have nothing relevant to disclose."]

8.    If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this 22 day of Sept, 2009

_____
Notary Public

CLAIRE DEL MEDICO
Notary Public, State of N.J.
No. 2074121
Qualified in Somerset County
Commission Expires: July 19, 2011

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                          :
In re                                                     :        **Chapter 11 Case No.**
                                                          :
**LEHMAN BROTHERS HOLDINGS INC., *et al.*,**              :        **08-13555 (JMP)**
                                                          :
                                    **Debtors.**          :        **(Jointly Administered)**
                                                          :
                                                          :
---------------------------------------------------------------x

AFFIDAVIT AND DISCLOSURE STATEMENT OF _Lourdes Cruz Matters_

STATE OF _New York_ )
                    ) ss:
COUNTY OF _New York_ )

_Lourdes Cruz Matters_, being duly sworn, upon his oath, deposes and says:

1.    I am a lawyer admitted to practice in the State of _New York_. I am not affiliated with any law firm. I am employed by _Hudson Legal_, a staffing agency.

2.    I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the Debtors.

3.    I am not, and have not been within two years before September 15, 2008, a director, officer, or employee of any of the Debtors.

4.    I am not, and have not been within three years before September 15, 2008, an investment banker for any outstanding security of any of the Debtors.

5.    I am not, and have not been within two years before September 15, 2008, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

ERROR! UNKNOWN DOCUMENT PROPERTY NAME.

6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of identified parties set forth in the Master Conflicts List. Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list: [i.e. "I worked as a contract attorney for _____ on matters unrelated to Lehman Brothers" or I have nothing relevant to disclose.]

8.    If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this _22_ day of _Sept_, 2009

_____
Notary Public

CLAIRE DEL MEDICO
Notary Public, State of N.J.
No. 2074121
Qualified in Somerset County
Commission Expires: July 19, 2011

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                                                            :
**In re**                                                   :    **Chapter 11 Case No.**
                                                            :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*                :    **08-13555 (JMP)**
                                                            :
                                    **Debtors.**            :    **(Jointly Administered)**
                                                            :
------------------------------------------------------------x

**AFFIDAVIT AND DISCLOSURE STATEMENT OF** K͟A͟T͟H͟L͟E͟E͟N͟ M. M͟c͟ I͟N͟E͟R͟N͟E͟Y

STATE OF N͟E͟W͟ Y͟O͟R͟K͟         )
                                ) ss:
COUNTY OF N͟E͟W͟ Y͟O͟R͟K͟        )

K͟A͟T͟H͟L͟E͟E͟N͟ M. M͟c͟ I͟N͟E͟R͟N͟E͟Y, being duly sworn, upon his oath, deposes and says:

1.      I am a lawyer admitted to practice in the State of N͟Y͟ ͟+ ͟N͟J. I am not affiliated with any law firm. I am employed by H͟U͟D͟S͟O͟N͟____, a staffing agency.

2.      I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the Debtors.

3.      I am not, and have not been within two years before September 15, 2008, a director, officer, or employee of any of the Debtors.

4.      I am not, and have not been within three years before September 15, 2008, an investment banker for any outstanding security of any of the Debtors.

5.      I am not, and have not been within two years before September 15, 2008, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of identified parties set forth in the Master Conflicts List.  Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list: [i.e. "I worked as a contract attorney for _____ on matters unrelated to Lehman Brothers" or "I have nothing relevant to disclose."]

8.    If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _Kathleen M. McInerney_

Subscribed and sworn to before me
this 22 day of Sept, 2009

_Claire Del Medico_
          Notary Public

CLAIRE DEL MEDICO
Notary Public, State of N.J.
No. 2074121
Qualified in Somerset County
Commission Expires: July 19, 2011

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                                :
**In re**                                       :        **Chapter 11 Case No.**
                                                :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :        **08-13555 (JMP)**
                                                :
                                **Debtors.**    :        **(Jointly Administered)**
                                                :
------------------------------------------------------------------x

**AFFIDAVIT AND DISCLOSURE STATEMENT OF** Galen G. Medley

STATE OF _New York_       )
                          ) ss:
COUNTY OF _New York_      )

       Galen G. Medley , being duly sworn, upon his oath, deposes and says:

    1.     I am a lawyer admitted to practice in the State of _NY_ . I am not affiliated with any law firm. I am employed by _Hudson_ , a staffing agency.

    2.     I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the Debtors.

    3.     I am not, and have not been within two years before September 15, 2008, a director, officer, or employee of any of the Debtors.

    4.     I am not, and have not been within three years before September 15, 2008, an investment banker for any outstanding security of any of the Debtors.

    5.     I am not, and have not been within two years before September 15, 2008, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of identified parties set forth in the Master Conflicts List. Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list: [i.e. "I worked as a contract attorney for _____ on matters unrelated to Lehman Brothers" or I have nothing relevant to disclose"]

8.    If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this _21_ day of _Sept._, 2009

_____
Notary Public

CLAIRE DEL MEDICO
Notary Public, State of N.J.
No. 2074121
Qualified in Somerset County
Commission Expires: July 19, 2011

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
**In re**                                                   :       **Chapter 11 Case No.**
                                                            :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*                :       **08-13555 (JMP)**
                                                            :
                              **Debtors.**                  :       **(Jointly Administered)**
                                                            :
------------------------------------------------------------x

AFFIDAVIT AND DISCLOSURE STATEMENT OF _Brenda A. Morgan_

STATE OF _NY_                )
                             ) ss:
COUNTY OF _NY_               )

_Brenda A. Morgan_ being duly sworn, upon his oath, deposes and says:

1.      I am a lawyer admitted to practice in the State of _NY_. I am not affiliated with any law firm. I am employed by _Hudson_, a staffing agency.

2.      I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the Debtors.

3.      I am not, and have not been within two years before September 15, 2008, a director, officer, or employee of any of the Debtors.

4.      I am not, and have not been within three years before September 15, 2008, an investment banker for any outstanding security of any of the Debtors.

5.      I am not, and have not been within two years before September 15, 2008, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

ERROR! UNKNOWN DOCUMENT PROPERTY NAME.

6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of identified parties set forth in the Master Conflicts List. Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list: [i.e. "I worked as a contract attorney for _____ on matters unrelated to Lehman Brothers" or I have nothing relevant to disclose."]  *Nothing relevant to disclose*

8.    If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this 21 day of *Sept.*, 2009

*Claire Del Medico*
Notary Public

CLAIRE DEL MEDICO
Notary Public, State of N.J.
No. 2074121
Qualified in Somerset County
Commission Expires: July 19, 2011

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                      :

In re                     :     **Chapter 11 Case No.**
                      :

**LEHMAN BROTHERS HOLDINGS INC., *et al.*,**   :     **08-13555 (JMP)**
                      :

          **Debtors.**        :     **(Jointly Administered)**
                      :

------------------------------------------------------------x

### AFFIDAVIT AND DISCLOSURE STATEMENT OF ERNEST Y. NWEZE

STATE OF NEW YORK )
                      ) ss:
COUNTY OF NEW YORK )

ERNEST NWEZE being duly sworn, upon his oath, deposes and says:

1.    I am a lawyer admitted to practice in the State of NEW YORK I am not affiliated with any law firm. I am employed by HUDSON , a staffing agency.

2.    I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the Debtors.

3.    I am not, and have not been within two years before September 15, 2008, a director, officer, or employee of any of the Debtors.

4.    I am not, and have not been within three years before September 15, 2008, an investment banker for any outstanding security of any of the Debtors.

5.    I am not, and have not been within two years before September 15, 2008, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of identified parties set forth in the Master Conflicts List. Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list: [i.e. "I worked as a contract attorney for _____ on matters unrelated to Lehman Brothers" or "I have nothing relevant to disclose."]

8.    If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this ___ day of _____, 2009

_____
Notary Public

CLAIRE DEL MEDICO
Notary Public, State of N.J.
No. 2074121
Qualified in Somerset County
Commission Expires: July 19, 2011

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
In re                                    :        Chapter 11 Case No.
                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*, :        08-13555 (JMP)
                                         :
                    Debtors.             :        (Jointly Administered)
                                         :
-------------------------------------------------------------x

AFFIDAVIT AND DISCLOSURE STATEMENT OF  CHARLES ODIKPO

STATE OF  New York  )
                    ) ss:
COUNTY OF  New York )

CHARLES U. ODIKPO being duly sworn, upon his oath, deposes and says:

    1.    I am a lawyer admitted to practice in the State of NY. I am not

affiliated with any law firm. I am employed by Hudson, a staffing agency.

    2.    I am not an insider of the debtors in the above-captioned bankruptcy cases

(the "Debtors"). I do not hold any claim, debt or equity security of the Debtors.

    3.    I am not, and have not been within two years before September 15, 2008,

a director, officer, or employee of any of the Debtors.

    4.    I am not, and have not been within three years before September 15, 2008,

an investment banker for any outstanding security of any of the Debtors.

    5.    I am not, and have not been within two years before September 15, 2008,

an investment banker for a security of any of the Debtors, or an attorney for any such

investment banker in connection with the offer, sale, or issuance of a security for any of the

Debtors.

6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of identified parties set forth in the Master Conflicts List.  Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list: [i.e. "I worked as a contract attorney for _____ on matters unrelated to Lehman Brothers" or I have nothing relevant to disclose."]

8.    If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this _21_ day of _Sept_, 2009

_____
Notary Public

CLAIRE DEL MEDICO
Notary Public, State of N.J.
No. 2074121
Qualified in Somerset County
Commission Expires: July 19, 2011

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                        :

**In re**                      :     **Chapter 11 Case No.**
                        :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :     **08-13555 (JMP)**
                        :

              **Debtors.**    :     **(Jointly Administered)**
                        :

------------------------------------------------------------x

## AFFIDAVIT AND DISCLOSURE STATEMENT OF _Jill W. Richburg_

STATE OF _New York_     )
                           ) ss:
COUNTY OF _New York_   )

    _Jill W. Richburg_, being duly sworn, upon his oath, deposes and says:

    1.    I am a lawyer admitted to practice in the State of _GA_. I am not affiliated with any law firm. I am employed by _Hudson_, a staffing agency.

    2.    I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the Debtors.

    3.    I am not, and have not been within two years before September 15, 2008, a director, officer, or employee of any of the Debtors.

    4.    I am not, and have not been within three years before September 15, 2008, an investment banker for any outstanding security of any of the Debtors.

    5.    I am not, and have not been within two years before September 15, 2008, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

ERROR! UNKNOWN DOCUMENT PROPERTY NAME.

6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of identified parties set forth in the Master Conflicts List. Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list: [i.e. "I worked as a contract attorney for _____ on matters unrelated to Lehman Brothers" or I have nothing relevant to disclose."] *No connections to disclose.*

8.    If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: *Jill W. Richburg*

Subscribed and sworn to before me
this *21* day of *Sept*, 2009

*Claire Del Medico*
Notary Public

CLAIRE DEL MEDICO
Notary Public, State of N.J.
No. 2074121
Qualified in Somerset County
Commission Expires: July 19, 2011

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                                                            :
In re                                                       :        **Chapter 11 Case No.**
                                                            :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*                :        **08-13555 (JMP)**
                                                            :
                            **Debtors.**                    :        **(Jointly Administered)**
                                                            :
                                                            :
------------------------------------------------------------x

### AFFIDAVIT AND DISCLOSURE STATEMENT OF _Michael Shapiro_

STATE OF _New York_            )
                               ) ss:
COUNTY OF _New York_           )

    _Michael Shapiro_, being duly sworn, upon his oath, deposes and says:

1.    I am a lawyer admitted to practice in the State of _New York_. I am not affiliated with any law firm. I am employed by _Hudson_, a staffing agency.

2.    I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the Debtors.

3.    I am not, and have not been within two years before September 15, 2008, a director, officer, or employee of any of the Debtors.

4.    I am not, and have not been within three years before September 15, 2008, an investment banker for any outstanding security of any of the Debtors.

5.    I am not, and have not been within two years before September 15, 2008, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of identified parties set forth in the Master Conflicts List. Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list: [i.e. "I worked as a contract attorney for _____ on matters unrelated to Lehman Brothers" or I have nothing relevant to disclose."] *I have nothing relevent to disclose.*

8.    If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this 21 day of Sept., 2009

_____
Notary Public

CLAIRE DEL MEDICO
Notary Public, State of N.J.
No. 2074121
Qualified in Somerset County
Commission Expires: July 19, 2011

ERROR! UNKNOWN DOCUMENT PROPERTY NAME.        2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
                                            :
**In re**                                   :    **Chapter 11 Case No.**
                                            :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, :    **08-13555 (JMP)**
                                            :
                          **Debtors.**      :    **(Jointly Administered)**
                                            :
---------------------------------------------------------x

## AFFIDAVIT AND DISCLOSURE STATEMENT OF Tanika-Imani Smith

STATE OF New York        )
                         ) ss:
COUNTY OF New York       )

Tanika-Imani Smith, being duly sworn, upon his oath, deposes and says:

1.    I am a lawyer admitted to practice in the State of NY. I am not affiliated with any law firm. I am employed by Hudson Legal, a staffing agency.

2.    I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the Debtors.

3.    I am not, and have not been within two years before September 15, 2008, a director, officer, or employee of any of the Debtors.

4.    I am not, and have not been within three years before September 15, 2008, an investment banker for any outstanding security of any of the Debtors.

5.    I am not, and have not been within two years before September 15, 2008, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.      I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.      I have reviewed the list of identified parties set forth in the Master Conflicts List.  Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list: [i.e. "I worked as a contract attorney for _____ on matters unrelated to Lehman Brothers" or I have nothing relevant to disclose."]

8.      If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this 22 day of Sept, 2009

_____
Notary Public

CLAIRE DEL MEDICO
Notary Public, State of N.J.
No. 2074121
Qualified in Somerset County
Commission Expires: July 19, 2011

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                     :

In re                       :      **Chapter 11 Case No.**
                      :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*  :      **08-13555 (JMP)**
                      :

            **Debtors.**       :      **(Jointly Administered)**
                      :

------------------------------------------------------------x

**AFFIDAVIT AND DISCLOSURE STATEMENT OF** *SAMANTHA L. STEWART*

STATE OF *New York*     )
                       ) ss:
COUNTY OF *New York*   )

     *Samantha L. Stewart*, being duly sworn, upon his oath, deposes and says:

    1.    I am a lawyer admitted to practice in the State of *New York*. I am not affiliated with any law firm. I am employed by *Hudson*, a staffing agency.

    2.    I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the Debtors.

    3.    I am not, and have not been within two years before September 15, 2008, a director, officer, or employee of any of the Debtors.

    4.    I am not, and have not been within three years before September 15, 2008, an investment banker for any outstanding security of any of the Debtors.

    5.    I am not, and have not been within two years before September 15, 2008, an investment banker for a security of any of the Debtors, or an attorney for any such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of identified parties set forth in the Master Conflicts List. Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list: [i.e. "I worked as a contract attorney for _____ on matters unrelated to Lehman Brothers" or I have nothing relevant to disclose."]

8.    If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this 21 day of Sept , 2009

_____
Notary Public

CLAIRE DEL MEDICO
Notary Public, State of N.J.
No. 2074121
Qualified in Somerset County
Commission Expires: July 19, 2011

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                         :

**In re**                         :      **Chapter 11 Case No.**
                         :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*  :      **08-13555 (JMP)**
                         :

               **Debtors.**     :      **(Jointly Administered)**
                         :

-----------------------------------------------------------------x

**AFFIDAVIT AND DISCLOSURE STATEMENT OF  Charles Trefethen**

STATE OF  New York      )
                        ) ss:
COUNTY OF  New York  )

     Charles Trefethen   , being duly sworn, upon his oath, deposes and says:

     1.    I am a  lawyer admitted to practice in the State of New York  I am not

affiliated with any law firm.  I am employed by   Hudson     , a staffing agency.

     2.    I am not an insider of the debtors in the above-captioned bankruptcy cases

(the "Debtors").  I do not hold any claim, debt or equity security of the Debtors.

     3.    I am not, and have not been within two years before September 15, 2008,

a director, officer, or employee of any of the Debtors.

     4.    I am not, and have not been within three years before September 15, 2008,

an investment banker for any outstanding security of any of the Debtors.

     5.    I am not, and have not been within two years before September 15, 2008,

an investment banker for a security of any of the Debtors, or an attorney for any such

investment banker in connection with the offer, sale, or issuance of a security for any of the

Debtors.

6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of identified parties set forth in the Master Conflicts List.  Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list: [~~i.e. "I worked as a contract attorney for _____ on matters unrelated to Lehman Brothers" or~~ "I have nothing relevant to disclose."]

8.    If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this 22 day of Sept, 2009

_____
Notary Public

CLAIRE DEL MEDICO
Notary Public, State of N.J.
No. 2074121
Qualified in Somerset County
Commission Expires: July 19, 2011

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                    :
**In re**                                           :        **Chapter 11 Case No.**
                                                    :
**LEHMAN BROTHERS HOLDINGS INC., *et al.*,**        :        **08-13555 (JMP)**
                                                    :
                        **Debtors.**                :        **(Jointly Administered)**
                                                    :
                                                    :
-----------------------------------------------------------------x

        **AFFIDAVIT AND DISCLOSURE STATEMENT OF** *Vivian Weiss*

STATE OF _New York_ )
                    ) ss:
COUNTY OF _New York_ )

_Vivian Weiss_ being duly sworn, upon his oath, deposes and says:

    1.      I am a lawyer admitted to practice in the State of _NY_. I am not

affiliated with any law firm. I am employed by _Hudson_, a staffing agency.

    2.      I am not an insider of the debtors in the above-captioned bankruptcy cases

(the "Debtors").  I do not hold any claim, debt or equity security of the Debtors.

    3.      I am not, and have not been within two years before September 15, 2008,

a director, officer, or employee of any of the Debtors.

    4.      I am not, and have not been within three years before September 15, 2008,

an investment banker for any outstanding security of any of the Debtors.

    5.      I am not, and have not been within two years before September 15, 2008,

an investment banker for a security of any of the Debtors, or an attorney for any such

investment banker in connection with the offer, sale, or issuance of a security for any of the

Debtors.

6.    I do not have any connections with (a) any Bankruptcy Judge of the

United States Bankruptcy Court for the Southern District of New York, (b) the United States

Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of identified parties set forth in the Master

Conflicts List.  Based upon my review of that list, I hereby disclose the following connections

to parties set forth on that list: [i.e. "I ~~worked as a contract attorney for ——— on matters~~

~~unrelated to Lehman Brothers~~" or I have nothing relevant to disclose."]

8.    If I should discover any facts bearing on the matters described herein, I

will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this _21_ day of _Sept_; 2009

_____
Notary Public

CLAIRE DEL MEDICO
Notary Public, State of N.J.
No. 2074121
Qualified in Somerset County
Commission Expires: July 19, 2011