JS 44C/SDNY
REV. 1/2008

# CIVIL COVER SHEET

09CV9140
Cole

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

| PLAINTIFFS | DEFENDANTS |
|---|---|
| DNB NOR BANK ASA | LEHMAN BROTHERS HOLDINGS INC., et al. |

| ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |
|---|---|
| WHITE & CASE LLP<br>1155 Avenue of the Americas, New York, New York 10036, (212) 819-8200<br>Wachovia Financial Center, Suite 4900, Miami, Florida 33131, (305) 371-2700 | WEIL GOTSHAL & MAGES LLP<br>767 Fifth Avenue, New York, New York 10153, Tel. (212) 310-8000 |

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

28 U.S.C. § 158(a)(1) - Appeal from final order of Bankruptcy Court for the S.D.N.Y., Case No. 08-13555 (JMP)

Has this or a similar case been previously filed in SDNY at any time? No? [✓] Yes? [ ]   Judge Previously Assigned _____

If yes, was this case Vol.[ ] Invol. [ ] Dismissed. No[ ] Yes [ ] If yes, give date _____ & Case No. _____

(PLACE AN [x] IN ONE BOX ONLY)     NATURE OF SUIT     08-13555 #5330

## TORTS

### ACTIONS UNDER STATUTES

| CONTRACT | PERSONAL INJURY | PERSONAL INJURY | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ]110 INSURANCE | [ ]310 AIRPLANE | [ ]362 PERSONAL INJURY - | [ ]610 AGRICULTURE | [X]422 APPEAL | [ ]400 STATE |
| [ ]120 MARINE | [ ]315 AIRPLANE PRODUCT | MED MALPRACTICE | [ ]620 OTHER FOOD & | 28 USC 158 | REAPPORTIONMENT |
| [ ]130 MILLER ACT | LIABILITY | [ ]365 PERSONAL INJURY | DRUG | [ ]423 WITHDRAWAL | [ ]410 ANTITRUST |
| [ ]140 NEGOTIABLE | [ ]320 ASSAULT, LIBEL & | PRODUCT LIABILITY | [ ]625 DRUG RELATED | 28 USC 157 | [ ]430 BANKS & BANKING |
| INSTRUMENT | SLANDER | [ ]368 ASBESTOS PERSONAL | SEIZURE OF | | [ ]450 COMMERCE |
| [ ]150 RECOVERY OF | [ ]330 FEDERAL | INJURY PRODUCT | PROPERTY | | [ ]460 DEPORTATION |
| OVERPAYMENT & | EMPLOYERS' | LIABILITY | 21 USC 881 | PROPERTY RIGHTS | [ ]470 RACKETEER INFLU- |
| ENFORCEMENT | LIABILITY | | [ ]630 LIQUOR LAWS | | ENCED & CORRUPT |
| OF JUDGMENT | [ ]340 MARINE | PERSONAL PROPERTY | [ ]640 RR & TRUCK | [ ]820 COPYRIGHTS | ORGANIZATION ACT |
| [ ]151 MEDICARE ACT | [ ]345 MARINE PRODUCT | | [ ]650 AIRLINE REGS | [ ]830 PATENT | (RICO) |
| [ ]152 RECOVERY OF | LIABILITY | [ ]370 OTHER FRAUD | [ ]660 OCCUPATIONAL | [ ]840 TRADEMARK | [ ]480 CONSUMER CREDIT |
| DEFAULTED | [ ]350 MOTOR VEHICLE | [ ]371 TRUTH IN LENDING | SAFETY/HEALTH | | [ ]490 CABLE/SATELLITE TV |
| STUDENT LOANS | [ ]355 MOTOR VEHICLE | [ ]380 OTHER PERSONAL | [ ]690 OTHER | | [ ]810 SELECTIVE SERVICE |
| (EXCL VETERANS) | PRODUCT LIABILITY | PROPERTY DAMAGE | | SOCIAL SECURITY | [ ]850 SECURITIES/ |
| [ ]153 RECOVERY OF | [ ]360 OTHER PERSONAL | [ ]385 PROPERTY DAMAGE | LABOR | | COMMODITIES/ |
| OVERPAYMENT | INJURY | PRODUCT LIABILITY | | [ ]861 HIA (1395ff) | EXCHANGE |
| OF VETERAN'S | | | [ ]710 FAIR LABOR | [ ]862 BLACK LUNG (923) | [ ]875 CUSTOMER |
| BENEFITS | | | STANDARDS ACT | [ ]863 DIWC/DIWW (405(g)) | CHALLENGE |
| [ ]160 STOCKHOLDERS | | | [ ]720 LABOR/MGMT | [ ]864 SSID TITLE XVI | 12 USC 3410 |
| SUITS | | | RELATIONS | [ ]865 RSI (405(g)) | [ ]890 OTHER STATUTORY |
| [ ]190 OTHER | | | [ ]730 LABOR/MGMT | | ACTIONS |
| CONTRACT | ACTIONS UNDER STATUTES | | REPORTING & | FEDERAL TAX SUITS | [ ]891 AGRICULTURAL ACTS |
| [ ]195 CONTRACT | | | DISCLOSURE ACT | | [ ]892 ECONOMIC |
| PRODUCT | CIVIL RIGHTS | PRISONER PETITIONS | [ ]740 RAILWAY LABOR ACT | [ ]870 TAXES (U.S. Plaintiff or | STABILIZATION ACT |
| LIABILITY | | | [ ]790 OTHER LABOR | Defendant) | [ ]893 ENVIRONMENTAL |
| [ ]196 FRANCHISE | [ ]441 VOTING | [ ]510 MOTIONS TO | LITIGATION | [ ]871 IRS-THIRD PARTY | MATTERS |
| | [ ]442 EMPLOYMENT | VACATE SENTENCE | [ ]791 EMPL RET INC | 26 USC 7609 | [ ]894 ENERGY |
| | [ ]443 HOUSING/ | 28 USC 2255 | SECURITY ACT | | ALLOCATION ACT |
| REAL PROPERTY | ACCOMMODATIONS | [ ]530 HABEAS CORPUS | | | [ ]895 FREEDOM OF |
| | [ ]444 WELFARE | [ ]535 DEATH PENALTY | IMMIGRATION | | INFORMATION ACT |
| [ ]210 LAND | [ ]445 AMERICANS WITH | [ ]540 MANDAMUS & OTHER | [ ]462 NATURALIZATION | | [ ]900 APPEAL OF FEE |
| CONDEMNATION | DISABILITIES - | [ ]550 CIVIL RIGHTS | APPLICATION | | DETERMINATION |
| [ ]220 FORECLOSURE | EMPLOYMENT | [ ]555 PRISON CONDITION | [ ]463 HABEAS CORPUS- | | UNDER EQUAL |
| [ ]230 RENT LEASE & | [ ]446 AMERICANS WITH | | ALIEN DETAINEE | | ACCESS TO JUSTICE |
| EJECTMENT | DISABILITIES -OTHER | | [ ]465 OTHER IMMIGRATION | | [ ]950 CONSTITUTIONALITY |
| [ ]240 TORTS TO LAND | [ ]440 OTHER CIVIL RIGHTS | | ACTIONS | | OF STATE STATUTES |
| [ ]245 TORT PRODUCT | | | | | |
| LIABILITY | | | | | |
| [ ]290 ALL OTHER | | | | | |
| REAL PROPERTY | | | | | |

Check if demanded in complaint:

[ ] CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.?
IF SO, STATE:

DEMAND $_____ OTHER _____    JUDGE _____ DOCKET NUMBER_____

Check YES only if demanded in complaint
JURY DEMAND: [ ] YES [ ] NO

NOTE: Please submit at the time of filing an explanation of why cases are deemed related.

# ORIGIN

(PLACE AN x IN ONE BOX ONLY)

☑ 1 Original Proceeding  ☐ 2a. Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from (Specify District)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge Judgment

☐ 2b. Removed from State Court AND at least one party is pro se.

(PLACE AN x IN ONE BOX ONLY)

## BASIS OF JURISDICTION

☐ 1 U.S. PLAINTIFF  ☐ 2 U.S. DEFENDANT  ☑ 3 FEDERAL QUESTION (U.S. NOT A PARTY)  ☐ 4 DIVERSITY

*IF DIVERSITY, INDICATE CITIZENSHIP BELOW. (28 USC 1322, 1441)*

## CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

|  | PTF | DEF |  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ]1 | [ ]1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ]3 | [ ]3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ]5 | [ ]5 |
| CITIZEN OF ANOTHER STATE | [ ]2 | [ ]2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ]4 | [ ]4 | FOREIGN NATION | [ ]6 | [ ]6 |

## PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

DNB NOR BANK ASA
C/O WHITE & CASE LLP
J. Christopher Shore, Esq., 1155 Avenue of the Americas, New York, New York 10036, Tel. (212) 819-8200
Thomas E Lauria, Esq. Wachovia Financial Center, Suite 4900, Miami, Florida 33131, Tel. (305) 371-2700

## DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

LEHMAN BROTHERS HOLDINGS INC., et al.
C/O WEIL GOTSHAL & MAGES LLP
Richard P. Krasnow
767 Fifth Avenue
New York, New York 10153

## DEFENDANT(S) ADDRESS UNKNOWN

REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

[SEE ALSO ANNEX A (ATTACHED HERETO) FOR OTHER PARTIES TO THIS APPEAL]

Check one: THIS ACTION SHOULD BE ASSIGNED TO: ☐ WHITE PLAINS  ☑ MANHATTAN
(DO NOT check either box if this a PRISONER PETITION.)

DATE 10/06/2009 SIGNATURE OF ATTORNEY OF RECORD

J. Christopher Shore

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
☑ YES (DATE ADMITTED Mo. _3_ Yr. _1994_)
Attorney Bar Code # _6031_

RECEIPT #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

J. Michael McMahon, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

# ANNEX A

**Other Parties to the Appeal:**
OFFICIAL COMMITTEE OF
UNSECURED CREDITORS

**Attorney for the Other Parties:**
MILBANK, TWEED, HADLEY & McCLOY LLP
Dennis F. Dunne
1 Chase Manhattan Plaza
New York, NY 10005
Tel.  (212) 530-5000

Paul Aronzon
Robert Jay Moore
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017
Tel.  (213) 892-4000

UNITED STATES TRUSTEE

Office for the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004
Andrew D Velez-Rivera
Paul Schwartzberg
Brian Masumoto
Linda Rifkin
Tracy Hope Davis