United States Bankruptcy Court for the Southern District of New York

**FILED / RECEIVED**
**OCT 27 2009**
**EPIQ BANKRUPTCY SOLUTIONS, LLC**

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. (08-13555-jmp) |
| Creditor Name and Address: | PT Bank Negara Indonesia (Persero) Tbk, Incorporated in Indonesia with limited liability Singapore Branch 39 Robinson Road #01-02 and #06-01/04 Robinson Point, Singapore 068911 |
| Court Claim Number (if known): | 10076 and 20781 (amending claim no. 10076) |
| Date Claim Filed: | 10076: September 1, 2009; 20781: September 21, 2009 |
| Total Amount of Claim Filed: | $2,852,435.15 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 10/26/2009

Print Name: Pieter Siadari

Title (if applicable): Regional Head New York Office

---

## DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

### ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).**

**This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.**



## POWER OF ATTORNEY

The undersigned:

**Hadi Sutaryo**, General Manager of PT. Bank Negara Indonesia (Persero) Tbk, Singapore Branch in this instance acting in his capacity based on Power of Attorney dated 21 August, 2008 No. 65 pursuant to Letter of Decree of Board of Directors of PT. Bank Negara Indonesia (Persero) Tbk dated April 30, 2008 No. KP/122/DIR/R, hereinafter referred to as: -

------------------------------AUTHORIZER------------------------------

Herewith is giving power of attorney to:

1. Mr. Pieter Siadari
2. Mr. Eko Tanjung Putro
3. Mr. Jerry Phillips
4. Mr. Deddy Hermawan

each one is an employee of PT. Bank Negara Indonesia (Persero) Tbk, acting together or individually, hereinafter referred to as: 
ATTORNEY FOR THE SPECIFIC PURPOSE OF

To act for and on behalf of AUTHORIZER as the Creditor of LEHMAN BROTHERS HOLDINGS INC., and its related debtor affiliates and subsidiaries, for the interests of AUTHORIZER in relation to the bankruptcy proceedings of LEHMAN BROTHERS HOLDINGS INC., and its related debtor affiliates and subsidiaries, collectively pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), Case No. 08-13555 (JMP) (Jointly administered).

Pertaining the above mentioned bankruptcy proceedings of LEHMAN BROTHERS HOLDINGS INC., such ATTORNEYS herewith is lawfully executing the authorization and power granted by such AUTHORIZER to represent, conduct any actions whatsoever before and outside the Court, and therefore to conduct these following actions, being, among others, but not limited to:

Receive and sign any necessary documents

Attend and participate in any court proceedings, creditor's meetings, file proofs of claim and prosecute the same, verify the amount of claim, accept or refuse any settlement and/or plan of liquidation, vote in respect of such claim in any creditor meetings or court proceedings, sign any deeds/letters, give information, encounter all levels of courts, judges, commissioners, trustees, receivers, registrars, servicers, institutions, bodies, individuals, officers, government or private officials, in any jurisdiction in or outside the United States of America and in

....2/-

PT. Bank Negara Indonesia (Persero) Tbk
Incorporated in Indonesia with limited liability
Singapore Branch
39 Robinson Road #01-02 and #06-01/04,
Robinson Point, Singapore 068911
Tel: +65 6225 7755  Fax: +65 6225 4757

**BNI**

- 2 -

substance to conduct all legal actions in and outside of the Bankruptcy Court according to the prevailing statutes, rules, regulations, or precedents which shall or may be conducted by an ATTORNEY which is considered to be necessary for and/or useful to the interests of the AUTHORIZER.-----------

This Power of Attorney is given with substitution right for similar necessity and with similar requirements.-----------

Singapore, May 8 2009

**ATTORNEYS**
1. Pieter Siadari
2. Eko Tanjung Putro
3. Jerry Phillips
4. Deddy Hermawan

**AUTHORIZER**

Hadi Sutaryo