

**SALZBURG MÜNCHEN BANK**
**AKTIENGESELLSCHAFT**

SALZBURG MÜNCHEN BANK AG   Postfach 31 02 09, 80102 München

Lehman Brothers Holdings
Claim Processing Center
C/o Epiq Bankruptcy Solutions, LLC
FDR Station, P. O. Box 5076,
757 Third Avenue, 3rd Floor
New York, NY 10017,
USA

| Abteilung | Ihre Ansprechpartnerin | Tel.-Durchwahl | Datum |
|---|---|---|---|
| Recht | Christine Rudolf | 089/290140-5722 | 19.10.2009 |

**Withdrawal of Claim**
**Chapter 11, Case Number 08-13555 (JMP)**

Dear Sirs,

please find attached our withdrawal of Claims Number 784, 2531 and 3217.

Yours faithfully

**SALZBURG MÜNCHEN BANK**
**AKTIENGESELLSCHAFT**

Straßner              ppa Scharek

Hausanschrift Karlstraße 7, 80333 München   Telefon +49.(0)89.290 140-0   Telefax +49.(0)89.290 140-57 19
T-Online *smb-ag#   eMail info@smb-ag.de   Internet www.smb-ag.de
Sitz München, Amtsgericht München HRB 91553   SWIFT Code RVSA DE MX   Bankleitzahl 701 206 00
Vorstand Erich Ortner, Ludwig Straßner   Vors. d. Aufsichtsrates Mag. Dr. Günther Reibersdorfer
Bankverbindung Deutsche Bundesbank, Hauptverwaltung München   Konto 701 206 00   BLZ 700 000 00

United States Bankruptcy Court for the Southern District of New York

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc.<br>Chapter 11, Case-No. 08-1355 (JMP) |
| Creditor Name and Address: | Salzburg München Bank Aktiengesellschaft<br>Karlstraße 7<br>80333 München, Germany |
| Court Claim Number (if known): | 784 |
| Date Claim Filed: | 11/17/2008 |
| Total Amount of Claim Filed: | $ 0 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 10/19/2009

Print Name: L. Straßner            I. Scharek
Title (if applicable): Director    Proxy holder

## DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

*Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).*

**This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.**

United States Bankruptcy Court for the Southern District of New York

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc.<br>Chapter 11, Case-No. 08-1355 (JMP) |
|---|---|
| Creditor Name and Address: | Salzburg München Bank Aktiengesellschaft<br>Karlstraße 7<br>80333 München, Germany |
| Court Claim Number (if known): | 2531 |
| Date Claim Filed: | 02/03/2009 |
| Total Amount of Claim Filed: | $ 3,994,083.87 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 10/19/2009

Print Name: L. Straßner          I. Scharek
Title (if applicable): Director   Proxy holder

### DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

### ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

*Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).*

**This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.**

United States Bankruptcy Court for the Southern District of New York

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc.<br>Chapter 11, Case-No. 08-1355 (JMP) |
|---|---|
| Creditor Name and Address: | Salzburg München Bank Aktiengesellschaft<br>Karlstraße 7<br>80333 München, Germany |
| Court Claim Number (if known): | 3217 |
| Date Claim Filed: | 03/06/2009 |
| Total Amount of Claim Filed: | $ 3,994,083.87 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 10/19/2009

Print Name:   L. Straßner          I. Scharek
Title (if applicable):   Director       Proxy holder

---

### DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

### ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).

**This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.**