UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
: 
In re: :
: Chapter 11
Lehman Brothers Holdings Inc. :
: Case No. 08-13555 (JMP)
:
Debtor. :
------------------------------------------------------- x

## WITHDRAWAL OF CLAIM

BIM Vita S.p.A.'s claim number 3348 filed on March 16, 2009 in the amount of $717,919.37 is hereby withdrawn.

BIM Vita S.p.A.

L'Amministratore Delegato
By: (Stefano Piantelli)

2-/10/07

nv-894054