UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
                                                             :
In re:                                                       :
                                                             :   Chapter 11
Lehman Brothers Holdings Inc.                                :
                                                             :   Case No. 08-13555 (JMP)
                                                             :
                         Debtor.                             :
------------------------------------------------------------ x

## WITHDRAWAL OF CLAIM

Fondiaira Sai's claim number 3341 in the amount of $17,241,151.50, claim number 3342 in the amount of $3,603,045.46, and claim number 3343 in the amount of $9,615,983.41, each filed on March 16, 2009, are hereby withdrawn.

Fondiaria Sai

By: _____

ny-894052