UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
                                                             :
In re:                                                       :
                                                             :   Chapter 11
Lehman Brothers Holdings Inc.                                :
                                                             :   Case No. 08-13555 (JMP)
                                                             :
                                        Debtor.              :
------------------------------------------------------------ x

## WITHDRAWAL OF CLAIM

Milano Assicurazioni S.p.A.'s claim number 3344 in the amount of $5,130,640.17, claim number 3345 in the amount of $11,024,082.00, claim number 3346 in the amount of $3,606,094.07, and claim number 3347 in the amount of $1,442437.63, each filed on March 16, 2009, are hereby withdrawn.

                                                    Milano Assicurazioni S.p.A.

                                                    By: _____

ny-894053