UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
: 
In re: :
: Chapter 11
Lehman Brothers Holdings Inc. :
: Case No. 08-13555 (JMP)
: 
Debtor. :
------------------------------------------------------------ x

## WITHDRAWAL OF CLAIM

Eurosai Finanziaria Partecipazioni S.r.l.'s claim number 5174 in the amount of $7,179,193.65, and claim number 5175 in the amount of $2,201,612.58, each filed on July 8, 2009, are hereby withdrawn.

Eurosai Finanziaria Partecipazioni S.r.l.

By: _____

19/10/09

ny-894056