UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
                                                              :
In re:                                                        :
                                                              :   Chapter 11
Lehman Brothers Holdings Inc.                                 :
                                                              :   Case No. 08-13555 (JMP)
                                                              :
                        Debtor.                               :
------------------------------------------------------------- x

## WITHDRAWAL OF CLAIM

Systema Vita Compagnia di Assicurizioni S.p.A.'s claim number 3337 filed on March 16, 2009 in the amount of $762,000.50, is hereby withdrawn.

Systema Vita Compagnia di Assicurizioni S.p.A.

By: _____
       19/10/09

ny-894057