UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re:                                                       :
                                                             :  Chapter 11
Lehman Brothers Holdings Inc.                                :
                                                             :  Case No. 08-13555 (JMP)
                                                             :
                          Debtor.                            :
------------------------------------------------------------ x

## WITHDRAWAL OF CLAIM

Popolare Vita S.p.A.'s claim number 3338 in the amount of $413,269,190.80, claim number 3339 in the amount of $5,875,082.41, and claim number 3340 for $14,192,667.59, each filed on March, 16, 2009, are hereby withdrawn.

Popolare Vita S.p.A.

By: _____
         19/10/09

ny-894058