JENNER & BLOCK LLP
Patrick J. Trostle
919 Third Avenue
37th Floor
New York, New York 10022
(212) 891-1600

Attorneys for Anton R. Valukas, Esq., Examiner

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                                                 :

In re                                     :         Chapter 11
                                        :

LEHMAN BROTHERS HOLDINGS INC., et al.,   :         Case No. 08-13555 (JMP)
                                        :

                    Debtors.          :         (Jointly Administered)
------------------------------------------------------------------------x

## <u>NOTICE OF CHANGE OF ADDRESS</u>

        PLEASE TAKE NOTICE that Anton R. Valukas, Daniel R. Murray, Robert L. Byman and the Chicago office of the law firm of Jenner & Block LLP have the following new address, effective November 1, 2009:

Jenner & Block LLP
353 N. Clark St.
Chicago, IL  60654-3456

All service of papers and correspondence should be directed to the new address.  All existing telephone and facsimile numbers, as well as e-mail addresses will remain the same.

        Please note that this address change applies only to Jenner & Block LLP's Chicago office.

Dated: November 3, 2009
New York, New York                Respectfully submitted,


                            By: */s/ Patrick J. Trostle*
                                Patrick J. Trostle

                          JENNER & BLOCK LLP
                          Patrick J. Trostle
                          919 Third Avenue, 37th Floor
                          New York, New York 10022
                          (212) 891-1600

                          Attorneys for Anton R. Valukas, Esq., Examiner