WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
                                              :
**In re**                                     :          **Chapter 11 Case No.**
                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*  :          **08-13555 (JMP)**
                                              :
                              **Debtors.**    :          **(Jointly Administered)**
                                              :
-------------------------------------------------------------------x

### NOTICE OF SIXTH SUPPLEMENTAL DECLARATION
### OF ALVAREZ & MARSAL NORTH AMERICA, LLC IN
### CONNECTION WITH ITS EMPLOYMENT AND RETENTION

**PLEASE TAKE NOTICE** that, on November 4, 2009, Lehman Brothers

Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as

debtors and debtors in possession (together, the "Debtors") filed the attached Sixth Supplemental

Declaration of Alvarez and Marsal North America, LLC in compliance with the Order

Approving Application Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code for

Authorization to Employ and Retain Alvarez & Marsal North America, LLC.

Dated: November 4, 2009
       New York, New York

/s/ Richard P. Krasnow
Richard P. Krasnow
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------x
                                                        :
In re                                                   :        **Chapter 11 Case No.**
                                                        :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*            :        **08-13555 (JMP)**
                                                        :
            **Debtors.**                                :        **(Jointly Administered)**
                                                        :
--------------------------------------------------------------------x

**SIXTH SUPPLEMENTAL DECLARATION OF ALVAREZ & MARSAL NORTH**
**AMERICA, LLC IN CONNECTION WITH ITS EMPLOYMENT AND RETENTION**

John Suckow makes this declaration under 28 U.S.C. § 1746, and states:

1.      I am a Managing Director with Alvarez & Marsal North America, LLC

(together with its wholly owned subsidiaries, affiliates (all of which are owned by

Alvarez & Marsal North America, LLC's parent company and employees), agents,

independent contractors, and employees, "A&M"), a restructuring advisory services firm

with numerous offices throughout the world.  Unless otherwise stated herein, I have

personal knowledge of the facts set forth herein or have been informed of such matters by

professionals of A&M.  To the extent any information disclosed herein requires

amendment or modification upon A&M's completion of further review or as additional

party in interest information becomes available to it, a further supplemental declaration

reflecting such amended or modified information will be submitted to the Court.

2.      A&M has previously submitted declarations dated October 8, 2008 [Docket

No. 760]; November 4, 2008 [Docket No. 1366]; November 17, 2008 [Docket No. 1559];

February 6, 2009 [Docket No. 2754]; May 19, 2009 [Docket No. 3606]; September 16,

2009 [Docket No. 5196] (collectively the "Declarations") in support of the October 8,

2008 application (the "Application") of Lehman Brothers Holdings Inc. ("LBHI") and its

affiliated debtors in the above referenced chapter 11 cases, as debtors in possession (together the "Debtors" and with their non-debtor affiliates "Lehman"), pursuant to sections 105(a) and 363(b) of chapter 11 of the United States Code (the "Bankruptcy Code") for Authorization to Employ and Retain Alvarez & Marsal North America, LLC to Provide the Debtors With a Chief Restructuring Officer and Additional Personnel, and to Appoint the Chief Restructuring Officer *Nunc Pro Tunc* to September 15, 2008. [Docket No. 760].

3.    On December 17, 2008, the United States Bankruptcy Court for the Southern District of New York entered an order approving the Application and the Debtors' employment and retention of A&M.  [Docket No. 2278].

4.    I am submitting this Sixth Supplemental Declaration to disclose certain additional information that has become available to A&M since the filing of the Declarations.

**Alvarez & Marsal Capital, LLC**

5.    Michael Odrich has been hired to lead Alvarez & Marsal Capital, LLC ("A&M Capital"). Mr. Odrich previously was head of the Lehman private equity business and was responsible for raising and investing capital for Lehman's private equity funds. Upon the date of commencement of LBHI's case under chapter 11 of title 11 of the Bankruptcy Code, all new private equity activities were halted and a wind down of the Debtors existing investments was commenced.   As a result, Mr. Odrich's principal role for the Debtor's was eliminated and he became available and interested in working with A&M Capital.  A&M Capital is wholly owned by Alvarez & Marsal, Inc. ("A&M Inc."). A&M Inc. is also the majority owner of Alvarez & Marsal Holdings, LLC ("A&M

Holdings"). A&M Holdings and its subsidiaries, including those serving the Debtors in

these Chapter 11 cases, provide restructuring services to a wide range of clients. A&M

Capital is a recently formed investment vehicle which will indirectly serve as the general

partner of a partnership (the "A&M Capital Fund") that will make private equity

investments in acquisitions of various kinds of assets. The organizations of A&M

Holdings and A&M Capital are completely separate and there is no management overlap

except at the board level. All clients to whom A&M Holdings and its subsidiaries

provide restructuring services, including the Debtors, are expressly excluded as

investment opportunities for A&M Capital and the A&M Capital Fund.

6.     A&M Capital is in negotiations with Neuberger Berman L.L.C. ("NB") to

hire them as placement agent in order to raise capital from potential limited partners in

the A&M Capital Fund. NB operates an asset management business and raises capital for

third parties. LBHI sold NB to its employees earlier this year but retains a 49% equity

interest and 2 of 5 board seats of the newly formed company. These two board seats are

currently filled by A&M employees. Such board members have and will continue to

recuse themselves from any negotiation or discussion between NB and A&M Capital

regarding the agency appointment.

### Tronox

7.     In A&M's initial Declaration, dated October 8, 2008, A&M disclosed that it

serves as financial advisor to Tronox Worldwide LLC and certain of its affiliates

(collectively "Tronox"). Since the initial Declaration, Tronox filed for bankruptcy

protection and certain A&M personnel assumed positions as interim officers thereof. On

September 22, 2009, Tronox filed proofs of claim against Lehman with respect to two

separate matters.  The first claim ("Claim A") is for the return of approximately $300,000

on account of certain expense deposits paid to Lehman in connection with a potential

debtor-in-possession financing facility for Tronox.  A&M personnel serving Tronox have

and will continue to recuse themselves from representing or advising Tronox in the

pursuit of Claim A. The second claim ("Claim B") is a protective claim filed on account

of a potential litigation by Tronox against Lehman in connection with Lehman's pre-

petition role as investment banker and financial advisor for Kerr-McGee Corporation

("Kerr-McGee") in connection with its efforts to sell Tronox's business in 2005 and the

eventual spin-off transaction of Tronox in 2006, all as more specifically described in that

certain Adversary Complaint filed by certain Tronox debtor affiliates (the "Tronox

Plaintiffs") against Kerr-McGee and Anandarko Corporation ("Anandarko") in

Adversary Proceeding No. 09-01198 [Docket No. 0001] filed on May 12, 2009 in the

Tronox Plaintiffs' chapter 11 cases (jointly administered as case no. 09-10156), [and

attached hereto as Exhibit A].  Though A&M has and will continue to support and advise

Tronox in its pursuit of the aforementioned claims against Kerr-McGee and Anandarko,

A&M has not and will not support or advise Tronox in any related claim it may have

against Lehman.   Further, Lehman is not currently a party to the referenced litigation and

Tronox's counsel has informed A&M that it has not and, during the time in which A&M

expects to provide services to Tronox, likely will not, pursue the protective claim against

Lehman in any manner beyond the filing of such protective Claim B.

**Local Insight Media**

8.      A&M has been retained by Local Insight Media Holdings Inc. ("<u>LIMH</u>") to provide performance improvement services and to provide the services of an employee as interim chief financial officer ("<u>Interim CFO</u>") of LIMH and certain of its affiliates and subsidiaries (together, "<u>LIM</u>").  It has come to A&M's attention that Lehman is a participant in certain of LIM's secured loan and/or bond facilities.  To the best of my knowledge, Lehman's total exposure to LIM is approximately ten percent (10%) of LIM's outstanding debt to third parties.  A&M will recuse itself from directly assisting or advising either Lehman or LIM with respect to the negotiation, settlement, remediation or adjudication of any matters, claims or disputes between Lehman and LIM. No A&M personnel providing services to Lehman shall provide services to LIM, or vice versa.

**Additional Parties In Interest**

9.      As set forth in the Declarations, and in connection with its proposed retention by the Debtors in these cases, A&M has undertaken an ongoing analysis to determine whether it has any conflicts or other relationships that might cause it not to be disinterested or to hold or represent interests adverse to the Debtors.

10.    Specifically, A&M periodically receives from the Debtors, and/or their representatives, a list of the names of individuals and entities that may be parties-in-interest in these chapter 11 cases (the "<u>Potential Parties in Interest</u>").  A&M then provides this list to all of its employees worldwide and conducts a query of such Potential Parties in Interest in a database containing the names of individuals and entities that are represented by A&M.

11.    The results of A&M's latest inquiry are listed below (in addition to matters
disclosed in prior Declarations).

**A&M's Connections with Parties in Interest**

a.    A&M is currently advising or has previously advised the following

Potential Parties-in-Interest or their affiliates as creditors or on various

official creditors' committees in which these Potential Parties-in-Interest

or their affiliates were members or which represented the interests of these

Potential Parties-in-Interest or their affiliates in matters unrelated to the

Debtors' Chapter 11 cases:

- American Airlines Inc.

- Ballyrock ABS CDO

- Banco Santander

- BMO Capital Markets Corp.

- Credit Agricole

- Federal Home Loan Bank of Dallas

- FINOVA Loan Administration

- Fortis Group

- HarbourView CDO III, Limited

- HVB Capital Markets, Inc.

- King Street Capital Management, LLC

- LaSalle Bank National Association

- National Commerce Bank

- Pacific Investment Management LLC

- Pacific Life & Annuity Co

- Regions Bank

- Scotia Capital (USA)

- Sovereign Securities Corporation

- Standard Chartered Bank

- Stone Tower Capital

- SunTrust Robinson Humphrey

- TD Security

- United Parcel Services

- Wexford Capital

- York Capital Management

b.  A&M and/or its affiliates are currently providing or have previously provided certain consulting services to the following Potential Parties-in-Interest or their affiliates in matters unrelated to the Debtors' chapter 11 cases:

- Accredited Home Lenders, Inc.

- Alcoa Inc.

- Banco Espirito Santo

- Bayview Financial, L.P.

- BMO Capital Markets Corp.

- Bracewell & Giulliani LLP

- Campbell Soup Company

- Charles Schwab & Co., Inc.

- Cooperative Centrale Raiffeisen-Boerenleenbank, B.A

- Cox Communications, Inc.

- EMC Corporation

- EMI Entertainment World, Inc.

- Enel SPA

- Fortress Investment Group LLC

- HBK Investments LP

- HVB Capital Markets, Inc.

- IntraLinks Inc.

- Irish Life & Permanent PLC

- LaSalle Bank National Association

- Lexington Insurance Company

- Linn Energy, LLC

- Man Group Finance Inc.

- Misys PLC

- Occidental Power Services, Inc.

- OneBeacon US Holdings

- Piper Jaffray and Co.

- Qwest Services Corporation

- Regions Bank

- Santander Investment Securities Inc.

- Summit Systems

- Sun Microsystems

- TD Security

- Teva Pharmaceutical Works Company

- TPG-Austin Portfolio Holdings

- TransCanada Pipelines Ltd.

- Tyco Electronics Tyco International Group

- US Securities and Exchange Commission

c. The following Potential Parties-in-Interest or their affiliates are significant equity holders of other clients or former clients of A&M or its affiliates:

- Alcoa Inc.

- AMBAC

- Australia &  New Zealand Banking Group

- BMO Capital Markets Corp.

- CCMP Acquisition

- Credit Agricole

- Crown Castle

- Fortis Group

- Francisco Perez

- HBK Investments LP

- LaSalle Bank National Association

- Lazard Freres & Co

- Lufthansa AG

- New York Life Investment Management

- Nortek Holdings, Inc.

- Ras Laffan Liquefied Natural Gas Co. Ltd.

- Regions Bank

- RWE AG

- Santander Investment Securities Inc.

- SEB Enskilda

- Standard Chartered Bank

- SunTrust Robinson Humphrey

- Swiss Reinsurance Company

- TD Security

- The Lightstone Group

- TPG-Austin Portfolio Holdings

- Vertex Mortgage Services

- Wexford Capital

d. Sovereign Securities Corporation or its affiliates is/are a significant joint venture partner of a client or former client of A&M or its affiliates in matters unrelated to the Debtors' Chapter 11 cases.

e. The following professionals have represented clients in matters where A&M or its affiliates were also advisors, or provided crisis management, to the same clients:

- Fulbright & Jaworski L.L.P.

- Houlihan Lokey Howard & Zukin Capital

- Jenner & Block LLP

- Maples and Calder

- Milbank, Tweed, Hadley & McCloy LLP

- Paul Weiss, Rifkind, Wharton & Garrison LLP

- Richards, Layton & Finger, P.A.

12.   A&M does not believe that any of the additional disclosures described above create conflicts of interest regarding the Debtors or their chapter 11 cases.  A&M continues to believe that it is "disinterested" within the meaning of the term as it is used in section 101(14) of title 11 of the United States Code.


I declare under penalty of perjury that, to the best of my knowledge, and after reasonable inquiry, the foregoing is true and correct.

Dated: November 4, 2009
       New York, New York

                                        /s/ John Suckow
                                        John Suckow, Managing Director