UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                            :
In re                                       :   Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :   08-13555 (JMP)
                                            :
                            Debtors.        :   (Jointly Administered)
                                            :
                                            :
------------------------------------------------------------------x

### AFFIDAVIT AND DISCLOSURE STATEMENT OF DAVID M. HILLMAN, ON BEHALF OF SCHULTE ROTH & ZABEL LLP

STATE OF NEW YORK           )
                            ) ss:
COUNTY OF NEW YORK          )

DAVID HILLMAN, being duly sworn, upon his oath, deposes and says:

1. I am a member of Schulte Roth & Zabel, LLP, located at 919 Third Avenue, New York, New York 11050 (the "Firm").

2. Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors, including Lehman Commercial Paper Inc. ("LCPI"), are debtors (collectively, the "Debtors") in the above-referenced chapter 11 cases (the "Chapter 11 Cases"). LCPI has requested that the Firm provide counsel with respect to third party investments in which LCPI is a creditor or equity security holder. The Firm has consented to provide such services.

3. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' Chapter 11 Cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these Chapter 11 Cases. The Firm does not perform services for any such person in connection with

these Chapter 11 Cases, except as set forth in paragraph 7 below. In addition, after reasonable diligence, I have confirmed that the Firm does not have any client relationship that would be adverse to the Debtors or their estates, except as set forth in paragraph 7 below. None of the matters set forth in paragraph 7 are adverse to the interest of LCPI or its estate with respect to the matters on which the Firm is to be retained.

4. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates, except as set forth in paragraph 6 and 7 below.

6. The Firm is a creditor of Lehman Brothers Inc. (not LCPI) in the amount of $387,494. The Firm has no claims against any of the Debtors.

7. After reasonable diligence, I have confirmed that the Firm has represented the following clients in connection with the following matters:

    a) The Firm previously represented affiliates of the Debtors that are not among the Debtors in these Chapter 11 Cases.

    b) The Firm previous represented Lehman Brothers Inc as placement agent for a synthetic CDO.

    c) The Firm is representing certain customers of Lehman Brothers Inc. in connection with their objections to denials of claim delivered by the SIPC Trustee in the SIPA proceedings. The Firm received a waiver from Lehman Brothers, Inc. in connection with such engagement.

    d) The Firm represents GenNx360 Capital Partners, L.P. in connection with an acquisition from LB I Group, Inc. (a Lehman non-debtor entity). LCPI is not involved with this matter.

    e) The Firm represents Goldman Sachs and affiliates in an action against Lehman Brothers Commodity Services, Inc. and Lehman Brothers Special Financing Inc. The case is stayed and LCPI is not a defendant in the litigation.

    f) The Firm represent Goldman Sachs and affiliates in an action against Lehman Brothers Special Financing, Inc. and Lehman Brothers OTC Derivatives, Inc. The case is stayed and LCPI is not a defendant in the litigation.

    g) The Firm represents Stone Tower Capital LLC as a defendant in a lawsuit filed by Tronox Inc. and LCPI is a co-defendant.

    h) The Firm has generally assisted clients with the clients' preparation and filing of proofs of claim against certain of the Debtors.

    i) The Firm provided advice to clients in connection with the review and negotiation of one or more ISDA agreements and transactions with or involving the Debtors, including Lehman Brothers Special Financing, Inc. and Lehman Brothers Holdings, Inc. The Firm will not represent LCPI with respect to such matters.

    j) The Firm represents or represented the following clients in matters which LCPI was a lender, or equity security holder, buyer or had some other involvement. The Firm will not represent LCPI in connection with any of the following any investments in the following companies:

     i. Jet Funding Corp (matter closed in 2003)

     ii. DLB Oil and Gas Inc. (matter closed in 2003)

      iii.  Cauff Lippman Aviation Inc (matter closed in 2003)

      iv.  Unicapital Air Group (matter closed in 2003)

      v.  ANC Rental Car (matter closed in 2004)

      vi.  Mizuho Corporate Bank LTD (matter closed in 2005)

      vii.  The Related Companies, L.P. (matter closed in 2006)

      viii.  C. Itoh CP (matter closed in 2006)

      ix.  Philip J. Hempleman (matter closed in 2008)

      x.  Precision Partners, Inc.

      xi.  Tishman Speyer Real Estate D.C. Area Portfolio.

8.    The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.[1]

By: _____

Subscribed and sworn to before me
this 3rd day of November, 2009.

_____
Notary Public

SHELLEY SAPOSNIK
NOTARY PUBLIC, State of New York
No. 01SA6125942 Qualified in Westchester County
Certificate Filed in New York County
Commission Expires 4/25/2013

---

[1] If necessary.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                                    :
In re                                                               :   Chapter 11 Case No.
                                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :   08-13555 (JMP)
                                                                    :
                    Debtors.                                        :   (Jointly Administered)
                                                                    :
                                                                    :
-------------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

    Weil, Gotshal & Manges LLP
    767 Fifth Avenue
    New York, New York 10153
    Attn:   Jennifer Sapp
            Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

    1.    Name and address of firm:

        Schulte Roth & Zabel LLP

        919 Third Avenue

        New York, NY 10022

2. Date of retention: <u>(pending)</u>

3. Type of services provided (accounting, legal, etc.):

   <u>LEGAL</u>

4. Brief description of services to be provided:

   <u>Represent Lehman Commercial Paper Inc. ("LCPI") with respect to third party investments in which LCPI is a creditor or equity security holder.</u>

5. Arrangements for compensation (hourly, contingent, etc.)

   <u>Hourly</u>

   (a) Average hourly rate (if applicable):

   <u>My rate is $715 per hour. Rates range from $265 to $920 per hour</u>

   (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

   <u>N/A</u>

6. Prepetition claims against the Debtors held by the firm: N/A

   Amount of claim:

   Date claim arose:

   Source of Claim:

7.  Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

    Name: _____Adam C. Harris_____

    Status: _____

    Amount of Claim: $ 150,000_____

    Date claim arose: ___pre-petition_____

    Source of claim: __"principal protected notes" issued by Lehman Brothers

    _____Holdings Inc._____

    _____

    _____

    _____

8.  Stock of the Debtors currently held by the firm: N/A

    Kind of shares: _____

    No. of shares: _____

9.  Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm: N/A

    Name: _____

    Status: _____

    _____

    Kind of shares: _____

    No. of shares: _____

10. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

After reasonable diligence, I have confirmed that the Firm has represented the following clients in connection with the following matters:

a) The Firm previously represented affiliates of the Debtors that are not among the Debtors in these Chapter 11 Cases.

b) The Firm previous represented Lehman Brothers Inc as placement agent for a synthetic CDO.

c) The Firm is representing certain customers of Lehman Brothers Inc. in connection with their objections to denials of claim delivered by the SIPC Trustee in the SIPA proceedings. The Firm received a waiver from Lehman Brothers, Inc. in connection with such engagement.

d) The Firm represents GenNx360 Capital Partners, L.P. in connection with an acquisition from LB I Group, Inc. (a Lehman non-debtor entity). LCPI is not involved with this matter.

e) The Firm represents Goldman Sachs and affiliates in an action against Lehman Brothers Commodity Services, Inc. and Lehman Brothers Special Financing Inc. The case is stayed and LCPI is not a defendant in the litigation.

f) The Firm represent Goldman Sachs and affiliates in an action against Lehman Brothers Special Financing, Inc. and Lehman Brothers OTC Derivatives, Inc. The case is stayed and LCPI is not a defendant in the litigation.

g) The Firm represents Stone Tower Capital LLC as a defendant in a lawsuit filed by Tronox Inc. and LCPI is a co-defendant.

h) The Firm has generally assisted clients in the preparation of proofs of claim against certain of the Debtors.

i) The Firm provided advice to clients in connection with the review and negotiation of one or more ISDA agreements and transactions with or involving the Debtors, including Lehman Brothers Special Financing, Inc. and Lehman Brothers Holdings, Inc. The Firm will not represent LCPI with respect to such matters.

j) The Firm represents or represented the following clients in matters which LCPI was a lender, or equity security holder, buyer or had some other involvement. The Firm will not represent LCPI in connection with any of the following any investments in the following companies:

   1) Jet Funding Corp (matter closed in 2003)
   2) DLB Oil and Gas Inc. (matter closed in 2003)
   3) Cauff Lippman Aviation Inc (matter closed in 2003)
   4) Unicapital Air Group (matter closed in 2003)
   5) ANC Rental Car (matter closed in 2004)
   6) Mizuho Corporate Bank LTD (matter closed in 2005)
   7) The Related Companies, L.P. (matter closed in 2006)
   8) C. Itoh CP (matter closed in 2006)

9) Philip J. Hempleman (matter closed in 2008)

10) Precision Partners, Inc.

11) Tishman Speyer Real Estate D.C. Area Portfolio.

11. Name of individual completing this form:

DAVID M. HILLMAN