# EVIDENCE OF TRANSFER OF CLAIM

TO:  **Clerk, United States Bankruptcy Court, Southern District of New York**

AND TO:  **PIMCO Real Return Fund (M)**

DATE OF TRANSFER OF CLAIM:  **November 2, 2009**

  PIMCO Real Return Fund (M), a series trust of PIMCO Bermuda Trust, established under the laws of Bermuda, with offices located at Butterfield House, Fort Street, PO Box 2330,   Georgetown, Grand Cayman, Cayman Islands ("Seller"), for mutual promises and in contemplation of the merger of Seller and Buyer (as defined below) does hereby certify that as of November 2, 2009, it has unconditionally and irrevocably sold, conveyed, transferred, granted and assigned to PIMCO Real Return Fund, a series trust of PIMCO Bermuda Trust, established under the laws of Bermuda, its successors and assigns, with offices located at Butterfield House, Fort Street, PO Box 2330, Georgetown, Grand Cayman, Cayman Islands ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. (and its affiliates) in the amount of $79,046.43, docketed as Claim No. 0000025618 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

  Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional sale and assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

*[Signatures appear on following page]*

IN WITNESS WHEREOF, dated as of the 29th day of October, 2009.

**PIMCO REAL RETURN FUND (M)**, a series trust of PIMCO Bermuda Trust
    By Pacific Investment Management Company LLC, in its capacity as investment adviser of PIMCO Bermuda Trust

WITNESS:

_____
(Signature)

Name: Lola R. Bingham
Title: Senior Paralegal
(Print name and title of witness)

By: _____
    Managing Director

Name: Brent L. Holden
Tel.:

**PIMCO REAL RETURN FUND**, a series trust of PIMCO Bermuda Trust
    By Pacific Investment Management Company LLC, in its capacity as investment adviser of PIMCO Bermuda Trust

WITNESS:

_____
(Signature)

Name: Lola R. Bingham
Title: Senior Paralegal
(Print name and title of witness)

By: _____
    Managing Director

Name: Brent L. Holden
Tel.: