**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
              :
In re         :    Chapter 11 Case No.
              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :    08-13555 (JMP)
              :
        Debtors.   :    (Jointly Administered)
              :
------------------------------------------------------------------x    Ref. Docket Nos. 5686, 5687

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 3, 2009, I caused to be served the:

    a) "NOTICE OF FILING OF AFFIDAVITS AND DISCLOSURE STATEMENTS IN CONNECTION WITH THE EMPLOYMENT OF DISCOVERREADY LLC CONTRACT ATTORNEYS," dated November 3, 2009 [Docket No. 5686], and

    b) "NOTICE OF FILING OF AFFIDAVITS AND DISCLOSURE STATEMENTS IN CONNECTION WITH THE EMPLOYMENT OF HUDSON GLOBAL RESOURCES MANAGEMENT, INC. CONTRACT ATTORNEYS," dated November 3, 2009 [Docket No. 5687],

by causing true and correct copies to be:

   a) delivered by email to those parties listed on the attached Exhibit "A", and

   b) enclosed securely in a postage-prepaid envelope and delivered by overnight mail to the Office of The United States Trustee, Attn: Andrew D. Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Rifkin, Tracy Hope Davis, 33 Whitehall Street, 21st Floor, New York, NY 10004.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

|  |  |
|---|---|
| Sworn to before me this<br>4th day of November, 2009 | /s/ Paul Belobritsky<br>Paul Belobritsky |

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

# EXHIBIT "A"

**Exhibit A - Counsel To The Official Committee Of Unsecured Creditors**

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
(COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS)
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
EMAIL: ddunne@milbank.com; ldespins@milbank.com; wfoster@milbank.com,
dodonnell@milbank.com, efleck@milbank.com


MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
(COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS)
601 SOUTH FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017
EMAIL: paronzon@milbank.com; gbray@milbank.com