# EXHIBIT C

# SWEDBANK LETTER

{00087027.1 / 0694-001}

SWEDBANK AB, NEW YORK BRANCH
One Penn Plaza, 15th Floor
New York, New York 10119

August 10, 2009

1407 Broadway Real Estate LLC
c/o The Lightstone Group
326 Third Street
Lakewood, New Jersey 08701
Attention: David Lichtenstein

Ladies and Gentlemen,

Reference is hereby made to the loan evidenced by that certain Loan Agreement dated as of January 4, 2007, among 1407 Broadway Real Estate LLC, as Borrower, and Lehman Brothers Holdings Inc. (individually and as lead arranger and administrative agent for itself and certain co-lenders), as Lender, and together with any and all documents, evidencing, securing or pertaining to such loan (as amended, the "Loan").

We hereby notify you that, following an assignment from Lehman Brothers Holdings Inc. ("LBHI") to Lehman Commercial Paper Inc. ("LCPI") of LBHI's right, title and interest in and to the Promissory Note (the "Note"), together with all rights, remedies, collateral, instruments or other documents made or granted in favor of LBHI in connection with the Note, LCPI assigned to Swedbank AB, New York Branch ("Swedbank") all of LCPI's right, title and interest in and to the Note, together with all rights, remedies, collateral, instruments or other documents made or granted in favor of LCPI or its predecessor in interest in connection with the Note. Notwithstanding the foregoing, LBHI and LCPI are not assigning to Swedbank any of LBHI's rights, title or interest in and to the Net Profits Agreement dated as of January 4, 2007 between LBHI and 1407 Broadway Real Estate LLC, and any and all collateral therefor, including, without limitation, that certain Pledge and Security Agreement Re: Net Profits Agreement (Interests in Mezzanine Borrower), dated as of January 4, 2007, by and between 1407 Broadway Mezz II LLC and LBHI, and that certain Pledge and Security Agreement Re: Net Profits Agreement (Interests in Project Owner), dated as of January 4, 2007, by and between 1407 Broadway Mezz LLC and LBHI, and any and all other documents and instruments evidencing or securing said Net Profits Agreement and the obligations evidenced thereby (collectively, the "Net Profits Documents") and the Net Profits Documents are specifically excluded from the term Loan Documents as used in this letter.

From and after the date hereof, all correspondence or other communication to Lender and transmittals to Lender of information pertaining to the Loan and the Loan Documents, and all questions for Lender regarding the Loan and the Loan Documents should be directed to Swedbank as follows:

Swedbank AB, New York Branch

One Penn Plaza, 15th Floor
New York, New York 10119
Attention: John Matthews

with copies to:

DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Attention: John C. Phelan

TriMont Real Estate Advisors, Inc.
3424 Peachtree Road, Suite 2200
Atlanta, Georgia
Attention: Bradley Keebler

via email to Erik Odhnoff at erik.odhnoff@swedbank.se.

Please feel free to contact us with any questions you may have.

Very truly yours,

**SWEDBANK AB (publ)**
**NEW YORK BRANCH**

By: _____
Name: John Matthews
Title: General Manager

By: _____
Name: DONALD WEISS
Title: Vice President

cc:    TriMont Real Estate Advisors
3424 Peachtree Rd. Suite 2200
Atlanta, Georgia 30326
Attention: Bradley Keebler

1407 Broadway Real Estate LLC
c/o The Prime Group Realty Trust
77 West Wacker Drive, Suite 3900
Chicago, Illinois 60601
Attention: Jeffrey A. Patterson

I:\S1\425213492