# EXHIBIT E

# PROPOSED ORDER

{00086790.1 \ 0694-001}

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | Case No. 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---------------------------------------------------------x

**ORDER (I) COMPELLING CERTAIN OF THE DEBTORS TO COMPLY WITH THEIR LENDING OBLIGATIONS, (II) GRANTING THE MOVANTS RELIEF FROM THE AUTOMATIC STAY ON A LIMITED BASIS; AND (III) AUTHORIZING THE MOVANTS TO CONDUCT EXAMINATIONS OF THE DEBTORS AND <u>REQUEST THE PRODUCTION OF DOCUMENTS PURSUANT TO F.R.B.P. 2004</u>**

Upon the motion (the "<u>Motion</u>") of 1407 Broadway Real Estate LLC ("<u>1407 Broadway</u>") and its asset and development manager, PGRS 1407 BWAY LLC ("<u>PGRS 1407</u>" and together with 1407 Broadway, the "<u>Movants</u>"), pursuant to Sections 105, 362(d) and 365 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>") and Rule 2004 of the Federal Rules of Bankruptcy Procedure ("<u>Rule 2004</u>") for entry of an order (A) compelling Lehman Brothers Holdings Inc. ("<u>Lehman</u>") and to the extent necessary, Lehman Commercial Paper Inc. ("<u>LCPI</u>"), to comply with their obligations to lend under the Loan and Loan Agreement (as defined in the Motion); and/or alternatively (B) granting the Movants relief from the automatic stay so that the Movants may (i) declare Lehman and LCPI (Lehman, LCPI and their affiliated Chapter 11 debtors, the "<u>Debtors</u>") in default/breach of the Loan and all related documents, (ii) suspend payments under the Loan and the Net Profits Agreement (as defined in the Motion), (iii) seek a replacement lender for the remaining unfunded portion of the Loan, and (iv) pursue any and all other available remedies; (C) compelling discovery from Debtors and their affiliates pursuant to Rule 2004; and (D) granting appropriate related relief; and good and sufficient notice

{00086790.1 \ 0694-001}

of the Motion having been given; and due deliberation having been had; and upon the Motion and the exhibits thereto, the hearing before this Court, and the full record in these cases; and good and sufficient cause appearing for the relief requested in the Motion[1]; it is

**ORDERED,** that the Motion is hereby granted; and it is further

**ORDERED,** that Lehman shall loan $_____ (the "Advance") to 1407 Broadway, as required by the Loan Agreement and consistent with past fundings thereunder, within ten (10) business days of the date of this Order; and it is further

**ORDERED**, that thereafter Lehman shall continue to fulfill its funding obligations under the Loan Agreement unless and until such time as the Loan Agreement is rejected or terminates pursuant to its terms; and it is further

**ORDERED,** that if Lehman fails to timely make the Advance, then on the eleventh (11th) business day from the date hereof, the automatic stay of 11 U.S.C. § 362(a) shall be modified without further Order of this Court, to the full extent necessary to permit the Movants to declare Lehman in default of the Loan and all related documents, suspend payments under the Loan, seek a replacement senior lender for the remaining unfunded portion of the Loan, and pursue other remedies; and it is further

**ORDERED,** that the Debtors are directed to submit to depositions by Movants and their professionals regarding the information and documents that are responsive to the Movants' Document Requests, attached to the Motion at Exhibit D. Depositions shall be completed no later than _____ __, 2009; and it is further

**ORDERED,** that the Debtors shall provide the Movants and their professionals with any and all documents and communications that are responsive to the Movants' Document

---

[1] Capitalized terms that are not defined in this Order shall have the meanings ascribed to such terms in the Motion.
{00086790.1 \ 0694-001}

Requests, attached to the Motion as Exhibit D.  The Debtors shall respond to the Movants' requests no later than _____ \_\_, 2009; and it is further

**ORDERED**, that this Court shall retain jurisdiction to decide any disputes regarding the enforcement of this Order.

Dated:   New York, New York
          December \_\_, 2009

_____
UNITED STATES BANKRUPTCY JUDGE
