UNITED STATES BANKRUPTCY COURT-SDNY

In Re: Lehman Brothers Holdings, Inc etc et al     Ch 11 Case # 08-13555 (JMP)

Debtor

Motion of William Kuntz, III to Enlarge Time for Filing a Notice of Appeal

Now comes William Kuntz, III who appears here *Pro Se* and respectfully moves the Court for an Order Enlarging Time within which to file a Notice of Appeal to the Fairpoint Order which was signed on the 16th of Oct, 2009.

1) In early October, 2009 Movant filed an Objection to the proposed transaction.

2) On the 6th of Oct, 2009

| 5357 | 10/6/2009 | Statement of Ad Hoc Group of Lehman Brothers Creditors in Support of Motion of Lehman Commercial Pap Pursuant to Section 363 of The Bankruptcy Code and Bankruptcy Rule 6004 for Authorization to Purchase Participation (related document(s)[5199]) filed by Gerard Uzzi on behalf of Ad Hoc Group of Lehman Broth (Uzzi, Gerard) |
| --- | --- | --- |
| | | Debtor: Lehman Brothers Holdings Inc. |
| | | Related: 5199 |

was filed by Attorney Lauria, who is apparently operating on automatic-pilot fee-search and didn't bother to check the Docket as no papers were served upon this party.

3) On the 19th of Oct, 2009

| 5558 | 10/19/2009 | Transcript regarding Hearing Held on 10/14/09 10:04 AM Remote electronic access to the transcript is re 1/14/2010. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service A Veritext, LLC.]. (See the Courts Website for contact information for the Transcription Service Agency.). N to Request Redaction Deadline Due By 10/23/2009. Statement of Redaction Request Due By 11/6/2009. Transcript Submission Due By 11/16/2009. Transcript access will be restricted through 1/14/2010. (Rich (Entered: 10/19/2009) |
| --- | --- | --- |
| | | Debtor: Lehman Brothers Holdings Inc. |
| | | Related: none |

the Transcript was filed with the Court Clerk, However as the Court may note, Electronic Access is embargoed until the 14th of Jan, 2010.

4) The Order signed on the 16th provided little information as to any actual reasoning behind the Court's Decision to support the Debtor's Business Judgement in proceeding with the Fairpoint Transaction which puts at risk some 10% of Lehman Brothers Commerical Paper Cash Assets.

5) In Early Oct, 2009 Movant traveled to upstate NY where computer Access is quite limited. On the 15th of Oct, 2009 Movant was unable to fully access the Epiq site. On the 19th, Movant again tried to access the Epiq site. At last, on the 21st, Movant was able to read the Order and review the Docket.

It is clear to Movant he should try to read the Transcript before proceeding with an Appeal. Accordingly, Movant requests that the Court extend the time within which to file a Notice of Appeal.

Respectfully,

William Kuntz, III

India St PO Box 1801 Nantucket Island, Ma 02554-1801 508-775-5225

Elizabethtown, NY  Oct 23, 2009



RECEIVED OCT 27 2009 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK