UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
                                         :
In re                                    :    Chapter 11 Case No.
                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*, :    08-13555 (JMP)
                                         :
            Debtors.                     :    (Jointly Administered)
                                         :
                                         :
----------------------------------------------------------------x

## AFFIDAVIT AND DISCLOSURE STATEMENT OF DAVID R. KESSARAM,

## ON BEHALF OF COX HALLETT WILKINSON

DAVID R. KESSARAM, being duly sworn, upon his oath, deposes and says:

1. I am a Barrister and Attorney and a Partner of COX HALLETT WILKINSON, located at 18 Parliament Street, Hamilton HM 12, BERMUDA (the "Firm").

2. Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with

NY2:\1926908\02\15@T802!.DOC\58399.0003

these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6. The Debtors owe the Firm $250 for prepetition services.

7. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.[1]

By: _____
DAVID R. KESSARAM

Subscribed and sworn to before me
this ___ day of _____, 2009

_____
Notary Public

Kim Raymond White, Notary Public
Commissioner for Oaths and Affirmations
for and in the Islands of Bermuda
Hamilton, Bermuda.  4 / 11 /2009
My Commission is unlimited as to time

---

[1] If necessary.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                              :    Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :    08-13555 (JMP)
                                                   :
             Debtors.                              :    (Jointly Administered)
                                                   :
------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT. RETURN IT FOR FILING BY THE DEBTORS, TO:

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:   Jennifer Sapp
        Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

   COX HALLETT WILKINSON

   18 Parliament Street

   Hamilton HM 12

   Bermuda

2. Date of retention:   13th August 2008

3. Type of services provided (accounting, legal, etc.):

   Legal Services

4. Brief description of services to be provided:

   Advice in connection with LBHI's claim in the liquidation of Blue Point Re Limited

5. Arrangements for compensation (hourly, contingent, etc.)

   Arranged for payment on hourly basis

   (a) Average hourly rate (if applicable):

   $550

   (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

   N/A

6. Prepetition claims against the Debtors held by the firm:

   Amount of claim:    $250

   Date claim arose:   29 August 2008

   Source of Claim:    Payment for legal services

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: Nil

   Status: _____

   Amount of Claim: $    N/A

   Date claim arose:     N/A

   Source of claim:      N/A

8.     Stock of the Debtors currently held by the firm:

       Kind of shares: _____ NIL _____

       No. of shares: _____

9.     Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

       Name: _____ NIL _____

       Status: _____

       Kind of shares: _____

       No. of shares: _____

10.    Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

       _____ NIL _____

11.    Name of individual completing this form:

       _____ DAVID R. KESSARAM _____