LB9 500 Second Ave
New York, NY 10016
October 28th, 2009.

Attn: John Poulos,
Attorney,
Bankruptcy Court,
Southern District of New York
One Bowling Green,
New York, N.Y. 10004

Re: Claim Number 900007095

Dear Sir,


RECEIVED
OCT 30 2009
U.S. BANKRUPTCY COURT, SDNY

    Please find enclosed two letters, to two addresses, about withdrawing my objection to Lehman Brothers, Inc. I have so much papers that I was unable to find copies of the last two letters that I wrote, but I believe that I mailed in my opposition to the United States Bankruptcy Court and also to Hughes Hubbard & Reed LLP.

    Please let me know, should you wish for me to rewrite the letters with different wordings.

    Thank you very much.

Very truly yours,
Louise Nervo
Tel: 702-882-8151 (cell)

LB9, 500 Second Ave.
New York, NY 10016
October 28th, 2009.

Attn: John Poulos.
Attorney.
Bankruptcy Court for
Lehman Brothers, Inc.
Southern District of New York,
One Bowling Green,
New York, New York, 10004

Re: Claim Number: 90007095

Dear Sir,

I am withdrawing my objection to the Court findings of May 15th, 2009.

I was never a Member of Lehman Brothers, Inc.

My Claim was with Lehman Brothers Holdings, Inc. in Bonds.

I regret the inconvenience that I have caused.

Very truly yours,
Louise Nervo,

cc: Bankruptcy Court
Southern District of New York,
Attn: LBI

LB9, 500 Second Ave.
New York, N.Y. 10016.
October 28th, 2009.

Clerk of the United States
Bankruptcy Court.
Southern District of New York,
One Bowling Green,
New York, New York, 10004

Re: Claim Number: 900007095

Dear Sir,

I am withdrawing my objection to the Court findings of May 15th, 2009.

I was never a member of Lehman Brothers, Inc.

My claim was with Lehman Brothers Holdings, Inc, in bonds.

I regret the inconvenience that I have caused you.

Very truly yours,
Louise Nervo,

CC: John Poulos
Attorney

L139 500 Second Ave
New York, NY 10016
October 28th, 2009

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, N.Y. 10004
Attn: LBI
Re: Claim Number 900007095

Dear Sirs,

    I am withdrawing my objection to the Court findings of May 15th, 2009.

    I was never a member of Lehman Brothers, Inc. My claim was with Lehman Brothers Holdings, Inc. in bonds.

    I regret the inconvenience that I have caused.

Very truly yours,
Louise Nervo.

cc: John Poulos
    Attorney.

RECEIVED OCT 30 2009 U.S. BANKRUPTCY COURT SDNY