Barbara Peonio
432 E. Elgin St.
Gilbert, AZ 85295
Email: bkpeonio@yahoo.com

The Honorable James M. Peck
United States Bankruptcy Judge
Southern District of New York
One Bowling Green
Courtroom 601
New York, NY 10004-1408

October 26, 2009

   Subject: Lehman Brothers Bankruptcy, United States Bankruptcy Court for the Southern District of New York, Case #08-13555

Dear Judge Peck:

Lehman Brothers held my $50,000 worth of bonds in Schering-Plough (SGP) that matured and was supposed to be converted to stock before they filed for bankruptcy. They did not convert it as required, and they have been included in their bankruptcy. I am respectfully asking you to require them to issue me the SGP stock.

I purchased these bonds on March 12, 2008 through Stockcross Financial. It was held by Lehman Brothers and was due to be converted to stock on September 14, 2008 pursuant to my purchase agreement which specified September 14th as the date the reverse exchange was to be completed. The Cusip number on this transaction is 5249087A2.

Unlike other creditors, these were not funds in transit that did not get into Lehman Brothers accounts until after the filing of the bankruptcy on September 15th. These funds were supposed to be converted to stock prior to that date.

I know you are dealing with millions of dollars which have a large impact on our market. My $50,000 has a huge impact on me and is a significant portion of my savings.

Respectfully

*Barbara Peonio*
Barbara Peonio

Cc: Weil, Gotschal & Manges LLP
   Attorneys for Debtor Lehman Brothers
      767 Fifth Avenue
      New York, NY 10153