UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:                                              Chapter 11
LEHMAN BROTHERS HOLDINGS INC.,                      Case No. 08-13555 (JMP)
*et al.*

                              (Jointly Administered)

                      Debtors.
------------------------------------------------------------x

STATE OF NEW YORK   )
                     )   ss.:
COUNTY OF NEW YORK )

### Affidavit of Service

       Mary M. Charles-Kennedy, being duly sworn, deposes and says: I am not a party to the action. I am over the age of eighteen years and reside in Queens, New York.

       On November 5, 2009, true and correct copies of the below referenced documents were sent to the parties listed on Exhibit A by ECF notification.

DOCUMENT 1:      MOTION OF 1407 BROADWAY REAL ESTATE LLC AND PGRS 1407 BWAY LLC FOR AN ORDER (I) COMPELLING CERTAIN OF THE DEBTORS TO COMPLY WITH THEIR LENDING OBLIGATIONS; AND/OR ALTERNATIVELY (II) GRANTING THE MOVANTS RELIEF FROM THE AUTOMATIC STAY; AND (III) AUTHORIZING THE MOVANTS TO CONDUCT EXAMINATIONS OF THE DEBTORS AND REQUEST THE PRODUCTION OF DOCUMENTS PURSUANT TO F.R.B.P. 2004

DOCUMENT 2:      NOTICE OF MOTION OF 1407 BROADWAY REAL ESTATE LLC AND PGRS 1407 BWAY LLC FOR AN ORDER (I) COMPELLING CERTAIN OF THE DEBTORS TO COMPLY WITH THEIR LENDING OBLIGATIONS; AND/OR ALTERNATIVELY (II) GRANTING THE MOVANTS RELIEF FROM THE AUTOMATIC STAY; AND (III) AUTHORIZING THE MOVANTS TO CONDUCT EXAMINATIONS OF THE DEBTORS AND REQUEST THE PRODUCTION OF DOCUMENTS PURSUANT TO F.R.B.P. 2004.

                                       Mary M. Charles-Kennedy

Sworn to before me this 5th
day of November 2009

NOTARY PUBLIC
Jocelyn Keynes
Notary Public, State of New York
No. 02KE6039345
Qualified in New York County
Commission Expires 5/25/10

JOCELYN KEYNES
Notary Public, State of New York
No. 02KE6039345
Qualified in New York County
Commission Expires 5/25/2010

{00086819.1 / 0694-001}

# EXHIBIT A

Anne Marie Aaronson on behalf of Creditor Jeanes Hospital
aaaronson@dilworthlaw com

Marc Abrams on behalf of Creditor ADI Alternative Investments
maosbny@willkie com, mabrams@willkie com

Ann E. Acker on behalf of Attorney Chapman and Cutler LLP
acker@chapman com

David J. Adler on behalf of Creditor Occidental Energy Marketing, Inc
dadler@mccarter com

Luma Al-Shibib on behalf of Creditor Qwest Corporation and Qwest Communications Corporation
lalshibib@reedsmith com

Ana M  Alfonso on behalf of Interested Party BANK OF AMERICA, N A
aalfonso@kayescholer com, daniel bloom@kayescholer com;rcappiello@kayescholer com;gjeanlouis@kayescholer com;tania ingman@kayescholer com

Darryl J. Alvarado on behalf of Unknown Chun Ip
dalvarado@csgrr com, c_file_sd@csgrr com

D  Sam Anderson on behalf of Trustee Citibank, N A , In Its Capacity As Trustee
sanderson@bernsteinshur com, acummings@bernsteinshur com;lkubiak@bernsteinshur com

George Angelich on behalf of Creditor The Vanguard Group, Inc
angelich george@arentfox com, angelich george@arentfox com;lane katie@arentfox com

Tara B  Annweiler on behalf of Creditor American National Insurance Company
tannweiler@greerherz com

Rick Antonoff on behalf of Unknown Embarcadero Aircraft Securitization Trust
rick antonoff@pillsburylaw com, gianni dimos@pillsburylaw com

Bruce G. Arnold on behalf of Creditor Metavante Corporation
barnold@whdlaw com, jwells@whdlaw com

John R  Ashmead on behalf of Creditor Breen Investors International Fund L P
ashmead@sewkis com

Lee Stein Attanasio on behalf of Attorney Sidley Austin LLP
emcdonnell@sidley com

Lauren Attard on behalf of Creditor Banco Popular Espanol, S A
lattard@kayescholer com, lattard@kayescholer com

Douglas Bacon on behalf of Defendant Federal National Mortgage Association
douglas bacon@lw com, chefiling@lw com;beth arnold@lw com

Donald M. Badaczewski on behalf of Interested Party Russell Investment Group, Inc
donald badaczewski@dechert com

Ingrid Bagby on behalf of Foreign Representative Lehman Re Ltd
ingrid bagby@cwt com, betty comerro@cwt com;michele maman@cwt com

Helen Ball on behalf of Creditor Wellmont Health System
hball@ba-boult com, mtaylor@ba-boult com

William G. Ballaine on behalf of Creditor Federal Home Loan Mortgage Corporation
wballaine@lcbf com

Elizabeth Banda on behalf of Creditor Arlington ISD
ecobb@pbfcm com

Duncan E. Barber on behalf of Creditor Ironbridge Aspen Collection, LLC
dbarber@bsblawyers com

David L  Barrack on behalf of Unknown Canadian National Resources Limited
dbarrack@fulbright com

Lawrence Bass on behalf of Creditor National CineMedia
lawrence bass@hro com

{00086819.1 / 0694-001}

Beatrice Hamza Bassey on behalf of Trustee James W Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc
bassey@hugheshubbard com

Paul M. Basta on behalf of Unknown Lehman Brothers Real Estate Partners III
pbasta@kirkland com, jgoldfinger@kirkland com;bfriedman@kirkland com

Paul A. Batista on behalf of Creditor Unclaimed Property Recovery Service, Inc
batista007@aol com

Ronald Scott Beacher on behalf of Creditor Silver Point Capital, LP
rbeacher@daypitney com

Anne E Beaumont on behalf of Creditor Lazard Freres & Co LLC
abeaumont@fklaw com, lehmanbros@fklaw com

T Scott Belden on behalf of Creditor Superior Pipelines, Inc
sbelden@kleinlaw com, imedelli@kleinlaw com;srucker@kleinlaw com;kfryer@kleinlaw com

Christopher Robert Belmonte on behalf of Creditor International Business Machines Corporation
cbelmonte@ssbb com, pbosswick@ssbb com

Howard S Beltzer on behalf of Attorney Morgan, Lewis & Bockius LLP
hbeltzer@morganlewis com

Evan J Benanti on behalf of Defendant State Street Bank & Trust Company
evan benanti@bingham com

Walter Benzija on behalf of Creditor Dunn & Bradstreet
wbenzija@halperinlaw net

Jed I Bergman on behalf of Counter-Defendant Turnberry Retail Holding, L P
jbergman@kasowitz com, courtnotices@kasowitz com

Leslie Ann Berkoff on behalf of Creditor The Hotchkiss School
lberkoff@moritthock com

Mark N Berman on behalf of Creditor Metropolitan Transportation Authority
mberman@nixonpeabody com

Richard J. Bernard on behalf of Creditor Metavante Corporation
rbernard@bakerlaw com, darivera@bakerlaw com

Scott Howard Bernstein on behalf of Creditor CATOC VIDA, Sociedad Anonima de Seguros
sbernstein@hunton com

Martin J. Bienenstock on behalf of Creditor Ad Hoc Group of Lehman Brothers Creditors
martin bienenstock@dl com, tkarcher@dl com;haaronson@dl com;lsaal@dl com;lcassey@dl com

Robert Jeffery Black on behalf of Plaintiff State Street Bank And Trust Company
jeffery black@bingham com, pat wright@bingham com

Benjamin Blaustein on behalf of Creditor The Juilliard School
bblaustein@kelleydrye com, KDWBankruptcyDepartment@kelleydrye com

Daniel S Bleck on behalf of Interested Party Wells Fargo Bank, National Association, as Indenture Trustee
dbleck@mintz com

Michael V Blumenthal on behalf of Creditor ICAP North America Inc , and its various Affilated Entities
mblumenthal@crowell com

Anthony D Boccanfuso on behalf of Defendant Woodlands Commercial Bank f/k/a Lehman Brothers Commercial Bank
Anthony_Boccanfuso@aporter com

Carmine Boccuzzi on behalf of Creditor GS European Performance Fund Limited
maofiling@cgsh com, cboccuzzi@cgsh com

Hilary B. Bonial on behalf of Creditor Litton Loan Servicing, LP
notice@bkcylaw com

Mark V. Bossi on behalf of Creditor ARG Funding Corp , et al
mbossi@thompsoncoburn com, lmckinnon@thompsoncoburn com

Maria A Bove on behalf of Attorney Special Counsel to the Debtors
mbove@pszjlaw com, dharris@pszjlaw com;mbove@pszjlaw com

{00086819.1 / 0694-001}

Jerrold Lyle Bregman on behalf of Debtor Lehman Brothers Holdings Inc
jbregman@curtis com, cmanthei@curtis com

Lawrence Jay Brenner on behalf of Unknown AMERICAN EXPRESS TRAVEL RELATED SERVICES CO , INC
lbrenner@crowell com

Timothy W  Brink on behalf of Interested Party River Capital Advisors, Inc
timothy brink@dlapiper com

James L  Bromley on behalf of Interested Party Hellman & Friedman LLC
maofiling@cgsh com

Luke O  Brooks on behalf of Plaintiff Ka Kin Wong, Siu Lui Ching
lukeb@csgrr com, e_file_sf@csgrr com

Melvin A  Brosterman on behalf of Creditor Basso Capital Management. L P
mbrosterman@stroock com, docketing@stroock com;insolvency@stroock com

Andrew P  Brozman on behalf of Creditor Calyon
andrew brozman@cliffordchance com

Martin G  Bunin on behalf of Creditor Dell Global B V
marty bunin@alston com

Spencer A  Burkholz on behalf of Plaintiff Ka Kin Wong, Siu Lui Ching
spenceb@csgrr com. e_file_sd@csgrr com

Michael G  Busenkell on behalf of Plaintiff Carolina First Bank
mbusenkell@wcsr com

Aaron R  Cahn on behalf of Unknown GFI Group, Inc
cahn@clm com

Carollynn H G  Callari on behalf of Creditor Danske Bank A/S, London Branch
ccallari@venable com

Sarah Campbell on behalf of Creditor German Association of Savings Banks
jdisanti@whitecase com;mcosbny@whitecase com

Donald F  Campbell on behalf of Creditor South Jersey Hospital, Inc
dcampbell@ghclaw com

Matthew Allen Cantor on behalf of Interested Party Normandy Hill Capital, L P
info2@normandyhill com

John F  Carberry on behalf of Creditor 8 Sound Shore Associates LLC
jcarberry@cl-law com, dsantos@cl-law com

Scott Cargill on behalf of Creditor LibertyView Capital Management, LLC; LibertyView Credit Opportunities Fund; LibertyView Credit Select Fund, L P ;
LibertyView Funds. L P ; LibertyView Arbitrage Fund, L P ; LibertyView Focus Fund, L P
scargill@lowenstein com

Roy H. Carlin on behalf of Unknown PT Bank Negara Indonesia
carlin@thshlaw com, litpara2@thshlaw com

Lawrence F. Carnevale on behalf of Plaintiff Declan Kelly
bankruptcy@clm com

James S  Carr on behalf of Creditor BP Corporation North America Inc
KDWBankruptcyDepartment@kelleydrye com

Gerard Sylvester Catalanello on behalf of Unknown Pennsylvania Public School Employees' Retirement System
gcatalanello@duanemorris com. gcatalanello@duanemorris com

Iskender Catto on behalf of Unknown Pacific Summit Energy LLC
icatto@kirkland com

Gabriel I. Chacon on behalf of Creditor New Jersey Economic Development Authority
gabriel chacon@dol lps state nj us

Shelley C. Chapman on behalf of Creditor AIG CDS, Inc
maosbny@willkie com, schapman@willkie com

Pamela Rogers Chepiga on behalf of Counter-Claimant KBC Financial Products UK Limited

{00086819.1 / 0694-001}

pamela chepiga@newyork allenovery com, kurt vellek@allenovery com

Shawn M  Christianson on behalf of Creditor Oracle USA, Inc
schristianson@buchalter com, cmcintire@buchalter com

Robert N  H  Christmas on behalf of Creditor Bryant University
rchristmas@nixonpeabody com, nyc managing clerk@nixonpeabody com

Jared Riley Clark on behalf of Interested Party Deutsche Bank AG
jared clark@bingham com, david marcus@bingham com,pat wright@bingham com

Marvin E  Clements on behalf of Creditor Tennessee Department of Revenue
agbanknewyork@ag tn gov

Ronald L  Cohen on behalf of Creditor Breen Investors International Fund, LP
cohenr@sewkis com

Hollace T  Cohen on behalf of Plaintiff PT Bank Negara Indonesia (Persero) Tbk
hollace cohen@troutmansanders com

Michael H  Cohn on behalf of Creditor Accredited Home Lenders, Inc
mcohn@cohnroth com, scaba@cohnroth com;tburns@cohnroth com

Joshua D  Cohn on behalf of Interested Party International Swaps and Derivatives Association, Inc
joshua cohn@allenovery com. kurt vellek@allenovery com

Kenneth P  Coleman on behalf of Creditor Bank of China (Tokyo)
kurt vellek@allenovery com, bethany kriss@allenovery com

Magdeline D  Coleman on behalf of Defendant PNC Bank, National Association
magdeline coleman@bipc com, donna curcio@bipc com

Jeffrey R. Coleman on behalf of Unknown James W  Giddens, Trustee for the SIPA Liquidation of Lehman Brothers, Inc
coleman@hugheshubbard com

Patrick Collins on behalf of Creditor Cargill Investment Group, Ltd
pcollins@farrellfritz com

Christopher Combest on behalf of Creditor United Parcel Service, Inc
ccombest@quarles com, fbf@quarles com

Dena Copulsky on behalf of Unknown Landwirtschaftliche Rentenbank
dlcopulsky@hhlaw com, nduncan@hhlaw com

Kenneth Corey-Edstrom on behalf of Creditor Heritage Christian Academy
kcoreyedstrom@larkinhoffman com

Jeffrey Costell on behalf of Creditor Easton Investments II
jlc@costell-law com

Patrick M. Costello on behalf of Interested Party SuccessFactors, Inc
pcostello@bbslaw com, Timothe@bbslaw com

Steven Cousins on behalf of Creditor Ameren Corporation and its subsidiaries
scousins@armstrongteasdale com, jsant@armstrongteasdale com

David N  Crapo on behalf of Creditor Standard & Poor's
dcrapo@gibbonslaw com

David A  Crichlow on behalf of Unknown Union Bank of California, N A
dcrichlow@pillsburywinthrop com

Maureen A  Cronin on behalf of Interested Party JFK International Air Terminal LLC
macronin@debevoise com, mao-ecf@debevoise com;mbrice@debevoise com

Leo T  Crowley on behalf of Attorney Pillsbury Winthrop Shaw Pittman LLP
leo crowley@pillsburylaw com

Walter H  Curchack on behalf of Attorney Loeb & Loeb LLP
wcurchack@loeb com, vrubinstein@loeb com

Louis A. Curcio on behalf of Creditor Hudson City Savings Bank
lcurcio@sonnenschein com

Vincent D'Agostino on behalf of Creditor Avaya Inc
{00086819.1 / 0694-001}

vdagostino@lowenstein com, jbecht@lowenstein com

Robert K  Dakis on behalf of Creditor Committee Official Committee of Unsecured Creditors
robertdakis@quinnemanuel com

Michael R  Dal Lago on behalf of Creditor Carmignac Gestion
bankruptcy@morrisoncohen com

J  Patrick Darby on behalf of Creditor Wellmont Health System
pdarby@babc com

George A  Davis on behalf of Creditor Citigroup Inc  and all of its affiliates, including Citibank, N A
wendy kane@cwt com;michael schrader@cwt com

Jason C  Davis on behalf of Interested Party Chun lp
jdavis@csgrr com, e_file_sf@csgrr com;ptiffith@csgrr com

Paul R  DeFilippo on behalf of Plaintiff Sola Ltd
pdefilippo@wmd-law com. gparascondola@wmd-law com

Jennifer C  DeMarco on behalf of Creditor Barclays Global Investors National Association
jennifer demarco@cliffordchance com

Gabriel Del Virginia, Esq  on behalf of Creditor The TAARP Group, LLP
gabriel delvirginia@verizon net

Frank Dell'Amore on behalf of Creditor State Bank of Long Island
fdellamore@jaspanllp com

John Dellaportas on behalf of Creditor National Agricultural Cooperative Federation
dellajo@duanemorris com

Bradford E. Dempsey on behalf of Creditor Costello Maione Schuch Inc  dba CMS Innovative Consultants
bdempsey@faegre com, cwilds@faegre com

Paul H  Deutch on behalf of Creditor Jason Wallace
harriet cohen@troutmansanders com

Mark W  Deveno on behalf of Creditor Metropolitan Life Insurance Company
mark deveno@bingham com. pat wright@bingham com

Francesco Di Pietro on behalf of Interested Party Carret P T , L P  #2
francesco dipietro@wg-law com, gayle eisenberg@wg-law com

Maria J  DiConza on behalf of Interested Party FPL Energy Power Marketing, Inc  and Florida Power & Light Company
diconzam@gtlaw com, baddleyd@gtlaw com;petermann@gtlaw com

Daryl L  Diesing on behalf of Unknown Daryl Diesing
ddiesing@whdlaw com, lramirez@whdlaw com;pbartoli@whdlaw com

Gianni Dimos on behalf of Creditor CPMG, Inc
gianni dimos@pillsburylaw com

Christopher R. Donoho on behalf of Creditor Standard Chartered Bank
chris donoho@lovells com, scao@centerbridge com;vmelwani@centerbridge com

Joshua Dorchak on behalf of Creditor CRS Fund, Ltd
joshua dorchak@bingham com, david marcus@bingham com

Mark J  Dorval on behalf of Creditor Aberdeen Asset Management, Inc
mdorval@stradley com

Amish R  Doshi on behalf of Cred  Comm  Chair SPCP Group L L C  as agent for Silver Point Capital Fund, L P  and Silver Point Capital Offshore Fund, Ltd
adoshi@daypitney com

Thomas Alan Draghi on behalf of Unknown CorrectNet, Inc
tdraghi@westermanllp com

Dennis J  Drebsky on behalf of Unknown County of Monterey, California
ddrebsky@nixonpeabody com, nyc managing clerk@nixonpeabody com

Robert W. Dremluk on behalf of Creditor Nelson Westerberg, Inc  DBA Atlas Van Lines, Inc
rdremluk@seyfarth com, pbaisier@seyfarth com,dchristian@seyfarth com,

Todd E  Duffy on behalf of Unknown South Mississipi Electric Power Association and Coast Electric Power Association
{00086819.1 / 0694-001}

tduffy@andersonkill com, dnolan@andersonkill com

David Dunn on behalf of Interested Party Westernbank Puerto Rico
ddunn@hhlaw com;mferrara@hhlaw com

Michael K  Dunn on behalf of Unknown Norton Gold Fields Limited
mdunn@sheppardmullin com

Matthew Dyer on behalf of Creditor America's Servicing Company
BkMail@prommis com

David W  Dykhouse on behalf of Interested Party Asbury Atlantic, Inc
dwdykhouse@pbwt com;cbelanger@pbwt com

Lawrence P  Eagel on behalf of Plaintiff Mark Mazzatta
eagel@bragarwexler com

Andrew B. Eckstein on behalf of Attorney Attorneys for Italease Finance S p A
aeckstein@blankrome com, senese@blankrome com

Michael James Edelman on behalf of Creditor Pursuit Opportunity Fund I Master Ltd
mjedelman@vedderprice com. ecfnydocket@vedderprice com

Daniel Eggermann on behalf of Unknown Mobius Management Systems, Inc
deggermann@kramerlevin com, mmakinde@kramerlevin com

Devon Eggert on behalf of Creditor Accenture LLP
deggert@freebornpeters com, bkdocketing@freebornpeters com

Weston T. Eguchi on behalf of Creditor The Bank of Nova Scotia
weguchi@orrick com

Susan K. Ehlers on behalf of Creditor Ameren Corporation and its subsidiaries
sehlers@armstrongteasdale com

Steven B  Eichel on behalf of Unknown AMERICAN EXPRESS TRAVEL RELATED SERVICES CO , INC
seichel@crowell com

Jeremy D  Eiden on behalf of Creditor Minnesota State Board of Investment
jeremy.eiden@state mn us

Martin Eisenberg on behalf of Unknown A M  McGregor Home
Martin.Eisenberg@thompsonhine com

Charles R  Ekberg on behalf of Creditor Fred Hutchinson Cancer Research Center
ckberge@lanepowell com, jagows@lanepowell com

Robert F  Elgidely on behalf of Interested Party Chun Ip
relgidely@gjb-law com. gjbecf@gjb-law com

Erin L  Eliasen on behalf of Creditor ElectroScientific Industries, Inc
eleliasen@stoel com, basargent@stoel com

David S  Elkind on behalf of Creditor West Corporation
david elkind@ropesgray com, paul lang@ropesgray com

Mark C. Ellenberg on behalf of Creditor FXCM Holdings, LLC
mark ellenberg@cwt com, david moura@cwt com;betty comerro@cwt com

Kristin Elliott on behalf of Creditor Washington State Tabacco Settlement Authority
kelliott@kelleydrye com

David Elrod on behalf of Unknown TransCanada Pipelines Limited
delrod@elrodtrial com, jmoore@elrodtrial com

Bertin C  Emmons on behalf of Creditor Sovereign Bank
bemmons@sovereignbank com

Michael R. Enright on behalf of Unknown Lewtan Technologies, Inc
menright@rc com

Andrew J  Entwistle on behalf of Interested Party New York State Common Retirement Fund
aentwistle@entwistle-law com, mbernard@entwistle-law com;vcappucci@entwistle-law com;jwhitman@entwistle-law com;jporter@entwistle-law com

Juda J  Epstein on behalf of Creditor Water Pollution Control Authority for the City of Bridgeport

{00086819.1 / 0694-001}

contact@lawofficesjje.com

Scott L. Esbin on behalf of Creditor Centerbridge Credit Partners LP
bankruptcyinfo@esbinalter.com, bankruptcyinfo@esbinalter.com

Edward J. Estrada on behalf of Unknown PD Financial Corporation
eestrada@reedsmith.com

Michael S. Etkin on behalf of Creditor EnergyCo, LLC and EnergyCo Marketing and Trading
metkin@lowenstein.com, mseymour@lowenstein.com

Michael A. Fagone on behalf of Creditor Hebron Academy
mfagone@bernsteinshur.com

Robert Michael Farquhar on behalf of Creditor Structure Consulting Group, LLC
mfarquhar@winstead.com, whsu@winstead.com

William L. Farris on behalf of Defendant Barclays Capital Inc
farrisw@sullcrom.com

Michael S. Feldberg on behalf of Interested Party Barclays Capital, Inc
michael.feldberg@newyork.allenovery.com, laura.martin@newyork.allenovery.com;kurt.vellek@allenovery.com;lanier.saperstein@allenovery.com

Gregg M. Ficks on behalf of Creditor Kevin Kalkhoven
gmf@cpdb.com

Charles J. Filardi on behalf of Creditor Federal Express Corporation
charles@filardi-law.com, abothwell@filardi-law.com

Steven E. Fineman on behalf of Unknown Certified Class in Austin, et al. v. Chisick, et al.
sfineman@lchb.com

Steven J. Fink on behalf of Defendant Ballyrock ABS CDO 2007-1 Limited
sfink@orrick.com, nymao@orrick.com

Harden Alexander Fisch on behalf of Creditor TPG-Austin Portfolio Holdings LLC
afisch@stutman.com

Eric Fisher on behalf of Creditor Caixa Geral de Depositos, S.A
fishere@butzel.com

Steven B. Flancher on behalf of Creditor State of Michigan, Department of Treasury, Revenue Division
flanchers@michigan.gov

Daniel J. Flanigan on behalf of Interested Party Abraham Kamber & Company LLC
dflanigan@polsinelli.com, tbackus@polsinelli.com

Jonathan L. Flaxer on behalf of Interested Party Sunrise Partners Limited Partnership
jflaxer@golenbock.com, ssmith@golenbock.com;avassallo@golenbock.com;cneuman@golenbock.com;mlu@golenbock.com

Robert M. Fleischer on behalf of Interested Party CD Representative, LC
rfleischer@pryorcashman.com, docketing@pryorcashman.com

Martin N. Flics on behalf of Unknown Joint Administrators of the Lehman European Group Administration Companies
martin.flics@linklaters.com, shauin.wang@linklaters.com;casey.bell@linklaters.com

Shawn Randall Fox on behalf of Unknown McGuireWoods LLP
sfox@mcguirewoods.com

Mark A. Frankel on behalf of Creditor Citizens Electric Company of Lewisburg, PA and Wellsboro Electric Company
mfrankel@bfklaw.com;mark_frankel@yahoo.com

Jane M. Freeberg on behalf of Creditor Roger Nagioff
jfreeberg@wfw.com

Mark Freedlander on behalf of Creditor Access Data Corp
mfreedlander@mcguirewoods.com, hhickman@mcguirewoods.com

Rachel Freeman on behalf of Creditor Melvyn Colby
rfreeman@dealysilberstein.com

Michael A. Freeman on behalf of Unknown Marie Hunter
freeman@greenbergfreeman.com

Michael Friedman on behalf of Creditor Bacar Constructors, Inc

{00086819.1 / 0694-001}

mfriedman@rkollp com, mschneider@rkollp com;ksambur@rkollp com

Jeff J  Friedman on behalf of Creditor Clearbridge Advisors LLC
jeff friedman@kattenlaw com

Ellen A  Friedman on behalf of Creditor Pacific Gas & Electric Company
mmyles@friedumspring com

David M  Friedman on behalf of Interested Party BHCO Master Ltd
courtnotices@kasowitz com

Kenneth Friedman on behalf of Unknown Informatica Corporation
kfriedman@manatt com, efrasiolas@manatt com

Joseph Froehlich on behalf of Counter-Claimant Wells Fargo Bank, N A , Trustee
jfroehlich@lockelord com

Thomas M  Gaa on behalf of Interested Party Cisco Systems Capital Corporation and Cisco Systems, Inc
tgaa@bbslaw com, catherine@bbslaw com

Amanda J  Gallagher on behalf of Defendant Harrier Finance Limited, a k a  Rathgar Capital Corporation
amanda gallagher@linklaters com

Alan E  Gamza on behalf of Unknown Deutsche Bank, AG New York Branch
Agamza@mosessinger com, dkick@mosessinger com;dbutvick@mosessinger com

Karl Geercken on behalf of Unknown Round Table Global Multi-Strategy Fund, LTD
kgeercken@alston com, kgeercken@alston com;plewis@alston com

Lawrence V  Gelber on behalf of Unknown GlobalAgriCap Fund
lawrence gelber@srz com

Jan B  Geller on behalf of Creditor Oceanus Securities, LLC
jbgesq@bway net

Anthony I  Giacobbe on behalf of Creditor SecureWorks, Inc  f/k/a LURHQ Corp
agiacobbe@zeklaw com

Christopher J  Giaimo on behalf of Creditor Transaction Network Services, Inc
giaimoc@arentfox com, rothleder jeffrey@arentfox com

Steven D  Ginsburg on behalf of Unknown GMAC LLC
sdg@adorno com, ctatelbaum@adorno com;jalper@adorno com

Steven A  Ginther on behalf of Creditor Missouri Department of Revenue
sdnyecf@dor mo gov

Joseph M  Gitto on behalf of Creditor DEUTSCHE BANK TRUST COMPANY AMERICAS
jgitto@nixonpeabody com

Eduardo J  Glas on behalf of Creditor Capital Moving & Storage Co , Inc
eglas@mccarter com

Andrew K  Glenn on behalf of Creditor Ramius LLC
aglenn@kasowitz com, courtnotices@kasowitz com

Jay M  Goffman on behalf of Creditor H/2 Credit Partners Master Fund LTD
JGoffman@skadden com, mmirkovi@skadden com

Matthew J  Gold on behalf of Creditor Elliott Associates, L  P
mgold@kkwc com, mattgoldesq@optonline net

Andrew C  Gold on behalf of Unknown AEW Capital Management, LP
agold@herrick com

Adam J  Goldberg on behalf of Unknown Latham & Watkins LLP
adam goldberg@lw com

Seth Goldman on behalf of Creditor Southern California Edison Company
seth goldman@mto com

Irena M. Goldstein on behalf of Creditor Elliott Associates. L  P
igoldstein@dl com, pabelson@dl com;jlevinepstein@dl com

Stephanie J  Goldstein on behalf of Plaintiff HWA 555 Owners, LLC

{00086819.1 / 0694-001}

stephanie.goldstein@friedfrank.com

Brett D. Goodman on behalf of Plaintiff PT Bank Negara Indonesia (Persero) Tbk
brett.goodman@troutmansanders.com, harriet.cohen@troutmansanders.com

Peter S. Goodman on behalf of Unknown EPCO Holdings
PGoodman@Andrews-Kurth.com, tdavidson@andrewskurth.com

Todd M. Goren on behalf of Interested Party Fondo Latinoamericano de Reservas, Individually and as a Trustee
tgoren@mofo.com, lmarinuzzi@mofo.com;brettmiller@mofo.com

Lindsee Paige Granfield on behalf of Defendant Barclays Capital, Inc
lgranfield@cgsh.com,
maofiling;racooper@cgsh.com;gbongartz@cgsh.com;mfleming@cgsh.com;bmorag@cgsh.com;skleinman@cgsh.com;jmoss@cgsh.com;ashajnfeld@cgsh.com;smcmillan@cgsh.com;cfrost@cgsh.com;otseytkin@cgsh.com

Ira S. Greene on behalf of Attorney Hogan & Hartson L. L. P
isgreene@hhlaw.com, nduncan@hhlaw.com

Stefanie Birbrower Greer on behalf of Spec. Counsel McKee Nelson LLP
sjgreer@kslaw.com

Brian E. Greer on behalf of Unknown Dechert LLP
brian.greer@dechert.com

Emanuel C. Grillo on behalf of Plaintiff Evergreen Solar, Inc
egrillo@goodwinprocter.com

Steven T. Gubner on behalf of Creditor City of Long Beach
ecf@ebg-law.com

Paul C. Gunther on behalf of Creditor LiquidPoint
pgunther@salans.com, nkhalatova@salans.com

Daniel J. Guyder on behalf of Creditor Aozora Bank, Ltd
daniel.guyder@allenovery.com, kurt.vellek@allenovery.com

Thomas J. Hall on behalf of Creditor GLG Partners LP
thall@chadbourne.com

Robert R. Hall on behalf of Creditor State of Arizona
robert.hall@azag.gov

Alan D. Halperin on behalf of Creditor BTR Global Arbitrage Trading Limited
ahalperin@halperinlaw.net, spark@halperinlaw.net;cmitchell@halperinlaw.net;cbattaglia@halperinlaw.net

William Hao on behalf of Creditor Dell Global B.V
william.hao@alston.com

Juandisha Harris on behalf of Creditor State Of Michigan, Department Of Treasury
harrisj12@michigan.gov, holcombm@michigan.gov

Lynn P. Harrison on behalf of Debtor Lehman Brothers Holdings Inc
lharrison@curtis.com, jdrew@curtis.com;mlischin@curtis.com;tmccabe@curtis.com

Diane Harvey on behalf of Debtor Lehman Brothers Holdings Inc
diane.harvey@weil.com

Howard R. Hawkins on behalf of Creditor Credit Suisse
howard.hawkins@cwt.com, david.moura@cwt.com

Patrick L. Hayden on behalf of Unknown The Toronto-Dominion Bank
phayden@mcguirewoods.com

Dion W. Hayes on behalf of Unknown The Toronto-Dominion Bank
dhayes@mcguirewoods.com, phayden@mcguirewoods.com;kcain@mcguirewoods.com

Douglas S. Heffer on behalf of Creditor Trading Technologies International, Inc
dheffer@foley.com

Christopher R. Heinrich on behalf of Creditor Nebraska Investment Council and State of Nebraska
cheinrich@hslegalfirm.com

James M. Heiser on behalf of Attorney Ann Acker
heiser@chapman.com

{00086819.1 / 0694-001}

Jay S  Hellman on behalf of Plaintiff Ceradyne, Inc
jsh@spallp com

Sally M  Henry on behalf of Attorney Skadden, Arps, Slate, Meagher & Flom LLP
Sally Henry@skadden com, efiechte@skadden com

Ira L  Herman on behalf of Creditor Chevron Natural Gas
ira herman@tklaw com, orlando salcedo@tklaw com;amy wowak@tklaw com;delilah garcia@tklaw com

Neil E  Herman on behalf of Creditor Cognizant Technology Solutions
Nherman@morganlewis com

Jennifer B  Herzog on behalf of Unknown Marshall Funds, Inc  and Marshall & Ilsley Trust Company, N A
jherzog@gklaw com, mroufus@gklaw com;zraiche@gklaw com

Robert M  Hirsh on behalf of Creditor The Vanguard Group, Inc
hirsh robert@arentfox com, constantino nova@arentfox com

David J  Hoffman on behalf of Creditor Hipotecas de America, SA
djhoffman@djhoffmanlaw com

Christopher J  Houpt on behalf of Defendant Bank Of America, N A
choupt@mayerbrown com, jmarsala@mayerbrown com

Casey B  Howard on behalf of Plaintiff Carolina First Bank
choward@lockelord com

Hamish Hume on behalf of Interested Party Barclays Capital, Inc
hhume@bsfllp com, NYC_Managing_Clerk@bsfllp com;tbloomer@bsfllp com;lsmith@bsfllp com

Jay W  Hurst on behalf of Creditor Texas Comptroller of Public Accounts
jay hurst@oag state tx us

Frederick D  Hyman on behalf of Creditor Canadian Imperial Bank of Commerce, CIBC World Markets Corp , and CIBC World Markets Inc
fhyman@mayerbrownrowe com

Jeremiah Iadevaia on behalf of Plaintiff Olivia Bam
jiadevaia@vladeck com

Adam H  Isenberg on behalf of Interested Party The Pennsylvania Convention Center Authority
aisenberg@saul com

Robbin L  Itkin on behalf of Creditor Korea Investment & Securities Co , LTD
ritkin@steptoe com, kpiper@steptoe com,khollingsworth@steptoe com

Jennifer M. Jackson on behalf of Unknown Michigan State Housing Development Authority
jacksonj5@michigan gov

Steve Jakubowski on behalf of Unknown Robert A  Schoellhorn Trust
sjakubowski@colemanlawfirm com

Eric E. Johnson on behalf of Creditor National CineMedia
eric johnson@hro com, alicia berry@hro com

John J. Jolley on behalf of Creditor City and County of Denver, Department of Revenue
jay jolley@fnf com, thomas roubidoux@kutakrock com

Roger G. Jones on behalf of Creditor Franklin American Mortgage Company
rjones@bccb com

John E  Jureller on behalf of Creditor OMX Timber Finance Investments II, L L C
jjureller@klestadt com, jjureller@klestadt com

Gregory O  Kaden on behalf of Creditor 125 High Street, L P
gkaden@goulstonstorrs com

William Wade Kannel on behalf of Creditor Teva Pharmaceuticals USA, Inc
wkannel@mintz com

Richard S  Kanowitz on behalf of Creditor AboveNet Communications Inc
rkanowitz@cooley com

Alex J  Kaplan on behalf of Counter-Defendant Blackrock Mortgage Investors Master Fund, L P
ajkaplan@sidley com

{00086819.1 / 0694-001}

Gary Kaplan on behalf of Interested Party The 144AMaster Fund, LP
gary kaplan@flhsj com, jennifer rodburg@flhsj com

Dimitri G Karcazes on behalf of Unknown Huron Consulting Group, Inc
dimitri karcazes@goldbergkohn com, kristina bunker@goldbergkohn com

Diane J Kasselman on behalf of Creditor Trade Settlement Inc
dkasselman@kasselman-law com

Elyssa Suzanne Kates on behalf of Creditor Advanced Graphic Printing, Inc
ekates@bakerlaw com

Robert J Keach on behalf of Creditor Hebron Academy Incorporated
rkeach@bernsteinshur com, acummings@bernsteinshur com;sspizuoco@bernsteinshur com

Robin Elizabeth Keller on behalf of Creditor QVT Financial LP
robin keller@lovells com, omeca nedd@lovells com

Craig I Kelley on behalf of Creditor Merit Floors, Inc
craig@kelleylawoffice com, sarah@kelleylawoffice com

J Michael Kelly on behalf of Creditor SumTotal Systems, Inc
kellyjm@cooley com

Michael John Kelly on behalf of Interested Party WWK Hawaii-HonuApo, LLC
mkelly@willkie com, maosbny@willkie com

Thomas L Kent on behalf of Unknown 605 Third Avenue Fee LLC
tomkent@paulhastings com

Christopher K Kiplok on behalf of Defendant Lehman Brothers Inc
kiplok@hugheshubbard com

Paul Kizel on behalf of Creditor BlueMountain Capital Management LLC and Affiliates
pkizel@lowenstein com, jkramer@lowenstein com

Barry R Kleiner on behalf of Creditor Shinsei Bank, Limited
dkleiner@velaw com

Howard Koh on behalf of Unknown Ipreo Holdings, LLC
hkoh@meisterseelig com

Samuel S. Kohn on behalf of Unknown Informal Committee of Noteholders of iStar Financial, Inc
skohn@dl com, lsaal@dl com;jchubak@dl com;haaronson@dl com

Lawrence J Kotler on behalf of Creditor FPB International Bank, Inc
ljkotler@duanemorris com

Deborah Kovsky-Apap on behalf of Interested Party ING BANK, FSB
kovskyd@pepperlaw com, kressk@pepperlaw com,wisotska@pepperlaw com,alexsym@pepperlaw com

Bryan Krakauer on behalf of Defendant KBC Investments Limited
bkrakauer@sidley com, emcdonnell@sidley com

Bennette D Kramer on behalf of Unknown Glencore Commodities Ltd
bdk@schlamstone com

Richard P Krasnow on behalf of Debtor Fundo de Investimento Multimercado Credito Privado Navigator Investimento No Exterior
richard krasnow@weil com, richard krasnow@weil com;shai waisman@weil com;victoria vron@weil com

J. Alex Kress on behalf of Creditor Lawson Software, Inc ,
akress@riker com

Martin Krolewski on behalf of Defendant J.P. Morgan Chase Bank, N A
mkrolewski@kelleydrye com, docketing@kelleydrye com;BankruptcyCourt@KelleyDrye com

Greg T Kupniewski on behalf of Creditor The TAARP Group, LLP
greg kupniewski@flastergreenberg com

Jeffrey Kurtzman on behalf of Unknown PJM Interconnection, L L C
jkurtzma@klehr com

Paul J Labov on behalf of Creditor Pacific Life Insurance Company
plabov@capdlaw com

{00086819.1 / 0694-001}

Robinson B Lacy on behalf of Counter-Defendant Blackrock Mortgage Investors Master Fund, L P
Lacyr@sullcrom.com

Darryl S Laddin on behalf of Creditor Suntrust Banks, Inc
bkrfilings@agg.com

Michael C Lambert on behalf of Attorney Gilmartin, Poster & Shafto LLP
mclambert@lawpost-nyc.com

Mark Landman on behalf of Creditor Federal Home Loan Mortgage Corporation
mlandman@lcbf.com

David P Langlois on behalf of Interested Party Shell Energy North America (US), L P
david.langlois@sablaw.com

Robert Laplaca on behalf of Creditor Zedak Corp
rlaplaca@levettrockwood.com

Kevin J. Larner on behalf of Creditor The Kroger Co
klarner@riker.com

Francis J Lawall on behalf of Interested Party EnCana Corporation and EnCana Oil & Gas Partnership
lawallf@pepperlaw.com

James N. Lawlor on behalf of Unknown Sistema Universitario Ana G Mendez
jlawlor@wmd-law.com, gbenaur@wmd-law.com

David M LeMay on behalf of Creditor Amber Capital Investment Management
dlemay@chadbourne.com

Mark G Ledwin on behalf of Creditor Hartford Index HLS Fund
mark.ledwin@wilsonelser.com

Robert J Lemons on behalf of Debtor Lehman Brothers Holdings Inc
gillad.matiteyahu@weil.com

Stephen D Lerner on behalf of Creditor KeyBank National Association
slerner@ssd.com

Ira M Levee on behalf of Unknown Factiva, Inc , Factiva Limited and Dow Jones & Company, Inc
ilevee@lowenstein.com, mseymour@lowenstein.com

Shari D Leventhal on behalf of Creditor Federal Reserve Bank of New York
shari.leventhal@ny.frb.org

Richard B Levin on behalf of Creditor Credit Suisse
rlevin@cravath.com, managing_attorneys_office@cravath.com

Jonathan Levine on behalf of Unknown EPCO Holdings
jlevine@andrewskurth.com, jlevine@akllp.com

Jeffrey W Levitan on behalf of Unknown MarketAxess Holdings Inc  and MarketAxess Corporation
jlevitan@proskauer.com, srutsky@proskauer.com

Joel H. Levitin on behalf of Creditor HYPO Investmentbank AG
JLevitin@cahill.com, MMcLoughlin@cahill.com;SGordon@cahill.com

Ian N Levy on behalf of Creditor 4Kids Entertainment Inc
ian.levy@kobrekim.com

Leo V Leyva on behalf of Interested Party 125North10, LLC
lleyva@coleschotz.com

Michael Liberman on behalf of Unknown Larsen & Toubro Infotech, Ltd
mliberman@ebglaw.com, nyma@ebglaw.com

Valdi Licul on behalf of Plaintiff Olivia Bam
vlicul@vladeck.com

David Liebov on behalf of Interested Party Barclays Capital, Inc
liebovd@sullcrom.com

Demetra Liggins on behalf of Creditor Crossmark Conerstone Partners, L P
demetra.liggins@tklaw.com

{00086819.1 / 0694-001}

Joanne K Lipson on behalf of Creditor The Central Puget Sound Regional Transit Authority
jlipson@crockerkuno com, ttracy@crockerkuno com;nancy@crockerkuno com

Judy G Z. Liu on behalf of Creditor The Bank of New York Mellon
judy liu@dl com, haaronson@dl com;lsaal@dl com

Edward J. LoBello on behalf of Attorney Blank Rome LLP, Attorneys for Liquid Engines, Inc
elobello@blankrome com

Stephen T. Loden on behalf of Interested Party The Kiyo Bank, Ltd
sloden@diamondmccarthy com, adiamond@diamondmccarthy com

Joli A Lofstedt on behalf of Creditor Ironbridge Property Owners Association
joli@crlpc com

Sarah K Loomis Cave on behalf of Trustee James W Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc
cave@hugheshubbard com

Eric Lopez Schnabel on behalf of Creditor Reliance Globalcom Services, Inc
schnabel eric@dorsey com

Daniel A. Lowenthal on behalf of Creditor Hilliard Farber & Co , Inc
dalowenthal@pbwt com, mcobankruptcy@pbwt com

Mark L Lubelsky on behalf of Intervenor-Defendant LH 1440, L L C
mark@mllassociates com

Donald K. Ludman on behalf of Creditor Business Objects Americas
dludman@brownconnery com

Alan Lungen on behalf of Interested Party BHCO Master Ltd
alungen@kasowitz com. alungen@kasowitz com

Kerri Anne Lyman on behalf of Attorney Irell & Manella LLP
klyman@irell com

John H Maddock on behalf of Creditor CSX Transportation, Inc
jmaddock@mcquirewoods com, jsheerin@mcguirewoods com

William R. Maguire on behalf of Trustee James W Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc
maguire@hugheshubbard com

George E.B Maguire on behalf of Unknown Juice Energy, Inc
gebmaguire@debevoise com, mao-ecf@debevoise com

John S Mairo on behalf of Creditor Aliant Bank
jsmairo@pbnlaw com,
mdlaskowski@pbnlaw com;sakelly@pbnlaw com;jmgastineau@pbnlaw com;lkkabse@pbnlaw com;jamcadoo@pbnlaw com;wdbailey@pbnlaw com

Christopher J Major on behalf of Creditor Clayton Fixed Income Services, Inc
cmajor@rc com, tgorrell@rc com

Robert K Malone on behalf of Creditor Allianz Global Investors AG
robert malone@dbr com

Ray A. Mandlekar on behalf of Interested Party Chun lp
raym@csgrr com, e_file_sd@csgrr com

Beverly Weiss Manne on behalf of Creditor Federal Home Loan Bank of Pittsburgh
bmanne@tuckerlaw com

Julie A Manning on behalf of Attorney Shipman & Goodwin LLP
bankruptcy@goodwin com

Jacqueline Marcus on behalf of Debtor BNC Mortgage LLC
jacqueline marcus@weil com, jae kim@weil com;aliza reicher@weil com;jessica liou@weil com;stefanie beyer@weil com

Alan E Marder on behalf of Creditor Advanced Portfolio Technologies, Inc
lgomez@msck com

Jeffrey S Margolin on behalf of Attorney Hughes Hubbard & Reed LLP
margolin@hugheshubbard com

Lorenzo Marinuzzi on behalf of Interested Party BRM Group, Ltd

{00086819.1 / 0694-001}

lmarinuzzi@mofo com

D  Ross Martin on behalf of Unknown Putnam Investments
ross martin@ropesgray com, Patricia Chen@ropesgray com

Rosanne Thomas Matzat on behalf of Interested Party Avista Corporation and Powerex Corp
jcerbone@hahnhessen com;kcraner@hahnhessen com;jzawadzki@hahnhessen com;sthompson@hahnhessen com;nrigano@hahnhessen com;zvirani@hahnhessen com

Laurence May on behalf of Creditor Federal Home Loan Bank of Pittsburgh
lmay@coleschotz com

Douglas Kirk Mayer on behalf of Unknown The Carlyle Group
dkmayer@wlrk com, calert@wlrk com

Sandra E Mayerson on behalf of Interested Party Caisse de depot et placement du Quebec
smayerson@ssd com, wlancaster@ssd com;rgreen@ssd com

Kurt A  Mayr on behalf of Creditor Banque Lehman Brothers S A
kurt mayr@bgllp com

Jil Mazer-Marino on behalf of Creditor Advanced Portfolio Technologies, Inc
jmazermarino@msek com, kgiddens@msek com

James I  McClammy on behalf of Creditor Asset Backed Management Corp
lehman chapter11@davispolk com

Mark McDermott on behalf of Plaintiff Prudential Global Funding LLC
brian mcdermott@skadden com

Hugh M  McDonald on behalf of Creditor Hudson City Savings Bank
hmcdonald@sonnenschein com, mmuller@tpw com;elsmith@sonnenschein com;lcurcio@sonnenschein com

Daniel J  McGarry on behalf of Unknown Daniel McGarry
dmcgarry@whdlaw com, dkarns@whdlaw com

Douglas J  McGill on behalf of Creditor HCL America, Inc
douglas mcgill@dbr com

Frank McGinn on behalf of Creditor Iron Mountain Information Management, Inc
ffm@bostonbusinesslaw com

Lorraine S  McGowen on behalf of Attorney Orrick, Herrington & Sutcliffe LLP
lmcgowen@orrick com

Michelle McMahon on behalf of Unknown Gotham Technology Group, LLC
michelle mcmahon@bryancave com, dortiz@bryancave com;wcrenshaw@pogolaw com

Austin L  McMullen on behalf of Creditor Franklin American Mortgage Company
amcmullen@babc com

John P  McNicholas on behalf of Creditor Hank's Living Trust
john mcnicholas@dlapiper com,
william coleman@dlapiper com;rosemary.scariati@dlapiper com;vincent.roldan@dlapiper com;mark c smith@dlapiper com;christopher thomson@dlapiper com;robert
 ware@dlapiper com;kristin rosella@dlapiper com;jeremy johnson@dlapiper com

John P  Melko on behalf of Creditor Pyrrhuloxia, LP
jmelko@gardere com

Michelle A  Mendez on behalf of Creditor Health Care Service Corporation
mmendez@hunton com

Michael T. Mervis on behalf of Unknown Markit Group Limited
Mmervis@proskauer com, Mmervis@proskauer com;LSONYSB@proskauer com

Richard M  Meth on behalf of Creditor Community Trust Bancorp Inc
msteen@daypitney com

Robert N  Michaelson on behalf of Creditor Washington State Tabacco Settlement Authority
rmichaelson@klgates com

Lisa Milas on behalf of Creditor U S  Bank National Association as Trustee under Securitization Servicing Agreement Dated as of December 1, 2005, Structured Asset
Securities Corporation Structured Asset Investment Loan Trust Mortgage
lmilas@rosicki com

Ralph I  Miller on behalf of Counter-Claimant Lehman Brothers Special Financing Inc
{00086819.1 / 0694-001}

ralph miller@weil com

Brett H  Miller on behalf of Creditor AB Bankas SNORAS
bmiller@mofo com

Harvey R  Miller on behalf of Debtor Lehman Brothers Holdings Inc
harvey miller@weil com, garrett fail@weil com

David Emanuel Miller on behalf of Unknown Sociedad Militar Seguro de Vida Institucion Mutualista
dmiller@rakowerlaw com, mrakower@rakowerlaw com

Anne Miller-Hulbert on behalf of Creditor U S  Bank National Association
ahulbert@logs com

Kenneth M  Misken on behalf of Creditor Sprint Nextel Corporation and its affiliates d/b/a Sprint
kmisken@mcguirewoods com

Joseph Thomas Moldovan on behalf of Creditor Carpenter Group, Inc
bankruptcy@morrisoncohen com

Thomas J  Moloney on behalf of Creditor Evergreen Core Bond Trust Full Discretion
maofiling@cgsh com, tmoloney@cgsh com;dlivshiz@cgsh com

Christopher R  Momjian on behalf of Creditor Pennsylvania Department of Revenue
crmomjian@attorneygeneral gov

Claude D  Montgomery on behalf of Creditor Svenska Handelsbanken AB (publ)
cmontgomery@salans com;apabon@salans com;nkhalatova@salans com

Martin A  Mooney on behalf of Creditor DCFS Trust
mmooney@deilylawfirm com, tjohnson@deilylawfirm com;bkecfactivitynotices@deilylawfirm com

Matthew P  Morris on behalf of Creditor Centerbridge Credit Partners LP
matthew morris@lovells com, hugh hill@lovells com

Judy Hamilton Morse on behalf of Creditor Oklahoma Municipal Power Authority
judy morse@crowedunlevy com

Joshua D  Morse on behalf of Unknown DCP Parties
morsej@hbdlawyers com

Marianne Mortimer on behalf of Interested Party HWA 555 Owners, LLC
marianne mortimer@friedfrank com, Aaron Rothman@ffhsj com;richard tisdale@ffhsj com

Steven T  Mulligan on behalf of Creditor Ironbridge Aspen Collection, LLC
smulligan@bsblawyers com

Michael F. Murphy on behalf of Unknown Michigan State Housing Development Authority
murphym2@michigan gov

Jason A  Nagi on behalf of Creditor EXCO Operating Company, LP and other Clients listed on Schedule I
jason nagi@haynesboone com

David L. Neale on behalf of Creditor Kalaimoku-Kuhio Development Corp
kjm@lnbrb com

David Neier on behalf of Creditor Pentwater Capital Management. LP
dneier@winston com, dcunsolo@winston com

Melissa Z. Neier on behalf of Unknown Duke Energy Ohio, Inc
mneier@ibolaw com

Laura E  Neish on behalf of Creditor The State of New Jersey, Department of Treasury, Division of Investment, by Director of the Division of Investment William G
Clark
lneish@zuckerman com

Roger David Netzer on behalf of Creditor AIG CDS, Inc
maosbny@willkie com, rnetzer@willkie com

Steven H  Newman on behalf of Creditor Tuxedo Reserve Owner LLC
snewman@katskykorins com

Robert E  Nies on behalf of Creditor Mack-Cali Realty LP
rnies@wolffsamson com, ecf@wolffsamson com

{00086819.1 / 0694-001}

Timothy F. Nixon on behalf of Interested Party Marshall Funds, Inc. and Marshall & Ilsley Trust Company, N.A.
tnixon@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com

Rebecca Northey on behalf of Trustee James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc.
rnorthey@mhjur.com

Richard P. Norton on behalf of Unknown Genworth Financial, Inc.
rnorton@hunton.com

Robert M. Novick on behalf of Cross-Claimant Lloyds TSB Bank plc
rnovick@kasowitz.com, courtnotices@kasowitz.com

Harold S. Novikoff on behalf of Creditor JP Morgan Chase Bank N.A.
hsnovikoff@wlrk.com, calert@wlrk.com;jvanlare@wlrk.com

Anne Faith O'Berry on behalf of Creditor Florida State Board of Administration
jputnam@bermanesq.com

Edmond P. O'Brien on behalf of Unknown SLG 220 News Owner LLC
eobrien@sbchlaw.com

Sean A. O'Neal on behalf of Interested Party AB Svensk Exportkredit
soneal@cgsh.com, maofiling@cgsh.com;jcroft@cgsh.com;skleinman@cgsh.com;ashajnfeld@cgsh.com;crodriguez@cgsh.com;sarobinson@cgsh.com

Paul B. O'Neill on behalf of Defendant Lehman Brothers Holdings Inc.
boneill@kramerlevin.com

Carl W. Oberdier on behalf of Unknown Northern Indiana Public Service Company and NiSource Finance Corp
coberdier@schiffhardin.com, lbonilla@schiffhardin.com;egeekie@schiffhardin.com;sodavis@schiffhardin.com

Kalman Ochs on behalf of Unknown HWA 555 Owners, LLC
ochska@ffhsj.com

Harold Olsen on behalf of Creditor Mercuria Energy Trading PTE Limited
holsen@stroock.com

Matthew Olsen on behalf of Interested Party SCC Entities
molsen@morganlewis.com

Karen Ostad on behalf of Interested Party CB Richard Ellis, Inc
kostad@mofo.com

Jody Michelle Oster on behalf of Creditor The Huntington National Bank
ECF Oster@huntington.com

Alec P. Ostrow on behalf of Attorney Stevens & Lee, P.C.
apo@stevenslee.com

Neil J. Oxford on behalf of Trustee James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc.
oxford@hugheshubbard.com

R. Stephen Painter on behalf of Unknown Commodity Futures Trading Commission
spainter@cftc.gov

Charles Palella on behalf of Creditor Frictionless Commerce, Inc
cpalella@kurzman.com

Deryck A. Palmer on behalf of Creditor Citigroup Inc and all of its affiliates, including Citibank, N.A.
deryck.palmer@cwt.com, david.moura@cwt.com;wendy.kane@cwt.com;agnes.wysoczanski@cwt.com;scott.greenberg@cwt.com;elizabeth.walker@cwt.com

Charles N. Panzer on behalf of Unknown HFF I, LLC
cpanzer@sillscummis.com

Merritt A. Pardini on behalf of Creditor Federal Home Loan Bank of New York, Institutional Benchmarks Series (Master Feeder) Limited acting solely with respect to the Centaur, Taks and Augustus Global Rates Series, CASAM ADI CD Arbitrage Fun
merritt.pardini@kattenlaw.com, dustin.branch@kattenlaw.com;brian.huben@kattenlaw.com

Barbra R. Parlin on behalf of Creditor Kantatsu Co. Ltd
barbra.parlin@hklaw.com, chip.lancaster@hklaw.com

Peter S. Partee on behalf of Interested Party E*TRADE Bank
ppartee@hunton.com

Alfredo R. Perez on behalf of Debtor Luxembourg Residential Properties Loan Finance S.a.r.l

{00086819.1 / 0694-001}

alfredo perez@weil com,
Michele.meises@weil com;rachel albanese@weil com;ilusion rodriguez@weil com;Chris lopez@weil.com;gayle mitchel@weil com;manesh shah@weil com;michele meises@weil com;donald etienne@weil com;sherri toub@weil com;nicole aliseo@weil com;aliza reicher@weil com

Steven W Perlstein on behalf of Creditor Essex Equity Holdings USA, LLC M  Brian Maher & Basil Maher
steven perlstein@kobrekim com

Gregory M  Petrick on behalf of Foreign Representative Lehman Re Ltd
gregory petrick@cwt com, diana perez@cwt com;david forsh@cwt com;david moura@cwt com

Brian D  Pfeiffer on behalf of Creditor HWA 555 Owners, LLC
brian pfeiffer@friedfrank com

Deborah J  Piazza on behalf of Attorney Hodgson Russ LLP
dpiazza@hodgsonruss com, ncalderon@hodgsonruss com

Andrea Pincus on behalf of Unknown Intesa Sanpaolo S p A
apincus@reedsmith com

Leslie A  Plaskon on behalf of Unknown 605 Third Avenue Fee LLC
leslieplaskon@paulhastings com

Sydney G  Platzer on behalf of Creditor 250 East Borrower, LLC
splatzer@platzerlaw com

Frederick B  Polak on behalf of Creditor Duke Corporate Education, f/k/a Duke Corporate Education, Inc
lml@ppgms com

Dana Post on behalf of Unknown Avenue Investments, L P
dpost@kramerlevin com

John N  Poulos on behalf of Trustee James W  Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc
poulos@hugheshubbard com

Constantine Pourakis on behalf of Attorney Stevens & Lee, P C
cp@stevenslee com

Jennifer Premisler on behalf of Creditor Pacific Investment Management Company LLC
Jen Premisler@cliffordchance com

Patricia Williams Prewitt on behalf of Creditor Dynegy Power Marketing, Inc
pwp@pattiprewittlaw com

William C  Price on behalf of Creditor Access Data Corp
wprice@mcguirewoods com

Madlyn Gleich Primoff on behalf of Unknown Caisse De Depot Et Placement Du Quebec
mprimoff@kayescholer com, maosbny@kayescholer com

Jeffrey D  Prol on behalf of Interested Party Fubon Insurance Co , Ltd
jprol@lowenstein com

Jacob S  Pultman on behalf of Intervenor-Plaintiff FCCD Limited
jacob pultman@allenovery com, kurt vellek@newyork allenovery com

Deborah Quinn on behalf of Creditor The Treasurer of Garfield County, Colorado
dquinn@garfield-county com

Jonathan I  Rabinowitz on behalf of Interested Party Somerset Properties SPE, LLC
jrabinowitz@rltlawfirm com, ypalmeri@rltlawfirm com

Amanda Raboy on behalf of Creditor Wilmington Trust Company, as Indenture Trustee
araboy@cov com

Paul A  Rachmuth on behalf of Creditor BCP Voyager Master Funds SPC, Ltd
prachmuth@gerstensavage com

Jack A  Raisner on behalf of Plaintiff ALEXANDER LEYIMAN
jar@outtengolden com

John J  Rapisardi on behalf of Creditor Citigroup Inc  and all of its affiliates, including Citibank, N A
john rapisardi@cwt com, megan cummins@cwt com;agnes wysoczanski@cwt com;scott greenberg@cwt com;betty comerro@cwt com

Paul L  Ratelle on behalf of Creditor Bremer Financial Corporation
pratelle@fwhtlaw com
{00086819.1 / 0694-001}

Gary Ravert on behalf of Interested Party Marie Papillon
gravert@mwe.com

Sophia Ree on behalf of Creditor Federal Home Loan Mortgage Corporation
sree@lcbf.com

Ira A. Reid on behalf of Unknown Hewlett-Packard Company
ira.a.reid@bakernet.com

Russell Lowell Reid on behalf of Unknown Israel Discount Bank Of New York
rreid@sheppardmullin.com, ERotenberg-Schwartz@sheppardmullin.com;bwolfe@sheppardmullin.com

Steven J. Reisman on behalf of Debtor Lehman Brothers Holdings Inc
sreisman@curtis.com,
ceilbott@curtis.com;jdrew@curtis.com;tbarnes@curtis.com;cmanthei@curtis.com;vhodeau@curtis.com;mgallagher@curtis.com;dching@curtis.com;njames@curtis.com

Kenneth A. Reynolds on behalf of Interested Party Executive Fliteways, Inc
kreynolds@mklawnyc.com, jwalsh@mklawnyc.com;tcard@mklawnyc.com

Alexander G. Rheaume on behalf of Creditor Salem Five Cents Savings Bank
arheaume@riemerlaw.com. gmoss@riemerlaw.com

Jeffrey N. Rich on behalf of Creditor Structure Tone Inc
jeff.rich@klgates.com, nathanael.meyers@klgates.com

Marc E. Richards on behalf of Attorney Blank Rome, LLP Attorneys for the FX Alliance, LLC and Affiliates and Subsidiaries,
mrichards@blankrome.com

Paul J. Ricotta on behalf of Attorney Mintz Levin Cohn Ferris Glovsky and Popeo PC
pricotta@mintz.com

Michael J. Riela on behalf of Unknown Latham & Watkins LLP
michael.riela@lw.com

Dirk S. Roberts on behalf of Interested Party Office of Thrift Supervision
dirk.roberts@ots.treas.gov

Michael J. Roeschenthaler on behalf of Creditor Access Data Corp
mroeschenthaler@mcguirewoods.com

Courtney Rogers on behalf of Attorney Orrick, Herrington & Sutcliffe LLP
crogers@orrick.com

Theodore O. Rogers on behalf of Defendant Barclays Capital Inc
rogerst@sullcrom.com

William J.F. Roll on behalf of Plaintiff BANK OF AMERICA, N.A.
wroll@shearman.com

Elizabeth L. Rose on behalf of Unknown Compagnie Financiere Tradition SA
erose@herrick.com, erose@herrick.com

Arthur E. Rosenberg on behalf of Interested Party Caisse de depot et placement du Quebec
aerosenb@hklaw.com, nyc-bkcyecf@hklaw.com;chip.lancaster@hklaw.com;jim.rollins@hklaw.com

Kermit A. Rosenberg on behalf of Interested Party Satyam Computer Services, Ltd
krosenberg@tighepatton.com

Jeffrey M. Rosenberg on behalf of Unknown Hope Greenfield
jeff@kleinsolomon.com

Benjamin Rosenblum on behalf of Debtor Lehman Brothers Holdings Inc
brosenblum@jonesday.com

Wendy Rosenthal on behalf of Creditor Barclays Global Investors National Association
wendy.rosenthal@cliffordchance.com

Jeffrey A. Rosenthal on behalf of Creditor Evergreen Core Bond Trust Full Discretion
maofiling@cgsh.com, aweaver@cgsh.com

Michael A. Rosenthal on behalf of Foreign Representative Lehman Brothers Finance AG, in Liquidation
mrosenthal@gibsondunn.com. jcontreras@gibsondunn.com;ayork@gibsondunn.com

{00086819.1 / 0694-001}

David A Rosenzweig on behalf of Creditor AT&T Inc
DRosenzweig@Fulbright com

Douglas B Rosner on behalf of Creditor BP 399 Park Avenue LLC
drosner@goulstonstorrs com

David S Rosner on behalf of Interested Party BHCO Master Ltd
dfliman@kasowitz com;courtnotices@kasowitz com

Melissa-Jean Rotini on behalf of Creditor Westchester County
mjr1@westchestergov com

Rene S Roupinian on behalf of Creditor CYNTHIA SWABSIN
rroupinian@outtengolden com

Alex R Rovira on behalf of Counter-Defendant Blackrock Mortgage Investors Master Fund, L P
arovira@sidley com, emcdonnell@sidley com

Barry J Roy on behalf of Unknown Somerset Properties SPE, LLC
broy@rltlawfirm com, ypalmeri@rltlawfirm com

Samuel H. Rudman on behalf of Plaintiff Chun IP
srudman@csgrr com, kstadelmann@csgrr com

Abby Rudzin on behalf of Creditor Olivant Investments Switzerland S A
arudzin@omm com

Scott K. Rutsky on behalf of Unknown BT Americas Inc and Radianz Americas Inc
srutsky@proskauer com

Jeffrey S Sabin on behalf of Interested Party Harbinger Capital Partners Master Fund I, Ltd (f/k/a Harbert Distressed Investment Master Fund Ltd )
jeffrey sabin@bingham com

Jay G Safer on behalf of Plaintiff Carolina First Bank
jsafer@lockelord com

Chester B. Salomon on behalf of Creditor 1301 Properties Owner, L L C
csalomon@beckerglynn com, jholdridge@beckerglynn com;lmueller@beckerglynn com

Diane W Sanders on behalf of Creditor McLennan County
austin bankruptcy@publicans com

Lori K. Sapir on behalf of Creditor Niscayah, Inc
lsapir@sillscummis com

Shuba Satyaprasad on behalf of Unknown AIB International Finance
shuba satyaprasad@ropesgray com

Jennifer Savion on behalf of Unknown The City Of Syracuse
jsavion@ci syracuse ny us

Robert Scannell on behalf of Unknown SunCal Debtors
rscannell@morganlewis com

Louis A Scarcella on behalf of Unknown Hegemon Fund I, LLC
lscarcella@farrellfritz com

Gregory B Schiller on behalf of Unknown Triple Point Technology, Inc
gschiller@zeislaw com

Michael L Schleich on behalf of Creditor Tata Communications Services (America) Inc f/k/a VSNL America Inc
mschleich@fslf com

Carey D Schreiber on behalf of Creditor Capgemini Financial Services USA, Inc
cschreiber@winston com

Christopher P. Schueller on behalf of Creditor Greenbriar Minerals, LLC
christopher schueller@bipc com, timothy palmer@bipc com;donna curcio@bipc com

Dan Jeremy Schulman on behalf of Creditor Eze Castle Software LLC
dschulman@salans com

Jeffrey L Schwartz on behalf of Creditor CommerzBank A G
jdivack@hahnhessen com;jcerbone@hahnhessen com;kcraner@hahnhessen com;sthompson@hahnhessen com;jorbach@hahnhessen com

{00086819.1 / 0694-001}

Lisa M  Schweitzer on behalf of Interested Party Barclays Capital, Inc
lschweitzer@cgsh com, maofiling@cgsh com;jmoss@cgsh com;jgaynor@cgsh com;sarobinson@cgsh com;skleinman@cgsh com

Brendan M  Scott on behalf of Plaintiff Massachusetts Water Resources Authority
bscott@klestadt com

John Scott on behalf of Unknown Yarpa Investimenti S G R  S p A  RP3 Fund
jscott@reedsmith com

James P  Seery on behalf of Other Prof  Sidley Austin LLP
jseery@sidley com

Howard Seife on behalf of Creditor GLG Partners LP
arosenblatt@chadbourne com

Stephen B  Selbst on behalf of Creditor MEAG New York Corporation
sselbst@herrick com, courtnotices@herrick com

John T  Shaban on behalf of Unknown Elizabeth Galt
jshaban@wbamct com

Nolan E  Shanahan on behalf of Creditor Federal Home Loan Bank of Pittsburgh
nshanahan@coleschotz com

Andrea Sheehan on behalf of Creditor Carrollton-Farmers Branch ISD
sheehan@txschoollaw com, coston@txschoollaw com;ashee1@yahoo com;garza@txschoollaw com

Thomas I  Sheridan on behalf of Unknown Benjamin Gamoran
tsheridan@hanlyconroy com

Mark Sherrill on behalf of Creditor AgFirst Farm Credit Bank
mark sherrill@sablaw com

Stephen J  Shimshak on behalf of Creditor Citigroup Inc  and all of its affiliates, including Citibank, N A
sshimshak@paulweiss com, sshimshak@paulweiss com

Mark Shinderman on behalf of Creditor Southern California Edison Company
mark shinderman@mto com, paula ayers@mto com

J  Christopher Shore on behalf of Creditor Ad Hoc Group of Lehman Brothers Creditors
cshore@whitecase com,
jdisanti@whitecase com;mcosbny@whitecase com;agoldenberg@whitecase com;carundel@whitecase com;jwinters@whitecase com;pnichols@whitecase com

Carren B  Shulman on behalf of Unknown Bank of New York Mellon
cshulman@sheppardmullin com, mdunn@sheppardmullin com

Glenn E. Siegel on behalf of Interested Party Russell Investment Group, Inc
Glenn Siegel@dechert com

Paul H  Silverman on behalf of Creditor Corporate Park Associates Inc
PSilverman@mclaughlinstern com

Peter L  Simmons on behalf of Creditor Federal Home Loan Bank of Atlanta
peter simmons@friedfrank com

Keith A  Simon on behalf of Unknown Fannie Mae
keith simon@lw com, chefiling@lw com;beth arnold@lw com

Leif T  Simonson on behalf of Unknown Sante Fe Master Fund SPC for and on behalf of the Anasazi Japanese Systematic Long Short D SP
lsimonson@faegre com

Charles E  Simpson on behalf of Unknown Windels Marx Lane & Mittendorf, LLP
csimpson@windelsmarx com, detheridge@windelsmarx com;mhudson@windelsmarx com;mmartir@windelsmarx com

Howard G  Sloane on behalf of Defendant HSBC Bank (Cayman) Limited (f/k/a HSBC Financial Services (Cayman) LTD)
pfarren@cahill com

Thomas R  Slome on behalf of Creditor Dresdner Kleinwort Group Holdings LLC
lgomez@msck com

Elizabeth Page Smith on behalf of Creditor Customer Asset Protection Company
esmith@llgm com, strum@dl com

Edward Smith on behalf of Creditor Delta Air Lines, Inc
easmith@venable com

{00086819.1 / 0694-001}

Abigail Snow on behalf of Creditor Moody's Corporation
asnow@ssbb com

Eric J Snyder on behalf of Attorney Siller Wilk LLP
esnyder@sillerwilk com

Mark A Speiser on behalf of Creditor Mizuho Corporate Bank, Ltd
mspeiser@stroock com, insolvency2@stroock com

Marvin E Sprouse on behalf of Creditor Level 3 Communications, LLC
msprouse@jw com, ccthomas@jw com;kgradney@jw com

Bonnie Steingart on behalf of Unknown FMR LLC
steinbo@ffhsj com, nydocketclrk@ffhsj com

Jack G. Stern on behalf of Interested Party Barclays Capital, Inc
jstern@bsfllp com, NYC_Managing_Clerk@bsfllp com

Malani Sternstein on behalf of Unknown Bank of New York Mellon
msternstein@sheppardmullin com

Brent C Strickland on behalf of Interested Party Headstrong Services, LLC
bstrickland@wtplaw com

Harvey A Strickon on behalf of Creditor European Bank for Reconstruction and Development
harveystrickon@paulhastings com

David A. Sullivan on behalf of Creditor SGSS Deutschland Kapitalanlagegesellschaft mbH
david sullivan@cliffordchance com

Walter E Swearingen on behalf of Unknown Mary Jane DaPuzzo
wswearingen@llf-law com

Matthew S. Tamasco on behalf of Unknown PJM Interconnection, L L C
mtamasco@schnader com

Sara M Tapinekis on behalf of Creditor Calyon
sara tapinekis@cliffordchance com

Robert E Tarcza on behalf of Creditor Louisiana Sheriff's Pension & Relief Fund
bobt@tglaw net

James Tecce on behalf of Attorney Quinn Emanuel Urquhart Oliver & Hedges LLP
jamestecce@quinnemanuel com

Samuel Jason Teele on behalf of Creditor EnergyCo, LLC and EnergyCo Marketing and Trading
jteele@lowenstein com, gbuccellato@lowenstein com;klafiura@lowenstein com

Jay Teitelbaum on behalf of Creditor Clearbridge Advisors LLC
jteitelbaum@tblawllp com

Ronald M Terenzi on behalf of Attorney Stagg, Terenzi, Confusione & Wabnik, LLP
r terenzi@bhpp com

April J Theis on behalf of Creditor State of Arizona
april theis@azag gov

My Chi To on behalf of Interested Party Rock-Forty-Ninth LLC
mcto@debevoise com, mao-ecf@debevoise com

Kenneth B Tomer on behalf of Plaintiff Evergreen Solar, Inc
ktomer@goodwinprocter com, lmorton@goodwinprocter com

Amit K Trehan on behalf of Creditor Canadian Imperial Bank of Commerce, CIBC World Markets Corp , CIBC World Markets Inc , National Bank of Canada Inc ,
National Bank of Canada Financial Inc , National Bank Financial Inc , SP4 190 S La
atrehan@mayerbrown com, atrehan@mayerbrown com;cwalsh@mayerbrown com

Patrick J. Trostle on behalf of Attorney Jenner & Block LLP
ptrostle@jenner com

Sarah Trum on behalf of Creditor Customer Asset Protection Company
strum@dl com, lsaal@dl com;jlevin-epstein@dl com;kkeen@dl com;tjeffries@dl com

Brian Trust on behalf of Creditor National Bank of Canada Inc , National Bank of Canada Financial Inc , and National Bank Financial Inc

{00086819.1 / 0694-001}

btrust@mayerbrown com

Raymond J Urbanik on behalf of Creditor Ad Hoc Committee of Bondholders
rurbanik@munsch com

Michael J Venditto on behalf of Attorney Reed Smith LLP
mvenditto@reedsmith com

Raymond W Verdi on behalf of Interested Party Barclays Capital, Inc
hellerverdi@aol com

Jon C Vigano on behalf of Creditor Chicago Board Options Exchange, Incorporated
jvigano@schiffhardin com, dgordon@schiffhardin com

James J Vincequerra on behalf of Creditor Simpson Meadows
jvincequerra@wolfblock com

Karen E Wagner on behalf of Creditor Banque Privee Saint Dominique
lehman chapter11@davispolk com

Shai Waisman on behalf of Debtor LB 2080 Kalakaua Owners LLC
shai waisman@weil com,
amanda hendy@weil com;rachel albanese@weil com;jae kim@weil com;ilusion rodriguez@weil com;sherri toub@weil com;victoria vron@weil com;julio gurdian@w
eil com;matthew curro@weil com;michele meises@weil com

Adrienne Walker on behalf of Creditor Belmont Insurance Company
awalker@mintz com

Josephine Wang on behalf of Counter-Defendant Securities Investor Protection Corporation
jwang@sipc org

Mark W Warren on behalf of Creditor Manufacturers and Traders Trust Company
mwarren@mtb com

Mary Warren on behalf of Unknown Joint Adminstrators of Lehman Brothers International (Europe)
mary warren@linklaters com

W Clark Watson on behalf of Creditor Compass Bank
cwatson@balch com

Corey R Weber on behalf of Unknown The City of Long Beach
ecf@ebg-law com

Jeffrey T Wegner on behalf of Creditor Nebraska Investment Finance Authority
jeffrey wegner@kutakrock com

Gregg L Weiner on behalf of Petitioning Creditor A/P Hotel, LLC
weinegr@friedfrank com, docketclerks@friedfrank com

William P Weintraub on behalf of Interested Party The Middleby Corporation
wweintraub@fklaw com, vgarvey@fklaw com;smartin@fklaw com

Rochelle R. Weisburg on behalf of Creditor Hanover Moving & Storage Co Inc
rochellew@shiboleth com

John W Weiss on behalf of Unknown Nomura Holding America, Inc , and certain of its direct and indirect subsidiaries and affiliates
john weiss@alston com

Elizabeth Weller on behalf of Creditor Dallas County
dallas bankruptcy@publicans com

David B Wheeler on behalf of Creditor Public Service of North Carolina
davidwheeler@mvalaw com

Timothy Raymond Wheeler on behalf of Interested Party Spiral Binding Company, Inc
twheeler@lowenstein com

Lee Papachristou Whidden on behalf of Attorney Salans
lwhidden@salans com, nkhalatova@salans com

Dennis J Wickham on behalf of Interested Party Lusardi Construction Company
wickham@scmv com, havard@scmv com

Stephanie Wickouski on behalf of Creditor Parsec Trading Corp
stephanie wickouski@dbr com, jschwartz@gcd com,kristin going@dbr com,dnorthrop@gcd com,gert sofman@dbr com,swickous@aol com

{00086819.1 / 0694-001}

Erin E. Wietecha on behalf of Attorney Cole Schotz Meisel Forman & Leonard, P.A
ewietecha@coleschotz.com

Michael E. Wiles on behalf of Unknown Carlyle Credit Partners Master Fund
mewiles@debevoise.com, mao-ecf@debevoise.com

Deborah D. Williamson on behalf of Interested Party Tesoro Corporation
dwilliamson@coxsmith.com, aseifert@coxsmith.com

Eric R. Wilson on behalf of Creditor Murphy & Durieu, L.P
KDWBankruptcyDepartment@Kelleydrye.com

L. Matt Wilson on behalf of Stockholder Greg Georgas, et al
efile@willaw.com

Steven R. Wirth on behalf of Unknown Wollmuth Maher & Deutsch LLP
swirth@wmd-law.com

Amy R. Wolf on behalf of Attorney Wachtell, Lipton, Rosen & Katz
arwolf@wlrk.com, jvanlare@wlrk.com;calert@wlrk.com

Joshua Matthew Wolf on behalf of Creditor City Of New York
jowolf@law.nyc.gov

Steven Wolowitz on behalf of Defendant Bank Of America, N.A
swolowitz@mayerbrown.com, jmarsala@mayerbrown.com

Libby Wong on behalf of Unknown NBGI Inc
lwong@pfeiferlaw.com, nyrivera@pfeiferlaw.com

James Addison Wright on behalf of Counter-Defendant Millennium International, Ltd
james.wright@ropesgray.com

David Farrington Yates on behalf of Interested Party Dr. Michael C. Frege
fyates@sonnenschein.com

Bruce J. Zabarauskas on behalf of Unknown AMERICAN EXPRESS TRAVEL RELATED SERVICES CO., INC
bzabarauskas@crowell.com

Erin Zavalkoff on behalf of Creditor Newedge USA, LLC and Affiliated Entities
ezavalkoff-babej@vedderprice.com, ecfnydocket@vedderprice.com

Menachem O. Zelmanovitz on behalf of Unknown SunCal Debtors
mzelmanovitz@morganlewis.com

N. Theodore Zink on behalf of Creditor Bayview Finacial, L.P and Bayview Opportunity Master Fund, L.P
tzink@chadbourne.com, tzink@chadbourne.com;crivera@chadbourne.com

Peter Alan Zisser on behalf of Creditor Carlton Willard Homes, Inc
pzisser@ssd.com, wlancaster@ssd.com;rgreen@ssd.com

Scott A. Zuber on behalf of Creditor SPCP Group L.L.C
szuber@daypitney.com, jhahn@daypitney.com

Edward P. Zujkowski on behalf of Creditor Australia and New Zealand Banking Group Limited
ezujkowski@emmetmarvin.com, ezujkowski@emmetmarvin.com

Ellen Zweig on behalf of Unknown Ellen Zweig Law Office of Neil Moldovan
ezweig@optonline.net

Abraham L. Zylberberg on behalf of Creditor Adagio Fund
azylberberg@whitecase.com, mcosbny@whitecase.com;jdisanti@whitecase.com

{00086819.1 / 0694-001}