United States Bankruptcy Court for the Southern District of New York

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. - 08-13555 |
|---|---|
| Creditor Name and Address: | Anthracite Investments (Ireland) plc - Abacus Class B Equity Notes<br>AIB International Centre<br>I.F.S.C.<br>Dublin 1, Ireland |
| Court Claim Number (if known): | 20332 |
| Date Claim Filed: | 21 September 2009 |
| Total Amount of Claim Filed: | Unliquidated |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 28 October 2009

Print Name: BRONAGH HARDIMAN

Title (if applicable): SOLICITOR

---

## DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

### ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).

**This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.**

## POWER OF ATTORNEY

**BY THIS DEED**, Anthracite Investments (Ireland) plc, a company incorporated under the laws of Ireland, of AIB International Centre, IFSC, Dublin 1 (the "**Company**") HEREBY APPOINTS Bronagh Hardiman of Matheson Ormsby Prentice, 70 Sir John Rogerson's Quay, Dublin 2, Ireland (the "**Attorney**") to be the Company's Attorney and in the Company's name and on behalf of the Company or otherwise to do, execute and perform all and any of the acts, deeds, matters and things hereinafter contained in connection with the filing of proof of claim forms and all documents in connection therewith (the "**Claims**") against Lehman Brothers Holdings Inc. and certain of its affiliates with full power:

1. to sign the following documents on behalf of the Company, under hand or under seal and to deliver such documents, whether inside or outside Ireland, conditionally, unconditionally or in escrow the proof of claim forms in respect of the following series of notes issued by the Company:

    (a) Series 7 French Inflation Linked Bonds Portfolio Notes due 2033;

    (b) Series 8 €10,450,000 Fixed to CMS Spread Linked Floating Rate Notes due 2031;

    (c) Series 9 $9,770,000 Fixed to CMS Spread Linked Floating Rate Notes due 2031;

    (d) Series 12 €28,750,000 French Inflation Linked Bonds Portfolio Notes due 2036

    (e) Series 18 €78,000,000 French Inflation Linked Bonds Portfolio Notes due 2037;

    (f) Series 19 €20,000,000 Variable Coupon 90% Capital Protected Variable Redemption Amount Fund-Linked Notes due 2011;

    (g) Series 23 €15,000,000 Variable Rate Notes due 2016;

    (h) Series 27 French Inflation Linked Bonds Portfolio Notes due 2055; and

    (i) RAM Diversified Series 1 Class B Equity Notes due 2010.

    (together the "**Proof of Claim Forms**" and each a "**Proof of Claim Form**")

2. to complete and upload the relevant supplemental questionnaire documents in respect of each Proof of Claim Form to www.lehman-claims.com (the "**Relevant Questionnaires**") and to electronically sign the Relevant Questionnaires, subject to such minor amendments or corrections of manifest error as any Attorney should deem fit;

3. to give, make, sign, execute, attest, seal and deliver, whether inside or outside Ireland, conditionally, unconditionally or in escrow, all such deeds, agreements, letters, notices, certificates, acknowledgements, instructions and other documents (whether of a like nature or not) as might in the opinion and absolute discretion of any Attorney be considered necessary or desirable for the purpose of compliance with any condition precedent or the coming into effect of or otherwise giving effect to, consummating or completing or procuring the performance and completion of all or any of the Claims and to do all other such acts and things, as might in the opinion and absolute discretion of any Director or Attorney be necessary or desirable for the purposes aforesaid; and

4. to do all acts, to execute all such documents and to give such undertakings and assurances as may in the opinion of the directors of the Company be necessary or desirable in connection with the Claims, and the Proof of Claim Forms and Relevant Questionnaires relating thereto.

**AND THE COMPANY HEREBY DECLARES** that any person or persons or company or companies dealing with the Attorney shall not be concerned to see or enquire as to the propriety or expediency of any act, deed, matter or thing which the Attorney may do or perform in the Company's name by virtue of these presents.

19239973.1

3

4. to do all acts, to execute all such documents and to give such undertakings and assurances as may in the opinion of the directors of the Company be necessary or desirable in connection with the Claims, and the Proof of Claim Forms and Relevant Questionnaires relating thereto.

**AND THE COMPANY HEREBY DECLARES** that any person or persons or company or companies dealing with the Attorney shall not be concerned to see or enquire as to the propriety or expediency of any act, deed, matter or thing which the Attorney may do or perform in the Company's name by virtue of these presents.

**AND THE COMPANY RATIFIES AND CONFIRMS** and agrees to ratify and confirm from time to time and at all times whatever the Attorney shall do or purport to do or cause to be done by virtue of this Power of Attorney.

**AND THE COMPANY HEREBY UNCONDITIONALLY UNDERTAKES** to indemnify the Attorney against all actions, proceedings, claims, costs, expenses and liabilities of any and every description arising from the exercise or purported exercise in good faith of any of the powers conferred by this Power of Attorney.

This Power of Attorney shall be irrevocable for a period of three months from the date hereof.

This Power of Attorney shall be construed in accordance with and governed by the laws of Ireland.

**IN WITNESS WHEREOF** this Power of Attorney has been executed by the Company on 16 September 2009.

GIVEN UNDER the common seal of    )
ANTHRACITE INVESTMENTS
(IRELAND) PLC
                                   )
                                   )
                                   )    _____
                                   )    Director
_Joanna Taylor_                    )
(Witness' Signature)               )
                                   )    _____
_Accountant_                       )    Director / Secretary
(Witness' Occupation)              )    FOR AND ON BEHALF OF
                                   )    AIB INTERNATIONAL FINANCIAL
_AIB IFS_                          )    SERVICES LTD.
(Witness' Address)                 )    AS SECRETARY

_International Centre,_            )
_IFSC, Dublin 1_

19239973.1

4

# Anthracite Investments (Ireland) plc

AIB International Centre
IFSC
Dublin 1
Ireland

Telephone ++ 353 1 874 0777
Fax:          ++ 353 1 874 3050

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims Processing Center
757 Third Avenue, 3rd Floor
New York, NY 10017
United States of America

**BY HAND**

Our Ref                              Your Ref                              28 October 2009
CDO/BH/658918/42

Dear Sir/Madam,

**ANTHRACITE INVESTMENTS (IRELAND) PLC (THE "COMPANY") – ABACUS CLASS B EQUITY NOTES: WITHDRAWAL OF CLAIM AGAINST LEHMAN BROTHERS HOLDINGS INC.**

Please find enclosed a withdrawal of claim form (the "**Withdrawal of Claim Form**") in respect of RAM Diversified Series Class B Secured Equity Notes Due 2010 issued by the Company.

In addition, we enclose a copy of the Withdrawal of Claim Form and we would be grateful if you could please acknowledge receipt of the Withdrawal of Claim Form by signing and returning the enclosed copy in the stamped self-addressed envelope provided.

Yours faithfully

**for and on behalf of
Anthracite Investments (Ireland) plc**

*Bronagh Hardiman*

Directors: Dan McGing, Don Bergin
Registered Number : 376992
Registered Office: As above

19269346.1