<u>**EXHIBIT 1**</u>

**Supplemental Identified Parties**

Exhibit 1
Supplemental Identified Parties

**Potential Parties in Interest**

1.  13D Research Inc.
2.  1407 Broadway Real Estate LLC
3.  25 Broad LLC
4.  4086 Advisors
5.  4Cast Inc.
6.  AAA Investments L.P.
7.  ABN Ambro Holding N.V.
8.  Abu Dhabi National Energy Company
9.  Accel Capital Corporation
10. Accellent Inc.
11. ACCLARA
12. Accredited Home Lenders, Inc.
13. Accuride Corporation
14. ACI Operations Pty Limited
15. Acorn Partners LP
16. Activant Solutions, Inc.
17. Acts Aero Tech Support
18. Adagio III CLO Plc
19. Adagio IV CLO Limited
20. Advanced Graphic Printing, Inc.
21. Advanced Micro Devices, Inc.
22. AES Corporation
23. Aetna Inc.
24. AFE
25. AG First Farm Credit Bank
26. AGA Medical Corporation
27. Agribank
28. AIG
29. AIG-FP Structured Finance Limited
30. AIM Funds
31. Airclaims Limited
32. Aktiengesellschaft
33. Alabama Power Company
34. Alan J. Worden
35. Alcoa Inc.
36. Alcon
37. Alenco
38. Aleris International, Inc.
39. Alex E. Rhinehart
40. Algoma Stell Inc.
41. Alix Partners LLP
42. Allegheny Energy
43. Allegheny Energy Supply Company, LLC
44. Allen Matkins Leck Gamble Mallory and Natsis

Exhibit 1
Supplemental Identified Parties

45. Alliance Imaging, Inc.
46. Alliance Laundry Holdings LLC
47. Alliance Laundry Systems
48. Alliance Resource Operating Partners, L.P.
49. Alliant Energy Corporation
50. Allianz
51. Allianze SE
52. Allied Holdings, Inc.
53. Allied Waste Industries Inc.
54. Allied World Assurance Company Limited
55. Allison Transmission, Inc.
56. Allsport Management SA
57. Allstate Corporation
58. Alltel Communications
59. Alltel Corp.
60. Alpha D2 Limited
61. Alpha III
62. Altos Hornos de Mexico SA de CV
63. Altra Group, Inc.
64. Amadeus Holdings Limited
65. AMBAC
66. Ameren Corporation
67. Amerenergy Resources Generating Company/Ameren Resources Gen Co
68. American Airlines 1st lien
69. American Airlines Inc.
70. American Axle & Manufacturing Inc.
71. American Electric Power Company Inc.
72. American European Insurance Company
73. American Express Bank, Fib
74. American Express Company
75. American International Group, Inc.
76. American Investor Life Insurance Company
77. American Transmission Company LLC
78. AmeriSourceBergen Corporation
79. Amgen Inc.
80. Ana Fernanda Canales Gonzales
81. ANC Rental Corporation
82. Angelo Gordon & Co.
83. Ann Lee
84. Antero Resources Corporation
85. ANZ Securities, Inc.
86. Apax Summer Bidco Limited
87. Apollo Management Holdings, L.P.
88. Apollo Management Leveragesource Iv, LLC
89. Aracruz
90. Aramark Corporation

Exhibit 1
Supplemental Identified Parties

91.    Arapahoe International Limited
92.    Archstone
93.    Area Giochi Holding S.p.A
94.    ARG Funding Corp.
95.    ARINC Incorporated
96.    Arizona Public Service Company
97.    ArvinMeritor, Inc.
98.    Arysta Lifescience
99.    AS Propulsion Capital BV
100.   Ashmore Energy International/ AEI
101.   Assurant, Inc.
102.   AT&T Inc. (F/K/A SBC Communications, Inc.)
103.   Atlas Pipeline Partners
104.   Atmos Energy Corporation
105.   Atrium Companies, Inc.
106.   Atrium Cos Inc. (Atrcos)
107.   Audio Visual Services Corporation
108.   Autodesk, Inc.
109.   Avago Technologies Finance Pte. Ltd.
110.   Aveos
111.   Avio
112.   Avio Holding Spa
113.   Avio Investments S.P.A.
114.   Avio S.P.A.
115.   Aviva Life and Annuity Company
116.   AVR Acquisitions B.V.
117.   AVR Industrial Waste B.V.
118.   AVR Industrie N.V.
119.   Avro Industrial Waste B.V.
120.   Avro Industrie N.V.
121.   Axon Financial
122.   Axon Financial Funding Ltd.
123.   B&G Foods
124.   BAE Systems Holdings Inc.
125.   Ball Corporation
126.   Ball Packaging Products Canada Corp. Inc.
127.   Ballyrock ABS CDO 2007-1 Limited
128.   Banca Italease S.p.A.
129.   Banco Espirito Santo Investimento
130.   Banco Santander
131.   Bank of New York Trust Co., N.A.
132.   Banque AIG
133.   Bausch and Lomb
134.   BAWAG P.S.K.
135.   BBVA Securities Inc.
136.   BCM Ireland Holdings Limited

Exhibit 1
Supplemental Identified Parties

137. BCV Investments SCA
138. BDBP NPLS
139. BEA Systems, Inc.
140. Beig Midco Limited
141. Beig Pikco Limited
142. Belmont Holdings Corp.
143. Berry Plastics Corporation
144. Best Buy
145. BHM Exit Financing Facility
146. BHM Exit Term Loan
147. BHM Technologies, LLC
148. Biogen Iden Inc.
149. Biomet, Inc.
150. Black Lion Beverages III B.V.
151. Blackrock (have Blackrock Financial Management-same company?)
152. Blackstone/ Blackstone Capital Partners V L.P.
153. Block Financial Corporation
154. BLT 39 LLC
155. BMO Capital Markets Corp.
156. BNC Mortgage Loan Trust (have BNC Mortgage LLC)
157. BNY Capital Markets, Inc.
158. BNY Corporate Trustee Services Ltd
159. Boardwalk Piperlines, L.P.
160. Bonten Media Group, Inc.
161. Booz Allen Hamilton Inc.
162. Boston Generating, LLC
163. BPC Holding Corporation (f/k/a BPC Acquisition Corp.)
164. BreitBurn Operating L.P.
165. Brickman Group
166. British Airways Plc
167. British Sky Broadcasting Group plc
168. Brockton Contributory Retirement System
169. Brooks Family Partnership, LLC
170. Brozero Limited
171. BRSP, LLC
172. BStrawinskylaan 3105
173. Buckeye Partners, L.P.
174. Buffets, Inc.
175. Building Materials Holdings
176. Building Materials-Wells
177. Burger King Corporation
178. Cableuropa S.A.U.
179. Cablevision Systems Corp.
180. Cabrera Capital Markets, LLC
181. Cains
182. Caja de Ahorros y Monte de Piedad de Madrid

Exhibit 1
Supplemental Identified Parties

183.    Calpine Corporation
184.    Cammell Laird Holdings Plc
185.    Campbell Soup Company
186.    Capital 18
187.    Capital Automotive L.P.
188.    Capital IQ, Inc.
189.    Capmark Financial Group Inc.
190.    Carbone S.A.R.L.
191.    Caribe Media Inc.
192.    Carlsberg Breweries
193.    Casema Mezzanine
194.    Casema/Euribor
195.    Castex Energy 1995, L.P.
196.    Castex Energy 2007 L.P.
197.    Cavalier Telephone
198.    CBBI Italian NPL
199.    CBI Italian Receivables
200.    CBI-Italian NPL
201.    CBR Textile GMBH
202.    CBS Corp.
203.    CCMP Acquisition
204.    CDC IXIS Financial Guaranty Services Inc.
205.    CDW Corporation
206.    CEAGO ABS CDO 2007-1, LLC
207.    CEAGO ABS CDO 2007-1, Ltd.
208.    Cebridge 2nd Lien PIK
209.    Cedar Fair
210.    Cede & Co.
211.    CEI/ Kensington Ltd.
212.    Cellcap Securities Limited
213.    Centennial Cellular Corp.
214.    Centennial Communications Corp.
215.    Center Energy Resources Corp.
216.    Centerpoint Energy Resource
217.    Centra Park, LLC
218.    Central CATV Inc.
219.    Central Illinois Light Company
220.    Central Illinois Public Service Company
221.    Centurytel, Inc.
222.    Cenveo Corporation
223.    Cequel Comm
224.    Cereita Lawrence
225.    Cessna
226.    CFS Holding NV
227.    Charise Carroll
228.    Charles Schwab & Co., Inc.

<u>Exhibit 1</u>
Supplemental Identified Parties

229.    Chart Industries, Inc.
230.    Charter Communications
231.    Chequer Finance 1 S.A.
232.    Chequer Finance 2 S.A.
233.    Chequer Finance 3 S.A.
234.    Chesapeake Appalachia, L.L.C.
235.    Chesapeake Energy Corp.
236.    Chiomenta Studio Legale
237.    Choctaw Investors B.V.
238.    Chorion (Project Planet) PIK
239.    Christiana Suhr Brunner
240.    Chrysler
241.    Chun IP
242.    CIFG
243.    CIFG N.A.
244.    CIFG Services, Inc.
245.    Cilcorp Inc.
246.    Cinemark USA, Inc.
247.    Cisco
248.    CIT Group (Master)
249.    Citic International Financial Holdings
250.    Citrus Corporation
251.    City of Auburn
252.    City of Burbank
253.    City of Fremont
254.    City of San Buenaventura
255.    City of South San Francisco
256.    City of Tuolumne
257.    CKX Inc.
258.    Claire's Stores, Inc.
259.    Cleveland Barrett
260.    Clio European CLO B.V.
261.    Clondalkin Acquisition B.V.
262.    CME Group Inc.
263.    Coditel Brabant
264.    Coditel Sarl
265.    Colfax Corporation
266.    Collins & Aikman Products
267.    Colonial Realty Limited Partnership
268.    Colorado Housing Finance Authority
269.    Commerzbank Capital Markets Corp.
270.    Community Health System
271.    Company I Ameren Resources Gen Co
272.    Concord Development Properties Ltd.
273.    Conocophillips
274.    Conseco Inc.

Exhibit 1
Supplemental Identified Parties

275.    Consolidated Container Company LLC
276.    Consolidated Edison Company of New York (Cecony)
277.    Constellation Energy Group, Inc.
278.    Continental AG/ Continental Aktiengesellschaft
279.    Convenience Food System
280.    Conversteam
281.    Convexity Capital Master Fund L.P.
282.    Cooperative Centrale Raiffesisen-Boerenleenbank, B.A.
283.    Cooper-Standard Automotive Inc.
284.    Corrections Cooperation of America
285.    Cortefiel, S.A.
286.    Coughlin Stoia Gellar Rudman & Robbins, LLP
287.    Covanta Energy Corporation
288.    Coventry Health Care, Inc.
289.    Coviden Intl
290.    Cox Communications, Inc.
291.    Cox Enterprises, Inc.
292.    Cox Radio, Inc.
293.    CPQ Midco II Corporation
294.    CRA Rogerscasey, LLC
295.    Credit Agricole
296.    Crimson Exploration Inc.
297.    CRJ 200 Whole Loan
298.    CROSSMAR, Inc.
299.    Crown Americas, Inc.
300.    Crown Castle
301.    CSC Holdings
302.    CSG System International, Inc.
303.    CSX Transportation, Inc.
304.    CWT Senior
305.    D.E. Shaw Securities Trading
306.    Dae Aviation Holdings, Inc.
307.    Dana Holding Corporation
308.    Danaher Corporation
309.    Danish Holdco
310.    Darden Restaurants Inc.
311.    Data Down Link Corporation
312.    David A. Rosenfel
313.    David Arrington Oil & Gas Barnett Shale IV, LLC
314.    David C. Cimo
315.    David C. Walton
316.    David H. Arlington Oil and Gas, Inc.
317.    Dayco
318.    Dayjet Corporation
319.    DBS NPLS
320.    DCP Midstream Operating, LP

Exhibit 1
Supplemental Identified Parties

321.    Debitel (Netherlands) Holding B.V.
322.    Del Monte Corporation
323.    Delek Benelux B.V.
324.    Delek Luxembourg Holding Sarl
325.    Delphi
326.    Delta Airlines
327.    Delta Prefco Limited
328.    Delta Topco Limited
329.    Deutsche Telekom AG
330.    DHS Drilling Company
331.    DHS Holding Company
332.    Diageo Finance PLC
333.    Dido Erste Vermoegensverwaltun GS
334.    Digicel International Finance Limited
335.    Discover Financial Services
336.    Diversified Software Systems, Inc.
337.    DK Acquisition Partners
338.    Dollar General Corporation
339.    Dominion Resources Inc. (have Dominion-same company?)
340.    Domtar Inc.
341.    Dovenmuehle Mortgage Inc.
342.    Drake Management LLC
343.    Dresser, Inc.
344.    Duncan Energy Partners L.P
345.    Dynergy Holdings, Inc.
346.    DZ Financial Markets LLC
347.    E.On AG
348.    Eagle Rock Energy Partners, L.P.
349.    Ebay Inc.
350.    Edam Acquisition Holdings B.V.
351.    Edgen Murray
352.    Edison International
353.    Edison Mission Energy
354.    Edscha A.G.
355.    Educational Management Corp.
356.    Edward D. Jones & Co., LP
357.    Edward Grieb
358.    El Paso Corporation
359.    El Paso Pipeline Partners
360.    Electrabel S.A.
361.    EMI Entertainment World, Inc.
362.    Enbridge (U.S.) Inc.
363.    Enbridge Energy Partners
364.    Encana Corp.
365.    Encana Oil and Gas
366.    Endemol Mezz

Exhibit 1
Supplemental Identified Parties

367.    Endemol Sen
368.    Enel SPA
369.    Energy Future Holdings Corp.
370.    Energy XXI Gulf Coast, Inc.
371.    E-NET Corporation
372.    Enron Corp.
373.    Entegra Holdings LLC
374.    Entegra TC LLC
375.    Entergy
376.    Entergy Corp.
377.    Enterprise GP Holdings L.P.
378.    Enterprise Products LLC
379.    Enterprise Products Operating L.P.
380.    Envirosolutions Real Property Holdings, Inc.
381.    Equitable Resources, Inc.
382.    ERP Operating Limited Partnership
383.    Escaline S.a.r.l.
384.    E-Source, Inc.
385.    Evergreen Municipal Trust
386.    Exco Partners Operating Partnership L.P.
387.    Exco Resources Inc.
388.    Express Energy Services Holding, LP
389.    Extendicare Health Services Inc.
390.    Exterran Holdings, Inc.
391.    FA Sub 3 Limited
392.    Fadesa Immobiliaria, S.A.
393.    Faegre & Benson
394.    Fairpoint Communications, Inc.
395.    Falcon Senior
396.    FCAR
397.    FDR Holdings, Ltd.
398.    Federazione Italiana del Consorzi Agrari S.r.l.
399.    Federconsorzi
400.    Felelossegu
401.    Ferretti
402.    Fidelity Capital Markets Services
403.    Fidelity Investments
404.    Fidelity National Information Services, Inc.
405.    Financial Security Assurance
406.    Financiere Daunou
407.    Financiers CVT
408.    Finartex
409.    Finmecanica Finance SA
410.    FINOVA Loan Administration
411.    Fire & Police Pension of Colorado
412.    First Chemical Holding

Exhibit 1
Supplemental Identified Parties

413.    First Chemical Mexxanine
414.    First Chemical Senior
415.    First Data Bridge
416.    First Data Corporation
417.    First Franklin Mortgage Lona Trust 2006-FFA
418.    First Wind Holdings, LLC
419.    FirstEnergy Corp
420.    Firth Rixson Mezz
421.    Flextronics International Ltd
422.    Florida Gas Transmission Company, LLC
423.    Ford Motor Company
424.    Ford Motor Credit
425.    Forgings International Holdings 1 Limited
426.    Fortis Group
427.    Fortress Investment Group LLC
428.    FPL Group Capital Inc.
429.    FR Acquisition Corporation (US), Inc.
430.    FR Acquisitions Corporation (Europe) Limited
431.    Francisco Perez
432.    Franklin Credit Management
433.    Fred Telling
434.    Freenet
435.    Freescale Semiconductor, Inc.
436.    Fresenius Medical Holdings, Inc.
437.    Frontier Drilling
438.    Frost & Sullivan
439.    FSA Credit Protection Trust 283
440.    FXCM Holdings, LLC
441.    Gables Marquis
442.    Gala
443.    Gala Group Finance Limited
444.    Gala Mezz
445.    Gaming Invest Sarl
446.    Gas Project Revenue Bonds
447.    Gate Gourmet
448.    G-BNWE Aurcraft Pty Ltd
449.    G-BNWF Aurcraft Pty Ltd
450.    G-BNWG Aurcraft Pty Ltd
451.    G-BNWJ Aurcraft Pty Ltd
452.    G-BNWK Aurcraft Pty Ltd
453.    G-BNWL Aurcraft Pty Ltd
454.    G-BNWS Aurcraft Pty Ltd
455.    G-BNWT Aurcraft Pty Ltd
456.    Gemstone CDO VI Corp
457.    Gemstone CDO VI ltd
458.    GenenTech, Inc.

Exhibit 1
Supplemental Identified Parties

459.    General Growth Properties
460.    General Mills, Inc.
461.    General Motors
462.    General Nutrition Centers, Inc.
463.    Genovese Joblove & Battista, P.A.
464.    Gentiva Health Servives, Inc.
465.    Genworth Financial, Inc.
466.    Georgia Gulf
467.    Georgia Pacific Corporation
468.    Georgia-Pacific Expansion S.A.S
469.    Ginn Clubs
470.    Givaudan S.A.
471.    Global Cash Access, Inc.
472.    Globe Pub Management Limited
473.    Government of Singapore
474.    Grace Wang
475.    Graham Packaging Company, L.P.
476.    Graphic Packaging International Corp
477.    Great Lakes Dredge & Dock Corporation
478.    Greektown Holdings LLC
479.    Green Valley Ranch Gaming LLC
480.    Greenbrier Minerals, LLC
481.    Greenpoint Mortgage Funding Trust Series
482.    Greenwich Insurance Company
483.    Grupo Iusacell
484.    GS European Performance Fund Limited
485.    GSCP
486.    GSEF Al Nawras (Cayman) Limited
487.    Gulf Stream Asset Management
488.    H21 Absolute Return Concepts SPC ARC B07 20
489.    H21 Absolute Return Portfolios SPC Class A
490.    H3C Holdings Ltd
491.    Halliburton Company
492.    Hanger Orthopedic Group, Inc.
493.    Harbison Station Apts L.P.
494.    Harrah's Operating Co. Inc.
495.    Harris Nesbit Corp.
496.    Hawaiian Telecom Communications, Inc.
497.    Hawaiian Telecom Holdco, Inc.
498.    Hawaiian Telecom IP Service Delivery Investment, LLC
499.    Hawaiian Telecom IP Service Delivery Research, LLC
500.    Hawaiian Telecom IP Video Investment, LLC
501.    Hawaiian Telecom IP Video Research, LLC
502.    Hawaiian Telecom Services Company, Inc.
503.    Hawaiian Telecom, Inc.
504.    Hawker Beechcraft

Exhibit 1
Supplemental Identified Parties

505.   HBK Investments LP
506.   HCA Inc.
507.   HD Supply
508.   Heating Finance PLC
509.   Hegemon Fund I, LLC
510.   Helicopters International LLC
511.   Henry Schein, Inc.
512.   Herbst Gaming, Inc.
513.   Heritage Fields
514.   Hexion
515.   Highbridge LD Acquisition LLC
516.   Highbridge Principal Strategies  -- Mezzanine Partners
517.   Highmount Exploration & Production LLC
518.   Hilcorp Energy I, L.P.
519.   Hilcorp Exploration Venture I LLC
520.   Hilite German GMBH & Co. KG
521.   Hilite Intl 2nd lien
522.   HMH Publishers LLC
523.   HMH Publishing Mezzanine
524.   Horizon Merger Corporation
525.   Houghton Mifflin Harcourt Publishers Inc.
526.   Howard W. Tomlinson
527.   HSBC Finance Corporation
528.   Hudson CLO 3 B.V.
529.   Huish Detergents Inc. (Huish)
530.   Humberto G. Merehland Lopez
531.   Huntsman International LLC
532.   HVB Capital Markets, Inc.
533.   Iasis Healthcare LLC
534.   Ibertravel Vacations (MEZZ)
535.   Ibertravel Vacations Holding LS
536.   Icopal
537.   Icopal A/S
538.   Idaho Housing and Finance Association
539.   Idearc, Inc.
540.   Illinois National Insurance
541.   Illinois Power Company
542.   IM US Hold Inverness Medical
543.   IMO Carwash
544.   Imperiel Tobacco Entertainment Finance Limited
545.   Incapital LLC
546.   Indianapolis Life Insurance Company Inc.
547.   INEOS Group Limited
548.   Inergy, L.P.
549.   Infineon Technologies AG
550.   Infonxx Inc.

Exhibit 1
Supplemental Identified Parties

551.    Informal LBHI Bondholder Group
552.    ING Bank France SA
553.    ING Financial Markets LLC
554.    ING Groep
555.    ING Life Insurance & Annuity Company
556.    Innovia Films (Holding 3) Limited
557.    Intel Corporation
558.    Intelsat (Bermuda), Ltd.
559.    Intelsat Corporation (FKA Panamsat)
560.    Intelsat Jackson (FKA Bermuda)
561.    Intelsat Subsidiary Holding Company
562.    Intenational Lease Finance Corporation
563.    Intergen N.V.
564.    Interline Brands, Inc.
565.    Inter-Local Pension Fund Graphic Communities Conference of the
          InternationalBrotherhood of Teamsters
566.    International Business Machines Corporation
567.    International Lease Finance Corporation
568.    International Transmission Company
569.    Intersil Corporation
570.    Interstate Brands Corporation
571.    Interstate Fibernet, Inc.
572.    Interstate Power and Light Company
573.    Intesa
574.    Intrnational Transmission Company
575.    Inverness Medical Innovations Inc.
576.    INVESCO CLO
577.    INVESCO Real Estate
578.    Investment Corporation PTE, LTD.
579.    Iowa Telecommunications Services, Ltd.
580.    Iridium Satellite LLC
581.    Irish Life & Permanent PLC
582.    Iron Mountain Incorporated
583.    Island Medical Group
584.    Islavista Spain S.A.
585.    ISS Holding
586.    iStar Financial Inc.
587.    Italease Finance S.p.A
588.    ITC Holdings Corporation
589.    ITC Midwest LLC
590.    ITC Transco
591.    Iusacell
592.    J. Aron & Company
593.    JA Solar Holdings Co., LTD
594.    Jack McCarthy
595.    Jacquelyn Soffer

Exhibit 1
Supplemental Identified Parties

| | |
|---|---|
| 596. | James Brogan |
| 597. | James J. Sullivan |
| 598. | Janet Crawshaw |
| 599. | Jason C. Davis |
| 600. | Jazz Pharmaceuticals, Inc. |
| 601. | Jeffrey A. Welikson |
| 602. | Jeffrey Fitts |
| 603. | Jeffrey Soffer |
| 604. | Jeffry Ciongoli |
| 605. | Jerry A. Grundhofer |
| 606. | JFB Firth Rixson, Inc. |
| 607. | JFB Overseas Holdings Limited |
| 608. | Jin Liu |
| 609. | Jo Anne Buzzo |
| 610. | Joanne Chormanski |
| 611. | John J. Genovese |
| 612. | John M. Skoba |
| 613. | John Suckow |
| 614. | Jonathan Harris |
| 615. | Joseph Cordaro |
| 616. | Journal Register |
| 617. | JPI Commercial, LLC |
| 618. | JSC Rosgosstrakh |
| 619. | Jung Development Co., Ltd. |
| 620. | Jung Developments (Infinity 2) Inc. |
| 621. | Jung Developments Inc. |
| 622. | Ka Kin Wong |
| 623. | Kabel Deutschland |
| 624. | Kahrl Roberts & Wutcher LLP |
| 625. | Karen B. Corrigan |
| 626. | Karim Kano |
| 627. | Kaupthing Bank |
| 628. | KBC Financial Products UK Limited |
| 629. | KBC Financial Products USA, Inc. |
| 630. | KBC Investments Cayman Islands V Limited |
| 631. | KBC Investments Limited |
| 632. | KBR Holdings, LLC |
| 633. | KDP Investment Advisors, Inc. |
| 634. | Kellerhals Hess |
| 635. | Kelson Holding LLC |
| 636. | Kerasotes Theatres Inc. |
| 637. | Key Energy Services, Inc. |
| 638. | Keystone Inc. |
| 639. | KGB |
| 640. | KGT, Inc. |
| 641. | Kimberly-Clark Corporation |

Exhibit 1
Supplemental Identified Parties

642.    Kinder Morgan Energy Partners L.P.
643.    Kirch Holding GMBH & Co., KG
644.    KKR Private Equity Investors, L.P.
645.    Klavins & Slaidins
646.    Kleopatra Lux 2 Mezz
647.    Kleopatra Lux 2 S.A.R.L.
648.    Kleopatra Senior
649.    Knight Capital Group
650.    Knight Debtco Ltd.
651.    Koninklijke Phillips Electronics NV
652.    KPMG
653.    Kristine Smith
654.    Kubber Investments
655.    Laboratory Corporation of America Holdings
656.    Lai Mei Chan
657.    Lake Las Vegas Resort (Laslas)
658.    Lan Dale Asset Purchasing
659.    Lana Franks
660.    Landale Liquidity Facility
661.    Landsource
662.    Lanxess AG
663.    Las Vegas Resort
664.    Las Vegas Sands, LLC
665.    LaSalle Bank National Association
666.    LaSalle Global Trust Services
667.    Latshaw Drilling Company, LLC
668.    Lavena Holding GMBH 3
669.    Lavena Holding GMBH 4
670.    Lavena Mezz
671.    Lavena Senior
672.    Lazard Freres & Co
673.    LB 2080 Kalakaua Owners LLC
674.    LBT Loan Funding
675.    LBT Varlik Yonetim Anonim Sirketi
676.    LeaseDimensions
677.    Legal & General Group Plc
678.    Legendre Holdings 17 SA
679.    Lehman Brothers  Bankhaus AG
680.    Lehman Brothers (lux) Equity Finance SA
681.    Lehman Brothers European Mezzanine LB S.A.R.L
682.    Lehman Mortgage Trust
683.    Lehman XS  Trust
684.    Leo C. Trautman, Jr.
685.    Leticia Chau
686.    Level 3 Communications, LLC
687.    Level 3 Financing, Inc.

Exhibit 1
Supplemental Identified Parties

| | |
|---|---|
| 688. | LFIGXG LLC |
| 689. | LH 1440 LLC |
| 690. | Libby Wong |
| 691. | Liberator Bidco Limited |
| 692. | Liberator Jr Mezz |
| 693. | Liberator Mezz |
| 694. | Liberator Senior Facilities Dtd |
| 695. | Liberty Global Inc. |
| 696. | Liberty Mutual Group Inc. |
| 697. | Libra CDO LLC |
| 698. | Libra CDO Ltd |
| 699. | Life Investors Insurance Company of America |
| 700. | Lim Finance II, Inc. |
| 701. | Limited Lincoln National Corporation |
| 702. | Linda Demizio |
| 703. | Litton Loan Servicing, L.P. |
| 704. | LKQ Corporation |
| 705. | LLCA 2 |
| 706. | Local Insight Media |
| 707. | Local Insight Regatta Holdings, Inc. |
| 708. | Local Media Finance LLC |
| 709. | Loop Capital Markets, LLC |
| 710. | Lufthansa AG |
| 711. | Lukoil Finance Limited |
| 712. | LW Securities, Ltd. |
| 713. | Lyondell |
| 714. | LyondellBasell Industries |
| 715. | Lyondellbassell |
| 716. | M.B.H. Emprunteur |
| 717. | M.R. Beal & Company |
| 718. | Mach Gen LLC |
| 719. | Mackinaw Power Holdings, LLC |
| 720. | Macquarie |
| 721. | Madeline Dimodica |
| 722. | Man Group Finance Inc. |
| 723. | Manzoni/ Pret D? Acquisition VLM |
| 724. | Mapco Express, Inc. |
| 725. | Maples and Calder |
| 726. | Maples Finance Limited |
| 727. | Marathon Oil Company |
| 728. | Maria DeSouza |
| 729. | Marina Bay-2nd Deal |
| 730. | Marina District Finance Company, Inc. |
| 731. | Mark IV |
| 732. | Mark L. Zusy |
| 733. | Mark Mazzatta |

Exhibit 1
Supplemental Identified Parties

734.    Mark T. Millkey
735.    Market Place Apts
736.    Marriott International Inc.
737.    Marsha Kosseff
738.    Massachusetts Mutual Life Insurance
739.    Materis SAS
740.    Maximilian Coreth
741.    MC Communications, LLC
742.    McJunkin Corporation
743.    McJunkin Red Man Holdings Corporation
744.    Medassets
745.    Medco Health Solutions Inc.
746.    MEP II S.A.R.L.
747.    Merit Floors Inc.
748.    Merlin Entertainments Group Luxembourg 2 S.A.R.L.
749.    Merlin Entertainments Group Luxembourg 3 S.a.R.L.
750.    Merlin Italian SNR
751.    Merlin Row SNR
752.    Metavante Corporation
753.    Metropolitan West Asset Management, LLC
754.    Metropolitan West Total Return Bond Fund
755.    MF Global Finance
756.    MF Global Finance/ MF Global Finance European Limited
757.    MF Global Ltd./ Man Financial
758.    Michael Karfinkel
759.    Michael Stores
760.    Michele McHugh-Mazzatta
761.    Michigan Electric Transmission Co.
762.    Midamerican Energy Company
763.    Midamerican Energy Holdings Company
764.    Midcontinent Express Pipeline LLC
765.    MidCountry Bank
766.    Midwest Independent System Operator
767.    Midwest Realty Advisors LLC
768.    Millennium International, Ltd.
769.    Minera Del Norte S.A.
770.    Ministry of Finance Italy
771.    Minrad International, Inc.
772.    Mirant North America, LLC
773.    Misys PLC
774.    Mizuho Financial Group
775.    MKP Capital Management, LLC
776.    MKP Vela CBO, LLC
777.    MKP Vela CDO Ltd
778.    MMOR Consulting (have Herrick & Feinstein MMOR Consulting)
779.    Moana Properties

Exhibit 1
Supplemental Identified Parties

| | |
|---|---|
| 780. | Moderna Finance |
| 781. | Monique Miller Fong |
| 782. | Monumental Life Insurance Company (INC) |
| 783. | Moody's Corp. |
| 784. | Morgan Stanley Investment Management Limited |
| 785. | Mountain Drilling Company |
| 786. | Movie Gallery Inc First Lien |
| 787. | Movie Gallery, Inc. |
| 788. | MSN |
| 789. | Mueller Water Products, Inc. |
| 790. | Muriel Siebert & Co., Inc. |
| 791. | Myung Soo Jung |
| 792. | N.V. Luchthaven Schipol |
| 793. | Na'alehu Ventures |
| 794. | nabCapital Securities LLC |
| 795. | Nakilat Inc. |
| 796. | Namrun Finance S.A. |
| 797. | Nathan W. Bear |
| 798. | National Rural Utilities Cooperative Finance Corporation |
| 799. | Nationwide Fund Advisors |
| 800. | Natixis Bleichroeder Inc. |
| 801. | Natixis Entities |
| 802. | Natl Australia Bank Limited |
| 803. | Natsis |
| 804. | NCAT-New Center Asset Trust |
| 805. | Nebraska Investment Finance Authority |
| 806. | Neff Corp. |
| 807. | Neggio Holding 3 GMBH |
| 808. | Nelnet, Inc. |
| 809. | Neuberger Berman Advisors Management |
| 810. | Neuberger Berman Group LLC |
| 811. | Nevada Power Company |
| 812. | New Center Asset Trust |
| 813. | New Edge |
| 814. | New England Power Company |
| 815. | New Generation Funding Trust 15, 16, 37, 38, 39, and 83 |
| 816. | New Holdco BV |
| 817. | New York Life Insurance Co |
| 818. | New York Life Investment Management LLC |
| 819. | New York State Office of Unclaimed Funds |
| 820. | Newell Rubbermaid Inc. |
| 821. | Newpage Corporation |
| 822. | NFI Luxco SCA |
| 823. | NIBC Bank NV |
| 824. | Nokia Corporation |
| 825. | Nomura |

Exhibit 1
Supplemental Identified Parties

826. Nortek Holdings, Inc.
827. Northeast Utilities
828. Northern State Power Company
829. Northwest Airlines, Inc.
830. Norton Gold Fields Limited
831. Norton Rose LLP
832. Novartis Finance Corporation
833. NPL
834. NRG Energy, Inc.
835. NSG Holdings LLC
836. nTAG Interactive Corporation
837. NTL Cable Plc
838. NTL Communications Ltd
839. Nuance Communications, Inc.
840. NuStar Logistics, L.P.
841. Nybron Refi
842. Nycomed Germany Holding GMBH
843. Nycomed Holding A/S
844. Oceania Cruises, Inc.
845. Oceania Vessel Finance, Ltd.
846. OCM Mezzanine Fund II Holdings, L.P.
847. Official Committee of Unsecured Creditors
848. OGE Energy Corp.
849. OI Canada Corporation
850. Oklahoma Gas and Electric Company
851. Omnicare, Inc.
852. OMX Timber Finance Investments
853. Oncor
854. One Madison Investments (CAYCO) Limited
855. OneBeacon US Holdings
856. Opal Leasing Limited
857. Openwave Systems Inc.
858. Oracle Corporation (have Oracle Credit Corporation)
859. Orangina
860. Orbitz Worldwide
861. O'Reilly Automotive, Inc.
862. Orion Cable
863. Orthovita, Inc.
864. Owens & Minor, Inc.
865. Owens Illinois Inc.
866. Oz Management LP
867. Pacific International Finance Limited
868. Pacific International Limited
869. Pacific Investment Management LLC
870. Pacific Life & Annuity Co
871. Pacific Lifecorp

Exhibit 1
Supplemental Identified Parties

872.    Pacific Summit Energy LLC
873.    PacifiCorp
874.    Pages Jaunes Groupe
875.    PanAmSat Corporation
876.    Pangea Ltd
877.    Park Place Apartments L.P.
878.    Parker Drilling Company
879.    Parmalat Participacoes Do Brasil Ltda
880.    Parmalat Participacpes Promissory Note
881.    Partnerre Ltd.
882.    Patrick J. Coughlin
883.    Patrick W. Daniels
884.    Paul J. Battista
885.    Peabody Energy Corporation
886.    Pebble Creek 2007-2, LLC
887.    Pebble Creek 2007-2, LTD
888.    Pecos Investors LLC
889.    Pegasus International, Inc.
890.    Pekin & Pekin
891.    Penn National Gaming
892.    Pension Plan and Trust
893.    Pepsi Bottling Group, Inc.
894.    Perstorp AB
895.    Pertus Sechzehnt GmbH
896.    Petsec Energy Inc
897.    PG&E Corporation
898.    PGA Holdings, Inc.
899.    PGRS 1407 BWAY LLC
900.    Pharmerica Corporation
901.    Philips Electronics NV
902.    Phillip Morris International Inc
903.    PHS Group PLC
904.    PHS Senior
905.    Pinnacle Entertainment, Inc.
906.    Pinnacle Foods Finance LLC
907.    Pinnacle West Capital Corp.
908.    Pipeline Data, LLC
909.    Piper Jaffray and Co.
910.    Pivotal Promontory
911.    Planet Acquisition Holdco 1 Ltd
912.    Planet Acquisition Holdco 2 Ltd
913.    Plastech Engineered Products, Inc.
914.    Plinius Investments B.V.
915.    PNM Resources, Inc.
916.    Police and Fire Retirement System of the City of Detroit
917.    Portfolio CDS Trust 18, 103-105, 162, 187, 191-196, 208-214, and 233-244

Exhibit 1
Supplemental Identified Parties

918.    Portland General Electric Company
919.    Power Company
920.    PQ Corporation
921.    Precis Corporation
922.    Precision Partners
923.    Press Ganey
924.    Prestige Cruise Holdings, Inc. C/O Apollo Management, L.P.
925.    Primedia Inc.
926.    Principal Financial Group, Inc.
927.    Private Limited Company
928.    Project Cabellero
929.    Project Knight Senior
930.    Project Mountain
931.    Project Rockies
932.    Prosiebensafl Media AG
933.    ProSiebenSat.
934.    Protection One Alarm Monitoring, Inc.
935.    PSEG Energy Holdings LLC
936.    PSEG Power LLC
937.    Psychiatric Solutions Inc.
938.    PT Mnc Sky Vision
939.    PTG Grande Asset DEB KF
940.    PTG Tanco Kingfisher
941.    Public Service Company of Colorado
942.    Public Service Electric &Gas Co.
943.    Public Service Enterprise Group Incorporated
944.    Puget Sound Energy Inc.
945.    Putnam (183 ISDA's)
946.    Qantas Aircraft Leases
947.    Qatar Liquefied Gas Company Limited
948.    Qimonda Richmond, LLC
949.    QVC, Inc.
950.    Qwest Services Corporation
951.    R3 Capital Management, L.P.
952.    Ras Laffan Liquefied Natural Gas Company Limited (II)
953.    RasGas
954.    Raymond James & Associates, Inc.
955.    RBC Dain Rauscher Inc.
956.    RBS Greenwich Capital
957.    Reddy Ice Corporation
958.    Regal Cinemas, Inc.
959.    Regency Gas Services LP
960.    Regent Seven Seas Cruises
961.    Regions
962.    Regulated Utilities
963.    Reliant Energy Inc. (have Reliant Energy Power Supply, LLC)

Exhibit 1
Supplemental Identified Parties

964.    Reliastar Life Insurance Company
965.    Renal Advantage, Inc.
966.    Rent-A-Center, Inc.
967.    Resona Holdings
968.    Restructured Asset Certificates with Enhanced Returns, Series 2005-15-C Trust
969.    Rexnord Corporation
970.    Reynolds American
971.    RFC Midco A/S
972.    RFG Holding (France) SAS
973.    RFG Midco A/S
974.    RH Dennelley Corporation
975.    Richard McKinney
976.    Rick Fleischman
977.    RJ Reynolds Tobacco Holdings, Inc.
978.    RJO Holdings Corp.
979.    Robert M. Rothman
980.    Rocio Gonzalez De Canales
981.    Rockies Express Pipeline LLC
982.    Ronald Profili
983.    Rony Seikaly
984.    Roofing Holding Inc.
985.    Royal & Sun Alliance Insurance Group Plc
986.    Royal Bank of Canada
987.    RSA Insurance Group Plc
988.    Russell Implementation Services Inc.
989.    Rutger Schimmelpenninck
990.    RWE AG ( have RWE)
991.    Rye Select Broad Market Portfolio Limited
992.    Rye Select Broad Market XL Portfolio Limited
993.    Saad Investments Company Limited
994.    SABMiller Finance B.V.
995.    Sabre Holdings Corporation
996.    Sacher Funding Ltd.
997.    Sailfish Structured Investment Management (G4), LLC
998.    Salt Lake Neighborhood Housing Services, Inc.
999.    Samir Tabet
1000.    Sampo Bank PLC
1001.    Samuel H. Rudman
1002.    Sandridge Energy, Inc.
1003.    Santander Investment Services Inc.
1004.    Sarah Coombs
1005.    SBA Senior Finance
1006.    Schefenacker AG
1007.    Schefenacker plc
1008.    Schieder Moebel Holding GMBH
1009.    Scotia Capital (USA) Inc.

Exhibit 1
Supplemental Identified Parties

1010. Scott Aitken
1011. SCP Worldwide I L.P.
1012. Sealed Air Corporation
1013. Sears Holding Corp.
1014. Sears Roebuck Acceptance Corp.
1015. SEB Enskilda, Inc.
1016. Security Life of Denver Insurance Company Inc.
1017. Semcrude LP
1018. SemGroup Energy Partners, L.P.
1019. Sengent, Inc. -- d/b/a ClariFI
1020. Sequa Corporation
1021. Serena Software, Inc.
1022. Serpering Investments B.V.
1023. Service Corp Int'l
1024. SG Americas Securities LLC
1025. SGS International, Inc.
1026. Shea-Edwards Limited Partnership
1027. Shell Energy North America (US) L.P.
1028. Shell Trading (US) Company
1029. Sheridan Holdings, Inc.
1030. Sherrill-Lubinksi Corporation
1031. SHPS, Inc.
1032. Siebert Capital Markets
1033. Siemens AG
1034. Sierra Pacific Power Company
1035. Silicon Graphics Inc.
1036. Silver Point Capital, L.P.
1037. Silver Sprints Apts
1038. Sinclair Television Group, Inc.
1039. Sing Heung
1040. Sisal Mezz
1041. Sisal S.p.A
1042. Sistema Universitario Ana G. Mendez
1043. Siu Lui Ching
1044. Six Flags Theme Parks Inc.
1045. Sixth Gear
1046. Skadden, Arps, Slate, Meagher & Flom LLP
1047. SLM Corporation
1048. Soffer Turnberry/ South Strip, LLC
1049. Sola Ltd.
1050. Solo Cup Company
1051. Solutia Inc.
1052. Somers Dublin Ltd. A/C KBC Pledged
1053. Sourcecorp, Inc.
1054. Southern Company
1055. Southwestern Public Service Company

Exhibit 1
Supplemental Identified Parties

1056.  Sovereign Securities Corporation, LLC
1057.  Spanish Broadcasting Systems, Inc.
1058.  Spectra Energy Capital, LLC (f/k/a Duke Capital)
1059.  Spectra Energy Partners OLP, LP
1060.  Spiegel Inc.
1061.  Stahl Acquisitions BV
1062.  Stallion Oilfield Services Ltd.
1063.  Standard Life Bank Plc
1064.  Standard Pacific
1065.  Star Tribune Co.
1066.  Starwood Hotels & Resorts
1067.  State Street Bank (we have State Street Bank and Trust--same company?)
1068.  Stephen Gott
1069.  Stephen Green
1070.  STF THSRC
1071.  Stone Tower Capital LLC
1072.  Stone Tower Debt Advisors LLC
1073.  Stony Brook Court
1074.  Structured Adjustable Rate Mortgage Loan Trust
1075.  Structured Products Transaction Management Group
1076.  Sullivan & Company Marketing
1077.  Sumitomo Mitsui Financial Group
1078.  SunAmerica Asset Management
1079.  Sunamerica Life Insurance Company
1080.  Sungard Data Systems Inc.
1081.  SunGard Institutional Brokerage, Inc.
1082.  Sunoco Inc.
1083.  Sunoco Logistics Partners Operations, LP
1084.  Sunshine Holdings Limited
1085.  SunTrust Robinson Humphrey, Inc.
1086.  Supervalu Inc.
1087.  Susan Sayers
1088.  Swedbank AB, New York Branch
1089.  Swift Transportation Co., Inc.
1090.  Swiss RE Global Markets
1091.  Swiss Reinsurance Company
1092.  Sylvia Lewis
1093.  Symetra Financial Corporation
1094.  Synagro Technologies, Inc.
1095.  Synatech
1096.  Syncora
1097.  Syncora Holdings Ltd.
1098.  Syniverse Holdings Inc.
1099.  Syniverse Technologies
1100.  T&W Funding Company
1101.  T. Mulligan

Exhibit 1
Supplemental Identified Parties

1102.   Taconic Capital Partners LP
1103.   Targa Resources, Inc.
1104.   Target Corporation
1105.   TC Group Investment Holdings, L.P.
1106.   TD Securities
1107.   TD Securities (USA) LLC
1108.   TDS Investor Corporation
1109.   Team Finance LLC
1110.   Teamsters Allied Benefit Funds
1111.   Technical & Scientific Application, Inc.
1112.   Telecom Italia S.P.A.
1113.   Telefonica Europe B.V.
1114.   Telefonica, S.A.
1115.   Telekom Austria Finance B.V.
1116.   Tembec
1117.   Tembec Industries Inc.
1118.   Teppco Partners, L.P.
1119.   Terry L. Gentry
1120.   Tesoro Corporation
1121.   Teva Hungary Pharmaceutical Marketing Private Limited Company
1122.   Teva Pharmaceutical Works Company
1123.   TFS
1124.   Thalia CLO
1125.   Thalia Credit FAC
1126.   The Ad Hoc Committee of Bondholders of the Main Street Natural Gas, Inc.
1127.   The Blackstone Group
1128.   The Carlyle Group
1129.   The Clorox Company
1130.   The Commonwealth of Pennsylvania
1131.   The Hartford Financial Services Group, Inc.
1132.   The Hertz Corporation
1133.   The Home Depot,  Inc.
1134.   The Lightstone Group
1135.   The McGraw-Hill Companies, Inc.
1136.   The Neiman Marcus Group, Inc.
1137.   The Pemex Project Funding Master Trust
1138.   The Pension Fund Group
1139.   The Rhodes Companies, LLC
1140.   The Sports Authorities, Inc.
1141.   The Williams Companies
1142.   Ticknor Corner LLC
1143.   Time Warner Cable NYC
1144.   Time Warner Cable, Inc.
1145.   Time Warner Telecom Inc.
1146.   TomTom N.V.
1147.   Tousa

<u>Exhibit 1</u>
Supplemental Identified Parties

1148.   TOUSA, Inc. (f/k/a Technical Olympic USA Inc.)
1149.   Town Sports International, Inc.
1150.   Toys R Us
1151.   TPF Generation Holdings, LLC
1152.   Trademarks LLC
1153.   Trans World Airlines Inc.
1154.   Transamerica Asset Funding Corp. I
1155.   Transdigm Inc.
1156.   Transocean Inc.
1157.   Travelport 2nd A&R
1158.   Travelport Holdings Ltd.
1159.   Travelport Inc.
1160.   Tribune Company
1161.   Tri-State Generation and Transmission Association, Inc.
1162.   Tronox Worldwide LLC
1163.   Tropicana Entertainment
1164.   Troutman Sanders LLP
1165.   TRW Automotive Holdings Corp.
1166.   TRW Automotive Inc.
1167.   Turnberry Associates
1168.   Turnberry Retail Holding, L.P.
1169.   Turnberry/ Centra Crossroads, LLC
1170.   Turnberry/ Centra Development, LLC
1171.   Turnberry/ Centra Office Sub, LLC
1172.   Turnberry/ Centra Quad, LLC
1173.   Turnberry/ Centra Sub, LLC
1174.   Turnberry/ South Strip LP
1175.   TXU
1176.   TXU Electric Delivery Company
1177.   TXU Energy Company
1178.   TXU Us Holding Company
1179.   TXU/ Texas Utilities
1180.   Tyco Electronics
1181.   Tyco International Group S.A.
1182.   Tyco Intl
1183.   U.S. AgBank
1184.   U.S. Shipping Partners L.P.
1185.   UBS
1186.   UBS AG, Stamford Branch
1187.   Unclaimed Property Recovery Service, Inc.
1188.   Unicredito Italiano
1189.   United Air Lines
1190.   United Components, Inc.
1191.   United Corporate Federal Credit Union
1192.   United of Omaha Life Insurance
1193.   United States Steel Corporation

<u>Exhibit 1</u>
Supplemental Identified Parties

1194.   United Surgical Partners International, Inc.
1195.   UnitedHealth Group Inc
1196.   Unites States Steel Corporation/ US Steel Corp
1197.   Universal Ensco, Inc.
1198.   Univision
1199.   Univision Communications Inc.
1200.   Unsecured Creditors Committee of Journal Register
1201.   UP Acquisition Sub Inc.
1202.   Up Holdings Inc.
1203.   UPC Broadband Holding B.V.
1204.   UPC Media
1205.   US Airways Group, Inc.
1206.   US Investigations Services, Inc.
1207.   USAA Capital Corporation
1208.   USI Holdings Corp.
1209.   USPF Holdings, LLC
1210.   Utah Housing Corporation
1211.   Utendahl Capital Partners, L.P.
1212.   Valero Energy Corporation
1213.   Van Der Moolen Specialists
1214.   Van Gansewinkel Holding B.V.
1215.   Vanguard Car Rental USA
1216.   Varel Funding Corp.
1217.   Varig S.A. (Vicao Aerea Rio-Grandense)
1218.   Venetian Macau Limited
1219.   Venise Acquisition
1220.   Venoco, Inc.
1221.   Venstar Leasing
1222.   Ventas Realty
1223.   Verde CDO (have Verde CDO Ltd.)
1224.   Verifone, Inc.
1225.   Verint Systems Inc.
1226.   Verso Paper Holding LLC
1227.   Vertrue Incorporated
1228.   Veyance Technologies, Inc.
1229.   Virginia Electric and Power Company
1230.   Virtix
1231.   Visteon
1232.   Visteon Corporation
1233.   Vodaphone Group Plc
1234.   Vornado Realty L.P.
1235.   Voss of Norway ASA
1236.   Vought Aircraft Industries, Inc.
1237.   Walmart Stores
1238.   Warburg Pincus Equity Partners L.P.
1239.   Washington Metro

Exhibit 1
Supplemental Identified Parties

1240. Washington State Tobacco Settlement Authority
1241. Wasserstein Perella Group Holdings, LLC
1242. Waterfall European CLO S.A.
1243. WCI
1244. WCI Capital Corp.
1245. WCI Communities
1246. WDAC Intermediate
1247. Weetabix Mills
1248. Wellpoint Inc.
1249. Wells Fargo Bank Minnesota
1250. Werra Papier
1251. Wesco Aircraft Hardware Corp.
1252. Westar Energy, Inc.
1253. WestLB
1254. Westport Capital Management
1255. Whippoorwill Associated Inc.
1256. White Mountains Insurance Group, Ltd.
1257. William Capital Group, L.P.
1258. William P. White
1259. Williams Partners L.P.
1260. Wilmar Landco LLC
1261. Wimar
1262. Wimar Opco
1263. Wind Telecommunicazioni S.P.A.
1264. Windwalker Hawaii
1265. Winstar
1266. Wintergreen Orchard House
1267. Wisconsin Electric Power Company
1268. Wisconsin Energy Corporation
1269. Wisconsin Gas LLC (f/k/a Wisconsin Gas Company)
1270. Wisconsin Power and Light Company
1271. WMG Acquisition Corp.
1272. Wolf Hollow 2nd Lien
1273. Wolf Hollow I LP
1274. Wolters Kluwer NV
1275. Woodmark
1276. Woodmarkion
1277. Woori SPC - HYOK
1278. World Directories
1279. World Directories Acquisition Corp.
1280. WWK Hawaii
1281. Wyeth
1282. Xcel Energy Inc.
1283. Xerox Corporation
1284. XL Capital
1285. XL Specialty Insurance Company

Exhibit 1
Supplemental Identified Parties

1286.  XLCA Admin, LLC
1287.  XLCDS, LLC
1288.  Yaksung Korea Co., Ltd.
1289.  Yankee Candle Company, Inc.
1290.  Yarpa Investmenti S.G.R. S.p.A. -- RP3 Fund
1291.  Yellowstone Club
1292.  Yellowstone Mtn Club
1293.  Yin Ying Leung
1294.  Young Broadcasting
1295.  YPSO France S.A.S.
1296.  YPSO Senior
1297.  Yuksung Korea Co., Ltc.
1298.  Yuma Hospital District
1299.  Zahniser Trus
1300.  Zeeland Aluminium Company AG
1301.  Zephyrus Investments LLC
1302.  Zurich Capital Markets Company