Jeff J. Friedman
Merritt A. Pardini
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, New York 10022-2585
Telephone: (212) 940-8800
Facsimile: (212) 940-8776

*Attorneys for the Board of Education of the City of Chicago*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT NEW YORK
------------------------------------------------------------x
In re:                                                             Chapter 11

LEHMAN BROTHERS HOLDINGS INC., et al.,     Case No. 08-13555 (JMP)

Debtors                                                         Jointly Administered

------------------------------------------------------------x

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     :  ss.:  AFFIDAVIT OF SERVICE
COUNTY OF NEW YORK   )

JULIAN SANTOS, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age, and am employed by the firm of Katten Muchin Rosenman LLP.

2. On the 3rd day of November, 2009, I served the annexed **OBJECTION OF BOARD OF EDUCATION OF THE CITY OF CHICAGO TO THE MOTION PURSUANT TO SECTIONS 105(a), 362 AND 365 OF THE BANKRUPTCY CODE TO COMPEL PERFORMANCE OF BOARD OF EDUCATION OF THE CITY OF CHICAGO'S OBLIGATIONS UNDER AN EXECUTORY CONTRACT AND TO ENFORCE THE AUTOMATIC STAY** in this action, upon the following at the addresses indicated, by personally delivering and leaving a true copy thereof at said offices:

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Andy Velez-Rivera, Esq

Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005
Attn: Dennis F. Dunne, Esq.
    Wilbur F. Foster, Jr., Esq.
    Evan Fleck, Esq.

_____
JULIAN SANTOS

Sworn to before me this
4th day of November, 2009

_____
Notary Public

STEVEN GREER
Notary Public, State of New York
No. 01GR6033269
Qualified in Kings County
Certificate Filed in New York County
Commission Expires November 15, 2009

3132767.01
NYC01_84155159_1 12/18/2006