Jeff J. Friedman
Merritt A. Pardini
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, New York 10022-2585
Telephone: (212) 940-8800
Facsimile: (212) 940-8776

*Attorneys for the Board of Education of the City of Chicago*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT NEW YORK
------------------------------------------------------------------x
In re:                                              Chapter 11

LEHMAN BROTHERS HOLDINGS INC., et al.,              Case No. 08-13555 (JMP)

Debtors                                             Jointly Administered

------------------------------------------------------------------x

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
: ss.: AFFIDAVIT OF SERVICE
COUNTY OF NEW YORK ) UPON ATTORNEY OR LAW FIRM

DARIEN PEREYRA, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age, and am employed by the firm of Katten Muchin Rosenman LLP.

2. On the 3rd day of November, 2009, I served the annexed **OBJECTION OF BOARD OF EDUCATION OF THE CITY OF CHICAGO TO THE MOTION PURSUANT TO SECTIONS 105(a), 362 AND 365 OF THE BANKRUPTCY CODE TO COMPEL PERFORMANCE OF BOARD OF EDUCATION OF THE CITY OF CHICAGO'S OBLIGATIONS UNDER AN EXECUTORY CONTRACT AND TO ENFORCE THE AUTOMATIC STAY** in this action, upon the following named attorneys at the address indicated, by personally delivering and leaving a true copy thereof at said attorneys' law offices:

Robert J. Lemons, Esq.  
Weil, Gotshal & Manges, LLP  
767 Fifth Avenue  
New York, NY 10163

Richard Slack, Esq.  
Weil, Gotshal & Manges, LLP  
767 Fifth Avenue  
New York, NY 10163

_____
DARIEN PEREYRA

Sworn to before me this
6th day of November, 2009

_____
Notary Public

STEVEN GREER  
Notary Public, State of New York  
No. 01GR6033269  
Qualified in Kings County  
Certificate Filed in New York County  
Commission Expires November 15, 2009

3132767.01  
NYC01_84155159_1 12/18/2006