WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
: 
Debtors. : **(Jointly Administered)**
: 
: 
------------------------------------------------------------------x

**NOTICE OF SUPPLEMENTAL SIGNATURE
PAGES TO CROSS-BORDER INSOLVENCY PROTOCOL**

PLEASE TAKE NOTICE that the proposed Cross-Border Insolvency Protocol for

the Lehman Brothers Group of Companies dated as of May 12, 2009 (the "Protocol"), a copy of

which is attached as Exhibit B to the Debtors' Motion Pursuant to Sections 105 and 363 of the

Bankruptcy Code for Approval of a Cross-Border Insolvency Protocol [Docket No. 3647] (the

"Motion"), is hereby supplemented by the supplemental signature pages signed by (i) Edward

Middleton, Joint Official Liquidator, for and on behalf of Lehman Brothers Equity Finance

(Cayman) Limited (attached hereto as Exhibit A); (ii) Maître Jacques Delvaux and Maître

Laurent Fisch, as Court appointed bankruptcy receivers of Lehman Brothers (Luxembourg)

Equity Finance S.A. (attached hereto as Exhibit B); and (iii) Maître Jacques Delvaux and Maître

Laurent Fisch, as Joint Liquidators of Lehman Brothers (Luxembourg) S.A. (attached hereto as

Exhibit C).  Accordingly, as of the date hereof, the following Official Representatives (as defined in the Motion) are parties to the Protocol:

1. **Lehman Brothers Holdings Inc.**, on its own behalf and on behalf of its affiliates that are debtors in cases pending under chapter 11 of Title 11 of the United States Code.

2. Rutger Schimmelpenninck in his capacity as bankruptcy trustee ("curator") for **Lehman Brothers Treasury Co. B.V.**

3. Dr. Michael C. Frege in his capacity as insolvency administrator ("Insolvenzverwalter") of **Lehman Brothers Bankhaus AG (In Insolvenz)**

4. Chay Fook Yuen for himself, Yap Cheng Ghee and Tay Puay Cheng, as Joint and Several Liquidators, without personal liability, of

    a. **Lehman Brothers Investments Pte. Ltd. (In Creditors' Voluntary Liquidation)**

    b. **Lehman Brothers Finance Asia Pte. Ltd. (In Creditors' Voluntary Liquidation)**

    c. **Lehman Brothers Commodities Pte. Ltd. (In Creditors' Voluntary Liquidation)**

    d. **Lehman Brothers Pacific Holdings Pte. Ltd. (In Creditors' Voluntary Liquidation)**

    e. **Sail Investors Pte. Ltd. (In Creditors' Voluntary Liquidation)**

    f. **Lehman Brothers Asia Pacific Holdings Pte. Ltd. (In Creditors' Voluntary Liquidation)**

5. Neil Singleton, as one of the joint and several administrators of:

    a. **Lehman Brothers Australia Granica Pty Limited** (Administrators Appointed)

    b. **Lehman Brothers Real Estate Australia Commercial Pty Limited** (Administrators Appointed)

    c. **Lehman Brothers Australia Real Estate Holdings Pty Limited** (Administrators Appointed)

      d.    **Lehman Brothers Australia Finance Pty Limited**
(Administrators Appointed)

      e.    **Lehman Brothers Australia Holdings Pty Limited**
(Administrators Appointed)

      f.    **Lehman Brothers Australia Limited (Administrators Appointed)**

      g.    **LBHV 1 Pty Limited (Administrators Appointed)**

      h.    **HV 1 Pty Limited (Administrators Appointed)**

      i.    **HV 2 Pty Limited (Administrators Appointed)**

6. Edward Simon Middleton as one of the Joint and Several Liquidators, without personal liability, of

      a.    **Lehman Brothers Asia Holdings Limited (In Liquidation)**

      b.    **Lehman Brothers Asia Limited (In Liquidation)**

      c.    **Lehman Brothers Futures Asia Limited (In Liquidation)**

      d.    **Lehman Brothers Securities Asia Limited (In Liquidation)**

      e.    **LBQ Hong Kong Funding Limited (In Liquidation)**

      f.    **Lehman Brothers Nominees (H.K.) Limited (In Liquidation)**

      g.    **Lehman Brothers Asia Capital Company (In Liquidation)**

      h.    **Lehman Brothers Commercial Corporation Asia Limited (In Liquidation)**

7. James W. Giddens, as Trustee for the Liquidation of **Lehman Brothers Inc.** under the Securities Investor Protection Act.

8. Michiel R.B. Gorsira in his capacity of Court appointed receiver ("curator") of **Lehman Brothers Securities N.V.**

9. Christiana Suhr Brunner and Pascal Portmann, representatives of PricewaterhouseCoopers Ltd., Zurich, the appointed bankruptcy liquidator of **Lehman Brothers Finance S.A. in liquidation**, as approved by the Swiss Financial Market Supervisory Authority FINMA.

10. Edward Middleton, Joint Official Liquidator of **Lehman Brothers Equity Finance (Cayman) Limited**.

11. Maître Jacques Delvaux and Maître Laurent Fisch, as Court appointed

        bankruptcy receivers of **Lehman Brothers (Luxembourg) Equity Finance S.A.**

12.    Maître Jacques Delvaux and Maître Laurent Fisch, as Joint Liquidators of **Lehman Brothers. (Luxembourg) S.A.**

Dated: November 9, 2009
New York, New York

        /s/ Richard P. Krasnow
        Richard P. Krasnow
        WEIL, GOTSHAL & MANGES LLP
        767 Fifth Avenue
        New York, New York 10153
        Telephone: (212) 310-8000
        Facsimile: (212) 310-8007
        Attorneys for Debtors
        and Debtors in Possession

# Exhibit A
(Supplemental Signature Page)

# AMENDMENT
# TO CROSS-BORDER INSOLVENCY PROTOCOL
# FOR THE LEHMAN BROTHERS GROUP OF COMPANIES

Pursuant to section 12.1 of that certain Cross-Border Insolvency Protocol for the Lehman Brothers Group of Companies dated May 12, 2009 (the "Protocol"), this is to acknowledge that the undersigned hereby agrees to be a party to the Protocol.

Dated: 30 September, 2009

For and on behalf of
Lehman Brothers Equity Finance (Cayman) Limited
(In Official Liquidation)

_____
Edward Middleton
Joint Official Liquidator

*The Joint Official Liquidator acts as an agent of Lehman Brothers Equity Finance (Cayman) Limited (In Official Liquidation) without personal liability.*

# Exhibit B
(Supplemental Signature Page)

US_ACTIVE:\43219404\01\43219404_1.DOC\58399.0003

# AMENDMENT
# TO CROSS-BORDER INSOLVENCY PROTOCOL
# FOR THE LEHMAN BROTHERS GROUP OF COMPANIES

Pursuant to section 12.1 of that certain Cross-Border Insolvency Protocol for the Lehman Brothers Group of Companies dated May 12, 2009 (the "Protocol"), this is to acknowledge that the undersigned hereby agrees to be a party to the Protocol, subject to court approval.

Dated: _August 11_, 2009

_____
Maître Jacques Delvaux and Maître Laurent Fisch
Court appointed bankruptcy receivers of
LEHMAN BROTHERS (LUXEMBOURG) EQUITY
FINANCE S.A.

NY2:\1997613\01\16TD901!.DOC\58399.0003
NY2:\1997613\01\16TD901!.DOC\58399.0003

**Exhibit C**
(Supplemental Signature Page)

US_ACTIVE:\43219404\01\43219404_1.DOC\58399.0003

# AMENDMENT
## TO CROSS-BORDER INSOLVENCY PROTOCOL
## FOR THE LEHMAN BROTHERS GROUP OF COMPANIES

Pursuant to section 12.1 of that certain Cross-Border Insolvency Protocol for the Lehman Brothers Group of Companies dated May 12, 2009 (the "Protocol"), this is to acknowledge that the undersigned hereby agrees to be a party to the Protocol, subject to court approval.

Dated: September 17th, 2009

_____
Me Jacques DELVAUX and Me Laurent FISCH
Joint liquidators
**Lehman Brothers (Luxembourg) S.A.**