**BAKER & McKENZIE LLP**
**1114 Avenue of the Americas**
**New York, New York  10036**
**Telephone:  (212) 626-4100**
**Ira A. Reid (IR-0113)**

**Attorneys for Portfolio Green German CMBS GMBH**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Case No. 08-13555 (JMP) |
| | (Jointly Administered) |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | |
| | **Chapter 11** |
| Debtors. | |
| | **Judge James M. Peck** |

### <u>NOTICE OF WITHDRAWAL OF CLAIMS 23627 and 23754</u>

Pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, Portfolio Green

German CMBS GMBH, by its counsel, Baker & McKenzie LLP, hereby withdraws Proof of

Claim Number 23627 and Proof of Claim Number 23754, filed in the above-captioned cases on

September 21, 2009.

Dated:  New York, New York
           November 9, 2009

Respectfully submitted,

**BAKER & McKENZIE LLP**

By:_____/s/ Ira A. Reid_____
      Ira A. Reid (IR-0113)
      1114 Avenue of the Americas
      New York, New York  10036
      Telephone:  (212) 626-4100

      Attorney for Portfolio Green German CMBS
      GMBH

**BAKER & McKENZIE LLP**
**1114 Avenue of the Americas**
**New York, New York  10036**
**Telephone:  (212) 626-4100**
**Ira A. Reid (IR-0113)**

**Attorneys for Portfolio Green German CMBS GMBH**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | **Case No. 08-13555 (JMP)** |
| | ) | **(Jointly Administered)** |
| **LEHMAN BROTHERS HOLDINGS** | ) | |
| **INC., *et al.*,** | ) | |
| | ) | **Chapter 11** |
| Debtors. | ) | |
| | ) | **Judge James M. Peck** |

### CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2009, I caused the foregoing Notice of

Withdrawal of Claim to be served by Federal Express for overnight delivery on the following:

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, N.Y. 10153
Attn:  Lori R. Fife, Esq.
        Shai Y. Waisman, Esq.

Epiq Bankruptcy Solutions LLC
757 Third Avenue, 3rd Floor
New York, N.Y.
Attn:   Lehman Brothers Holdings Claims Processing

Dated: November 9, 2009
        New York, New York

_____/s/ Ira A. Reid_____
                    Ira A. Reid

NYCDMS/1139197.1