UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re                                                           :    Chapter 11 Case No.
                                                                :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                    :    08-13555 (JMP)
                                                                :
                              Debtors.                          :    (Jointly Administered)
                                                                :
---------------------------------------------------------------x    Ref. Docket Nos. 5708, 5709

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 5, 2009, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Paul Belobritsky
Paul Belobritsky

Sworn to before me this
9th day of November, 2009

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

# EXHIBIT "A"

```
In re                                              | Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,             | 08-13555 (JMP)
                                                   |
                                                   | (Jointly Administered)
              Debtors.                             |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   PIMCO REAL RETURN FUND (M) - (#2736)           PIMCO REAL RETURN FUND (M) - (#2736)
      PACIFIC INVESTMENT MANAGEMENT COMPANY LLC      PIMCO BERMUDA TRUST
      ATTN: KEVIN BROADWATER                         ATTN: SCOTT CARNACHAN
      840 NEWPORT CENTER DRIVE, SUITE 100            BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330
      NEWPORT BEACH CA 92660                         GEORGETOWN
                                                     CAYMAN ISLANDS
```

Please note that your claim # 25619 in the above referenced case and in the amount of
     $79,046.43       has been transferred **(unless previously expunged by court order)**

```
                                                     PIMCO REAL RETURN FUN
                                                     TRANSFEROR: PIMCO REAL RETURN FUND (M) - (#2
                                                     A SERIES TRUST OF PIMCO BERMUDA TRUST
                                                     BUTTERFIELD HOUSE, FORT STREET
                                                     PO BOX 2330
                                                     GEORGETOWN
                                                     GRAND CAYMAN
                                                     CAYMAN ISLANDS
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 5709   in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/05/2009                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on November 5, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                              | Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,             | 08-13555 (JMP)
                                                   |
                                                   | (Jointly Administered)
            Debtors.                               |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  PIMCO REAL RETURN FUND (M) - (#2736)                PIMCO REAL RETURN FUND (M) - (#2736)
     PACIFIC INVESTMENT MANAGEMENT COMPANY LLC           PIMCO BERMUDA TRUST
     ATTN: KEVIN BROADWATER                              ATTN: SCOTT CARNACHAN
     840 NEWPORT CENTER DRIVE, SUITE 100                 BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330
     NEWPORT BEACH CA 92660                              GEORGETOWN
                                                         CAYMAN ISLANDS

Please note that your claim # 25618 in the above referenced case and in the amount of
         $79,046.43         has been transferred **(unless previously expunged by court order)**

                                                         PIMCO REAL RETURN FUND
                                                         TRANSFEROR: PIMCO REAL RETURN FUND (M) - (#2
                                                         A SERIES TRUST OF PIMCO BERMUDA TRUST
                                                         BUTTERFIELD HOUSE, FORT STREET
                                                         PO BOX 2330
                                                         GEORGETOWN
                                                         GRAND CAYMAN
                                                         CAYMAN ISLANDS

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5708     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/05/2009                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  November 5, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  PIMCO REAL RETURN FUND (M) - (#2736)           PIMCO REAL RETURN FUND (M) - (#2736)
     PIMCO BERMUDA TRUST                            PACIFIC INVESTMENT MANAGEMENT COMPANY LLC
     ATTN: SCOTT CARNACHAN                          ATTN: KEVIN BROADWATER
     BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330    840 NEWPORT CENTER DRIVE, SUITE 100
     GEORGETOWN                                     NEWPORT BEACH CA 92660
     CAYMAN ISLANDS
```

Please note that your claim # 25618 in the above referenced case and in the amount of
       $79,046.43        has been transferred **(unless previously expunged by court order)**

```
     PIMCO REAL RETURN FUND
     TRANSFEROR: PIMCO REAL RETURN FUND (M) - (#2736)
     A SERIES TRUST OF PIMCO BERMUDA TRUST
     BUTTERFIELD HOUSE, FORT STREET
     PO BOX 2330
     GEORGETOWN
     GRAND CAYMAN
     CAYMAN ISLANDS
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5708      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/05/2009                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on November 5, 2009.

|  |  |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   PIMCO REAL RETURN FUND (M) - (#2736)          PIMCO REAL RETURN FUND (M) - (#2736)
      PIMCO BERMUDA TRUST                           PACIFIC INVESTMENT MANAGEMENT COMPANY LLC
      ATTN: SCOTT CARNACHAN                         ATTN: KEVIN BROADWATER
      BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330   840 NEWPORT CENTER DRIVE, SUITE 100
      GEORGETOWN                                    NEWPORT BEACH CA 92660
      CAYMAN ISLANDS
```

Please note that your claim # 25619 in the above referenced case and in the amount of
         $79,046.43          has been transferred **(unless previously expunged by court order)**

```
      PIMCO REAL RETURN FUN
      TRANSFEROR: PIMCO REAL RETURN FUND (M) - (#2736)
      A SERIES TRUST OF PIMCO BERMUDA TRUST
      BUTTERFIELD HOUSE, FORT STREET
      PO BOX 2330
      GEORGETOWN
      GRAND CAYMAN
      CAYMAN ISLANDS
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5709      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/05/2009                          Vito Genna, Clerk of Court

                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 5, 2009.

**EXHIBIT "B"**

```
TIME: 13:18:17                                       LEHMAN BROTHERS HOLDING INC.
DATE: 11/05/09                                            CREDITOR LISTING                                                                PAGE:      1

Name                                     Address
PIMCO REAL RETURN FUN                    TRANSFEROR: PIMCO REAL RETURN FUND (M) - (#2736) A SERIES TRUST OF PIMCO BERMUDA TRUST BUTTERFIELD HOUSE, FORT STREET PO BOX 2330 GEORG
PIMCO REAL RETURN FUND                   TRANSFEROR: PIMCO REAL RETURN FUND (M) - (#2736) A SERIES TRUST OF PIMCO BERMUDA TRUST BUTTERFIELD HOUSE, FORT STREET PO BOX 2330 GEORG
PIMCO REAL RETURN FUND (M) - (#2736)     PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660
PIMCO REAL RETURN FUND (M) - (#2736)     PIMCO BERMUDA TRUST ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 GEORGETOWN      CAYMAN ISLANDS


Total Number of Records Printed          4
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

# EXHIBIT "C"

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153