**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                                                     :

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

------------------------------------------------------------------------x    **Ref. Docket Nos. 5741, 5742, 5745 -**
                                                           **5748, 5755 - 5759**

**AFFIDAVIT OF SERVICE**

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NEW YORK | ) |

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 9, 2009, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                  /s/ Paul Belobritsky
                                                  Paul Belobritsky

Sworn to before me this
10th day of November, 2009
/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

# EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                    |
In re                               |    Chapter 11 Case No.
                                    |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                                    |
                                    |    (Jointly Administered)
              Debtors.              |
                                    |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  PACIFIC SUMMIT ENERGY LLC                    PACIFIC SUMMIT ENERGY LLC
     4675 MACARTHUR COURT                          ATTN: ISKENDER CATTO
     SUITE 750                                     KIRKLAND & ELLIS LLP
     NEWPORT BEACH CA 92660                        601 LEXINGTON AVENUE
                                                   NEW YORK NY 10022

Please note that your claim # 29771 in the above referenced case and in the amount of
     $1,558,941.75        has been transferred **(unless previously expunged by court order)**

     LONGACRE OPPORTUNITY FUND, L.P.
     TRANSFEROR: PACIFIC SUMMIT ENERGY LLC
     810 SEVENTH AVENUE, 33RD FLOOR
     ATTN: VLADIMIR JELISAVCIC
     NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5757      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/09/2009                         Vito Genna, Clerk of Court


                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 9, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                                    | Chapter 11 Case No.
                                                         |
LEHMAN BROTHERS HOLDINGS INC., et al.,                   | 08-13555 (JMP)
                                                         |
                                                         | (Jointly Administered)
              Debtors.                                   |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  PACIFIC SUMMIT ENERGY LLC                    PACIFIC SUMMIT ENERGY LLC
     4675 MACARTHUR COURT                          ATTN: ISKENDER CATTO
     SUITE 750                                     KIRKLAND & ELLIS LLP
     NEWPORT BEACH CA 92660                        601 LEXINGTON AVENUE
                                                   NEW YORK NY 10022

Please note that your claim # 29772 in the above referenced case and in the amount of
     $1,558,941.75        has been transferred (**unless previously expunged by court order**)

          LONGACRE OPPORTUNITY FUND, L.P.
          TRANSFEROR: PACIFIC SUMMIT ENERGY LLC
          810 SEVENTH AVENUE, 33RD FLOOR
          ATTN: VLADIMIR JELISAVCIC
          NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5758      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/09/2009                    Vito Genna, Clerk of Court


                                    /s/ Paul Belobritsky
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 9, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re                                          | Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         | 08-13555 (JMP)
                                               |
                                               | (Jointly Administered)
                     Debtors.                  |
_____

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   PACIFIC SUMMIT ENERGY LLC (EEI)              PACIFIC SUMMIT ENERGY LLC (EEI)
      4675 MACARTHUR COURT                         ISKENDER CATTO
      SUITE 750                                    RE: PACIFIC SUMMIT ENERGY LLC
      NEWPORT BEACH CA 92660                       KIRKLAND & ELLIS LLP
                                                   601 LEXINGTON AVENUE
                                                   NEW YORK NY 10022

Please note that your claim # 9567 in the above referenced case and in the amount of
    $1,558,941.75        has been transferred **(unless previously expunged by court order)**

          LONGACRE OPPORTUNITY FUND, L.P.
          TRANSFEROR: PACIFIC SUMMIT ENERGY LLC (EEI)
          810 SEVENTH AVENUE, 33RD FLOOR
          ATTN: VLADIMIR JELISAVCIC
          NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5756      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/09/2009                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 9, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                   |
  In re                            |      Chapter 11 Case No.
                                   |
  LEHMAN BROTHERS HOLDINGS INC., et al., |  08-13555 (JMP)
                                   |
                                   |      (Jointly Administered)
                                   |
            Debtors.               |
                                   |
_____|
```

NOTICE: **FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  PACIFIC SUMMIT ENERGY LLC (EEI)              PACIFIC SUMMIT ENERGY LLC (EEI)
     4675 MACARTHUR COURT                         ISKENDER CATTO
     SUITE 750                                    RE: PACIFIC SUMMIT ENERGY LLC
     NEWPORT BEACH CA 92660                       KIRKLAND & ELLIS LLP
                                                  601 LEXINGTON AVENUE
                                                  NEW YORK NY 10022

Please note that your claim # 9568 in the above referenced case and in the amount of
     $1,558,941.75       has been transferred **(unless previously expunged by court order)**

     LONGACRE OPPORTUNITY FUND, L.P.
     TRANSFEROR: PACIFIC SUMMIT ENERGY LLC (EEI)
     810 SEVENTH AVENUE, 33RD FLOOR
     ATTN: VLADIMIR JELISAVCIC
     NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5759      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/09/2009              Vito Genna, Clerk of Court


                              /s/ Paul Belobritsky
                              _____
                              By: Epiq Bankruptcy Solutions, LLC
                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  November 9, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                        | Chapter 11 Case No.
                                             |
LEHMAN BROTHERS HOLDINGS INC., et al.,       | 08-13555 (JMP)
                                             |
                                             | (Jointly Administered)
            Debtors.                         |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

> To:  LONGACRE OPPORTUNITY FUND, L.P.
>      TRANSFEROR: WESTAR ENERGY, INC.
>      810 SEVENTH AVENUE, 33RD FLOOR
>      ATTN: VLADIMIR JELISAVCIC
>      NEW YORK NY 100193

Please note that your claim # 2682 in the above referenced case and in the amount of $1,214,450.00        has been transferred **(unless previously expunged by court order)**

> R3 CAPITAL PARTNERS MASTER, L.P.
> TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P.
> 40 East 52nd Street, 4th Floor
> Attn: Ross Rosenfelt
> New York NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

> UNITED STATES BANKRUPTCY COURT
> Southern District of New York
> One Bowling Green
> New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5741        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/09/2009                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 9, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                    |
In re                               |   Chapter 11 Case No.
                                    |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |   08-13555 (JMP)
                                    |
                                    |   (Jointly Administered)
              Debtors.              |
                                    |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  LONGACRE OPPORTUNITY FUND, L.P.
         TRANSFEROR: WESTAR ENERGY, INC.
         810 SEVENTH AVENUE, 33RD FLOOR
         ATTN: VLADIMIR JELISAVCIC
         NEW YORK NY 100193

Please note that your claim # 4122 in the above referenced case and in the amount of
     $1,214,450.00       has been transferred **(unless previously expunged by court order)**

         R3 CAPITAL PARTNERS MASTER, L.P.
         TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P.
         40 East 52nd Street, 4th Floor
         Attn: Ross Rosenfelt
         New York NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5742      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/09/2009                      Vito Genna, Clerk of Court


                                      /s/ Paul Belobritsky
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  November 9, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   LONGACRE OPPORTUNITY FUND, L.P.
      TRANSFEROR: WESTAR ENERGY, INC.
      810 SEVENTH AVENUE, 33RD FLOOR
      ATTN: VLADIMIR JELISAVCIC
      NEW YORK NY 100193

Please note that your claim # 4123 in the above referenced case and in the amount of
      $1,214,450.00        has been transferred **(unless previously expunged by court order)**

        R3 CAPITAL PARTNERS MASTER, L.P.
        TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P.
        40 East 52nd Street, 4th Floor
        Attn: Ross Rosenfelt
        New York NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5745        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/09/2009                    Vito Genna, Clerk of Court


                                    /s/ Paul Belobritsky

                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  November 9, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

> To: LONGACRE OPPORTUNITY FUND, L.P.
> TRANSFEROR: WESTAR ENERGY, INC.
> 810 SEVENTH AVENUE, 33RD FLOOR
> ATTN: VLADIMIR JELISAVCIC
> NEW YORK NY 100193

Please note that your claim # 4224 in the above referenced case and in the amount of
$1,214,450.00     has been transferred **(unless previously expunged by court order)**

> R3 CAPITAL PARTNERS MASTER, L.P.
> TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P.
> 40 East 52nd Street, 4th Floor
> Attn: Ross Rosenfelt
> New York NY 10022

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

> UNITED STATES BANKRUPTCY COURT
> Southern District of New York
> One Bowling Green
> New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5746     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/09/2009                    Vito Genna, Clerk of Court


                                    /s/ Paul Belobritsky

                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  November 9, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  LONGACRE OPPORTUNITY FUND, L.P.
             TRANSFEROR: WESTAR ENERGY, INC.
             810 SEVENTH AVENUE, 33RD FLOOR
             ATTN: VLADIMIR JELISAVCIC
             NEW YORK NY 100193

Please note that your claim # 4517 in the above referenced case and in the amount of
        $1,214,450.00        has been transferred **(unless previously expunged by court order)**

            R3 CAPITAL PARTNERS MASTER, L.P.
            TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P.
            40 East 52nd Street, 4th Floor
            Attn: Ross Rosenfelt
            New York NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5747      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/09/2009                    Vito Genna, Clerk of Court


                                    /s/ Paul Belobritsky
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 9, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
─────────────────────────────────────────|
                                          |
In re                                     |    Chapter 11 Case No.
                                          |
LEHMAN BROTHERS HOLDINGS INC., et al.,    |    08-13555 (JMP)
                                          |
                                          |    (Jointly Administered)
                          Debtors.        |
                                          |
─────────────────────────────────────────|
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

> To:  LONGACRE OPPORTUNITY FUND, L.P.
>      TRANSFEROR: WESTAR ENERGY, INC.
>      810 SEVENTH AVENUE, 33RD FLOOR
>      ATTN: VLADIMIR JELISAVCIC
>      NEW YORK NY 100193

Please note that your claim # 4940 in the above referenced case and in the amount of $1,214,450.00       has been transferred (**unless previously expunged by court order**)

> R3 CAPITAL PARTNERS MASTER, L.P.
> TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P.
> 40 East 52nd Street, 4th Floor
> Attn: Ross Rosenfelt
> New York NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

> UNITED STATES BANKRUPTCY COURT
> Southern District of New York
> One Bowling Green
> New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5748       in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/09/2009                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          ─────────────────────────────
                                          By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 9, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
┌─────────────────────────────────────┐
In re                                  |    Chapter 11 Case No.
                                       |
LEHMAN BROTHERS HOLDINGS INC., et al., |    08-13555 (JMP)
                                       |
                                       |    (Jointly Administered)
               Debtors.                |
└─────────────────────────────────────┘
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  LONGACRE OPPORTUNITY FUND, L.P.
     TRANSFEROR: WESTAR ENERGY, INC.
     810 SEVENTH AVENUE, 33RD FLOOR
     ATTN: VLADIMIR JELISAVCIC
     NEW YORK NY 100193
```

Please note that your claim # 2988 in the above referenced case and in the amount of
    $1,214,450.00        has been transferred **(unless previously expunged by court order)**

```
R3 CAPITAL PARTNERS MASTER, L.P.
TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P.
40 East 52nd Street, 4th Floor
Attn: Ross Rosenfelt
New York NY 10022
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5755        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/09/2009                         Vito Genna, Clerk of Court


                                         /s/ Paul Belobritsky
                                         ─────────────────────────────
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 9, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
In re                                   |   Chapter 11 Case No.
                                        |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |   08-13555 (JMP)
                                        |
                                        |   (Jointly Administered)
                Debtors.                |
                                        |
_____|
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  PACIFIC SUMMIT ENERGY LLC                    PACIFIC SUMMIT ENERGY LLC
     ATTN: ISKENDER CATTO                         4675 MACARTHUR COURT
     KIRKLAND & ELLIS LLP                         SUITE 750
     601 LEXINGTON AVENUE                         NEWPORT BEACH CA 92660
     NEW YORK NY 10022
```

Please note that your claim # 29771 in the above referenced case and in the amount of
$1,558,941.75      has been transferred **(unless previously expunged by court order)**

```
                                                  LONGACRE OPPORTUNITY FUND, L.P.
                                                  TRANSFEROR: PACIFIC SUMMIT ENERGY LLC
                                                  810 SEVENTH AVENUE, 33RD FLOOR
                                                  ATTN: VLADIMIR JELISAVCIC
                                                  NEW YORK NY 10019
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5757      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/09/2009                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 9, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                              | Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,             | 08-13555 (JMP)
                                                   |
                                                   | (Jointly Administered)
                        Debtors.                   |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  PACIFIC SUMMIT ENERGY LLC                          PACIFIC SUMMIT ENERGY LLC
     ATTN: ISKENDER CATTO                                4675 MACARTHUR COURT
     KIRKLAND & ELLIS LLP                                SUITE 750
     601 LEXINGTON AVENUE                                NEWPORT BEACH CA 92660
     NEW YORK NY 10022

Please note that your claim # 29772 in the above referenced case and in the amount of
     $1,558,941.75      has been transferred **(unless previously expunged by court order)**

                                                        LONGACRE OPPORTUNITY FUND, L.P.
                                                        TRANSFEROR: PACIFIC SUMMIT ENERGY LLC
                                                        810 SEVENTH AVENUE, 33RD FLOOR
                                                        ATTN: VLADIMIR JELISAVCIC
                                                        NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 5758      in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/09/2009                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 9, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                |
In re                           |    Chapter 11 Case No.
                                |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                                |
                                |    (Jointly Administered)
                                |
              Debtors.          |
                                |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  PACIFIC SUMMIT ENERGY LLC (EEI)          PACIFIC SUMMIT ENERGY LLC (EEI)
     ISKENDER CATTO                            4675 MACARTHUR COURT
     RE: PACIFIC SUMMIT ENERGY LLC             SUITE 750
     KIRKLAND & ELLIS LLP                      NEWPORT BEACH CA 92660
     601 LEXINGTON AVENUE
     NEW YORK NY 10022

Please note that your claim # 9567 in the above referenced case and in the amount of
     $1,558,941.75      has been transferred **(unless previously expunged by court order)**

                                              LONGACRE OPPORTUNITY FUND, L.P.
                                              TRANSFEROR: PACIFIC SUMMIT ENERGY LLC (EEI)
                                              810 SEVENTH AVENUE, 33RD FLOOR
                                              ATTN: VLADIMIR JELISAVCIC
                                              NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5756      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/09/2009                    Vito Genna, Clerk of Court


                                    /s/ Paul Belobritsky
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 9, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                            | Chapter 11 Case No.
                                                 |
LEHMAN BROTHERS HOLDINGS INC., et al.,           | 08-13555 (JMP)
                                                 |
                                                 | (Jointly Administered)
             Debtors.                            |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  PACIFIC SUMMIT ENERGY LLC (EEI)              PACIFIC SUMMIT ENERGY LLC (EEI)
     ISKENDER CATTO                               4675 MACARTHUR COURT
     RE: PACIFIC SUMMIT ENERGY LLC                SUITE 750
     KIRKLAND & ELLIS LLP                         NEWPORT BEACH CA 92660
     601 LEXINGTON AVENUE
     NEW YORK NY 10022

Please note that your claim # 9568 in the above referenced case and in the amount of
     $1,558,941.75       has been transferred **(unless previously expunged by court order)**

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: PACIFIC SUMMIT ENERGY LLC (EEI)
810 SEVENTH AVENUE, 33RD FLOOR
ATTN: VLADIMIR JELISAVCIC
NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

     UNITED STATES BANKRUPTCY COURT
     Southern District of New York
     One Bowling Green
     New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5759     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/09/2009                    Vito Genna, Clerk of Court


                                    /s/ Paul Belobritsky
                                    ─────────────────────────
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  November 9, 2009.

**EXHIBIT "B"**

TIME: 14:00:35
DATE: 11/09/09

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE:   1

| Name | Address |
|---|---|
| LONGACRE OPPORTUNITY FUND, L.P. | TRANSFEROR: PACIFIC SUMMIT ENERGY LLC 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK NY 10019 |
| LONGACRE OPPORTUNITY FUND, L.P. | TRANSFEROR: PACIFIC SUMMIT ENERGY LLC (EEI) 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK NY 10019 |
| LONGACRE OPPORTUNITY FUND, L.P. | TRANSFEROR: WESTAR ENERGY, INC. 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK NY 100193 |
| PACIFIC SUMMIT ENERGY LLC | 4675 MACARTHUR COURT SUITE 750 NEWPORT BEACH CA 92660 |
| PACIFIC SUMMIT ENERGY LLC | ATTN: ISKENDER CATTO KIRKLAND & ELLIS LLP 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| PACIFIC SUMMIT ENERGY LLC (EEI) | 4675 MACARTHUR COURT SUITE 750 NEWPORT BEACH CA 92660 |
| PACIFIC SUMMIT ENERGY LLC (EEI) | ISKENDER CATTO RE: PACIFIC SUMMIT ENERGY LLC KIRKLAND & ELLIS LLP 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| R3 CAPITAL PARTNERS MASTER, L.P. | TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P. 40 East 52nd Street, 4th Floor Attn: Ross Rosenfelt New York NY 10022 |

Total Number of Records Printed          8

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT "C"**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153