UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
: 
In re                                                          :     Chapter 11 Case No.
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :     08-13555 (JMP)
                                                               :
              Debtors.                                 :     (Jointly Administered)
                                                               :
------------------------------------------------------------------x     Ref. Docket No. 5610

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                        ) ss.:
COUNTY OF NEW YORK   )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 23, 2009, I caused to be served the "NOTICE OF EXTENDED OBJECTION DEADLINE FOR MOTION TO COMPEL ABN AMRO INC. TO RESPOND TO EXAMINER'S SUBPOENA FOR RULE 2004 EXAMINATION," dated October 23, 2009 [Docket No. 5610], by causing true and correct copies to be enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to those parties listed on the attached Exhibit "A".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Paul Belobritsky
Paul Belobritsky

Sworn to before me this
26th day of October, 2009

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**EXHIBIT "A"**

Ms. Lynda Nulty
Courtroom Deputy to the
Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

Office of the U.S. Trustee
33 Whitehall St., 21st Floor
New York, NY 10004
ATTN: Andy Velez-Rivera
       Paul Schwartzberg
       Linda Riffkin
       Tracy Hope Davis

Weil Gotshal & Manges LLP
767 Fifth Ave.
New York, NY 10153
ATTN: Richard P. Krasnow
       Lori R. Fife
       Shai Y. Waisman
       Jacqueline Marcus

Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
ATTN: Dennis F. Dunne
       Dennis O'Donnell
       Evan Fleck

ABN AMRO, Inc.
ATTN: Mary Elizabeth Taylor
600 Washington Blvd.
Stamford, CT 06901