Adjourned Hearing Date and Time: December 16, 2009 at 10:00 a.m. (prevailing Eastern time)
Adjourned Objection Deadline: December 9, 2009 at 4:00 p.m. (prevailing Eastern time)

**LOWENSTEIN SANDLER PC**
Michael S. Etkin, Esq.
S. Jason Teele, Esq.
1251 Avenue of the Americas, 18th Floor
New York, New York 10022

-- and --

65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500 (Telephone)
973.597.2400 (Facsimile)

*Bankruptcy Counsel to Lead Plaintiffs*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> LEHMAN BROTHERS HOLDINGS INC., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 08-13555 (JMP) <br><br> (Jointly Administered) |

**NOTICE OF ADJOURNMENT OF HEARING WITH RESPECT TO LEAD PLAINTIFFS' MOTION FOR A LIMITED MODIFICATION OF THE AUTOMATIC STAY**

**PLEASE TAKE NOTICE** that the hearing on Lead Plaintiffs' Motion for a Limited Modification of the Automatic Stay (Docket No. 5659) (the "**Motion**") has been adjourned to **December 16, 2009 at 10:00 a.m. (prevailing Eastern time)** or as soon thereafter as counsel may be heard (the "**Adjourned Hearing**"). The Adjourned Hearing shall be held before the Honorable James M. Peck, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408, Room 601.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion shall (a) be made in writing; (b) conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court for the Southern District of New York; (c) set forth the name of the objecting party, the basis for the objection and the specific grounds thereof; (d) be filed with the Bankruptcy Court electronically in accordance with General Order M-242 (as

amended) (i) electronically by registered users of the Bankruptcy Court's case filing system, or (ii) on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format, by all other parties in interest; (e) be submitted in hard copy form to the Chambers of the Honorable James M. Peck, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 601; and (e) be served upon the following parties: (i) bankruptcy counsel for Lead Plaintiffs, Lowenstein Sandler PC, 1251 Avenue of the Americas, 18th Floor, New York, New York 10020 and 65 Livingston Avenue, Roseland, New Jersey 07068, Attn: Michael S. Etkin, Esq. and S. Jason Teele, Esq.; (ii) counsel for Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Richard P. Krasnow, Esq., Lori R. Fife, Esq., Shai Y. Waisman, Esq. And Jacqueline Marcus, Esq.; (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq. and Tracy Hope Davis, Esq.; (iv) counsel for the Official Committee of Unsecured Creditors, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq. and Evan Fleck, Esq.; (v) counsel for the Debtors' Postpetition Lenders, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006, Attn: Lindsee P. Granfield, Esq. and Lisa Schweiger, Esq., and Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004, Attn: Robinson B. Lacy, Esq. and Hydee R. Feldstein, Esq., (vi) the attorneys for any other official committee(s) appointed in these chapter 11 cases; and (vii) any person or entity with a particularized interest in the Motion, so as to be received no later than **December 9, 2009 at 4:00 p.m. (prevailing Eastern time)** (the "**Adjourned Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if an objection to the Motion is not received by the Adjourned Objection Deadline, the relief requested shall be deemed unopposed, and the Bankruptcy Court may enter an order granting the relief sought without a hearing.

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Adjourned Hearing, and failure to appear may result in relief being granted or denied upon default.

Respectfully submitted,

**LOWENSTEIN SANDLER PC**

By: /s/ *S. Jason Teele*
Michael S. Etkin, Esq.
S. Jason Teele, Esq.
1251 Avenue of the Americas, 18th Floor
New York, New York 10022

-- and --

65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500 (Telephone)
973.597.2400 (Facsimile)

*Bankruptcy Counsel to Lead Plaintiffs*

-- and --

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Max W. Berger, Esq.
1285 Avenue of the Americas
New York, New York 10019
212.554.1400 (Telephone)
212.554.1444 (Facsimile)

-- and --

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
David R. Stickney, Esq.
12481 High Bluff Drive
Suite 300
San Diego, CA 92130
858.793.0070 (Telephone)
858.793.0323 (Facsimile)

-- and --

**BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP**
David Kessler, Esq.
John A. Kehoe, Esq.
Benjamin J. Hinerfeld, Esq.
280 King of Prussia Road
Radnor, PA 19087
610.667.7706 (Telephone)
610.667.7056 (Facsimile)

*Co-Lead Counsel in the Securities Litigation*

Dated: November 10, 2009
     New York, New York