Lehman Brothers (All name variations) and
US Bankruptcy Court (copies) Please make
copies - Thanks - In Forma Pauperis.

Page 1 of 3 plus 4 pages
of the copies of the original
Federal subpoenas sent
US Certified
also
US mail certified
Numbers
Any
Available
Upon
Receipt

**weis**

THANKS FOR SHOPPING WEIS MARKETS #195
365 S CEDAR CREST BLVD
ALLENTOWN, PA. 18103
TELEPHONE: 610-821-4550

YOUR CASHIER TODAY WAS Heidi

```
    Post Office        5.49
    TAX                0.00
****BALANCE            5.49
    CASH               6.00
    CHANGE             0.51
```

TOTAL NUMBER OF ITEMS SOLD = 1
10/02/08 04:49pm, 195 592 81 424

ASK US HOW OUR WEIS SHOPPERS CLUB
CAN SAVE YOU $$'S EVERYDAY

WEIS CLUB MEMBERS
HAVE THE POWER TO SAVE MORE

[Certified Mail Receipt:
Postage $ 0.42
Certified Fee 2.70
Return Receipt Fee 2.20
Postmark OCT 3 2008
Total Postage & Fees $ 5.49
Sent To: Lehman Brothers (All name variations) Attn: Lehman
Street: 745 Seventh Avenue
City: New York NY 10019]

(Should be on ePacer also)

(P. Lehman Brother was also sent this US Courts 1660 Filings also & 3 for now)

Court Injunction Requested
Motions And Petitions

Determination of Claims (All) against Lehman Brothers
(possibly - that)
and more and also if eligible, possible acquisitions.

Note: According to October 5, 2008 Sunday The
Morning Call Newspaper Lehman Brothers filed/declares
bankruptcy on Sept 15 2008. All injunctive relief
and if eligible is being requested. Please send sent
stamp documents
of the two enclosed federal subpoenas to the US Federal Bankruptcy Courts
who handles the Lehman Bros. lawsuits.

# YAHOO! MAIL
Classic

US Court
Filings

Page 3063

.!!!07/22/2008!!!!Please See The Text Body!!!! Please Focus On Definitely Answering 2a After Reading The Other Legal Background Informations and Please See The Text Body. Federal Subpoenas and FOIAs Legal eFilings eSent

From: "b smith" <federalsubpoena@yahoo.com>
To: LehmanCommodities@lehman.com, CorpCommEurope@lehman.com, imd.analyst@lehman.com, tdphires@lehman.com, webmaster@netiq.com, derrick_vializ@bmc.com, mae_forsythe@bmc.com, "US Courts JPML" <karen_redmond@ao.uscourts.gov>, "Melissa K" <kirchnerm@allentownsd.org>, "L C Clerk Of Courts" <dianewashburn@lehighcounty.org>, "US Dept Of Labor" <foiarequest@dol.gov>, "US Dept Of Labor" <webmaster-oas@dol.gov>, "US Dept Of Labor" <webmaster-sol@dol.gov>, "US Dept Of Labor" <civilrightscenter@dol.gov>, "LC Court Administration" <CAHelp@lehighcounty.org>, "N J District Court" <ecfchange@njd.uscourts.gov>, "US NAVY" <foia@ogc.law.navy.mil>, "nsf.gov" <foia@nsf.gov>, "Barry @ NYFLIX" <bsmith@nyflix.com>, "US Patent And Trademark Office" <webmaster@uspto.gov>, "Pa State Governors Office" <ob-webmaster@state.pa.us>, "ofheo.gov" <foiaoffice@ofheo.gov>, "ots.treas.gov" <public.info@ots.treas.gov>, "PA Courts Pacer" <pacer@psc.uscourts.gov>, "pacle.org" <pacleb@pacle.org>, "pacourts.us" <civil.rules@pacourts.us>, "pacourts.us" <ccpaopc@pacourts.us>, "pasen.gov" <jrhoades@pasen.gov>, "sba.gov" <fsc.asksba@sba.gov>, "US SEC" <foia/pa@sec.gov>, "US Senator" <arlen_specter@specter.senate.gov>, senator.simitian@sen.ca.gov, senator@feinstein.senate.gov

Tuesday, July 22, 2008 8:04 PM

All
15

Legal pages are legally included and their Official legal attachments

US District Court and Others Federal Civil Case Subpoena Side 1.pdf.PDF (812KB),
US District Court and Others Federal Civil Case Subpoena Side 2.pdf.PDF (1006KB),
US District Court and Others Federal Criminal Case Subpoena Side 1.pdf.PDF (514KB),
US District Court and Others Federal Criminal Case Subpoena Side 2.pdf.PDF (521KB),
Wheel Incident Pictures -More Pictures Are Available Fed5-CV-4457 and Others.PDF (108KB),
ePacers Denial and Blocking Of A Homeless Litigants Rights To Access His AccountPage 1 of 7.pdf.PDF (164KB),
ePacers Denial and Blocking Of A Homeless Litigants Rights To Access His AccountPage 2 of 7Fed5-CV-4457and Others.pdf.PDF (162KB),
United States Whitehouse Website Online Form eFilings System Check and Contents 01302008 Page 1.PDF.PDF (73KB),
United States Whitehouse Website Online Form eFilings System Check and Contents 01302008 Page 2.PDF.PDF (75KB),
United States Whitehouse Website Online Form eFilings System Check and Contents 01302008 Page 3.PDF.PDF (30KB)

Observations and Opinions.
No Accusations and Allegations are being Expressed and Implied. The Plantiffs Are Not Responsible For "Misinformations".Official Forms Are enclosed as Attachments. This Legal efilings can be added onto but without a delay on actions,please reply in the timely manner as legally written below. Please note all legal efilings/emails attachments legally binds, bounds and is legally binding to all case filings and efilings including past federal subpoenas sent and/or served.Please read and answer number 2 (all) addressed to you directly. To: All organizations and individuals as legally written in the eFilings Addresses and please see all legal writings below,herewithin and all throughout.

"ALL LEGAL WRITINGS HEREWITHIN AND ALL SURRONDINGS IS LEGALLY EFFECTIVE IMMEDIATELY" "ALL REPLIES TO BE IN LEGAL WRITINGS AND TO BE SENT TO THE COURTS LISTED,PLEASE"Please include all individuals thought to be and possibly acting on your organizations behalf. Bottom line questions and answers requested: All informations on possible relations,associations and possible involvements of the "possible stealings of informations that have created all the inventions and movies and others legal disputes legally written herewithin and all throughout.Please answer in writings with Real Names of individuals and Real Names Of All Organizations,if applicable and if possible by factual informations not hearsay please.All FOIAs informations legally written below,herewithin and throughout legally applies to all agencies.

A Legal            eLaws
eGovernment(s)
http://en.wikipedia.org/wiki/EGovernment
http://search.yahoo.com/search;_ylt=A0geu5.z7cJHyDoBE6istLcF?ei=UTF-8&p=eGovernment&fr=yfp-t
-501

http://us.mc579.mail.yahoo.com/mc/showMessage...

# YAHOO! MAIL

*[Handwritten: US Court Filings    Page 2 of 3]*

!!!!Please See Text Body!!!!Please Legally Answer 2a !!!!7/22/2008!!!!Legal eFilings Of Federal Subpoenas and FOIAs That Are Legally Effective Immediately

**From:** "prosebobaneyman" <prosebobaneyman@yahoo.com>

**To:** mjmcnama@lehman.com, invbank.associate.us@lehman.com, amy.sachrison@netiq.com, press@softwareag.com, lmd.associate@lehman.com, staff@film.com, brenda.happ@mail.house.gov, Partner_Certification@bmc.com, info.clerkweb@mail.house.gov, james.franko@mail.house.gov, jason.lane@mail.house.gov, rita_wallace@ca6.uscourts.gov, karen_redmond@ao.uscourts.gov, efiling@vetapp.gov, ecf_paed@paed.uscourts.gov, melonie.mccall@usdoj.gov, uscfc_webmaster@ao.uscourts.gov, treasurer@cfcbar.org, lievasseur@mayerbrownrowe.com, bryant.snee@usdoj.gov, efoia@doc.gov, foiaappeals@doc.gov, ecf_clerksoffice@paed.uscourts.gov, vaed_ecf_questions@vaed.uscourts.gov, harriesr@slsd.org, limparl@slsd.org, twillgin@fjc.gov, "Pa State General Counsel" <gc-webmaster@state.pa.us>, "Pa State Governors Office" <ob-webmaster@state.pa.us>, <webmaster@health.state.pa.us>, "Pa State Health Dept", "Pa State Webmaster" <webmaster@dot.state.pa.us>, "Pa State Rep Steve Samuelson" <ssamuels@pahouse.net>, <pacer@psc.uscourts.gov>, "Pa Courts Pacer" <pacer.psc@uscourts.gov>, "Center For Ind Rights" <families@nmf.org>, "Human Rights" <hrc@hrc.org>, "Pa Children Rights" <juvenile.rules@pacourts.us>, "Pa Civil Procedural Rules" <civil.rules@pacourts.us>, "sba.gov" <foia@sba.gov>, "sba.gov" <answerdesk@sba.gov>, "sba.gov" <dfchelpdesk1@sba.gov>, "sba.gov" <charlotte.nc@sba.gov>, "sba.gov" <richmond.va@sba.gov>, "sba.gov" <ombudsman@sba.gov>, "sba.gov" <technology@sba.gov>, "SEC" <foia/pa@sec.gov>, "Barry Smith" <barrysmith@nyflix.com>, "State Of Pa Fellow Webmaster" <ra-erwebmaster@state.pa.us>, "State Of Pa Fellow Webmaster" <ra-ethicswebmaster@state.pa.us>, "State Of Pa Fellow Webmaster" <ra-jcjcwebmaster@state.pa.us>, "US Supreme Court-Please Forward" <gpoaccess@gpo.gov>, "United Nations" <tb-petitions@ohchr.org>, "United Nations" <ngochr@ohchr.org>, "United Nations" <personnel@ohchr.org>, "United Nations" <fellowship_prog@ohchr.org>, "United Nations" <infodesk@ohchr.org>, "United Nations" <publications@ohchr.org>, "US Congress" <kathleen.chapman@mail.house.gov>, "NJ District Court" <ecfhelp@njd.uscourts.gov.org>, "Delaware Corporation Bureau" <gic@state.de.us>, "DOC" <psaputo@eda.doc.gov>, "DOC" <rhickey@eda.doc.gov>, "eFiling" <ecf_paed@paeduscourts.gov>, "ePacermail" <pacermail@psc.uscourts.gov>, "FEC" <foia@fec.gov>, "foia" <alexandra_mallus@ios.doi.gov>, "foia" <foia-pa@occ.treas.gov>, "foia" <efoia@fdic.gov>, "LC Court Administration" <CAHelp@lehighcounty.org>, "Lehigh County Domestic Relations Rosemary McFee" <rosemarymcfee@pacses.com>, "LC Court Lisa Wilson" <lisawilson@lehighcounty.org>, "Melissa K" <kirchnerm@allentownsd.org>, "NCUA" <ohrmail@ncua.gov>, "NJ District Court" <ecfhelp@njd.uscourts.gov>, "US Whitehouse" <comments@whitehouse.gov>, "US Whitehouse" <vice_president@whitehouse.gov>

**Tuesday, July 22, 2008 8:33 PM**

*[Handwritten right margin: 15 legal pages in legally included and their official Legal Attachments]*

US District Court and Others Federal Civil Case Subpoena Side 1.pdf.PDF (812KB),
US District Court and Others Federal Civil Case Subpoena Side 2.pdf.PDF (1006KB),
US District Court and Others Federal Criminal Case Subpoena Side 1.pdf.PDF (514KB),
US District Court and Others Federal Criminal Case Subpoena Side 2.pdf.PDF (521KB),
Wheel Incident Pictures -More Pictures Are Available Fed5-CV-4457 and Others.PDF (108KB),
eFilings in US District Court in Virginia.pdf (1125KB),
Bring Forward Evidences Blocked By Them In The Past tbd Possible. They Complied Partially With The Picture Page 2 of 3.PDF (155KB),
Bring Forward Evidences Blocked By Them In The Past tbd Possible. They Complied Partially With The Picture Page 3 of 3.PDF (160KB),
Bring Forward Evidences Blocked By Them In The Past tbd Possible. They Complied Partially With The Pictures Of Wheel In...PDF (164KB),
United States Whitehouse Website Online Form eFilings System Check and Contents 01302008 Page 1.PDF.PDF (73KB),
United States Whitehouse Website Online Form eFilings System Check and Contents 01302008 Page 2.PDF.PDF (75KB),
United States Whitehouse Website Online Form eFilings System Check and Contents 01302008 Page 3.PDF.PDF (30KB)

Observations and Opinions.
No Accusations and Allegations are being Expressed and Implied. The Plantiffs Are Not Responsible For "Misinformations".Official Forms Are enclosed as Attachments. This Legal efilings can be added onto but without a delay on actions,please reply in the timely manner as legally written below. Please note all legal efilings/emails attachments legally binds, bounds and is legally binding to all case filings and efilings including past federal subpoenas sent and/or served.Please read and answer number 2 (all) addressed to you directly. To: All organizations and individuals as legally written in the eFilings Addresses and please see all legal writings below,herewithin and all throughout.
            "ALL LEGAL WRITINGS HEREWITHIN AND ALL SURRONDINGS IS LEGALLY EFFECTIVE IMMEDIATELY" "ALL REPLIES TO BE IN LEGAL WRITINGS AND TO BE SENT TO THE COURTS LISTED,PLEASE"Please include
all individuals thought to be and possibly acting on your organizations behalf. Bottom line

Petitions And Motions To Enforce All Federal Subpoenas Related and Allow The Homeless Class Action
AO 88 (Rev. 06/09) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action Litigate to Proceed in A Close To Allentown Pa

JPmL, United States Court of Appeals For The Federal Circuit, All 11 Federal Circuits

# UNITED STATES DISTRICT COURT
United States Bankruptcy Court (together and separate)

for the 3rd Federal Circuit - Philadelphia, Pa. And All United States

Page 1 of 8

A Class Actions -
BK Smith & Others (All Homeless)
Plaintiff

v.

Too Many To List Here (please see the http://www.us courts.gov webmaster for All Pacer Accounts)
Defendant

Civil Action No. Fed: 5-CV-4457 And All Court (US Court) Docket Numbers Assigned To Lehman Brothers and All Others

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION  And Criminal Actions

To: United States Bankruptcy Court, Southern District of New York, One Bowling Green New York (City) New York 10004-1408 (All locations)
And All United States District Courts and Others, In New York City, New York And All Surroundings.

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

(1) All informations if related to all Lehman Brother (and otherwise) claim agents to all possible entities on Von Karman Ave. in Irvine California if involved from possible epicor.com (all name variations) and all possible financial organizations (Example also: Credit-suisse

Place: Please Send

Courtroom No.:

Date and Time:

All legal filings, all websites online forms, insertions and others are legally bound and all legal case from other attached and entered documents (legal) are contractually transferred

You must also bring with you the following documents, electronically stored information, or objects (blank if not applicable): First Boston (see other Federal Subpoenas served to them, if needed) and all entities all within and surrounding if applicable in legal writings as legally requested.

(2) All Petitions and Motions To Enforce All Federal Subpoenas related and to allow the Homeless Class Action Litigates to Proceed in a Closer to Allentown Pennsylvania bks Bankruptcy Court (maybe Easton Pa.)

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Fed. R. Civ. P. 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached. Also, the plaintiffs has been proceeding In Forma Pauperis (with little to no income, denied food stamps for months and no medicaid and health issues)

Date: 10/25/2009   Note: There are close to 1,000 Federal Subpoenas served and reserved so far.

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_

OR

BK Smith / All Homeless
_Attorney's signature_
Pro Se's

A Class Actions

The name, address, e-mail, and telephone number of the attorney representing (name of party) BK Smith,
c/o The US Supreme Court, no phone #, who issues or requests this subpoena, are: federal subpoena @ yahoo.com

RECEIVED
OCT 27 2009
US BANKRUPTCY COURT
SO. DIST. OF NEW YORK

AO 88 (Rev.06/09) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)     Page 2 of 8

Civil Action No. Fed: 5-cv-4457
And others

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, NY 10004-1408

was received by me on *(date)* _____ .

☑ I served the subpoena by delivering a copy to the named person as follows: ↓ Sent via US mail

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ (3) Please enforce compliance of all possibly evidences being possibly blocked and enforce Lehigh County Pa Courts to move all the Plaintiffs dockets over to Federal Courts (paid for and still hasn't completed - tbd timely)

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

Several (more than were made)

I declare under penalty of perjury that this information is true.

Date: 10/25/2009  Please legally reply to the Plaintiffs temporary address (below) and the United States Supreme Court with a copy to your choice of one of the United States military Appeals Courts all and also in Washington DC by 11/25/2009

BE Smith / A class Actions / All Homeless
Server's signature

BE Smith & Others / A class Actions / All Homeless
Printed name and title

C/o The United States Supreme Court, One First Street, NE
Washington, DC 20543
Server's address

Additional information regarding attempted service, etc:

Temp Address of the Plaintiffs
BE Smith & others
3440 Lehigh Street, #187
All Dates Allentown, Pa.
18103

(4) On 10/22/2009 BE Smith phoned 1-800-450-8052 (spoke to Donna, Mike & Michell and was given 212-668-2870. On 10/__/2009 I called and spoke to Mark Diamond via a borrowed phone (sisters) Please reconfirm this phone call and all common names (note also a Mark Diamond at Metropolitan Insurance (if applicable) (all other entities) (possibly Fidelity)

# PACER SERVICE CENTER

U.S. COURTS - PACER • P.O. BOX 70951 • CHARLOTTE, NC 28272-0951

08/25/2009

B E Smith & Others
Beverley E Smith
3440 Lehigh Street, #187

Allentown, PA 18103

Dear Beverley E Smith

Thank you for your interest in the Public Access to Court Electronic Records (PACER) system. PACER is a service provided by the federal judiciary for electronic access to federal court case information. The Judicial Conference of the United States has established a fee to be collected for access to PACER. All registered agencies or individuals will be assessed the charge of $.08 per page for web access.

Statements will be generated and mailed quarterly for customers accruing usage on PACER with a balance due greater than $10. Please note, customers enrolled with the automatic billing program will receive statements electronically via email. Payment in full of the billed amount is due each quarter or further access to the system will be restricted until outstanding balances are cleared. See the reverse side of this letter for more information.

Your firm's login is:     so0789
Your firm's password is: ███████

The login and password listed above allow read-only access to all courts running nationally supported PACER products including CM/ECF. Links to PACER sites can be found at our website, http://pacer.psc.uscourts.gov. If you experience login difficulty, ensure your browser is accepting cookies. If you continue to experience problems, log in to the PACER Service Center website. Click on the courthouse in the upper left corner for the login page. Once successful, select the link for the site you want to access. You will bypass the login page if a valid PACER cookie is present. In addition, a PACER manual can be downloaded from the "Documents" section of our website.

A free account information service is available for all customers of PACER at the PACER Service Center website. Customers may update account information, change passwords, view account balances, make an online payment by credit card, sign up for automatic billing, download statements, and sort transactions by client code. To access these options, visit the "Account Information" section at http://pacer.psc.uscourts.gov.

By logging into PACER you acknowledge you have read, understood and agree to the terms and conditions on the reverse side of this letter. If you have any questions regarding your account, please contact the PACER Service Center by phone at (800) 676-6856 or email at pacer@psc.uscourts.gov and a member of our staff will assist you.

Sincerely,

Ted C. Willmann
PACER Service Center Manager

# PUBLIC ACCESS TO COURT ELECTRONIC RECORDS

*Please contact US Bankruptcy Court (Southern) New York, New York*

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA
### U.S. COURTHOUSE
### INDEPENDENCE MALL WEST
### 601 MARKET STREET
### PHILADELPHIA, PA. 19106-1797

Dear Petitioner:

BE Smith & Others
C/O G. Smith
1545 W. Greenleaf St.
Allentown, PA 18102

### Complaint(s) / Appeal(s) - Missing the following:

( ) Civil Cover Sheet

( ) Designation Form

( ) Case Management Track Designation Form

( ) Full Filling Fee / IFP Statement
    1.) Complaint Fee - $350.00
    2.) Appeal Fee - $455.00
    3.) Habeas Fee - $5.00

( ) Claim for relief

**-Other: Pro Se Complaint packet**

**Regarding:** The forms needed to open a case are not complete. Please complete in full and return to the Clerks Office. Upon receipt of completed forms a Judge and case number will be assigned.

Very truly yours,
MICHAEL E. KUNZ
CLERK

*10/16/2009 — 3 other documents (copies were enclosed — please see your records.)*
*Mr. Michael R Kunz (Kuntz - all spellings)*
*All of the enclosed documents (legal) are legally and automatically signed. Please see the New York Southern Bankruptcy documents (legal) I will send full versions also if not deleted by ?*

*BE Smith & others*

OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

PHILADELPHIA, PA 19106-1797

OFFICIAL BUSINESS

PENALTY FOR PRIVATE USE $300

MICHAEL E. KUNZ

Hasler

016H26513240

$00.42⁰

10/09/2008

Mailed From 19106

US POSTAGE