**MHB**BANK
Aktiengesellschaft

MHB-Bank AG, Hamburger Allee 14, 60486 Frankfurt am Main
**By Airmail**
Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings
Claim Processing
757 Third Avenue, 3rd Floor

New York, NY 10017

Date:
Contact:
Dept:
Our ref:
Telephone:
Facsimile:
E-Mail:

November 2, 2009
Lothar Schumann
Credit Risk Management
KRM/LS
+49-69-756098-132
+49-69-756098-104
lothar.schumann@mhb-bank.de

**Lehman Brothers Holdings Inc., Chapter 11 Proceedings, Case Number 08-13555
Claim No. 4452 filed on May 19, 2009**

Dear Sirs,

Given the fact that we are holder of a 5.268% EURO Medium Term Floating Rate Note 2007 (14), ISIN XS0282937985, issued by a.m. company and that our claim in this connection has been filed on October 8, 2009 under No. 36962, we kindly request you to remove the claim filed under No. 4452 from the list of filed claims and schedules.

Yours sincerely.

MHB-Bank AG

D. Knoblich        L. Schumann

MHB-Bank AG
Postfach 10 15 40
60015 Frankfurt am Main
Hamburger Allee 14

Telefon    +49 (0)69 75 60 98 0
Telefax    +49 (0)69 75 60 98 106
E-Mail     info@mhb-bank.de
Internet   www.mhb-bank.de

Vorsitzender des Aufsichtsrates
Bruno Scherrer

Vorstand
Michael P. Bornemann
Reiner Guthier

