BAKER & McKENZIE LLP
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 626-4100
Ira A. Reid (IR-0113)

Attorneys for Portfolio Green German CMBS GMBH

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 08-13555 (JMP) |
| | (Jointly Administered) |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | |
| | Chapter 11 |
| Debtors. | |
| | Judge James M. Peck |

### NOTICE OF WITHDRAWAL OF CLAIMS 23627 and 23754

Pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, Portfolio Green German CMBS GMBH, by its counsel, Baker & McKenzie LLP, hereby withdraws Proof of Claim Number 23627 and Proof of Claim Number 23754, filed in the above-captioned cases on September 21, 2009.

Dated: New York, New York
November 9, 2009

                                        Respectfully submitted,

                                        **BAKER & McKENZIE LLP**

                                        By:  /s/ Ira A. Reid
                                              Ira A. Reid (IR-0113)
                                              1114 Avenue of the Americas
                                              New York, New York 10036
                                              Telephone: (212) 626-4100

                                              Attorney for Portfolio Green German CMBS GMBH

BAKER & McKENZIE LLP
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 626-4100
Ira A. Reid (IR-0113)

Attorneys for Portfolio Green German CMBS GMBH

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 08-13555 (JMP) |
| | (Jointly Administered) |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | |
| | Chapter 11 |
| Debtors. | |
| | Judge James M. Peck |

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2009, I caused the foregoing Notice of Withdrawal of Claim to be served by Federal Express for overnight delivery on the following:

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, N.Y. 10153
Attn: Lori R. Fife, Esq.
       Shai Y. Waisman, Esq.

Epiq Bankruptcy Solutions LLC
757 Third Avenue, 3rd Floor
New York, N.Y.
Attn:  Lehman Brothers Holdings Claims Processing

Dated: November 9, 2009
       New York, New York

/s/ Ira A. Reid
Ira A. Reid

NYCDMS/1139197.1