Courtesy Copy

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x
                                                   :
In re:                                             :    CHAPTER 11
                                                   :
LEHMAN BROTHERS HOLDINGS,                          :    CASE NO. 08-13555 (JMP)
INC., et al.                                       :    (Jointly Administrative
                                                   :
           Debtors.                                :
                                                   :
---------------------------------------------------x


## *MOTION FOR APPEARANCE, PRO HAC VICE*

I, W. Todd Thomas, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent Barclays Capital, Inc., an interested party in the above-referenced case.

**I certify that I am a member in good standing** of the bar in the State of Florida and the District of Columbia, and, the bar of the United States District Courts for the Southern and Middle Districts of Florida.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: Fort Lauderdale, Florida
November 9, 2009

                Respectfully submitted,

                **BOIES, SCHILLER & FLEXNER LLP**

By: _____
      W. Todd Thomas
      401 East Las Olas Boulevard
      Suite 1200
      Fort Lauderdale Florida 33301
      tthomas@bsfllp.com
      Telephone: (954) 356-0011
      *Attorneys for Barclays Capital, Inc.*