**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
                                                                   )
In re:                                                             )    Chapter 11
                                                                   )
LEHMAN BROTHERS HOLDINGS INC.                                      )    Case No. 08-13555 (JMP)
                                                                   )
                                                                   )
                                                                   )
         Debtor.                                                   )    (Jointly Administered)
-------------------------------------------------------------------x
```

NOTICE OF TRANSFER OF CLAIM
PURSUANT TO FRBP RULE 3001(e)(2)

1.    TO:                    AMBER MASTER FUND (CAYMAN) SPC ("Transferor")
                             c/o Amber Capital, LP
                             900 Third Avenue, Suite 200
                             New York, NY 10022
                             Attn: Jed Rubin
                             Tel: 212-340-7330
                             Email: jed.rubin@ambercapital.com

                             With a copy to:

                             Chadbourne & Parke LLP
                             30 Rockefeller Plaza
                             New York, NY 10112
                             Attn: David LeMay, Esq.
                             Christy Rivera, Esq.

2.    Please take notice of the transfer, in the amount of $7,444,956.48, of your claims against
LEHMAN BROTHERS HOLDINGS INC., Case No. 08-13555 (JMP), arising from and relating to
Claim No. 17229 (attached in Exhibit A hereto), to:

                             STRATEGIC VALUE MASTER FUND, LTD. ("Transferee")
                             c/o Strategic Value Partners, LLC
                             100 West Putnam Avenue
                             Greenwich, CT 06380
                             Attention: Marc Sileo
                             Phone: 203-618-3574
                             Email: legal@svpglobal.com

555127.1/1695-00633

Fax: 212-202-4844

With a copy to:
Richards Kibbe & Orbe L.L.P.
One World Financial Center
New York, NY 10281-1003
Fax: 212-530-1801
Attn: Managing Clerk
Phone: 212-530-1800

An evidence of transfer of claim is attached hereto as Exhibit B. All distributions and notices regarding the transferred portion of the claims should be sent to the Transferee at the instructions attached in Exhibit C.

3.      No action is required if you do not object to the transfer of your claims. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIMS, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

--      **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

United States Bankruptcy Court
Southern District of New York
Attn: Clerk of Court
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

--      **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

--      Refer to **INTERNAL CONTROL NO.** _____ in your objection and any further correspondence related to this transfer.

4.      If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

CLERK

----------------------------------------------------------------------------------------------------

**FOR CLERK'S OFFICE USE ONLY:**
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2005.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtor's Attorney ___

555127.1/1695-00633

_____
Deputy Clerk

**EXHIBIT A**

**PROOF OF CLAIM**

555127.1/1695-00633

# ORIGINAL

| | |
|---|---|
| **United States Bankruptcy Court/Southern District of New York** <br> Lehman Brothers Holdings Claims Processing Center <br> c/o Epiq Bankruptcy Solutions, LLC <br> FDR Station, P.O. Box 5076 <br> New York, NY 10150-5076 | **PROOF OF CLAIM** |

| In Re: <br> Lehman Brothers Holdings Inc., et al., <br> Debtors. | Chapter 11 <br> Case No. 08-13555 (JMP) <br> (Jointly Administered) | |
|---|---|---|
| Name of Debtor Against Which Claim is Held <br><br> Lehman Brothers Holdings Inc.. | Case No. of Debtor <br><br> 08-13555 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Amber Master Fund (Cayman) SPC
c/o Amber Capital, LP
900 Third Avenue, Suite 200
New York, NY 10022
Attn: Jed Rubin

with a copy to:
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
Attn: David LeMay, Esq.
Christy Rivera, Esq.

Telephone number: 212-340-7330     Email Address: jed.rubin@ambercapital.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim
Number: _____
(if known)

Filed on: _____

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., El Al.
08-13555 (JMP)      0000017229

Telephone number:     Email Address:

1.   Amount of Claim as of Date Case Filed: $ _See Addendum_
If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☒ Check this box if all or part of your claim is based on a Guarantee.*
*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.
☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2.   Basis for Claim: See Addendum
(See instruction #2 on reverse side.)

3.   Last four digits of any number by which creditor identifies debtor: _____
3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

4.   Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:
Value of Property: $ _____   Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$ _____   Basic for perfection: _____
Amount of Secured Claim: $ _____   Amount Unsecured: $ _____

5.   **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

Amount entitled to priority:

$ _____

6.   Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $ _____
(See instruction #6 on reverse side.)

7.   Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8.   Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**FOR COURT USE ONLY**

SEP 18 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

Date: 9/15/2009
Signature: _[signature]_
Print Name: Samuel Jed Rubin
Title: Authorized Person

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

NY3 - 495134.01

**<u>EXHIBIT B</u>**

**EVIDENCE OF TRANSFER OF CLAIM**

**EVIDENCE OF TRANSFER OF CLAIM**

TO:  Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Amber Master Fund (Cayman) SPC

     Amber Master Fund (Cayman) SPC, a company organized under the laws of the Cayman Islands, having offices c/o Amber Capital LP, 900 Third Avenue, Suite 200, New York, NY 10022 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Strategic Value Master Fund, Ltd., with offices located at 100 West Putnam Avenue, Greenwich, CT 06830 ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $7,444,956.48, docketed as Claim No. 17229 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

     Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

     IN WITNESS WHEREOF, dated as of the 3rd day of November, 2009.

Amber Master Fund (Cayman) SPC
By: Amber Capital LP, its investment advisor

WITNESS:

_Briana Beckerman_
(Signature)

By: _____
(Signature of authorized corporate officer)

Name: Briana Beckerman
Title: Executive Assistant
(Print name and title of witness)

Name:  Samuel Jed Rubin
Title:  Authorized Person
Tel.:  212.340.7330

Strategic Value Master Fund, Ltd.
By:  Strategic Value Partners, LLC
    Its Investment Advisor

By: _____
JAMES L. VARLEY
AUTHORIZED SIGNATURE

NY3 - 496479.01

**EXHIBIT C**

Address for Notices:

Strategic Value Master Fund, Ltd.
c/o Strategic Value Partners, LLC
100 West Putnam Avenue
Greenwich, CT 06380
Attention: Marc Sileo
Phone: 203-618-3574
Email: legal@svpglobal.com
Fax: 212-202-4844

With a copy to:
Richards Kibbe & Orbe L.L.P.
One World Financial Center
New York, NY 10281-1003
Fax: 212-530-1801
Attn: Managing Clerk
Phone: 212-530-1800

Wire Instructions:

State Street Bank & Trust Co. Boston
ABA # 011-000-028
Bank Loan Processing Group
DDA/Account #: 5987-446-1
Ref: LBSF/LBHI Claims – F/B/O Strategic Value Master Fund, Ltd. / NXNK