FULBRIGHT & JAWORSKI L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2784
Telephone: (214) 855-8000
Facsimile: (214) 855-8200
Toby L. Gerber

and

666 Fifth Avenue, 31st Floor
New York, New York  10103-3198
Telephone:  (212) 318-3000
Facsimile:  (212) 318-340
David A. Rosenzweig

Attorneys for National Rural Utilities
Cooperative Finance Corporation

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:  :  : LEHMAN BROTHERS HOLDINGS INC., : ET AL., : : Debtors.  : : : | Chapter 11 Case No.  08-13555 (JMP  (Jointly Administered) |

### NOTICE OF WITHDRAWAL OF CERTAIN PROOFS OF CLAIMS

Please take notice that National Rural Utilities Cooperative Finance Corporation (the "Claimant"), the holder of proofs of claim asserted against certain of the above-captioned debtors (the "Debtors"), hereby withdraws the claims listed below (the "Withdrawn Claims"):

| Claimant Name | Case Number | Withdrawn Claim |
|---|---|---|
| National Rural Utilities Cooperative Finance Corporation | 08-13555 | 3171 |
| National Rural Utilities Cooperative Finance Corporation | 08-13888 | 3381 |

-1-

This withdrawal of claim is without prejudice to Claimant's remaining proofs of claim filed against the Debtors.

Dated: November 11, 2009

Respectfully submitted,

FULBRIGHT & JAWORSKI L.L.P.

　　　　/s/ David A. Rosenzweig　　　
Toby L. Gerber
2200 Ross Avenue, Suite 2800
Dallas, Texas  75201-2784
Telephone: (214) 855-8000
Facsimile: (214) 855-8200

David A. Rosenzweig
666 Fifth Avenue, 31st Floor
New York, New York  10103-3198
Telephone:  (212) 318-3000
Facsimile:  (212) 318-3400

Attorneys for National Rural Utilities Cooperative Finance Corporation

-3-

## CERTIFICATE OF SERVICE

I certify that on this 11th day of November 2009, a true and complete copy of Notice of Withdrawal of Certain Proofs of Claim was served by first class, postage prepaid, United States Mail to the entities listed below:

Shai Waisman, Esq.
Lori Fife, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Lehman Brothers Holdings Claims Processing
Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017

*/s/ Mark Worden*
Mark Worden
1301 McKinney, Suite 4100
Houston, Texas 77010