Christopher R. Belmonte, Esq.
Pamela A. Bosswick, Esq.
Abigail Snow, Esq.
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue, Suite 1130
New York, New York 10169
(212) 818-9200

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al. | ) Case No. 08-13555 (JMP) |
| Debtor, | ) Jointly Administered |

**SUPPLEMENTAL VERIFIED STATEMENT OF SATTERLEE
STEPHENS BURKE & BURKE LLP  PURSUANT TO RULE
2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Christopher R. Belmonte, a member of the firm of Satterlee Stephens Burke & Burke LLP ("SSB&B"), as attorneys for the entities listed below (collectively, the "Entities"), in connection with the above-referenced chapter 11 cases of Lehman Brothers Holdings, Inc., makes the following statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure:

1.  As of the date of this Statement, SSB&B has been retained by the Entities in connection with these Chapter 11 bankruptcy cases.

2.  Information pertinent to these claims and interest, as required by Rule 2019(a) of the Federal Rules of Bankruptcy Procedure, is as follows:

| Name | Address | Nature of Claim or Interest |
|---|---|---|
| Moody's Corporation ("Moody's") | 7 World Trade Center at 250 Greenwich Street New York, NY 10007 | Trade Claim related to executory contracts (resolved) |

786558_1

| Name | Address | Nature of Claim or Interest |
|---|---|---|
| International Business Machines Corporation ("IBM") | Thomas Hagen, Esq.<br>IBM<br>Building 4, Office 2B18<br>Maildrop 4202, Route 100<br>Somers NY 10589 | Trade Claim related to executory contracts (resolved) |
| IBM Personal Pension Plan Trust ("IBM Trust") | Jihwan Kim, Esq.<br>IBM Corporation<br>c/o IBM Retirement Funds<br>1133 Westchester Avenue<br>White Plains, New York 10604 | Claim related to investment of pension funds (< $1 million) |
| Latshaw Drilling Company LLC<br>Latshaw Drilling & Exploration Company Inc. ("Latshaw") | Trent B. Latshaw, President<br>Latshaw Drilling Company LLC<br>P.O. Box 691017<br>Tulsa, Oklahoma 74169 | Claim for damages related to unfunded lending commitment (approx. $18 million) |

3. The following are the facts and circumstances in connection with SSB&B's employment in the above-captioned cases: (a) SSB&B represented Moody's, IBM and the IBM Trust prior to the Debtors' above-captioned chapter 11 cases, and was retained by Latshaw specifically with respect to these cases; and (b) each of the Entities separately requested that SSB&B represent them in connection with the Debtors' above-captioned chapter 11 cases.

4. SSB&B reserves the right to supplement or amend this statement at any time in the future.

5. SSB&B does not perceive any actual or potential conflict of interest with respect to the representation of the Entities in these proceedings.

6. Upon information and belief, SSB&B does not own, nor has it ever owned, any claim whatsoever against the Debtors in these cases, nor equity securities of the Debtors.[1]

---

[1] Members and associates of SSB&B, in their individual capacities, may hold claims and/or equity interests in the Debtors.

2

786558_1

Dated: New York, New York
November 10, 2009

SATTERLEE STEPHENS BURKE & BURKE LLP


By:  /s/ Christopher R. Belmonte
Christopher R. Belmonte, Esq.
Pamela A. Bosswick, Esq.
Abigail Snow, Esq.
230 Park Avenue, Suite 1130
New York, New York 10169
(212) 818-9200

786558_1