# United States Bankruptcy Court

## Southern District of New York

In re **Lehman Brothers Holdings Inc.**     Case Nos. **08-13555**
Jointly Administered

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HYBRID CAPITAL K.K. | NIPPON LIFE INSURANCE COMPANY |
|---|---|
| Name of Transferee | Name of Transferor |

Court Claim #: 812

Amended Proof of Claim Number 9537 of Seller dated August 27, 2009 before the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Amount of Claim: 5,000,000,000 Japanese Yen

Name and Address where notices to transferee should be sent:

Hybrid Capital K.K.
1-19-1 Kanda-nishikicho, Chiyoda
-ku, Tokyo 101-0054, Japan

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

HYBIRD CAPITAL K.K.

By: _Manabu Tokuda_     Date: Nov 10, 2009

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

TO:     Clerk, United States Bankruptcy Court, Southern District of New York

and to: Hybrid Capital K.K.

Nippon Life Insurance Company, a Japanese corporation, located at 1-6-6 Marunouchi, Chiyoda-ku, Tokyo 100-8288, Japan ("Seller"), does hereby certify that, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Loan Sale and Purchase Agreement dated as November 4, 2009, Seller has unconditionally and irrevocably sold, transferred and assigned to Hybrid Capital K.K., with offices at 1-19-1 Kanda-nishikicho, Chiyoda-ku, Tokyo 101-0054, Japan ("Buyer"), all of Seller's rights, title and interest in and to the claim of Seller against Sunrise Finance K.K. in the outstanding principal amount of 5,000,000,000 Japanese Yen and Seller's claim against Lehman Brothers Holdings Inc., the guarantor of such claim (collectively the "Claim") in respect of Court Claim Number 812 and Amended Proof of Claim Number 9537 of Seller dated August 27, 2009 before the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the United States Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 5th day of November, 2009.

| NIPPON LIFE INSURANCE COMPANY | HYBRID CAPITAL K.K. |
|---|---|
| By: _____ <br> Name: TETSUO KUSHIBE <br> Title: GENERAL MANAGER, CORPORATE FINANCE DEPARTMENT NO.1 <br> Address: 1-6-6, MARUNOUCHI, CHIYODA-KU TOKYO 100-8288 JAPAN <br> Attention: HIROYUKI SASAKI <br> Telephone: +(81) 3-5533-1295 <br> Email: | By: _____ <br> Name: Manabu Tokuda <br> Title: Representative Director <br> Address: 1-19-1 Kanda-nishikicho, Chiyoda-ku, Tokyo 101-0054, Japan <br> Attention: Tetsuya Morimoto, White & Case LLP <br> Telephone: +(81)3-3259-0200 <br> Email: |