WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard W. Slack
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | (Jointly Administered) |
:
------------------------------------------------------------------x

## DEBTORS-APPELLEES' AND OFFICIAL COMMITTEE'S JOINT COUNTER-DESIGNATION OF ITEMS TO BE INCLUDED IN RECORD ON APPEAL

Appellees, Lehman Brothers Special Financing Inc., as debtor and debtor in possession (together, with Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, the "Debtors"), and the Official Committee of Unsecured Creditors of each of the Debtors, hereby designate, pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, the following additional items to be included in the record on appeal in addition to items designated by Appellant, Metavante Corporation [Docket No. 5681].

# COUNTER-DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

| ITEM NO. | DESCRIPTION | DOCKET NO. |
|---|---|---|
| 1. | Letter to the Court, dated September 14, 2009, from Metavante Corporation regarding status conference on Debtor' Motion Pursuant to Sections 105(a), 362 and 365 of the Bankruptcy Code to Compel Performance of Metavante Corporation's Obligations Under an Executory Contract and to Enforce the Automatic Stay | 5128 |
| 2. | Letter to the Court, dated September 14, 2009, from Debtors regarding status conference on Debtor' Motion Pursuant to Sections 105(a), 362 and 365 of the Bankruptcy Code to Compel Performance of Metavante Corporation's Obligations Under an Executory Contract and to Enforce the Automatic Stay | 5135 |

Dated: November 12, 2009
New York, New York

/s/ Robert J. Lemons
Richard W. Slack
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

/s/ Dennis F. Dunne
Dennis F. Dunne
Wilbur F. Foster, Jr.
Evan R. Fleck

MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000
Facsimile: (212) 822-5000

Attorneys for Official Committee
of Unsecured Creditors