Lisa Milas
Rosicki, Rosicki & Associates, P.C.
51 E. Bethpage Road
Plainview, NY 11803
Telephone: (516) 741-2585

Attorneys for U.S. Bank National Association, as Trustee

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

------------------------------------------------------------x

NOTICE OF ADJOURNMENT OF AFFIRMATION IN
SUPPORT OF ENTRY OF ORDER GRANTING RELIEF
FROM THE AUTOMATIC STAY REGARDING REAL PROPERTY
LOCATED AT 1347 EAST 80TH STREET, BROOKLYN, NEW YORK

**PLEASE TAKE NOTICE** that the hearing on relief requested in the Affirmation In Support Of Entry Of An Order Granting Relief From The Automatic Stay [Docket No. 5497] (the "Motion"), which was scheduled for November 18, 2009, at 10:00 a.m. (prevailing Eastern Time), **has been adjourned to December 16, 2009 at 10:00 a.m. (prevailing Eastern Time)**, or as soon thereafter as counsel may be heard. The hearing on the Motion will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601 and such hearing on the Motion may be further adjourned

US_ACTIVE:\43224805\01\58399.0003

from time to time without further notice other than an announcement at the hearing.

Dated:  November 13, 2009
      Plainview, New York

*[signature]*
Lisa Milas

Rosicki, Rosicki & Associates, P.C.
51 E. Bethpage Road
Plainview, NY 11803
Telephone: (516) 741-2585
Attorneys for U.S. Bank National
Association, as Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____X   Chapter 11

In re:                                  Case No.: 08-13555

  LEHMAN BROTHERS HOLDINGS, INC.

                                          DEBTOR.    (Jointly Administered)

In re
  BNC MORTGAGE LLC                      Chapter 11
_____X   Case No.: 09-10137


STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NASSAU     )

Patrick Lamberti, being duly sworn, deposes and says:
    I am not a party to this action, am over 18 years of age and reside in Nassau County, New York.
    On November 13, 2009, I served the within Notice of Adjournment in Support of Entry of Order Granting Relief from the Automatic Stay Regarding Real Property Located at 1347 East 80th Street, Brooklyn, New York on the following parties, by depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

SEE ATTACHED SERVICE LIST


Sworn to before me this
13th day of November, 2009

_____
NOTARY PUBLIC

_____
Patrick Lamberti

Rose Saramago
Notary Public, State of New York
No. 01SA6163060
Qualified in Suffolk County
Commission expires March 19, 20 11

TO:    BNC Mortgage LLC
Debtor-in-Possession
1901 Main Street
Irvine, CA 92624

Weil, Gotshal & Manges, LLP
Attn: Harvey R. Miller, Esq.
Richard P. Krasnow, Esq., Lori R.
Fife, Esq., Shai Y. Waisnam, Esq.
And Jacqueline Marcus, Esq.
Attorney for Debtors
767 Fifth Avenue
New York, NY 10153

Hughs Hubbard & Reed
Attn: Jeffrey S. Margolin, Esq. and
Sarah K. Loomis, Esq.
Attorneys for James W. Giddens, as
Trustee for the SIPA Liquidation of
Lehman Brothers, Inc.
1 Battery Park Plaza
New York, NY 10004

Office of the United States Trustee
Attn: Andy Velez-Rivera, Paul
Schwartzberg, Brian Masumoto
Linda Riffrin and Tracy Hope Davis
33 Whitehall Street 21st Floor
New York, NY 10004

Claims and Noticing Agent
Epiq Bankruptcy Solutions, LLC Claims
Agent f/k/a Bankruptcy Services, LLC
757 Third Avenue 3rd Floor
New York, NY 10017

Milbank, Tweed, Hadley & McCloy, LLP
Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq.
And Evan Fleck, Esq.
Official Committee for the Unsecured Creditors
1 Chase Manhattan Plaza
New York, NY 10005

Quinn Emanuel Urquhart Oliver & Hedges
Attn: James Tecce and Susheel Kirpalani
Attorney for the Official Committee of
Unsecured Creditors
51 Madison Avenue 22nd Floor
New York, NY 10010