**Hearing Date and Time: November 18, 2009 at 10:00 a.m.**
**Objection Date and Time: November 13, 2009 at 4:00 p.m.**

**LOWENSTEIN SANDLER PC**
Michael S. Etkin, Esq.
S. Jason Teele, Esq.
1251 Avenue of the Americas, 18th Floor
New York, New York 10022

-- and --

65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500 (Telephone)
973.597.2400 (Facsimile)

*Counsel to First Choice Power, L.P.*

### IN THE UNITED STATES BANKRUPTCY
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | Case No. 08-13555 (JMP) Jointly Administered |
| Debtor. | |

### FIRST CHOICE POWER, L.P.'S JOINDER IN LIMITED OBJECTION BY OPTIM ENERGY MARKETING AND TRADING, LLC (F/K/A ENERGYCO MARKETING AND TRADING, LLC) TO DEBTORS' MOTION, PURSUANT TO BANKRUPTCY RULE 2004, FOR AN ORDER GRANTING AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES

First Choice Power, L.P. ("**FCP**"), by and through its undersigned counsel, submits this joinder in the limited objection (the "**Limited Objection**") filed by Optim Energy Marketing and Trading, LLC (f/k/a EnergyCo Marketing and Trading, LLC) (Docket No. 5812) to the motion of the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), pursuant to Bankruptcy Rule 2004, for an order granting authority to issue subpoenas for the production of documents and authorizing the examination of persons and entities (Docket No. 5710) (the "**Motion**"). In support of this joinder, FCP states:

1.  For the reasons and on the authority cited in the Limited Objection, FCP joins in the Limited Objection and requests the Court to deny the Motion unless the

-2-

modifications described in the Limited Objection are incorporated into the order approving the Motion.

Dated: November 13, 2009
New York, New York

    Respectfully submitted,

    **LOWENSTEIN SANDLER PC**

    By: /s/ *S. Jason Teele*
    Michael S. Etkin, Esq.
    S. Jason Teele, Esq.
    1251 Avenue of the Americas, 18th Floor
    New York, New York 10022

    -- and --

    65 Livingston Avenue
    Roseland, New Jersey 07068
    973.597.2500 (Telephone)
    973.597.2400 (Facsimile)

    *Counsel to First Choice Power, L.P.*