## Exhibit List

A    Master Agreement

B    Assignment and Amendment Agreement

C    Invoices from LBDP

D    Proof of Wire Transfer

E    Notice of Demand for Repayment