11/28/2008 4:04 PM    PAGE    1/001    Fax Server

# LEHMAN BROTHERS

**To:** Derivative Operations
Michigan State Housing Developement Authority

**From:** Derivative Middle Office
Lehman Brothers Derivative Products Inc

For Settlement and Payments please contact Derivative Operations at:
Phone: (212) 526-0200 Fax: (212)526-1795 or (212)526-6336

**Date:** November 28, 2008

**Re:** Calculation of amount due December 01, 2008
USD 65,000,000.00 Amortizing Swap Transaction
Maturing June 01, 2038

**Our Reference:** 1500941D / 3015605

**FIXED AMOUNT:**
MI State Housing to LBDP

Calculation Period from June 01, 2008 to December 01, 2008

USD 65,000,000.00 x 4.15610% x 180 / 360 =    USD 1,350,732.50

**FLOATING AMOUNT:**
LBDP to MI State Housing
Calculation Period from June 01, 2008 to December 01, 2008

Floating Rate Option:        N/A
Designated Maturity:         N/A (Weighted Weekly Average)
Reference Source:            Telerate 3750
Rate Setting Date:           November 28, 2008
Quoted Rate:                 2.65851%
Floating Rate Spread:        0.00000%
Floating Rate:               1.80779%

| From | To | Notional - USD | Floating Rate | Day Count Fraction | Amount - USD |
|---|---|---|---|---|---|
| 06/01/08 | 12/01/08 | 65,000,000.00 | 1.80779% | 183/366 | 587,531.75 |

Amount due LBDP    USD 763,200.75

You are kindly requested to pay USD 763,200.75 to LBDP on December 01, 2008 in immediately available funds as per the following instructions:

Validated By: This field should be populated by and with the name of the person who had determined that the underlying document governing the transaction permits the associated transaction.

**Payment Instructions:**
Security Procedures XX
CITIBANK N
BEN A/C: 30784700
LEHMAN BROTHERS DERIVATIVE
BNF/GWS
/LBDP

Paid to the appropriate security procedure and meets the requirements of the Security Procedures for the Wire Related Cash and Securities Transactions for the associated transaction.

If Callback:
Person Called _____
Date and Time _____
USB Signature _____
Comment _____

If Callback: The person who has performed the callback function should fill out this

Would you like to confirm payments and retrieve reset calculations online? Please contact us at 212-526-0200 and access to our eSAP system. This can be found at www.lehmanlive.com


PLAINTIFF'S EXHIBIT C
PENGAD-Bayonne, N.J.
NO.

11/28/2008  4:04 PM  PAGE  1/001  Fax Server

# LEHMAN BROTHERS

To:   Derivative Operations
      Michigan State Housing Developement Authority

From: Derivative Middle Office
      Lehman Brothers Derivative Products Inc

For Settlement and Payments please contact Derivative Operations at:
Phone: (212) 526-0200  Fax: (212)526-1795 or (212)526-6336

Date:  November 28, 2008

Re:    Calculation of amount due December 01, 2008
       USD 69,915,000.00 Amortizing Swap Transaction
       Maturing June 01, 2030

*Our Reference:* 1193413D / 2491183

**FIXED AMOUNT:**
MI State Housing to LBDP

Calculation Period from June 01, 2008 to December 01, 2008

USD 69,915,000.00 x 4.57400% x 180 / 360 =                                  USD 1,598,956.05

**FLOATING AMOUNT:**
LBDP to MI State Housing
Calculation Period from June 01, 2008 to December 01, 2008

Floating Rate Option:     N/A
Designated Maturity:      N/A (Weighted Weekly Average)
Reference Source:         Telerate 3750
Rate Setting Date:        November 28, 2008
Quoted Rate:              2.65851%
Floating Rate Spread:     0.00000%
Floating Rate:            1.80779%

| From     | To       | Notional - USD | Floating Rate | Day Count Fraction | Amount - USD |
|----------|----------|----------------|---------------|--------------------|--------------|
| 06/01/08 | 12/01/08 | 69,915,000.00  | 1.80779%      | 183/366            | 631,958.19   |

Amount due LBDP                                                             USD 966,997.86

You are kindly requested to pay USD 966,997.86 to LBDP on December 01, 2008 in immediately available funds, as per the following instructions:

**Payment Instructions**
Intermediary: XXXXXXXX
CITIBANK N.A.
Bank A/c# 40784706
LEHMAN BROTHERS DERIV PRODUCTS
/BNF/SWAPS
//LBDP

If Callback:
Person Called _____
Date and Time _____
USB Signature _____
Comment _____

If Callback: The person who has performed the callback function should fill out this section.

Would you like to confirm payments and retrieve reset calculations online? Please contact us at 212-526-0200 and we will grant you access to our eSAP system. This can be found at www.lehmanlive.com

11/28/2008 3:54 PM   PAGE   1/001   Fax Server

# LEHMAN BROTHERS

**To:** Derivative Operations
Michigan State Housing Developement Authority

**From:** Derivative Middle Office
Lehman Brothers Derivative Products Inc

For Settlement and Payments please contact Derivative Operations at:
Phone: (212) 526-0200, Fax: (212)526-1795 or (212)526-6336

**Date:** November 28, 2008

**Re:** Calculation of amount due December 01, 2008
USD 50,645,000.00 Amortizing Swap Transaction
Maturing June 01, 2033

*Our Reference:* 1193393D / 2491204

**FIXED AMOUNT:**
MI State Housing to LBDP

Calculation Period from June 01, 2008 to December 01, 2008

USD 50,645,000.00 x 4.41700% x 180 / 360 =                                                             USD 1,118,494.83

**FLOATING AMOUNT:**
LBDP to MI State Housing
Calculation Period from June 01, 2008 to December 01, 2008

| Floating Rate Option: | N/A |
| Designated Maturity: | N/A (Weighted Weekly Average) |
| Reference Source: | Telerate 3750 |
| Rate Setting Date: | November 28, 2008 |
| Quoted Rate: | 2.65851% |
| Floating Rate Spread: | 0.00000% |
| Floating Rate: | 1.80779% |

| From | To | Notional - USD | Floating Rate | Day Count Fraction | Amount - USD |
|---|---|---|---|---|---|
| 06/01/08 | 12/01/08 | 50,645,000.00 | 1.80779% | 183/366 | 457,777.62 |

Amount due LBDP                                                                                                          USD 660,717.21

You are kindly requested to pay USD 660,717.21 to LBDP on December 01, 2008 in immediately available funds, as per the following instructions:

**Payment Instructions**
Inst: CITIUS33XXX
CITIBANK N.A.
Benef. A/C: 40615663
LEHMAN BROTHERS DERIVATIVE PRODUCTS
/BNF/SWAPS
//LBDP

Would you like to confirm payments and retrieve reset calculations online? Please contact us at 212-526-0200 and we will grant you access to our eSAP system. This can be found at www.lehmanlive.com