Activity Detail Print

Page 1 of 1



## Activity Detail

**792052002 | MSHDA SF 2006ABD GENERAL RECEIPTS FD**    10-Sep-2009 3:20 PM ET

This is a printable page only and may require the Landscape print layout.

Type Of Activity:   Additions, Income, Other, Purchases, Sales, Withdrawals
Data For:           01-Dec-2008

### DETAIL

| Date Settled | Activity Category | CUSIP Ticker | Description | Units | Amount Per Unit | Amount | Portfolio |
|---|---|---|---|---|---|---|---|
| 01-Dec-2008 | Deposit | - | CASH RECEIPT TRANSFER FROM ANOTHER TRUST 350GCG TRF FROM | | | $49,789.71 | Prin. |
| 01-Dec-2008 | Income | 31846V203 FGVXX | CASH RECEIPT OF INTEREST FIRST AMER GOVT OBLIG FUND CL Y DUE 30-NOV-2008 INTEREST FROM 11/1/08 TO 11/30/08 Asset Id: 31846V203 | | | $6,205.67 | Inc. |
| 01-Dec-2008 | Purchase | 31846V203 FGVXX | PURCHASED FIRST AMER GOVT OBLIG FUND CL Y Asset Id: 31846V203 | 49,332.3300 | 100.0000% | ($49,332.33) | Prin. |
| 01-Dec-2008 | Sale | 31846V203 FGVXX | SOLD FIRST AMER GOVT OBLIG FUND CL Y Asset Id: 31846V203 | 3,927,090.9600 | 100.0000% | $3,927,090.96 | Prin. |
| 01-Dec-2008 | Withdrawal | - | CASH DISBURSEMENT FTCUAC1 ACH TRANSFER TO CHECKING ACCT MISHDASFM06D NRV350 | | | ($219,357.63) | Prin. |
| 01-Dec-2008 | Withdrawal | - | CASH DISBURSEMENT FTCUAC1 ACH TRANSFER TO CHECKING ACCT MISHDASFM06A JLG350 SING FAM 2006A | | | ($2,789,095.63) | Prin. |
| 01-Dec-2008 | Withdrawal | - | CASH DISBURSEMENT 066902622 MISCELLANEOUS DISBURSEMENT JLG350 WIRE TO JPMORGAN CHASE BANK | | | ($966,997.86) | Prin. |
| 01-Dec-2008 | Withdrawal | - | CASH DISBURSEMENT FTCUAC1 ACH TRANSFER TO CHECKING ACCT MISHDASFM06C NRV350 | | | ($1,429.55) | Prin. |

https://www.account3000.com/usbankcorptrust/account3000.asp?WCI=wiActivityDetailPrint&Acc



PLAINTIFF'S EXHIBIT NO. D

Activity Detail Print



Page 1 of 1

## Activity Detail

792052007 | MSHDA SF 2006C GENERAL RECEIPTS FD

10-Sep-2009 3:21 PM ET

This is a printable page only and may require the Landscape print layout.

Type Of Activity: Additions, Income, Other, Purchases, Sales, Withdrawals
Data For:  01-Dec-2008

DETAIL

| Date Settled | Activity Category | CUSIP Ticker | Description | Units | Amount Per Unit | Amount | Portfolio |
|---|---|---|---|---|---|---|---|
| 01-Dec-2008 | Deposit | - | CASH RECEIPT TRANSFER FROM ANOTHER TRUST 350GCG TRF FROM | | | $19,073.23 | Prin. |
| 01-Dec-2008 | Income | 31846V203 FGVXX | CASH RECEIPT OF INTEREST FIRST AMER GOVT OBLIG FUND CL Y DUE 30-NOV-2008 INTEREST FROM 11/1/08 TO 11/30/08 Asset Id: 31846V203 | | | $11,314.10 | Inc. |
| 01-Dec-2008 | Purchase | 31846V203 FGVXX | PURCHASED FIRST AMER GOVT OBLIG FUND CL Y Asset Id: 31846V203 | 22,931.7700 | 100.0000% | ($22,931.77) | Prin. |
| 01-Dec-2008 | Sale | 31846V203 FGVXX | SOLD FIRST AMER GOVT OBLIG FUND CL Y Asset Id: 31846V203 | 641,643.9800 | 100.0000% | $641,643.98 | Prin. |
| 01-Dec-2008 | Withdrawal | - | CASH DISBURSEMENT 066902622 MISCELLANEOUS DISBURSEMENT JLG350 WIRE TO JPMORGAN CHASE BANK | | | ($660,717.21) | Prin. |

https://www.account3000.com/usbankcorptrust/account3000.asp?WCI=wiActivityDetailPrint&AccountI...   9/10/2009

Activity Detail Print                                                                                                           Page 1 of 1



## Activity Detail

104738002 | MSHDA SF 2007ABC GENERAL RCPTS FD                                                  10-Sep-2009 3:22 PM ET

This is a printable page only and may require the Landscape print layout.

Type Of Activity:  Additions, Income, Other, Purchases, Sales, Withdrawals
Data For:          01-Dec-2008

DETAIL

| Date Settled | Activity Category | CUSIP Ticker | Description | Units | Amount Per Unit | Amount | Portfolio |
|---|---|---|---|---|---|---|---|
| 01-Dec-2008 | Deposit | - | CASH RECEIPT TRANSFER FROM ANOTHER TRUST 350GCG TRF FROM | | | $105,474.25 | Prin. |
| 01-Dec-2008 | Income | 31846V203 FGVXX | CASH RECEIPT OF INTEREST FIRST AMER GOVT OBLIG FUND CL Y DUE 30-NOV-2008 INTEREST FROM 11/1/08 TO 11/30/08 Asset Id: 31846V203 | | | $8,074.30 | Inc. |
| 01-Dec-2008 | Purchase | 31846V203 FGVXX | PURCHASED FIRST AMER GOVT OBLIG FUND CL Y Asset Id: 31846V203 | 95,350.9700 | 100.0000% | ($95,350.97) | Prin. |
| 01-Dec-2008 | Sale | 31846V203 FGVXX | SOLD FIRST AMER GOVT OBLIG FUND CL Y Asset Id: 31846V203 | 1,307,207.5000 | 100.0000% | $1,307,207.50 | Prin. |
| 01-Dec-2008 | Withdrawal | - | CASH DISBURSEMENT FTCUAC1 ACH TRANSFER TO CHECKING ACCT MHDASFMRB07A JLG350 | | | ($638,462.50) | Prin. |
| 01-Dec-2008 | Withdrawal | - | CASH DISBURSEMENT FTCUAC1 ACH TRANSFER TO CHECKING ACCT MSHDASM07CFT NRV350 | | | ($11,018.50) | Prin. |
| 01-Dec-2008 | Withdrawal | - | CASH DISBURSEMENT 066902622 MISCELLANEOUS DISBURSEMENT JLG350 WIRE TO JPMORGAN CHASE BANK | | | ($763,200.75) | Prin. |