**LOWENSTEIN SANDLER PC**
Michael S. Etkin, Esq.
S. Jason Teele, Esq.
1251 Avenue of the Americas, 18th Floor
New York, New York 10022

-- and --

65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500 (Telephone)
973.597.2400 (Facsimile)

*Counsel to Optim Energy Marketing and Trading, LLC  (f/k/a EnergyCo Marketing and Trading, LLC)*

### IN THE UNITED STATES BANKRUPTCY
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | Case No. 08-13555 (JMP) Jointly Administered |
| Debtor. | |

### CERTIFICATION OF SERVICE

**Kim Marie LaFiura**, being of full age, hereby certifies as follows:

1. I am a paralegal employed by the law firm of Lowenstein Sandler, PC, attorneys for *Optim Energy Marketing and Trading, LLC  (f/k/a EnergyCo Marketing and Trading, LLC) and Reliant Energy Power Supply, LLC*.  As such, I have knowledge of the facts set forth herein.

2. I hereby certify that on November 13, 2009, I caused a true and correct copy of the following document(s) to be served upon the parties indicated on the attached service list, in the manner listed therein:

    *a.* *Optim Energy Marketing and Trading, LLC's (f/k/a EnergyCo Marketing and Trading, LLC) Limited Objection to Debtors' Motion, Pursuant to Bankruptcy Rule 2004, for an Order Granting Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities.*

  I hereby certify that the foregoing statements made by me are true to the best of my knowledge and belief.  If any statement made by me is willfully false, I understand I am subject to the penalty of perjury.


                */s/ Kim Marie LaFiura*
                Kim Marie LaFiura, Paralegal

Dated:  November 16, 2009

# SERVICE LIST

*Via First Class Mail*

**Honorable James M. Peck**
United States Bankruptcy Court
for the Southern District of New York
One Bowling Green, Courtroom 601
New York, NY 10004

**Richard P. Krasnow, Esq.**
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

**Harvey R. Miller**
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

**Jacqueline Marcus, Esq.**
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

**Shai Y. Waisman, Esq.**
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

**Lori R. Fife, Esq.**
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

**Tracy Hope Davis**
Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

**Linda Riffkin**
Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

**Brian Masumoto**
Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

**Andy Velez-Rivera**
Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

**Paul Schwartzberg**
Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

**Dennis O'Donnell, Esq.**
Milbank, Tweed, Hadley
   & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

**Evan Fleck, Esq.**
Milbank, Tweed, Hadley
   & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

**Dennis F. Dunne, Esq.**
Milbank, Tweed, Hadley
   & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

**Luc A. Despins**
Milbank, Tweed, Hadley
   & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

**Lindsee P. Granfield, Esq.**
Cleary Gotliebb LLP
One Liberty Plaza
New York, NY 10006

**Lisa Schweiger, Esq.**
Cleary Gotliebb LLP
One Liberty Plaza
New York, NY 10006

**Robinson B. Lacy, Esq.**
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

**Hydee R. Feldstein, Esq.**
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

**Bradford M. Berry**
Office of General Counsel Commodity
Futures Trading Commission
1155 21st Street, NW
Washington, DC 20581

**James Kobak**
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

**Chicago Mercantile Exchange**
20 South Wacker Drive
Chicago, IL 20581

**James Kobak**
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

**Ronald J. Silverman**
Bingham McCutchen, LLP
399 Park Avenue
New York, NY 10022-4689

**Kenneth J. Caputo**
805 Fifteenth Street, NW
Washington DC 20005-2207

**Epiq Bankruptcy Solutions, LLC**
Claims Agent
(f/k/a Bankruptcy Services LLC)
757 Third Avenue, 3rd Floor
New York, NY 10017

**George A. Davis**
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

**Alan E. Marder**
Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
PO Box 9194
Garden City, NY 11530

**James Shenwick**
Shenwick & Associates
655 Third Avenue, 20th Floor
New York, NY 10017

**Scott Talmadge**
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022

**Lehman Brothers Holdings Inc.**
745 Seventh Avenue
New York, NY 10019

**Paul Arozon**
Milbank, Tweed, Hadley & McCloy
601 S. Figueroa Street, 30th Floor
Los Angeles, CA 90017

**Security and Exchange Commission**
Attention: Bankruptcy Department
7 World Trade Center, 13th Floor
New York, NY 10007

**Internal Revenue Service**
Attention: Bankruptcy Department
120 Church Street, 3rd Floor
New York, NY 10008

**United States Attorney**
One St. Andrew's Plaza
New York, NY 10007

*Via the Court's Electronic Filing System:*

All parties who receive notice through the Court's electronic filing system.