**LOWENSTEIN SANDLER PC**
Michael S. Etkin, Esq.
S. Jason Teele, Esq.
1251 Avenue of the Americas, 18th Floor
New York, New York 10022

-- and --

65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500 (Telephone)
973.597.2400 (Facsimile)

*Counsel to First Choice Power, L.P.*

### IN THE UNITED STATES BANKRUPTCY
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | Case No. 08-13555 (JMP) <br> Jointly Administered |
| Debtor. | |

### CERTIFICATION OF SERVICE

**Kim Marie LaFiura**, being of full age, hereby certifies as follows:

1. I am a paralegal employed by the law firm of Lowenstein Sandler, PC, attorneys for First Choice Power, L.P. As such, I have knowledge of the facts set forth herein.

2. I hereby certify that on November 13, 2009, I caused a true and correct copy of the following document(s) to be served upon the parties indicated on the attached service list, in the manner listed therein:

      a.  *First Choice Power, LP.'s Joinder in Limited Objection by Optim Energy Marketing andT rading, LLC (f/k/a EnergyCo Marketing and Trading, LLC) to Debtors' Motion, Pursuant to Bankruptcy Rule 2004, for an Order Granting Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities.*

  I hereby certify that the foregoing statements made by me are true to the best of my knowledge and belief. If any statement made by me is willfully false, I understand I am subject to the penalty of perjury.

                         */s/ Kim Marie LaFiura*
                         Kim Marie LaFiura, Paralegal

Dated: November 16, 2009

# SERVICE LIST

*Via First Class Mail*

**Honorable James M. Peck**
**United States Bankruptcy Court**
**for the Southern District of New York**
**One Bowling Green, Courtroom 601**
**New York, NY 10004**

**Richard P. Krasnow, Esq.**
**Weil Gotshal & Manges LLP**
**767 Fifth Avenue**
**New York, NY 10153**

**Harvey R. Miller**
**Weil Gotshal & Manges LLP**
**767 Fifth Avenue**
**New York, NY 10153**

**Jacqueline Marcus, Esq.**
**Weil Gotshal & Manges LLP**
**767 Fifth Avenue**
**New York, NY 10153**

**Shai Y. Waisman, Esq.**
**Weil Gotshal & Manges LLP**
**767 Fifth Avenue**
**New York, NY 10153**

**Lori R. Fife, Esq.**
**Weil Gotshal & Manges LLP**
**767 Fifth Avenue**
**New York, NY 10153**

**Tracy Hope Davis**
**Office of the United States Trustee**
**for the Southern District of New York**
**33 Whitehall Street, 21st Floor**
**New York, NY 10004**

**Linda Riffkin**
**Office of the United States Trustee**
**for the Southern District of New York**
**33 Whitehall Street, 21st Floor**
**New York, NY 10004**

**Brian Masumoto**
**Office of the United States Trustee**
**for the Southern District of New York**
**33 Whitehall Street, 21st Floor**
**New York, NY 10004**

**Andy Velez-Rivera**
**Office of the United States Trustee**
**for the Southern District of New York**
**33 Whitehall Street, 21st Floor**
**New York, NY 10004**

**Paul Schwartzberg**
**Office of the United States Trustee**
**for the Southern District of New York**
**33 Whitehall Street, 21st Floor**
**New York, NY 10004**

**Dennis O'Donnell, Esq.**
**Milbank, Tweed, Hadley**
**  & McCloy LLP**
**1 Chase Manhattan Plaza**
**New York, NY 10005**

**Evan Fleck, Esq.**
**Milbank, Tweed, Hadley**
**  & McCloy LLP**
**1 Chase Manhattan Plaza**
**New York, NY 10005**

**Dennis F. Dunne, Esq.**
**Milbank, Tweed, Hadley**
**  & McCloy LLP**
**1 Chase Manhattan Plaza**
**New York, NY 10005**

**Luc A. Despins**
**Milbank, Tweed, Hadley**
**  & McCloy LLP**
**1 Chase Manhattan Plaza**
**New York, NY 10005**

**Lindsee P. Granfield, Esq.**
**Cleary Gotliebb LLP**
**One Liberty Plaza**
**New York, NY 10006**

**Lisa Schweiger, Esq.**
**Cleary Gotliebb LLP**
**One Liberty Plaza**
**New York, NY 10006**

**Robinson B. Lacy, Esq.**
**Sullivan & Cromwell LLP**
**125 Broad Street**
**New York, NY 10004**

**Hydee R. Feldstein, Esq.**
**Sullivan & Cromwell LLP**
**125 Broad Street**
**New York, NY 10004**

**Bradford M. Berry**
**Office of General Counsel Commodity**
**Futures Trading Commission**
**1155 21st Street, NW**
**Washington, DC 20581**

**James Kobak**
**Hughes Hubbard & Reed LLP**
**One Battery Park Plaza**
**New York, NY 10004**

| | | |
|---|---|---|
| **Chicago Mercantile Exchange**<br>20 South Wacker Drive<br>Chicago, IL 20581 | **James Kobak**<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004 | **Ronald J. Silverman**<br>Bingham McCutchen, LLP<br>399 Park Avenue<br>New York, NY 10022-4689 |
| **Kenneth J. Caputo**<br>805 Fifteenth Street, NW<br>Washington DC 20005-2207 | **Epiq Bankruptcy Solutions, LLC**<br>Claims Agent<br>(f/k/a Bankruptcy Services LLC)<br>757 Third Avenue, 3rd Floor<br>New York, NY 10017 | **George A. Davis**<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281 |
| **Alan E. Marder**<br>Meyer, Suozzi, English & Klein, P.C.<br>990 Stewart Avenue, Suite 300<br>PO Box 9194<br>Garden City, NY 11530 | **James Shenwick**<br>Shenwick & Associates<br>655 Third Avenue, 20th Floor<br>New York, NY 10017 | **Scott Talmadge**<br>Kaye Scholer, LLP<br>425 Park Avenue<br>New York, NY 10022 |
| **Lehman Brothers Holdings Inc.**<br>745 Seventh Avenue<br>New York, NY 10019 | **Paul Arozon**<br>Milbank, Tweed, Hadley & McCloy<br>601 S. Figueroa Street, 30th Floor<br>Los Angeles, CA 90017 | **Security and Exchange Commission**<br>Attention: Bankruptcy Department<br>7 World Trade Center, 13th Floor<br>New York, NY 10007 |
| **Internal Revenue Service**<br>Attention: Bankruptcy Department<br>120 Church Street, 3rd Floor<br>New York, NY 10008 | **United States Attorney**<br>One St. Andrew's Plaza<br>New York, NY 10007 | |

*Via the Court's Electronic Filing System:*

All parties who receive notice through the Court's electronic filing system.