CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Thomas J. Moloney
Sean A. O'Neal

*Attorneys for PB Capital Corporation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | <u>CERTIFICATE OF SERVICE</u> |

-------------------------------------------------------------------x

I, Andrew M. Scott, an attorney admitted to practice in the State of New York and

the Assistant Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby

certify that:

On the 13th day of November 2009, PB Capital's Reply to Objection to the

Motion of PB Capital to Include Certain European Medium Term Notes in the Lehman Program

Securities List or, Alternatively, to Deem Such Claims to be Timely Filed by the Securities

Programs Bar Date with Exhibits A through D was served by hand and by Federal Express, as

indicated, upon:

**<u>BY HAND</u>**

The Office of the United States Trustee
for the Southern District of New York
Andy Velez-Rivera, Esq.,
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.
33 Whitehall Street, 21st Floor
New York, NY 10004

**<u>BY FEDERAL EXPRESS</u>**

Weil Gotshal & Manges LLP
Shai Waisman, Esq.
Lori R. Fife, Esq.
Richard Krasnow, Esq.
Robert J. Lemons, Esq.
Jacqueline Marcus, Esq.
767 Fifth Ave
New York NY 10153
*Attorney for the Debtors*

Milbank, Tweed, Hadley & McCloy, LLP
Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Wilbur F. Foster, Jr., Esq.
Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York, New York 10005

Milbank, Tweed, Hadley & McCloy, LLP
David S. Cohen, Esq.
850 K Street N.W., Suite 1100
Washington, D.C. 20006

White & Case LLP
J. Christopher Shore, Esq.
Lisa Thompson, Esq
155 Avenue of the Americas
New York, New York 10036- 2787

Dewey & LeBoeuf LLP
Martin Bienenstock, Esq.
1301 Avenue of the Americas
New York, New York 10019-6092

Hughes Hubbard & Reed, LLP
James W. Giddens, Esq.
Jeffrey S. Margolin, Esq.
One Battery Park Plaza
New York, New York 10004

Dated:  New York, New York
        November 13, 2009

        ____/s/Andrew M. Scott_____
                Andrew M. Scott

2