Michael S. Feldberg
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 610 6300

*Attorneys for Barclays Capital Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
                                          :
In re                                     :    Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :    08-13555 (JMP)
                                          :
    Debtors.                              :    (Jointly Administered)
                                          :
-----------------------------------------------------------------x

**NOTICE OF WITHDRAWAL**

**PLEASE TAKE NOTICE** that Barclays Capital Inc.'s motion under Federal Rule of Civil Procedure 60(b), made applicable to bankruptcy cases by Federal Rule of Bankruptcy Procedure 9024, for relief concerning the American Express contracts erroneously posted with the closing date contracts (Docket No. 959) is hereby withdrawn.

Dated:  New York, New York
        November 16, 2009

                                    Respectfully submitted,

                                    Allen & Overy LLP

                                    By: /s/ Michael S. Feldberg
                                        Michael S. Feldberg

                                    1221 Avenue of the Americas
                                    New York, NY 10020
                                    Tel: (212) 610 6300
                                    Facsimile: (212) 610 6399

                                    *Attorneys for Barclays Capital Inc.*