David J. Molton, Esq. (DM 1106)
Andrew Dash, Esq. (AD 7913)
**BROWN RUDNICK LLP**
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

*Counsel to Newport Global Opportunities Fund LP, Newport Global Credit Fund (Master) L.P., PEP Credit Investor L.P. and Providence TMT Special Situations Fund L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :    Case No. 08-13555 (JMP)
                                                            :
                              Debtors.                      :    (Jointly Administered)
------------------------------------------------------------x
                                                            :
SECURITIES INVESTOR PROTECTION                              :
CORPORATION,                                                :
                                                            :
                              Plaintiff,                    :
                                                            :
            v.                                              :    Case No. 08-01420 (JMP) SIPA
                                                            :
LEHMAN BROTHERS INC.,                                       :
                                                            :
                              Debtor.                       :
------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Christopher Michael Lau Kamg being duly sworn, deposes and says: I am not a party to the within action, am over 18 years of age and reside in Brooklyn, New York.

8230906

On the 16th of November, 2009, I caused to be served a true copy of the *Notice of Adjournment of Hearing On Motion of Newport Global Opportunities Fund LP, Newport Global Credit Fund (Master) L.P., PEP Credit Investor L.P. And Providence TMT Special Situations Fund L.P. For Leave To Conduct Rule 2004 Discovery of Lehman Brothers, Inc. And SIPA Trustee* on the parties listed on the attached Exhibit A by first class mail.

    /s/ Christopher Michael Lau Kamg  
Christopher Michael Lau Kamg

Sworn to before me this  
16th day of November, 2009.

  /s/ Vicki A. Goldstein  
Notary Public

No. 01G05078233  
Qualified in Queens County  
Commission Expires May 19, 2011

United States Bankruptcy Court
Southern District of New York
One Bowling Green
Attn: Honorable James M. Peck
New York, New York 10004

Hughes Hubbard & Reed LLP
Attn: Christopher K. Kiplok
Jeffrey S. Margolin
One Battery Park Plaza
New York, New York  10004

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis F. Dunne
Evan Fleck
Dennis O' Donnell
One Chase Manhattan Plaza
New York, New York 10005

Weil Gotshal & Manges LLP
Attn: Lori Fife
Richard Krasnow
Jacqueline Marcus
Shai Waisman
767 Fifth Avenue
New York, New York 10153

Office of the United States Trustee
Attn: Tracy Hope Davis
Brian Masumoto
Linda Rifkin
Paul Schwartzberg
Andrew D. Velez-Rivera
33 Whitehall Street, 21st Floor
New York, New York 10004