UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

**PLEASE TAKE NOTICE** that ETHIAS SA hereby withdraws its Proof of Claim against Lehman Brothers Holdings Inc. (as guarantor), Case No. 08-13555 (JMP), Claim No. 32108, with undetermined amount (the "Claim"). The Claim was filed on 22 September 2009.

Dated: Brussels (Belgium)
23 October 2009

ETHIAS SA

Represented by: Bird & Bird LLP by Mr. Paul Hermant
Title: Proxyholder

FILED / RECEIVED
OCT 30 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

**PLEASE TAKE NOTICE** that ETHIAS SA hereby withdraws its Proof of Claim against Lehman Brothers Holdings Inc. (as guarantor), Case No. 08-13555 (JMP), Claim No. 27221, with undetermined amount (the "Claim"). The Claim was filed on 22 September 2009.

Dated: Brussels (Belgium)
23 October 2009

ETHIAS SA

Represented by: Bird & Bird LLP by Mr. Paul Hermant
Title: Proxyholder

FILED / RECEIVED
OCT 3 0 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

**PLEASE TAKE NOTICE** that ETHIAS SA hereby withdraws its Proof of Claim against Lehman Brothers Holdings Inc. (as guarantor), Case No. 08-13555 (JMP), Claim No. 32109, with undetermined amount (the "Claim"). The Claim was filed on 22 September 2009.

Dated: Brussels (Belgium)
       23 October 2009

ETHIAS SA

_____
Represented by: Bird & Bird LLP by Mr. Paul Hermant
Title: Proxyholder

FILED / RECEIVED
OCT 30 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

# HAND DELIVERY

11:40 am
TIME

10/30/09
DATE

Bodnar
RECEIVED BY: