

**KPMG Rechtsanwaltsgesellschaft mbH**  Münzgasse 2        T 0341 22572-500
                                        04107 Leipzig     F 0341 22572-510
                                        Postfach 30 15 52  www.kpmg-law.de
                                        04257 Leipzig

Lehman Brothers Holdings Claims                              23th July 2009
Processing Center                                            03938-08 FHO / kl
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076                          Dr. Torsten Wielsch / Falk Hoffmann
New York, NY 10150-5076                              telephone: +49 341 22572-552
                                                          fax: +49 341 22572-510
USA                                                  falkhoffmann@kpmg-law.com

**insolvency of Lehman Brothers Bankhaus AG, Germany**
**claim number: 6319**

Dear Sir or Madam,

With regard to the aforementioned matter we would like to withdraw our proof of claim dated 23 July 2009 amounting up to US$ 15,818.17.

If you have any further queries, please do not hesitate to contact us.

Best regards,
KPMG Rechtsanwaltsgesellschaft mbH

Dr. Claudia Nerius                     Falk Hoffmann
Rechtsanwältin                         Rechtsanwalt

Geschäftsführer:      Sitz: Stuttgart           Bankverbindung:
Dipl.-Kfm. RA StB     Handelsregister: Stuttgart   Deutsche Bank AG,
                      (HRB 721235)              Berlin, 061956900
                                                BLZ 100 700 00, IBAN:
                                                DE 46 1007 0000 0061 9569 00