WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : 08-13555 (JMP)
: 
Debtors. : (Jointly Administered)
: 
---------------------------------------------------------------x

**MONTHLY REPORT OF ASSETS DISPOSED OF PURSUANT**
**TO THE *DE MINIMIS* ASSET SALE OR ABANDONMENT PROCEDURES**

In compliance with the Order Pursuant to Sections 105, 363, and 554(a) of

the Bankruptcy Code Establishing Procedures for *De Minimis* Asset Sales and

Abandonments entered by the United States Bankruptcy Court for the Southern District

of New York on June 17, 2009 [Docket No. 4021], the above-captioned debtors and

debtors in possession have disposed of the assets described on Exhibit A (sales) and

Exhibit B (abandonments) attached hereto following notice to the Interested Parties[1] and

---

[1] Capitalized terms that are used but not defined herein shall have the meanings ascribed to them in the Sale and Abandonment Order.

the expiration of the applicable Notice Period without objection by an Interested Party.

Dated: November 16, 2009
New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**Exhibit A**

(Schedule of Assets Disposed of Pursuant to the *De Minimis* Sale Procedures)

| Description of the Asset | Location of the Asset | Purchaser | Relationship Between Purchaser and the Debtors | Lien or Encumbrance Holders | Terms and Conditions of the Noticed *De Minimis* Sale |
|---|---|---|---|---|---|
| Residential Real Property | 32943 Edinborough Way, Menifee, CA 92584 | Albert & Margaret Recio | none | none | $310,000.00 |
| Residential Real Property | 14 Putnam Lane, Danvers, MA 01923 | Edward Wisniewski | none | none | $335,000.00 |
| Residential Real Property | 2646 Spruce St., Union, NJ 07083 | William Hanson and Yvette Petion | none | none | $390,000.00 |
| Residential Real Property | 532 Roff Ave., Palisades Park, NJ 07650 | Mr. Gelestathis | none | none | $416,000.00 |
| Residential Real Property | 9042 Bennett Ave., Evanston, IL 07650 | Nabeel Sayed | none | none | $551,000.00 |
| Residential Real Property | 411 161st Ave., Redington Beach, FL 33708 | Blao Yuan He | none | none | $323,650.00 |
| Residential Real Property | 7447 & 7447 1/2 Whitmore St., Rosemead, CA 91770 | Amanda Walker | none | none | $360,050.00 |
| Residential Real Property | 1742 Southgate Street, Hayward, CA | Alfred and Bonita Henry | none | none | $330,000.00 |
| Residential Real Property | 5833 Sonoma Highway, Santa Rosa, CA | Rick Coleman | none | none | $342,000.00 |
| Residential Real Property | 19450 SW 54th Street, Miramar, FL | Suresh Marri and Srinidhi Kallem | none | none | $560,000.00 |
| Residential Real Property | 1831 Wabasso Way, Glendale, CA | Mike Tarakhchyan & Tatevik Karsian | none | none | $360,050.00 |
| Residential Real Property | 5833 Sonoma Highway, Santa Rosa, CA | Christopher Fritz | none | none | $356,000.00 |

| Description of the Asset | Location of the Asset | Purchaser | Relationship Between Purchaser and the Debtors | Lien or Encumbrance Holders | Terms and Conditions of the Noticed *De Minimis* Sale |
|---|---|---|---|---|---|
| Residential Real Property | 67 Sharrotts Rd. Staten Island, NY | Namery Sadik | none | none | $430,000.00 |
| Residential Real Property | 19612 Anadale Dr., Tarzana, CA | Doreh Derakhshan | none | none | $820,000.00 |
| Residential Real Property | 1130 East Lemon Ave., Monrovia, CA | Ridgeside Homes, Inc | none | none | $375,000.00 |
| Residential Real Property | 4 Friendly Court, Redwood City, CA | David Rodden | none | none | $425,000.00 |
| Residential Real Property | 1742 Southgate St., Hayward, CA | Tommy Malone | none | none | $325,000.00 |
| Residential Real Property | 3 North Hill Dr., Lynnfield, MA | Frederick E Fairfield | none | none | $800,000.00 |

## **Exhibit B**

(Schedule of Assets Disposed of Pursuant to the *De Minimis* Abandonment Procedures)

| Description of the Asset | Reason for the Abandonment | Party to Whom the Asset was Abandoned |
|---|---|---|
| The 25th Street Armory by Joseph Solman (Artwork) | The Asset was missing prior to the commencement of the Debtors' chapter 11 cases. The Debtors believe that the cost and expense of pursuing the Asset would exceed the value that would be realized from a sale of the Asset. | Unknown |
| Bug World Series III by Raphael Collazo (Artwork) | same | Unknown |
| New City by Perle Fine (Artwork) | same | Unknown |
| Red Oval by Ilya Bolotowsky (Artwork) | same | Unknown |
| Bug World Series II by Raphael Collazo (Artwork) | same | Unknown |
| The One by David Opdyke (Artwork) | same | Unknown |
| Man of Characters by Brian Tolle (Artwork) | same | Unknown |
| Unknown by E.L. (Artwork) | same | Unknown |
| Unknown by E.L. (Artwork) | same | Unknown |
| Digital No 04-CO2, 2004 by Wang Tiande (Artwork) | Following the sale of the Debtors' Investment Management Division, title to the Asset is uncertain. The Debtors believe that the time and expense of retrieving and determining ownership of the Asset would exceed the value that would be realized from a sale of the Asset. | Neuberger Berman LLC |