Dennis F. Dunne
Dennis O'Donnell
Evan R. Fleck
MILBANK, TWEED, HADLEY & M$^c$CLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: (212) 530-5000

-and-

Paul Aronzon
MILBANK, TWEED, HADLEY & M$^c$CLOY LLP
601 South Figueroa Street, 30th Floor
Los Angeles, California 90017
Telephone: (213) 892-4000

Counsel for Official Committee of Unsecured Creditors
of Lehman Brothers Holdings Inc., et al.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                            :
In re:                                                      :    Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,  :    08-13555 (JMP)
                                                            :
            Debtors.                                        :    (Jointly Administered)
                                                            :
------------------------------------------------------------ x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) SS.:
COUNTY OF NEW YORK   )

       CHARMAINE M. THOMAS, being duly sworn, deposes and says:

       I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases. I am employed by the law firm of Milbank, Tweed, Hadley & M$^c$Cloy LLP, Counsel for Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al. in the above-captioned case.

       On the 13th of November, 2009, I caused a copy of the following document:

JOINDER OF OFFICIAL COMMITTEE OF UNSECURED
CREDITORS TO DEBTORS' OBJECTION TO MOTION OF
BANESCO BANCO UNIVERSAL REQUIRING LEHMAN
BROTHERS HOLDINGS INC. TO PROVIDE REQUESTED
INFORMATION AND TO DEEM CLAIM TO BE TIMELY FILED BY
THE SECURITIES PROGRAM BAR DATE**,**

to be served upon the parties identified on Exhibit A attached hereto by electronic mail, to be served upon the parties listed on Exhibit B attached hereto by facsimile, and to be served upon the parties listed on Exhibit C attached hereto by United States Postal Service for delivery by first class mail.

      /s/ Charmaine M. Thomas
      CHARMAINE M. THOMAS

SWORN TO AND SUBSCRIBED before
me this 16th day of November, 2009

  /s/ Rena K. Ceron
Rena K. Ceron
Notary Public, State of New York
No. 01CE6028430
Qualified in Queens County
Certificate Filed in New York County
Commission Expires Feb. 1, 2010

# Exhibit A

'Richard.krasnow@weil.com'; 'Lori.fife@weil.com'; 'Shai.waisman@weil.com'; 'Jacqueline.marcus@weil.com'; 'aaaronson@dilworthlaw.com'; 'aalfonso@kayescholer.com'; 'abraunstein@riemerlaw.com'; 'acaton@kramerlevin.com'; 'acker@chapman.com'; 'adarwin@nixonpeabody.com'; 'adg@adorno.com'; 'Adiamond@DiamondMcCarthy.com'; 'aeckstein@blankrome.com'; 'aentwistle@entwistle-law.com'; 'afriedman@irell.com'; 'agbanknewyork@ag.tn.gov'; 'aglenn@kasowitz.com'; 'agold@herrick.com'; 'agolianopoulos@mayerbrown.com'; 'ahammer@freebornpeters.com'; 'aisenberg@saul.com'; 'akantesaria@oppenheimerfunds.com'; 'akihiko_yagyuu@chuomitsui.jp'; 'alex.torres@infospace.com'; 'amarder@msek.com'; 'AMcMullen@BoultCummings.com'; 'amenard@tishmanspeyer.com'; 'Andrew.Brozman@cliffordchance.com'; 'andrew.lourie@kobrekim.com'; 'angelich.george@arentfox.com'; 'ann.reynaud@shell.com'; 'anthony_boccanfuso@aporter.com'; 'aoberry@bermanesq.com'; 'apo@stevenslee.com'; 'aquale@sidley.com'; 'araboy@cov.com'; 'arahl@reedsmith.com'; 'arheaume@riemerlaw.com'; 'arlbank@pbfcm.com'; 'arosenblatt@chadbourne.com'; 'arthur.rosenberg@hklaw.com'; 'arwolf@wlrk.com'; 'aseuffert@lawpost-nyc.com'; 'ashmead@sewkis.com'; 'asnow@ssbb.com'; 'atrehan@mayerbrown.com'; 'aunger@sidley.com'; 'austin.bankruptcy@publicans.com'; 'avenes@whitecase.com'; 'avi.gesser@dpw.com'; 'awasserman@lockelord.com'; 'azylberberg@whitecase.com'; 'bankr@zuckerman.com'; 'bankruptcy@goodwin.com'; 'bankruptcy@morrisoncohen.com'; 'bankruptcymatters@us.nomura.com'; 'barbra.parlin@hklaw.com'; 'bbisignani@postschell.com'; 'bdk@schlamstone.com'; 'bguiney@pbwt.com'; 'bhinerfeld@sbtklaw.com'; 'bill.freeman@pillsburylaw.com'; 'bmanne@tuckerlaw.com'; 'BMiller@mofo.com'; 'boneill@kramerlevin.com'; 'bpershkow@profunds.com'; 'Brian.Corey@greentreecreditsolutions.com'; 'bromano@willkie.com'; 'broy@rltlawfirm.com'; 'bspector@jsslaw.com'; 'btrust@mayerbrown.com'; 'btupi@tuckerlaw.com'; 'bturk@tishmanspeyer.com'; 'bwolfe@sheppardmullin.com'; 'bzabarauskas@crowell.com'; 'cahn@clm.com'; 'canelas@pursuitpartners.com'; 'carlin@thshlaw.com'; 'carol.weinerlevy@bingham.com'; 'cbelisle@wfw.com'; 'cbelmonte@ssbb.com'; 'cbrotstein@bm.net'; 'cgoldstein@stcwlaw.com'; 'chammerman@paulweiss.com'; 'charles@filardi-law.com'; 'charles_malloy@aporter.com'; 'chipford@parkerpoe.com'; 'chris.donoho@lovells.com'; 'clynch@reedsmith.com'; 'cmontgomery@salans.com'; 'CMTB_LC11@chuomitsui.jp'; 'cohenr@sewkis.com'; 'contact@lawofficesjje.com'; 'cp@stevenslee.com'; 'cpappas@dilworthlaw.com'; 'crmomjian@attorneygeneral.gov'; 'crogers@orrick.com'; 'cs@stevenslee.com'; 'cschreiber@winston.com'; 'cshore@whitecase.com'; 'cshulman@sheppardmullin.com'; 'ctatelbaum@adorno.com'; 'cward@polsinelli.com'; 'cweber@ebg-law.com'; 'cweiss@ingramllp.com'; 'dallas.bankruptcy@publicans.com'; 'daniel.guyder@allenovery.com'; 'danna.drori@usdoj.gov'; 'david.bennett@tklaw.com'; 'david.crichlow@pillsburylaw.com'; 'david.heller@lw.com'; 'davids@blbglaw.com'; 'davidwheeler@mvalaw.com'; 'dbalog@intersil.com'; 'dbarber@bsblawyers.com'; 'dbaumstein@whitecase.com'; 'dbesikof@loeb.com'; 'dcimo@gjb-law.com'; 'dckaufman@hhlaw.com'; 'dcoffino@cov.com'; 'dcrapo@gibbonslaw.com'; 'ddavis@paulweiss.com'; 'ddrebsky@nixonpeabody.com'; 'deborah.saltzman@dlapiper.com'; 'deggermann@kramerlevin.com'; 'deggert@freebornpeters.com'; 'demetra.liggins@tklaw.com'; 'deryck.palmer@cwt.com'; 'dfelder@orrick.com'; 'dflanigan@polsinelli.com'; 'dfriedman@kasowitz.com'; 'dgrimes@reedsmith.com'; 'dhayes@mcguirewoods.com'; 'dheffer@foley.com'; 'diconzam@gtlaw.com'; 'dirk.roberts@ots.treas.gov'; 'dkleiner@velaw.com'; 'dkozusko@willkie.com'; 'dladdin@agg.com'; 'dlemay@chadbourne.com'; 'dlipke@vedderprice.com'; 'dludman@brownconnery.com'; 'dmcguire@winston.com'; 'dmurray@jenner.com'; 'dneier@winston.com'; 'douglas.bacon@lw.com';

'douglas.mcgill@dbr.com'; 'dove.michelle@dorsey.com'; 'DPiazza@HodgsonRuss.com'; 'dravin@wolffsamson.com'; 'drose@pryorcashman.com'; 'drosenzweig@fulbright.com'; 'drosner@goulstonstorrs.com'; 'drosner@kasowitz.com'; 'dshemano@pwkllp.com'; 'dtatge@ebglaw.com'; 'dwdykhouse@pbwt.com'; 'dwildes@stroock.com'; 'dworkman@bakerlaw.com'; 'easmith@venable.com'; 'echang@steinlubin.com'; 'ecohen@russell.com'; 'efile@willaw.com'; 'efriedman@friedumspring.com'; 'egeekie@schiffhardin.com'; 'eglas@mccarter.com'; 'ehollander@whitecase.com'; 'ekbergc@lanepowell.com'; 'eli.mattioli@klgates.com'; 'elizabeth.harris@klgates.com'; 'ellen.halstead@cwt.com'; 'eobrien@sbchlaw.com'; 'eric.johnson@hro.com'; 'eschaffer@reedsmith.com'; 'eschwartz@contrariancapital.com'; 'esmith@dl.com'; 'ezavalkoff-babej@vedderprice.com'; 'ezujkowski@emmetmarvin.com'; 'ezweig@optonline.net'; 'fbp@ppgms.com'; 'fdellamore@jaspanllp.com'; 'feldsteinh@sullcrom.com'; 'ffm@bostonbusinesslaw.com'; 'fhyman@mayerbrown.com'; 'fishere@butzel.com'; 'francois.janson@hklaw.com'; 'frank.white@agg.com'; 'fred.berg@rvblaw.com'; 'fsosnick@shearman.com'; 'fyates@sonnenschein.com'; 'gabriel.delvirginia@verizon.net'; 'GGraber@HodgsonRuss.com'; 'giaimo.christopher@arentfox.com'; 'giddens@hugheshubbard.com'; 'gkaden@goulstonstorrs.com'; 'glenn.siegel@dechert.com'; 'gmoss@riemerlaw.com'; 'gravert@mwe.com'; 'gschiller@zeislaw.com'; 'gspilsbury@jsslaw.com'; 'guzzi@whitecase.com'; 'harrisjm@michigan.gov'; 'harveystrickon@paulhastings.com'; 'heim.steve@dorsey.com'; 'heiser@chapman.com'; 'hirsch.robert@arentfox.com'; 'hollace.cohen@troutmansanders.com'; 'holsen@stroock.com'; 'howard.hawkins@cwt.com'; 'hseife@chadbourne.com'; 'hsnovikoff@wlrk.com'; 'hweg@pwkllp.com'; 'ian.levy@kobrekim.com'; 'icatto@kirkland.com'; 'igoldstein@dl.com'; 'ilevee@lowenstein.com'; 'info2@normandyhill.com'; 'ira.herman@tklaw.com'; 'isgreene@hhlaw.com'; 'israel.dahan@cwt.com'; 'iva.uroic@dechert.com'; 'jacobsonn@sec.gov'; 'jafeltman@wlrk.com'; 'james.mcclammy@dpw.com'; 'jamestecce@quinnemanuel.com'; 'jar@outtengolden.com'; 'jason.jurgens@cwt.com'; 'jatkins@duffyandatkins.com'; 'jay.hurst@oag.state.tx.us'; 'jay@kleinsolomon.com'; 'Jbecker@wilmingtontrust.com'; 'jbeemer@entwistle-law.com'; 'jbird@polsinelli.com'; 'jbromley@cgsh.com'; 'jcarberry@cl-law.com'; 'Jdrucker@coleschotz.com'; 'jdyas@halperinlaw.net'; 'jeff.wittig@coair.com'; 'jeffrey.sabin@bingham.com'; 'jeldredge@velaw.com'; 'jennifer.demarco@cliffordchance.com'; 'jennifer.gore@shell.com'; 'jeremy.eiden@state.mn.us'; 'jessica.fink@cwt.com'; 'jfalgowski@reedsmith.com'; 'jfinerty@pfeiferlaw.com'; 'jflaxer@golenbock.com'; 'jfox@joefoxlaw.com'; 'jfreeberg@wfw.com'; 'jg5786@att.com'; 'jgarrity@shearman.com'; 'jgenovese@gjb-law.com'; 'jgutmanmann@sonnenschein.com'; 'jguy@orrick.com'; 'jherzog@gklaw.com'; 'jhiggins@fdlaw.com'; 'jhorgan@phxa.com'; 'jhuggett@margolisedelstein.com'; 'jhuh@ffwplaw.com'; 'jjureller@klestadt.com'; 'jkehoe@sbtklaw.com'; 'jlamar@maynardcooper.com'; 'jlawlor@wmd-law.com'; 'jlee@foley.com'; 'jlevitin@cahill.com'; 'jlipson@crockerkuno.com'; 'jliu@dl.com'; 'jlovi@steptoe.com'; 'jlscott@reedsmith.com'; 'jmaddock@mcguirewoods.com'; 'jmazermarino@msek.com'; 'jmcginley@wilmingtontrust.com'; 'jmelko@gardere.com'; 'jmerva@fult.com'; 'jmr@msf-law.com'; 'john.mcnicholas@dlapiper.com'; 'john.monaghan@hklaw.com'; 'john.rapisardi@cwt.com'; 'joli@crlpc.com'; 'jorbach@hahnhessen.com'; 'Joseph.Cordaro@usdoj.gov'; 'joseph.scordato@dkib.com'; 'joshua.dorchak@bingham.com'; 'jowen769@yahoo.com'; 'JPintarelli@mofo.com'; 'jpintarelli@mofo.com'; 'jporter@entwistle-law.com'; 'jprol@lowenstein.com'; 'jrabinowitz@rltlawfirm.com'; 'jrsmith@hunton.com'; 'jschwartz@hahnhessen.com'; 'jsheerin@mcguirewoods.com'; 'jshickich@riddellwilliams.com'; 'jsmairo@pbnlaw.com'; 'jtimko@allenmatkins.com'; 'jtougas@mayerbrown.com'; 'judy.morse@crowedunlevy.com'; 'jwallack@goulstonstorrs.com'; 'jwang@sipc.org'; 'jweiss@gibsondunn.com'; 'jwest@velaw.com'; 'jwh@njlawfirm.com'; 'jwhitman@entwistle-law.com'; 'jwishnew@mofo.com';

'k4.nomura@aozorabank.co.jp'; 'kaf@msf-law.com'; 'karen.wagner@dpw.com';
'karol.denniston@dlapiper.com'; 'KDWBankruptcyDepartment@kelleydrye.com';
'keckhardt@hunton.com'; 'keith.simon@lw.com'; 'Ken.Coleman@allenovery.com';
'ken.higman@hp.com'; 'kgwynne@reedsmith.com'; 'kiplok@hugheshubbard.com';
'kkelly@ebglaw.com'; 'Klippman@munsch.com'; 'klyman@irell.com'; 'kmayer@mccarter.com';
'kobak@hugheshubbard.com'; 'korr@orrick.com'; 'KOstad@mofo.com';
'kovskyd@pepperlaw.com'; 'kpiper@steptoe.com'; 'kressk@pepperlaw.com';
'KReynolds@mklawnyc.com'; 'kristin.going@dbr.com'; 'krosen@lowenstein.com';
'krubin@ozcap.com'; 'kstahl@whitecase.com'; 'kurt.mayr@bgllp.com'; 'lacyr@sullcrom.com';
'Landon@StreusandLandon.com'; 'lawallf@pepperlaw.com'; 'lberkoff@moritthock.com';
'lbtancredi@venable.com'; 'Lee.Stremba@troutmansanders.com'; 'lgranfield@cgsh.com';
'lhandelsman@stroock.com'; 'linda.boyle@twtelecom.com'; 'lisa.kraidin@allenovery.com';
'LJKotler@duanemorris.com'; 'lmarinuzzi@mofo.com'; 'Lmay@coleschotz.com';
'lmcgowen@orrick.com'; 'lml@ppgms.com'; 'lnashelsky@mofo.com'; 'loizides@loizides.com';
'lromansic@steptoe.com'; 'lscarcella@farrellfritz.com'; 'lschweitzer@cgsh.com';
'lthompson@whitecase.com'; 'lubell@hugheshubbard.com'; 'lwhidden@salans.com';
'lwong@pfeiferlaw.com'; 'mabrams@willkie.com'; 'macronin@debevoise.com';
'MAOFILING@CGSH.COM'; 'Marc.Chait@standardchartered.com';
'margolin@hugheshubbard.com'; 'Marianne.Mortimer@friedfrank.com';
'mark.deveno@bingham.com'; 'mark.ellenberg@cwt.com'; 'mark.houle@pillsburylaw.com';
'mark.sherrill@sutherland.com'; 'martin.davis@ots.treas.gov'; 'Marvin.Clements@ag.tn.gov';
'masaki_konishi@noandt.com'; 'matthew.dyer@prommis.com'; 'matthew.klepper@dlapiper.com';
'matthew.morris@lovells.com'; 'Mbass@HodgsonRuss.com'; 'mbenner@tishmanspeyer.com';
'mberman@nixonpeabody.com'; 'mbienenstock@dl.com'; 'mbossi@thompsoncoburn.com';
'mcademartori@sheppardmullin.com'; 'mcordone@stradley.com'; 'mcto@debevoise.com';
'mdorval@stradley.com'; 'meltzere@pepperlaw.com'; 'metkin@lowenstein.com';
'mgordon@briggs.com'; 'mgreger@allenmatkins.com'; 'mhopkins@cov.com';
'michael.kim@kobrekim.com'; 'mimi.m.wong@irscounsel.treas.gov.'; 'mitchell.ayer@tklaw.com';
'mjacobs@pryorcashman.com'; 'mjedelman@vedderprice.com'; 'MJR1@westchestergov.com';
'mkjaer@winston.com'; 'mlahaie@akingump.com'; 'MLandman@lcbf.com';
'mmendez@hunton.com'; 'mmickey@mayerbrown.com'; 'mmooney@deilylawfirm.com';
'mmorreale@us.mufg.jp'; 'mmurphy@co.sanmateo.ca.us'; 'mneier@ibolaw.com';
'monica.lawless@brookfieldproperties.com'; 'mpage@kelleydrye.com';
'mpfeifer@pfeiferlaw.com'; 'mpucillo@bermanesq.com'; 'mrosenthal@gibsondunn.com';
'mruetzel@whitecase.com'; 'mschimel@sju.edu'; 'MSchleich@fraserstryker.com';
'mshiner@tuckerlaw.com'; 'mspeiser@stroock.com'; 'mstamer@akingump.com';
'mvenditto@reedsmith.com'; 'mwarren@mtb.com'; 'Nasreen.Bulos@dubaiic.com';
'ncoco@mwe.com'; 'neal.mann@oag.state.ny.us'; 'ned.schodek@shearman.com';
'newyork@sec.gov'; 'nfurman@scottwoodcapital.com'; 'Nherman@morganlewis.com';
'nissay_10259-0154@mhmjapan.com'; 'nlepore@schnader.com'; 'notice@bkcylaw.com';
'oipress@travelers.com'; 'omeca.nedd@lovells.com'; 'patrick.potter@pillsburylaw.com';
'paul.turner@sutherland.com'; 'pbattista@gjb-law.com'; 'pbosswick@ssbb.com';
'pdublin@akingump.com'; 'peisenberg@lockelord.com'; 'peter.gilhuly@lw.com';
'peter.simmons@friedfrank.com'; 'peter@bankrupt.com'; 'pfeldman@oshr.com';
'phayden@mcguirewoods.com'; 'pmaxcy@sonnenschein.com'; 'pnichols@whitecase.com';
'ppascuzzi@ffwplaw.com'; 'ppatterson@stradley.com'; 'psp@njlawfirm.com';
'ptrostle@jenner.com'; 'pwirt@ftportfolios.com'; 'pwright@dl.com'; 'r.stahl@stahlzelloe.com';
'raj.madan@bingham.com'; 'ramona.neal@hp.com'; 'ranjit.mather@bnymellon.com';
'rbeacher@daypitney.com'; 'rbernard@bakerlaw.com'; 'rbyman@jenner.com';
'rchoi@kayescholer.com'; 'rdaversa@orrick.com'; 'relgidely@gjb-law.com';
'rfleischer@pryorcashman.com'; 'rfrankel@orrick.com'; 'rfriedman@silvermanacampora.com';

3

'rgmason@wlrk.com'; 'rgraham@whitecase.com'; 'rhett.campbell@tklaw.com';
'richard.lear@hklaw.com'; 'richard.levy@lw.com'; 'ritkin@steptoe.com';
'RJones@BoultCummings.com'; 'RLevin@cravath.com'; 'rmatzat@hahnhessen.com';
'rmunsch@munsch.com'; 'rnetzer@willkie.com'; 'rnies@wolffsamson.com';
'rnorton@hunton.com'; 'robert.bailey@bnymellon.com'; 'robert.dombroff@bingham.com';
'robert.henoch@kobrekim.com'; 'robert.malone@dbr.com'; 'Robert.yalen@usdoj.gov';
'robertdakis@quinnemanuel.com'; 'Robin.Keller@Lovells.com';
'ronald.silverman@bingham.com'; 'rreid@sheppardmullin.com'; 'rroupinian@outtengolden.com';
'rterenzi@stcwlaw.com'; 'RTrust@cravath.com'; 'rwasserman@cftc.gov'; 'rwyron@orrick.com';
's.minehan@aozorabank.co.jp'; 'sabin.willett@bingham.com'; 'sabramowitz@velaw.com';
'sagolden@hhlaw.com'; 'Sally.Henry@skadden.com'; 'sandyscafaria@eaton.com';
'Sara.Tapinekis@cliffordchance.com'; 'sbernstein@hunton.com'; 'schannej@pepperlaw.com';
'schapman@willkie.com'; 'Schepis@pursuitpartners.com'; 'schnabel.eric@dorsey.com';
'schristianson@buchalter.com'; 'scottshelley@quinnemanuel.com';
'scousins@armstrongteasdale.com'; 'sdnyecf@dor.mo.gov'; 'sean@blbglaw.com';
'sehlers@armstrongteasdale.com'; 'sfelderstein@ffwplaw.com'; 'sfineman@lchb.com';
'sfox@mcguirewoods.com'; 'sgordon@cahill.com'; 'sgubner@ebg-law.com'; 'sharbeck@sipc.org';
'shari.leventhal@ny.frb.org'; 'sheehan@txschoollaw.com'; 'shgross5@yahoo.com';
'shumaker@pursuitpartners.com'; 'shumaker@pursuitpartners.com'; 'sidorsky@butzel.com';
'slerner@ssd.com'; 'SLoden@DiamondMcCarthy.com'; 'smayerson@ssd.com';
'smillman@stroock.com'; 'smulligan@bsblawyers.com'; 'snewman@katskykorins.com';
'sory@fdlaw.com'; 'spiotto@chapman.com'; 'splatzer@platzerlaw.com'; 'SRee@lcbf.com';
'sselbst@herrick.com'; 'sshimshak@paulweiss.com'; 'steele@lowenstein.com';
'stephanie.wickouski@dbr.com'; 'steve.ginther@dor.mo.gov'; 'steven.perlstein@kobrekim.com';
'steven.wilamowsky@bingham.com'; 'Streusand@StreusandLandon.com';
'susan.schultz@newedgegroup.com'; 'susheelkirpalani@quinnemanuel.com';
'swolowitz@mayerbrown.com'; 'szuch@wiggin.com'; 'tannweiler@greerherz.com';
'tarbit@cftc.gov'; 'tbrock@ssbb.com'; 'tduffy@duffyandatkins.com'; 'TGoren@mofo.com';
'thomas.califano@dlapiper.com'; 'Thomas_Noguerola@calpers.ca.gov';
'thomaskent@paulhastings.com'; 'timothy.brink@dlapiper.com'; 'timothy.palmer@bipc.com';
'tjfreedman@pbnlaw.com'; 'tkarcher@dl.com'; 'tkiriakos@mayerbrown.com';
'tlauria@whitecase.com'; 'tmacwright@whitecase.com'; 'tmayer@kramerlevin.com';
'tnixon@gklaw.com'; 'toby.r.rosenberg@irscounsel.treas.gov'; 'tslome@msek.com';
'ttracy@crockerkuno.com'; 'twatanabe@mofo.com'; 'twheeler@lowenstein.com';
'ukreppel@whitecase.com'; 'vdagostino@lowenstein.com'; 'Villa@StreusandLandon.com';
'vmilione@nixonpeabody.com'; 'vrubinstein@loeb.com'; 'wanda.goodloe@cbre.com';
'WBallaine@lcbf.com'; 'wbenzija@halperinlaw.net'; 'wcurchack@loeb.com';
'weguchi@orrick.com'; 'wendy.rosenthal@cliffordchance.com';
'william.m.goldman@dlapiper.com'; 'wiltenburg@hugheshubbard.com';
'wisotska@pepperlaw.com'; 'woconnor@crowell.com'; 'wsilverm@oshr.com'; 'wswearingen@llf-law.com'; 'wtaylor@mccarter.com'; 'wzoberman@bermanesq.com';
'yamashiro@sumitomotrust.co.jp'; 'robertdakis@quinnemanuel.com';
'lynne.gugenheim@cna.com'; 'Karla.Lammers@cna.com'

4

## **Exhibit B**

INTERNAL REVENUE SERVICE
Fax No.: (212) 436-1931


Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.
OFFICE OF THE UNITED STATES TRUSTEE
Fax No.: (212) 668-2255

**Exhibit C**

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Lori R. Fife, Esq.
      Richard W. Slack, Esq.
      Robert J. Lemmons, Esq.

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Andy Velez-Rivera, Esq.
       Paul Schwartzberg, Esq.
       Brian Masumoto, Esq.
       Linda Riffkin, Esq.
       Tracy Hope Davis, Esq.

Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, New York 10004
Attn: James W. Giddens, Esq.
      Jeffrey S. Margolin, Esq.

Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, New York 10112
Attn: Howard Seife, Esq.
      David LeMay, Esq.

White & Case LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Attn: J. Christopher Shore, Esq.
      Lisa Thompson, Esq.

Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, New York 10019-6092
Attn: Martin Bienenstock, Esq.