```
------------------------------------------------------------------------x
In re                                                  :    Chapter 11 Cases
                                                       :
LEHMAN BROTHERS HOLDINGS INC. et al.,                  :    08-13555 (JMP)
                                                       :
                          Debtors.                     :    Jointly Administered
------------------------------------------------------------------------x
```

## DECLARATION OF CHRISTY RIVERA

Pursuant to 28 U.S.C. §1746, Christy Rivera declares and says:

1.  I am Christy Rivera, an associate at Chadbourne & Parke LLP ("<u>Chadbourne</u>"). I am a member in good standing of the bar of the State of New York and of this Court.

2.  I submit this declaration in support of the Motion (the "<u>Motion</u>") of Banesco Banco Universal Requiring Lehman Brothers Holdings Inc. ("<u>LBHI</u>") To Provide Requested Information And To Deem Claim To Be Timely Filed By The Securities Program Bar Date.

3.  I have worked at Chadbourne since 2001, and was admitted to the bar in 2002.

4.  Chadbourne was retained by Banesco Banco Universal and its affiliates ("<u>Banesco</u>") to represent it in connection with the above-captioned chapter 11 cases. In that connection, during the first weeks of the case we reviewed certain documents provided by Banesco and met with Banesco regarding its claims.

5.  Based on the foregoing, prior to the September 22, 2008 LBHI Bar Date, I believed that the Note (defined below) was similar, if not identical to, other securities Banesco held that were subject to the Securities Program Bar Date. In particular, the two largest Banesco notes at issue in these chapter 11 cases consisted of (1) a Three-Year Venezuelan Bolivar Fuerte

NY3 - 498172.05

Linked Note, which was issued on August 14, 2006 by LBHI in the principal amount of $15,500,000, and came to maturity on January 7, 2009 (the "Note"), and (2) a One-Year Portfolio Linked Note, which was issued on December 14, 2007 in the principal amount of VEB336,000,000,000, and came to maturity on in December 2008 (the "MTN Note"). I believed that both notes had been issued under the Base Prospectus (the "Prospectus") dated July 24, 2007 governing the $100,000,000,000 Euro Medium-Term Note Program (the "MTN Program").

6.    In addition, based on a copy of the Note that we had, we did not perceive any obvious differences between the MTN Note and the Note based on their appearance. Thus, I put the Note, the MTN Note, the November and December 2007 Lehman Brothers Inc. account statements (the "Account Statements") for a brokerage account which listed various Lehman notes and ISIN numbers, and other related papers in a file entitled "Banesco -- Structured Notes." Redacted copies of the relevant pages of the Account Statements are annexed hereto as Exhibit 1.

7.    At the beginning of February 2009, I organized all of the Lehman files in my possession for various clients before going on maternity leave, and I returned from maternity leave in mid-June. At that time, it was determined that Bob Gayda would remain the associate principally responsible for Lehman matters for Banesco.

8.    The day before the relevant bar date, on September 21, 2009, Bob Gayda was seconded to work at the offices of a firm client. I took over his duties with respect to the Lehman bankruptcy cases at that time. I was generally aware that the November 2 bar date was intended to cover claims issued under the MTN Program, and I and several other associates began obtaining the account and blocking numbers referenced in the proof of claim form applicable to the November 2 bar date. In connection with that process, I was able to cross

2

NY3 - 498172.05

reference ISIN numbers we had in our possession with the MTN Note, but was unable to locate ISINs for the Note. This prompted my email to lehmanteam@weil.com on October 28, 2009, requesting assistance in locating the ISIN number and the filing of the Motion.

9. On or about November 2, 2009, it was determined that Banesco held three notes rather than four as had previously been believed -- the Note, the MTN Note and one other note issued under the MTN Program. The proof of claim filed by Banesco, and attached as Exhibit A to Banesco's Reply to Debtors' Objection to the Motion, references these three notes.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 16, 2009 in New York, New York.

                                                       */s/ Christy Rivera*
                                                        Christy Rivera

NY3 - 498172.05

## **EXHIBIT 1**

**NY3 - 498172.05**

**LEHMAN BROTHERS**

| **Brokerage account 831-03655** | BANESCO HOLDING CA 2 |
|---|---|
| | November 1 - November 30, 2007 |

page 9 of 13

## ACTIVITY

| Security transactions | Type | Trade date | Settlement date | Quantity | Price | Amount | Comment |
|---|---|---|---|---|---|---|---|
| ▬▬▬▬▬▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬▬ | ▬▬▬ | ▬▬▬ | ▬▬▬ | ▬▬ | | | ▬▬▬ |
| ▬▬▬▬▬▬▬▬▬▬▬▬ ▬▬ | ▬▬▬ | ▬▬▬ | ▬▬▬ | ▬▬▬ | ▬▬▬ | ▬▬▬ | ▬▬▬▬ ▬ ▬▬▬▬▬▬ ▬▬▬▬▬▬ ▬▬▬▬ |
| LEHMAN BROTHERS HOLDINGS INC THREE-YEAR VENEZUELAN BOLIVAR NOTES | Sold | 29 Nov 2007 | 30 Nov 2007 | ▬▬▬ | ▬▬▬ | 104,937,496.15 | DUE 11/20/2008 SECURITY IS HIGH YIELD/RISK LB MAY NOT MAKE A MARKET OR ▬▬▬▬ ▬ ▬▬▬▬▬▬ ▬▬▬▬▬▬ ▬▬▬▬ ▬▬▬▬ |
| ▬▬▬▬▬ ▬ | ▬▬▬ | ▬▬▬ | ▬▬▬ | ▬▬▬ | ▬▬▬ | ▬▬▬ | ▬▬▬▬ ▬ ▬▬▬▬▬ ▬▬▬▬▬ |
| ▬▬▬▬▬▬▬▬▬ ▬▬ | ▬▬▬ | ▬▬▬ | ▬▬▬ | ▬▬▬ | ▬▬▬ | ▬▬▬ | ▬▬▬▬ ▬ ▬▬▬▬▬ ▬▬▬▬▬ |
| ▬▬▬▬▬▬▬▬▬▬▬▬ | | | | | | ▬▬▬ | |
| ▬▬ | | ▬▬ | | | | ▬▬ | ▬▬ |
| ▬▬▬▬▬▬▬ | | ▬▬▬ | | | | ▬▬▬ | |
| ▬▬▬▬ | | ▬▬▬ | | | | ▬▬▬ | |

**Withdrawals**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ▬▬▬▬▬▬▬ | | ▬▬▬ | ▬▬ | | ▬▬▬ | ▬▬▬ | ▬▬ |
| ▬▬▬▬▬ | | ▬▬▬ | | | | ▬▬▬ | |

**LEHMAN BROTHERS**

| **Brokerage account** | BANESCO HOLDING CA 2 |
|---|---|
| **831-03655** | December 1 - December 31, 2007 |

page    6 of    17

## HOLDINGS

*In instances where prices of securities are not readily available, securities have no values, securities have not been actively traded or where other factors prevent the pricing of securities, "*" appears in the market price column, the market value for the security is not computed and the total equity in your account does not reflect the long or short market value (if any) of those securities. Please also note that totals may differ from the sum on individual components due to rounding.*
*Unrealized gain/loss total reflects all positions for which a cost basis is available. Please review the Tax Lot section for details regarding cost basis.*

### Fixed income

*Yield information is provided for informational purposes only. Lehman Brothers makes reasonable efforts to ensure its accuracy but should not be held responsible for errors or omissions.*

| International bonds | Par | Unit cost / Adj. unit cost | | | Unrealized gain/loss | Yield-to-maturity(%) | Comment |
|---|---|---|---|---|---|---|---|
| ***LEHMAN BROTHERS TREASURY EURO MEDIUM TERM NOTE DUE 14 DEC 2008 ISIN: XS0336129589 DATED DATE 14 DEC 2007 | 1,000,000 | $ 100.000 100.000 | | | | N/A | In cash account Unpriced security |
| ***LEHMAN BROTHERS TREASURY REV CONV NTS DUE 14 DEC 2008 @ 9.000% ISIN: XS0336130835 DATED DATE 14 DEC 2007 | 36,000,000,000 | Not available | | | | | In cash account Int paid at maturity |
| Total USD International bonds | | | | | $ 0.00 | | |

**Total Fixed income**