UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
-----------------------------------------------------------------x

### NOTICE OF APPEAL

William Kuntz, III who appears here Pro Se hereby Appeals the Order of the

Court issued on the 16th of Oct, 2009, but apparently not served upon

Appellant who filed an Objection on the Fairpoint Proposal and having

further filed a Request with the Court for an Extension of Time, which

to date does not appear to have been ruled upon (Docket 5718) hereby

files this NOTICE OF APPEAL to the United States District Court

for the Southern District of New York.

Respectfully,

William Kuntz, III
India St PO Box 1801 Nantucket Island, Ma 02554-1801- 508-435-5858
Nov 14, 2009
Hopkinton, Mass

Weil, Gotshal & Manges LLP; United States Trustee; Milbank, Tweed;
Bingham McCutchen LLP, White & Case, LLP