UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
-------------------------------------------------------------------x

## Amended Designation of Record and Issues Upon Appeal

Additional Items on the Record

**RULE 60 MOTION Docket #**

**DEBTORS' OBJECTION Docket  # 5093**

**DEBTOR'S PROOF OF SERVICE Docket #**

**TRANSCRIPT OF HEARING Docket #**

**ORDER DOCKET #**

**MOTION TO EXTENT TIME DOCKET #**

**NOTICE OF APPEAL DOCKET #**



Issues to be further considered

**THAT THE COURT DID NOT FULLY GRASP THE FACTS**

**THAT DEBTOR'S COUNSEL CONCEALED IT'S ROLE IN GRAND UNION**

**THAT DEBTOR FAILED TO SERVE IT'S OBJECTION ON MOVANT**

**THAT THE COURT APPLIED THE WRONG STANDARD**

**RESPECTFULLY**

**WILLIAM KUNTZ, III**
**INDIA ST**
**PO BOX 1801**
**NANTUCKET ISLAND, MA 02554-1801**
**508-435-5858**