*original*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
:
:
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
:
---------------------------------------------------------------x

### OBJECTION OF WILLIAM KUNTZ, III

Now comes William Kuntz, III who appears here *Pro Se* and respectfully submits the following with regards to the De Minimis Asset Sale Proposed by the Debtor.

Schedule A reflects that there are no signed sales agreements. While Weil, Gotshal may feel that's it's Role in this Case is unassailable while it laps up hefty fee's, Objectant recalls that Federal Courts are prohibited from giving 'advisory' Opinions.

Chief Justice John Jay, in a letter requesting a delay until the full court could meet, noted that the justices saw "much difficulty" in replying. On 8 August 1793, the justices by letter formally declined to provide the requested advice, citing problems related to separation of powers. Jay stated that the justices were "judges of a court in the last resort" and should not decide matters unless brought to the courts by actual litigation.

http://www.answers.com/topic/advisory-opinion

As there are no signed Contracts there is nothing for the Court to Approve and thus must be rejected by the Court as an improper and sanctionable filing.

Respectfully,

William Kuntz, III
India St
PO Box 1801
Nantucket Island, Ma 02554-1801
508-435-5858

Nov 12, 2009
Hopkinton, Mass



RECEIVED
NOV 16 2009
U.S. BANKRUPTCY COURT SDNY