EXHIBIT D

GREENBERG FREEMAN LLP
Michael A. Freeman (MAF-9600)
110 East 59th Street, 29th Floor
New York, New York 10022
(212) 838-3121
Attorneys for Marie Hunter

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

| | |
|---|---|
| In the Matter of: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC. et al., | Case No. 08-13555 (JMP) |
| | Jointly Administered |
| Debtors. | |

------------------------------------x

## DECLARATION OF MARIE HUNTER

I, MARIE HUNTER, do hereby declare as follows:

1. I am a creditor of Lehman Brothers Holdings, Inc. and/or its various affiliated entities (collectively the "Debtors"). I submit this declaration in support of my motion for the allowance and payment of an administrative expense claim pursuant to 11 U.S.C. § 503(b).

2. The information contained herein is based upon my own personal knowledge and I would testify to same if present in court.

### BACKGROUND FACTS

3. I was employed by Debtors or its affiliates for 24 years, and held the title of Managing Director of the Corporate Services Group since 2005. The Corporate Services Group provided business and office support services, such as food services, travel and sponsorship events, to 26,000 employees globally.

4. On, September 8, 2008, I was told that I was being terminated, and was offered a severance package.

5. On September 12, 2008, I executed an agreement (the "Agreement") outlining the terms of my separation. The Agreement provides, in relevant part, that I would remain an "active" employee until September 26, 2008 and, if I performed certain services, I would be entitled to salary continuation and benefits through my "separation date," defined as the earlier of the date I found a new job or November 21, 2009. The Agreement further provided that, if I provided the required services, within four weeks after my separation date, I would receive an additional "special separation payment in the amount of $160,000."

6. Debtors filed for bankruptcy protection on September 15, 2008.

7. After September 15, 2008, and continuing through the period of my active employment, I performed the following functions:

   a. Communicated with the Chief Administrative Officer of my group within Lehman Brothers, Inc. and provided advice regarding pending administrative and financial matters, an evaluation of personnel and how to deal with the cancelation of future events so as to limit the Debtors' financial obligations.

   b. Provided guidance to the Chief Administrative Officer, the head of the merchandising group, and the Office of the Chairman regarding the distribution and/or sale of over $1 million worth of inventory of branded merchandise.

   c. Provided information to the Office of the Chairman regarding vendor relationships and guidance about the termination and/or sale of season tickets to sporting events.

2

    d. Provided relationship management for Lehman Brother's duplicating and delivery vendor, a critical external vendor who was threatening to terminate services, and convinced the vendor to continue providing services after Debtors had sought bankruptcy protection.

    e. Offered crisis management support to other members of my group and encouraged them to remain engaged in performing their respective jobs.

  8. Although it would be impossible for me, without further information, to quantify the value of these services, I would estimate that my conduct resulted in tens of thousands of dollars in savings and/or value-added to the Debtors.

  9. On September 30, 2008, I was told that I was being terminated, effectively immediately, and that the terms of my Agreement, including my right to receive the special separation payment, would not be honored.

  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: North Caldwell, New Jersey
    November 17, 2009

                *[signature]*
                MARIE HUNTER