STROOCK & STROOCK & LAVAN LLP
Claude G. Szyfer
Francis C. Healy
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Attorneys for Mitsui & Co. Energy Risk Management Ltd.; CEDAR DKR Holding Fund Ltd.; DKR Soundshore Oasis Holding Fund Ltd.; Hess Corporation; Hess Energy Power and Gas Company (UK) Limited; and Hess Energy Trading Company, LLC.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- x
In re                                          :    Chapter 11
                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.,*       :    Case No. 08-13555 (JMP)
                                               :
                            Debtors.           :    (Jointly Administered)
                                               :
--------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       : ss.:
COUNTY OF NEW YORK     )

      Mark R. Wojcik, being duly sworn, affirms and says:

      1.      I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Stroock & Stroock & Lavan LLP, having offices at 180 Maiden Lane, New York, New York 10038.

      2.      On November 13, 2009, affiant caused to be served true and correct copies of the *Omnibus Objection of Certain Creditors to Debtors' Motion, Pursuant to Bankruptcy Rule 2004, for an Order Granting Authority to Issue Subpoenas for the Production of Documents*

*and Authorizing the Examination of Persons and Entities* (Docket No. 5807) via Facsimile

and/or Hand Delivery and/or First Class Mail upon the parties listed on the Service List.

/s/ Mark R. Wojcik
Mark R. Wojcik

Sworn to before me this
17th day of November, 2009

/s/ Jeffrey M. Negron
NOTARY PUBLIC


Jeffrey M. Negron
Notary Public, State of New York
No. 01NE6107707
Qualified in Kings County
Certificate Filed in New York County
Commission Expires November 10, 2012

**Service List**

*Via Hand Delivery*
Andrew Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

*Via Hand Delivery and Via Facsimile*
Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Facsimile: (212) 822-5770
Facsimile: (212) 822-5567
Facsimile: (212) 822-5287

*Via Facsimile*
Lindsee P. Granfield, Esq.
Lisa Schweiger, Esq.
Cleary Gotliebb LLP
One Liberty Plaza
New York, NY 10006
Facsimile: (212) 225-3999

*Via Facsimile*
Robinson B. Lacy, Esq.
Hydee R. Feldstein, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Facsimile: (310) 712-8800
Facsimile: (212) 558-3588

*Via Hand Delivery and Via Facsimile*
Harvey Miller, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Facsimile: (212) 310-8007

*Via Facsimile*
Susheel Kirpalani, Esq.
James Tecce, Esq.
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010
Facsimile: (212) 849-7100

*Via Facsimile*
Patrick J. Trostle, Esq.
Jenner & Block LLP
919 Third Avenue, 37th Floor
New York, NY 10022-3908
Facsimile: (212) 909-0835

*Via First Class Mail*
Bradford M. Berry, Esq.
Office of General Counsel Commodity
Futures Trading Commission
1155 21st Street, NW
Washington, DC 20581

3

*Via First Class Mail*
Chicago Mercantile Exchange
20 South Wacker Drive
Chicago, IL 20581

*Via First Class Mail*
James Kobak, Esq.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

*Via First Class Mail*
Security and Exchange Commission
Attention: Bankruptcy Department
7 World Trade Center, 13th Floor
New York, NY 10007

*Via First Class Mail*
Internal Revenue Service
Attention: Bankruptcy Department
120 Church Street, 3rd Floor
New York, NY 10008

*Via First Class Mail*
United States Attorney
One St. Andrew's Plaza
New York, NY 10007