NIXON PEABODY LLP
David H. Lee
437 Madison Avenue
New York, NY 10022
Telephone: (212) 940-3000
and
Amanda D. Darwin
Richard C. Pedone (admitted *pro hac vice*)
100 Summer Street
Boston, MA 02110
Telephone: (617) 345-1000

*Counsel to Deutsche Bank Trust Company Americas*
*and Deutsche Bank National Trust Company,*
*each in their roles as Trustee, Indenture Trustee, Supplemental Interest Trust Trustee*
*and in other related fiduciary capacities*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et al., ) | |
| ) | Case No. 08-13555 (JMP) |
| Debtors. ) | |
| ) | Jointly Administered |
| ) | |

## CERTIFICATE OF SERVICE

I, David H. Lee, an attorney, hereby certify that on the 13th day of November 2009, I caused a true and correct copy of:

OBJECTION OF DEUTSCHE BANK TRUST COMPANY AMERICAS AND DEUTSCHE BANK NATIONAL TRUST COMPANY, EACH AS TRUSTEE AND INDENTURE TRUSTEE, TO DEBTORS' MOTION, PURSUANT TO BANKRUPTCY RULE 2004, FOR AN ORDER GRANTING AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES [Docket No. 5813]

to be served electronically through the Court's ECF System on parties requesting electronic service and by U.S. Mail, First Class, Postage Prepaid, on the parties listed below:

12782502.1

| | |
|---|---|
| Honorable James M. Peck<br>United States Bankruptcy Court for the<br>Southern District of New York<br>Courtroom 601<br>One Bowling Green<br>New York, NY 10004 | Richard P. Krasnow, Esq.<br>Lori R. Fife, Esq.<br>Shai Y. Waisman, Esq.<br>Jacqueline Marcus, Esq.<br>Harvey R. Miller<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Andy Velez-Rivera<br>Paul Schwartzberg<br>Brian Masumoto<br>Linda Riffkin<br>Tracy Hope Davis<br>Office of the United States Trustee for the<br>Southern District of New York, New York 33<br>Whitehall Street, 21st Floor<br>New York, NY 10004 | Dennis F. Dunne, Esq.<br>Dennis O'Donnell, Esq.<br>Evan Fleck, Esq.<br>Luc A. Despins<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005 |
| Lindsee P. Granfield, Esq.<br>Lisa Schweiger, Esq.<br>Cleary Gotliebb LLP<br>One Liberty Plaza<br>New York, NY 10006 | Robinson B. Lacy, Esq.<br>Hydee R. Feldstein, Esq.<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004 |
| Bradford M. Berry<br>Office of General Counsel Commodity Futures<br>Trading Commission<br>155 21st Street, NW<br>Washington, DC 20581 | Chicago Mercantile Exchange<br>20 South Wacker Drive<br>Chicago, IL 20581 |
| James Kobak<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004 | Ronald J. Silverman<br>Bingham McCutchen, LLP<br>399 Park Avenue<br>New York, NY 10022-4689 |
| Kenneth J. Caputo<br>805 Fifteenth Street, NW<br>Washington, DC 20005-2207 | Epiq Bankruptcy Solutions, LLC<br>Claims Agent<br>(f/k/a Bankruptcy Services LLC)<br>757 Third Avenue, 3rd Floor<br>New York, NY 10017 |
| George A. Davis<br>Cadwalader, Wickersham & Taft LLP | Eric H. Horn<br>Lowenstein Sandler PC |

| | |
|---|---|
| One World Financial Center<br>New York, NY 10281 | 65 Livingston Avenue<br>Roseland, NJ 07068 |
| Alan E. Marder<br>Meyer, Suozzi, English & Klein, P.C.<br>990 Stewart Avenue, Suite 300<br>P.O. Box 9194<br>Garden City, NY 11530 | James Shenwick<br>Shenwick & Associates<br>655 Third Avenue<br>20th Floor<br>New York, NY 10017 |
| Scott Talmadge<br>Kaye Scholer, LLP<br>425 Park Avenue<br>New York, NY 10022 | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| Paul Arozon<br>Milbank, Tweed, Hadley & McCloy<br>601 S. Figueroa Street, 30th Floor<br>Los Angeles, CA 90017 | Security and Exchange Commission<br>Attention: Bankruptcy Department<br>7 World Trade Center, 13th Floor<br>New York, NY 10007 |
| Internal Revenue Service<br>Attention: Bankruptcy Department<br>120 Church Street, 3rd Floor<br>New York, NY 10008 | United States Attorney<br>One St. Andrew's Plaza<br>New York, NY 10007 |

Dated: November 17, 2009

_____
David H. Lee