UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re:                                          Chapter 11

LEHMAN BROTHERS HOLDINGS INC., et al.,          Case No. 08-13555 (JMP)

                    Debtors.                    (Jointly Administered)

---------------------------------------------------------------x

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK      )
                       )  ss:
COUNTY OF NEW YORK     )

      Helen M. Lamb, being duly sworn, deposes and says:

      1.    That I am in the employ of Chadbourne & Parke LLP, that I am not a party to this action and that I am over the age of eighteen years.

      2.    That on November 17, 2009 I caused to be served a true and correct copy of the following document on those parties on the attached service list by hand delivery.

*Banesco's Corrected Reply to Debtors' Objection to Motion Requiring Lehman Brothers Holdings Inc. to Provide Requested Information and to Deem Claim to be Timely Filed by the Securities Programs Bar Date*

      */s/ Helen M. Lamb*
      Helen M. Lamb

Sworn to before me this
17th day of November 2009

*Francisco Vazquez*
Francisco Vazquez
Notary Public, State of New York
No. 31-6013920
Qualified in New York County
Commission Expires December 27, 2010

## SERVICE LIST

The Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY  10004

Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY  10153

Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall Street,  21st Floor
New York, NY  10004

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005