UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| In the Matter of: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC. et al., | Case No. 08-13555 (JMP) |
| | Jointly Administered |
| Debtors, | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## **DECLARATION OF SERVICE**

Michael A. Freeman, an attorney duly admitted to practice law in the State of New York and the United States District Court for the Southern District of New York, affirms under the penalties of perjury as prescribed in 28 U.S.C. § 1746 that he filed and served Marie Hunter's reply in further support of her motion for allowance of an administrative claim and Exhibit D thereto on November 17, 2009 via the ECF System and, in addition, separately served same upon the following:

BY HAND DELIVERY:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

BY FIRST CLASS MAIL, POSTAGE PRE-PAID:

WEIL GOTSHAL & MANGES LLP
ATTN: RICHARD P. KRASNOW, LORI R. FIFE
SHAI Y. WAISMAN, JACQUELINE MARCUS
767 FIFTH AVENUE
NEW YORK, NY 10153

HUGHES HUBBARD & REED LLP
ATTN: JAMES W. GIDDENS
JAMES B. KOBAK, JR., CHRISTOPHER K. KIPLOK
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004-1482

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

KRAMER LEVIN ET AL.
KEVIN B. LEBANG
P. BRADLEY O'NEILL
1177 AVENUE OF THE AMERICAS
NEW YORK, NY  10036

OFFICE OF THRIFT SUPERVISION
MICHAEL E. FINN
HARBORSIDE FINANCIAL CENTER
PLAZA FIVE
SUITE 1600
JERSEY CITY, NJ  07311

                /s/ *Michael A. Freeman*
                Michael A. Freeman