Hearing Date and Time: November 18, 2009 at 10:00 a.m. (Prevailing Eastern Time)
Objection Date and Time: November 13, 2009 at 4:00 p.m. (Prevailing Eastern Time)

LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154
(212) 407-4000
Walter H. Curchack (WC-3177)
Daniel B. Besikof (DB-6872)

*Counsel for Thomas Cook AG*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ X

| | | |
|---|---|---|
| **In re** | : | |
| | : | Chapter 11 Case No. |
| **LEHMAN BROTHERS HOLDINGS, INC.,** *et al.*, | : | |
| | : | 08-13555 (JMP) |
| | : | |
| **Debtors.** | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------ X

**NOTICE OF WITHDRAWAL OF JOINDER OF THOMAS COOK AG
TO OMNIBUS OBJECTION OF CERTAIN CREDITORS TO
DEBTORS' MOTION, PURSUANT TO BANKRUPTCY RULE 2004,
FOR AN ORDER GRANTING AUTHORITY TO ISSUE
SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS
AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES**

Thomas Cook AG ("**Thomas Cook**"), by and through its undersigned counsel, hereby withdraws its Joinder of Thomas Cook AG to Omnibus Objection of Certain Creditors to Debtors' Motion, Pursuant to Bankruptcy Rule 2004, for an Order Granting Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities dated November 13, 2009 [ECF No. 5819], which Thomas Cook and the Debtors have resolved consensually.

NY809359.1
213583-10001

Dated: November 16, 2009
       New York, New York

                                        Respectfully submitted,

                                        **LOEB & LOEB LLP**

                                        By:  /s/ Daniel B. Besikof
                                            Walter H. Curchack (WH-3177)
                                            Daniel B. Besikof (DB-6872)
                                            345 Park Avenue
                                            New York, New York  10154
                                            (212) 407-4000