K&L GATES LLP
Robert N. Michaelson, Esq
Eunice Rim, Esq.
599 Lexington Avenue
New York, NY 10022
(212) 536-3900

Attorneys for Seattle Pacific University

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                            :    Chapter 11
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    Case No. 08-13555 (JMP)
                                                                 :
                                                                 :    (Jointly Administered)
                        Debtors.                                 :
                                                                 :
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK   )

Nathanael F. Meyers, being duly sworn, deposes and says:

1.   I am an employee of the firm of K&L Gates LLP, having offices at 599 Lexington Avenue, New York, New York 10022. I am over eighteen (18) years of age and am not a party to this action.

2.   On November 16, 2009 I caused true and correct copies of the **Notice of Adjournment of Hearing on Motion of Seattle Pacific University for an Order Compelling Lehman Brothers Special Financing Inc. to Assume or Reject Executory Contracts Pursuant to 11 U.S.C. Sec. 365(d)(2)** to be served by first class

- 2 -

mail postage pre-paid upon the persons and at the addresses as set forth on the attached

**Exhibit A**.

_____
Nathanael F. Meyers

Sworn to before me this
17th day of November, 2009

_____
Notary Public, State of New York

ELAINE FERA
Notary Public, State of New York
No. 01FE4867816
Qualified in Westchester County
Commission Expires August 25, 2010

- 2 -

- 3 -

# EXHIBIT A

- 3 -