WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
David W. Wiltenburg
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
                                            :

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |

-------------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | |
| | : | **Case No.** |
| **LEHMAN BROTHERS INC.**, | : | |
| | : | **08-01420 (JMP) (SIPA)** |
| Debtor. | : | |

-------------------------------------------------------------------x

US_ACTIVE:\43196727\05\58399.0003

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON NOVEMBER 18, 2009 AT 10:00 A.M.**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

**I.   UNCONTESTED MATTERS:**

1.  Case Conferences

    A.  Debtors' Presentation Regarding Status of the Estate

    B.  Debtors' Presentation Regarding Status of International Protocol

2.  Motion of Jamie Desmond for Relief from the Automatic Stay **[Docket No. 5267]**

    Response Deadline:   November 13, 2009 at 4:00 p.m.

    Responses Received:  None.

    Related Documents:   None.

    Status: This matter is going forward. A stipulation and agreed order will be submitted to the Court.

3.  Motion of Deutsche Bank National Trust Company for Relief from the Automatic Stay **[Docket No. 5235]**

    Response Deadline:   October 9, 2009 at 4:00 p.m.

    Responses Received:  None.

    Related Documents:   None.

    Status: This matter is going forward. A stipulation and agreed order will be submitted to the Court.

4.  Motion of the Debtors for the Establishment of Procedures to Restructure, Make New or Additional Debt or Equity Investments and/or Enter into Settlements and Compromises **[Docket No. 5653]**

    Response Deadline:   November 13, 2009 at 4:00 p.m.

    Responses Received:  None.

    Related Documents:

       A.      Statement of Official Committee of Unsecured Creditors In Support **[Docket No. 5823]**

Status: This matter is going forward. A revised proposed order will be submitted to the Court.

## II.    CONTESTED MATTERS:

5.    Debtors' Motion, Pursuant to Bankruptcy Rule 2004, for an Order Granting Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities **[Docket No. 5710]**

Response Deadline:    November 13, 2009 at 4:00 p.m.

Responses Received:

    A.    Omnibus Objection of Hess Energy Trading Company, LLC, et al., **[Docket No. 5807]**

    B.    Objection of Bank of Montreal **[Docket No. 5808]**

    C.    Objection of National Australia Bank Limited **[Docket No. 5810]**

    D.    Objection of Optim Energy Marketing and Trading, LLC **[Docket No. 5812]**

    E.    Objection of Deutsche Bank Trust Company Americas **[Docket No. 5813]**

    F.    Objection of U.S. Bank National Association **[Docket No. 5814]**

    G.    First Choice Power, L.P.s Joinder **[Docket No. 5815]**

    H.    Reliant Energy Power Supply, LLC's Joinder **[Docket No. 5817]**

    I.    Joinder of Thomas Cook AG **[Docket No. 5819]**

Related Documents:    None.

Status: All objections with respect to this matter have been resolved. This matter is going forward uncontested.

6. LBSF's Motion to Assume, Assign and Sell an Interest Rate Swap Agreement with Structured Asset Receivable Trust Series 2005-1 **[Docket No. 5648]**

    Response Deadline:   November 13, 2009 at 4:00 p.m.

    Responses Received:

        A.   Objection of U.S. Bank National Association **[Docket No. 5816]**

    Related Documents:   None.

    Status: This matter is going forward.

7. Debtors' Motion to Compel Performance by AIG CDS, Inc. of Its Obligations Under an Executory Contract and to Enforce the Automatic Stay **[Docket No. 4728]**

    Response Deadline:   October 1, 2009 at 4:00 p.m.

    Responses Received:

        A.   Objection of AIG CDS, Inc. **[Docket No. 5334]**

    Related Documents:

        B.   Debtors' Reply **[Docket No. 5447]**

    Status: This matter is going forward as a status conference.

8. Motion of Banesco Banco Universal Requiring Lehman Brothers Holdings Inc. to Provide Requested Information and to Deem Claim to be Timely Filed **[Docket No. 5676]**

    Response Deadline:   November 10, 2009 at 4:00 p.m.

    Responses Received:   None.

        A.   Debtors' Response **[Docket No. 5778]**

        B.   Joinder of Official Committee of Unsecured Creditors to Debtors' Objection **[Docket No. 5805]**

    Related Documents:

        C.   Banesco's Corrected Reply **[Docket No. 5852]**

9. Motion of Pacific Life Insurance Company to File Proof of Claim After Claims Bar Date **[Docket No. 5599]**

    Response Deadline:  November 10, 2009 at 12:00 p.m.

    Responses Received:

        A.    Debtors' Objection **[Docket No. 5773]**

        B.    Joinder of Official Committee of Unsecured Creditors **[Docket No. 5820]**

    Related Documents:  None.

    Status: This matter is going forward.

10. Motion of PB Capital to Include Certain European Medium Term Notes in the Lehman Program Securities List [**Docket No. 5601**]

    Response Deadline:  November 10, 2009 at 4:00 p.m.

    Responses Received:

        A.    Debtors' Objection **[Docket No. 5688]**

    Related Documents:

        B.    PB Capital's Reply **[Docket No. 5811]**

    Status: This matter is going forward.

11. Motion of Marie Hunter for Payment of Administrative Expenses **[Docket No. 4870]**

    Response Deadline:  November 13, 2009 at 4:00 p.m.

    Responses Received:

        A.    Debtors' Response **[Docket No. 5821]**

        B.    Corrected Debtors' Objection **[Docket No. 5830]**

    Related Documents:  None.

    Status: This matter is going forward.

**SECURITIES INVESTOR PROTECTION CORPORATION PROCEEDINGS:**

### III.  CONTESTED MATTERS

12.  Motion for Order Approving Trustee's Allocation of Property of the Estate **[Docket No. 1866]**

Response Deadline:  October 30, 2009 at 4:00 p.m.

Responses Received:

   A.  Objection of Westernbank Puerto Rico to the Motion **[Docket No. 2008]**

   B.  Limited Objection of Teva Pharmaceutical Works Company, Teva Hungary Pharmaceutical Marketing Private Limited Company, and Teva Pharmaceuticals USA, Inc. to the Motion **[Docket No. 2009]**

   C.  Limited Objection of SL Green Realty Corp. and Belmont Insurance Company to the Motion **[Docket No. 2010]**

   D.  Joinder of Hudson City Savings Bank in the Objection of Westernbank Puerto Rico to the Motion **[Docket No. 2011]**

   E.  Joinder of Doral Bank and Doral Financial Corp. to Objection of Wesernbank Puerto Rico to the Motion **[Docket No. 2012]**

   F.  Objection of Svenska Handelsbanken AB to the Motion **[Docket No. 2014]**

   G.  Joinder of Wachovia Bank, N.A. and Wells Fargo Securities, LLC to Objection of Westernbank Puerto Rico to Motion **[Docket No. 2015]**

   H.  Joinder of Sociedad Militar Seguro de Vida Institución Mutualista in the Objection of Westernbank Puerto Rico to the Motion **[Docket No. 2018]**

Related Documents:

   I.  Affidavit of Daniel McIsaac in Support of Motion for Order Approving Trustees Allocation of Property of the Estate **[Docket No. 1867]**

   J.  Declaration of Kenneth M. Katz in Support of the Motion **[Docket No. 1868]**

  K.  Notice of Hearing on the Motion **[Docket No. 1869]**

  L.  Notice of Status Conference on Motion **[Docket No. 2059]**

  M.  Notice of Revised Proposed Order **[Docket No. 2065]**

Status: This matter is going forward as a status conference only.

## IV. MATTERS TO BE HEARD AT 2:00 P.M.

### A. Lehman Brothers Holdings Inc.

13. Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Rule 2004 Authorizing Discovery from Veyance Technologies, Inc. **[Docket No. 5394]**

Response Deadline: October 22, 2009 at 11:30 a.m.

Responses Received:

  A.  Veyance Technologies, Inc.'s Objection **[Docket No. 5591]**

Related Documents:

  B.  Debtors' Reply [**Docket No. 5861**]

Status: This matter is going forward.

### B. Adversary Proceedings

14. Veyance Technologies, Inc. v. LBSF **[Case No. 09-01535]**

**Pre-Trial Conference**

Related Documents:

  A.  Adversary Complaint **[Docket No. 1]**

  B.  Motion of Veyance Technologies, Inc. to Withdraw the Reference **[Docket No. 4]**

  C.  Declaration of Christopher Harris in Support of Plaintiff's Expedited Motion to Withdraw the Reference **[Docket No. 5]**

  D.  Plaintiff's Expedited Motion for Withdrawal of the Reference and Memorandum of Law in Support **[Docket No. 6]**

Status: This matter is going forward.

15. Wong, et al. v. HBSC, et al. (LBSF) **[Case No. 09-01120]**

   **Status Conference**

   Related Documents:

   A. Motion of HSBC USA, Inc. to Dismiss the Class Action Complaint, Abstain or Stay the Adversary Proceeding **[Docket No. 13]**

   B. Affidavit of Song Qun in Support of Motion to Dismiss, Abstain or Stay Action filed by HSBC USA, Inc. **[Docket No. 14]**

   C. Memorandum of Law of HSBC USA, Inc. in Support of Motion to Dismiss, Abstain or Stay Action **[Docket No. 16]**

   D. Defendant Lehman Brothers Special Financing Inc.'s Motion to Dismiss the Complaint **[Docket No. 17]**

   E. Motion of HSBC Bank (Cayman) Limited, et al. to Dismiss, Abstain, or Stay the Adversary Proceeding **[Docket No. 37]**

   F. Declaration of Patricia Farren in Support of HSBC Bank (Cayman) Limited's Motion to Dismiss, Abstain or Stay Adversary Proceeding **[Docket No. 38]**

   G. Memorandum of Law in Support of HSBC Bank (Cayman) Limited's Motion to Dismiss, Abstain or Stay Adversary Proceeding **[Docket No. 39]**

   H. Plaintiffs' Opposition to Defendant Lehman Brothers Special Financing Inc.'s Motion to Dismiss the Complaint **[Docket No. 60]**

   I. Declaration Opinion of Fidelis Oditah QC in Support of Plaintiffs' Opposition to Defendant Lehman Brothers Special Financing Inc.'s Motion to Dismiss the Complaint **[Docket No. 61]**

   J. Plaintiffs' Consolidated Opposition to (1) Motion of HSBC USA, Inc. to Dismiss the Class Action Complaint, Abstain or Stay the Adversary Proceeding and (2) Motion of HSBC Bank (Cayman) Limited, et al. to Dismiss Adversary Proceeding, Abstain, or Stay the Adversary Proceeding **[Docket No. 64]**

   K. Memorandum of Law of in Further Support of Defendants' Motion to Dismiss Complaint, Abstain or Stay Adversary Proceeding **[Docket No. 72]**

      L.      Supplemental Affidavit of Song Qun **[Docket No. 73]**

      M.      Reply Memorandum of Law in Further Support of Defendant Lehman Brothers Special Financing Inc.'s Motion to Dismiss the Complaint **[Docket No. 75]**

      N.      Plaintiffs' Motion for Leave to File Sur-Reply in Opposition to HSBC Defendants' Motions to Dismiss the Complaint, Abstain or Stay Adversary Proceeding **[Docket No. 77]**

      O.      Plaintiffs' Motion for Leave to File Sur-Reply in Opposition to Defendant Lehman Brothers Special Financing Inc's Motion to Dismiss the Complaint **[Docket No. 78]**

      P.      Letter of Lai Mei Chan, et al. to Judge Peck Re: Update Status of English Court Proceeding **[Docket No. 89]**

Status: This matter is going forward.

16.    Turnberry et al v. LBHI **[Case No. 09-01062]**

**Unopposed Motion to Amend Answer**

Related Documents:

      A.      Unopposed Motion to Amend Answer, Affirmative Defenses and Counterclaims of Defendants Lehman Brothers Holdings, Inc. and Lehman Brothers Bank, FSB **[Docket No. 23]**

      B.      Response to Motion of Jacquelyn Soffer, et al. **[Docket No. 26]**

Status: This matter is going forward.

17.    Millennium International, Ltd. v. Lehman Brothers Finance, AG et al. **[Case No. 09-01115]**

**Motions to Deposit Funds into Court Registry and Leave to Amend Complaint**

Response Deadline:    November 13, 2009 at 4:30 p.m.

Responses Received:  None.

Related Documents:

  A. Plaintiff Millennium International Ltd.'s Motion for Leave to File an Amended Adversary Complaint **[Docket No. 28]**

  B. Motion KBC Financial Products UK Limited, et al. for an Order Requiring Plaintiff to Place Uncontested Funds into an Escrow Account **[Docket No. 35]**

Status: This matter is going forward.

## V. ADJOURNED MATTERS

### A. Lehman Brothers Holdings Inc.

18. Motion of Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc. for Leave to Conduct Discovery of JPMorgan Chase Bank, N.A. **[Docket No. 566]**

Response Deadline: March 6, 2009 at 4:00 p.m.

Responses Received:

  A. Objection of JPMorgan Chase Bank, N.A. **[Docket No. 884]**

  B. Statement of the Informal Noteholder Group **[Docket No. 887]**

Related Documents:

  C. Stipulation and Consent Order **[Docket No. 1402]**

Status: This matter has been adjourned to December 16, 2009.

19. Motion of Tuxedo Reserve Owner LLC and Tuxedo TPA Owner LLC for an Order Compelling Actions by Debtors as Agent and Lender Under Loan Facility **[Docket No. 1435]**

Response Deadline: December 2, 2009

Responses Received: None.

Related Documents:

  A. Letter to the Court **[Docket No. 2621]**

Status: This matter has been adjourned to December 16, 2009.

20. Motion of GE Fusion Corporate Financial Services, Inc., as Loan Servicer for Fusion Funding Limited and Fusion Funding Luxembourg, S.A.R.L., for Relief from the Automatic Stay **[Docket. No. 2385]**

    Response Deadline:    December 11, 2009 at 4:00 p.m.

    Responses Received:   None.

    Related Documents:    None.

    Status: This matter has been adjourned to December 16, 2009.

21. Motion of WWK Hawaii-Waikapuna, LLC, et al. for Relief from the Automatic Stay **[Docket No. 3182]**

    Response Deadline:    April 1, 2009 at 4:00 p.m.

    Responses Received:

        A.    Debtors' Objection **[Docket No. 3387]**

        B.    Joinder of Official Committee of Unsecured Creditors **[Docket No. 3389]**

    Related Documents:

        C.    Declaration of Alan Worden in Support **[Docket No. 3184]**

    Status: This matter has been adjourned to December 16, 2009.

22. Debtors' Motion for 2004 Discovery from Pinnacle Foods Finance LLC **[Docket No. 4765]**

    Response Deadline:    September 11, 2009 at 4:00 p.m.

    Responses Received:   None.

    Related Documents:    None.

    Status: This matter is has been adjourned to December 16, 2009.

23. Motion of The TAARP Group, LLP Authorizing and Directing Immediate Payment of an Administrative Expense Claim **[Docket No. 5309]**

    Response Deadline:    December 11, 2009 at 4:00 p.m.

    Responses Received:    None.

    Related Documents:    None.

    Status: This matter has been adjourned to December 16, 2009.

24. Motion of Examiner to Compel ABN AMRO Inc. to Respond to Subpoena for Rule 2004 Examination **[Docket No. 5306]**

    Response Deadline:    October 16, 2009 at 4:00 p.m.

    Responses Received:

    A.    ABN AMRO Inc's Response **[Docket No. 5637]**

    Related Documents:

    B.    Notice of Extended Objection Deadline **[Docket No. 5412]**

    C.    Notice of Extended Objection Deadline **[Docket No. 5498]**

    D.    Notice of Extended Objection Deadline **[Docket No. 5610]**

    Status: This matter has been adjourned to December 16, 2009.

25. Motion of Lead Plaintiffs for Relief from the Automatic Stay **[Docket No. 5659]**

    Response Deadline:    December 9, 2009 at 4:00 p.m.

    Responses Received:    None.

    Related Documents:    None.

    Status: This matter has been adjourned to December 16, 2009.

26. Motion of Seattle Pacific University Compelling Lehman Brothers Special Financing Inc. to Assume or Reject Executory Contracts **[Docket No. 5672]**

    Response Deadline: December 11, 2009 at 4:00 p.m.

    Responses Received: None.

    Related Documents:

        A.    Declaration of Craig Kispert in Support **[Docket No. 5673]**

        B.    Declaration of Stacey Crawshaw-Lewis in Support **[Docket No. 5674]**

        C.    Declaration of Jeffrey Klein in Support **[Docket No. 5675]**

    Status: This matter has been adjourned to December 16, 2009.

27. Debtors' Second Motion Approving the Assumption of Open Trade Confirmations **[Docket No. 2242]**

    Response Deadline: December 11, 2009 at 4:00 p.m.

    Responses Received:

        A.    Objection of GE Corporate Financial Services, Inc. **[Docket No. 2383]**

    Related Documents: None.

    Status: This matter has been adjourned to December 16, 2009.

28. Motion of Official Committee of Unsecured Creditors for Reconsideration of Court's September 17, 2008 Interim Order Authorizing Debtor to Obtain Postpetition Financing **[Docket No. 434]**

    Response Deadline: January 7, 2010 at 5:00 p.m.

    Responses Received: None.

    Related Documents: None.

    Status: This matter has been adjourned to January 13, 2010.

29. Motion of U.S. Bank National Association for Relief from the Automatic Stay **[Docket No. 5497]**

    Response Deadline:  November 13, 2009.

    Responses Received:  None.

    Related Documents:  None.

    Status: This matter has been adjourned to December 16, 2009.

30. Motion to Compel Performance of Capital Automotive L.P.'s Obligations Under an Executory Contract and to Enforce the Automatic Stay **[Docket No. 5650]**

    Response Deadline:  November 30, 2009.

    Responses Received:  None.

    Related Documents:  None.

    Status: This matter has been adjourned to December 16, 2009.

31. Motion of Laurel Cove Development for an Order Directing Debtor to Assume or Reject an Executory Contract **[Docket No. 3755]**

    Response Deadline:  June 19, 2009 at 5:00 p.m.

    Responses Received:

        A.  Debtors' Objection **[Docket No. 4055]**

    Related Documents:  None.

    Status: This matter has been adjourned to December 16, 2009.

**B.  Adversary Proceedings**

32. Federal Home Loan Bank of Pittsburgh v. LBSF, et al. **[Case No. 08-01610]**

    **Pre-Trial Conference**

    Related Documents:

        A.  Adversary Complaint **[Docket No. 1]**

        B.  Answer of J.P. Morgan Chase Bank, N.A. **[Docket No. 6]**

   C. Answer and Affirmative Defenses of Lehman Brothers Special Financing, Inc. **[Docket No. 6]**

   D. So Ordered Stipulation and Order of Dismissal with Prejudice with J.P. Morgan Chase Bank, N.A. **[Docket No. 6]**

 Status: This matter has been adjourned to December 16, 2009.

33. LBSF v. Metropolitan West Asset Management, et al. **[Case No. 09-01165]**

 **Pre-Trial Conference**

 Related Documents:

   A. Adversary Complaint **[Docket No. 1]**

   B. Answer to Complaint **[Docket No. 5]**

 Status: This matter has been adjourned to December 16, 2009.

34. LBSF v. Metropolitan West Asset Management, LLC, et al. **[Case No. 09-01233]**

 **Pre-Trial Conference**

 Related Documents:

   A. Adversary Complaint **[Docket No. 1]**

   B. Answer to Complaint **[Docket No. 5]**

 Status: This matter has been adjourned to December 16, 2009.

35. Cynthia Swabsin, et al. v. Lehman Brothers Holdings Inc. **[Case No. 09-01482]**

 **Pre-Trial Conference**

 Related Documents:

   A. Adversary Complaint **[Docket No. 1]**

   B. Motion of Lehman Brothers Holdings Inc. to Dismiss Adversary Proceeding **[Docket No. 6]**

 Status: This matter has been adjourned to December 16, 2009.

**C.    Lehman Brothers Inc.**

36.    Markit Group Limited's Motion for Relief from the Automatic Stay to Terminate Data Services Agreement and Associated Addenda **[Docket No. 356]**

Responses Received:

   A.    Objection of Lehman Brothers Holdings Inc. and Certain of its Affiliates to the Motion **[Docket No. 1059]**

   B.    Objection of Trustee to the Motion **[Docket No. 1123]**

Related Documents:

   C.    Notices of Adjournment **[Docket Nos. 409, 488, 574, 708, 846, 978, 1066, 1223, 1268, 1333, 1662, 2061]**

   D.    Exhibit A to Objection of Lehman Brothers Holdings Inc. and Certain of its Affiliates to the Motion **[Docket No. 1060]**

   E.    Reply in Further Support of the Motion **[Docket No. 1139]**

Status:  This matter has been adjourned to December 16, 2009.

37.    Motion of Newport Global Opportunities Fund LP, Newport Global Credit Fund (Master) L.P., Pep Credit Investor L.P. and Providence TMT Special Situations Fund L.P. for Leave to Conduct Rule 2004 Discovery of Lehman Brothers Inc. and the SIPA Trustee **[Docket No. 123]**

Related Documents:

    A.    Notices of Adjournment **[Docket Nos. 215, 312, 364, 429, 529, 601, 665, 728, 750, 810, 1624, 1663, 2062]**

Status: This matter has been adjourned to December 16, 2009.

Dated: November 17, 2009
New York, New York

                /s/ Shai Y. Waisman
                Harvey R. Miller
                Shai Y. Waisman

                WEIL, GOTSHAL & MANGES LLP
                767 Fifth Avenue
                New York, New York 10153
                Telephone: (212) 310-8000
                Facsimile: (212) 310-8007

                Attorneys for Debtors
                and Debtors in Possession

Dated: November 17, 2009
New York, New York

                /s/ Jeffrey S. Margolin
                James B. Kobak, Jr.
                David W. Wiltenburg
                Jeffrey S. Margolin

                HUGHES HUBBARD & REED LLP
                One Battery Park Plaza
                New York, New York 10004
                Telephone: (212) 837-6000
                Facsimile: (212) 422-4726

                Attorneys for James W. Giddens, Trustee for
                the SIPA Liquidation of Lehman Brothers Inc.