UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                  :
In re                                                             :    Chapter 11 Case No.
                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                      :    08-13555 (JMP)
                                                                  :
           Debtors.                                               :    (Jointly Administered)
                                                                  :
------------------------------------------------------------------x    Ref. Docket No. 5763

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 11, 2009, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                  /s/ Paul Belobritsky
                                                  Paul Belobritsky

Sworn to before me this
16th day of November, 2009

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**EXHIBIT "A"**

```
In re                                              |  Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,             |  08-13555 (JMP)
                                                   |
                                                   |  (Jointly Administered)
                Debtors.                           |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   TAISHIN INTERNATIONAL BANK                          TAISHIN INTERNATIONAL BANK
      ATTN: ADELINE JAI / LOOFEI HWANG                    TAISHIN INTERNATIONAL BANK
      12F., 118, REN-AI RD., SEC. 4,                      C/O MORRISON & FOERSTER LLP
      DA-AN DISTRICT                                      ATTN: KAREN OSTAD, ESQ.
      TAIPEI   106                                        1290 AVENUE OF THE AMERICAS
      TAIWAN, R.O.C.                                      NEW YORK NY 10104
```

Please note that your claim # 13310 in the above referenced case and in the amount of
       $50,350,000.00       has been transferred **(unless previously expunged by court order)**

```
      JPMORGAN CHASE BANK, N.A.
      TRANSFEROR: TAISHIN INTERNATIONAL BANK
      4 New York Plaza
      16th Floor
      New York NY 10004
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                            UNITED STATES BANKRUPTCY COURT
                            Southern District of New York
                            One Bowling Green
                            New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5763      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/11/2009                         Vito Genna, Clerk of Court


                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  November 11, 2009.

**EXHIBIT "B"**

```
TIME: 11:46:48                              LEHMAN BROTHERS HOLDING INC.
DATE: 11/11/09                                   CREDITOR LISTING                                      PAGE:   1

Name                        Address
JPMORGAN CHASE BANK, N.A.   TRANSFEROR: TAISHIN INTERNATIONAL BANK 4 New York Plaza 16th Floor New York NY 10004
TAISHIN INTERNATIONAL BANK  ATTN: ADELINE JAI / LOOFEI HWANG 12F., 118, REN-AI RD., SEC. 4, DA-AN DISTRICT TAIPEI  106 TAIWAN, R.O.C.
TAISHIN INTERNATIONAL BANK  TAISHIN INTERNATIONAL BANK C/O MORRISON & FOERSTER LLP ATTN: KAREN OSTAD, ESQ. 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104

Total Number of Records Printed    3
```

# EXHIBIT "C"

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153