UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
:
In re                                          :     Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,       :     08-13555 (JMP)
:
                    Debtors.                   :     (Jointly Administered)
:
------------------------------------------------------------------x     Ref. Docket Nos. 5782, 5784, 5786-
                                                     5794, 5801

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 12, 2009, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                               /s/ Paul Belobritsky
Sworn to before me this                        Paul Belobritsky
17th day of November, 2009

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

T:\Clients\LBH\Affidavits\Transfers 5782, 5784, 5786-5794, 5801_Aff 11-12-09.doc

**EXHIBIT "A"**

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: AMBER MASTER FUND (CAYMAN) SPC
C/O AMBER CAPITAL, LP
900 THIRD AVENUE, SUITE 200
ATTN: JED RUBIN
NEW YORK NY 10022

AMBER MASTER FUND (CAYMAN) SPC
AMBER MASTER FUND (CAYMAN) SPC
CHADBOURNE & PARKE LLP
30 ROCKEFELLER PLAZA
ATTN: DAVID LEMAY, ESQ, CHRISTY RIVERA, ESQ
NEW YORK NY 10112

Please note that your claim # 17226 in the above referenced case and in the amount of $7,444,956.48 has been transferred **(unless previously expunged by court order)**

STRATEGIC VALUE MASTER FUND, LTD.
TRANSFEROR: AMBER MASTER FUND (CAYMAN) SPC
c/o Strategic Value Partners, LLC
Attn: Marc Sileo, 100 West Putnam Avenue
Greenwich CT 06380

STRATEGIC VALUE MASTER FUND, LTD.
RICHARDS KIBBE & ORBE LLP
ATTN: MANAGING CLERK
ONE WORLD FINANCIAL CENTER
NEW YORK NY 10281-1003

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 5782 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/12/2009                          Vito Genna, Clerk of Court

/s/ Paul Belobritsky
_____
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 12, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
      To: AMBER MASTER FUND (CAYMAN) SPC              AMBER MASTER FUND (CAYMAN) SPC
          C/O AMBER CAPITAL, LP                       AMBER MASTER FUND (CAYMAN) SPC
          900 THIRD AVENUE, SUITE 200                 CHADBOURNE & PARKE LLP
          ATTN: JED RUBIN                             30 ROCKEFELLER PLAZA
          NEW YORK NY 10022                           ATTN: DAVID LEMAY, ESQ, CHRISTY RIVERA, ESQ
                                                     NEW YORK NY 10112
```

Please note that your claim # 17229 in the above referenced case and in the amount of
$7,444,956.48        has been transferred **(unless previously expunged by court order)**

```
          STRATEGIC VALUE MASTER FUND, LTD.           STRATEGIC VALUE MASTER FUND, LTD.
          TRANSFEROR: AMBER MASTER FUND (CAYMAN) SPC  RICHARDS KIBBE & ORBE LLP
          c/o Strategic Value Partners, LLC           ATTN:  MANAGING CLERK
          Attn: Marc Sileo, 100 West Putnam Avenue    ONE WORLD FINANCIAL CENTER
          Greenwich CT 06380                          NEW YORK NY 10281-1003
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5784       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/12/2009                            Vito Genna, Clerk of Court

                                            /s/ Paul Belobritsky
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 12, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  LONGACRE OPPORTUNITY FUND, L.P.
     TRANSFEROR: PACIFIC SUMMIT ENERGY LLC
     810 SEVENTH AVENUE, 33RD FLOOR
     ATTN: VLADIMIR JELISAVCIC
     NEW YORK NY 10019
```

Please note that your claim # 29771-01 in the above referenced case and in the amount of $623,576.70    has been transferred **(unless previously expunged by court order)**

```
SERENGETI PARTNERS LP                              SERENGETI PARTNERS LP
TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P.        RICHARDS KIBBE & ORBE LLP
c/o Serengeti Asset Management LP                  ATTN:  MANAGING CLERK
Attn: S Choudhury, 632 Broadway, 12th Fl           ONE WORLD FINANCIAL CENTER
New York NY 10012                                  NEW YORK NY 10281-1003
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5786    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/12/2009                             Vito Genna, Clerk of Court

                                             /s/ Paul Belobritsky
                                             _____
                                             By: Epiq Bankruptcy Solutions, LLC
                                                 as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 12, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   LONGACRE OPPORTUNITY FUND, L.P.
      TRANSFEROR: PACIFIC SUMMIT ENERGY LLC (EEI)
      810 SEVENTH AVENUE, 33RD FLOOR
      ATTN: VLADIMIR JELISAVCIC
      NEW YORK NY 10019
```

Please note that your claim # 9567-01 in the above referenced case and in the amount of $623,576.70 has been transferred **(unless previously expunged by court order)**

```
SERENGETI PARTNERS LP                          SERENGETI PARTNERS LP
TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P.    RICHARDS KIBBE & ORBE LLP
c/o Serengeti Asset Management LP              ATTN: MANAGING CLERK
Attn: S Choudhury, 632 Broadway, 12th Fl       ONE WORLD FINANCIAL CENTER
New York NY 10012                              NEW YORK NY 10281-1003
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5787    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/12/2009                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 12, 2009.

```
In re                                              | Chapter 11 Case No.
                                                   |
                                                   | 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,             |
                                                   | (Jointly Administered)
                                                   |
         Debtors.                                  |
                                                   |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:   LONGACRE OPPORTUNITY FUND, L.P.
          TRANSFEROR: PACIFIC SUMMIT ENERGY LLC (EEI)
          810 SEVENTH AVENUE, 33RD FLOOR
          ATTN: VLADIMIR JELISAVCIC
          NEW YORK NY 10019
```

Please note that your claim # 9567 in the above referenced case and in the amount of
         $935,365.05         has been transferred **(unless previously expunged by court order)**

```
    SERENGETI OVERSEAS LTD.                              SERENGETI OVERSEAS LTD.
    TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P.          RICHARDS KIBBE & ORBE LLP
    c/o Serengeti Asset Management LP                    ATTN:  MANAGING CLERK
    Attn: S Choudhury, 632 Broadway, 12th Fl             ONE WORLD FINANCIAL CENTER
    New York NY 10012                                    NEW YORK NY 10281-1003
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5788       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/12/2009                              Vito Genna, Clerk of Court


                                              /s/ Paul Belobritsky
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 12, 2009.

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   LONGACRE OPPORTUNITY FUND, L.P.
      TRANSFEROR: PACIFIC SUMMIT ENERGY LLC
      810 SEVENTH AVENUE, 33RD FLOOR
      ATTN: VLADIMIR JELISAVCIC
      NEW YORK NY 10019
```

Please note that your claim # 29771 in the above referenced case and in the amount of
         $935,365.05         has been transferred **(unless previously expunged by court order)**

```
SERENGETI OVERSEAS LTD.                              SERENGETI OVERSEAS LTD.
TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P.          RICHARDS KIBBE & ORBE LLP
c/o Serengeti Asset Management LP                    ATTN:  MANAGING CLERK
Attn: S Choudhury, 632 Broadway, 12th Fl             ONE WORLD FINANCIAL CENTER
New York NY 10012                                    NEW YORK NY 10281-1003
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 5789    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/12/2009                         Vito Genna, Clerk of Court

                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 12, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                                           | Chapter 11 Case No.
                                                                |
LEHMAN BROTHERS HOLDINGS INC., et al.,                          | 08-13555 (JMP)
                                                                |
                                                                | (Jointly Administered)
                    Debtors.                                    |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
        To: LONGACRE OPPORTUNITY FUND, L.P.
            TRANSFEROR: PACIFIC SUMMIT ENERGY LLC (EEI)
            810 SEVENTH AVENUE, 33RD FLOOR
            ATTN: VLADIMIR JELISAVCIC
            NEW YORK NY 10019
```

Please note that your claim # 9568-01 in the above referenced case and in the amount of $623,576.70 has been transferred **(unless previously expunged by court order)**

```
            SERENGETI PARTNERS LP                                    SERENGETI PARTNERS LP
            TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P.              RICHARDS KIBBE & ORBE LLP
            c/o Serengeti Asset Management LP                        ATTN: MANAGING CLERK
            Attn: S Choudhury, 632 Broadway, 12th Fl                 ONE WORLD FINANCIAL CENTER
            New York NY 10012                                        NEW YORK NY 10281-1003
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                            UNITED STATES BANKRUPTCY COURT
                            Southern District of New York
                            One Bowling Green
                            New York,NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 5790 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/12/2009                              Vito Genna, Clerk of Court

                                              /s/ Paul Belobritsky
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on November 12, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                              | Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,             | 08-13555 (JMP)
                                                   |
                                                   | (Jointly Administered)
              Debtors.                             |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  LONGACRE OPPORTUNITY FUND, L.P.                LONGACRE OPPORTUNITY FUND, L.P.
         TRANSFEROR: PACIFIC SUMMIT ENERGY LLC          RICHARDS KIBBE & ORBE LLP
         810 SEVENTH AVENUE, 33RD FLOOR                 ATTN:  MANAGING CLERK
         ATTN: VLADIMIR JELISAVCIC                      ONE WORLD FINANCIAL CENTER
         NEW YORK NY 10019                              NEW YORK NY 10281-1003
```

Please note that your claim # 29772-01 in the above referenced case and in the amount of
        $623,576.70         has been transferred **(unless previously expunged by court order)**

```
         SERENGETI PARTNERS LP
         TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P.
         c/o Serengeti Asset Management LP
         Attn: S Choudhury, 632 Broadway, 12th Fl
         New York NY 10012
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                          UNITED STATES BANKRUPTCY COURT
                          Southern District of New York
                          One Bowling Green
                          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5791      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/12/2009                         Vito Genna, Clerk of Court


                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 12, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                             | Chapter 11 Case No.
                                                  |
LEHMAN BROTHERS HOLDINGS INC., et al.,            | 08-13555 (JMP)
                                                  |
                                                  | (Jointly Administered)
        Debtors.                                  |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   LONGACRE OPPORTUNITY FUND, L.P.                    LONGACRE OPPORTUNITY FUND, L.P.
      TRANSFEROR: PACIFIC SUMMIT ENERGY LLC              RICHARDS KIBBE & ORBE LLP
      810 SEVENTH AVENUE, 33RD FLOOR                     ATTN:  MANAGING CLERK
      ATTN: VLADIMIR JELISAVCIC                          ONE WORLD FINANCIAL CENTER
      NEW YORK NY 10019                                  NEW YORK NY 10281-1003
```

Please note that your claim # 29772 in the above referenced case and in the amount of
    $935,365.05        has been transferred **(unless previously expunged by court order)**

```
      SERENGETI OVERSEAS LTD.                            SERENGETI OVERSEAS LTD.
      TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P.        RICHARDS KIBBE & ORBE LLP
      c/o Serengeti Asset Management LP                  ATTN:  MANAGING CLERK
      Attn: S Choudhury, 632 Broadway, 12th Fl           ONE WORLD FINANCIAL CENTER
      New York NY 10012                                  NEW YORK NY 10281-1003
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5792        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/12/2009                          Vito Genna, Clerk of Court

                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 12, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| |
|---|
| In re | Chapter 11 Case No. |
| | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:   LONGACRE OPPORTUNITY FUND, L.P.
          TRANSFEROR: PACIFIC SUMMIT ENERGY LLC (EEI)
          810 SEVENTH AVENUE, 33RD FLOOR
          ATTN: VLADIMIR JELISAVCIC
          NEW YORK NY 10019
```

Please note that your claim # 9568 in the above referenced case and in the amount of
    $935,365.05        has been transferred **(unless previously expunged by court order)**

```
    SERENGETI OVERSEAS LTD.                              SERENGETI OVERSEAS LTD.
    TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P.          RICHARDS KIBBE & ORBE LLP
    c/o Serengeti Asset Management LP                    ATTN: MANAGING CLERK
    Attn: S Choudhury, 632 Broadway, 12th Fl             ONE WORLD FINANCIAL CENTER
    New York NY 10012                                    NEW YORK NY 10281-1003
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                            UNITED STATES BANKRUPTCY COURT
                            Southern District of New York
                            One Bowling Green
                            New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5793      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/12/2009                           Vito Genna, Clerk of Court


                                           /s/ Paul Belobritsky
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  November 12, 2009.

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  TA CHONG FINANCE (HONG KONG) LIMITED           TA CHONG FINANCE (HONG KONG) LIMITED
     YU, CHAN & YEUNG SOLICITORS                    ATTN: IRENE LIN
     ROOM 1505, TUNG NING BUIDLING NO.2 HILLIER STREET   UNIT 3203-04 32/F., 9 QUEEN'S ROAD CENTRAL
     SHEUNG WAN HONG KONG                           HONG KONG
                                                    HONG KONG
```

Please note that your claim # 12779 in the above referenced case and in the amount of
$10,121,300.00     has been transferred **(unless previously expunged by court order)**

```
                                                    DEUTSCHE BANK AG, LONDON BRANCH
                                                    TRANSFEROR: TA CHONG FINANCE (HONG KONG) LIM
                                                    ATTN: HENG CHEAM AND CHRISTOPHER WONG
                                                    55/F CHEUNG KONG CENTER
                                                    2 QUEEN'S ROAD CENTRAL
                                                    HONG KONG
                                                    HONG KONG
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5794     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/12/2009                         Vito Genna, Clerk of Court

                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 12, 2009.

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
|  | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. |  |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  NIPPON LIFE INSURANCE COMPANY
     KAZUHIDE YAMAMOTO, HEAD, FIN. LEGAL OFC
     FINANCE PLANNING AND MGMT, DEPT.
     1-6-6 MARUNOUCHI, CHIYODA-KU
     TOKYO     100-8288
     JAPAN
```

Please note that your claim # 812 in the above referenced case and in the amount of
       $47,336,322.57        has been transferred **(unless previously expunged by court order)**

```
     HYBRID CAPITAL K.K.
     TRANSFEROR: NIPPON LIFE INSURANCE COMPANY
     ATTN: TETSUYA MORIMOTO
     1-19-1 KANDA-NISHIKICHO
     CHIYODA-KU
     TOKYO     101-0054
     JAPAN
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5801      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/12/2009                          Vito Genna, Clerk of Court

                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 12, 2009.

**EXHIBIT "B"**

```
TIME: 14:31:20                            LEHMAN BROTHERS HOLDING INC.                                                                    PAGE:    1
DATE: 11/12/09                                 CREDITOR LISTING

Name                                         Address
AMBER MASTER FUND (CAYMAN) SPC               C/O AMBER CAPITAL, LP 900 THIRD AVENUE, SUITE 200 ATTN: JED RUBIN NEW YORK NY 10022
AMBER MASTER FUND (CAYMAN) SPC               AMBER MASTER FUND (CAYMAN) SPC CHADBOURNE & PARKE LLP 30 ROCKEFELLER PLAZA ATTN: DAVID LEMAY, ESQ., CHRISTY RIVERA, ESQ NEW YORK NY 10011
DEUTSCHE BANK AG, LONDON BRANCH              TRANSFEROR: TA CHONG FINANCE (HONG KONG) LIMITED ATTN: HENG CHEAM AND CHRISTOPHER WONG 55/F CHEUNG KONG CENTER 2 QUEEN'S ROAD CENTRAL
HYBRID CAPITAL K.K.                          TRANSFEROR: NIPPON LIFE INSURANCE COMPANY ATTN: TETSUYA MORIMOTO 1-19-1 KANDA-NISHIKICHO CHIYODA-KU TOKYO 101-0054 JAPAN
LONGACRE OPPORTUNITY FUND, L.P.              RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
LONGACRE OPPORTUNITY FUND, L.P.              TRANSFEROR: PACIFIC SUMMIT ENERGY LLC 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK NY 10019
LONGACRE OPPORTUNITY FUND, L.P.              TRANSFEROR: PACIFIC SUMMIT ENERGY LLC (EEI) 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK NY 10019
NIPPON LIFE INSURANCE COMPANY                ATTN: KAZUHIDE YAMAMOTO, HEAD, FIN. LEGAL OFC FINANCE PLANNING AND MGMT, DEPT. 1-6-6 MARUNOUCHI, CHIYODA-KU TOKYO 100-8288 JAPAN
NIPPON LIFE INSURANCE COMPANY                KAZUHIDE YAMAMOTO, HEAD, FIN. LEGAL OFC FINANCE PLANNING AND MGMT, DEPT. 1-6-6 MARUNOUCHI, CHIYODA-KU TOKYO 100-8288 JAPAN
SERENGETI OVERSEAS LTD.                      RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
SERENGETI OVERSEAS LTD.                      TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P. c/o Serengeti Asset Management LP Attn: S Choudhury, 632 Broadway, 12th Fl New York NY 10011
SERENGETI PARTNERS LP                        RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
SERENGETI PARTNERS LP                        TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P. c/o Serengeti Asset Management LP Attn: S Choudhury, 632 Broadway, 12th Fl New York NY 10011
STRATEGIC VALUE MASTER FUND, LTD.            RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
STRATEGIC VALUE MASTER FUND, LTD.            TRANSFEROR: AMBER MASTER FUND (CAYMAN) SPC c/o Strategic Value Partners, LLC Attn: Marc Sileo, 100 West Putnam Avenue Greenwich CT 06803
TA CHONG FINANCE (HONG KONG) LIMITED         ATTN: IRENE LIN UNIT 3203-04 32/F., 9 QUEEN'S ROAD CENTRAL HONG KONG   HONG KONG
TA CHONG FINANCE (HONG KONG) LIMITED         YU, CHAN & YEUNG SOLICITORS ROOM 1505, TUNG NING BUIDLING NO.2 HILLIER STREET SHEUNG WAN     HONG KONG


Total Number of Records Printed       17
```

**EXHIBIT "C"**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153