CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Thomas J. Moloney
Sean A. O'Neal

*Attorneys for PB Capital Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
                                            :

**In re**                                         :        Chapter 11 Case No.
                                            :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,  :        08-13555 (JMP)
                                            :
          **Debtors.**                          :        (Jointly Administered)
                                            :
                                            :        **CERTIFICATE OF SERVICE**
----------------------------------------------------------------x

        I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

        1. On the 17th day of November 2009, the Notice of Corrected Bernstein Declaration dated November 17, 2009 with Exhibits 1 through 7 was served by hand and by Federal Express, as indicated, upon:

                                    **BY HAND**

                The Office of the United States Trustee
                   for the Southern District of New York
                Andy Velez-Rivera, Esq.
                Paul Schwartzberg, Esq.
                Brian Masumoto, Esq.
                Linda Riffkin, Esq.
                Tracy Hope Davis, Esq.
                33 Whitehall Street, 21st Floor
                New York, NY 10004

Weil Gotshal & Manges LLP
Shai Waisman, Esq.
Lori R. Fife, Esq.
Richard W. Slack, Esq.
Robert J. Lemons, Esq.
767 Fifth Avenue
New York, NY 10153

Milbank, Tweed, Hadley & McCloy, LLP
Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Wilbur F. Foster, Jr., Esq.
Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York, NY 10005

**BY FEDERAL EXPRESS**

Milbank, Tweed, Hadley & McCloy, LLP
David S. Cohen, Esq.
850 K Street N.W., Suite 1100
Washington, DC 20006

    2. This service was made by assistant managing clerks of this firm under my general supervision.

Dated: New York, New York
        November 18, 2009

                          /s/Richard V. Conza
                            Richard V. Conza