WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ralph I. Miller
Richard W. Slack

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------------------x
                                              :
In re                                         :    Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,        :    08-13555 (JMP)
                                              :
                          Debtors.            :    (Jointly Administered)
                                              :
-------------------------------------------------------------------------------x
```

### NOTICE OF AGENDA OF MATTERS
### <u>SCHEDULED FOR HEARING ON NOVEMBER 19, 2009 AT 2:00 P.M.</u>

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **<u>Room 601</u>**, One Bowling Green, New York, NY 10004-1408

**I.      MATTERS TO BE HEARD AT 2:00 P.M.:**

1.      Lehman Brothers Special Financing Inc. v. BNY Corporate Trustee Services Limited **[Adversary Case No. 09-01242]**

         **Motions for Summary Judgment**

         <u>Related Documents</u>:

                 A.      Plaintiff Lehman Brothers Special Financing Inc.'s Motion for Summary Judgment  **[Docket No. 6]**

                 B.      Motion for Summary Judgment of BNY Corporate Trustee Services Limited **[Docket No. 60]**

C.    Memorandum of Law in Support of Motion for Summary Judgment of BNY Corporate Trustee Services Limited **[Docket No. 61]**

D.    Affirmation of Michael J. Venditto in Support of Motion for Summary Judgment of BNY Corporate Trustee Services Limited **[Docket No. 62]**

E.    Statement of Material Undisputed Facts of BNY Corporate Trustee Services Limited **[Docket No. 63]**

F.    Exhibit 1 to Affirmation of Michael J. Venditto in Support of Motion for Summary Judgment of BNY Corporate Trustee Services Limited **[Docket No. 64]**

G.    BNY Corporate Trustee Services Limited's Memorandum of Law in Opposition to Plaintiff Lehman Brothers Special Financing Inc.'s Motion for Summary Judgment **[Docket No. 66]**

H.    BNY Corporate Trustee Services Limited's Response to Plaintiff Lehman Brothers Special Financing Inc.'s Statement of Material Undisputed Facts in Support of its Motion for Summary Judgment **[Docket No. 67]**

I.    Lehman Brothers Special Financing Inc.'s Memorandum of Law in Opposition to BNY Corporate Trustee Services Limited's Motion for Summary Judgment **[Docket No. 68]**

J.    Declaration of Ralph Miller in Support of Lehman Brothers Special Financing Inc.'s Memorandum of Law in Opposition to BNY Corporate Trustee Services Limited's Motion for Summary Judgment **[Docket No. 69]**

K.    Declaration of Gerard McCormack in Support of Lehman Brothers Special Financing Inc.'s Memorandum of Law in Opposition to BNY Corporate Trustee Services Limited's Motion for Summary Judgment **[Docket No. 70]**

L.    Lehman Brothers Special Financing Inc.'s Response to BNY Corporate Trustee Services Limited's Statement of Material Undisputed Facts **[Docket No. 71]**

M.    Statement of Official Committee of Unsecured Creditors in Support of Debtors' Motions for Summary Judgment and in Opposition to BNY Corporate Trustee Services Limited's Motion for Summary Judgment **[Docket No. 72]**

N.   Lehman Brothers Special Financing Inc.'s Reply Memorandum of Law in Opposition to BNY Corporate Trustee Services Limited's Motion for Summary Judgment and in Further Support of LBSF's Motion for Summary Judgment **[Docket No. 75]**

O.   Declaration of Ralph I. Miller In Support of Lehman Brothers Special Financing Inc.'s Reply Memorandum **[Docket No. 76]**

P.   Supplemental Affirmation of BNY Corporate Trustee Services Limited **[Docket No. 77]**

Q.   BNY Corporate Trustee Services Limited's Reply Memorandum of Law in Further Support of Its Motion for Summary Judgment **[Docket No. 78]**

R.   Statement of Official Committee of Unsecured Creditors in Further Support of Debtors' Motion for Summary Judgment **[Docket No. 80]**

S.   Second Supplemental Affirmation of Michael J. Venditto in Further Support of the Motion for Summary Judgment **[Docket No. 83]**

T.   Amended Exhibit A to the Second Supplemental Affirmation of Michael J. Venditto in Further Support of the Motion for Summary Judgment **[Docket No. 84]**

Status: These matters are going forward.

2.   Debtors' Motion to Compel Performance of Chicago Board. of Education's Obligations under Executory Contract to Enforce Automatic Stay **[Case No. 08-13555, Docket No. 5470]**

Response Deadline:   November 3, 2009 at 4:00 p.m.

Responses Received:

A.   Objection of the Board of Education of the City of Chicago **[Docket No. 5685]**

Related Documents:

B.   Debtors' Reply **[Docket No. 5880]**

Status:  This matter is going forward.

3.      Chicago Board of Education v. Lehman Brothers Special Financing Inc.
        **[Adversary Case No. 09-01455]**

        **Lehman Brothers Special Financing Inc.'s Motion to Dismiss**

        Related Documents:

                A.      Defendant Lehman Brothers Special Financing Inc.'s Motion to
                        Dismiss the Complaint **[Docket No. 6]**

                B.      Plaintiff's Response to Defendant Lehman Brothers Special
                        Financing Inc.'s Motion to Dismiss the Complaint **[Docket No. 9]**

                C.      Debtors' Reply **[Docket No. 11]**

        Status: This matter is going forward.

4.      Neuberger Berman v. PNC Bank, NA, et al. **[Adversary Case No. 09-01258]**

        **Motion to Deposit Funds and Motion to Dismiss Case**

        Related Documents:

                A.      Motion Neuberger Berman, LLC for Authorization to Deposit
                        Funds with the Clerk of the Court in Connection with Interpleader
                        Complaint **[Docket No. 2]**

                B.      Lehman Brothers Commercial Corporation's Response to the
                        Motion of Neuberger Berman, LLC for Authorization to Deposit
                        Funds with the Clerk of the Court in Connection with the
                        Interpleader Complaint **[Docket No. 7]**

                C.      Trustee's Response to Motion for Authorization to Deposit Funds
                        with the Clerk of the Court in Connection with Interpleader
                        Complaint of Neuberger Berman LLC **[Docket No. 11]**

                D.      Motion of PNC Bank, National Association for an Order
                        Dismissing the Case for Lack of Jurisdiction **[Docket No. 14]**

                E.      PNC Bank, National Association's Objection to the Motion of
                        Neuberger Berman, LLC for Authorization to Deposit Funds with
                        the Clerk of the Court in Connection with the Interpleader
                        Complaint **[Docket No. 16]**

F.  Lehman Brothers Commercial Corporations Objection to the Motion of PNC Bank, National Association for an Order Dismissing the Case for Lack of Jurisdiction **[Docket No. 19]**

G.  Neuberger Berman LLC's Response (1) in Opposition to PNC Bank, National Association's Motion to Dismiss the Interpleader Complaint and (2) Consenting to Transfer of Venue **[Docket No. 22]**

H.  Re-Notice of Neuberger Berman LLC's Response (1) in Opposition to PNC Bank, National Association's Motion to Dismiss the Interpleader Complaint and (2) Consenting to Transfer of Venue **[Docket No. 35]**

I.  Lehman Brothers Commercial Corporation's Response to the Motion of PNC Bank, National Association for an Order (1) Dismissing the Case for Lack of Jurisdiction, (ii) (A) Lifting the Automatic Stay, and (B) Transferring Venue **[Docket No. 36]**

J.  Reply of PNC Bank, National Association to Lehman Brothers Commercial Corp. and Nueberger Berman's Response in Opposition to PNC Bank Motion to Dismiss the Interpleader Complaint and Lift the Automatic Stay and Transfer Venue **[Docket No. 40]**

Status: These matters are going forward.

## II.    **ADJOURNED MATTERS**

5.  Bank of America v. Lehman Brothers Special Finance **[Adversary Case No. 08-01753]**

**Motions for Summary Judgment**

Related Documents:

A.  Notice of Defendants Lehman Brothers Holdings Inc. and Lehman Brothers Special Financing and Counterclaim-Plaintiff Lehman Brothers Holdings Inc.'s Motion for Summary Judgment **[Docket No. 29]**

B.  Motion for Summary Judgment of Bank of America, N.A. **[Docket No. 35]**

Status: This matter has been adjourned to December 10, 2009.

6. Lehman Brothers Special Financing Inc. & Lehman Brothers Holdings, Inc. v. American Family Life Assurance Company of Columbus, et al. **[Adversary Case No. 09-01261]**

**Motions for Summary Judgment**

Related Documents:

A. Motion for Summary Judgment of American Family Life Assurance Company of Columbus **[Docket No. 30]**

B. American Family Life Assurance Company of Columbus' Statement of Undisputed Facts **[Docket No. 31]**

C. Declaration of Robert A. Weber in Support of Motion of American Family Life Assurance Company of Columbus for Summary Judgment **[Docket No. 32]**

D. American Family Life Assurance Company of Columbus' Memorandum of Law in Support of Motion for Summary Judgment **[Docket No. 33]**

E. Joinder of BNY Corporate Trustee Services Limited in Support of Motion for Summary Judgment of American Family Life Assurance Company of Columbus **[Docket No. 39]**

F. Plaintiffs Lehman Brothers Special Financing Inc. and Lehman Brothers Holdings Inc.'s Motion for Summary Judgment **[Docket No. 40]**

G. Joinder of Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc. et al. in Plaintiffs Lehman Brothers Special Financing Inc. and Lehman Brothers Holdings Inc.'s Motion for Summary Judgment **[Docket No. 41]**

H. Opposition Brief Opposition of American Family Life Assurance Company of Columbus to Motion for Summary Judgment of Lehman Brothers Special Financing Inc. and Lehman Brothers Holdings Inc. **[Docket No. 44]**

I. Response of American Family Life Assurance Company of Columbus to Statement of Material Undisputed Facts of Lehman Brothers Special Financing Inc. and Lehman Brothers Holdings Inc. **[Docket No. 45]**

J.      Supplemental Declaration of Robert A. Weber in Support of Motion of American Family Assurance Company of Columbus for Summary Judgment and in Opposition to Motion for Summary Judgment of Lehman Brothers Special Financing Inc. and Lehman Brothers Holdings Inc. **[Docket No. 46]**

K.      Joinder of BNY Corporate Trustee Services Limited to Opposition of American Family Life Assurance Company of Columbus to Motion for Summary Judgment of Lehman Brothers Special Financing Inc. and Lehman Brothers Holdings Inc. **[Docket No. 47]**

L.      Lehman Brothers Special Financing Inc. and Lehman Brothers Holdings Inc.'s Memorandum of Law in Opposition to American Family Life Assurance Company of Columbus's Motion for Summary Judgment **[Docket No. 48]**

M.      Declaration of Ralph I. Miller In Support of Lehman Brothers Special Financing Inc. and Lehman Brothers Holdings Inc.'s Memorandum of Law in Opposition to American Family Life Assurance Company of Columbus's Motion for Summary Judgment **[Docket No. 49]**

N.      Lehman Brothers Special Financing Inc. and Lehman Brothers Holdings Inc.'s Response to AFLAC's Statement of Material Undisputed Facts **[Docket No. 50]**

O.      Joinder of Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc. et al. in Debtors Opposition to American Family Life Assurance Company of Columbus' Motion for Summary Judgment **[Docket No. 51]**

P.      Memorandum of Law Reply Brief of American Family Life Assurance Company of Columbus in Support of its Motion for Summary Judgment **[Docket No. 54]**

Q.      Lehman Brothers Special Financing Inc. and Lehman Brothers Holdings Inc.'s Reply Memorandum of Law in Further Opposition to American Family Life Assurance Company of Columbus's Motion for Summary Judgment and in Further Support of Debtors' Motion for Summary Judgment **[Docket No. 55]**

R.      Supplemental Declaration Second Supplemental Declaration of Robert A. Weber in Support of Motion of American Family Life Assurance Company Of Columbus for Summary Judgment and in Opposition to Motion for Summary Judgment of Lehman Brothers

Special Financing Inc. and Lehman Brothers Holdings Inc. **[Docket No. 56]**

S.    Joinder of BNY Corporate Trustee Services Limited to Reply of American Family Life Assurance Company of Columbus in Support of Motion for Summary Judgment **[Docket No. 57]**

T.    Joinder of Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc. et al. in Debtors' Reply Memorandum of Law in Further Opposition to American Family Life Assurance Company of Columbus's Motion for Summary Judgment and in Further Support of Debtors' Motion for Summary Judgment **[Docket No. 58]**

<u>Status</u>:  These matters has been adjourned without date.


Dated: November 18, 2009
       New York, New York

                                        /s/ Ralph I. Miller
                                        Ralph I. Miller
                                        Richard W. Slack

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Debtors
                                        and Debtors in Possession