Christopher R. Belmonte, Esq.
Pamela A. Bosswick, Esq.
Abigail Snow, Esq.
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue, Suite 1130
New York, New York 10169
(212) 818-9200

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al. | ) Case No. 08-13555 (JMP) |
| Debtor, | ) Jointly Administered |

# AFFIDAVIT OF SERVICE

I, Abigail Snow, being duly sworn, depose and say:

I am employed by the law firm Satterlee Stephens Burke & Burke LLP, reside in the State of New York, am over the age of eighteen years and am not a party to this action.

On the 11th day of November, 2009 I caused a true copy of the *Supplemental Verified Statement Of Satterlee Stephens Burke & Burke LLP Pursuant To Rule 2019 Of The Federal Rules Of Bankruptcy Procedure* to be served electronically through the Court's ECF System on parties requesting electronic service and by United States Postal Service first-class mail to all parties listed on Service List A, attached hereto.

    /s/ Abigail Snow
Abigail Snow

Sworn to before me this
18th day of November, 2009.

  /s/ Marie Dass
Notary Public, State of New York
No. 01DA6142755
Qualified in Queens County
Commission Expires March 20, 2010

786793_1

Service List A

| | |
|---|---|
| Courtesy Copy:<br>Honorable James M. Peck<br>U.S. Bankruptcy Court of the S.D.N.Y.<br>One Bowling Green, Rm 601<br>New York, NY 10004 | Special Counsel to Creditors' Committee<br>Robert K. Kakis, Esq.<br>Susheel Kirpalani, Esq.<br>James Tecce, Esq.<br>Quinn Emanuel Urquhart Oliver & Hedges<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010 |
| Debtor:<br>Lehman Brothers Holdings, Inc.<br>745 Seventh Avenue<br>New York, NY 10019 | Counsel to SIPA Trustee:<br>Jeffrey S. Margolin, Esq.<br>Hughes Hubbard & Reed<br>1 Battery Park Plaza<br>New York, NY 10004 |
| U.S. Trustee:<br>Andrew D. Velez-Rivera, Esq.<br>Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 | Counsel to Barclays Capital, Inc.:<br>Lindsee P. Granfield, Esq.<br>Lisa Schweiger, Esq.<br>Cleary Gotliebb LLP<br>One Liberty Plaza<br>New York, NY 10006 |
| Debtor's Counsel:<br>Harvey R. Miller, Esq.<br>Shai Waisman, Esq.<br>Jacqueline Marcus, Esq.<br>Richard P. Krasnow, Esq.<br>Lori R. Fife, Esq.<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Counsel to Barclays Capital, Inc.:<br>Robinson B. Lacy, Esq.<br>Hydee R. Feldstein, Esq.<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004 |
| Counsel to Creditors' Committee<br>Paul Arozon, Esq. &<br>Gregory A. Bray, Esq.<br>Milbank, Tweed, Hadley & McCloy<br>601 S. Figueroa Street, 30th Floor<br>Los Angeles, CA 90017 | Counsel to Examiner:<br>Patrick J. Trostle, Esq.<br>Jenner & Block LLP<br>919 Third Avenue, 37th Floor<br>New York, NY 10022-3908 |
| Counsel to Creditors' Committee:<br>Dennis F. Dunne, Esq.<br>Dennis O'Donnell, Esq & Evan Fleck, Esq.<br>Milbank, Tweed, Hadley & McCloy<br>1 Chase Manhattan Plaza<br>New York, NY 10005 | |

786793_1