Omnibus Hearing Date: December 16, 2009 at 10:00 a.m.
Objection Deadline: December 11, 2009 at 4:00 p.m.

Thomas E. Chase, Esq. (TC-8266)
**ROTTENBERG LIPMAN RICH, P.C.**
369 Lexington Avenue, 16th Floor
New York, New York 10017
Telephone: (212) 661-3080
Facsimile: (212) 867-1914

Counsel for Malayan Banking Berhad

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |
| | **NOTICE OF HEARING** |

---------------------------------------------------------------x

### NOTICE OF HEARING ON THE MOTION OF
### MALAYAN BANKING BERHAD FOR AN ORDER DIRECTING DISCOVERY
### PURSUANT TO BANKRUPTCY RULE 2004

PLEASE TAKE NOTICE that Malayan Banking Berhad ("Maybank"), by and through its undersigned counsel, hereby moves the Court for entry of an order pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Motion") directing Lehman Brothers Special Financing Inc. and Lehman Brothers Holdings Inc. (the "Debtors") to produce certain documents and to produce a knowledgeable representative(s) for a deposition regarding the 1999 swap transaction entered between Maybank and the Debtors, as set forth in the supporting papers filed herewith.

PLEASE TAKE FURTHER NOTICE that copies of the Motion are required to be served on all parties on the Master Service List as set forth in this Court's

Amended Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures dated February 13, 2009 (the "Scheduling Order");

PLEASE TAKE FURTHER NOTICE that any Objection to the Motion must be filed and served by the Objection Deadline as provided under the Scheduling Order (and hereby calculated to be 4:00 p.m. on December 11, 2009) and must be served on the Standard Parties as provided in the Scheduling Order; and

PLEASE TAKE FURTHER NOTICE that the Motion will be considered by the Court at the Omnibus Hearing scheduled for 10:00 a.m. on December 16, 2009 before the Honorable James M. Peck, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom 601, New York, New York, 10004-1408; and

PLEASE TAKE FURTHER NOTICE that the relief requested by the Motion may be granted without a hearing if no Objection is timely filed and served in accordance with the Scheduling Order.

Dated: New York, New York
November 19, 2009

ROTTENBERG LIPMAN RICH, P.C.

By: _____
Thomas E. Chase (TC-8266)
369 Lexington Avenue, 16th Floor
New York, New York 10017
(212) 661-3080
Attorneys for Malayan Banking Berhad