Omnibus Hearing Date: December 16, 2009 at 10:00 a.m.
Objection Deadline: December 11, 2009 at 4:00 p.m.

Thomas E. Chase, Esq. (TC-8266)
**ROTTENBERG LIPMAN RICH, P.C.**
369 Lexington Avenue, 16th Floor
New York, New York 10017
Telephone: (212) 661-3080
Facsimile: (212) 867-1914

Counsel for Malayan Banking Berhad

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
                                                           :
In re:                                                     :    Chapter 11
LEHMAN BROTHERS HOLDINGS INC., et al.,                     :    Case No. 08-13555 (JMP)
                                                           :
                              Debtors.                     :    Jointly Administered
                                                           :
-----------------------------------------------------------x

## DECLARATION OF THOMAS E. CHASE, ESQ. IN SUPPORT OF MOTION OF MALAYAN BANKING BERHAD FOR LEAVE TO CONDUCE RULE 2004 DISCOVERY

THOMAS E. CHASE, hereby declares pursuant to Section 1746 of Title 28 of the United States Code:

1. I am a partner at Rottenberg Lipman Rich, P.C., outside counsel for Maybank[1] and I am personally familiar with the matters discussed herein.

2. I submit this declaration in support of Maybank's motion for leave to conduct Rule 2004 discovery of Debtors having information relating to the Swap Transaction.

3. Maybank is a Malaysian bank headquartered in Kuala Lumpur, Malaysia.

4. As indicated by the attached documentation, in or around July 22, 1999

---

[1] Capitalized terms not otherwise defined herein have the definitions given to them in the Motion of Malayan Banking Berhad for Leave to Conduct Rule 2004 Discovery submitted herewith.

Maybank entered the Swap Transaction with LBIE, LBSF and LBHI.

5. In June 2009, I discussed the Swap Transaction with Maurice Horwitz ("Mr. Horwitz"), an attorney representing Debtors with the law firm Weil Gotschal & Manges, LLP. I provided Mr. Horwitz with copies of the attached documentation relating to the Swap Transaction and I asked Mr. Horwitz to provide Maybank with information relating to the Collateral Note.

6. Following my initial discussion with Mr. Horwitz, he informed me that he had located the Collateral Note and that "LBIE has your note." I asked Mr. Horwitz to provide Maybank with all the information available to him relating to the Collateral Note, but he declined to do so and advised me that Maybank should contact LBIE to obtain further information about the Collateral Note.

7. In June and July 2009, I spoke to both Mathew Monahan, an attorney at Linklaters representing LBIE and Huw Merriman, a representative of LBIE, and asked them to provide me with information about the Collateral Note, but they were unwilling or unable to do so, failing to respond to numerous requests for such information.

8. Maybank requires Debtors to produce the discovery set forth in Schedule A and Schedule B attached to the Proposed Order submitted herewith so that Maybank may meaningfully analyze its rights against the Debtors with respect to the Swap Transaction and Maybank's continuing rights with respect to the Collateral Note.

9. Attached are true and correct copies of the documentation relating to the Swap Transaction that were provided to me from Maybank's files:

Exhibit A:   Confirmation dated July 22, 1999 between LBIE and Maybank;

|   |   |
|---|---|
| Exhibit B: | ISDA Master Agreement, Schedule and Credit Support Annex dated as of August 22, 1992 between LBSF and Maybank; |
| Exhibit C: | ISDA Master Agreement, Schedule and Credit Support Annex dated as of July 22, 1999 between LBIE and Maybank; and |
| Exhibit D: | Termination Agreement dated as of November 18, 2003 between LBSF and Maybank. |

Dated: November 19, 2009
     New York, New York

                                                        /s/ Thomas E. Chase
                                                        Thomas E. Chase, Esq.