# TERMINATION AGREEMENT

**TERMINATION AGREEMENT** ("Termination Agreement") dated as of November 18, 2003 between **Lehman Brothers Special Financing Inc.** and **Malayan Banking Berhad** (collectively the "Parties").

## WITNESSETH

WHEREAS, the Parties wish to cancel and terminate its rights and obligations under the ISDA Master Agreement, its' Schedule and the ISDA Credit Support Annex dated as of August 7, 1992 (the "Agreement").

NOW, THEREFORE, in consideration of the mutual agreements herein contained and other good and valuable consideration, the Parties hereby agree as follows:

1. **Termination of the Agreement.**

    Upon execution of this Termination Agreement, the Agreement shall be deemed terminated as of the date first written above. Each party hereby agree to release and discharge the other from any and all rights, obligations and liabilities under the Agreement except for those arising prior to the effective date of this termination.

2. **Governing Law**

    This Termination Agreement shall be, governed by, and construed in accordance with the laws of the State of New York.

IN WITNESS THEREOF, the Parties hereto have executed this Termination Agreement as of the date first above written.

| LEHMAN BROTHERS SPECIAL FINANCING INC. | MALAYAN BANKING BERHAD |
|---|---|
| Name: Scott Willoughby | Name: Anthony Lim |
| Title: Vice President | Title: Senior Vice President, Head, Market Risk Management |
| Date: 11/25/03 | Date: 11.12.03 |