Omnibus Hearing Date: December 16, 2009 at 10:00 a.m.
Objection Deadline: December 11, 2009 at 4:00 p.m.

Thomas E. Chase, Esq. (TC-8266)
**ROTTENBERG LIPMAN RICH, P.C.**
369 Lexington Avenue, 16th Floor
New York, New York 10017
Telephone: (212) 661-3080
Facsimile: (212) 867-1914

Counsel for Malayan Banking Berhad

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11
LEHMAN BROTHERS HOLDINGS INC., et al.,                      :    Case No. 08-13555 (JMP)
                                                            :
                    Debtors.                                :    Jointly Administered
                                                            :
                                                            :    **CERTIFICATE OF SERVICE**
------------------------------------------------------------x

        The undersigned certifies that on November 19, 2009 he arranged for service of the Motion of Malayan Banking Berhad for an Order Directing Discovery Pursuant to Bankruptcy Rule 2004 and all supporting papers (the "Motion") on all persons on the Master Service List as required by this Court's Amended Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures, dated February 13, 2009 and arranged for service of the Motion on the Clerk (for transmittal to the United States Trustee) by sending a copy of the Motion addressed to: Clerk of the Bankruptcy Court, One Bowling Green, New York, New York, 10004 by Federal Express.

                                                                        */s/ Thomas E. Chase*
                                                                       Thomas E. Chase