TOBIN & TOBIN
JOHN P. CHRISTIAN, ESQ., SBN 111444
500 Sansome Street, 8th Floor
San Francisco, CA 94111-3214
Telephone: (415) 433-1400
Facsimile: (415) 433-3883

Attorneys for Creditor John Rosekrans

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)

In re ) Case No: 08-13555 (JMP)
)
LEHMAN BROTHERS HOLDINGS INC., et ) Chapter 11
al., )
) **REQUEST FOR SERVICE OF PAPERS**
Debtors. )
)

PLEASE TAKE NOTICE the undersigned appears as counsel for John Rosekrans ("a Customer Creditor"), and pursuant to *inter alia*, Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and 11 U.S.C. § 1109(b), requests that the following names be added to any service list in Debtors' cases and that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon:

Tobin & Tobin
John P. Christian, Esq.
500 Sansome Street, 8th Floor
San Francisco, California 94111-3214

Telephone: (415) 433-1400
Facsimile: (415) 433-3883
Email: jchristian@tobinlaw.com

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), this request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but

REQUEST FOR SERVICE OF PAPERS

1  also includes, without limitation, orders and notices of any application, motion, petition,
2  pleadings, requests, complaint or demand, whether formal or informal, whether written or oral,
3  and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone,
4  facsimile transmission, telegraph, telex, email or otherwise that, among other relief: (i) affects or
5  seeks to affect in any way any rights or interests of John Rosekrans.
6  Dated: November 11, 2009

TOBIN & TOBIN

By_____
John P. Christian, Esq.
Attorneys for Customer Creditor
JOHN ROSEKRANS

H:\GFB\Request for Special Notice re Lehman Brothers.doc

**REQUEST FOR SERVICE OF PAPERS**

<u>PROOF OF SERVICE</u>

CASE NAME: In Lehman Brothers Holdings, Inc.
COURT: U.S. Bankruptcy Court, Southern District of New York
CASE NO.: 08-13555 (JMP)

I, Glenda Broome, declare:

I am over the age of eighteen years and not a party to the cause. I am employed by the law firm of Tobin & Tobin, 500 Sansome Street, 8th Floor, San Francisco, California 94111-3211.

On November 12, 2009 I served the documents described as: **REQUEST FOR SERVICE OF PAPERS** on the interested parties in this matter by placing a true copy thereof in a sealed envelope(s) addressed as follows:

**Attorney for Lehman Brothers Holdings, Inc.**
Benjamin Rosenblum
Jones Day
222 East 41st Street
New York, NY 10017

**Trustee**
James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers, Inc.
Christopher K. Kiplok
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

**U.S. Trustee**
**United States Trustee**
Andrew D. Velez-Rivera
Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

**Claims and Noticing Agent**
**Epiq Bankruptcy Solutions, LLC Claims Agent**
(f/k/a Bankruptcy Service LLC)
757 Third Avenue, 3rd Floor
New York, NY 10017

**Creditor Committee**
**Official Committee of Unsecured Creditors**
Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 1005

Service of the above document(s) was effectuated by the following means of service:

XX   **By First Class Mail** -- I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. It is deposited with the United States Postal Service in the ordinary course of business on the same day it is processed for mailing. I caused such envelope(s) to be deposited in the

-3-

**REQUEST FOR SERVICE OF PAPERS**

mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid.

— **By Personal Service** -- By personally delivering a true copy thereof in a sealed envelope(s).

— **By Overnight Delivery Service** -- I caused such envelope(s) to be deposited in a box or other facility regularly maintained by the express service carrier or delivered to an authorized courier or driver authorized by the express service carrier to receive documents. The envelope was deposited with the express service carrier with delivery fees paid or provided for.

— **Facsimile Transmission** -- I served the documents in this matter via facsimile transmission. True and correct copies of written confirmation of the parties' agreement to permit service by facsimile transmission, the facsimile transmission coversheet and transmission report, indicating the transmission and receipt of said documents are attached hereto collectively as Exhibit "A" and incorporated herein by reference.

— **State Court** -- I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that service was made under the direction of an active member of the State Bar of California and who is not a party to the cause.

XX **Federal Court** -- I declare under penalty of perjury that the foregoing is true and correct and that service was made under the direction of a member of the bar of this Court who is admitted to practice and is not a party to the cause.

Executed this 12th day of November, 2009, at San Francisco, California.

/s/ Glenda Broome
Glenda Broome

-4-

**REQUEST FOR SERVICE OF PAPERS**