UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re : Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, : 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
------------------------------------------------------------x

Misc proof of Mailing & Service

**Certificate of Mailing #1:**
Received From: Wm Kuntz, Bx 1801, Nantucket MA 02554
One piece of ordinary mail addressed to: US Trustee, 33 Whitehall #21, NY NY 10004
PS Form 3817, January 2001
U.S. POSTAGE PAID WESTPORT, NY 12993, OCT 31 '09, $1.15

**Certificate of Mailing #2:**
Received From: Wm Kuntz, Bx 1801, Nantucket MA 02554
One piece of ordinary mail addressed to: Milbank Tweed, 1 Chase Plaza, NY NY 10005, Dennis Esq
PS Form 3817, January 2001
U.S. POSTAGE PAID WESTPORT, NY 12993, OCT 31 '09, $1.15

**Certificate of Mailing #3:**
U.S. POSTAGE PAID ELIZABETHTOWN NY 12932, OCT 23 '09, $1.15
From: Kuntz, Bx 1801, Nantucket MA 02554
To: Weil & Gotshal, 757 Ave of the Americas, NY NY 10036-2727, Thoma & Lauria, 1221







**U.S. POSTAL SERVICE — CERTIFICATE OF MAILING**
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE — POSTMASTER

Received From:
Wm Kunz
Bx 1901
Nantucket MA 02584

One piece of ordinary mail addressed to:
Ropes & Gray
1211 Ave of the Americas
NY NY 10036
Sorensen, Esq

PS Form 3817, Mar. 1989

Postmark: NANTUCKET MA 02554, SEP 08 2009
U.S. POSTAGE PAID NANTUCKET, MA 02554 SEP 08 '09 AMOUNT $1.15  00000909-06

---

**U.S. POSTAL SERVICE — CERTIFICATE OF MAILING**
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE — POSTMASTER

Received From:
Wm Kunz
Bx 1901
Nantucket MA 02584

One piece of ordinary mail addressed to:
US Trustee
33 Whitehall
NY NY 10004

PS Form 3817, January 2001

Postmark: HYANNIS MA 02601, SEP 28 2009
U.S. POSTAGE PAID HYANNIS, MA 02601 SEP 28 '09 AMOUNT $1.15  00081857-03

---

**U.S. POSTAL SERVICE — CERTIFICATE OF MAILING**
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE — POSTMASTER

Received From:
Wm Kunz
Bx 1901
Nantucket MA 02584

One piece of ordinary mail addressed to:
Winston & Strawn
200 Park
NY NY 10166
Neier, Esq

PS Form 3817, January 2001

Postmark: HYANNIS MA 02601, SEP 28 2009
U.S. POSTAGE PAID HYANNIS, MA 02601 SEP 28 '09 AMOUNT $1.15  00081857-03

---

**U.S. POSTAL SERVICE — CERTIFICATE OF MAILING**
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE — POSTMASTER

Received From:
Wm Kunz
Bx 1901
Nantucket MA 02584

One piece of ordinary mail addressed to:
McBane Tweed
Dunlop & ...
(Chu Diaz, Esq)

PS Form 3817, January 2001

U.S. POSTAGE PAID HYANNIS, MA 02601 SEP 14 '09 AMOUNT $1.15  00081857-03

---

**U.S. POSTAL SERVICE — CERTIFICATE OF MAILING**
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE — POSTMASTER

Received From:
Wm Kunz
Bx 1901
Nantucket MA 02584

One piece of ordinary mail addressed to:
Kramer ...
1177 Ave of Americas
NY NY 10036
(Dennis, Esq)

PS Form 3817, January 2001

Postmark: HYANNIS MA 02601, SEP 28 2009
U.S. POSTAGE PAID HYANNIS, MA 02601 SEP 28 '09 AMOUNT $1.15  00081857-03





**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7009 1410 0001 1356 3591**
Class: **First-Class Mail**®
Service(s): **Certified Mail**™
Status: **Delivered**

Your item was delivered at 12:05 PM on August 5, 2009 in NEW YORK, NY 10004.

Detailed Results:
- Delivered, August 05, 2009, 12:05 pm, NEW YORK, NY 10004
- Arrival at Unit, August 05, 2009, 8:45 am, NEW YORK, NY 10004
- Acceptance, August 03, 2009, 4:53 pm, HYANNIS, MA 02601

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2009 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do    9/27/2009



Home | Help | Sign in

Track & Confirm          FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: **7008 3230 0002 5178 7225**
Class: **First-Class Mail®**
Service(s): **Certified Mail™**
Status: **Arrival at Unit**

Your item arrived at 6:42 AM on September 8, 2009 in NEW YORK, NY 10036. No further information is available for this item.

Detailed Results:
- **Arrival at Unit, September 08, 2009, 6:42 am, NEW YORK, NY 10036**
- **Acceptance, September 04, 2009, 10:37 am, HYANNIS, MA 02601**

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2009 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                    9/27/2009



**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7009 1410 0001 1356 2983**
Class: **First-Class Mail®**
Service(s): **Certified Mail™**
Status: **Delivered**

Your item was delivered at 2:18 PM on August 3, 2009 in NEW YORK, NY 10036.

Detailed Results:
- **Delivered, August 03, 2009, 2:18 pm, NEW YORK, NY 10036**
- **Notice Left, August 01, 2009, 9:49 am, NEW YORK, NY 10036**
- **Processed through Sort Facility, July 30, 2009, 11:17 pm, PROVIDENCE, RI 02904**
- **Processed through Sort Facility, July 30, 2009, 8:23 pm, WAREHAM, MA 02571**
- **Acceptance, July 30, 2009, 12:27 pm, HYANNIS, MA 02601**

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

Site Map   Customer Service   Forms   Gov't Services   Careers   Privacy Policy   Terms of Use   Business Customer Gateway

Copyright© 2009 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                    9/27/2009



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7008 1830 0004 4932 4225**
Status: **Delivered**

Your item was delivered at 12:11 pm on July 02, 2009 in NEW YORK, NY 10004. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

---

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2009 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do    9/27/2009



**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7009 1410 0001 1356 3522**
Class: **First-Class Mail®**
Service(s): **Certified Mail™**
Status: **Delivered**

Your item was delivered at 2:34 PM on August 10, 2009 in NEW YORK, NY 10153.

Detailed Results:
- **Delivered, August 10, 2009, 2:34 pm, NEW YORK, NY 10153**
- **Acceptance, August 03, 2009, 1:00 pm, HYANNIS, MA 02601**

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

Site Map   Customer Service   Forms   Gov't Services   Careers   Privacy Policy   Terms of Use   Business Customer Gateway

Copyright© 2009 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA





**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7009 1410 0001 1356 3539**
Class: **First-Class Mail®**
Service(s): **Certified Mail™**
Status: **Delivered**

Your item was delivered at 11:29 AM on August 5, 2009 in NEW YORK, NY 10036.

Detailed Results:
- **Delivered, August 05, 2009, 11:29 am, NEW YORK, NY 10036**
- **Acceptance, August 03, 2009, 1:01 pm, HYANNIS, MA 02601**

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

Site Map   Customer Service   Forms   Gov't Services   Careers   Privacy Policy   Terms of Use   Business Customer Gateway

Copyright© 2009 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA



http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                9/27/2009



Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: **7009 1410 0001 1356 2976**
Class: **First-Class Mail®**
Service(s): **Certified Mail™**
Status: **Delivered**

Your item was delivered at 2:18 PM on August 3, 2009 in NEW YORK, NY 10036.

Detailed Results:
- **Delivered, August 03, 2009, 2:18 pm, NEW YORK, NY 10036**
- **Processed through Sort Facility, July 31, 2009, 3:30 am, BOSTON, MA 02205**
- **Acceptance, July 30, 2009, 12:28 pm, HYANNIS, MA 02601**

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2009 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do    9/27/2009



**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7009 1410 0001 1356 2976**
Class: **First-Class Mail®**
Service(s): **Certified Mail™**
Status: **Delivered**

Your item was delivered at 2:18 PM on August 3, 2009 in NEW YORK, NY 10036.

Detailed Results:
- **Delivered, August 03, 2009, 2:18 pm, NEW YORK, NY 10036**
- **Processed through Sort Facility, July 31, 2009, 3:30 am, BOSTON, MA 02205**
- **Acceptance, July 30, 2009, 12:28 pm, HYANNIS, MA 02601**

**Track & Confirm**
Enter Label/Receipt Number.
7009141000011356 3614
( Go > )

Site Map  Customer Service  Forms  Gov't Services  Careers  Privacy Policy  Terms of Use  Business Customer Gateway

Copyright© 2009 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA



http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do         9/27/2009



Home | Help | Sign In

Track & Confirm        FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7009 0820 0000 8934 6453**
Class: **Priority Mail®**
Service(s): **Certified Mail™**
Status: **Delivered**

Your item was delivered at 11:40 AM on October 28, 2009 in NEW YORK, NY 10004.

Detailed Results:
- **Delivered, October 28, 2009, 11:40 am, NEW YORK, NY 10004**
- **Arrival at Unit, October 28, 2009, 6:20 am, NEW YORK, NY 10004**
- **Acceptance, October 23, 2009, 2:20 pm, ELIZABETHTOWN, NY 12932**

**Track & Confirm**
Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  Go >

---

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2009 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInqui... 10/29/2009

**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm　　FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: **7009 1410 0001 1356 0613**
Class: **Priority Mail**®
Service(s): **Certified Mail**™
Status: **Delivered**

Your item was delivered at 11:35 AM on September 22, 2009 in NEW YORK, NY 10004.

Detailed Results:
- **Delivered, September 22, 2009, 11:35 am, NEW YORK, NY 10004**
- **Arrival at Unit, September 22, 2009, 6:30 am, NEW YORK, NY 10004**
- **Acceptance, September 18, 2009, 4:05 pm, HYANNIS, MA 02601**

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.　( Go > )

---

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

---

Site Map　　Customer Service　　Forms　　Gov't Services　　Careers　　Privacy Policy　　Terms of Use　　Business Customer Gateway

Copyright© 2009 USPS. All Rights Reserved.　　No FEAR Act EEO Data　　FOIA





**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm    FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: **7009 1680 0000 3271 2671**
Class: **First-Class Mail**®
Service(s): **Certified Mail**™
Status: **Delivered**

Your item was delivered at 11:34 AM on September 29, 2009 in NEW YORK, NY 10004.

Detailed Results:
- Delivered, September 29, 2009, 11:34 am, NEW YORK, NY 10004
- Arrival at Unit, September 29, 2009, 8:25 am, NEW YORK, NY 10004
- Acceptance, September 25, 2009, 1:24 pm, HYANNIS, MA 02601

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

---

Site Map   Customer Service   Forms   Gov't Services   Careers   Privacy Policy   Terms of Use   Business Customer Gateway

Copyright© 2009 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA







