# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC.<br><br>Debtor. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |

### DECLARATION OF PHILIPP ROEVER IN SUPPORT OF MOTION OF DEUTSCHE BANK AG TO PERMIT LATE CLAIM FILING PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(b)(1)

I, Philipp Roever, hereby declare:

1. I am a Vice President of Deutsche Bank AG, London Branch ("DB"). I make this declaration in support of the Motion of Deutsche Bank AG to Permit Late Claim Filing Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) (the "Motion"). I make this declaration based on my first-hand knowledge and consultation with my colleagues.

2. As memorialized by a confirmation dated September 10, 2009 (the "Confirm"), DB purchased from Hypo Alpe-Adria-Bank International AG (the "Seller"), a certain note (the "Note") in the face amount of EUR €5,000,000 (equal to US$6,448,534, as estimated by the parties) issued by Lehman Brothers Bankhaus AG, and guaranteed by Lehman Brothers Holdings Inc. ("LBHI"), under a US$25,000,000,000 Euro Medium Term Note Program, Series No. 2411, Tranche No. 1, ISIN Code XS0205801789.

3. The Confirm provides, among other things, for settlement of the trade "[a]s soon as reasonably practicable" and for the "transfer of [the] Note via Euroclear into [DB's] Euroclear account."

A/73192975.1

4. The Note is a "Lehman Programs Security" as described in the Court's Order Pursuant To Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Proofs of Claim, Approving the Form and Manner of Notice Thereof and Approving the Proof of Claim Form [Docket No. 4271] and as listed at the Debtors' website http://www.lehman-docket.com (p. 1, l. 27).

5. Around the time when the Seller and DB executed the Confirm, the Seller informed DB that the Seller was having difficulties in directing Euroclear to transfer the Note from the Seller's Euroclear account to DB's Euroclear account (the "Account") as a result of the fact that the Note had matured in November 2008.

6. On information and belief, the Seller had further discussions with Euroclear and, on or about Friday, October 9, 2009, Euroclear informed the Seller that the Note could be transferred to the Account.

7. On or about Monday, October 12, 2009, the Seller indicated to DB that the Note could now be transferred to the Account.

8. On Tuesday, October 13, 2009, DB informed the Seller that DB would check with its back office about the transfer of the Note to the Account.

9. On or about October 22, 2009, DB performed a comprehensive review of all securities held in the Account, in order to identify those that are Lehman Programs Securities ("DB Programs Securities") in advance of the October 23, 2009 deadline for requesting blocking numbers from Euroclear for Lehman Programs Securities.

10. On October 23, 2009, DB duly requested blocking numbers from Euroclear for the DB Programs Securities and began preparing proofs of claim for the same.

A/73192975.1

11. On October 30, 2009, DB timely filed proofs of claim for each of the DB Programs Securities.

12. On or about November 6, 2009, the Seller transferred the Note to the Account. Upon learning of the transfer, DB made inquiries and eventually learned that the Seller had not transferred the Note to the Account previously, with the result that the Note was not among the DB Programs Securities for which DB timely filed proofs of claim.

13. DB subsequently confirmed that the Seller did not file a proof of claim based on the Note.

14. On information and belief, no person filed a proof of claim based on the Note.

15. Recent inquiries from DB to the Seller and from the Seller to Euroclear have not clarified why the Note could not be transferred to the Account until November 5, 2009.

16. In light of the circumstances described above, DB respectfully requests that this Court grant DB's motion for permission to file a late claim based on the Note.

17. No prior request for the relief sought in the Motion has been made by DB in this Court or any other court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: London, United Kingdom
November 19, 2009

_____
Philipp Roever

A/73192975.1