# **EXHIBIT B**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>**LEHMAN BROTHERS HOLDINGS INC., et al.,**<br><br>Debtors. | **Chapter 11**<br>**Case No. 08-13555 (JMP)**<br>**(Jointly Administered)** |

**[PROPOSED] ORDER GRANTING MOTION OF DEUTSCHE BANK AG**
**TO PERMIT LATE CLAIM FILING PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 9006(b)(1)**

Upon consideration of the Motion of Deutsche Bank AG (the "Claimant") to Permit Late Claim Filing Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) (the "Motion"), and due notice thereof having been provided as set forth in the *Amended Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures dated February 13, 2009* entered in these proceedings; and it appearing that no other or further notice of the Motion need be provided; and having considered the Motion and any objections thereto; and after due deliberation and sufficient cause appearing therefor, the Court FINDS as follows:

the Claimant's failure to file the Claim (as defined in the Motion) in advance of the deadline applicable to such proof of claim pursuant to this Court's Order Pursuant to Section 502(b)(9) Of The Bankruptcy Code And Bankruptcy Rule 3003(c)(3) Establishing The Deadline For Filing Proofs Of Claim, Approving The Form And Manner Of Notice Thereof And Approving The Proof Of Claim Form [Docket No. 4271] (the "Bar Date Order") was the result of excusable neglect; and accordingly it is hereby ORDERED as follows:

1.   The Motion is granted in its entirety.  To the extent any objections to the Motion have not been withdrawn or otherwise resolved, they are hereby overruled.

A/73193084.1

2. The Claimant may file a proof of claim based on the Note (as defined in the Motion) in the form required in the Bar Date Order for Lehman Programs Securities within ten days of the date of entry of this Order, and such proof of claim shall be deemed to have been timely filed.

3. Any requirement set forth in the Bar Date Order that the Claimant obtain a blocking number in connection with the foregoing proof of claim is hereby waived.

4. The Debtors will retain all rights to object to the foregoing claim on grounds other than the time at which it was filed or the absence of a blocking number in connection therewith.

Dated: _____
      New York, New York

                                        Honorable James M. Peck
                                        UNITED STATES BANKRUPTCY JUDGE