USBC SDNY

## Lehman Brothers Holdings Inc. (Chapter 11)

08-13555

To The Clerk
  please Docket the attached

FILED
BANKRUPTCY C...
2009 NOV 18  A 9: 0...
S.D. OF N.Y.



**THOMAS P. DiNAPOLI**
STATE COMPTROLLER

**LUKE BIERMAN**
GENERAL COUNSEL

**HELEN M. FANSHAWE**
DEPUTY COUNSEL

STATE OF NEW YORK
OFFICE OF THE STATE COMPTROLLER
110 STATE STREET
P. O. BOX 10337
ALBANY, NEW YORK 12201-5337

September 29, 2009

Grand Union Capital Corp.
Unclaimed Funds
Ref. No. 10267649
File No. 05-2280

William Kuntz, III
P.O. Box 1801
Nantucket, Massachusetts 02554

Dear Mr. Kuntz:

    This is in response to your recent email regarding Lehman Brothers bankruptcy. This Office will not be entering a motion in the Bankruptcy Court to compel the reporting of abandoned funds. Please note that it is our understanding that all creditor claims were barred as of September 22, 2009.

    Please send any correspondence, being sure to include the above captioned reference number and file number, to me at the following address:

Wendy H. Reeder
OSC Legal Services Division
P.O. Box 10337
Albany, New York 12201-5337

Very truly yours,

Wendy H. Reeder
Associate Attorney