UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————x
: 
In re                                                                  : Chapter 11 Case No.
                                                                           :
LEHMAN BROTHERS HOLDINGS INC., *et al.*     : 08-13555 (JMP)
                                                                           :
                              Debtors.                           : (Jointly Administered)
                                                                           :
———————————————————————x

**AFFIDAVIT AND DISCLOSURE STATEMENT OF TIMOTHY T. TRUMP ON BEHALF
OF CONNER & WINTERS, LLP**

STATE OF OKLAHOMA    )
                                               ) ss.
COUNTY OF TULSA         )

Timothy T. Trump, being duly sworn, upon his oath, deposes and says:

1.    I am a partner of Conner & Winters, located at 4000 One Williams Center, Tulsa, Oklahoma 74172 (the "Firm").

2.    Lehman Brothers Holding Inc. (LBHI") and its affiliated debtors in the above-referenced Chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide legal services to one of the Debtors – Lehman Commercial Paper, Inc. – in connection with the representation of it as a secured creditor in the Chapter 11 bankruptcy case of Latshaw Drilling in Oklahoma, and the Firm has consented to provide such services.

3.    The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these Chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many

different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

Bank of Oklahoma is a secured creditor of Latshaw Drilling. Conner & Winters represents Bank of Oklahoma on matters unrelated to Latshaw Drilling and/or the Debtors. XTO Drilling and Crow Creek are counterparties on drilling contracts with Latshaw Drilling. Conner & Winters has represented them on matters unrelated to Latshaw Drilling and/or the Debtors. Conner & Winters does not anticipate that its representation of Lehman Commercial Paper, Inc. against Latshaw Drilling will create any direct conflicts with the other parties referenced above, but conflict waivers have or will be obtained.

4. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6. The Debtors owe the Firm $0 for prepetition services.

7. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the

2

period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.[1]

By: _____

Subscribed and sworn to before me
this 1\_ day of November 2009

_____
Notary Public

> Notary Public Oklahoma
> OFFICIAL SEAL
> JONI M. PETERS
> Tulsa County
> 03006590 Exp. 5-1-11

---

[1] If necessary.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                            :   Chapter 11 Case No.
                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,         :   08-13555 (JMP)
                                                 :
                        Debtors.                 :   (Jointly Administered)
                                                 :
---------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

   Weil, Gotshal & Manges LLP
   767 Fifth Avenue
   New York, New York 10153
   Attn:   Jennifer Sapp
           Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

   Conner & Winters, LLP

   4000 One Williams Center

   Tulsa, OK 74172

   _____

2. Date of retention:   November 13, 2009

3. Type of services provided (accounting, legal, etc.):

   Legal Representation

4. Brief description of services to be provided:

   Representation of Lehman Commercial Paper, Inc. as secured creditor in Chapter 11 bankruptcy case of Latshaw Drilling in Oklahoma

5. Arrangements for compensation (hourly, contingent, etc.)

   Hourly

   (a) Average hourly rate (if applicable):

   Average Firm Rate for attorneys $340

   (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

   N/A

6. Prepetition claims against the Debtors held by the firm:

   Amount of claim:   $0

   Date claim arose:

   Source of Claim:

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: N/A

   Status:

   Amount of Claim: $

   Date claim arose:

   Source of claim:

8. Stock of the Debtors currently held by the firm:

   Kind of shares: N/A

   No. of shares: _____

9. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

   Name: N/A

   Status: _____

   Kind of shares: _____

   No. of shares: _____

10. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

    Bank of Oklahoma is a secured creditor of Latshaw Drilling. Conner & Winters represents Bank of Oklahoma on matters unrelated to Latshaw Drilling and/or the Debtors. XTO Drilling and Crow Creek are counterparties on drilling contracts with Latshaw Drilling. Conner & Winters has represented them on matters unrelated to Latshaw Drilling and/or the Debtors. Conner & Winters does not anticipate that its representation of Lehman Commercial Paper, Inc. against Latshaw Drilling will create any direct conflicts with the other parties referenced above, but conflict waivers have or will be obtained.

11. Name of individual completing this form:

    Timothy Trump