UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re                                                                           :   Chapter 11 Case No.
                                                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :   08-13555 (JMP)
                                                                                    :
                                Debtors.                                :   (Jointly Administered)
                                                                                    :
                                                                                    :
---------------------------------------------------------------x

DECLARATION AND DISCLOSURE STATEMENT OF

HENRI-NICOLAS FLEURANCE

ON BEHALF OF DE GAULLE FLEURANCE & ASSOCIES

HENRI-NICOLAS FLEURANCE declares and says:

1. I am founding parting and managing director of DE GAULLE FLEURANCE & ASSOCIES, located at 9, RUE BOISSY D'ANGLAS, 75008 PARIS, FRANCE (the "Firm").

2. Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide FRENCH LEGAL ADVICE services to the Debtors, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom

may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6. The Debtors does not owe the Firm any money for prepetition services.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: PARIS, FRANCE,
November 9, 2009

HENRI-NICOLAS FLEURANCE

DE GAULLE FLEURANCE & ASSOCIÉS
SOCIÉTÉ D'AVOCATS
11, rue Portalis - 75008 Paris
Tél. : 01 56 64 00 00 - Fax : 01 56 64 00 01
RCS PARIS 439 534 835 - Capital : 40 000 euros
Toque : K 35

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                  :
In re                                             :   Chapter 11 Case No.
                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,          :   08-13555 (JMP)
                                                  :
                       Debtors.                   :   (Jointly Administered)
                                                  :
                                                  :
-----------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:   Jennifer Sapp
        Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

   DE GAULLE FLEURANCE & ASSOCIES

   9, RUE BOISSY D'ANGLAS

   75008 PARIS, FRANCE

2. Date of retention:   4 NOVEMBER 2009

3. Type of services provided (accounting, legal, etc.):

   Legal advice in relation to matters of French law



NY2:\1926908\02\15@T802!.DOC\58399.0003

4. Brief description of services to be provided:

   LEGAL ADVICE IN RELATION TO FRENCH SUBSIDIARIES OF LEHMAN BROTHERS HOLDINGS INC., INCLUDING COMMERCES DE LA RÉPUBLIQUE SAS AND RÉSIDENCES DE LA RÉPUBLIQUE SAS WITH RESPECT TO FRENCH LEGAL ISSUES ARISING FROM BANK FINANCING GRANTED BY LEHMAN BROTHERS BANKHAUS AG

5. Arrangements for compensation (hourly, contingent, etc.)

   N/A

   (a) Average hourly rate (if applicable):

   N/A

   (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

   N/A

6. Prepetition claims against the Debtors held by the firm:

   Amount of claim:    $N/A

   Date claim arose:   N/A

   Source of Claim:    N/A

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: N/A

   Status: N/A

   Amount of Claim: $N/A

   Date claim arose: N/A

   Source of claim: N/A



8. Stock of the Debtors currently held by the firm:

   Kind of shares: N/A

   No. of shares: N/A

9. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

   Name: N/A

   Status: N/A

   Kind of shares: N/A

   No. of shares: N/A

10. Disclose the nature and provide a brief description of any interest adverse to
    the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

    N/A

11. Name of individual completing this form:

    HENRI-NICOLAS FLEURANCE

    DE GAULLE FLEURANCE & ASSOCIÉS
    SOCIÉTÉ D'AVOCATS
    11, rue Portalis - 75008 Paris
    Tél. : 01 56 64 00 00 - Fax : 01 56 64 00 01
    RCS PARIS 439 534 835 - Capital : 40 000 euros
    Toque : K 35