DUANE MORRIS LLP
William C. Heuer
*wheuer@duanemorris.com*
1540 Broadway
New York, NY 10036-4086
Phone:  212-692-1000
Facsimile:  212-692-1020
         -and-
Wendy M. Simkulak
30 S. 17th Street
Philadelphia, PA 19103
Phone:  215-979-1547
Facsimile:  215-979-1020

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **LEHMAN BROTHERS HOLDINGS** | ) | |
| | ) | **Case No. 08-13555 (JMP)** |
| **INC., et al.** | ) | |
| | ) | |
| Debtors. | ) | **Jointly Administered** |

**VERIFIED STATEMENT PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 2019 BY DUANE MORRIS LLP**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, Duane Morris LLP ("Duane Morris") hereby submits this Verified Statement and represents as follows:

1.  On or about September 15, 2008 (the "Petition Date"), Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

2.  Duane Morris previously filed a Verified Statement Pursuant to Rule 2019 on August 7, 2009, listing several individual clients.

3.  Duane Morris currently represents the following individual clients (the "Clients") in the above-captioned bankruptcy cases:

    a.   ACE American Insurance Company (together with affiliates, "ACE"), 436 Walnut Street, Philadelphia, PA 19106

  b. Buckeye Partners, L.P. ("Buckeye"), Five TEK Park, 9999 Hamilton Boulevard, Breinigsville, PA 18031

  c. Fondazione Cassa di Risparmio di Imola, c/o Sciume & Associati, Via S. Vitale 15, 40125, Bologna, Italy

  d. BKW FMB Energie AG, Viktoriaplatz 2, CH-3000 Bern 25, Switzerland

  e. Edward Jones, 12555 Manchester Road, St. Louis, MO 63131-3729

  f. FPB Bank, Inc., Calle 50 y Aquilino de la Guardia, Edificio Plaza Banco General, Piso 16, Panama, Republic of Panama

  g. Aron M. Oliner in his capacity as Chapter 11 Trustee of The Kontrabecki Group Limited Partnership and Central European Industrial Development Company, Bankr. N.D. Cal., Case No. 02-30419-11, c/o Duane Morris LLP, Suite 2000, One Market, Spear Tower, San Francisco, CA 94105-1104

  h. Aspecta Assurance International Luxembourg S.A., 5 Rue Eugene Ruppert, Luxembourg, 2453 Luxembourg 011 325 1470

  i. Arthur T. Bent, c/o Reserve Management Company, Inc., 1250 Broadway, New York, New York 10001-3701,

  j. Bruce R. Bent, c/o Reserve Management Company, Inc., 1250 Broadway, New York, New York 10001-3701,

  k. Bruce R. Bent, II, c/o Reserve Management Company, Inc., 1250 Broadway, New York, New York 10001-3701,

  l. Resrv Partners, Inc., 1250 Broadway, New York, New York 10001-3701,

  m. Reserve Management Company, Inc., 1250 Broadway, New York, New York 10001-3701,

  n. The Reserve Yield Plus Fund, 1250 Broadway, New York, New York 10001-3701,

  o. The Reserve International Liquidity Fund, 1250 Broadway, New York, New York 10001-3701, and

  p. The Primary Fund of the Reserve Fund, 1250 Broadway, New York, New York 10001-3701.

4. The claims of ACE arise out of certain insurance policies issued by ACE, as insurers, to the Debtors, as insureds and out of certain agreements related thereto.

5. The claims of the Buckeye arise out of various defaults under an agreement by a subsidiary of the Debtors that was sold subsequent to the Petition Date.

6. The claims of Fondazione Cassa di Risparmio di Imola arise out of debt instruments issued by the Debtors.

7. The claims of BKW FMB Energie AG arise out of agreements entered into between the Debtor and BKW FMB Energie AG.

8. The claims of Edward Jones arise out of debt securities issued by Lehman Brothers.

9. The claims of FPB Bank, Inc. arise out of debt instruments issued by the Debtors for which FPB Bank, Inc. is acting on behalf of the beneficial owners of such debt instruments.

10. The claims of Aron M. Oliner in his capacity as Chapter 11 Trustee of The Kontrabecki Group Limited Partnership and Central European Industrial Development Company, Bankr. N.D. Cal., Case No. 02-30419-11 (the "CEIDCO Bankruptcy"), arise out of Lehman Brothers Holdings, Inc.'s ("LBHI") being the largest creditor in the CEIDCO Bankruptcy. LBHI is also a co-plaintiff in an adversary proceeding under the CEIDCO Bankruptcy, Bankr. N.D. Cal., Case No. 03-3264.

11. The claims of Aspecta Assurance International Luxembourg S.A. arise out of debt instruments issued by the Debtors.

12. The claims of Arthur T. Bent, Bruce R. Bent and Bruce R. Bent, II, arise out of debt instruments issued by the Debtors to various investment funds of which Arthur T. Bent, Bruce R. Bent and Bruce R. Bent, II, are officers. Specifically, Arthur T. Bent, Bruce R. Bent and Bruce R. Bent, II have claims for indemnity and contribution against Debtors related to damages and defense costs arising out the claims made by fund investors and third parties as a result of the funds' reliance upon public statements made by the Debtors.

13. The claims of RESRV, a distribution agent providing services to a number of investment funds, arise out of its reliance upon public statements made by the Debtors resulting in a diminution in value of RESRV and claims against RESRV by investors and third parties.

14. The claims of Reserve Management Company, Inc. ("RMCI"), a distribution agent providing services to a number of investment funds, arise out of RMCI's reliance upon public statements made by the Debtors, resulting in a diminution in value of RMCI and claims against RMCI by investors and third parties.

15. The claims of The Reserve Yield Plus Fund of the Reserve Short-Term Investment Fund (the "Plus Fund") arise out of debt instruments issued by Debtors and purchased by the Plus Fund. The Plus Fund also has separate claims against the Debtors which arise out of the Plus Fund's reliance upon public statements and omissions made by Debtors (ultimately resulting in diminution of value and liquidation of the Plus Fund), and out of claims brought by investors of the Plus Fund, regulatory investigators and third parties (resulting in damages and defense costs and fees incurred by the Plus Fund).

16. The claims of the Reserve International Liquidity Fund, (the "Liquidity Fund") arise out of debt instruments issued by Debtors and purchased by the Liquidity Fund. The Liquidity Fund also has separate claims against the Debtors which arise out of the Liquidity Fund's reliance upon public statements and omissions made by Debtors (ultimately resulting in diminution of value and liquidation of the Liquidity Fund), and out of claims brought by investors of the Liquidity Fund, regulatory investigators and third parties (resulting in damages and defense costs and fees incurred by the Liquidity Fund).

17. The claims of the Primary Fund of the Reserve Fund, (the "Primary Fund") arise out of debt instruments issued by Debtors and purchased by the Primary Fund. The Primary Fund also has separate claims against the Debtors which arise out of the Primary Fund's

reliance upon public statements and omissions made by Debtors (ultimately resulting in diminution of value and liquidation of the Primary Fund), and out of claims brought by investors of the Primary Fund, regulatory investigators and third parties (resulting in damages and defense costs and fees incurred by the Primary Fund).

18.     All of the Clients have requested that Duane Morris LLP represent them in these cases.

19.     Duane Morris does not hold any claim against, or own any interest in, the Debtors nor has it at any time held any such claim or owned any such interest.

20.     To the extent necessary or required, Duane Morris reserves the right to amend, modify, and/or supplement this verified statement under Federal Rule of Bankruptcy Procedure 2019.

I, William Heuer, declare under penalty of perjury that I am an attorney at Duane Morris LLP and that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information and belief.

        Respectfully submitted,

        DUANE MORRIS LLP

Dated:  November 23, 2009        /s/

        William C. Heuer
        1540 Broadway
        New York, NY 10036-4086
        Phone:  212-692-1000
        Facsimile:  212-692-1020
        Email:  wheuer@duanemoris.com
            -and-
        30 S. 17th Street
        Philadelphia, PA 19103
        Phone:  215-979-1547
        Facsimile:  215-979-1020

DUANE MORRIS LLP
William C. Heuer
*wheuer@duanemorris.com*
1540 Broadway
New York, NY 10036-4086
Phone:  212-692-1000
Facsimile:  212-692-1020
    -and-
Wendy M. Simkulak
30 S. 17th Street
Philadelphia, PA 19103
Phone:  215-979-1547
Facsimile:  215-979-1020

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **LEHMAN BROTHERS HOLDINGS** | ) | |
| | ) | **Case No. 08-13555 (JMP)** |
| **INC., et al.** | ) | |
| | ) | |
| **Debtor.** | ) | **Jointly Administered** |

**CERTIFICATE OF SERVICE**

      I, Onika McLean, certify that I am not less than 18 years of age, and that on the date set forth below, I caused a true and correct copy of the foregoing Verified Statement Pursuant to Federal Rule of Bankruptcy Procedure 2019 by Duane Morris LLP to be made upon the parties set forth on the attached service list by first class mail, postage prepaid.

      Under penalty of perjury, I declare that the foregoing is true and correct.

Dated:  November 23, 2009                     /s/
                                                                         Onika McLean
                                                                         1540 Broadway
                                                                         New York, NY 10036-4086
                                                                         Phone:  212-692-1000
                                                                         Facsimile:  212-692-1020

## SERVICE LIST

Office of the U.S. Trustee
Andrew D. Velez-Rivera, Paul Schwartzberg,
Brian Masumoto, Linda Rifkin, Tracy Hope Davis
33 Whitehall Street, 21st Floor
New York, NY 10004

Weil, Gotshal & Manges LLP
Attn: Richard P. Krasnow, Lori R. Fife,
Shai Y. Waisman, Jacqueline Marcus
767 Fifth Avenue
New York, NY 10153
Counsel to the Debtors

Milbank, Tweed, Hadley & McCloy LLP
Dennis Dunne, Wilbur Foster, Jr.,
Dennis O'Donnell, Evan Fleck
1 Chase Manhattan Plaza
New York, NY 10005
Counsel to Official Committee of Unsecured Creditors

Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
for the Southern District of New York
One Bowling Green, Room 601
New York, NY 10004