**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
                         :

In re                         :        **Chapter 11 Case No.**
                         :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :        **08-13555 (JMP)**
                         :

        **Debtors.**             :        **(Jointly Administered)**
                         :

------------------------------------------------------------------------x    **Ref. Docket No. 5899-5902**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
                    ) ss.:
COUNTY OF NEW YORK  )

     ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.      On November 20, 2009, I caused to be served the

    a)     "NOTICE OF THIRTY-FIFTH SUPPLEMENTAL LIST OF ORDINARY COURSE PROFESSIONALS," dated November 20, 2009 [Docket No. 5899],

    b)     "DECLARATION AND DISCLOSURE STATEMENT OF STEFAN WIDMANN, MANAGING DIRECTOR, ON BEHALF OF BNP PARIBAS REAL ESTATE CONSULT GMBH" dated November 17, 2009 [Docket No. 5900],

    c)     "AFFIDAVIT AND DISCLOSURE STATEMENT OF TIMOTHY T. TRUMP ON BEHALF OF CONNER & WINTERS, LLP," dated November 18, 2009 [Docket No. 5901], and

    d)     "DECLARATION AND DISCLOSURE STATEMENT OF HENRI-NICHOLAS FLEURANCE ON BEHALF OF DE GAULLE FLEURANCE & ASSOCIES," dated November 9, 2009 [Docket No. 5902],

by causing true and correct copies to be:

    a)  delivered by email to those parties listed on the attached Exhibit "A" and as indicated upon those parties listed on the attached Exhibit "B", and

    b)  enclosed securely in a postage-prepaid envelope and delivered by overnight mail to the Office of The United States Trustee, Attn: Andrew D. Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Rifkin, Tracy Hope Davis, 33 Whitehall Street, 21st Floor, New York, NY 10004.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
"LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Angharad Bowdler

Sworn to before me this                               Angharad Bowdler
23th day of November, 2009

/s/ Elli Petris

Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

# EXHIBIT "A"

### Exhibit A - Counsel To The Official Committee Of Unsecured Creditors

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
(COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS)
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
EMAIL: ddunne@milbank.com; wfoster@milbank.com; dodonnell@milbank.com;
efleck@milbank.com


MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
(COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS)
601 SOUTH FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017
EMAIL: paronzon@milbank.com; gbray@milbank.com

**EXHIBIT "B"**

**Exhibit B – Additional Parties**

1.  BNP Paribas Real Estate Consult GmbH stefan.widmann@dere.bnpparibas.com  (Docket No. 5900 only)

2.  Conner & Winters, LLP TTrump@cwlaw.com  (Docket No. 5901 only)

3.  De Gaulle Fleurance & Associes hnfleurance@dgfla.com  (Docket No. 5902 only)