UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11
                                                            :
LEHMAN BROTHERS HOLDINGS INC.,                              :    Case No. 08-13555 (JMP)
                                                            :
                                                            :
         Debtor                                             :
------------------------------------------------------------x

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| JPMorgan Chase Bank, N.A. | EF Securities LLC |
|---|---|
| Name of Transferee | Name of Transferor |

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $12,808,558.85 | 11408 |

You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Transferee at the address below.

TRANSFEREE:  JPMorgan Chase Bank, N.A.
Address:     1 Chase Manhattan Plaza, Floor 26
             Mail Code: NY1-A436
             New York, NY 10005-1401
             Attn: Susan McNamara, Vice President

I declare under penalty of perjury that the information provided in this evidence and notice is true and correct to the best of my knowledge and belief.

**JPMorgan Chase Bank, N.A.**

By: _____          Date: November 19, 2009
Name: Michael Economos
Title: Authorized Signatory

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

12777458.2

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: EF Securities LLC

EF SECURITIES LLC, a Delaware limited liability company, having offices located at 53 Forest Avenue, Old Greenwich, CT 06870, c/o Ellington Management Group, LLC, ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to JPMORGAN CHASE BANK, N.A., with offices at and an address of Mail Code: NY1-E191, 4 New York Plaza, Floor 16, New York, NY 10004 ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $12,808,558.85, docketed as Claim No. 11408 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 15th day of September, 2009.

EF SECURITIES LLC
By: Ellington Financial Management, L.L.C., as authorized agent and not in its individual capacity

WITNESS:

(Signature)

By: _____
(Signature of authorized corporate officer)

Name: Eric Bothwell
Title: Chief Operating Officer
(Print name and title of witness)

Name: Laurence Penn
Title: Executive Vice President
Tel.: 203-698-1800

JPMORGAN CHASE BANK, N.A.

WITNESS:

_____
(Signature)

By: _____
(Signature of authorized corporate officer)

Name:
Title:
(Print name and title of witness)

Name: Jason Leddy
Title: Authorized Signatory
Tel.: 212 623 1958