

Office Use Only:

Claim Number_____

Date Received_____

## CUSTOMER CLAIM FORM
## LEHMAN BROTHERS INC.

Account Name: Franklin American Mortgage Company  Daytime Phone: 615-252-2323

Address: c/o Bradley Arant Boult Cummings LLP   Email: rjones@ba-boult.com
1600 Division St., Suite 700
Nashville, TN  37203

Contact Person: Roger Jones, attorney     Taxpayer I.D. Number
(Social Security No.)_____

# PLEASE NOTE

- **A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT.**

- **TO RECEIVE THE FULL PROTECTION AFFORDED UNDER THE SECURITIES INVESTOR PROTECTION ACT, ALL CUSTOMER CLAIMS SHOULD BE RECEIVED BY THE TRUSTEE ON OR BEFORE JANUARY 30, 2009.**

- **THE DEADLINE FOR FILING GENERAL CREDITOR CLAIMS IS JUNE 1, 2009. NO CLAIM WILL BE ALLOWED IF IT IS RECEIVED AFTER THAT DATE.**

- **ALL CLAIMS ARE DATED AS OF THE DATE RECEIVED BY THE TRUSTEE.**

- **PLEASE SEND YOUR CLAIM TO THE TRUSTEE VIA CERTIFIED MAIL-RETURN RECEIPT REQUESTED.**

- **IF YOUR ACCOUNT HAS BEEN TRANSFERRED TO ANOTHER BROKERAGE FIRM, BUT YOU BELIEVE YOU HAVE A CLAIM FOR PROPERTY OWED TO YOU BY LEHMAN BROTHERS INC., YOU MUST FILE A CLAIM TO PROTECT YOUR RIGHTS.**

This customer claim form must be completed and mailed promptly,
together with supporting documentation, to:

James W. Giddens, Trustee
Lehman Brothers Inc. Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station
P.O. Box 5015
New York, NY 10150-5015

[FRONT 1]

1. **CLAIM FOR MONEY BALANCES OR CASH AS OF SEPTEMBER 19, 2008:**

   a. LBI owes me a credit or cash in the amount of: $ 475,312.19

   b. I owe LBI a debit or cash in the amount of: $ -0-

   c. If you wish to repay the debit balance listed in point b. above please insert the amount you wish to repay and attach a check payable to "James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc." If you wish to make a payment, **it must be enclosed** with this claim form. $ -0-

2. **CLAIM FOR SECURITIES AS OF SEPTEMBER 19, 2008:**

   **Please Do Not Claim Any Securities You Have In Your Possession**

   |  |  | YES | NO |
   |---|---|---|---|
   | a. | LBI owes me securities: |  | X |
   | b. | I owe LBI securities: |  | X |
   | c. | If yes to either, please list below (or in additional pages as necessary): |  |  |

   | Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
   |---|---|---|---|
   | | | LBI Owes Me (Long) | I Owe LBI (Short) |
   | n/a | n/a | n/a | n/a |
   | | | | |
   | | | | |
   | | | | |
   | | | | |

   [BACK 1]

3. **COMMODITY FUTURES CLAIMS**

   If you believe you have a claim based on a commodity futures account, please check here: [ ], and please state the amount, and explain the basis for your claim below, attaching additional pages and supporting documents as necessary:

   Amount of Claim: _____

   Basis for Claim: _____
   _____
   _____
   _____
   _____

**WHEN COMPLETING THE ABOVE PLEASE KEEP IN MIND:**

- If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

- Proper documentation can speed the review, allowance and satisfaction of your claim.

- Please enclose: copies of your last account statement; purchase or sale confirmation slips; copies of checks which relate to the securities or cash you claim, and any other documentation or correspondence you believe will be of assistance in processing your claim.

- Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement.

- If, at anytime, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 4 THROUGH 10.**

NOTE:  IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|   |   | YES | NO |
|---|---|---|---|
| 4. | Has there been any change in your account since September 19, 2008? If so, please explain. |   | X |
| 5. | Are you or were you a director, officer, partner, shareholder, lender to, or capital contributor of LBI? |   | X |

[FRONT 2]

| | | |
|---|---|---|
| 6. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of LBI? | X |
| 7. | Are you related to, or do you have any business venture with, any of the persons specified in "5" above, or any employee or other person associated in any way with LBI? If so, give name(s). | X |
| 8. | Is this claim being filed by or on behalf of a customer of a broker or dealer or bank? If so, provide documentation with respect to each customer on whose behalf you are claiming. | X |
| 9. | Have you ever given any discretionary authority to any person to execute securities transactions with or through LBI on your behalf? Give names, addresses and phone numbers. | X |
| 10. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? If so, give name of that broker. | X |

Please list the full name, address, phone number, and email address of anyone assisting you in the preparation of this claim form: Roger Jones, Bradley Arant Boult Cummings LLP, 1600 Division St., Suite 700, Nashville, TN 37203  615-252-2323
rjones@ba-boult.com

IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.

Date  January 22, 2009        Signature _____
                              Chief Operations Officer
Date _____      Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc, also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

[BACK 2]