**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, ) | Case No. 08-13555 (JMP) |
| ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |

**NOTICE OF WITHDRAWAL OF**
**PROOF OF CLAIM NO. 26704**

PLEASE TAKE NOTICE that **Stichting Pensioenfonds ABP** (the "Claimant"), through the undersigned counsel of its authorized agent Goldman Sachs Asset Management International (the "Authorized Agent"), hereby withdraws the following proof of claim filed against the Debtors:

- Claim No. 26704 filed by the Claimant on September 22, 2009 against Debtor, Lehman Brothers Holdings Inc. in the amount of $85,395.

　　　　　　　　　　　　/s/  Carmine D. Boccuzzi, Jr.
　　　　　　　　　　　Carmine D. Boccuzzi, Jr.
　　　　　　　　　　　CLEARY GOTTLIEB STEEN & HAMILTON LLP
　　　　　　　　　　　Attorney for Goldman Sachs Asset Management International,
　　　　　　　　　　　as authorized agent for Stichting Pensioenfonds ABP
　　　　　　　　　　　One Liberty Plaza
　　　　　　　　　　　New York, NY 10006
　　　　　　　　　　　Phone: (212) 225-2508
　　　　　　　　　　　Fax: (212) 225-3999
　　　　　　　　　　　cboccuzzi@cgsh.com

　　　　　　　　　　　Counsel for the Authorized Agent

Dated: November 24, 2009