# EXHIBIT B



# BARCLAYS

Barclays PLC
Results Announcement

Figures 2008



EXHIBIT
22
KC 8/6/09

08-13555-mg   Doc 5938-2   Filed 11/24/09   Entered 11/24/09 14:38:07   Exhibit B
Pg 3 of 10

## Table of Contents

| Preliminary Results Announcement | Page |
|---|---|
| Key Information | 2 |
| Performance Highlights | 3 |
| Group Chief Executive's Review | 4 |
| Group Finance Director's Review | 7 |
| Consolidated Income Statement | 11 |
| Consolidated Balance Sheet | 12 |
| Condensed Consolidated Statement of Recognised Income and Expense | 14 |
| Condensed Consolidated Cash Flow Statement | 15 |
| Results by Business | |
|   – UK Retail Banking | 16 |
|   – Barclays Commercial Bank | 18 |
|   – Barclaycard | 20 |
|   – Global Retail & Commercial Banking - Western Europe | 22 |
|   – Global Retail & Commercial Banking - Emerging Markets | 24 |
|   – Global Retail & Commercial Banking - Absa | 26 |
|   – Barclays Capital | 28 |
|   – Barclays Global Investors | 30 |
|   – Barclays Wealth | 32 |
|   – Head Office Functions and Other Operations | 34 |
| Risk Management | 37 |
|   – Analysis of Total Assets | 38 |
|   – Barclays Capital Credit Market Exposures | 40 |
|   – Credit Risk | 59 |
|   – Market Risk | 76 |
|   – Liquidity Risk | 77 |
| Capital & Performance Management | 79 |
| Accounting Policies | 89 |
| Notes | 90 |
| Other Information | 116 |
| Glossary of Terms | 119 |
| Index | 120 |

BARCLAYS PLC, 1 CHURCHILL PLACE, LONDON, E14 5HP, UNITED KINGDOM. TELEPHONE: +44 (0) 20 7116 1000. COMPANY NO. 48839

The Listing Rules of the UK Listing Authority (LR 9.7A.1) require that preliminary unaudited statements of annual results must be agreed with the listed company's auditors prior to publication, even though an audit opinion has not yet been issued. In addition, the Listing Rules require such statements to give details of the nature of any likely modification that may be contained in the auditors' report to be included with the annual report and accounts. Barclays PLC confirms that it has agreed this preliminary statement of annual results with PricewaterhouseCoopers LLP and that the Board of Directors has not been made aware of any likely modification to the auditors' report required to be included with the annual report and accounts for the year ended 31st December 2008.

The information in this announcement, which was approved by the Board of Directors on 8th February 2009, does not comprise statutory accounts for the years ended 31st December 2008 or 31st December 2007, within the meaning of Section 240 of the Companies Act 1985 (the 'Act'). Statutory accounts for the year ended 31st December 2008, which also include certain information required for the Joint Annual Report on Form 20-F of Barclays PLC and Barclays Bank PLC to the US Securities and Exchange Commission (SEC), will be delivered to the Registrar of Companies in accordance with Section 242 of the Act. Statutory accounts for the year ended 31st December 2007 have been delivered to the Registrar of Companies and the Group's auditors have reported on those accounts and have given an unqualified report which does not contain a statement under Section 237(2) or (3) of the Act. The 2008 Annual Review and Summary Financial Statements will be posted to shareholders together with the Group's full Annual Report for those shareholders who request it.

Forward-looking statements

This document contains certain forward-looking statements within the meaning of Section 21E of the US Securities Exchange Act of 1934, as amended, and Section 27A of the US Securities Act of 1933, as amended, with respect to certain of the Group's plans and its current goals and expectations relating to its future financial condition and performance. Barclays cautions readers that no forward-looking statement is a guarantee of future performance and that actual results could differ materially from those contained in the forward-looking statements. These forward-looking statements can be identified by the fact that they do not relate only to historical or current facts. Forward-looking statements sometimes use words such as "may", "will", "seek", "continue", "aim", "anticipate", "target", "expect", "estimate", "intend", "plan", "goal", "believe" or other words of similar meaning. Examples of forward-looking statements include, among others, statements regarding the Group's future financial position, income growth, assets, impairment charges, business strategy, capital ratios, leverage, payment of dividends, projected levels of growth in the banking and financial markets, projected costs, estimates of capital expenditures, and plans and objectives for future operations and other statements that are not historical fact. By their nature, forward-looking statements involve risk and uncertainty because they relate to future events and circumstances, including, but not limited to, UK domestic and global economic and business conditions, the effects of continued volatility in credit markets, market related risks such as changes in interest rates and exchange rates, effects of changes in valuation of credit market exposures, changes in valuation of issued notes, the policies and actions of governmental and regulatory authorities, changes in legislation, the further development of standards and interpretations under International Financial Reporting Standards (IFRS) applicable to past, current and future periods, evolving practices with regard to the interpretation and application of standards under IFRS, progress in the integration of the Lehman Brothers North American businesses into the Group's business and the quantification of the benefits resulting from such acquisition, the outcome of pending and future litigation, the success of future acquisitions and other strategic transactions and the impact of competition – a number of which factors are beyond the Group's control. As a result, the Group's actual future results may differ materially from the plans, goals, and expectations set forth in the Group's forward-looking statements.

Any forward-looking statements made herein speak only as of the date they are made. Except as required by the UK Financial Services Authority FSA, the London Stock Exchange or applicable law, Barclays expressly disclaims any obligation or undertaking to release publicly any updates or revisions to any forward-looking statements contained in this announcement to reflect any change in Barclays expectations with regard thereto or any change in events, conditions or circumstances on which any such statement is based. The reader should, however, consult any additional disclosures that Barclays has made or may make in documents it has filed or may file with the SEC.

Intentionally left blank

## Key Information

| Group Results | Year Ended 31.12.08 £m | Year Ended 31.12.07 £m | % Change |
|---|---:|---:|---:|
| Total income net of insurance claims | 23,115 | 23,000 | 1 |
| Impairment charges and other credit provisions | (5,419) | (2,795) | 94 |
| Operating expenses | (14,366) | (13,199) | 9 |
| Gains on acquisitions | 2,406 | - | |
| Profit before tax | 6,077 | 7,076 | (14) |
| Profit after tax | 5,287 | 5,095 | 4 |
| Profit attributable to equity holders of the parent | 4,382 | 4,417 | (1) |
| Economic profit | 1,760 | 2,290 | (23) |
| Basic earnings per share | 59.3p | 68.9p | (14) |
| Diluted earnings per ordinary share | 57.5p | 66.7p | (14) |
| Dividend per share | 11.5p | 34.0p | (66) |

### Performance Ratios

| | | | |
|---|---:|---:|---|
| Return on average shareholders' equity | 16.5% | 20.3% | |
| Cost:income ratio | 62% | 57% | |
| Cost:net income ratio | 81% | 65% | |

| Profit Before Tax by Business[1] | £m | £m | % Change |
|---|---:|---:|---:|
| UK Retail Banking | 1,369 | 1,275 | 7 |
| Barclays Commercial Bank | 1,266 | 1,357 | (7) |
| Barclaycard | 789 | 603 | 31 |
| GRCB - Western Europe | 257 | 196 | 31 |
| GRCB - Emerging Markets | 134 | 100 | 34 |
| GRCB - Absa | 552 | 597 | (8) |
| Barclays Capital | 1,302 | 2,335 | (44) |
| Barclays Global Investors | 595 | 734 | (19) |
| Barclays Wealth | 671 | 307 | 119 |

| Capital and Balance Sheet | Pro Forma[2] 31.12.08 | As at 31.12.08 | As at 31.12.07 |
|---|---:|---:|---:|
| Equity Tier 1 ratio | 6.7% | 5.8% | 5.1% |
| Tier 1 ratio | 9.7% | 8.6% | 7.6% |
| Risk asset ratio | 14.4% | 13.6% | 11.2% |
| Net asset value per share | 332p | 437p | 353p |
| Total shareholders' equity | | £47.4bn | £32.5bn |
| Total assets | | £2,053bn | £1,227bn |
| Risk weighted assets | | £433bn | £354bn |
| Adjusted gross leverage | 24x | 28x | 33x |

1 Summary excludes Head Office functions and other operations.
2 Reflects conversion of Mandatorily Convertible Notes and inclusion of all innovative instruments in Tier 1 capital.

## Performance Highlights

*"In a very difficult economic environment in 2008, Barclays has steered a course that has enabled us to be solidly profitable despite strong headwinds. We are well positioned to maintain Barclays competitive strengths through the undoubted challenges that will come in 2009 and beyond."*

Marcus Agius, Chairman

*"We thank our customers and clients for the business they directed to Barclays in 2008. High levels of activity on their behalf have enabled us to report substantial profit generation in difficult conditions. We benefited from a number of gains on acquisitions and disposals. These contributed to headline profit, and to capital, but the main driver of our results was a solid operating profit performance and record income generation. We commit to reducing the size of our balance sheet over time, and we will maintain our capital ratios at levels that are well ahead of regulatory requirements. We intend to recommence dividend payments during the second half of 2009."*

John Varley, Chief Executive

- Group profit before tax was £6,077m, down 14% on 2007. Profit included:
    - Gains on acquisitions of £2,406m, including £2,262m relating to Lehman Brothers North American business
    - Profit on disposal of the closed life assurance book of £326m
    - Gains on Visa IPO and sales of shares in MasterCard of £291m
    - Gross credit market losses and impairment of £8,053m
    - Gains on own credit of £1,663m
- Global Retail and Commercial Banking profit before tax increased 6% to £4,367m
    - UK lending increased to both retail and corporate customers
    - Strengthened international presence in Barclaycard, Western Europe and Emerging Markets
- Investment Banking and Investment Management profit before tax was £2,568m, down 24% reflecting significant gains on acquisition and disposal and the impact of credit market dislocation
    - Barclays Capital's strategy of diversification by geography and business accelerated through the acquisition of Lehman Brothers North American business
    - There were strong net new asset flows into Barclays Wealth and Barclays Global Investors despite declines in equity markets
- Group balance sheet growth driven by over £900bn derivative gross-up, growth in loans and advances of £124bn and impact of foreign exchange rates on non-Sterling assets
- Risk weighted assets increased 22% (£79bn) to £433bn reflecting:
    - the significant depreciation in Sterling relative to both the US Dollar and the Euro
    - procyclicality: macroeconomic indicators generally, and corporate credit conditions specifically, deteriorated towards the end of 2008 leading to ratings declines
- Capital ratios were strengthened through the raising of £13.6bn of Tier 1 capital. The year-end pro forma Tier 1 capital ratio was 9.7% and the pro forma Equity Tier 1 ratio was 6.7%
- Barclays targets reduced adjusted gross leverage and capital ratios significantly ahead of regulatory requirements



## Group Finance Director's Review

### Group Performance

Barclays delivered profit before tax of £6,077m in 2008, a decline of 14% on 2007. The results included the following significant items:

- gains on acquisition of £2,406m, including £2,262m gain on acquisition of Lehman Brothers North American business

- profit on disposal of Barclays Closed UK Life assurance business of £326m

- gains on Visa IPO and sales of shares in MasterCard of £291m, distributed widely across the Group

- gross credit market losses and impairment of £8,053m, or £4,957m net of related income and hedges of £1,433m and gains on own credit of £1,663m

Profit after tax increased 4% to £5,287m. This reflected an effective tax rate of 13% (2007: 28%) primarily due to the gain on the acquisition of Lehman Brothers North American businesses of £2,262m, in part being offset by carried forward US tax losses attributable to Barclays businesses. Earnings per share were 59.3p (2007: 68.9p), a decline of 14% from 2007, reflecting the impact of share issuance during 2008 on the weighted average number of shares in issue.

Income grew 1% to £23,115m. Income in Global Retail and Commercial Banking increased 17% and was particularly strong in businesses outside of the UK to which we have directed significant resource. Income in Investment Banking and Investment Management was down 19%. Barclays Capital was affected by very challenging market conditions in 2008, with income falling by £1,888m (27%) on 2007, reflecting gross losses of £6,290m relating to credit market assets, partially offset by gains of £1,663m on the fair valuation of notes issued by Barclays Capital due to widening of credit spreads and £1,433m in related income and hedges. Excluding credit market related losses, gains on own credit and related income and hedges, income in Barclays Capital increased 6%.

Impairment charges and other credit provisions of £5,419m increased 94% on the prior year. Impairment charges included £1,763m arising from US sub-prime mortgages and other credit market exposures. Other wholesale impairment charges increased significantly as corporate credit conditions turned sharply worse. In Barclays Capital increased charges also arose in prime services, corporate lending and private equity. In Barclays Commercial Bank, increased impairment charges reflected the UK economy moving into recession. In the UK there was a moderate increase in impairment in UK Retail Banking as a result of book growth and a deteriorating economic environment. UK mortgage impairment charges remained low. There was a lower charge in UK cards as net flows into delinquency and arrears levels reduced. Significant impairment growth in our Global Retail and Commercial Banking businesses outside the UK reflected very strong book growth in recent years, and maturation of those portfolios, together with deteriorating credit conditions and rising delinquency rates in the US, South Africa and Spain.

Operating expenses increased 9% to £14,366m. We continued to invest in our distribution network in the Global Retail and Commercial Banking businesses. Expenses fell in Barclays Capital due to lower performance related costs. Expenses in Barclays Global Investors included selective support of liquidity products of £263m (2007: £80m). Group gains from property disposals were £148m (2007: £267m). Head Office reflects £101m due to the cost of the contribution to the UK Financial Services Compensation Scheme. Underlying cost growth was well controlled. The Group cost:income ratio deteriorated by five percentage points to 62%.

### Business Performance – Global Retail and Commercial Banking

**UK Retail Banking** profit before tax grew 7% to £1,369m. Income grew 4% to £4,482m, reflecting strong growth in Home Finance and minimal settlements on overdraft fees. Loans and advances grew 15% driven by a market share of net new mortgage lending of 36%. Operating expenses showed a modest increase of 2% reflecting active management of the cost base and reduced gains from the sale of property. The cost:income ratio improved one percentage point. Impairment charges increased 8% reflecting strong growth in assets and a deteriorating economic environment.

**Barclays Commercial Bank** profit before tax decreased 7% to £1,266m. Income growth of 7% principally reflected increased sales of treasury products. Loans and advances to customers increased 14% to £80.5bn. Costs increased 14% driven by lower gains on the sale of property, further investment in new payments capability, and growth in the operating lease business. Impairment charges increased 42% as the deteriorating economic environment caused higher delinquency and lower recovery rates on corporate credit.

---



## Results by Business

### Barclays Capital

In an exceptionally challenging market environment Barclays Capital profit before tax decreased 44% (£1,033m) to £1,302m (2007: £2,335m). Profit before tax included a gain on the acquisition of Lehman Brothers North American business of £2,262m. Absa Capital profit before tax grew 13% to £175m (2007: £155m).

Net income included gross losses of £8,053m (2007: £2,999m) due to continuing dislocation in the credit markets. These losses were partially offset by income and hedges of £1,433m (2007: £706m), and gains of £1,663m (2007: £658m) from the general widening of credit spreads on issued notes by Barclays Capital. The gross losses, comprised £6,290m (2007: £2,159m) against income and £1,763m (2007: £782m) in impairment charges. Further detail is provided on page 43.

The integration of the Lehman Brothers North American business is complete and the acquired businesses made a positive contribution, with good results in equities, fixed income and advisory. There was a gain on acquisition of £2,262m. Not included in this gain is expenditure relating to integration of the acquired business.

Income was down 27% at £5,231m (2007: £7,119m) driven by the impact of the market dislocation. Underlying income, which excludes the gross losses, related income and hedges, and gains on the widening of credit spreads was 6% above the prior year and included strong contributions from interest rates, currency products, emerging markets, prime services and commodities. There was very strong underlying growth in the US driven by fixed income, prime services and the acquired businesses. In other regions income fell driven by the challenging environment.

Net trading income decreased 60% (£2,233m) to £1,506m (2007: £3,739m) reflecting losses from the credit market dislocation and weaker performance in credit products and equities. This was partially offset by significant growth in interest rates, foreign exchange, emerging markets and prime services. Average DVaR at 95% increased by 64% to £53.4m driven by higher credit spread and interest rate risk.

Net investment income decreased 41% (£394m) to £559m reflecting the market conditions. Net interest income increased 46% (£545m) to £1,724m (2007: £1,179m), driven by strong results in global loans and money markets. Net fee and commission income from advisory and origination activities increased 16% (£194m) to £1,429m. The corporate lending portfolio, including leveraged finance, increased 46% to £76.6bn (31st December 2007: £52.3bn) driven by the decline in the value of Sterling relative to other currencies as well as draw downs on existing loan facilities and the extension of new loans at current terms to financial and manufacturing institutions.

Impairment charges and other credit provisions of £2,423m (2007: £846m) included £1,763m (2007: £782m) due to the credit market dislocation. Other impairment charges of £660m (2007: £64m) principally related to private equity, prime services and the loan book.

Operating expenses fell 5% (£199m) to £3,774m (2007: £3,973m) due to lower performance related pay, partially offset by operating costs of the acquired businesses. The cost:net income ratio increased to 134% (2007: 63%) and the compensation cost:net income ratio increased to 82% (2007: 47%). Amortisation of intangible assets increased £38m to £92m (2007: £54m).

Total headcount increased 6,900 to 23,100 (31st December 2007: 16,200). Prior to the acquisition of Lehman Brothers North American business, headcount during 2008 was materially unchanged except for hiring associated with the annual global graduate programme. The acquisition initially added 10,000 to the headcount but there were reductions in the fourth quarter as the US businesses were integrated.

Total assets increased 94% (£789.2bn) to £1,629.1bn (31st December 2007: £839.9bn) due to an increase in derivative assets of £736.6bn, predominantly driven by significant volatility and movements in yield curves during the year, together with a substantial depreciation in Sterling against most major currencies. Total assets excluding derivatives increased by 9% in Sterling. On a constant currency basis, total assets excluding derivatives decreased by approximately 15%. Risk weighted assets increased 28% to £227.4bn (31st December 2007: £178.2bn). This was driven by the depreciation in Sterling against the US Dollar and Euro, and an increase in market volatility.

