EDWARDS ANGELL PALMER & DODGE LLP
750 Lexington Avenue
New York, New York 10022
Telephone: (212) 308-4411
Fax: (212) 308-4844
Paul J. Labov

EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199-7613
Telephone: (617) 239-0100
Facsimile: (617) 227-4420
John L. Whitlock
Amy A. Zuccarello

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC. | Case No. 08-13555 |
| Debtor. | |

### NOTICE OF FILING OF DECLARATION IN SUPPORT OF MOTION OF PACIFIC LIFE INSURANCE COMPANY TO PERMIT IT TO FILE A LATE PROOF OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(b)(1)

Pacific Life Insurance Company ("Pacific Life") hereby submits the declaration attached hereto in connection with Pacific Life's Motion to Permit it to File a Late Proof of Claim Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) (the "Motion") [Docket No. 5599]. A hearing was held on the Motion on November 18, 2009 at which the Court reserved decision on the Motion and indicated that it would review the declarations submitted with the several similarly situated motions. Because Pacific Life did not originally file an affidavit in

BOS111 12436309.1

support of the Motion, in an abundance of caution, it hereby attaches the Affidavit of Joseph J. Tortorelli (the "Affidavit") in support thereof. The Affidavit does not contain any new information beyond what was stated by Pacific Life's counsel on the record at the hearing or in the Motion itself.

Dated: November 24, 2009
      New York, New York

                        By: /s Paul J. Labov
                        EDWARDS ANGELL PALMER & DODGE LLP
                        750 Lexington Avenue
                        New York, New York 10022
                        Telephone: (212) 308-4411
                        Fax: (212) 308-4844
                        Paul J. Labov

                        and

                        EDWARDS ANGELL PALMER & DODGE LLP
                        111 Huntington Avenue
                        Boston, MA 02199-7613
                        Telephone: (617) 239-0100
                        Facsimile: (617) 227-4420
                        John L. Whitlock
                        Amy A. Zuccarello

EDWARDS ANGELL PALMER & DODGE LLP
750 Lexington Avenue
New York, New York 10022
Telephone: (212) 308-4411
Fax: (212) 308-4844
Paul J. Labov

EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199-7613
Telephone: (617) 239-0100
Facsimile: (617) 227-4420
John L. Whitlock
Amy A. Zuccarello

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC.<br><br>Debtor. | Chapter 11<br><br>Case No. 08-13555 |

### AFFIDAVIT OF JOSEPH J. TORTORELLI IN SUPPORT OF MOTION OF PACIFIC LIFE INSURANCE COMPANY TO PERMIT IT TO FILE A LATE PROOF OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(b)(1)

The undersigned, Joseph J. Tortorelli, being duly sworn, deposes and says:

1. I am an Assistant Vice President and Investment Counsel at Pacific Life Insurance Company ("Pacific Life").

2. In furtherance of the arguments made at the hearing on November 18, 2009, I am submitting this Affidavit in support of Pacific Life's motion seeking authority to file a claim after the applicable bar date (the "Motion").

BOS111 12436309.1

3. I am making this affidavit as to facts based on my personal knowledge or as to facts contained in the business records of Pacific Life as to which I am competent to testify. As to facts based on information and belief, I believe them to be true.

4. Pacific Life and Lehman Brothers International (Europe) ("LBIE") are parties to that certain ISDA Master Agreement dated as of June 13, 1997 (as amended by that certain Amendment Agreement incorporating the 1994 ISDA Credit Support Annex dated as of March 29, 2006, the "LBIE Master Agreement").

5. Pursuant to a Guarantee of Lehman Brothers Holdings Inc. dated as of June 13, 1997 (the "Guarantee Agreement"), the obligations of LBIE under the LBIE Master Agreement were fully and unconditionally guaranteed by Lehman Brothers Holdings Inc. ("LBHI").

6. In my role as Assistant Vice President and Investment Counsel at Pacific Life, my responsibilities include monitoring foreign derivative transaction account activity, including any bankruptcy or insolvency proceedings of foreign derivative counterparties. These duties also include tracking relevant claims and other court deadlines.

7. Duties relating to tracking bankruptcy and insolvency proceedings are not common, every day responsibilities in our department. As such, there is no formal procedure for docketing relevant deadlines across the department. Each employee is responsible for managing deadlines relating to accounts he or she is responsible for. In addition, transactions involving both a foreign and domestic counterparty, as is the case with the LBIE Master Agreement and the Guarantee Agreement, are quite rare.

8. Since joining Pacific Life in January, 2008 I have been, and continue to be, responsible for monitoring activity relating to the LBIE Master Agreement, including the foreign insolvency proceedings. To the best of my knowledge, no deadline for filing claims in the

foreign insolvency proceedings has been set. Once a deadline is set, I will be responsible for preparing and filing a claim to protect Pacific Life's interests under the LBIE Master Agreement.

9. Another employee within Pacific Life's Corporate Division is responsible for monitoring domestic derivative transaction account activity, including any bankruptcy or insolvency proceedings of domestic derivative counterparties and tracking relevant claims and other court deadlines of such counterparties.

10. Accordingly, that employee filed a total of eight (8) claims on or before September 22, 2009 in the LBHI bankruptcy proceedings relating to Pacific Life's interests in domestic derivative transactions for which LBHI, or another domestic debtor entity, is a counterparty.[1]

11. I believed that any claims necessary to be filed in the domestic bankruptcy proceedings, including those arising under the Guarantee Agreement, were being attended to by my colleague who was responsible for domestic derivative transactions. As has been subsequently explained to me, my colleague believed that because the LBIE Master Agreement was a foreign derivative transaction involving a non-domestic Lehman counterparty, any claims relating to the LBIE Master Agreement, including claims under the Guarantee Agreement, were being prepared and filed by me. Accordingly, Pacific Life did not file a claim in the LBHI bankruptcy proceedings with respect to the Guarantee Agreement on or before September 22, 2009.

---

[1] The claims are in the name of Pacific Life & Annuity Company, Pacific Life Funds, Pacific LifeCorp and Pacific Life Insurance Company.

BOS111 12436309.1

12. On October 15, 2009, I discovered that no claim had been filed against LBHI with respect to the LBIE Guarantee Agreement. On the same day, I informed my manager and I immediately contacted counsel for advice on how to proceed.

13. With the assistance of counsel, I caused the Pacific Life claim to be filed and the Motion to be filed on October 21, 2009.

14. With the assistance of counsel, I caused the Guarantee Questionnaire and the Derivative Questionnaire to be completed and filed on October 22, 2009, the deadline set forth in the *Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Proofs of Claim, Approving the Form and Manner of Notice Thereof and Approving the Proof of Claim Form* entered on July 2, 2009.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

BOS111 12436309.1

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: November 23, 2009

*Joseph J. Tortorelli*
Joseph J. Tortorelli
Assistant Vice President and Investment Counsel
Pacific Life Insurance Company

STATE OF CALIFORNIA            )
COUNTY OF Orange               )

On this 23 day of November, 2009, before me, the undersigned notary public, personally appeared Joseph J. Tortorelli, proved to me through satisfactory evidence of identification, being CA Drivers license, to be the person whose name is signed on this document and acknowledged to me that he signed it voluntarily for its stated purpose.

*Signature*
Notary Public



SARAH CONTRERAS
Commission # 1714291
Notary Public - California
Orange County
My Comm. Expires Jan 5, 2011

BOS111 12436309.1