**Hearing Date and Time: January 13, 2010 at 10:00 a.m.**

Dennis F. Dunne
Dennis C. O'Donnell
Evan R. Fleck
MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: (212) 530-5000

Counsel for Official Committee of Unsecured
Creditors of Lehman Brothers Holdings Inc., et al.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | : | Case No. 08-13555 (JMP) |
| Debtors. | : | (Jointly Administered) |

**JOINDER OF OFFICIAL COMMITTEE OF UNSECURED
CREDITORS IN DEBTORS' OBJECTION TO MOTION OF
CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM FOR
RELIEF FROM AUTOMATIC STAY TO EFFECT NON-MUTUAL SETOFF**

The Official Committee of Unsecured Creditors (the "Committee") of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in possession (collectively, the "Debtors") hereby joins (the "Joinder") in Debtors' objection (the "Objection") to the motion (the "Motion") of the California Public Employees' Retirement System ("CalPERS") seeking entry of an order pursuant to sections 362 and 553 of the United States Bankruptcy Code (the "Bankruptcy Code") for relief from the automatic stay to effect a non-mutual setoff of CalPERS' debt to LBSF against CalPERS' claim against LBHI (the "Purported Setoff"). In support of its Joinder, the Committee respectfully states:

**BACKGROUND**

1. <u>Bankruptcy Filing</u>.  On September 15, 2009, LBHI filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  On October 3, 2008, Lehman Brothers Special Financing Inc. ("<u>LBSF</u>") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtors continue to manage and operate their businesses and properties as debtors in possession pursuant to section 1107(a) and 1108 of the Bankruptcy Code.  The Debtors' chapter 11 cases are being jointly administered pursuant to Bankruptcy Rule 1015(b) and this Court's order dated October 16, 2008.

2. <u>Committee</u>.  The Committee is a committee duly appointed and organized under section 1102 of the Bankruptcy Code.  The United States Trustee appointed the Committee on September 17, 2008.  The Committee represents the interests of all unsecured creditors of each of the Debtors.

3. <u>CalPERS' Motion</u>.  On August 26, 2009, CalPERS filed the Motion, seeking entry of an order pursuant to sections 362 and 553 of the Bankruptcy Code for relief from the automatic stay to effect the Purported Setoff.

4. <u>Debtors' Objection to the Motion</u>.  On November 24, 2009, the Debtors filed the Objection.

**JOINDER**

5. The relief sought by CalPERS is without basis under the Bankruptcy Code or New York law.  Accordingly, the Committee hereby joins in and adopts the arguments set forth in the Objection for its own, all of which are incorporated by reference herein.

6. The Motion does not set forth any basis in law or equity to disregard the separateness of LBHI and LBSF to the detriment of LBSF's creditors.  Both the Bankruptcy Code and fairness demand that CalPERS be required to remit the matured debt it owes to LBSF.

To the extent CalPERS believes it is owed an amount by LBHI, it should comply with the procedures approved by the Court for submission of unsecured claims against the Debtors.

## CONCLUSION

WHEREFORE, for the foregoing reasons, the Committee hereby joins in the Objection, and respectfully requests that the Court enter an order denying the Motion, and such other and further relief as the Court deems just.

Dated:  New York, New York
        November 24, 2009

          **MILBANK, TWEED, HADLEY & McCLOY LLP**

          By:  /s/ Dennis F. Dunne
          Dennis F. Dunne
          Dennis C. O'Donnell
          Evan R. Fleck
          1 Chase Manhattan Plaza
          New York, NY  10005
          Telephone: (212) 530-5000

          Counsel for the Official Committee
          of Unsecured Creditors of Lehman Brothers Holdings
          Inc., et al.