WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Shai Y. Waisman

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re                                                                        :    **Chapter 11 Case No.**
                                                                                 :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,        :    **08-13555 (JMP)**
                                                                                 :
                                    Debtors.                          :    **(Jointly Administered)**
------------------------------------------------------------------x

**DEBTORS–APPELLEES' STATEMENT OF**
**ISSUES PRESENTED ON APPEAL AND COUNTER–DESIGNATION**
**OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Appellees, Lehman Brothers Holdings Inc. ("LBHI") and its affiliated chapter 11 debtors (collectively, the "Debtors") in the above-referenced chapter 11 cases, hereby designate, pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the following statement of issues presented on appeal and additional items to be included in the record on appeal in addition to items designated by appellant, William Kuntz, III ("Appellant").[1]

---

[1] Appellant's notice of appeal, dated September 29, 2009 [Docket No. 5307], and statement of issues on appeal and designation of items to be included in the record on appeal (the "Statement of Issues and Designation"), dated November 16, 2009 [Docket No. 5854], are untimely filed pursuant to Bankruptcy Rules 8002(a) and 8006, respectively. The Debtors have filed this Statement of Issues and Counter-designation of Additional Items to be Included in the Record on Appeal out of an abundance of caution and reserve all of their rights with respect to the procedural deficiencies created by Appellant's failure to timely file the notice of appeal and the Statement of Issues and Designation.

## STATEMENT OF ISSUES ON APPEAL

1. Did the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") properly deny, in its discretion, Appellant's motion for relief, under Rule 60(b) of the Federal Rules of Civil Procedure ("Rule 60(b)"), to modify or vacate the Bankruptcy Court's earlier order denying Appellant's motion for relief from the automatic stay because Appellant failed to submit any new facts or evidence that were not previously considered?

2. Assuming, *arguendo*, that Appellant had satisfied his burden under Rule 60(b), did the Bankruptcy Court properly deny, in its discretion, Appellant's motion for relief from the automatic stay under 11 U.S.C. § 362(a)?

## COUNTER-DESIGNATION OF RECORD

| Designation Number | Date of Filing | Docket Number | Description |
|---|---|---|---|
| 1 | 9/18/2008 | 271 | Motion for Relief from Stay for an Order Lifting or Modifying the Automatic Stay filed by William Kuntz, III |
| 2 | 10/09/2008 | 817 | Affidavit filed by William Kuntz, III |
| 3 | 10/11/2009 | 830 | Debtors' Objection to the Motion of William Kuntz, III for an Order Lifting or Modifying the Automatic Stay in these Chapter 11 Cases |
| 4 | 10/13/2009 | 851 | Joinder of Official Committee of Unsecured Creditors in Debtors' Objection to the Motion of William Kuntz, III for an Order Lifting or Modifying the Automatic Stay in These Chapter 11 Cases |
| 5 | 10/15/2008 | 1009 | Affidavit of Service of Debtors' Objection to the Motion of William Kuntz, III for an Order Lifting or Modifying the Automatic Stay in these Chapter 11 Cases |
| 6 | 10/15/2008 | 1022 | Notice of Agenda of Matters Scheduled for Hearing on October 16, 2008 at 11:00 a.m. |
| 7 | 10/15/2008 | 1041 | Amended Notice of Agenda of Matters Scheduled for Hearing on October 16, 2008 at 11:00 a.m. |
| 8 | 10/16/2008 | 1058 | Second Amended Notice of Agenda of Matters Scheduled for Hearing on October 16, 2008 at 11:00 a.m. |
| 9 | 10/16/2008 | 1070 | Affidavit of Service of Joinder of Official Committee of Unsecured Creditors in Debtors' Objection to the Motion of William Kuntz, III for an Order Lifting or Modifying the Automatic Stay in These Chapter 11 Cases |

| Designation Number | Date of Filing | Docket Number | Description |
|---|---|---|---|
| 10 | 10/16/2008 | 1094 | Order Denying the Motion of William Kuntz, III for an Order Lifting or Modifying the Automatic Stay |
| 11 | 10/16/2008 | 1107 | Proof of Service filed by William Kuntz, III |
| 12 | 10/23/2008 | 1187 | Transcript of Hearing Held on October 16, 2008 |
| 13 | 10/24/2008 | 1260 | Motion to Extend Time to Appeal filed by William Kuntz, III |
| 14 | 10/24/2008 | 1261 | Motion Under Rule 60 for Relief from Order filed by William Kuntz, III |
| 15 | 10/28/2008 | 1262 | Certificate of Service filed by William Kuntz, III |
| 16 | 11/13/2008 | 1502 | Notice of Appeal of Order Denying the Motion of William Kuntz, III for an Order Lifting or Modifying the Automatic Stay filed by William Kuntz, III |
| 17 | 11/13/2008 | 1550 | Affidavit of Service filed by William Kuntz, III |
| 18 | 12/01/2008 | 2140 | Designation of Contents and Statement of Issues on Appeal, filed by William Kuntz, III, with respect to Order Denying the Motion of William Kuntz, III for an Order Lifting or Modifying the Automatic Stay |
| 19 | 12/12/2008 | 2198 | Lehman Brothers Holdings Inc. et al.'s Statement of Issue Presented on Appeal and Counter-designation of Additional Items to be Included in the Record on Appeal in Connection with the Appeal of William Kuntz, III |
| 20 | 2/19/2009 | 5 | District Court's Order Dismissing Appeal, Without Prejudice (Case No. 08-11273 (JSR)) |
| 21 | N/A | N/A | Transcript of February 19, 2009 Pre-Trial Conference Before District Court (Case No. 08-11273 (JSR)) |
| 22 | 3/10/2009 | 3028 | Affidavit of William Kuntz, III and Request for Review filed by William Kuntz, III |
| 23 | 4/07/2009 | 3288 | Affidavit of Service filed by William Kuntz, III |
| 24 | 3/16/2009 | 3125 | Affidavit of Service of Lehman Brothers Holdings Inc. et al.'s Statement of Issue Presented on Appeal and Counter-designation of Additional Items to be Included in the Record on Appeal in Connection with the Appeal of William Kuntz, III of Order Denying the Motion of William Kuntz, III for an Order Lifting or Modifying the Automatic Stay |
| 25 | 9/10/2009 | 5093 | Debtors' Objection to the Motion of William Kuntz, III for Relief, Pursuant to Federal Rule of Civil Procedure 60(b), from the Courts Order Denying Relief from the Automatic Stay |
| 26 | 9/15/2009 | 5161 | Affidavit of Service of Debtors' Objection to the Motion of William Kuntz, III for Relief, Pursuant to Federal Rule of Civil Procedure 60(b), from the Courts Order Denying Relief from the Automatic Stay |

| **Designation Number** | **Date of Filing** | **Docket Number** | **Description** |
|---|---|---|---|
| 27 | 9/14/2009 | 5180 | Reply to Debtors' Objection to the Motion of William Kuntz, III for Relief, Pursuant to Federal Rule of Civil Procedure 60(b), from the Courts Order Denying Relief from the Automatic Stay filed by William Kuntz, III |
| 28 | 9/17/2009 | 5215 | Order Denying the Motion of William Kuntz, III Under Rule 60 for Relief from Order Dated October 16, 2008 |
| 29 | 9/17/2009 | 5261 | Transcript of Hearing Held on September 15, 2009 |
| 30 | 9/29/2009 | 5307 | Amended Notice of Appeal filed by William Kuntz, III |
| 31 | 11/16/2009 | 5854 | Amended Designation of Contents and Statement of Issues filed by William Kuntz, III |
| 32 | 11/18/2009 | 5891 | Proof of Mailing and Service filed by William Kuntz, III |

Dated: November 25, 2009
New York, New York

/s/ Shai Y. Waisman
Richard P. Krasnow
Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

Attorneys for Debtors and
Debtors in Possession