WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
::
**In re**                                                  :   **Chapter 11 Case No.**
::
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :   **08-13555 (JMP)**
::
           Debtors.                                        :   **(Jointly Administered)**
::
::
------------------------------------------------------------------x

**NOTICE OF SEVENTH SUPPLEMENTAL DECLARATION**
**OF ALVAREZ & MARSAL NORTH AMERICA, LLC IN**
**CONNECTION WITH ITS EMPLOYMENT AND RETENTION**

    **PLEASE TAKE NOTICE** that, on November 25, 2009, Lehman Brothers

Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as

debtors and debtors in possession (together, the "Debtors") filed the attached Seventh

Supplemental Declaration of Alvarez and Marsal North America, LLC in compliance with the

Order Approving Application Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code

for Authorization to Employ and Retain Alvarez & Marsal North America, LLC. [Docket No. 2278]

Dated: November 25, 2009
      New York, New York

                           /s/ Richard P. Krasnow
                          Richard P. Krasnow
                          WEIL, GOTSHAL & MANGES LLP
                          767 Fifth Avenue
                          New York, New York 10153
                          Telephone: (212) 310-8000
                          Facsimile: (212) 310-8007

                          Attorneys for Debtors
                          and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
                                          :

**In re**                                    :        **Chapter 11 Case No.**

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :        **08-13555 (JMP)**

        Debtors.               :        **(Jointly Administered)**

----------------------------------------------------------------x

**SEVENTH SUPPLEMENTAL DECLARATION OF ALVAREZ & MARSAL NORTH AMERICA, LLC IN CONNECTION WITH ITS EMPLOYMENT AND RETENTION**

John Suckow makes this declaration under 28 U.S.C. § 1746, and states:

1. I am a Managing Director with Alvarez & Marsal North America, LLC (together with its wholly owned subsidiaries, affiliates (all of which are owned by Alvarez & Marsal North America, LLC's parent company and employees), agents, independent contractors, and employees, "A&M"), a restructuring advisory services firm with numerous offices throughout the world. Unless otherwise stated herein, I have personal knowledge of the facts set forth herein or have been informed of such matters by professionals of A&M. To the extent any information disclosed herein requires amendment or modification upon A&M's completion of further review or as additional party in interest information becomes available to it, a further supplemental declaration reflecting such amended or modified information will be submitted to the Court.

2. A&M has previously submitted declarations dated October 8, 2008 [Docket No. 760]; November 4, 2008 [Docket No. 1366]; November 17, 2008 [Docket No. 1559]; February 6, 2009 [Docket No. 2754]; May 19, 2009 [Docket No. 3606]; September 16, 2009 [Docket No. 5196]; and November 4, 2009 [Docket No. 5706] (collectively the

"Declarations") in support of the October 8, 2008 application (the "Application") of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above referenced chapter 11 cases, as debtors in possession (together the "Debtors" and with their non-debtor affiliates "Lehman"), pursuant to sections 105(a) and 363(b) of chapter 11 of the United States Code (the "Bankruptcy Code") for Authorization to Employ and Retain Alvarez & Marsal North America, LLC to Provide the Debtors With a Chief Restructuring Officer and Additional Personnel, and to Appoint the Chief Restructuring Officer *Nunc Pro Tunc* to September 15, 2008. [Docket No. 760].

3. On December 17, 2008, the United States Bankruptcy Court for the Southern District of New York entered an order approving the Application and the Debtors' employment and retention of A&M. [Docket No. 2278].

**Additional Relationship Disclosures**

4. As set forth in the Declarations, and in connection with its proposed retention by the Debtors in these cases, A&M has undertaken an ongoing analysis to determine whether it has any conflicts or other relationships that might cause it not to be disinterested or to hold or represent interests adverse to the Debtors. In addition to the matters disclosed in the prior Declarations, the following relationships with certain parties-in-interest to the Debtors Chapter 11 cases have come to my attention:

5. A&M expects to provide tax advisory services to Indicus Advisors LLP and/or its affiliates ("Indicus"). Indicus is currently providing services to Lehman Commercial Paper Inc., UK Branch (a Debtor affiliate) in connection with such affiliate's wind-down of its loan portfolio. A&M's tax services for Indicus relate to internal matters and will have no relation to Indicus' representation of the Debtors.

2

6. A&M is providing advisory services to Kaupthing Bank hf. and its subsidiaries and affiliates ("<u>Kaupthing</u>"). Kaupthing has open and terminated derivative trades with the Debtors. A&M has been hired by Kaupthing to assist it in remediating its derivative portfolio. Kaupthing and A&M have agreed that A&M will not advise on, nor be provided access to, any matters relating to Kaupthing's trades with the Debtors.

7. A&M seeks to be engaged by the Official Committee of Unsecured Creditors (the "<u>Committee</u>") of Capmark Financial Group, Inc., et al. as debtors and debtors in possession ("<u>Capmark</u>"). Though the Debtors do not sit on the Committee, the Debtors hold both unsecured and secured bank debt of Capmark and its affiliates. The Debtors Capmark debt accounts for less than 0.50% of Capmark's outstanding secured and unsecured bank debt. A&M will recuse itself from directly assisting or advising Lehman with respect to the negotiation, settlement, remediation or adjudication of any matters, claims or disputes between Lehman and Capmark.

8. A&M expects to be retained as a financial advisor to a certain entity ("<u>Company A</u>"). Due to confidentiality restrictions, A&M may not reveal the identity of Company A until its representation of Company A becomes public knowledge. Lehman is a participant in certain of Company A's secured loan facilities. Lehman holds approximately $1 million in obligations with respect to such facilities out of an aggregate outstanding amount of approximately $365 million. A&M will recuse itself from directly assisting or advising Lehman with respect to the negotiation, settlement, remediation and/or adjudication of any matters, claims or disputes between Company A and Lehman.

9. With respect to those matters set forth above where A&M has not yet been retained, A&M expects to be retained in the near future and will not supplement this

3

Declaration unless the facts and circumstances surrounding such retention materially differ from those described above.

10.  A&M does not believe that any of the additional disclosures described above create conflicts of interest regarding the Debtors or their chapter 11 cases.  A&M continues to believe that it is "disinterested" within the meaning of the term as it is used in section 101(14) of title 11 of the United States Code.

I declare under penalty of perjury that, to the best of my knowledge, and after reasonable inquiry, the foregoing is true and correct.

Dated: November 25, 2009
       New York, New York

/s/ John Suckow
John Suckow, Managing Director

4