Presentment Date and Time: December 3, 2009 at 12:00 p.m. (Prevailing Eastern Time)
Objection Deadline: December 3, 2009 at 11:30 a.m. (Prevailing Eastern Time)

Harold S. Novikoff
Amy R. Wolf
Alexander B. Lees
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52 Street
New York, New York 10019
(212) 403-1000

Attorneys for JPMorgan Chase Bank, N.A.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
In re:                                                      :   Chapter 11
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :   Case No. 08-13555 (JPM)
                                                            :
                    Debtors.                                :   (Jointly Administered)
                                                            :
------------------------------------------------------------x
                                                            :
In re:                                                      :   SIPA Proceeding
                                                            :
LEHMAN BROTHERS INC.,                                       :   Case No. 08-01420 (JPM)
                                                            :
                    Debtor.                                 :
                                                            :
------------------------------------------------------------x

### NOTICE OF PRESENTMENT OF STIPULATION AND ORDER BETWEEN BARCLAYS CAPITAL INC. AND JPMORGAN CHASE BANK, N.A.

PLEASE TAKE NOTICE that the undersigned will present the attached Stipulation and

Order Between Barclays Capital Inc. and JPMorgan Chase Bank, N.A. to the Honorable James

M. Peck, United States Bankruptcy Judge, for signature on December 3, 2009, at 12:00 p.m.

W/1555566v1

PLEASE TAKE FURTHER NOTICE that objections, if any, to the proposed Stipulation and Order must be made in writing and received by the Bankruptcy Judge's chambers and by the undersigned not later than 11:30 a.m. on December 3, 2009. Unless objections are received by that time, the proposed Stipulation and Order may be signed.

Dated: November 25, 2009
New York, New York

                                  Respectfully submitted,

                                  By:        s/ Amy R. Wolf
                                           Harold S. Novikoff
                                           Amy R. Wolf
                                           Alexander B. Lees

                                WACHTELL, LIPTON, ROSEN & KATZ
                                51 West 52 Street
                                New York, New York 10019
                                (212) 403-1000

                                Attorneys for JPMorgan Chase Bank, N.A.