UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC. | : | Case No. 08-13555 (JMP) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

---------------------------------------------------------- x

**ORDER (A) CONFIRMING ABILITY OF MERRILL LYNCH INTERNATIONAL AND CERTAIN OF ITS AFFILIATES TO DELIVER NOTICE OF ACCELERATION WITH RESPECT TO CERTAIN NOTES ISSUED BY FOREIGN AFFILIATE WITHOUT RELIEF FROM THE AUTOMATIC STAY OR (B) GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY TO DELIVER SUCH NOTICE**

Upon consideration of the motion (the "<u>Motion</u>")[1] by Merrill Lynch International and certain of its affiliates (collectively, "<u>ML</u>") for entry of an order (a) confirming their ability to deliver one or more notices of acceleration (each, a "<u>Notice</u>") to Lehman Brothers Holdings Inc. ("<u>LBHI</u>") with respect to certain notes issued by Lehman Brothers Treasury Co. B.V. without relief from the automatic stay under Bankruptcy Code section 362(a) or (b) granting limited relief from the automatic stay under Bankruptcy Code 362(d) to deliver such Notices; this Court having reviewed, and held a hearing with respect to, the Motion; and the Court having found that cause exists to grant relief from the automatic stay because, among other things, (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested by the Motion is proper and should be granted; (iv) proper and adequate notice of the Motion and the hearing thereon has been given and no other or further notice is necessary; and (v) upon the record herein

---

[1] Any capitalized term not expressly defined herein shall have the meaning ascribed to that term in the Motion.

after due deliberation thereon, good and sufficient cause exists for the granting of relief as set forth herein,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED in its entirety.

2. The automatic stay in LBHI's bankruptcy estate is hereby modified to extent necessary to permit ML to deliver a copy of one or more Notices to LBHI (as more fully described in the Motion), in ML's discretion, with respect to Notes that ML currently holds or may acquire in the future. The delivery of such Notices shall have the effect of accelerating the Notes specified in the relevant Notice.

3. The modification of the stay granted by this Order shall take effect immediately upon entry of this Order and shall not be stayed by operation of Bankruptcy Rule 4001(a)(3).

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: New York, New York
_____, 20\_\_

                                                      The Honorable James M. Peck
                                                      United States Bankruptcy Judge