BLANK ROME LLP
*Attorneys for Capital Automotive LP*
The Chrysler Building
405 Lexington Avenue
New York, New York  10174
(212) 885-5000
Andrew B. Eckstein

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
– – – – – – – – – – – – – – – – – – – – – – – – – – – X
In re:                                                        Chapter 11
                                                              Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,
                                                              (Jointly Administered)
                                               Debtors.
– – – – – – – – – – – – – – – – – – – – – – – – – – – X

## **MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

I, Andrew B. Eckstein, a member in good standing of the bar of the State of New York and the Southern, Eastern and Northern Districts of New York and the District of New Jersey, hereby respectfully moves for the admission of Thomas E. Biron, a member in good standing of the bar in the State of Pennsylvania, State of New Jersey, the District of Columbia, and the U.S. District Court for the Eastern District of Pennsylvania, to appear ***pro hac vice***, before the Honorable James M. Peck, to represent Capital Automotive LP.

Mr. Biron's address is Blank Rome LLP, One Logan Sq, 130 N. 18th St, Philadelphia, PA 19103, his e-mail address is Biron@blankrome.com, and his telephone number is 215-569-5500.  The fee of $25 shall be paid upon approval by this Court admitting Mr. Biron to practice ***pro hac vice***.

Dated: New York, New York
November 30, 2009

By: _____
Andrew B. Eckstein
BLANK ROME LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Tel: (212) 885-5000
Fax: (212) 885-5001

-and-

Thomas E. Biron
BLANK ROME LLP
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103
Tel: 215-569-5500
Fax: 215-569-5555

*Counsel to Capital Automotive LP*

124550.01600/6806769v.1