UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ X

In re:

LEHMAN BROTHERS HOLDINGS INC., *et al.*,

Debtors.

------------------------------ X

Chapter 11
Case No. 08-13555 (JMP)

(Jointly Administered)

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

Upon the motion for admission to practice, ***pro hac vice***, dated November 30, 2009, it is hereby Ordered that Thomas E. Biron, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       December __, 2009

_____
HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE

124550.01600/6806770v.1