UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
—————————————————————————— X
In re:                                                                Chapter 11
                                                                       Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,
                                                                       (Jointly Administered)
                                                    Debtors.
—————————————————————————— X

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

Upon the motion for admission to practice, ***pro hac vice***, dated November 30, 2009, it is hereby Ordered that Jeremy A. Rist, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
          December __, 2009

          _____
          HONORABLE JAMES M. PECK
          UNITED STATES BANKRUPTCY JUDGE