UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No |
| **LEHMAN BROTHERS HOLDINGS INC., et al.,** | : | 08-13555 (JMP) |
| Debtors. | : | (Jointly Administered) |
| | x | Ref. Docket No. 5897 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

I, JACQUI MARGARET LEWIS, Licensed Commercial Sub-Agent, duly being sworn, deposes and says:

1. I am employed by IDS Group Pty Ltd, located at Level 5, 231 George Street, Brisbane, Queensland, Australia. I am over the age of eighteen years and am not a party to the above captioned action.

2. On Monday 23 November 2009 at 3.35pm, I caused to be served the "NOTICE OF MOTION OF DEBTORS AND DEBTORS IN POSSESSION PURSUANT TO SECTION 105(a), 362, AND 365 OF THE BANKRUPTCY CODE TO COMPEL PERFORMANCE BY NORTON GOLD FIELDS LIMITED OF ITS OBLIGATIONS UNDER AN EXECUTORY CONTRACT AND TO ENFORCE THE AUTOMATIC STAY", dated November 20 2009 [Docket No. 5897], and "MOTION OF DEBTORS AND DEBTORS IN POSSESSION PURSUANT TO SECTION 105(a), 362, AND 365 OF THE BANKRUPTCY CODE TO COMPEL PERFORMANCE BY NORTON GOLD FIELDS LIMITED OF ITS OBLIGATIONS UNDER AN EXECUTORY CONTRACT AND TO ENFORCE THE AUTOMATIC STAY", dated November 20 2009 [Docket No. 5897], by causing true and correct copies to be delivered personally upon the registered office of Norton Gold Fields Limited, C/- Stanley Yeates & Associates, Level 1, 101 Edward Street, Brisbane, Queensland 4000, Australia.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

at Brisbane, Australia
Sworn to before me this
24th day of November 2009
Notary Public

Leonard John McKeering
Notary Public
4 Morgan Street Ascot
Queensland Australia
My commission does not expire

SYI-27208v1