**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
:
In re                                                                                   :    Chapter 11 Case No.
                                                                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**    :    08-13555 (JMP)
                                                                                              :
                      Debtors.                                          :    (Jointly Administered)
                                                                                              :
---------------------------------------------------------------------x    Ref. Docket Nos. 5919, 5921, 5923-
                                                                                    5933, 5935, 5936

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                              ) ss.:
COUNTY OF NEW YORK    )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 24, 2009, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                              /s/ Paul Belobritsky
Sworn to before me this                                      Paul Belobritsky
30th day of November, 2009

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

# EXHIBIT "A"

|                                  |                          |
|----------------------------------|--------------------------|
| In re                            | Chapter 11 Case No.      |
|                                  | 08-13555 (JMP)           |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
|                                  |                          |
| Debtors.                         |                          |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  ALIANT BANK                                ALIANT BANK
     ATTN: KEN GIVENS                           PORZIO, BROMBERG & NEWMAN, PC
     200 ALIANT PARKWAY                         ATTN: JOHN S. MAIRO, ESQ. & TERRI JANE FREED
     ALEXANDER CITY AL 35010                    100 SOUTHGATE PARKWAY
                                                MORRISTOWN NJ 07962-1997
```

Please note that your claim # 25427 in the above referenced case and in the amount of
        $2,836,155.15       has been transferred **(unless previously expunged by court order)**

```
     JPMORGAN CHASE BANK, N.A.
     TRANSFEROR: ALIANT BANK
     1 Chase Manhattan Plaza, Floor 26
     Attn: Susan McNamara Mail Code: NY1-A436
     New York NY 10004
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 5919     in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/24/2009                         Vito Genna, Clerk of Court


                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 24, 2009.

**EXHIBIT "B"**

```
TIME: 18:01:41                              LEHMAN BROTHERS HOLDING INC.                                    PAGE:   1
DATE: 11/24/09                                   CREDITOR LISTING

Name                                        Address
ALIANT BANK                                 PORZIO, BROMBERG & NEWMAN, PC ATTN: JOHN S MAIRO, ESQ ATTN: TERRI JANE FREEDMAN, ESQ 100 SOUTHGATE PARKWAY MORRISTOWN NJ 07962-1997
ALIANT BANK                                 PORZIO, BROMBERG & NEWMAN, PC ATTN: JOHN S. MAIRO, ESQ. & TERRI JANE FREEDMAN, ESQ. 100 SOUTHGATE PARKWAY MORRISTOWN NJ 07962-1997
ALIANT BANK                                 ATTN: KEN GIVENS 200 ALIANT PARKWAY ALEXANDER CITY AL 35010
ALIANT BANK                                 JOHN S MARIO & TERRI JANE FREEDMAN, ESQ PORZIO, BROMBERG, & NEWMAN, PC 100 SOUTHGATE PARKWAY MORRISTOWN NJ 07962
BANK OF AMERICA, N.A.                       TRANSFEROR: INVESTEC CAPITAL ACCUMULATOR TRUST LIMITED C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER, 3RD FLOOR ONE BRYANT
BANK OF AMERICA, N.A.                       TRANSFEROR: INVESTEC FUNDS SERIES IV CAPITAL ACCUMULATOR FUND C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER, 3RD FLOOR ONE BR
EF SECURITIES LLC
ELLINGTON CREDIT FUND, LTD.                 C/O ELLINGTON MANAGEMENT GROUP LLC 53 FOREST AVENUE SUITE 301 OLD GREENWICH CT 06870
ELLINGTON MORTGAGE FUND S/C, LTD.           C/O ELLINGTON MANAGEMENT GROUP, L.L.C. 53 FOREST AVENUE, SUITE 301 OLD GREENWICH CT 06870
ELLINGTON MORTGAGE FUND S/C, LTD.           C/O ELLINGTON MANAGEMENT GROUP, LLC 53 FOREST AVENUE SUITE 301 OLD GREENWICH CT 06870
ELLINGTON MORTGAGE PARTNERS LP              C/O ELLINGTON MANAGEMENT GROUP, LLC 53 FOREST AVENUE, SUITE 301 OLD GREENWICH CT 06870
ELLINGTON SPECIAL OPPORTUNITIES LTD         C/O ELLINGTON MANAGEMENT GROUP, L.L.C. 53 FOREST AVENUE, SUITE 301 OLD GREENWICH CT 06870
INVESTEC CAPITAL ACCUMULATOR TRUST LIMITED  DVENABLE LLP ATTN EDWARD A SMITH 1270 AVENUE OF THE AMERICAS 25TH FLOOR NEW YORK NY 10020
INVESTEC CAPITAL ACCUMULATOR TRUST LIMITED  GUINNESS FLIGHT HOUSE LA PLAIDERIE ST PETER PORT GUERNSEY GY1 3QH CHANNEL ISLANDS
INVESTEC FUNDS SERIES IV CAPITAL ACCUMULATOR GRESHAM STREET LONDON EC2V 7QP UNITED KINGDOM
INVESTEC FUNDS SERIES IV CAPITAL ACCUMULATOR VENABLE LLP ATTN EDWARD A SMITH 1270 AVENUE OF THE AMERICAS 25TH FLOOR NEW YORK NY 10020
JPMORGAN CHASE BANK, N.A.                   TRANSFEROR: ALIANT BANK 1 Chase Manhattan Plaza, Floor 26 Attn: Susan McNamara Mail Code: NY1-A436 New York NY 10004
JPMORGAN CHASE BANK, N.A.                   TRANSFEROR: EF SECURITIES LLC 1 Chase Manhattan Plaza, Floor 26 Attn: Susan McNamara Mail Code: NY1-A436 New York NY 10004
JPMORGAN CHASE BANK, N.A.                   TRANSFEROR: ELLINGTON CREDIT FUND, LTD. 1 Chase Manhattan Plaza, Floor 26 Attn: Susan McNamara Mail Code: NY1-A436 New York NY 10004
JPMORGAN CHASE BANK, N.A.                   TRANSFEROR: ELLINGTON MORTGAGE FUND S/C, LTD. 1 Chase Manhattan Plaza, Floor 26 Attn: Susan McNamara Mail Code: NY1-A436 New York NY 10004
JPMORGAN CHASE BANK, N.A.                   TRANSFEROR: ELLINGTON MORTGAGE PARTNERS LP 1 Chase Manhattan Plaza, Floor 26 Attn: Susan McNamara Mail Code: NY1-A436 New York NY 10004
JPMORGAN CHASE BANK, N.A.                   TRANSFEROR: ELLINGTON SPECIAL OPPORTUNITIES LTD 1 Chase Manhattan Plaza, Floor 26 Attn: Susan McNamara Mail Code: NY1-A436 New York NY 10004
JPMORGAN CHASE BANK, N.A.                   TRANSFEROR: TRG GLOBAL OPPORTUNITY MASTER FUND, LTD. 1 Chase Manhattan Plaza, Floor 26 Attn: Susan McNamara Mail Code: NY1-A436 New York NY
TRG GLOBAL OPPORTUNITY MASTER FUND, LTD.    SHEARMAN & STERLING LLP AZAM H. AZIZ, ESQ. & SOLOMON J. NOH, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022
TRG GLOBAL OPPORTUNITY MASTER FUND, LTD.    C/O TRG MANAGEMENTS L.P. ATTN: BRUCE WOLFSON 280 PARK AVENUE 27TH FLOOR WEST NEW YORK NY 10017

Total Number of Records Printed       25
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

# EXHIBIT "C"

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153