Cali, November 9, 2009

Epiq Bankruptcy Solutions, LLC
Att: Lehman Brothers Holdings
Claim Processing
New York, N.Y. 10017

        Re: Lehman Brothers Holdings Inc.
           Chapter 11 Case No. 08-13555(JMP)
           Claim number 7031-Date received 08/03/2009

    Claim in reference is a duplicate of previous one I sent to you on June 8/2009, received by you on June 11/2009 and recorded under number 4844

    Duplicate arises because I sent a new claim on July 29/2009 assuming that it was necessary to do so when I received from you a new format of "The proof of claim" which format design was different to the former identified as "Form B10(Official form 10)(12/07)

    Therefore, please delete the claim identified with number 7031 and allow to be in force only the number 4844

    I recognize greatly your cooperation

    Very truly yours,

Carlos A Quintero Abella
For Quintero Abella Carlos A-Maria C Guarin de Quintero-Creditor
Calle 39 Norte # 2BN111 Prados Del Norte
Cali- Valle- Colombia S.A.
Phone (572) 6649664 Colombia

P.S. I would appreciate if you can confirm me by e.mail (lilianaquintero63@hotmail.com) when amendment be done



P 646 282 2500  F 646 282 2501
757 THIRD AVENUE, NEW YORK, NY 10017
WWW.EPIQSYSTEMS.COM

**** LBH CLMLTR (MERGE2,TXNUM2) 4000053809 ****
QUINTERO ABELLA, CARLOS A. - MARIA C. GUARIN DE QUINTERO
LILIANA QUINTERO GUARIN
601 JONES FERRY RD
APT M3
CARRBORO, NC 27510

October 07, 2009

## ACKNOWLEDGEMENT OF RECEIPT OF PROOF OF CLAIM

This letter serves as acknowledgement that the claim identified below has been recorded by Epiq Bankruptcy Solutions, LLC, the court-approved claims agent, on the claims register in the LEHMAN BROTHERS HOLDINGS INC. case. It is also publically available at the following website address: http://chapter11.epiqsystems.com/LBH. To ensure that your claim has been recorded correctly, please review the following information:

| | |
|---|---|
| Debtor: | NO DEBTOR ASSERTED BY CREDITOR |
| Case Number: | NO CASEZ99 |
| Creditor: | QUINTERO ABELLA, CARLOS A. - MARIA C. GUARIN DE QUINTERO |
| Date Received: | 08/03/2009 |
| Claim Number: | 7031 |

*Please note that nothing in this Acknowledgement should be construed to mean or imply that your claim is being allowed. The Debtor may elect to object to the identified claim on various grounds.*

We strongly encourage you to review your submitted proof of claim on our website at the address listed above. To find your imaged claim, click on the "Filed Claims & Schedules" link at the top of the page, type in your claim number in the "Claim #" field, and click "Search."

**WHEN REVIEWING YOUR CLAIM, PLEASE BE AWARE OF ANY PERSONALLY IDENTIFIABLE INFORMATION ("PII") SUBMITTED BY YOU. PII can include information used to distinguish or trace an individual's identity, such as their social security number, biometric records, drivers license number, account number, credit or debit card number (including any passwords, access codes or PIN numbers), etc., alone, or when combined with other personal or identifying information which is linked or linkable to a specific individual, such as date and place of birth, mother's maiden name, etc.**

The Proof of Claim Form allows for redacted documents. If you identify any PII in your filed claim, please contact us immediately at (646) 282-2400 or via our contact form on our website at http://www.epiq11.com/contact.aspx so we may assist you in redacting this information. Please be sure to specify the client/debtor about which you are inquiring.

You may also contact by either of the methods listed above should you have any other questions.

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

