**LOWENSTEIN SANDLER PC**
Michael S. Etkin, Esq.
S. Jason Teele, Esq.
1251 Avenue of the Americas, 18th Floor
New York, New York 10022

-- and --

65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500 (Telephone)
973.597.2400 (Facsimile)

*Bankruptcy Counsel to Lead Plaintiff in the Mortgage Backed Securities Litigation*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

## CERTIFICATION OF SERVICE

**Kim Marie LaFiura**, being of full age, hereby certifies as follows:

1. I am a paralegal employed by the law firm of Lowenstein Sandler, PC, Bankruptcy Counsel to Lead Plaintiff in the Mortgage Backed Securities Litigation in Lehman Brothers Holdings, Inc., *et al.* As such, I have knowledge of the facts set forth herein.

2. I hereby certify that on November 30, 2009, I caused a true and correct copy of the following document(s) to be served upon the parties indicated on the attached service list, in the manner listed therein:

      a. *Joinder of the MBS Lead Plaintiff in the Securities Lead Plaintiff's Motion for a Limited Modification of the Automatic Stay; and*

-1-

I certify that the foregoing statements made by me are true to the best of my knowledge and belief. Any statement made by me that is willfully false I understand I am subject to the penalty of perjury.

                                              */s/Kim Marie LaFiura*
                                              Kim Marie LaFiura, Paralegal

Dated: December 2, 2009

# SERVICE LIST

*Via First Class Mail*

| | | |
|---|---|---|
| The Honorable James M. Peck<br>United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, New York 10004 | Richard P. Krasnow, Esq.<br>Weil Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, New York 10153 | Harvey R. Miller, Esq.<br>Weil Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, New York 10153 |
| Jacqueline Marcus, Esq.<br>Weil Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, New York 10153 | Shai Y. Waisman, Esq.<br>Weil Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, New York 10153 | Lori R. Fife, Esq.<br>Weil Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, New York 10153 |
| Tracy Hope Davis, Esq.<br>Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004 | Linda Rifkin, Esq.<br>Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004 | Brian Masumoto, Esq.<br>Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004 |
| Andy Velez-Rivera, Esq.<br>Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004 | Paul Schwartzberg, Esq.<br>Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004 | Dennis O'Donnell, Esq.<br>Milbank Tweed Hadley & McCloy, LLP<br>One Chase Manhattan Plaza<br>New York, New York 10005 |
| Evan Fleck, Esq.<br>Milbank Tweed Hadley & McCloy, LLP<br>One Chase Manhattan Plaza<br>New York, New York 10005 | Dennis F. Dunne, Esq.<br>Milbank Tweed Hadley & McCloy, LLP<br>One Chase Manhattan Plaza<br>New York, New York 10005 | Luc A. Despins, Esq.<br>Milbank Tweed Hadley & McCloy, LLP<br>One Chase Manhattan Plaza<br>New York, New York 10005 |
| Lindsee P. Granfield, Esq.<br>Cleary Gottlieb, LLP<br>One Liberty Plaza<br>New York, New York  10006 | Lisa Schweiger, Esq.<br>Cleary Gottlieb, LLP<br>One Liberty Plaza<br>New York, New York  10006 | Robinson B. Lacy, Esq.<br>Sullivan & Cromwell, LLP<br>125 Broad Street<br>New York, New York 10004 |
| Hydee R. Feldstein, Esq.<br>Sullivan & Cromwell, LLP<br>125 Broad Street<br>New York, New York 10004 | Bradford M. Berry, Esq.<br>Office of General Counsel Commodity Futures Trading Commission<br>1155 21st Street, NW<br>Washington, DC  20581 | James Kobak, Esq.<br>Hughes Hubbard & Reed, LLP<br>One Battery Park Plaza<br>New York, New York  10004 |
| Chicago Mercantile Exchange<br>20 South Wacker Drive<br>Chicago, Illinois  20581 | Ronald J. Silverman, Esq.<br>Bingham McCutcheon, LLP<br>399 Park Avenue<br>New York, New York  10022-4689 | Kenneth J. Caputo, Esq.<br>804 Fifteenth Street, NW<br>Washington, DC  20005-2207 |

23210/2
12/02/2009 **13289962**.1

-4-

| | | |
|---|---|---|
| Epiq Bankruptcy Solutions, LLC<br>Claims Agent<br>(f/k/a Bankruptcy Services, LLC)<br>757 Third Avenue, 3rd Floor<br>New York, New York 10017 | George A. Davis, Esq.<br>Cadwalader Wickersham & Taft<br>One World Financial Center<br>New York, New York 10281 | Alan E. Marder, Esq.<br>Meyer Suozzi English & Klein, PC<br>990 Stewart Avenue, Suite 300<br>P.O. Box 9194<br>Garden City, New York 11530 |
| James Shenwick, Esq.<br>Shenwick & Associates<br>655 Third Avenue, 20th Floor<br>New York, New York 10017 | Scott Talmadge, Esq.<br>Kaye Scholer, LLP<br>425 Park Avenue<br>New York, New York 10022 | Lehman Brothers Holdings, Inc.<br>745 Seventh Avenue<br>New York, New York 10019 |
| Paul Arozon, Esq.<br>Milbank Tweed Hadley & McCloy<br>601 South Figueroa Street, 30th Floor<br>Los Angeles, California 90017 | Securities & Exchange Commission<br>Attention: Bankruptcy Department<br>7 World Trade Center, 13th Floor<br>New York, New York 10007 | Internal Revenue Service<br>Attention: Bankruptcy Department<br>120 Church Street, 3rd Floor<br>New York, New York 10008 |
| United States Attorney<br>One St. Andrew's Plaza<br>New York, New York 10007 | | |

*Via the Court's Electronic Filing System:*

All parties who have requested and are receiving notices through the Court's electronic filing system.