UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:                                              : Chapter 11

LEHMAN BROTHERS HOLDING INC., *et*                  : Case No. 08-13555 (JMP)
*al.*,                                              : Jointly Administered

           Debtors.                       :

---

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                         ) ss.:
COUNTY OF NEW YORK         )

**NORA E. MORALES**, being duly sworn according to law, deposes and says that she is employed by the law firm of Blank Rome LLP, counsel for Capital Automotive L.P., in the above-captioned Chapter 11 proceedings, and that on the 30th day of November and the 1st day of December, 2009, she caused a copy of the following document to be served as indicated upon the parties listed on the attached service list:

- *Objection of Capital Automotive L.P. to Debtor Lehman Brothers Special Financing, Inc.'s Motion, Pursuant to Sections 105(a), 362 and 365 of the Bankruptcy Code, to Compel Performance of Obligations Under an Interest Swap Agreement [Dkt. No. 5981].*

                                                  Nora E. Morales

Sworn to and subscribed before
me this 1st day of December 2009

_____
Notary Public

RUBY HYDE
Notary Public, State of New York
No. 01HY6040493
Qualified in Bronx County
Commission Expires April 24, 201_0_

124550.01600/6807477v.1

## SERVICE LIST

| **BY ELECTRONIC MAIL ON NOVEMBER 30, 2009:** |
|---|
| Lori Fife, Esq.<br>Richard W. Slack, Esq.<br>Robert J. Lemons, Esq.<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>lori.fife@weil.com<br>richard.slack@weil.com<br>robert.lemons@weil.com |
| Dennis F. Dunne, Esq.<br>Evan Fleck, Esq.<br>Wilbur F. Foster, Esq.<br>Milbank Tweed Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>DDunne@milbank.com<br>EFleck@milbank.com<br>WFosterl@milbank.com |

| **BY HAND DELIVERY ON DECEMBER 1, 2009:** |
|---|
| Honorable James M. Peck<br>USBC for the Southern District of NY<br>One Bowling Green<br>New York, NY 10004-1408 |
| Brian S. Masumoto, Esq.<br>Andrew Velez-Rivera, Esq.<br>Paul Schwartzberg, Esq.<br>Linda Riffkin, Esq.<br>Tracey Hope Davis, Esq.<br>Office of the U.S. Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004-2112 |

| **BY HAND DELIVERY ON DECEMBER 1, 2009:** |
|---|
| Lori Fife, Esq.<br>Richard W. Slack, Esq.<br>Robert J. Lemons, Esq.<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Dennis F. Dunne, Esq.<br>Evan Fleck, Esq.<br>Wilbur F. Foster, Esq.<br>Milbank Tweed Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005 |

2