# EXHIBIT 7

# EXHIBIT 7A

| | |
|---|---|
| **From:** | O'Donnell, Dennis C. |
| **Sent:** | Sunday, September 21, 2008 10:01 AM |
| **To:** | Bell, Crayton L. <CBell@milbank.com> |
| **Subject:** | Fw: LEHMAN: Summary of LBI Sale Hearing |

## Redacted

----- Original Message -----
From: Edward.Gilbert@shinseibank.com <Edward.Gilbert@shinseibank.com>
To: O'Donnell, Dennis C.; Despins, Luc
Sent: Sun Sep 21 09:55:37 2008
Subject: Re: LEHMAN:  Summary of LBI Sale Hearing

## Redacted

-----Original Message-----
From: O'Donnell, Dennis C. <DODonnell@milbank.com>
To: Edward Gilbert
Sent: Sun Sep 21 22:49:17 2008
Subject: RE: LEHMAN:  Summary of LBI Sale Hearing

Let's try it again.


-----Original Message-----
From: Edward.Gilbert@shinseibank.com [mailto:Edward.Gilbert@shinseibank.com]
Sent: Sunday, September 21, 2008 9:33 AM
To: O'Donnell, Dennis C.
Subject: Re: LEHMAN: Summary of LBI Sale Hearing

Dennis,

The order doesn't appear to be attached.

Could you please resend?

Thanks.

Ed

-----Original Message-----
From: O'Donnell, Dennis C. <DODonnell@milbank.com>
To: Edward Gilbert
Sent: Sun Sep 21 07:42:54 2008
Subject: Re: LEHMAN:  Summary of LBI Sale Hearing

[1 Attachment]

As requested.

CONFIDENTIAL

MTHM0007214

----- Original Message -----
From: Edward.Gilbert@shinseibank.com <Edward.Gilbert@shinseibank.com>
To: O'Donnell, Dennis C.; araboy@cov.com <araboy@cov.com>; ccromie@metlife.com <ccromie@metlife.com>; dyu@metlife.com
<dyu@metlife.com>; dcoffino@cov.com <dcoffino@cov.com>; dkleiner@vclaw.com <dkleiner@vclaw.com>;
gerard.facendola@bnymellon.com <gerard.facendola@bnymellon.com>; jmcginley@wilmingtontrust.com
<jmcginley@wilmingtontrust.com>; jguiliano@bankofny.com <jguiliano@bankofny.com>; jbecker@wilmingtontrust.com
<jbecker@wilmingtontrust.com>; mspeiser@stroock.com <mspeiser@stroock.com>; mbeeler@cov.com <mbeeler@cov.com>;
mhopkins@cov.com <mhopkins@cov.com>; Nitin.Bajpai@shinseiinternational.com <Nitin.Bajpai@shinseiinternational.com>;
Noel.Purcell@mizuhocbus.com <Noel.Purcell@mizuhocbus.com>; pcschmitter@bankofny.com <pcschmitter@bankofny.com>;
robailey@bankofny.com <robailey@bankofny.com>; rreid@sheppardmullin.com <rreid@sheppardmullin.com>; sjohnston@cov.com
<sjohnston@cov.com>; Taylor.Siedell@shinseibank.com <Taylor.Siedell@shinseibank.com>; tpasuit@metlife.com
<tpasuit@metlife.com>
Cc: Dunne, Dennis; Despins, Luc; Aronzon, Paul S.; jamestecce@quinnemanuel.com <jamestecce@quinnemanuel.com>;
joeminias@quinnemanuel.com <joeminias@quinnemanuel.com>; susheelkirpalani@quinnemanuel.com
<susheelkirpalani@quinnemanuel.com>; bgeer@hlhz.com <bgeer@hlhz.com>; Conor.Tully@fticonsulting.com
<Conor.Tully@fticonsulting.com>; Dominic.Dinapoli@fticonsulting.com <Dominic.Dinapoli@fticonsulting.com>;
esiegert@hlhz.com <esiegert@hlhz.com>; John.Siris@fticonsulting.com <John.Siris@fticonsulting.com>;
Kevin.Lavin@fticonsulting.com <Kevin.Lavin@fticonsulting.com>; Michael.Eisenband@fticonsulting.com
<Michael.Eisenband@fticonsulting.com>; mfazio@hlhz.com <mfazio@hlhz.com>; Philip.Stern@fticonsulting.com
<Philip.Stern@fticonsulting.com>; Robert.Darefsky@fticonsulting.com <Robert.Darefsky@fticonsulting.com>;
Ron.Greenspan@fticonsulting.com <Ron.Greenspan@fticonsulting.com>; Samuel.Star@fticonsulting.com
<Samuel.Star@fticonsulting.com>; sburian@hlhz.com <sburian@hlhz.com>; William.Nolan@fticonsulting.com
<William.Nolan@fticonsulting.com>
Sent: Sat Sep 20 18:06:57 2008
Subject: Re: LEHMAN: Summary of LBI Sale Hearing

Dear Dennis,

When will a copy of the Order be available?

Thanks.

Ed

-----Original Message-----
From: O'Donnell, Dennis C. <DODonnell@milbank.com>
To: Amanda Raboy <araboy@cov.com>; Claudia Cromie <ccromie@metlife.com>; David G. Yu <dyu@metlife.com>; Dianne F.
Coffino <dcoffino@cov.com>; Dov Kleiner <dkleiner@vclaw.com>; Edward Gilbert; Gerard Facendola
<gerard.facendola@bnymellon.com>; James McGinley <jmcginley@wilmingtontrust.com>; John Guiliano
<jguiliano@bankofny.com>; Julie Becker <jbecker@wilmingtontrust.com>; Mark A. Speiser <mspeiser@stroock.com>; Martin B.
Beeler <mbeeler@cov.com>; Michael B. Hopkins <mhopkins@cov.com>; Nitin Bajpai; Noel P. Purcell
<noel.purcell@mizuhocbus.com>; Patrick C. Schmitter <pcschmitter@bankofny.com>; Robert E. Bailey <robailey@bankofny.com>;
Russell L. Reid <rreid@sheppardmullin.com>; Susan Power Johnston <sjohnston@cov.com>; Taylor Siedell; Thomas J. Pasuit
<tpasuit@metlife.com>
CC: Dunne, Dennis <DDunne@milbank.com>; Despins, Luc <LDespins@milbank.com>; Aronzon, Paul S.
<PAronzon@milbank.com>; James Tecce <jamestecce@quinnemanuel.com>; Joseph G. Minias <joeminias@quinnemanuel.com>;
Susheel Kirpalani <susheelkirpalani@quinnemanuel.com>; Brad Geer <bgeer@hlhz.com>; Conor Tully
<Conor.Tully@fticonsulting.com>; Dominic DiNapoli <Dominic.Dinapoli@fticonsulting.com>; Eric Siegert <esiegert@hlhz.com>;
John Siris <John.Siris@fticonsulting.com>; Kevin Lavin <Kevin.Lavin@fticonsulting.com>; Michael Eisenband
<Michael.Eisenband@fticonsulting.com>; Michael Fazio <mfazio@hlhz.com>; Philip Stern <Philip.Stern@fticonsulting.com>;
Robert Darefsky <Robert.Darefsky@fticonsulting.com>; Ronald F. Greenspan <Ron.Greenspan@fticonsulting.com>; Samuel Star
<Samuel.Star@fticonsulting.com>; Saul E. Burian <sburian@hlhz.com>; William Nolan <William.Nolan@fticonsulting.com>
Sent: Sun Sep 21 01:22:02 2008
Subject: LEHMAN: Summary of LBI Sale Hearing

**Redacted**

**Redacted**

IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank, Tweed, Hadley & McCloy LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor.

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination,

distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

This e-mail message and any attachments are confidential and may be legally privileged. If you are not the intended recipient, we kindly ask you to notify the sender immediately by replying to the above address. Any unauthorized copying, duplication, reproduction, manipulation, dissemination or distribution hereof in any form is strictly prohibited. The statement set forth above serves for information purposes only, and shall not have any legally binding effect. We do not guarantee the accuracy and completeness of any information or materials contained herein. The information contained herein, and the terms for access to or use of such information, are subject to deletion or change at any time. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction.

この電子メール（添付物を含みます）は、弊行と上記宛名人のみの間の連絡事項に関する守秘義務の適用がある機密情報です。したがって、上記宛名人以外の方が誤って受け取った場合は、直ちに発信人にご連絡ください。このメールの無断での複写、転写、転載、改竄または配布は、禁止されています。このメールは情報提供を目的としたものであり、法的拘束力はありません。弊行は、このメール上の記載に関する正確性および完全性を保証せず、その内容を随時変更することがあります。このメールは金融商品の取引の申込みまたは勧誘を意図したものでなく、取引の正式な確認とはなりません。

================================================================

IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank, Tweed, Hadley & McCloy LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor.

================================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

This e-mail message and any attachments are confidential and may be legally privileged. If you are not the intended recipient, we kindly ask you to notify the sender immediately by replying to the above address. Any unauthorized copying, duplication, reproduction, manipulation, dissemination or distribution hereof in any form is strictly prohibited. The statement set forth above serves for information purposes only, and shall not have any legally binding effect. We do not guarantee the accuracy and completeness of any information or materials contained herein. The information contained herein, and the terms for access to or use of such information, are subject to deletion or change at any time. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction.

この電子メール（添付物を含みます）は、弊行と上記宛名人のみの間の連絡事項に関する守秘義務の適用がある機密情報です。したがって、上記宛名人以外の方が誤って受け取った場合は、直ちに発信人にご連絡ください。このメールの無断での複写、転写、転載、改竄または配布は、禁止されています。このメールは情報提供を目的としたものであり、法的拘束力はありません。弊行は、このメール上の記載に関する正確性および完全性を保証せず、その内容を随時変更することがあります。このメールは金融商品の取引の申込みまたは勧誘を意図したものでなく、取引の正式な確認とはなりません。

================================================================

IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank, Tweed, Hadley & McCloy LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the

MTHM0007217

transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor.
================================================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.


This e-mail message and any attachments are confidential and may be legally privileged. If you are not the intended recipient, we kindly ask you to notify the sender immediately by replying to the above address. Any unauthorized copying, duplication, reproduction, manipulation, dissemination or distribution hereof in any form is strictly prohibited. The statement set forth above serves for information purposes only, and shall not have any legally binding effect. We do not guarantee the accuracy and completeness of any information or materials contained herein. The information contained herein, and the terms for access to or use of such information, are subject to deletion or change at any time. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction.

この電子メール（添付物を含みます）は、弊行と上記宛名人のみの間の連絡事項に関する守秘義務の適用がある機密情報です。したがって、上記宛名人以外の方が誤って受け取った場合は、直ちに発信人にご連絡ください。このメールの無断での複写、転写、転載、改竄または配布は、禁止されています。このメールは情報提供を目的としたものであり、法的拘束力はありません。弊行は、このメール上の記載に関する正確性および完全性を保証せず、その内容を随時変更することがあります。このメールは金融商品の取引の申込みまたは勧誘を意図したものでなく、取引の正式な確認とはなりません。

MTHM0007218

# EXHIBIT 7B

| | |
|---|---|
| **From:** | dyu@metlife.com |
| **Sent:** | Monday, September 22, 2008 4:20 AM |
| **To:** | Noel Purcell <Noel.Purcell@mizuhocbus.com> |
| **Subject:** | Re: LEHMAN: Update on Barclays/LBI Negotiations |

No problem.  I'll be in around 8:30 am.


David Yu
Director - Distressed Investments Unit
MetLife
tel:  973-355-4581
fax: 973-355-4230
email:  dyu@metlife.com




----- Original Message -----
From: Noel.Purcell
Sent: 09/22/2008 02:19 AM AST
To: David Yu
Subject: Re: LEHMAN:  Update on Barclays/LBI Negotiations



Hi David. Prior to tomorrow's call, you and I should have a quick call.  We are
thinking alike on the issues and want to hear your thoughts on some items.
Would you be available to talk later in the am?




 From: dyu
 Sent: 09/21/2008 11:17 PM AST
 To: "O'Donnell, Dennis C." <DODonnell@milbank.com>; "Amanda Raboy"
<araboy@cov.com>; ccromie@metlife.com; "Dianne F. Coffino" <dcoffino@cov.com>;
"Dov Kleiner" <dkleiner@velaw.com>; "Edward P. Gilbert"
<Edward.Gilbert@shinseibank.com>; "Gerard Facendola"
<gerard.facendola@bnymellon.com>; "James McGinley"
<jmcginley@wilmingtontrust.com>; "John Guiliano" <jguiliano@bankofny.com>;
"Julie Becker" <jbecker@wilmingtontrust.com>; "Mark A. Speiser"
<mspeiser@stroock.com>; "Martin B. Beeler" <mbeeler@cov.com>; "Michael B.
Hopkins" <mhopkins@cov.com>; "Nitin Bajpai"
<Nitin.Bajpai@shinseiinternational.com>; Noel Purcell; "Patrick C. Schmitter"
<pcschmitter@bankofny.com>; "Robert E. Bailey" <robailey@bankofny.com>;
"Russell L. Reid" <rreid@sheppardmullin.com>; "Susan Power Johnston"
<sjohnston@cov.com>; "Taylor Siedell" <Taylor.Siedell@shinseibank.com>;
tpasuit@metlife.com
 Cc: "Dunne, Dennis" <DDunne@milbank.com>; "Despins, Luc"
<LDespins@milbank.com>; "Aronzon, Paul S." <PAronzon@milbank.com>
 Subject: Re: LEHMAN:  Update on Barclays/LBI Negotiations

I can be reached tonight on my mobile at 908 239 1001.

David Yu
Director - Distressed Investments Unit
MetLife
tel:  973-355-4581
fax: 973-355-4230
email:  dyu@metlife.com



Redacted

CMTE0000522



**Redacted**

IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message
from Milbank, Tweed, Hadley & McCloy LLP is not intended or written to be, and
cannot be used, by any person for the purpose of avoiding tax penalties that
may be imposed regarding the transactions or matters addressed. Some of that
advice may have been written to support the promotion or marketing of the
transactions or matters addressed within the meaning of IRS Circular 230, in
which case you should seek advice based on your particular circumstances from
an independent tax advisor.
==================================================================

This e-mail message may contain legally privileged and/or confidential
information. If you are not the intended recipient(s), or the employee or agent
responsible for delivery of this message to the intended recipient(s), you are
hereby notified that any dissemination, distribution or copying of this e-mail
message is strictly prohibited. If you have received this message in error,
please immediately notify the sender and delete this e-mail message from your
computer.

The information contained in this message may be CONFIDENTIAL and is for the
intended addressee only. Any unauthorized use, dissemination of the
information, or copying of this message is prohibited. If you are not the
intended addressee, please notify the sender immediately and delete this
message.

This transmittal and any attachments may contain confidential, privileged or
sensitive information and is solely for the use of the intended recipient. If

you are not the intended recipient, you are hereby notified that you have
received this transmittal and any attachments in error and any review,
dissemination, distribution or copying thereof is strictly prohibited. If you
have received this transmittal and any attachments in error please notify the
sender and immediately destroy the message and all its attachments. Any
opinions herein expressed may be those of the author and not necessarily of
Mizuho Corporate Bank, Ltd., Mizuho Corporate Bank (USA), Mizuho Securities USA
Inc. or any other affiliates of Mizuho Financial Group ("Mizuho"). Mizuho
accepts no responsibility for the accuracy or completeness of any information
herein contained.
E-Mail received by or sent from officer of Mizuho Securities USA Inc. (which is
a registered U.S. broker-dealer and the entity through which Mizuho generally
conducts its investment banking, capital markets, and securities business in
the United States) is electronically archived and recorded and is subject to
review and monitoring by and/or disclosure to persons other than the recipient,
including (but not limited to) Mizuho Securities USA Inc. supervisory
personnel. Such communications may be produced to regulatory authorities or
others with legal rights to the information.


The information contained in this message may be CONFIDENTIAL and is for the
intended addressee only.  Any unauthorized use, dissemination of the
information, or copying of this message is prohibited.  If you are not the
intended addressee, please notify the sender immediately and delete this
message.

# EXHIBIT 7C

| | |
|---|---|
| **From:** | <Edward.Gilbert@shinseibank.com> |
| **Sent:** | Sunday, September 21, 2008 4:45 PM |
| **To:** | <mspeiser@stroock.com>; <noel.purcell@mizuhocbus.com> |
| **Cc:** | <smillman@stroock.com> |
| **Subject:** | RE: LEHMAN (URGENT--POSSIBLE EMERGENCY COMMITTEE CALL TODAY) |

As of an hour ago, Milbank was still in court.

I don't have any other information.

All the best.

Ed

Edward P Gilbert
General Manager
Principal Transactions Sub-Group
Shinsei Bank Limited
2-1-8 Uchisaiwaicho
Chiyoda-ku, Tokyo 100-8501 Japan

Tel:  +81 3 5510 6614
Fax: + 81 3 4560 2846
Mobile: + 81 80 3243 0081

Edward.Gilbert@Shinseibank.com


From: Speiser, Mark A.  [mailto:mspeiser@stroock.com]
Sent: Monday, September 22, 2008 8:00  AM
To: noel.purcell@mizuhocbus.com; Edward Gilbert
Cc:  Millman, Sherry J.
Subject: Re: LEHMAN (URGENT--POSSIBLE EMERGENCY  COMMITTEE CALL TODAY)


Last I received on that was Dennis  O'Donnell's 1:22 pm (EDT) email that there
might be an emergency  call.


From: Noel.Purcell@mizuhocbus.com
To: Edward Gilbert  ; Speiser, Mark A.
Sent: Sun Sep 21  18:56:11 2008
Subject: Re: LEHMAN (URGENT--POSSIBLE EMERGENCY  COMMITTEE CALL TODAY)



Is there a call scheduled for tonight at some time?


CONFIDENTIAL

From: [Edward.Gilbert@shinseibank.com]
Sent: 09/22/2008 07:52 AM ZE9
To: <DODonnell@milbank.com>; <araboy@cov.com>; <ccromie@metlife.com>;
<dyu@metlife.com>; <dcoffino@cov.com>; <dkleiner@velaw.com>;
<gerard.facendola@bnymellon.com>; <jmcginley@wilmingtontrust.com>;
<jguiliano@bankofny.com>; <jbecker@wilmingtontrust.com>;
<mspeiser@stroock.com>; <mbeeler@cov.com>; <mhopkins@cov.com>;
<Nitin.Bajpai@shinseiinternational.com>; Noel Purcell;
<pcschmitter@bankofny.com>; <robailey@bankofny.com>;
<rreid@sheppardmullin.com>; <sjohnston@cov.com>;
<Taylor.Siedell@shinseibank.com>; <tpasuit@metlife.com>
   Cc: <LDespins@milbank.com>; <DDunne@milbank.com>; <PAronzon@milbank.com>;
<bgeer@hlhz.com>; <Conor.Tully@fticonsulting.com>;
<Dominic.Dinapoli@fticonsulting.com>; <esiegert@hlhz.com>;
<John.Siris@fticonsulting.com>; <Kevin.Lavin@fticonsulting.com>;
<Michael.Eisenband@fticonsulting.com>; <mfazio@hlhz.com>;
<Philip.Stern@fticonsulting.com>; <Robert.Darefsky@fticonsulting.com>;
<Ron.Greenspan@fticonsulting.com>; <Samuel.Star@fticonsulting.com>;
<sburian@hlhz.com>; <William.Nolan@fticonsulting.com>
   Subject: RE: LEHMAN (URGENT--POSSIBLE EMERGENCY COMMITTEE CALL TODAY)



Redacted

CONFIDENTIAL

**Redacted**



IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message
from Milbank, Tweed, Hadley & McCloy LLP is not intended or written to be, and
cannot be used, by any person for the purpose of avoiding tax penalties that
may be imposed regarding the transactions or matters addressed. Some of that
advice may have been written to support the promotion or marketing of the
transactions or matters addressed within the meaning of IRS Circular 230, in
which case you should seek advice based on your particular circumstances from
an independent tax advisor.

This e-mail message may contain legally privileged and/or confidential
information. If you are not the intended recipient(s), or the employee or
agent responsible for delivery of this message to the intended recipient(s),
you are hereby notified that any dissemination, distribution or copying of
this e-mail message is strictly prohibited. If you have received this message
in error, please immediately notify the sender and delete this e-mail message
from your computer.

This e-mail message and any attachments are confidential and may be legally
privileged. If you are not the intended recipient, we kindly ask you to notify
the sender immediately by replying to the above address. Any unauthorized
copying, duplication, reproduction, manipulation, dissemination or
distribution hereof in any form is strictly prohibited. The statement set
forth above serves for information purposes only, and shall not have any
legally binding effect. We do not guarantee the accuracy and completeness of
any information or materials contained herein. The information contained
herein, and the terms for access to or use of such information, are subject to
deletion or change at any time. It is not intended as an offer or solicitation
for the purchase or sale of any financial instrument or as an official
confirmation of any transaction.

??????? (????????) ?????????????????????????????????????????????????????????????????
????????????????????????????????????????????????????????????????????????????????????
????????????????????????????????????????????????????????????????????????????????????
?????????????????????????????????????

This transmittal and any attachments may contain confidential, privileged or
sensitive information and is solely for the use of the intended recipient. If
you are not the intended recipient, you are hereby notified that you have
received this transmittal and any attachments in error and any review,
dissemination, distribution or copying thereof is strictly prohibited. If you
have received this transmittal and any attachments in error please notify the
sender and immediately destroy the message and all its attachments. Any
opinions  herein expressed may be those of the author and not necessarily of
Mizuho  Corporate Bank, Ltd., Mizuho Corporate Bank (USA), Mizuho Securities
USA Inc. or  any other affiliates of Mizuho Financial Group ("Mizuho"). Mizuho
accepts no  responsibility for the accuracy or completeness of any information
herein  contained.
E-Mail received by or sent from officer of Mizuho Securities USA Inc. (which
is a registered U.S. broker-dealer and the entity through which  Mizuho
generally conducts its investment banking, capital markets, and  securities
business in the United States) is electronically archived and  recorded and is
subject to review and monitoring by and/or disclosure to persons  other than
the recipient, including (but not limited to) Mizuho Securities USA  Inc.
supervisory personnel. Such communications may be produced to regulatory
authorities or others with legal rights to the information.


============================================================================
===========================================
IRS Circular 230
Disclosure: To ensure compliance with requirements imposed by the IRS in
Circular 230, we inform you that any tax
advice contained in this communication (including any attachment that does not
explicitly state otherwise) is not
intended or written to be used, and cannot be used, for the purpose of (i)
avoiding penalties under the Internal
Revenue Code or (ii) promoting, marketing or recommending to another party any
transaction or matter addressed herein.
============================================================================
===========================================


This e-mail message and any attachments are confidential and may be legally
privileged. If you are not the intended recipient, we kindly ask you to notify
the sender immediately by replying to the above address. Any unauthorized
copying, duplication, reproduction, manipulation, dissemination or distribution
hereof in any form is strictly prohibited. The statement set forth above serves
for information purposes only, and shall not have any legally binding effect.
We do not guarantee the accuracy and completeness of any information or
materials contained herein. The information contained herein, and the terms for
access to or use of such information, are subject to deletion or change at any
time. It is not intended as an offer or solicitation for the purchase or sale
of any financial instrument or as an official confirmation of any transaction.

???????(????????)??????????????????????????????????????????????????????????????????????

???????????????????????????????????????????????????????????????????????????????????????
???????????????????????????????????????????????????????????????????????????????????????
????????????????????????????????????

CMTE0000529

# EXHIBIT 7D

| From: | O'Donnell, Dennis C. [DODonnell@milbank.com] |
|---|---|
| Sent: | Monday, September 22, 2008 9:19 AM |
| To: | Amanda Raboy; Claudia Cromie; David G. Yu; Dianne F. Coffino; Dov Kleiner; Edward P. Gilbert; Gerard Facendola; James McGinley; John Guiliano; Julie Becker; Mark A. Speiser; Martin B. Beeler; Michael B. Hopkins; Nitin Bajpai; Noel P. Purcell; Patrick C. Schmitter; Robert E. Bailey; Russell L. Reid; Susan Power Johnston; Taylor Siedell; Thomas J. Pasuit |
| Cc: | Dunne, Dennis; Despins, Luc; Aronzon, Paul S. |
| Subject: | LEHMAN:  HLHZ Update Regarding LBI/Barclays Transaction and Dial-In Number |
| Attachments: | Current Version - Clarification Letter_#1916861.DOC |
| Importance: | High |

Set forth below, in connection with the 1:00 p.m. Committee call, is an email from Houlihan Lokey summarizing the current state of the LBI/Barclays transaction.

For ease of reference, the dial in number for the call will be as follows:

| | |
|---|---|
| **Dial-In Number:** | **(888) 385-6846** |
| Intn'l Dial-In Number: | (719) 955-2427 |
| Participant Code: | 635706 |

**Milbank**
**Dennis C. O'Donnell**
**Of Counsel**
1 Chase Manhattan Plaza
New York, NY 10005
T:  212-530-5287
dodonnell@milbank.com
www.milbank.com

---

**From:** Burian, Saul [mailto:SBurian@HLHZ.com]
**Sent:** Monday, September 22, 2008 12:14 PM
**To:** O'Donnell, Dennis C.
**Cc:** Despins, Luc; Aronzon, Paul S.; Dunne, Dennis; Aalto, Tanja; Fazio, Michael; Siegert, Eric; Werbalowsky, Jeffrey
**Subject:** Lehman -- Cmte Call -- Update on Barclays Closing -- Resolution of Material Open issues.
**Importance:** High


Redacted

CONFIDENTIAL



Managing Director
Houlihan Lokey Howard & Zukin
245 Park Avenue
New York, New York  10167
Tel:  212-497-4245
Fax:  212-661-6347
Email:  SBurian@hlhz.com

**From:** O'Donnell, Dennis C. [mailto:DODonnell@milbank.com]
**Sent:** Monday, September 22, 2008 10:15 AM
**To:** Amanda Raboy; Claudia Cromie; David G. Yu; Dianne F. Coffino; Dov Kleiner; Edward P. Gilbert; Gerard Facendola; James McGinley; John Guiliano; Julie Becker; Mark A. Speiser; Martin B. Beeler; Michael B. Hopkins; Nitin Bajpai; Noel P. Purcell; Patrick C. Schmitter; Robert E. Bailey; Russell L. Reid; Susan Power Johnston; Taylor Siedell; Thomas J. Pasuit

2

CONFIDENTIAL

**Cc:** Dunne, Dennis; Despins, Luc; Aronzon, Paul S.
**Subject:** LEHMAN: Agenda for Lehman Committee Call (September 22, 2008 1:00 p.m.)

Attached is the Agenda for the Lehman Committee call scheduled for 1:00 p.m. (EST) today.
Please feel free to call if you have any questions.

**Milbank**
**Dennis C. O'Donnell**
**Of Counsel**
1 Chase Manhattan Plaza
New York, NY 10005
T: 212-530-5287
dodonnell@milbank.com
www.milbank.com


<<Lehman 922 Agenda.pdf>>


==================================================================


**IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank, Tweed,
Hadley & McCloy LLP is not intended or written to be, and cannot be used, by any person for the
purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed.
Some of that advice may have been written to support the promotion or marketing of the transactions or
matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based
on your particular circumstances from an independent tax advisor.**
==================================================================


**This e-mail message may contain legally privileged and/or confidential information. If you are not the
intended recipient(s), or the employee or agent responsible for delivery of this message to the intended
recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail
message is strictly prohibited. If you have received this message in error, please immediately notify the
sender and delete this e-mail message from your computer.**


Please consider the environment before printing.

This e-mail message and any attachments are for the sole use of the intended recipient(s) and may contain
confidential information. If you are not an intended recipient, or an intended recipient's authorized agent, you
are hereby notified that any dissemination, distribution or copying of this e-mail message or any attachments is
strictly prohibited. If you have received this message in error, please notify the sender by reply e-mail and
delete this e-mail message and any attachments from your computer system.


==================================================================


**IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank, Tweed,
Hadley & McCloy LLP is not intended or written to be, and cannot be used, by any person for the
purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed.
Some of that advice may have been written to support the promotion or marketing of the transactions or
matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based
on your particular circumstances from an independent tax advisor.**
==================================================================

CONFIDENTIAL

HLHZ0009063

**This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.**

CONFIDENTIAL

HLHZ0009064