**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |
| In re<br><br>LEHMAN BROTHERS INC.,<br><br>Debtor. | SIPA Proceeding Case No.<br><br>08-01420 (JMP) |

**Affidavit of Service**

State of New York    )
                     ) ss.:
County of New York   )

NICHOLAS KEMP, being duly sworn, deposes and says:

1. I am not a party to this action and I am over 18 years of age.

2. I am employed by the law firm of Boies, Schiller & Flexner LLP, 575 Lexington Avenue, New York, New York 10022, attorneys for Barclays Capital, Inc.

3. On December 2, 2008 I served true copies of Barclays's Motion to Compel Production from the Trustee and the Committee Based on Privilege Waiver, dated December 2, 2008 and the Affidavit of Todd Thomas In Support Of Barclays's Motion to Compel Production from the Trustee and the Committee Based on Privilege Waiver, dated December 1, 2008, by causing said copies to be personally delivered to the following parties:

    a.    Office of the United States Trustee
            for the Southern District of New York
            33 Whitehall Street, 21st Floor
            New York, NY 10004
            Attn: Andy Velez-Rivera

    b.    Jones Day
22 East 41st Street
New York, NY 10017
Attn: Robert Gaffey

and

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Richard Krasnow

*Attorneys for the Debtors*

    c.    Quinn Emanuel Urquhart Oliver & Hedges LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Attn: James Tecce

and

Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn: Dennis Dunne

*Attorneys for the Official Committee of Unsecured Creditors*

    d.    Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
Attn: James W. Giddens

*Attorneys for the SIPA Trustee*

                                      NICHOLAS KEMP

Sworn to before me this
2nd day of December, 2009

JOHN A. PASTERICK
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PA6082750
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES 11/04/2010