UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
----------------------------------------------------------x

## Amended Designation of Record and Issues Upon Appeal

NOTICE OF APPEAL DOCKET # 5835

| | | |
|---|---|---|
| 5551 | 10/16/2009 | Order Signed on 10/16/2009 Authorizing Lehman Commercial Paper Inc. to Purchase Fairpoint Particip (Related Doc # [5199]) (Nulty, Lynda) |
| | | Debtor: Lehman Brothers Holdings Inc. |
| | | Related: 5199 |
| 5357 | 10/6/2009 | Statement of Ad Hoc Group of Lehman Brothers Creditors in Support of Motion of Lehman Commercia Inc. Pursuant to Section 363 of The Bankruptcy Code and Bankruptcy Rule 6004 for Authorization to Fairpoint Participation (related document(s)[5199]) filed by Gerard Uzzi on behalf of Ad Hoc Group of Brothers Creditors. (Uzzi, Gerard) |
| | | Debtor: Lehman Brothers Holdings Inc. |
| | | Related: 5199 |
| 5333 | 10/2/2009 | Objection of William Kuntz, III to Fairpoint & Suncal Proposed Adventures by Lehman Commercial Pap William Kuntz III. (Lopez, Mary) |
| | | Debtor: Lehman Brothers Holdings Inc. |
| | | Related: none |
| 5199 | 9/17/2009 | Motion to Authorize : Motion of Lehman Commercial Paper Inc. Pursuant to Section 363 of the Bankru and Bankruptcy Rule 6004 for Authorization to Purchase Fairpoint Participation filed by Jacqueline Ma behalf of Lehman Brothers Holdings Inc.. with hearing to be held on 10/14/2009 at 10:00 AM at Cour (JMP) Responses due by 10/1/2009, (Marcus, Jacqueline) |
| | | Debtor: Lehman Brothers Holdings Inc. |
| | | Related: none |

Designation of issues and record on appeal docket # ?



RECEIVED
DEC 1 2009
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

ISSUES

THAT THE COURT APPLIED THE WRONG STANDARD TO APPROVE THE FAIRPOINT INVESTMENT RELYING UPON THE BUSINESS JUDGEMENT RULE RATHER THAN THE PRUDENT <OR HERE VERY PRUDENT MAN> MAN RULE

THAT THE EVIDENCE WAS INSUFFICENT TO SUPPORT ANY FUTHER INVESTMENT BY THE DEBTOR

RESPECTFULLY,

WILLIAM KUNTZ, III
INDIA ST PO BO 1801
NANTUCKET ISLAND, MA 02554-1801
508-775-5225


NOV 28,2009

Westport,NY