UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:                                                             Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,           Case No. 08-13555 (JMP)

                              Debtors.
------------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF THOMAS E. BIRON

UPON the motion of Andrew B. Eckstein dated November 30, 2009, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Thomas E. Biron is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       December 2, 2009

                                         *s/ James M. Peck*
                                         UNITED STATES BANKRUPTCY JUDGE