UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                                                    Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,       Case No. 08-13555 (JMP)

                                    Debtors.
-------------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF W. TODD THOMAS

UPON the motion of W. Todd Thomas dated November 10, 2009, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that W. Todd Thomas is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
December 2, 2009

                                                    *s/ James M. Peck*
                                               UNITED STATES BANKRUPTCY JUDGE