UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
                                                                 :
In re                                                            :   Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :   08-13555 (JMP)
                                                                 :
                    Debtors.                                     :   (Jointly Administered)
                                                                 :
                                                                 :
-----------------------------------------------------------------x

### AFFIDAVIT AND DISCLOSURE STATEMENT OF DOUG JAMES

### ON BEHALF OF MOULTON BELLINGHAM PC

STATE OF MONTANA      )
                      ) ss:
COUNTY OF YELLOWSTONE )

Doug James, being duly sworn, upon his oath, deposes and says:

1.  I am a shareholder of Moulton Bellingham PC, located at P. O. Box 2559, Billings, Montana 59103-2559 (the "Firm").

2.  Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide Montana legal services to the Debtors, and the Firm has consented to provide such services.

3.  The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these

NY2:\1926908\02\15@T802!.DOC\58399.0003

chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6. The Debtors owe the Firm $0 for prepetition services.

7. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.[1]

By: _____
Doug James

SUBSCRIBED and sworn to before me this 30th day of November, 2009.

_____
Signature
Luanne Struss
Printed Name

(SEAL)    Notary Public for the State of Montana
Residing at Billings, MT
My Commission Expires: 10/17/2012
MM/DD/YYYY

---

[1] If necessary.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                    :
In re                               :      Chapter 11 Case No.
                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :      08-13555 (JMP)
                                    :
             Debtors.               :      (Jointly Administered)
                                    :
                                    :
-----------------------------------------------------------------x

### RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

>   Weil, Gotshal & Manges LLP
>   767 Fifth Avenue
>   New York, New York 10153
>   Attn:   Jennifer Sapp
>           Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

    Moulton Bellingham PC

    P. O. Box 2559

    Billings, MT 59103-2559

    _____

2. Date of retention:    June 2009

3. Type of services provided (accounting, legal, etc.):

<u>Legal</u>

4. Brief description of services to be provided:

   <u>Legal representation of Lehman Commercial Paper Inc. in a foreclosure action against Moonlight Basin Ranch, L.P., et al. before the District Court in Montana, and in the subsequent Chapter 11 bankruptcy filings (Moonlight Basin Ranch, L.P., et al.) before the United States Bankruptcy Court for the District of Montana.</u>

5. Arrangements for compensation (hourly, contingent, etc.)

   <u>Hourly</u>

   (a) Average hourly rate (if applicable):

   Doug James
       2009  $240.00
       2010  $275.00

   John T. Jones
       2009  $300.00
       2010  $300.00

   Thomas E. Smith
       2009  $225.00
       2010  $225.00

   Michele L. Braukmann
       2009  $200.00
       2010  $200.00

Michael E. Begley
    2009  $190.00
    2010  $200.00

Christopher T. Sweeney
    2009  $135.00
    2010  $150.00

Ross W. McLinden
    2009  $135.00
    2010  $150.00

Emily Jones
    2009  $135.00
    2010  $150.00

Matthew D. Braukmann
    2009  $180.00
    2010  $180.00

Kathryn J. Bell
    2009  $180.00
    2010  $180.00

Brandon Hoskins
    2009  $120.00
    2010  $120.00

Pam Trang
    2009  $120.00
    2010  $125.00

Luanne Struss
    2009  $120.00
    2010  $125.00

Joyce Adami
    2009  $120.00
    2010  $125.00

(b)    Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

       N/A

6. Prepetition claims against the Debtors held by the firm:

   Amount of claim:    $ N/A

   Date claim arose:   N/A

   Source of Claim:    N/A

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: N/A

   Status: N/A

   Amount of Claim:  $ N/A

   Date claim arose: N/A

   Source of claim: N/A

8. Stock of the Debtors currently held by the firm:

   Kind of shares: N/A

   No. of shares: N/A

9. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

   Name: N/A

   Status: N/A

   Kind of shares: N/A

   No. of shares: N/A

10. Disclose the nature and provide a brief description of any interest adverse to
the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

None

11. Name of individual completing this form:

Doug James