UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
In re                                                          :     Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :     08-13555 (JMP)
                                                               :
        Debtors.                                             :     (Jointly Administered)
                                                               :
                                                               :
-----------------------------------------------------------------x

### AFFIDAVIT AND DISCLOSURE STATEMENT OF L. J. ROTMAN

### ON BEHALF OF HINSHAW & CULBERTSON LLP

STATE OF MINNESOTA    )
                           ) ss:
COUNTY OF HENNEPIN    )

        L. J. Rotman, being duly sworn, upon his oath, deposes and says:

        1.    I am an attorney of Hinshaw & Culbertson LLP, located at 333 South Seventh Street, Suite 2000, Minneapolis, Minnesota 55402-2431 (the "Firm").

        2.    Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide legal services to the Debtors with respect to real estate issues in Minnesota, and the Firm has consented to provide such services.

        3.    The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. To my knowledge, the Firm does not perform services for any such person in

connection with these chapter 11 cases. In addition, to my knowledge, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4. Neither I, nor to my knowledge, any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5. Neither I, nor to my knowledge, any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6. The Debtors owe the Firm $___-0-___ for prepetition services.

7. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.[1]

By: _____

Subscribed and sworn to before me
this 25th day of November, 2009

_____
Notary Public

ROXANNE E. PORTNOY
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2010

[1] If necessary.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                    :
In re                                               :    Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,            :    08-13555 (JMP)
                                                    :
                    Debtors.                        :    (Jointly Administered)
                                                    :
                                                    :
------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT. RETURN IT FOR FILING BY THE DEBTORS, TO:

    Weil, Gotshal & Manges LLP
    767 Fifth Avenue
    New York, New York 10153
    Attn:   Jennifer Sapp
             Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1.    Name and address of firm:

       Hinshaw & Culbertson LLP

       333 South Seventh Street, Suite 2000

       Minneapolis, Minnesota 55402-2431

2.    Date of retention:    November __, 2009

3.    Type of services provided (accounting, legal, etc.):

       Legal

4. Brief description of services to be provided:

   real estate counsel in Minnesota

5. Arrangements for compensation (hourly, contingent, etc.)

   Hourly

   (a) Average hourly rate (if applicable):

   L.J. Rotman: $625.00/hour (2009 rate) / $650.00/hour (2010 rate) and others at current hourly rate

   (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

   _____

6. Prepetition claims against the Debtors held by the firm:

   Amount of claim:    N/A

   Date claim arose:   _____

   Source of Claim:    _____

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: N/A

   Status: _____

   Amount of Claim:  $_____

   Date claim arose: _____

   Source of claim: _____

   _____
   _____
   _____

8. Stock of the Debtors currently held by the firm:

   Kind of shares:  N/A

   No. of shares:  _____

9. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

   Name:  N/A

   Status: _____

   _____

   Kind of shares: _____

   No. of shares: _____

10. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

    N/A

    _____

    _____

    _____

11. Name of individual completing this form:

    L. J. Rotman