UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
                                                                :
In re                                                           :    Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                        :    08-13555 (JMP)
                                                                :
                            Debtors.                            :    (Jointly Administered)
                                                                :
                                                                :
----------------------------------------------------------------x

## AFFIDAVIT AND DISCLOSURE STATEMENT OF RANDALL J. SUNSHINE, ON BEHALF OF LINER GRODE STEIN YANKELEVITZ SUNSHINE REGENSTREIF & TAYLOR LLP

STATE OF CALIFORNIA     )
                        ) ss:
COUNTY OF LOS ANGELES   )

Randall J. Sunshine, being duly sworn, upon his oath, deposes and says:

1. I am a Partner of Liner Grode Stein Yankelevitz Sunshine Regenstreif & Taylor LLP, located at 1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024 (the "Firm").

2. Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide legal services necessary to assist the Debtors in negotiating and documenting the resolution of claims arising in the SunCal actions filed in the United States Bankruptcy Court for the Central District of California, Santa Ana Division, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6. The Debtors owe the Firm $0 for prepetition services.

7. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

By: _____
RANDALL J. SUNSHINE

Subscribed and sworn to before me
this 30th day of Nov., 2008

_____
Notary Public

LIZETTE A. MARROQUIN
Commission # 1686931
Notary Public - California
Los Angeles County
My Comm. Expires Aug 10, 2010

NY2:\1926908\02\15@T8021.DOC\58399.0003

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                                    :   Chapter 11 Case No.
                                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                 :   08-13555 (JMP)
                                                         :
                        Debtors.                         :   (Jointly Administered)
                                                         :
                                                         :
------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

> Weil, Gotshal & Manges LLP
> 767 Fifth Avenue
> New York, New York 10153
> Attn: Jennifer Sapp
>        Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

   LINER GRODE STEIN YANKELEVITZ SUNSHINE REGENSTREIF & TAYLOR LLP

   1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024

2. Date of retention:   November 30, 2009

3. Type of services provided (accounting, legal, etc.): Legal

4. Brief description of services to be provided: Legal services necessary to assist the Debtors in negotiating and documenting the resolution of claims arising in the SunCal actions filed in the United States Bankruptcy Court for the Central District of California, Santa Ana Division.

5. Arrangements for compensation (hourly, contingent, etc.): Hourly

    (a) Average hourly rate (if applicable): $475.00

    (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition): N/A

6. Prepetition claims against the Debtors held by the firm: None

    Amount of claim: $ _____

    Date claim arose: _____

    Source of Claim: _____

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm: None

    Name: _____

    Status: _____

    Amount of Claim: $ _____

    Date claim arose: _____

    Source of claim: _____

    _____

    _____

8. Stock of the Debtors currently held by the firm: None.

    Kind of shares: _____

    No. of shares: _____

9. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm: None.

Name: _____

Status: _____

_____

Kind of shares: _____

No. of shares: _____

10. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed: None.

11. Name of individual completing this form: Randall J. Sunshine, LINER GRODE STEIN YANKELEVITZ SUNSHINE REGENSTREIF & TAYLOR LLP