UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
                               :

In re                           :    Chapter 11 Case No.
                                 :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :    08-13555 (JMP)
                                 :

                  Debtors.     :    (Jointly Administered)
                                 :
                                 :
-------------------------------------------------------------------x

## AFFIDAVIT AND DISCLOSURE STATEMENT OF KAREN HAVICE,

## ON BEHALF OF LENNOX PATON

STATE OF FLORIDA     )
                      ) ss:
COUNTY OF Miami )

Karen Havice, being duly sworn, upon her oath, deposes and says:

1.     I am a Special Counsel of Lennox Paton, located at Fort Nassau Centre, Marlborough Street, Nassau, The Bahamas (the "Firm").

2.     Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide services as local Bahamian legal counsel for assistance with the assignment of loans secured by mortgages in The Bahamas to the Debtors, and the Firm has consented to provide such services.

3.     The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom

may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4.      Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees or independent contractors of the Firm.

5.      Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6.      The Debtors owe the Firm $0 for prepetition services.

7.      The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.[1]

By:    _____
                  Karen Havice

Subscribed and sworn to before me
this 20 day of NOV, 2009

_____
          Notary Public

LINDA COOPER
Commission # DD 903259
Expires June 29, 2013
Bonded Thru Troy Fain Insurance 800-385-7019

_____
[1] If necessary.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                          :     Chapter 11 Case No.
                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :     08-13555 (JMP)
                                               :
              **Debtors.**                     :     (Jointly Administered)
                                                         :
                                               :
------------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN
BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively,
the "Debtors")


DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

      Weil, Gotshal & Manges LLP
      767 Fifth Avenue
      New York, New York 10153
      Attn:   Jennifer Sapp
             Christopher Stauble


All questions **must** be answered.  Please use "none," "not applicable," or "N/A," as
appropriate.  If more space is needed, please complete on a separate page and attach.

    1.     Name and address of firm:

          Lennox Paton

          Fort Nassau Centre

          Marlborough Street

          Nassau, The Bahamas

    2.     Date of retention:     October 2009

    3.     Type of services provided (accounting, legal, etc.):

Legal _____

_____

_____

4.    Brief description of services to be provided:

Local Bahamian legal counsel for assistance with the assignment of loans

secured by mortgages in The Bahamas _____

_____

_____

5.    Arrangements for compensation (hourly, contingent, etc.)

Hourly _____

(a)    Average hourly rate (if applicable):

N/A _____

(b)    Estimated average monthly compensation based on prepetition
retention (if firm was employed prepetition):

N/A _____

6.    Prepetition claims against the Debtors held by the firm:

Amount of claim:        $O _____

Date claim arose:       N/A _____

Source of Claim:        N/A _____

7.    Prepetition claims against the Debtors held individually by any member,
associate, or professional employee of the firm:

Name: N/A _____

Status: N/A _____

Amount of Claim: $N/A _____

Date claim arose: N/A _____

Source of claim: <u>N/A</u>

_____

_____

_____

8.    Stock of the Debtors currently held by the firm:

Kind of shares: <u>None</u>

No. of shares: <u>None</u>

9.    Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: <u>None</u>

Status: <u>N/A</u>

_____

Kind of shares: <u>N/A</u>

No. of shares: <u>None</u>

10.    Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

<u>None</u>

_____

_____

_____

11.    Name of individual completing this form:

<u>Karen Havice</u>