UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
:
:
-------------------------------------------------------------x

## DECLARATION AND DISCLOSURE STATEMENT OF ANTHONY PAYNE SC

ANTHONY PAYNE SC declares and says:

1. I am a barrister, located at Sixth Floor, Selborne/Wentworth Chambers, 174 Phillip Street, Sydney, New South Wales, Australia.

2. Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that I provide legal services to the Debtors, including advising on aspects of law and strategy for preparation of case, conferring with instructing solicitors, and appearing as an advocate on behalf of LBHI in relation to proceedings to which LBHI is seventh respondent (proceedings no. S286 of 2009) and applicant (proceedings no. S285 of 2009) in the High Court of Australia, and I consent to provide such services.

3. I may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of my customary practice, I

am retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. I do not perform services for any such person in connection with these chapter 11 cases. In addition, I do not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4. I have not agreed to share or will share any portion of the compensation to be received from the Debtors with any other person.

5. I do not, insofar as I have been able to ascertain, hold or represent any interest adverse to the Debtors or their estates.

6. The Debtors owe me $Nil for prepetition services.

7. I am conducting further inquiries regarding my retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Declaration.[1]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: SYDNEY, NEW SOUTH WALES
3 NOVEMBER, 2009

ANTHONY PAYNE SC

---

[1] If necessary.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re                                                       :     Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :     08-13555 (JMP)
                                                            :
                 Debtors.                                   :     (Jointly Administered)
                                                            :
                                                            :
------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

    Weil, Gotshal & Manges LLP
    767 Fifth Avenue
    New York, New York 10153
    Attn:  Jennifer Sapp
           Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address:

   Anthony Payne SC of Sixth Floor, Selborne/Wentworth Chambers, 174 Phillip Street, Sydney, New South Wales, Australia

2. Date of retention:   30 October 2009

3. Type of services provided (accounting, legal, etc.):

   Legal services as detailed in paragraph 4 below.

SYI-26070v4

4. Brief description of services to be provided:

Appear with Mr Tom Bathurst QC on behalf of Lehman Brothers Holdings Inc ("LBHI") as lead Counsel in litigation in the High Court of Australia (proceedings nos. S285 and S286 of 2009). The proceedings concern the appeal of a judgment of the Full Federal Court of Australia which set aside a deed of company arrangement in relation to Lehman Brothers Australia Limited (In Liquidation) ("LBA") on the basis that it could not release certain creditor's claims against LBHI and other Lehman entities. The services I will provide include advising on aspects of law and strategy for preparation of the case, conferring with instructing solicitors, and appearing as an advocate on behalf of LBHI in the High Court of Australia.

5. Arrangements for compensation (hourly, contingent, etc.)

Hourly

(a) Average hourly rate (if applicable):

AUD$522.50 (including goods and services tax)

(b) Estimated average monthly compensation based on prepetition retention (if you were employed prepetition):

N/A

6. Prepetition claims against the Debtors held by you:

Amount of claim:    $N/A

Date claim arose:    N/A

Source of Claim:    N/A

7. Prepetition claims against the Debtors held individually by any professional employee of you:

   Name: N/A

   Status: N/A

   Amount of Claim: $N/A

   Date claim arose: N/A

   Source of claim: N/A

8. Stock of the Debtors currently held by you:

   Kind of shares: None

   No. of shares: N/A

9. Stock of the Debtors currently held individually by any professional employee of you:

   Name: N/A

   Status: N/A

   Kind of shares: N/A

   No. of shares: N/A

10. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which you are to be employed.

    None

11. Name of individual completing this form:

    Anthony Payne SC