UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
: 
In re                                                    :     Chapter 11 Case No.
                                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                 :     08-13555 (JMP)
                                                         :
              Debtors.                                   :     (Jointly Administered)
                                                         :
                                                         :
------------------------------------------------------------x

### AFFIDAVIT AND DISCLOSURE STATEMENT OF <u>Ronald K. Martin</u>, ON BEHALF OF <u>UHY Advisors TX LLC</u>

STATE OF Texas          )
                        ) ss:
COUNTY OF Harris        )

<u>Ronald K. Martin</u>, being duly sworn, upon his oath, deposes and says:

1.    I am a Managing Director of <u>UHY Advisors TX LLC</u>, located at <u>12 Greenway Plaza, Suite 200, Houston, TX  77046</u> (the "<u>Firm</u>").

2.    Lehman Brothers Holdings Inc. ("<u>LBHI</u>") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "<u>Debtors</u>" and, collectively with their non-debtor affiliates, "<u>Lehman</u>"), have requested that the Firm provide income tax preparation and consulting services to the Debtors, and the Firm has consented to provide such services.

3.    I submit this Affidavit in accordance with the procedures set forth in the order entered November 5, 2008 authorizing the Debtors to employ professionals utilized in the ordinary course of business [Docket No. 1394] in connection with the Firm's engagement with the Debtors, pursuant to sections 105(a), 327(a), 328, 330 and 504 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.*

4.     The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases.  As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases.  The Firm does not perform services for any such person in connection with these chapter 11 cases.  In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

5.     Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

6.     Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

7.     The Debtors owe the Firm $___0___ for prepetition services.

8.    The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.[1]

By: _____

Subscribed and sworn to before me
this 9th day of November 2008

_____
Notary Public

GWEN DAVIS
Notary Public, State of Texas
My Commission Expires
February 27, 2013

---

[1] If necessary.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                 :

In re                          :      Chapter 11 Case No.
                                  :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :      08-13555 (JMP)
                                  :

              Debtors.        :      (Jointly Administered)
                                  :
                                  :
------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN
BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively,
the "Debtors")


DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

      Weil, Gotshal & Manges LLP
      767 Fifth Avenue
      New York, New York 10153
      Attn:  Jennifer Sapp
              Christopher Stauble

All questions **must** be answered.  Please use "none," "not applicable," or "N/A," as
appropriate.  If more space is needed, please complete on a separate page and attach.

    1.     Name and address of firm:

          UHY Advisors TX LLC  

          12 Greenway Plaza, Suite 200  

          Houston, TX  77046  


    2.     Date of retention:    November 9, 2009  

3.  Type of services provided (accounting, legal, etc.):

    Income tax preparation services
    _____
    _____
    _____

4.  Brief description of services to be provided:

    Preparation of Eagle Energy Partners 2008 short period return from
    _____
    January 1, 2008 – May 31, 2008
    _____
    _____
    _____

5.  Arrangements for compensation (hourly, contingent, etc.)

    Hourly
    _____

    (a)  Average hourly rate (if applicable):

         $200.00
         _____

    (b)  Estimated average monthly compensation based on prepetition
         retention (if firm was employed prepetition):

         _____

6.  Prepetition claims against the Debtors held by the firm:

    Amount of claim:    $ None
    _____

    Date claim arose:   N/A
    _____

    Source of Claim:    N/A
    _____

7.  Prepetition claims against the Debtors held individually by any member,
    associate, or professional employee of the firm:

    Name:  None known
    _____

    Status:  N/A
    _____

    Amount of Claim:  $ N/A
    _____

Date claim arose: <u>N/A</u>

Source of claim: <u>N/A</u>

8.    Stock of the Debtors currently held by the firm:

Kind of shares: <u>common</u>

No. of shares: <u>200</u>

9.    Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: <u>None known</u>

Status:

Kind of shares:

No. of shares:

10.    Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

<u>None known</u>

11.    Name of individual completing this form:

<u>Ronald K. Martin, Managing Director</u>