Harold S. Novikoff
Amy R. Wolf
Grant R. Mainland
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52 Street
New York, New York 10019
(212) 403-1000

Attorneys for JPMorgan Chase Bank, N.A.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
: 
In re: : Chapter 11
: 
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : Case No. 08-13555 (JPM)
: 
Debtors. : (Jointly Administered)
: 
-----------------------------------------------------------------x
: 
In re: : SIPA Proceeding
: 
LEHMAN BROTHERS INC., : Case No. 08-01420 (JPM)
: 
Debtor. : 
: 
-----------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF STIPULATION AND ORDER BETWEEN
BARCLAYS CAPITAL INC. AND JPMORGAN CHASE BANK, N.A.**

PLEASE TAKE NOTICE that the undersigned hereby withdraws the Stipulation and Order Between Barclays Capital Inc. and JPMorgan Chase Bank, N.A., Docket No. 5953 for Case No. 08-13555 (JPM) and Docket No. 2118 for Case No. 08-01420 (JPM), currently scheduled for presentment to the Honorable James M. Peck, United States Bankruptcy Judge, for signature on December 3, 2009, at 12:00 p.m., and requests that the matter be taken off the Court's Calendar.

Dated:  December 3, 2009
New York, New York

    Respectfully submitted,

By:       s/ Amy R. Wolf
    Harold S. Novikoff
    Amy R. Wolf
    Alexander B. Lees

WACHTELL, LIPTON, ROSEN & KATZ
51 West 52 Street
New York, New York 10019
(212) 403-1000

Attorneys for JPMorgan Chase Bank, N.A.