UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re: BNC MORTGAGE, INC.

                              Debtor
-----------------------------------------------------------x

                            Plaintiff
              v.

                            Defendant
-----------------------------------------------------------x

Case No.: 09-10137
Chapter 11

Adversary Proceeding No.: _____

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

    I, __Gregory R. Preston__, request admission, *pro hac vice*, before the Honorable __James M. Peck__, to represent __Roger Leveille__, a claimant in the above-referenced case adversary proceeding.

    *I certify that I am a member in good standing* of the bar in the State of __New York__ and, if applicable, the bar of the U.S. District Court for the __Southern__ District of __New York__.

    I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: __9/15/09__
    __New York__, New York

*Mailing Address:*
  Gregory R. Preston
  65 Broadway, Suite 508
  New York, New York 10006
  E-mail address: gpreston@pwmesqs.com
  Telephone number: (212) 809-0000


RECEIVED NOV 30 2009 U.S. BANKRUPTCY COURT SDNY