**EXHIBIT A**

Names and Addresses of Represented Creditors:

| Creditor Name | Address | Post code | Town | Country | Claim USD (at least) |
|---|---|---|---|---|---|
| A. Lokapojat Oy | Laaksotie 8 | 01390 | Vantaa | Finland | $70 755,00 |
| Ahola Matti | Tarsiantie 12 | 61300 | Kurikka | Finland | 70 755,00 |
| Alahuhta Jorma Sakari | Luohekuja | 62100 | Lapua | Finland | 70 755,00 |
| Ala-Katara Severi Matias | Lielahdentie 5 | 39820 | KIHNIÖ | Finland | 141 510,00 |
| Alakiuttu Reijo | Topinperäntie 6 | 90820 | Kello | Finland | 70 755,00 |
| Andreou Andreas | Vihiluoto 15 | 90440 | Kempele | Finland | 70 755,00 |
| Andreou Virpi Elina | Vihiluoto 15 | 90440 | Kempele | Finland | 70 755,00 |
| arkkitehtuuri oy lehtinen miettunen | Viipurintie 4 | 13200 | Hämeenlinna | Finland | 70 755,00 |
| Astala Leena Elisabet | Palokunnanpuistokatu 35 | 28130 | Pori | Finland | 70 755,00 |
| Avikainen Paavo | Luuniementie 5 B | 51900 | JUVA | Finland | 141 510,00 |
| Betterway Oy | Puropolku 1 | 33100 | Tampere | Finland | 70 755,00 |
| BÄ-RO Finland Oy | Koulutanhua 6 | 00840 | Helsinki | Finland | 212 265,00 |
| Carmelin Invest Oy Ltd | PL 241 | 90101 | Oulu | Finland | 141 510,00 |
| Dovesta Oy | Jousitarha 6 | 20380 | Turku | Finland | 70 755,00 |
| Erkinmikko Jorma Juhani | Käpäläpolku 1 D | 96910 | Rovaniemi | Finland | 70 755,00 |
| Eskola Raimo Olavi | Lapinkaari 17 A 36 | 33180 | Tampere | Finland | 141 510,00 |
| Etelä-Savon Laskenta ja Konsultointi Ky | Porrassalmenkatu 25 B | 50100 | MIKKELI | Finland | 70 755,00 |
| Haanela Pentti Juhani | Ylikyläntie 109 | 90900 | KIIMINKI | Finland | 84 906,00 |
| Hakala Ari | Vikinraitti 5 | 33880 | Lempäälä | Finland | 70 755,00 |
| Hannonen Jouko | Eskonmäentie 4 | 02540 | KYLMÄLÄ | Finland | 70 755,00 |
| Hannula Jorma | Kansakoulukatu 56 | 28200 | PORI | Finland | 70 755,00 |
| Harjajärvi Ari Sulevi | Hauhontie 1766 | 14770 | ETELÄINEN | Finland | 70 755,00 |
| Harjunpää Samuli Petteri | Tehtaankatu 12 D 56 | 00140 | HELSINKI | Finland | 70 755,00 |
| Heikkinen Arto Heino Samuel | Ahonkuja 3 as 1 | 91300 | Ylikiiminki | Finland | 70 755,00 |
| Heikkinen Mikko Ilkka | Porrassuontie 54 | 52300 | RISTIINA | Finland | 70 755,00 |
| Heiniö Tapani | Maalarinkatu 19 | 33720 | Tampere | Finland | 70 755,00 |
| Heino Petri-Pekka Antero | Uudenkaupungintie 462 | 23950 | PYHÄRANTA | Finland | 70 755,00 |
| Heiskanen Ari Mikael | Blomsterinkatu 17 | 95450 | TORNIO | Finland | 70 755,00 |
| Helander Jouni Kalervo | Niku-Matintie 18 | 85500 | NIVALA | Finland | 141 510,00 |
| Helander Jouni Kalervo | Niku-Matintie 18 | 85500 | NIVALA | Finland | 183 963,00 |
| Helenius Marko Kalervo | Peipohjantie 74 | 27800 | SÄKYLÄ | Finland | 70 755,00 |
| Helin Jaakko | Konstankuja 30 | 27510 | EURA | Finland | 70 755,00 |
| Hietala Jouko Tapani | Uittomiehentie 34 | 99600 | SODANKYLÄ | Finland | 84 906,00 |
| Hietamäki Matti | Kankaantie 570 | 62150 | RINTAKANGAS | Finland | 70 755,00 |
| Hietamäki Olli-Pekka | Yrittäjäntie 1 A 1 | 62375 | Ylihärmä | Finland | 141 510,00 |
| Hietanen Petri Jouni | Vannekatu 8 | 33250 | TAMPERE | Finland | 99 057,00 |
| Himanen Arto Juhani | Ylätjoentie 9 | 50770 | KORPIKOSKI | Finland | 99 057,00 |
| Hippi Rami Hermanni | Pronssitie 1 B 7 | 60510 | HYLLYKALLIO | Finland | 70 755,00 |
| HJ-Koneistus Oy | Tietäväläntie 435 | 16300 | Orimattila | Finland | 212 265,00 |

Names and Addresses of Represented Creditors:

| Name | Address | Postal | City | Country | Amount |
|---|---|---|---|---|---|
| Hockman Jukka | Työväentie 15 | 52700 | MÄNTYHARJU | Finland | 70 755,00 |
| Hollmen Erkki | Päiväsenkatu 16 as 1 | 26660 | RAUMA | Finland | 70 755,00 |
| Holma Jarkko | Alokastie 9 B | 02680 | Espoo | Finland | 70 755,00 |
| Horna Tomi Tapio | Vampulantie 200 | 32610 | Vampula | Finland | 283 020,00 |
| Huttela Helka Kustaava | Karjassilta 21 | 27320 | Ihode | Finland | 70 755,00 |
| Huuhtanen Anne | Linjahaanpolku 4 | 04400 | Järvenpää | Finland | 141 510,00 |
| Hytönen Juha Ilmari | Pallokuja 3 F 20 | 01280 | Vantaa | Finland | 141 510,00 |
| Häkkinen Mika | Pykälänmaantie 1 | 51670 | Nykälä | Finland | 70 755,00 |
| Hämäläinen Matti Kalevi | Nihattulantie 81 | 26560 | Kolla | Finland | 70 755,00 |
| Hämäläinen Petri Sakari | Iisakintie 7 | 37560 | LEMPÄÄLÄ | Finland | 424 530,00 |
| Hänninen Onni Aleksi | Niemenkatu 14 | 92130 | RAAHE | Finland | 70 755,00 |
| Härkälä Mikko Ilmari | Linjatie 480 A | 27730 | Tuiskula | Finland | 70 755,00 |
| Iin MP Oy | c/o Anna Turtinen, Palstatie 9 | 91100 | Ii | Finland | 70 755,00 |
| Insinööritoimisto Seinäjoen Rakennustekniikka Oy | Syvärannantie 3 | 61470 | KITINOJA | Finland | 70 755,00 |
| Insinööritoimisto Suomen Unit Oy | Sairaalakatu 2 C | 94100 | KEMI | Finland | 84 906,00 |
| IT-Lähituki Backman-Hyrkäs Oy | Puolamäentie 32 | 56800 | SIMPELE | Finland | 70 755,00 |
| Jokitalo Martti Aukusti | Mäkikatu 15 | 92100 | RAAHE | Finland | 707 550,00 |
| JPF Peat Oy | Ahtinkuja 3 | 62420 | Kortesjärvi | Finland | 70 755,00 |
| JPF Peat Oy | Ahtinkuja 3 | 62420 | Kortesjärvi | Finland | 70 755,00 |
| Jussi-Tuote Oy | Alatie 56 | 28200 | Pori | Finland | 141 510,00 |
| Kahilainen Jouni Heikki Väinämö | Vaaralantie 17 | 86360 | Ilveskorpi | Finland | 70 755,00 |
| Kaitonen Mika | Uimalantie 7 | 21800 | KYRÖ | Finland | 106 132,50 |
| Kaivinkoneurakointi Tiainen Mikko Ky | Peltolanmäki 65 | 03400 | VIHTI | Finland | 70 755,00 |
| Kangas Sami Kalevi | Taipaleenvuorenranta 46 | 41450 | LEPPÄLAHTI | Finland | 70 755,00 |
| Kankkunen Pirjo Elina Marjatta | Säynävätie 7 A | 02170 | ESPOO | Finland | 70 755,00 |
| Karhumäki Pekka | Sakintie 2 | 28130 | PORI | Finland | 70 755,00 |
| Kari Herlevi Oy | Vanha Veistämöntie 81 | 67300 | Kokkola | Finland | 70 755,00 |
| Karijoen Metalli Oy | Sahakankaantie 5 | 64350 | KARIJOKI | Finland | 254 718,00 |
| Kauppinen Olli Vilhelm | Pohjalahdentie 560 | 51600 | Haukivuori | Finland | 70 755,00 |
| Kerala Group Oy | Bulevardi 15 B 28 | 00120 | Helsinki | Finland | 70 755,00 |
| Klasila Timo | Yli-lintie 263 D | 91110 | Ii As | Finland | 70 755,00 |
| Klemettilä Mikko | Piispanpolku 5 | 62100 | Lapua | Finland | 70 755,00 |
| Koivisto Osmo | Hiirihaukankatu 11 | 65320 | Vaasa | Finland | 141 510,00 |
| Koivisto Raimo Pekka | Hevonojantie 174 | 03400 | Vihti | Finland | 70 755,00 |
| Kokkonen Juha Veikko Mikael | Talaskatu 7 E 19 | 50190 | MIKKELI | Finland | 73 585,20 |
| Kontio Arto | Kermintie 10 | 05100 | RÖYKKÄ | Finland | 70 755,00 |
| Koponen Janne | Säiekuja 1 E 21 | 78500 | VARKAUS | Finland | 70 755,00 |
| Koskela Marko | Karhuojantie 248 as 1 | 90460 | OULUNSALO | Finland | 106 132,50 |
| Koskela Marko | Karhuojantie 248 as 1 | 90460 | OULUNSALO | Finland | 106 132,50 |

Names and Addresses of Represented Creditors:

| Name | Address | Postal Code | City | Country | Amount |
|---|---|---|---|---|---|
| Koskela Mauri | Näsimäenpolku 10 | 67700 | Kokkola | Finland | 141 510,00 |
| Koskelo Juha | Vorokkikuja 4 | 90650 | Oulu | Finland | 106 132,50 |
| Kuivalainen Kirsti Marja | Sairilantie 18 | 50180 | MIKKELI | Finland | 70 755,00 |
| Kukkonen Jouko Henrikki | Revontie 4 | 92350 | REVONLAHTI | Finland | 70 755,00 |
| Kuljetus Tuuri Oy | Kullasvaarantie 2 | 45200 | KOUVOLA | Finland | 70 755,00 |
| Kuljetusliike Yrjö Erämies Oy | Rajatie 23 | 19600 | Hartola | Finland | 141 510,00 |
| Kunnasranta Tarmo Tapani | Karpaattientie 20 | 01390 | VANTAA | Finland | 70 755,00 |
| Kunnasranta Tarmo Tapani | Karpaattientie 20 | 01390 | VANTAA | Finland | 70 755,00 |
| Kuotesaho Eino Veli | Eteläkallio 5 | 92120 | RAAHE | Finland | 70 755,00 |
| Kuusela Markku | Lavolantie 24 | 53850 | Lappeenranta | Finland | 566 040,00 |
| Kuusisto Pentti Isto | Nuolialantie 25 A 1 | 33900 | TAMPERE | Finland | 70 755,00 |
| Kuusisto Pentti Isto | Nuolialantie 25 A 1 | 33900 | TAMPERE | Finland | 70 755,00 |
| Kähkönen Mika Juhani | Vadelmapolku 4 J | 26660 | Rauma | Finland | 70 755,00 |
| Käpylä Jouko | Kiuruntie 8 | 35700 | Vilppula | Finland | 70 755,00 |
| Käyhkö Antero | Pomminniementie 193 A | 58390 | Rönkönvaara | Finland | 70 755,00 |
| Laitinen Kaija Marjatta | Valtasaarentie 3 AS 1 | 52300 | Ristiina | Finland | 141 510,00 |
| Laitinen Pasi | Valtasaarentie 3 as 2 | 52300 | RISTIINA | Finland | 70 755,00 |
| Lammi Kimmo Tapani | Hakalankatu 53 | 94100 | KEMI | Finland | 141 510,00 |
| Lamppu Pertti Juhani | Kauristie 9 c | 26100 | RAUMA | Finland | 70 755,00 |
| Lapin Rakennetekniikka Oy | Nahkimontie 9 | 96910 | ROVANIEMI | Finland | 70 755,00 |
| Lappalainen Jyri Antero | Rantaniitynkatu 50 | 53850 | LAPPEENRANTA | Finland | 70 755,00 |
| Laukkanen Markku Johannes | Koivukalliontie 26 | 45360 | VALKEALA | Finland | 84 906,00 |
| Lehtimäki Mika Touko Armas | Palokärjentie 16 | 28200 | Pori | Finland | 70 755,00 |
| Lehtonen Nina | Pitkäkatu 32-34 a 33 | 65150 | Vaasa | Finland | 70 755,00 |
| Lehtosaari Jori | Vähähämeenkatu 2 B 52 | 20500 | Turku | Finland | 70 755,00 |
| Leppäkari Jorma Hannu Päiviö | Piikivenpolku 4 | 67100 | KOKKOLA | Finland | 70 755,00 |
| Lihakax Oy | Juhantie 4 | 05830 | HYVINKÄÄ | Finland | 70 755,00 |
| Linden Jussi Petri | Tammistontie 4a A 1 | 01520 | VANTAA | Finland | 141 510,00 |
| Lindwall Kim Kaarlo | Kipparintie 24 | 21100 | Naantali | Finland | 141 510,00 |
| Lindwall Leo Holger | Poronkatu 14 A 4 | 20750 | Turku | Finland | 283 020,00 |
| Lohi Markus Samuli | Kaarnikkapolku 9 | 96400 | ROVANIEMI | Finland | 70 755,00 |
| Lounais-Suomen polttoaine- ja kahvilapiste Oy | c/o Markku Eko, Tuohikuja 10 | 21120 | Raisio | Finland | 70 755,00 |
| LP-Palvelu Oy | VARSIKUJA 5 | 50500 | Mikkeli | Finland | 70 755,00 |
| LVI-Konsultointi J.Vaarala Oy | Pohjolankatu 4 | 96100 | Rovaniemi | Finland | 141 510,00 |
| Maalaus- ja Saneeraus Konttinen Oy | Yrittäjäntie 18 | 70150 | Kuopio | Finland | 141 510,00 |
| Maanrakennus Lähdemäki Oy | Saarikontie 128 | 32100 | YPÄJÄ | Finland | 141 510,00 |
| Manninen Harri Pekka Juhani | Koivutie 5 | 19410 | KUORTTI | Finland | 70 755,00 |
| Martola Jari | Kauppilantie 52 | 64760 | Peltola | Finland | 70 755,00 |
| Mattsson Aarre | Solkikatu 8 F 123 | 33710 | Tampere | Finland | 141 510,00 |

08-13555-mg    Doc 6046-1    Filed 12/04/09    Entered 12/04/09 15:38:28    Exhibit A
Pg 5 of 7

Names and Addresses of Represented Creditors:

| Name | Address | Postal | City | Country | Amount |
|---|---|---|---|---|---|
| Miettinen Hannu Aarne Tapani | Peräkatu 26 | 28200 | PORI | Finland | 70 755,00 |
| Mutanen Janne Sakari | Särkijärventie 26 | 83400 | Viinijärvi | Finland | 212 265,00 |
| Mäkelä Seppo | Ojatie 6 A 16 | 14200 | Turenki | Finland | 70 755,00 |
| Mäki-Tanila Eero Vilhelm | Karhunkatu 47 | 33520 | Tampere | Finland | 141 510,00 |
| Mässi Sauli | Tuittulantie 185 as 1 | 14700 | Hauho | Finland | 70 755,00 |
| Niemelä Vesa Pertti | Laurilankatu 11 | 45720 | Kuusankoski | Finland | 141 510,00 |
| Niskanen Pekka Ilmari | Montiontie 152 A | 79600 | JOROINEN | Finland | 70 755,00 |
| Nisula Simo Mikael | Papinsaarentie 19 | 36200 | KANGASALA | Finland | 70 755,00 |
| Nummi Vesa | Nummintie 46 | 79600 | Joroinen | Finland | 141 510,00 |
| Nurmikumpu Keijo Uolevi | Kiekerokatu 25 | 98100 | Kemijärvi | Finland | 70 755,00 |
| Nurminen Arto | Metsontie 20 | 45410 | Utti | Finland | 70 755,00 |
| Nygård Juha | Kyöstintie 11 | 84100 | Ylivieska | Finland | 70 755,00 |
| Oulun Remontti Idea Oy | Paljetie 4 | 90150 | OULU | Finland | 70 755,00 |
| Oy Fondis Ab | Hovioikeudenpuistikko 15 | 65100 | Vaasa | Finland | 70 755,00 |
| Oy Freele Ltd | PL 55 | 65101 | Vaasa | Finland | 70 755,00 |
| Palmu Pekka | Kaukolanraitti 72 | 48410 | Kotka | Finland | 70 755,00 |
| Partonen Teijo Artturi | Madepolku 8 | 52700 | Mäntyharju | Finland | 70 755,00 |
| Pellinen Tatjana | Flat 75, Block I, Georgiou A 54, Galatex Beach Center | 4047 | Germasogeia, Limassol | Cypros | 70 755,00 |
| Pentinpuro Mirja Inkeri | Oulaistentie 831 | 86550 | MIELUSKYLÄ | Finland | 70 755,00 |
| Perhekoti Kanervanranta Ky | Otavantie 192 | 52550 | Hirvensalmi | Finland | 141 510,00 |
| Pietilä Jukka Kalevi | Katinhännäntie 1 | 27800 | Säkylä | Finland | 70 755,00 |
| Pihlajaviita Timo | Pihlajamaantie 71 | 62190 | Ruha | Finland | 70 755,00 |
| Pirttinen Seppo Juhani | Pirttisentie 245 | 62435 | Pirttinen | Finland | 141 510,00 |
| Pribori Oy | Mustionkatu 6, c/o Wallac | 20750 | TURKU | Finland | 141 510,00 |
| Prittinen Ari Johannes | Ylermintie 10 B | 00760 | HELSINKI | Finland | 141 510,00 |
| Pro-Pinnoitus Oy | Arppentie 26 | 82500 | Kitee | Finland | 141 510,00 |
| Pulkkinen Saila | Kattila-Aijontie 477 | 58500 | Punkaharju | Finland | 70 755,00 |
| Pulliainen Tuomo Tapani | Otramäentie 300 | 77430 | Siikamäki | Finland | 70 755,00 |
| Purhonen Aki Kalle Ensio | Pihlasmäentie 7 A | 52300 | Ristiina | Finland | 70 755,00 |
| Qdept Oy | Lemminkäisenkatu 19 A 10 | 20520 | Turku | Finland | 70 755,00 |
| Rakennusliike Evälahti Oy | Tainiokoskentie 22 | 55100 | Imatra | Finland | 70 755,00 |
| Rakennusliike Veljet Koivisto Oy | Yrittäjäntie 1 | 27510 | Eura | Finland | 141 510,00 |
| Rantala Leo Timo Antero | Närveläntie 6 | 24130 | Salo | Finland | 70 755,00 |
| RC-Poraus Oy | Alasintie 4 | 91500 | Muhos | Finland | 70 755,00 |
| Revonlahden Kumeco Oy | Kumpsintie 2 | 92350 | REVONLAHTI | Finland | 141 510,00 |
| Riipinen Jyrki Matti Kalevi | Mäkitalonkatu 24 | 32200 | Loimaa | Finland | 70 755,00 |
| Rinne Juha | Korventie 7 | 23800 | Laitila | Finland | 70 755,00 |
| Rouhiainen Pirkko Anneli | Palviaistentie 69 | 78880 | KUVANSI | Finland | 70 755,00 |
| Rovio Jyrki | Kaivolankatu 13 | 21100 | NAANTALI | Finland | 70 755,00 |

Page 4 of 6

Names and Addresses of Represented Creditors:

| Name | Address | Postal Code | City | Country | Amount |
|---|---|---|---|---|---|
| Röppänen Tuomas | Sairashuoneenkatu 17 A 16 | 20100 | Turku | Finland | 70 755,00 |
| Saarni Jukka | Karhuojantie 208 as 2 | 90460 | Oulunsalo | Finland | 70 755,00 |
| Schroderus Aimo | Hannankatu 2 C 21 | 03100 | Nummela | Finland | 70 755,00 |
| Seppälä Hannu Tapani | Pyhäjärvenkuja 45 | 14840 | Tuulos | Finland | 212 265,00 |
| Seppälä Olli Tauno Tapani | Mäntylänkuja 1 | 53650 | Lappeenranta | Finland | 70 755,00 |
| Siltala Marja-Terttu | Taiteilijantie 3 A 1 | 63610 | TUURI | Finland | 70 755,00 |
| Sintonen Seppo | Renvallinkuja 4 B | 00840 | Helsinki | Finland | 141 510,00 |
| Sirviö Mauno Aatu Juhani | Askaistentie 28 as 15 | 20810 | TURKU | Finland | 70 755,00 |
| Sirviö Pirjo Helena | Askaistentie 28 as 15 | 20810 | TURKU | Finland | 70 755,00 |
| SSP-Stainles Steel Production Oy | Plaamintie 6 | 27800 | Säkylä | Finland | 70 755,00 |
| Suokas Jouni | Tarhatie 32 | 31300 | TAMMELA | Finland | 283 020,00 |
| Suomalainen Pasi | Päiväriinteentie 3 | 58350 | Villala | Finland | 141 510,00 |
| Svenlin Torvald | Håven 3 | 68555 | Bosund | Finland | 70 755,00 |
| Sähköbit Oy | Voimatie 6 | 90440 | Kempele | Finland | 141 510,00 |
| Sähköbit Oy | Voimatie 6 | 90440 | Kempele | Finland | 106 132,50 |
| Tero Fennander Ky | Kaurakuja 1 D 16 | 50500 | Mikkeli | Finland | 70 755,00 |
| Tie-Tiimi Oy | Puskuritie 4 | 27230 | LAPPI | Finland | 70 755,00 |
| Tiiro Risto | Tiirontie 17 | 91100 | Ii | Finland | 70 755,00 |
| Tilimeklarit Oy | Keskuskaari 5 | 21250 | Masku | Finland | 70 755,00 |
| Toivonen Rauno Olavi | Rajakalliontie 20 | 39820 | KIHNIÖ | Finland | 70 755,00 |
| Toivonen Tarja | Ollinmäentie 1 C 5 | 33480 | Ylöjärvi | Finland | 70 755,00 |
| Tolonen Eero Juha Tapani | Luviantie 186 | 27170 | Eurajoki | Finland | 70 755,00 |
| Tujunen Mikael | Hakatie 1 | 27710 | Köyliö | Finland | 141 510,00 |
| Tulitähti Oy | Antinkankaantie 30 | 92130 | RAAHE | Finland | 70 755,00 |
| Tuokko Olavi | Housunkyläntie 451 A | 63600 | TÖYSÄ | Finland | 70 755,00 |
| Tuomola Matti | Pispansaarenkatu 72 | 30420 | Forssa | Finland | 99 057,00 |
| Turtio Juha Mikael | Väliranta 6 | 90470 | Oulunsalo | Finland | 141 510,00 |
| Ulvilan Rakennuspalvelu Jalonen Oy | Piianpolku 10 | 28450 | VANHA-ULVILA | Finland | 141 510,00 |
| Uudenmaan Geotiimi Oy | Bastnäsintie 15 | 04170 | Paippinen | Finland | 141 510,00 |
| Vaara Matti Arvi | Vuolukantie 8 | 95300 | Tervola | Finland | 141 510,00 |
| Vaasan Suojaverho Oy | Silmukkatie 13 | 65100 | VAASA | Finland | 70 755,00 |
| Vainio Jarno Tapani | Kärväseläntie 379 | 32610 | Vampula | Finland | 283 020,00 |
| Vainio Veli-Matti | Naskinkuja 24 | 27400 | Kiukainen | Finland | 70 755,00 |
| Valkola Risto | Lappokuja 3 | 90810 | Kiviniemi | Finland | 70 755,00 |
| Valtonen Kari Tapani | Valimontie 1 | 27510 | EURA | Finland | 70 755,00 |
| Varastotie Oy | Kullasvaarantie 2 | 45120 | Kouvola | Finland | 70 755,00 |
| Wester Bo-Ingmar | Stålarminkatu 19 as 2 | 20810 | Turku | Finland | 70 755,00 |
| Vihervaara Timo | Suopellontie 13 a | 45200 | Kouvola | Finland | 70 755,00 |
| Viitanen Jukka | Isohaarantie 7 a | 94450 | KEMINMAA | Finland | 70 755,00 |
| Viljakainen Matti Erkki Olavi | Rastaantie 2 | 27800 | Säkylä | Finland | 70 755,00 |

Names and Addresses of Represented Creditors:

| | | | | |
|---|---|---|---|---|
| Vuolteenaho Tarmo Juho Adiel | Hakotie 2 | 85500 | NIVALA | Finland | 141 510,00 |
| Vuorivirta Marko Olavi | Haavikatu 8 B 17 | 50100 | MIKKELI | Finland | 141 510,00 |
| Väre Jari Juhani | Metsolantie 46 | 03400 | Vihti | Finland | 70 755,00 |
| Wörlin Jouko | Nevatie 2 B | 67100 | Kokkola | Finland | 70 755,00 |
| Ylä-Tulijoki Juhani | Riskuntie 15 | 61120 | LOUKO | Finland | 70 755,00 |
| Zanella Fabrizio Fausto | Ruusulankatu 17 A 9 | 00250 | Helsinki | Finland | 70 755,00 |
| | | | Totals: | (At least) | $20 642 063,70 |

Page 6 of 6