**EXHIBIT B**

6

{B1002256; 1}

## **POWER OF ATTORNEY**

The undersigned, ( _____ - \_\_\_\_ ), hereby appoints Finlandia Group Plc (business identity code: 1629475-2) as our true and lawful attorney for the purposes of representing ourselves in our name and/or on our behalf in connection with or in relation to:

(i) the insolvency proceedings of:

a) Lehman Brothers Holdings Inc. (the process initiated by the petition filed on September 15, 2008 in the United States Bankruptcy Court for the Southern District of New York seeking relief under chapter 11 of the United States Bankruptcy Code);

b) Lehman Brothers Treasury Co. B.V. (the process initiated by the provisional suspension of payment (*voorlopige surseance van betaling*) granted by the Amsterdam District Court on September 19, 2008); and/or

c) such other group company of Lehman Brothers Holdings Inc. as Finlandia Group Plc deems appropriate for the purposes of supervising our interests;

(hereinafter referred to as the "**Insolvency Proceedings**") in each case, in our capacity of creditors under certain structured notes issued by Lehman Brothers Treasury Co. B.V and guaranteed by Lehman Brothers Holdings Inc. (notes with identification number(s) );

(ii) agreements, instruments and other documents in relation to the Insolvency Proceedings, including signing and filing proofs of claim (hereinafter referred to as "Proofs of Claim") in any such Insolvency Proceedings on our behalf; instruments and documents to be delivered by us under and in relation to the Insolvency Proceedings; sending documents and notices and providing the required information and taking any other actions under and in relation to the Insolvency Proceedings, including prosecuting or defending contested matters, adversary proceedings and other litigation arising from or in relation to any Proofs of Claim; and

(iii) authorizing/appointing a third party attorney and/or attorney-at-law office in relation to the above and representing ourselves in our name and/or on our behalf towards such third party attorney and/or attorney-at-law office and agreeing of the fees and other costs in relation to such authorization/appointment in our name and/or on our behalf.

We hereby approve all that the said representative shall do or cause to be done by virtue of this Power of Attorney.

This Power of Attorney shall be governed by Finnish law.

Dated: _____

NOTE HOLDER:_____

Print name of person signing

HELSINKI161009