**Zürich**
Dr. Christian Steinmann
Dr. Nedim Peter Vogt
Dr. Felix R. Ehrat
Prof. Dr. Rolf Watter
Daniel Hochstrasser
Peter Reinarz*
Dr. Andreas Länzlinger
Urs Brügger
Dr. Ralph Malacrida
Eric Stupp
Michele Bernasconi
Dr. Daniel U. Lehmann*°°
Dr. Markus Wang
Tina Wüstemann
Dr. Andreas J. Bär
Matthew T. Reiter

Roland Truffer
Dr. Corrado Rampini
Dr. Dieter Dubs°°
Dr. Thomas U. Reutter
Dr. Mani Reinert
Dr. Christoph Neeracher
Dr. Peter Hsu
Flavia I. Bieri Bürge
Thomas Rohde
Sten E. D. Rasmussen
Salvatore Iacangelo
Dr. Michael G. Noth
Urs Kägl
Ariane Riedi Wirth
Dr. Katja Roth Pellanda
Prof. Dr. Rashid Bahar
Andrea B. Bolliger*

Dr. Mariel Hoch Classen
Astrid Gilli
Lukas Roesler
Michael Barrot
Andrea Boog
Nadja Jaisli
Dr. Till Spillmann
Tamer Dürr
Phyllis Scholl
Bernhard H. Heusser
Dr. Daniel Leu
Dr. Charlotte Wieser
Dr. Manuel Arroyo
Katalyn Billy
Barbara Messmer del Tufo
Tina Balzli
Dr. Christoph O. Schmid*

Claudia Keller-Peter
Roman Huber
Laura Widmer
Delphine Pannatier Kessler
Céline P. Schmidt
Florian Schönknecht
Simon Meyer
Olivia Pelli
Dr. Martin Liebi
Yvonne Studer
Raphael Cica
Dr. Larissa Marolda Martinez
Karim Maizar

**Genf**
Christophe Buchwalder
Dr. Cédric Chapuis

Saverio Lembo
Anne Valérie Julen Berthod
Ludivine Boisard
Dr. Andrew M. Garbarski
Marie-Christine Balzan
Carl Schinasi

**Lugano**
Dr. Felix R. Ehrat
Paolo Bottini*
Dr. Cesare Jermini
Massimo Vanotti
Andrea Gamba
Nicola Bernardoni
Andrea Visani
Edoardo Buzzi

**Zug**
Michael Trippel
Thomas Stoltz°
Dr. Daniela Florillo
Patrik Odermatt°

**Konsulenten**
Dr. Thomas Bär
Dr. Robert Karrer
Dr. Hans-Ulrich Freimüller
Dr. Peter J. Klenast
Dr. Marc Blessing
Dr. Robert E. Züllig
Prof. Dr. Marc Amstutz
Stephanie Comtesse

\* Eidg. Dipl. Steuerexperte
° Notar / Notarin
°° nicht als Rechtsanwalt / Rechtsanwältin zugelassen

**Per DHL courier**
Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York 10017
USA

**COPY**

**BÄR & KARRER**

Zurich, 3 September 2009
//wed/X19573461.doc

**Withdrawal of filing of claim # 1853 against Lehman Brothers Holdings Inc. (our claim no. 38)**

Dear Madam/Sir

We refer to the filing of the claim of Sarasin Investmentfonds AG (Basle/Switzerland) against Lehman Brothers Holdings Inc. under the Guarantee, ISIN no. XS0371764514 (i.e. claim no. 8 in our letter of 20 January 2009/registered by Lehman Brothers Epiq systems, Inc. as claim #1853 (thereafter referred to as **"Claim #1853"**) (see http://chap11.epiqsystems.com/LBH/claim/search.aspx; see copy of Acknowledgement of Receipt of Proof of Claim dated 30 June 2009 in enclosure 1). The Claim #1853 was filed with other claims in our letter re notifications of claims against Lehman Brothers Holdings Inc. dated 20 January 2009 (see enclosure 2).

We would like to inform you that Sarasin Investmentfonds AG sold and transferred the Claim #1853 to a third party on 25 August 2009 (Trade Date: 25 August 2009; Value Date: 28 August 2009). Therefore, by the present letter, we on behalf of Sarasin Investmentfonds AG withdraw the filing related to this particular Claim #1853, as it is no longer the owner of this claim under the note (see power of attorney in enclosure 3).

Bär & Karrer
Rechtsanwälte

**Zürich**
Bär & Karrer AG
Brandschenkestrasse 90
CH-8027 Zürich
Tel. +41 (0)58 261 50 00
Fax +41 (0)58 261 50 01
zuerich@baerkarrer.ch

**Genf**
Bär & Karrer SA
12, quai de la Poste
CH-1211 Genève 11
Tel. +41 (0)58 261 57 00
Fax +41 (0)58 261 57 01
geneve@baerkarrer.ch

**Lugano**
Bär & Karrer SA
Via Vegezzi 6
CH-6901 Lugano
Tel. +41 (0)58 261 58 00
Fax +41 (0)58 261 58 01
lugano@baerkarrer.ch

**Zug**
Bär & Karrer AG
Baarerstrasse 8
CH-6301 Zug
Tel. +41 (0)58 261 59 00
Fax +41 (0)58 261 59 01
zug@baerkarrer.ch

www.baerkarrer.ch

Eingetragen im kantonalen Anwaltsregister

Bär & Karrer   3 September 2009                                                                 2

**Please note that all other filings of Sarasin Investmentfonds AG shall remain filed.**

Please contact us should you have any queries.

Thank you for your assistance.

Yours sincerely,

Peter Hsu

Katalyn Billy

| Beilage Exhibit | No 1 |

Claim 38

**EINGEGANGEN**

**0 8. Juli 2009**

Erl............

P 646 282 2500   F 646 282 2501
757 THIRD AVENUE, NEW YORK, NY 10017
WWW.EPIQSYSTEMS.COM



\*\*\*\* LBH CLMLTR (MERGE2,TXNUM2) 4000001791 \*\*\*\*
SARASIN INVESTMENTFONDS AG, BASEL,
SWITZERLAND
BAR & KARRER AG, ATTN. PETER HSU
BRANDSCHENKESTRASSE 90
ZURICH, CH-8027 SWITZERLAND

June 30, 2009

## ACKNOWLEDGEMENT OF RECEIPT OF PROOF OF CLAIM

This letter serves as acknowledgement that the claim identified below has been recorded by Epiq Bankruptcy Solutions, LLC, the court-approved claims agent, on the claims register in the LEHMAN BROTHERS HOLDINGS INC. case. To ensure that your claim has been recorded correctly, please review the following information:

| | |
|---|---|
| Debtor: | LEHMAN BROTHERS HOLDINGS, INC. |
| Case Number: | 08-13555 |
| Creditor: | SARASIN INVESTMENTFONDS AG, BASEL, |
| Date Received: | 01/21/2009 |
| Claim Number: | 1853 |

*Please note that nothing in this Acknowledgement should be construed to mean or imply that your claim is being allowed. The Debtor may elect to object to the identified claim on various grounds.*

We also strongly encourage you to review your proof of claim on our website at http://chapter11.epiqsystems.com/LBH. To find your imaged claim, click on the "Filed Claims & Schedules" icon at the top of the page, type in your claim number in the "Claim #" field, and click "Search". Additionally, you may search for your claim by typing in your name in the appropriate search field.

If you have any questions, please contact us at 646-282-2500 or via our contact form on our website at http://www.epiqbankruptcysolutions.com/contact.htm. Please be sure to specify the client name about which you are inquiring.

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Claim # 57697 (Internal claim ref. no. 258) | Claim # 57698 (Internal claim ref. no. 257) | Claim # 57699 (Internal claim ref. no. 256) | Claim # 57700 (Internal claim ref. no. 255) | Claim # 57701 (Internal claim ref. no. 254) | Claim # 57702 (Internal claim ref. no. 253) |
|---|---|---|---|---|---|
| Claim # 57703 (Internal claim ref. no. 252) | Claim # 57704 (Internal claim ref. no. 251) | Claim # 57705 (Internal claim ref. no. 250) | Claim # 57706 (Internal claim ref. no. 249) | Claim # 57707 (Internal claim ref. no. 248) | |

## 8  Claims that have been sold

Please note that as previously indicated to you in our letter dated 3 September 2009 (we attached a copy of this letter for your convenience, see enclosure 3), the **claim # 1853** (Internal Claim ref. no. 38) has been sold and transferred to a third party so that Sarasin Investmentfonds AG is no longer the owner of this claim under the note. We therefore kindly ask you to amend your records accordingly and to remove this particular filing as a filing of Sarasin Investmentfonds AG from the Filed Claims & Schedules List.

Moreover, we inform you that the following claims have in the meantime also been sold and transferred to a third party:

- Sarasin Investmentfonds - Sarasin Bondsar Absolute Return (CHF) has sold and transferred the **claim # 1847** (Internal Claim ref. no. 29) to a third party.

- Sarasin Investmentfonds – Sarasin Bondsar Absolute Return (EUR) has sold and transferred the **claim # 1848** (Internal Claim ref. no. 30) to a third party.

Therefore, on behalf of Sarasin Investmentfonds - Sarasin Bondsar Absolute Return (CHF) and Sarasin Investmentfonds - Sarasin Bondsar Absolute Return (EUR), we withdraw the filing of these particular claims # 1847 and # 1848, as Sarasin Investmentfonds - Sarasin Bondsar Absolute Return (CHF) and Sarasin Investmentfonds - Sarasin Bondsar Absolute Return (EUR) are no longer the owner of the claims. We kindly ask you to amend your records accordingly and to remove these two filings as filing of Sarasin Investmentfonds - Sarasin Bondsar Absolute Return (CHF), respectively of Sarasin Investmentfonds - Sarasin Bondsar Absolute Return (EUR) from the Filed Claims & Schedules List.

Please note that all other filings of the funds of Sarasin shall remain filed.