# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: Lehman Brothers Holding, Inc. | § § § § | CHAPTER 11 |
| DEBTOR(S) | § | CASE NO.: 08-13555-11 |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Now comes Tarrant County, a secured creditor herein, and notifies the Court and all other parties that it is withdrawing its secured claim in this case Tarrant County filed its secured claim on or about November 7, 2008, in the amount of $7,011.04, which claim is designated as claim number 546 on the claims register. That claim is no longer owed by the Debtor(s). Therefore, Tarrant County hereby withdraws its claim.

## CERTIFICATE OF SERVICE

I hereby certify that on 23rd day of November, 2009, a true and correct copy of the above and foregoing document was filed with the Court and served via the Court's electronic noticing system upon all parties thereto.

Respectfully submitted,
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201-2691
(214) 880-0089 - *Telephone*
(469) 221-5002 - *Fax*
Email: Dallas.Bankruptcy@Publicans.com

By: E. Weller
Elizabeth Weller, Attorney
Texas Bar No. 00785514
Laurie Spindler Huffman, Attorney
Texas Bar No. 24028720
Sherrel K. Knighton, Attorney
Texas Bar No. 00796900

RECEIVED
NOV 3 0 2009
LEGAL SERVICES

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: Lehman Brothers Holding, Inc. | § § § § | CHAPTER 11 |
| DEBTOR(S) | § § | CASE NO.: 08-13555-11 |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Now comes Tarrant County, a secured creditor herein, and notifies the Court and all other parties that it is withdrawing its secured claim in this case Tarrant County filed its secured claim on or about October 6, 2008, in the amount of $7,011.04, which claim is designated as claim number 94 on the claims register. That claim is no longer owed by the Debtor(s). Therefore, Tarrant County hereby withdraws its claim.

## CERTIFICATE OF SERVICE

I hereby certify that on 3rd day of November, 2009, a true and correct copy of the above and foregoing document was filed with the Court and served via the Court's electronic noticing system upon all parties thereto.

Respectfully submitted,
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201-2691
(214) 880-0089 - *Telephone*
(469) 221-5002 - *Fax*
Email: Dallas.Bankruptcy@Publicans.com

By: /s/ E. Weller

Elizabeth Weller, Attorney
Texas Bar No. 00785514
Laurie Spindler Huffman, Attorney
Texas Bar No. 24028720
Sherrel K. Knighton, Attorney
Texas Bar No. 00796900

**RECEIVED**
NOV 3 0 2009
**LEGAL SERVICES**

Notice of Withdrawal of Proof of Claim
Page 1

Linebarger Goggan Blair
& Sampson, LLP
2323 Bryan St., Suite 1600
Dallas, TX  75201-2644


COPY

Linebarger Goggan Blair
& Sampson, LLP
2323 Bryan St., Suite 1600
Dallas, TX  75201-2644



Linebarger Goggan Blair
& Sampson, LLP
2323 Bryan St., Suite 1600
Dallas, TX 75201-2644

Lehman Brothers Inc.
Claims-Processing Center
c/o Epiq Bankruptcy Solutions, LLC
P.O. Box 6389
Portland, OR 97228-6389