## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: Lehman Brothers Holding, Inc. | § § § § § | CHAPTER 11 |
| DEBTOR(S) | § | CASE NO.: 08-13555-11 |

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Now comes City of Farmers Branch, a secured creditor herein, and notifies the Court and all other parties that it is withdrawing its secured claim in this case City of Farmers Branch filed its secured claim on or about October 10, 2008, in the amount of $1,358.57, which claim is designated as claim number 553 on the claims register. That claim is no longer owed by the Debtor(s). Therefore City of Farmers Branch hereby withdraws its claim.

### CERTIFICATE OF SERVICE

I hereby certify that on 23rd day of November, 2009, a true and correct copy of the above and foregoing document was filed with the Court and served via the Court's electronic noticing system upon all parties thereto.

Respectfully submitted,
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201-2691
(214) 880-0089 - *Telephone*
(469) 221-5002 - *Fax*
Email: Dallas.Bankruptcy@Publicans.com

By: E. Weller

Elizabeth Weller, Attorney
Texas Bar No. 00785514
Laurie Spindler Huffman, Attorney
Texas Bar No. 24028720
Sherrel K. Knighton, Attorney
Texas Bar No. 00796900

**RECEIVED**

NOV 3 0 2009

**LEGAL SERVICES**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

IN RE: Lehman Brothers Holding, Inc.          §                    CHAPTER 11
                                              §
                                              §
                                              §
DEBTOR(S)                                     §          CASE NO.: 08-13555-11

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Now comes City of Farmers Branch, a secured creditor herein, and notifies the Court and all other parties that it is withdrawing its secured claim in this case City of Farmers Branch filed its secured claim on or about October 10, 2008, in the amount of $1,358.57, which claim is designated as claim number 146 on the claims register. That claim is no longer owed by the Debtor(s). Therefore, City of Farmers Branch hereby withdraws its claim.

## CERTIFICATE OF SERVICE

I hereby certify that on 23rd day of November, 20 09, a true and correct copy of the above and foregoing document was filed with the Court and served via the Court's electronic noticing system upon all parties thereto.

Respectfully submitted,
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201-2691
(214) 880-0089 - *Telephone*
(469) 221-5002 - *Fax*
Email: Dallas.Bankruptcy@Publicans.com

By: *9 Weller*

Elizabeth Weller, Attorney
Texas Bar No. 00785514
Laurie Spindler Huffman, Attorney
Texas Bar No. 24028720
Sherrel K. Knighton, Attorney
Texas Bar No. 00796900

**RECEIVED**

NOV 3 0 2009

**LEGAL SERVICES**