

**Virtual Expo SA**
7 av. André Roussin
13016 Marseille
*France*

*info@virtual-expo.com*

*Tel*  +33 4 91 03 80 90
*Fax*  +33 4 91 03 80 38

United States Bankruptcy Court
Southern District of New York
Lehman Brothers Holding Claims Processing Center
C/O Epiq Bankruptcy Solutions LLC
FDR Station
PO Box 5076
New York
NY 10150-5076
Etats Unis

November 23d 2009

Dear Sir/Madam,

Please withdraw the claim filed on October 16th by the creditor VirtualExpo for the amount $765 730 .00.

Please find withdrawal of claim form attached and a copy of the original claim submitted.

Thanks and best regards

Vincent Gerard
Chief/Operating Officer

    

United States Bankruptcy Court for the  Southern District of New York

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | LBIE (Lehman Brothers International Europe) |
|---|---|
| Creditor Name and Address: | VirtualExpo<br>7, avenue André Roussin<br>13016 Marseille<br>France ⊞ |
| Court Claim Number (if known): | |
| Date Claim Filed: | October 16th 2009 |
| Total Amount of Claim Filed: | $ 765 730.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.  I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: Novembre 23rd 2009

Print Name: VINCENT GERARD

Title (if applicable): COO

------------------------------------------------------------------------------------------------------------------------

## DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).**

**This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.**

**PLEASE WITHDRAW THIS CLAIM**

| | |
|---|---|
| *United States Bankruptcy Court/Southern District of New York*<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **PROOF OF CLAIM** |

| In Re:<br>Lehman Brothers Holdings Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |
|---|---|
| Name of Debtor Against Which Claim is Held<br>LBIE ( LEHMAN BROTHERS INTERNATIONAL EUROPE) | Case No. of Debtor |

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et al.
08-13555 (JMP)          0000040898

**THIS SPACE IS FOR COURT USE ONLY**

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Alternatively, this form may be used for this purpose, and for claims for Lehman Program Securities. See definition on reverse side.

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)

VIRTUAL EXPO

7 AVENUE ANDRE ROUSSIN

13016 MARSEILLE

FRANCE

Telephone number: +33 491 038 090  Email Address: vincent.gerard @ directindustry.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(*If known*)

Filed on: _____

**Name and address where payment should be sent** (if different from above)

Telephone number:          Email Address:

☑ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $6.550.000   ($65 730 USD value as of 15 Sept. 2008)

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.

☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☐ Check this box if all or part of your claim is based on a Guarantee.*

*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. **Basis for Claim:** PRODUCT BY THE CREDITOR / XS 0305000 837
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** ISIN # XS 0305000 837
3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe: _____
Value of Property: $_____  Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____  Basis for perfection: _____

Amount of Secured Claim: $_____  Amount Unsecured: $_____

6. **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $_____
(See instruction #6 on reverse side.)

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

Amount entitled to priority:

$_____

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**FOR COURT USE ONLY**

FILED / RECEIVED

OCT 16 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date:<br>2009/10/07 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br>GERARD Vincent - COO     V. Gerard |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

PLEASE WITHDRAW THIS CLAIM

The information on this page is regarded as Financial Information, as defined in earlier communication from the Bankruptcy Trustee (see also www.lehmanbrotherstreasury.com). This information is provided to you on an "as is" and "as available" basis and may contain errors or omissions. To the fullest extent permitted by law, the Bankruptcy Trustee does not provide or make any warranty or representation of any kind, whether express or implied, in respect of the Financial Information, its accurateness or completeness. The Financial Information cannot in any way be relied upon to calculate any possible claim that you may have against LBT's estate (boedel). A general disclaimer containing, among other things, an exclusion of any liability of the Bankruptcy Trustee for any damage as a result of (the use of) the Financial Information is applicable. Please consult the full text of the Disclaimer at www.lehmanbrotherstreasury.com/d.html.

| Series number | ISIN | Short description | Maturity date | Currency | 15 September 2008 outstanding nominal value in original currency | 15 September 2008 outstanding nominal value in USD | 9 October 2008 outstanding nominal value in EUR |
|---|---|---|---|---|---|---|---|
| MTN07337 | XS0303172117 | 2 YR GLOBAL BASKET DAILY ACC CALLB ELN | 5-Jun-2009 | USD | 1.600.000 | $1.600.000 | € 1.173.709 |
| MTN07340 | XS0303174832 | EQUITY LINKED NOTE EXCHANGEABLE INOT MITSUI MINING | 13-Jun-2012 | JPY | 50.112.000 | $470.469 | € 359.200 |
| MTN07341 | XS0303176456 | TOHO ZINC CO LTD STOCK | 12-Dec-2008 | JPY | 50.000.000 | $469.417 | € 358.397 |
| MTN07336 | XS0303178825 | 2 YR HK SHARE BASKET ELN QUANTOED IN AUD | 5-Jun-2009 | AUD | 7.000.000 | $5.557.589 | € 3.726.377 |
| MTN07347 | XS0303315161 | 3 YR HSBC HDGS PLC DAILY ACC CALL ELN | 7-Jun-2010 | USD | 3.050.000 | $3.050.000 | € 2.237.383 |
| MTN07348 | XS0303465214 | 10 YR AUTO CALLABLE NOTE ON FORTIS | 18-Jun-2017 | EUR | 2.591.000 | $3.607.286 | € 2.591.000 |
| MTN07357 | XS0303475957 | LEHMAN BROTHERS TREASURY CO.BV EXCHANGEABLE NOTES | 8-Jun-2010 | EUR | 2.000.000 | $2.784.474 | € 2.000.000 |
| MTN07356 | XS0303476849 | LEHMAN BORTHERS TREASURY CO BV EXCHANGEABLE NOTES | 8-Jun-2010 | EUR | 2.000.000 | $2.784.474 | € 2.000.000 |
| MTN07355 | XS0303531700 | JPY AUD FX TARNS SWAP | 19-Jun-2037 | JPY | 500.000.000 | $4.694.175 | € 3.583.972 |
| MTN07359 | XS0303537574 | 3 YR AUTOREDEEMABLE ELN | 29-Jun-2010 | USD | 3.157.000 | $3.157.000 | € 2.315.87 |
| MTN07360 | XS0303538200 | 3 YR AUTOREDEEMABLE ELN ON SANTANDER AND RWE | 29-Jun-2010 | EUR | 1.330.000 | $1.851.675 | € 1.330.000 |
| MTN07343 | XS0303539273 | OIL WEDDING CAKE NOTES | 16-Jul-2009 | USD | 8.496.000 | $8.496.000 | € 6.262.394 |
| MTN07351 | XS0303557259 | EQL EXCHANGEABLE INTO ISHIKAWAJIMA HARIMA HEAVY IN | 13-Jun-2012 | JPY | 100.528.000 | $943.792 | € 720.579 |
| MTN07358 | XS0303572217 | OCRPORATE CREDIT LINKED NOTES | 21-Jun-2010 | EUR | 1.000.000.000 | $9.388.350 | € 7.167.945 |
| MTN07370 | XS0303671548 | 3 YR CAPITAL GUARANTEED NOTE LINKED TO LEHMAN BROS | 15-Jun-2010 | EUR | 5.000.000 | $6.961.185 | € 5.000.000 |
| MTN07371 | XS0303746571 | CPU + FTSE XINHUA CHINA 25 | 21-Jun-2010 | EUR | 10.000.000 | $13.922.370 | € 10.000.000 |
| MTN07363 | XS0303756299 | EQUITY LINKED NOTE EXCHANGEABLE INOT ISHIKAWAJIMA | 13-Jun-2012 | JPY | 101.250.000 | $950.570 | € 725.754 |
| MTN07367 | XS0303759632 | 2 YEAR EU BASKET DAILY ACCRUAL CALLABLE EQL IN USD | 8-Jun-2009 | USD | 1.900.000 | $1.900.000 | € 1.393.779 |
| MTN07364 | XS0303764129 | 2.75 YRS HSBC HDGS PLC DAILY ACC CALL ELN | 8-Mar-2010 | USD | 4.200.000 | $4.200.000 | € 3.080.986 |
| MTN07378 | XS0303800022 | 3 YR AUTOREDEEMABLE NOTE ON ING, FORTIS & LLOYDS | 4-Jun-2010 | USD | 1.418.000 | $1.418.000 | € 1.040.200 |
| MTN07377 | XS0303838006 | 7 YEAR AUTO-CALLABLE NOTE ON DEUTSCHE TELECOM | 13-Jun-2014 | EUR | 5.920.000 | $8.242.043 | € 5.920.000 |
| MTN07373 | XS0303862998 | EQUITY LINKED NOTE EXCHANGEABLE INTO TORAY. | 12-Jun-2012 | JPY | 50.592.000 | $474.975 | € 362.641 |
| MTN07379 | XS0303864184 | 2 YR HK SHARE BASKET BOOSTER ELN | 12-Jun-2009 | AUD | 7.000.000 | $5.557.589 | € 3.726.377 |
| MTN07376 | XS0303865074 | 2 YR SING BASKET CALLABLE ELN QUANTOED IN USD | 11-Jun-2009 | USD | 6.700.000 | $6.700.000 | € 4.914.906 |
| MTN07380 | XS0303866049 | LEHMAN BROS 4.75 YEARS USD ONE SHOT MONTHLY AUTO | 5-Mar-2012 | USD | 3.390.000 | $3.390.000 | € 2.486.796 |
| MTN07372 | XS0303866961 | EQUITY LINKED NOTE EXCHANGEABLE INTO ISHIKAWAJIMA | 15-Jun-2010 | JPY | 100.000.000 | $938.835 | € 716.794 |
| MTN07383 | XS0303962780 | EQL NOTE EXCHANGEABLE INTO NIPPON STEEL CORP STOCK | 13-Jun-2012 | JPY | 100.200.000 | $940.713 | € 718.228 |
| MTN07396 | XS0304080558 | EUR CAPITAL PORTECTED NOTE | 9-Jul-2010 | EUR | 7.894.000 | $10.990.319 | € 7.894.000 |
| MTN07395 | XS0304080715 | USD CAPITAL PROTECTED NOTE LINKED TO S&P INDEX | 16-Jul-2010 | USD | 9.610.000 | $9.610.000 | € 7.049.589 |
| MTN07390 | XS0304145351 | LEHMAN EUR ZERO COUPON 10Y IVTS NOTES | 18-Jun-2017 | EUR | 5.000.000 | $6.961.185 | € 5.000.000 |
| MTN07389 | XS0304156986 | 2 YR USD CAPITAL PROTECTED NOTE LINKED TO AREVO | 26-Jun-2009 | USD | 9.000.000 | $9.000.000 | € 6.602.113 |
| MTN07393 | XS0304195026 | BR ZERO COUPON CLN WITH EQUITY UPSIDE | 23-Jun-2014 | USD | 4.893.750 | $4.893.750 | € 3.589.899 |
| MTN07397 | XS0304219818 | ZERO | 29-Jun-2013 | EUR | 16.000.000 | $22.275.792 | € 16.000.000 |
| MTN07394 | XS0304276297 | EQL NOTE EXCHANGEABLE INTO EISIA CO LTD | 11-Jun-2012 | JPY | 100.470.000 | $943.247 | € 720.163 |
| MTN07386 | XS0304471070 | 2 YR SING BASKET DAILY ACC CALL ELN | 12-Jun-2009 | USD | 700.000 | $700.000 | € 513.498 |
| MTN07408 | XS0304471666 | EQL EXCHANGEABLE INTO ISHIKAWAJIMA HARIMA HVY IND. | 21-Jun-2010 | JPY | 50.061.000 | $469.990 | € 358.834 |
| MTN07399 | XS0304472474 | 2 YEAR BASKET DAILY ACC CALLABLE ELN | 15-Jun-2009 | GBP | 1.150.000 | $2.013.190 | € 1.479.575 |
| MTN07400 | XS0304473019 | 2YR HK SHARE BASKET BOOSTER EQUITY LINKED NOTE | 15-Jun-2009 | AUD | 7.000.000 | $5.557.589 | € 3.726.377 |
| MTN07402 | XS0304490963 | LEHMAN BROTHERS 10Y USD BMA NOTES | 15-Jun-2017 | USD | 15.000.000 | $15.000.000 | € 11.003.521 |
| MTN07411 | XS0304565723 | 2YR HSBC HOLDINGS PLC DAILY ACCRUAL CALLABLE ELN | 15-Jun-2009 | USD | 3.300.000 | $3.300.000 | € 2.420.775 |
| MTN07436 | XS0304593857 | DAX RANGE NOTE | 3-Nov-2008 | EUR | 500.000 | $696.119 | € 500.000 |
| MTN07413 | XS0304635286 | CAPITAL PROTECTED NOTE | 13-Jan-2009 | CZK | 45.450.000 | $2.569.237 | € 1.856.618 |
| MTN07422 | XS0304832784 | EQL NOTE EXCHANGEABLE INTO NEC CORP STOCK | 14-Jun-2012 | JPY | 50.490.000 | $474.018 | € 361.910 |
| MTN07423 | XS0304836264 | EQUITY LINKED NOTE EXCHANGEABLE INTO SHIN-ETSU | 19-Jun-2012 | JPY | 50.000.000 | $469.417 | € 358.397 |
| MTN07419 | XS0304838559 | ISHIKAWAJIMA HARIMA HVY IND STOCK | 19-Jun-2012 | JPY | 50.250.000 | $471.765 | € 360.189 |
| MTN07429 | XS0304909327 | EQUITY LINKED NOTE EXCHANGEABLE INTO SONY STOCK | 19-Jun-2012 | JPY | 50.000.000 | $469.417 | € 358.397 |
| MTN07430 | XS0304909830 | EQUITY LINKED NOTE EXCHANGEABLE INTO KOMATSU | 19-Jun-2012 | JPY | 50.000.000 | $469.417 | € 358.397 |
| MTN07432 | XS0304910416 | EQUITY LINKED NOTE EXCHANGEABLE INTO ASTELLAS PHAR | 19-Jun-2012 | JPY | 50.000.000 | $469.417 | € 358.397 |
| MTN07433 | XS0304910929 | EQL EXCHANGEABLE INTO DENSO STOCK | 19-Jun-2012 | JPY | 50.000.000 | $469.417 | € 358.397 |
| MTN07434 | XS0304911570 | EQL NOTE EXCHANGEABLE INTO MITSUBISHI HEAVY IND. | 19-Jun-2012 | JPY | 50.000.000 | $469.417 | € 358.397 |
| MTN07438 | XS0304977910 | USD FX BEST OF BASKET NOTE | 8-Dec-2008 | USD | 1.000.000 | $1.000.000 | € 733.568 |
| MTN07440 | XS0305000837 | BRIC DRIVEN COMMODITY BASKET NOTE | 15-Jun-2012 | EUR | 550.000 | $765.730 | € 550.000 |
| MTN07441 | XS0305084591 | 2YR HSBC HOLDING PLC DAILY ACCRUAL CALLABLE EQL | 18-Jun-2009 | USD | 5.300.000 | $5.300.000 | € 3.887.911 |
| MTN07442 | XS0305085218 | 3YR HSBC HOLDINGS PLC DAILY ACCRUAL CALLABLE EQL | 18-Jun-2010 | USD | 1.950.000 | $1.950.000 | € 1.430.458 |
| MTN07443 | XS0305098971 | 2 YR HSBC HOLDING PLC DAILY ACCRUAL CALLABLE EQL | 18-Jun-2009 | USD | 1.900.000 | $1.900.000 | € 1.393.779 |
| MTN07444 | XS0305099359 | 2 YEAR UK BASKET DAILY ACCRUAL CALLABLE EQL NOTE | 18-Jun-2009 | GBP | 2.100.000 | $3.676.260 | € 2.701.833 |
| MTN07446 | XS0305099789 | 2YEAR EU BASKET DAILY ACCRUAL CALLABLE EQL NOTE | 18-Jun-2009 | EUR | 4.800.000 | $6.682.738 | € 4.800.000 |
| MTN07448 | XS0305100389 | 2 YEAR EURO BASKET DAILY ACCRUAL CALLABLE EQL | 18-Jun-2009 | EUR | 2.000.000 | $2.784.474 | € 2.000.000 |
| MTN07447 | XS0305100892 | 2 YR EURO BASKET DAILY ACCRUAL CALLABLE EQL | 18-Jun-2009 | EUR | 3.400.000 | $4.733.606 | € 3.400.000 |
| MTN07439 | XS0305103565 | JPY/USD FX TRANS NOTE | 22-Jun-2037 | JPY | 50.000.000 | $469.417 | € 358.397 |
| MTN07460 | XS0305127150 | JPY/AUD & JPY/USD CHOOSER FX TARNS NOTE | 3-Jul-2037 | JPY | 180.000.000 | $1.689.903 | € 1.290.230 |
| MTN07449 | XS0305154717 | EQL NOTE EXCHANGEABLE INTO ISHIKAWAJIMA HARIMA | 21-Jun-2010 | JPY | 300.000.000 | $2.816.505 | € 2.150.383 |
| MTN07450 | XS0305155911 | EQL NOTE EXCHANGEABLE INTO ISHIKAWAJIMA HARIMA HVY | 21-Jun-2010 | JPY | 100.000.000 | $938.835 | € 716.794 |
| MTN07451 | XS0305155441 | EQL EXCHANGEABLE INTO MITSUI MINING & SMELTING CO | 18-Jun-2010 | JPY | 50.552.000 | $474.600 | € 362.354 |
| MTN07457 | XS0305158031 | AUD 2Y PRINCIPAL PROTECTED PROPERTY MARKETS FUND | 15-Jun-2009 | AUD | 12.390.000 | $9.836.932 | € 6.595.688 |
| MTN07461 | XS0305163460 | ISHIKAWAJIMA HARIMA HVY IND STOCK | 20-Jun-2012 | JPY | 70.679.000 | $663.559 | € 506.623 |
| MTN07471 | XS0305255407 | USD 10Y CMS 100% PRINCIPAL PROTECTED | 19-Jun-2017 | USD | 20.000.000 | $20.000.000 | € 14.671.362 |
| MTN07464 | XS0305338799 | N225 INDEX LINKED 10Y NOTE | 26-Jun-2017 | USD | 1.000.000 | $1.000.000 | € 733.568 |
| MTN07467 | XS0305339417 | ELN EXCHANGEABLE INTO KAWASAKI HEAVY INDUSTRIES | 19-Jun-2012 | JPY | 50.490.000 | $474.018 | € 361.910 |
| MTN07468 | XS0305340779 | EQL EXCHANGEABLE INTO ISUZU MOTORS LTD | 19-Jun-2012 | JPY | 101.920.000 | $956.861 | € 730.557 |
| MTN07469 | XS0305438151 | 2 YR EURO BASKET DAILY ACCRUAL CALLABLE EL IN EUR | 19-Jun-2009 | EUR | 850.000 | $1.183.401 | € 850.000 |
| MTN07470 | XS0305438821 | 2YR EU BASKET DAILY ACCRUAL CALLABLE ELN | 19-Jun-2009 | USD | 1.100.000 | $1.100.000 | € 806.925 |
| MTN07476 | XS0305440991 | ELN EXCHANGEABLE INTO ISHIKAWAJIMA HARIMA HVY IND | 22-Jun-2010 | JPY | 141.358.000 | $1.327.118 | € 1.013.246 |
| MTN07463 | XS0305443409 | 2.75 YR HSBC HOLDONGS PLC DAILY ACCRUAL CALLABLE | 22-Mar-2010 | GBP | 1.400.000 | $2.450.840 | € 1.801.222 |
| MTN07496 | XS0305574500 | CAPITAL PROTECTED NOTE | 15-Aug-2010 | EUR | 9.662.000 | $13.451.794 | € 9.662.000 |
| MTN07495 | XS0305574849 | CAPITAL PROTECTED NOTE | 15-Aug-2010 | USD | 7.542.000 | $7.542.000 | € 5.532.570 |
| MTN07482 | XS0305627043 | 2 YR HSBC HOLDINGS PLC | 22-Jun-2009 | USD | 7.600.000 | $7.600.000 | € 5.575.117 |
| MTN07484 | XS0305631151 | 3 YR HSBC HOLDINGS PLC DAILY ACCRUAL CALLABLE EQL | 21-Jun-2010 | USD | 1.500.000 | $1.500.000 | € 1.100.352 |
| MTN07487 | XS0305645375 | 7 YR LEVITATOR | 20-Jun-2014 | EUR | 8.000.000 | $11.137.896 | € 8.000.000 |
| MTN07494 | XS0305646696 | AUTOCALLABLE ON EURIBOR | 27-Jul-2011 | EUR | 19.551.000 | $27.219.626 | € 19.551.000 |

PLEASE WITHDRAW THIS CLAIM



## BANQUE POPULAIRE
### PROVENÇALE ET CORSE

*PME MARSEILLE SUD*

## COMPTE RENDU D'OPERATION

*GROUPE BANQUE POPULAIRE*

*BANQUE ET POPULAIRE A LA FOIS*

S A VIRTUALEXPO
NAUTICEXPO - DIRECTINDUSTRY
7 AVENUE ANDRE ROUSSIN

13016  MARSEILLE

| DATE | COMPTE | REFERENCE A RAPPELER | FOLIO |
|------|--------|----------------------|-------|
| 18.06.2007 | 460842150805 7 | 04946 BET 0000215200100 XS0305000837 | 1/1 |

| NATURE ET DETAIL DE L'OPERATION | DEVISE | DEBIT | CREDIT |
|---|---|---|---|
| BOURSE ETRANGERE | | | |
| VOTRE ACHAT AU COMPTANT EFFECTUE LE 01 06 2007 EN BOURSE DE EUROCLEAR BANK - MGTCBEBE | | | |
| INTERMEDIAIRE : LEHMAN BROTHERS INTER. (EUROPE) | | | |
| 550000,00 LEHMAN BROS TSY TV 150612 EMTN     (XS0305000837) | | | |
| COURS TITRES :        99,70 %    MONTANT BRUT EXECUTION | EUR | 548 350,00 | |
| MONTANT NET REGLEMENT | EUR | 548 350,00 | |
| MONTANT BRUT CLIENT | EUR | 548 350,00 | |
| COMMISSIONS | EUR | 1 370,87 | |
| TVA/COMMISSIONS | EUR | 268,69 | |
| NET PASSE SUR VOTRE COMPTE : 08421508057 VALEUR : 19 06 2007 | EUR | 549 989,56 | |

**Document ne valant pas facture**

GROUPE BANQUE POPULAIRE

PLEASE WITHDRAW THIS CLAIM



# BANQUE POPULAIRE
## PROVENCALE ET CORSE

**BANQUE POPULAIRE**

RELEVE N° 11  AU 29/06/2007

Votre conseiller :
**ESCULLIER FREDERIC**
Mail : FREDERIC.ESCULLIER@BPPC.FR

PME MARSEILLE
BP25
13274 MARSEILLE CEDEX 09
Fax : 04 91 71 09 37
Tel : 04 91 30 24 30

TONALITE PLUS : 0 892 698 745 ·
· 0.34 EURO TTC / MN ·
Code : 461737
SMS+6 11 10 : 461737

0028/0C000030/20070702/G4/ 0.93/MARSEILLE

S A VIRTUALEXPO
NAUTICEXPO - DIRECTINDUSTRY      0440

7 AVENUE ANDRE ROUSSIN
13016 MARSEILLE

www.bppc.fr

**VOTRE COMPTE COURANT N° 08421508057**
**IBAN  FR76 1460 7000 8408 4215 0805 762**

S A VIRTUALEXPO
BIC  CCBPFRPPMAR

| DATE COMPTA | LIBELLE/REFERENCE | | DATE OPERATION | DATE VALEUR | DEBIT EUROS | CREDIT EUROS |
|---|---|---|---|---|---|---|
| | SOLDE CREDITEUR AU 15/06/2007 | | | | | 868 287,29 |
| 18/06 | VIR DE     3 000.00EUR  SALDO FATT.7642 DEL 03042007  VARVEL  S.P.A. | A6IKF5Z | 18/06 | 19/06 | | 3 000,00 |
| 18/06 | VIR DE     2 743,00EUR  APPLIANCES COMPONENTS COMPANIES | S6I00B4 | 18/06 | 19/06 | | 2 743,00 |
| 18/06 | VIR DE     3 103,70EUR  SALDO FT.7758  S.A.I. SPA | S6I00GI | 18/06 | 19/06 | | 3 103,70 |
| 18/06 | VIR DE     2 743,00EUR  NO D.791  / 2.743.00  DEUTZ AG | S6I00SU | 18/06 | 19/06 | | 2 743,00 |
| 18/06 | VIR DE     1 864,90EUR  RG 37798 FP-23523  SCHEIER GMBH | S6I01U3 | 18/06 | 19/06 | | 1 864,90 |
| 18/06 | VIR DE     2 035,80EUR ·  FATTURA 7665 DEL 16 05 2007  CAMPETELLA ROBOTIC CENTER | S6I01WX | 18/06 | 19/06 | | 2 035,80 |
| 18/06 | COM CHANGE RAPAT COMPLEX  HT:    13.00/TVA 0.00:   0.00  A6FK9VK | 0000272 | 18/06 | 18/06 | 13,00 | |
| 18/06 | CARTE 120607 CB:'0517149  MEDIA 10 LTD  GBMEDIA 10 LTD  129,00GBP I EURO = 1.475767 | 7RK7F3H | 18/06 | 17/06 | 190,89 | |
| 18/06 | COMMISSION FACTURETTE CB  120607 CB:'0517149  MEDIA 10 LTD  GBMEDIA 10 LTD | 7RK7F3H | 18/06 | 17/06 | 4,29 | |
| 18/06 | CARTE 140607 CB:'0517149  TOP ANNONCES 13AIX E/PCE VPC | 7RK96Y3 | 18/06 | 17/06 | 105,00 | |
| 18/06 | ACHAT TITRES  ACH BRS-ETR        11  LEHMAN BROS TSY TV 150812 EMTN | 4602152 | 18/06 | 19/06 | 549 989,56 | |
| 19/06 | VIR DE     3 527,72EUR  FRA. D 717  INTERNATIONAL CAPACITORS.SA | A6JL4HM | 19/06 | 20/06 | | 3 527,72 |
| 19/06 | VIR DE     3 357,50EUR  RG. DI 7832 V. 02.06.07 REF.NR.  DI-BORIC INDUSTRIE- | S6J00NH | 19/06 | 20/06 | | 3 357,50 |
| 19/06 | VIR DE     2 468,70EUR  INV NE 1212 FD 04/04/07  S.LADOPOULOS-N.VALERIANOS OE | S6J00ON | 19/06 | 20/06 | | 2 468,70 |
| 19/06 | VIR DE     3 291,00EUR  RE.-NR. DI71994  ABUS KRANSYSTEME GMBH | S6J00TR | 19/06 | 20/06 | | 3 291,00 |
| 19/06 | VIR DE     1 535,80EUR  RNR NE1215 DATUM 04.04.2007 BETR  RECYTEX-TEXTILAUFBEREITUNG | S6J00Y0 | 19/06 | 20/06 | | 1 535,80 |
| 19/06 | VIR DE     2 961,90EUR  9338 FP/24224  EUROMATE AIR CLEANING SY | S6J01ID | 19/06 | 20/06 | | 2 961,90 |
| 19/06 | VIR DE     1 920,10EUR  AE 50010  EUROMATE AIR CLEANING SY | S6J01IE | 19/06 | 20/06 | | 1 920,10 |
| 19/06 | VIR DE     1 920,10EUR | S6J01SX | 19/06 | 20/06 | | 1 920,10 |

01   35545