UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                                      :

In re                                               :        Chapter 11 Case No.

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**    :        08-13555 (JMP)

            Debtors.                            :        (Jointly Administered)

------------------------------------------------------------------x    Ref. Docket Nos. 6022-6029

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                 ) ss.:
COUNTY OF NEW YORK  )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 3, 2009, I caused to be served the:

    a) "Notice of Thirty-Sixth Supplemental List of Ordinary Course Professionals," dated December 3, 2009 [Docket No. 6022],

    b) "Affidavit and Disclosure Statement of Doug James on behalf of Moulton Bellingham PC Pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business," filed December 3, 2009 [Docket No. 6023],

    c) "Affidavit and Disclosure Statement of L.J. Rotman on behalf of Hinshaw & Culbertson LLP Pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business," filed December 3, 2009 [Docket No. 6024],

    d) "Affidavit and Disclosure Statement of Randall J. Sunshine, on behalf of Liner Grode Stein Yankelevitz Sunshine Regenstreif & Taylor LLP Pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business," filed December 3, 2009 [Docket No. 6025],

    e) "Affidavit and Disclosure Statement of Karen Havice, on behalf of Lennox Paton Pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business," filed December 3, 2009 [Docket No. 6026],

    f) "Declaration and Disclosure Statement of Anthony Payne SC Pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business," filed December 3, 2009 [Docket No. 6027],

g) "Affidavit and Disclosure Statement of Nehali Shah Pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business," filed December 3, 2009 [Docket No. 6028], and

h) "Affidavit and Disclosure Statement of Ronald K. Martin, on behalf of UHY Advisors TX LLC Pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business," dated December 3, 2009 [Docket No. 6029],

by causing true and correct copies to be:

a) delivered by email to those parties listed on the attached Exhibit "A" and as indicated upon those parties listed on the attached Exhibit "B", and

b) enclosed securely in a postage-prepaid envelope and delivered by overnight mail to the Office of The United States Trustee, Attn: Andrew D. Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Rifkin, Tracy Hope Davis, 33 Whitehall Street, 21st Floor, New York, NY 10004.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Paul Belobritsky
Paul Belobritsky

Sworn to before me this
4th day of December, 2009

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

# EXHIBIT "A"

**Exhibit A - Counsel To The Official Committee Of Unsecured Creditors**

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
(COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS)
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
EMAIL: ddunne@milbank.com; wfoster@milbank.com; dodonnell@milbank.com;
efleck@milbank.com


MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
(COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS)
601 SOUTH FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017
EMAIL: paronzon@milbank.com; gbray@milbank.com

**EXHIBIT "B"**

## Exhibit B – Additional Parties

1. Moulton Bellingham PC: Doug.James@MoultonBellingham.com (Docket No. 6023 only)

2. Hinshaw & Culbertson LLP: LRotman@hinshawlaw.com (Docket No. 6024 only)

3. Liner Grode Stein Yankelevitz Sunshine Regenstreif & Taylor LLP: rsunshine@linerlaw.com (Docket No. 6025)

4. Lennox Paton: khavice@lennoxpaton.com (Docket No. 6026)

5. Anthony Payne SC: pbrabant@jonesday.com (Docket No. 6027)

6. Nehali Shah: mdoyle@oeclaw.co.uk (Docket No. 6028)

7. UHY Advisors TX LLC: rmartin@uhy-us.com (Docket No. 6029)