B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York District

In re Lehman Brothers Holdings, Inc. et. al., Chapter 11 Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| ELLIOTT ASSOCIATES, L.P. | DEUTSCHE BANK AG, LONDON BRANCH |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Elliott Associates, L.P.
c/o Elliott Management Corporation
712 5th Avenue, 35th Floor
New York, New York 10019

Attn: Ross Rosen
(rrosen@elliottmgmt.com)/
Kimberly A. Reinhardt-Gonzales
(kgonzales@elliottmgmt.com)/
Michael Stephan
(mstephan@elliottmgmt.com)/
Jeffrey Yurkovic
(jyurkovic@elliottmgmt.com)

Phone: (212) 974-6000
Last Four Digits of Acct #:

Court Claim # (if known): 0000012779
Amount of Claim: US$10,000,000.00 (of which USD$4,000,000 will be transferred to Transferee)
Date Claim Filed: September 15, 2009 by Original Holder of Claim (November 11, 2009 transfer notice filed by Transferor)

Deutsche Bank AG, London Branch
55/F Cheung Kong Center
1 Queen's Road Central
Hong Kong

Attn: Heng Cheam/Christopher Wong

Phone: +852 2203 8660
Last Four Digits of Acct #:

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____     Date: _____
Transferee/Transferee's Agent

Elliott Associates, L.P.
By: Elliott Capital Advisors, L.P., as general partner
By: Braxton Associates, Inc., as general partner

By: _____
   Elliot Greenberg, Vice President

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# United States Bankruptcy Court

Southern District of New York District

In re Lehman Brothers Holdings, Inc. et. al., Chapter 11 Case No. 08-13555 (JMP)

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 0000012779 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on December __, 2009 (date).

| DEUTSCHE BANK AG, LONDON BRANCH | ELLIOTT ASSOCIATES, L.P. |
|---|---|
| Name of Alleged Transferor | Name of Transferee |
| | |
| Address of Alleged Transferor: | Address of Transferee: |
| | |
| Deutsche Bank AG, London | Elliott Associates, L.P. |
| 55/F Cheung Kong Center | c/o Elliott Management Corporation |
| 2 Queen's Road Central | 712 5th Avenue, 35th Floor |
| Hong Kong | New York, New York 10019 |
| | |
| | Attn: Ross Rosen (rrosen@elliottmgmt.com)/ Kimberly A. Reinhardt-Gonzales (kgonzales@elliottmgmt.com)/ Michael Stephan (mstephan@elliottmgmt.com)/ Jeffrey Yurkovic (jyurkovic@elliottmgmt.com) |
| | |
| | Phone: (212) 974-6000 |

~DEADLINE TO OBJECT TO TRANSFER~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

_____
**CLERK OF THE COURT**

MLEVIN\157884.1 - 12/4/09

**LBHI Notice of Assignment**

TO:   United States Bankruptcy Court for the
      Southern District of New York ("**Bankruptcy Court**")

TO:   Lehman Brothers Holdings Inc. ("**Debtor**")
      Chapter 11
      Case No. 08-13555 (JMP)

   Attn: Lehman Brothers Holdings Claims Processing Center
   c/o Epiq Bankruptcy Solutions, LLC
   FDR Station
   P.O. Box 5076
   New York NY 10150-5076
   United States of America

Date: December __3__, 2009

Claim #:  0000012779

**DEUTSCHE BANK AG, LONDON BRANCH**, its successors and assigns ("**Seller**"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

   **ELLIOTT ASSOCIATES, L.P.**
   c/o Elliott Management Corporation
   712 5th Avenue, 35th Floor
   New York, New York 10019

   Kimberly A. Reinhardt-Gonzales
   212-974-6000 ext 1420
   kgonzales@elliottmgmt.com

   Ross Rosen
   212-974-6000 ext 1050
   rrosen@elliottmgmt.com

   Michael Stephan
   212-974-6000 ext 1310
   mstephan@elliottmgmt.com

   Jeffrey Yurkovic
   212-974-6000 ext 1465
   jyurkovic@elliottmgmt.com

its successors and assigns ("**Buyer**"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of US$4,000,000.00 plus outstanding and accrued interest in the amount of US$48,520.00 as at 19

November, 2008 ("**Claim**") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated December __3__, 2009.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____/s/ John Sudiman_____
        John Sudiman
        Director

By: _____/s/ Tod Macri_____
        Tod Macri
        Managing Director