B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York District

In re Lehman Brothers Holdings, Inc. et. al., Chapter 11 Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| ELLIOTT INTERNATIONAL, L.P. | DEUTSCHE BANK AG, LONDON BRANCH |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Elliott International, L.P.
c/o Elliott Management Corporation
712 5th Avenue, 35th Floor
New York, New York 10019

Attn: Ross Rosen
(rrosen@elliottmgmt.com)/
Kimberly A. Reinhardt-Gonzales
(kgonzales@elliottmgmt.com)/
Michael Stephan
(mstephan@elliottmgmt.com)/
Jeffrey Yurkovic
(jyurkovic@elliottmgmt.com)

Phone: (212) 974-6000
Last Four Digits of Acct #:

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

Court Claim # (if known):   0000012779
Amount of Claim: US$10,000,000.00 (of which USD$6,000,000 will be transferred to Transferee)
Date Claim Filed: September 15, 2009 by Original Holder of Claim (November 11, 2009 transfer notice filed by Transferor)

Deutsche Bank AG, London Branch
55/F Cheung Kong Center
1 Queen's Road Central
Hong Kong

Attn: Heng Cheam/Christopher Wong

Phone: +852 2203 8660
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

ELLIOTT INTERNATIONAL, L.P.
By: Elliott International Capital Advisors Inc.
  as attorney-in-fact

By: _____
  Elliot Greenberg, Vice-President

By: _____
  Transferee/Transferee's Agent

Date: _____

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

MLEVIN\157883.1 - 12/4/09

Form 210B (12/09)

# United States Bankruptcy Court

Southern District of New York District

In re Lehman Brothers Holdings, Inc. et. al., Chapter 11 Case No. 08-13555 (JMP)

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 0000012779 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on December __, 2009 (date).

| DEUTSCHE BANK AG, LONDON BRANCH | ELLIOTT INTERNATIONAL, L.P. |
|---|---|
| Name of Alleged Transferor | Name of Transferee |

Address of Alleged Transferor:

Deutsche Bank AG, London
55/F Cheung Kong Center
2 Queen's Road Central
Hong Kong

Address of Transferee:

Elliott International, L.P.
c/o Elliott Management Corporation
712 5th Avenue, 35th Floor
New York, New York 10019

Attn: Ross Rosen
(rrosen@elliottmgmt.com)/
Kimberly A. Reinhardt-Gonzales
(kgonzales@elliottmgmt.com)/
Michael Stephan
(mstephan@elliottmgmt.com)/
Jeffrey Yurkovic
(jyurkovic@elliottmgmt.com)

Phone: (212) 974-6000

~DEADLINE TO OBJECT TO TRANSFER~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                                   _____
                                                  CLERK OF THE COURT

MLEVIN\157883.1 - 12/4/09

**LBHI Notice of Assignment**

TO:  United States Bankruptcy Court for the
Southern District of New York ("**Bankruptcy Court**")

TO:  Lehman Brothers Holdings Inc. ("**Debtor**")
Chapter 11
Case No. 08-13555 (JMP)

Attn: Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station
P.O. Box 5076
New York NY 10150-5076
United States of America

Date: December __3__, 2009

Claim #: 0000012779

**DEUTSCHE BANK AG, LONDON BRANCH**, its successors and assigns ("**Seller**"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**ELLIOTT INTERNATIONAL, L.P.**
c/o Elliott Management Corporation
712 5th Avenue, 35th Floor
New York, New York 10019

Kimberly A. Reinhardt-Gonzales
212-974-6000 ext 1420
kgonzales@elliottmgmt.com

Ross Rosen
212-974-6000 ext 1050
rrosen@elliottmgmt.com

Michael Stephan
212-974-6000 ext 1310
mstephan@elliottmgmt.com

Jeffrey Yurkovic
212-974-6000 ext 1465
jyurkovic@elliottmgmt.com

its successors and assigns ("**Buyer**"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of US$6,000,000.00 plus outstanding and accrued interest in the amount of US$72,780.00 as at 19

November, 2008 ("**Claim**") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated December __3__, 2009.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____/s/ John Sudiman_____
          John Sudiman
          Director

By: _____/s/ Tod Macri_____
          Tod Macri
          Managing Director