WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
: 
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
: 
Debtors. : (Jointly Administered)
: 
: 
------------------------------------------------------------------x

**NOTICE OF ORDER ENTERED BY THE HIGH COURT
OF JUSTICE IN THE UNITED KINGDOM RECOGNIZING
THE CHAPTER 11 CASE OF LEHMAN BROTHERS SPECIAL
FINANCING INC. AS A FOREIGN MAIN PROCEEDING IN ACCORDANCE
WITH THE UNCITRAL MODEL LAW ON CROSS BORDER INSOLVENCY**

PLEASE TAKE NOTICE that, on July 9, 2009, Lehman Brothers Special Financing Inc. ("LBSF") and its affiliated debtors in the above referenced chapter 11 cases filed a motion (the "Motion") [Docket No. 4308] pursuant to section 1505 of title 11 of the United States Code seeking authorization for LBSF to act as the foreign representatives of its estate in the United Kingdom, and to seek recognition of its chapter 11 case on behalf of its estate from the High Court of Justice, England and Wales (the "High Court"), all as more fully described in the Motion.

PLEASE TAKE FURTHER NOTICE that, on August 5, 2009, this Court entered an Order Authorizing LBSF To Act As The Foreign Representative of Its Estate In The United Kingdom [Docket No. 4712].

PLEASE TAKE FURTHER NOTICE that, on November 24, 2009, LBSF made an application to the High Court seeking recognition of its chapter 11 case as a foreign main proceeding in accordance with the UNCITRAL Model Law on cross-border insolvency as set out in Schedule 1 to the Cross-Border Insolvency Regulations 2006 (the "Model Law").

PLEASE TAKE FURTHER NOTICE that, on November 24, 2009, the High Court entered an order recognizing LBSF's chapter 11 case as a foreign main proceeding, a copy of which is attached hereto as "Exhibit A."

Dated: December 7, 2009
      New York, New York

/s/ Richard P. Krasnow
Richard P. Krasnow

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for the Debtors
and Debtors in Possession

**EXHIBIT A**

# The Cross-Border Insolvency Regulations 2006
# Recognition order

| LEHMAN BROTHERS SPECIAL FINANCING INC. | Company number *where applicable* |
|---|---|

| In the High Court of Justice Chancery Division *Registrar Derrett* | *For court use only* Court case number 114-19600 of 2009 |
|---|---|

(a) Insert full name(s) and address(es) for service of applicant(s)

UPON THE APPLICATION OF (a) Lehman Brothers Special Financing Inc.

being the foreign representative appointed in relation to the above named debtor in a foreign proceeding, in reliance on article 15 of the UNCITRAL Model Law on cross-border insolvency as set out in Schedule 1 to the Cross-Border Insolvency Regulations 2006 (the "Model Law").

The applicant's solicitor's address for service is Weil Gotshal & Manges, One South Place, London, EC2M 2WG (Ref: MS/GB.58399.0003)

(b) Insert date

presented to the court on (b) 24 November 2009

(c) Insert full name and address for service of the debtor

in respect of (c) Lehman Brothers Special Financing Inc.

The debtor's solicitor's address for service is Weil Gotshal & Manges, One South Place, London, EC2M 2WG (Ref: MS/GB.58399.0003)

and upon hearing Counsel for

(d) Insert details of any other parties (including the debtor) appearing and by whom represented

Lehman Brothers Special Financing Inc. and no one else appearing

and upon reading the evidence

(e) Insert details of foreign proceeding

IT IS ORDERED that Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York as commenced on 3 October 2008 (Case Number 08-13888)

\* Delete as applicable

be recognised as a foreign main proceeding in accordance with the UNCITRAL Model Law on cross-border insolvency as set out in Schedule 1 to the Cross-Border Insolvency Regulations 2006

*[Court seal: High Court of Justice, 24 NOV 2009, Companies Court]*

(f) Insert particulars of any further order made by the court

AND it is ordered that, for the avoidance of doubt, the stay and suspension under Article 20 of the Model Law shall not apply as regards Cases HC09C11612 and HC09C01931 and any appeals in such actions, and shall not affect or inhibit in any way the rights of the applicant to transfer, encumber or otherwise dispose of or deal with any of its own assets as "debtor in possession" subject to the provisions of Chapter 11 of the US Bankruptcy Code

(g) Insert terms of order for costs

AND it is ordered that the costs of the said application be paid as an expense of the Applicant's voluntary case under Chapter 11 of the US Bankruptcy Code

(h) Insert date and time

This order shall take effect from (h) 11·46am on 24 November 2009



