Harold S. Novikoff
Amy R. Wolf
Grant R. Mainland
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52 Street
New York, New York 10019
(212) 403-1000

Attorneys for JPMorgan Chase Bank, N.A.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                            :
In re:                                      :  Chapter 11
                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :  Case No. 08-13555 (JMP)
                                            :
         Debtors.                           :  (Jointly Administered)
                                            :
---------------------------------------------------------------x
                                            :
In re:                                      :  SIPA Proceeding
                                            :
LEHMAN BROTHERS INC.,                       :  Case No. 08-01420 (JMP)
                                            :
         Debtor.                            :
                                            :
---------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF STIPULATION AND ORDER
BETWEEN THE DEBTORS, TRUSTEE, CREDITORS' COMMITTEE,
BARCLAYS AND JPMORGAN CHASE BANK, N.A.**

PLEASE TAKE NOTICE that the undersigned hereby withdraws the Stipulation and Order Between the Debtors, Trustee, Creditors' Committee, Barclays and JPMorgan Chase Bank, N.A., Docket No. 6031 for Case No. 08-13555 (JMP) and Docket No. 2155 for Case No. 08-01420 (JMP), currently scheduled for presentment to the Honorable James M. Peck, United States Bankruptcy Judge, for signature on December 9, 2009, at 12:00 p.m., and requests that the

matter be taken off the Court's Calendar.

Dated:  December 7, 2009
New York, New York

                    Respectfully submitted,

                    By:        s/ Amy R. Wolf
                          Harold S. Novikoff
                          Amy R. Wolf
                          Grant R. Mainland

WACHTELL, LIPTON, ROSEN & KATZ
51 West 52 Street
New York, New York 10019
(212) 403-1000

Attorneys for JPMorgan Chase Bank, N.A.