# Exhibit 7

**SWEET & MAXWELL UNITED KINGDOM LAW IN FORCE**
2001
FINANCIAL SERVICES AND MARKETS ACT 2000 (DISCLOSURE OF CONFIDENTIAL INFORMATION) REGULATIONS 2001/2188
PART II DISCLOSURE OF CONFIDENTIAL INFORMATION GENERALLY
UK Statutory Instruments Crown Copyright. Reproduced by permission
of the Controller of Her Majesty's Stationery Office.

In-force date: June 18, 2001 (see Analysis Tab for Commencement Information)

**Reg 5** Disclosure for the purposes of certain other proceedings

(1) Subject to paragraphs (4) and (5), a primary recipient of **confidential information**, or a person obtaining such information directly or indirectly from a primary recipient, is permitted to **disclose** such information to--

(a) a person mentioned in paragraph (3) for the purpose of initiating proceedings to which this **regulation** applies, or of facilitating a determination of whether they should be initiated; or

(b) any person for the purposes of proceedings to which this **regulation** applies and which have been initiated, or for the purpose of bringing to an end such proceedings, or of facilitating a determination of whether they should be brought to an end.

(2) A person mentioned in paragraph (3) (or a person who is employed by the Authority or the Secretary of State) is permitted to **disclose confidential information** to any person for a purpose mentioned in paragraph (1)(a).

(3) The persons referred to in paragraphs (1)(a) and (2) are--

(a) the Authority;

(b) the Secretary of State; and

(c) the Department of Enterprise, Trade and Investment in Northern Ireland.

(4) This regulation does not permit the disclosure of information with a view to the institution of, or in connection with, proceedings of the kind referred to in paragraph (6)(e) to the extent that--

(a) the information relates to an authorised person, former authorised person or former regulated person ("A");

(b) the information also relates to another person ("B") who, to the knowledge of the primary recipient (or person obtaining confidential information directly or indirectly from him), is or has been involved in an attempt to rescue A, or A's business, from insolvency or impending insolvency; and

(c) B is not a director, controller or manager of A.

© 2009 Thomson Reuters.

(5) This **regulation** does not permit disclosure in contravention of any of the directive restrictions.

(6) The proceedings to which this regulation applies are--

(a) civil proceedings arising under or by virtue of the Act, an enactment referred to in section 338 of the Act, the Banking Act 1979, the Friendly Societies Act 1974, the Insurance Companies Act 1982, the Financial Services Act 1986, the Building Societies Act 1986, the Banking Act 1987, the Friendly Societies Act 1992 or the Investment Services Regulations 1995;

(b) proceedings before the Tribunal;

(c) any other civil proceedings to which the Authority is, or is proposed to be, a party;

(d) proceedings under section 7 or 8 of the Company Directors Disqualification Act 1986 [FN1] or article 10 or 11 of the Companies (Northern Ireland) Order 1989 in respect of a director or former director of an authorised person, former authorised person or former regulated person; or

(e) proceedings under Parts I to VI or IX to X of the Insolvency Act 1986, the Bankruptcy (Scotland) Act 1985 or Parts II to VII or IX or X of the Insolvency (Northern Ireland) Order 1989 in respect of an authorised person, former authorised person or former regulated person.

[FN1] Section 7 was amended by the Insolvency Act 2000 (c. 39), Sch. 4, Part I, and s. 6. Section 8 was amended by the Financial Services Act 1986 (c. 60), s. 198; the Criminal Justice (Scotland) Act 1987 (s. 41), s. 55(b); the Criminal Justice Act 1988 (c. 33), s. 145(b); the Criminal Procedure (Consequential Provisions) (Scotland) Act 1995 (c. 40), s. 5, Sch. 4, para 62; the Companies Act 1989 (c. 40), s. 79; and the Insolvency Act 2000, s. 6.

GENERAL MATERIALS

Royal Assent date - Long Title - Notes
UK-LIF SI 2001/2188 Pt II **Reg 5**

UK SI 2001/2188 Pt II **Reg 5**
END OF DOCUMENT

© 2009 Thomson Reuters.