Presentment Date and Time: December 11, 2009 at 12:00 p.m. (Prevailing Eastern Time)
Objection Deadline: December 11, 2009 at 11:30 a.m. (Prevailing Eastern Time)

Harold S. Novikoff
Amy R. Wolf
Grant R. Mainland
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52 Street
New York, New York 10019
(212) 403-1000

Attorneys for JPMorgan Chase Bank, N.A.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | Case No. 08-13555 (JMP) |
| Debtors. | : | (Jointly Administered) |
| In re: | : | SIPA Proceeding |
| LEHMAN BROTHERS INC., | : | Case No. 08-01420 (JMP) |
| Debtor. | : | |

**NOTICE OF PRESENTMENT OF STIPULATION AND ORDER
BETWEEN THE DEBTORS, TRUSTEE, CREDITORS' COMMITTEE,
BARCLAYS CAPITAL INC. AND JPMORGAN CHASE BANK, N.A.**

PLEASE TAKE NOTICE that the undersigned will present the attached Stipulation and

Order Between the Debtors, Trustee, Creditors' Committee, Barclays Capital Inc. and JPMorgan

Chase Bank, N.A. to the Honorable James M. Peck, United States Bankruptcy Judge, for signa-

Pg 2 of 2

ture on December 11, 2009, at 12:00 p.m.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the proposed Stipulation and Order must be made in writing and received by the Bankruptcy Judge's chambers and by the undersigned not later than 11:30 a.m. on December 11, 2009. Unless objections are received by that time, the proposed Stipulation and Order may be signed.

Dated: December 7, 2009
New York, New York

                              Respectfully submitted,

                              By:      s/ Amy R. Wolf
                                    Harold S. Novikoff
                                    Amy R. Wolf
                                    Grant R. Mainland

                              WACHTELL, LIPTON, ROSEN & KATZ
51 West 52 Street
New York, New York 10019
(212) 403-1000

Attorneys for JPMorgan Chase Bank, N.A.