UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- x
In re:                                                          :
                                                                : Chapter 11 Case
LEHMAN BROTHERS HOLDINGS, INC., et al.,                         :
                                                                : Case No. 08-13555 (JMP)
        Debtors.                                                : (Jointly Administered)
--------------------------------------------------------------- x
                                                                :
In re:                                                          : SIPA Proceeding
                                                                :
LEHMAN BROTHERS INC.,                                           : Case No. 08-01420 (JPM)
                                                                :
        Debtor.                                                 :
                                                                :
--------------------------------------------------------------- x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) SS.:
COUNTY OF NEW YORK   )

      Alison Levy, being duly sworn, deposes and says:

    1.    I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases. I am employed by the law firm of Wachtell, Lipton, Rosen & Katz, counsel for JPMorgan Chase Bank, N.A. in the above-captioned matters.

    2.    On December 7, 2009, I caused a copy of the following documents:

    a)    Notice of Withdrawal of Stipulation and Order Between the Debtors, Trustee, Creditors' Committee, Barclays Capital Inc. and JPMorgan Chase Bank, N.A.;

    b)    Notice of Presentment of Stipulation and Order Between the Debtors, Trustee, Creditors' Committee, Barclays Capital Inc. and JPMorgan Chase Bank, N.A.;

c) Stipulation and Order Between the Debtors, Trustee, Creditors' Committee, Barclays and JPMorgan Chase Bank, N.A.

to be served upon the parties listed on the service list attached hereto in the manner indicated therein.

_____
Alison Levy

Sworn to before me this
7th day of December, 2009

_____

JENNIFER HIGGINS
Notary Public, State of New York
No. 01HI6163915
Qualified in New York County
Commission Expires April 9, 2011

## SERVICE LIST

### BY HAND DELIVERY

Honorable James M. Peck
Courtroom 601
One Bowling Green
New York, New York 10004

Hughes Hubbard & Reed LLP
Attn:  William R. Maguire
       Seth D. Rothman
       Neil J. Oxford
One Battery Park Plaza
New York, New York 10004

Quinn Emanuel Urquhart Oliver & Hedges
Attn:  James C. Tecce
51 Madison Avenue 22nd Floor
New York, New York 10010

Jones Day
Attn:  Robert W. Gaffey
       Jayant W. Tambe
       William J. Hine
222 East 41st Street
New York, New York 10017

Weil Gotshal & Manges LLP
Attn:  Richard P. Krasnow, Esq.
       Lori R. Fife, Esq.
       Shai Y. Waisman, Esq.
       Jacqueline Marcus, Esq.
767 Fifth Avenue
New York, New York 10153

Milbank, Tweed, Hadley & McCloy LLP
Attn:  Dennis F. Dunne, Esq.
       Dennis O'Donnell, Esq.
       Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York, New York 10005

Jenner & Block, LLP
Attn:  Patrick J. Trostle
919 Third Avenue, 37th Floor
New York, NY 10022-3908

### BY FIRST CLASS MAIL

Boies Schiller & Flexner LLP
Attn:  Jack Stern
       Christopher M. Green
333 Main Street
Armonk, New York 10504

Securities Investor Protection Corporation
Attn:  Kenneth J. Caputo
805 Fifteenth Street, N.W.
Suite 800
Washington, DC 20005

Quinn Emanuel Urquhart Oliver & Hedges
Attn:  Erica P. Taggart
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017