**Oh sUNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
:
In re                                                           :      Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :      08-13555 (JMP)
                                                                :
                       Debtors.                         :      (Jointly Administered)
                                                                :
----------------------------------------------------------------x

**ORDER PURSUANT TO SECTION 365(a) OF THE BANKRUPTCY
CODE AND BANKRUPTCY RULES 6006 AND 9014 AUTHORIZING
LB ROSE RANCH LLC TO REJECT CONSTRUCTION AGREEMENTS
WITH IRONBRIDGE HOMES LLC, IRONBRIDGE MOUNTAIN COTTAGES, LLC,
IRONBRIDGE ASPEN COLLECTION, LLC AND HANSON CONSTRUCTION, INC.**

Upon the motion, dated November 16, 2009 (the "Motion"), of LB Rose Ranch LLC ("Rose Ranch"), as debtor and debtor in possession in the above-captioned chapter 11 cases, pursuant to section 365(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 6006 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for authorization to reject (i) that certain undated Purchase and Sale Agreement, as amended by the first amendment, dated September, 2006 and the second amendment, dated November 15, 2006 (the "PSA") between Rose Ranch and Hansen Construction, Inc, Ironbridge Homes, LLC, Ironbridge Mountain Cottages, LLC, and Ironbridge Aspen Collection, LLC; and (ii) that certain letter agreement between Rose Ranch and Ironbridge Homes LLC, dated November 12, 2007 (the "Letter Agreement"); all as more fully described in the Motion, the Court finds and determines the following:

       A.     Consideration of the Motion and the relief requested therein is a core proceeding pursuant to 28 U.S.C. § 157(b).

B.  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

C.  The Court has jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 of the United States District Court for the Southern District of New York, dated July 10, 1984 (Ward, Acting C.J.).

D.  Rose Ranch has provided due and proper notice of the Motion to parties in interest in accordance with the procedures set forth in the amended order entered on February 13, 2009 governing case management and administrative procedures for these cases [Docket No. 2837], and no further notice is necessary.

E.  The legal and factual bases set forth in the Motion establish just and sufficient cause to grant the relief requested therein.

F.  The Debtors exercised sound and sufficient business judgment in rejecting the PSA and the Letter Agreement.

Therefore, it is hereby ORDERED that:

1.  Pursuant to section 365(a) of the Bankruptcy Code and Bankruptcy Rules 6006 and 9014, the PSA and the Letter Agreement are rejected, effective as of November 13, 2009.

2.  Any rejection damage claim asserted by Hansen Construction, Inc, Ironbridge Homes, LLC, Ironbridge Mountain Cottages, LLC, and Ironbridge Aspen Collection, LLC must be filed (subject to all of Rose Ranch's rights, claims and defenses, including rights of setoff with respect to any such claims) in accordance with the procedures established by the Order Pursuant to Section 502(b)(9) of the Bankruptcy

Code and Bankruptcy Rule 3003(c)(3) Establishing Deadline for Filing Proofs of Claim, Approving the Form and Manner of Notice Thereof and Approving the Proof of Claim Form [Docket No. 4271], except that the deadline for filing such claims is **5:00 p.m. (Eastern Time)** on the date that is **forty-five (45) days** following the entry of this Order.

3. All time periods set forth in this Order shall be calculated in accordance with Rule 9006(a) of the Federal Rules of Bankruptcy Procedure.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: New York, New York
December 7, 2009

                                          *s/ James M. Peck*
                                          Honorable James M. Peck
                                          United States Bankruptcy Judge