**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
                                              :
In re                                         :   Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,        :   08-13555 (JMP)
                                              :
                    Debtors.                  :   (Jointly Administered)
                                              :
-----------------------------------------------------------------x   Ref. Docket No. 6055
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

SIDNEY GARABATO, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 7, 2009, I caused to be served the "NOTICE OF ORDER ENTERED BY THE HIGH COURT OF JUSTICE IN THE UNITED KINGDOM RECOGNIZING THE CHAPTER 11 CASE OF LEHMAN BROTHERS SPECIAL FINANCING INC. AS A FOREIGN MAIN PROCEEDING IN ACCORDANCE WITH THE UNCITRAL MODEL LAW ON CROSS BORDER INSOLVENCY," dated December 7, 2009 [Docket No. 6055], by causing true and correct copies to be:

    a) delivered by email to those parties listed on the attached Exhibit "A",

    b) delivered by facsimile to those parties listed on the attached Exhibit "B", and

    c) enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to those parties listed on the attached Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Sidney Garabato
Sidney Garabato

Sworn to before me this
8th day of December, 2009

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

T:\Clients\LBH\Affidavits\Ntc of Order 6055_Aff 12-07-09.doc

**Exhibit "A"**

**Email Addresses**

aaaronson@dilworthlaw.com
aalfonso@kayescholer.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adarwin@nixonpeabody.com
adg@adorno.com
Adiamond@DiamondMcCarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agolianopoulos@mayerbrown.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akihiko_yagyuu@chuomitsui.jp
alex.torres@infospace.com
amarder@msek.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
avi.gesser@dpw.com
awasserman@lockelord.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com

bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bdk@schlamstone.com
bguiney@pbwt.com
bhinerfeld@sbtklaw.com
bill.freeman@pillsburylaw.com
bmanne@tuckerlaw.com
BMiller@mofo.com
boneill@kramerlevin.com
bpershkow@profunds.com
Brian.Corey@greentreecreditsolutions.com
bromano@willkie.com
broy@rltlawfirm.com
bspector@jsslaw.com
btrust@mayerbrown.com
btupi@tuckerlaw.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
canelas@pursuitpartners.com
carlin@thshlaw.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
clynch@reedsmith.com
cmontgomery@salans.com
CMTB_LC11@chuomitsui.jp
cohenr@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
crmomjian@attorneygeneral.gov
crogers@orrick.com
cs@stevenslee.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com

**Email Addresses**

danna.drori@usdoj.gov
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dckaufman@hhlaw.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deborah.saltzman@dlapiper.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dfriedman@kasowitz.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
dirk.roberts@ots.treas.gov
dkleiner@velaw.com
dkozusko@willkie.com
dladdin@agg.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
douglas.bacon@lw.com
douglas.mcgill@dbr.com
dove.michelle@dorsey.com
DPiazza@HodgsonRuss.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshemano@pwkllp.com
dtatge@ebglaw.com

dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efile@willaw.com
efleck@milbank.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
eli.mattioli@klgates.com
elizabeth.harris@klgates.com
ellen.halstead@cwt.com
eobrien@sbchlaw.com
eric.johnson@hro.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
ezavalkoff-babej@vedderprice.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
fdellamore@jaspanllp.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
francois.janson@hklaw.com
frank.white@agg.com
fred.berg@rvblaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
GGraber@HodgsonRuss.com
giaimo.christopher@arentfox.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@mwe.com
gschiller@zeislaw.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
heim.steve@dorsey.com
heiser@chapman.com

**Email Addresses**

hirsch.robert@arentfox.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hweg@pwkllp.com
ian.levy@kobrekim.com
icatto@kirkland.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
jafeltman@wlrk.com
james.mcclammy@dpw.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jason.jurgens@cwt.com
jatkins@duffyandatkins.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
Jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
Jdrucker@coleschotz.com
jdyas@halperinlaw.net
jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us
jessica.fink@cwt.com
jfalgowski@reedsmith.com
jfinerty@pfeiferlaw.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgarrity@shearman.com
jgenovese@gjb-law.com
jgutmanmann@sonnenschein.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jjureller@klestadt.com
jkehoe@sbtklaw.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@dl.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmr@msf-law.com
john.mcnicholas@dlapiper.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
joli@crlpc.com
jorbach@hahnhessen.com
Joseph.Cordaro@usdoj.gov
joseph.scordato@dkib.com
joshua.dorchak@bingham.com
jowen769@yahoo.com
JPintarelli@mofo.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jtimko@allenmatkins.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
jwhitman@entwistle-law.com
jwishnew@mofo.com
k4.nomura@aozorabank.co.jp
kaf@msf-law.com

**Email Addresses**

| | |
|---|---|
| karen.wagner@dpw.com | Marc.Chait@standardchartered.com |
| karol.denniston@dlapiper.com | margolin@hugheshubbard.com |
| KDWBankruptcyDepartment@kelleydrye.com | Marianne.Mortimer@friedfrank.com |
| keckhardt@hunton.com | mark.deveno@bingham.com |
| keith.simon@lw.com | mark.ellenberg@cwt.com |
| Ken.Coleman@allenovery.com | mark.houle@pillsburylaw.com |
| ken.higman@hp.com | mark.sherrill@sutherland.com |
| kgwynne@reedsmith.com | martin.davis@ots.treas.gov |
| kiplok@hugheshubbard.com | Marvin.Clements@ag.tn.gov |
| kkelly@ebglaw.com | masaki_konishi@noandt.com |
| Klippman@munsch.com | matthew.dyer@prommis.com |
| klyman@irell.com | matthew.klepper@dlapiper.com |
| kmayer@mccarter.com | matthew.morris@lovells.com |
| kobak@hugheshubbard.com | mbenner@tishmanspeyer.com |
| korr@orrick.com | mberman@nixonpeabody.com |
| KOstad@mofo.com | mbienenstock@dl.com |
| kovskyd@pepperlaw.com | mbossi@thompsoncoburn.com |
| kpiper@steptoe.com | mcademartori@sheppardmullin.com |
| kressk@pepperlaw.com | mcordone@stradley.com |
| KReynolds@mklawnyc.com | mcto@debevoise.com |
| kristin.going@dbr.com | mdorval@stradley.com |
| krosen@lowenstein.com | meltzere@pepperlaw.com |
| krubin@ozcap.com | metkin@lowenstein.com |
| kstahl@whitecase.com | mgordon@briggs.com |
| kurt.mayr@bgllp.com | mgreger@allenmatkins.com |
| lacyr@sullcrom.com | mhopkins@cov.com |
| Landon@StreusandLandon.com | michael.kim@kobrekim.com |
| lawallf@pepperlaw.com | mimi.m.wong@irscounsel.treas.gov. |
| lberkoff@moritthock.com | mitchell.ayer@tklaw.com |
| Lee.Stremba@troutmansanders.com | mjacobs@pryorcashman.com |
| lgranfield@cgsh.com | mjedelman@vedderprice.com |
| lhandelsman@stroock.com | MJR1@westchestergov.com |
| linda.boyle@twtelecom.com | mkjaer@winston.com |
| lisa.kraidin@allenovery.com | mlahaie@akingump.com |
| LJKotler@duanemorris.com | MLandman@lcbf.com |
| lmarinuzzi@mofo.com | mmendez@hunton.com |
| Lmay@coleschotz.com | mmickey@mayerbrown.com |
| lmcgowen@orrick.com | mmooney@deilylawfirm.com |
| lml@ppgms.com | mmorreale@us.mufg.jp |
| lnashelsky@mofo.com | mmurphy@co.sanmateo.ca.us |
| loizides@loizides.com | mneier@ibolaw.com |
| lromansic@steptoe.com | monica.lawless@brookfieldproperties.com |
| lscarcella@farrellfritz.com | mpage@kelleydrye.com |
| lschweitzer@cgsh.com | mpfeifer@pfeiferlaw.com |
| lthompson@whitecase.com | mpucillo@bermanesq.com |
| lubell@hugheshubbard.com | mrosenthal@gibsondunn.com |
| lwhidden@salans.com | mruetzel@whitecase.com |
| lwong@pfeiferlaw.com | mschimel@sju.edu |
| mabrams@willkie.com | MSchleich@fraserstryker.com |
| macronin@debevoise.com | mshiner@tuckerlaw.com |
| MAOFILING@CGSH.COM | mspeiser@stroock.com |

**Email Addresses**

| | |
|---|---|
| mstamer@akingump.com | rhett.campbell@tklaw.com |
| mvenditto@reedsmith.com | richard.lear@hklaw.com |
| mwarren@mtb.com | richard.levy@lw.com |
| Nasreen.Bulos@dubaiic.com | ritkin@steptoe.com |
| ncoco@mwe.com | RJones@BoultCummings.com |
| neal.mann@oag.state.ny.us | RLevin@cravath.com |
| ned.schodek@shearman.com | rmatzat@hahnhessen.com |
| newyork@sec.gov | rmunsch@munsch.com |
| nfurman@scottwoodcapital.com | rnetzer@willkie.com |
| Nherman@morganlewis.com | rnies@wolffsamson.com |
| nissay_10259-0154@mhmjapan.com | rnorton@hunton.com |
| nlepore@schnader.com | robert.bailey@bnymellon.com |
| notice@bkcylaw.com | robert.dombroff@bingham.com |
| oipress@travelers.com | robert.henoch@kobrekim.com |
| omeca.nedd@lovells.com | robert.malone@dbr.com |
| paronzon@milbank.com | Robert.yalen@usdoj.gov |
| patrick.potter@pillsburylaw.com | robertdakis@quinnemanuel.com |
| paul.turner@sutherland.com | Robin.Keller@Lovells.com |
| pbattista@gjb-law.com | ronald.silverman@bingham.com |
| pbosswick@ssbb.com | rreid@sheppardmullin.com |
| pdublin@akingump.com | rroupinian@outtengolden.com |
| peisenberg@lockelord.com | rterenzi@stcwlaw.com |
| peter.gilhuly@lw.com | RTrust@cravath.com |
| peter.simmons@friedfrank.com | rwasserman@cftc.gov |
| peter@bankrupt.com | rwyron@orrick.com |
| pfeldman@oshr.com | s.minehan@aozorabank.co.jp |
| phayden@mcguirewoods.com | sabin.willett@bingham.com |
| pmaxcy@sonnenschein.com | sabramowitz@velaw.com |
| pnichols@whitecase.com | sagolden@hhlaw.com |
| ppascuzzi@ffwplaw.com | Sally.Henry@skadden.com |
| ppatterson@stradley.com | sandyscafaria@eaton.com |
| pquinn@orrick.com | Sara.Tapinekis@cliffordchance.com |
| psp@njlawfirm.com | sbernstein@hunton.com |
| ptrostle@jenner.com | schannej@pepperlaw.com |
| pwirt@ftportfolios.com | schapman@willkie.com |
| pwright@dl.com | Schepis@pursuitpartners.com |
| r.stahl@stahlzelloe.com | schnabel.eric@dorsey.com |
| raj.madan@bingham.com | schristianson@buchalter.com |
| ramona.neal@hp.com | scottshelley@quinnemanuel.com |
| ranjit.mather@bnymellon.com | scousins@armstrongteasdale.com |
| rbeacher@daypitney.com | sdnyecf@dor.mo.gov |
| rbernard@bakerlaw.com | sean@blbglaw.com |
| rbyman@jenner.com | sehlers@armstrongteasdale.com |
| rchoi@kayescholer.com | sfelderstein@ffwplaw.com |
| rdaversa@orrick.com | sfineman@lchb.com |
| relgidely@gjb-law.com | sfox@mcguirewoods.com |
| rfleischer@pryorcashman.com | sgordon@cahill.com |
| rfrankel@orrick.com | sgubner@ebg-law.com |
| rfriedman@silvermanacampora.com | sharbeck@sipc.org |
| rgmason@wlrk.com | shari.leventhal@ny.frb.org |
| rgraham@whitecase.com | sheehan@txschoollaw.com |

**Email Addresses**

shgross5@yahoo.com
shumaker@pursuitpartners.com
shumaker@pursuitpartners.com
sidorsky@butzel.com
slerner@ssd.com
SLoden@DiamondMcCarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
SRee@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
steele@lowenstein.com
stephanie.wickouski@dbr.com
steve.ginther@dor.mo.gov
steven.perlstein@kobrekim.com
steven.wilamowsky@bingham.com
Streusand@StreusandLandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@duffyandatkins.com
TGoren@mofo.com
thomas.califano@dlapiper.com
Thomas_Noguerola@calpers.ca.gov
thomaskent@paulhastings.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tslome@msek.com
ttracy@crockerkuno.com
twatanabe@mofo.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com

vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wendy.rosenthal@cliffordchance.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp

**Exhibit "B"**

| Name | Fax |
| --- | --- |
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE, ANDREW D VELEZ-RIVERA | 212-668-2255 |

**Exhibit "C"**

THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN, COURTROOM 601
ALEXANDER CUSTOM HOUSE
NEW YORK, NY 10004


OFFICE OF THE US TRUSTEE
ATTN: ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004