**HEARING DATE:**
December 16, 2009 at 10:00 a.m.
**OBJECTIONS DUE:**
December 7, 2009 at 4:00 p.m.

BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue, 7th Floor
New York, NY 10022
Telephone: (212) 446-2300
Facsimile:  (212) 446-2350
Jonathan D. Schiller, Esq.
Hamish P.M. Hume, Esq.
Jack G. Stern, Esq.

Attorneys for Barclays Capital Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> Lehman Brothers Inc., <br><br>              Debtor. | Case No. 08-01420 (JMP) <br> SIPA |
| In re: <br><br> Lehman Brothers Holdings Inc., <u>et</u> <u>al</u>. <br><br>              Debtors. | Chapter 11 <br><br> Case No. 08-13555 (JMP) <br> (Jointly Administered) |

**NOTICE OF SUPPLEMENT TO OBJECTION OF BARCLAYS CAPITAL INC. TO MOTION BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF LEHMAN BROTHERS HOLDINGS INC. ET AL., PURSUANT TO 11 U.S.C. § 105(a) AND HAGUE CONVENTION (28 U.S.C. § 1781), FOR LETTERS OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE**

Barclays Capital Inc. ("Barclays"), through its undersigned attorneys, supplements its Objection to the Motion of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. §105(a) and 28 U.S.C. §1781 for Letters of Request for International Judicial Assistance. Barclays today received a copy of a letter dated December 9, 2009 from the FSA to the Creditors Committee, which the FSA has specifically asked be brought to this Court's attention, and which is attached as Exhibit 1.

Dated: New York, New York
December 9, 2009

BOIES, SCHILLER & FLEXNER LLP

By: _____
Jonathan D. Schiller
Hamish P.M. Hume
Jack G. Stern
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

*Attorneys for Barclays Capital Inc.*