UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | |
|---|---|
| In re | : | Chapter 11 |

In re                                                    :     Chapter 11
                                                         :
LEHMAN BROTHERS HOLDINGS INC.                            :     Case No. 08-13555 (JMP)
                                                         :
                                                         :     Jointly Administered
                                                         :
                        Debtor                           :

------------------------------------------------------------------x

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.


| Bank of America, N.A. | EnBW Trading GmbH |
|---|---|
| Name of Transferee | Name of Transferor |
| Proof of Claim Amount | Proof of Claim No. |
| $7,971,107.15 | 28628 |

You are hereby requested to make all future payments and distributions, and to give all notices
and other communications, in respect of the Claim to the Transferee at the address below.

TRANSFEREE:  Bank of America, N.A.
Address:     c/o Bank of America Merrill Lynch
             Bank of America Tower, 3rd Floor
             One Bryant Park
             New York, NY  10036
             Attention: Gary Cohen, Ronald Torok


I declare under penalty of perjury that the information provided in this evidence and notice is
true and correct to the best of my knowledge and belief.

**Bank of America, N.A.**

By: _____                    Date: December 8, 2009
Name: David Halesworth
Title: Principal

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

12805482.1

EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

and to:  Bank of America, N.A.

EnBW Trading GmbH, a Limited Liability Corporation (Gesellschaft mit beschränkter Haftung), located at Karlsruhe, Germany ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to Bank of America, N.A., its successors and assigns, with offices at Bank of America Tower, 3rd Floor, One Bryant Park, New York, NY 10036 ("Buyer"), all rights, title and interest in and to the claim of Seller against Lehman Brothers Special Financing Inc. (including Seller's claim against Lehman Brothers Holdings Inc., the guarantor of such claim) in the amount of $ 7,971,107.15 (collectively the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP) in respect of **Trade Reference Number(s):** 23628 ; 28431   .

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Agreement by their duly authorized representatives as of the 18 day of November, 2009.

ENBW TRADING GMBH

By: _____
Name: Ralf Klöpfer
Title: Executive Director

BANK OF AMERICA, N.A.

By: _____
Name: David Holesworth
Title: Principal