**Presentment Date and Time: December 17, 2009 at 12:00 p.m.**
**Objection Deadline: December 16, 2009 at 4:00 p.m.**
**Hearing Date and Time (Only if Objection Filed): January 13, 2010 at 10:00 a.m.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC. et al., | § § § | Case No. 08-13555 (JMP) |
| Debtors, | § § | (Jointly Administered) |

| | | |
|---|---|---|
| In re: | § § § | |
| LEHMAN BROTHERS INC., | § § § | Case No. 08-01420 (JMP) SIPA |
| Debtor. | § § § | |

### NOTICE OF PRESENTMENT OF STIPULATION AND ORDER REGARDING CALYON'S CURE OBJECTION

PLEASE TAKE NOTICE that the undersigned will present the attached Stipulation and Order between the Barclays Capital Inc. and Calyon (the "Stipulated Order") to the Honorable James M. Peck, United States Bankruptcy Judge, for signature on **Thursday, December 17, 2009 at 12:00 p.m. (ET).**

PLEASE TAKE FURTHER NOTICE that, objections, if any, to the relief requested in the Stipulated Order must comply with the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and the Local Rules of the United States Bankruptcy Court for the Southern District of New York, must be set forth in a writing describing the basis therefor and must be filed with the Court electronically in accordance with General Orders M-182 and M-193 by registered users of the Court's electronic case filing system (the User's Manual for the

Electronic Case Filing System can be found at http://www.nysb.uscourts.gov, the official website of the Bankruptcy Court) and, by all other parties in interest, on a 3½ inch disk, preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format (with a hard copy delivered directly to Chambers (as defined below)) and served in accordance with General Orders M-182 or by first-class mail upon each of the following: (i) the chambers of the Honorable James M. Peck ("Chambers"), One Bowling Green, New York, New York 10004, Courtroom 601; (ii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, (Attn: Richard P. Krasnow, Esq., Lori R. Fife, Esq., Shai Y. Waisman, Esq., and Jacqueline Marcus, Esq.); (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq. and Tracy Hope Davis, Esq.); (iv) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.) and Quinn Emanuel Urquhart Oliver & Hedges, LLP (Attn: James Tecce, Esq., Susheel Kirpalani, Esq. and Eric Kay, Esq.), attorneys for the Official Committee of Unsecured Creditors; (v) Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006 (Attn: Lindsee P. Granfield, Esq. and Lisa Schweitzer, Esq.), attorneys for Barclays Capital Inc.; and (vi) Hughes Hubbard & Reed LLP, One Battery Park Plaza, New York, NY 10004 (Attn: James B. Kobak, Esq. and David Wiltenberg, Esq.), attorneys for the SIPA Trustee, so as to be received no later than **4:00 p.m. (ET) on Wednesday, December 16, 2009.** If no objections are filed and served by that time, the Court may sign the Stipulated Order without a hearing and without any further notice.

PLEASE TAKE FURTHER NOTICE that if a written objection is timely filed and served, a hearing will be held on **Wednesday, January 13, 2010, at 10 a.m. (ET)** at the United States Bankruptcy Court for the Southern District of New York, Honorable James M. Peck, United States Bankruptcy Judge, One Bowling Green, New York, New York 10004-1408, 6th Floor.  The moving and objecting parties are required to attend the hearing, and failure to appear may result in relief being granted or denied upon default.

Dated:  New York, New York
         December 9, 2009

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

By:     /s/ Lindsee P. Granfield
     Lindsee P. Granfield
     Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to Barclays Capital Inc.*

3