**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re                                                       :     Chapter 11 Case No.
                                                            :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                :     08-13555 (JMP)
                                                            :
                   Debtors.                                 :     (Jointly Administered)
                                                            :
------------------------------------------------------------------x     Ref. Docket Nos. 5986, 5988, 5991,
                                                                  5993 - 5995, 5997, 5998

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 2, 2009, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Paul Belobritsky
Paul Belobritsky

Sworn to before me this
9th day of December, 2009

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

# EXHIBIT "A"

```
In re                                          | Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         | 08-13555 (JMP)
                                               |
                                               | (Jointly Administered)
              Debtors.                         |
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
     To:   BLUE MOUNTAIN CREDIT ALTERNATIVES MASTER FUND LP (AS ASSIGNEE)
           BLUEMOUNTAIN BLUECORR FUND, LLC (AS ASSIGNOR)
           280 PARK AVENUE, 5TH FLOOR EAST
           NEW YORK NY 10017
```

Please note that your claim # 24940 in the above referenced case and in the amount of
         $2,536,423.00         has been transferred **(unless previously expunged by court order)**

```
           VARDE INVESTMENT PARTNERS, LP
           TRANSFEROR: BLUE MOUNTAIN CREDIT ALTERNATIVES MASTER FUND LP (AS ASSIG
           8500 NROMANDALE LAKE BLVD., SUITE 1500
           ATTN: EDWINA P.J. STEFFER
           MINNEAPOLIS MN 55437
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                             UNITED STATES BANKRUPTCY COURT
                             Southern District of New York
                             One Bowling Green
                             New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5986      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/02/2009                           Vito Genna, Clerk of Court


                                           /s/ Paul Belobritsky
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 2, 2009.

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
|  | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. |  |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  BLUE MOUNTAIN CREDIT ALTERNATIVES MASTER FUND LP (AS ASSIGNEE)
         BLUEMOUNTAIN BLUECORR FUND, LLC (AS ASSIGNOR)
         280 PARK AVENUE, 5TH FLOOR EAST
         NEW YORK NY 10017
```

Please note that your claim # 24941 in the above referenced case and in the amount of
        $2,536,423.00          has been transferred **(unless previously expunged by court order)**

```
         VARDE INVESTMENT PARTNERS, LP
         TRANSFEROR: BLUE MOUNTAIN CREDIT ALTERNATIVES MASTER FUND LP (AS ASSIG
         8500 NROMANDALE LAKE BLVD., SUITE 1500
         ATTN: EDWINA P.J. STEFFER
         MINNEAPOLIS MN 55437
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                              UNITED STATES BANKRUPTCY COURT
                              Southern District of New York
                              One Bowling Green
                              New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5988       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/02/2009                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          ─────────────────────────────────
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 2, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

     To:   BLUE MOUNTAIN CREDIT ALTERNATIVES MASTER FUND LP (AS ASSIGNEE)
           BLUE MOUNTAIN CRV II MASTER FUND LP (AS ASSIGNOR)
           280 PARK AVENUE, 5TH FLOOR EAST
           NEW YORK NY 10017

Please note that your claim # 24942 in the above referenced case and in the amount of
          $278,324.00         has been transferred **(unless previously expunged by court order)**

           VARDE INVESTMENT PARTNERS, LP
           TRANSFEROR: BLUE MOUNTAIN CREDIT ALTERNATIVES MASTER FUND LP (AS ASSIG
           8500 NROMANDALE LAKE BLVD., SUITE 1500
           ATTN: EDWINA P.J. STEFFER
           MINNEAPOLIS MN 55437

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                              UNITED STATES BANKRUPTCY COURT
                              Southern District of New York
                              One Bowling Green
                              New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5991      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/02/2009                          Vito Genna, Clerk of Court

                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 2, 2009.

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   BLUE MOUNTAIN CREDIT ALTERNATIVES MASTER FUND LP (AS ASSIGNEE)
          BLUE MOUNTAIN CRV II MASTER FUND LP (AS ASSIGNOR)
          280 PARK AVENUE, 5TH FLOOR EAST
          NEW YORK NY 10017

Please note that your claim # 24943 in the above referenced case and in the amount of
         $278,324.00        has been transferred **(unless previously expunged by court order)**

          VARDE INVESTMENT PARTNERS, LP
          TRANSFEROR: BLUE MOUNTAIN CREDIT ALTERNATIVES MASTER FUND LP (AS ASSIG
          8500 NROMANDALE LAKE BLVD., SUITE 1500
          ATTN: EDWINA P.J. STEFFER
          MINNEAPOLIS MN 55437

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5993     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/02/2009                          Vito Genna, Clerk of Court

                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 2, 2009.

```
In re                                          |   Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         |   08-13555 (JMP)
                                               |
                                               |   (Jointly Administered)
              Debtors.                         |
                                               |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

         To:   BLUEMOUNTAIN EQUITY ALTERNATIVES MASTER FUND LP
               280 PARK AVENUE, 5TH FLOOR EAST
               NEW YORK NY 10017

Please note that your claim # 24946 in the above referenced case and in the amount of
         $1,086,788.00         has been transferred **(unless previously expunged by court order)**

               VARDE INVESTMENT PARTNERS, LP
               TRANSFEROR: BLUEMOUNTAIN EQUITY ALTERNATIVES MASTER FUND LP
               8500 NROMANDALE LAKE BLVD., SUITE 1500
               ATTN: EDWINA P.J. STEFFER
               MINNEAPOLIS MN 55437

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 5997    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/02/2009                              Vito Genna, Clerk of Court


                                              /s/ Paul Belobritsky
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on December 2, 2009.

```
In re                                          |  Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         |  08-13555 (JMP)
                                               |
                                               |  (Jointly Administered)
                     Debtors.                  |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  BLUEMOUNTAIN EQUITY ALTERNATIVES MASTER FUND LP
         280 PARK AVENUE, 5TH FLOOR EAST
         NEW YORK NY 10017

Please note that your claim # 24947 in the above referenced case and in the amount of
    $1,086,788.00        has been transferred **(unless previously expunged by court order)**

         VARDE INVESTMENT PARTNERS, LP
         TRANSFEROR: BLUEMOUNTAIN EQUITY ALTERNATIVES MASTER FUND LP
         8500 NROMANDALE LAKE BLVD., SUITE 1500
         ATTN: EDWINA P.J. STEFFER
         MINNEAPOLIS MN 55437

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 5998    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/02/2009                    Vito Genna, Clerk of Court


                                    /s/ Paul Belobritsky
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on December 2, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                    |
In re                               |    Chapter 11 Case No.
                                    |
                                    |    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,|
                                    |    (Jointly Administered)
                                    |
          Debtors.                  |
                                    |
_____|
```

           **NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
                        BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   BLUEMOUNTAIN TIMBERLINE LTD
              280 PARK AVENUE, 5TH FLOOR EAST
              NEW YORK NY 10017

Please note that your claim # 24944 in the above referenced case and in the amount of
         $5,718,758.00        has been transferred **(unless previously expunged by court order)**

              VARDE INVESTMENT PARTNERS, LP
              TRANSFEROR: BLUEMOUNTAIN TIMBERLINE LTD
              8500 NROMANDALE LAKE BLVD., SUITE 1500
              ATTN: EDWINA P.J. STEFFER
              MINNEAPOLIS MN 55437

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5994       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/02/2009                           Vito Genna, Clerk of Court

                                           /s/ Paul Belobritsky
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 2, 2009.

```
In re                                          |   Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         |   08-13555 (JMP)
                                               |
                                               |   (Jointly Administered)
              Debtors.                         |
                                               |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
       To:  BLUEMOUNTAIN TIMBERLINE LTD
            280 PARK AVENUE, 5TH FLOOR EAST
            NEW YORK NY 10017
```

Please note that your claim # 24945 in the above referenced case and in the amount of
     $5,718,758.00       has been transferred **(unless previously expunged by court order)**

```
            VARDE INVESTMENT PARTNERS, LP
            TRANSFEROR: BLUEMOUNTAIN TIMBERLINE LTD
            8500 NROMANDALE LAKE BLVD., SUITE 1500
            ATTN: EDWINA P.J. STEFFER
            MINNEAPOLIS MN 55437
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                      UNITED STATES BANKRUPTCY COURT
                      Southern District of New York
                      One Bowling Green
                      New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 5995     in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/02/2009                             Vito Genna, Clerk of Court

                                             /s/ Paul Belobritsky
                                             _____
                                             By: Epiq Bankruptcy Solutions, LLC
                                                 as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 2, 2009.

**EXHIBIT "B"**

```
TIME: 15:39:34                                  LEHMAN BROTHERS HOLDING INC.
DATE: 12/02/09                                       CREDITOR LISTING                                                PAGE: 1

Name                                                   Address
BLUE MOUNTAIN CREDIT ALTERNATIVES MASTER FUND LP       BLUEMOUNTAIN CAPITAL MASTER FUND LP (AS ASSIGNOR) 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017
BLUE MOUNTAIN CREDIT ALTERNATIVES MASTER FUND LP       BLUEMOUNTAIN LONG/SHORT CREDIT FUND, LLC (AS ASSIGNOR) 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017
BLUEMOUNTAIN EQUITY ALTERNATIVES MASTER FUND LP        BLUEMOUNTAIN EQUITY ALTERNATIVES MASTER FUND (AS ASSIGNOR) 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017
BLUEMOUNTAIN TIMBERLINE LTD                            280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017
VARDE INVESTMENT PARTNERS, LP                          TRANSFEROR: BLUE MOUNTAIN CREDIT ALTERNATIVES MASTER FUND LP (AS ASSIG 8500 NROMANDALE LAKE BLVD., SUITE 1500 ATTN: EDWINA P.J. STEFFER
VARDE INVESTMENT PARTNERS, LP                          TRANSFEROR: BLUEMOUNTAIN EQUITY ALTERNATIVES MASTER FUND LP 8500 NROMANDALE LAKE BLVD., SUITE 1500 ATTN: EDWINA P.J. STEFFER MINNEAPOLI
VARDE INVESTMENT PARTNERS, LP                          TRANSFEROR: BLUEMOUNTAIN TIMBERLINE LTD 8500 NROMANDALE LAKE BLVD., SUITE 1500 ATTN: EDWINA P.J. STEFFER MINNEAPOLIS MN 55437

Total Number of Records Printed        7
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

# EXHIBIT "C"

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153