**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
:
In re                                                          :    Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**    :    08-13555 (JMP)
:
Debtors.                                            :    (Jointly Administered)
:
---------------------------------------------------------------------x    Ref. Docket Nos. 6011-6014, 6034-
6037

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 3, 2009, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Paul Belobritsky
Paul Belobritsky

Sworn to before me this
9th day of December, 2009

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

T:\Clients\LBH\Affidavits\Transfer 6011-6014, 6034-6037_Aff 12-03-09.doc

**EXHIBIT "A"**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  ALLIANCEBERNSTEIN
         ACM EURO CREDIT TOTAL RETURN 3 - BOND (AGEREUR)
         ATTN: MICHAEL SOHR, 38TH FL.
         1345 AVENUE OF THE AMERICAS
         NEW YORK NY 10105

Please note that your claim # 42289 in the above referenced case and in the amount of
    $6,918,929.00         has been transferred **(unless previously expunged by court order)**

         MORGAN STANLEY & CO. INTERNATIONAL PLC
         TRANSFEROR: ALLIANCEBERNSTEIN
         25, CABOT SQUARE
         CANARY WHARF
         LONDON    E14 4QA
         ENGLAND

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6037    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/03/2009                          Vito Genna, Clerk of Court

                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 3, 2009.

```
In re                                          |  Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         |  08-13555 (JMP)
                                               |
                                               |  (Jointly Administered)
              Debtors.                         |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
     To:  LONGACRE OPPORTUNITY FUND, L.P.
          TRANSFEROR: PUBLIC UTILITY DISTRICT NO. 1 OF CHELAN COUNTY WASHINGTON
          810 SEVENTH AVENUE, 33RD FLOOR
          ATTN: VLADIMIR JELISAVCIC
          NEW YORK NY 100193
```

Please note that your claim # 7603 in the above referenced case and in the amount of
       $440,084.00        has been transferred **(unless previously expunged by court order)**

```
          SPCP GROUP, L.L.C.
          TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P.
          ATTN: BRIAN JARMAIN
          600 GREENWICH PLAZA
          GREENWICH CT 08630
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                          UNITED STATES BANKRUPTCY COURT
                          Southern District of New York
                          One Bowling Green
                          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6011      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/03/2009                               Vito Genna, Clerk of Court

                                               /s/ Paul Belobritsky
                                               _____
                                               By: Epiq Bankruptcy Solutions, LLC
                                                   as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 3, 2009.

```
In re                                          |  Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         |  08-13555 (JMP)
                                               |
                                               |  (Jointly Administered)
              Debtors.                         |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   LONGACRE OPPORTUNITY FUND, L.P.
      TRANSFEROR: PUBLIC UTILITY DISTRICT NO. 1 OF CHELAN
      810 SEVENTH AVENUE, 33RD FLOOR
      ATTN: VLADIMIR JELISAVCIC
      NEW YORK NY 100193
```

Please note that your claim # 7602 in the above referenced case and in the amount of
        $440,084.00         has been transferred **(unless previously expunged by court order)**

```
      SPCP GROUP, L.L.C.
      TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P.
      ATTN: BRIAN JARMAIN
      600 GREENWICH PLAZA
      GREENWICH CT 08630
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6012     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/03/2009                            Vito Genna, Clerk of Court


                                            /s/ Paul Belobritsky
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 3, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  LONGACRE OPPORTUNITY FUND, L.P.
     TRANSFEROR: PUBLIC UTILITY DISTRICT NO. 1 OF CHELAN
     810 SEVENTH AVENUE, 33RD FLOOR
     ATTN: VLADIMIR JELISAVCIC
     NEW YORK NY 100193
```

Please note that your claim # 1280 in the above referenced case and in the amount of
    $444,376.00         has been transferred **(unless previously expunged by court order)**

```
     SPCP GROUP, L.L.C.
     TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P.
     ATTN: BRIAN JARMAIN
     600 GREENWICH PLAZA
     GREENWICH CT 08630
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 6013      in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/03/2009                              Vito Genna, Clerk of Court

                                              /s/ Paul Belobritsky
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 3, 2009.

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  LONGACRE OPPORTUNITY FUND, L.P.
         TRANSFEROR: PUBLIC UTILITY DISTRICT NO. 1 OF CHELAN
         810 SEVENTH AVENUE, 33RD FLOOR
         ATTN: VLADIMIR JELISAVCIC
         NEW YORK NY 100193

Please note that your claim # 1279 in the above referenced case and in the amount of
       $444,376.00       has been transferred **(unless previously expunged by court order)**

         SPCP GROUP, L.L.C.
         TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P.
         ATTN: BRIAN JARMAIN
         2 GREENWICH PLAZA, 1ST FLOOR
         GREENWICH CT 06830

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6014      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/03/2009                        Vito Genna, Clerk of Court

                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 3, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  LBBW ASSET MANAGEMENT INVESTMENTGESELLSCHAFT MBH        LBBW ASSET MANAGEMENT INVESTMENTGESELLSCHAFT
     ATTN MARCUS MUHLBEYER                                    SHEARMAN & STERLING LLP
     KONENSTR. 20                                             ATTN DOUGLAS P. BARTNER, ESQ. & SUSAN A. FEN
     STUTTGART    70173                                       599 LEXINGTON AVENUE
     GERMANY                                                  NEW YORK NY 10022
```

Please note that your claim # 49766 in the above referenced case and in the amount of
       $3,204,675.00        has been transferred **(unless previously expunged by court order)**

```
     MORGAN STANLEY & CO. INTERNATIONAL PLC                   MORGAN STANLEY & CO. INTERNATIONAL PLC
     TRANSFEROR: LBBW ASSET MANAGEMENT INVESTMENTGESELLSCHAFT MBH   MICHAEL FRIEDMAN
     25, CABOT SQUARE                                         RICHARDS KIBBE & ORBE LLP
     CANARY WHARF                                             ONE WOLRD FINANCIAL CENTER
     LONDON    E14 4QA                                        NEW YORK NY 10281
     ENGLAND
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6034      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/03/2009                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 3, 2009.

```
In re                                          |  Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         |  08-13555 (JMP)
                                               |
                                               |  (Jointly Administered)
                Debtors.                       |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   MORGAN STANLEY & CO INTERNATIONAL PLC          MORGAN STANLEY & CO INTERNATIONAL PLC
      ATTN: BRIAN CRIPPS                             RICHARDS KIBBE & ORBE LLP
      25 CABOT SQUARE, CANARY WHARF                  ATTN: MICHAEL FRIEDMAN, ESQ.
      LONDON    E14 4QA                              ONE WORLD FINANCIAL CENTER
      UNITED KINGDOM                                 NEW YORK NY 10281
```

Please note that your claim # 58705-01 in the above referenced case and in the amount of $5,040,674.86    has been transferred **(unless previously expunged by court order)**

```
      KING STREET CAPITAL MASTER FUND, LTD           KING STREET CAPITAL MASTER FUND, LTD
      TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC   SCOTT L. ESBIN
      65 EAST 55TH STREET, 30TH FLOOR                ESBIN & ALTER, LLP
      NEW YORK NY 10022                              497 SOUTH MAIN STREET
                                                     NEW CITY NY 10956
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 6035    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/03/2009                        Vito Genna, Clerk of Court

                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 3, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  MORGAN STANLEY & CO INTERNATIONAL PLC         MORGAN STANLEY & CO INTERNATIONAL PLC
     ATTN: BRIAN CRIPPS                            RICHARDS KIBBE & ORBE LLP
     25 CABOT SQUARE, CANARY WHARF                 ATTN: MICHAEL FRIEDMAN, ESQ.
     LONDON    E14 4QA                             ONE WORLD FINANCIAL CENTER
     UNITED KINGDOM                                NEW YORK NY 10281
```

Please note that your claim # 58705 in the above referenced case and in the amount of
    $2,109,218.56      has been transferred **(unless previously expunged by court order)**

```
     KING STREET CAPITAL, LP                       KING STREET CAPITAL, LP
     TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC   SCOTT L. ESBIN
     65 EAST 55TH STREET, 30TH FLOOR               ESBIN & ALTER, LLP
     NEW YORK NY 10022                             497 SOUTH MAIN STREET
                                                   NEW CITY NY 10956
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 6036 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/03/2009                    Vito Genna, Clerk of Court

                                    /s/ Paul Belobritsky
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 3, 2009.

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
|  | (Jointly Administered) |
| Debtors. |  |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  LBBW ASSET MANAGEMENT INVESTMENTGESELLSCHAFT MBH  
SHEARMAN & STERLING LLP  
ATTN DOUGLAS P. BARTNER, ESQ. & SUSAN A. FENNESSEY, ESQ.  
599 LEXINGTON AVENUE  
NEW YORK NY 10022

LBBW ASSET MANAGEMENT INVESTMENTGESELLSCHAFT  
ATTN MARCUS MUHLBEYER  
KONENSTR. 20  
STUTTGART    70173  
GERMANY

Please note that your claim # 49766 in the above referenced case and in the amount of
$3,204,675.00    has been transferred **(unless previously expunged by court order)**

MORGAN STANLEY & CO. INTERNATIONAL PLC  
MICHAEL FRIEDMAN  
RICHARDS KIBBE & ORBE LLP  
ONE WOLRD FINANCIAL CENTER  
NEW YORK NY 10281

MORGAN STANLEY & CO. INTERNATIONAL PLC  
TRANSFEROR: LBBW ASSET MANAGEMENT INVESTMENT  
25, CABOT SQUARE  
CANARY WHARF  
LONDON    E14 4QA  
ENGLAND

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT  
Southern District of New York  
One Bowling Green  
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 6034    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/03/2009                                  Vito Genna, Clerk of Court

/s/ Paul Belobritsky  
_____  
By: Epiq Bankruptcy Solutions, LLC  
    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 3, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
|  | (Jointly Administered) |
| Debtors. | |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  MORGAN STANLEY & CO INTERNATIONAL PLC          MORGAN STANLEY & CO INTERNATIONAL PLC
     RICHARDS KIBBE & ORBE LLP                      ATTN: BRIAN CRIPPS
     ATTN: MICHAEL FRIEDMAN, ESQ.                   25 CABOT SQUARE, CANARY WHARF
     ONE WORLD FINANCIAL CENTER                     LONDON     E14 4QA
     NEW YORK NY 10281                              UNITED KINGDOM
```

Please note that your claim # 58705-01 in the above referenced case and in the amount of
         $5,040,674.86        has been transferred **(unless previously expunged by court order)**

```
     KING STREET CAPITAL MASTER FUND, LTD           KING STREET CAPITAL MASTER FUND, LTD
     SCOTT L. ESBIN                                 TRANSFEROR: MORGAN STANLEY & CO INTERNATIONA
     ESBIN & ALTER, LLP                             65 EAST 55TH STREET, 30TH FLOOR
     497 SOUTH MAIN STREET                          NEW YORK NY 10022
     NEW CITY NY 10956
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6035     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/03/2009                         Vito Genna, Clerk of Court

                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 3, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                            |
In re                                       |   Chapter 11 Case No.
                                            |
                                            |   08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,       |
                                            |   (Jointly Administered)
                                            |
           Debtors.                         |
                                            |
_____|

           **NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
                         **BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

       To:  MORGAN STANLEY & CO INTERNATIONAL PLC           MORGAN STANLEY & CO INTERNATIONAL PLC
            RICHARDS KIBBE & ORBE LLP                       ATTN: BRIAN CRIPPS
            ATTN: MICHAEL FRIEDMAN, ESQ.                    25 CABOT SQUARE, CANARY WHARF
            ONE WORLD FINANCIAL CENTER                      LONDON    E14 4QA
            NEW YORK NY 10281                               UNITED KINGDOM

Please note that your claim # 58705 in the above referenced case and in the amount of
       $2,109,218.56       has been transferred **(unless previously expunged by court order)**


            KING STREET CAPITAL, LP                         KING STREET CAPITAL, LP
            SCOTT L. ESBIN                                  TRANSFEROR: MORGAN STANLEY & CO INTERNATIONA
            ESBIN & ALTER, LLP                              65 EAST 55TH STREET, 30TH FLOOR
            497 SOUTH MAIN STREET                           NEW YORK NY 10022
            NEW CITY NY 10956


No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**
                              UNITED STATES BANKRUPTCY COURT
                              Southern District of New York
                              One Bowling Green
                              New York,NY 10004-1408
Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6036       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/03/2009                              Vito Genna, Clerk of Court


                                              /s/ Paul Belobritsky
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 3, 2009.

**EXHIBIT "B"**

```
TIME: 17:14:45                                            PAGE:    1
DATE: 12/03/09
```

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| ALLIANCEBERNSTEIN | ACM EURO CREDIT TOTAL RETURN 3 - BOND (AGEREUR) ATTN: MICHAEL SOHR, 38TH FL. 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| KING STREET CAPITAL MASTER FUND, LTD | RICHARDS KIBBE & ORBE LLP ATTN: MICHAEL FRIEDMAN, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| KING STREET CAPITAL MASTER FUND, LTD | SCOTT L. ESBIN ESBIN & ALTER, LLP 497 SOUTH MAIN STREET NEW CITY NY 10956 |
| KING STREET CAPITAL MASTER FUND, LTD | TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC 65 EAST 55TH STREET, 30TH FLOOR NEW YORK NY 10022 |
| KING STREET CAPITAL, LP | SCOTT L. ESBIN ESBIN & ALTER, LLP 497 SOUTH MAIN STREET NEW CITY NY 10956 |
| KING STREET CAPITAL, LP | TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC 65 EAST 55TH STREET, 30TH FLOOR NEW YORK NY 10022 |
| LBBW ASSET MANAGEMENT INVESTMENTGESELLSCHAFT MBH | STERLING LLP ATTN DOUGLAS P. BARTNER, ESQ. & SUSAN A. FENNESSEY, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| LBBW ASSET MANAGEMENT INVESTMENTGESELLSCHAFT MBH | MARCUS MUHLBEYER KONENSTR. 20 STUTTGART 70173 GERMANY |
| LONGACRE OPPORTUNITY FUND, L.P. | TRANSFEROR: PUBLIC UTILITY DISTRICT NO. 1 OF CHELAN 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK NY 100193 |
| LONGACRE OPPORTUNITY FUND, L.P. | TRANSFEROR: PUBLIC UTILITY DISTRICT NO. 1 OF CHELAN COUNTY WASHINGTON 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK |
| MORGAN STANLEY & CO INTERNATIONAL PLC | ATTN: BRIAN CRIPPS 25 CABOT SQUARE, CANARY WHARF LONDON E14 4QA UNITED KINGDOM |
| MORGAN STANLEY & CO INTERNATIONAL PLC | RICHARDS KIBBE & ORBE LLP ATTN: MICHAEL FRIEDMAN, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | MICHAEL FRIEDMAN RICHARDS KIBBE & ORBE LLP ONE WOLRD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | TRANSFEROR: ALLIANCEBERNSTEIN 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA ENGLAND |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | TRANSFEROR: LBBW ASSET MANAGEMENT INVESTMENTGESELLSCHAFT MBH 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA ENGLAND |
| SPCP GROUP, L.L.C. | TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P. ATTN: BRIAN JARMAIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830 |
| SPCP GROUP, L.L.C. | TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P. ATTN: BRIAN JARMAIN 600 GREENWICH PLAZA GREENWICH CT 08630 |

Total Number of Records Printed      17

# EXHIBIT "C"

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153