JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
Robert L. Byman (Admitted *Pro Hac Vice*)
Daniel R. Murray (Admitted *Pro Hac Vice*)

919 Third Avenue, 37th Floor
New York, New York 10022-3908
Telephone: (212) 891-1600
Facsimile: (212) 891-1699

Attorneys for the Examiner

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
                                                                 :
In re:                                                           :    Chapter 11
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., et al.,                           :    Case No. 08-13555 (JMP)
                                                                 :
                    Debtors.                                     :    (Jointly Administered)
-----------------------------------------------------------------x

## DECLARATION OF SERVICE BY DANIEL R. MURRAY

I, Daniel R. Murray, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

1. This Declaration is submitted in compliance with this Court's February 11, 2009 Order requiring Anton R. Valukas, the Examiner in the above-captioned matter, to file with the Court an affidavit or declaration of service for each subpoena he serves. [Dkt. 2804, ¶ 5.] This Declaration is also submitted in compliance with Local Rule 9078-1, which requires any party serving a pleading or other document to file proof of service within three (3) days of service.

2. Jenner & Block LLP ("Jenner & Block") is counsel to Anton R. Valukas, the Court-appointed Examiner in the above-captioned matter. [*See* Dkt. 2803.] As a partner at

Jenner & Block, I am duly authorized to make this Declaration ("Declaration") on behalf of the Examiner.

3. On December 4, 2009, the Examiner's counsel, through Di Cong Jiang, served a subpoena by hand on John Alexander Kirk through his counsel, David N. Kelley, Cahill, Gordon & Reindel LLP, Eighty Pine Street, New York, New York, 10005-1702. Mr. Kelley agreed to accept service on Mr. Kirk's behalf. On information and belief, Mr. Jiang is over eighteen (18) years old and not a party to the above-captioned matter.

4. On December 10, 2009, pursuant to this Court's February 11, 2009 Order, the Examiner's counsel will send copies of the subpoenas to (i) the Debtor; (ii) the Securities and Exchange Commission; (iii) the Internal Revenue Service; (iv) the SIPA Trustee; and (v) the United States Attorney for the Southern District of New York, with a courtesy copy to the United States Trustee.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of December, 2009, at Chicago, Illinois.

_____
Daniel R. Murray

Sworn to and subscribed before me
this 9th day of December 2009.

_____
NOTARY PUBLIC

My Commission Expires:

OFFICIAL SEAL
MICHAEL H. MATLOCK
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 8-22-2013