**MILBERG WEISS BERSHAD**                Hearing Date: March 14, 2002
**HYNES & LERACH LLP**                        Time:    10 a.m.
Melvyn I. Weiss (MW-1392)
Steven G. Schulman (SS-2561)
Samuel H. Rudman (SR-7957)
Francis Karam (FK-8288)
Peter E. Seidman (PS-8769)
One Penn Plaza
New York, New York 10119

**MILBERG WEISS BERSHAD**
**HYNES & LERACH LLP**
William S. Lerach
Darren J. Robbins
Helen J. Hodges
G. Paul Howes
401 B Street, Suite 1700
San Diego, CA 92101

**GENOVESE JOBLOVE & BATTISTA**
John H. Genovese
Craig P. Rieders
Bank of America Tower
100 Southeast Second Street, 36th Floor
Miami, FL 33131

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

In re:                                              Chapter 11

ENRON CORP., et al.,                    Case No. 01 B 16034 (AJG)

     Debtors.                              (Jointly Administered)

------------------------------------------------------------x


**MOTION OF THE REGENTS OF THE UNIVERSITY OF CALIFORNIA**
**FOR A LIMITED MODIFICATION OF THE AUTOMATIC STAY**

**TO THE HONORABLE ARTHUR J. GONZALEZ,**
**UNITED STATES BANKRUPTCY JUDGE:**

Pursuant to 11 U.S.C. §362(d), Fed. R. Bankr. P. 4001, The Regents of T

(the "Regents"), lead plaintiffs in the consolidated securities class

<u>Enron Corp.</u>, No. H-01-3642 (S.D. Tx.) (the "<u>Newby</u> Action"), respectfully

as representatives of the class of purchasers of publicly traded En

period October 19, 1998 and November 27, 2001 (the "Class"), for relief

Debtor Enron Corporation ("Enron" or the "Company") so that the

produce to the Class (1) copies of all documents and materials Enr

bankruptcy, and will produce, in connection with any inquir(ies)

Company pursuant to subpoena (a) by any committee of the Legislat

Government, or (b) by the Executive branch of the United States Go

limited to the U.S. Department of Justice and the Securities Exchan

all transcripts of witness interviews or depositions in Enron's pos

given or taken in connection with said inquir(ies) or investigatio

The grounds for this motion are that modifying the stay, for

forth herein, would impose virtually no additional burden upon

interest of judicial economy by enabling the action pending in th

proceed expeditiously. This request is particularly appropriate in l

2

mayhem concerning the Debtor's affairs and the widespread destr

Debtor and its former accountants, Arthur Andersen LLP.

1.     This Court has jurisdiction to consider this Motion purs

1334.  This matter is a core proceeding pursuant to 28 U.S.C. §157(b).  Ve

pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

2.     Commencing on December 2, 2001 (the "Petition Date") and,

periodically thereafter, the debtors filed voluntary petitions for

11 of the United States Code (the "Bankruptcy Code").  The Debtors c

businesses and manage their properties as debtors in possession pur

of the Bankruptcy Code.  Pursuant to its authority under section

December 12, 2001, the United States Trustee for the Southern Distri

official committee of unsecured creditors.

3.     Regents is a creditor, equity holder and party-in-interest

bankruptcy case by virtue of sustaining losses from transactions i

than $144 million.  On February 15, 2002, The Hon. Melinda Harmon, U

appointed the Regents as lead plaintiff the Newby Action.

4.     It has been widely and prominently reported that the ra

the Debtors' multi-billion dollar conglomerate, the tragic and e

collapse, and the Debtors' bankruptcy filings, have prompted civil

into the Debtors, their management and advisors by the Securities

"SEC"), the United States Department of Labor, Congress and the Dep

been media reports of the SEC investigation for possible violations

Department of Labor investigation into widespread losses under 40

House and Senate committee investigations into possible fraud, ob

trading by Enron executives; and Justice Department investigation

obstruction of justice. The Debtor has produced, and will produc

with these investigations that are highly relevant to Plaintiff's c

5.    On February 20, 2000, the Court held a hearing on the Titt

Motion to Lift Stay for the purpose of allowing the litigation of I

proceed (the "Hearing"). During the Hearing, the Court inquired o

Debtor, regarding the burden on the Debtor of producing docum

plaintiffs that had previously been produced, or were going to be

governmental agencies investigating Enron. The exchange was as

> THE COURT: Let me understand something in terms of reso

> To the extent --- and I assume you know the answer to thi
> that you have, you, the Debtor, been required to provide documen
> Justice, Department of Labor, what do you do in terms of once the
> set aside, are duplicate copies set aside somewhere so you know exac

> MR. DANILOW: Absolutely, Your Honor.

> THE COURT: Other than a charge for copying, what would
> Debtor to provide -- once the District Court in the Southern Distr
> approval of an agreement or otherwise who the lead plaintiff is, et
> responding to three, four, five different entities or persons -- to p
> documentation that has already been provided, not to allow broad
> just what has already been asked for, copies of depositions, et ceter

MR. DANILOW: The only additional burden other than the
which is complicated by Congress' view that there is no attorney/
not shared by everyone but Congress believes. So there would have
documents for privilege issues. But that would be the main burden
burden, but that would be the burden.

THE COURT: And that burden would fall upon the attorne

MR. DANILOW: Counsel, your honor

THE COURT: And those attorneys are the attorneys that ar
action pre-petition --

MR. DANILOW: Well, your Honor [...]

THE COURT: But it's not likely to be reorganizational cou

MR. DANILOW: We probably would not be spending an inord
that.

6.    On February 25, 2002, the Court, upon the motions of the T

ordered, in relevant part, as follows:

Following the selection of lead counsel and consistent with
scheduling order, entered by Judge Harmon, Enron will prod
client privilege or work product doctrine: (1) a copy of all do
Enron produced since filing for bankruptcy in connection w
investigation(s) into the Company's handling of its ERISA-gove
provided, or that may be provided, pursuant to subpoena (a) by
Legislative branch of the United States Government, or (b) by t
United States Government, including but not limited to the I
copies of all transcripts of witness interviews or depositions
custody, or control given or taken in connection with said

7.    Counsel for the Debtor has stated, on the record, that t

all documents that it has produced to governmental agencies in

reorganizational counsel would not spend "an inordinate amoun

documents for privileged material, and the Court already ordered

documents produced in connection with governmental investiga

plans. The Regents respectfully submit that an Order requiring th

documents already produced since the bankruptcy, and that it wi

produce, to governmental agencies investigating any aspects of th

impose virtually no additional burden upon the Debtor.

8.    Pursuant to Local Bankruptcy Rule for the Southern Dist

York 9013-1(b), because there are no novel issues of law presented he

request that the Court waive the requirement that the Regents fi

support of this Motion.

<u>CONCLUSION</u>

WHEREFORE, the Regents respectfully request entry of an Ord

the automatic stay to the limited extent set forth herein, and gra

relief as is just and proper.

Dated: February 28, 2002                    Respectfully Submitted,

By:   s/ Melvyn I. Weiss
**MILBERG WEISS BERSHAD**
**HYNES & LERACH LLP**
**Melvyn I. Weiss (MW-1392)**
**Steven G. Schulman (SS-2561)**
**Samuel H. Rudman (SR-7957)**
**Francis Karam (FK-8288)**
**One Penn Plaza**
**New York, New York 10119**

**MILBERG WEISS BERSHAD**
**HYNES & LERACH LLP**
**William S. Lerach**
**Darren J. Robbins**
**Helen J. Hodges**
**G. Paul Howes**
**401 B Street, Suite 1700**
**San Diego, CA 92101**

**GENOVESE JOBLOVE & BATTISTA, PA**
**John H. Genovese**
**Craig P. Rieders (CR-9012)**
**Bank of America Tower**
**100 Southeast Second Street, 36th Fl**
**Miami, FL 33131**

**MILBERG WEISS BERSHAD**
**HYNES & LERACH LLP**
**Melvyn I. Weiss (MW-1392)**
**Steven G. Schulman (SS-2561)**
**Samuel H. Rudman (SR-7957)**
**Francis Karam (FK-8288)**
**One Penn Plaza**
**New York, New York 10119**

**MILBERG WEISS BERSHAD**
**HYNES & LERACH LLP**
**William S. Lerach**
**Darren J. Robbins**
**Helen J. Hodges**
**G. Paul Howes**
**401 B Street, Suite 1700**
**San Diego, CA 92101**

**GENOVESE JOBLOVE & BATTISTA**
**John H. Genovese**
**Craig P. Rieders**
**Bank of America Tower**
**100 Southeast Second Street, 36th Floor**
**Miami, FL 33131**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

In re:                                          Chapter 11

ENRON CORP., et al.,                   Case No. 01 B 16034 (AJG)

         Debtors.                            (Jointly Administered)

------------------------------------------------------------x

CERTIFICATE OF SERVICE

F:\enron\ps01939.wpd - February 28, 2002 (4:15PM)

I hereby certify, under penalty of perjury, that on February 25, 2002, I caused a copy of the

Notice of Motion of the Regents of the University of California for a Limited Modification of the

Automatic Stay and the Motion of the Regents of the University of California for a Limited Modification

of the Automatic Stay to be served by Federal Express on the following:

Martin J. Beinenstock, Esq.
Weil Gotschal & Manges LLP
767 Fifth Ave.
New York, NY 10153

Mary Elizabeth Tom
Office of the US Trustee
33 Whitehall St., 21st Floor
New York, NY 10004

Lus Despins, Esq.
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005

and by first class mail, postage prepaid, on the persons listed on the attached service list.

   /s Peter Seidman   
Peter E. Seidman

F:\enron\ps01939.wpd - February 28, 2002 (4:15PM)

## ENRON CORPORATION
### SERVICE LIST

Benjamin C. Ackerly, Esq.
Hunton & Williams
951 E. Byrd Street
Richmond, VA 23219

Martin Bienenstock
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

David Craig Albalah, Esq.
McDermott, Will & Emery
50 Rockefeller Plaza
New York, NY 10020-1605

Greg A. Danilow, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Jonathan Bradley Alter
Bingham Dana LLP
399 Park Avenue
New York, NY 10022

Mark I. Bane, Esq.
Kelley, Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Kenneth P. Coleman
Allen & Overy
10 E. 50th Street
New York, NY 10022

Frank I. Eaton
White & Case, LLP
200 S. Biscayne Blvd.
Miami, FL 33131

Andrew Shaffer, Esq.
Mayer Brown & Platt
1675 Broadway
New York, NY 10019

Ron Kilgard
Dalton Gotto Samson & Kilgard, PLC
3101 North Central Avenue, Suite 900
Phoenix, ZA 85012

Daniel Steven Lubell
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Barbara R. Parlin
McDermott, Will & Emery
50 Rockefeller Plaza
New York, NY 10020

Kenneth A. Rosen, Esq.
Andrew J. Pincus, Esq.
Lowenstein Sandler, PC
65 Livingston Avenue
Roseland, NJ 07068

Ronald J. Silverman
399 Park Avenue
Suite 2021
New York, NY 10022-4689

Mark D. Silverschotz
Anderson Kill & Olick, PC
1251 Avenue of the Americas

Mary Elizabeth Tom
Office of the US Trustee
33 Whitehall Street

New York, NY  10020

21st Floor
New York, NY  10004

Enron Corp.
1400 Smith Street
Houston, Texas 77002

Enron Metals & Commodity Corp.
520 Madison Avenue
New York, New York  10022

Enron North America Corp.
1400 Smith Street
Houston, Texas 77002

Enron Power Marketing, Inc.
1400 Smith Street
Houston, Texas 77002

PBOG Corp.
1400 Smith Street
Houston, Texas 77002

Smith Street Land Company
1400 Smith Street
Houston, Texas 77002

Enron Broadband Services, Inc.
1400 Smith Street
Houston, Texas 77002

Enron Energy Services Operations, Inc.
1400 Smith Street
Houston, Texas 77002

Enron Energy Marketing Corp.
1400 Smith Street
Houston, Texas 77002

Enron Energy Services, Inc.
1400 Smith Street
Houston, Texas 77002

Enron Energy Services LLC
1400 Smith Street
Houston, Texas 77002

Enron Transportation Services Company
1400 Smith Street
Houston, Texas 77002

B&M Leasing Company
1400 Smith Street
Houston, Texas 77002

ENA Asset Holdings, LP
1400 Smith Street
Houston, Texas 77002

Securities and Exchange Commission
Bankruptcy Section
500 Madison, Suite 1400
Chicago, Illinois

Special Procedures Branch
Internal Revenue Service
290 Broadway
New York, NY  10007
Attn:  District Director

Office of the US Trustee
33 Whitehall Street, 21st Floor
New York, NY  10004
Attn: Carolyn S. Schwartz

The Attorney General of the United States
10th & Constitution Ave. NW
Washington, DC  20530

Al Rajhi Banking & Investment Corp.
P.O. Box 28
Postal Code 11411
Riyadh, Saudi Arabia
Attn: James Wilkins

Brown & Connery, LLP
360 Haddon Avenue
P.O. Box 539
Westmont, NJ 08108
Attn: Stephanie Nolan Deviney

Hogan & Hartson, LLP
555 Thirteenth Street, NW
Washington, DC 20004-1109
Attn: Craig H. Ulman, Esq.

Andrew Behrman, Esq.
Pillsbury Winthrop LLP
1 Battery Park Plaza
New York, NY 10004

Bruce Bennett, Esq.
Hennigan, Bennett & Dorman
601 South Figueroa Street
Suite 3300
Los Angeles, CA 90017
Allen & Overy
10 East 50th Street
New York, NY 10022
Attn: David C.L. Frauman
        Ken Coleman
        Ingrid I. Bagby

Glenn M. Reisman
Two Corporate Drive, Suite 636
P.O. Box 861
Shelton, CT 06484-0861

Petro-Canada Hydrocarbons, Inc.
Resources Marketing
P.O. Box 2844
Calgary, Alberta
Canada T2P 3E3

Munsch Hardt Kopf & Harr, PC
4000 Fountain Place
1445 Ross Avenue
Dallas, Texas 75202-2790
Attn: Russell L. Munsch, Esq.
        Edward Lee Morris, Esq.

Paul Weiss Rifkind Wharton & Garrison
1285 Avenue of the Americas
New York, New York 10019-6064
Attn: Alexander V. Rohan

Mark Edwin Browning
Texas Attorney General's Office
Bankrutpcy – Collection Division
P.O. Box 12548
Austin, TX 78711-2548

Roger T. Yokubaitis, PLLC
1177 West Loop south, Suite 1650
Houston, TX 77027-9086
Attn: Roger T. Yokubaitis

Martin G. Bunin, Esq.
Thelen Reid & Priest LLP
40 W. 57th Street

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

New York, NY 10019

Hughes Hubbard & Reed, LLP
350 South Grand Avenue
Los Angeles, CA 90071-3442
Attn:  Daniel H. Slate, Esq.

Baker Botts LLP
One Shell Plaza
910 Louisiana
Houston, TX 77002
Attn: David A. Burns, Esq., Tony M. Davis, Esq.,
Mary Gregory, Esq.,
Marc A. Sennewald, Esq. &
Ronald C. Lewis, Esq.

Howard C. Buschman, Esq.
Gilmartin, Poster & Shafto
One William Street
New York, NY 10004

Morgan Lewis & Bockius, LLP
101 Park Avenue
New York, NY  10178-0060
Attn:  William H. Schrag, Esq.
          Steven A. Navarro, Esq.

McDermott, Will & Emery
50 Rockefeller Plaza
New York, New York  10020-1605
Attn:  David C. Albalah
          Stephen B. Selbst

Kenneth A. Rosen, Esq.
Lowenstein Sandler, PC
65 Livingston Avenue
Roseland, NJ  07068

Allegheny Energy Supply Company, LLC
909 Third Avenue, 33rd Floor
New York, New York  10022
Attn:   Joseph P. Limond, Esq.

Paul K. Ferdinands, Esq.

Attn:  Christopher K. Kiplok, Esq.

Debevoise & Plimpton
919 Third Avenue
New York, New York  10022
Attn:  Peter L. Borowitz, Esq.

Mayer Brown & Platt
1675 Broadway
New York, New York  10019
Attn:  J. Robert Stoll
          Raniero D'Aversa, Jr.
          Andrew D. Shaffer

Warlick Carr Mullin Hoard Brown Langston
Wells Fargo Center
1500 Broadway – Suite 700
Lubbock, TX 79401

Jeffrey M. Dikman
Office of Attorney General
110 S.E. 6th Street
9th Floor
Fort Lauderdale, FL 33301

Covington & Burling
1330 Avenue of the Americas
New York, New York  10019
Attn:  Susan Power Johnston

Shearman & Sterling
599 Lexington Avenue
New York, New York 10022-6069
Attn:  Douglas P. Bartner, Esq.
          Fredric Sosnick, Esq.

Pillsbury Winthrop LLP
One Battery Park Plaza
New York, New York  10004-1490
Attn:   Lynn M. Ryan, Esq.

St. Paul Fire & Marine Insur. Co.

King & Spalding
191 Peachtree Street
Atlanta, GA 30303

c/o The St. Paul Companies
5801 Smith Avenue
Baltimore, MD  21209
Attn:  Deborah A. Feurer, Esq.

Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, New York  10038-4982
Attn:  Lawrence M. Handelsman
          Robin E. Keller

Michael S. Fox, Esq.
Paul Traub, Esq.
Traub, Bonacquist & Fox LLP
655 Third Ave., 21st Fl.
New York, NY 10017

David L. Pollack, Esq.
Ballard Spahr Andrews & Ingersoll LLP
1735 Market Street – 51st Fl.
Philadelphia, PA 19103

Robert J. Rosenberg, Esq.
Latham & Watkins
885 Third Avenue
New York, NY 10022

Suiza Foods Corporation
2515 McKinney Avenue, Ste. 1200, LB 30
Dallas, TX  75201
Attn:  Lisa N. Tyson, Esq.

Larry I. Glick, Esq.
1305 Franklin Avenue
Garden City, NY 11530

Ira H. Goldman, Esq.
Julie A. Manning, Esq.
 & Goodwin LLP
One American Row
Hartford, CT 06103-2819

William M. Goldman, Esq.
Sidley, Austin, Brown & Wood LLP
875 Third Avenue
New York, NY 10022

Enron Gas Liquids, Inc.
1400 Smith Street
Houston, Texas 77002

Enron Global Markets, LLC
1400 Smith St.
Houston, TX 77002

Enron Industrial Markets, LLC
1400 Smith St.
Houston, TX 77002

Enron Engineering & Construction Co.
1400 Smith St.
Houston, TX 77002

Resurgence Asset Management, LLC
10 New King Street
White Plains, NY 10604
Attn:  Byron Haney

Intesa, SPA
One William Street
New York, NY 10004
Attn:  Lisa Shemie, Esq.

Melanie Gray, Esq.
Weil, Gotshal & Manges, LLP

Enron Net Works, LLC
1400 Smith St.

700 Louisiana, Suite 1600
Houston, TX 77002

Houston, TX 77002

Operational Energy Corp.
18578 N.E. 67th Court
Redmond, WA 98052

Enron Engineering & Operational Services Co.
1400 Smith St.
Houston, TX 77002

Marc L. Hamroff, Esq.
Moritt, Hock & Hamroff, LLP
400 Garden City Plaza
Suite 202
Garden City, NY 11530

J. Andrew Rahl, Esq.
Anderson, Kill & Olick
1251 Avenue of the Americas
New York, NY 10020

Ernesto Anton Azcoiti, Esq.
Banco Bilbao Vizcaya Argentaria
1345 Avenue of the Americas, 45th Fl.
New York, NY 10105

David W. Huston, Esq.
Law Offices of David W. Huston, P.C.
601 South Seventh Street
Las Vegas, NV 89101

Ronald J. Silverman, Esq.
James C. Moon, Esq.
Bingham Dana LLP
399 Park Avenue
New York, NY 10022

Gregory M. Petrick, Esq.
Kenneth P. Coleman, Esq.
Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, NY 10038

Mary Ellen Lenahan, Esq.
Vice President – Legal Division
AEGIS Insurance Services, inc.
10 Exchange Place, Fl. 12
Jersey City, NJ 07302

Christine Jagde, Esq.
Mayer Brown & Platt
1675 Broadway
New York, NY 10019

Jonathan B. Alter, Esq.
G. Erick Brunstad, Esq.
Bingham Dana LLP
One State St.
Hartford, CT 06103

Donald S. Bernstein, Esq.
Marshall S. Huebner, Esq.
Davis, Polk & Wardell
450 Lexington Ave.
New York, NY 10017

Dana P. Kane, Esq.
Sidley, Austin, Brown & Wood
875 Third Avenue
New York, NY 10022

Paul M. Nussbaum, Esq.
Brent C. Strickland, Esq.
Whiteford, Tayler & Peston, LLP
Seven St. Paul Street, Suite 21202

Baltimore, MD 21202

Leyin Ouyang, Esq.
1664 Third Avenue
New York, NY 10128

David A. Agay, Esq.
Winston & Strawn
35 W. Wacker Drive
Chicago, IL 60601

Roi Chandy
Teachers Insurance &
Annuity Assn. of America
730 Third Avenue
New York, NY 10017

Kenneth Liang
Matthew Barrett
Lowell Hill
Oaktree Capital Management, LLC
333 So. Grand Avenue, 28th Fl.
Los Angeles, CA 90071

David L. Neale, Esq.
Levene, Neale, Bender, Rankin & Brill LLP
1801 Avenue of the Stars, Suite 1120
Los Angeles, CA 90067

Greg Zipes, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Fl.
New York, NY 10004

James Filiault, Esq.
Perkins, Coie LLP
1211 SW Fifth Ave., Suite 1500
Portland, Oregon 97204

Andrew C. Kassner, Esq.
Drinker, Biddle & Reath LLP
One Logan Square
18th & Cherry Street
Philadelphia, PA 19103-6996

Andrew Rosenblatt, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Josiah Rotenberg, Esq.
Lazard Freres & Co. LLC
30 Rockefeller Plaza, 48th Fl.
New York, NY 10020

Lisa Shemie, Esq.
IntesaBci, S.P.A.
One William Street
New York, NY 10004

Jeffrey Stein
The Delaware Bay Co., Inc.
680 Fifth Avenue, 22nd St.
New York, NY 10019

Roger T. Yokubaitis
Roger T. Yokubaitis, PLLC
1177 West Loop South, Suite 1650
Houston, TX 77027-9086

Alan Marder, Esq.
Rosen & Slome LLP
229 Seventh Street, Suite 303
Garden City, NY 11530-5727

Larren M. Nashelsky
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Hoover, Bax & Slovacek, L.L.P.
5847 San Felipe, Suite 2200
Houston, TX 77057
Attn: Patrick D. Sullivan

Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
Attn: John H. Knight, Esq.

Paul Rubin, Esq.
Herrick Feinstein LLP
Two Park Avenue
New York, NY 10016

McDermott, Will & Emery
227 West Monroe Street, Suite 4400
Chicago, IL 60606-5096
Attn: Brian Hucker

The City of Portland – City Attorney's Office
1221 SW 4th Avenue, Room 430
Portland, Oregon 97204
Attn: Linda S. Law

Phillips 66 Company, a division
  of Phillips Petroleum Company
1380 San Pablo Avenue
Rodeo, CA 94752
Attn: Elissa Warantz, Asst. General Counsel

Porter & Hedges, L.L.P.
700 Louisiana, 35th Floor
Houston, Texas 77002
Attn: John F. Higgins

Patrick D. Sullivan, Esq.
Hoover, Bax & Slovacek, LLP
5847 San Felipe, Suite 2200
Houston, TX 77057

Trenton L. Rosenthal, Esq.
Boyar & Miller P.C.
4265 San Felipe, Suite 1200
Houston, TX 77027

Keller Rohrback, LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Attn: Lynn Lincoln Sarko
        Britt L. Tinglum

Campbell Harrison & Wright, L.L.P.
4000 Two Houston Center
Houston, TX 77010
Attn: Robin L. Harrison
        Justin Campbell

Fairfield and Woods, P.C.
Wells Fargo Center
1700 Lincoln Street, Suite 2400
Denver, CO 80203-4524
Attn: Caroline C. Fuller

Lawrence J. Maun, P.C.
9800 Richmond Avenue, Suite 520
Houston, TX 77042
Attn: Lawrence J. Maun

Andrews & Kurth
800 Third Avenue
New York, New York 10022
Attn: Peter Goodman, Esq.

Thomas E. Lauria, Esq.
White & Case, LLP
4900 First Union Financial Center
200 South Biscayne Boulevard

Miami, Florida 33131

Department of Justice
1515 SW 5th Avenue, Suite 410
Portland, OR 97201
Attn: Hardy Myers, Attorney General
      Mary Lou Haas, Asst. Attorney General

Linebarger Goggan Blair
Pena & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064
Attn: John P. Dillman

Union Pacific Railroad Company
1416 Dodge Street, Room 830
Omaha, NE 68179
Attn: Mary Ann Kilgore, General Attorney

United States Bankruptcy Court
Southern District of New York
United States Courthouse
One Bowling Green
New York, NY 10004
Attn: Jan L. Hellenberg, Legal Assistant

Stephen P. Pazan, Esq.
Dilworth Paxson LLP
457 Haddonfield Rd., Suite 700
Cherry Hill, NJ 08002

Global Crossing of North America, Inc.
180 S. Clinton Ave.
Rochester, New York 14646
Attn: Kimberly A. Ferris, Esq.

HALE AND DORR LLP
60 State Street
Boston, MA 02109
Attn: Paul P. Daley

Woods & Aitken LLP
301 South 13th Street, Suite 500
Lincoln, Nebraska 68508
Attn: Joseph H. Badami

Holland & Hart LLP
90 South Cascade Avenue
Suite 1000
Colorado Springs, CO 80903-1645
Attn: Ronald M. Martin

Brown, Rudnick, Freed & Gesmer, P.C.
One Financial Center
Boston, MA 02111
Attn: William R. Baldiga

Och-Ziff Freidheim Capital Management
9 West 57th Street
New York, NY 10019
Attn: Avi Katz

Addison Law Firm
14901 Quorum Drive, Suite 650
Dallas, TX 75254-6760

Jeffrey D. Vanacore
P.O. Box 33945
Denver, CO 80233-0945

Snell & Wilmer L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Attn: Donald L. Gaffney, Todd V. Jones &
      Ethan B. Minkin

Johns Manville Corporation
717 17th Street
Denver, CO  80202
Attn:  Roger P. Twisselman, Esq.

Holme Roberts & Owen LLP
1700 Lincoln, Suite 4100
Denver, CO  80202
Attn:  Lawrence Bass, Esq.

Diamond, McCarthy, Taylor & Finley, L.L.P.
909 Fannin Street, Suite 1500
Houston, TX  77010
Attn:  Kyung S. Lee
       Daniel F. Patchin, III

Diamond, McCarthy, Taylor & Finley, L.L.P.
6504 Bridgeport Parkway, Suite 400
Austin, TX  78730
Attn:  Arley D. Finley, III

David Farrington Yates, Esq.
Holland & Knight LLP
195 Broadway, 24th Fl.
New York, NY 10007

Hughes & Luce, L.L.P.
1717 Main Street, Suite 2800
Dallas, Texas 75201
Attn:  David Weitman, Esq.
       Jamie E. Lavergne, Esq.

FAGELHABER LLC
55 East Monroe, 40th Floor
Chicago, Illinois  60603
Attn:  Deborah L. Thorne, Esq.

Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, New York  10166-0193
Attn:  Jonathan Landers, Esq.
       Janet M. Weiss, Esq.

Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY  10017
Attn:  M.O. Sigal, Jr.
Katharine A. McLendon
Jeffrey L. Cohen

Barnet B. Skelton, Esq.
Barnet B. Skelton, Jr., P.C.
333 Clay Street – Suite 4800
Houston, TX 77002

Schiff Hardin & Waite
6600 Sears Tower
Chicago, IL  60606-6473
Attn:  Eugene J. Geekie, Jr.
Jason M. Torf, Esq.

Travelers Property Casualty
One Tower Square, 5MN
Hartford, CT  06183
Attn:  Christa Goodwin-Vasquez
Litigation Management

Luskin, Stern & Eisler LLP
330 Madison Avenue
New York, New York  10017
Attn:  Michael Luskin, Esq.

David S. Tannenbaum, Esq.
Duane, Morris & Heckscher, LLP
380 Lexington Avenue
New York, NY 10168

James F. Wallack, Esq.
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333

John S. Willems, Esq.
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036

Sam Banks
Yuma Exploration & Production, Inc.
1177 W. Loop South, Suite 1825
Houston, Texas  77027

Steven P. Wandro, Esq.
Wandro, Lyons, Wagner & Baer P.C.
2501 Grand Avenue, Suite B
Des Moines, IW 50312

Jeffrey A. Wurst, Esq.
Ruskin, Moscou, Evans & Faltischek, P.C.
170 Old Country Road
Mineola, NY 11501

The Wiser Oil Company
8115 Preston Road, Suite 400
Dallas, Texas 75225
Van Oliver, Esq.