**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |
| In re | SIPA Proceeding Case No. |
| LEHMAN BROTHERS INC., | 08-01420 (JMP) |
| Debtor. | |

**Affidavit of Service**

State of New York    )
                     )  ss.:
County of New York  )

NICHOLAS KEMP, being duly sworn, deposes and says:

1.  I am not a party to this action and I am over 18 years of age.

2.  I am employed by the law firm of Boies, Schiller & Flexner LLP, 575 Lexington Avenue, New York, New York 10022, attorneys for Barclays Capital, Inc.

3.  On December 9, 2009 I served a true copy of Barclays' Reply to the Responses of the Trustee and the Committee to Barclays' Motion to Compel Production from the Trustee and the Committee Based on Privilege Waiver, dated December 9, 2009, by depositing said copy in a postage-paid, sealed envelope in a depository under the exclusive care and custody of the United States Postal Service addressed to the Securities Investor Protection Corporation, 805 Fifteenth Street, N.W., Suite 800, Washington, DC 20005, Attn: Kenneth J. Caputo.

4.  On December 9, 2009 I served true copies of Barclays' Reply to the Responses of the Trustee and the Committee to Barclays' Motion to Compel Production from the Trustee and the Committee Based on Privilege Waiver, dated December 9, 2009, by causing said copies to be personally delivered to the following:

    a.    Office of the United States Trustee
           for the Southern District of New York
           33 Whitehall Street, 21st Floor
           New York, NY 10004
           Attn: Andy Velez-Rivera

b.   Jones Day
     22 East 41st Street
     New York, NY 10017
     Attn: Robert Gaffey

     and

     Weil Gotshal & Manges LLP
     767 Fifth Avenue
     New York, NY 10153
     Attn: Richard Krasnow

     *Attorneys for the Debtors*

c.   Quinn Emanuel Urquhart Oliver & Hedges LLP
     51 Madison Avenue, 22nd Floor
     New York, NY 10010
     Attn: James Tecce

     and

     Milbank Tweed Hadley & McCloy LLP
     1 Chase Manhattan Plaza
     New York, NY 10005
     Attn: Dennis Dunne

     *Attorneys for the Official Committee of Unsecured Creditors*

d.   Hughes Hubbard & Reed LLP
     One Battery Park Plaza
     New York, NY 10004
     Attn: James W. Giddens

     *Attorneys for the SIPA Trustee*

NICHOLAS KEMP

Sworn to before me this
9th day of December, 2009

Notary Public

SUSAN REDDINGTON
Notary Public, State of New York
No. 31-4829932
Qualified in New York County
Commission Expires May 31, 2011