UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                              :    Chapter 11 Case No.
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,       :    08-13555 (JMP)
                                                   :
        Debtors.                                   :    (Jointly Administered)
                                                   :
                                                   :
------------------------------------------------------------x

NOTICE OF TRANSFER OF CLAIM
PURSUANT TO FRBP RULE 3001(e)(2)

Please take notice that a claim (the "Claim") has been filed in this case or deemed filed under 11 U.S.C. §1111(a). The Transferee hereby gives evidence and notice pursuant to Fed. R. Bankr. P. 3001(e)(2) of the transfer, other than for security, of the claim referenced in this notice and the evidence of transfer attached hereto as Exhibit A.

|  |  |
|---|---|
| Barclays Bank PLC | Drawbridge Global Macro Master Commodities Ltd. |
| **Name of Transferee** | **Name of Transferor** |
| $10,223,081.00 | 46965 |
| **Proof of Claim Amount** | **Proof of Claim No.** |

You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Transferee at the address below.

        TRANSFEREE:   Barclays Bank PLC
                      745 Seventh Avenue
                      New York, NY 10019
                      Telephone: (212) 412-2865
                      Fax: (212) 294-0365
                      Email: daniel.crowley@barclayscapital.com
                             jessica.fainman@barclayscapital.com

# EXHIBIT A

[Evidence of Transfer of Claim]

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Drawbridge Global Macro Master Commodities Ltd

DRAWBRIDGE GLOBAL MACRO MASTER COMMODITIES LTD ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to BARCLAYS BANK PLC ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $10,223,081, docketed as Claim No. 46965 (which amends Claim No. 27980, and as further amended by the Proof of Claim filed November 9, 2009, attached to the Assignment of Claim agreement as Exhibit B) (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 13TH day of November, 2009.

DRAWBRIDGE GLOBAL MACRO MASTER COMMODITIES LTD

WITNESS:

_____
(Signature)

By: _____
(Signature of authorized corporate officer)

Name: Marc H. Finkelstein
Title: _____
(Print name and title of witness)

Name: KEVIN J. TREACY
Title: DIRECTOR
Tel.: (212) 798-6100

BARCLAYS BANK PLC

WITNESS:

_____
(Signature)

By: _____
(Signature of authorized corporate officer)

Name: Michael Horr
Title: Associate
(Print name and title of witness)

Name: Daniel Crowley
Title: MD
Tel.: 212-412-2865