WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | 08-13555 (JMP) |
| Debtors. | : | (Jointly Administered) |

| | | |
|---|---|---|
| In re | : | |
| | : | Case No. |
| **LEHMAN BROTHERS INC.**, | : | |
| | : | 08-01420 (JMP) (SIPA) |
| Debtor. | : | |

**NOTICE OF ADJOURNMENT OF CERTAIN MATTERS**
**SCHEDULED TO BE HEARD ON DECEMBER 10, 2009 AT 2:00 P.M.**

**PLEASE TAKE NOTICE** that, at the direction of the Court, the following matters, which were scheduled to be heard on December 10, 2009 at 2:00 p.m., **have been adjourned to December 11, 2009 at 10:00 a.m.:**

- State Street Bank and Trust Company v. Lehman Commercial Paper Inc.
  **[Adversary Case No. 08-01743]**

    **FCCD Limited's Motion to Intervene**

- LH 1440 LLC v. State Street Bank & Trust Company, et al.
  **[Adversary Case No. 09-01138]**

    **State Street's Motion to Dismiss the Amended Adversary Complaint**

- Federal Home Loan Bank of Pittsburgh v. Lehman Brothers Holdings, Inc., et al.
  **[Adversary Case No. 09-01393]**

    **Motions to Dismiss Complaint**

Dated: December 10, 2009
New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

Dated: December 10, 2009
New York, New York

/s/ Jeffrey S. Margolin
James B. Kobak, Jr.
Jeffrey S. Margolin

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, Trustee for
the SIPA Liquidation of Lehman Brothers Inc.