# EXHIBIT A

# Summary of Fees and Expenses for Third Interim Period June 1, 2009 through September 30, 2009

# EXHIBIT A

## SUMMARY OF SERVICES BY PROFESSIONAL FOR ALL MATTERS

| PROFESSIONAL NAME | TITLE | YEAR ADMITTED | HOURS | RATE | FEES |
|---|---|---|---:|---:|---:|
| Kent C. Modesitt | Partner | 1999 (CO) | 83.6 | 375.00 | 31,350.00 |
| Daniel M. Reilly | Partner | 1981 (CO) | 0.2 | 500.00 | 100.00 |
| Michael A. Rollin | Partner | 2003 (CO) 2007 (CA) | 53.7 | 375.00 | 20,137.50 |
| Kyle Velte | Partner | 1999 (CO) | 61 | 350.00 | 21,350.00 |
| Mark Bailey | Associate | 2005 (CO) | 109.4 | 290.00 | 31,726.00 |
| Farrell Carfield | Associate | 2006 (CO) | 1 | 250.00 | 250.00 |
| Caleb Durling | Associate | 2007 (CO) | 0.6 | 240.00 | 144.00 |
| Molly Ferrer | Associate | 2006 (CO) | 2.7 | 250.00 | 675.00 |
| Marisa Hudson-Arney | Associate | 2001 (CO) | 11.2 | 310.00 | 3,472.00 |
| Jason M. Lynch | Associate | 2003 (MA) 2004 (NY) 2007 (CO) | 1.6 | 310.00 | 496.00 |
| Glenn Roper | Associate | 2007 (CO) | 155.5 | 290.00 | 45,095.00 |
| Katie Roush | Associate | 2007 (CO) | 275.4 | 240.00 | 66,096.00 |
| Matthew D. Spohn | Associate | 2001 (CO) | 460.5 | 310.00 | 142,755.00 |
| Lindsay Unruh | Associate | 2004 (CO) | 0.6 | 290.00 | 174.00 |
| Echo Ryan | Contract Attorney | 2007 (CO) | 339 | 200.00 | 67,800.00 |
| Jennifer Bulmer | Paralegal | N/A | 358.3 | 170.00 | 60,911.00 |
| Kenneth Nakamura | Paralegal | N/A | 68.2 | 105.00 | 7,161.00 |
| Camilla O'Keefe | Paralegal | N/A | 18.8 | 150.00 | 2,820.00 |
| Kathleen Porter | Paralegal | N/A | 546 | 170.00 | 92,820.00 |
| Larry Walsh | Contract Paralegal | N/A | 82.7 | 85.00 | 7,029.50 |
| Mainak D'Attaray | Law Clerk | N/A | 55.1 | 120.00 | 6,612.00 |
| Zachary Mountin | Law Clerk | N/A | 15.6 | 120.00 | 1,872.00 |
| Rebecca Rizzuti | Law Clerk | N/A | 15.7 | 120.00 | 1,884.00 |
| Alejandra Duflos | Administration | N/A | 44.9 | 70.00 | 3,143.00 |
| Ann Romanelli | Administration | N/A | 5.1 | 70.00 | 357.00 |
| Meranda Vieyra-Blass | Administration | N/A | 0.8 | 70.00 | 56.00 |
| | | | **2,767.2** | | **$ 616,286.00** |

## SUMMARY OF SERVICES BY TASK CODE FOR ALL MATTERS

| Task Code | Description | HOURS | TOTAL |
|---|---|---|---|
| L100 | Case Assessment, Development and Adminis | 279.30 | 56,507.00 |
| L110 | Fact Investigation/Development | 417.50 | 80,553.00 |
| L120 | Analysis/Strategy | 319.20 | 87,297.50 |
| L140 | Document/File Management | 577.80 | 99,739.00 |
| L150 | Budgeting | 0.80 | 287.00 |
| L160 | Settlement/Non-binding ADR | 72.30 | 21,415.50 |
| L190 | Other Case Assessment, Dev. and Admin | 82.70 | 13,954.50 |
| L200 | Pre-Trial Pleadings and Motions | 22.20 | 4,146.00 |
| L210 | Pleadings | 251.50 | 66,596.50 |
| L230 | Court Mandated Conferences | 123.10 | 33,837.50 |
| L240 | Dispositive Motions | 109.90 | 32,380.50 |
| L250 | Other Written Motions and Submissions | 80.80 | 21,650.00 |
| L300 | Discovery | 15.90 | 4,349.00 |
| L310 | Written Discovery | 74.80 | 20,166.00 |
| L320 | Document Production | 253.90 | 48,123.00 |
| L330 | Depositions | 19.10 | 4,826.00 |
| L340 | Expert Discovery | 4.20 | 1,057.00 |
| L350 | Discovery Motions | 12.00 | 3,791.50 |
| L390 | Other Discovery | 2.90 | 946.50 |
| L400 | Trial Preparation and Trial | 0.40 | 124.00 |
| L420 | Expert Witnesses | 1.40 | 434.00 |
| L430 | Written Motions and Submissions | 9.00 | 2,790.00 |
| L440 | Other Trial Preparation and Support | 7.90 | 2,449.00 |
| L470 | Enforcement | 28.60 | 8,866.00 |
|  |  | **2,767.20** | **$ 616,286.00** |

## SUMMARY OF DISBURSEMENTS FOR ALL MATTERS

| Task Code | Description | Total |
|---|---|---:|
| E101 | Copying | 4,227.74 |
| E105 | Telephone | 429.03 |
| E106 | Online research | 8,219.94 |
| E107 | Delivery services/messengers | 3,732.09 |
| E109 | Local Travel | 239.63 |
| E110 | Out-of-town travel | 4,865.20 |
| E111 | Meals | 194.68 |
| E112 | Court Fees | 6,128.06 |
| E113 | Supoena Fees | 3,965.58 |
| E114 | Witness Fees | 181.36 |
| E115 | Deposition transcripts | 2,571.47 |
| E118 | Litigation support vendors | 20,302.51 |
| E119 | Experts | 850.00 |
| E120 | Private Investigators | 1,700.00 |
| E122 | Local Counsel | 29.86 |
| E123 | Oher professionals | 28,957.11 |
| E124 | Other | (584.89) |
| | **DISBURSEMENTS TOTAL:** | **$ 86,009.37** |

## LEHMAN BROTHERS HOLDINGS INC.
## REILLY POZNER LLP - OPEN MATTERS

| Matter ID | Matter Name |
|---|---|
| 7331-003 | National Bankers Group |
| 7331-004 | EZ Funding Corporation |
| 7331-005 | SCME Mortgage Bankers, Inc. |
| 7331-006 | Gateway Funding |
| 7331-008 | ComUnity Lending |
| 7331-009 | First Allied Mortgage (7335-009) |
| 7331-010 | SGB Corporation |
| 7331-012 | American Sterling Bank |
| 7331-015 | National Penn Bank |
| 7331-016 | Clarion Mortgage Capital, Inc. |
| 7331-017 | Lincoln Mortgage Company |
| 7331-018 | Home Capital Funding |
| 7331-019 | IRES Co. |
| 7331-020 | Lending 1st Mortgage LLC |
| 7331-021 | Mirad Financial Group |
| 7331-022 | Nationwide Lending Corporation |
| 7331-023 | Realty Mortgage |
| 7331-024 | Dream House Mortgage |
| 7331-026 | Impac |
| 7331-027 | Shea Mortgage |
| 7331-028 | Security Mortgage Corporation |
| 7331-029 | Paramount Residential Mortgage Group, Inc. |
| 7331-030 | Approved Funding Corp. |
| 7331-031 | Assured Lending Corporation |
| 7331-032 | Bank of England |
| 7331-033 | Coast Mortgage Corporation |
| 7331-034 | Epix Funding Group |
| 7331-035 | Manhattan Mortgage |
| 7331-036 | Paragon Mortgage Bankers Corp. |
| 7331-037 | Pine State Mortgage Corporation |
| 7331-038 | South Trust Funding, Inc. |
| 7331-039 | Beach First National Bank |
| 7331-040 | Equity Resources, Inc. |
| 7331-041 | Fairfield Financial Mortgage Group, Inc. |
| 7331-042 | First Guaranty Mortgage Corp. |
| 7331-043 | Mortgage and Equity Funding Corporation |
| 7331-044 | Professional Mortgage Partners, Inc. |
| 7331-045 | United Capital Inc. |
| 7331-046 | MortgageIT, Inc. |
| 7331-047 | PrimeLending |
| 7331-048 | Cornerstone Mortgage Company |
| 7331-049 | First Guaranty Financial Corporation |
| 7331-050 | Network Funding |
| 7331-051 | Texas Capital Bank |
| 7331-052 | EquiPoint Financial Network, Inc. |
| 7331-053 | Genesis Mortgage Corp. |
| 7331-054 | Genpact Mortgage Services, Inc. |
| 7331-055 | Homewide Lending Corporation |
| 7331-056 | Loan Correspondents, Inc. |
| 7331-057 | Loan Network, LLC |
| 7331-058 | Mortgage Management Consultants, Inc. |

## LEHMAN BROTHERS HOLDINGS INC.
## REILLY POZNER LLP - OPEN MATTERS

| Matter ID | Matter Name |
|---|---|
| 7331-059 | PMAC Lending Services, Inc. |
| 7331-060 | PMC Bancorp |
| 7331-061 | United California Systems International Inc. |
| 7331-062 | Gateway Mortgage |
| 7331-064 | Popular Mortgage Corp (7335-064) |
| 7331-065 | 1st New England Mortgage Corp. |
| 7331-066 | Amtrust Mortgage Corp. |
| 7331-067 | ANB Financial NA |
| 7331-068 | Barrington Capital Corp. |
| 7331-069 | BayCal Financial Mortgage Corp. |
| 7331-070 | Bondcorp Realty Services, Inc. |
| 7331-071 | California Financial Group |
| 7331-072 | Callisto Group, Inc. |
| 7331-073 | Direct Mortgage Corporation |
| 7331-074 | Eagle Home Mortgage |
| 7331-075 | First Financial Lender |
| 7331-076 | First Integrity Mortgage Co. |
| 7331-077 | First Ohio Bank & Lending, Inc. |
| 7331-078 | First Residential Mortgage Services Corp. |
| 7331-079 | Florida Professional Mortgage |
| 7331-080 | Golden Empire Mortgage, Inc. |
| 7331-081 | Greene Financial Services (North Carolina) |
| 7331-082 | Griffin Mortgage |
| 7331-083 | Home Mortgage |
| 7331-084 | Hometrust Mortgage Co. |
| 7331-085 | InterMountain Mortgage |
| 7331-086 | Intohomes Mortgage Services, Inc. |
| 7331-087 | IZT Mortgage, Inc. |
| 7331-088 | K Bank |
| 7331-089 | K H Financial LP |
| 7331-090 | Key Financial Corporation (Florida) |
| 7331-091 | Lakeland Regional Mortgage Corp. |
| 7331-092 | Liberty Financial Group, Inc. |
| 7331-093 | Loan Link Financial Services |
| 7331-094 | Matrix Funding Services |
| 7331-095 | Millennium Mortgage Corp. |
| 7331-096 | Mortgage Partners, Inc. |
| 7331-097 | Mortgage Specialists, Inc. |
| 7331-098 | Mountain Range Funding, LLC |
| 7331-099 | Mountain View Mortgage |
| 7331-100 | MVP Financial Services, Inc. |
| 7331-101 | N L Inc. |
| 7331-102 | On Time Capital |
| 7331-103 | Peoples Home Equity, Inc. |
| 7331-104 | Prado Mortgage, Inc. |
| 7331-105 | Residential Home Funding Corp. |
| 7331-106 | RNB, Inc. |
| 7331-107 | Royal Financial, LLC |
| 7331-108 | Sound Mortgage Decisions Corp. |
| 7331-109 | South Pacific Financial |
| 7331-110 | TMG Financial Services |

## LEHMAN BROTHERS HOLDINGS INC.
## REILLY POZNER LLP - OPEN MATTERS

| Matter ID | Matter Name |
| --- | --- |
| 7331-111 | Tower Mortgage Capital |
| 7331-112 | Transatlantic Mortgage Corp. |
| 7331-113 | Triumph Funding |
| 7331-114 | U.S. Mortgage Corp. |
| 7331-115 | USA Funding Corp. |
| 7331-116 | Wall Street Mortgage Brokers, Ltd. |
| 7331-117 | Western Residential Mortgage, Inc. |
| 7331-118 | Westlend Financing, Inc. |
| 7331-119 | First Magnus Financial Corp. |
| 7331-120 | Allied Home Mortgage Capital |
| 7331-121 | Countrywide |
| 7331-122 | First Franklin |
| 7331-123 | Greenpoint Mortgage |
| 7331-124 | American Home Mortgage |
| 7331-125 | Indymac |
| 7331-126 | Long Beach Mortgage Company |
| 7331-127 | Ohio Savings Bank |
| 7331-128 | ResMae Mortgage Corporation |
| 7331-129 | Wells Fargo |
| 7331-130 | WMC Mortgage Corporation |
| 7331-131 | Security National Mortgage |
| 7331-132 | Geraline Tabor |
| 7331-133 | Washington Mutual |
| 7331-134 | Mortgage Tree Lending, Inc. |
| 7331-135 | First Financial Equities |
| 7331-136 | Custom Home Loan |
| 7331-137 | CBSK Financial Group |
| 7331-138 | Concord Mortgage |
| 7331-139 | Bridge Capital |
| 7331-140 | Mortgage Store Financial, Inc. |
| 7331-141 | Sycamore Funding |
| 7331-142 | Platinum Financial Group |
| 7331-143 | Franklin First Financial |
| 7331-144 | Freedom Mortgage |
| 7331-145 | HCI Mortgage |
| 7331-146 | Ideal Mortgage Bankers |
| 7331-147 | Loanguy.com |
| 7331-148 | Maxim Mortgage Corp. |
| 7331-149 | Mega Capital Funding |
| 7331-150 | Metrostate Financial & Real Estate Corp. |
| 7331-151 | Nationwide Equities |
| 7331-152 | PHM Financial |
| 7331-153 | Platinum Capital Group |
| 7331-154 | Southwest Funding |
| 7331-155 | The Mortgage House |
| 7331-156 | United Pacific |
| 7331-157 | Aegis Mortgage Corporation |
| 7331-158 | Fieldstone Mortgage Company |
| 7331-159 | Maverick Residential Mortgage, Inc. |
| 7331-160 | Mila Incorporated |
| 7331-161 | Mortgage Lenders Network |

## LEHMAN BROTHERS HOLDINGS INC.
## REILLY POZNER LLP - OPEN MATTERS

| Matter ID | Matter Name |
|---|---|
| 7331-162 | nBank, NA |
| 7331-163 | New Century |
| 7331-164 | New Century Mortgage Corporation |
| 7331-165 | People's Choice |
| 7331-166 | Premier Mortgage Funding, Inc. |
| 7331-167 | Southstar Funding |
| 7331-168 | Spectrum Financial Group Inc. |
| 7331-169 | Hartford Financial Services |
| 7331-170 | Winstar Mortgage Partners |
| 7331-171 | Imortgage.com, Inc. |
| 7331-172 | Residential Loan Centers of America, Inc. |
| 7331-173 | George Mason Mortgage LLC |
| 7331-174 | ION Capital, Inc. |
| 7331-175 | CMS Capital Group, Inc. |
| 7331-176 | Belvidere Networking Enterprises |
| 7331-177 | PMCC Mortgage Corp. |
| 7331-178 | First City Funding |
| 7331-179 | California Empire Financial Group, Inc. and Califonia Empire Bancorp, |
| 7331-180 | Franklin Financial |
| 7331-181 | USB Home Lending, a division of Universal Savings Bank F.A. |
| 7331-182 | Plaza Home Mortgage, Inc. |
| 7331-183 | Monticello Bank |
| 7331-184 | Primary Capital Advisors, LLC |
| 7331-185 | CTX Mortgage Company, LLC |
| 7331-186 | Guaranty Bank |
| 7331-187 | Meridias Capital, Inc. |
| 7331-188 | First Lincoln Mortgage Corp |
| 7331-189 | Southeast Funding Alliance, Inc. |
| 7331-190 | Ownit Mortgage Solutions, Inc. |
| 7331-191 | United Bank |
| 7331-192 | BSM Financial LP |
| 7331-193 | Apreva Financial Corporation |
| 7331-194 | Extol Mortgage Services, Inc. |
| 7331-195 | American Federal Mortgage Corporation |
| 7331-196 | Baltimore American Mortgage Corporation Inc. |
| 7331-197 | Mortgageline Funding Corporation |
| 7331-198 | Sunset Mortgage Co. |
| 7331-199 | U.S. Lending Group, Inc. |
| 7331-200 | Home Loan Center |
| 7331-201 | LendSource, Inc. |
| 7331-202 | Geneva Mortgage Corp. |
| 7331-203 | Wausau Mortgage Corporation |
| 7331-204 | Colony Mortgage Lenders, Inc. |
| 7331-205 | CHL Mortgage Group |
| 7331-206 | Amera Mortgage Corportation |
| 7331-207 | Shasta Financial Services, Inc. |
| 7331-208 | Prime Financial Corporation |
| 7331-209 | Citimutual Corporation |
| 7331-210 | Hamilton Mortgage Company |
| 7331-211 | Market Street Mortgage Corp. |
| 7331-212 | United Northern Mortgage Bankers, LTD |

## LEHMAN BROTHERS HOLDINGS INC.
## REILLY POZNER LLP - OPEN MATTERS

| Matter ID | Matter Name |
| --- | --- |
| 7331-213 | RMS & Associates |
| 7331-214 | Ascent Home Loans, Inc. |
| 7331-215 | 1st Chesapeake Home Mortgage, LLC |
| 7331-216 | Homefield Financial, Inc. |
| 7331-217 | Trinity Mortgage Assurance Corporation |
| 7331-218 | Nations First Lending, Inc. |
| 7331-219 | National Bank of Arkansas in North Little Rock |
| 7331-220 | Pacific Community Mortgage Inc. |
| 7331-221 | Delta Home Loans, Inc. |
| 7331-222 | Fairmont Funding Ltd. |
| 7331-223 | American Mortgage Corporation |
| 7331-224 | Royal Pacific Funding Corporation |
| 7331-225 | Home Loan Specialists, Inc. |
| 7331-226 | Mountain West Financial, Inc. |
| 7331-227 | Maribella Mortgage LLC |
| 7331-228 | The Lending Company, Inc. |
| 7331-229 | NV Mortgage, Inc. |
| 7331-231 | Security Mortgage Inc. |
| 7331-232 | AmericaHomeKey, Inc. |
| 7331-233 | Guaranteed Rate, Inc. |
| 7331-234 | Resource Mortgage Banking, LTD. |
| 7331-235 | CMG Mortgage, Inc. |
| 7331-236 | Resource Bank |
| 7331-237 | Bayrock Mortgage Corporation |
| 7331-238 | Coastal Capital Corp. |
| 7331-239 | Collection of Defaulted Unsecured Second-Lien Loans |
| 7331-240 | U.S. Bank |
| 7331-241 | Beverly Hills Estate Funding, Inc. |
| 7331-242 | Gaines, Fannie Mari |
| 7331-243 | Transnation Title Insurance Company |
| 7331-244 | Accredited Home Lenders Holding Co. |
| 7331-900 | National Loss Recovery Administration |