UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
                                                        :
In re                                                   :     Chapter 11 Case No.
                                                        :
LEHMAN BROTHERS COMMODITY SERVICES INC.,                :     08-13885 (JMP)
                                                        :
                   Debtors.                             :
                                                        :
---------------------------------------------------------------------x     Ref. Docket Nos. 6042,
                                                              6045,6053,6054,6056, and
                                                              6076

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

MAGALI L. LEE, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 9, 2009, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                        Magali L. Lee

Sworn to before me this
10th day of December, 2009

Notary Public

ELLI PETRIS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PE6175879
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES 10-24-11

T:\Clients\LBH\Affidavits\Transfer 6042,6045,6053,6054,6056, and6076_Aff 12-9-09.doc

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                            |
In re                                       |   Chapter 11 Case No.
                                            |
LEHMAN BROTHERS HOLDINGS INC., et al.,      |   08-13555 (JMP)
                                            |
                                            |   (Jointly Administered)
            Debtors.                        |
                                            |
_____|

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   ALLIANCEBERNSTEIN
              ACM EURO CREDIT TOTAL RETURN 3 - BOND (AGEREUR)
              ATTN: MICHAEL SOHR, 38TH FL.
              1345 AVENUE OF THE AMERICAS
              NEW YORK NY 10105

Please note that your claim # 42284 in the above referenced case and in the amount of
        $2,920,327.00        has been transferred **(unless previously expunged by court order)**

              MORGAN STANLEY & CO. INTERNATIONAL PLC              MORGAN STANLEY & CO. INTERNATIONAL PLC
              TRANSFEROR: ALLIANCEBERNSTEIN                       MICHAEL FRIEDMAN, ESQ
              25, CABOT SQUARE                                    RICHARDS KIBB & ORBE LLP
              CANARY WHARF                                        ONE WORLD FINANCIAL CENTER
              LONDON     E14 4QA                                  NEW YORK NY 10281
              ENGLAND

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6042      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/09/200                           Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 9, 200.

```
_____|
                                             |   Chapter 11 Case No.
In re                                        |
                                             |   08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,       |
                                             |   (Jointly Administered)
                                             |
              Debtors.                       |
                                             |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:   FRANZ, ROBERT
          81 DIXON AVE
          BOONTON NJ 07005
```

Please note that your claim # 13065-01 in the above referenced case and in the amount of
         $621,736.42        has been transferred **(unless previously expunged by court order)**

```
          ANDROMEDA GLOBAL CREDIT FUND, LTD
          TRANSFEROR: FRANZ, ROBERT
          520 MADISON AVE, 18TH FLR
          ATTN: ROMULO GARZA
          NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6045       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/09/200                           Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 9, 200.

```
In re                                          |  Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         |  08-13555 (JMP)
                                               |
                                               |  (Jointly Administered)
            Debtors.                           |
                                               |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  DEUTSCHE BANK AG, LONDON BRANCH
         TRANSFEROR: TA CHONG FINANCE (HONG KONG) LIMITED
         ATTN: HENG CHEAM AND CHRISTOPHER WONG
         55/F CHEUNG KONG CENTER
         2 QUEEN'S ROAD CENTRAL
         HONG KONG
         HONG KONG
```

Please note that your claim # 12779-02 in the above referenced case and in the amount of
         $4,000,000.00         has been transferred **(unless previously expunged by court order)**

```
         ELLIOTT ASSOCIATES, L.P.
         TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH
         712 5TH AVE, 35TH FLR
         ROSS ROSEN
         NEW YORK NY 10019
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6053     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/09/200                            Vito Genna, Clerk of Court


                                           /s/ Paul Belobritsky
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 9, 200.

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  DEUTSCHE BANK AG, LONDON BRANCH
         TRANSFEROR: TA CHONG FINANCE (HONG KONG) LIMITED
         ATTN: HENG CHEAM AND CHRISTOPHER WONG
         55/F CHEUNG KONG CENTER
         2 QUEEN'S ROAD CENTRAL
         HONG KONG
         HONG KONG
```

Please note that your claim # 12779-01 in the above referenced case and in the amount of
        $6,000,000.00        has been transferred **(unless previously expunged by court order)**

```
         ELLIOTT INTERNATIONAL, L.P.
         TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH
         712 5TH AVENUE, 35TH FLR
         ATTN: ROSS ROSEN
         NEW YORK NY 10019
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6054      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/09/200                         Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 9, 200.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                              | Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,             | 08-13555 (JMP)
                                                   |
                                                   | (Jointly Administered)
            Debtors.                               |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:    MORGAN STANLEY & CO. INTERNATIONAL PLC
               TRANSFEROR: ALLIANCEBERNSTEIN
               25, CABOT SQUARE
               CANARY WHARF
               LONDON     E14 4QA
               ENGLAND

Please note that your claim # 42289 in the above referenced case and in the amount of
        $6,918,929.00         has been transferred **(unless previously expunged by court order)**

               C.V.I. G.V.F. (LUX) MASTER S.A.R.L.
               TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC
               C/O CARVAL INVESTORS UK LTD
               KNOWLE HILL PARK, FAIR MILE LANE
               COBHAM
               SURREY     KT11 2PD
               UK

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 6056      in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/09/200                           Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 9, 200.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                            |
In re                                       |   Chapter 11 Case No.
                                            |
LEHMAN BROTHERS HOLDINGS INC., et al.,      |   08-13555 (JMP)
                                            |
                                            |   (Jointly Administered)
        Debtors.                            |
                                            |
_____|

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To: SHINKIN CENTRAL BANK
            3-7 YAESU 1 CHOME
            CHUO-KU
            TOKYO    103-0028
            JAPAN

Please note that your claim # 42201-01 in the above referenced case and in the amount of
       $14,289,836.39          has been transferred **(unless previously expunged by court order)**

            BARCLAYS BANK PLC
            TRANSFEROR: SHINKIN CENTRAL BANK
            745 SEVENTH AVENUE
            ATTN: DAVID AUGHEY & JESSICA FAINMAN
            NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6076      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/09/200                         Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 9, 200.

**EXHIBIT B**

08-13555-mg    Doc 6106    Filed 12/10/09    Entered 12/10/09 16:54:15    Main Document
Pg 10 of 12

```
TIME: 13:12:30                                        LEHMAN BROTHERS HOLDING INC.
DATE: 12/10/09                                             CREDITOR LISTING                                                          PAGE:     1

Name                                       Address
ALLIANCEBERNSTEIN                          ACM EURO CREDIT TOTAL RETURN 3 - BOND (AGEREUR) ATTN: MICHAEL SOHR, 38TH FL. 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105
ANDROMEDA GLOBAL CREDIT FUND, LTD          TRANSFEROR: FRANZ, ROBERT 520 MADISON AVE, 18TH FLR ATTN: ROMULO GARZA NEW YORK NY 10022
BARCLAYS BANK PLC                          TRANSFEROR: SHINKIN CENTRAL BANK 745 SEVENTH AVENUE ATTN: DAVID AUGHEY & JESSICA FAINMAN NEW YORK NY 10019
C.V.I. G.V.F. (LUX) MASTER S.A.R.L.        TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O CARVAL INVESTORS UK LTD KNOWLE HILL PARK, FAIR MILE LANE COBHAM SURREY   KT11 2PD
DEUTSCHE BANK AG, LONDON BRANCH            TRANSFEROR: TA CHONG FINANCE (HONG KONG) LIMITED ATTN: HENG CHEAM AND CHRISTOPHER WONG 55/F CHEUNG KONG CENTER 2 QUEEN'S ROAD CENTRAL H
ELLIOTT ASSOCIATES, L.P.                   TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH 712 5TH AVE, 35TH FLR ROSS ROSEN NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH 712 5TH AVENUE, 35TH FLR ATTN: ROSS ROSEN NEW YORK NY 10019
FRANZ, ROBERT                              81 DIXON AVE BOONTON NJ 07005
MORGAN STANLEY & CO. INTERNATIONAL PLC     MICHAEL FRIEDMAN, ESQ RICHARDS KIBB & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY & CO. INTERNATIONAL PLC     TRANSFEROR: ALLIANCEBERNSTEIN 25, CABOT SQUARE CANARY WHARF LONDON   E14 4QA ENGLAND
SHINKIN CENTRAL BANK                       3-7 YAESU 1 CHOME CHUO-KU TOKYO  103-0028 JAPAN


Total Number of Records Printed          11
```

**EXHIBIT C**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, NY 10153