UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
: 
In re                                                          :    Chapter 11
                                                               :
LEHMAN BROTHERS HOLDINGS INC.,      :    Case No. 08-13555 (JMP)
                                                               :
                                                               :    Jointly Administered
              Debtor                                      :
-------------------------------------------------------------x

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| JPMorgan Chase Bank, N.A. | TRG Local Currency Opportunity Master Fund, Ltd. |
|---|---|
| Name of Transferee | Name of Transferor |

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $3,109,961.15 | 27691 |

You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Transferee at the address below.

TRANSFEREE:   JPMorgan Chase Bank, N.A.
Address:             1 Chase Manhattan Plaza, Floor 26
                          Mail Code: NY1-A436
                          New York, NY  10005-1401
                          Attn: Susan McNamara, Vice President

I declare under penalty of perjury that the information provided in this evidence and notice is true and correct to the best of my knowledge and belief.

**JPMorgan Chase Bank, N.A.**

By: _____          Date: December 8, 2009
Name: Jason Leddy
Title: Authorized Signatory

Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

12780264.2

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: TRG LOCAL CURRENCY OPPORTUNITY MASTER FUND, LTD.

TRG LOCAL CURRENCY OPPORTUNITY MASTER FUND, LTD., a company organized under the laws of the Cayman Islands, having offices located at 280 Park Avenue, 27th Floor West, New York, NY 10017 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to JPMORGAN CHASE BANK, N.A., with offices located at and an address of Mail Code: NY1-E191, 4 New York Plaza, Floor 16, New York, NY 10004 ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $3,109,961.15, docketed as Claim No. 27691 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 30th day of October, 2009.

WITNESS:

(Signature)

Name: Lee Bocker
Title: Head of Operations
(Print name and title of witness)

TRGLOCAL CURRENCY OPPORTUNITY MASTER FUND, LTD.

By: Bernard Steinberg
(Signature of authorized corporate officer)

Name: Bernard Steinberg
Title: Director
Tel.: (212) 984-2937

WITNESS:

(Signature)

Name: Cheari Ko
Title: Associate
(Print name and title of witness)

JPMORGAN CHASE BANK, N.A.

By:
(Signature of authorized corporate officer)

Name:
Title: Erin M. Finegan
Tel.: Authorized Signatory

FIRM_DM-#12740478-v2-TRG_-_Lehman_Assignment_Agreement.DOC