WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Lori R. Fife

Attorneys for Debtors
and Debtors in Possession

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
:
Debtors. : **(Jointly Administered)**
:
---------------------------------------------------------------------x
:
**In re** :
: **Case No.**
**LEHMAN BROTHERS INC.,** :
: **08-01420 (JMP) (SIPA)**
Debtor. :
:
---------------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON DECEMBER 11, 2009 AT 10:00 A.M.**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

### I.   ADVERSARY PROCEEDINGS

1.   Federal Home Loan Bank of Pittsburgh v. Lehman Brothers Holdings, Inc., et al. **[Adversary Case No. 09-01393]**

    **Motions to Dismiss Complaint**

    Related Documents:

    A.   Complaint Filed by Federal Home Loan Bank of Pittsburgh **[Docket No. 1]**

    B.   Motion of Lehman Brothers Holdings, Inc. and Lehman Brothers Commercial Corporation for an Order Dismissing Complaint with Prejudice **[Docket No. 7]**

    C.   Aurora Bank FSB's Motion to Dismiss Adversary Complaint **[Docket No. 8]**

    D.   Defendant Woodlands Commercial Bank's Joinder In Motion Of Defendants Lehman Brothers Holdings, Inc. And Lehman Brothers Commercial Corporation For An Order Dismissing The Complaint With Prejudice **[Docket No. 9]**

    E.   Memorandum of Law: Aurora Bank FSB's Joinder to Co-Defendants' Motion to Dismiss and Opening Brief in Support of Its Motion to Dismiss **[Docket No. 10]**

    F.   Motion to Dismiss Adversary Proceeding filed by Jeffrey R. Coleman on behalf of James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers, Inc. **[Docket No. 11]**

    G.   Memorandum of Law in Opposition to Defendants' Motions to Dismiss Adversary Complaint **[Docket No. 17]**

    H.   Reply of Lehman Brothers Holdings, Inc. and Lehman Brothers Commercial Corporation to Plaintiff Federal Home Loan Bank of Pittsburgh's Opposition to Defendants' Motion to Dismiss **[Docket No. 20]**

    I.   Joinder of James W. Giddens, Trustee for the SIPA Liquidation of the Business of Lehman Brothers Inc., in the Reply of Lehman

        Brothers Holdings, Inc. and Lehman Brothers Commercial Corporation to Plaintiff Federal Home Loan Bank of Pittsburgh's Opposition to Defendants' Motion to Dismiss **[Docket No. 21]**

    J.    Aurora Bank FSB's Joinder to Co-Defendant's Reply to Plaintiff Federal Home Loan Bank of Pittsburgh's Opposition to Defendant's Motion to Dismiss **[Docket No. 22]**

    K.    Defendant Woodlands Commercial Bank's Joinder in Reply of Lehman Brothers Holdings, Inc. and Lehman Brothers Commercial Corporation to Plaintiff Federal Home Loan Bank of Pittsburgh's Opposition to Defendants Motion to Dismiss **[Docket No. 23]**

Status: These matters are going forward.

2.    State Street Bank and Trust Company v. Lehman Commercial Paper Inc. **[Adversary Case No. 08-01743]**

**FCCD Limited's Motion to Intervene**

Related Documents:

    A.    Motion of FCCD Limited to Intervene as Plaintiff in Adversary Proceeding **[Docket No. 94]**

    B.    Memorandum of Law in Support of Motion to Intervene as Plaintiff in the Adversary Proceeding **[Docket No. 96]**

    C.    Lehman Commercial Paper Inc.'s Memorandum of Law in Opposition to FCCD Limited's Motion to Intervene **[Docket No. 99]**

    D.    State Street Bank and Trust Company's Opposition Brief to FCCD Limited's Motion to Intervene **[Docket No. 100]**

    E.    FCCD Limited's Reply Memorandum of Law in Further Support of its Motion to Intervene **[Docket No. 102]**

    F.    Declaration of Jacob S. Pultman in Support of FCCD Limited's Motion to Intervene **[Docket No. 103]**

Status: This matter is going forward.

    3.    LH 1440 LLC v. State Street Bank & Trust Company, et al.
**[Adversary Case No. 09-01138]**

    **State Street's Motion to Dismiss the Amended Adversary Complaint**

    Related Documents:

        A.    Amended Complaint Filed by LH 1440, L.L.C. **[Docket No. 24]**

        B.    Motion of State Street Bank & Trust Company to Dismiss Amended Adversary Complaint **[Docket No. 29]**

        C.    Memorandum of Law in Support of Motion of State Street Bank & Trust Company to Dismiss Amended Adversary Proceeding **[Docket No. 30]**

        D.    LH 1440, L.L.C.'s Memorandum of Law in Opposition to State Street's Motion to Dismiss the Amended Adversary Complaint **[Docket No. 33]**

        E.    Reply Memorandum of State Street Bank & Trust Company in Support of State Street's Motion to Dismiss Amended Complaint **[Docket No. 34]**

    Status: This matter is going forward.

## II.    RULE 60(b) MATTERS

    4.    Motion to Compel Production of Documents from the Trustee and the Committee Based on Privilege Waiver filed by Hamish Hume on behalf of Barclays Capital, Inc. **[Case No. 08-13555, Docket No. 6005, Case No. 08-1420, Docket No. 2141]**

    Response Deadline:    December 7, 2009.

    Responses Received:

        A.    Trustee's Memorandum of Law in Opposition to Barclays' Motion to Compel Production of Documents from the Trustee and Committee Based on Privilege Waiver **[Case No. 08-13555, Docket No. 6065, Case No. 08-1420, Docket No. 2269]**

        B.    Objection of Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al., to Barclays' Motion to Compel Production of Documents from the Trustee and Committee

        Based on Privilege Waiver **[Case No. 08-13555, Docket No. 6067, Case No. 08-1420, Docket No. 2278]**

Related Documents:

    C.    Declaration of William R. Maguire in Support of the Trustee's Memorandum of Law in Opposition to Barclays' Motion to Compel Production of Documents from the Trustee and Committee Based on Privilege Waiver **[Case No. 08-13555, Docket No. 6066, Case No. 08-1420, Docket No. 2270]**

    D.    Barclays' Reply to the Responses of the Trustee and the Committee to Barclays' Motion to Compel Production of Documents from the Trustee and the Committee Based on Privilege Waiver **[Case No. 08-13555, Docket No. 6080, Case No. 08-1420, Docket No. 2303]**

Status: This matter is going forward.

Dated: December 10, 2009
     New York, New York

          /s/ Lori R. Fife
          Lori R. Fife

          WEIL, GOTSHAL & MANGES LLP
          767 Fifth Avenue
          New York, New York 10153
          Telephone: (212) 310-8000
          Facsimile: (212) 310-8007

          Attorneys for Debtors
          and Debtors in Possession

Dated: December 10, 2009
     New York, New York

          /s/ Jeffrey S. Margolin
          James B. Kobak, Jr.
          Jeffrey S. Margolin

          HUGHES HUBBARD & REED LLP
          One Battery Park Plaza
          New York, New York 10004
          Telephone: (212) 837-6000
          Facsimile: (212) 422-4726

          Attorneys for James W. Giddens, Trustee for
          the SIPA Liquidation of Lehman Brothers Inc.