IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE:

LEHMAN BROTHERS HOLDINGS INC., ET AL.,

Debtors.

Chapter 11
Case No. 08-13555 (JMP)

(Jointly Administered)

## WITHDRAWAL OF CLAIM OF
U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, IN CASE NO. 08-13555, *IN RE: LEHMAN BROTHERS HOLDINGS INC. ET AL.*, PENDING IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

(WHITWORTH COLLEGE, NOW DOING BUSINESS AS WHITWORTH UNIVERSITY)

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc 08-13555 |
| Creditor Name and Address | Timothy Pillar U.S. Bank Corporate Trust Services ED-MN-WS1D 60 Livingston Avenue St. Paul, MN 55107 |
| Court Claim Number (if known): | 11001 |
| Date Claim Filed | 09/09/09 |
| Total Amount of Claim Filed | $172,445 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 12/2/09

Print Name: Timothy Pillar
Title (if applicable): Vice President