IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>LEHMAN BROTHERS HOLDINGS INC., ET AL.,<br><br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

WITHDRAWAL OF CLAIM OF
U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, IN CASE NO. 08-13888, *IN RE: LEHMAN BROTHERS SPECIAL FINANCING INC. ET AL.*, PENDING IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

(WHITWORTH COLLEGE, NOW DOING BUSINESS AS WHITWORTH UNIVERSITY)

| Debtor Name and Case Number: | Lehman Brothers Special Financing Inc<br>08-13888 |
|---|---|
| Creditor Name and Address | Timothy Pillar<br>U.S. Bank Corporate Trust Services<br>ED-MN-WS1D<br>60 Livingston Avenue<br>St. Paul, MN 55107 |
| Court Claim Number (if known): | 11000 |
| Date Claim Filed | 09/09/09 |
| Total Amount of Claim Filed | $172,445 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 12/2/09

Print Name: Timothy Pillar
Title (if applicable): Vice President