## CERTIFICATE OF SERVICE

I, Ann Acker, an attorney, hereby certify that on the 10th day of December 2009, I caused a true and correct copy of the foregoing **Withdrawal of Claim of U.S. Bank National Association, as Trustee, in Case No. 08-13888,** *In re: Lehman Brothers Special Financing Inc. et al.,* **Pending in the United States Bankruptcy Court for the Southern District of New York**, to be served electronically through the Court's ECF System on parties requesting electronic service and by U.S. Mail, First Class, Postage Prepaid, on the parties shown below.

Honorable James M. Peck
United States Bankruptcy Court for the
    Southern District of New York
Courtroom 601
One Bowling Green
New York, NY  10004

Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.
Harvey R. Miller
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

Andy Velez-Rivera
Paul Schwartzberg
Brian Masumoto
Linda Riffkin
Tracy Hope Davis
Office of the United States Trustee for the
    Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY  10004

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Luc A. Despins
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005

Lindsee P. Granfield, Esq.
Lisa Schweiger, Esq.
Cleary Gotliebb LLP
One Liberty Plaza
New York, NY  10006

Robinson B. Lacy, Esq.
Hydee R. Feldstein, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004

Bradford M. Berry
Office of General Counsel Commodity
Futures Trading Commission
1155 21st Street, NW
Washington, DC  20581

Chicago Mercantile Exchange
20 South Wacker Drive
Chicago, IL  20581

James Kobak
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY  10004

Ronald J. Silverman
Bingham McCutchen, LLP
399 Park Avenue
New York, NY  10022-4689

2733252.01.01.B.doc

| | |
|---|---|
| Kenneth J. Caputo<br>805 Fifteenth Street, NW<br>Washington DC  20005-2207 | Epiq Bankruptcy Solutions, LLC<br>Claims Agent<br>(f/k/a Bankruptcy Services LLC)<br>757 Third Avenue, 3rd Floor<br>New York, NY  10017 |
| George A. Davis<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY  10281 | Eric H. Horn<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ  0068 |
| Alan E. Marder<br>Meyer, Suozzi, English & Klein, P.C.<br>990 Stewart Avenue, Suite 300<br>PO Box 9194<br>Garden City, NY  11530 | James Shenwick<br>Shenwick & Associates<br>655 Third Avenue<br>20th Floor<br>New York, NY  10017 |
| Scott Talmadge<br>Kaye Scholer, LLP<br>425 Park Avenue<br>New York, NY  10022 | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY  10019 |
| Paul Arozon<br>Milbank, Tweed, Hadley & McCloy<br>601 S. Figueroa Street, 30th Floor<br>Los Angeles, CA  90017 | Security and Exchange Commission<br>Attention:  Bankruptcy Department<br>7 World Trade Center, 13th Floor<br>New York, NY  10007 |
| Internal Revenue Service<br>Attention:  Bankruptcy Department<br>120 Church Street, 3rd Floor<br>New York, NY  10008 | United States Attorney<br>One St. Andrew's Plaza<br>New York, NY  10007 |

/s/ Ann Acker
_____
Ann Acker