UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
|  | x |  |
| In re: | : | Chapter 11 |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.**, et al. | : | Case No. 08-13555 (JMP) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | x |  |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(2)

1.      TO:        ECP International S.A.
                    9, Rue du Laboratoire
                    L-1911, Luxembourg
                    Attention: Raolo Sardi
                    Phone: (+352) 26 84 56 33
                    Facsimile: (+352) 26 84 56 34

2.      Please take notice of the transfer, in the amount of $4,988,295.00, of your claim against LEHMAN
COMMERCIAL PAPER INC., Case No. 08-13900 (JMP) in the above referenced consolidated proceedings, arising from
and relating to Claim No. 771 (attached in <u>Exhibit A</u> hereto), to:

                    Anthracite Balanced Company (R-26) Limited
                    89 Nexus Way
                    Camana Bay
                    Grand Cayman
                    KY1-9007
                    Cayman Islands
                    Attention: Scott Dakers/Inderjit Singh
                    Facsimile: +1 (345) 949 9877

                    With a copy to:
                    Sidley Austin LLP
                    787 Seventh Avenue
                    New York, New York  10019
                    Attn: Alex Rovira, Esq.
                    Phone : (212) 839-5300
                    Facsimile : (212) 839-5599
                    E-Mail : arovira@sidley.com

        An évidence of Transfer of claim is attached hereto as <u>Exhibit B</u>.  All distributions and notices regarding the
transferred claim should be sent to the Tranferee at the instructions attached in <u>Exhibit C</u>.

3.      No action is required <u>if you do not object</u> to the transfer of your claim.  However, **IF YOU OBJECT TO THE
TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

- **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**
        United States Bankruptcy Court
        Alexander Hamilton Custom House
        Attention: Bankruptcy Clerk
        One Bowling Green
        New York, NY  10004-1408

- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

- Refer to **INTERNAL CONTROL NO.** _____ in your objection and any further correspondence related to this transfer

4.      If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS THE CLAIMANT IN THIS PROCEEDING.**

CLERK

---

**FOR CLERK'S OFFICE USE ONLY:**
This notice was mailed to the first named party, by first class mail, postage prepared on _____, 2009.
INTERNAL CONTROL NO.:_____
Copy: (check) Claims Agent ☐  Transferee ☐  Debtor's Attorney ☐

_____
Deputy Clerk

## ADDENDUM

| CLAIM NUMBER | DATE PROOF OF CLAIM FILED | CLAIM AMOUNT |
|---|---|---|
| 771 | 11/17/08 | $4,988,295.00 |

# __EXHIBIT A__

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT Southern District of New York | PROOF OF CLAIM |
|---|---|

| Name of Debtor:<br>Lehman Commercial Paper Inc. | Case Number:<br>08-13900 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>ECP International S.A. | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Name and address where notices should be sent:<br><br>Brice Erniquin / Paolo Sardi - ECP International S.A.<br>9, Rue du Laboratoire, L-1911, Luxembourg, Tel. +35226845632<br><br>Telephone number: | Court Claim Number: _____<br>*(If known)*<br><br>Filed on: _____ |
| Name and address where payment should be sent (if different from above):<br><br>Same from above<br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

| **1. Amount of Claim as of Date Case Filed:** $ 4,988,295.00 | **5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If |
|---|---|

**1. Amount of Claim as of Date Case Filed:** $ _____ 4,988,295.00

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Residual fees for services
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** LBCP

    **3a. Debtor may have scheduled account as:** _____
    (See instruction #3a on reverse side.)

**4. Secured Claim (See instruction #4 on reverse side.)**
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate ☐ Motor Vehicle ☐ Other
Describe:

**Value of Property:** $_____ **Annual Interest Rate** ___ %

**Amount of arrearage and other charges as of time case filed included in secured claim,**

if any: $_____ **Basis for perfection:** _____

**Amount of Secured Claim:** $_____ **Amount Unsecured:** $_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of ... orders, invoices, itemized statements of ru... You may also attach a summary. Attach r... a security interest. You may also attach a...

DO NOT SEND ORIGINAL DOCUMEN... SCANNING.

If the documents are not available, please explain: Attached: Summary, signed agreement + Side letter

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)    0000000771

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date:<br>11/11/2008 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | FILED / RECEIVED<br><br>NOV 17 2008<br><br>EPIQ BANKRUPTCY SOLUTIONS, LLC |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

B 10 (Official Form 10) (12/07) – Cont.

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law.  In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number.  If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case.  A separate space is provided for the payment address if it differs from the notice address.  The creditor has a continuing obligation to keep the court informed of its current address.  See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing.  Follow the instructions concerning whether to complete items 4 and 5.  Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred.  Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured.  Skip this section if the claim is entirely unsecured.  (See DEFINITIONS, below.)  State the type and the value of property that secures the claim, attach copies of lien

documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority.  (See DEFINITIONS, below.)  A claim may be partly priority and partly non-priority.  For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt.  You may also attach a summary.  You must also attach copies of documents that evidence perfection of any security interest.  You may also attach a summary.  FRBP 3001(c) and (d).  Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it.  FRBP 9011.  If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature.  Print the name and title, if any, of the creditor or other person authorized to file this claim.  State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices.  Attach a complete copy of any power of attorney.  Criminal penalties apply for making a false statement on a proof of claim.

---

**_____DEFINITIONS_____**

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing.  See 11 U.S.C. §101 (5).  A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing.  The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor.  The claim is secured so long as the creditor has the right to be paid from the property before other creditors.  The amount of the secured claim cannot exceed the value of the property.  Any amount owed to the creditor in excess of the value of the property is an unsecured claim.  Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding.  In some states, a court judgment is a lien.  A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim.  A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information.  A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

**_____INFORMATION_____**

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims.  One or more of these entities may contact the creditor and offer to purchase the claim.  Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor.  These entities do not represent the bankruptcy court or the debtor.  The creditor has no obligation to sell its claim.  However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

**Registre de Commerce
et des Sociétés
Luxembourg**



## Document certifié conforme

Le présent document est établi et signé électroniquement par le gestionnaire du registre de commerce et des sociétés de manière à garantir l'authenticité de l'origine et l'intégrité des informations contenues sur ce document par rapport aux informations inscrites ou par rapport aux documents déposés au registre de commerce et des sociétés.

# Michel Mathias G Kill

Digitally signed by Michel Mathias G Kill
DN: c=LU, l=Luxembourg, o=RCSL, ou=C24, cn=Michel
Mathias G Kill, sn=Kill, givenName=Michel Mathias G,
serialNumber=10100377910000125085,
email=info@rcsl.lu, title=Professional Person
Date: 2008.09.29 11:04:13 +02'00'

Page 1/3

**Registre de Commerce
et des Sociétés**
Luxembourg



## EXTRAIT

ECP International S.A.

**Numéro d'immatriculation** : B 129000
**Date d'immatriculation/d'inscription** : 27/06/2007

**Dénomination(s) ou raison(s) sociale(s) :**
ECP International S.A.

**Forme juridique** : Société anonyme

**Siège social :**
9, Rue du Laboratoire
L - 1911 Luxembourg

**Indication de l'objet social :** La société aura comme objet la fourniture à des investisseurs institutionnels luxembourgeois ou étrangers, sans s'adresser directement au public, l'assistance nécessaire au développement de plans économiques, administratifs, d'organisation, commerciaux et financiers, concernant des secteurs de marché entiers ou des entreprises particulières, effectuer des études de faisabilité relatives à l'acquisition d'entreprises ; déterminer et évaluer de nouvelles opportunités d'investissement et/ou de désinvestissement et de possibles accords sociétaires ; déterminer et évaluer toutes initiatives économiques en général, évaluer des biens mobiliers et immobiliers luxembourgeois et étrangers, cotés ou non. La société aura également pour objet la mise à disposition et la de données financières de... (*)

**Capital social / fonds social :**

Montant : 50.000 EUR

Etat de libération: Entièrement libéré

**Date de constitution :** 14/05/2007

**Durée :**
Illimitée

**Exercice social :**
Par exception, l'exercice social ayant débuté en date du 14/05/2007 se terminera en date du 31/12/2007.
Du: 01/01 au: 31/12

RC001

Page 2/3

## Administrateur(s)/gérant(s) :

Régime de signature statutaire : Vis-à-vis des tiers, la société est engagée en toutes circonstances par la signature conjointe de deux administrateurs dont obligatoirement la signature de l'administrateur-délégué ou par la signature individuelle de l'administrateur-délégué.

Organe : Conseil d'administration

Nom : BARAVINI Prénom(s) : Vania
Fonction : Administrateur
Adresse privée ou professionnelle de la personne physique :
2, Avenue Charles de Gaulle, L - 1653 Luxembourg
Durée du mandat : Déterminée      Date de nomination : 27/02/2008
                                  Jusqu'à l'assemblée générale qui se tiendra en l'année :  2009

Nom : TONELLI Prénom(s) : Reno Maurizio
Fonction : Administrateur
Adresse privée ou professionnelle de la personne physique :
2, Avenue Charles de Gaulle, L - 1653 Luxembourg
Durée du mandat : Déterminée      Date de nomination : 27/02/2008
                                  Jusqu'à l'assemblée générale qui se tiendra en l'année :  2009

Nom : SARDI Prénom(s) : Paolo
Fonction : Administrateur et Président
Adresse privée ou professionnelle de la personne physique :
76, Via Le Monte Nero, I - 20135 Milan
Durée du mandat : Déterminée      Date de nomination : 27/02/2008
                                  Jusqu'à l'assemblée générale qui se tiendra en l'année :  2009

## Délégué(s) à la gestion journalière :

Régime de signature statutaire : Vis-à-vis des tiers, la société est engagée en toutes circonstances par la signature conjointe de deux administrateurs dont obligatoirement la signature de l'administrateur-délégué ou par la signature individuelle de l'administrateur-délégué.

Nom : SARDI Prénom(s) : Paolo
Fonction : Administrateur Délégué
Adresse privée ou professionnelle de la personne physique :
76, Via Le Monte Nero, I - 20135 Milan
Durée du mandat : Déterminée      Date de nomination : 27/02/2008
                                  Jusqu'à l'assemblée générale qui se tiendra en l'année :  2009

## Personne(s) chargée(s) du contrôle des comptes:

Dénomination ou raison sociale : MAZARS
Numéro d'immatriculation : B 56248
Fonction : Commissaire
Siège social de la personne morale :
10A, Rue Henri M. Schnadt, L - 2530 Luxembourg
Durée du mandat : Déterminée      Date de nomination : 27/02/2008
                                  Jusqu'à l'assemblée générale qui se tiendra en l'année :  2009

RC001

Page 3/3

(*) Extrait de l'inscription : Pour le détail prière de se reporter au dossier.

**Pour extrait conforme (¹)**

**Luxembourg, le 29/09/2008**

### Le gestionnaire du registre de commerce et des sociétés (²)

¹ En application de l'article 21 paragraphe 2 de la loi du 19 décembre 2002 concernant le registre de commerce et des sociétés ainsi que la comptabilité et les comptes annuels des entreprises et l'article 21 du règlement grand-ducal du 23 janvier 2003 portant exécution de la loi du 19 décembre 2002, le présent extrait reprend au moins la situation à jour des données communiquées au registre de commerce et des sociétés jusqu'à trois jours avant la date d'émission dudit extrait. Si une modification a été notifiée au registre de commerce et des sociétés entre temps, il se peut qu'elle n'ait pas été prise en compte lors de l'émission de l'extrait.

² Le présent extrait est établi et signé électroniquement.
Le gestionnaire du registre de commerce et des sociétés ne garantit l'authenticité de l'origine et l'intégrité des informations contenues sur le présent extrait par rapport aux informations inscrites au registre de commerce et des sociétés que si le présent extrait comporte une signature électronique émise par le gestionnaire du registre de commerce et des sociétés.

<HELP> for explanation.                                    Corp  **FE11**

## Currency Conversion Calculator

**FROM**   EURO                      **TO:**      US DOLLAR

Invert Rate?              N          Date:   11/11/08

Base Currency                        EUR
Position in          EUR                  3900000

Exchange Rate for    USD per EUR          1.27905

Currency After Exchange              USD
Equivalent Position in

**USD :**              **4,988,295.00**

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900      Singapore 65 6212 1000      U.S. 1 212 318 2000      Copyright 2008 Bloomberg Finance L.P.
                                                                        H442-499-0 11-Nov-2008 04:26:53

# ECP International S.A.

### Société Anonyme

9, rue du laboratoire, L-1911 LUXEMBOURG

**Epiq Bankruptcy Solutions, LLC**                                    **BY DHL**
**Attn: Lehman Brothers Holdings Claims Processing**
**757 Third Avenue, 3rd Floor**
**New York, NY 10017**

Dear Sir,

Please receive our claim for residual fees regarding the services rendered to Lehman Commercial
Paper Inc., request done in your quality of administrator of Lehman Commercial Paper Inc.
On behalf of ECP International S.A. based in Luxembourg, please find enclosed:

·   One proof of claim dated 11/11/2008 duly signed by Brice Erniquin and Paolo Sardi
·   Summary of the residual fees belonging to Lehman Commercial Paper Inc.
·   Powers of attorney extract from the "Registre du Commerce et des Sociétés du Luxembourg"
·   Bloomberg currency conversion rate at 11/11/2008
·   Copy of the relevant contract (Side letter + agreement for Anthracite) duly signed by relevant
    people (ECP International + Lehman Commercial Paper Inc. authorized signatories)
·   Stamped self-addressed envelope + a copy of the proof of claim

In light of the above, we hereby kindly request you, in your quality of administrator of Lehman
Commercial Paper Inc., to proceed to the settlement of our request and let us know when you will
be available to act accordingly. We are fully available (full contact details are included in the
summary sheet) for any of your demand, and look forward to receive an answer from you soon.

For further information, please contact the following person:

Brice Erniquin
*Associate*
**ECP International S.A.**
9, Rue du Laboratoire
L-1911, Luxembourg
Direct line: (+352) 26 84 56 32
Cell phone: (+352) 621 229 203
Fax: (+352) 26 84 56 34
Email: b.erniquin@e-cpartners.lu

Best regards.

**ECP International S.A.**
Société Anonyme

Vania BARAVINI                     R. Maurizio TONELLI
Director                           Director

ECP INTERNATIONAL S.A., Capital Social Euro 50.000,00   R.C.S. Luxembourg B 129 000
TVA n.LU 22041955
Siège social: 9, rue du Laboratoire  L-1911 Luxembourg, Grand-Duché de Luxembourg
Tel.(+352) 26 84 56 33  Fax ( +352) 26 84 56 34
Banque : Fortis Banque Luxembourg,  IBAN LU98 0030 3067 8917 1000
Code Swift : BGLLLULL



PLEASE PLACE AIR WAYBILL IN POUCH WITH THE BAR CODE AT THE TOP

DO NOT SEND CASH, CASH EQUIVALENT OR JEWELLERY.

EXPRESS WORLDWIDE

DHL DOX

US-TSS-0T

To: EPIQ BANKRUPTCY SOLUTIONS LLC
757 THIRD AVENUE, 3RD FLOOR
10017 NEW YORK New York
US United States of America

Orig
LUX

Piece Weight: 0.5 Kg
Pickup date: 2009-11-12

WAYBILL 10 4028 7336

# **EXHIBIT B**

## EVIDENCE OF TRANSFER OF CLAIM

For good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, ECP International S.A. (the "**Assignor**") does hereby unconditionally and irrevocably sell, transfer and assign unto Anthracite Balanced Company (R-26) Limited (the "**Assignee**") all rights, title and interest in and to the claim or claims of the Assignor referenced as proof of claim number 771 in the current principal amount of US$4,988,295 (the "**Claim**") against Lehman Commercial Paper Inc. ("**LCP**") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Commercial Paper Inc., Chapter 11 Case No. 08-13900 (Jointly Administered).

The Assignor hereby waives any objection to the transfer of the Claim assigned herein (the "**Assigned Claim**") to the Assignee on the books and records of LCP and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Assigned Claim and recognising the Assignee as the sole owner and holder of the Assigned Claim. The Assignor further directs LCP, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or transfers of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorised representative dated the 13th day of October, 2009.

**ASSIGNOR:**

ECP International S.A.

Name: RAOLO (SARI)

Title: CEO

**ASSIGNEE:**

Anthracite Balanced Company (R-26) Limited

Name:

Title:

UK1 3584305v.2

## EVIDENCE OF TRANSFER OF CLAIM

For good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, ECP International S.A. (the "**Assignor**") does hereby unconditionally and irrevocably sell, transfer and assign unto Anthracite Balanced Company (R-26) Limited (the "**Assignee**") all rights, title and interest in and to the claim or claims of the Assignor referenced as proof of claim number 771 in the current principal amount of US$4,988,295 (the "**Claim**") against Lehman Commercial Paper Inc. ("**LCP**") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Commercial Paper Inc., Chapter 11 Case No. 08-13900 (Jointly Administered).

The Assignor hereby waives any objection to the transfer of the Claim assigned herein (the "**Assigned Claim**") to the Assignee on the books and records of LCP and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Assigned Claim and recognising the Assignee as the sole owner and holder of the Assigned Claim. The Assignor further directs LCP, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorised representative dated the 13th day of October, 2009.

**ASSIGNOR:**

ECP International S.A.

Name:

Title:


**ASSIGNEE:**

Anthracite Balanced Company (R-26) Limited

Name:

Title:

SCOTT DANCERS
DIRECTOR

INDERJIT SINGH
DIRECTOR

Scott Daker

UK1 358430Sv.2

## EXHIBIT C

### TRANSFER INSTRUCTIONS

Notice Instructions:
Anthracite Balanced Company (R-26) Limited
89 Nexus Way
Camana Bay
Grand Cayman
KY1-9007
Cayman Islands
Attn: Scott Dakers/Inderjit Singh
Email:
Telephone:
Facsimile:  +1 (345) 949-9877

With a copy to:
Sidley Austin LLP
787 Seventh Avenue
New York, New York  10019
Attn: Alex Rovira
Email: arovira@sidley.com
Telephone: (212) 839-5300
Facsimile: (212) 839-5599

Wire Instructions:

| | |
|---|---|
| Correspondent Bank: | HSBC Bank USA (MRMDUS33) |
| Beneficiary Bank: | HSBC Bank plc, London (MIDLGB22) |
| Account#: | 000023-868 |
| Account Name: | Anthracite Balanced Company (R-26) Ltd |
| Account#: | 67965985 |

UKI 3713545v.1