WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Alfredo R. Perez

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                             :

**In re**                                      :      **Chapter 11 Case No.**
                                             :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :      **08-13555 (JMP)**
                                             :
                  **Debtors.**               :      **(Jointly Administered)**
                                             :
                                             :
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF DEBTORS' MOTION PURSUANT
TO SECTIONS 105(A), 362, AND 365 OF THE BANKRUPTCY CODE
FOR AUTHORIZATION TO ASSUME CERTAIN AIRCRAFT LEASE
AGREEMENTS AND TO CONSUMMATE CERTAIN RELATED TRANSACTIONS**

        **PLEASE TAKE NOTICE** that the hearing on relief requested in the Debtors'

Motion, Pursuant to sections 105(a), 362, and 365 of the Bankruptcy Code, for Authorization to

Assume Certain Aircraft Lease Agreements and to Consummate Certain Related Transactions

[Docket No. 3218] (the "Motion"), which was scheduled for December 16, 2009, at 10:00 a.m.,

**has been adjourned to June 16, 2010 at 10:00 a.m.**, or as soon thereafter as counsel may be

heard.  The hearing on the Motion will be held before the Honorable James M. Peck, United

States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York,

New York, Room 601, and such hearing on the Motion may be further adjourned from time to time without further notice other than an announcement at the hearing.

Dated:  December 11, 2009
        New York, New York

                                      /s/ Alfredo R. Perez
                                      Alfredo R. Perez

                                      WEIL, GOTSHAL & MANGES LLP
                                      767 Fifth Avenue
                                      New York, New York 10153
                                      Telephone: (212) 310-8000
                                      Facsimile: (212) 310-8007

                                      Attorneys for Debtors
                                      and Debtors in Possession