WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re                                                  :     **Chapter 11 Case No.**
                                                       :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,           :     **08-13555 (JMP)**
                                                       :
                           Debtors.                    :     (Jointly Administered)
------------------------------------------------------------------x

**DEBTORS–APPELLEES' STATEMENT OF ISSUES PRESENTED ON
APPEAL OF WILLIAM KUNTZ AND COUNTER–DESIGNATION OF
ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Appellees, Lehman Commercial Paper Inc. ("LCPI") and its affiliated chapter 11 debtors (collectively, the "Debtors") in the above-referenced chapter 11 cases, hereby designate, pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the following statement of issues presented on appeal and additional items to be included in the record on appeal in addition to items designated by appellant, William Kuntz, III ("Appellant").[1]

---

[1] Appellant's motion to enlarge time for filing a notice of appeal, filed October 27, 2009 [Docket No. 5718], notice of appeal, filed November 16, 2009 [Docket No. 5853], and statement of issues on appeal and designation of items to be included in the record on appeal (the "Statement of Issues and Designation"), filed December 1, 2009 [Docket No. 6017], were untimely filed pursuant to Bankruptcy Rules 8002(c), 8002(a) and 8006, respectively. The Debtors have filed this Statement of Issues and Counter-designation of Additional Items to be Included in the Record on Appeal out of an abundance of caution and reserve all of their rights with respect to the procedural deficiencies created by Appellant's failure to timely file the motion to enlarge time for filing a notice of appeal, notice of appeal and the Statement of Issues and Designation.

US_ACTIVE:\43251841\02\58399.0003

## STATEMENT OF ISSUES ON APPEAL

1.  Did the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") properly grant, in its discretion, LCPI's motion pursuant to section 363 of title 11 of the United States Code and Bankruptcy Rule 6004 for authorization to purchase a participation in the loan known as FairPoint Communications Term Loan A from Variable Funding Trust 2008-1?

## COUNTER-DESIGNATION OF RECORD

| Designation Number | Date of Filing | Docket Number | Description |
|---|---|---|---|
| 1 | 3/2/2009 | 2978 | Debtors' Motion for Entry of an Order Pursuant to Sections 105 and 363 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9019 Authorizing Lehman Commercial Paper Inc. to Settle Dispute with the Metropolitan Life Insurance Company |
| 2 | 3/3/2009 | 2980 | Affidavit of Service of Debtors' Motion for Entry of an Order Pursuant to Sections 105 and 363 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9019 Authorizing Lehman Commercial Paper Inc. to Settle Dispute with the Metropolitan Life Insurance Company |
| 3 | 4/6/2009 | 3278 | Notice of Adjournment of Hearing of Debtors Motion for Entry of an Order Pursuant to Sections 105 and 363 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9019 Authorizing Lehman Commercial Paper Inc. to Settle Dispute with The Metropolitan Life Insurance Company |
| 4 | 4/7/2009 | 3302 | Affidavit of Service of Notice of Adjournment of Hearing of Debtors Motion for Entry of an Order Pursuant to Sections 105 and 363 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9019 Authorizing Lehman Commercial Paper Inc. to Settle Dispute with The Metropolitan Life Insurance Company |
| 5 | 5/12/2009 | 3553 | Notice of Agenda of Matters Scheduled for Hearing on May 13, 2009 at 10:00 a.m. |
| 6 | 5/13/2009 | 3555 | Notice of Amended Agenda of Matters Scheduled for Hearing on May 13, 2009 at 10:00 a.m. |
| 7 | 5/13/2009 | 3556 | Affidavit of Service of Notice of Agenda of Matters Scheduled for Hearing on May 13, 2009 at 10:00 a.m. |
| 8 | 5/18/2009 | 3590 | Affidavit of Service of Notice of Amended Agenda of Matters Scheduled for Hearing on May 13, 2009 at 10:00 a.m. |

| Designation Number | Date of Filing | Docket Number | Description |
|---|---|---|---|
| 9 | 5/13/2009 | 3558 | Order Signed on 5/13/2009 Authorizing Lehman Commercial Paper Inc. to Settle Dispute with the Metropolitan Life Insurance Company. |
| 10 | 9/17/2009 | 5199 | Motion of Lehman Commercial Paper Inc. Pursuant to Section 363 of the Bankruptcy Code and Bankruptcy Rule 6004 for Authorization to Purchase Fairpoint Participation |
| 11 | 9/18/2009 | 5223 | Affidavit of Service of Motion of Lehman Commercial Paper Inc. Pursuant to Section 363 of the Bankruptcy Code and Bankruptcy Rule 6004 for Authorization to Purchase Fairpoint Participation |
| 12 | 10/2/2009 | 5333 | Objection of William Kuntz, III to Fairpoint & Suncal Proposed Adventures by Lehman Commercial Paper |
| 13 | 10/6/2009 | 5357 | Statement of Ad Hoc Group of Lehman Brothers Creditors in Support of Motion of Lehman Commercial Paper Inc. Pursuant to Section 363 of The Bankruptcy Code and Bankruptcy Rule 6004 for Authorization to Purchase Fairpoint Participation |
| 14 | 10/7/2009 | 5385 | Affidavit of Service of Statement of Ad Hoc Group of Lehman Brothers Creditors in Support of Motion of Lehman Commercial Paper Inc. Pursuant to Section 363 of The Bankruptcy Code and Bankruptcy Rule 6004 for Authorization to Purchase Fairpoint Participation |
| 15 | 10/13/2009 | 5458 | Notice of Agenda of Matters Scheduled for Hearing on October 14, 2009 at 10:00 a.m. |
| 16 | 10/14/2009 | 5484 | Affidavit of Service of Notice of Agenda of Matters Scheduled for Hearing on October 14, 2009 at 10:00 a.m. |
| 17 | 10/14/2009 | 5495 | Notice of Filing of Amendment of Transaction Documents in Connection with the Settlement Between Lehman Commercial Paper Inc. and The Metropolitan Life Insurance Company |
| 18 | 10/16/2009 | 5554 | Affidavit of Service of Notice of Filing of Amendment of Transaction Documents in Connection with the Settlement Between Lehman Commercial Paper Inc. and The Metropolitan Life Insurance Company |
| 19 | 10/16/2009 | 5551 | Order Authorizing Lehman Commercial Paper Inc. to Purchase Fairpoint Participation |
| 20 | 10/19/2009 | 5558 | Transcript of Hearing Held on October 14, 2009 at 10:04 AM |
| 21 | 10/27/2009 | 5718 | Motion to Extend Time to Appeal filed by William Kuntz |
| 22 | 11/16/2008 | 5853 | Notice of Appeal filed by William Kuntz |
| 23 | 12/1/2009 | 6017 | Designation of Contents and Statement of Issues on Appeal, filed by William Kuntz |

Dated: December 11, 2009
      New York, New York

                /s/ Jacqueline Marcus
                Jacqueline Marcus

                WEIL, GOTSHAL & MANGES LLP
                767 Fifth Avenue
                New York, New York 10153
                Telephone: (212) 310-8000
                Facsimile: (212) 310-8007

                Attorneys for Debtors and
                Debtors in Possession