Jeffrey D. Saferstein
Manuel S. Frey
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000

*Counsel for Oaktree Capital Management, L.P.
and its respective affiliates and subsidiaries*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al. | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**WITHDRAWAL OF CLAIM**

**PLEASE TAKE NOTICE**, that on September 18, 2009, Oaktree European Credit Opportunities PLC ("Oaktree") filed claim **#18838** against the Debtors in the amount of $3,700,000. Oaktree now withdraws claim **#18838**, without any prejudice to Oaktree's right to file future claims against the Debtors.

Dated: New York, New York
       December 9, 2009

        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
        /s/ Jeffrey D. Saferstein
        Jeffrey D. Saferstein
        (jsaferstein@paulweiss.com)
        Manuel S. Frey
        (mfrey@paulweiss.com)
        1285 Avenue of the Americas
        New York, New York  10019-6064
        Telephone: (212) 373-3000
        Facsimile: (212) 757-3990

        *Attorneys for Oaktree Capital Management, L.P.
        and its respective affiliates and subsidiaries*