Jeffrey D. Saferstein
Manuel S. Frey
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000

*Counsel for Oaktree Capital Management, L.P.
and its respective affiliates and subsidiaries*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al. | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**WITHDRAWAL OF CLAIM**

**PLEASE TAKE NOTICE**, that on September 18, 2009, Oaktree High Yield Plus Fund, L.P. ("Oaktree") filed claim **#18834** against the Debtors in the amount of $420,778.74.  Oaktree now withdraws claim **#18834**, without any prejudice to Oaktree's right to file future claims against the Debtors.

Dated: New York, New York
         December 9, 2009

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

/s/ Jeffrey D. Saferstein

Jeffrey D. Saferstein
(jsaferstein@paulweiss.com)
Manuel S. Frey
(mfrey@paulweiss.com)
1285 Avenue of the Americas
New York, New York  10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Attorneys for Oaktree Capital Management, L.P.
and its respective affiliates and subsidiaries*