UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
:
In re:                                                                            :        Chapter 11
                                                                                       :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :        Case No.  08-13555 (JMP)
                                                                                       :
                      Debtors.                                       :        (Jointly Administered)
                                                                                       :
                                                                                       :
------------------------------------------------------------------x

### *EX PARTE* ORDER AUTHORIZING LEHMAN COMMERCIAL PAPER INC. TO FILE SETTLEMENT AGREEMENT AND OTHER SETTLEMENT DOCUMENTS UNDER SEAL

Upon the motion (the "Motion")[1] filed by Lehman Commercial Paper Inc. ("LCPI") for entry of an order authorizing it to file under seal a copy of the Settlement Agreement and the other Settlement Documents (as defined in the Settlement Agreement); and limiting the parties who have access to such documents; it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); it appearing that venue of this proceeding and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Motion is granted.

2. LCPI is authorized to file a copy of the Settlement Agreement and the other Settlement Documents under seal by delivering such documents to Chambers and to the Clerk of the Court's attention with a letter referencing this Order. The Settlement Agreement and other Settlement Documents shall remain under seal and confidential and shall not be made available

---

[1] All capitalized terms not defined herein shall have the same meanings ascribed to them in the Motion.

to any party without the consent of LCPI, the GE Entities and the Fusion Entities or further order of this Court.

3. Counsel to the Committee shall be bound by this Order and shall at all times keep the Settlement Agreement and other Settlement Documents strictly confidential and shall not disclose the contents of the Settlement Agreement and the other Settlement Documents to any party including those parties that they represent notwithstanding section 1102(b)(3) of the Bankruptcy Code or otherwise.

4. Given LCPI's immediate need to file the Stipulation, notice of this Motion is not required.

5. LCPI is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

6. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. To the extent that this Order is inconsistent with any prior order or pleading with respect to the Motion in these cases, the terms of this Order shall govern.

8. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated:  New York, New York
      December 11, 2009                    */s/ James M. Peck*
                                          UNITED STATES BANKRUPTCY JUDGE