UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
:
In re                                                             :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
:
Debtors.                                  :    (Jointly Administered)
:
------------------------------------------------------------------x    Ref. Docket Nos. 6079, 6083, 6084,
6086, 6094, 6098

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

CHRISTOPHER SIMCO, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 10, 2009, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Christopher Simco
Christopher Simco

Sworn to before me this
11th day of December, 2009
/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**EXHIBIT "A"**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                                          | Chapter 11 Case No.
                                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,                         | 08-13555 (JMP)
                                                               |
                                                               | (Jointly Administered)
          Debtors.                                             |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  MERRILL LYNCH INTERNATIONAL                    MERRILL LYNCH INTERNATIONAL
     MERRILL LYNCH FINANCIAL CENTRE                 CADWALADER, WICKERSHAM & TAFT LLP
     ATTN: MS. ANNIKA WESTLING                      ATTN: MS. JILL KAYLOR
     2 KING EDWARD STREET                           ONE WORLD FINANCIAL CENTER
     LONDON    EC1A 1HQ                             NEW YORK NY 10281
     UNITED KINGDOM
```

Please note that your claim # 59515 in the above referenced case and in the amount of
        $8,545,800.00         has been transferred **(unless previously expunged by court order)**

```
     BANC OF AMERICA SECURITIES LLC                 BANC OF AMERICA SECURITIES LLC
     TRANSFEROR: MERRILL LYNCH INTERNATIONAL        DAVE HALESWORTH
     ATTN: JON BARNES                               LIGHTHOUSE GROUP FUNDING, LLC
     214 N. TRYON ST.                               51 DEVRIES AVENUE
     CHARLOTTE NC 28255                             SLEEPY HOLLOW NY 10591
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 6079    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/10/2009                            Vito Genna, Clerk of Court

                                            /s/ Christopher Simco
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:  This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on December 10, 2009.

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  MERRILL LYNCH INTERNATIONAL                      MERRILL LYNCH INTERNATIONAL
     CADWALADER, WICKERSHAM & TAFT LLP                MERRILL LYNCH FINANCIAL CENTRE
     ATTN: MS. JILL KAYLOR                            ATTN: MS. ANNIKA WESTLING
     ONE WORLD FINANCIAL CENTER                       2 KING EDWARD STREET
     NEW YORK NY 10281                                LONDON     EC1A 1HQ
                                                      UNITED KINGDOM
```

Please note that your claim # 59515 in the above referenced case and in the amount of
    $8,545,800.00        has been transferred **(unless previously expunged by court order)**

```
BANC OF AMERICA SECURITIES LLC                       BANC OF AMERICA SECURITIES LLC
DAVE HALESWORTH                                      TRANSFEROR: MERRILL LYNCH INTERNATIONAL
LIGHTHOUSE GROUP FUNDING, LLC                        ATTN: JON BARNES
51 DEVRIES AVENUE                                    214 N. TRYON ST.
SLEEPY HOLLOW NY 10591                               CHARLOTTE NC 28255
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6079    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/10/2009                           Vito Genna, Clerk of Court

                                           /s/ Christopher Simco
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on December 10, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>    Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: ENBW TRADING GMBH
    CLIFFORD CHANCE US LLP
    ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ.
    31 WEST 52ND STREET
    NEW YORK NY 10019

ENBW TRADING GMBH
ATTN: RONNY BIERHALS, THOMAS WOLF
DURLACHER ALLEE 93
76131 KARLSRUHE
DEUTSCHLAND
GERMANY

Please note that your claim # 28431 in the above referenced case and in the amount of
    $7,971,107.15    has been transferred **(unless previously expunged by court order)**

BANK OF AMERICA, N.A.
TRANSFEROR: ENBW TRADING GMBH
c/o bank of america merrill lynch
bank of america tower, 3rd floor
ONE BRYANT PARK
ATTN: GARY COHEN, RONALD TOROK
new york NY 10036

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

    UNITED STATES BANKRUPTCY COURT
    Southern District of New York
    One Bowling Green
    New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 6083    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/10/2009                    Vito Genna, Clerk of Court

                                    /s/ Christopher Simco
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on December 10, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  ENBW TRADING GMBH
     ATTN: RONNY BIERHALS, THOMAS WOLF
     DURLACHER ALLEE 93
     76131 KARLSRUHE
     DEUTSCHLAND
     GERMANY

ENBW TRADING GMBH
CLIFFORD CHANCE US LLP
ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. S
31 WEST 52ND STREET
NEW YORK NY 10019

Please note that your claim # 28431 in the above referenced case and in the amount of
$7,971,107.15    has been transferred **(unless previously expunged by court order)**

BANK OF AMERICA, N.A.
TRANSFEROR: ENBW TRADING GMBH
c/o bank of america merrill lynch
bank of america tower, 3rd floor
ONE BRYANT PARK
ATTN: GARY COHEN, RONALD TOROK
new york NY 10036

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 6083    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/10/2009                    Vito Genna, Clerk of Court

                                    /s/ Christopher Simco
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on December 10, 2009.

|  |  |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: ENBW TRADING GMBH
CLIFFORD CHANCE US LLP
ATTN JENNIFER C DEMARCO & DAVID A SULLIVAN, ESQS
31 W 52 ST
NEW YORK NY 10019

ENBW TRADING GMBH
ATTN RONNY BIERHALS & THOMAS WOLF ESQ
DURLACHER ALLEE 93
76131 KARLSRUHE
DEUTSCHLAND
GERMANY

Please note that your claim # 28628 in the above referenced case and in the amount of
$7,971,107.15    has been transferred **(unless previously expunged by court order)**

BANK OF AMERICA, N.A.
TRANSFEROR: ENBW TRADING GMBH
c/o bank of america merrill lynch
bank of america tower, 3rd floor
ONE BRYANT PARK
ATTN: GARY COHEN, RONALD TOROK
new york NY 10036

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 6084    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/10/2009                    Vito Genna, Clerk of Court

/s/ Christopher Simco
_____
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on December 10, 2009.

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  ENBW TRADING GMBH
     ATTN RONNY BIERHALS & THOMAS WOLF ESQ
     DURLACHER ALLEE 93
     76131 KARLSRUHE
     DEUTSCHLAND
     GERMANY

ENBW TRADING GMBH
CLIFFORD CHANCE US LLP
ATTN JENNIFER C DEMARCO & DAVID A SULLIVAN,
31 W 52 ST
NEW YORK NY 10019

Please note that your claim # 28628 in the above referenced case and in the amount of
    $7,971,107.15       has been transferred **(unless previously expunged by court order)**

BANK OF AMERICA, N.A.
TRANSFEROR: ENBW TRADING GMBH
c/o bank of america merrill lynch
bank of america tower, 3rd floor
ONE BRYANT PARK
ATTN: GARY COHEN, RONALD TOROK
new york NY 10036

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 6084 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/10/2009                    Vito Genna, Clerk of Court

                                    /s/ Christopher Simco
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 10, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  MORGAN STANLEY & CO. INTERNATIONAL PLC            MORGAN STANLEY & CO. INTERNATIONAL PLC
     TRANSFEROR: LBBW ASSET MANAGEMENT INVESTMENTGESELLSCHAFT MBH   MICHAEL FRIEDMAN
     25, CABOT SQUARE                                  RICHARDS KIBBE & ORBE LLP
     CANARY WHARF                                      ONE WOLRD FINANCIAL CENTER
     LONDON    E14 4QA                                 NEW YORK NY 10281
     ENGLAND
```

Please note that your claim # 49766-01 in the above referenced case and in the amount of
     $2,136,450.00        has been transferred **(unless previously expunged by court order)**

```
     LBBW ASSET MANAGEMENT INVESTMENTGESELLSCHAFT MBH   LBBW ASSET MANAGEMENT INVESTMENTGESELLSCHAFT
     TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC DOUGLAS P. BARTNER, ESQ. & SUSAN A. FENNESSE
     KRONENSTR.20                                      SHEARMAN & STERLING LLP
     STUTTGART    70173                                599 LEXINGTON AVENUE
     GERMANY                                           NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

     UNITED STATES BANKRUPTCY COURT
     Southern District of New York
     One Bowling Green
     New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 6086    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/10/2009                              Vito Genna, Clerk of Court

                                              /s/ Christopher Simco
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on December 10, 2009.

```
In re                                    | Chapter 11 Case No.
                                         |
LEHMAN BROTHERS HOLDINGS INC., et al.,   | 08-13555 (JMP)
                                         |
         Debtors.                        | (Jointly Administered)
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: MORGAN STANLEY & CO. INTERNATIONAL PLC
    MICHAEL FRIEDMAN
    RICHARDS KIBBE & ORBE LLP
    ONE WOLRD FINANCIAL CENTER
    NEW YORK NY 10281

MORGAN STANLEY & CO. INTERNATIONAL PLC
TRANSFEROR: LBBW ASSET MANAGEMENT INVESTMENT
25, CABOT SQUARE
CANARY WHARF
LONDON    E14 4QA
ENGLAND

Please note that your claim # 49766-01 in the above referenced case and in the amount of
   $2,136,450.00         has been transferred (**unless previously expunged by court order**)

LBBW ASSET MANAGEMENT INVESTMENTGESELLSCHAFT MBH
DOUGLAS P. BARTNER, ESQ. & SUSAN A. FENNESSEY, ESQ.
SHEARMAN & STERLING LLP
599 LEXINGTON AVENUE
NEW YORK NY 10022

LBBW ASSET MANAGEMENT INVESTMENTGESELLSCHAFT
TRANSFEROR: MORGAN STANLEY & CO. INTERNATION
KRONENSTR.20
STUTTGART    70173
GERMANY

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

    UNITED STATES BANKRUPTCY COURT
    Southern District of New York
    One Bowling Green
    New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 6086      in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/10/2009                    Vito Genna, Clerk of Court

                                    /s/ Christopher Simco
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on December 10, 2009.

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
|  | (Jointly Administered) |
| Debtors. |  |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: FPCM INFLATION-LINKED OPPORTUNITIES FUND LIMITED
SIDLEY AUSTIN LLP
ATTN: LEE S. ATTANASIO & ALEX R. ROVIRA
787 SEVENTH AVENUE
NEW YORK NY 10019

FPCM INFLATION-LINKED OPPORTUNITIES FUND LIM
ATTN: MICHAEL BAEK
140 BROADWAY, 18TH FLOOR
NEW YORK NY 10005

Please note that your claim # 26907 in the above referenced case and in the amount of
$11,700,370.85    has been transferred **(unless previously expunged by court order)**

BARCLAYS BANK PLC
TRANSFEROR: FPCM INFLATION-LINKED OPPORTUNIT
745 Seventh Avenue
New York NY 10019
USA

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 6094    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/10/2009                    Vito Genna, Clerk of Court

/s/ Christopher Simco
_____
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on December 10, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: FPCM INFLATION-LINKED OPPORTUNITIES FUND LIMITED
ATTN: MICHAEL BAEK
140 BROADWAY, 18TH FLOOR
NEW YORK NY 10005

FPCM INFLATION-LINKED OPPORTUNITIES FUND LIM
SIDLEY AUSTIN LLP
ATTN: LEE S. ATTANASIO & ALEX R. ROVIRA
787 SEVENTH AVENUE
NEW YORK NY 10019

Please note that your claim # 26907 in the above referenced case and in the amount of
$11,700,370.85        has been transferred **(unless previously expunged by court order)**

BARCLAYS BANK PLC
TRANSFEROR: FPCM INFLATION-LINKED OPPORTUNITIES FUND LIMITED
745 Seventh Avenue
New York NY 10019
USA

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 6094    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/10/2009                    Vito Genna, Clerk of Court

/s/ Christopher Simco
_____
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on December 10, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: DRAWBRIDGE GLOBAL MACRO MASTER COMMODITIES LTD
ATTENTION: GENERAL COUNSEL
C/O DRAWBRIDGE GLOBAL MACRO ADVISORS LLC
1345 AVENUE OF THE AMERICAS, 47TH FLOOR
NEW YORK NY 10105

Please note that your claim # 46965 in the above referenced case and in the amount of
$10,223,081.00         has been transferred **(unless previously expunged by court order)**

BARCLAYS BANK PLC
TRANSFEROR: DRAWBRIDGE GLOBAL MACRO MASTER COMMODITIES LTD
745 Seventh Avenue
New York NY 10019
USA

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 6098    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/10/2009                                  Vito Genna, Clerk of Court

                                                  /s/ Christopher Simco
                                                  _____
                                                  By: Epiq Bankruptcy Solutions, LLC
                                                      as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on December 10, 2009.

**EXHIBIT "B"**

```
TIME: 14:13:36                                        LEHMAN BROTHERS HOLDING INC.                                                          PAGE:    1
DATE: 12/10/09                                              CREDITOR LISTING

Name                                                    Address
BANC OF AMERICA SECURITIES LLC                          DAVE HALESWORTH LIGHTHOUSE GROUP FUNDING, LLC 51 DEVRIES AVENUE SLEEPY HOLLOW NY 10591
BANC OF AMERICA SECURITIES LLC                          TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: JON BARNES 214 N. TRYON ST. CHARLOTTE NC 28255
BANK OF AMERICA, N.A.                                   TRANSFEROR: ENBW TRADING GMBH c/o bank of america merrill lynch bank of america tower, 3rd floor ONE BRYANT PARK ATTN: GARY COHEN, ESQ
BARCLAYS BANK PLC                                       SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO & ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                       TRANSFEROR: DRAWBRIDGE GLOBAL MACRO MASTER COMMODITIES LTD 745 Seventh Avenue New York NY 10019 USA
DRAWBRIDGE GLOBAL MACRO MASTER COMMODITIES              ATTENTION: GENERAL COUNSEL C/O DRAWBRIDGE GLOBAL MACRO ADVISORS LLC 1345 AVENUE OF THE AMERICAS, 47TH FLOOR NEW YORK NY 10105
ENBW TRADING GMBH                                       CLIFFORD CHANCE US LLP ATTN JENNIFER C DEMARCO & DAVID A SULLIVAN, ESQS 31 W 52 ST NEW YORK NY 10019
ENBW TRADING GMBH                                       ATTN RONNY BIERHALS & THOMAS WOLF ESQ DURLACHER ALLEE 93 76131 KARLSRUHE DEUTSCHLAND GERMANY
ENBW TRADING GMBH                                       CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019
ENBW TRADING GMBH                                       ATTN: RONNY BIERHALS, THOMAS WOLF DURLACHER ALLEE 93 76131 KARLSRUHE DEUTSCHLAND GERMANY
FPCM INFLATION-LINKED OPPORTUNITIES FUND LIMITED        SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO & ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019
FPCM INFLATION-LINKED OPPORTUNITIES FUND LIMITED        MICHAEL BAEK 140 BROADWAY, 18TH FLOOR NEW YORK NY 10005
LBBW ASSET MANAGEMENT INVESTMENTGESELLSCHAFT MBH        DECHERT LLP ATTN: JAMES P. BARTNER, ESQ. & SUSAN A. FENNESSEY, ESQ. SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
LBBW ASSET MANAGEMENT INVESTMENTGESELLSCHAFT MBH        TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC KRONENSTR.20 STUTTGART 70173 GERMANY
MERRILL LYNCH INTERNATIONAL                             CADWALADER, WICKERSHAM & TAFT LLP ATTN: MS. JILL KAYLOR ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MERRILL LYNCH INTERNATIONAL                             MERRILL LYNCH FINANCIAL CENTRE ATTN: MS. ANNIKA WESTLING 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM
MORGAN STANLEY & CO. INTERNATIONAL PLC                  MICHAEL FRIEDMAN RICHARDS KIBBE & ORBE LLP ONE WOLRD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY & CO. INTERNATIONAL PLC                  TRANSFEROR: LBBW ASSET MANAGEMENT INVESTMENTGESELLSCHAFT MBH 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA ENGLAND


Total Number of Records Printed             19


                                                                                                                                 EPIQ BANKRUPTCY SOLUTIONS, LLC
```

**EXHIBIT "C"**

**LBH (12-10-09)**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, NY 10153