WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Lori R. Fife
Richard W. Slack
Robert J. Lemons

Attorneys for Debtor
and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                            :
In re                                       :    **Chapter 11 Case No.**
                                            :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,:    **08-13555 (JMP)**
                                            :
                        Debtors.            :    **(Jointly Administered)**
                                            :
                                            :
------------------------------------------------------------------x

**DECLARATION OF MAURICE HORWITZ, ESQ.
IN SUPPORT OF LEHMAN BROTHERS SPECIAL FINANCING, INC.'S
OBJECTION TO MALAYAN BANKING BERHAD'S MOTION
<u>FOR LEAVE TO CONDUCT RULE 2004 DISCOVERY</u>**

   I, MAURICE HORWITZ, declare under penalty of perjury, this 9th day of December 2009:

   1. I am an associate with the law firm of Weil, Gotshal & Manges LLP, counsel for defendant Lehman Brothers Special Financing Inc. ("LBSF"). I submit this declaration in support of LBSF's Objection (the "Objection") to Malayan Banking Berhad's ("Maybank") Motion for leave to conduct Rule 2004 Discovery (the "Motion") [Docket No. 5889].

2. In early June 2009, Thomas Chase of Rottenberg Lipman Rich, P.C. contacted me and identified himself as counsel for Maybank. Mr. Chase stated that he wished to discuss the location of a note that Maybank had posted as collateral (the "Collateral") in connection with a swap transaction (the "Transaction"). In particular, Mr. Chase stated that he believed that LBSF should have possession of the note that Maybank posted as collateral for Maybank's swap pursuant to a trade confirmation executed by Lehman Brothers International (Europe) ("LBIE"), and that LBIE was oversecured. I asked Mr. Chase to send me all the documentation that he had in connection with the Transaction and Collateral in order to assist LBSF in matching this documentation with its records. By email dated Jule 11, 2009 (the "First June 11, 2009 Email"), Mr. Chase sent me copies of (i) an ISDA Master Agreement, dated as of August 7, 1999, between LBSF and Maybank, (ii) an ISDA Master Agreement, dated as of July 22, 1999, between LBIE and Maybank, and (iii) a swap confirmation, dated as of July 22, 1999, between LBIE and Maybank (the "Transaction Documents").

3. After Mr. Chase sent me these documents, I advised him in a telephone conversation that I would ask LBSF to determine whether the Collateral could be located. I again advised Mr. Chase that he should provide me with any documents relating to the Collateral as these would assist LBSF in determining where the Collateral may be located. Following this initial conversation, Mr. Chase, by email dated June 11, 2009 (together with the "First June 11, 2009 Email," the "June 11, 2009 Emails"), provided me with a document dated as of July 17, 2008 entitled "Derivatives – MTM Statement" (the "MTM Statement"). After I received the June 11, 2009 Emails and attached Transaction

Documents and MTM Statement, I forwarded them to LBSF and requested that LBSF determine whether the Collateral could be located.

4. LBSF responded on the same day and informed me that no trading activity had taken place between Maybank and LBSF, notwithstanding the existence of an ISDA Master Agreement between Maybank and LBSF. LBSF further informed me that there had been trading activity between Maybank and LBIE, and that the Collateral was at LBIE. My understanding from LBSF is that the MTM Statement is a valuation statement indicating the current mark-to-market value of the Collateral, and that the fact that the statement is from LBIE suggests that the Collateral is being held in an LBIE brokerage account. (Copies of the two June 11th Emails and the Statement are attached hereto as Exhibits A, B and C respectively).

5. After consulting with LBSF, I contacted Mr. Chase by telephone and informed him that: (i) LBIE held the Collateral, and the Statement indicated that the Collateral was being kept in an LBIE brokerage account, (ii) LBSF and Maybank had not executed any trades under the ISDA Master Agreement, dated as of August 7, 1999, between LBSF and Maybank, and (iii) Maybank should contact LBIE for more information regarding the Transaction and the Collateral and to determine how Maybank could secure return of the Collateral. I also informed him that based on my discussions with LBSF, this was the extent of LBSF's knowledge regarding the Collateral. Mr. Chase thanked me for providing him with this information.

6. Attached hereto as Exhibits A and B are true and correct copies of the following documents cited in LBSF's Objection to the Motion:

Ex.    Description

      A.      June 11, 2009 Emails from Thomas Chase to Maurice Horwitz.

      B.      July 17, 2008 MTM Statement provided by Thomas Chase to Maurice Horwitz.

Dated: December 9, 2009
       New York, NY

                                          /s/ Maurice Horwitz
                                          MAURICE HORWITZ

# Exhibit A

| | |
|---|---|
| **From:** | Tom Chase [tchase@rlrpclaw.com] |
| **Sent:** | Thursday, June 11, 2009 4:10 PM |
| **To:** | Horwitz, Maurice |
| **Subject:** | Lehman-Malayan Bank Swap Agreement and Collateral Agreement |
| **Attachments:** | LBIE July 22, 1999 ISDA Master Agreement w Schedules and Annex.pdf; Swap Confirmation.pdf; LBSF August 7, 1992 Master Agreement.pdf; Credit Support Annex to 1992 ISDA Master Agreement.pdf |

Maurice,

Attached please find the documentation relating to the swap between Malayan Banking Bershad and LBIE, and the collateral provisions agreed to by Malayan Banking and LBSF. The terms of the swap are set out in the confirmation, which refers and incorporates the August 7, 1992 Master Agreement, including the Credit Support Annex governing posting of collateral. The parties later executed a second 1999 Master Agreement. I will call you soon to discuss.

Regards, Tom Chase

Thomas E. Chase, Esq.
Rottenberg Lipman Rich, P.C.
369 Lexington Avenue, 15th Floor
New York, New York 10017
Phone: (212) 661-3080
Fax:    (212) 867-1914

This message, together with its attachments, if any, may contain information that is legally privileged and/or confidential, and is intended only for the use of the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or of its contents, or any attachments, is strictly prohibited. If you have received this message in error, please notify the original sender immediately by return e-mail or by telephone (212-661-3080) and delete the message, along with any attachments thereto, from your computer. Thank you.

| | |
|---|---|
| **From:** | Tom Chase [tchase@rlrpclaw.com] |
| **Sent:** | Thursday, June 11, 2009 4:38 PM |
| **To:** | Horwitz, Maurice |
| **Subject:** | Lehman-Malayan Bank Swap |
| **Attachments:** | Lehman Bros Derivatives - MTM statement dd 07.17.081.pdf |

Maurice,

Thanks for speaking to me about this. Attached is the last statement that we received valuing the collateral, leading my client to believe/hope that the collateral still remained within one of the Lehman entities. See page 2 "Collateral Data."

Best regards, Tom Chase

Thomas E. Chase, Esq.
Rottenberg Lipman Rich, P.C.
369 Lexington Avenue, 15th Floor
New York, New York 10017
Phone: (212) 661-3080
Fax:    (212) 867-1914

This message, together with its attachments, if any, may contain information that is legally privileged and/or confidential, and is intended only for the use of the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or of its contents, or any attachments, is strictly prohibited. If you have received this message in error, please notify the original sender immediately by return e-mail or by telephone (212-661-3080) and delete the message, along with any attachments thereto, from your computer. Thank you.

# Exhibit B

# LEHMAN BROTHERS — DERIVATIVES - MTM STATEMENT

| TO: | MALAYAN BANKING BERHAD |
|---|---|
| A/C # : | 77260MBBS |
| PHONE: | |
| FAX: | |
| EMAIL: | cvg; |

| FROM: | LEHMAN BROTHERS INTERNATIONAL (EUROPE) |
|---|---|
| | ADRIANA MONJE |
| PHONE: | 212-526-2170 |
| FAX: | 917-522-0252 |
| EMAIL: | cvg@lehman.com |

| DATE: | 17-Jul-2008 |
|---|---|
| COB VALUATION DATE: | 30-Jun-2008 |
| REPORTING CCY: | USD |

*POSITIVE NUMBERS = DUE TO YOU/COLLATERAL HELD BY YOU*
*NEGATIVE NUMBERS = DUE TO LEHMAN/COLLATERAL HELD BY LEHMAN*

The below estimated value[s] are as of the date indicated and do not represent actual bids or offers by Lehman Brothers. There can be no assurance that actual trades could be completed at such value[s]. Unless otherwise specified, the below valuations represent mid-market valuations. Mid-market values attempt to approximate the current economic value of a given position using prices and rates at the average of the bid and offer for the respective underlying asset(s) or reference rate(s). Discussions of trade values in general, and indicative or firm price quotations and actual trade prices in particular, may vary significantly from these written estimated values as a result of various factors, which may include (but are not limited to) prevailing credit spreads, market liquidity, position size, transaction and financing costs, hedging costs and risks and use of capital and profit.

These estimates may not be representative of any theoretical or actual internal valuations employed by us for our own purposes, may vary during the course of any particular day and may vary significantly from the estimates or quotations that would be given by another dealer. You should consult with your own accounting or other advisors as to the adequacy of this information for your purposes. As a condition for providing these estimates, you agree that Lehman Brothers makes no representation and shall have no liability in any way arising there from to you or any other entity for any loss or damage, direct or indirect, arising from the use of this information.

| MTM Summary | |
|---|---:|
| Structured Total: | (292,280) |
| TOTAL: | (292,280) |

Page 1 of 2

### Structured

| GID | RMS ID | Trade Date | Effective Date | Maturity Date | Notional CCY | Notional Amount CCY | MTM (USD) |
|---|---|---|---|---|---|---|---|
| 31378 | 180069E | 22-Jul-1999 | 01-Jun-1999 | 01-Jun-2009 | USD | 8,000,000 | (292,280) |
| **STRUCTURED TOTAL:** | | | | | | | **(292,280)** |

### Collateral Data

| Deal ID | Coll Type | Security ID | Security Description | Maturity Date | CCY | Dirty Price | Quantity | Market Value (USD) |
|---|---|---|---|---|---|---|---|---|
| 180069E | IND | 560904AE4 | MALAYSIA GOVERNMENT INTERNATIONAL BOND 8.750% | 01-Jun-2009 | USD | 106.91 | (8,000,000) | (8,561,778) |
|  | VAR | USD | UNITED STATES DOLLARS | | USD | 0.00 | (700,000) | (700,000) |
| **COLLATERAL DATA TOTAL:** | | | | | | | | **(9,261,778)** |