LOVELLS LLP
Christopher R. Donoho, III
590 Madison Avenue
New York, New York 10022
Telephone: (212) 909-0600
Facsimile: (212) 909-0660

*Attorney for Sea Port Group Securities, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:                                                            :
                                                                  :
                                                                  :   Chapter 11
LEHMAN BROTHERS HOLDING INC., et. al.,                            :
                                                                  :   Case No. 08-13555 (JMP)
                                                                  :   (Jointly Administered)
                    Debtors.                                      :
                                                                  :
                                                                  :
------------------------------------------------------------------X

## NOTICE OF APPEARANCE AND DEMAND
## FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel to Sea Port Group Securities, LLC ("Seaport") as a party-in-interest in the above-captioned Chapter 11 bankruptcy cases, and, pursuant to 11 U.S.C. § 1109(b) and Federal Rules of Bankruptcy Procedure 2002 and 9010, request that all notices given or required to be given in these bankruptcy cases, and all papers served or required to be served in these bankruptcy cases, be served on Seaport by and through service on the following:

Christopher R. Donoho III
LOVELLS LLP
590 Madison Avenue
New York, NY 10022
Telephone: 212-909-0600
Facsimile: 212-909-0660
E-mail: chris.donoho@lovells.com

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of Seaport (1) to have final orders in non-core matters entered only after de novo review by a District Court judge, (2) to trial by jury

in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: December 11, 2009
New York, New York

> By: /s/ Christopher R. Donoho, III
> Christopher R. Donoho, III
> LOVELLS LLP
> 590 Madison Avenue
> New York, NY 10022
> Telephone: 212-909-0600
> Facsimile: 212-909-0660
>
> *Attorney for Sea Port Group Securities, LLC*