# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>**LEHMAN BROTHERS HOLDINGS INC., et al.,**<br><br>Debtors. | **Chapter 11**<br>**Case No. 08-13555 (JMP)**<br>(Jointly Administered) |

### ORDER DEEMING BERNER KANTONALBANK
### PROOFS OF CLAIM TIMELY FILED

Upon consideration of the joint motion (the "Motion") of Sea Port Group Securities, LLC ("Seaport") and Berner Kantonalbank ("BEKB" and together with Seaport, the "Movants") for entry of an order (this "Order") pursuant to 11 U.S.C. § 105 of the United States Bankruptcy Code (the "Bankruptcy Code") and Rule 9006(b)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), deeming that the Proofs of Claim (defined below) shall be timely filed; and for such further relief as the Court may deem just and proper; and it appearing that the relief requested by the Motion is appropriate; and due notice of the Motion having been given; and it appearing that no other or further notice of the Motion need be provided; and the Court having found and determined that it should exercise its discretion in accordance with the relief requested in the Motion and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted pursuant to section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9006(b)(1), and the proofs of claim dated _____, 2009, with respect to ISIN XS0342098398, XS0234123650 and CH0036891148 (the "Proofs of Claim") are hereby deemed timely filed, whether or not such Proofs of Claim contain blocking numbers.

2. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: New York, New York
_____, 2009

By: _____
HONERABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE