# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |

DECLARATION OF JONATHAN SILVERMAN IN SUPPORT OF THE JOINT MOTION OF SEA PORT GROUP SECURITIES, LLC AND BERNER KANTONALBANK TO DEEM PROOFS OF CLAIM TO BE TIMELY FILED BY THE SECURITIES PROGRAMS BAR DATE

Pursuant to 28 U.S.C. § 1746, Jonathan Silverman, declares and says:

1. I am Jonathan Silverman, General Counsel at Sea Port Group Securities, LLC ("Seaport").

2. I submit this declaration in support of the Joint Motion of Sea Port Group Securities, LLC And Berner Kantonalbank to Deem Proofs Of Claim to Be Timely Filed By The Securities Programs Bar Date (the "Motion") filed concurrently herewith. I submit as to facts based on my personal knowledge or as contained in the business records of Seaport as to which I am competent to testify.

3. Seaport provides investment banking, research and analysis, and institutional sales and trading services. In addition, it deals in securities, including equities, bonds, bank debt, trade claims, and private holdings in the public and private markets, as well as focuses on securities of companies that are distressed or have undergone a restructuring.

4. On September 4, 2009, Berner Kantonalbank ("BEKB") trader Andreas Josi confirmed a Seaport purchase of an 11 note portfolio from BEKB issued by Lehman Brothers Treasury Co. B.V. ("LBTCBV") and guaranteed by Lehman Brothers Holdings Inc. ("LBHI"). A true and correct copy of the September 4, 2009, confirmation is attached hereto Exhibit 1.

Andreas Josi in the related correspondence confirmed a settlement date of September 11, 2009, for the purchase and sent Bill Wong and Jay Sommer, two of the Seaport employees who were involved in the transaction, a trade list setting forth the 11 notes on a two-page spreadsheet. A true and correct copy of the two-page spreadsheet is attached in the form that Andreas sent to Bill Wong as <u>Exhibit 2</u>.

5. The spreadsheet listed eight notes on page one (the "<u>Page One Trades</u>") and three notes on page two (the "<u>Page Two Trades</u>"). Bill Wong then forwarded the spreadsheet to the trader (Mr. Wong acted here as the "salesman.") Unfortunately, when the confirmed trade was communicated by the Seaport trader to Seaport's back office, he only transmitted the Page One Trades.

6. Four days later, on September 8, 2009, Debra Maldonado, Seaport's Senior Operations Specialist in its back office, contacted Andreas Josi via email to re-confirm the settlement of the September 4 purchase of the BV Notes. A true and correct copy of this correspondence and the settlement schedule is attached as <u>Exhibit 3</u>. In her correspondence, Maldonado listed only the Page One Trades. Andreas Josi failed to notice that the Page Two Trades were missing, and responded to Maldonado confirming that the Page One Trades would settle on September 9, 2009. <u>See</u> <u>Exhibit 3</u>. Although both the BEKB and Seaport believed they proceeded according to the terms of the September 4 purchase, they did not as the Page Two Trades were mutually ignored.

7. The Page One Trades settled as anticipated on or about September 11, 2009, except for security ISIN XS0257101856 due to an issue with the currency exchange. The Page Two Trades, still forgotten, failed to settle as initially contemplated.

8. On September 30, 2009, the currency issue causing the delay in closing for ISIN XS0257101856 was finally resolved and the security was then about to settle. In the settling confirmation correspondence from BEKB's settling department to Seaport's back office, the

issue of the Page Two Trades was first noted. BEKB's Settlement Department wrote to Aaron Lewis of Seaport's back office, "We urgently need your instructions for the successive trades" and listed the Page Two Trades. A true and accurate copy of this correspondence is attached hereto as Exhibit 4. Mr. Lewis responded that Seaport did not recognize the trades ("DK" in the parlance) and instructed the BEKB Settlement Department to have Andreas Josi contact the Seaport traders involved in the September 4 purchase. See Exhibit 4.

9.    No Seaport trader was copied on the correspondence. In fact, the Seaport traders involved in the September 4 purchase had no knowledge of the failure of the Page Two Trades to settle until November 5, 2009, three days after the Lehman Programs Securities bar date.

10.    On November 5, 2009, Andreas Josi contacted Jay Sommer with the news that the Page Two Trades had failed to settle. A true and accurate copy of that correspondence is attached hereto as Exhibit 5. That correspondence, which was also addressed to people who work in Seaport's back office as well as those who work in BEKB's settlement department, finally connected all the parties necessary to identify the failed settling of the Page Two Trades.

11.    Seaport and BEKB thereafter began working toward finding a resolution for the unsettled trades. It took several weeks in order for the parties to understand exactly what had happened, the magnitude of the error, and the potential consequences.

12.    On December 10, 2009, BEKB informed Seaport that proofs of claim for the Page Two Trades were being prepared, and will be filed as quickly as possible.

13.    I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 11, 2009
New York, New York

By: _____
Name: Jonathan Silverman
Title: General Counsel