# EXHIBIT 1

## Robles, Betty

| | |
|---|---|
| **From:** | Bill Wong [bwong@theseaportgroup.com] |
| **Sent:** | Friday, September 04, 2009 2:14 PM |
| **To:** | a.josi@gmx.ch; andreas.josi@bekb.ch |
| **Cc:** | Jay Sommer |
| **Subject:** | RE: |

```
andreas - it is confirmed
```

```
From: Jay Sommer
Sent: Friday, September 04, 2009 2:07 PM
To: Bill Wong
Subject: Fwd:
```

```
Sent from my iPhone

Begin forwarded message:


From: "Andreas Josi" <a.josi@gmx.ch>
Date: September 4, 2009 2:05:47 PM EDT
To: <jsommer@theseaportgroup.com>
Cc: <andreas.josi@bekb.ch>


Jay,


please confirm that BEKB | BCBE AG sold to  the seaport group, ny the in
the attachement listed positions (notional in settlement currency: EUR
████████ / CHF ████████ / USD ██████) at ██████.
Trade date 2009-09-04, settlement date 2009-09-11.


Thanks for the trade and enjoy the long weekend.


Best regards,

Andreas
```

1

**BEKB | BCBE**

| Code | | Product | Date | Currency | Amount | Rate | Value | Issuer | Holdings |
|---|---|---|---|---|---|---|---|---|---|
| XS0237101856 | 25770056 | 100% Capital Protected Note on BRIC | 10.07.2009 | EUR | 200000 | 1.5150 | 316035 | Lehman Brothers Treasury Co. B.V. Amsterdam | Lehman Brothers Holdings Inc. |
| CH0027120663 | 27120066 | 100% Capital Protected Note on SMI-Index | 22.02.2010 | CHF | | 1.0000 | 33997000 | Lehman Brothers Treasury Co. B.V. Amsterdam | Lehman Brothers Holdings Inc. |
| CH0027120671 | 27120067 | 100% Capital Protected Note on SMI-Index | 21.02.2012 | CHF | 1083000 | 1.0000 | 1083000 | Lehman Brothers Treasury Co. B.V. Amsterdam | Lehman Brothers Holdings Inc. |
| CH0027120689 | 27120068 | 100% Capital Protected Note on DJ Euro Stoxx 50-IX | 22.02.2010 | EUR | 522000 | 1.5150 | 790830 | Lehman Brothers Treasury Co. B.V. Amsterdam | Lehman Brothers Holdings Inc. |
| CH0027120697 | 27120069 | 100% Capital Protected Note on DJ Euro Stoxx 50-IX | 21.02.2012 | EUR | 165000 | 1.5150 | 249975 | Lehman Brothers Treasury Co. B.V. Amsterdam | Lehman Brothers Holdings Inc. |
| CH0027120705 | 27120070 | 100% Capital Protected Note on DJ Industrial A V-IX | 22.02.2010 | USD | | 1.0700 | 63130 | Lehman Brothers Treasury Co. B.V. Amsterdam | Lehman Brothers Holdings Inc. |
| CH0027120747 | 27120074 | 100% Capital Protected Note on Topix Core 30 Index | 22.02.2010 | EUR | 245000 | 1.5150 | 371175 | Lehman Brothers Treasury Co. B.V. Amsterdam | Lehman Brothers Holdings Inc. |
| CH0027120754 | 27120075 | 100% Capital Protected Note on Topix Core 30 Index | 21.02.2012 | EUR | 200000 | 1.5150 | 307000 | Lehman Brothers Treasury Co. B.V. Amsterdam | Lehman Brothers Holdings Inc. |

**BEKB | BCBE**

| XS0342098398 | 3689038 | 08-29.8.12 SHS-BASKET | 29.08.2012 | CHF | 5000000 | 1.0000 | 5000000 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. |
|---|---|---|---|---|---|---|---|---|---|
| XS0234123650 | 2318727 | Lehman Brothers Opp. Note on Basket Shares | 30.11.2010 | CHF | 400000 | 1.0000 | 400000 | Lehman Brothers Treasury Co. B.V., Amsterdam | Lehman Brothers Holdings Inc. |
| CH0036891148 | 3689114 | 100% Capital Protected Note on SMI-Index | 07.03.2012 | CHF | 25000 | 1.0000 | 25000 | Lehman Brothers Treasury Co. B.V., Amsterdam | Lehman Brothers Holdings Inc. |

# EXHIBIT 2

**BEKB | BCBE**

| XS0257101836 | 25777036 | 100% Capital Protected Note on BRIC | 10.07.2009 EUR | 2090000 | 1.5150 | 3160351 | Lehman Brothers Treasury Co. B.V. Amsterdam | Lehman Brothers Holdings Inc. |
|---|---|---|---|---|---|---|---|---|
| CH0027120663 | 2712066 | 100% Capital Protected Note on SMI-Index | 22.02.2010 CHF | 37597000 | 1.0000 | 37597000 | Lehman Brothers Treasury Co. B.V. Amsterdam | Lehman Brothers Holdings Inc. |
| CH0027120671 | 2712067 | 100% Capital Protected Note on SMI-Index | 21.02.2012 CHF | 10837000 | 1.0000 | 10837000 | Lehman Brothers Treasury Co. B.V. Amsterdam | Lehman Brothers Holdings Inc. |
| CH0027120689 | 2712068 | 100% Capital Protected Note on DJ Euro Stoxx 50-IX | 22.02.2010 EUR | 522000 | 1.5150 | 790830 | Lehman Brothers Treasury Co. B.V. Amsterdam | Lehman Brothers Holdings Inc. |
| CH0027120697 | 2712069 | 100% Capital Protected Note on DJ Euro Stoxx 50-IX | 21.02.2012 EUR | 1650000 | 1.5150 | 2499975 | Lehman Brothers Treasury Co. B.V. Amsterdam | Lehman Brothers Holdings Inc. |
| CH0027120705 | 2712070 | 100% Capital Protected Note on DJ Industrial A V-IX | 22.02.2010 USD | 59000 | 1.0700 | 63130 | Lehman Brothers Treasury Co. B.V. Amsterdam | Lehman Brothers Holdings Inc. |
| CH0027120747 | 2712074 | 100% Capital Protected Note on Topix Core 30 Index | 22.02.2010 EUR | 2451000 | 1.5150 | 3711175 | Lehman Brothers Treasury Co. B.V. Amsterdam | Lehman Brothers Holdings Inc. |
| CH0027120754 | 2712075 | 100% Capital Protected Note on Topix Core 30 Index | 21.02.2012 EUR | 20000 | 1.5150 | 30300 | Lehman Brothers Treasury Co. B.V. Amsterdam | Lehman Brothers Holdings Inc. |

Seite 1 von 2

**BEKB | BCBE**

| XS0342098398 | 3689038 | 08-29.8.12 SHS-BASKET | 29.08.2012 | CHF | 5'000'000 | 1.0000 | 5000000 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. |
|---|---|---|---|---|---|---|---|---|---|
| XS0234123650 | 2318727 | Lehman Brothers Opp. Note on Basket Shares | 30.11.2010 | CHF | 400'000 | 1.0000 | 400000 | Lehman Brothers Treasury Co. B.V. Amsterdam | Lehman Brothers Holdings Inc. |
| CH0026891148 | 3689114 | 100% Capital Protected Note on SMI-Index | 07.03.2012 | CHF | 25'000 | 1.0000 | 25000 | Lehman Brothers Treasury Co. B.V. Amsterdam | Lehman Brothers Holdings Inc. |

# EXHIBIT 3

**Robles, Betty**

| | |
|---|---|
| **From:** | Debra M. Maldonado [dmaldonado@theseaportgroup.com] |
| **Sent:** | Thursday, December 03, 2009 9:57 AM |
| **To:** | Steve Dudowitz |
| **Subject:** | FW: Please confirm Friday's trades |

```
Debra Maldonado
The Seaport Group Securities, LLC
360 Madison Ave., 22nd Floor
New York, NY 10017
T: (212) 616-7739
F: (212) 616-7733
E: <mailto:dmaldonado@theseaportgroup.com> dmaldonado@theseaportgroup.com


From: Josi Andreas, LI VEEU [mailto:Andreas.Josi@bekb.ch]
Sent: Tuesday, September 08, 2009 10:08 AM
To: Debra M. Maldonado
Cc: Josi Andreas, LI VEEU
Subject: AW: Please confirm Friday's trades


Dear Debra


Thanks for your e-mail. I took contact to our settlement departement. I'll contact you
asap with the news. I think, the settelment will take place tomorrow.


Beste regards

Andreas



Freundliche Grüsse
Avec mes meilleures salutations
BEKB | BCBE

Andreas Josi
_____
Tel. +41 (31) 666 63 64
andreas.josi@bekb.ch

Postadresse / Adresse postale
BEKB | BCBE
Postfach
3001 Bern


P

Denken Sie an die Umwelt, verzichten Sie auf den Ausdruck dieses E-Mails.
Pensez à l'environnement et renoncez à imprimer cet e-mail.
```

Von: Debra M. Maldonado [mailto:dmaldonado@theseaportgroup.com]
Gesendet: Dienstag, 8. September 2009 15:59
An: Josi Andreas, LI VEEU
Cc: Steve Dudowitz; Christopher Hennin; Aaron Lewis
Betreff: Please confirm Friday's trades
Wichtigkeit: Hoch

Hello Andreas


Please confirm all trades from Friday and please send me your local settlement
instructions for Switzerland for the  CH isin's and we will settle the XS isins with your
Euro Clear  83320.    Please call me if you have any questions, also please see below for
our settlement instructions,.


Thank you

Deb



Here is our settlement instructions:


E/c  11319


Swiss local market :


UBS ZURICH

BIC: UBSWCHZH80A

A/c: JP MORGAN CHASE — CHASGB2L

A/c# 0230000044137U3



=================================================================================
=========================

ISIN: CH0027120754      * TRADE TICKET *        As of:  9/ 4/09

```
TRDR:WES HARRELL>SEAPORT GROUP, THE          (DATED:  2/21/07)

BUYS : 20        (M) of LEH StrNt 02/21/12    CUSIP: EG1391267

PRICE  ███████  or  YIELD█████████(to  2/21/12 @ ███████

SETTLEMENT on  9/11/09          ISSUER: LEHMAN BROTHERS TSY BV

NOTES:  SEAPORT DIST BUYS FROM BEKB/BCBE AG (SALES WONG/SOMMER)

        SETTLES T+5

        no trace

                              {EG139126 Corp DES<GO>}

** PRINCIPAL:              €          ████████ **

** ACCRUED (200 days):                █████████ **

** TOTAL:                  €          ████████ **




ISIN: CH0027120747    * TRADE TICKET *      As of:  9/ 4/09

TRDR:WES HARRELL>SEAPORT GROUP, THE          (DATED:  2/21/07)

BUYS : 245       (M) of LEH StrNt 02/22/10    CUSIP: EG1391705

PRICE  ████████  or  YIELD█████████(to  2/22/10 @ ████████)

SETTLEMENT on  9/11/09          ISSUER: LEHMAN BROTHERS TSY BV

NOTES:  SEAPORT DIST BUYS FROM BEKB/BCBE AG (SALES WONG/SOMMER)

        SETTLES T+5

        No trace

                              {EG139170 Corp DES<GO>}

** PRINCIPAL:              €          ████████ **

** ACCRUED (199 days):                █████████ **

** TOTAL:                  €          ████████ *




ISIN: CH0027120705    * TRADE TICKET *      As of:  9/ 4/09

TRDR:WES HARRELL>SEAPORT GROUP, THE          (DATED:  2/21/07)

BUYS : 59        (M) of LEH StrNt 02/22/10    CUSIP: EG1389543

PRICE  ████████  or  YIELD█████████(to  2/22/10 @ ████████)
```

SETTLEMENT on  9/11/09                ISSUER: LEHMAN BROTHERS TSY BV

NOTES:  SEAPORT DIST BUYS FROM BEKB/BCBE AG (SALES WONG/SOMMER)

        SETTLES T+5

                                      {EG138954 Corp DES<GO>}

** PRINCIPAL:                  $              ████████ **

** ACCRUED (199 days):                        ██████ **

** TOTAL:                      $              ████████ **


ISIN: CH0027120697      * TRADE TICKET *        As of:  9/ 4/09

TRDR:WES HARRELL>SEAPORT GROUP, THE         (DATED:  2/21/07)

BUYS : 165      (M) of LEH StrNt 02/21/12    CUSIP: EG1390905

PRICE   ████████  or  YIELD ████████ (to  2/21/12 @ ████████)

SETTLEMENT on  9/11/09           ISSUER: LEHMAN BROTHERS TSY BV

NOTES:  SEAPORT DIST BUYS FROM BEKB/BCBE AG (SALES WONG/SOMMER)

        SETTLES T+5

                                      {EG139090 Corp DES<GO>}

** PRINCIPAL:                  €              ████████ **

** ACCRUED (200 days):                        ██████ **

** TOTAL:                      €              ████████ **


ISIN: CH0027120663      * TRADE TICKET *        As of:  9/ 4/09

TRDR:WES HARRELL>SEAPORT GROUP, THE         (DATED:  2/21/07)

BUYS : 3397     (M) of LEH StrNt 02/22/10    CUSIP: EG1390509

PRICE   ████████  or  YIELD ████████ (to  2/22/10 @ ████████)

SETTLEMENT on  9/11/09           ISSUER: LEHMAN BROTHERS TSY BV

NOTES:  SEAPORT DIST BUYS FROM BEKB/BCBE AG (SALES WONG/SOMMER)

        SETTLES T+5

no trace

{EG139050 Corp DES<GO>}

```
** PRINCIPAL:              SF            ████████ **
** ACCRUED (199 days):                    █████ **
** TOTAL:                  SF            ████████ **
```

ISIN: XS0257101856    * TRADE TICKET *       As of:  9/ 4/09

TRDR:WES HARRELL>SEAPORT GROUP, THE          (DATED:  7/10/06)

BUYS : 209      (M) of LEH StrNt 07/10/09   CUSIP: EF7428875

PRICE  ████████  or  YIELD  ████████ (to  7/10/09 @ ███████)

SETTLEMENT on  9/11/09          ISSUER: LEHMAN BROTHERS TSY BV

NOTES:  SEAPORT DIST BUYS FROM BEKB/BCBE AG (SALES WONG/SOMMER)

        SETTLES T+5

{EF742887 Corp DES<GO>}

```
** PRINCIPAL:              €             ████████ **
** ACCRUED (  0 days):                   █████████ **
** TOTAL:                  €             ████████ **
```

ISIN: CH0027120689    * TRADE TICKET *       As of:  9/ 4/09

TRDR:WES HARRELL>SEAPORT GROUP, THE          (DATED:  2/21/07)

BUYS : 522      (M) of LEH StrNt 02/22/10   CUSIP: EG1390749

PRICE  ████████ or  YIELD ████████ (to  2/22/10 @ ███████)

SETTLEMENT on  9/11/09          ISSUER: LEHMAN BROTHERS TSY BV

NOTES:  SEAPORT DIST BUYS FROM BEKB/BCBE AG (SALES WONG/SOMMER)

        SETTLES T+5

        No Trace

```
                                  {EG139074 Corp DES<GO>}

** PRINCIPAL:                 €            ████████████  **

** ACCRUED (199 days):                     ███████████  **

** TOTAL:                     €            ███████████  **

================================================================================
========================

ISIN: CH0027120671     * TRADE TICKET *      As of:  9/ 4/09

TRDR:WES HARRELL>SEAPORT GROUP, THE          (DATED:  2/21/07)

BUYS : 1083      (M) of LEH StrNt 02/21/12   CUSIP: EG1390061

PRICE    ██████████  or  YIELD█████████ (to 2/21/12 @ ██████████)

SETTLEMENT on  9/11/09        ISSUER: LEHMAN BROTHERS TSY BV

NOTES:  SEAPORT DIST BUYS FROM BEKB/BCBE AG (SALES WONG/SOMMER)

        SETTLE T+5



        No Trace


                                  {EG139006 Corp DES<GO>}

** PRINCIPAL:                 SF           ████████████  **

** ACCRUED (200 days):                     ███████████  **

** TOTAL:                     SF           ███████████  **

================================================================================
====================

Debra Maldonado
Seaport Group Securities, LLC
360 Madison Ave., 22nd Floor
New York, NY 10017
T: (212) 616-7739
F: (212) 616-7733
E:  <mailto:dmaldonado@theseaportgroup.com> dmaldonado@theseaportgroup.com
```

---

Disclaimer available at: http://www.theseaportgroup.com/disclaimer.asp

This message and any attachments are intended only for the use of the addressee and may
contain information that is privileged and confidential. If the reader of the message is
not the intended recipient or an authorized representative of the intended recipient, you
are hereby notified that any dissemination of this communication is strictly prohibited.
If you have received this communication in error, please notify us immediately by e-mail
and delete the message and any attachments from your system.

---

Disclaimer available at: http://www.theseaportgroup.com/disclaimer.asp

`

,

------------------------------------------

Wir machen Sie darauf aufmerksam, dass beim vorliegenden ungesicherten E-Mail-Verkehr die
Vertraulichkeit nicht gewährleistet ist. Im Weiteren können E-Mails Viren enthalten,
fehlgeleitet oder durch Manipulationen verändert werden. Für Schäden, die aus diesen
Risiken entstehen können, übernehmen wir keine Haftung. Aufgrund der erwähnten Risiken
können wir nicht garantieren, dass ein ausschliesslich per E-Mail erteilter Auftrag
ausgeführt wird.

Bitte teilen Sie uns mit, falls Sie auf den E-Mail-Verkehr mit unserer Bank verzichten
möchten. Sollten Sie dieses E-Mail irrtümlich erhalten haben, bitten wir Sie um eine kurze
Mitteilung und die unverzügliche Löschung inklusive allfälliger Anhänge; Sie dürfen keine
Drittpersonen über den Inhalt dieses Mails informieren.

Grundsätzlich empfehlen wir Ihnen, auf den Versand von vertraulichen Informationen über
Ihre Geschäftsbeziehung zur BEKB | BCBE per E-Mail zu verzichten, bei jedem neuen Versand
die E-Mail-Adresse neu zu erfassen und den empfangenen Text nicht mitzusenden.

Nous vous informons que la confidentialité n'est pas garantie lors des présents échanges
de courriels non sécurisés. Par ailleurs, les courriels peuvent contenir des virus, ils
peuvent être transmis par erreur ou ils peuvent être manipulés. Nous déclinons toute
responsabilité en cas de préjudice imputable à ces risques. Nous ne pouvons garantir,
compte tenu des risques mentionnés ci-dessus, qu'un mandat envoyé uniquement par courriel
soit exécuté.

Nous vous prions de nous faire savoir si vous désirez renoncer à un échange de courriels
avec notre banque. Si vous avez reçu le présent courriel par erreur, vous voudrez bien
nous en informer brièvement et l'effacer sans délai, fichiers joints inclus; les tiers ne
doivent pas être informés du contenu du courriel.

Nous vous recommandons de renoncer à envoyer par courriel des informations confidentielles
en rapport avec vos relations d'affaires avec la BEKB | BCBE, de saisir l'adresse
électronique lors de chaque envoi et de ne pas joindre le texte reçu.

---------------------------------------------------------

# EXHIBIT 4

08-13555-mg    Doc 6150-3    Filed 12/12/09    Entered 12/12/09 00:08:47    Page 1 of 2
Exhibit XS.2
1-5 to Silverman Declaration    Pg 17 of 22

**Lanigan, Daniel**

| | |
|---|---|
| **From:** | Aaron Lewis [alewis@theseaportgroup.com] |
| **Sent:** | Wednesday, September 30, 2009 10:48 AM |
| **To:** | Settlement (ENT) |
| **Subject:** | RE: LEHMAN WTS - XS0257101856 |

We DK these trades. If Andreas knows these with Seaport, he must contact our traders. This matter is resolved from my side.

---

**From:** Settlement (ENT) [mailto:Settlement@entris.ch]
**Sent:** Wednesday, September 30, 2009 8:54 AM
**To:** Aaron Lewis
**Subject:** AW: LEHMAN WTS - XS0257101856

Hi

Yes, after informations from Andreas Josi from the Berner Kantonalbank Bern. Please contact Andreas when you dont recognize this trades.

Phone 0041 31 666 63 64
E-Mail andreas.josi@bekb.ch

Thanks

> **Von:** Aaron Lewis [mailto:alewis@theseaportgroup.com]
> **Gesendet:** Mittwoch, 30. September 2009 14:41
> **An:** Settlement (ENT)
> **Betreff:** RE: LEHMAN WTS - XS0257101856
>
> Hi,
>
> I do not recognize the other trades, only the 209 shs of XS0257101856. Were these done with Seaport?
>
> Thanks

---

> **From:** Settlement (ENT) [mailto:Settlement@entris.ch]
> **Sent:** Wednesday, September 30, 2009 3:29 AM
> **To:** Aaron Lewis
> **Subject:** AW: LEHMAN WTS - XS0257101856
>
> Hi
>
> The market reference number for the trade of 209 shs ISIN XS0257101856 is: Trano S20902A (Clearstream Ref.: 02LN18000B7G). But **this trade has settled at 30.09.2009** in the morning.
>
> **We need urgently your instructions for the succesive trades:**

| | | | |
|---|---|---|---|
| ISIN XS0234123650 | 400'000 Shs  CHF ████ | TD 04.09.2009 / SD 11.09.2009 | against |
| Euroclear 11319 (JP Morgan)  **instructed since 11.09.2009** | | | |
| ISIN XS0342098398 | 5'000'000 Shs  CHF ████ | TD 04.09.2009 / SD 11.09.2009 | against |
| Euroclear 11319 (JP Morgan)  **instructed since 11.09.2009** | | | |
| ISIN CH0036891148 | 25'000 Shs  CHF ████ | TD 04.09.2009 / SD 11.09.2009 | against |
| CH100025 (Swiss local market)  **instructed since 11.09.2009** | | | |

> **Our settlement details:**
>
> Swiss local market:      SIX SIS AG Zurich (BIC: INSECHZZXXX) in favour of acc. CH102692 in the name of Berner Kantonalbank (BIC: KBBECH22XXX)
>
> Euroclear:           Clearstream Banking Luxembourg (BIC: CEDELULLXXX) in favour of acc. 83320 in the name of SIX SIS AG Zurich (BIC: INSECHZZXXX)
>                 In favour of Berner Kantonalbank (BIC: KBBECH22XXX)
>
> Please instruct urgently!! Thanks

12/10/2009

08-13555-mg    Doc 6150-3    Filed 12/12/09    Entered 12/12/09 00:08:47    Page 2 of 2
Exhibit EX5.2
1-5 to Silverman Declaration    Pg 18 of 22

**Von:** Aaron Lewis [mailto:alewis@theseaportgroup.com]
**Gesendet:** Montag, 28. September 2009 23:00
**An:** Settlement (ENT); Artesi Laura (ENT)
**Cc:** Hom, Irene; Seaport Ops; Josi Andreas; LI VEEU; Jones-Morton, Imogen
**Betreff:** RE: LEHMAN WTS - XS0257101856

Laura/Anni,

Please advise with your market reference for the following trade.  My custodian has advised that they do not see you alleging to 11319 for the following.  Please ensure these are instructed for settlement tomorrow.

703-02632        BEKB / BCBE    S        209        XS0257101856    ***WTS LEHMAN BROTHERS 
        9/4/2009            9/11/2009


Regards

---

**From:** Jones-Morton, Imogen [mailto:Imogen.JonesMorton@ridgeclearing.com]
**Sent:** Monday, September 28, 2009 9:10 AM
**To:** Settlement@entris.ch
**Cc:** Hom, Irene; Seaport Ops
**Subject:** LEHMAN WTS - XS0257101856

Hello,

Trade was amended to receive from you're Clearstream A/c 66032 in Euroclear. Our agent advises that you have no lnx.

Please advise.

Regards,
*Imogen Jones-Morton*
**International Settlements**
**Ridge Clearing & Outsourcing Solutions, Inc**
2 Journal Square Plaza, Jersey City NJ, 07306
Phone: (888) 284-3430 - Option 2
Fax:     (201) 239-4746
E-mail: Imogen.JonesMorton@RidgeClearing.com
 *Please consider the environment before printing this email*

```
This message and any attachments are intended only for the use of the addressee and
may contain information that is privileged and confidential. If the reader of the
message is not the intended recipient or an authorized representative of the
intended recipient, you are hereby notified that any dissemination of this
communication is strictly prohibited. If you have received this communication in
error, please notify us immediately by e-mail and delete the message and any
attachments from your system.
```

Disclaimer available at: http://www.theseaportgroup.com/disclaimer.asp

Disclaimer available at: http://www.theseaportgroup.com/disclaimer.asp

12/10/2009

# EXHIBIT 5

## Lanigan, Daniel

---

**Von:** Josi Andreas, LI VEEU
**Gesendet:** Donnerstag, 5. November 2009 14:55
**An:** 'Jay Sommer'; 'Aaron Lewis'
**Cc:** 'Artesi Laura (ENT)'
**Betreff:** WG: LEHMAN WTS - XS0257101856

Dear Jay and Aaron

These three trades didn't settle yet. I traded all these orders with Seaport Group, so we need the settlement details from Seaport Goup. We sended you our details a few times and they are marked below again. I don't really care wether the orders are for Seaport Group or someone else.

So please take immediatly contact with Laura (Aaron, you know her!) from our settlement departement so settle these orders.

I can't help you in this case because I'm just the trader. So Aaron have to show Laura a solution. It's really urgent and there are no excuses about that.

Thanks and best regards
Andreas


**We need urgently your instructions for the succesive trades:**
ISIN XS0234123650    400'000 Shs   CHF   ███████████         TD 04.09.2009 / SD
11.09.2009        against Euroclear 11319 (JP Morgan)   **instructed since 11.09.2009**
ISIN XS0342098398    5'000'000 Shs   CHF ███████████        TD 04.09.2009 / SD
11.09.2009        against Euroclear 11319 (JP Morgan)   **instructed since 11.09.2009**
ISIN CH0036891148    25'000 Shs   CHF ███████████          TD 04.09.2009 / SD
11.09.2009        against CH100025 (Swiss local market)   **instructed since 11.09.2009**

**Our settlement details:**

Swiss local market:     SIX SIS AG Zurich (BIC: INSECHZZXXX) in favour of acc. CH102692 in the name of Berner Kantonalbank (BIC: KBBECH22XXX)

Euroclear:               Clearstream Banking Luxembourg (BIC: CEDELULLXXX) in favour of acc. 83320 in the name of SIX SIS AG Zurich (BIC: INSECHZZXXX)
               In favour of Berner Kantonalbank (BIC: KBBECH22XXX)


Etliche Abklärungen mit Aaron Lewis, haben ergeben, dass anscheinend diese Abschlüsse nicht für Seaport seien.
Wir haben Ihn an Sie verwiesen, damit Ihr gemeinsam diese Fälle besprechen könnt. Leider behauptet er immer wieder, dass man über Ihren Händler gehen solle um die Details dieser Abschlüsse zu regeln. Einen Händlernamen konnte er natürlich nicht angeben.
Unsere Instruktionen wurden inzwischen teilweise auch wieder gecancelled weil zu alt. Keine weiteren Gegenparteien haben bis jetzt diese Trades reklamiert (wirklich nicht Seaport?)

Könnten Sie bitte via Händler bei der Gegenpartei diese Trades reklamieren? Sobald wir von Ihnen wieder aktuellere Informationen erhalten werden, werden wir neue Instruktionen gemäss Ihren Angaben absetzten. Hoffen auf gutes gelingen.

12/10/2009

Besten Dank für Ihre Mithilfe.


Freundliche Grüsse

Laura Artesi

---

**Laura Artesi**
Fachspezialistin Transfer / Settlement

T +41 31 950 73 73, F +41 31 950 76 52
laura.artesi@entris.ch

**Entris Operations**
**Anlegen, Settlement / Transfer Namenaktien**
Mattenstrasse 8, CH-3073 Gümligen
T +41 31 950 72 72, F +41 31 950 76 76
info@entris.ch, www.entris.ch


Diese E-Mail ist ausschliesslich fuer den/die obgenannten Empfaenger bestimmt. Da die Vertraulichkeit von E-Mail-
Kommunikation nicht gewaehrleistet werden kann, lehnen wir jede Verantwortung fuer Geheimhaltung und Unversehrtheit
dieser Nachricht ab. Wenn Sie diese E-Mail aufgrund eines Fehlers/Zufalls erhalten haben, bitten wir Sie, uns dies per E-
Mail oder telefonisch so schnell wie moeglich mitzuteilen und die E-Mail zu loeschen. Danke.

---

**Von:** Aaron Lewis [mailto:alewis@theseaportgroup.com]
**Gesendet:** Mittwoch, 30. September 2009 14:41
**An:** Settlement (ENT)
**Betreff:** RE: LEHMAN WTS - XS0257101856

Hi,

I do not recognize the other trades, only the 209 shs of XS0257101856.  Were these done with
Seaport?

Thanks

---

**From:** Settlement (ENT) [mailto:Settlement@entris.ch]
**Sent:** Wednesday, September 30, 2009 3:29 AM
**To:** Aaron Lewis
**Subject:** AW: LEHMAN WTS - XS0257101856

Hi

The market reference number for the trade of 209 shs ISIN XS0257101856 is: Trano S20902A
(Clearstream Ref.: 02LN18000B7G). But **this trade has settled at 30.09.2009** in the morning.


**We need urgently your instructions for the succesive trades:**

ISIN XS0234123650        400'000 Shs  CHF  ████████              TD 04.09.2009 / SD
11.09.2009        against Euroclear 11319 (JP Morgan)    **instructed since 11.09.2009**
ISIN XS0342098398      5'000'000 Shs  CHF  ████████              TD 04.09.2009 / SD
11.09.2009        against Euroclear 11319 (JP Morgan)    **instructed since 11.09.2009**
ISIN CH0036891148      25'000 Shs  CHF  ████████              TD 04.09.2009 / SD
11.09.2009        against CH100025 (Swiss local market)    **instructed since 11.09.2009**

## Our settlement details:

Swiss local market:     SIX SIS AG Zurich (BIC: INSECHZZXXX) in favour of acc. CH102692 in
the name of Berner Kantonalbank (BIC: KBBECH22XXX)

Euroclear:              Clearstream Banking Luxembourg (BIC: CEDELULLXXX) in favour of acc.
83320 in the name of SIX SIS AG Zurich (BIC: INSECHZZXXX)
                In favour of Berner Kantonalbank (BIC: KBBECH22XXX)

Please instruct urgently!! Thanks

12/10/2009