WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : 08-13555 (JMP)
: 
Debtors. : (Jointly Administered)
: 
---------------------------------------------------------------x

**MONTHLY REPORT OF ASSETS DISPOSED OF PURSUANT**
**TO THE *DE MINIMIS* ASSET SALE OR ABANDONMENT PROCEDURES**

In compliance with the Order Pursuant to Sections 105, 363, and 554(a) of the Bankruptcy Code Establishing Procedures for *De Minimis* Asset Sales and Abandonments entered by the United States Bankruptcy Court for the Southern District of New York on June 17, 2009 [Docket No. 4021], the above-captioned debtors and debtors in possession have disposed of the assets described on Exhibit A (sales) and Exhibit B (abandonments) attached hereto following notice to the Interested Parties[1] and

---
[1] Capitalized terms that are used but not defined herein shall have the meanings ascribed to them in the Sale and Abandonment Order.

the expiration of the applicable Notice Period without objection by an Interested Party.

Dated: December 14, 2009
New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**Exhibit A**

(Schedule of Assets Disposed of Pursuant to the *De Minimis* Sale Procedures)

| Description of the Asset | Location of the Asset | Purchaser | Relationship Between Purchaser and the Debtors | Lien or Encumbrance Holders | Terms and Conditions of the Noticed *De Minimis* Sale |
|---|---|---|---|---|---|
| Residential Real Property | 972 N. Woodlawn Drive, Thousand Oaks, CA | Karen Aguilar and Anne Burson | none | none | $370,000.00 |
| Residential Real Property | 3225 Kylee Dawn Circle, Lawrenceville, GA | Dean Mitchell | none | none | $329,850.00 |
| Residential Real Property | 721 Bethpage Drive, McDonough, GA | Oconee Holdings LLC | none | none | $714,900.00 |
| Residential Real Property | 20000 Welby Way, Los Angeles, CA | Joseph Zadikany | none | none | $326,000.00 |
| Residential Real Property | 4545 O'Malley Rd., Anchorage, AK | Ron Barks and Lucy Jean | none | none | $380,000.00 |
| Residential Real Property | 442 Sixth St., Palisades Park, NJ | Mr./Ms. Jung | none | none | $600,000.00 |
| Residential Real Property | 1831 Wabasso Way, Glendale, CA | Satenik Hovakimyan | none | none | $550,000.00 |

## **Exhibit B**

(Schedule of Assets Disposed of Pursuant to the *De Minimis* Abandonment Procedures)

| Description of the Asset | Reason for the Abandonment | Party to Whom the Asset was Abandoned |
|---|---|---|
| none | | |