## Lehman Brothers Holdings, Inc.

Summary of Attorney Hours for the Period June 1, 2009 through June 30, 2009

### Telluride- 303694/2031

| **Attorney** | **Rate** | **Hours** | **Value** |
|---|---|---|---|
| Zoffinger, Richard | 350 | 2.50 | 875.00 |
| Rossi, Robert A. | 525 | 2.80 | 1470.00 |
| Goldsmith, Paul | 195 | 15.00 | 2925.00 |
| Vanchieri, Sal | 100 | 1.10 | 110.00 |
| Bindler, Deborah H. | 425 | 63.90 | 27157.50 |
| **Total Services** | | **85.30** | **$32537.50** |

### Carillon Modification- 303694/2044

| **Attorney** | **Rate** | **Hours** | **Value** |
|---|---|---|---|
| Banahan, Thomas A. | 495 | 0.40 | 198.00 |
| Stein, Clifford | 450 | 5.50 | 2475.00 |
| **Total Services** | | **5.90** | **$2673.00** |

### Amendment to Midtown Memphis Loan – 303694/2073

| **Attorney** | **Rate** | **Hours** | **Value** |
|---|---|---|---|
| Glanz, David L. | 495 | 12.20 | 6039.00 |
| **Total Services** | | **12.20** | **$6039.00** |

### Kojaian Transaction Analysis – 303694/2139

| **Attorney** | **Rate** | **Hours** | **Value** |
|---|---|---|---|
| Banahan, Thomas A. | 495 | 0.20 | 99.00 |
| **Total Services** | | **0.20** | **$99.00** |

### BDA 555 Sept. 2008 Loan Extension – 303694/2173

| **Attorney** | **Rate** | **Hours** | **Value** |
|---|---|---|---|
| Banahan, Thomas A. | 495 | 1.20 | 594.00 |
| **Total Services** | | **1.20** | **$594.00** |

{10519282:1}

### New Dawn Land Loan Workout – 303694/2174

| **Attorney** | **Rate** | **Hours** | **Value** |
| --- | --- | --- | --- |
| Rossi, Robert A. | 525 | 2.00 | 1050.00 |
| Zoffinger, Richard | 350 | 2.70 | 945.00 |
| Cook Jr., Wayne S. | 410 | 2.50 | 1025.00 |
| Goldsmith, Paul | 195 | 1.00 | 195.00 |
| **Total Services** | | **8.20** | **$3215.00** |

### Bankruptcy – 303694/2179

| **Attorney** | **Rate** | **Hours** | **Value** |
| --- | --- | --- | --- |
| Simpson, Charles E. | 790 | 6.70 | 5293.00 |
| Rossi, Robert A. | 525 | 8.60 | 4515.00 |
| Zoffinger, Richard | 350 | 3.00 | 1050.00 |
| Mencio, Giselle | 160 | 1.10 | 176.00 |
| Etheridge, Derek | 315 | 67.90 | 21388.50 |
| Glanz, David L. | 495 | 2.30 | 1138.50 |
| **Total Services** | | **89.60** | **$33561.00** |

### Monument Issues – 303694/2181 – December Time

| **Attorney** | **Rate** | **Hours** | **Value** |
| --- | --- | --- | --- |
| Rossi, Robert A. | 210 | 7.70 | 3927.00 |
| Goldsmith, Paul | 180 | 3.5 | 630.00 |
| Zoffinger, Richard | 330 | 5.2 | 1716.00 |
| Longo, Kim M. | 325 | 29.50 | 9587.50 |
| Cook Jr., Wayne S. | 390 | 18.20 | 7098.00 |
| **Total Services** | | **64.10** | **$22958.5** |

### Monument Issues – 303694/2181

| **Attorney** | **Rate** | **Hours** | **Value** |
| --- | --- | --- | --- |
| Rossi, Robert A. | 525 | 7.30 | 3832.50 |
| Bindler, Deborah H. | 425 | 0.40 | 170.00 |
| Zoffinger, Richard | 350 | 21.30 | 7455.00 |

{10519282:1}

| Attorney | Rate | Hours | Value |
|---|---|---|---|
| Longo, Kim M. | 350 | 26.50 | 9275.00 |
| Cook Jr., Wayne S. | 410 | 5.40 | 2214.00 |
| **Total Services** |  | **60.90** | **$22946.50** |

### Hudson Yards – 303694/2185

| Attorney | Rate | Hours | Value |
|---|---|---|---|
| Banahan, Thomas A. | 495 | 1.20 | 594.00 |
| **Total Services** |  | **1.20** | **$594.00** |

### Scout Issues – 303694/2187

| Attorney | Rate | Hours | Value |
|---|---|---|---|
| Rossi, Robert A. | 525 | 2.00 | 1050.00 |
| Longo, Kim M. | 350 | 2.80 | 980.00 |
| **Total Services** |  | **4.80** | **$2030.00** |

### 25/45 Broad Street – 303694/2192

| Attorney | Rate | Hours | Value |
|---|---|---|---|
| Banahan, Thomas A. | 495 | 4.00 | 1980.00 |
| Hudson, Michael | 175 | 3.30 | 577.50 |
| Slama, Mark A. | 440 | 20.30 | 8932.00 |
| Cagney, William C. | 460 | 1.00 | 460.00 |
| Dubiago, Lana | 170 | 11.20 | 1904.00 |
| Mizrahi, Samuel | 365 | 46.30 | 16899.50 |
| Sorbera, Christina J. | 230 | 0.90 | 207.00 |
| Solomon, Joel L. | 225 | 0.30 | 67.50 |
| **Total Services** |  | **87.30** | **$31027.50** |

### RFR Continental Bayside Hotel – 303694/2193

| Attorney | Rate | Hours | Value |
|---|---|---|---|
| Banahan, Thomas A. | 495 | 1.10 | 544.50 |
| **Total Services** |  | **1.10** | **$544.50** |

{10519282:1}

### Paradise Hotel – 303694/2194

| Attorney | Rate | Hours | Value |
|---|---|---|---|
| Murphy, Craig P. | 570 | 0.60 | 342.00 |
| Holden, John | 365 | 0.20 | 73.00 |
| Cote, Anna | 235 | 5.80 | 1363.00 |
| Cook Jr., Wayne S. | 410 | 5.40 | 2214.00 |
| **Total Services** | | **12.00** | **$3992.00** |

### 215 Brazilian Avenue Enforcement – 303694/2196

| Attorney | Rate | Hours | Value |
|---|---|---|---|
| Banahan, Thomas A. | 495 | 0.10 | 49.50 |
| **Total Services** | | **0.10** | **$49.50** |

### Northgate Foreclosure – 303694/2203

| Attorney | Rate | Hours | Value |
|---|---|---|---|
| Zoffinger, Richard | 350 | 2.40 | 840.00 |
| Cook Jr., Wayne S. | 410 | 3.30 | 1353.00 |
| Goldsmith, Paul | 195 | 0.60 | 117.00 |
| **Total Services** | | **6.30** | **$2310.00** |

### Lyon Issues – 303694/2205

| Attorney | Rate | Hours | Value |
|---|---|---|---|
| Rossi, Robert A. | 525 | 5.30 | 2782.50 |
| Foote, Carrie E. | 350 | 17.50 | 6125.00 |
| **Total Services** | | **22.80** | **$8907.50** |

### On The Avenue – 303694/2207

| Attorney | Rate | Hours | Value |
|---|---|---|---|
| Banahan, Thomas A. | 495 | 0.50 | 247.50 |
| Cook Jr., Wayne S. | 410 | 12.10 | 4961.00 |
| **Total Services** | | **12.60** | **$5208.50** |

{10519282:1}

Lehman Brothers Holdings, Inc.

Summary of Attorney Hours for the Period July 1, 2009 through July 31, 2009

### Roosevelt Island – 303694/851

| Attorney | Rate | Hours | Value |
| --- | --- | --- | --- |
| Stein, Clifford | 450 | 1.10 | 495.00 |
| Luddy, Robert J. | 515 | 1.60 | 824.00 |
| **Total Services** | | **2.7** | **1319** |

### WSG Development – 303694/965

| Attorney | Rate | Hours | Value |
| --- | --- | --- | --- |
| Shea Edward E. | 525 | 0.20 | 105.00 |
| Glanz, David L. | 495 | 2.60 | 1287.00 |
| **Total Services** | | **2.8** | **$1392** |

### Prism and Poinsettia – 303694/2015

| Attorney | Rate | Hours | Value |
| --- | --- | --- | --- |
| Goldsmith, Paul | 195 | 2.00 | 390.00 |
| Glanz, David L. | 495 | 2.30 | 1138.50 |
| Agnello, Michele. | 185 | 2.30 | 425.50 |
| **Total Services** | | **6.6** | **$1954** |

### WSG Hollywood – 303694/2016

| Attorney | Rate | Hours | Value |
| --- | --- | --- | --- |
| Goldsmith, Paul | 195 | 0.50 | 97.50 |
| Glanz, David L. | 495 | 7.60 | 3762.00 |
| **Total Services** | | **8.1** | **$3859.5** |

### Telluride - 303694/2031

| Attorney | Rate | Hours | Value |
| --- | --- | --- | --- |
| Bindler, Deborah H. | | 3.60 | 1530.00 |
| Goldsmith, Paul | | 2.00 | 390.00 |
| **Total Services** | | **5.60** | **$1920** |

{10524788:1}

### Carillon Modification- 303694/2044

| Attorney | Rate | Hours | Value |
|---|---|---|---|
| Cote, Anna | 235 | 0.70 | 164.50 |
| **Total Services** | | **0.70** | **$164.50** |

### 350 West Broadway – 303694/2088

| Attorney | Rate | Hours | Value |
|---|---|---|---|
| Goldsmith, Paul | 195 | 2.00 | 390.00 |
| Glanz, David L. | 495 | 0.50 | 247.50 |
| **Total Services** | | **2.5** | **$637.50** |

### Super 8 Amendment – 303694/2119

| Attorney | Rate | Hours | Value |
|---|---|---|---|
| Cook, Wayne | 410 | 7.20 | 2952.00 |
| **Total Services** | | **7.2** | **$2952** |

### New Dawn Land Loan Workout – 303694/2174

| Attorney | Rate | Hours | Value |
|---|---|---|---|
| Zoffinger, Richard | 350 | 5.00 | 1750.00 |
| Cook Jr., Wayne S. | 410 | 3.10 | 1271.00 |
| **Total Services** | | **8.1** | **$3021** |

### Bankruptcy – 303694/2179

| Attorney | Rate | Hours | Value |
|---|---|---|---|
| Rossi, Robert A. | 525 | 5.50 | 2887.50 |
| Etheridge, Derek | 315 | 76.80 | 24192.00 |
| Cook Jr., Wayne S | 410 | 3.50 | 1435.00 |
| Nisselson, Alan | 560 | 1.00 | 560.00 |
| **Total Services** | | **86.80** | **$29074.5** |

### Monument Issues – 303694/2181

| Attorney | Rate | Hours | Value |
|---|---|---|---|
| Rossi, Robert A. | 525 | 9.00 | 4725.00 |
| Zoffinger, Richard | 350 | 15.90 | 5565.00 |
| Longo, Kim M. | 350 | 29.60 | 11,100.00 |
| Cook Jr., Wayne S. | 410 | 7.60 | 3116.00 |

{10524788:1}

| Attorney | Rate | Hours | Value |
|---|---|---|---|
| Goldsmith, Paul | 195 | 3.70 | 721.50 |
| Barr, Leslie | 460 | 0.10 | 46.00 |
| **Total Services** | | 65.9 | **$25,273.5** |

### Hudson Yards – 303694/2185

| Attorney | Rate | Hours | Value |
|---|---|---|---|
| Banahan, Thomas A. | 495 | 0.20 | 99.00 |
| Goldsmith, Paul | 195 | 0.50 | 97.50 |
| **Total Services** | | 0.7 | **$196.50** |

### 25/45 Broad Street – 303694/2192

| Attorney | Rate | Hours | Value |
|---|---|---|---|
| Rossi, Robert A. | 525 | 0.50 | 262.50 |
| Alkin, Donna F. | 320 | 0.50 | 160.00 |
| Banahan, Thomas A. | 495 | 0.80 | 396.00 |
| Slama, Mark A. | 440 | 20.20 | 8,888.00 |
| Nobles, Ronetta | 165 | 4.40 | 726.00 |
| Dubiago, Lana | 170 | 9.10 | 1547.00 |
| Mizrahi, Samuel | 365 | 42.90 | 15658.50 |
| Piirimae, Karl | 420 | 1.50 | 630.00 |
| Solomon, Joel L. | 225 | 2.10 | 472.50 |
| **Total Services** | | **82.00** | **28,740.50** |

### RFR Continental Bayside Hotel – 303694/2193

| Attorney | Rate | Hours | Value |
|---|---|---|---|
| Banahan, Thomas A. | 495 | 0.70 | 346.50 |
| **Total Services** | | 0.7 | **$346.5** |

### Paradise Hotel – 303694/2194

| Attorney | Rate | Hours | Value |
|---|---|---|---|
| Holden, John | 365 | 4.40 | 1606.00 |
| Cote, Anna | 235 | 1.50 | 352.50 |
| Cook Jr., Wayne S. | 410 | 18.00 | 7380.00 |
| **Total Services** | | 23.90 | **$9338.50** |

{10524788:1}

### 215 Brazilian Avenue Enforcement – 303694/2196

| Attorney | Rate | Hours | Value |
|---|---|---|---|
| Banahan, Thomas A. | 495 | 0.50 | 247.50 |
| **Total Services** | | **0.5** | **$247.5** |

### Preston Partners Issues – 303694/2197

| Attorney | Rate | Hours | Value |
|---|---|---|---|
| Rossi, Robert A. | 525 | 0.30 | 157.50 |
| **Total Services** | | **0.3** | **$157.5** |

### Emerald Dunes – 303694/2199

| Attorney | Rate | Hours | Value |
|---|---|---|---|
| Landzberg, Alan | 490 | 0.50 | 245.00 |
| **Total Services** | | **0.5** | **$245** |

### Northgate Foreclosure – 303694/2203

| Attorney | Rate | Hours | Value |
|---|---|---|---|
| Cook Jr., Wayne S. | 410 | 2.20 | 902.00 |
| **Total Services** | | **2.2** | **$902** |

### Lyon Issues – 303694/2205

| Attorney | Rate | Hours | Value |
|---|---|---|---|
| Rossi, Robert A. | 525 | 5.00 | 2625.00 |
| Foote, Carrie E. | 350 | 11.00 | 3850.00 |
| **Total Services** | | **16.00** | **$6475** |

### On The Avenue – 303694/2207

| Attorney | Rate | Hours | Value |
|---|---|---|---|
| Cote, Ana | 235 | 2.50 | 587.50 |
| Cook Jr., Wayne S. | 410 | 1.60 | 656.00 |
| **Total Services** | | **4.1** | **$1243.5** |

### Modification of Atlas Line of Credit – 303694/2209

| Attorney | Rate | Hours | Value |
|---|---|---|---|
| Rossi, Robert A. | 525 | 3.50 | 1837.50 |
| Foote, Carrie E. | 350 | 19.00 | 6650.00 |
| **Total Services** | | **22.5** | **$8487.5** |

{10524788:1}

Lehman Brothers Holdings, Inc.

Summary of Attorney Hours for the Period August 1, 2009 through August 31, 2009

### WSG Hollywood – 303694/2016

| **Attorney** | **Rate** | **Hours** | **Value** |
|---|---|---|---|
| Agnello, Michele | 185 | 0.30 | 55.50 |
| Glanz, David L. | 495 | 6.40 | 3168.00 |
| **Total Services** | | **6.7** | **$3223.5** |

### Telluride- 303694/2031

| **Attorney** | **Rate** | **Hours** | **Value** |
|---|---|---|---|
| Bindler, Deborah H. | 425 | 0.60 | 255.00 |
| Goldsmith, Paul | 195 | 2.00 | 390.00 |
| **Total Services** | | **2.60** | **$645** |

### Carillon Modification- 303694/2044

| **Attorney** | **Rate** | **Hours** | **Value** |
|---|---|---|---|
| Stein, Clifford | 450 | 2.10 | 945.00 |
| **Total Services** | | **2.1** | **$945.00** |

### Super 8 Amendment – 303694/2119

| **Attorney** | **Rate** | **Hours** | **Value** |
|---|---|---|---|
| Cook, Wayne | 410 | 8.20 | 3362.00 |
| Cote, Anna | 235 | 0.50 | 117.50 |
| Foote, Carrie E. | 350 | 12.00 | 4200.00 |
| **Total Services** | | **20.7** | **$7679.50** |

### Chase At Bethesda Loan Restructure – 303694/2122

| **Attorney** | **Rate** | **Hours** | **Value** |
|---|---|---|---|
| Bindler, Deborah H. | 425 | 1.20 | 510.00 |
| **Total Services** | | **1.2** | **$510.00** |

### Kojaian Transaction – 303694/2139

| **Attorney** | **Rate** | **Hours** | **Value** |
|---|---|---|---|
| Agnello, Michele | 185 | 0.20 | 37.00 |
| **Total Services** | | **0.20** | **$37.00** |

{10528162:1}

### New Dawn Land Loan Workout – 303694/2174

| Attorney | Rate | Hours | Value |
|---|---|---|---|
| Zoffinger, Richard | 350 | 3.10 | 1085.00 |
| Foote, Carrie E. | 350 | 1.00 | 350.00 |
| **Total Services** | | **4.1** | **$1435.00** |

### Bankruptcy – 303694/2179

| Attorney | Rate | Hours | Value |
|---|---|---|---|
| Rossi, Robert A. | 525 | 5.40 | 2835.00 |
| Etheridge, Derek | 315 | 70.00 | 22050.00 |
| Simpson, Charles E. | 790 | 0.10 | 79.00 |
| Simon, Howard L. | 515 | 5.30 | 2729.50 |
| Heston, Tracy | 190 | 0.40 | 76.00 |
| Thomas, James J. | 700 | 1.50 | 1050.00 |
| **Total Services** | | **82.70** | **$28819.50** |

### Monument Issues – 303694/2181

| Attorney | Rate | Hours | Value |
|---|---|---|---|
| Zoffinger, Richard | 350 | 0.70 | 245.00 |
| **Total Services** | | **0.7** | **$245** |

### Storage Deluxe – 303694/2190

| Attorney | Rate | Hours | Value |
|---|---|---|---|
| Banahan, Thomas A. | 495 | 2.40 | 1188.00 |
| **Total Services** | | **2.4** | **$1188.00** |

### 25/45 Broad Street – 303694/2192

| Attorney | Rate | Hours | Value |
|---|---|---|---|
| Hudson, Michael | 175 | 3.00 | 525.00 |
| LaBarbiera, Leonard | 360 | 1.00 | 360.00 |
| Banahan, Thomas A. | 495 | 3.60 | 1782.00 |
| Slama, Mark A. | 440 | 26.30 | 11572.00 |
| Dubiago, Lana | 170 | 8.30 | 1411.00 |

{10528162:1}

| | | | |
|---|---|---|---|
| Mizrahi, Samuel | 365 | 69.50 | 25367.50 |
| Piirimae, Karl | 420 | 28.80 | 12096.00 |
| Sorbera, Christina J. | 230 | 32.40 | 7452.00 |
| **Total Services** | | **172.90** | **60,565.50** |

### RFR Continental Bayside Hotel – 303694/2193

| Attorney | Rate | Hours | Value |
|---|---|---|---|
| Banahan, Thomas A. | 495 | 0.60 | 297.00 |
| **Total Services** | | **0.6** | **$297.00** |

### Paradise Hotel – 303694/2194

| Attorney | Rate | Hours | Value |
|---|---|---|---|
| Holden, John | 365 | 5.90 | 2153.50 |
| Murphy, Craig P. | 570 | 0.70 | 399.00 |
| Cook Jr., Wayne S. | 410 | 20.60 | 8446.00 |
| **Total Services** | | **27.20** | **$10998.50** |

### 215 Brazilian Avenue Enforcement – 303694/2196

| Attorney | Rate | Hours | Value |
|---|---|---|---|
| Banahan, Thomas A. | 495 | 0.30 | 148.50 |
| **Total Services** | | **0.3** | **$148.50** |

### Emerald Dunes – 303694/2199

| Attorney | Rate | Hours | Value |
|---|---|---|---|
| Glanz, David L. | 490 | 1.40 | 693.00 |
| **Total Services** | | **1.40** | **$693.00** |

### Northgate Foreclosure – 303694/2203

| Attorney | Rate | Hours | Value |
|---|---|---|---|
| Paul Goldsmith | 195 | 2.00 | 390.00 |
| Cook Jr., Wayne S. | 410 | 2.40 | 984.00 |
| **Total Services** | | **4.4** | **$1374** |

{10528162:1}

### Lyon Issues – 303694/2205

| Attorney | Rate | Hours | Value |
|---|---|---|---|
| Rossi, Robert A. | 525 | 1.70 | 892.50 |
| Goldsmith, Paul | 195 | 2.00 | 390.00 |
| Foote, Carrie E. | 350 | 6.00 | 2100.00 |
| **Total Services** | | **9.70** | **$3382.50** |

### On The Avenue – 303694/2207

| Attorney | Rate | Hours | Value |
|---|---|---|---|
| Dean, Christopher E. | 360 | 2.30 | 828.00 |
| Foote, Carrie E. | 350 | 7.00 | 2450.00 |
| Goldsmith, Paul | 195 | 6.00 | 1170.00 |
| Cook Jr., Wayne S. | 410 | 20.40 | 8364.00 |
| **Total Services** | | **35.7** | **$12812** |

### Modification of Atlas Line of Credit – 303694/2209

| Attorney | Rate | Hours | Value |
|---|---|---|---|
| Rossi, Robert A. | 525 | 2.40 | 1260.00 |
| Cote, Ana | 235 | 0.80 | 188.00 |
| Dean Christopher E. | 360 | 1.00 | 360.00 |
| Foote, Carrie E. | 350 | 7.00 | 2450.00 |
| **Total Services** | | **11.2** | **$4258** |

### Sweetwater Disposition – 303694/2211

| Attorney | Rate | Hours | Value |
|---|---|---|---|
| Bindler, Deborah H. | 425 | 3.90 | 1657.50 |
| Cook, Wayne S. Jr. | 410 | 6.50 | 2665.00 |
| Goldsmith Paul | 195 | 8.00 | 1560.00 |
| **Total Services** | | **18.4** | **$5882.5** |

{10528162:1}

Lehman Brothers Holdings, Inc.

Summary of Attorney Hours for the Period September 1, 2009 through September 30, 2009

### Loan to Setai – 303694/865

| Attorney | Rate | Hours | Value |
|---|---|---|---|
| Banahan, Thomas A. | 495 | 1.00 | 495 |
| **Total Services** | | **1** | **$495** |

### WSG Hollywood – 303694/2016

| Attorney | Rate | Hours | Value |
|---|---|---|---|
| Glanz, David L. | 495 | 4.30 | 2128.50 |
| **Total Services** | | **4.30** | **$2128.50** |

### Amendment to Midtown Memphis Loan – 303694/2073

| Attorney | Rate | Hours | Value |
|---|---|---|---|
| Glanz, David L. | 495 | 0.90 | 445.50 |
| **Total Services** | | **0.90** | **$445.50** |

### Super 8 Amendment – 303694/2119

| Attorney | Rate | Hours | Value |
|---|---|---|---|
| Cook, Wayne | 495 | 4.20 | 1722.00 |
| Cote, Anna | 230 | 3.40 | 799.00 |
| Zoffinger, Richard | 350 | 9.00 | 3150.00 |
| **Total Services** | | **16.6** | **$5671** |

### Chase At Bethesda Loan Restructure – 303694/2122

| Attorney | Rate | Hours | Value |
|---|---|---|---|
| Bindler, Deborah H. | 425 | 0.50 | 212.50 |
| **Total Services** | | **0.50** | **$212.50** |

### Bankruptcy – 303694/2179

| Attorney | Rate | Hours | Value |
|---|---|---|---|
| Rossi, Robert A. | 525 | 4.00 | 2100.00 |
| Etheridge, Derek | 315 | 29.80 | 9387.00 |

{10531368:1}

| Attorney | Rate | Hours | Value |
|---|---|---|---|
| Zoffinger, Richard | 350 | 1.50 | 525.00 |
| Heston, Tracy | 190 | 0.20 | 38.00 |
| Goldsmith, Paul | 195 | 1.00 | 195.00 |
| **Total Services** | | **36.5** | **$12,245** |

### Monument Issues – 303694/2181

| Attorney | Rate | Hours | Value |
|---|---|---|---|
| Cote, Anna | 235 | 0.90 | 211.50 |
| Bindler, Deborah H. | 425 | 0.20 | 85.00 |
| **Total Services** | | **1.1** | **$296.5** |

### Moonlight Basin – 303694/2184 – June

| Attorney | Rate | Hours | Value |
|---|---|---|---|
| Murphy, Craig P. | 570 | 0.50 | 285.00 |
| Cook Jr., Wayne S. | 410 | 25.30 | 10373.00 |
| Goldsmith, Paul | 195 | 3.00 | 585.00 |
| **Total Services** | | **28.8** | **$11,243.00** |

### Moonlight Basin – 303694/2184 – July

| Attorney | Rate | Hours | Value |
|---|---|---|---|
| Banahan, Thomas A. | 495 | 3.60 | 1782.00 |
| Holden, John | 365 | 0.60 | 219.00 |
| Zoffinger, Richard | 350 | 5.10 | 1785.00 |
| Cote, Anna | 235 | 2.80 | 658.00 |
| Cook Jr., Wayne S. | 410 | 65.80 | 26978.00 |
| Goldsmith, Paul | 195 | 4.00 | 780.00 |
| Agnello, Michele. | 185 | 4.20 | 777.00 |
| **Total Services** | | **86.1** | **$32,979.00** |

### Moonlight Basin – 303694/2184 – August

| Attorney | Rate | Hours | Value |
|---|---|---|---|
| Bindler, Deborah H. | 425 | 16.90 | 7182.50 |
| Holden, John | 365 | 2.50 | 912.50 |
| | 495 | | |

{10531368:1}

| Attorney | Rate | Hours | Value |
|---|---|---|---|
| Banahan, Thomas A. | | 15.70 | 7771.50 |
| Zoffinger, Richard | 350 | 4.00 | 1400.00 |
| Cook Jr., Wayne S. | 410 | 85.40 | 35014.00 |
| Goldsmith, Paul | 195 | 2.50 | 487.50 |
| Foote, Carrie E. | 350 | 1.00 | 350.00 |
| **Total Services** | | **128** | **$53,118.00** |

### Moonlight BAsin – 303694/2184

| Attorney | Rate | Hours | Value |
|---|---|---|---|
| Bindler, Deborah H. | 425 | 66.60 | 28305.00 |
| Holden, John | 365 | 112.90 | 41208.50 |
| Buchbinder, Julian B. | 280 | 3.30 | 924 |
| Cote, Anna | 235 | 5.60 | 1316 |
| Cook Jr., Wayne S. | 410 | 127.80 | 52398.00 |
| Goldsmith, Paul | 195 | 12.50 | 2437.50 |
| Agnello, Michele. | 185 | 2.30 | 425.50 |
| Wilk, Robert G. | 350 | 0.10 | 35.00 |
| Tracy, James | 280 | 13.20 | 3696.00 |
| Solomon, Joel L. | 225 | 0.80 | 180.00 |
| **Total Services** | | **345.1** | **$130,925.5** |

### 25/45 Broad Street – 303694/2192

| Attorney | Rate | Hours | Value |
|---|---|---|---|
| Banahan, Thomas A. | 495 | 20.80 | 10296.00 |
| Slama, Mark A. | 440 | 20.60 | 9064.00 |
| Dubiago, Lana | 170 | 3.80 | 646.000 |
| Mizrahi, Samuel | 365 | 56.30 | 20549.50 |
| Piirimae, Karl | 420 | 49.10 | 20622.00 |
| Sorbera, Christina J. | 230 | 22.10 | 5083.00 |
| Thomas, James J. | 700 | 3.40 | 2380.00 |
| Nobles, Ronetta | 165 | 1.60 | 264.00 |
| Solomon, Joel L. | 225 | 0.80 | 180.00 |
| **Total Services** | | **178.5** | **$69,084.5** |

{10531368:1}

### RFR Continental Bayside Hotel – 303694/2193

| Attorney | Rate | Hours | Value |
|---|---|---|---|
| Banahan, Thomas A. | 495 | 0.40 | 198.00 |
| **Total Services** | | **0.4** | **$198** |

### 215 Brazilian Avenue Enforcement – 303694/2196

| Attorney | Rate | Hours | Value |
|---|---|---|---|
| Banahan, Thomas A. | 495 | 0.50 | 247.50 |
| **Total Services** | | **0.5** | **$247.5** |

### Emerald Dunes – 303694/2199

| Attorney | Rate | Hours | Value |
|---|---|---|---|
| Glanz, David L. | 495 | 0.40 | 198 |
| **Total Services** | | **0.4** | **$198** |

### Northgate Foreclosure – 303694/2203

| Attorney | Rate | Hours | Value |
|---|---|---|---|
| Cook Jr., Wayne S. | 410 | 0.30 | 123.00 |
| **Total Services** | | **0.3** | **$123** |

### Lyon Issues – 303694/2205

| Attorney | Rate | Hours | Value |
|---|---|---|---|
| Rossi, Robert A. | 525 | 4.60 | 2415.00 |
| Foote, Carrie E. | 350 | 18.90 | 6615.00 |
| **Total Services** | | **23.5** | **$9,030** |

### On The Avenue – 303694/2207

| Attorney | Rate | Hours | Value |
|---|---|---|---|
| Goldsmith, Paul | 195 | 3.00 | 585.00 |
| Cook Jr., Wayne S. | 410 | 2.90 | 1189.00 |
| **Total Services** | | **5.9** | **$1,774** |

{10531368;1}

### Sweetwater Disposition – 303694/2211

| Attorney | Rate | Hours | Value |
|---|---|---|---|
| Bindler, Deborah H. | 425 | 7.00 | 2975.00 |
| Cook, Wayne S. Jr. | 410 | 2.30 | 943.00 |
| Holden, John | 365 | 4.00 | 1460.00 |
| Goldsmith Paul | 195 | 7.50 | 1462.50 |
| **Total Services** | | **20.8** | **$6,840.5** |

{10531368:1}