IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
                                                                     )
In re:                                                               )   Chapter 11
                                                                     )
LEHMAN BROTHERS HOLDINGS INC.                                        )   Case No. 08-13555 (JMP)
                                                                     )
                                                                     )
                                                                     )
         Debtor.                                                     )   (Jointly Administered)
---------------------------------------------------------------------x

NOTICE OF TRANSFER OF CLAIM
PURSUANT TO FRBP RULE 3001(e)(2)

1.   TO:             **ENI S.P.A. (formerly known as Società Finanziaria Eni S.p.A)**
                     ("Transferor")
                     Piazza Vanoni, 1
                     20097 San Donato Milanese (Milan)
                     Italy

2.   Please take notice of the transfer in the amount of $19,573,210.85 of your claims against LEHMAN BROTHERS HOLDINGS INC., Case No. 08-13555 (JMP) arising from and relating to Claim No. 14293 (attached in Exhibit A hereto), to:

             **GOLDMAN SACHS LENDING PARTNERS LLC** ("Transferee")
             30 Hudson Street, 36th Floor
             Jersey City, NJ 07302
             U.S.A.

             With a copy to:
             Richards Kibbe & Orbe L.L.P.
             One World Financial Center
             New York, NY 10281-1003
             U.S.A.
             Fax: 212-530-1801
             Attn: Managing Clerk
             Phone: 212-530-1800

An evidence of transfer of claim is attached hereto as Exhibit B. All distributions and notices

561409.1/153-05394

regarding the transferred portion of the claims should be sent to the Transferee at the instructions attached in <u>Exhibit C</u>.

3.  No action is required <u>if you do not object</u> to the transfer of your claims. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIMS, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

--  **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

United States Bankruptcy Court
Southern District of New York
Attn: Clerk of Court
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

--  **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

--  Refer to **INTERNAL CONTROL NO.** _____ in your objection and any further correspondence related to this transfer.

4.  If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

CLERK

---

**FOR CLERK'S OFFICE USE ONLY:**
This notice was mailed to the first named party, by first class mail, postage prepaid on _____,
2005.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent \_\_\_  Transferee \_\_\_  Debtor's Attorney \_\_\_

Deputy Clerk

561409.1/153-05394

# EXHIBIT A

## PROOF OF CLAIM

561409.1/153-05394

| United States Bankruptcy Court/Southern District of New York<br>Epiq Bankruptcy Solutions, LLC<br>Att. Lehman Brothers Holdings Claims Processing<br>757 Third Avenue, 3rd Floor<br>New York, New York 10017 | | **PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)   0000014293 |
| Name of Debtor Against Which Claim is Held<br>Lehman Brothers Holdings Inc. | Case No. of Debtor<br>08-13555 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C § 503.

THIS SPACE IS FOR COURT USE ONLY

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)<br><br>Eni S.p.A. (formerly known as Società Finanziaria Eni S.p.A.)<br>Piazzale E. Mattei, 1<br>00144 Rome – Italy<br>Attention: Mrs. Gloria Dagnini<br><br>Telephone number: +39 06 598 27069    Email Address: gloria.dagnini@eni.it | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>Court Claim Number:_____<br>(*If known*)<br><br>Filed on: _____ | **NOTICE OF SCHEDULED CLAIM:**<br>Your Claim is scheduled by the indicated Debtor as: |
|---|---|---|
| Name and address where payment should be sent (if different from above)<br><br>Eni S.p.A. (formerly known as Società Finanziaria Eni S.p.A.)<br>Piazza Vanoni, 1<br>20097 San Donato Milanese (Milan) – Italy<br>Attention: Mr. Fabrizio Dal Piaz<br><br>Telephone number:+39 02 520 41690    Email address: fabrizio.dalpiaz@eni.it | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. | |

1. Amount of Claim as of Date Case Filed: $ See Attached____
If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☒ Check this box if all or part of your claim is based on a Guarantee.*
*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.

☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is based on a Derivative Contract or Guarantee.

2. Basis for Claim: See Attached
   (See instruction #2 on reverse side.)
3. Last four digits of any number by which creditor identifies debtor: _____
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)
4. Secured Claim (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
   Nature of property or right of setoff:   ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
   Describe: _____
   Value of Property: $_____ Annual Interest Rate _____%
   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $_____ Basis for perfection: _____
   Amount of Secured Claim: $_____ Amount Unsecured: $_____
6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $_____
   (See instruction #6 on reverse side.)
7. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (*See definition of "redacted" on reverse side.*) If the documents are voluminous, attach a summary.
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

Amount entitled to priority:

$_____

**FOR COURT USE ONLY**

**FILED / RECEIVED**

SEP 1 6 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date:<br><br>September 15th, 2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>Name: PAOLO CARMOSINO  *[signature]*<br>Title: EXECUTIVE VICE PRESIDENT | |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## EXHIBIT B

## EVIDENCE OF TRANSFER OF CLAIM

EXHIBIT D
FORM OF TRANSFER NOTICE

### EVIDENCE OF TRANSFER OF CLAIM

TO: The United States Bankruptcy Court, Southern District of New York

AND TO: Lehman Brothers Holdings Inc

Object: TRANSFER OF CLAIM (Chapter 11 Case No. 08-13555)

Eni S.p.A., a company organized under the laws of the Italian Republic, with registered head offices located at Piazzale E. Mattei, 1 - 00144 Rome, Italy, (the "SELLER"), pursuant to the terms of an Assignment of Claim Agreement dated December 7, 2009, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Goldman Sachs Lending Partners, LLC, with registered head offices located at 30 Hudson Street, 36th Floor Jersey City, NJ 07302, U.S.A. (the "BUYER") its successors and assigns, all of Seller's right, title and interest in, to, or arising under or in connection with its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc., as guarantor, ("DEBTOR) in the amount of $19,573,210.85 (Proof of Claim Number 14293) in the case pending under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (the "ASSIGNED CLAIM").

SELLER hereby waives any objection to the transfer of the Assigned Claim to the Buyer on the books and records of the DEBTOR and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or rights to a hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure and any other applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered this Transfer of Claim as an unconditional purchase and sale and recognizing the BUYER as the sole owner of the Assigned Claims for all purposes. The SELLER further directs the DEBTOR, the Bankruptcy Court and all other interest parties that all other notices relating to the Assigned Claims and all future payments and distributions, in respect to the Assigned Claims shall be delivered or made to the BUYER.

IN WITNESS WHEREOF, dated as of the _____ day of December, 2009.

Eni S.p.A.

By: _____
Name: PAOLO CARMOSINO
Title: EXECUTIVE VICE PRESIDENT

Goldman Sachs Lending Partners, LLC

By: _____
Name: Jennifer Dokish
Title: Authorized Signatory

# **EXHIBIT C**

Address for Notices:

Goldman Sachs Lending Partners LLC
30 Hudson Street, 36th Floor
Jersey City, NJ 07302


With a copy to:
Richards Kibbe & Orbe L.L.P.
One World Financial Center
New York, NY 10281-1003
Fax: 212-530-1801
Attn: Managing Clerk
Phone:  212-530-1800


Wire Instructions:

ABA #: 021000089
BANK NAME: CITIBANK
CITY: NEW YORK
A/C: 30581483
ENTITY NAME: GOLDMAN SACHS LENDING PARTNERS, LLC
Ref: Lehman Claim No. 14293