# **Exhibit C**

## Summary of Hours and Fees Incurred by Professional

| Professional | Admission Date | Position | 2009 Current Hours Billed | 2009 Hourly Rate | Total Fees Billed |
|---|---|---|---|---|---|
| Abdel-Nour, Francesca | N/A | Paralegal I | 89.7 | $230.00 | $20,631.00 |
| Abroms, Michelle A. | 2005 | Associate | 10.5 | $560.00 | $5,880.00 |
| Amanti, Lena M. | 2004 | Associate | 73 | $620.00 | $45,260.00 |
| Banvard, Honor | 2008 | Associate | 9.9 | $420.00 | $4,158.00 |
| Bohls, Dawn | N/A | Library Resrchr | 16.5 | $325.00 | $5,362.50 |
| Bowers, Christopher P. | 1999 | Partner | 268.5 | $895.00 | $240,307.50 |
| Bridgeman, James D. | 1981 | Partner | 45.7 | $970.00 | $44,329.00 |
| Brockway, David H. | 1972 | Partner | 72.2 | $995.00 | $71,839.00 |
| Buch, Ronald L. | 1993 | Partner | 55.1 | $780.00 | $42,978.00 |
| Campbell, Chad W. | N/A | Lit Sup Spec | 72.7 | $280.00 | $20,356.00 |
| Carrera, Edgar Alex | N/A | Paralegal IV | 3.5 | $255.00 | $892.50 |
| Chen-Young, Claudine | 2003 | Associate | 2.6 | $620.00 | $1,612.00 |
| Currin, Alan | N/A | Lit Sup Mngr | 21.8 | $325.00 | $7,085.00 |
| Dillon, Sheri A. | 1999 | Partner | 166.4 | $815.00 | $135,616.00 |
| Eckas, Scott E. | 1990 | Partner | 4.6 | $800.00 | $3,680.00 |
| Flickinger, Peter | N/A | Lit Sup Spec | 11.3 | $255.00 | $2,881.50 |
| Gainor, Edward E. | 1992 | Partner | 1.8 | $920.00 | $1,656.00 |
| Goff, Bryan P. | 2008 | Associate | 41.8 | $360.00 | $15,048.00 |
| Goldman, Gerald | 1968 | Of Counsel | 114.1 | $995.00 | $113,529.50 |
| Greer, Stefanie | 2002 | Of Counsel | 48.6 | $635.00 | $30,861.00 |
| Gross, Robert J. | 1998 | Counsel | 6.3 | $685.00 | $4,315.50 |
| Hagan, Robert P. | 2007 | Associate | 9.6 | $510.00 | $4,896.00 |
| Hensel, Jeannie H. | N/A | CntrctParalegal | 115.6 | $325.00 | $37,570.00 |
| Herald, Asa J. | 2002 | Counsel | 1.8 | $665.00 | $1,197.00 |
| Hintmann, Brooke E. | 2002 | Counsel | 81 | $665.00 | $53,865.00 |
| Howard, Jasper A. | 1989 | Partner | 0.6 | $970.00 | $582.00 |
| Jaramillo, Victor | 2008 | Associate | 270.9 | $420.00 | $113,778.00 |

| Professional | Admission Date | Position | 2009 Current Hours Billed | 2009 Hourly Rate | Total Fees Billed |
|---|---|---|---|---|---|
| Johnson, Jeffrey R. | 1993 | Partner | 31.2 | $730.00 | $22,776.00 |
| Krause, Arielle | 2007 | Associate | 13.7 | $440.00 | $6,028.00 |
| Laughlin, Anne M. | 2008 | Associate | 94.6 | $440.00 | $41,624.00 |
| Leonard, Bob | 2007 | Associate | 67.1 | $440.00 | $29,524.00 |
| Leyva, Natan J. | 1991 | Partner | 251.2 | $760.00 | $190,912.00 |
| Madan, Rajiv | 1993 | Partner | 433.1 | $895.00 | $387,624.50 |
| Magee, John B. | 1972 | Partner | 30 | $995.00 | $29,850.00 |
| Margulies, Oren P. | 2006 | Associate | 231.7 | $510.00 | $118,167.00 |
| Martin, Elizabeth L. | 2004 | Associate | 0.4 | $620.00 | $248.00 |
| Mears, Veronica | 2008 | Associate | 29.6 | $440.00 | $13,024.00 |
| Mezei, Saul | 2003 | Associate | 209.6 | $510.00 | $106,896.00 |
| Morrow, Trina | N/A | Library Resrchr | 1.7 | $325.00 | $552.50 |
| Muaddi, Jawad | 2008 | Associate | 0.6 | $360.00 | $216.00 |
| Murphy, Christopher | 2007 | Associate | 10.2 | $510.00 | $5,202.00 |
| Otero, Kevin | 2005 | Associate | 36.1 | $590.00 | $21,299.00 |
| Owens, Angela M. | N/A | Paralegal II | 223.3 | $255.00 | $56,941.50 |
| Pai, Sarah | 2007 | Associate | 30 | $440.00 | $13,200.00 |
| Rankin, Kiara L. | 2007 | Associate | 455.5 | $440.00 | $200,420.00 |
| Rodriguez, Michelle | N/A | Paralegal IV | 14.65 | $300.00 | $4,395.00 |
| Ross, Mark | N/A | Paralegal III | 3.6 | $280.00 | $1,008.00 |
| Stults, Kevin R. | 2005 | Associate | 615.5 | $560.00 | $344,680.00 |
| Tatarowicz, Chris | 2009 | Associate | 0.2 | $330.00 | $66.00 |
| Tidwell, Royce | 2007 | Associate | 33.7 | $440.00 | $14,828.00 |
| Whorton, Tanya | N/A | Library Resrchr | 0.7 | $325.00 | $227.50 |
| Wilson, Justin T. | 2007 | Associate | 90.9 | $440.00 | $39,996.00 |
| **Subtotal of Fees:** | | | | | **$2,679,871.00** |
| Less Applicable Credit | | | | | ($4,970.00) |
| **Total Hours and Fees:** | | | **4,524.95** | | **$2,674,901.00** |
| Expenses | | | | | $110,707.45 |
| Less Additional Voluntary Reductions of Expenses Not Reflected on Monthly Statements | | | | | ($2,070.74) |
| **Total Fees and Expenses:** | | | | | **$2,783,537.71** |