# Exhibit D

## Summary of Hours and Fees Incurred by Category

| Category Number | Exhibit | Fees | Hours |
|---|---|---|---|
| 1101400001 | D1 | $560.00 | 1.00 |
| 1101400001 | D2 | $7,130.50 | 13.40 |
| 1101400001 | D3 | $26,273.00 | 44.70 |
| 1101400001 | D4 | $13,279.50 | 20.60 |
| 1101400015 | D1 | 19,314.00 | 30.80 |
| 1101400015 | D2 | $12,746.00 | 21.75 |
| 1101400015 | D3 | $3,830.00 | 7.60 |
| 1101400015 | D4 | $6,088.50 | 9.40 |
| 1101400382 | D1 | 280,145.50 | 514.80 |
| 1101400382 | D2 | $59,448.00 | 121.60 |
| 1101400382 | D3 | $36,760.50 | 78.00 |
| 1101400382 | D4 | $198,668.00 | 336.10 |
| 1101400395 | D1 | $14,439.50 | 20.10 |
| 1101400395 | D2 | $779.50 | 1.50 |
| 1101400395 | D3 | $30,390.00 | 42.10 |
| 1101400395 | D4 | $10,481.50 | 15.20 |
| 1101400397 | D1 | $3,294.50 | 7.00 |
| 1101400397 | D2 | $1,225.50 | 1.90 |
| 1101400397 | D3 | $229.50 | 0.90 |
| 1101400402 | D1 | $2,307.50 | 2.90 |
| 1101400402 | D2 | $5,659.50 | 10.90 |
| 1101400402 | D3 | $3,997.50 | 6.10 |
| 1101400402 | D4 | $7,631.00 | 13.40 |
| 1101400474 | D1 | $30,113.00 | 42.30 |
| 1101400474 | D2 | $62,329.00 | 97.50 |
| 1101400474 | D3 | $182,059.50 | 256.10 |
| 1101400474 | D4 | $42,079.50 | 76.70 |
| 1101400485 | D1 | $4,628.00 | 5.60 |
| 1101400485 | D3 | $2,524.00 | 3.70 |
| 1101400489 | D1 | $89,457.00 | 123.10 |
| 1101400489 | D2 | $93,356.50 | 124.00 |
| 1101400489 | D3 | $66,222.50 | 92.50 |
| 1101400489 | D4 | $188,947.00 | 266.10 |
| 1101400502 | D1 | $33,705.50 | 51.00 |
| 1101400502 | D2 | $60,886.00 | 96.30 |
| 1101400502 | D3 | $56,747.50 | 94.30 |

| Category Number | Exhibit | Fees | Hours |
|---|---|---|---|
| 1101400502 | D4 | $69,666.50 | 98.00 |
| 1101400561 | D1 | $28,263.50 | 50.70 |
| 1101400561 | D2 | $8,755.50 | 17.10 |
| 1101400561 | D3 | $78,150.00 | 162.60 |
| 1101400561 | D4 | $66,751.00 | 136.10 |
| 1101400617 | D1 | $102.00 | 0.40 |
| 1101400617 | D2 | $3,662.00 | 8.10 |
| 1101400617 | D3 | $25.50 | 0.10 |
| 1101400664 | D1 | $102.00 | 0.40 |
| 1101400664 | D2 | $178.50 | 0.70 |
| 1101400664 | D3 | $2,619.00 | 4.00 |
| 1101400665 | D1 | $1,070.00 | 2.60 |
| 1101400665 | D2 | $1,712.50 | 3.80 |
| 1101400667 | D1 | $12,189.00 | 21.30 |
| 1101400667 | D2 | $30,333.00 | 56.30 |
| 1101400667 | D3 | $66,516.00 | 129.20 |
| 1101400667 | D4 | $47,773.50 | 98.40 |
| 1101400750 | D1 | $2,151.00 | 6.10 |
| 1101400750 | D2 | $14,715.50 | 28.40 |
| 1101400750 | D3 | $26,168.50 | 51.50 |
| 1101400750 | D4 | $1,576.00 | 5.20 |
| 1101400798 | D1 | $1,370.00 | 2.80 |
| 1101400798 | D2 | $6,029.50 | 10.30 |
| 1101400798 | D3 | $5,767.00 | 8.60 |
| 1101400799 | D1 | $220.00 | 0.50 |
| 1101400799 | D2 | $1,800.00 | 3.80 |
| 1101400800 | D1 | $102.00 | 0.40 |
| 1101400800 | D2 | $866.00 | 1.70 |
| 1101400800 | D3 | $1,888.00 | 3.20 |
| 1101400801 | D1 | $102.00 | 0.40 |
| 1101400801 | D2 | $5,178.00 | 9.90 |
| 1101400810 | D1 | $2,895.00 | 6.80 |
| 1101400810 | D2 | $1,087.00 | 2.50 |
| 1101400810 | D3 | $1,960.00 | 3.50 |
| 1101400810 | D4 | $214.00 | 0.60 |
| 1101400811 | D1 | $2,286.00 | 4.30 |
| 1101400811 | D2 | $2,631.00 | 4.90 |
| 1101400811 | D3 | $2,130.50 | 3.50 |
| 1101400811 | D4 | $227.00 | 0.60 |
| 1101400849 | D1 | $2,151.00 | 3.00 |

| Category Number | Exhibit | Fees | Hours |
|---|---|---|---|
| 1101400849 | D2 | $6,014.50 | 13.10 |
| 1101400849 | D3 | $2,864.50 | 5.90 |
| 1101400902 | D1 | $11,611.50 | 29.10 |
| 1101400902 | D2 | $25,959.00 | 53.20 |
| 1101400902 | D3 | $89,437.50 | 191.10 |
| 1101400902 | D4 | $34,695.50 | 73.60 |
| 1101400903 | D1 | $256.50 | 0.50 |
| 1101400903 | D2 | $0.00 | 0.00 |
| 1101400903 | D4 | $1,447.00 | 3.20 |
| 1101400905 | D2 | $102.00 | 0.40 |
| 1101400906 | D1 | $413.00 | 1.20 |
| 1101400906 | D2 | $2,477.00 | 6.00 |
| 1101400909 | D2 | $1,446.50 | 1.80 |
| 1101400911 | D1 | $179.00 | 0.20 |
| 1101400911 | D3 | $25,454.00 | 27.20 |
| 1101400911 | D4 | $5,162.50 | 6.70 |
| 1101400912 | D1 | $69,562.50 | 120.10 |
| 1101400912 | D2 | $90,422.00 | 137.70 |
| 1101400912 | D3 | $48,204.50 | 70.30 |
| 1101400912 | D4 | $72,352.50 | 133.50 |
| 1101400913 | D1 | $10,920.50 | 17.90 |
| 1101400913 | D3 | $21,770.50 | 29.00 |
| **Subtotal:** | | **$2,679,871.00** | **4,524.95** |
| Less Applicable Credit | | ($4,970.00) | |
| **Total:** | | **$2,674,901.00** | **4,524.95** |