# Exhibit E

## Summary of Expenses

| Expense Category | Amount |
|---|---|
| Consulting | $75,682.97 |
| Filing Fee | $865.20 |
| Ground Transportation | $15.00 |
| Meals: Client Meetings | $1,045.93 |
| Meals: Internal Meeting | $63.69 |
| Meals: Overtime | $134.02 |
| Messenger/Courier | $1,232.53 |
| Online Legal Research | $7,386.57 |
| Other Legal Research | $273.50 |
| Photocopies | $4,230.20 |
| Telephone Charge | $190.63 |
| Travel: Air Transportation | $3,148.90 |
| Travel: Ground Transportation | $3,770.44 |
| Travel: Lodging | $7,319.10 |
| Travel: Meals | $737.77 |
| Travel: Parking | $90.00 |
| Travel: Rail Transportation | $4,521.00 |
| **Subtotal:** | **$110,707.45** |
| **Less Additional Voluntary Reductions Not Reflected on Monthly Statements:** | **($2,070.74)** |
| **Total:** | **$108,636.71** |