# **EXHIBIT E1**

Voluntary Reductions Taken on Monthly Fee Statements for the Third Interim Fee Period

Exhibit E1

Voluntary Reductions Taken on Monthly Fee Statements for the Third Interim Fee Period

| Name | Cost Date | Cost Description | Matter | Cost Per | Voluntary Reduction Taken on Monthly Invoice | Explanation of Voluntary Reduction | Category |
|---|---|---|---|---|---|---|---|
| R. Madan | 8/6/2009 | Hotel (Matter); Hotel for R. Madan 8/4-8/6 trip to New York, NY; 04 Aug 2009; 06 Aug 2009; Hotel; Bank ID: PAYMODE Check Number: 165111.  Room rate was $595 per night | 1101400912 | | $190.00 | Compliance with Fee Committee guidance limiting travel lodging to a room rate of $500/night | Travel: Lodging |
| K. Rankin | 8/6/2009 | Meals: Breakfast (Matter); Travel expenses; 06 Aug 2009; Hotel; Breakfast; Rankin, Kiara L Bank ID: PAYMODE Check Number: 164477 | 1101400912 | | $20.39 | Compliance with Fee Committee guidance limiting travel meals to $40/person | Travel: Meals |
| R. Madan | 8/13/2009 | Meals - Greek Deli & Catering - Lunch 8/13/09 Bank ID: 01FLDISB Check Number: 10154359 – Team meeting for Mr. Levya, Mr. Madan, Mr. Bowers, Mr. Brier (LBH), Mr. Steinberg (LBHI), and Ms. Rankin | 1101400474 | | $55.00 | Compliance with Fee Committee guidance limiting travel meals to $40/person | Meals: Client Meeting |
| K. Rankin | 8/17/2009 | Meals: Breakfast (Matter); Travel to NY for Appeal Conf. (8/16 to 8/18); 17 Aug 2009; Hotel; In Room Dining; Rankin, Kiara L Bank ID: PAYMODE Check Number: 164705 | 1101400474 | | $8.41 | Compliance with Fee Committee guidance limiting travel meals to $40/person | Travel: Meals |
| R. Madan | 8/17/2009 | Meals: Breakfast (Matter); New York, NY (8/16 thru 8/19/09); 17 Aug 2009; Hotel; In-room breakfast; Madan, R. Bank ID: PAYMODE Check Number: 164099 | 1101400474 | | $14.03 | Compliance with Fee Committee guidance limiting travel meals to $40/person | Travel: Meals |
| R. Madan | 8/17/2009 | Meals: Dinner (Matter); New York, NY (8/16 thru 8/19/09); 17 Aug 2009; Hotel; Dinner at 2 West for R. Madan, C. Bowers, N. Leyva, K. Rankin, S. Dillon, A. Zangre (LBHI), J. Ciongoli (LBHI) and D. Steinberg (LBHI); Madan, Ra Bank ID: PAYMODE Check Number: 164099 | 1101400474 | | $625.46 | Compliance with Fee Committee guidance limiting travel meals to $40/person | Travel: Meals |

Exhibit E1

Voluntary Reductions Taken on Monthly Fee Statements for the Third Interim Fee Period

| Name | Cost Date | Cost Description | Matter | Cost Per | Voluntary Reduction Taken on Monthly Invoice | Explanation of Voluntary Reduction | Category |
|---|---|---|---|---|---|---|---|
| R. Madan | 8/18/2009 | Meals: Breakfast (Matter); New York, NY (8/16 thru 8/19/09); 18 Aug 2009; Hotel; In-room breakfast; Madan, Ra Bank ID: PAYMODE Check Number: 164099 | 1101400474 | | $14.03 | Compliance with Fee Committee guidance limiting travel meals to $40/person | Travel: Meals |
| R. Madan | 9/8/2009 | Meals: Dinner (Matter); New York, NY (9/8 thru 9/10/09); 08 Sep 2009; Lodging Battery Park; 2 West Dinner; Madan, Ra Bank ID: PAYMODE Check Number: 165484 | 1101400489 | | $16.82 | Compliance with Fee Committee guidance limiting travel meals to $40/person | Travel: Meals |
| R. Madan | 9/9/2009 | Meals: Breakfast (Matter); New York, NY (9/8 thru 9/10/09); 09 Sep 2009; Lodging Battery Park; In-room breakfast; Madan, Ra Bank ID: PAYMODE Check Number: 165484 | 1101400489 | | $14.03 | Compliance with Fee Committee guidance limiting travel meals to $40/person | Travel: Meals |
| K. Rankin | 9/9/2009 | Meals: Breakfast (Matter); Travel Expenses; 09 Sep 2009; Lodging; In Room Breakfast; Rankin, Kiara L Bank ID: PAYMODE Check Number: 165494 | 1101400489 | | $8.41 | Compliance with Fee Committee guidance limiting travel meals to $40/person | Travel: Meals |
| R. Madan | 9/10/2009 | Meals: Breakfast (Matter); New York, NY (9/8 thru 9/10/09); 10 Sep 2009; Lodging Battery Park; In-room breakfast; Madan, Ra Bank ID: PAYMODE Check Number: 165484 | 1101400489 | | $14.03 | Compliance with Fee Committee guidance limiting travel meals to $40/person | Travel: Meals |
| | | Total: | | | $980.61 | | |