# **Exhibit E2**

Additional Voluntary Reductions of
Expenses Not Reflected on Monthly Statements

Exhibit E2

Additional Voluntary Reductions of Expenses Not Reflected on Monthly Statements

| Name | Cost Date | Cost Description | Matter | Cost Per | Additional Voluntary Reduction Taken at Time of Filing 3rd Interim Fee App | Explanation of Voluntary Reduction | Category |
|---|---|---|---|---|---|---|---|
| N. Leyva | 6/16/2009 | Overtime meal for Natan Leyva, Kiara Rankin, Angela Owens, Kevin Otero and Anne Laughlin | 1101400489 | | $15.43 | Compliance with Fee Committee guidance limiting overtime meals to $20/person | Meals: Overtime |
| R. Madan | 6/18/2009 | Meals while in New York for R. Madan | 1101400912 | | $13.81 | Compliance with Fee Committee guidance limiting travel meals to $40/person | Travel: Meals |
| R. Madan | 6/18/2009 | One-way rail fare for R. Madan from New York to Washington, DC | 1101400912 | | $100.00 | Compliance with Fee Committee guidance limiting rail travel to coach class fare | Travel: Rail Transportation |
| N/A | 6/30/2009 | 602 Photocopies from June 1 – June 30, 2009 | 1101400502 | 0.2 | $60.20 | Compliance with Fee Committee guidance limiting photocopies to 0.10 cents/page | Photocopies |
| N/A | 6/30/2009 | 1,370 Photocopies from June 1 – 30, 2009 | 1101400382 | 0.2 | $137.00 | Compliance with Fee Committee guidance limiting photocopies to 0.10 cents/page | Photocopies |
| N/A | 6/30/2009 | 1,370 Photocopies from June 1 – June 30, 2009 | 1101400485 | 0.2 | $137.00 | Compliance with Fee Committee guidance limiting photocopies to 0.10 cents/page | Photocopies |
| N/A | 6/30/2009 | 1,425 Photocopies from June 1 – June 30, 2009 | 1101400474 | 0.2 | $142.50 | Compliance with Fee Committee guidance limiting photocopies to 0.10 cents/page | Photocopies |
| N/A | 6/30/2009 | 1,748 Photocopies from June 1 – June 30, 2009 | 1101400489 | 0.2 | $174.80 | Compliance with Fee Committee guidance limiting photocopies to 0.10 cents/page | Photocopies |
| R. Madan | 7/28/2009 | Travel: Rail (Matter); New York, NY (7/28/09); 28 Jul 2009; 28 Jul 2009; Acela Train; Pre-merger train fare; Madan, Raj; Washington, DC; New York, NY; AT; First Class Bank ID: PAYMODE Check Number: 163886 | 1101400502 | | $100.00 | Compliance with Fee Committee guidance limiting rail travel to coach class fare | Travel: Rail Transportation |

Exhibit E2

Additional Voluntary Reductions of Expenses Not Reflected on Monthly Statements

| Name | Cost Date | Cost Description | Matter | Cost Per | Additional Voluntary Reduction Taken at Time of Filing 3rd Interim Fee App | Explanation of Voluntary Reduction | Category |
|---|---|---|---|---|---|---|---|
| K. Stults | 7/28/2009 | Travel: Rail (Matter); NY Travel - July 28th; 28 Jul 2009; 28 Jul 2009; Roundtrip travel to New York to meet client; Stults, Kevin R.; Washington, DC; New York; AT; First Class Bank ID: PAYMODE Check Number: 164507 | 1101400502 | | $200.00 | Compliance with Fee Committee guidance limiting rail travel to coach class fare | Travel: Rail Transportation |
| K. Rankin | 8/6/2009 | Hotel (Matter); Travel expenses for K. Rankin; 05 Aug 2009; 06 Aug 2009; Hotel; Bank ID: PAYMODE Check Number: 164477 | 1101400912 | | $95.00 | Compliance with Fee Committee guidance limiting travel lodging to a room rate of $500/night | Travel: Lodging |
| K. Rankin | 8/6/2009 | Travel: Rail (Matter); Travel expenses; 05 Aug 2009; 06 Aug 2009; Train ticket for meeting with counsel for Creditors' Comm.; Original ticket was $535 + $66 for new ticket from NY to DC at 4 PM.; Rankin, Kiara L.; DC; NY; AT; First Class Bank ID: PAYMODE Check Number: 164477 | 1101400912 | | $200.00 | Compliance with Fee Committee guidance limiting rail travel to coach class fare | Travel: Rail Transportation |
| R. Madan | 8/16/2009 | Travel: Rail (Matter); New York, NY (8/16 thru 8/19/09); 16 Aug 2009; 16 Aug 2009; Acela Train; Attorney booked in FC to facilitate group working environment for traveling attorneys; Madan, Raj; Washington, DC; New York, NY; AT; First Class Bank ID: PAYMODE Check Number: 164099 | 1101400474 | | $100.00 | Compliance with Fee Committee guidance limiting rail travel to coach class fare | Travel: Rail Transportation |
| C. Bowers | 8/18/2009 | Travel: Rail (Matter); New York, NY (8/16 thru 8/18/09); 16 Aug 2009; 18 Aug 2009; Acela; Out-going class was first class to facilitate group working environment for traveling attorneys; Bowers, Chris; Washington, DC; New York, NY; AT; First Class Bank ID: PAYMODE Check Number: 164406 | 1101400474 | | $200.00 | Compliance with Fee Committee guidance limiting rail travel to coach class fare | Travel: Rail Transportation |

Exhibit E2

Additional Voluntary Reductions of Expenses Not Reflected on Monthly Statements

| Name | Cost Date | Cost Description | Matter | Cost Per | Additional Voluntary Reduction Taken at Time of Filing 3rd Interim Fee App | Explanation of Voluntary Reduction | Category |
|---|---|---|---|---|---|---|---|
| R. Madan | 9/3/2009 | Hotel (Matter); New York, NY (one night) (9/2/09-9/3/09); 02 Sep 2009; 03 Sep 2009; St. Regis Hotel | 11014-00382 | | $95.00 | Compliance with Fee Committee guidance limiting travel lodging to a room rate of $500/night | Travel: Lodging |
| R. Madan | 9/10/2009 | Travel: Rail (Matter); New York, NY (9/8 thru 9/10/09); 08 Sep 2009; 10 Sep 2009; Acela Train; Madan, Raj; Washington, DC; New York, NY; AT; First Class (first class necessary to ensure privacy and allow attorneys to work while traveling) | 11014-00489 | | $100.00 | Compliance with Fee Committee guidance limiting rail travel to coach class fare | Travel: Rail Transportation |
| K. Rankin | 9/10/2009 | Travel: Rail (Matter); Round trip Travel Expenses; 08 Sep 2009; 10 Sep 2009; Amtrak; ; Rankin, Kiara L.; Washington, DC; New York, NY; AT; First Class (first class necessary to ensure privacy and allow attorneys to work while traveling) | 11014-00489 | | $200.00 | Compliance with Fee Committee guidance limiting rail travel to coach class fare | Travel: Rail Transportation |
| | | Total: | | | $2,070.74 | | |