# United States Bankruptcy Court

## Southern District of New York

In re Lehman Brothers Holdings Inc.        Case Nos. 08-13555
                                           Jointly Administered

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

STONE LION PORTFOLIO L.P.                  BANK OF AMERICA, N.A.
---------------------------                ---------------------------
Name of Transferee                         Name of Transferor

                                           Court Claim #: 28431 & 28628

                                           Amount of Claim: $3,850,000.00

Name and Address where notices to transferee
should be sent:

Stone Lion Capital Partners L.P.
461 5th Avenue, 14th Floor
New York, NY 10017

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

STONE LION PORTFOLIO L.P.
By: Stone Lion GP LLC, its General Partner
By: Stone Lion Capital Partners L.P., its Investment Manager
By: SL Capital Partners, its General Partner
By: Tudor Investment Corporation, its Managing Member

By: _____        Date: 12/14/09

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Claudia L. Berg
Vice President

BOA                    Fax 6469550115              Dec  8 2009 05:59pm  P014/043

### EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

and to:  Stone Lion Portfolio L.P.

Bank of America, N.A., located at Bank of America Tower – 3rd Floor, One Bryant Park, New York, New York 10036 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to Stone Lion Portfolio L.P., its successors and assigns, with offices at Stone Lion Capital Partners L.P., 461 5th Avenue, 14th Floor, New York, NY 10017 ("Buyer"), all rights, title and interest in and to the a portion of the claim of Seller against Lehman Brothers Special Financing Inc. (including Seller's claim against Lehman Brothers Holdings Inc., the guarantor of such claim) in the amount of $3,850,000.00 (collectively the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP) in respect of Trade Reference Number(s):28628; 28431.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Agreement by their duly authorized representatives as of the 4 day of December, 2009.

BANK OF AMERICA, N.A.

By: 
Name: David Halesworth
Title: Principal

STONE LION PORTFOLIO L.P.
By: Stone Lion GP L.P., Its: General Partner
By: Stone Lion Capital Partners L.P., Investment Manager
By: SL Capital Partners LLC, Its: General Partner
By: Tudor Investment Corporation, Managing Member

By:_____
Name:
Title:

- 14 -

127841363

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

and to:   Stone Lion Portfolio L.P.

Bank of America, N.A., located at Bank of America Tower – 3rd Floor, One Bryant Park, New York, New York 10036 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to Stone Lion Portfolio L.P., its successors and assigns, with offices at Stone Lion Capital Partners L.P., 461 5th Avenue, 14th Floor, New York, NY 10017 ("Buyer"), all rights, title and interest in and to the a portion of the claim of Seller against Lehman Brothers Special Financing Inc. (including Seller's claim against Lehman Brothers Holdings Inc., the guarantor of such claim) in the amount of $3,850,000.00 (collectively the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP) in respect of Trade Reference Number(s): 28678, 28451

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Agreement by their duly authorized representatives as of the 4 day of December, 2009.

BANK OF AMERICA, N.A.

By: _____
Name:
Title:

STONE LION PORTFOLIO L.P.
By: Stone Lion GP L.P., its General Partner
By: Stone Lion Capital Partners L.P., Investment Manager
By: SL Capital Partners LLC, its General Partner
By: Tudor Investment Corporation, Managing Member

By: /s/ Claudia L. Berg
Name:
Title:  Claudia L. Berg
        Vice President

- 14 -