# EXHIBIT C

## Summary of Hours and Fees

| Legend | Client | Matter | Month | Hours | Fees |
|---|---|---|---|---|---|
| 1 | 30837 | 0001 | | | |
|   | 04406 | 0112 | June | 385.2 | $141,271.50 |
| 2 | 30837 | 0002 | June | 50.9 | $16,793.50 |
| 3 | 30837 | 0003 | June | 17.2 | $8,140.50 |
| 4 | 30837 | 0004 | June | 0.0 | $0.00 |
| 5 | 30837 | 0005 | June | 22.1 | $9,152.00 |
| 6 | 04406 | 0113 | June | 12.8 | $5,261.00 |
| 7 | 04406 | 0189 | June | 0.0 | $0.00 |
| 8 | 04406 | 0191 | June | 14.1 | $5,336.50 |
| 9 | 04406 | 0200 | June | 0.0 | $0.00 |
| 10 | 04406 | 0205 | June | 38.3 | $13,397.50 |
| 11 | 04406 | 0222 | June | 35.8 | $14,734.00 |
| 12 | 04406 | 0223 | June | 0.0 | $0.00 |
| 13 | 04406 | 0227 | June | 0.0 | $0.00 |
| 14 | 04406 | 0228 | June | 0.0 | $0.00 |
| 15 | 04406 | 0229 | June | 0.0 | $0.00 |
| 16 | 04406 | 0232 | June | 0.0 | $0.00 |
| 17 | 04406 | 0238 | June | 5.9 | $2,150.00 |
| | | | **Subtotal:** | 582.3 | $216,236.50 |
| 1 | 30837 | 0001 | | | |
|   | 04406 | 0112 | July | 387.4 | $147,076.50 |
| 2 | 30837 | 0002 | July | 42.6 | $14,415.00 |

| Legend | Client | Matter | Month | Hours | Fees |
|---|---|---|---|---|---|
| 3 | 30837 | 0003 | July | 35.4 | $16,531.50 |
| 4 | 30837 | 0004 | July | 0.0 | $0.00 |
| 5 | 30837 | 0005 | July | 2.9 | $3,485.00 |
| 6 | 04406 | 0113 | July | 17.2 | $7,078.00 |
| 7 | 04406 | 0189 | July | 1.2 | $366.00 |
| 8 | 04406 | 0191 | July | 4.0 | $1,579.50 |
| 9 | 04406 | 0200 | July | 0.0 | $0.00 |
| 10 | 04406 | 0205 | July | 54.5 | $18,204.50 |
| 11 | 04406 | 0222 | July | 45.2 | $19,295.50 |
| 12 | 04406 | 0223 | July | 0.0 | $0.00 |
| 13 | 04406 | 0227 | July | 0.0 | $0.00 |
| 14 | 04406 | 0228 | July | 0.0 | $0.00 |
| 15 | 04406 | 0229 | July | 0.0 | $0.00 |
| 16 | 04406 | 0232 | July | 0.0 | $0.00 |
| 17 | 04406 | 0238 | July | 3.5 | $1,219.50 |
| | | | **Subtotal:** | 593.9 | $229,251.00 |
| 1 | 30837 | 0001 | | | |
| | 04406 | 0112 | August | 359.6 | $138,207.00 |
| 2 | 30837 | 0002 | August | 54.9 | $17,805.50 |
| 3 | 30837 | 0003 | August | 31.3 | $16,856.00 |
| 4 | 30837 | 0004 | August | 0.0 | $0.00 |
| 5 | 30837 | 0005 | August | 46.6 | $19,500.50 |
| 6 | 04406 | 0113 | August | 14.4 | $5,904.00 |

ATLANTA:5186514.6

| **Legend** | **Client** | **Matter** | **Month** | **Hours** | **Fees** |
|---|---|---|---|---|---|
| 7 | 04406 | 0189 | August | 0.0 | $0.00 |
| 8 | 04406 | 0191 | August | 0.0 | $0.00 |
| 9 | 04406 | 0200 | August | 0.0 | $0.00 |
| 10 | 04406 | 0205 | August | 63.5 | $19,619.00 |
| 11 | 04406 | 0222 | August | 38.3 | $16,257.50 |
| 12 | 04406 | 0223 | August | 0.0 | $0.00 |
| 13 | 04406 | 0227 | August | 0.0 | $0.00 |
| 14 | 04406 | 0228 | August | 0.0 | $0.00 |
| 15 | 04406 | 0229 | August | 0.0 | $0.00 |
| 16 | 04406 | 0232 | August | 0.0 | $0.00 |
| 17 | 04406 | 0238 | August | 7.3 | $2,397.50 |
| | | | **Subtotal:** | 615.9 | $236,547.00 |
| 1 | 30837 | 0001 | September | | |
| | 04406 | 0112 | | 383.7 | $148,566.00 |
| 2 | 30837 | 0002 | September | 44.3 | $15,539.00 |
| 3 | 30837 | 0003 | September | 26.5 | $13,762.50 |
| 4 | 30837 | 0004 | September | 0.0 | $0.00 |
| 5 | 30837 | 0005 | September | 30.0 | $12,283.50 |
| 6 | 04406 | 0113 | September | 4.9 | $2,009.00 |
| 7 | 04406 | 0189 | September | 0.0 | $0.00 |
| 8 | 04406 | 0191 | September | 0.0 | $0.00 |
| 9 | 04406 | 0200 | September | 0.0 | $0.00 |
| 10 | 04406 | 0205 | September | 31.7 | $10,082.50 |

-3-

| Legend | Client | Matter | Month | Hours | Fees |
|---|---|---|---|---|---|
| 11 | 04406 | 0222 | September | 82.8 | $35,971.00 |
| 12 | 04406 | 0223 | September | 0.0 | $0.00 |
| 13 | 04406 | 0227 | September | 0.0 | $0.00 |
| 14 | 04406 | 0228 | September | 0.0 | $0.00 |
| 15 | 04406 | 0229 | September | 0.0 | $0.00 |
| 16 | 04406 | 0232 | September | 0.0 | $0.00 |
| 17 | 04406 | 0238 | September | 7.3 | $2,625.50 |
| | | | **Subtotal:** | 611.20 | $240,839.00 |
| | | | | | |
| | | | **TOTAL:**[1] | **2403.3** | **$922,873.50** |

---

[1] The services that McKenna rendered to the debtors during the Third Interim Compensation Period required 2411.6 hours of the time of professionals and paraprofessionals. During the Third Interim Compensation Period, McKenna incurred fees of $924,446.50. McKenna has reduced its fees and is seeking compensation in the amount of $922,873.50 for 2403.3 hours. This amount does not include additional discretionary reductions made by McKenna in the exercise of billing judgment.