# EXHIBIT D

## Summary of Expenses

| Month | Expense Category | Total |
|---|---|---|
| June | Computerized Legal Research (Lexis and Westlaw) | $0.00 |
| June | Courier and Express Mail | $446.34 |
| June | Filing/Court/Witness Fees | $15,444.77 |
| June | Litigation Support (CD scanning and printing, document management, Lextranet) and Deposition Expenses | $2,460.07 |
| June | Long Distance Telephone | $195.50 |
| June | Photocopy and Reproduction Charges (In-House) (4,139 pages @ $.10 per copy) | $413.90 |
| June | Postage | $0.00 |
| June | Travel (Airline and Train Travel) | $1,745.20 |
| June | Travel (Hotels) | $863.28 |
| June | Travel (Local Transportation) | $159.60 |
| June | Travel (Meals) | $37.72 |
| June | Travel (Parking) | $0.00 |
| | **Subtotal** | **$21,766.38** |
| July | Computerized Legal Research (Lexis and Westlaw) | $2,372.28 |
| July | Courier and Express Mail | $274.83 |
| July | Filing/Court/Witness Fees | $19.04 |
| July | Litigation Support (CD scanning and printing, document management, Lextranet) and Deposition Expenses | $917.90 |
| July | Long Distance Telephone | $397.92 |
| July | Photocopy and Reproduction Charges (In-House) (1,264 pages @ .10 per copy) | $126.40 |

| **Month** | **Expense Category** | **Total** |
|---|---|---|
| July | Postage | $0.00 |
| July | Travel (Airline and Train Travel) | $2,616.40 |
| July | Travel (Hotels) | $875.28 |
| July | Travel (Local Transportation) | $178.50 |
| July | Travel (Meals) | $405.13 |
| July | Travel (Parking) | $72.00 |
| | **Subtotal** | **$8,255.68** |
| | | |
| August | Computerized Legal Research (Lexis and Westlaw) | $5,396.91 |
| August | Courier and Express Mail | $631.31 |
| August | Filing/Court/Witness Fees) | $420.00 |
| August | Litigation Support (CD scanning and printing, document management, Lextranet), Pacer and Deposition Expenses | $15,257.44 |
| August | Long Distance Telephone | $230.37 |
| August | Photocopy and Reproduction Charges (In-House) (pages 8,866 @ .10 per copy) | $891.80 |
| August | Postage | $18.45 |
| August | Travel (Airline and Train Travel) | ($10.00) |
| August | Travel (Hotels) | $0.00 |
| August | Travel (Local Transportation) | $0.00 |
| August | Travel (Meals) | $0.00 |
| August | Travel (Parking) | $0.00 |
| | **Subtotal** | **$22,836.98** |

ATLANTA:5186514.6

| Month | Expense Category | Total |
|---|---|---|
| September | Computerized Legal Research (Lexis and Westlaw) | $1,147.63 |
| September | Courier and Express Mail | $165.17 |
| September | Filing/Court/Witness Fees | $26,530.00 |
| September | Litigation Support (CD scanning and printing, document management, Lextranet) and Deposition Expenses | $2,849.73 |
| September | Long Distance Telephone | $887.28 |
| September | Photocopy and Reproduction Charges (In-House) (___ pages @ .10 per copy) | $561.70 |
| September | Postage | $0.00 |
| September | Travel (Airline and Train Travel) | $0.00 |
| September | Travel (Hotels) | $0.00 |
| September | Travel (Local Transportation) | $62.00 |
| September | Travel (Meals) | $10.65 |
| September | Travel (Parking) | $0.00 |
| | **Subtotal** | **$32,214.16** |
| | **TOTAL:** | **$85,072.99** |

ATLANTA:5186514.6