## EXHIBIT A

**Summary Of Fees Incurred For Services Provided For Benefit Of LCPI Only**

| Dates | Category | Hours | Rate | Amount |
|---|---|---|---|---|
| 6/1/09-6/30/09 | Appeals | 6.80 | Various | 4,594.00 |
| 7/1/09-7/31/09 | Appeals | 7.60 | Various | 3,278.50 |
| 8/1/09-8/31/09 | Appeals | 1.80 | Various | 1,140.00 |
| 9/1/09-9/30/09 | Appeals | 15.80 | Various | 10,294.50 |
| | **TOTAL:** | **32.00** | | **$19,307.00** |

DOCS_NY:19240.2