# EXHIBIT B

## SUMMARY OF SERVICES BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees Requested |
|---|---:|---:|
| Asset Analysis/Recovery | 8.80 | 6,138.00 |
| Asset Disposition | 27.70 | 16,661.50 |
| Appeals | 32.00 | 19,307.00 |
| Bankruptcy Litigation | 794.82 | 574,398.90 |
| Case Administration | 39.60 | 29,866.00 |
| Claims Administration/Objections | 216.60 | 107,486.50 |
| Compensation of Professionals | 1.30 | 1,128.50 |
| Executory Contracts | 5.00 | 3,375.00 |
| Hearing | .20 | 165.00 |
| Financing | 118.15 | 76,654.75 |
| Plan and Disclosure Statement | 701.65 | 537,308.25 |
| PSZJ Compensation | 64.80 | 23,340.50 |
| PSZJ Retention | 3.10 | 1,664.50 |
| **TOTAL SERVICES BILLED:** | **2,013.72** | **$1,397,494.40** |