## EXHIBIT C

## SUMMARY OF TIME CHARGES AND HOURLY RATES BY PROFESSIONAL FOR PERIOD FROM JUNE 1, 2009 THROUGH SEPTEMBER 30, 2009

| Name of Professional & Title | Year Admitted to Practice | Billing Rate | Total Hours Billed | Fee Totals |
|---|---|---|---|---|
| Richard M. Pachulski, Partner | 1979 | $850.00 | 68.00 | $ 57,800.00 |
| Richard M. Pachulski | | 895.00 | 287.62 | 257,419.90 |
| Dean A. Ziehl, Partner | 1978 | 795.00 | 94.00 | 74,730.00 |
| Dean A. Ziehl | | 825.00 | 256.25 | 211,406.25 |
| Robert J. Feinstein, Partner | 1982 | 795.00 | 1.40 | 1,113.00 |
| Robert J. Feinstein | | 825.00 | 1.80 | 1,485.00 |
| Andrew W. Caine, Of Counsel | 1983 | 695.00 | 3.40 | 2,363.00 |
| Robert B. Orgel, Partner | 1981 | 795.00 | 357.30 | 284,053.50 |
| Jeremy V. Richards, Partner | 1982 | 795.00 | 158.50 | 126,007.50 |
| James E. Mahoney, Patner | 1967 | 675.00 | 16.60 | 11,205.00 |
| Daryl G. Parker, Of Counsel | 1970 | 675.00 | 60.80 | 41,040.00 |
| Victoria Newmark, Of Counsel | 1996 | 595.00 | 32.50 | 19,337.50 |
| Shirley S. Cho, Of Counsel | 1997 | 595.00 | 19.40 | 11,543.00 |
| Harry Hochman, Of Counsel | 1987 | 575.00 | 57.60 | 33,120.00 |
| Harry Hochman | | 595.00 | 100.80 | 59,976.00 |
| Gillian N. Brown, Partner | 1999 | 495.00 | .50 | 247.50 |
| Maria A Bove, Of Counsel | 2001 | 475.00 | 62.80 | 29,830.00 |
| Maria A Bove | | 495.00 | 292.40 | 144,738.00 |
| David A. Abadir, Associate | 2008 | 350.00 | 1.60 | 560.00 |
| David A. Abadir | | 395.00 | 6.90 | 2,725.50 |
| Leslie A. Forrester, Paralegal | N/A | 250.00 | 1.80 | 450.00 |
| Denise A. Harris, Paralegal | N/A | 225.00 | 47.90 | 10,777.50 |
| Felice S. Harrison, Paralegal | N/A | 225.00 | .40 | 90.00 |
| Thomas J. Brown, Paralegal | N/A | 195.00 | 59.75 | 11,651.25 |
| Mike A. Matteo, Paralegal | N/A | 195.00 | 6.00 | 1,170.00 |
| Andrew Sahn, Paralegal | N/A | 150.00 | 16.90 | 2,535.00 |
| John F. Bass, Paralegal | N/A | 150.00 | .80 | 120.00 |
| **TIME CHARGES TOTAL** | | | **2,013.72** | **$1,397,494.40** |

| | |
|---|---|
| **Total Hours:** | **2,013.72** |
| **Blended Hourly Rate: (Attorneys and Paralegals)** | **$693.97** |
| **Blended Hourly Rate: (Attorneys)** | **$729.03** |