# EXHIBIT D

## SUMMARY OF DISBURSEMENTS BILLED

| Expense Category | Total Expenses |
|---|---|
| Transcript | $ 2,724.35 |
| Auto Travel Expense | 1,509.61 |
| Federal Express | 575.24 |
| Filing Fee | 231.00 |
| Fax Transmittal | 63.00 |
| In House Messenger Service | 169.50 |
| Conference Call | 339.82 |
| IHAS Attorney Service (Copy Service) | 1,381.00 |
| Outside Service (Reproduction) | 4,270.50 |
| Lexis/Nexis Legal Research | 9,297.88 |
| Pacer – Court Research | 1,533.28 |
| Postage | 352.13 |
| Reproduction Expense | 7,116.00 |
| Reproduction/Scan Copy | 2,511.10 |
| Travel Expense | 470.20 |
| Overtime | 1,449.40 |
| Westlaw Legal Research | 10,283.90 |
| Working Meals | 756.10 |
| **TOTAL DISBURSEMENTS BILLED:** | **$45,034.01** |

DOCS_NY:19240.2