## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                                                  )
In re:                                                            )   Chapter 11
                                                                  )
LEHMAN BROTHERS HOLDINGS INC.                                     )   Case No. 08-13555 (JMP)
                                                                  )
                                                                  )
                                                                  )
         Debtor.                                                  )   (Jointly Administered)
------------------------------------------------------------------x

### NOTICE OF TRANSFER OF CLAIM
### PURSUANT TO FRBP RULE 3001(e)(2)

1.   TO:             **THE ROYAL BANK OF SCOTLAND PLC** ("Transferor")
                     600 Washington Boulevard
                     Stamford, Connecticut 06901
                     Attn: Jeffrey Farkas / Pia Friis
                     Telephone: (203) 897-6841/6738

2.   Please take notice of the transfer in the amount of $20,162,580.92 (equivalent to €14,156,133.48) of your claims against LEHMAN BROTHERS HOLDINGS INC., Case No. 08-13555 (JMP) arising from and relating to Claim No. 59561 (attached in Exhibit A hereto), to:

                     **KING STREET CAPITAL MASTER FUND, LTD.** ("Transferee")
                     65 East 55th Street, 30th Floor
                     New York, NY 10022
                     Phone: 212-812-3140
                     Fax:   646-289-7696
                     E-mail: bankdebt@kingstreet.com

                     With a copy to:

                     Esbin & Alter, LLP
                     497 South Main Street
                     New City, NY 10956
                     Attention: Scott L. Esbin
                     Phone: 845-634-7909
                     Facsimile: 845-634-4160
                     E-Mail: sesbin@esbinalter.com

     An evidence of transfer of claim is attached hereto as Exhibit B. All distributions and notices regarding the transferred portion of the claims should be sent to the Transferee at the instructions attached in Exhibit C.

3. No action is required <u>if you do not object</u> to the transfer of your claims. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIMS, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

-- **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

    United States Bankruptcy Court
    Southern District of New York
    Attn: Clerk of Court
    Alexander Hamilton Custom House
    One Bowling Green
    New York, NY 10004-1408

-- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

-- Refer to **INTERNAL CONTROL NO.** _____ in your objection and any further correspondence related to this transfer.

4. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

                                                           CLERK

---

**FOR CLERK'S OFFICE USE ONLY:**
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2005.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent \_\_\_ Transferee \_\_\_ Debtor's Attorney \_\_\_

                                            Deputy Clerk

# EXHIBIT A

## PROOF OF CLAIM

**EXHIBIT B**

**EVIDENCE OF TRANSFER OF CLAIM**

## EXHIBIT C

Address for Notices:

King Street Capital Master Fund, Ltd.
65 East 55th Street, 30th Floor
New York, NY 10022
Phone: 212-812-3140
Fax:    646-289-7696
E-mail: bankdebt@kingstreet.com

With a copy to:

Esbin & Alter, LLP
497 South Main Street
New City, NY 10956
Attention: Scott L. Esbin
Phone: 845-634-7909
Facsimile: 845-634-4160
E-Mail:  sesbin@esbinalter.com

Wire Instructions:

USD Wire Instructions:

| | |
|---|---|
| Bank: | JPMorgan Chase |
| ABA Number: | 021- 000 -021 |
| Account of: | J.P. Morgan Clearing Corp. |
| Account Number: | 066001633 |
| Sub-account of: | King Street Capital Master Fund, Ltd. |
| Sub-account number: | 102-38102-27 |

Euro Wire Instructions:

| | |
|---|---|
| Bank: | J.P. Morgan, Frankfurt |
| Bank BIC/SWIFT: | CHASDEFX |
| Account Name: | J.P. Morgan Clearing Corp. |
| IBAN: | DE62501108006001601274 |
| Account BIC/SWIFT: | BEARUS33 |
| Sub-Account: | King Street Capital Master Fund, Ltd. |
| Sub-Account #: | 102-38102 |