Kenneth J. Kelly
EPSTEIN BECKER & GREEN, P.C.
250 Park Avenue
New York, New York 10177
(212) 351-4500
kkelly@ebglaw.com

Attorneys for InfoSpace, Inc.
And Intersil Corporation

**UNITES STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
                                                           : Chapter 11 Case No.
                                                           : 08-13555 (JMP)
In re:                                                     :
                                                           :
                                                           :
                                                           : NOTICE OF MOTION FOR
LEHMAN BROTHERS HOLDINGS INC.,et. al.,: ADMISSION OF DAVID B. TATGE
                                                           : *PRO HAC VICE*
                                                           :
          Debtors.                                         :
-----------------------------------------------------------x

PLEASE TAKE NOTICE that, upon the affidavit of Kenneth J. Kelly, sworn to on December 29, 2008, and the affidavit of David B. Tatge, sworn to on January 22, 2009 creditors InfoSpace, Inc., ("InfoSpace") and Intersil Corporation, Intersil Investment Company, Xicor LLC, Intersil Holding GmbH, and Intersil Europe Sarl, (collectively, "Intersil creditors"), by and through their counsel Epstein, Becker & Green, P.C., will move this Court before The Honorable James M. Peck, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York, for the *pro hac vice* admission of David B. Tatge to the Bar of this Court for the purposes of representing InfoSpace and the Intersil creditors in this action.

NY:3930000v1

New York, New York
December 11, 2009

                    EPSTEIN BECKER & GREEN, P.C.

                    By:   s/ Kenneth J. Kelly
                           Kenneth J. Kelly
                    250 Park Avenue
                    New York, New York  10177-0077
                    (212) 351-4500
                    Attorneys for InfoSpace, Inc., Intersil Corporation, Intersil Investment Company, Xicor LLC, Intersil Holding GmbH, and Intersil Europe Sarl

NY:3930000v1