Kenneth J. Kelly
EPSTEIN BECKER & GREEN, P.C.
250 Park Avenue
New York, New York 10177
(212) 351-4500
kkelly@ebglaw.com

Attorneys for InfoSpace, Inc.
And Intersil Corporation

**UNITES STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------x
                                          : Chapter 11 Case No.
                                          : 08-13555 (JMP)
**In re:**                                :
                                          : AFFIDAVIT OF KENNETH J. KELLY
                                          : IN SUPPORT OF MOTION FOR
**LEHMAN BROTHERS HOLDINGS INC., et. al.,**: ADMISSION OF DAVID B. TATGE
                                          : *PRO HAC VICE*
                                          :
            **Debtors.**                  :
--------------------------------------------------------------x

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Kenneth J. Kelly, being duly sworn, deposes and says:

1. I am a member of the law firm of Epstein Becker & Green, P.C., attorneys for creditors InfoSpace, Inc. ("InfoSpace") and Intersil Corporation ("Intersil") in the above captioned Bankruptcy action. I am a member in good standing of the Bar of this Court.

2. I submit this affidavit in support of the application of David B. Tatge for admission *pro hac vice* so that he may appear as attorney of record for the above named creditors in this action.

3. Mr. Tatge is a member of the law firm of Epstein Becker & Green, P.C., and a resident in the firm's Washington, DC office.

NE:2998568v1

4.  As set forth in the accompanying affidavit of David B. Tatge, Mr. Tatge is a member in good standing of the Virginia and the District of Columbia Bars. He is admitted to practice before the Virginia Supreme Court, the District of Columbia Court of Appeals, the United States Supreme Court, the United States Circuit Courts of Appeal for the Third, Fourth and District of Columbia Circuits, the United States District Court for the Districts of Maryland, District of Columbia and Eastern District of Virginia.

5.  Mr. Tatge has read and is familiar with the provisions of the Judicial Code which pertains to practice in the United States District Courts and the New York State Lawyer's Code of Professional Responsibility and agrees to comply therewith. (See Affidavit of David B. Tatge annexed hereto.)

6.  No previous application has been made for the relief requested.

WHEREFORE, creditors InfoSpace and Intersil respectfully request that this Court admit Mr. Tatge *pro hac vice* for all purposes in this action.

_____
Kenneth J. Kelly

Sworn to before me this
20th day of December, 2008

_____
Notary Public

OWEN G. WALLACE
Notary Public, State of New York
No. 02WA6130851
Qualified in Westchester County
Certificate Filed in New York County
Commission Expires July 25, 20___

NE:2998568v1