UNITES STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
:
:
In re:                                          : Chapter 11 Case No.
                                                : 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et. al.,:
                                                : AFFIDAVIT OF DAVID B. TATGE
                                                : IN SUPPORT OF MOTION FOR
                Debtors.                        : ADMISSION *PRO HAC VICE*
                                                :
-----------------------------------------------------------x

WASHINGTON            )
                      ) ss:
DISTRICT OF COLUMBIA  )

   DAVID B. TATGE, being duly sworn, says:

   1. I am a member of the law firm Epstein Becker & Green, P.C., attorneys for creditors InfoSpace, Inc. ("InfoSpace") and Intersil Corporation ("Intersil") in the above action. I make this affidavit in support of my petition to be admitted *pro hac vice* as counsel to InfoSpace and Intersil in this Chapter 11 proceeding.

   2. I am a member in good standing of the Virginia and the District of Columbia Bars. I am admitted to practice before the Virginia Supreme Court, the District of Columbia Court of Appeals, the United States Supreme Court, the United States Circuit Courts of Appeal for the Third, Fourth and District of Columbia Circuits, the United States District Court for the Districts of Maryland, District of Columbia and Eastern District of Virginia.

   3. There are no disciplinary proceedings pending against me as a member of the Bar of any jurisdiction.

   4. I have read and am familiar with the standards for professional conduct imposed upon the members of the New York bar and shall comply therewith.

NY:3097843v1

WHEREFORE, I respectfully request that I be admitted *pro hac vice* for all purposes in this action.

_____
DAVID B. TATGE

Sworn to before me this
22nd day of January, 2009

_____
Notary Public

Diana G. Howard
Notary Public, District of Columbia
My Commission Expires 6/14/2010

NY:3097843v1