**UNITES STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: Chapter 11 Case No.
: 08-13555 (JMP)
In re:                                                      :
                                                            : **ORDER GRANTING MOTION**
                                                            : **FOR ADMISSION OF DAVID B.**
LEHMAN BROTHERS HOLDINGS INC., et. al.,: **TATGE** *PRO HAC VICE*
                                                            :
                                                            :
           Debtors.                                         :
---------------------------------------------------------------x

Upon the motion of Kenneth J. Kelly, Esq., attorney for creditors InfoSpace, Inc. ("InfoSpace") and Intersil Corporation, Intersil Investment Company, Xicor LLC, Intersil Holding GmbH, and Intersil Europe Sarl, (collectively, "Intersil Creditors"), in the above captioned Bankruptcy action, and said sponsor attorney's affidavit in support,

**IT IS HEREBY ORDERED** that

> David B. Tatge, Esq.
> Epstein Becker & Green, P.C.
> 1227 25th Street, NW
> Suite 700
> Washington, DC, 20037-1175
> Phone: (202) 861-0900
> Fax: (202) 296-2882
> dtatge@ebglaw.com

is admitted to practice *pro hac vice* as counsel for creditors InfoSpace and the Intersil creditors in the above captioned Bankruptcy action in the United States Bankruptcy Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel admitted *pro hac vice* shall immediately apply for an ECF logon and password.

Dated:                                              _____
                                                    United States Bankruptcy Judge

NY:3930035v1