IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
                                          )
In re:                                    )   Chapter 11
                                          )
LEHMAN BROTHERS HOLDINGS INC.             )   Case No. 08-13555 (JMP)
                                          )
                                          )
                                          )
    Debtor.                               )   (Jointly Administered)
---------------------------------------------------------------------x

NOTICE OF TRANSFER OF CLAIM
PURSUANT TO FRBP RULE 3001(e)(2)

1.   TO:                **THE ROYAL BANK OF SCOTLAND PLC** ("Transferor")
                        600 Washington Boulevard
                        Stamford, Connecticut  06901
                        Attn: Jeffrey Farkas / Pia Friis
                        Telephone: (203) 897-6841/6738

2.   Please take notice of the transfer in the amount of $8,436,824.64 (equivalent to € 5,923,488.48) of your claims against LEHMAN BROTHERS HOLDINGS INC., Case No. 08-13555 (JMP) arising from and relating to Claim No. 59561 (attached in Exhibit A hereto), to:

                        **KING STREET CAPITAL, L.P.** ("Transferee")
                        65 East 55th Street, 30th Floor
                        New York, NY 10022
                        Phone: 212-812-3140
                        Fax:   646-289-7696
                        E-mail: bankdebt@kingstreet.com

                        With a copy to:

                        Esbin & Alter, LLP
                        497 South Main Street
                        New City, NY 10956
                        Attention: Scott L. Esbin
                        Phone: 845-634-7909
                        Facsimile: 845-634-4160
                        E-Mail: sesbin@esbinalter.com

    An evidence of transfer of claim is attached hereto as Exhibit B. All distributions and notices regarding the transferred portion of the claims should be sent to the Transferee at the instructions attached in Exhibit C.

3.      No action is required if you do not object to the transfer of your claims. However, **IF YOU OB-JECT TO THE TRANSFER OF YOUR CLAIMS, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

--      **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

United States Bankruptcy Court
Southern District of New York
Attn: Clerk of Court
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

--      **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

--      Refer to **INTERNAL CONTROL NO.** _____ in your objection and any further correspondence related to this transfer.

4.      If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

                                                               CLERK
-----------------------------------------------------------------------------------------

**FOR CLERK'S OFFICE USE ONLY:**
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2005.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtor's Attorney ___


                                        _____
                                        Deputy Clerk

# EXHIBIT A

## PROOF OF CLAIM

**EXHIBIT B**

**EVIDENCE OF TRANSFER OF CLAIM**

Pg 5 of 5

## **EXHIBIT C**

Address for Notices:

King Street Capital, L.P.
65 East 55th Street, 30th Floor
New York, NY 10022
Phone: 212-812-3140
Fax:    646-289-7696
E-mail: bankdebt@kingstreet.com

With a copy to:

Esbin & Alter, LLP
497 South Main Street
New City, NY 10956
Attention: Scott L. Esbin
Phone: 845-634-7909
Facsimile: 845-634-4160
E-Mail:  sesbin@esbinalter.com

Wire Instructions:

USD Instructions:

| | |
|---|---|
| Bank: | JPMorgan Chase |
| ABA Number: | 021- 000 -021 |
| Account of: | J.P. Morgan Clearing Corp. |
| Account Number: | 066001633 |
| Sub-account of: | King Street Capital, L.P. |
| Sub-account number: | 102-03464-23 |

EURO Instructions:

| | |
|---|---|
| Bank: | J.P. Morgan, Frankfurt |
| Bank BIC/SWIFT: | CHASDEFX |
| Account Name: | J.P. Morgan Clearing Corp. |
| IBAN: | DE62501108006001601274 |
| Account BIC/Swift: | BEARUS33 |
| Sub-account of: | King Street Capital, L.P. |
| Sub-account number: | 102-03464-23 |