Lisa Milas
Rosicki, Rosicki & Associates, P.C.
51 E. Bethpage Road
Plainview, NY 11803
Telephone: (516) 741-2585

Attorneys for U.S. Bank National Association, as Trustee

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
:
**In re**                                                         :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                       :    **08-13555 (JMP)**
:
            **Debtors.**                                           :    **(Jointly Administered)**
:
-----------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF AFFIRMATION IN SUPPORT OF ENTRY OF ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY REGARDING REAL PROPERTY LOCATED AT 1347 EAST 80TH STREET, BROOKLYN, NEW YORK

**PLEASE TAKE NOTICE** that the hearing on the relief requested in the Affirmation In Support Of Entry Of An Order Granting Relief From The Automatic Stay [Docket No. 5497] (the "Motion"), which was scheduled for December 16, 2009, at 10:00 a.m. (prevailing Eastern Time), **has been adjourned to January 13, 2010 at 10:00 a.m. (prevailing Eastern Time)**, or as soon thereafter as counsel may be heard. The hearing on the Motion will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such hearing on the Motion may be further adjourned

US_ACTIVE:\43224805\02\58399.0003

from time to time without further notice other than an announcement at the hearing.

Dated:  December 14, 2009
       Plainview, New York

                                        /s/ Lisa Milas
                                        Lisa Milas

                                        Rosicki, Rosicki & Associates, P.C.
                                        51 E. Bethpage Road
                                        Plainview, NY 11803
                                        Telephone: (516) 741-2585

                                        Attorneys for U.S. Bank National
                                        Association, as Trustee