# **EXHIBIT B**

Schedule of Attorneys and Paraprofessionals

<u>Exhibit B</u>
Schedule of Attorneys and Paraprofessionals

Summary of Time Recorded in Connection With Rendering
<u>Services to the Examiner for June 1, 2009 - September 30, 2009</u>

ATTORNEYS

| Position | Name | Admitted to Practice | Rate[1] | Time | Amount |
|---|---|---|---|---|---|
| Partner | Anton R. Valukas | 1968 | 925 | 363.50 | $336,237.50 |
| Partner | Stephen Ascher | 1991 | 750 | 525.90 | $394,425.00 |
| Partner | Matt D. Basil | 1997 | 575 | 742.90 | $427,167.50 |
| Partner | Robert L. Byman | 1970 | 800 | 883.10 | $706,480.00 |
| Partner | Timothy J. Chorvat | 1986 | 625 | 254.30 | $158,937.50 |
| Partner | David W. DeBruin | 1980 | 750 | 97.20 | $72,900.00 |
| Partner | Christopher Dickinson | 1988 | 625 | 6.90 | $4,312.50 |
| Partner | Jerome L. Epstein | 1986 | 700 | 307.90 | $215,530.00 |
| Partner | Gabriel A. Fuentes | 1993 | 575 | 407.90 | $234,542.50 |
| Partner | Chris C. Gair | 1985 | 700 | 2.80 | $1,960.00 |
| Partner | Marc B. Hankin | 1992 | 725 | 706.10 | $511,922.50 |
| Partner | William D. Heinz | 1973 | 800 | 10.40 | $8,320.00 |
| Partner | Katya Jestin | 1996 | 675 | 104.60 | $70,605.00 |
| Partner | Brent E. Kidwell | 1993 | 525 | 37.90 | $19,897.50 |
| Partner | David C. Layden | 1993 | 575 | 623.40 | $358,455.00 |
| Partner | Vincent E. Lazar | 1990 | 700 | 259.10 | $181,370.00 |
| Partner | James T. Malysiak | 1973 | 625 | 214.90 | $134,312.50 |
| Partner | Ronald L. Marmer | 1977 | 900 | 477.20 | $429,480.00 |
| Partner | Heather D. McArn | 1992 | 550 | 583.50 | $320,925.00 |
| Partner | Daniel R. Murray | 1970 | 800 | 319.60 | $255,680.00 |
| Partner | Thomas C. Newkirk | 1966 | 850 | 61.30 | $52,105.00 |
| Partner | Suzanne J. Prysak | 1997 | 575 | 467.10 | $268,582.50 |
| Partner | Catherine Steege | 1982 | 725 | 34.70 | $25,157.50 |
| Partner | Howard S. Suskin | 1983 | 750 | 9.50 | $7,125.00 |
| Partner | William L. Tolbert | 1988 | 900 | 12.50 | $11,250.00 |
| Partner | Seth A. Travis | 1996 | 575 | 244.00 | $140,300.00 |
| Partner | Patrick Trostle | 1992 | 725 | 823.30 | $596,892.50 |
| **Partner Total** | | | | **8,581.50** | **$5,944,872.50** |
| Of Counsel | Ronald DeKoven | 1968 | 925 | 20.20 | $18,685.00 |
| Staff Atty. | Edward P. McKenna | 2003 | 280 | 114.40 | $32,032.00 |
| **Of Counsel/Staff Attorney Total** | | | | **134.60** | **$50,717.00** |

_____
[1] These rates do not reflect the 10% reduction in standard hourly rates. The 10% reduction is applied to the Total Attorney Time amount.

<u>Exhibit B</u>
Schedule of Attorneys and Paraprofessionals

| Position | Name | Admitted to Practice | Rate[1] | Time | Amount |
|---|---|---|---|---|---|
| Associate | Angela M. Allen | 2008 | 325 | 91.00 | $29,575.00 |
| Associate | Chad E. Bell | 2006 | 400 | 182.30 | $72,920.00 |
| Associate | Sofia E. Biller | 2008 | 325 | 916.40 | $297,830.00 |
| Associate | Cori F. Brown | 2005 | 400 | 491.70 | $196,680.00 |
| Associate | Jessica A. Burke | 2008 | 325 | 279.00 | $90,675.00 |
| Associate | Anjan Choudhury | 2004 | 475 | 916.80 | $435,480.00 |
| Associate | Tiffany E. Clements | 2008 | 325 | 575.80 | $187,135.00 |
| Associate | Jonathan D. Conley | 2008 | 325 | 713.80 | $231,985.00 |
| Associate | Matthew Devine | 2004 | 475 | 672.50 | $319,437.50 |
| Associate | Jennifer L. Dlugosz | 2006 | 370 | 60.90 | $22,533.00 |
| Associate | Irina Y. Dmitrieva | 2003 | 495 | 191.90 | $94,990.50 |
| Associate | Brandon J. Dodgen | 2008 | 325 | 167.40 | $54,405.00 |
| Associate | Shelley K. Dufford | 2007 | 370 | 432.00 | $159,840.00 |
| Associate | Brian J. Fischer | 2002 | 525 | 19.60 | $10,290.00 |
| Associate | Melissa C. Fogerty | 2005 | 435 | 33.20 | $14,442.00 |
| Associate | Grant R. Folland | 2008 | 325 | 839.60 | $272,870.00 |
| Associate | Ilya Fradkin | 2006 | 425 | 78.00 | $33,150.00 |
| Associate | Anne M. Gardner | 2008 | 325 | 726.30 | $236,047.50 |
| Associate | Michelle A. Groman | 2006 | 435 | 408.60 | $177,741.00 |
| Associate | Marc E. Harrison | 2006 | 400 | 14.90 | $5,960.00 |
| Associate | Sean J. Hartigan | 2004 | 495 | 74.40 | $36,828.00 |
| Associate | Sean C. Herring | 2005 | 435 | 387.60 | $168,606.00 |
| Associate | Melissa M. Hinds | 2003 | 495 | 52.00 | $25,740.00 |
| Associate | David H. Hixson | 2005 | 400 | 9.50 | $3,800.00 |
| Associate | Grace S. Ho | 2007 | 370 | 288.10 | $106,597.00 |
| Associate | Kaija K. Hupila | 2008 | 325 | 124.60 | $40,495.00 |
| Associate | Omar Jafri | 2008 | 325 | 755.00 | $245,375.00 |
| Associate | Stacy S. Jakobe | 2003 | 525 | 324.20 | $170,205.00 |
| Associate | Andrew D. Kennedy | 2008 | 325 | 768.00 | $249,600.00 |
| Associate | Stephen Kang Kinslow | 2006 | 400 | 359.10 | $143,640.00 |
| Associate | Gregory S. Knudsen | 2008 | 325 | 202.40 | $65,780.00 |
| Associate | Andrew Kopelman | 2006 | 425 | 444.30 | $188,827.50 |
| Associate | Matthew R. Kopp | 2008 | 325 | 161.30 | $52,422.50 |
| Associate | Rodney L. Lewis | 2005 | 400 | 562.90 | $225,160.00 |
| Associate | Elizabeth L. Liebschutz | 2008 | 370 | 521.10 | $192,807.00 |
| Associate | Mark A. Lightner | 2007 | 370 | 60.80 | $22,496.00 |
| Associate | Matthew J. Mason | 2008 | 325 | 674.20 | $219,115.00 |
| Associate | Asha V. Mathai | 2006 | 400 | 451.20 | $180,480.00 |
| Associate | Edward P. McKenna | 2003 | 495 | 83.00 | $41,085.00 |
| Associate | Luke P. McLoughlin | 2005 | 435 | 53.20 | $23,142.00 |
| Associate | Sarah R. McNally | 2008 | 325 | 831.60 | $270,270.00 |

<u>Exhibit B</u>
Schedule of Attorneys and Paraprofessionals

| Position | Name | Admitted to Practice | Rate[1] | Time | Amount |
|---|---|---|---|---|---|
| Associate | Christopher Meservy | 2008 | 325 | 744.30 | $241,897.50 |
| Associate | Deanne B. Millison | 2008 | 325 | 248.00 | $80,600.00 |
| Associate | David A. Newman | 2006 | 400 | 64.10 | $25,640.00 |
| Associate | Andrew S. Nicoll | 2004 | 475 | 6.40 | $3,040.00 |
| Associate | Andrew J. Olejnik | 2004 | 475 | 470.00 | $223,250.00 |
| Associate | Andrea Otto-Classon | 2008 | 325 | 338.00 | $109,850.00 |
| Associate | William E. Parker | 2007 | 370 | 232.20 | $85,914.00 |
| Associate | Laura E. Pelanek | 2004 | 475 | 776.20 | $368,695.00 |
| Associate | Tarsha A. Phillibert | 2006 | 400 | 757.00 | $302,800.00 |
| Associate | Keith V. Porapaiboon | 2002 | 525 | 662.20 | $347,655.00 |
| Associate | John M. Power | 2008 | 325 | 1,003.20 | $326,040.00 |
| Associate | Adam C.G. Ringguth | 2008 | 325 | 690.90 | $224,542.50 |
| Associate | Aaron-Michael H. Sapp | 2008 | 325 | 922.20 | $299,715.00 |
| Associate | Shorge K. Sato | 2002 | 495 | 546.70 | $270,616.50 |
| Associate | Trevor F. Schrage | 2008 | 325 | 609.10 | $197,957.50 |
| Associate | Ashley M. Schumacher | 2008 | 325 | 79.40 | $25,805.00 |
| Associate | Eric J. Schwab | 2007 | 370 | 867.70 | $321,049.00 |
| Associate | Jeffrey R. Shuman | 2003 | 495 | 9.00 | $4,455.00 |
| Associate | Michele L. Slachetka | 2008 | 325 | 124.00 | $40,300.00 |
| Associate | Valery K. Slosman | 2008 | 325 | 404.60 | $131,495.00 |
| Associate | Sarah F. Terman | 2008 | 325 | 528.00 | $171,600.00 |
| Associate | Adam G. Unikowsky | 2007 | 370 | 36.90 | $13,653.00 |
| Associate | Andrew W. Vail | 2003 | 495 | 439.90 | $217,750.50 |
| Associate | Richard M. Wallace | 2008 | 325 | 257.30 | $83,622.50 |
| Associate | William Wallenstein | 2006 | 400 | 859.40 | $343,760.00 |
| Associate | Erinn L. Wehrman | 2003 | 495 | 46.80 | $23,166.00 |
| Associate | Brian J. Wilson | 2007 | 370 | 376.70 | $139,379.00 |
| Associate | Thomas R. Winegar | 2008 | 325 | 702.60 | $228,345.00 |
| Associate | Jacob P. Zipfel | 2008 | 325 | 871.90 | $283,367.50 |
| | **Associate Total** | | | **28,674.80** | **$10,752,418.00** |
| | **Total Attorney Time** | | | **37,390.90** | **$16,748,007.50** |
| | **Less 10% Reduction** | | | | **($1,674,800.75)** |
| | **Total Attorney Time at Reduced Rate** | | | | **$15,073,206.75** |
| | **Blended Hourly Rate for Attorneys** | | | | **$403.13** |

<u>Exhibit B</u>
Schedule of Attorneys and Paraprofessionals

PARAPROFESSIONALS

| Position | Name | Rate[2] | Time | Amount |
|---|---|---|---|---|
| Senior Paralegal | Michael H. Matlock | 270 | 208.30 | $56,241.00 |
| Senior Paralegal | Shawn K. McGee | 270 | 79.50 | $21,465.00 |
| Senior Paralegal | Mariann Murphy | 270 | 11.00 | $2,970.00 |
| Paralegal | Lamia K. Azize | 270 | 58.90 | $15,903.00 |
| Paralegal | Wenette Bradford | 255 | 262.60 | $66,963.00 |
| Paralegal | Daniel R. Gross | 255 | 28.10 | $7,165.50 |
| Paralegal | Micah B. Horan | 270 | 136.00 | $36,720.00 |
| Paralegal | Cleopatra S. Murray | 230 | 366.80 | $84,364.00 |
| Paralegal | Jeffrey K. Phillips | 230 | 207.90 | $47,817.00 |
| Paralegal | Aubrey L. Rettig | 255 | 379.50 | $96,772.50 |
| Paralegal | Shannon R. Roberts | 220 | 23.90 | $5,258.00 |
| Paralegal | Eileen J. Robertson | 230 | 14.70 | $3,381.00 |
| Paralegal | Lisa A. Ross | 260 | 17.80 | $4,628.00 |
| Paralegal | Lilia V. Rozhkova | 230 | 12.50 | $2,875.00 |
| Paralegal | Mark R. Scholl | 270 | 393.40 | $106,218.00 |
| Paralegal | Christopher R. Ward | 255 | 738.30 | $188,266.50 |
| Project Assistant | Herman R. Barrios | 160 | 94.20 | $15,072.00 |
| Project Assistant | Holley Brandchaft-White | 160 | 17.40 | $2,784.00 |
| Project Assistant | Catherine L. Chu | 160 | 57.50 | $9,200.00 |
| Project Assistant | Allison Crowe | 160 | 10.50 | $1,680.00 |
| Project Assistant | Emily A. Flores | 160 | 715.30 | $114,448.00 |
| Project Assistant | Daniel O. Garcia | 160 | 28.20 | $4,512.00 |
| Project Assistant | Casey J. Gioielli | 170 | 18.30 | $3,110.00 |
| Project Assistant | Nancy J. Gonzalez | 150 | 68.30 | $10,245.00 |
| Project Assistant | Arjumand Hamid | 160 | 11.50 | $1,840.00 |
| Project Assistant | Jonathan Hollis | 160 | 69.90 | $11,184.00 |
| Project Assistant | Yong Joon Lee | 160 | 216.20 | $34,592.00 |
| Project Assistant | Lauren R. Prather | 170 | 10.80 | $1,836.00 |
| Project Assistant | Panagiota Ramos | 170 | 233.60 | $39,712.00 |
| Project Assistant | Alexander M. Righi | 160 | 566.60 | $90,656.00 |
| Project Assistant | Jonathan W. Striegel | 170 | 32.30 | $5,491.00 |
| Project Assistant | Adrienne P. Thacher | 160 | 172.60 | $27,616.00 |
| Project Assistant | Kenneth Waldmann | 170 | 480.20 | $81,634.00 |
| Project Assistant | Lauren E. Wang | 160 | 468.80 | $75,008.00 |
| Technology Assistant | Jennifer Anderson | 275 | 3.00 | $825.00 |
| Technology Assistant | Daniel B. Biemer | 275 | 68.40 | $18,810.00 |

---

[2] These rates do not reflect the 10% reduction in standard hourly rates. The 10% reduction is applied to the Total Paraprofessional Time amount.

Exhibit B

Schedule of Attorneys and Paraprofessionals

| Position | Name | Rate[2] | Time | Amount |
|---|---|---|---|---|
| Technology Assistant | Tunde Holloway-Wusu | 275 | 38.00 | $10,450.00 |
| Technology Assistant | Kelly A. Laughran | 275 | 12.60 | $3,465.00 |
| Technology Assistant | Lori I. Manheimer | 275 | 398.00 | $109,450.00 |
| Technology Assistant | Zulaikha Master | 275 | 217.30 | $59,757.50 |
| Technology Assistant | James B. Salla | 275 | 5.00 | $1,375.00 |
| **Total Paraprofessional Time** | | | **6,953.70** | **$1,481,761.00** |
| **Less 10% Reduction** | | | | **($148,176.10)** |
| **Total Paraprofessional Time at Reduced Rate** | | | | **$1,333,584.90** |

| | |
|---|---|
| **Total Amount for Services Rendered (Attorneys and Paraprofessionals)** | **$18,229,768.50** |
| **Less 10% Reduction** | **($1,822,976.85)** |
| **Total Amount for Services Rendered, including 10% Reduction (Attorneys and Paraprofessionals)** | **$16,406,791.65** |
| **Less 50% Non-Working Travel Time** | **($179,066.70)** |
| **Total Amount of Fees Requested for Services Rendered (June 1, 2009 - September 30, 2009)** | **$16,227,724.95** |