## **EXHIBIT C**

Summary of Project Matters

Exhibit C
Summary of Project Matters

Schedules of Fees by Project Matter

MATTER NUMBER 10012   CASE ADMINISTRATION

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | Daniel R. Murray | 800 | 3.20 | 2,560.00 |
| Associate | Jessica A. Burke | 325 | 77.40 | 25,155.00 |
| Associate | Andrew J. Olejnik | 475 | 6.10 | 2,897.50 |
| Senior Paralegal | Shawn K. McGee | 270 | 6.20 | 1,674.00 |
| Paralegal | Lamia K. Azize | 270 | 10.20 | 2,754.00 |
| Paralegal | Wenette Bradford | 255 | 2.00 | 510.00 |
| Paralegal | Cleopatra S. Murray | 230 | 8.70 | 2,001.00 |
| Paralegal | Jeffrey K. Phillips | 230 | 1.80 | 414.00 |
| Paralegal | Aubrey L. Rettig | 255 | 5.50 | 1,402.50 |
| Paralegal | Lisa A. Ross | 260 | 0.30 | 78.00 |
| Paralegal | Mark R. Scholl | 270 | 2.60 | 702.00 |
| Paralegal | Christopher R. Ward | 255 | 11.70 | 2,983.50 |
| Project Assistant | Emily A. Flores | 160 | 15.20 | 2,432.00 |
| Project Assistant | Lauren R. Prather | 170 | 0.50 | 85.00 |
| Project Assistant | Kenneth Waldmann | 170 | 115.60 | 19,652.00 |
| Project Assistant | Lauren E. Wang | 160 | 0.20 | 32.00 |
| Technology Ass't | James B. Salla | 275 | 1.00 | 275.00 |
| **TOTAL** | | | 268.20 | 65,607.50 |
| **Less 10% Reduction** | | | | (6,560.75) |
| **Total Fees at Reduced Rate** | | | | 59,046.75 |

MATTER NUMBER 10020   EXAMINER

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | Anton R. Valukas | 925 | 322.40 | 298,220.00 |
| **TOTAL** | | | 322.40 | 298,220.00 |
| **Less 10% Reduction** | | | | (29,822.00) |
| **Total Fees at Reduced Rate** | | | | 268,398.00 |

MATTER NUMBER 10039   COURT HEARINGS

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | Robert L. Byman | 800 | 10.00 | 8,000.00 |
| Partner | Patrick J. Trostle | 725 | 5.50 | 3,987.50 |
| **TOTAL** | | | 15.50 | 11,987.50 |
| **Less 10% Reduction** | | | | (1,198.75) |
| **Total Fees at Reduced Rate** | | | | 10,788.75 |

Exhibit C
Summary of Project Matters

### MATTER NUMBER 10047  REPORT PREPARATION AND DRAFTING

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | Matt D. Basil | 575 | 0.70 | 402.50 |
| Partner | Robert L. Byman | 800 | 14.40 | 11,520.00 |
| Partner | Marc B. Hankin | 725 | 4.10 | 2,972.50 |
| Partner | William D. Heinz | 800 | 8.60 | 6,880.00 |
| Partner | Vincent D. Lazar | 700 | 0.20 | 140.00 |
| Partner | James T. Malysiak | 625 | 195.70 | 122,312.50 |
| Partner | Heather D. McArn | 550 | 0.90 | 495.00 |
| Partner | Daniel R. Murray | 800 | 10.60 | 8,480.00 |
| Partner | Howard S. Suskin | 750 | 7.50 | 5,625.00 |
| Associate | Matthew R. Devine | 400 | 9.20 | 4,370.00 |
| Associate | Rodney L. Lewis | 400 | 120.00 | 48,000.00 |
| Associate | Andrew J. Olejnik | 475 | 0.80 | 380.00 |
| Associate | Jacob P. Zipfel | 325 | 9.50 | 3,087.50 |
| Paralegal | Christopher L. Ward | 255 | 18.30 | 4,666.50 |
| **TOTAL** | | | 400.50 | 219,331.50 |
| **Less 10% Reduction** | | | | (21,933.15) |
| **Total Fees at Reduced Rate** | | | | 197,398.35 |

### MATTER NUMBER 10055  GOVERNANCE AND FIDUCIARY DUTIES

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | Stephen Ascher | 750 | 494.20 | 370,650.00 |
| Partner | Matt D. Basil | 575 | 0.80 | 460.00 |
| Partner | Robert L. Byman | 800 | 117.80 | 94,240.00 |
| Partner | Timothy J. Chorvat | 625 | 254.30 | 158,937.50 |
| Partner | David W. DeBruin | 750 | 97.20 | 72,900.00 |
| Partner | Christopher Dickinson | 625 | 6.90 | 4,312.50 |
| Partner | Gabriel A. Fuentes | 575 | 370.10 | 212,807.50 |
| Partner | Marc B. Hankin | 725 | 1.50 | 1,087.50 |
| Partner | David C. Layden | 575 | 0.40 | 230.00 |
| Partner | Ronald L. Marmer | 900 | 421.80 | 379,620.00 |
| Partner | Heather D. McArn | 550 | 33.00 | 18,150.00 |
| Partner | Daniel R. Murray | 800 | 31.10 | 24,880.00 |
| Partner | Thomas C. Newkirk | 800 | 18.70 | 15,895.00 |
| Partner | Suzanne J. Prysak | 575 | 446.40 | 256,680.00 |
| Partner | Howard A. Suskin | 750 | 2.00 | 1,500.00 |
| Partner | Seth A. Travis | 575 | 1.70 | 977.50 |
| Associate | Tiffany E. Clements | 325 | 522.20 | 169,715.00 |

<u>Exhibit C</u>
Summary of Project Matters

| Position | Name | Rate | Time | Amount |
|----------|------|------|------|--------|
| Associate | Jonathan D. Conley | 325 | 588.30 | 191,197.50 |
| Associate | Matthew R. Devine | 475 | 3.20 | 1,520.00 |
| Associate | Jennifer L. Dlugosz | 370 | 60.90 | 22,533.00 |
| Associate | Irinia Y. Dmitrieva | 495 | 191.90 | 94,990.50 |
| Associate | Brandon J. Dodgen | 325 | 167.40 | 54,405.00 |
| Associate | Shelley K. Dufford | 370 | 405.10 | 149,887.00 |
| Associate | Grant R. Folland | 325 | 2.40 | 780.00 |
| Associate | Anne M. Gardner | 325 | 666.40 | 216,580.00 |
| Associate | Sean J. Hartigan | 495 | 74.40 | 36,828.00 |
| Associate | Grace S. Ho | 370 | 276.60 | 102,342.00 |
| Associate | Omar Jafri | 325 | 745.20 | 242,190.00 |
| Associate | Stacy S. Jakobe | 525 | 303.40 | 159,285.00 |
| Associate | Andrew D. Kennedy | 325 | 758.50 | 246,512.50 |
| Associate | Stephen Kang Kinslow | 400 | 358.10 | 143,240.00 |
| Associate | Gregory S. Knudsen | 325 | 201.20 | 65,390.00 |
| Associate | Matthew R. Kopp | 325 | 150.10 | 48,782.50 |
| Associate | Elizabeth L. Liebschutz | 370 | 408.90 | 151,293.00 |
| Associate | Matthew J. Mason | 325 | 585.70 | 190,352.50 |
| Associate | Asha V. Mathai | 400 | 6.30 | 2,520.00 |
| Associate | Luke P. McLoughlin | 435 | 45.10 | 19,618.50 |
| Associate | Christopher M. Meservy | 325 | 682.20 | 221,715.00 |
| Associate | Deanne B. Millison | 325 | 233.00 | 75,725.00 |
| Associate | David A. Newman | 400 | 64.10 | 25,640.00 |
| Associate | Andrew J. Olejnik | 475 | 12.20 | 5,795.00 |
| Associate | Andrea Otto-Classon | 325 | 235.70 | 76,602.50 |
| Associate | William E. Parker | 370 | 230.20 | 85,174.00 |
| Associate | Laura E. Pelanek | 475 | 741.10 | 352,022.50 |
| Associate | Keith V. Porapaiboon | 525 | 655.60 | 344,190.00 |
| Associate | John M. Power | 325 | 904.30 | 293,897.50 |
| Associate | Adam C.G. Ringguth | 325 | 633.10 | 205,757.50 |
| Associate | Aaron-Michael H. Sapp | 325 | 860.30 | 279,597.50 |
| Associate | Trevor F. Schrage | 325 | 609.10 | 197,957.50 |
| Associate | Eric J. Schwab | 370 | 786.30 | 290,931.00 |
| Associate | Valery K. Slosman | 325 | 404.60 | 131,495.00 |
| Associate | Sarah F. Terman | 325 | 490.90 | 159,542.50 |
| Associate | Andrew W. Vail | 495 | 439.90 | 217,750.50 |
| Associate | Richard M. Wallace | 325 | 257.30 | 83,622.50 |
| Associate | William Wallenstein | 400 | 783.00 | 313,200.00 |
| Associate | Erinn L. Wehrman | 495 | 46.80 | 23,166.00 |
| Associate | Brian J. Wilson | 370 | 376.70 | 139,379.00 |
| Associate | Thomas M. Winegar | 325 | 33.30 | 10,822.50 |
| Paralegal | Lamia K. Azize | 270 | 19.40 | 5,238.00 |

Exhibit C
Summary of Project Matters

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Paralegal | Wenette Bradford | 255 | 57.60 | 14,688.00 |
| Paralegal | Cleopatra S. Murray | 230 | 19.70 | 4,531.00 |
| Paralegal | Aubrey L. Rettig | 255 | 22.50 | 5,737.50 |
| Paralegal | Lisa A. Ross | 260 | 1.00 | 260.00 |
| Paralegal | Mark R. Scholl | 270 | 86.60 | 23,382.00 |
| Paralegal | Christopher R. Ward | 255 | 162.60 | 41,463.00 |
| Project Assistant | Catherine L. Chu | 160 | 12.80 | 2,048.00 |
| Project Assistant | Emily A. Flores | 160 | 43.40 | 6,944.00 |
| Project Assistant | Jonathan Hollis | 160 | 46.40 | 7,424.00 |
| Project Assistant | Alexander M. Righi | 160 | 61.40 | 9,824.00 |
| Project Assistant | Adrienne P. Thacher | 160 | 82.70 | 13,232.00 |
| Project Assistant | Kenneth Waldmann | 170 | 53.60 | 9,112.00 |
| Project Assistant | Lauren E. Wang | 160 | 297.50 | 47,600.00 |
| **TOTAL** | | | 19,266.10 | 7,648,756.00 |
| **Less 10% Reduction** | | | | (764,875.60) |
| **Total Fees at Reduced Rate** | | | | 6,883,880.40 |

MATTER NUMBER 10063   INTERCOMPANY TRANSACTIONS

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | Matt D. Basil | 575 | 509.80 | 293,135.00 |
| Partner | Robert L. Byman | 800 | 70.90 | 56,720.00 |
| Partner | Chris C. Gair | 700 | 2.80 | 1,960.00 |
| Partner | Marc Hankin | 725 | 682.50 | 494,812.50 |
| Partner | Heather D. McArn | 550 | 379.40 | 208,670.00 |
| Partner | Daniel R. Murray | 800 | 22.60 | 18,080.00 |
| Partner | Thomas C. Newkirk | 850 | 39.80 | 33,830.00 |
| Partner | William L. Tolbert | 900 | 12.50 | 11,250.00 |
| Partner | Patrick J. Trostle | 725 | 0.50 | 362.50 |
| Associate | Chad E. Bell | 400 | 177.70 | 71,080.00 |
| Associate | Sofia E. Biller | 325 | 801.20 | 260,390.00 |
| Associate | Cori F. Brown | 400 | 486.10 | 194,440.00 |
| Associate | Melissa C. Fogerty | 435 | 25.70 | 11,179.50 |
| Associate | Ilya Fradkin | 425 | 26.00 | 11,050.00 |
| Associate | Marc E. Harrison | 400 | 14.90 | 5,960.00 |
| Associate | Sean C. Herring | 435 | 387.60 | 168,606.00 |
| Associate | Melissa H. Hinds | 495 | 1.00 | 495.00 |
| Associate | Andrew Kopelman | 425 | 443.30 | 188,402.50 |
| Associate | Mark A. Lightner | 370 | 60.80 | 22,496.00 |
| Associate | Edward P. McKenna | 495 | 63.80 | 31,581.00 |
| Associate | Sarah R. McNally | 325 | 45.80 | 14,885.00 |

Exhibit C
Summary of Project Matters

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Associate | Andrew J. Olejnik | 475 | 1.90 | 902.50 |
| Associate | Andrea Otto-Classon | 325 | 100.80 | 32,760.00 |
| Associate | Tarsha A. Phillibert | 400 | 736.40 | 294,560.00 |
| Associate | Shorge K. Sato | 495 | 533.40 | 264,033.00 |
| Associate | Jeffrey R. Shuman | 495 | 9.00 | 4,455.00 |
| Associate | Michele L. Slachetka | 325 | 113.30 | 36,822.50 |
| Associate | Thomas M. Winegar | 325 | 4.90 | 1,592.50 |
| Staff Attorney | Edward P. McKenna | 280 | 114.40 | 32,032.00 |
| Senior Paralegal | Michael H. Matlock | 270 | 4.30 | 1,161.00 |
| Paralegal | Lamia K. Azize | 270 | 2.80 | 756.00 |
| Paralegal | Wenette Bradford | 255 | 13.50 | 3,442.50 |
| Paralegal | Daniel R. Gross | 255 | 17.10 | 4,360.50 |
| Paralegal | Cleopatra S. Murray | 230 | 0.50 | 115.00 |
| Paralegal | Aubrey L. Rettig | 255 | 14.70 | 3,748.50 |
| Paralegal | Lisa A. Ross | 260 | 0.30 | 78.00 |
| Paralegal | Mark R. Scholl | 270 | 15.40 | 4,158.00 |
| Paralegal | Christopher R. Ward | 255 | 82.30 | 20,986.50 |
| Project Assistant | Catherine L. Chu | 160 | 27.70 | 4,432.00 |
| Project Assistant | Emily A. Flores | 160 | 19.00 | 3,040.00 |
| Project Assistant | Jonathan Hollis | 160 | 9.50 | 1,520.00 |
| Project Assistant | Pangiota Ramos | 170 | 14.60 | 2,482.00 |
| Project Assistant | Alexander M. Righi | 160 | 8.00 | 1,280.00 |
| Project Assistant | Adrienne P. Thacher | 160 | 40.60 | 6,496.00 |
| Project Assistant | Kenneth S. Waldmann | 170 | 1.00 | 170.00 |
| Project Assistant | Lauren E. Wang | 160 | 31.30 | 5,008.00 |
| **TOTAL** | | | 6,171.40 | 2,829,776.50 |
| **Less 10% Reduction** | | | | (282,977.65) |
| **Total Fees at Reduced Rate** | | | | 2,546,798.85 |

<u>Exhibit C</u>
Summary of Project Matters

MATTER NUMBER 10071  BARCLAYS TRANSACTIONS

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | Robert L. Byman | 800 | 47.20 | 37,760.00 |
| Partner | David C. Layden | 575 | 539.00 | 309,925.00 |
| Partner | Vincent E. Lazar | 700 | 229.40 | 160,580.00 |
| Partner | Heather D. McArn | 550 | 3.20 | 1,760.00 |
| Partner | Daniel R. Murray | 800 | 18.80 | 15,040.00 |
| Partner | Patrick J. Trostle | 725 | 0.30 | 217.50 |
| Associate | Chad E. Bell | 400 | 4.60 | 1,840.00 |
| Associate | Matthew R. Devine | 475 | 3.30 | 1,567.50 |
| Associate | Melissa C. Fogerty | 435 | 1.50 | 652.50 |
| Associate | Kaija K. Hupila | 325 | 119.30 | 38,772.50 |
| Associate | Sarah R. McNally | 325 | 4.30 | 1,397.50 |
| Associate | Thomas M. Winegar | 325 | 0.20 | 65.00 |
| Associate | Jacob P. Zipfel | 325 | 848.70 | 275,827.50 |
| Paralegal | Wenette Bradford | 255 | 17.60 | 4,488.00 |
| Paralegal | Aubrey L. Rettig | 255 | 9.50 | 2,422.50 |
| Paralegal | Mark R. Scholl | 270 | 0.60 | 162.00 |
| Paralegal | Christopher R. Ward | 255 | 63.90 | 16,294.50 |
| Project Assistant | Emily A. Flores | 160 | 1.20 | 192.00 |
| Project Assistant | Alexander M. Righi | 160 | 26.60 | 4,256.00 |
| Project Assistant | Kenneth S. Waldmann | 170 | 22.30 | 3,791.00 |
| Project Assistant | Lauren E. Wang | 160 | 5.70 | 912..00 |
| **TOTAL** | | | 1,967.20 | 877,923.00 |
| **Less 10% Reduction** | | | | (87,792.30) |
| **Total Fees at Reduced Rate** | | | | 790,130.70 |

MATTER NUMBER 10080  BANK AND OTHER THIRD PARTY TRANSACTIONS

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | Robert L. Byman | 800 | 42.20 | 33,760.00 |
| Partner | Jerome Epstein | 700 | 304.90 | 213,430.00 |
| Partner | Katya Jestin | 675 | 104.60 | 70,605.00 |
| Partner | David C. Layden | 575 | 0.20 | 115.00 |
| Partner | Heather D. McArn | 550 | 19.40 | 10,670.00 |
| Partner | Daniel R. Murray | 800 | 44.20 | 35,360.00 |
| Partner | Catherine Steege | 725 | 30.60 | 22,185.00 |
| Partner | Patrick J. Trostle | 725 | 676.60 | 490,535.00 |
| Associate | Jessica A. Burke | 325 | 192.70 | 62,627.50 |
| Associate | Anjan Choudhury | 475 | 904.50 | 429,637.50 |
| Associate | Jonathan D. Conley | 325 | 66.30 | 21,547.50 |

<u>Exhibit C</u>
Summary of Project Matters

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Associate | Brian J. Fischer | 525 | 19.60 | 10,290.00 |
| Associate | Grant R. Folland | 325 | 704.30 | 228,897.50 |
| Associate | Michelle A. Groman | 435 | 395.30 | 171,955.50 |
| Associate | David H. Hixson | 400 | 9.50 | 3,800.00 |
| Associate | Gregory S. Knudsen | 325 | 1.20 | 390.00 |
| Associate | Asha V. Mathai | 400 | 396.40 | 158,560.00 |
| Associate | Sarah R. McNally | 325 | 760.30 | 247,097.50 |
| Associate | Andrew S. Nicoll | 475 | 6.40 | 3,040.00 |
| Associate | Andrew J. Olejnik | 475 | 2.80 | 1,330.00 |
| Associate | Andrea Otto-Classon | 325 | 0.40 | 130.00 |
| Associate | Ashley M. Schumacher | 325 | 51.10 | 16,607.50 |
| Associate | Adam G. Unikowsky | 370 | 26.40 | 9,768.00 |
| Associate | Thomas M. Winegar | 325 | 590.70 | 191,977.50 |
| Paralegal | Lamia K. Azize | 270 | 1.80 | 486.00 |
| Paralegal | Wenette Bradford | 255 | 21.60 | 5,508.00 |
| Paralegal | Jeffrey K. Phillips | 230 | 202.10 | 46,483.00 |
| Paralegal | Aubrey L. Rettig | 255 | 1.40 | 357.00 |
| Paralegal | Lisa A. Ross | 260 | 3.50 | 910.00 |
| Paralegal | Lilia V. Rozhkova | 230 | 12.50 | 2,875.00 |
| Paralegal | Mark R. Scholl | 270 | 28.30 | 7,641.00 |
| Paralegal | Christopher R. Ward | 255 | 24.90 | 6,349.50 |
| Project Assistant | Herman R. Barrios | 160 | 92.70 | 14,832.00 |
| Project Assistant | Holley Brandschaft-White | 160 | 17.40 | 2,784.00 |
| Project Assistant | Catherine L. Chu | 160 | 2.50 | 400.00 |
| Project Assistant | Allison Crowe | 160 | 10.50 | 1,680.00 |
| Project Assistant | Emily A. Flores | 160 | 1.10 | 176.00 |
| Project Assistant | Nancy L. Gonzalez | 150 | 57.30 | 8,595.00 |
| Project Assistant | Arjumand Hamid | 160 | 11.50 | 1,840.00 |
| Project Assistant | Jonathan Hollis | 160 | 3.50 | 560.00 |
| Project Assistant | Yong Joon Lee | 160 | 185.40 | 29,664.00 |
| Project Assistant | Adrienne P. Thacher | 160 | 1.00 | 160.00 |
| Project Assistant | Kenneth Waldmann | 170 | 5.00 | 850.00 |
| Project Assistant | Lauren E. Wang | 160 | 45.80 | 7,328.00 |
| **TOTAL** | | | 6,080.40 | 2,573,794.50 |
| **Less 10% Reduction** | | | | (257,379.45) |
| **Total Fees at Reduced Rate** | | | | 2,316,415.05 |

Exhibit C
Summary of Project Matters

### MATTER NUMBER 10101  GENERAL BANKRUPTCY MATTERS & OTHER RESEARCH

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | Stephen Ascher | 750 | 0.50 | 375.00 |
| Partner | Matt D. Basil | 575 | 0.40 | 230.00 |
| Partner | Robert L. Byman | 800 | 2.10 | 1,680.00 |
| Partner | David C. Layden | 575 | 0.10 | 57.50 |
| Partner | Heather D. McArn | 550 | 2.50 | 1,375.00 |
| Partner | Daniel R. Murray | 800 | 13.60 | 10,880.00 |
| Partner | Patrick J. Trostle | 725 | 14.10 | 10,222.50 |
| Associate | Angela M. Allen | 325 | 91.00 | 29,575.00 |
| Associate | Matthew R. Devine | 475 | 6.30 | 2,992.50 |
| Associate | Ilya Fradkin | 425 | 52.00 | 22,100.00 |
| Associate | Melissa M. Hinds | 495 | 51.00 | 25,245.00 |
| Associate | Rodney L. Lewis | 400 | 23.00 | 9,200.00 |
| Associate | Andrew J. Olejnik | 475 | 64.00 | 30,400.00 |
| Associate | Adam G. Unikowsky | 370 | 10.50 | 3,885.00 |
| Associate | Thomas M Winegar | 325 | 5.30 | 1,722.50 |
| Senior Paralegal | Michael H. Matlock | 270 | 21.80 | 5,886.00 |
| Senior Paralegal | Shawn K. McGee | 270 | 0.50 | 135.00 |
| Paralegal | Lamia K. Azize | 270 | 1.70 | 459.00 |
| Paralegal | Mark R. Scholl | 270 | 0.60 | 162.00 |
| Paralegal | Christopher R. Ward | 255 | 18.00 | 4,590.00 |
| Project Assistant | Emily A. Flores | 160 | 9.90 | 1,584.00 |
| Project Assistant | Alexander M. Righi | 160 | 2.00 | 320.00 |
| Project Assistant | Kenneth Waldmann | 170 | 127.60 | 21,692.00 |
| Project Assistant | Lauren E. Wang | 160 | 0.20 | 32.00 |
| **TOTAL** | | | 518.70 | 184,800.00 |
| **Less 10% Reduction** | | | | (18,480.00) |
| **Total Fees at Reduced Rate** | | | | 166,320.00 |

### MATTER NUMBER 10128  COMMUNICATIONS & MEETINGS WITH PARTIES IN INTEREST

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | Stephen L. Ascher | 750 | 0.30 | 225.00 |
| Partner | Robert L. Byman | 800 | 38.70 | 30,960.00 |
| Partner | Vincent E. Lazar | 700 | 0.20 | 140.00 |
| Partner | Heather McArn | 550 | 0.40 | 220.00 |
| Partner | Daniel R. Murray | 800 | 8.20 | 6,560.00 |
| Partner | Catherine Steege | 725 | 1.00 | 725.00 |

<u>Exhibit C</u>
Summary of Project Matters

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | Patrick J. Trostle | 725 | 13.40 | 9,715.00 |
| Associate | Matthew R. Devine | 380 | 2.00 | 950.00 |
| Associate | Andrew J. Olejnik | 475 | 0.20 | 95.00 |
| Paralegal | Shannon R. Roberts | 220 | 20.40 | 4,488.00 |
| Project Assistant | Catherine L. Chu | 160 | 3.70 | 592.00 |
| Project Assistant | Adrienne P. Thacher | 160 | 38.60 | 6,176.00 |
| **TOTAL** | | | 127.10 | 60,846.00 |
| **Less 10% Reduction** | | | | (6,084.60) |
| **Total Fees at Reduced Rate** | | | | 54,761.40 |

MATTER NUMBER 10136  NON-WORKING TRAVEL TIME

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | Anton R. Valukas | 925 | 41.10 | 38,017.50 |
| Partner | Stephen L. Ascher | 750 | 6.50 | 4,875.00 |
| Partner | Matt D. Basil | 575 | 58.80 | 33,810.00 |
| Partner | Robert L. Byman | 800 | 81.10 | 64,880.00 |
| Partner | Jerome L. Epstein | 700 | 2.10 | 1,470.00 |
| Partner | Gabriel A. Fuentes | 575 | 30.10 | 17,307.50 |
| Partner | David C. Layden | 575 | 68.40 | 39,330.00 |
| Partner | Vincent E. Lazar | 700 | 20.00 | 14,000.00 |
| Partner | Ronald L. Marmer | 900 | 41.20 | 37,080.00 |
| Partner | Suzanne J. Prysak | 575 | 20.30 | 11,672.50 |
| Partner | Patrick J. Trostle | 725 | 4.00 | 2,900.00 |
| Associate | Sofia E. Biller | 325 | 48.70 | 15,827.50 |
| Associate | Cori F. Brown | 400 | 4.60 | 1,840.00 |
| Associate | Anjan Choudhury | 475 | 12.30 | 5,842.50 |
| Associate | Tiffany E. Clements | 325 | 9.50 | 3,087.50 |
| Associate | Matthew R. Devine | 475 | 12.60 | 5,985.00 |
| Associate | Anne M. Gardner | 325 | 9.50 | 3,087.50 |
| Associate | Michelle A. Groman | 435 | 13.30 | 5,785.50 |
| Associate | Kaija K. Hupila | 325 | 5.30 | 1,722.50 |
| Associate | Omar Jafri | 325 | 9.30 | 3,022.50 |
| Associate | Stacy S. Jakobe | 525 | 19.00 | 9,975.00 |
| Associate | Andrew D. Kennedy | 325 | 9.50 | 3,087.50 |
| Associate | Matthew R. Kopp | 325 | 9.80 | 3,185.00 |
| Associate | Matthew J. Mason | 325 | 9.30 | 3,022.50 |
| Associate | Sarah R. McNally | 325 | 14.90 | 4,842.50 |
| Associate | Christopher V. Meservy | 325 | 8.00 | 2,600.00 |
| Associate | Laura E. Pelanek | 475 | 18.00 | 8,550.00 |
| Associate | Keith V. Porapaiboon | 525 | 6.20 | 3,255.00 |
| Associate | John M. Power | 325 | 17.00 | 5,525.00 |

<u>Exhibit C</u>
Summary of Project Matters

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Associate | Aaron-Michael H. Sapp | 325 | 5.10 | 1,657.50 |
| Associate | Shorge K. Sato | 495 | 10.50 | 5,197.50 |
| Associate | Eric J. Schwab | 370 | 17.40 | 6,438.00 |
| Associate | William Wallenstein | 400 | 53.20 | 21,280.00 |
| Associate | Thomas M. Winegar | 325 | 10.20 | 3,315.00 |
| Associate | Jacob P. Zipfel | 325 | 13.70 | 4,452.50 |
| **TOTAL** | | | 720.50 | 397,926.00 |
| **Less 10% Reduction** | | | | (39,792.60) |
| **Reduced Rate** | | | | 358,133.40 |
| **Less 50% Reduction** | | | | (179,066.70) |
| **Total Fees at Reduced Rate** | | | | 179,066.70 |

MATTER NUMBER 10144   DOCUMENT MANAGEMENT AND REVIEW

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | Stephen Ascher | 750 | 3.30 | 2,475.00 |
| Partner | Matt D. Basil | 575 | 108.20 | 62,215.00 |
| Partner | Robert L. Byman | 800 | 120.70 | 96,560.00 |
| Partner | William D. Heinz | 800 | 1.80 | 1,440.00 |
| Partner | Brent E. Kidwell | 525 | 37.90 | 19,897.50 |
| Partner | David C. Layden | 575 | 0.70 | 402.50 |
| Partner | Heather D. McArn | 550 | 105.90 | 58,245.00 |
| Partner | Daniel R. Murray | 800 | 10.80 | 8,640.00 |
| Partner | Seth A. Travis | 575 | 242.30 | 139,322.50 |
| Partner | Patrick J. Trostle | 725 | 81.90 | 59,377.50 |
| Associate | Sofia E. Biller | 325 | 66.50 | 21,612.50 |
| Associate | Cori F. Brown | 400 | 1.00 | 400.00 |
| Associate | Tiffany E. Clements | 325 | 43.10 | 14,007.50 |
| Associate | Jonathan D. Conley | 325 | 59.20 | 19,240.00 |
| Associate | Matthew R. Devine | 475 | 158.70 | 75,382.50 |
| Associate | Shelley K. Dufford | 370 | 26.90 | 9,953.00 |
| Associate | Grant R. Folland | 325 | 131.90 | 42,867.50 |
| Associate | Anne M. Gardner | 325 | 50.40 | 16,380.00 |
| Associate | Grace s. Ho | 370 | 11.50 | 4,255.00 |
| Associate | Omar Jafri | 325 | 0.50 | 162.50 |
| Associate | Stacy S. Jakobe | 525 | 1.80 | 945.00 |
| Associate | Stephen K. Kinslow | 400 | 1.00 | 400.00 |
| Associate | Andrew Kopelman | 425 | 1.00 | 425.00 |
| Associate | Matthew R. Kopp | 325 | 1.00 | 325.00 |
| Associate | Rodney L. Lewis | 400 | 416.10 | 166,440.00 |
| Associate | Elizabeth Liebschutz | 370 | 33.20 | 12,284.00 |

Exhibit C
Summary of Project Matters

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Associate | Matthew J. Mason | 325 | 76.90 | 24,992.50 |
| Associate | Asha V. Mathai | 400 | 48.50 | 19,400.00 |
| Associate | Andrew P. McKenna | 495 | 19.20 | 9,504.00 |
| Associate | Alex P. McLoughlin | 435 | 8.10 | 3,523.50 |
| Associate | Sarah R. McNally | 325 | 6.10 | 1,982.50 |
| Associate | Christopher Meservy | 325 | 50.60 | 16,445.00 |
| Associate | Deanne B. Millison | 325 | 15.00 | 4,875.00 |
| Associate | Andrew J. Olejnik | 475 | 20.70 | 9,832.50 |
| Associate | Andrea Otto-Classon | 325 | 1.10 | 357.50 |
| Associate | William E. Parker | 370 | 1.00 | 370.00 |
| Associate | Laura E. Pelanek | 475 | 13.00 | 6,175.00 |
| Associate | Tarsha A. Phillibert | 400 | 20.60 | 8,240.00 |
| Associate | Keith V. Porapaiboon | 525 | 0.40 | 210.00 |
| Associate | John M. Power | 325 | 79.60 | 25,870.00 |
| Associate | Adam C.G. Ringguth | 325 | 57.80 | 18,785.00 |
| Associate | Aaron-Michael Sapp | 325 | 56.80 | 18,460.00 |
| Associate | Shorge K. Sato | 495 | 2.80 | 1,386.00 |
| Associate | Ashley M. Schumacher | 325 | 28.30 | 9,197.50 |
| Associate | Eric J. Schwab | 370 | 64.00 | 23,680.00 |
| Associate | Michele L. Slachetka | 325 | 10.30 | 3,347.50 |
| Associate | Sarah F. Terman | 325 | 37.10 | 12,057.50 |
| Associate | William Wallenstein | 400 | 16.00 | 6,400.00 |
| Associate | Thomas M. Winegar | 325 | 58.00 | 18,850.00 |
| Senior Paralegal | Michael H. Matlock | 270 | 30.70 | 8,289.00 |
| Senior Paralegal | Shawn K. McGee | 270 | 32.90 | 8,883.00 |
| Paralegal | Lamia K. Azize | 270 | 19.20 | 5,184.00 |
| Paralegal | Wenette Bradford | 255 | 82.10 | 20,935.50 |
| Paralegal | Micah B. Horan | 270 | 37.80 | 10,206.00 |
| Paralegal | Cleopatra S. Murray | 230 | 139.50 | 32,085.00 |
| Paralegal | Jeffrey K. Phillips | 230 | 2.10 | 483.00 |
| Paralegal | Aubrey L. Rettig | 255 | 315.80 | 80,529.00 |
| Paralegal | Shannon R. Roberts | 220 | 3.50 | 770.00 |
| Paralegal | Lisa A. Ross | 260 | 12.70 | 3,302.00 |
| Paralegal | Mark R. Scholl | 270 | 183.00 | 49,410.00 |
| Paralegal | Christopher R. Ward | 255 | 239.40 | 61,047.00 |
| Project Assistant | Herman R. Barrios | 160 | 1.50 | 240.00 |
| Project Assistant | Catherine L. Chu | 160 | 6.40 | 1,024.00 |
| Project Assistant | Emily A. Flores | 160 | 372.50 | 59,600.00 |
| Project Assistant | Daniel O. Garcia | 160 | 28.20 | 4,512.00 |
| Project Assistant | Jonathan Hollis | 160 | 10.50 | 1,680.00 |
| Project Assistant | Yong Joon Lee | 160 | 1.50 | 240.00 |
| Project Assistant | Lauren R. Prather | 170 | 10.30 | 1,751.00 |

<u>Exhibit C</u>
Summary of Project Matters

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Project Assistant | Panagiota Ramos | 170 | 216.80 | 36,856.00 |
| Project Assistant | Alexander M. Righi | 160 | 468.60 | 74,976.00 |
| Project Assistant | Jonathan W. Striegel | 170 | 32.30 | 5,491.00 |
| Project Assistant | Adrienne P. Thacher | 160 | 7.10 | 1,136.00 |
| Project Assistant | Kenneth Waldmann | 170 | 14.30 | 2,431.00 |
| Project Assistant | Lauren E. Wang | 160 | 84.80 | 13,568.00 |
| Technology Ass't | Jennifer Anderson | 275 | 3.00 | 825.00 |
| Technology Ass't | Daniel Biemer | 275 | 68.40 | 18,810.00 |
| Technology Ass't | Tunde Holloway-Wusu | 275 | 38.00 | 10,450.00 |
| Technology Ass't | Kelly A. Laughran | 275 | 12.60 | 3,465.00 |
| Technology Ass't | Lori I. Manheimer | 275 | 398.00 | 109,450.00 |
| Technology Ass't | Zulaikha Master | 275 | 217.30 | 59,757.50 |
| Technology Ass't | James B. Salla | 275 | 4.00 | 1,100.00 |
| **TOTAL** | | | 5,504.00 | 1,766,081.50 |
| **Less 10% Reduction** | | | | (176,608.15) |
| **Total Fees at Reduced Rate** | | | | 1,589,473.35 |

MATTER NUMBER 10152   BILLING AND FEE APPLICATIONS

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | Robert L. Byman | 800 | 6.60 | 5,280.00 |
| Partner | David C. Layden | 575 | 0.10 | 57.50 |
| Partner | Vincent E. Lazar | 700 | 0.60 | 420.00 |
| Partner | Heather D. McArn | 550 | 2.80 | 1,540.00 |
| Partner | Daniel R. Murray | 800 | 79.40 | 63,520.00 |
| Partner | Patrick J. Trostle | 725 | 6.70 | 4,857.50 |
| Associate | Jessica A. Burke | 325 | 8.90 | 2,892.50 |
| Associate | Matthew R. Kopp | 325 | 0.40 | 130.00 |
| Associate | Sarah R. McNally | 325 | 0.20 | 65.00 |
| Associate | Andrew J. Olejnik | 475 | 262.50 | 124,687.50 |
| Associate | William E. Parker | 370 | 1.00 | 370.00 |
| Associate | Michele L. Slachetka | 325 | 0.40 | 130.00 |
| Senior Paralegal | Michael H. Matlock | 270 | 151.50 | 40,905.00 |
| Senior Paralegal | Mariann Murphy | 270 | 11.00 | 2,970.00 |
| Paralegal | Wenette Bradford | 255 | 4.50 | 1,147.50 |
| Paralegal | Daniel R. Gross | 255 | 11.00 | 2,805.00 |
| Paralegal | Micah B. Horan | 270 | 98.20 | 26,514.00 |
| Paralegal | Eileen J. Robertson | 230 | 14.70 | 3,381.00 |
| Paralegal | Christopher R. Ward | 255 | 2.50 | 637.50 |
| Project Assistant | Emily A. Flores | 160 | 0.40 | 64.00 |
| Project Assistant | Casey J. Gioielli | 170 | 18.30 | 3,111.00 |

Exhibit C
Summary of Project Matters

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| **TOTAL** | | | 681.70 | 285,485.00 |
| **Less 10% Reduction** | | | | (28,548.50) |
| **Total Fees at Reduced Rate** | | | | 256,936.50 |

MATTER NUMBER 10160  CONSULTATION WITH FINANCIAL ADVISORS

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | Robert L. Byman | 800 | 49.80 | 39,840.00 |
| Partner | Marc B. Hankin | 725 | 2.40 | 1,740.00 |
| Partner | David C. Layden | 575 | 0.40 | 230.00 |
| Partner | Ronald L. Marmer | 900 | 1.00 | 900.00 |
| Partner | Heather D. McArn | 550 | 3.40 | 1,870.00 |
| Partner | Daniel R. Murray | 800 | 27.30 | 21,840.00 |
| Partner | Suzanne J. Prysak | 575 | 0.40 | 230.00 |
| Partner | Patrick J. Trostle | 725 | 2.00 | 1,450.00 |
| Associate | Matthew R. Devine | 475 | 14.80 | 7,030.00 |
| Associate | Melissa C. Fogerty | 435 | 6.00 | 2,610.00 |
| Associate | Andrew J. Olejnik | 475 | 3.70 | 1,757.50 |
| Senior Paralegal | Shawn K. McGee | 270 | 2.20 | 594.00 |
| Paralegal | Mark R. Scholl | 270 | 0.40 | 108.00 |
| Paralegal | Christopher R. Ward | 255 | 11.20 | 2,856.00 |
| **TOTAL** | | | 125.00 | 83,055.50 |
| **Less 10% Reduction** | | | | (8,305.55) |
| **Total Fees at Reduced Rate** | | | | 74,749.95 |

MATTER NUMBER 10187  WITNESS INTERVIEWS

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | Stephen Ascher | 750 | 1.40 | 1,050.00 |
| Partner | Matt D. Basil | 575 | 11.80 | 6,785.00 |
| Partner | Robert L. Byman | 800 | 238.70 | 190,960.00 |
| Partner | Marc B. Hankin | 725 | 3.80 | 2,755.00 |
| Partner | David C. Layden | 575 | 0.60 | 345.00 |
| Partner | Vincent E. Lazar | 700 | 0.40 | 280.00 |
| Partner | James T. Malysiak | 625 | 3.30 | 2,062.50 |
| Partner | Ronald L. Marmer | 900 | 2.00 | 1,800.00 |
| Partner | Heather D. McArn | 550 | 0.60 | 330.00 |
| Partner | Daniel R. Murray | 800 | 9.50 | 7,600.00 |
| Partner | Patrick J. Trostle | 725 | 2.50 | 1,812.50 |
| Associate | Matthew R. Devine | 475 | 426.70 | 202,682.50 |

Exhibit C
Summary of Project Matters

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Associate | Grant R. Folland | 325 | 1.00 | 325.00 |
| Associate | Rodney L. Lewis | 400 | 3.80 | 1,520.00 |
| Associate | Elizabeth Liebschutz | 370 | 77.50 | 28,675.00 |
| Associate | Christopher Meservy | 325 | 3.50 | 1,137.50 |
| Associate | Andrew J. Olejnik | 475 | 47.30 | 22,467.50 |
| Associate | Laura A. Pelanek | 475 | 4.10 | 1,947.50 |
| Associate | John M. Power | 325 | 2.30 | 747.50 |
| Associate | William Wallenstein | 400 | 7.20 | 2,880.00 |
| Senior Paralegal | Shawn K. McGee | 270 | 28.20 | 7,614.00 |
| Paralegal | Lamia K. Azize | 270 | 3.80 | 1,026.00 |
| Paralegal | Wenette Bradford | 255 | 60.70 | 15,478.50 |
| Paralegal | Cleopatra S. Murray | 230 | 179.40 | 41,262.00 |
| Paralegal | Jeffrey K. Phillips | 230 | 1.90 | 437.00 |
| Paralegal | Mark R. Scholl | 270 | 24.50 | 6,615.00 |
| Paralegal | Christopher R. Ward | 255 | 52.00 | 13,260.00 |
| Project Assistant | Catherine L. Chu | 160 | 4.40 | 704.00 |
| Project Assistant | Emily A. Flores | 160 | 247.50 | 39,600.00 |
| Project Assistant | Nancy L. Gonzalez | 150 | 11.00 | 1,650.00 |
| Project Assistant | Yong Joon Lee | 160 | 29.30 | 4,688.00 |
| Project Assistant | Panagiota Ramos | 170 | 2.20 | 374.00 |
| Project Assistant | Adrienne P. Thacher | 160 | 1.00 | 160.00 |
| Project Assistant | Kenneth Waldmann | 170 | 19.40 | 3,298.00 |
| **TOTAL** | | | 1,513.30 | 614,329.00 |
| **Less 10% Reduction** | | | | (61,432.90) |
| **Total Fees at Reduced Rate** | | | | 552,896.10 |

MATTER NUMBER 10195  INVESTIGATION PLANNING AND COORDINATION

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | Stephen Ascher | 750 | 19.70 | 14,775.00 |
| Partner | Matt D. Basil | 575 | 52.40 | 30,130.00 |
| Partner | Robert L. Byman | 800 | 42.90 | 34,320.00 |
| Partner | Jerome L. Epstein | 700 | 0.90 | 630.00 |
| Partner | Gabriel A. Fuentes | 575 | 7.70 | 4,427.50 |
| Partner | Marc B. Hankin | 725 | 11.80 | 8,555.00 |
| Partner | David C. Layden | 575 | 13.50 | 7,762.50 |
| Partner | Vincent E. Lazar | 700 | 8.30 | 5,810.00 |
| Partner | James T. Malysiak | 625 | 15.90 | 9,937.50 |
| Partner | Ronald L. Marmer | 900 | 11.20 | 10,080.00 |
| Partner | Heather D. McArn | 550 | 32.00 | 17,600.00 |
| Partner | Daniel R. Murray | 800 | 40.30 | 32,240.00 |

Exhibit C
Summary of Project Matters

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | Thomas C. Newkirk | 800 | 2.80 | 2,380.00 |
| Partner | Catherine Steege | 725 | 3.10 | 2,247.50 |
| Partner | Patrick J. Trostle | 725 | 15.80 | 11,455.00 |
| Associate | Tiffany E. Clements | 325 | 1.00 | 325.00 |
| Associate | Matthew R. Devine | 475 | 35.70 | 16,957.50 |
| Associate | Elizabeth L. Liebschutz | 370 | 1.50 | 555.00 |
| Associate | Matthew J. Mason | 325 | 2.30 | 747.50 |
| Associate | Andrew J. Olejnik | 475 | 47.80 | 22,705.00 |
| Senior Paralegal | Shawn K. McGee | 270 | 9.50 | 2,565.00 |
| Paralegal | Wenette Bradford | 255 | 3.00 | 765.00 |
| Paralegal | Cleopatra S. Murray | 230 | 19.00 | 4,370.00 |
| Paralegal | Aubrey L. Rettig | 255 | 10.10 | 2,575.50 |
| Paralegal | Mark R. Scholl | 270 | 51.40 | 13,878.00 |
| Paralegal | Christopher R. Ward | 255 | 51.50 | 13,132.50 |
| Project Assistant | Emily A. Flores | 160 | 5.10 | 816.00 |
| Project Assistant | Adrienne P. Thacher | 160 | 1.60 | 256.00 |
| Project Assistant | Kenneth Waldmann | 170 | 121.40 | 20,638.00 |
| Project Assistant | Lauren E. Wang | 160 | 3.30 | 528.00 |
| **TOTAL** | | | 642.50 | 293,164.00 |
| **Less 10% Reduction** | | | | (29,316.40) |
| **Total Fees at Reduced Rate** | | | | 263,847.60 |

MATTER NUMBER 10217  U.K. Matters

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Of Counsel | Ronald DeKoven | 925 | 20.20 | 18,865.00 |
| **TOTAL** | | | 20.20 | 18,865.00 |
| **Less 10% Reduction** | | | | (1,868.50) |
| **Total Fees at Reduced Rate** | | | | 16,816.50 |