## **EXHIBIT D**

Schedule of Expense Categories

Exhibit D
Schedule of Expense Categories

## SUMMARY OF EXPENSES

<u>Categories of Expenses for which the Examiner and Jenner & Block Seek Reimbursement</u>

| Description | Amount |
|---|---:|
| Photocopy | $233,366.93 |
| Network Printing | $34,103.97 |
| Teleconference Services | $1,131.38 |
| UPS/FedEx Overnight Delivery | $9,339.28 |
| In-City Transportation | $14,447.48 |
| Airfare/Trainfare | $78,468.25 |
| Hotel | $167,229.85 |
| Out of Town Travel - Miscellaneous Expenses (Cab fares, Parking, Mileage, Other) | $15,426.80 |
| Business Meal Expenses | $17,313.59 |
| Lexis Research | $26,741.57 |
| Westlaw Research | $40,930.36 |
| Strategic Legal Solutions - Contract Attorney Wages | $3,381,466.48 |
| Related Expenses for Contract Attorneys | $33,910.20 |
| Court Reporter Charges | $62,885.55 |
| Other | $12,665.09 |
| **TOTAL EXPENSES** | **$4,129,426.78** |

Exhibit D
Schedule of Expense Categories

Additional Detail for Contract Attorney Wage Expense

| Date of Disbursement | Disbursement Amount | Wages for Week Ending | Number of Contract Attorneys | Number of Regular Hours | Number of Overtime Hours |
|---|---|---|---|---|---|
| 5/3/2009 | $44,807.20 | 5/3/2009 | 20 | 1030.05 | 0.00 |
| 5/10/2009 | $44,870.28 | 5/10/2009 | 20 | 1031.50 | 0.00 |
| 5/17/2009 | $85,477.58 | 5/17/2009 | 36 | 1965.00 | 0.00 |
| 5/24/2009 | $90,334.72 | 5/24/2009 | 36 | 1578.75 | 342.50 |
| 5/31/2009 | $82,782.42 | 5/31/2009 | 35 | 1511.75 | 267.00 |
| 6/7/2009 | $94,919.84 | 6/7/2009 | 35 | 1563.25 | 422.25 |
| 6/7/2009 | $1,479.00 | 5/31/2009 | 1 | 34.00 | 0.00 |
| 6/14/2009 | $125,475.01 | 6/14/2009 | 53 | 2033.00 | 461.25 |
| 6/21/2009 | $177,484.47 | 6/21/2009 | 68 | 2972.50 | 750.10 |
| 6/28/2009 | $172,556.67 | 6/28/2009 | 67 | 2926.75 | 710.33 |
| 7/5/2009 | $156,035.71 | 7/5/2009 | 71 | 2749.00 | 575.28 |
| 7/12/2009 | $2,212.46 | 7/5/2009 | 1 | 45.00 | 4.00 |
| 7/12/2009 | $201,952.47 | 7/12/2009 | 74 | 3338.00 | 889.75 |
| 7/19/2009 | $200,805.94 | 7/19/2009 | 74 | 3301.75 | 897.00 |
| 7/26/2009 | $1,576.88 | 7/19/2009 | 1 | 36.25 | 0.00 |
| 7/26/2009 | $199,363.06 | 7/26/2009 | 75 | 3325.00 | 858.50 |
| 8/2/2009 | $196,648.31 | 8/2/2009 | 73 | 3215.00 | 866.50 |
| 8/9/2009 | $1,808.63 | 8/2/2009 | 2 | 34.25 | 5.00 |
| 8/9/2009 | $197,035.03 | 8/9/2009 | 72 | 3270.75 | 859.00 |
| 8/16/2009 | $185,878.25 | 8/16/2009 | 74 | 3200.00 | 752.50 |
| 8/23/2009 | $1,289.90 | 8/23/2009 | 1 | 10.00 | 15.00 |
| 8/23/2009 | $196,468.91 | 8/23/2009 | 72 | 3246.75 | 866.50 |
| 8/30/2009 | $178,723.35 | 8/30/2009 | 72 | 3082.15 | 737.00 |
| 8/30/2009 | $2,340.00 | 8/16/2009 | 1 | 45.00 | 6.00 |
| 8/30/2009 | $5,954.44 | 8/23/2009 | 3 | 94.75 | 28.75 |
| 9/6/2009 | $188,652.71 | 9/6/2009 | 73 | 3156.75 | 805.30 |
| 9/13/2009 | $1,457.25 | 9/6/2009 | 1 | 33.50 | 0.00 |
| 9/13/2009 | $165,999.54 | 9/13/2009 | 72 | 3026.00 | 539.15 |
| 9/20/2009 | $1,827.00 | 9/20/2009 | 1 | 42.00 | 0.00 |
| 9/20/2009 | $184,241.93 | 9/20/2009 | 72 | 3122.25 | 759.65 |
| 9/27/2009 | $1,914.00 | 9/20/2009 | 1 | 44.00 | 0.00 |
| 9/27/2009 | $3,548.58 | 9/6/2009 | 2 | 74.25 | 5.00 |
| 9/27/2009 | $185,544.94 | 9/27/2009 | 71 | 3058.00 | 824.15 |