LAW OFFICES

# JENNER & BLOCK LLP

330 N. Wabash Avenue
CHICAGO, ILLINOIS 60611
(312) 222-9350

INTERCOMPANY TRANSACTIONS                    MATTER NUMBER -    10063

| | | | | |
|---|---|---|---|---|
| 9/01/09 | RLB | .20 | Reviewed team report. | 160.00 |
| 9/01/09 | MDB | 7.80 | Conferred with M. Hankin and H. McArn re Team 2 issues (.3); conferred several times with Duff & Phelps' K. Balmer re ▮▮▮▮ and other investigation issues (.3); continued to review case materials and prepare for ▮▮▮▮ interview (3.5); reviewed case materials and edited ▮▮▮▮ interview outline (3.7). | 4,485.00 |
| 9/01/09 | EXM | 8.70 | Participated in meeting with Duff & Phelps with M. Hankin to prepare for ▮▮▮▮ interview re ▮▮▮▮ (3.1); prepared for meeting with Duff & Phelps with M. Hankin to prepare for ▮▮▮▮ interview re ▮▮▮▮ (2.1); drafted ▮▮▮▮ witness interview chart (3.5). | 2,436.00 |
| 9/01/09 | SKS | 9.30 | Drafted interview outline for ▮▮▮▮ (2.3); reviewed liquidity documents forwarded by A. Kopelman (3.0); reviewed and scanned documents for A. Kopelman re ▮▮▮▮ategy in preparation for meeting with Duff & Phelps (4.0). | 4,603.50 |
| 9/01/09 | CEB | 1.40 | Revised memorandum section updating Examiner on progress of ▮▮▮▮ inquiry. | 560.00 |
| 9/01/09 | AXK | 8.30 | Reviewed key documents re ▮▮▮▮'s participation in ▮▮▮▮ and ▮▮▮▮ in preparation for interview of ▮▮▮▮ and in preparation for meeting with W. Hrycay of Duff & Phelps and M. Hankin (4.9); drafted interview outline in preparation for ▮▮▮▮ interview (1.1); coordinated further searches of ▮▮▮▮ documents with project assistants (.4); emailed questions and documents with W. Hrycay of Duff & Phelps (.3); coordinated and communicated key documents with M. Hankin and S. Sato in preparation for ▮▮▮▮ interview (.6); conferred with M. Hankin re ▮▮▮▮'s participation in ▮▮▮▮ (1.0). | 3,527.50 |

LAW OFFICES

# JENNER & BLOCK LLP
330 N. Wabash Avenue
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 9/01/09 | MZH | 8.40 | Met with E. McKenna re ███████████ (.3); reviewed ████████████ memorandum (1.9); met with A. Kopelman re review of ████████ documents (1.0); reviewed Duff & Phelps selection of ████████ documents (.5); met with G. Folland re questions for ████████ (.1); reviewed Duff & Phelps selection of ████████ documents (1.7); met with S. McKenna and M. Vitti re ████ documents and preparation for ████ interview (2.2); telephone conference with C. Green re scheduling ████████ and ██ ████ interviews (.1); drafted email to A. Olejnik re same (.1); telephone conference with C. Green re rescheduling ████████ interview (.1); drafted email to M. Vitti re ████████ pre-interview call (.1); telephone conference with E. McKenna re ████████████ pre-interview call memorandum (.1); telephone conference with S. Sato re liquidity questions for ████████████ interview (.1); drafted email to Duff & Phelps re ████████ pre-interview call (.1). | 6,090.00 |
| 9/01/09 | HDM | 1.50 | Continued review of ████████████ analysis and discussed same with contract attorney (1.3); drafted daily report. (.2). | 825.00 |
| 9/01/09 | SEB | 7.20 | Reviewed and selected ████████ documents for witness file (.4); reviewed ████████ documents for witness file (1.5); conferred with M. Basil re ████████ interview (.1); wrote short background on ████████ for M. Hankin (.2); conferred with S. Terman re ████████ issues (.2); conferred with M. Vitti of Duff & Phelps re ████████ issue (.2); emailed M. Basil re ████████ and ████ ████████████████ document (.2); communicated with O. Jafri re ████ and ████████ interview outline (.2); researched ████████████ arrangements and ████████████████████ (2.5); read cases re ████████████ (1.3); emailed M. Basil re ██████████████████████ ████████████████ (.4). | 2,340.00 |
| 9/01/09 | MLS | 3.60 | Reviewed and analyzed ████████ documents from 2007 and 2008 for ████████████ issues (3.0); drafted summary of ████████'s role of ████ witness chart (.6). | 1,170.00 |

LAW OFFICES

# JENNER & BLOCK LLP

330 N. Wabash Avenue
CHICAGO, ILLINOIS 60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 9/01/09 | TAP | 9.60 | Reviewed documents in Case Logistix re ▮▮▮▮ re asset valuation (3.9); documented issues and questions re same (1.9); reviewed claims re ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ (1.4); researched legal issues re ▮▮▮▮▮▮ related to ▮▮▮▮▮ (2.4). | 3,840.00 |
| 9/01/09 | CZC | 4.50 | Prepared documents re ▮▮▮ for review by A. Kopelman. | 720.00 |
| 9/01/09 | ALR | 1.50 | Downloaded documents and prepared them for bates labeling per S. Biller request (1.2); coordinated with Pitney Bowes re labeling and delivery (.3). | 382.50 |
| 9/02/09 | RLB | .20 | Reviewed team report. | 160.00 |
| 9/02/09 | DRM | 1.50 | Conferred with M. Hankin and A. Unikowsky re legal research on determination of ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ (.5); reviewed ▮▮▮ (.2) conferred with A. Olejnik re ▮▮▮▮▮▮ (.4); read memorandum from T. Phillibert re ▮▮▮ interview (.2); read memorandum from M. Basil re ▮▮▮ interview (.2). | 1,200.00 |
| 9/02/09 | MDB | 8.90 | Conferred with M. Hankin and H. McArn re Team 2 issues (.3); reviewed materials in preparation for ▮▮ interview (1.5); conducted interview of ▮▮▮▮ (3.1); conferred with Duff & Phelps' K. Balmer re ▮▮▮▮ interview, ▮▮▮ and other investigation issues (1.0); continued to review case materials in preparation for ▮▮▮▮ interview (1.0); began to review case materials re ▮▮▮▮ interview (2.0). | 5,117.50 |
| 9/02/09 | EXM | 3.10 | Participated in Team 2 preliminary witness interview of ▮▮▮ with Duff & Phelps and M. Hankin (.3); reviewed interview outline of ▮▮ (.5); reviewed ▮▮ documents for preparing to send to her in advance of meeting (2.3). | 868.00 |

LAW OFFICES

Page 239

# JENNER & BLOCK LLP
330 N. Wabash Avenue
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 9/02/09 | SKS | 10.70 | Reviewed documents on Stratify re liquidity for ██ ████ interview (2.0); reviewed G. Folland interview outline for ████ (2.0); drafted interview outline for ████ (4.0); drafted email re ████ to S. Ascher and P. Trostle (.7); updated liquidity memorandum to include discussion and analysis of new documents identified by A. Kopelman and G. Folland (2.0). | 5,296.50 |
|---|---|---|---|---|
| 9/02/09 | CEB | 1.40 | Revised memorandum re ████ incorporating suggestions and changes from H. McArn. | 560.00 |
| 9/02/09 | CFB | 9.40 | Updated subsidiary director interview list per M. Hankin's request (2.9); drafted interview outline for ██ interview (1.5); updated master list of subsidiary directors (1.7); drafted subsidiary director interview tracker per M. Hankin's request (3.3). | 3,760.00 |
| 9/02/09 | AXK | 10.40 | Reviewed key documents re ████'s participation in ████ and ████ issues in preparation for meeting with W. Hrycay of Duff & Phelps (3.6); conferred with W. Hrycay of Duff & Phelps and M. Hankin re ████'s participation in ████ and ████ in preparation for interview of ████ (4.6); conferred with S. Sato re ████'s involvement with ████ reports (.2); searched for documents concerning ████ and further drafted ████ outline concerning ████ (2.0). | 4,420.00 |

LAW OFFICES

Page 240

# JENNER & BLOCK LLP

330 N. Wabash Avenue
CHICAGO, ILLINOIS 60611
(312) 222-9350

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 9/02/09 | MZH | 9.70 | Telephone conference with D. Murray and A. Unikowsky re ███ and ████████ standards (.5); reviewed Duff & Phelps memorandum on ██████ ██████ (1.4); reviewed and commented on Duff & Phelps request for valuation information (.4); prepared for ██████ pre-interview call (.8); met with W. Hrycay of Duff & Phelps and A. Kopelman re review of ██████ documents (partial) (3.1); conferred with ███ ██, E. McKenna, C. Zalka of Weil Gotshal re scope of ██████'s duties and ██████ procedures (.4); drafted emails to C. Zalka re scheduling of ██████ call (.1); reviewed additional Duff & Phelps documents for ███ interview (1.7); telephone conference with M. Vitti re same (.2); reviewed chart of subsidiary director interviews (.3); met with M. Basil, K. Balmer and S. Biller re M. Stuart interview (partial) (.8). | 7,032.50 |
| 9/02/09 | HDM | 8.60 | Reviewed ███ and ████████████ materials (2.0); reviewed and revised Duff & Phelps Team 2 document request re ██████ (.6); discussed same with P. Daley, M. Hankin and M. Vitti (.5); rescheduled ████████ call (.1); discussed Duff & Phelps memorandum with C. Bell (.2); drafted daily report (.1); reviewed and drafted ██████████ document request (.3); reviewed and drafted ██████ document requests (1.3); discussed same with Duff & Phelps' T. Kabler and R. Erlich (.2); reviewed supporting documentation and edited draft Duff & Phelps memorandum on ██████ (3.3). | 4,730.00 |
| 9/02/09 | SEB | 9.30 | Conferred with G. Folland re ██████ documents (.4); met with M. Basil and K. Balmer to discuss interview strategy and ██████ documents (.5); interviewed ██████ (3.0); discussed ██████ and post-interview briefing with M. Basil and K. Balmer (1.0); conferred with K. Balmer re ██████ and related ██████ (.4); reviewed notes from ██████ interview and analyzed facts and statements (1.1); drafted flash summary of ██████ interview (.7); ran targeted searches for ██ and █ ██████ documents and wrote S. Ascher email summary on the same (1.8); searched for ██████ ██████ chart referenced by ██████ and wrote M. Basil on the same (.4). | 3,022.50 |

LAW OFFICES

# JENNER & BLOCK LLP
330 N. Wabash Avenue
CHICAGO, ILLINOIS  60611
(312) 222-9350

Page 241

| 9/02/09 | MLS | 6.50 | Reviewed and analyzed ███████ documents from 2007 and 2008 for ██████████ issues. | 2,112.50 |
|---------|-----|------|-----|----------|
| 9/02/09 | TAP | 8.40 | Reviewed documents in Case Logistix re ███████ ████████ in preparation for re ████████ interview (3.8); summarized issues and questions re same (2.8); researched legal issues re ████████████ pertaining to ██████████ (1.8). | 3,360.00 |
| 9/02/09 | CZC | 4.20 | Prepared documents re ██████ for review by A. Kopelman (3.7); prepared documents re limited ████████████ for review by H. McArn (.5). | 672.00 |
| 9/03/09 | RLB | .70 | Reviewed team report (.2); office conference with A. Valukas, et al. re ███████ issues (.5). | 560.00 |
| 9/03/09 | MDB | 6.80 | Conferred with M. Hankin and H. McArn re Team 2 issues (.4); conferred several times with S. Biller re ██████ and other Team 2 issues (.7); conferred with Duff & Phelps' K. Balmer re status of intercompany transfer and ██████ issues (.4); continued to review materials and prepare for ████ interview (1.5); continued to review materials and prepare for ████████ interview (3.0); conferred with A. Valukas, R. Byman and other J&B team leaders re ██████, ███████ issues and other report-related issues (.8). | 3,910.00 |
| 9/03/09 | EXM | 8.50 | Coordinated with Duff & Phelps in preparing documents for sending to ██████ (2.3); prepared cover letter to ████ re witness interview and planned topics (.4); prepared index summary of documents for binder (.2); finalized binder for sending to ██████ (1.5); revised interview outline from Duff & Phelps to add questions and conform with J&B interview outline protocol (4.1). | 2,380.00 |
| 9/03/09 | SKS | 8.50 | Reviewed liquidity documents for ████████ interview (1.5); drafted interview outline for ██████ (3.5); reviewed documents in G. Folland's interview outline for ██████ (3.5). | 4,207.50 |
| 9/03/09 | CFB | 6.00 | Updated interview tracker (.5); reviewed documents related to ██████ interview (3.6); finalized ██████ interview outline (1.2); corresponded with M. Basil and S. Jakobe re ████████ interview (.5); corresponded with M. Hankin re ██████ interview (.2). | 2,400.00 |

LAW OFFICES

# JENNER & BLOCK LLP
330 N. Wabash Avenue
CHICAGO, ILLINOIS  60611
(312) 222-9350

| 9/03/09 | AXK | 10.50 | Conferred with G. Folland re ███████'s involvement with ███████ and ███████████ (.3); reviewed G. Folland's ███████ liquidity outline and documents for incorporation of key issues into ███████ outline (1.9); conferred with paralegals re production of █ ███████ documents to ███████'s counsel (.3); conferred with M. Hankin re ███████████ (.2); searched for documents concerning ███████████ and further drafted ███████ outline concerning ███████████ and ███████ (7.8). | 4,462.50 |
| 9/03/09 | MZH | 8.20 | Telephone conference with G. Fuentes re ███████ ███████ (.4); telephone conferences with A. Pfeiffer re same (.2); telephone conference with M. Basil re same (.2); prepared for conference call with A. Valukas re ███████████ (.9); participated in conference call with A. Valukas, R. Byman, S. Ascher and P. Trostle re same (.6); reviewed and commented on ███████ ███████ memorandum (2.1); reviewed and commented on ███ letter re interview (.4); met with E. McKenna re ███████ demonstratives (.4); reviewed █ ███████ documents (1.7); reviewed ███████ documents (1.3). | 5,945.00 |
| 9/03/09 | HDM | 4.50 | Continued attention to ███████████ and revisions to same (1.0); discussed follow up to team leaders meeting with M. Hankin (.2); participated in call with solvency team (.5); discussed Duff & Phelps' draft memorandum on ███████ with R. Erlich (.2); continued to review supporting documentation and revise Duff & Phelps' memorandum on ███████████s (2.3); continued to revise C. Bell memorandum (.2); drafted daily report (.1). | 2,475.00 |

LAW OFFICES

# JENNER & BLOCK LLP

330 N. Wabash Avenue
CHICAGO, ILLINOIS 60611
(312) 222-9350

| Date | Initials | Hours | Description | Amount |
|------|----------|-------|-------------|--------|
| 9/03/09 | SEB | 9.30 | Reviewed ███████ emails for witness interview (.5); conferred with M. Basil re ███████ proof outline and ███████ and ███████ interviews (.1); searched for and reviewed ███████ documents re ███████ (2.5); debriefed A. Sapp re ███████ information from ███████ interview (.5); emailed S. Ascher re ███████ (.1); prepared interview documents for ███████ (.8); emailed A. Kopelman ███████ material for ███████ interview (.2); conferred with T. Winegar re ███████ documents (.1); conferred with K. Balmer re ███████ report (.2); emailed M. Basil thoughts re ███████ and intercompany transfers (.2); reviewed ███████ documents for witness interview file (3.0); revised ███████ witness interview outline (.8); prepared ███████ and ███████ interview binders (.3). | 3,022.50 |
| 9/03/09 | MLS | 3.00 | Reviewed and analyzed 2007 and 2008 ███████ documents for ███████ issues (1.9); drafted summaries of ███████ document review for M. Hankin (1.1). | 975.00 |
| 9/03/09 | TAP | 7.80 | Reviewed documents in Case Logistix re ███████ in preparation for ███████ interview (3.4); summarized questions and issues identified in documents re same (2.6); researched legal issues re administrative claims pertaining to ███████ (1.8). | 3,120.00 |
| 9/03/09 | CZC | 1.10 | Prepared documents re ███████ for review by A. Kopelman. | 176.00 |
| 9/03/09 | MRS | 2.80 | Prepared copies of document CD for ███████ interview, for review by E. McKenna and M. Hankin (.5); cross-referenced documents for ███████ interview against clawback list (.4); prepared electronic set of documents in chronological order for ███████ interview, coordinated preparation of binders of same and corresponded with A. Kopelman re all tasks (1.9). | 756.00 |

LAW OFFICES

Page 244

## JENNER & BLOCK LLP
330 N. Wabash Avenue
CHICAGO, ILLINOIS  60611
(312) 222-9350

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 9/03/09 | ALR | 1.50 | Prepared ▮▮▮▮▮ ▮▮▮▮▮ documents from Stratify for bates labeling per S. Biller request (.5); coordinated with Pitney Bowes for labeling and delivery of documents (.4); prepared ▮▮▮▮▮ documents from Stratify for bates labeling per S. Biller request (.3); coordinated with Pitney Bowes for labeling and delivery of documents (.3). | 382.50 |
| 9/04/09 | RLB | .20 | Reviewed team report. | 160.00 |
| 9/04/09 | DRM | .30 | Conferred with A. Unikowsky and M. Hankin re progress in analyzing ▮▮▮▮▮. | 240.00 |
| 9/04/09 | MDB | 2.50 | Continued to review materials and prepare for ▮▮▮▮▮ interview (1.0); continued to review materials and prepare for ▮▮▮▮▮ interview (1.5). | 1,437.50 |
| 9/04/09 | EXM | 4.00 | Revised interview outline from Duff & Phelps to add questions and conform with J&B interview outline protocol (2.7); conference call with Duff & Phelps and M. Hankin to discuss plans for upcoming valuation witnesses and reports from Duff & Phelps on progress on task list and deliverables (1.3). | 1,120.00 |
| 9/04/09 | SCH | 1.20 | Reviewed documents in Case Logistix involving ▮▮▮ re Lehman's ▮▮▮▮▮ and ▮▮▮▮▮. | 522.00 |
| 9/04/09 | SKS | 11.30 | Drafted interview outline for ▮▮▮▮▮ re to add sections on ▮▮▮▮▮ and ▮▮▮ ▮▮▮▮▮ (7.3); reviewed documents in G. Folland interview outline for ▮▮▮▮▮ (1.6); reviewed and analyzed documents re ▮▮▮▮▮ (1.7); discussed priority of questions for outline with M. Hankin (.7). | 5,593.50 |
| 9/04/09 | CEB | 2.10 | Gathered exhibits cited in ▮▮▮▮▮ memorandum and proof outline for H. McArn. | 840.00 |
| 9/04/09 | CFB | .70 | Prepared guarantee materials for M. Hinds (.3); updated interview tracker for rescheduled ▮▮▮▮▮ interview (.4). | 280.00 |
| 9/04/09 | AXK | 7.60 | Drafted ▮▮▮ and ▮▮▮ outline concerning ▮▮▮▮▮, ▮▮▮▮▮ and ▮▮▮ in ▮▮▮▮▮. | 3,230.00 |

LAW OFFICES

# JENNER & BLOCK LLP
330 N. Wabash Avenue
CHICAGO, ILLINOIS  60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 9/04/09 | MZH | 9.80 | Telephone conference with D. Murray and A. Unikowsky re ███████████████ for solvency analysis (.3); prepared for call with Duff & Phelps re solvency analysis (.8); telephone conference with M. Vitti, P. Marcus, J. D'Almeida and J. Pimbley re same (1.5); telephone conference with S. Ascher re ████████ and ██████████ (.3); reviewed ██████ speech and drafted email to M. Vitti re same (.5); telephone conference with T. Phillibert re same (.1); reviewed and commented on ████████ outline (3.7); drafted email to P. Trostle re ██████████ interview (.1); drafted email to R. Byman re ████████████████ (1.3); drafted email to V. Lazar and D. Layden re subsidiary director interviews (.1); drafted email to K. Balmer re ████████ interview and attention to ██████████ (.8); telephone conference with K. Porapaiboon re ████████ interview (.3). | 7,105.00 |
| 9/04/09 | HDM | 8.00 | Reviewed legal research on avoidance actions (3.4); edited memoranda from ██████████ team (4.5); drafted daily report (.1). | 4,400.00 |
| 9/04/09 | SEB | 7.30 | Prepared ████████ interview outline (3.8); emailed M. Basil and K. Balmer re ██████████████████ (.3); reviewed ████████ documents for interview outline (2.1); conferred with A. Kopelman re ████████ and ████████ (.1); ran targeted searches for and reviewed ████████████████ documents (.3); emailed summarizing ████████████████ to A. Kopelman (.4); began drafting ██████████ interview memorandum (.3). | 2,372.50 |
| 9/04/09 | TAP | 7.30 | Reviewed documents in Case Logistix re ████ in preparation for ██████ interview (3.9); summarized issues and questions raised in documents re same (3.4). | 2,920.00 |
| 9/04/09 | LEW | .40 | Prepared documents re intercompany transactions for review by A. Kopelman. | 64.00 |
| 9/04/09 | MRS | 1.50 | Coordinated final review and of ██████████ document binders and delivery of same to ██████████'s counsel with A. Kopelman (.8); prepared index to ██████████ documents (.7). | 405.00 |

# JENNER & BLOCK LLP

330 N. Wabash Avenue
CHICAGO, ILLINOIS  60611
(312) 222-9350

| Date | Initials | Hours | Description | Amount |
|------|----------|-------|-------------|--------|
| 9/04/09 | ALR | 2.40 | Prepared documents to be included in ▮▮▮▮▮ witness interview binder per S. Biller request (1.9); conferred with W. Bradford re same (.2); prepared instructions to Pitney Bowes re processing of copies and binder (.3). | 612.00 |
| 9/05/09 | SKS | 2.50 | Drafted and revised interview outline for ▮▮▮▮▮ re ▮▮▮▮▮ and other ▮▮▮ and ▮▮▮▮▮ issues. | 1,237.50 |
| 9/05/09 | HDM | 3.80 | Edited ▮▮▮▮▮ team memoranda and drafted next steps on avoidance work plan. | 2,090.00 |
| 9/06/09 | SKS | 4.00 | Drafted and revised interview outline for ▮▮▮▮▮ re ▮▮▮▮▮ and ▮▮▮▮▮ issues. | 1,980.00 |
| 9/06/09 | AXK | 11.20 | Drafted ▮▮▮▮▮ outline concerning ▮▮▮, ▮▮▮ and ▮▮▮ in ▮▮▮ reporting (10.8); coordinated with Lehman paralegal team re Case Logistix search for key ▮▮▮▮▮ documents concerning ▮▮▮▮▮ (.2); conferred with S. Biller re ▮▮▮ and ▮▮▮ issues (.2). | 4,760.00 |
| 9/06/09 | SEB | 4.00 | Reviewed ▮▮▮ and ▮▮▮ documents re ▮▮▮ and ▮▮▮ (2.6); prepared ▮▮▮ interview outline (.4); drafted analysis of ▮▮▮ and ▮▮▮ documents for A. Kopelman (1.0). | 1,300.00 |
| 9/06/09 | ALR | .20 | Conferred with Pitney Bowes re status of ▮▮▮▮▮ binder. | 51.00 |
| 9/07/09 | MDB | 2.00 | Continued to review materials and prepare for ▮▮▮▮▮ interview (1.0); continued to review materials and prepare for ▮▮▮▮▮ interview (1.0). | 1,150.00 |
| 9/07/09 | SCH | 5.20 | Reviewed documents in Case Logistix involving ▮▮▮ re Lehman's valuation of assets and ▮▮▮. | 2,262.00 |
| 9/07/09 | AXK | 10.20 | Drafted ▮▮▮ interview outline concerning ▮▮▮, ▮▮▮, ▮▮▮ (8.8); coordinated with Lehman paralegal team re Case Logistix search for ▮▮▮ documents concerning liquidity (.8); conferred with W. Hrycay of Duff & Phelps re ▮▮▮ and ▮▮▮ issues (.6). | 4,335.00 |

LAW OFFICES

**JENNER & BLOCK LLP**

330 N. Wabash Avenue
CHICAGO, ILLINOIS  60611
(312) 222-9350

Page 247

| 9/07/09 | HDM | 5.80 | Reviewed ▮▮▮▮▮▮▮▮▮▮ materials (5.3); communicated with Duff & Phelps re same (.5). | 3,190.00 |
|---------|-----|------|------|----------|
| 9/07/09 | SEB | 3.40 | Finished drafting ▮▮▮▮ interview outline (3.0); conferred with K. Balmer re ▮▮▮▮▮▮ (.1); summarized ▮▮▮▮▮▮ documents for M. Basil, P. Trostle and S. Ascher (.2); summarized ▮▮▮▮▮ ▮▮▮▮▮▮ documents for M. Hankin and M. Basil (.1). | 1,105.00 |
| 9/08/09 | RLB | .60 | Reviewed team report (.2); reviewed ▮▮▮▮ memoranda (.4). | 480.00 |
| 9/08/09 | MDB | 11.10 | Conferred with M. Hankin and H. McArn re Team 2 issues (.5); continued to review case materials and prepare for ▮▮▮▮ interview (1.0); continued to review case materials and prepare for ▮▮▮▮ interview (1.0); began to review case materials and edit outline for ▮▮▮▮ interview (2.5); began to review case materials and edit outline for ▮▮▮▮ interview (2.5); conferred several times with K. Balmer re status of intercompany transfer and ▮▮▮▮ analyses (1.0); reviewed and edited K. Balmer ▮▮▮▮ memorandum (1.5); conferred with A. Valukas re ▮▮▮▮▮▮ (.3); drafted email to A. Valukas and R. Byman re summary of upcoming ▮▮▮▮ witness interviews (.5); reviewed additional ▮▮▮▮ documents from S. Biller (.3). | 6,382.50 |
| 9/08/09 | EXM | 3.00 | Reviewed ▮▮▮▮ interview outline from Duff & Phelps (2.1); reviewed documents in binder to show ▮▮▮ in interview (.9). | 840.00 |
| 9/08/09 | SCH | 5.20 | Reviewed documents in Case Logistix involving ▮▮ ▮▮▮▮ re Lehman's valuation of assets and ▮▮▮▮ ▮. | 2,262.00 |
| 9/08/09 | SKS | 5.50 | Drafted, revised, and formatted interview outline for ▮ ▮▮▮▮ (3.4); telephone conference with M. Hankin to discuss status of outline for ▮▮▮▮ (.6); compiled, scanned, and formatted exhibits for ▮▮▮▮ interview outline binder (1.5). | 2,722.50 |

LAW OFFICES

# JENNER & BLOCK LLP

330 N. Wabash Avenue
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 9/08/09 | AXK | 9.20 | Drafted ▇▇▇ outline concerning ▇▇▇ and ▇▇▇ (8.4); coordinated with Lehman paralegal team re Case Logistix search for key ▇▇▇ documents concerning liquidity (.1); conferred with M. Hankin re liquidity issues (.1); coordinated with Lehman paralegal team re production of additional documents for interview (.3); drafted cover letter and sent out same and additional documents to counsel for ▇▇▇ (.3). | 3,910.00 |
| 9/08/09 | MZH | 7.90 | Analyzed impact of ▇▇▇ on ▇▇▇ (1.2); reviewed draft ▇▇▇ outline and drafted comments to M. Vitti and E. McKenna (3.7); telephone conference with M. Vitti re comments on ▇▇▇ outline (.9); reviewed and commented on ▇▇▇ outline and documents (2.1). | 5,727.50 |
| 9/08/09 | HDM | 7.00 | Communicated with R. Erlich re ▇▇▇ (.2) and ▇▇▇ (.5); reviewed Duff & Phelps memorandum re same (1.5); drafted ▇▇▇ status, preliminary findings and next steps (1.3); participated in weekly call with Team 2 associates re current assignments and availability (.3); drafted daily report (.2); continued to draft avoidability analysis report on ▇▇▇ (3.0). | 3,850.00 |
| 9/08/09 | SEB | 11.50 | Reviewed ▇▇▇ documents (2.2); reviewed ▇▇▇ with ▇▇▇ and ▇▇▇ for proof outline (1.5); conferred with K. Balmer re ▇▇▇ (.2); reviewed K. Balmer memorandum on ▇▇▇ (.4); emailed M. Basil and M. Hankin re ▇▇▇ for ▇▇▇ (.2); conferred with S. Fliegler of Duff & Phelps re ▇▇▇ and ▇▇▇ and emailed him summaries of documents on same (.5); edited and commented on ▇▇▇ interview outline (.8); researched documents connecting ▇▇▇ to ▇▇▇ and emailed M. Basil on same (.8); researched additional documents for ▇▇▇ interview (.3); conferred with M. Basil re upcoming ▇▇▇ interviews (.1); drafted ▇▇▇ interview outline (4.0); reviewed documents for ▇▇▇ interview (.5). | 3,737.50 |

LAW OFFICES
## JENNER & BLOCK LLP
330 N. Wabash Avenue
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 9/08/09 | TAP | 9.50 | Reviewed documents in Case Logistix re ▮▮▮▮▮ in preparation for ▮▮▮▮ interview (4.4); documented issues and questions re same (3.8); reviewed claims re ▮▮▮▮▮ ▮ (.9); drafted summary re same (.4). | 3,800.00 |
|---|---|---|---|---|
| 9/08/09 | APT | 6.00 | Prepared documents for review by A. Kopelman in anticipation of the ▮▮▮▮ interview. | 960.00 |
| 9/08/09 | CZC | .20 | Retrieved documents re ▮▮▮▮▮ ▮▮▮▮ for review by A. Kopelman. | 32.00 |
| 9/08/09 | LEW | .50 | Attended to Stratify document request for S. Biller. | 80.00 |
| 9/08/09 | CRW | 3.30 | Pulled documents from Stratify and created binders for S. Biller in preparation of upcoming ▮▮▮ interview (2.3); pulled and stamped documents from Stratify and Case Logistix re ▮▮▮▮▮ for A. Kopelman (1.0). | 841.50 |
| 9/09/09 | RLB | 2.20 | Reviewed team report (.2); met with A. Valukas, et al re ▮▮▮▮ status (.6); reviewed memoranda re ▮▮▮ issues (1.1); correspondence re ▮▮▮ follow-up (.3). | 1,760.00 |
| 9/09/09 | MDB | 8.70 | Conferred with M. Hankin and H. McArn re Team 2 issues (.4); continued to review case materials and prepare for ▮▮▮ interview (1.1); continued to review case materials and prepare for ▮▮▮ interview (1.2); continued to review materials re ▮▮▮ interview (2.3); continued to review case materials and edit outline for ▮▮▮ interview (2.2); conferred several times with K. Balmer re intercompany transfer and ▮▮▮ issues (.7); participated in teleconference with A. Valukas, R. Byman, M. Hankin and P. Trostle re ▮▮▮ issues (.6); conferred with ▮▮▮ re interview (.1); conferred with ▮▮▮ re re-scheduling interview (.1). | 5,002.50 |
| 9/09/09 | EXM | 2.50 | Participated in preliminary witness conference call interview of ▮▮▮ with M. Hankin and Duff & Phelps (.3); participated in preliminary witness conference call interview of ▮▮▮ with M. Hankin and Duff & Phelps (.5); reviewed ▮▮▮ interview outline from Duff & Phelps (1.7). | 700.00 |

LAW OFFICES

## JENNER & BLOCK LLP

330 N. Wabash Avenue
CHICAGO, ILLINOIS  60611
(312) 222-9350

| 9/09/09 | TCN | 4.10 | Telephone conference with A. Valukas re ███████ issue (.3); telephone conference with M. Basil re same (.3); reviewed documents from M. Basil re ███████ issue re ███████ issues (3.5). | 3,485.00 |
|---------|-----|------|----|---------|
| 9/09/09 | SCH | 4.30 | Reviewed documents in Case Logistix involving ███ █████ re █████████ and ████ ██. | 1,870.50 |
| 9/09/09 | SKS | 8.00 | Reviewed and provided comment to A. Kopelman re █ ████ interview outline (1.5); performed search and retrieval of exhibits cited in ██████ interview outline (1.2); added cover emails to liquidity presentations in exhibit binder for ████████ interview (1.0); organized exhibit binder per ██████ interview questions (1.7); updated and revised ██████ interview outline to reflect new exhibits (2.6). | 3,960.00 |
| 9/09/09 | CEB | 3.40 | Reviewed ████████ documents provided by Duff & Phelps for relevance related to ████████ issues (1.2); responded to inquiries from H. McArn related to upcoming interviews of witnesses with potential information re ████████ issues (.4); worked on Debtor entity fact sheets for V. Lazar and D. Layden (1.8). | 1,360.00 |
| 9/09/09 | CFB | 2.20 | Prepared ████████ materials per M. Hinds request (.5); conferred with E. McKenna re ████████ interview (.2); reviewed preliminary ████████ materials (1.5). | 880.00 |
| 9/09/09 | AXK | 10.80 | Drafted ████████ outline concerning ████ ████ and ████████ and reporting, (8.6); conferred with M. Hankin and W. Hrycay of Duff & Phelps in preparation for ████████ interview re liquidity issues (.9); conferred with H. McArn and Duff & Phelps personnel via teleconference re ████████ and search for relevant data (.4); conferred with H. McArn re ████████ issues (.7); conferred and coordinated with W. Hrycay of Duff & Phelps re liquidity issues (.2). | 4,590.00 |

LAW OFFICES

# JENNER & BLOCK LLP

330 N. Wabash Avenue
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 9/09/09 | MZH | 8.90 | Prepared for ███ meeting (.6); attended meeting on ███ with M. Basil, P. Trostle, R. Byman, and A. Valukas (by phone) (.8); prepared for ███ telephonic interview (1.3); interviewed ███ (.4); prepared for ███ interview (.7); conducted telephonic interview (.4); conducted walk-through of ███ and ███ for ███ interview (2.9); reviewed and commented on outline (1.8). | 6,452.50 |
| 9/09/09 | HDM | 8.00 | Continued to analyze ███ materials from Duff & Phelps (2.8); reviewed and communicated with C. Bell re memorandum exhibits and Team 3 witness list (1.2); reviewed and communicated with A. Kopelman and C. Bell re interview outlines (1.5); discussed C. Bell assignments with Team 5 (.1); reviewed K. Balmer, Alvarez & Marsal meeting notes and drafted data requests re ███ transactions (.8); finalized interview memorandum with S. McNally and M. Hankin (.2); communicated with M. Hankin and Team 2 re input to ███ interview outline (.3); participated in weekly Duff & Phelps ███ call (.4); followed up with A. Kopelman re same (.5); drafted and distributed daily report (.2). | 4,400.00 |
| 9/09/09 | SEB | 7.40 | Prepared files for ███ interview (.6); drafted letter to ███ and prepared package of documents for interview (1.0); searched for documents re ███ and ███ (1.0); drafted ███ interview memorandum (3.3); reviewed documents for ███ interview (1.0); outlined ███ memorandum (.5). | 2,405.00 |
| 9/09/09 | SRM | .30 | Edited memorandum re ███ interview to incorporate comments from H. McArn. | 97.50 |
| 9/09/09 | TAP | 9.70 | Reviewed documents in Case Logistix re ███ and ███ in preparation for ███ interview (3.3); drafted summary of issues and questions re same (1.3); reviewed documents in Case Logistix re ███ in preparation for ███ interview (2.8); drafted summary of issues and questions re same (2.3). | 3,880.00 |

LAW OFFICES

### JENNER & BLOCK LLP
330 N. Wabash Avenue
CHICAGO, ILLINOIS 60611
(312) 222-9350

| Date | | Hours | Description | Amount |
|------|------|------|-------------|--------|
| 9/09/09 | LEW | 3.20 | Conducted specific relevancy searches in Case Logistix and Stratify re liquidity issues (1.7); assembled binder of ███████ background materials for review by A. Kopelman (1.5). | 512.00 |
| 9/09/09 | CRW | 2.60 | Pulled documents from Stratify and Case Logistix, then created binders for S. Biller in preparation of upcoming ███████ interview. | 663.00 |
| 9/10/09 | RLB | .10 | Reviewed team report. | 80.00 |
| 9/10/09 | MDB | 7.90 | Conferred with M. Hankin and H. McArn re Team 2 issues (.4); continued to review case materials and prepare for ███████ interview (1.5); continued to review materials re ███████ interview (1.5); continued to review case materials and edit outline for ███████ interview (1.5); continued to review materials re ███████ interview (1.0); conferred several times with K. Balmer re intercompany transfer and ███████ issues (.9); reviewed Duff & Phelps' ███████ memorandum (.7); reviewed Lehman's ███████ re ███████ (.4). | 4,542.50 |
| 9/10/09 | EXM | 4.40 | Participated in interview of ███████ at Weil Gotshal with M. Hankin and Duff & Phelps (2.7); reviewed ███████ interview outline from Duff & Phelps in preparation of █ ███████ interview (1.7). | 1,232.00 |
| 9/10/09 | SCH | 4.30 | Reviewed documents in Case Logistix involving ███████ ███████ re ███████████████ and ███████ ███. | 1,870.50 |

# JENNER & BLOCK LLP

330 N. Wabash Avenue
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 9/10/09 | SKS | 7.70 | Forwarded ▮▮▮▮ draft interview outline to W. Hrycay at Duff & Phelps for review and comment (.1); reviewed G. Folland draft of ▮▮▮▮ interview outline (1.5); telephone conference with M. Hankin re proof outline on Team 2 liquidity issues and capital adequacy (.7); reviewed Duff & Phelps draft proof outline on ▮▮▮▮ and ▮▮▮▮ (3.0); performed search and retrieval for documents cited in Duff & Phelps draft proof outlines for ▮▮▮▮ interview outline and exhibit binder (.7); reviewed and added new section to ▮▮▮▮ interview outline re clearing bank collateral demands (.5); added placeholders for exhibits re ▮▮▮▮ ▮▮▮▮ to ▮▮▮▮ interview exhibit binder (.5); conferred with S. Biller and G. Folland re SEC protective orders (.2); reviewed ▮▮▮▮ interview memorandum in preparation for revisions to Team 2 proof outline (.5). | 3,811.50 |
| --- | --- | --- | --- | --- |
| 9/10/09 | CEB | 1.00 | Worked on Debtor entity fact sheets for V. Lazar and D. Layden. | 400.00 |
| 9/10/09 | CFB | 6.70 | Updated interview list and tracker per M. Hankin's request (1.6); reviewed ▮▮▮▮ interview materials (2.5); drafted ▮▮▮▮ interview outline (2.4); conferred with M. Hankin re same (.2). | 2,680.00 |
| 9/10/09 | AXK | 6.50 | Drafted ▮▮▮▮ outline concerning ▮▮▮▮ and ▮▮▮▮ (5.9); conferred and coordinated with W. Hrycay of Duff & Phelps re liquidity issues (.6). | 2,762.50 |
| 9/10/09 | MZH | 11.80 | Telephone conference with A. Pfeiffer re valuation analysis status and draft email to R. Byman and S. Ascher re same (.4); prepared for ▮▮▮▮ interview (4.1); interviewed ▮▮▮▮ (2.9); revised outline for ▮▮▮▮ interview (3.4); telephone conference with M. Vitti re ▮▮▮▮ interview questions (.2). | 8,555.00 |

LAW OFFICES

**JENNER & BLOCK LLP**
330 N. Wabash Avenue
CHICAGO, ILLINOIS 60611
(312) 222-9350

Page 254

| 9/10/09 | HDM | 10.80 | Continued to draft memorandum and proof outline re intercompany transfer protocol and distributed same to M. Hankin (4.5); communicated re same with R. Erlich (.4); reviewed and revised Duff & Phelps supplement re same (1.0); reviewed key stratify ▬▬▬▬ documents (2.0); reviewed and drafted K. Balmer data request re ▬▬▬ and discussed same with P. Daley (.7); reviewed and drafted follow up re Duff & Phelps insider transfer document requests outstanding with Alvarez & Marsal (1.0); drafted daily report (.2). | 5,940.00 |
|---|---|---|---|---|
| 9/10/09 | SEB | 11.50 | Updated ▬▬▬▬ outlines (.1); conferred with M. Basil re various ▬▬▬▬ interview questions and witnesses (.1); drafted document request for general master repurchase agreements and related documents (.1); reviewed ▬▬▬▬ interview outline and provided S. Sato with comments on same (.4); conferred with G. Folland re ▬▬▬▬ (.2); conferred with C. Lawson and K. Balmer re ▬▬ (.1); conferred with M. Basil re ▬▬ (.1); conferred with G. Folland re ▬▬▬▬ (.3); participated in conference call with M. Basil and K. Balmer re ▬▬▬▬ and document request for same (.8); conferred with A. Kopelman re ▬▬▬▬ documents from SEC (.3); conferred with M. Basil re SEC production of documents (.1); conferred with K. Balmer re intercompany transfer ▬▬▬▬ (.2); revised ▬▬▬▬ interview outline (2.0); reviewed ▬▬▬▬ (1.9); conferred with K. Balmer and C. Lawson re ▬▬▬▬ (.3); searched for documents re ▬▬▬▬ and emailed M. Basil re same (1.5); reviewed ▬▬▬▬ documents and emailed summaries on same to M. Basil and K. Balmer (3.0). | 3,737.50 |
| 9/10/09 | TAP | 9.50 | Continued to review documents in Case Logistix re ▬▬▬▬ in preparation for ▬▬▬▬ interview (4.9); drafted summary of issues and questions re same (.8); reviewed documents in Case Logistix re ▬▬▬▬ (3.8). | 3,800.00 |
| 9/10/09 | LEW | 1.70 | Conducted specific relevancy searches in Case Logistix and Stratify re liquidity issues. | 272.00 |

LAW OFFICES

# JENNER & BLOCK LLP

330 N. Wabash Avenue
CHICAGO, ILLINOIS 60611
(312) 222-9350

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 9/10/09 | MRS | .90 | Prepared electronic and hard copy collections of additional documents re ▮▮▮ and provided to A. Kopelman and M. Hankin for review. | 243.00 |
| 9/10/09 | CRW | 1.30 | Pulled documents from Case Logistix and Stratify for S. Biller in preparation of ▮▮▮ interviews. | 331.50 |
| 9/11/09 | RLB | .20 | Reviewed team report. | 160.00 |
| 9/11/09 | MDB | 9.10 | Reviewed materials in preparation for ▮▮▮ interview (1.2); participated in call with counsel for witness ▮▮▮ (.2); conducted interview of ▮▮▮ (2.8); conferred with S. Biller and Duff & Phelps' C. Lawson re ▮▮▮ interview (.5); conferred with M. Hankin and H. McArn re Team 2 issues (.3); continued to review materials re ▮▮▮ interview (1.5); continued to review case materials and edit outline for ▮▮▮ interview (1.3); conferred several times with K. Balmer re intercompany transfer and ▮▮▮ issues (.7); conferred with A. Pfeiffer re analysis (.6). | 5,232.50 |
| 9/11/09 | WLT | 1.50 | Discussed ▮▮▮ with T. Newkirk (.3); conducted research through the SEC's EDGAR system to locate ▮▮▮ relating to ▮▮▮ (1.2). | 1,350.00 |
| 9/11/09 | EXM | 8.00 | Drafted flash summary of ▮▮▮ interview (3.7); reviewed documents for ▮▮▮ interview binder (1.7); reviewed ▮▮▮ documents from M. Slachetka and summaries of those (2.6). | 2,240.00 |
| 9/11/09 | SCH | 6.80 | Reviewed documents in Case Logistix involving ▮▮▮ re ▮▮▮ and ▮▮▮. | 2,958.00 |
| 9/11/09 | SKS | 2.00 | Reviewed Team 2 proof outlines on capital adequacy and balance sheet issues (1.0); reviewed ▮▮▮ memorandum (1.0). | 990.00 |
| 9/11/09 | AXK | 5.90 | Researched and redrafted interview questions re composition of ▮▮▮ with W. Hrycay of Duff & Phelps (2.1); participated in interview of ▮▮▮ including drafting raw notes of same (2.9); conferred with M. Hankin and W. Hrycay of Duff & Phelps re key findings of ▮▮▮ interview (.9). | 2,507.50 |

LAW OFFICES

# JENNER & BLOCK LLP
330 N. Wabash Avenue
CHICAGO, ILLINOIS 60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 9/11/09 | MZH | 9.00 | Telephone conference with M. Vitti, P. Marcus, and J. D'Almeida re strategy for solvency analysis and next steps (.7); prepared for ███████ interview (3.7); interviewed ███████ (2.9); met with W. Hrycay and A. Kopelman re key findings (.9); reviewed and revised ██ flash summary (.8). | 6,525.00 |
| 9/11/09 | HDM | 6.20 | Reviewed and revised Duff & Phelps supplement re ███████████████ (1.3); continued to draft memorandum and proof outline re ████████ overview (4.0); discussed same with C. Bell (.2); discussed ███████ issues with contract attorney and M. Hankin and reviewed ████████ re same (.6); reviewed ████████ flash summary (.1). | 3,410.00 |
| 9/11/09 | SEB | 6.70 | Conferred with M. Basil and K. Balmer re ███████ chart (.3); reviewed ████████ documents (2.0); interviewed ████████ (2.5); debriefed with M. Basil and C. Lawson (.6); drafted ████████ flash summary (1.0); conferred with M. Basil re ████ and ████████ interviews (.2); conferred with M. Basil re ████ proof outline (.1). | 2,177.50 |
| 9/11/09 | TAP | 8.30 | Reviewed documents in Case Logistix re ████████ and fixed inco ████████ in preparation for ████████ interview (4.6); summarized information in documents re same (3.4); emailed M. Hankin re same (.3). | 3,320.00 |
| 9/12/09 | RLB | .10 | Reviewed team report. | 80.00 |
| 9/12/09 | MDB | 1.00 | Worked on ████████ interview outline (.5); worked on ██ interview outline (.5). | 575.00 |
| 9/12/09 | EXM | 1.60 | Reviewed documents for ████ interview binder. | 448.00 |
| 9/12/09 | SKS | 5.10 | Revised Team 2 proof outline to include liquidity issues (3.2); reviewed proof outlines for other teams for consistency of format and content (1.5); reviewed ██ interview outline (1.3); responded to S. Biller query re updating ████ interview outline for ████ issues (.1). | 2,524.50 |

LAW OFFICES

## JENNER & BLOCK LLP

330 N. Wabash Avenue
CHICAGO, ILLINOIS  60611
(312) 222-9350

| 9/12/09 | SEB | 5.30 | Revised ▮▮▮ outline (1.7); reviewed ▮▮▮ documents for witness interview file (1.3); conferred with O. Jafri re ▮▮▮, ▮▮▮ and ▮▮▮ (.2); wrote email to O. Jafri re ▮▮▮ and ▮▮▮ (.3); worked on ▮▮▮ proof outline (1.8). | 1,722.50 |
| 9/13/09 | EXM | 2.80 | Reviewed documents for ▮▮▮ interview binder (2.4); drafted witness interview list (.4). | 784.00 |
| 9/13/09 | SCH | 4.20 | Reviewed documents in Case Logistix involving ▮▮▮ re ▮▮▮. | 1,827.00 |
| 9/13/09 | AXK | 3.70 | Conferred with M. Hankin and W. Hrycay of Duff & Phelps re key findings of ▮▮▮ interview (.3); reviewed raw notes of ▮▮▮ interview and drafted summary of same (2.9); reviewed key documents utilized in ▮▮▮ interview for further research re ▮▮▮ (.5). | 1,572.50 |
| 9/13/09 | MZH | 8.30 | Reviewed and commented on Duff & Phelps' valuation analysis of ▮▮▮ (1.4); reviewed and commented on Duff & Phelps' valuation analysis of ▮▮▮ (1.7); reviewed and revised ▮▮▮ flash summary (1.4); reviewed and commented on ▮▮▮ interview outline (1.9); drafted schedule for deliverables for witness interviews (.9); drafted email to ▮▮▮ re interview (.1); reviewed questions for ▮▮▮ re ▮▮▮ and drafted cover email to G. Folland re same (.8); drafted email to M. Slachetka re review of documents for ▮▮▮ interview (.1). | 6,017.50 |
| 9/13/09 | HDM | 3.00 | Reviewed Lehman ▮▮▮ for ▮▮▮ ▮▮▮ (.5); drafted memorandum re same (2.5). | 1,650.00 |
| 9/13/09 | SEB | 6.10 | Worked on ▮▮▮ proof outline (5.3); selected documents for ▮▮▮ interview and sent same to M. Basil (.8). | 1,982.50 |
| 9/14/09 | RLB | .30 | Reviewed personnel issues re Team 2 staffing. | 240.00 |

LAW OFFICES

## JENNER & BLOCK LLP

330 N. Wabash Avenue
CHICAGO, ILLINOIS  60611
(312) 222-9350

| 9/14/09 | MDB | 8.20 | Conferred with M. Hankin and H. McArn re Team 2 issues (.5); continued to review case materials and prepare for ███████ interview (1.1); continued to review materials re ███████ interview (2.0); continued to review case materials and edit outline for ███████ interview (2.0); office conference with A. Valukas, R. Byman and P. Trostle re upcoming interviews and ███████ issues (.2); reviewed and edited ███████ questions for █ interview (.2); conferred several times with K. Balmer re intercompany transfer and ███████ issues (.7); participated in weekly conference call with M. Hankin, H. McArn and Duff & Phelps' K. Balmer re intercompany transfer investigation (.7); participated in weekly conference call with Team 2 re current assignments and status of investigation (.2); prepared agenda for September 16 ███████ meeting with Duff & Phelps (.5); reviewed ███████ interview flash summary (.1). | 4,715.00 |
| 9/14/09 | EXM | 5.30 | Participated in interview of ███████ with M. Hankin (1.1); drafted flash summary of ███████ interview (1.2); participated in Team 2 weekly conference call (.2); reviewed documents for incorporating into binder for ███████ interview (.6); finalized binder for sending to █ for interview (2.2). | 1,484.00 |
| 9/14/09 | TCN | 3.30 | Reviewed documents from M. Basil re ███████ issues (1.7); reviewed ███████ re same (1.0); evaluated implications of ███████ (.6). | 2,805.00 |
| 9/14/09 | SCH | 7.40 | Conferred with Team 2 re assignment status and progress (.3); reviewed documents in Case Logistix involving ███████ re ███████ (7.1). | 3,219.00 |

LAW OFFICES

### JENNER & BLOCK LLP
330 N. Wabash Avenue
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 9/14/09 | SKS | 12.00 | Conferred with W. Hrycay of Duff & Phelps re ██████ ██████ and ██████ ██████ analyses (.2); reviewed flash summary of interview of ██████ (.3); reviewed and analyzed Duff & Phelps memoranda on ██████ and ██████ issues (1.4); conferred with M. Hankin re format of Team 2 liquidity, solvency and capital adequacy proof outline (.4); participated in Team 2 status update conference call (.3); conferred with M. Hankin and A. Kopelman re additional documents to add to interview exhibit binder for ██████ (.4); informed Team 3 of logistics of ██████ interview (.1); forwarded document about ██████ ██████ in response to M. Hankin request re ██████ interview outline (.3); drafted Team 2 proof outline on liquidity, solvency, and capital adequacy (4.0); researched federal and New York State case law on ██████ ██████ (4.6). | 5,940.00 |
| 9/14/09 | CEB | 2.10 | Assisted A. Kopelman with questions for upcoming witnesses related to ██████ issues (1.1); reviewed revised ██████ memorandum from H. McArn (.8); participated in Team 2 weekly update teleconference (.2). | 840.00 |
| 9/14/09 | CFB | 4.70 | Reviewed ██████ materials (2.1); prepared interview outline for ██████ (1.4); reviewed ██████ flash summary (1.2). | 1,880.00 |
| 9/14/09 | AXK | 6.10 | Reviewed prior interview summaries in order to draft and drafted interview questions re ██████ for upcoming interviewees (5.8); conferred with C. Bell and C. Meservy re the same (.2); conferred with Team 2 re outstanding examination issues including ██████ (.1). | 2,592.50 |

# JENNER & BLOCK LLP
330 N. Wabash Avenue
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 9/14/09 | MZH | 8.20 | Telephone conference with S. Sato re adequate capitalization analysis (.7); telephone conference with K. Balmer, H. McArn, and M. Basil re intercompany transfer analysis (.7); met with M. Basil, H. McArn, and R. Byman re meeting with ███ and ███ (.2); telephone conference with H. McArn, M. Basil and Team 2 associates re current assignments (.2); analyzed ███ methodology and drafted email to Teams 3 and 4 re same (.7); drafted email to S. Sato re ███ outline (.1); prepared for ███ interview (1.4); interviewed ███ (1.1); met with E. McKenna re same (.2); reviewed ███ interview outline and materials (1.8); telephone conference with S. Sato re same (.2); telephone conference with ███ re interview scheduling (.2); drafted email to ███ re ███ interview (.1); drafted emails re review of ███ emails and documents (.2); reviewed and distributed subsidiary director questions for ███ interview (.4). | 5,945.00 |
| 9/14/09 | HDM | 7.80 | Participated in weekly call with Team 2 associates re assignments and staffing (.2); participated in weekly call with Duff & Phelps' K. Balmer re intercompany transfers (.7); followed up with emails to team re same (.2); continued to review Duff & Phelps analysis re ███ and ███ (1.0); drafted Team 2 daily report (.1); continued to draft and revise ███ memorandum (2.0); communicated with R. Erlich and C. Bell re same (.3); discussed ███ issue with E. McKenna and R. Erlich (.2) and reviewed key documents re same (.3); worked with A. Kopelman and R. Erlich on ███ input to Team 3 interviews of ███, ███ and ███ (2.6); discussed same with R. Marmer (.1); reviewed ███ flash summary (.1). | 4,290.00 |
| 9/14/09 | SEB | 9.20 | Prepared documents and binders for ███ and ███ interviews (.4); worked on ███ proof outline (6.6); drafted ███ questions for ███ interview and collected documents for same (1.3); conferred with M. Basil re ███ documents (.1); participated in Team 2 conference call re status of investigation (.2); conferred with M. Basil re issues to discuss at ███ September 16 meeting with Duff & Phelps (.1); reviewed ███ ███ documents (.5). | 2,990.00 |

LAW OFFICES

### JENNER & BLOCK LLP
330 N. Wabash Avenue
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 9/14/09 | MLS | 6.50 | Reviewed, analyzed, and transcribed 11 pages of Weil Gotshal handwritten notes from October 5, 2008, interview with ███████ for M. Hankin in preparation for ███████ telephone interview on September 22 (1.6); reviewed, analyzed, and transcribed 14 pages of Weil Gotshal handwritten notes from October 5, 2008, interview with ███████ for M. Hankin in preparation for ███████ telephone interview on September 22 (1.7); reviewed, analyzed and transcribed 36 pages of Weil Gotshal handwritten notes from October 24, 2008, interview with ███████ for M. Hankin in preparation for ███████ telephone interview on September 22 (3.0); conference with Team 2 re scheduled interviews and valuation and liquidity issues (.2). | 2,112.50 |
| 9/14/09 | TAP | 8.10 | Reviewed emails and documents in Stratify re CDO pricing and auction rate securities (4.2); drafted summary of issues and questions re same (3.9). | 3,240.00 |
| 9/14/09 | LEW | .20 | Prepared CDs re ███████ interview. | 32.00 |
| 9/14/09 | CRW | 1.20 | Pulled and bates stamped ███████ and ███████ documents from Stratify for S. Biller. | 306.00 |
| 9/15/09 | RLB | 1.70 | Reviewed team report (.2); reviewed ███████ materials (1.2); reviewed ███████ flash summary (.3). | 1,360.00 |
| 9/15/09 | DRM | .40 | Read memorandum from M. Basil re ███████ flash summary (.1); read memorandum from M. Hankin re ███ summary (.1); read memorandum from M. Hankin re ███████ summary of interview (.1); read memorandum from M. Hankin re initial report on ███████ interview (.1). | 320.00 |

LAW OFFICES

## JENNER & BLOCK LLP
330 N. Wabash Avenue
CHICAGO, ILLINOIS 60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 9/15/09 | MDB | 10.80 | Reviewed case materials in preparation for ████ interview (1.0); conducted interview of ████ (1.7); conferred with S. Biller and Duff & Phelps' C. Lawson re ████ interview (.8); conferred with M. Hankin and H. McArn re Team 2 issues (.7); worked on agenda for ████ meeting with Duff & Phelps (.5); conferred with S. Biller several times re ████ investigation and outline of proof (.8); began to review and edit updated ████ proof outline (2.3); continued to review case materials and prepare for ████ interview (1.3); continued to review case materials and edit outline for ████ interview (1.2); conferred several times with K. Balmer re intercompany transfer and ████ issues (.5). | 6,210.00 |
| 9/15/09 | WLT | 1.50 | Researched SEC's EDGAR system for ████ for ████ (1.0); reviewed and commented on e-mail from T. Newkirk to A. Valukas re ████ (.5). | 1,350.00 |
| 9/15/09 | EXM | 5.80 | Reviewed documents for use in ████ interview (1.5); finalized ████ interview binder in advance of interview (.5); drafted full summary of ████ interview (.7); drafted full summary of ████ interview (.5); reviewed documents for use in ████ interview (.8); reviewed drafts of Duff & Phelps reasonableness analysis (1.8). | 1,624.00 |
| 9/15/09 | TCN | 4.90 | Reviewed SEC cases re ████ in connection with ████ issues (1.6); telephone conference with W. Tolbert re ████ issues (.2); drafted email memorandum to A. Valukas, et al. re ████ re ████ (1.2); emailed same to W. Tolbert (.1); reviewed email and citations from W. Tolbert re ████ re ████ relevant to ████ issues (1.2): reviewed email from W. Tolbert (.1); revised and finalized memorandum to A. Valukas, et al. re ████ issue (.3); emailed W. Tolbert re same (.2). | 4,165.00 |

LAW OFFICES

# JENNER & BLOCK LLP

330 N. Wabash Avenue
CHICAGO, ILLINOIS  60611
(312) 222-9350

| 9/15/09 | SKS | 15.20 | Drafted Team 2 proof outline on liquidity, solvency, and capital adequacy issues (10.3); researched federal and New York State case law on ████████████ ████████████████████ (2.2); reviewed and revised Duff & Phelps ████████ and ████████ memoranda (1.0); conferred with M. Hankin and W. Hrycay of Duff & Phelps re adding new documents to ████████ interview exhibit binder (.5); conferred with M. Hankin re ████████ and ████████ (.5); drafted cover letter to J. Stern of Boies Schiller re ████████ interview exhibit binder (.4); finalized and sent ████████ interview exhibit binder to J. Stern of Boies Schiller (.3). | 7,524.00 |
| --- | --- | --- | --- | --- |
| 9/15/09 | CEB | 2.30 | Worked with A. Kopelman on drafting questions for upcoming witness interviews related to ████████████ (.9); reviewed emails of custodian ████████ on Stratify for relevance to ████████ issues (1.4). | 920.00 |
| 9/15/09 | CFB | .40 | Conferred with M. Basil re ████████ interview. | 160.00 |
| 9/15/09 | AXK | 8.00 | Reviewed ████████ materials including work product and key documents and prior interview summaries in order to draft and drafted interview questions re ████████ for upcoming interviewees (7.8); conferred with C. Bell re the same (.2). | 3,400.00 |
| 9/15/09 | MZH | 7.10 | Reviewed and commented on agenda for ████████ meeting (.2); drafted ████████ proof outline ████████ (2.9); reviewed documents for inclusion in interview binder (1.6); emails with S. Sato re same (.2); revised transcription of █ ████████ and prepared outline of questions in light of same (2.2). | 5,147.50 |

LAW OFFICES

# JENNER & BLOCK LLP

330 N. Wabash Avenue
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 9/15/09 | HDM | 9.30 | Reviewed key documents and worked with Duff & Phelps' R. Erlich on ███████ analysis (3.6); discussed same with Team 3 and S. Ascher (.3); continued to work with A. Kopelman on drafting input for ████, ████████, ████████, ████████ and ████ interview outlines (.4); located and reviewed key ███████ documents re same (1.3); drafted Team 2 daily report (.2); circulated draft memorandum re ████████ to S. Ascher and M. Hankin and revised as per same (1.0); continued to review state law issues ████████ (2.5). | 5,115.00 |
| 9/15/09 | SEB | 13.90 | Provided S. McNally with ████ questions for Team 4 interview of ████████ (.7); worked on ██ ████ proof outline (5.9); interviewed ████ (1.5); analyzed ████ interview with M. Basil and C. Lawson (.5); analyzed ████ interview and other issues with M. Basil and M. Hankin (.5); revised ████ transaction charts for document request (.4); conferred with M. Basil re ████ witness interview (.2); revised ████ witness interview file (.5); conferred with M. Basil re ████ proof outline (.1); conferred with M. Basil re ████ interview (.2); reviewed documents for ████ interview (3.3); conferred with G. Folland re ████ interview questions (.1). | 4,517.50 |
| 9/15/09 | MLS | 1.60 | Reviewed transcription of Weil Gotshal handwritten notes from October 5, 2008, interview with ████████ for accuracy (.3); reviewed transcription of Weil Gotshal handwritten notes from December 11, 2008, interview with ████ for accuracy (.5); reviewed transcription of Weil Gotshal handwritten notes from October 24, 2008, interview with ████ for accuracy (.8). | 520.00 |
| 9/15/09 | TAP | 8.90 | Reviewed documents in Stratify re ████████ in preparation for ████ interview (4.9); reviewed documents in Stratify re Lehman's ████ and ████████ transactions (1.6); drafted summary of issues and questions re same (2.4). | 3,560.00 |
| 9/15/09 | LEW | .50 | Retrieved documents re liquidity issues from Case Logistix for review by S. Sato. | 80.00 |

LAW OFFICES

# JENNER & BLOCK LLP
330 N. Wabash Avenue
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 9/15/09 | ALR | 1.50 | Assisted S. Biller with documents from Stratify (.3); downloaded and prepared documents for ▮▮▮▮▮ interview outline (.9); coordinated with Pitney Bowes for processing of same (.3). | 382.50 |
|---|---|---|---|---|
| 9/15/09 | CRW | 1.50 | Pulled and bates stamped documents from Stratify re ▮▮▮▮ for S. Biller for use in upcoming interviews. | 382.50 |
| 9/16/09 | RLB | 1.80 | Reviewed team report (.2); reviewed ▮▮▮▮ flash summary (.3); reviewed ▮▮▮▮ materials (1.3). | 1,440.00 |
| 9/16/09 | MDB | 12.50 | Reviewed case materials in preparation for ▮▮▮▮ interview (1.0); conducted interview of ▮▮▮▮ (2.3); conferred with S. Biller and Duff & Phelps' C. Lawson re ▮▮▮▮ interview (.5); conferred with M. Hankin re Team 2 issues (.5); conferred with S. Biller several times re ▮▮▮▮ investigation and outline of proof (1.2); continued to review and edit updated ▮▮▮▮ proof outline (2.0); continued to review case materials and prepare for ▮▮▮▮ interview (1.0); attended ▮▮▮▮ meeting with M. Hankin, S. Biller and Duff & Phelps team (2.2); began to review case materials and edit outline re ▮▮▮▮ interview (1.0); edited ▮▮▮▮ flash summary (.5); corresponded with Duff & Phelps team re ▮▮▮▮ analysis (.3). | 7,187.50 |
| 9/16/09 | EXM | 2.50 | Participated in conference call with Duff & Phelps to discuss memorandum on reasonableness of valuation (.8); follow-up meeting to conference call with Duff & Phelps with M. Hankin (.3); revised valuation witness list schedule (1.0); conference call with Duff & Phelps to coordinate document search for upcoming interviews (.4). | 700.00 |
| 9/16/09 | SCH | 6.70 | Reviewed documents in Case Logistix involving ▮▮▮▮ re ▮▮▮▮. | 2,914.50 |

LAW OFFICES

# JENNER & BLOCK LLP

330 N. Wabash Avenue
CHICAGO, ILLINOIS 60611
(312) 222-9350

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 9/16/09 | SKS | 10.50 | Finalized draft of proof outline on liquidity, capital adequacy and balance sheet solvency and sent to M. Hankin (2.3); forwarded draft of proof outline to Duff & Phelps for review and comment (.2); telephone conference with M. Hankin re appendices to liquidity and solvency proof outline (.3); reviewed documents forwarded by M. Basil and Duff & Phelps' K. Balmer re ██████████████ and emailed comments to M. Hankin re inclusion in ██████ interview outline (.5); reviewed and coordinated ██████████████ re interview with W. Wallenstein and M. Hankin (.5); drafted cover letter to J. Stern and arranged for disclosure and service of additional exhibits to liquidity and capital adequacy binder to J. Stern re ██████ interview on liquidity issues (.8); conferred with M. Hankin re legal standard for ██████████ (1.4); researched and drafted short email memorandum for M. Hankin re intent or belief standard for ██████ ██████ (2.5); reviewed comments from W. Hrycay of Duff & Phelps re liquidity, capital adequacy, and solvency proof outline (1.5); reviewed flash summary of Team 2 interview of ██████ (.5). | 5,197.50 |
| 9/16/09 | CEB | 2.20 | Revised and drafted proof outline on ██████ ██████ issues at Lehman for review by H. McArn. | 880.00 |
| 9/16/09 | CFB | .10 | Corresponded with M. Hankin re interview tracker. | 40.00 |
| 9/16/09 | AXK | 8.30 | Reviewed ██████ materials including work product and key documents and prior interview summaries in order to draft and drafted interview questions re ██████ for upcoming interviewees (6.4); conferred with H. McArn re the same (.3); conferred with Duff & Phelps personnel and H. McArn re outstanding ██████ issues (.3); drafted revisions to ██████ memorandum (1.3). | 3,527.50 |

# JENNER & BLOCK LLP

330 N. Wabash Avenue
CHICAGO, ILLINOIS  60611
(312) 222-9350

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 9/16/09 | MZH | 7.20 | Participated in meeting with S. Biller, M. Basil, A. Pfeiffer, A. Taddei and K. Balmer re ▮▮▮ (1.6); telephone conference with M. Vitti, P. Marcus and E. McKenna re solvency and adequate capitalization proof outlines (.6); reviewed and commented on Duff & Phelps memorandum re ▮▮▮ (1.3); reviewed and commented on Duff & Phelps memorandum re ▮▮▮ (1.9); drafted adequate capitalization proof outline (1.3); telephone conferences with S. Sato re same (.5). | 5,220.00 |
| 9/16/09 | HDM | 6.70 | Continued to discuss key ▮▮▮ documents with R. Erlich and Duff & Phelps team (2.3); continued to work on revisions to memorandum re same (1.5); participated in weekly ▮▮▮ call with Duff & Phelps (.3); followed up with A. Kopelman re same (.5); drafted Team 2 daily report (.1); communicated with C. Bell (.3) and revised ▮▮▮ proof outline (1.6); reviewed ▮▮▮ flash summary (.1). | 3,685.00 |
| 9/16/09 | SEB | 15.90 | Interviewed ▮▮▮ (2.3); conferred with M. Basil and C. Lawson re ▮▮▮ interview (.4); read ▮▮▮ re ▮▮▮ (.3); drafted flash summary for ▮▮▮ interview (2.5); met with Duff & Phelps team to discuss investigation (2.2); met with K. Balmer to discuss investigation (.7); emailed A. Taddei and S. Fliegler ▮▮▮ materials (.5); searched for ▮▮▮ document for ▮▮▮ (2.0); drafted ▮▮▮ proof outline (5.0). | 5,167.50 |
| 9/16/09 | TAP | 10.30 | Reviewed emails in Stratify re ▮▮▮ (3.2); reviewed documents in Stratify re ▮▮▮ (2.9); reviewed documents in Stratify re ▮▮▮ (3.9); conferred with W. Hrycay of Duff & Phelps re same (.3). | 4,120.00 |
| 9/17/09 | RLB | 1.00 | Reviewed team report (.1); reviewed ▮▮▮ materials (.9). | 800.00 |
| 9/17/09 | DRM | .50 | Read chart re Lehman Brothers ▮▮▮ statements (.3); studied chart re ▮▮▮ (.1); read M. Basil flash summary of ▮▮▮ interview (.1). | 400.00 |

LAW OFFICES
Page 268

**JENNER & BLOCK LLP**
330 N. Wabash Avenue
CHICAGO, ILLINOIS  60611
(312) 222-9350

| 9/17/09 | MDB | 8.90 | Reviewed case materials in preparation for ███████ interview (1.0); participated on conference call with M. Hankin and J&B Team 3 re Duff & Phelps valuation work (.7); continued to review and edit ████████ outline of proof (2.5); conducted the interview of ████████ (2.0); participated in conference call with A. Valukas, P. Trostle, S. McNally and S. Biller re ████████ ████████ (.3); office conference with P. Trostle, S. McNally and S. Biller re ████████ (.4); conferred with Duff & Phelps' K. Balmer re ████████ issues (.5); continued to review case materials and analyze ████████ issues (1.5). | 5,117.50 |
|---------|-----|------|-----|----------|
| 9/17/09 | TCN | 2.20 | Reviewed ████████ and considered the implication therein. | 1,870.00 |
| 9/17/09 | SCH | 7.40 | Reviewed documents in Case Logistix involving █ ████████ re ████████ and ████ in ████████. | 3,219.00 |
| 9/17/09 | SKS | 4.50 | Responded to query from contact attorney C. Antonelli re relevance of ████████ (.5); conferred with M. Hankin re email memorandum on legal standard for ████████ ████████ (.7); researched legal standard for ████████ (3.0); conferred with M. Hankin re email from ████████ suggesting ████████ (.3). | 2,227.50 |
| 9/17/09 | CEB | 4.40 | Revised and drafted proof outline on ████████ ████████ issues at Lehman for review by H. McArn. | 1,760.00 |
| 9/17/09 | AXK | 7.20 | Reviewed ████████ materials and prior interview summaries and drafted ████████ questions for interview of ████████ (3.3); conferred with R. Erlich of Duff & Phelps re the same (.1); drafted revisions to ████████ memorandum (.7); reviewed ████████ materials and prior interview summaries and drafted ████████ questions for interview of ████████ (2.8); conferred with H. McArn re the same (.2); coordinated review of newly obtained ████████ documents with Duff & Phelps (.1). | 3,060.00 |

# JENNER & BLOCK LLP

330 N. Wabash Avenue
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 9/17/09 | MZH | 8.30 | Reviewed ██████████████ proof outline (3.7); revised proof outline for ████████████ (3.9); telephone conference with A. Pfeiffer, Duff & Phelps, S. Prysak and S. Ascher re ████████████ (.7). | 6,017.50 |
|---|---|---|---|---|
| 9/17/09 | HDM | 7.00 | Reviewed and communicated with Duff & Phelps valuation and ████████ team re ███ and ████ (1.5); drafted ████████ pre-interview questions (1.0); continued to discuss and revise interview outlines with A. Kopelman (1.9); reviewed and discussed ████████ ████████ issues with Duff & Phelps and S. Ascher (1.0); continued to revise proof outline (1.6). | 3,850.00 |
| 9/17/09 | SEB | 11.10 | Drafted and edited ████████ proof outline (6.0); interviewed ████████ (2.0); conferred with M. Basil and C. Lawson re leverage ratio issues raised in ████ interview (.3); met with M. Basil and M. Hankin to discuss ██████ interview (.4); met with P. Trostle, M. Basil and S. McNally to discuss ████████ views (.4); participated in conference call with A. Valukas, P. Trostle, M. Basil and S. McNally re ████████ and ████████ (.3); drafted ████████ flash summary (1.3); conferred with M. Basil re status of ████████ investigation (.4). | 3,607.50 |
| 9/17/09 | TAP | 10.50 | Reviewed emails in Stratify re ██████████ in preparation for ████████ interview (3.8); reviewed documents in Stratify re ████ and ████████ in preparation for ████████ interview (3.9); reviewed documents in Stratify re ████████ (2.8). | 4,200.00 |
| 9/17/09 | APT | 1.00 | Prepared ████████████████ binder for review by A. Kopelman. | 160.00 |
| 9/18/09 | RLB | .90 | Reviewed proof outline. | 720.00 |

LAW OFFICES

### JENNER & BLOCK LLP
330 N. Wabash Avenue
CHICAGO, ILLINOIS  60611
(312) 222-9350

| 9/18/09 | MDB | 5.90 | Continued to prepare for ███████ interview (1.0); continued to review ██████ materials, including updated outline of proof (1.2); participated in conference call with Duff & Phelps' A. Pfeiffer, A. Taddei and K. Balmer re ██████ investigation (1.1); edited ██ flash summary (.3); conferred several times with S. Biller re ██████ issues (1.0); reviewed Duff & Phelps solvency proof outline (1.0); conferred with M. Hankin re ██████ issues (.3). | 3,392.50 |
|---|---|---|---|---|
| 9/18/09 | EXM | 9.60 | Drafted ██████ interview outline (4.3); finalized documents for sending re ██████ interview (1.3); reviewed ██████ interview outline from Duff & Phelps (.7); reviewed documents on ██████ to give valuation questions to Team 3 for ██████ interview (2.3); participated in ██████ preliminary interview with Duff & Phelps and M. Hankin (.6); participated in ██ preliminary interview with Duff & Phelps and M. Hankin (.4). | 2,688.00 |
| 9/18/09 | TCN | 1.90 | Reviewed documents and outline re ██████ issues (1.7); emailed J&B team re same and re scheduling (.2). | 1,615.00 |
| 9/18/09 | SCH | 7.20 | Reviewed documents in Case Logistix involving ██████ re ██████████████ in ████████████. | 3,132.00 |
| 9/18/09 | SKS | 3.50 | Performed legal research re ████████████████ (2.5); reviewed and responded to queries from contract attorneys re ██ ██████ document review (1.0) | 1,732.50 |
| 9/18/09 | CFB | 4.20 | Conferred with M. Hankin re ██████ and ██████ interviews (.1); drafted ██████ interview outline (1.2); drafted ██████ interview outline (1.1); corresponded with working team re ██████ and ██████ interviews (1.8). | 1,680.00 |
| 9/18/09 | AXK | 5.50 | Reviewed ██████ materials and prior interview summaries and drafted ██████ questions for interviews of ██████ (2.2) and ██████ (2.7); attended pre-interview phone call of ██████ with M. Hankin, H. McArn, and E. McKenna (.6). | 2,337.50 |

LAW OFFICES

## JENNER & BLOCK LLP
330 N. Wabash Avenue
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 9/18/09 | MZH | 9.30 | Telephone conference with P. Trostle re A. Valukas questions re ███████ (.2); analyzed ███████ and ███████ standards re ███████ (1.8); telephone conference with A. Pfeiffer re same (.6); telephone conference with M. Basil re same (.3); reviewed and commented on Duff & Phelps proof outline re intercompany transfers (2.6); reviewed E. McKenna summary of ███████ valuation issues and drafted response (.7); prepared for ███████ interview call (1.2); interviewed ███████ by phone (.5); prepared for ███████ interview (.9); interviewed ███████ by phone (.5). | 6,742.50 |
|---|---|---|---|---|
| 9/18/09 | HDM | 4.50 | Reviewed interview outline for ███████ (.2); attended pre-interview with ███████ re role in valuation and ███████ control (.5); followed up with A. Kopelman re same (.3); reviewed and circulated partial production on ███████ and ███████ materials (1.7); followed up on ███████ issues with Team 2 and Team 3 (1.6); reviewed flash summary (.1); drafted Team 2 daily report (.1). | 2,475.00 |
| 9/18/09 | SEB | 3.20 | Revised ███████ flash summary (.2); conferred with M. Basil re ███████ questions (.1); revised S███████ questions (.4); reviewed ███████ documents for interview (2.3); conferred with A. Gardener re ███████ interview (.2). | 1,040.00 |
| 9/18/09 | TAP | 10.30 | Reviewed documents in Stratify re Lehman's ███████ presentations (4.3); edited outline for ███████ interview (.6); reviewed documents in Stratify re ███████ (2.3); reviewed documents in Stratify re ███████ pricing (3.1). | 4,120.00 |
| 9/19/09 | TCN | 1.20 | Reviewed email from M. Basil and attached documents re ███████. | 1,020.00 |
| 9/19/09 | MZH | 4.70 | Reviewed materials for ███████ interview (2.1); revised outlines for ███████ interview (2.6). | 3,407.50 |
| 9/20/09 | RLB | 1.00 | Reviewed Team 2 ███████ outline. | 800.00 |
| 9/20/09 | EXM | 3.30 | Reviewed ███████ documents (1.3); drafted outline of valuation questions re ███████ for interview with Team 3 (2.0). | 924.00 |

LAW OFFICES

**JENNER & BLOCK LLP**
330 N. Wabash Avenue
CHICAGO, ILLINOIS  60611
(312) 222-9350

Page 272

| Date | Initials | Hours | Description | Amount |
|------|----------|-------|-------------|--------|
| 9/20/09 | SCH | 2.80 | Reviewed documents in Case Logistix involving ███ re ███ and ███ in ███. | 1,218.00 |
| 9/20/09 | MZH | 4.00 | Reviewed materials for ███ interview (1.9); reviewed outline for ███ interview (2.1). | 2,900.00 |
| 9/20/09 | HDM | 1.70 | Reviewed Team 2 ███, intercompany and solvency proof outlines (1.5); reviewed ███ valuation questions (.2). | 935.00 |
| 9/20/09 | SEB | 5.30 | Searched for ███ documents (.8); drafted ███ insert for ███ interview outline (1.0); edited ███ outline re ███ (.3); emailed M. Basil re ███ (.3); searched for ███ documents (.6); searched for ███ documents (.5); read LBHI form 10-Qs from 2008 for discussions on ███ and reported to M. Basil on same (1.3); emailed S. Ascher re ███ (.2); drafted questions for ███ interview (.3). | 1,722.50 |
| 9/21/09 | MDB | 7.50 | Continued to prepare for ███ interview (1.2); participated in conference call with S. Biller and Duff & Phelps' A. Pfeiffer and A. Taddei re ███ issues (1.0); participated in conference call with A. Valukas, T. Newkirk, M. Hankin and P. Trostle re ███ investigation (1.0); participated in call with T. Newkirk and P. Trostle re ███ interview (.2); reviewed materials in preparation for ███ interview (1.0); continued to review ███ materials and conferred with S. Biller re ███ issues (1.3); conducted the interview of ███ (1.5); conferred with S. Biller and Duff & Phelps' K. Balmer re ███ interview (.3). | 4,312.50 |
| 9/21/09 | EXM | 2.40 | Team 2 weekly valuation call (.3); Duff & Phelps weekly call with Team 2 (.5); reviewed supplemental documents for ███ interview (.6); drafted ███ outline (.6); drafted witness interview list (.4). | 672.00 |

# JENNER & BLOCK LLP
330 N. Wabash Avenue
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 9/21/09 | TCN | 4.90 | Reviewed documents re ▇▇▇ issues (1.6); reviewed outline for ▇▇▇ interview (.8); telephone conference with J&B team and A. Valukas re ▇▇▇ issues (1.0); follow-up call with M. Basil and M. Hankin re planning for interview with ▇▇▇ (.3); reviewed ▇▇▇ report re Lehman and considered significance (.5); emailed team re possible additional question for ▇▇▇ interview re ▇▇▇ issue (.5); emailed W. Tolbert re Lehman ▇▇▇ re ▇▇▇ (.2). | 4,165.00 |
| 9/21/09 | SCH | 6.80 | Reviewed documents in Case Logistix involving ▇▇▇ re ▇▇▇ and ▇▇▇ in ▇▇▇. | 2,958.00 |
| 9/21/09 | MMH | .20 | Participated in Team 2 coordination call. | 99.00 |
| 9/21/09 | SKS | 1.30 | Coordinated witness interview logistics with W. Hrycay of Duff & Phelps re Team 2 interview of ▇▇▇ (.4); conferred with M. Hankin re logistics of witness interview of ▇▇▇ re liquidity and capital adequacy issues (.3); participated and provided update in weekly Team 2 status call (.4); telephone conference with G. Folland re ▇▇▇ for ▇▇▇ witness interview outline (.2). | 643.50 |
| 9/21/09 | CEB | 2.70 | Reviewed emails of ▇▇▇, ▇▇▇, and ▇▇▇ on Stratify for relevance to ▇▇▇ issues (2.4); participated in Team 2 conference call discussing status of work (.3). | 1,080.00 |
| 9/21/09 | CFB | 5.10 | Drafted ▇▇▇ interview outline (1.4); updated interview list and tracker (1.8); drafted ▇▇▇ interview outline (1.5); corresponded with G. Fuentes re same (.2); participated in Team 2 status call (.2). | 2,040.00 |
| 9/21/09 | AXK | 7.70 | Reviewed ▇▇▇ materials and prior interview summaries and drafted ▇▇▇ questions for interviews of ▇▇▇ (5.4) and ▇▇▇ (2.0); attended Team 2 meeting re outstanding ▇▇▇ and valuation issues (.2); conferred with C. Bell re review of documents for upcoming interview witness ▇▇▇ (.1). | 3,272.50 |

LAW OFFICES

Page 274

**JENNER & BLOCK LLP**
330 N. Wabash Avenue
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 9/21/09 | MZH | 7.70 | Telephone conference with A. Valukas, P. Trostle and M. Basil re ███████ investigation (.8); met with M. Basil re ███████ interviews (.1); telephone conference with H. McArn and Team 2 associates re assignments (.3); telephone conference with H. McArn and Duff & Phelps re ████████████ analysis and interview (.4); telephone conference with L. Sheridan re ███████ data and drafted emails to R. Byman re same (.2); prepared for ██████ interview (1.2); met with K. Porapaiboon re same (.2); telephone conference with S. Ascher re same (.1); met with C. Green re same (.1); conducted interview of ██████ (.6); met with T. Phillibert re same (.2); prepared for ███████ interview (.5); reviewed and revised ██████ interview outline (2.6); telephone conference with M. Vitti re same (.1); reviewed and commented on ███████ questions for ██████ (.3). | 5,582.50 |
| 9/21/09 | HDM | 4.70 | Discussed status of pending ███████ interviews with C. Bell and A. Kopelman (.3); reviewed and revised ██████ interview outline (.2); participated in weekly Team 2 call re staffing and assignments (.2); reviewed and discussed █████████████ (.6); revised requests re same (.3); drafted ██████ outline (1.0); met with T. Phillibert, A. Kopelman and M. Lightner re same (1.2); reviewed M. Hankin comments re █████ (.2); participated in Team 2 call re solvency (.4); reviewed ██████ Alvarez & Marsal correspondence requests (.3). | 2,585.00 |
| 9/21/09 | SEB | 6.70 | Conferred with M. Basil re ██████ and ██████ (.4); participated in conference call with Duff & Phelps re ██████ (1.0); participated in conference call with A. Valukas, P. Trostle, M. Basil and M. Hankin re ████████ investigation (1.0); reviewed ████████ (.6); read █████ and emailed on same to M. Basil and M. Hankin (.7); interviewed ██████ (2.0); conferred with M. Basil and K. Balmer re ██████ interview (.3); conferred with S. McNally re ██████ substantive issues (.4); worked on ██████ flash summary (.3). | 2,177.50 |

LAW OFFICES

# JENNER & BLOCK LLP

330 N. Wabash Avenue
CHICAGO, ILLINOIS 60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 9/21/09 | MLS | 4.40 | Reviewed and analyzed approximately 100 documents on Stratify for liquidity and valuation issues relating to ▮▮▮▮ (3.0); conferred with S. Terman re document review in Stratify (.1); conferred with Team 2 re upcoming liquidity and valuation interviews and status update (.3); conferred with E. McKenna re revisions of ▮▮▮▮ interview outline (.2); revised pages 10-13 of ▮▮▮▮ interview outline re ▮▮▮▮ (.8). | 1,430.00 |
| 9/21/09 | TAP | 11.00 | Reviewed documents in Case Logistix re ▮▮▮▮ (4.4); attended interview of ▮▮▮▮ and took notes during interview (.6); reviewed notes and drafted flash summary of ▮▮▮▮ interview re ▮▮▮▮ (1.1); reviewed documents in Stratify re ▮▮▮▮ and ▮▮▮▮ in preparation for ▮▮▮▮ interview (4.9). | 4,400.00 |
| 9/22/09 | RLB | .20 | Reviewed team report. | 160.00 |
| 9/22/09 | DRM | 2.00 | Read memorandum from T. Clements re summary of interview with ▮▮▮▮ (.1); read memorandum from M. Basil re summary of interview with ▮▮▮▮ (.1); conferred with A. Valukas and R. DeKoven re ▮▮▮▮ (.2); discussed background of ▮▮▮▮ with R. DeKoven, including review of most recent materials gathered on ▮▮▮▮ (.8); met with A. Valukas and R. DeKoven re follow-up on ▮▮▮▮ and ▮▮▮▮ (.5); reviewed materials re ▮▮▮▮ (.2); telephone conference with R. Byman re same (.1). | 1,600.00 |

LAW OFFICES

# JENNER & BLOCK LLP
330 N. Wabash Avenue
CHICAGO, ILLINOIS  60611
(312) 222-9350

| 9/22/09 | MDB | 10.80 | Continued to review materials and prepare for ████ ████ interview (1.1); conferred with M. Hankin and H. McArn re Team 2 issues (.8); conferred several times with S. Biller re ████ issues (.5); began to review materials in preparation for interview of ████ (2.0); edited the ████ flash summary (.8); conferred several times with Duff & Phelps' K. Balmer re ████ issues (.5); reviewed case materials re ████ issues, including ████ and ████ (1.0); participated in the interview of ████ (2.2); participated in meeting with M. Hankin, H. McArn, T. Phillibert, A. Kopelman, M. Lightner and Duff & Phelps' A. Pfeiffer and K. Balmer re intercompany transfer issues (1.5); reviewed and edited ████ interview flash summary (.4). | 6,210.00 |
|---|---|---|---|---|
| 9/22/09 | JWS | 3.20 | Conference with M. Hinds re intercompany guarantee issue (.1); reviewed ████ and memorandum re same (.4); reviewed general provisions of ████ relating to ████ (.8); conference with M. Wolf re same (.2); conference with M. Hinds re memorandum (.1); drafted outline of revised memorandum (1.6). | 1,584.00 |
| 9/22/09 | WLT | 3.00 | Reviewed ████ on ████ ████ (.6); reviewed prior Forms 10-Q and 10-K periodic reports of Lehman for ████ ████ ████ ████ (2.4). | 2,700.00 |
| 9/22/09 | TCN | 2.10 | Reviewed and analyzed ████ (1.2); reviewed flash summary of ████ and considered significance of same (.5); emailed W. Tolbert re same (.2); telephone conference with A. Valukas re same and re next steps (.2). | 1,785.00 |
| 9/22/09 | SCH | 6.90 | Reviewed documents in Case Logistix involving ████ ████ re ████ and ████ ████ in ████. | 3,001.50 |

**JENNER & BLOCK LLP**

330 N. Wabash Avenue
CHICAGO, ILLINOIS 60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 9/22/09 | SKS | 4.50 | Reviewed and revised proof outline for capital adequacy and solvency (1.2); scanned exhibits to proof outlines for C. Ward re liquidity and capital adequacy outline (2.0); coordinated transmittal of exhibits for Duff & Phelps sections of liquidity and capital adequacy proof outline for C. Ward (.3); proofread and provided cite check corrections to revised liquidity and capital adequacy proof outline and provided comments to C. Ward (1.0). | 2,227.50 |
| 9/22/09 | CEB | 2.60 | Reviewed emails of ███████, ███████, and ██ on stratify for relevance to ████████ issues. | 1,040.00 |
| 9/22/09 | AXK | 8.00 | Reviewed ████████ materials and prior interview summaries and drafted ████████ questions for interview of ████ (1.9); conferred with H. McArn re the same (.2); conferred with M. Hankin, H. McArn, T. Phillibert, M. Lightner, and Duff & Phelps personnel re team assignments and Duff & Phelps findings on preferences and other issues (1.8); reviewed Duff & Phelps materials on preferences, fraudulent conveyances, and other issues in preparation for Report drafting (4.1). | 3,400.00 |
| 9/22/09 | MZH | 8.70 | Telephone conference with A. Pfeiffer re intercompany transfer analysis (.4); drafted email re meeting for same (.1); participated in meeting re same with K. Balmer, M. Basil, H. McArn, T. Phillibert, A. Kopelman and A. Pfeiffer re same (1.4); prepared for ████ interview (1.9); drafted emails to Weil Gotshal and calls with M. Vitti re scheduling ████ meeting (.2); revised ██ ████ witness outline (4.7). | 6,307.50 |
| 9/22/09 | HDM | 7.40 | Reviewed and revised ████ and ████ interview outlines with A. Kopelman (.5); reviewed and discussed employment contract and payments analysis with T. Phillibert (1.0); met with M. Lightner and M. Hankin re Team 2 projects (.5); reviewed and revised K. Balmer intercompany proof (.3); continued review of key Duff & Phelps research on cash management system (3.2); met with Duff & Phelps re intercompany report draft (1.5); reviewed ████ production documents (.3); drafted Team 2 daily report (.1). | 4,070.00 |

LAW OFFICES

# JENNER & BLOCK LLP

330 N. Wabash Avenue
CHICAGO, ILLINOIS  60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 9/22/09 | SEB | 8.40 | Drafted ███████ interview flash summary (1.6); conferred with T. Winegar re ████████ substantive issue (.1); met with D. Murray and R. DeKoven to discuss ████████ issues (.7); emailed M. Basil re ███████, ███████, and ████ (.5); researched whether ████████████ requires ████████████ (.7); drafted ████ interview outline (1.5); sent L. Pelanek and T. Chorvat email summarizing ██████ staff position paper and its effect on ███████ (.7); reviewed ██████ documents for interview outline (1.4); reviewed ██████ documents (1.2). | 2,730.00 |
| 9/22/09 | TAP | 12.30 | Reviewed documents in Stratify re ████████ (3.9); created summary of issues and questions re same (4.6); reviewed documents in Case Logistix re ████████ in preparation for ████ interview (3.8). | 4,920.00 |
| 9/22/09 | MAL | 5.90 | Met with M. Hankin and H. McArn re assignment on fraudulent transfers and preference analysis (.7); met with H. McArn re assignment on fraudulent transfer and preference analysis (.3); reviewed Duff & Phelps' proof outline dated September 17 (1.7); reviewed retention order (.2); reviewed multiple emails between M. Hankin, H. McArn, and M. Basil re meeting with Duff & Phelps scheduled for September 22 (.2); reviewed internal memorandum re status of Team 2's ████████ analysis (.7); met with M. Hankin, H. McArn, M. Basil, T. Phillibert, A. Kopelman, and two representatives from Duff & Phelps re status of investigation and analysis of objectives 1, 2, 3, 4 and 7 of Examiner Order (2.0); sent follow-up email to A. Kopelman re meeting with Duff & Phelps (.1). | 2,183.00 |
| 9/22/09 | CZC | 3.70 | Reviewed Team 2's proof outline re ████████ and pulled supporting documents referenced in same. | 592.00 |
| 9/23/09 | DRM | 2.50 | Read M. Basil report on ████████ interview (.2); conferred with R. DeKoven re his analysis of ████████ activity (.8); read S. McNally memorandum re summary report on interview of ████████████ (.2); met with A. Valukas, M. Basil, S. Biller, R. DeKoven and P. Trostle re ████████ investigation (1.1); read memoranda from S. Biller re ████████ documents (.2). | 2,000.00 |

LAW OFFICES

**JENNER & BLOCK LLP**

330 N. Wabash Avenue
CHICAGO, ILLINOIS  60611
(312) 222-9350

Page 279

| 9/23/09 | MDB | 8.30 | Continued to prepare for ███████ interview, including reviewing and editing interview outline and supporting documents (2.5); continued to work on ████████ issues and outline of proof (1.5); participated in an office conference with A. Valukas, R. Marmer and P. Trostle re ███████ issues and ████████ interviews (1.0); conferred several times with S. Biller re ██████ issues (1.0); reviewed ███████ materials in preparation for meeting with A. Valukas and R. DeKoven (.5); participated in office conference with A. Valukas, R. DeKoven, D. Murray, P. Trostle and S. Biller re ████ issues (1.3); conferred with M. Hankin re valuation and ████████ issues (.3); conferred with Duff & Phelps' A. Taddei and K. Balmer re ███████ issues (.2). | 4,772.50 |
| 9/23/09 | JWS | 3.70 | Drafted outline of revised memorandum (1.9); performed research re ████████████████████ (1.7); correspondence with M. Wolf re memorandum (.1). | 1,831.50 |
| 9/23/09 | TCN | 1.00 | Studied flash interview of ████████ (.4); drafted email to team re possible materiality of ██████ and additional steps re same (.4); emailed W. Tolbert re same (.2). | 850.00 |
| 9/23/09 | SCH | 7.60 | Reviewed documents in Case Logistix involving ████ ██████ re ████████████ and ██████ ████ in ████████. | 3,306.00 |
| 9/23/09 | SKS | 12.50 | Reviewed exhibit binder and M. Hankin draft witness interview outline for ███████ interview on liquidity and capital adequacy issues (.7); reviewed Duff & Phelps and Team 2 proof outlines re capital adequacy, solvency, and liquidity issues to prepare for Team 2 witness interview of ████████ (.8); conferred with M. Hankin re witness interview of ████ on Team 2 issues; (.4); participated in Team 2 interview of ████████ re liquidity and capital adequacy issues (6.0); drafted Team 2 flash summary of interview of ████████ and forwarded to team leaders (3.2); reviewed Team 3 flash summary of interview of ████████ and incorporated into omnibus flash summary of ████████ witness interview (.4); reviewed G. Folland draft of Team 4 liquidity narrative memorandum (1.0). | 6,187.50 |

**JENNER & BLOCK LLP**

330 N. Wabash Avenue
CHICAGO, ILLINOIS  60611
(312) 222-9350

| 9/23/09 | CEB | 3.90 | Reviewed emails of ████, ████, and █ ████ on Stratify for relevance to ████████ issues (2.0); conference with H. McArn and R. Erlich, T. Kabler, and T.C. Fleming of Duff & Phelps re ████ issues and planning for upcoming interviews related to same (.6); gathered documents cited in proof outline and emailed same to C. Ward and H. McArn (1.3). | 1,560.00 |
|---|---|---|---|---|
| 9/23/09 | AXK | 13.70 | Conferred with M. Hankin re ████ documents in preparation for interview of same (.2); conferred with K. Balmer and others from Duff & Phelps and with M. Hankin, H. McArn, T. Phillibert, and M. Lightner re intercompany and cash transfers (.9); conferred with T. Phillibert and M. Lightner re intercompany and cash transfers and scope, process and results of Duff & Phelps' analysis of intercompany and cash transfers (1.2); conferred with M. Hankin, H. McArn, T. Phillibert, and M. Lightner re intercompany and cash transfers and scope, process and results of Duff & Phelps' analysis of intercompany and cash transfers (.3); conferred with M. Lightner re Duff & Phelps' avoidance analysis and documentation (.1); reviewed Duff &Phelps' avoidance documentation in preparation for meeting with Duff & Phelps (2.9); searched ████ documents on Case Logistix and Stratify in preparation for interview of same (2.6); reviewed Duff &Phelps documentation of avoidance and transfer analysis and drafted notes re same in preparation for draft re same (5.5). | 5,822.50 |
| 9/23/09 | MZH | 11.40 | Reviewed ████ emails (.2); met with P. Trostle re ████ issues re same (.3); telephone conference with P. Trostle and D. Murray re same (.6); met with P. Trostle re ████ interview (.2); met with S. Ascher re ████ interview statements (.1); met with M. Lightner, T. Phillibert and A. Kopelman re intercompany transfers (.3); analyzed ████ statements re ████ (1.7); prepared for ████ interview (2.1); interviewed ████ (4.1); reviewed and commented on ████ flash outline (.7); met with A. Kopelman re ████ interview (.2); met with K. Balmer, H. McArn and Team 2 associates re drafting report for intercompany transfers and cash transfers (.9). | 8,265.00 |

LAW OFFICES

# JENNER & BLOCK LLP

330 N. Wabash Avenue
CHICAGO, ILLINOIS  60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 9/23/09 | HDM | 5.00 | Communicated with Team 2 associates re ▐▐▐▐▐ document review and interview deadlines (1.3); followed up with A. Kopelman re same (.3); followed up on ▐ ▐▐▐▐▐ documents and interview questions with A. Kopelman (.3); worked with C. Bell and C. Ward re proof outline references (.3); discussed intercompany assignment with M. Lightner (.2); participated in weekly ▐▐▐▐▐ call with Duff & Phelps, M. Lightner, A. Kopelman (.9); met with K. Balmer and Duff & Phelps to discuss intercompany transfers section of the Report (.9); conferred with A. Kopelman, T. Phillibert and M. Lightner re drafting preparation (.3); drafted Team 2 daily report (.2); reviewed Duff & Phelps memoranda on avoidance actions (.3). | 2,750.00 |
| 9/23/09 | SEB | 14.50 | Conferred with A. Kopelman re ▐▐▐▐▐ (.2); conferred with A. Valukas re ▐▐▐▐▐ (.1); emailed R. DeKoven re ▐▐▐▐▐ issues (.2); revised ▐▐▐▐▐ section of ▐▐▐▐▐ interview memorandum (.3); gathered documents for C. Chu re ▐▐▐▐▐ (.5); conferred with A. Kopelman and V. Slossman throughout day re managing document review for ▐ ▐▐▐▐▐ interview (.4); met with M. Basil to discuss ▐▐▐▐▐ issues for ▐▐▐▐▐ interview and ▐▐▐▐▐ (.4); met with A. Valukas, R. DeKoven, D. Murray and M. Basil to discuss ▐▐▐▐▐ issues (1.2); reviewed documents for ▐▐▐▐▐ interview (6.0); conferred with M. Basil re various ▐▐▐▐▐ substantive issues (.3); met with M. Harrison to instruct him on ▐▐▐▐▐ research assignment for ▐▐▐▐▐ (.4); conferred with K. Hupila re ▐▐▐▐▐ interview (.1); conferred with K. Balmer re ▐▐▐▐▐ from ▐▐▐▐▐ (.4); reviewed documents re total ▐▐▐▐▐ benefit (1.2); reviewed literature on ▐▐▐▐▐ (2.0); began outline ▐▐▐▐▐ interview outline for ▐▐▐▐▐ issue (.8). | 4,712.50 |

| 9/23/09 | TAP | 10.60 | Continued to review emails in Stratify re ███████ ██████ in preparation for ██████ interview (4.9); created summary of issues and questions re same (3.3); met with K. Balmer of Duff & Phelps, M. Hankin, H. McArn, M. Lightner and A. Kopelman re intercompany and cash transfers (.9); conferred with M. Lightner and A. Kopelman re intercompany and cash transfers in preparation for drafting report (1.2); conferred with M. Hankin, H. McArn, M. Lightner and A. Kopelman re intercompany and cash transfers in preparation for drafting report (.3). | 4,240.00 |
|---|---|---|---|---|
| 9/23/09 | MAL | 9.00 | Read and reviewed Team 2 proof outline (.7); met with H. McArn re Duff & Phelps meeting on September 22 (.1); read and reviewed ██████████ outline and analysis (.4); reviewed and conducted additional research on ████████████ in anticipation of meeting with Duff & Phelps on September 24 (1.8); sent email to T. Phillibert and A. Kopelman re meeting with Duff & Phelps on September 24 (.1); sent email to K. Balmer at Duff & Phelps re methodology used for conducting preference and fraudulent transfer analysis (.1); reviewed four draft memoranda from Duff & Phelps re an update on the preliminary findings re third-party and intercompany asset transfers for avoidance analysis (.9); met with H. McArn, A. Kopelman, and several representatives from Duff & Phelps re progress of ████████████████ (.9); met with T. Phillibert and A. Kopelman in preparation for meeting at Duff & Phelps on September 24 (1.2); met with M. Hankin, H. McArn, T. Phillibert, and A. Kopelman in preparation for meeting a Duff & Phelps on September 24 (.3); wrote several emails and responded thereto to K. Balmer of Duff & Phelps re meeting on September 24 (.2); reviewed Duff & Phelps outline of proof (.5); read and reviewed two ██████████████████ from ██████████ that detail the ████████████ (1.8). | 3,330.00 |
| 9/23/09 | CZC | .30 | Reviewed Team 2's proof outline re ████████ and pulled supporting documents referenced in same. | 48.00 |
| 9/23/09 | LAR | .30 | Researched specialized databases to retrieve copies of cases and documents for C. Chu. | 78.00 |

| 9/23/09 | CRW | 2.90 | Collected documents from Stratify and bates stamped for S. Biller, in preparation of ███████ interview (1.4); pulled and bates stamped documents from Stratify for S. Biller in preparation of ██████ interview (1.5). | 739.50 |
|---|---|---|---|---|
| 9/24/09 | RLB | 1.50 | Reviewed memorandum and documents re ███████ issues. | 1,200.00 |
| 9/24/09 | DRM | .80 | Read memorandum from M. Basil re summary of ███ ███ interview (.3); telephone conference with R. Byman re ████████████████████████████ with respect to ████████████ (.1); read memorandum from H. McArn to L. Sheridan concerning request for information re ████████████ (.1); read memoranda from R. Byman and J. Epstein re obtaining further information from Debtors re ████████ ██████████ (.1); memoranda from M. Hankin and C. Ward re filing of claim by ██████████ and circulated report concerning same (.2). | 640.00 |
| 9/24/09 | MHM | 1.00 | Reviewed claims register for any claims filed by ████ ██████████. | 270.00 |
| 9/24/09 | MDB | 8.80 | Continued to prepare for ███████ interview (1.0); conducted interview of ██████ (2.0); conferred numerous times in person and via email with S. Biller re ████████ issues (1.5); sent emails to counsel for █ ████ and ███████ re attempting to schedule interviews (.1); participated in a ██████ conference call with M. Hankin, S. Biller and Duff & Phelps' A. Pfeiffer, K. Balmer and A. Taddei (1.0); edited flash summary (.2); began to review materials for ████████ interview (1.5); began to review materials for ████ interview (1.5). | 5,060.00 |
| 9/24/09 | JWS | 2.00 | Conference with M. Wolf re summary (.1); reviewed materials relating to ██████████ (.6); revised outline of memorandum (1.3). | 990.00 |
| 9/24/09 | WLT | 1.50 | Reviewed ██████████ for comparison to ████████████████ (.7); reviewed exhibits of Lehman's filings and Form 8-Ks to determine ████████████████████████ (.8). | 1,350.00 |

LAW OFFICES

## JENNER & BLOCK LLP

330 N. Wabash Avenue
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 9/24/09 | EXM | .70 | Participated in interview with subsidiary director, ███ ███. | 196.00 |
| 9/24/09 | TCN | 1.80 | Studied memorandum from Duff & Phelps re ███ ███. | 1,530.00 |
| 9/24/09 | SCH | 7.20 | Reviewed documents in Case Logistix involving ███ ███ re ███ | 3,132.00 |
| 9/24/09 | SKS | 4.70 | Telephone conference with M. Hankin re research memorandum on ███ (.4); researched and reviewed federal and state case law on ███ (4.3). | 2,326.50 |
| 9/24/09 | MEH | 1.50 | Reviewed ███. | 600.00 |
| 9/24/09 | AXK | 9.30 | Conferred with T. Phillibert and M. Lightner re intercompany and cash transfers and scope, process and results of Duff & Phelps analysis of intercompany and cash transfers, in preparation for meeting with Duff & Phelps (1.1); reviewed Duff & Phelps documentation of avoidance and transfer analysis and drafted notes re same in preparation for draft re same (1.9); coordinated creation of binders in preparation for meeting with Duff & Phelps (.2); prepared for and conferred with K. Balmer and G. Hewitt of Duff & Phelps re intercompany and cash transfers and scope, process and results of Duff & Phelps' analysis of intercompany and cash transfers (4.9); conferred with M. Hankin, H. McArn, T. Phillibert, and M. Lightner re intercompany and cash transfers and scope, process and results of Duff & Phelps' analysis of intercompany and cash transfers (1.2). | 3,952.50 |

LAW OFFICES

### JENNER & BLOCK LLP
330 N. Wabash Avenue
CHICAGO, ILLINOIS 60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 9/24/09 | MZH | 7.90 | Reviewed and commented on Team 4 liquidity memorandum (1.4); participated in conference call with M. Basil, S. Biller and K. Balmer re ▓▓▓▓ (1.3); met with A. Kopelman, T. Phillibert, M. Lightner and H. McArn re intercompany and cash transfers (1.2); analyzed intercompany transfers and preference ordinary course of business defense (1.7); emails to E. McKenna and T. Phillibert re ▓▓▓ interview (.2); telephone conference with J. D'Almeida re same (.2); prepared for ▓▓▓▓ interview (.5); conducted interview and drafted flash summary (1.2); drafted email to C. Green re ▓▓▓ interview (.1); drafted email to M. Vitti re ▓▓▓ interview (.1). | 5,727.50 |
| 9/24/09 | HDM | 9.40 | Continued to review Duff & Phelps key documents re intercompany transfers (4.6); continued to draft intercompany transfer report (4.5); drafted Team 2 daily report (.1); followed up from team leaders' meeting with M. Hankin re Team 2 tasks (.2). | 5,170.00 |
| 9/24/09 | SEB | 15.00 | Emailed P. Trostle re ▓▓▓▓ on ▓▓▓ (.6); interviewed ▓▓▓ by phone (1.8); discussed ▓▓▓ interview with M. Basil (.1); conferred with A. Rettig re management of ▓▓▓ documents (.1); drafted flash summary for ▓▓▓ interview (1.5); conferred with M. Basil re agenda for meeting with Duff & Phelps (.1); participated in conference call with M. Basil, M. Hankin and Duff & Phelps (1.4); conferred with M. Basil re various substantive ▓▓▓ issues (.5); emailed S. Ascher re various substantive ▓▓▓ issues (.2); drafted ▓▓▓ outline for ▓▓▓ witness interview (7.6); replied to various emails re substantive questions re ▓▓▓ (1.1). | 4,875.00 |
| 9/24/09 | MLS | 3.90 | Reviewed and selected 14 ▓▓▓ documents re liquidity and valuation issues for ▓▓▓ interview on September 29 (1.5); drafted descriptions of documents and potential interview questions based on documents for E. McKenna and M. Hankin (2.4). | 1,267.50 |

LAW OFFICES

**JENNER & BLOCK LLP**

330 N. Wabash Avenue
CHICAGO, ILLINOIS 60611
(312) 222-9350

Page 286

| Date | Initials | Hours | Description | Amount |
|------|----------|-------|-------------|--------|
| 9/24/09 | TAP | 11.40 | Reviewed documents re Lehman cash and collateral management system (1.8); conferred with A. Kopelman and M. Lightner re intercompany and cash transfers and documents supplied by Duff & Phelps (1.1); conferred with G. Hewitt and K. Balmer of Duff & Phelps re scope, process and results of investigation into intercompany transfers (4.0); conferred with M. Hankin, H. McArn, M. Lightner and A. Kopelman re intercompany and cash transfers in preparation for drafting report (1.2); reviewed and summarized notes re meeting with Duff & Phelps on intercompany transfers (2.0); reviewed documents supplied by Duff & Phelps re Lehman's intercompany transfers (1.3). | 4,560.00 |
| 9/24/09 | MAL | 10.20 | Reviewed Duff & Phelps' outline of proof from September 17 in preparation for meeting with Duff & Phelps on September 24 (1.3); conferred with A. Kopelman and T. Phillibert re tasks 3, 4 and 7 and documents supplied by Duff & Phelps prior to scheduled meeting (1.1); met with K. Balmer and G. Hewitt re Duff & Phelps' progress and the scope, process and results of Duff & Phelps' investigation into intercompany transfers (4.0); met with M. Hankin, H. McArn, T. Phillibert, and A. Kopelman re meeting with Duff & Phelps (1.2); summarized and reviewed notes, and drafted internal memorandum re findings from meeting with Duff & Phelps on September 24 (2.5); sent email to M. Hankin, H. McArn, T. Phillibert, and A. Kopelman as a follow-up to meeting (.1). | 3,774.00 |
| 9/24/09 | CZC | .50 | Prepared documents for A. Kopelman in preparation for conference with Duff & Phelps. | 80.00 |
| 9/24/09 | LEW | .50 | Prepared meeting materials in anticipation of meeting with Duff & Phelps. | 80.00 |
| 9/25/09 | RLB | .10 | Reviewed team report. | 80.00 |
| 9/25/09 | DRM | .10 | Read memorandum from M. Hankin re summary of interview of ▮▮▮▮▮▮. | 80.00 |
| 9/25/09 | MHM | 3.30 | Reviewed claims register for claims filed by ▮▮▮▮ ▮▮▮▮▮▮. | 891.00 |

## JENNER & BLOCK LLP
330 N. Wabash Avenue
CHICAGO, ILLINOIS 60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 9/25/09 | MDB | 9.00 | Continued to prepare for ▮▮▮ interview (2.2); continued to prepare for ▮▮▮ interview (2.0); conferred numerous times with S. Biller re ▮▮▮ issues (1.1); conferred with R. Byman re ▮▮▮ issues (.2); conferred with M. Hankin and/or H. McArn re Team 2 tasks and investigations (.5); conferred several times with Duff & Phelps' K. Balmer and/or A. Taddei re ▮▮▮ issues (.5); reviewed and edited ▮▮▮ section of ▮▮▮ interview outline (2.0); reviewed notes of September 25 ▮▮▮ interview (.5). | 5,175.00 |
| 9/25/09 | WLT | 1.00 | Reviewed periodic reports of ▮▮▮ to determine ▮ ▮▮▮ | 900.00 |
| 9/25/09 | EXM | 9.40 | Reviewed second witness interview binder for ▮▮▮ (2.4); reviewed ▮▮▮ witness interview binder (1.6); drafted correspondence for enclosing ▮▮▮ interview material (.2); drafted correspondence for enclosing ▮▮▮ interview material (.1); reviewed ▮▮▮ documents flagged by M. Slachetka (3.5); drafted Team 2 valuation witness interview list (.5); drafted Team 2 valuation interview schedule (.3); participated in Duff & Phelps call re Team 2 schedule and associated deliverables (.8). | 2,632.00 |
| 9/25/09 | TCN | 1.60 | Evaluated ▮▮▮ re ▮▮▮ and ▮▮▮ (.4); emailed W. Tolbert re analyzing ▮▮▮ (1.2). | 1,360.00 |
| 9/25/09 | SCH | 6.90 | Reviewed documents in Case Logistix involving ▮▮▮ re ▮▮▮8. | 3,001.50 |
| 9/25/09 | SKS | 8.80 | Researched and reviewed federal and state case law on ▮▮▮. | 4,356.00 |
| 9/25/09 | MEH | 3.20 | Reviewed ▮▮▮ | 1,280.00 |
| 9/25/09 | CFB | 1.70 | Drafted ▮▮▮ interview outline (1.2); corresponded with M. Hankin re same (.1); corresponded with M. Devine re same (.2); corresponded with J. Zipfel re same (.2). | 680.00 |

LAW OFFICES

## JENNER & BLOCK LLP
330 N. Wabash Avenue
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 9/25/09 | AXK | 12.30 | Prepared for and conferred with K. Balmer and others of Duff & Phelps re intercompany and cash transfers and scope, process and results of Duff & Phelps' analysis of intercompany and cash transfers (4.0); conferred with T.C. Fleming of Duff & Phelps re scope, process and results of Duff & Phelps' avoidance analysis (1.4); conferred with M. Hankin, H. McArn, T. Phillibert, and M. Lightner re intercompany and cash transfers and scope, process and results of Duff & Phelps' analysis of intercompany and cash transfers (1.6); reviewed and communicated questions for witness ███████ re ██████████ (.3); reviewed Duff & Phelps' documentation of avoidance and transfer analysis and drafted notes re same in preparation for draft re same (5.0). | 5,227.50 |
|---|---|---|---|---|
| 9/25/09 | MZH | 10.00 | Met with A. Kopelman, T. Phillibert, M. Lightner and H. McArn re intercompany and cash transfer analysis (1.6); telephone conference with M. Basil re same (.2); drafted email to A. Pfeiffer re same (5.0); prepared for call with Duff & Phelps re solvency section of report (.8); telephone conference with P. Marcus, M. Vitti, J. D'Almeida and E. McKenna re same (1.6); reviewed ██████ emails and drafted email to M. Basil re same (.5); reviewed and commented on real estate valuation analysis (3.9); reviewed and commented on intercompany transfer status report (.9). | 7,250.00 |
| 9/25/09 | HDM | 9.10 | Finalized and circulated the ██████████ interview questions re ████████████████ (.2); continued to review Duff & Phelps key documents re ████████████████ (3.5); met and discussed Duff & Phelps intercompany transfer methodology with A. Kopelman, T. Phillibert and M. Lightner (1.6); discussed and attended to staffing of additional Team 2 associates (.3); continued to draft intercompany transfer report (3.5). | 5,005.00 |

LAW OFFICES

# JENNER & BLOCK LLP

330 N. Wabash Avenue
CHICAGO, ILLINOIS 60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 9/25/09 | SEB | 9.90 | Drafted ███████ interview outline memorandum for ██ ██ (5.7); revised ██████ outline (.2); participated in conference call with K. Balmer re ███████ substantive issue (.1); conferred with M. Basil re ███████ documents (.1); conferred with M. Basil re ███████ interview and tracing cash on ████████ (.1); read notes from ███████ interview (.9); drafted background primer for document reviewers on ████████ (.8); worked on ███████ and █████ ████████ interview outlines (1.0); ran targeted searches for ████████ documents (1.0). | 3,217.50 |
| 9/25/09 | MLS | 3.80 | Conferred with C. Ward to develop search for ██ ████████ documents on Stratify (.5); reviewed and analyzed in Stratify approximately 20 files and emails between January 2007 and December 2008 from ███ ████████ search for valuation issues (.8); reviewed and analyzed on Stratify approximately 100 ████████ documents between January 2007 and December 2008 designated as significant by contract attorneys for valuation issues (2.5). | 1,235.00 |
| 9/25/09 | TAP | 10.00 | Conferred with K. Balmer and other Duff & Phelps personnel re scope, process and results of investigation into intercompany and cash transfers (3.1); conferred with T. Fleming of Duff & Phelps re avoidance investigation (1.4); conferred with M. Hankin, H. McArn, M. Lightner and A. Kopelman re intercompany and cash transfers in preparation for drafting report (1.6); summarized notes from meeting with Duff & Phelps re cash transfers (2.3); reviewed documentation provided by Duff & Phelps re ████████████████ (1.6). | 4,000.00 |
| 9/25/09 | MAL | 7.20 | Reviewed and responded to several emails between A. Kopelman and M. Hankin (1.1); conferred with K. Balmer, other members of Duff & Phelps, A. Kopelman, and T. Phillibert re scope, process and results of Duff & Phelps' investigation into intercompany transfers and cash balances (3.1); conferred with T.C. Fleming, A. Kopelman, and T. Phillibert re avoidance investigation methodology (1.4); conferred with A. Kopelman, H. McArn, T. Phillibert, and A. Kopelman re tasks 1, 3, 4, and 7 in preparation of drafting report sections re same (1.6). | 2,664.00 |

LAW OFFICES

# JENNER & BLOCK LLP

330 N. Wabash Avenue
CHICAGO, ILLINOIS  60611
(312) 222-9350

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 9/25/09 | PXR | 1.30 | Organized and assembled documents for ▮▮▮▮▮ interview binder per S. Biller request. | 221.00 |
| 9/25/09 | LEW | 1.20 | Prepared interview summaries re ▮▮▮▮▮ for review by A. Kopelman. | 192.00 |
| 9/26/09 | MDB | 4.40 | Continued to review ▮▮▮▮ materials and prepare for ▮▮▮▮ interview (1.0); continued to prepare for ▮▮ interview (1.0); began to review transcripts of Lehman earnings calls re disclosure of ▮▮▮▮ activity (2.0); conferred with M. Hankin re Team 2 issues (.4). | 2,530.00 |
| 9/26/09 | SCH | 7.80 | Reviewed documents in Case Logistix involving ▮▮ re ▮▮▮▮▮▮▮. | 3,393.00 |
| 9/26/09 | MEH | .50 | Email correspondence with M. Basil re ▮▮▮▮▮▮. | 200.00 |
| 9/26/09 | AXK | 5.60 | Coordinated review and search of ▮▮▮ documents in Case Logistix with L. Manheimer and S. Herring (1.9); reviewed ▮▮▮ documentation and ▮▮▮ documentation and drafted notes in preparation for draft re same (3.7). | 2,380.00 |
| 9/26/09 | MZH | 6.60 | Reviewed solvency analysis and provided comments on same (4.9); drafted emails to A. Ringguth and S. Prysak re Archstone analysis (.3); telephone conference with M. Basil re intercompany transfer analysis (.5); drafted email to H. McArn and A. Pfeiffer re same (.1); met with W. Wallenstein re Lehman assets and risk profile of same (.5); briefly reviewed outline for ▮▮ interview (.3). | 4,785.00 |
| 9/26/09 | HDM | 3.70 | Discussed staffing and intercompany work plan with Team 2 leaders (.2); reviewed Duff & Phelps intercompany transfer key documents (3.5). | 2,035.00 |
| 9/26/09 | SEB | 7.80 | Prepared ▮▮▮ witness interview folder for R. Marmer (.9); answered substantive questions re ▮▮▮ and ▮ ▮▮▮ for document reviewers (1.0); attempted to ▮▮▮ produced by Alvarez & Marsal (.2); conferred with M. Basil re ▮▮▮ and ▮▮▮ interviews (.3); drafted ▮▮▮ interview outline (5.4). | 2,535.00 |

LAW OFFICES

## JENNER & BLOCK LLP
330 N. Wabash Avenue
CHICAGO, ILLINOIS 60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 9/26/09 | MLS | 4.80 | Reviewed and analyzed on Stratify approximately 206 ███ ██████ documents between January 2007 and December 2008 designated as significant by contract attorneys for valuation issues. | 1,560.00 |
| 9/26/09 | MAL | .50 | Reviewed two emails from M. Hankin and drafted return emails (.2); emailed P. Trostle on Team 4 re Team 4's understanding of the methodology used in selecting the relevant journal entries for review (.2); emailed A. Kopelman re meeting with Duff & Phelps on September 29 (.1). | 185.00 |
| 9/26/09 | CRW | 3.90 | Created binders of ███████████ for M. Basil's review (1.0); created ██████████ binders for M. Basil's review (2.9). | 994.50 |
| 9/27/09 | MDB | 4.50 | Participated in conference call with M. Hankin, H. McArn and Duff & Phelps' A. Pfeiffer re intercompany transfer investigation (.5); continued to review ███████████ re activity (2.5); began to review and edit outline of ██████ interview (1.5). | 2,587.50 |
| 9/27/09 | WLT | 2.00 | Reviewed interview notes of ██████ of ██████ (.3); analyzed statements in the interview notes to ██████ and ████████████ together with ████ in releases on ██████ and ████ and ████████ to assess whether ██████████ (1.7). | 1,800.00 |
| 9/27/09 | EXM | 2.10 | Reviewed emails between M. Hankin and Duff & Phelps re ██████ interview materials (.6); reviewed █ materials for interview (1.5). | 588.00 |
| 9/27/09 | TCN | 2.40 | Reviewed ████████████ re ██████ re ████. | 2,040.00 |
| 9/27/09 | SCH | 3.80 | Reviewed documents in Case Logistix involving █ ██████ re ████████. | 1,653.00 |
| 9/27/09 | SKS | 4.20 | Reviewed federal and state case law on ████████████████. | 2,079.00 |

LAW OFFICES

## JENNER & BLOCK LLP

330 N. Wabash Avenue
CHICAGO, ILLINOIS 60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 9/27/09 | MEH | 6.20 | Reviewed ██████████ (1.2), ███████████ (2.0), and ██████████ (3.0). | 2,480.00 |
| 9/27/09 | CFB | .80 | Corresponded with M. Hankin and A. Kopelman re ██ ██████ interview. | 320.00 |
| 9/27/09 | AXK | 7.40 | Reviewed █████ documentation and ████████ documentation and drafted notes in preparation for draft re same (.9); conferred re search parameters for ██████ interview with C. Brown (.1); reviewed Case Logistix ████████ documents in preparation for interview of the same (6.4). | 3,145.00 |
| 9/27/09 | MZH | 9.30 | Telephone conference with M. Basil, H. McArn, A. Pfeiffer and J. Leiwant re intercompany transfers (.5); drafted emails to S. Prysak re real estate valuation analysis (.3); telephone conferences with S. Ascher re same (.3); analyzed adequate capitalization determination and drafted emails to S. Sato re same (.9); reviewed █████ documents and drafted questions re same (2.9); reviewed █████ documents (2.6); prepared for █████ interview (1.8). | 6,742.50 |
| 9/27/09 | HDM | 7.30 | Participated in call with Team 2 leaders and Duff & Phelps re intercompany work plan (.3); drafted report outline on cash transfers and intercompany transactions (7.0). | 4,015.00 |
| 9/27/09 | SEB | 5.00 | Drafted █████ interview outline (3.7); conferred with M. Basil re █████ interview (.2); searched for and reviewed █████ documents re █████ (1.1). | 1,625.00 |
| 9/27/09 | MLS | 8.80 | Reviewed and analyzed in Case Logistix approximately 241 emails dated between October 2007 and May 2008 and their accompanying attachments for communications among █████, █, █████, and █████ re ████ █ and █████ in preparation for █████ witness interview. | 2,860.00 |

LAW OFFICES

## JENNER & BLOCK LLP
330 N. Wabash Avenue
CHICAGO, ILLINOIS  60611
(312) 222-9350

| 9/27/09 | MAL | 5.50 | Emailed M. Hankin, H. McArn, and P. Trostle re intercompany transaction methodology analysis (.2); emailed A. Kopelman thrice re meeting with Duff & Phelps for September 29 (.2); emailed C. Steege re Team 4's understanding of Duff & Phelps' methodology (.2); conferred with A. Kopelman via telephone re meeting with Duff & Phelps on September 29 (.2); conferred with K. Balmer from Duff & Phelps over the phone re Duff & Phelps' methodology (1.5); met with M. Hankin re Duff & Phelps' progress on the intercompany transaction analysis (.3); continued drafting memorandum that outlined Duff & Phelps' intercompany transaction analysis (2.9). | 2,035.00 |
|---|---|---|---|---|
| 9/27/09 | PXR | 6.50 | Searched and retrieved documents for ██████ interview (1.5); organized and assembled ██████ documents into interview binders (1.0); searched and retrieved documents for ██████ interview (2.5); updated, organized and assembled ██████ interview binders per S. Biller request (1.5). | 1,105.00 |
| 9/28/09 | RLB | 1.40 | Reviewed ██████ documents (.8); conference call with A. Valukas, et al. re ██████ issues (.6). | 1,120.00 |
| 9/28/09 | MDB | 8.70 | Conferred several times with H. McArn re Team 2 investigation and report drafting (.4); continued to prepare for ██████ interview (1.5); continued to prepare for ██████ interview (1.5); began to review analyst reports re ████████████████████ (2.0); conferred with K. Balmer re ████ and intercompany investigation issues (.4); corresponded several times with counsel for ██████ re scheduling an interview (.3); conferred with ██████████ re upcoming interviews (.1); conferred with S. Biller several times re ██████ issues and investigation (.6); participated in conference call with A. Valukas, R. Byman, T. Newkirk, and P. Trostle re ██████ investigation (.7); reviewed ████████████████████ (1.2). | 5,002.50 |
| 9/28/09 | JWS | .10 | Conference with M. Hinds re outline. | 49.50 |

LAW OFFICES

## JENNER & BLOCK LLP
330 N. Wabash Avenue
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 9/28/09 | WLT | 2.00 | Continued to review interview notes of ███████ of ████, ██████ and ██████ together with ████████ and ██████ and ████ to assess whether a ██████████ (1.2); drafted email to T. Newkirk on this issue as well as ████████████████ (.8). | 1,800.00 |
|---|---|---|---|---|
| 9/28/09 | EXM | 9.60 | Drafted witness interview list (.3); drafted witness interview schedule (.3); reviewed ██████ interview materials (2.3); reviewed emails from M. Hankin to Duff & Phelps re ██████ interview materials (.3); reviewed ████ binder with interview materials (.7); drafted outline for ████ interview (2.4); reviewed bates-stamping protocol for marking documents from Duff & Phelps when sending to witness (.8); reviewed outline for ████████ interview (1.5); participated in Team 2 weekly call (.6); reviewed material prepared for ██ ████ interview (.4). | 2,688.00 |
| 9/28/09 | TCN | 4.40 | Summarized Lehman ████████ re ██████ (.6); studied S. Biller proof outline re ██████ issue and supporting evidence (2.0); reviewed ██████ ████ re ████████████ (.7) prepared for telephone conference with A. Valukas and J&B team re ██████ issue (.8); emailed W. Tolbert re disclosure issues (.3). | 3,740.00 |
| 9/28/09 | MMH | .30 | Participated in Team 2 call re witness interviews and research issues. | 148.50 |
| 9/28/09 | SKS | 11.20 | Participated in weekly Team 2 status update conference call (.7); researched and analyzed federal and state case law re ██████████████████████████ ██████ (7.5); drafted and revised memorandum on legal standard re ██████████████████████████ (3.0). | 5,544.00 |
| 9/28/09 | CEB | .50 | Reviewed documents from ██████ related to ████████ in order to prepare interview outline (.2); participated in Team 3 conference call on research progress (.3). | 200.00 |

LAW OFFICES
## JENNER & BLOCK LLP
330 N. Wabash Avenue
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 9/28/09 | MEH | 2.20 | Drafted memorandum summarizing █████████ ██████████████████ relating to certain ███████████████████████████████████. | 880.00 |
|---|---|---|---|---|
| 9/28/09 | AXK | 3.50 | Conducted first and second level review of documents concerning witness participation in ██████ and █ ████████████ issues in preparation of interview of same. | 1,487.50 |
| 9/28/09 | HDM | 6.60 | Participated in Team 2 associates call re assignments (.3); worked with C. Ward re exhibits for the intercompany draft report (.2); communicated with M. Basil re weekly staffing and intercompany outline (.2); followed up with C. Bell and A. Kopelman re status of document review and interview outlines for ████████ and ████████ (.6); discussed and circulated ████████ (.1); drafted Team 2 daily report (.1); communicated with intercompany team re cash and intercompany transfers (.6); continued to review Duff & Phelps cash management materials and revise draft outline re same (3.9); circulated and discussed intercompany background with S. Varghese (.4); reviewed M. Lightner working notes (.2). | 3,630.00 |
| 9/28/09 | SEB | 7.90 | Drafted ████████ interview outline (6.0); participated in conference call with A. Valukas, R. Byman, P. Trostle, T. Newkirk and M. Basil re ████████████ (.6); conferred with M. Basil re ██████████████████ (.1); participated in conference call with M. Basil and M. Hankin re ██████████████ ██ (.2); prepared follow-up issues list for A. Valukas (.1); researched ██████████████████████ (.5); conferred with O. Jafri re matched book and ████████████ (.1); answered document reviewers' substantive questions re ████████ (.3). | 2,567.50 |

LAW OFFICES

# JENNER & BLOCK LLP

330 N. Wabash Avenue
CHICAGO, ILLINOIS 60611
(312) 222-9350

| Date | | Hours | | Amount |
|------|------|-------|------|--------|
| 9/28/09 | MLS | 5.40 | Reviewed and analyzed in Case Logistix approximately 160 emails dated between June 2007 and July 2008 and their accompanying attachments for communications among ████████, ████████, and ████████ re ████████ and ████████ in preparation for ████████ witness interview (4.0); conferred with Team 2 re scheduled interviews and valuation and liquidity issues (.3); performed targeted searches on Case Logistix and Stratify to locate December 2007 through August 2008 ████████ and ████████ spreadsheets for E. McKenna and Duff & Phelps in preparation for ██ ████████ interview (1.1). | 1,755.00 |
| 9/28/09 | TAP | 8.00 | Reviewed documents re ████████ and ████████ ████████████████ (4.9); reviewed Judge Peck's order re intercompany transfers (.3); reviewed and edited notes re intercompany transfers and cash management (2.8). | 3,200.00 |
| 9/28/09 | MAL | 6.70 | Reviewed J. Peck's intercompany section 553 memorandum decision (.3); sent P. Trostle multiple emails about third-party transaction security valuation analysis (.2); updated working notes and memorandum re intercompany avoidance analysis (3.0); sent email to K. Balmer re intercompany security valuation mythologies (.1); emailed C. Steege re third-party transaction valuation methodologies (.2); reviewed binder of materials provided by Duff & Phelps that gives general background information on Lehman's cash management system and general financial and legal structure (1.5); emailed J. Pimbley of Duff & Phelps re meeting on intercompany security valuation methodologies (.2); attended intercompany transfer team meeting led by H. McArn (.3); met with H. McArn individually re intercompany transfer analysis (.3); conducted research on insider preferences and sent email to H. McArn re same (.3); emailed H. McArn and M. Hankin re avoidance analysis (.2); telephone conference with A. Kopelman re meetings at Duff & Phelps for September 29 (.1). | 2,479.00 |

LAW OFFICES
**JENNER & BLOCK LLP**
330 N. Wabash Avenue
CHICAGO, ILLINOIS 60611
(312) 222-9350

Page 297

| 9/28/09 | PXR | 3.00 | Organized and assembled ████ documents into interview binders per S. Biller request (.2); searched and retrieved documents from Stratify for ████ interview per A. Kopelman request (2.6); organized documents for bates and confidentiality stamping (.2). | 510.00 |
|---|---|---|---|---|
| 9/28/09 | CRW | 2.10 | Created binders of ████ and ████ for M. Basil's review (1.3) conferred with R. Lewis and A. Rettig re search criteria for finding ████ in Stratify from January, 2007 through April, 2008 (.2); pulled prior versions of the Team 2, solvency outline for H. McArn (.2); drafted Debtor entities list with filing dates for H. McArn (.4). | 535.50 |
| 9/29/09 | RLB | 1.00 | Reviewed ████ materials (.8); reviewed team status report (.2). | 800.00 |
| 9/29/09 | MDB | 9.20 | Conferred several times with M. Hankin and H. McArn re Team 2 investigation and report drafting (.5); reviewed and edited H. McArn intercompany transfer outline (.5); reviewed materials re ████ (.3); participated in conference call with M. Hankin, S. Biller and Duff & Phelps' A. Pfeiffer, A. Taddei and S. Fliegler re ████ analysis (.8); reviewed and edited M. Harrison memorandum re ████ (.5); conferred with K. Balmer re ████ investigation (.4); continued to prepare for ████ interview (1.4); participated in a conference call with R. Byman, S. Biller, and Duff & Phelps' A. Pfeiffer re ████ investigation (.4); continued to prepare for ████ interview (2.0); participated in conference call with M. Hankin, E. McKenna and Duff & Phelps' P. Marcus and M. Vitti re valuation investigation (.5); telephone conference with R. DeKoven re ████ investigation (.2); participated in conference call with Boies Schiller's J. Stern and R. Byman re ████ (.2); continued to review analyst reports re ████ discussion (1.5). | 5,290.00 |

LAW OFFICES

# JENNER & BLOCK LLP
330 N. Wabash Avenue
CHICAGO, ILLINOIS 60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 9/29/09 | EXM | 9.00 | Participated in interview of ▮▮▮ with M. Hankin (2.4); drafted flash summary of ▮▮▮ interview (.6); participated in conference call with Duff & Phelps re valuation scheduling issues and assigned tasks (.8); drafted valuation interview schedule with assignments (.7); reviewed documents and files for second ▮▮▮ interview (1.9); drafted cover letter re second ▮▮▮ interview (.2); reviewed binder of documents for interview (.6); reviewed September 2009 Team 2 proof memoranda from Duff & Phelps (1.8). | 2,520.00 |
| 9/29/09 | SCH | 7.60 | Reviewed documents in Case Logistix involving ▮ ▮▮▮ re ▮▮▮ and prepared documents for his interview. | 3,306.00 |
| 9/29/09 | SKS | 15.20 | Reviewed case law re ▮▮▮ ▮▮▮ (3.5); drafted and revised ▮▮▮ memorandum on ▮▮▮ ▮▮▮ (11.5); conferred with M. Hankin re deadline for ▮▮▮ memorandum (.2). | 7,524.00 |
| 9/29/09 | CEB | 2.30 | Reviewed documents from ▮▮▮ related to ▮▮▮ in order to prepare interview outline. | 920.00 |
| 9/29/09 | MEH | 1.30 | Discussed memorandum with M. Basil and revised memorandum per his comments. | 520.00 |
| 9/29/09 | CFB | 5.00 | Corresponded with S. Biller re ▮▮▮ interview (.2); drafted ▮▮▮ interview outline (1.3); reviewed documents re ▮▮▮ interview (1.4); updated interview list and tracker (2.1). | 2,000.00 |

### JENNER & BLOCK LLP
330 N. Wabash Avenue
CHICAGO, ILLINOIS  60611
(312) 222-9350

| 9/29/09 | AXK | 14.30 | Conducted first and second level review of documents concerning witness participation in ██████ and ██ ████████ issues (4.7) and ████████████ issues (.3) in preparation of interview of same; conferred with H. McArn re witness ████████'s involvement with ████████-related issues (.2); reviewed documentation concerning valuation issues in preparation for meeting with J. Pimbley of Duff & Phelps (2.1); prepared for and conferred with J. Pimbley of Duff & Phelps and M. Lightner re asset valuation issues (1.7); prepared for and conferred with M. Lightner and K. Balmer, J. Levitske, and G. Hewitt of Duff & Phelps re intercompany transfers and scope, process and results of Duff & Phelps' analysis of same (3.7); conferred with M. Hankin, H. McArn, and M. Lightner re intercompany transfers and drafting of report re the same (.5); communicated witness document review results with M. Vitti of Duff & Phelps and coordinated with J&B paralegals re the same (.8); discussed results of witness document preparation with M. Hankin (.3). | 6,077.50 |
| 9/29/09 | MZH | 9.00 | Participated in conference call with M. Basil, S. Biller, A. Pfeiffer, and A. Taddei re ██████ analysis (.8); met with A. Kopelman, H. McArn, and M. Lightner re intercompany transfer analysis (.5); met with A. Kopelman re ██████ document review (.3); reviewed ████████ documents re ██████████ (2.6); prepared for ██████████ interview (1.2); interviewed ██████████ with E. McKenna (2.7); reviewed and revised ██████████ flash summary (.9). | 6,525.00 |

# JENNER & BLOCK LLP

330 N. Wabash Avenue
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 9/29/09 | HDM | 5.20 | Communicated with A. Kopelman re upcoming Team 2 interview outlines (.2); reviewed and edited same (.6); communicated with L. Pelanek re ███ interview outline (.2); conferred with M. Hankin, A. Kopelman, and M. Lightner re intercompany transfers and drafting of report re the same (.5); met with K. Hupila re the Team 5 legal entity analysis (.2); discussed ███ analysis with R. Erlich (.2); reviewed and finalized journal entry production issue with Alvarez & Marsal and Duff & Phelps (.3); discussed confidentiality order assignment with S. Varghese (.3); communicated with Duff & Phelps and Team 1 re same (.7); continued to review intercompany key documents from Duff & Phelps (1.5); reviewed M. Lightner revised working notes on protocol (.3); reviewed and attended to ███ agreements production (.2). | 2,860.00 |
| 9/29/09 | SEB | 14.30 | Read M. Harrison memorandum on ███ (.9); conferred with M. Kopp re ███ and ███ interview outline (.3); revised ███ outline (.2); provided ███ questions to G. Folland and S. McNally for ███ (.2); participated in conference call with Duff & Phelps re ███ (.8); conferred with M. Basil re ███ (.2); drafted ███ interview outline (2.8); participated in conference call with M. Basil and M. Hankin re ███ (.3); answered document reviewer's substantive questions re ███ (.2); read through ███ re ███ (.7); conferred with G. Folland re ███ substantive issues (.2); edited and wrote insert for ███ interview outline re ███ (.6); conferred with M. Basil re ███ substantive issue (.2); summarized key valuation documents for ███ interview for A. Kopelman (.3); emailed Duff & Phelps re systems for booking ███ trades (.2); reviewed ███ key documents for ███ portion of interview outline (4.7); read ███ for various ███ (1.5). | 4,647.50 |

LAW OFFICES
**JENNER & BLOCK LLP**
330 N. Wabash Avenue
CHICAGO, ILLINOIS 60611
(312) 222-9350

Page 301

| 9/29/09 | MLS | 2.60 | In preparation for ███████ witness interview, reviewed and analyzed approximately 80 emails and accompanying attachments located in Case Logistix and dated from July 2008 to June 2009 re ███████ among ███████, ███████, and ███████ about ███████ | 845.00 |
|---|---|---|---|---|
| 9/29/09 | TAP | 11.60 | Conferred with I. Fradkin re drafting report on Lehman cash transfers and cash management system (.4); reviewed Duff & Phelps proof outline re Lehman's intercompany and cash transfers (2.9); drafted lists of issues and questions re same (3.3); reviewed Team 2 outline on drafting report re Lehman's intercompany transfers and cash management (.8); reviewed documents supplied by Duff & Phelps re ███████ and ███████ (1.3); reviewed documents supplied by Duff & Phelps re Lehman's cash management system (1.6); reviewed documents re ███████ (1.3). | 4,640.00 |
| 9/29/09 | IF | 2.90 | Discussed scope of inquiry with T. Phillibert (.1); reviewed memoranda in connection with September 24 conference with Duff & Phelps (2.8). | 1,232.50 |
| 9/29/09 | MAL | 7.70 | Met with J. Pimbley at Duff & Phelps re intercompany valuation issues with A. Kopelman (1.8); conferred with J. D'Almeida at Duff & Phelps re ███████ and ███████ (.5); reviewed emails from J. D'Almeida re ███████ and ███████ (.7) met with A. Kopelman, K. Balmer and other personnel at Duff & Phelps re intercompany transfers (2.8); conferred with M. Hankin, H. McArn, and A. Kopelman re progress on intercompany transfers and preferences (.5); conferred with H. McArn re preference task of Examiner Order (.1); reviewed materials and internal memoranda in preparation for meeting at Duff & Phelps (.5); conducted research on reasonably equivalent value (.4); conferred with M. Groman re intercompany transfer (.4). | 2,849.00 |
| 9/29/09 | PXR | 3.80 | Searched and retrieved various Lehman 10-Ks and 10-Qs (.6); organized and assembled same into binders per S. Biller request (.7); searched and retrieved documents from Stratify per A. Kopelman request (2.5). | 646.00 |
| 9/29/09 | CZC | .80 | Prepared documents re ███████ interview for review by M. Hankin. | 128.00 |

LAW OFFICES

**JENNER & BLOCK LLP**
330 N. Wabash Avenue
CHICAGO, ILLINOIS  60611
(312) 222-9350

Page 302

| 9/29/09 | LEW | 4.20 | Prepared documents re ▮▮▮▮▮ for review by A. Kopelman (2.3); attended to document request re intercompany transactions (.2); reviewed and organized documentation of productions to Duff & Phelps (1.7). | 672.00 |
|---|---|---|---|---|
| 9/29/09 | MRS | 4.80 | Prepared electronic and hard copy sets of documents relating to ▮▮▮▮▮ for review by A. Kopelman and M. Hankin in advance of ▮▮▮▮▮ interview (4.4); reviewed emails and corresponded with A. Kopelman and P. Ramos by email re ▮▮▮▮▮ document preparation (.4). | 1,296.00 |
| 9/29/09 | CRW | 2.30 | Pulled and bates stamped documents from Stratify and Case Logistix for C. Bell in preparation of ▮▮▮▮▮ interview. | 586.50 |
| 9/30/09 | RLB | 2.70 | Reviewed T. Newkirk memorandum re ▮▮▮▮▮ agreements and reviewed agreements (1.1); reviewed ▮▮▮▮▮ documents (.7); reviewed ▮▮▮▮▮ ▮▮▮▮▮ interview template (.9). | 2,160.00 |
| 9/30/09 | DRM | .20 | Read memorandum from M. Hankin to C. Steege re Duff & Phelps work on list of avoidable transfers and telephone conference with M. Hankin re same. | 160.00 |
| 9/30/09 | MDB | 8.40 | Continued to review materials and prepare for ▮▮▮▮▮ interview (2.5); continued to review materials and prepare for ▮▮▮▮▮ interview (1.5); conferred several times with M. Hankin and H. McArn re Team 2 investigation and report drafting (.6); conferred several times with S. Biller re ▮▮▮▮▮ investigation (.8); reviewed potential ▮▮▮▮▮ exhibits for ▮▮▮▮▮ interview (1.0); participated in meeting with M. Hankin, H. McArn, several Team 2 associates and Duff & Phelps' A. Pfeiffer, K. Balmer and J. Leiwant re intercompany transfer analysis and investigation (2.0). | 4,830.00 |
| 9/30/09 | EXM | 8.10 | Drafted flash summary of ▮▮▮▮▮ interview (1.8); participated in ▮▮▮▮▮ pre-interview conference call (.5); drafted valuation interview schedule with assignments (.8); telephone conference with Z. Saeed of Duff & Phelps to discuss protocol and substance of documents for ▮▮▮▮▮ ▮▮▮▮▮ interviews (.2); reviewed September 2009 Team 2 proof memoranda from Duff & Phelps (4.8). | 2,268.00 |

# JENNER & BLOCK LLP
330 N. Wabash Avenue
CHICAGO, ILLINOIS  60611
(312) 222-9350

| 9/30/09 | TCN | 4.00 | Studied ████ and ████████████ ████████ (2.2); applied ████████ to the terms of the agreements and emailed analysis of same to J&B team (1.8). | 3,400.00 |
|---|---|---|---|---|
| 9/30/09 | SCH | 6.40 | Reviewed documents in Case Logistix involving █ ████████ re ████████████ and prepared documents for his interview. | 2,784.00 |
| 9/30/09 | CEB | .40 | Conference with H. McArn and R. Erlich, T. Kabler, and ████████████ of Duff & Phelps re ████████████████ issues. | 160.00 |
| 9/30/09 | CFB | 4.50 | Reviewed valuation schedule (1.0); reviewed background documents re ████████ interview (3.5). | 1,800.00 |
| 9/30/09 | AXK | 12.90 | Conducted first and second level review of documents concerning witness participation in ████████ and █ ████████████ issues in preparation for interview of same (3.9); conferred with E. McKenna re production of data documents concerning valuation (.1); prepared for and conferred with M. Lightner, and Alvarez & Marsal personnel, and K. Balmer, G. Hewitt, and J. Levitske of Duff & Phelps re post-petition transfers and accounting (2.1); conferred with M. Hankin, H. McArn, T. Phillibert, M. Lightner, I. Fradkin, S. Varghese and K. Balmer, J. Levitske, and other personnel of Duff & Phelps re drafting of intercompany transfers and cash transfers sections of Report (2.0); conferred with M. Lightner, and K. Balmer, and J. Levitske of Duff & Phelps re analysis of preferences and potential constructive fraudulent transfers (.6); coordinated witness documents for production to witness counsel with M. Vitti and others of Duff & Phelps (.2); coordinated witness documents for production to witness counsel with J&B paralegals (.2); conducted first level review of documents concerning witness participation in ████████████ issues in preparation for interview of same (3.8). | 5,482.50 |

LAW OFFICES
**JENNER & BLOCK LLP**
330 N. Wabash Avenue
CHICAGO, ILLINOIS  60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 9/30/09 | MZH | 9.90 | Met with H. McArn re intercompany analysis outline (.2); telephone conference with A. Ringguth re ███████████ (.2); analyzed ███ and draft email to A. Ringguth re same (.9); prepared for meeting with Duff & Phelps re intercompany transfer (.8); attended meeting with Team 2 associates and Duff & Phelps re intercompany transfers and cash sweeps (2.0); prepared for █████ pre-interview call (.5); conducted pre-interview call of █████ with E. McKenna and M. Vitti (.5); reviewed █████ documents in preparation for interview (2.1); telephone conference with M. Vitti re ███ █████ interview (.1); drafted email to R. Byman and A. Valukas re █████, ██████, and ██████ (.4); prepared for █████ interview (2.2). | 7,177.50 |
| 9/30/09 | HDM | 10.10 | Discussed revisions to intercompany report outline and circulated to Team 2 (.3); coordinated Team 2 upcoming interview directions with M. Hankin and Team 2 associates (1.2); reviewed S. Varghese draft protective order (.2); discussed protective order with Duff & Phelps and circulated to ████████ (.4); communicated with R. Erlich and C. Bell re █████ key documents (.6); prepared for weekly █████████ call re review of Alvarez & Marsal responses to ██████ document and meeting requests (2.3); participated in weekly █████████ call with Duff & Phelps (.4); reviewed key transfers documents re █████ (.3); conferred with M. Hankin, A. Kopelman, T. Phillibert, M. Lightner, I. Fradkin, S. Varghese and K. Balmer, J. Levitske, and other personnel of Duff & Phelps re drafting of intercompany transfers and cash transfers sections of Report (2.0); followed up with A. Olejnik re fraudulent transfer complaints (.1); reviewed and discussed ████████ materials with A. Kopelman and Team 2 associates (.7); drafted Team 2 daily report (.2); reviewed █████ key documents (1.4). | 5,555.00 |

LAW OFFICES

# JENNER & BLOCK LLP
330 N. Wabash Avenue
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 9/30/09 | SEB | 12.50 | Drafted ███████ outline for ████████████ittee members for S. Ascher and A. Vail (1.0); gathered ███ █████████████ documents for R. Byman (.5); read general master repurchase agreements and related documents (4.0); conferred with M. Basil re general master repurchase agreements (.2); searched for additional ████████████ documents (.2); reviewed ████████████████ charts (.2); revised ███████████ outline for ██████ (.2); reviewed ████████ documents for witness interview file (3.7); emailed re identifying counterparties and governing law for various general master repurchase agreements (1.0); telephone conference with R. Downey to discuss status of Team 2 investigation (.5); researched ████████████████████████ (1.0). | 4,062.50 |
| --- | --- | --- | --- | --- |
| 9/30/09 | MLS | 3.10 | Reviewed and analyzed approximately 171 emails and attachments on Case Logistix, dated from 2007 to 2008, re ██████████ and ████████ in preparation for ██ ████████ witness interview. | 1,007.50 |
| 9/30/09 | TAP | 11.70 | Conferred with K. Balmer and other Duff & Phelps personnel re scope, process and results of investigation into Lehman's cash management system and cash transfers (3.0); drafted and edited notes re meeting with Duff & Phelps re same (2.9); reviewed documents re accounts payable, fixed assets and cash management process (3.8); conferred with M. Hankin, H. McArn, M. Lightner, A. Kopelman, M. Basil, and Duff & Phelps personnel re intercompany and cash transfers in preparation for drafting report (2.0). | 4,680.00 |
| 9/30/09 | IF | 8.20 | Attended meeting with Duff & Phelps re ████████ ████████████ and cash management system (3.0); reviewed ████████ memoranda re ████████ ████████████ (2.5); attended progress meeting with M. Hankin and Duff & Phelps (2.0); reviewed Duff & Phelps memorandum re cash management processes (.7). | 3,485.00 |

LAW OFFICES

# JENNER & BLOCK LLP

330 N. Wabash Avenue
CHICAGO, ILLINOIS 60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 9/30/09 | MAL | 8.10 | Met with A. Kopelman, K. Balmer, G. Hewitt, and J. Levitske of Duff & Phelps and various personnel from Alvarez & Marsal re post-petition transactions and accounting (1.6); met with M. Hankin, H. McArn, T. Phillibert, A. Kopelman, I. Fradkin, S. Varghese and K. Balmer, J. Levitske, and other Duff & Phelps personnel re draft outline for intercompany transfers and cash transfers sections of the Examiner Report (2.0); met with A. Kopelman, K. Balmer and J. Levitske at Duff & Phelps re analysis of preferences and fraudulent transfers (1.1); continued to analyze preferences and fraudulent transfers (3.4). | 2,997.00 |
| 9/30/09 | LEW | 2.50 | Communicated with A. Kopelman re ▮▮▮▮ project and reviewed and organized relevant witness documents (2.0); prepared ▮▮▮▮ and ▮▮▮▮ witness documents for review by M. Hankin (.5). | 400.00 |
| 9/30/09 | LKA | 1.00 | Coordinated organization of ▮▮▮▮ witness documents for review by M. Hankin. | 270.00 |
| 9/30/09 | MRS | 1.80 | Reviewed emails from C. Bell and S. Herring requesting preparation of ▮▮▮▮ documents for review by M. Hankin and H. McArn in advance of ▮▮▮▮ interview, and met with H. McArn to discuss (.4); reviewed Excel chart of ▮▮▮▮ documents and cross-referenced with ▮▮▮▮ documents provided to Duff & Phelps (.5); researched Stratify database for documents to be forwarded to Duff & Phelps (.5); corresponded by email with A. Kopelman and C. Ward re documents to be provided to Duff & Phelps (.4). | 486.00 |
| 9/30/09 | CRW | 3.10 | Pulled and bates stamped documents for C. Bell in preparation of ▮▮▮▮ interview (1.3); created general and master repurchase agreement binders for S. Biller and M. Basil (1.8). | 790.50 |
| 9/30/09 | WB | 8.00 | Reviewed key documents for ▮▮▮▮ witness interview (.9); imaged and bates-stamped documents for attorney review (3.1); reviewed ▮▮▮▮ interview outline (.8); searched Stratify for key documents tagged per S. Biller (2.2); prepared documents for imaging and bates stamping for attorney review (1.0). | 2,040.00 |
| | | 2,101.00 | PROFESSIONAL SERVICES | 972,819.50 |

LAW OFFICES

## JENNER & BLOCK LLP

330 N. Wabash Avenue
CHICAGO, ILLINOIS  60611
(312) 222-9350

MATTER TOTAL                    $ 972,819.50      LESS DISCOUNT                        -97,281.95

NET PROFESSIONAL SERVICES                    875,537.55

LAW OFFICES

**JENNER & BLOCK LLP**

330 N. Wabash Avenue
CHICAGO, ILLINOIS 60611
(312) 222-9350

Page 308

BARCLAYS TRANSACTIONS                                    MATTER NUMBER -    10071

| | | | | |
|---|---|---|---|---|
| 9/01/09 | RLB | .20 | Reviewed team report. | 160.00 |
| 9/01/09 | VEL | 2.80 | Office conference with D. Layden re updating witness chart and email with Jones Day re London depositions (.3); office conference with D. Layden and K. Hupila re review of corporate organization materials and game plan for obtaining information to complete report (.6); attended update call with Duff & Phelps, D. Layden and K. Hupila (.5); reviewed ▮▮▮▮ flash summary (.3); reviewed ▮▮▮▮ flash summary (.2); reviewed ▮ ▮▮▮▮ flash summary (.2); emails with R. Byman re ▮▮▮▮ (.2); reviewed materials forwarded by K. Hupila re balance sheet analysis (.3); reviewed daily report (.2). | 1,960.00 |
| 9/01/09 | DCL | 2.60 | Reviewed C. Green letter to W. Hine (.1); prepared for and met with V. Lazar and K. Hupila re legal entity analysis (.9); drafted daily report (.1); reviewed consolidated daily report (.1); reviewed flash summary of ▮▮▮▮ deposition (.2); participated in telephone conference with J. Pimbley, T.C. Fleming, J. Jacobs, V. Lazar, and K. Hupila to discuss status of outstanding Duff & Phelps deliverables (.8); conferred with V. Lazar re tasks going forward (.4). | 1,495.00 |
| 9/01/09 | HDM | .10 | Reviewed ▮▮▮▮ deposition flash summary. | 55.00 |
| 9/01/09 | KKH | 3.40 | Reviewed World Records reports and balance sheets to identify the functions that the various Debtor entities performed (2.3); met with V. Lazar and D. Layden to discuss results of same (.6); participated in conference call with V. Lazar, D. Layden, and Duff & Phelps representatives to discuss strategies for collecting and analyzing additional information re Debtor entities' functions (.5). | 1,105.00 |

LAW OFFICES

## JENNER & BLOCK LLP
330 N. Wabash Avenue
CHICAGO, ILLINOIS  60611
(312) 222-9350

| 9/01/09 | JPZ | 9.00 | Reviewed emails, schedules, and spreadsheets in Case Logistix for documents to include in ▮▮▮ deposition binder (2.4); reviewed team reports (.1); conducted second level review of ▮▮▮ deposition binder (1.8); conferred with D. Layden re current document review assignments (.2); reviewed emails, schedules, and spreadsheets in Stratify for documents to include in ▮ deposition binder (2.9); reviewed emails, schedules, and spreadsheets in Case Logistix for documents to include in ▮▮▮ deposition binder (1.6). | 2,925.00 |
|---|---|---|---|---|
| 9/02/09 | RLB | .20 | Reviewed team report. | 160.00 |
| 9/02/09 | DRM | .10 | Read memorandum from R. Byman re deposition of ▮ ▮▮▮. | 80.00 |
| 9/02/09 | VEL | 1.60 | Telephone conference with D. Layden re avenue of inquiry with JPMorgan (.2); reviewed daily report (.2); office conference with A. Allen re ▮▮▮ (.2); telephone conference with P. Trostle re ▮▮▮ (.2); email with A. Choudhury and M. Groman re ▮▮▮ (.2); emails with D.C. team re ▮▮▮ document review (.2); telephone conference with D. Layden re ▮▮▮ (.4). | 1,120.00 |
| 9/02/09 | DCL | 5.60 | Prepared daily report (.1); reviewed consolidated daily report (.2); reviewed V. Lazar and P. Trostle emails re ▮▮▮ production (.2); reviewed deposition schedule received from Jones Day (.1); emailed V. Lazar re same (.1); emailed J. Zipfel re ▮▮▮ interview (.1); reviewed flash summary of ▮▮▮ interview (.1); revised allocation of responsibility for preparing for and covering depositions noticed by Debtors (.3); emailed V. Lazar re same (.1); conferred with V. Lazar re deposition testimony being obtained by Debtors, and impact on report (.5); prepared for upcoming depositions (3.3); conferred with J. Zipfel re same (.5). | 3,220.00 |

Page 310

# JENNER & BLOCK LLP
330 N. Wabash Avenue
CHICAGO, ILLINOIS  60611
(312) 222-9350

| Date | Init. | Hours | Description | Amount |
|---|---|---|---|---|
| 9/02/09 | JPZ | 8.80 | Reviewed emails, schedules, and spreadsheets in Case Logistix for documents to include in ███████ deposition binder (.7); reviewed emails, schedules, and spreadsheets in Case Logistix for documents to include in ██████ deposition binder (2.5); reviewed emails, schedules, and spreadsheets in Stratify for documents to include in █████ deposition binder (3.4); reviewed team reports (.1); conducted second level review of █ deposition binder (1.2); reviewed emails, schedules, and spreadsheets in Case Logistix for documents to include in ███████ deposition binder (.9). | 2,860.00 |
| 9/02/09 | ALR | 1.80 | Assisted C. Ward with Stratify documents to be downloaded for █████ interview summary per J. Zipfel (1.5); coordinated with Pitney Bowes for delivery of bates labeled documents (.3). | 459.00 |
| 9/02/09 | CRW | 2.10 | Pulled and bates stamped documents, then created two sets of binders for J. Zipfel's preparation of ██████ deposition. | 535.50 |
| 9/03/09 | RLB | .20 | Reviewed team report. | 160.00 |
| 9/03/09 | DRM | .40 | Read memorandum from R. Byman re ██████ deposition. | 320.00 |
| 9/03/09 | VEL | 2.30 | Attended weekly team leader meeting (.8); reviewed agenda (.2); reviewed daily report (.2); office conference with D. Layden re additional depositions (.2); office conference with D. Layden re identification of remaining witnesses on Barclays and Lehman ALI transactions (.5); follow up re team five progress and cancellation of Thursday meeting (.2); follow up with ███████ re ████████ (.2); | 1,610.00 |

LAW OFFICES

# JENNER & BLOCK LLP

330 N. Wabash Avenue
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 9/03/09 | DCL | 5.50 | Reviewed flash summary of ▮▮▮▮ deposition (.2); reviewed R. Byman and M. Basil emails re ▮▮▮▮ interview (.1); drafted daily report (.1); reviewed consolidated daily report (.1); met with V. Lazar re outstanding work (.3); reviewed chart prepared by K. Hupila re Debtor entities (.1); reviewed M. Devine and P. Trostle emails re Barclays negotiations with Lehman (.2); met with J. Zipfel re review of emails for legal entity analysis (.3); emailed J. Zipfel re same (.2); reviewed transcript of ▮▮▮▮ deposition and drafted flash summary (2.6); prepared for upcoming depositions (1.3). | 3,162.50 |
| 9/03/09 | KKH | .60 | Compiled list of Debtor entities for V. Lazar and D. Layden (.4); corresponded with T.C. Fleming of Duff & Phelps re collection of financial statements for Debtor entities and their subsidiaries (.2). | 195.00 |
| 9/03/09 | JPZ | 9.50 | Reviewed emails, schedules, and spreadsheets in Case Logistix for documents to include in ▮▮▮▮ deposition binder (3.1); conducted final level review of ▮▮▮▮ deposition binder (.7); conducted final level review of ▮▮▮▮ deposition binder (.4); conducted second level review of ▮▮▮▮ deposition binder (.8); reviewed team reports (.1); reviewed emails, schedules, and spreadsheets in Stratify for documents to include in ▮▮▮▮ deposition binder (1.6); reviewed emails, schedules, and spreadsheets in Case Logistix for documents to include in ▮▮▮▮ deposition binder (2.2); reviewed emails, schedules, and spreadsheets in Stratify for documents to include in ▮▮▮▮ deposition binder (.6). | 3,087.50 |
| 9/03/09 | AMR | 1.80 | Reviewed ▮▮▮▮ and ▮▮▮▮ deposition binders for clawback documents for J. Zipfel (.7); downloaded documents from Stratify and Case Logistix to prepare ▮▮▮▮ deposition binder for J. Zipfel (1.1). | 288.00 |
| 9/03/09 | CRW | 4.10 | Prepared two sets of binders for J. Zipfel in preparation of ▮▮▮▮ deposition (1.7); prepared two sets of binders for J. Zipfel in preparation of ▮▮▮▮ deposition (2.0); conferred with D. Layden and C. Murray re pulling exhibits and reference materials in preparation of drafting outline report for A. Valukas (.4). | 1,045.50 |

LAW OFFICES

## JENNER & BLOCK LLP
330 N. Wabash Avenue
CHICAGO, ILLINOIS  60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 9/04/09 | RLB | .10 | Reviewed team report. | 80.00 |
| 9/04/09 | VEL | 2.20 | Reviewed daily report (.2); telephone conference with D. Layden re ▮▮▮▮ testimony (.2); reviewed ▮▮▮▮ prior testimony and email to M. Hankin re no further interview of ▮▮▮▮ (.4); reviewed updated witness lists circulated by A. Olejnik (.3); emails with ▮▮▮▮ re ▮▮▮▮ and coordination with ▮▮▮▮ (.2); prepared email to T. Hummel re ▮▮▮▮ (.4); prepared draft outline questions re Debtor entity directors being interviewed by Teams 2 and 4 (.5). | 1,540.00 |
| 9/04/09 | DCL | 6.20 | Drafted daily report (.1); drafted email to V. Lazar re ▮▮▮▮ deposition (.1); reviewed consolidated daily report (.2); reviewed C. Green emails re confidentiality designations (.2); reviewed M. Hankin email re legal entity director interviews (.1); reviewed V. Lazar email to ▮▮▮▮ re legal entity witnesses (.1); drafted and revised flash summaries for ▮▮▮▮ and ▮▮▮▮ depositions (2.5); prepared for upcoming depositions (2.7); drafted daily report (.2). | 3,565.00 |
| 9/04/09 | JPZ | 8.60 | Reviewed emails, schedules, and spreadsheets in Stratify for documents to include in ▮▮▮▮ deposition binder (4.0); conducted final review of ▮▮▮▮ deposition binder (.7); reviewed flash summaries of Team 5 depositions (1.7); conducted final review of ▮▮▮▮ deposition binder (1.2); conducted final review of ▮▮▮▮ deposition binder (.9); reviewed team reports (.1). | 2,795.00 |
| 9/04/09 | AMR | .50 | Reviewed ▮▮▮▮ binder for clawback documents for J. Zipfel. | 80.00 |
| 9/04/09 | CRW | 2.30 | Created two binders of for J. Zipfel in preparation of ▮▮▮▮ deposition. | 586.50 |
| 9/05/09 | VEL | .20 | Reviewed consolidated daily report. | 140.00 |
| 9/05/09 | DCL | .20 | Reviewed consolidated daily report. | 115.00 |

LAW OFFICES

## JENNER & BLOCK LLP
330 N. Wabash Avenue
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 9/05/09 | JPZ | 1.80 | Reviewed emails, schedules, and spreadsheets in Case Logistix for documents to include in ▇ deposition binder (1.1); reviewed emails, schedules, and spreadsheets in Stratify for documents to include in ▇ deposition binder (.7). | 585.00 |
|---|---|---|---|---|
| 9/05/09 | CRW | 2.50 | Created two sets of binders for J. Zipfel in preparation of ▇ upcoming deposition. | 637.50 |
| 9/06/09 | JPZ | 3.20 | Reviewed emails, schedules, and spreadsheets in Stratify for documents to include in ▇ deposition binder (2.0); reviewed emails, schedules, and spreadsheets in Case Logistix for documents to include in ▇ deposition binder (1.2). | 1,040.00 |
| 9/07/09 | DCL | 1.80 | Reviewed C. Green email re inadvertently privileged document (.1); prepared for ▇ deposition (1.7). | 1,035.00 |
| 9/07/09 | JPZ | 8.20 | Reviewed emails, schedules, and spreadsheets in Stratify for documents to include in ▇ deposition binder (4.4); reviewed emails, schedules, and spreadsheets in Case Logistix for documents to include in ▇ deposition binder (.3); reviewed emails, schedules, and spreadsheets in Stratify for documents to include in ▇ deposition binder (2.6); reviewed flash summaries of Team 5 depositions (.9). | 2,665.00 |
| 9/07/09 | CRW | 2.40 | Prepared two binders for J. Zipfel in preparation of ▇ deposition. | 612.00 |
| 9/08/09 | RLB | .20 | Reviewed team report. | 160.00 |
| 9/08/09 | DRM | .50 | Read reports on depositions of ▇, ▇, ▇, ▇ and ▇. | 400.00 |
| 9/08/09 | VEL | 2.40 | Telephone conference with D. Layden re ▇ deposition (.2); telephone conference with D. Layden re results of deposition and questions for this week's depositions (.3); reviewed email from J. Eberhard re ▇ interview and clearing decisions (.2); reviewed materials circulated by team leaders re status of case and preparation for depositions (.4); skimmed deposition transcripts from week of September 7 (1.0); reviewed privilege document produced during discovery and telephone conference with D. Layden re same (.3). | 1,680.00 |

LAW OFFICES

# JENNER & BLOCK LLP

330 N. Wabash Avenue
CHICAGO, ILLINOIS  60611
(312) 222-9350

| Date | Init. | Hours | Description | Amount |
|------|-------|-------|-------------|--------|
| 9/08/09 | DCL | 8.10 | Reviewed G. Spencer email re deposition schedule (.1); participated in ██████ deposition (7.7); reviewed W. Hine letter re Barclays' designations under confidentiality order (.1); reviewed G. Spencer email re ██████████ deposition (.1); emailed V. Lazar re same (.1). | 4,657.50 |
| 9/08/09 | JPZ | 7.90 | Reviewed emails, schedules, and spreadsheets in Stratify for documents to include in ██████ binder (4.3); conducted second level review of ████████ binder (.5); conducted second level review of ██████ binder (.4); reviewed team reports (.1); drafted email to D. Layden re depositions this week (.6); prepared for various depositions this week (1.6); conducted final review of ██ ████ binder (.2); conducted final review of ██████ binder (.2). | 2,567.50 |
| 9/08/09 | AMR | .50 | Reviewed ██████, ████████, and ██████ deposition binders for clawback documents for J. Zipfel. | 80.00 |
| 9/09/09 | RLB | .20 | Reviewed team report. | 160.00 |
| 9/09/09 | VEL | 3.70 | Reviewed daily reports (.2); telephone conference with D. Layden re fact sheets for Debtor entities and follow up with C. Bell and K. Hupila re same (.3); telephone conference with D. Layden re coordination of Thursday and Friday depositions and preparation materials (.2); reviewed flash summaries of ██████ and ████ (.5); telephone conference with P. Trostle re ██████ deposition (.3); reviewed ██████ to ██████ and follow up re same (.2); reviewed various materials circulated by teams re background for Team 5 report, including ████████████ ████████████ (.8); skimmed ██████ on ██████ and ████ (.5); reviewed memorandum summarizing ████████████ (.4); reviewed materials circulated with daily reports (.3). | 2,590.00 |

LAW OFFICES

# JENNER & BLOCK LLP

330 N. Wabash Avenue
CHICAGO, ILLINOIS  60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 9/09/09 | DCL | 4.90 | Reviewed ███████ email to ████ re ████████ ███████ (.1); conferred with V. Lazar re depositions (.2); drafted daily report (.1); reviewed consolidated daily report (.1); conferred with J. Zipfel re depositions (.3); reviewed ██████ emails re confidentiality designations and potentially privileged document (.3); prepared flash summary of ██████ deposition (1.7); prepared for ██████ deposition (2.1). | 2,817.50 |
| 9/09/09 | KKH | .30 | Gave status update of legal entity analysis to V. Lazar and D. Layden (.1); corresponded with C. Joshi of Duff & Phelps re assembly of materials for the legal entity analysis (.2). | 97.50 |
| 9/09/09 | JPZ | 10.40 | Reviewed emails, schedules, and spreadsheets in Stratify for documents to include in ██████ binder (1.3); conferred with D. Layden re this week's depositions (.6); prepared for ██████ and ██████ depositions (4.6); reviewed emails, schedules, and spreadsheets in Stratify for documents to include in ████ binder (.9); reviewed team reports (1.6); reviewed ██████ deposition binder to prepare for ██████ deposition (1.4). | 3,380.00 |
| 9/09/09 | AMR | 1.20 | Reviewed ██████ and ██████ deposition binders for clawback documents for J. Zipfel (.5); downloaded Stratify and Case Logistix documents for J. Zipfel for ██ deposition binder (.6); corresponded with Pitney re production of ████ binder for J. Zipfel (.1). | 192.00 |
| 9/10/09 | RLB | .50 | Reviewed team report (.2); reviewed Debtors' discovery requests of Barclays (.3). | 400.00 |
| 9/10/09 | DRM | .30 | Read summary of deposition of ██████. | 240.00 |

LAW OFFICES

## JENNER & BLOCK LLP
330 N. Wabash Avenue
CHICAGO, ILLINOIS 60611
(312) 222-9350

| Date | Init | Hours | Description | Amount |
|------|------|-------|-------------|--------|
| 9/10/09 | VEL | 2.60 | Attended weekly call with Duff & Phelps (.5); office conference with D. Layden and J. Zipfel re ▮▮▮▮ and ▮▮▮▮ depositions (.3); reviewed daily report (.2); reviewed agenda for meeting (.2); office conference with R. Byman re Duff & Phelps assignment description for government and follow up re same (.4); email with ▮▮▮ re information for securities reconciliation (.2); telephone conference with M. Basil re preparation for deposition (.2); emails with K. Hupila re Duff & Phelps update and ▮▮▮▮ (.2); office conference with H. McArn re employee staffing (.2); reviewed ▮▮▮▮ witness interview outline (.2). | 1,820.00 |
| 9/10/09 | DCL | 7.90 | Drafted daily report (.2); reviewed consolidated daily report (.2); participated in ▮▮▮ deposition (7.4); reviewed K. Hupila email re legal entity analysis (.1). | 4,542.50 |
| 9/10/09 | KKH | .90 | Reviewed Debtor entity descriptions and financial statements compiled by Duff & Phelps (.6); discussed same with T.C. Fleming and C. Joshi of Duff & Phelps to identify source materials (.3). | 292.50 |
| 9/10/09 | JPZ | 10.70 | Attended ▮▮▮▮ deposition (7.5); conferred with D. Layden and V. Lazar re current status of investigation (.4); began drafting flash summary of ▮▮▮▮ deposition (2.8). | 3,477.50 |
| 9/11/09 | RLB | .20 | Reviewed team report. | 160.00 |
| 9/11/09 | VEL | 6.40 | Office conference with P. Trostle re upheld witness interview and reviewed flash summary (.4); office conference with M. Hankin re ▮▮▮ interview and reviewed flash summary (.4); prepared for and attended deposition of ▮▮▮ (4.5); office conference with D. Layden re ▮▮▮ deposition (.3); reviewed fact sheets forwarded by C. Bell (.3); reviewed daily report (.2); office conference with J. Zipfel re documents to include in ▮▮▮ package of materials and email re same (.3). | 4,480.00 |
| 9/11/09 | DCL | 6.70 | Drafted daily report (.1); participated in ▮▮▮ deposition (6.3); met with V. Lazar re depositions (.3). | 3,852.50 |
| 9/11/09 | CEB | 4.60 | Worked on Debtor entity fact sheets for V. Lazar and D. Layden. | 1,840.00 |

LAW OFFICES

## JENNER & BLOCK LLP
330 N. Wabash Avenue
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 9/11/09 | KKH | .90 | Reviewed legal entity descriptions and financial statements compiled by Duff & Phelps. | 292.50 |
|---|---|---|---|---|
| 9/11/09 | JPZ | 8.50 | Drafted flash summary of ███████ deposition (3.6); edited flash summary of ██████ deposition (1.2); reviewed emails, schedules, and spreadsheets in Stratify for documents to include in ███████ binder (3.3); searched for and passed along a ██████████ email to P. Trostle (.4). | 2,762.50 |
| 9/12/09 | RLB | .90 | Reviewed team report (.1); reviewed summaries of Debtors' depositions (.8). | 720.00 |
| 9/12/09 | VEL | 2.40 | Reviewed materials circulated by team leaders, including Duff & Phelps ██████████ memorandum, ██████ ████████ articles re ████████████ and other background materials (.4); reviewed ████████ interview memorandum (.3); reviewed ████████ interview memorandum (.3); reviewed ████████ flash summary, ████████████ flash summary, ██████████████████████████████, and ████████ flash summary (1.0); reviewed daily report (.2); reviewed ████████ flash summary (.2). | 1,680.00 |
| 9/12/09 | DCL | 1.70 | Drafted daily report (.1); reviewed consolidated daily report (.2); emailed J. Zipfel and V. Lazar re ████████ deposition (.2); reviewed J. Zipfel response (.1); reviewed transcript of ████████ deposition (1.1). | 977.50 |
| 9/12/09 | JPZ | 8.00 | Reviewed ████████ binder to prepare for ████████ deposition (1.2); attended ████████ deposition (6.0); reviewed notes from ████████ deposition (.8). | 2,600.00 |
| 9/13/09 | DCL | 2.30 | Reviewed M. Hankin email re ████████ interview (.1); emailed K. Hupila re same (.1); reviewed response (.1); emailed M. Hankin (.1); prepared questions for ██ ████████ interview (1.8); emailed M. Hankin re same (.1). | 1,322.50 |
| 9/14/09 | RLB | .40 | Office conference with D. Layden re status of Team 5 investigation and possibility of interim report. | 320.00 |

LAW OFFICES

**JENNER & BLOCK LLP**
330 N. Wabash Avenue
CHICAGO, ILLINOIS 60611
(312) 222-9350

Page 318

| | | | | |
|---|---|---|---|---:|
| 9/14/09 | VEL | 2.10 | Office conference with D. Layden, J. Zipfel and K. Hupila re secondary corporate analysis (.5); reviewed follow up emails from K. Hupila re proposed additional interviews (.2); skimmed complete set of deposition exhibits (1.0); office conference with D. Layden re JPMorgan witnesses (.2); skimmed materials distributed by team leaders (.2). | 1,470.00 |
| 9/14/09 | DCL | 6.60 | Reviewed R. Byman summary of meeting ███████ ██████████████ (.2); emailed V. Lazar and R. Byman re same (.2); reviewed flash summary of ██████ interview (.2); met with V. Lazar, K. Hupila, and J. Zipfel re status of investigation and tasks going forward (.8); drafted and revised outline of Report (5.2). | 3,795.00 |
| 9/14/09 | KKH | 1.60 | Met with V. Lazar, D. Layden, and J. Zipfel to receive new assignment re review of Debtor entity employees' emails to identify Debtor entity functions (.8); met with J. Zipfel to discuss how to access and review same (.8). | 520.00 |
| 9/14/09 | JPZ | 8.00 | Began drafting flash summary of ██████ deposition (3.0); reviewed ██████ deposition transcript (2.8); reviewed team reports (.2); conferred with D. Layden re next assignments (.5); conferred with D. Layden, V. Lazar, and K. Hupila re status of investigation and next assignments (.9); discussed document review of affiliate custodians with K. Hupila (.6). | 2,600.00 |
| 9/15/09 | RLB | 1.50 | Reviewed team report (.1); reviewed Rule 60(b) filings re Barclays sale (1.4). | 1,200.00 |
| 9/15/09 | DRM | .80 | Read reports of Debtor's Rule 60(b) motion re Barclays Sale and initial review of pleadings filed by Debtor and circulated same (.4); memorandum from D. Layden re same (.1); memoranda to D. Layden and V. Lazar re additional filings and brief review of case set (.3). | 640.00 |
| 9/15/09 | VEL | 1.50 | Skimmed Rule 60 motions filed by committee, Debtor and SIPC Trustee (.8); reviewed daily report (.2); telephone conference with D. Layden re evaluation of Rule 60 motions (.2); reviewed proposed outline for ██ ████████ and email re same (.3). | 1,050.00 |

## JENNER & BLOCK LLP
330 N. Wabash Avenue
CHICAGO, ILLINOIS 60611
(312) 222-9350

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 9/15/09 | DCL | 9.80 | Reviewed H. Hume and R. Byman emails re conference call (.2); conferred with R. Byman and V. Lazar re same (.3); reviewed ████ flash summary (.1); drafted daily report (.1); reviewed consolidated daily report (.1); reviewed Rule 60 motions (3.2); participated in conference call with T.C. Fleming, J. Pimbley, V. Lazar, and K. Hupila re status of outstanding Duff & Phelps deliverables (.5); reviewed draft outline for ████ interview (.2); telephone conference with R. Byman re same (.1); reviewed V. Lazar email re same (.1); participated in call with R. Byman, J. Schiller, H. Hume, and J. Stern re Barclays' position with respect to Rule 60 motions (.8); drafted additional questions for ████ interview (.5); drafted and revised outline of Report (3.6). | 5,635.00 |
| 9/15/09 | KKH | 1.60 | Participated in conference call with D. Layden and representatives from Duff & Phelps to discuss further items needed for completion of the legal entity evaluation (.3); reviewed documents from ████ email to identify documents that describe ████ ████ (1.3). | 520.00 |
| 9/15/09 | JPZ | 9.40 | Drafted flash summary of ████ deposition (1.0); finished reviewing ████ deposition transcript (.5); edited flash summary of ████ deposition (1.4); reviewed emails, spreadsheets, and schedules in Case Logistix for documents to include in Barclays binder (6.4); conferred with D. Layden re Barclays document review (.1). | 3,055.00 |
| 9/15/09 | LEW | 4.50 | Reviewed and organized documents re Barclays productions and assembled binder for review by J. Zipfel and K. Hupila. | 720.00 |
| 9/15/09 | MRS | .40 | Obtained recently-filed documents from court docket for review by J. Zipfel. | 108.00 |
| 9/15/09 | CRW | .50 | Reviewed L. Wang's Barclays production memorandum, made edits then submitted to J. Zipfel for review. | 127.50 |
| 9/16/09 | RLB | 1.00 | Reviewed team report (.1); reviewed Rule 60(b) filings re Barclays sale (.9). | 800.00 |

## JENNER & BLOCK LLP
330 N. Wabash Avenue
CHICAGO, ILLINOIS 60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 9/16/09 | DRM | .10 | Read memorandum from A. Valukas re further discussion of Debtors' complaint against Barclays in response to same. | 80.00 |
| 9/16/09 | VEL | 1.90 | Reviewed daily reports (.2); emails with D. Layden and R. Byman re J. Stern recommendation re ▮▮▮ re-interview (.2); email to ▮▮▮ re rescheduling interview (.2); reviewed correspondence re confidentiality order (.2); telephone conference with D. Layden re ▮▮▮ letter and reviewed same (.3); email to J. Tecce re Houlihan Lokey personnel interviews (.2); telephone conference with D. Layden re remaining witness interviews and cancellation of redundant interviews (.4); emails with ▮▮▮ re follow up on identification of additional witnesses (.2). | 1,330.00 |
| 9/16/09 | DCL | 7.60 | Reviewed J. Stern email re ▮▮▮ (.1); drafted daily report (.2); reviewed consolidated daily report (.1); reviewed R. Gaffey email re Barclays' confidentiality designations (.1); conferred with K. Hupila re legal entity director email review and interviews (.3); drafted email to M. Hankin re interviews (.1); reviewed responses (.2); reviewed flash summary of ▮▮▮ interview (.1); reviewed Committee and SIPA trustee Rule 60 motions (1.8); drafted and revised outline of Report (4.6). | 4,370.00 |
| 9/16/09 | KKH | 3.30 | Reviewed documents re ▮▮▮ emails to identify ▮▮▮ (3.1); coordinated production requests re same (.1); conferred with D. Layden re coordination of question submission for upcoming witness interviews that are relevant to the legal entity analysis (.1). | 1,072.50 |
| 9/16/09 | JPZ | 8.90 | Reviewed emails, spreadsheets, and schedules in Case Logistix for documents to include in Barclays binder (6.4); reviewed Trustee's Rule 60(b) motion (2.2); reviewed team reports (.3). | 2,892.50 |
| 9/16/09 | CRW | 2.50 | Pulled, bates stamped and bound documents from Stratify for K. Hupila in preparation of ▮▮▮ interview. | 637.50 |
| 9/17/09 | RLB | .10 | Reviewed team report. | 80.00 |

LAW OFFICES

**JENNER & BLOCK LLP**

330 N. Wabash Avenue
CHICAGO, ILLINOIS 60611
(312) 222-9350

Page 321

| 9/17/09 | VEL | 1.40 | Attended team meeting, partial (.7); reviewed daily report (.2); reviewed K. Hupila Team 5 questions for ▇ and follow up re ▇▇ (.2); reviewed K. Hupila interview questions for multiple witnesses and emails re same (.3). | 980.00 |
|---------|-----|------|------|--------|
| 9/17/09 | DCL | 9.90 | Drafted daily report (.1); drafted email to M. Basil and P. Trostle re ▇▇ (.2); reviewed flash summary of ▇ interview (.1); reviewed K. Hupila emails re upcoming interviews relevant to legal entity analysis (.4); reviewed ▇▇ flash summary (.2); reviewed ▇▇ flash summary (.2); drafted and revised outline of Report (8.7). | 5,692.50 |
| 9/17/09 | KKH | 4.40 | Drafted Team 5 witness interview outlines for upcoming Lehman subsidiary director interviews (2.1); circulated same to other teams that are responsible for each interview (.8); reviewed documents re ▇▇ emails to identify ▇▇ (1.5). | 1,430.00 |
| 9/17/09 | JPZ | 9.30 | Reviewed emails, spreadsheets, and schedules in Case Logistix for documents to include in Barclays binder (5.8); reviewed Trustee's Rule 60(b) motion (.4); reviewed ▇▇ letter (.7); reviewed team reports (.1); reviewed Debtor's Rule 60(b) motion (1.6); reviewed Barclays cover letter binder (.7). | 3,022.50 |
| 9/18/09 | RLB | 1.00 | Reviewed proof outline. | 800.00 |
| 9/18/09 | VEL | 1.70 | Reviewed daily reports (.2); attended call with Duff & Phelps re update on securities and corporate tracing projects (.7); telephone conference with D. Layden re coordination of transcript reviews and outline of report preparation (.3); telephone conference with D. Layden re Houlihan interviews and schedule (.2); skimmed outline prepared by D. Layden (.3). | 1,190.00 |
| 9/18/09 | DCL | 5.70 | Drafted daily report (.1); reviewed draft outline of ▇ interview (.2); reviewed consolidated daily report (.1); conferred with J. Tecce re Houlihan interviews (.1); emailed V. Lazar re same (.1); participated in conference call with T.C. Fleming, J. Pimbley, J. Jacobs, V. Lazar, and K. Hupila re outstanding Duff & Phelps deliverables (.7); reviewed ▇▇ flash summary (.2); identified key portions of depositions for Report (4.2). | 3,277.50 |

LAW OFFICES

## JENNER & BLOCK LLP
330 N. Wabash Avenue
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 9/18/09 | KKH | 1.30 | Reviewed documents re ▮▮▮▮▮ emails to identify ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. | 422.50 |
| 9/18/09 | JPZ | 9.10 | Reviewed emails, spreadsheets, and schedules in Case Logistix for documents to include in Barclays binder (6.5); reviewed team reports (.1); reviewed Debtor's Rule 60(b) motion (.9); reviewed ▮▮▮▮▮ binder (.4); reviewed Refco Examiner Report (1.2). | 2,957.50 |
| 9/18/09 | LEW | .20 | Prepared D. Layden case materials for upcoming witness interviews. | 32.00 |
| 9/19/09 | DCL | .20 | Drafted daily report (.1); reviewed consolidated daily report (.1). | 115.00 |
| 9/19/09 | JPZ | 5.90 | Reviewed emails, spreadsheets, and schedules produced by Barclays in Case Logistix for documents to include in Barclays binder. | 1,917.50 |
| 9/20/09 | KKH | 3.30 | Reviewed documents re ▮▮▮▮▮ email to identify ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. | 1,072.50 |
| 9/20/09 | JPZ | 4.00 | Reviewed emails, spreadsheets, and schedules produced by Barclays in Case Logistix for documents to include in Barclays binder. | 1,300.00 |
| 9/21/09 | RLB | .30 | Reviewed proof outline. | 240.00 |
| 9/21/09 | VEL | 1.10 | Telephone conference with D. Layden re interviews of Houlihan Lokey personnel, relevant documents and skimmed same (.4); email with ▮▮▮▮▮ re ▮▮▮▮▮ ▮▮▮▮▮ (.1); reviewed ▮▮▮▮▮ outline and email with D. Layden and K. Hupila re additional questions (.3); skimmed materials distributed by team leaders (.3). | 770.00 |
| 9/21/09 | KW | 1.50 | Worked on editing Team 5 deposition exhibit information responsive to instructions from C. Murray. | 255.00 |
| 9/21/09 | DCL | 7.10 | Reviewed L. Manheimer email re document production (.1); reviewed flash summary of ▮▮▮▮▮ interview (.1); emailed V. Lazar and K. Hupila re Team 5 questions for upcoming interviews (.3); drafted Report re Barclays investigation (6.6). | 4,082.50 |

### JENNER & BLOCK LLP
330 N. Wabash Avenue
CHICAGO, ILLINOIS 60611
(312) 222-9350

| Date | Initials | Hours | Description | Amount |
|------|----------|-------|-------------|--------|
| 9/21/09 | KKH | 1.40 | Coordinated production of documents re ▮▮▮▮ emails (.1); drafted Team 5's questions for ▮▮▮▮ interview and circulated same (.4); reviewed documents re ▮▮▮▮ email to evaluate ▮▮▮▮ ▮▮▮▮ (.9). | 455.00 |
| 9/21/09 | JPZ | 8.80 | Reviewed emails, spreadsheets, and schedules in Case Logistix for documents to include in Barclays binder (8.0); reviewed team reports (.1); reviewed ▮▮▮▮ binder (.5); conferred with D. Layden re status of document review assignment (.2). | 2,860.00 |
| 9/21/09 | CRW | 2.90 | Pulled and stamped documents form Stratify, then created a binder for K. Hupila in preparation of ▮▮▮▮ interview. | 739.50 |
| 9/21/09 | WB | 6.80 | Searched Case Logistix and Stratify to reference key documents re Barclays (2.8); imaged and prepared documents for bates stamping (1.3); organized and assembled documents for J. Zipfel review (2.7). | 1,734.00 |
| 9/22/09 | RLB | .80 | Reviewed team report (.2); reviewed proof outline (.6). | 640.00 |
| 9/22/09 | VEL | 1.60 | Reviewed daily report (.2); skimmed document request and proposed schedule from Boies Schiller (.3); office conference with D. Layden re outline update and interviews (.3); telephone conference with D. Layden re potential impact of Rule 60 motions (.3); attended weekly call (.5). | 1,120.00 |
| 9/22/09 | KW | 1.80 | Worked on preparation of deposition exhibit database for attorney review. | 306.00 |
| 9/22/09 | DCL | 7.00 | Drafted daily report (.1); reviewed consolidated daily report (.1); conferred with M. Basil re ▮▮▮▮ (.3); reviewed ▮▮▮▮, ▮▮▮▮, and ▮▮▮▮ flash summaries (.3); reviewed Barclays' discovery directed to the Debtors, the Committee, and the SIPA trustee (.3); drafted report (5.1); participated in call with J. Pimbley, T.C. Fleming, and V. Lazar re status of Duff & Phelps' deliverables (.8). | 4,025.00 |

# JENNER & BLOCK LLP

330 N. Wabash Avenue
CHICAGO, ILLINOIS 60611
(312) 222-9350

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 9/22/09 | KKH | 1.80 | Reviewed documents re ███████ email to identify ██████████████████████████ (1.7); provided D. Layden with status update as to results of legal entity analysis (.1). | 585.00 |
| 9/22/09 | JPZ | 10.00 | Reviewed in Case Logistix emails, spreadsheets, and schedules produced by Barclays for documents to include in Barclays binder (8.8); reviewed team reports (.1); reviewed ████████ binder (.6); conferred with D. Layden re Team 5 proof outline (.2); conferred with C. Ward re Barclays production (.3). | 3,250.00 |
| 9/22/09 | CRW | .30 | Conferred with J. Zipfel and W. Bradford re best practice for pulling native excel files for use in Team 5 proof outline. | 76.50 |
| 9/22/09 | WB | 5.80 | Continued organizing and assembling Barclays key documents (3.9); searched and retrieved Stratify for the native key documents re excel documents for J. Zipfel review (1.9). | 1,479.00 |
| 9/23/09 | VEL | 2.30 | Reviewed daily report (.2); office conference with D. Layden re preparation of outlines for interviews (.4); emails with T. Hummel and committee re scheduling interviews (.2); office conference with D. Layden re Rule 60 impact on report (.4); reviewed correspondence re docket request and schedule on Rule 60 motion (.3); reviewed H. McArn email to Alvarez & Marsal re formal Team 5 request for assistance on securities tracing and follow up with H. McArn and T.C. Fleming re same (.4); reviewed ████████ flash summary (.2); follow up with D. Layden and K. Hupila re LBI subsidiary director interviews (.2). | 1,610.00 |
| 9/23/09 | KW | 4.50 | Worked on preparation of deposition exhibit database per C. Murray's instructions. | 765.00 |

LAW OFFICES

## JENNER & BLOCK LLP

330 N. Wabash Avenue
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 9/23/09 | DCL | 5.80 | Reviewed Barclays' document subpoenas (.2); drafted daily report (.2); reviewed consolidated daily report (.1); reviewed Duff & Phelps request to Alvarez & Marsal (.2); conferred with V. Lazar re same (.2); reviewed V. Lazar and T.C. Fleming emails re same (.2); reviewed ████████, ████████, and flash summaries (.5); reviewed ████████ interview outline (.2); reviewed S. Biller and M. Basil emails re ████████ interview (.3); emailed M. Basil and S. Biller re same (.3); emailed V. Lazar re legal entity director interviews (.2); drafted Report re Barclays' investigation (3.2). | 3,335.00 |
| 9/23/09 | KKH | 6.60 | Reviewed documents re ████████ emails to identify ████████ (5.8); reviewed documents collected by J. Zipfel from ████████ and ████████ emails re same (.8). | 2,145.00 |
| 9/23/09 | JPZ | 9.40 | Reviewed in Case Logistix emails, spreadsheets, and schedules produced by Barclays for documents to include in Barclays binder (8.3); reviewed team reports (.1); conferred with D. Layden re status of review of Barclays documents (.2); conferred with D. Layden re current working theories on Lehman transaction (.3); corresponded with S. Biller re ████████ documents in Stratify (.5). | 3,055.00 |
| 9/24/09 | DRM | .90 | Discussed scope of Barclays report with V. Lazar and D. Layden (.5); read motion filed by Official Creditors Committee to unseal Rule 60(b) motion filed by Debtors and the Committee against Barclays Bank (.4). | 720.00 |

LAW OFFICES
# JENNER & BLOCK LLP
330 N. Wabash Avenue
CHICAGO, ILLINOIS  60611
(312) 222-9350

| 9/24/09 | VEL | 3.30 | Reviewed daily reports (.2); attended weekly team meeting (.7); office conference with D. Layden re Rule 60 follow up, correspondence re interviews, and preparation of recommendation for A. Valukas, et al. (.5); office conference with D. Layden and K. Hupila re preparation of report sections concerning non LBI Debtor entities (.5); telephone conference with T. Hummel re ███████ interview, telephone conference with M. Hankin re same, and follow up with T. Hummel re reason for exclusion (.5); reviewed ██████ flash summary (.2); reviewed letter to Judge Peck re proposed stipulation and scheduling (.2); prepared draft email re evaluation of impact of various Rule 60 motions (.5). | 2,310.00 |
| --- | --- | --- | --- | --- |
| 9/24/09 | KW | 2.00 | Worked on preparation of deposition exhibit database per C. Murray's instructions. | 340.00 |
| 9/24/09 | DCL | 5.70 | Reviewed ████████, ██████, ████████, ██████, and ██████ flash summaries (.7); drafted daily report (.2); reviewed consolidated daily report (.1); met with V. Lazar and K. Hupila re legal entity analysis (.7); reviewed ██████ interview outline (.2); emailed V. Lazar re same (.1); reviewed Committee motion to unseal Rule 60 motions, and SIPA trustee's joinder (.4); drafted Report re Barclays' investigation (3.3). | 3,277.50 |
| 9/24/09 | KKH | 6.50 | Met with V. Lazar and D. Layden re status of legal entity analysis and strategy for drafting report section re same (.4); reviewed documents re ██████ email to identify ███████████████████ (.5); coordinated production of documents re same (.2); reviewed documents re ██████ email to identify ████████████████████ (5.4). | 2,112.50 |
| 9/24/09 | JPZ | 7.50 | Reviewed in Case Logistix emails, spreadsheets, and schedules produced by Barclays for documents to include in Barclays binder (7.0); reviewed team reports (.2); conferred with D. Layden re status of review of Barclays documents (.3). | 2,437.50 |
| 9/25/09 | RLB | .10 | Reviewed team report. | 80.00 |

LAW OFFICES
**JENNER & BLOCK LLP**
330 N. Wabash Avenue
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 9/25/09 | VEL | 2.00 | Reviewed daily reports (.2); office conference with D. Layden re Report outline and adding content (.3); attended conference call with Duff & Phelps re securities analysis and balance sheet review (.5); emails re ▇ outline additions (.2); telephone conference with J. Tecce re Houlihan interviews (.2); follow up with T. Hummel re ▇ interview (.2); office conference with K. Hupila re preparation of outlines for ▇ interview (.4). | 1,400.00 |
| 9/25/09 | KW | 1.00 | Worked on preparation of deposition exhibit database per C. Murray's instructions. | 170.00 |
| 9/25/09 | DCL | 5.70 | Reviewed ▇ flash summary (.1); emailed V. Lazar re questions for ▇ (.3); drafted daily report (.1); reviewed consolidated daily report (.2); emailed R. Byman re ▇ interview (.1); drafted Report re Barclays' investigation (4.9). | 3,277.50 |
| 9/25/09 | KKH | 2.70 | Met with V. Lazar and D. Layden re preparation for upcoming witness interviews with ▇ and ▇ (.3); participated in conference call with V. Lazar, D. Layden, and Duff & Phelps representatives re status of securities tracing and legal entity analyses (.3); reviewed documents re ▇ emails to identify ▇ (2.1). | 877.50 |
| 9/25/09 | JPZ | 8.90 | Reviewed in Case Logistix emails, spreadsheets, and schedules produced by Barclays for documents to include in Team 5's interim report (8.1); reviewed team reports (.1); reviewed emails, spreadsheets, and schedules in Stratify for documents to include in ▇ witness interview binder. (.5); conferred with D. Layden re Lazard document review (.2). | 2,892.50 |
| 9/26/09 | DCL | .20 | Drafted daily report (.1); reviewed consolidated daily report (.1). | 115.00 |
| 9/26/09 | KKH | 3.20 | Reviewed documents re ▇ emails to identify ▇. | 1,040.00 |

LAW OFFICES

**JENNER & BLOCK LLP**

330 N. Wabash Avenue
CHICAGO, ILLINOIS  60611
(312) 222-9350

Page 328

| Date | Initials | Hours | Description | Amount |
|------|----------|-------|-------------|--------|
| 9/26/09 | JPZ | 2.80 | Reviewed emails, spreadsheets, and schedules in Case Logistix for documents to include in ▮▮▮▮ witness interview binder (.3); reviewed emails, spreadsheets, and schedules in Stratify for documents to include in ▮▮▮▮ witness interview binder (.7); reviewed emails, spreadsheets, and schedules in Case Logistix for documents to include in ▮▮▮▮ witness interview binder (1.8). | 910.00 |
| 9/27/09 | VEL | 3.40 | Reviewed remainder of ▮▮▮▮ deposition (.5); reviewed consolidated report from Thursday, Friday and Saturday (.5); reviewed correspondence between Boies Schiller and Jones Day re 2004 document productions (.2); reviewed flash summaries and materials circulated by team leaders, et al., including ▮▮▮▮ communication from J. Stern, correspondence re confidentiality designations and bringing matter to court, ▮▮▮▮ flash summary, ▮▮▮▮ flash summary, ▮▮▮▮ flash summary, flash summary of ▮▮▮▮, flash summary of ▮▮▮▮, ▮▮▮▮ flash summary, ▮▮▮▮ flash summary, ▮▮▮▮ flash summary, ▮▮▮▮ flash summary, ▮▮▮▮ flash summary, ▮▮▮▮ flash summary, ▮▮▮▮ flash summary, ▮▮▮▮ flash summary, ▮▮▮▮ flash summary, ▮▮▮▮ flash summary, ▮▮▮▮ summary and ▮▮▮▮ summary (2.2). | 2,380.00 |
| 9/27/09 | DCL | .30 | Emailed J. Zipfel re ▮▮▮▮ documents (.1); emailed K. Hupila re legal entity analysis (.1); reviewed ▮▮▮▮ flash summary (.1). | 172.50 |
| 9/27/09 | JPZ | 3.30 | Reviewed emails, spreadsheets, and schedules in Case Logistix for documents to include in ▮▮▮▮ witness interview binder. | 1,072.50 |
| 9/27/09 | WB | 4.00 | Searched Stratify and Case Logistix for ▮▮▮▮ and ▮▮▮▮ key documents (.5); imaged and bates stamped documents (2.5); organized and assembled documents for duplicating and attorney review (1.0). | 1,020.00 |

LAW OFFICES
Page 329
**JENNER & BLOCK LLP**
330 N. Wabash Avenue
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 9/28/09 | VEL | 5.10 | Reviewed ▮▮▮▮ and ▮▮▮▮ transcripts, Rule 60 motions and related materials re preparation for ▮▮▮ ▮▮▮ interview, and prepared outline re same (4.0); office conference with D. Layden re report drafting tasks (.2); reviewed contract attorney task/document review list (.2); reviewed ▮▮▮▮ flash summary of interview (.2); reviewed ▮▮▮▮ settlement letter and emails with D. Layden re same, potential duties and questions for ▮▮▮▮ deposition (.5). | 3,570.00 |
| 9/28/09 | KW | 4.00 | Worked on preparation of deposition exhibit database per C. Murray's instructions. | 680.00 |
| 9/28/09 | DCL | 7.70 | Met with J. Zipfel re review of ▮▮▮▮ documents (.4); reviewed same (.5); emailed V. Lazar re questions for ▮▮ interview and re documents (.5); drafted questions (.8); emailed J. Epstein re same (.1); drafted Report re Barclays' investigation (5.4). | 4,427.50 |
| 9/28/09 | KKH | 4.80 | Drafted narrative description of Debtor entities for report (3.9); conferred with D. Layden re preparation for upcoming ▮▮▮▮ and ▮▮▮▮ interviews (.1); coordinated production of ▮▮▮▮ emails re ▮▮▮▮ ▮▮▮▮ (.2); coordinated production of copies of all emails collected to identify ▮▮▮▮ ▮▮▮▮ for D. Layden's review (.2); prepared ▮▮▮▮ emails for review re ▮▮▮▮ (.4). | 1,560.00 |
| 9/28/09 | JPZ | 9.40 | Reviewed in Case Logistix emails, spreadsheets, and schedules produced by Barclays for documents to include in Team 5's interim report (6.7); reviewed team reports (.1); corresponded with C. Ward re Barclays production (.2); reviewed the ▮▮▮▮ witness interview binder (.3); reviewed the ▮▮▮▮ witness interview binder (.9); reviewed in Case Logistix emails, spreadsheets, and schedules re ▮▮▮▮ for documents to include in the ▮▮▮▮ interview binder (1.2). | 3,055.00 |
| 9/28/09 | CRW | 1.90 | Created two binders of documents for K. Hupila in preparation of ▮▮▮▮ interview. | 484.50 |

## JENNER & BLOCK LLP
330 N. Wabash Avenue
CHICAGO, ILLINOIS 60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 9/28/09 | WB | 1.00 | Reviewed key documents retrieved from Stratify re ▮ ▮ and ▮ for witness files (.3); organized and assembled documents for attorney review (.7). | 255.00 |
| 9/29/09 | RLB | .30 | Prepared memorandum to D. Adams re Examiner's position on Debtors' Rule 60 motion. | 240.00 |
| 9/29/09 | DRM | .10 | Conferred with V. Lazar re forthcoming Barclays interviews. | 80.00 |
| 9/29/09 | VEL | 6.10 | Reviewed daily report (.2); office conference with H. McArn re Duff & Phelps analysis (.2); prepared for and conducted ▮ interview (3.5); attended weekly call with Duff & Phelps re tracing and corporate identity analysis status (.5); emails and telephone conference with D. Layden re ▮ (.4); reviewed witness list from ▮ and office conference with K. Hupila and telephone conference with D. Layden re review of same (.3); email to team leaders re ▮ interview (.2); updated memorandum re ▮ (.3); telephone conferences with D. Layden re Report drafting (.2); office conference with K. Hupila re analysis for Report (.3). | 4,270.00 |
| 9/29/09 | KW | 2.50 | Worked on preparation of deposition exhibit database per C. Murray's instructions. | 425.00 |
| 9/29/09 | DCL | 6.10 | Emailed J. Epstein re use of document in ▮ interview (.3); drafted daily report (.1); reviewed consolidated daily report (.1); emailed V. Lazar re ▮ project (.3); drafted Report re Barclays' investigation (5.3). | 3,507.50 |
| 9/29/09 | KKH | 8.10 | Attended and took notes at interview with ▮ of Houlihan Lokey (2.1); drafted interview summary re same (2.3); attended conference call with V. Lazar, D. Layden, and Duff & Phelps representatives re securities tracing analysis and balance sheet review (.3); reviewed documents re ▮ emails to identify ▮ (3.2); met with H. McArn re coordination of Team 2 and Team 5 legal entity analyses (.2). | 2,632.50 |

LAW OFFICES
### JENNER & BLOCK LLP
330 N. Wabash Avenue
CHICAGO, ILLINOIS 60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 9/29/09 | JPZ | 9.10 | Reviewed in Case Logistix emails, spreadsheets, and schedules produced by Barclays for documents to include in Team 5's interim report (7.9); reviewed team reports (.1); conferred with D. Layden re LBI's short positions (.8); reviewed emails in Stratify for documents on LBI's short positions (.3). | 2,957.50 |
| 9/29/09 | CRW | 3.00 | Began creating a review binder of Barclays materials for J. Zipfel in preparation for upcoming interviews. | 765.00 |
| 9/30/09 | VEL | 7.90 | Reviewed daily report (.2); reviewed and commented on draft agenda (.2); telephone conference with D. Layden re decision tree issue (.3); email with ██████ re ██ ████ deposition (.2); emails with R. Byman re clearing witnesses and arranged for interviews (.6); reviewed A. Olejnik witness list and email re changes to same (.4); telephone conference with D. Layden re JPMorgan-Barclays theory and addressing same in report (.3); reviewed draft ████ interview notes (.4); emails with R. Marmer re potential questions for ████ (.2); telephone conference with P. Trostle and D. Layden re ████ letter explanation from deposition and issues with same (.3); reviewed ████ key documents and prepared outline for ████ interview (3.5); telephone conference with D. Layden re ████ deposition (.2); telephone conference with ████ re witnesses for interview (.3); office conference with K. Hupila and telephone conference with D. Layden re LEC witness list, evaluating same and preparing for closing set of interviews (.8). | 5,530.00 |
| 9/30/09 | KW | 5.00 | Worked on preparation of deposition exhibit database per C. Murray's instructions. | 850.00 |
| 9/30/09 | DCL | 6.20 | Drafted daily report (.1); reviewed consolidated daily report (.1); reviewed ████ flash summary (.1); conferred with V. Lazar and K. Hupila re additional interviews for legal entity analysis (.5); drafted Report re Barclays' investigation (5.4). | 3,565.00 |

LAW OFFICES

# JENNER & BLOCK LLP
330 N. Wabash Avenue
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 9/30/09 | KKH | 7.60 | Revised draft of ▮▮▮▮▮ interview memorandum (.9); participated in conference call with V. Lazar and D. Layden re coordination of interviews of additional employees of the Debtor entities (.3); reviewed documents re ▮▮▮▮▮ emails to identify ▮▮▮▮▮ ▮▮▮▮▮ (6.4). | 2,470.00 |
| 9/30/09 | JPZ | 8.00 | Reviewed in Case Logistix emails, spreadsheets, and schedules produced by Barclays for documents to include in Team 5's interim report (4.0); reviewed team reports (.1); reviewed emails, spreadsheets, and schedules in Stratify for documents re assets in Lehman newco (3.2); conferred with D. Layden re status of Team 5 investigation (.7). | 2,600.00 |
| | | 595.20 | PROFESSIONAL SERVICES | 253,010.50 |

| MATTER TOTAL | $ 253,010.50 | LESS DISCOUNT | -25,301.05 |

NET PROFESSIONAL SERVICES          227,709.45