**EXHIBIT B**

Summary of time and fees recorded from June 1, 2009- September 30, 2009

**Duff & Phelps**

Summary of Time Recorded From June 1, 2009 - September 30, 2009
For Services Provided to the Lehman Examiner

| Matter Number | Matter | Hours | Fees | Discounted Fees |
|---|---|---|---|---|
| 100 | Analysis of Risk Management | 1,228.8 | $682,445.50 | $614,200.95 |
| 200 | Asset Valuation | 3,654.5 | $2,243,362.50 | $2,019,026.25 |
| 300 | Bank and Other Third-Party Transactions | 2,653.7 | $1,567,562.00 | $1,410,805.80 |
| 400 | Barclays Transactions | 1,014.8 | $598,677.00 | $538,809.30 |
| 500 | Case Administration | 1,439.5 | $677,212.00 | $609,490.80 |
| 600 | Commercial and Residential Real Estate Analysis | 2,636.4 | $1,364,634.50 | $1,228,171.05 |
| 700 | Compensation | 983.6 | $492,594.50 | $443,335.05 |
| 800 | Cross-Team Communications, Planning and Coordination | 658.4 | $453,893.50 | $408,504.15 |
| 900 | Data and Document Management and Analysis | 1,684.7 | $847,238.50 | $762,514.65 |
| 1000 | Governance and Fiduciary Duty Issues | 4,335.5 | $2,237,219.00 | $2,013,497.10 |
| 1100 | Intercompany Transfers | 1,964.6 | $1,409,666.50 | $1,268,699.85 |
| 1200 | Liquidity, Credit, other Financial Analysis | 1,879.2 | $1,051,458.50 | $946,312.65 |
| 1300 | Non-Working Travel Time | 982.8 | $540,711.50 | $486,640.35 |
| 1500 | Solvency and Capital Adequacy | 2,656.5 | $1,453,716.50 | $1,308,344.85 |
| 1600 | Systems Analysis | 2,055.2 | $1,041,468.00 | $937,321.20 |
| 1700 | Witness Interviews | 1,363.6 | $900,109.50 | $810,098.55 |
| | **Total for June - September** | **31,191.8** | **$17,561,969.50** | **$15,805,772.55** |
| | Less: 50% of Non-Working Travel | | | ($243,320.18) |
| | Duff & Phelps' Adjusted Fees | | | $15,562,452.38 |
| | Blended Hourly Rate | | | $498.93 |

Exhibit B - Page 1