**<u>EXHIBIT C</u>**

Schedule of Professionals

**DUFF & PHELPS**

Summary of Time Recorded From June 1, 2009 - September 30, 2009
For Services Provided to the Lehman Examiner

| Professional | Rate[1] | Hours | Fee | Discounted Fees |
|---|---|---|---|---|
| **Managing Director** | | | | |
| Margaret Daley | $835 | 350.3 | $292,500.50 | $263,250.45 |
| Gregory Higgins | $835 | 35.5 | $29,642.50 | $26,678.25 |
| Jonathan Jacobs | $835 | 30.8 | $25,718.00 | $23,146.20 |
| Thomas Kabler | $835 | 202.7 | $169,254.50 | $152,329.05 |
| Kavin Katz | $835 | 14.3 | $11,940.50 | $10,746.45 |
| Erik Laykin | $835 | 409.1 | $341,598.50 | $307,438.65 |
| John Levitske | $835 | 85.3 | $71,225.50 | $64,102.95 |
| Paul Marcus | $835 | 574.8 | $479,958.00 | $431,962.20 |
| Raphael Newman | $835 | 15.9 | $13,276.50 | $11,948.85 |
| Michael O'Dowd | $835 | 50.8 | $42,418.00 | $38,176.20 |
| Daniel Patracuolla | $835 | 28.5 | $23,797.50 | $21,417.75 |
| Allen Pfeiffer | $835 | 760.7 | $635,184.50 | $571,666.05 |
| Joseph Pimbley | $955 | 739.4 | $706,127.00 | $635,514.30 |
| John Schrader | $955 | 45.9 | $43,834.50 | $39,451.05 |
| Michael Vitti | $835 | 748.6 | $625,081.00 | $562,572.90 |
| Adam Warren | $835 | 220.7 | $184,284.50 | $165,856.05 |
| **Managing Director Total** | | **4,313.30** | **$3,695,841.50** | **$3,326,257.35** |
| **Senior Advisor** | | | | |
| Karen Balmer | $835 | 886.5 | $740,227.50 | $666,204.75 |
| Roberto Mendoza | $835 | 1.5 | $1,252.50 | $1,127.25 |
| **Senior Advisor Total** | | **888.00** | **$741,480.00** | **$667,332.00** |
| **Director** | | | | |
| Jeffrey Andrews | $750 | 23.0 | $17,250.00 | $15,525.00 |
| Kelly Caputo | $750 | 18.7 | $14,025.00 | $12,622.50 |
| Jaime D'Almeida | $750 | 604.1 | $453,075.00 | $407,767.50 |
| TC Fleming | $750 | 717.7 | $538,275.00 | $484,447.50 |
| Celia Lawson | $750 | 597.2 | $447,900.00 | $403,110.00 |
| Robert Maxim | $800 | 702.2 | $561,760.00 | $505,584.00 |
| Marc Nadritch | $750 | 54.0 | $40,500.00 | $36,450.00 |
| Andrew Taddei | $800 | 720.3 | $576,240.00 | $518,616.00 |
| Ekaterina Timaeva | $750 | 196.1 | $147,075.00 | $132,367.50 |
| **Director Total** | | **3,633.3** | **$2,796,100.00** | **$2,516,490.00** |
| **Vice President** | | | | |
| Aijun Besio | $595 | 585.7 | $348,491.50 | $313,642.35 |
| Robert Erlich | $595 | 614.9 | $365,865.50 | $329,278.95 |
| Erin Fairweather | $595 | 122.5 | $72,887.50 | $65,598.75 |
| Seth Fliegler | $595 | 671.9 | $399,780.50 | $359,802.45 |
| Eugene Grinberg | $725 | 182.5 | $132,312.50 | $119,081.25 |
| Gary Hewitt | $595 | 431.0 | $256,445.00 | $230,800.50 |
| William Hrycay | $595 | 620.8 | $369,376.00 | $332,438.40 |
| Christopher Johnson | $595 | 45.3 | $26,953.50 | $24,258.15 |
| Chetan Joshi | $595 | 782.7 | $465,706.50 | $419,135.85 |

Exhibit C - Page 1

**DUFF & PHELPS**

| Professional | Rate[1] | Hours | Fee | Discounted Fees |
|---|---|---|---|---|
| Manasi Kapadia | $595 | 73.0 | $43,435.00 | $39,091.50 |
| Joe Leiwant | $595 | 840.8 | $500,276.00 | $450,248.40 |
| Cole Morgan | $595 | 910.0 | $541,450.00 | $487,305.00 |
| Jeremy Nanus | $595 | 46.8 | $27,846.00 | $25,061.40 |
| Nicolas Nunez | $595 | 61.2 | $36,414.00 | $32,772.60 |
| Santiago Rivera | $595 | 34.0 | $20,230.00 | $18,207.00 |
| Robert Sha | $595 | 225.3 | $134,053.50 | $120,648.15 |
| Anshul Shekhon | $595 | 297.5 | $177,012.50 | $159,311.25 |
| Joseph Thompson | $595 | 493.2 | $293,454.00 | $264,108.60 |
| Wai Yip | $595 | 40.6 | $24,157.00 | $21,741.30 |
| **Vice President Total** | | **7,079.7** | **$4,236,146.50** | **$3,812,531.85** |
| **Senior Associate** | | | | |
| Orie Attas | $450 | 192.2 | $86,490.00 | $77,841.00 |
| Aya Bellicha | $450 | 453.3 | $203,985.00 | $183,586.50 |
| Akshay Bhargava | $450 | 616.0 | $277,200.00 | $249,480.00 |
| Timothy Byhre | $450 | 665.7 | $299,565.00 | $269,608.50 |
| Ambuj Chaudhary | $450 | 249.7 | $112,365.00 | $101,128.50 |
| Robert Daly | $450 | 173.3 | $77,985.00 | $70,186.50 |
| Aditya Darbari | $450 | 487.8 | $219,510.00 | $197,559.00 |
| John Duvoisin | $450 | 684.8 | $308,160.00 | $277,344.00 |
| Daniel Eliades | $450 | 101.1 | $45,495.00 | $40,945.50 |
| Adam Fleming | $450 | 828.6 | $372,870.00 | $335,583.00 |
| Gregory Irwin | $450 | 592.1 | $266,445.00 | $239,800.50 |
| Rick Lee | $450 | 312.0 | $140,400.00 | $126,360.00 |
| Anthony Lu | $450 | 168.1 | $75,645.00 | $68,080.50 |
| Christopher McShea | $450 | 682.4 | $307,080.00 | $276,372.00 |
| Mukund Narayanan | $450 | 703.4 | $316,530.00 | $284,877.00 |
| Barry Oglesby | $450 | 124.3 | $55,935.00 | $50,341.50 |
| Nicole Patterson | $450 | 525.1 | $236,295.00 | $212,665.50 |
| Prithvi Ramesh | $450 | 730.9 | $328,905.00 | $296,014.50 |
| John Rotundo | $450 | 40.6 | $18,270.00 | $16,443.00 |
| Zain Saeed | $450 | 627.0 | $282,150.00 | $253,935.00 |
| Moshe Shalchon | $450 | 41.0 | $18,450.00 | $16,605.00 |
| Vivek Thaker | $450 | 234.0 | $105,300.00 | $94,770.00 |
| David Welch | $450 | 248.0 | $111,600.00 | $100,440.00 |
| **Senior Associate Total** | | **9,481.4** | **$4,266,630.00** | **$3,839,967.00** |
| **Analyst** | | | | |
| Ted Berklayd | $315 | 510.3 | $160,744.50 | $144,670.05 |
| Susan Aveni | $315 | 56.6 | $17,829.00 | $16,046.10 |
| Allison Busse | $315 | 439.2 | $138,348.00 | $124,513.20 |
| Alex Chalunkal | $315 | 220.9 | $69,583.50 | $62,625.15 |
| Benjamin Filton | $315 | 88.2 | $27,783.00 | $25,004.70 |
| Megan Goering | $315 | 832.1 | $262,111.50 | $235,900.35 |
| Maryann Gunaratnam | $315 | 502.6 | $158,319.00 | $142,487.10 |
| Justin Kao | $315 | 325.2 | $102,438.00 | $92,194.20 |

Exhibit C - Page 2

**DUFF & PHELPS**

| Professional | Rate[1] | Hours | Fee | Discounted Fees |
|---|---|---|---|---|
| Jonathan Lasker | $315 | 18.2 | $5,733.00 | $5,159.70 |
| Laura Lienemann | $315 | 19.3 | $6,079.50 | $5,471.55 |
| Ian Lunderskov | $315 | 621.2 | $195,678.00 | $176,110.20 |
| Samantha Maresca | $315 | 640.9 | $201,883.50 | $181,695.15 |
| Brian Mcgrath | $315 | 594.6 | $187,299.00 | $168,569.10 |
| Donnacha O'Sullivan | $315 | 297.4 | $93,681.00 | $84,312.90 |
| Ajay Patel | $315 | 217.4 | $68,481.00 | $61,632.90 |
| Rita Patierno | $315 | 347.7 | $109,525.50 | $98,572.95 |
| Sarah Wilyamowsky | $315 | 64.3 | $20,254.50 | $18,229.05 |
| **Analyst Total** | | **5,796.1** | **$1,825,771.50** | **$1,643,194.35** |
| **Grand Total** | | **31,191.8** | **$17,561,969.50** | **$15,805,772.55** |

Notes:
1. The rates displayed in this Exhibit do not reflect Duff & Phelps' 10% voluntary reduction.

Exhibit C - Page 3