**EXHIBIT E**

Categories of expenses for which Duff & Phelps is seeking reimbursement

# DUFF & PHELPS

Expenses Incurred By Duff and Phelps between June 1, 2009 and September 30, 2009
In Connection with Service Provided to the Lehman Examiner

| Expense Category | Sum of Disbursement |
| --- | --- |
| Working Meals | $356.19 |
| Overtime Meals | $2,219.17 |
| Affiliated Professional Services | $3,015.00 |
| In-City Transportation | $5,611.22 |
| Business Meals | $11,682.13 |
| Business Expense | $13,471.59 |
| Out of Town Travel | $97,183.22 |
| Out of Town Lodging | $170,828.89 |
| **Grand Total** | **$304,367.41** |