LOVELLS LLP
Christopher R. Donoho, III
590 Madison Avenue
New York, New York 10022
Telephone: (212) 909-0600
Facsimile: (212) 909-0660

*Attorney for Sea Port Group Securities, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
In re:                                                  :
                                                        :
LEHMAN BROTHERS HOLDING INC., et. al.,                  :       Chapter 11
                                                        :       Case No. 08-13555 (JMP)
                       Debtors.                         :       (Jointly Administered)
                                                        :
                                                        :
                                                        :
-----------------------------------------------------------------------X

**CERTIFICATE OF SERVICE**

I hereby certify, under penalty of perjury that on December 14, 2009 I caused a true and correct copy of the foregoing:

**1.    NOTICE OF HEARING ON JOINT MOTION OF SEA PORT GROUP SECURITIES, LLC AND BERNER KANTONALBANK TO DEEM PROOFS OF CLAIM TO BE TIMELY FILED BY THE SECURITIES PROGRAMS BAR DATE and JOINT MOTION with EXHIBITS; and**

**2.    NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS of Christopher R. Donoho as Counsel to Sea Port Group Securities, LLC.**

to be served via First Class Mail on the following recipients:

| | |
|---|---|
| Honorable James M. Peck<br>One Bowling Green<br>Courtroom 601<br>New York, New York 10004 | Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Attn: Richard P. Krasnow, Esq.,<br>         Lori R. Fife, Esq.,<br>         Shai Y. Waisman, Esq., and<br>         Jacqueline Marcus, Esq. |
| Office of the United States Trustee for the<br>Southern District of New York<br>33 Whitehall Street<br>21st Floor<br>New York, New York 10004<br>Attn: Andy Velez-Rivera,<br>         Paul Schwartzberg,<br>         Brian Masumoto,<br>         Linda Riffkin, and<br>         Tracy Hope Davis | Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, New York 10005<br>Attn: Dennis F. Dunne, Esq.,<br>         Dennis O'Donnell, Esq., and<br>         Evan Fleck, Esq. |

/s/ Arona Samb
    Arona Samb