UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
                                                        :
In re                                                   : Chapter 11
                                                        :
LEHMAN BROTHERS HOLDINGS, INC.,                         : Case No. 08-13555 (JMP)
*et al.*,                                               :
                                                        : (Jointly Administered)
                        Debtors.                        :
                                                        :
------------------------------------------------------- x

# SECOND AMENDED
# APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

Diana G. Adams, the United States Trustee for Region 2, under 11 U.S.C. §§ 1102(a) and (b), hereby appoints the following creditors to the Official Committee of Unsecured Creditors of Lehman Brothers Holdings, Inc.:

1. Wilmington Trust Company, as
   Indenture Trustee
   520 Madison Avenue, 33d Floor
   New York, New York  10022
   Attn: James J. McGiniey, Managing Debtor
   Phone Number (212) 415-0522
   Fax Number (212) 415-0513

2. The Bank of NY Mellon
   101 Barclay - 8 W
   New York, New York  10286
   Attn: Gerard Facendola, Vice President Corporate Trust
   Phone Number (212) 815-5373

3. Mizuho Corporate Bank, Ltd. as Agent
   1251 Avenue of the Americas
   New York, New York  10020-1104
   Attn: Noel P. Purcell, Senior Vice President
   Phone Number (212) 282-3486
   Fax Number (212) 282-4490

4. Metlife
10 Park Avenue, P.O. Box 1902
Morristown, New Jersey 07962-1902
Attn: David Yu, Director
Phone Number (973) 355-4581
Fax Number (973) 355-4230

5. The Vanguard Group Inc.
P.O. Box 2600, V31
Valley Forge, Pennsylvania 19482
Attn: Stewart Hosansky, Principal/Senior Analyst
Phone Number (800) 523-1036 x13346
Fax Number (610) 407-2875

Dated: New York, New York
December 15, 2009

Respectfully submitted,
DIANA G. ADAMS
UNITED STATES TRUSTEE

By: */s/ Andrew D. Velez-Rivera*
Trial Attorney
33 Whitehall Street, 21st Floor
New York, New York 10004
Tel. No. (212) 510-0500
Fax No. (212) 668-2255