STEVENS & LEE, P.C.
485 Madison Avenue, 20th Floor
New York, NY   10022
Telephone:  (212) 319-8500
Facsimile:   (212) 319-8505
Constantine D. Pourakis
E-mail:  cp@stevenslee.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
In re                                                           :   Chapter 11
                                                                   :
LEHMAN BROTHERS HOLDINGS, INC.,    :   Case No. 08-13555 (JMP)
*et al.*                                                        :
                                                                   :   Jointly Administered
                        Debtors.                        :
------------------------------------------------------- X

## **NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM NOS. 8838, 8839, 8840 AND 8841**

TO THE CLERK:

　　　　　Please note on the claims docket in the above-captioned cases that Diakon Lutheran Social Ministries, formerly known as Tressler Lutheran Services and successor by merger to Lutheran Services Northeast, The Lutheran Home at Topton, Pennsylvania, The Lutheran Welfare Service of Northeastern Pennsylvania, Inc., and Hospice Saint John ("DLSM") hereby withdraw Proofs of Claim Nos. 8838, 8839, 8840 and 8841 filed with the Court in the above matter on August 20, 2009, as well as the related Derivative Questionnaires for each Proof of Claim filed on October 14, 2009.

Dated: New York, New York
December 15, 2009

        STEVENS & LEE, P.C.

        By: /s/ Constantine D. Pourakis
           Constantine D. Pourakis
           485 Madison Avenue, 20th Floor
           New York, NY   10022
           Telephone:  (212) 319-8500
           Facsimile:   (212) 319-8505
           E-mail:  cp@stevenslee.com

SL1 967640v1/002560.00001