**Hearing Date and Time: January 13, 2010 at 10:00 a.m. (Prevailing Eastern Time)**
**Objection Date and Time: January 6, 2010 4:00 p.m. (Prevailing Eastern Time)**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Lori R. Fife

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                            :
In re                                       :    Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,:          08-13555 (JMP)
                                            :
       Debtors.                             :    (Jointly Administered)
                                            :
-------------------------------------------------------------x
```

**NOTICE OF HEARING ON INTERIM APPLICATIONS FOR ALLOWANCE OF
COMPENSATION FOR PROFESSIONAL SERVICES RENDERED
AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES**

PLEASE TAKE NOTICE that a hearing (the "Hearing") shall be held before the Honorable James M. Peck, United States Bankruptcy Judge, on **January 13, 2010 at 10:00 a.m. (prevailing Eastern Time)**, at the United States Bankruptcy Court, Alexander Hamilton Custom House, Courtroom 601, One Bowling Green, New York, New York 10004, or as soon thereafter as counsel may be heard, to consider the applications for interim allowance of compensation and reimbursement of expenses set forth on Exhibit A annexed hereto (collectively, the "Applications").

PLEASE TAKE FURTHER NOTICE that the Applications have been filed electronically with the Bankruptcy Court and, as such, may be examined and inspected by interested parties on (i) the Court's website (http://www.nysb.uscourts.gov) or (ii) the website of

US_ACTIVE:\43254718\04\58399.0003

the Debtors' court-approved claims and noticing agent, Epiq Bankruptcy Solutions LLC (http://chapter11.epiqsystems.com).

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Applications shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court for the Southern District of New York, shall set forth the name of the objecting party, the basis for the objection and the specific amounts objected to and the grounds thereof, shall be filed with the Bankruptcy Court electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's case filing system and by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with two hard copies delivered directly to Chambers), and shall be served upon: (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004; (ii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Lori R. Fife, Esq., attorneys for the Debtors; (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.; (iv) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Attn: Dennis O'Donnell, Esq., and Evan Fleck, Esq., attorneys for the Official Committee of Unsecured Creditors appointed in these cases; (v) Feinberg Rozen, LLP, The Willard Office Building, 1455 Pennsylvania Ave., NW, Suite 390, Washington, DC 20004-1008, Attn: Kenneth R. Feinberg, Esq., chairperson of the fee committee appointed in these cases; and (vi) the party whose Application is the subject of the objection, so

as to be so filed and received by no later than **January 6, 2010 at 4:00 p.m. (prevailing Eastern Time)** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that if an objection to the Applications is not received by the Objection Deadline, the relief requested shall be deemed unopposed, and the Bankruptcy Court may enter an order granting the relief sought without a hearing.

PLEASE TAKE FURTHER NOTICE that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

Dated: December 15, 2009
      New York, New York

                          /s/ Shai Y. Waisman
                          Shai Y. Waisman

                          WEIL, GOTSHAL & MANGES LLP
                          767 Fifth Avenue
                          New York, New York 10153
                          Telephone: (212) 310-8000
                          Facsimile: (212) 310-8007

                          Attorneys for Debtors
                          and Debtors in Possession

# **EXHIBIT A**

| Applicant | Docket No. | Period | Fees Requested | Expenses Requested |
|---|---|---|---|---|
| Reilly Pozner LLP | 6102 | June 1, 2009 to Sept. 30, 2009 | $616,286.00 | $86,009.37 |
| Bortstein Legal LLC | 6157 | June 1, 2009 to Sept. 30, 2009 | $671,275.00 | $0.00 |
| Ernst & Young LLP | 6167 | June 1, 2009 to Sept. 30, 2009 | $237,643.10 | $0.00 |
| Windels Marx Lane & Mittendorf, LLP | 6173 | June 1, 2009 to Sept. 30, 2009 | $719,213.00 | $22,373.42 |
| Bingham McCuthchen LLP | 6177 | June 1, 2009 to Sept. 30, 2009 | $2,674,901.00 | $108,636.71 |
| McKenna Long & Aldridge LLP | 6179 | June 1, 2009 to Sept. 30, 2009 | $922,873.50 | $85,072.99 |
| Pachulski Stang Ziehl & Jones LLP | 6180 | June 1, 2009 to Sept. 30, 2009 | $432,763.22 | $13,510.21 |
| Jenner & Block LLP | 6188 | June 1, 2009 to Sept. 30, 2009 | $16,227,724.95 | $4,129,426.78 |
| Duff & Phelps LLC | 6189 | June 1, 2009 to Sept. 30, 2009 | $15,562,452.38 | $304,367.41 |
| FTI Consulting, Inc. | 6190 | June 1, 2009 to Sept. 30, 2009 | $7,684,069.40 | $211,418.60 |
| Houlihan Lokey Howard & Zukin Capital, Inc. | 6194 | June 1, 2009 to Sept. 30, 2009 | $1,600,000.00 | $70,239.57 |
| Simpson Thacher & Bartlett LLP | 6198 | June 1, 2009 to Sept. 30, 2009 | $660,687.20 | $5,083.64 |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | 6202 | June 1, 2009 to Sept. 30, 2009 | $4,664,248.00 | $188,127.18 |
| Milbank, Tweed, Hadley & McCloy LLP | 6203 | June 1, 2009 to Sept. 30, 2009 | $10,881,540.0 | $583,803.10 |
| Quinn Emanuel Urquhart Oliver & Hedges, LLP | 6204 | June 1, 2009 to Sept. 30, 2009 | $2,248,453.00 | $144,241.20 |
| Weil, Gotshal & Manges LLP | 6205 | June 1, 2009 to Sept. 30, 2009 | $45,282,797.75 | $1,332,433.67 |
| Jones Day | 6216 | June 1, 2009 to Sept. 30, 2009 | $8,787,718.20 | $413,222.52 |
| Lazard Frères & Co. LLC | 6218 | July 1, 2009 to Sept. 30, 2009 | $4,421,000.00 | $3,704.69 |