Hearing Date: January 13, 2010 at 10:00 a.m. (Prevailing Eastern Time)
Revised Objection Deadline: January 8, 2010 at 12:00 p.m. (Prevailing Eastern Time)

**LOVELLS LLP**
Christopher R. Donoho, III, Esq.
590 Madison Avenue
New York, NY 10022
Telephone: (212) 909-0600
Facsimile: (212) 909-0660
Email: chris.donoho@lovells.com

*Attorney for Sea Port Group Securities, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>**LEHMAN BROTHERS HOLDINGS INC., et al.,**<br><br>Debtors. | **Chapter 11**<br>**Case No. 08-13555 (JMP)**<br>**(Jointly Administered)** |

**NOTICE OF EXTENDED OBJECTION DEADLINE FOR**
**JOINT MOTION OF SEA PORT GROUP SECURITIES, LLC**
**AND BERNER KANTONALBANK TO DEEM PROOFS OF CLAIM**
**TO BE TIMELY FILED BY THE SECURITIES PROGRAMS BAR DATE**

PLEASE TAKE NOTICE that on December 12, 2009, Christopher R. Donoho III, Esq., filed a Joint Motion of Sea Port Group Securities, LLC ("Seaport") And Berner Kantonalbank ("BEKB" and together with Seaport, the "Movants") To Deem Proofs of Claim To Be Timely Filed By The Securities Programs Bar Date (the "Motion") [Docket No. 6150].

PLEASE TAKE FURTHER NOTICE that the original objection deadline for the Motion was December 20, 2009 at 12:00 p.m.

PLEASE TAKE FURTHER NOTICE that the Movants have consented to extend the objection deadline for the Motion to January 8, 2010 at 12:00 p.m.

Dated: December 15, 2009
New York, New York

                                **LOVELLS LLP**

                                By: /s/ Christopher R. Donoho, III, Esq.
                                    Christopher R. Donoho, III, Esq.
                                    590 Madison Avenue
                                    New York, NY 10022
                                    Telephone: (212) 909-0600
                                    Facsimile: (212) 909-0660
                                    Email: chris.donoho@lovells.com