**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                            :
In re                                                       :   Chapter 11 Case No.
                                                            :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**            :   08-13555 (JMP)
                                                            :
           Debtors.                                         :   (Jointly Administered)
                                                            :
-----------------------------------------------------------------x   Ref. Docket No. 6159

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 14, 2009, I caused to be served the "NOTICE OF PROPOSED SALE OF DE MINIMIS ASSETS PURSUANT TO DE MINIMIS ASSET SALE PROCEDURES," dated December 14, 2009 [Docket No. 6159], by causing true and correct copies to be:

   a) delivered by facsimile to those parties listed on the attached Exhibit "A", and

   b) enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to those parties listed on the attached Exhibit "B".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                            /s/ Paul Belobritsky
Sworn to before me this                                     Paul Belobritsky
15th day of December, 2009

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**Exhibit "A"**

| Name | Fax |
| --- | --- |
| Cleary Gottlieb; Attn: Joel Moss | 212-225-3999 |
| Hughes Hubbard; Attn: Jeff Margolin | 212-422-4726 |
| MILBANK TWEED; Attn: Evan Fleck | 212-530-5219 |

**Exhibit "B"**

THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN, COURTROOM 601
ALEXANDER CUSTOM HOUSE
NEW YORK, NY 10004


OFFICE OF THE US TRUSTEE
ATTN: ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004