**CURTIS, MALLET-PREVOST,**
 **COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile (212) 697-1559
Steven J. Reisman
L. P. Harrison 3rd
Cindi M. Eilbott

*Conflicts Counsel for the Debtors*
 *and Debtors In Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------x

| | : | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| | : | **Case No. 08-13555 (JMP)** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | |
| | : | **(Jointly Administered)** |
| **Debtors.** | : | |
| | : | |

----------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

Jerome Tufte, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age, and reside in Brooklyn, New York.

2. On December 14, 2009, I served a true and correct copy of the Third Interim Application Of Curtis, Mallet-Prevost, Colt & Mosle LLP, As Conflicts Counsel, For The Debtors And Debtors In Possession For Allowance Of Compensation For Professional Services Rendered And For Reimbursement Of Actual And Necessary Expenses Incurred For The Period June 1, 2009 Through September 30, 2009 [Docket No. 6202] upon the parties listed on the appended Exhibit A by the delivery methods listed respective to each party served.

/s/ Jerome Tufte
Jerome Tufte

Sworn to before me this
15th day of December 2009

/s/ James V. Drew
  Notary Public

**JAMES V. DREW**
**Notary Public, State of New York**
**No. 02DR6079092**
**Qualified in Kings County**
**Commission Expires August 12, 2010**
6719527

# EXHIBIT A

**BY FEDERAL EXPRESS**
Office of the United States Trustee
33 Whitehall Street, 22nd Floor
New York, NY 10004
Attention: Andrew D. Velez-Rivera, Esq.
            Tracy Hope Davis, Esq.

**BY FEDERAL EXPRESS**
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005
Attention: Dennis F. Dunne, Esq.
            Dennis O'Donnell, Esq.
            Evan Fleck, Esq.

**BY FEDERAL EXPRESS**
Feinberg Rozen, LLP
The Willard Office Building
1455 Pennsylvania Ave., NW, Suite 390
Washington, DC 20004-1008
Attention: Rocco Sica
            Camille S. Biros

**BY FEDERAL EXPRESS**
Lehman Brothers Holdings Inc.
1271 Avenue of the Americas, 45th Floor
New York, NY 10020
Attention: John Suckow
            David Coles

**BY FEDERAL EXPRESS**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attention: Shai Y. Waisman, Esq.

**BY E-Mail**
Brown Greer, PLC
bmdeal@browngreer.com
Attention: Brandon Deal