WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
: 
Debtors. : **(Jointly Administered)**
: 
----------------------------------------------------------------x
: 
**In re** : 
: **Case No.**
**LEHMAN BROTHERS INC.,** : 
: **08-01420 (JMP) (SIPA)**
Debtor. : 
: 
----------------------------------------------------------------x

# NOTICE OF AMENDED AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 16, 2009 AT 10:00 A.M.

Location of Hearing: United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

## I. CASE CONFERENCE

1. Fee Committee Final Recommendations for 2nd Interim Applications

    Related Documents:

    A. Corrected Fee Committee Report Pertaining to the Final Recommended Deductions From the Second Interim Fee Applications of All Retained Professionals **[Docket No. 6165]**

    B. Objection of Weil, Gotshal & Manges LLP to Recommended Additional Guidelines of the Fee Committee **[Docket No. 6237]**

## II. UNCONTESTED MATTERS:

2. LBHI's Motion for Authorization to Make a Capital Contribution to Aurora Bank **[Docket No. 5956]**

    Response Deadline: December 11, 2009 at 4:00 a.m.

    Responses Received: None.

    Related Documents: None.

    Status: This matter is going forward.

3. Debtors' Motion for Approval of a Settlement Agreement Among Lehman Brothers Special Financing Inc., American Family Life Assurance Company of Columbus, and Others, Relating to Certain Swap Transactions with Beryl Finance Limited **[Docket No. 5955]**

    Response Deadline: December 11, 2009 at 4:00 a.m.

    Responses Received: None.

    Related Documents: None.

    Status: This matter is going forward.

4. Motion of The TAARP Group, LLP Authorizing and Directing Immediate Payment of an Administrative Expense Claim **[Docket No. 5309]**

   Response Deadline:   December 11, 2009 at 4:00 p.m.

   Responses Received:   None.

   Related Documents:   None.

   Status: This matter is going forward.  A stipulation and agreed order will be submitted to the Court.

5. Motion of Deutsche Bank AG to Permit Late Claim Filing Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) **[Docket No. 5892]**

   Response Deadline:   December 4, 2009 at 12:00 p.m.

   Responses Received:   None.

   Related Documents:   None.

   Status: This matter is going forward.  A stipulation and agreed order will be submitted to the Court.

6. Debtors' Motion Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure Requesting Joint Administration of Merit, LLC's Chapter 11 Case **[Case No. 09-17331, Docket No. 3]**

   Responses Received:   None.

   Related Documents:   None.

   Status: This matter is going forward.

7. Debtors' Motion for a Determination that Certain Orders and Other Pleadings Entered or Filed in the Chapter 11 Cases of Affiliated Debtors be Made Applicable to the Chapter 11 Case of Merit, LLC  **[Case No. 09-17331, Docket No. 4]**

   Responses Received:   None.

   Related Documents:   None.

   Status: This matter is going forward.

8. Debtors Motion Pursuant to Bankruptcy Rule 1007(c) to Extend the Time to File Merit LLC's Schedules, Statements of Financial Affairs, and Related Documents **[Case No. 09-17331, Docket No. 5]**

   Responses Received:  None.

   Related Documents:  None.

   Status: This matter is going forward.

### III. CONTESTED MATTERS:

9. Motion of California Public Employees Retirement System for Relief from the Automatic Stay **[Docket No. 4963]**

   Response Deadline:   September 12, 2009 at 4:00 p.m.

   Responses Received:

       A.   Debtors' Objection **[Docket No. 5920]**

   Related Documents:   None.

   Status: This matter is going forward as a status conference.

10. Motion of Banesco Banco Universal Requiring Lehman Brothers Holdings Inc. to Provide Requested Information and to Deem Claim to be Timely Filed by the Securities Programs Bar Date **[Docket No. 5676]**

    Response Deadline:

    Responses Received:

        A.   Debtors' Objection **[Docket No. 5778]**

    Related Documents:

        B.   Banesco's Corrected Reply **[Docket No. 5852]**

    Status: This matter is going forward as a status conference.

11. Motion of Pacific Life Insurance Company to File Proof of Claim After Claims Bar Date **[Docket No. 5599]**

    Response Deadline:

    Responses Received:

        A.        Debtors' Objection **[Docket No. 5773]**

        B.        Joinder of Official Committee of Unsecured Creditors **[Docket No. 5820]**

Related Documents:

        C.        Affidavit of Joseph J. Tortorelli in Support of Motion Of Pacific Life Insurance Company **[Docket No. 5939]**

        D.        Debtors' Supplement to Objections **[Docket No. 5960]**

Status: This matter is going forward as a status conference.

12. Motion of PB Capital to Include Certain European Medium Term Notes in the Lehman Program Securities List or, Alternatively, to Deem Such Claims to be Timely Filed by the Securities Programs Bar Date **[Docket No. 5601]**

Response Deadline:    November 3, 2009 at 4:00 p.m.

Responses Received:

        A.        Debtors' Objection **[Docket No. 5688]**

Related Documents:

        B.        PB Capital's Reply **[Docket No. 5811]**

        C.        Notice of Corrected Bernstein Declaration **[Docket No. 5863]**

        D.        Debtors' Supplement to Objections **[Docket No. 5960]**

        E.        Motion of PB Capital for Leave to File a Limited Sur-Reply **[Docket No. 6175]**

Status: This matter is going forward as a status conference.

13. Debtors' Motion for Authorization to Implement the Derivatives Employee Incentive Program **[Docket No. 5952]**

Response Deadline:    December 11, 2009 at 4:00 a.m.

Responses Received:

        A.        Response of the United States Trustee **[Docket No. 6134]**

Related Documents:

    B.    Statement of Official Committee of Unsecured Creditors in Support of Debtors' Motion **[Docket No. 5982]**

    C.    Declaration of Robert Hershan in Support of Debtors' Motion **[Docket No. 6078]**

    D.    Statement of Ad Hoc Group of Lehman Brothers Creditors in Support of Debtors' Motion **[Docket No. 6208]**

    E.    Debtors' Reply **[Docket No. 6214]**

Status: This matter is going forward.

14. Debtors' Motion for an Order Approving Settlements with Bamburgh Investments (UK) Ltd. and Corfe Investments (UK) Ltd. **[Docket No. 5957]**

Response Deadline:    December 7, 2009

Responses Received:

    A.    Limited Response of Lehman Brothers International (Europe) (In Administration) **[Docket No. 6129]**

Related Documents:    None.

Status: This matter is going forward.

15. Debtors' Motion for an Order Modifying the Automatic Stay to Allow Settlement Payment Under Directors and Officers Insurance Policies **[Docket No. 5985]**

Response Deadline:    December 11, 2009 at 4:00 p.m.

Responses Received:

    A.    Objection of Intersil Corporation **[Docket No. 6128]**

    B.    Objection InfoSpace **[Docket No. 6130]**

    C.    Objection of Xicor, LLC **[Docket No. 6135]**

Related Documents:

    D.    Debtors' Omnibus Reply **[Docket No. 6212]**

Status: This matter is going forward.

16. Motion of Merrill Lynch International for Relief from the Automatic Stay **[Docket No. 5958]**

    Response Deadline: December 13, 2009 at 4:00 p.m.

    Responses Received:

    A. Debtors' Objection **[Docket No. 6121]**

    B. Joinder of Official Committee of Unsecured Creditors In Debtors' Objection **[Docket No. 6138]**

    Related Documents:

    C. The Trustees for Lehman Brothers Treasury Co. B.V.'s Statement **[Docket No. 6161]**

    D. Reply of Merrill Lynch International **[Docket No. 6213]**

    Status: This matter is going forward.

17. Motion of Malayan Banking Berhad for Examination of Debtors Under FRBP 2004 **[Docket No. 5889]**

    Response Deadline: December 11, 2009 at 4:00 p.m.

    Responses Received:

    A. Debtors' Objection **[Docket No. 6146]**

    Related Documents:

    B. Declaration of Maurice Horwitz, Esq. in Support of Lehman Brothers Special Financing, Inc.'s Objection **[Docket No. 6147]**

    C. Reply of Malayan Banking Berhad **[Docket No. 6210]**

    Status: This matter is going forward.

**SECURITIES INVESTOR PROTECTION CORPORATION PROCEEDINGS:**

**IV. CONTESTED MATTERS**

18. Motion for Order Approving Trustee's Allocation of Property of the Estate **[Docket No. 1866]**

Response Deadline:  October 30, 2009 at 4:00 p.m.

Responses Received:

    A.    Objection of Westernbank Puerto Rico to the Motion **[Docket No. 2008]**

    B.    Joinder of Hudson City Savings Bank in the Objection of Westernbank Puerto Rico to the Motion **[Docket No. 2011]**

    C.    Joinder of Doral Bank and Doral Financial Corp. to Objection of Wesernbank Puerto Rico to the Motion **[Docket No. 2012]**

    D.    Objection of Svenska Handelsbanken AB to the Motion **[Docket No. 2014]**

    E.    Joinder of Wachovia Bank, N.A. and Wells Fargo Securities, LLC to Objection of Westernbank Puerto Rico to Motion **[Docket No. 2015]**

    F.    Joinder of Sociedad Militar Seguro de Vida Institución Mutualista in the Objection of Westernbank Puerto Rico to the Motion **[Docket No. 2018]**

    G.    Brief of the Securities and Exchange Commission in Support of Motion **[Docket No. 2329]**

Related Documents:

    H.    Affidavit of Daniel McIsaac in Support of Motion for Order Approving Trustees Allocation of Property of the Estate **[Docket No. 1867]**

    I.    Declaration of Kenneth M. Katz in Support of the Motion **[Docket No. 1868]**

    J.    Notice of Hearing on the Motion **[Docket No. 1869]**

    K.    Notice of Status Conference on Motion **[Docket No. 2059]**

    L.    Notice of Revised Proposed Order **[Docket No. 2065]**

    M.    Notice of Further Revised Proposed Order **[Docket No. 2330]**

Status: This matter is going forward as a status conference only.

19. California Public Employees Retirement Systems' Motion for Relief from the Automatic Stay to Effect Setoff against LBI Funds Currently Held by Securities Finance Trust Company **[Docket No. 1592]**

   Responses Received:

   A. Trustee's Response in Opposition to the Motion **[Docket No. 2098]**

   Related Documents:

   B. Notices of Adjournment **[Docket Nos. 1636, 1995]**

   C. Exhibits to Trustee's Response in Opposition to the Motion **[Docket No. 2101]**

   Status: This matter is going forward as a status conference only.

**V.    MATTERS TO BE HEARD AT 2:30 P.M.**

**A.    Adversary Proceedings**

20. PT Bank Negara Indonesia (Persero) Tbk v. Lehman Brothers Special Financing, Inc. **[Case No. 09-01480]**

   **Pre-Trial Conference**

   Related Documents:

   A. Adversary Complaint **[Docket No. 1]**

   B. Orders Extending Time for Defendants to File Answer **[Docket Nos. 5 and 6]**

   C. Answer of James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers, Inc. to Complaint **[Docket No. 7]**

   D. Answer of Lehman Brothers Special Financing Inc. to Complaint **[Docket No. 8]**

   Status: This matter is going forward.

**B.    RULE 60(b) MATTERS**

21. Motion to Compel Production of Documents from the Trustee and the Committee Based on Privilege Waiver filed by Hamish Hume on behalf of Barclays Capital, Inc. **[Case No. 08-13555, Docket No. 6005, Case No. 08-1420, Docket No. 2141]**

Response Deadline:    December 7, 2009.

Responses Received:

  A. Trustee's Memorandum of Law in Opposition to Barclays' Motion to Compel Production of Documents from the Trustee and Committee Based on Privilege Waiver **[Case No. 08-13555, Docket No. 6065, Case No. 08-1420, Docket No. 2269]**

  B. Objection of Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al., to Barclays' Motion to Compel Production of Documents from the Trustee and Committee Based on Privilege Waiver **[Case No. 08-13555, Docket No. 6067, Case No. 08-1420, Docket No. 2278]**

Related Documents:

  C. Declaration of William R. Maguire in Support of the Trustee's Memorandum of Law in Opposition to Barclays' Motion to Compel Production of Documents from the Trustee and Committee Based on Privilege Waiver **[Case No. 08-13555, Docket No. 6066, Case No. 08-1420, Docket No. 2270]**

  D. Barclays' Reply to the Responses of the Trustee and the Committee to Barclays' Motion to Compel Production of Documents from the Trustee and the Committee Based on Privilege Waiver **[Case No. 08-13555, Docket No. 6080, Case No. 08-1420, Docket No. 2303]**

Status: This matter is going as a status conference.

22. Motion of Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al. for Letters of Request for International Judicial Assistance **[Docket No. 5938]**

Response Deadline:    December 7, 2009

Responses Received:

  A. Objection of Barclays Capital Inc. **[Docket No. 6058]**

  B. Notice of Supplement to Objection of Barclays Capital Inc. **[Docket No. 6082]**

  C. Reply in Further Support of the Motion **[Docket No. 6148]**

Related Documents:    None.

Status: The Creditors' Committee mistakenly adjourned this matter and has requested, subject to approval of the Court, that this matter be heard at 2:30 p.m.

VI. **ADJOURNED MATTERS:**

A. **Lehman Brothers Holdings Inc.**

23. Motion of Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc. for Leave to Conduct Discovery of JPMorgan Chase Bank, N.A. **[Docket No. 566]**

    Response Deadline: March 6, 2009 at 4:00 p.m.

    Responses Received:

        A.    Objection of JPMorgan Chase Bank, N.A. **[Docket No. 884]**

        B.    Statement of the Informal Noteholder Group **[Docket No. 887]**

    Related Documents:

        C.    Stipulation and Consent Order **[Docket No. 1402]**

    Status: This matter has been adjourned to January 13, 2010.

24. Motion of Tuxedo Reserve Owner LLC and Tuxedo TPA Owner LLC for an Order Compelling Actions by Debtors as Agent and Lender Under Loan Facility **[Docket No. 1435]**

    Response Deadline:    December 30, 2009.

    Responses Received:  None.

    Related Documents:

        A.    Letter to the Court **[Docket No. 2621]**

    Status: This matter has been adjourned to January 13, 2010.

25. Debtors' Second Motion Approving the Assumption of Open Trade Confirmations **[Docket No. 2242]**

    Response Deadline:    January 8, 2009 at 4:00 p.m.

    Responses Received:

  A. Objection of GE Corporate Financial Services, Inc. **[Docket No. 2383]**

Related Documents: None.

Status: This matter has been adjourned to January 13, 2010.

26. Motion of GE Fusion Corporate Financial Services, Inc., as Loan Servicer for Fusion Funding Limited and Fusion Funding Luxembourg, S.A.R.L., for Relief from the Automatic Stay **[Docket. No. 2385]**

Response Deadline: January 8, 2009 at 4:00 p.m.

Responses Received: None.

Related Documents: None.

Status: This matter has been adjourned to January 13, 2010.

27. Motion of WWK Hawaii-Waikapuna, LLC, et al. for Relief from the Automatic Stay **[Docket No. 3182]**

Response Deadline: April 1, 2009 at 4:00 p.m.

Responses Received:

  A. Debtors' Objection **[Docket No. 3387]**

  B. Joinder of Official Committee of Unsecured Creditors **[Docket No. 3389]**

Related Documents:

  C. Declaration of Alan Worden in Support **[Docket No. 3184]**

Status: This matter has been adjourned to January 13, 2010.

28. Motion of Laurel Cove Development for an Order Directing Debtor to Assume or Reject an Executory Contract [**Docket No. 3755**]

Response Deadline: June 19, 2009 at 5:00 p.m.

Responses Received:

  A. Debtors' Objection [**Docket No. 4055**]

      Related Documents:   None.

      Status: This matter has been adjourned to January 13, 2010.

29.    Debtors' Motion to Compel Performance by AIG CDS, Inc. of Its Obligations Under an Executory Contract and to Enforce the Automatic Stay **[Docket No. 4728]**

      Response Deadline:   October 1, 2009 at 4:00 p.m.

      Responses Received:

          A.    Objection of AIG CDS, Inc. **[Docket No. 5334]**

      Related Documents:

          B.    Debtors' Reply **[Docket No. 5447]**

      Status: This matter has been adjourned to January 13, 2010.

30.    Motion of Examiner to Compel ABN AMRO Inc. to Respond to Subpoena for Rule 2004 Examination **[Docket No. 5306]**

      Response Deadline:   October 16, 2009 at 4:00 p.m.

      Responses Received:

          A.    ABN AMRO Inc.'s Response **[Docket No. 5637]**

      Related Documents:

          B.    Notice of Extended Objection Deadline **[Docket No. 5412]**

          C.    Notice of Extended Objection Deadline **[Docket No. 5498]**

          D.    Notice of Extended Objection Deadline **[Docket No. 5610]**

      Status: This matter has been adjourned to January 13, 2010.

31.    Motion of U.S. Bank National Association for Relief from the Automatic Stay **[Docket No. 5497]**

      Response Deadline:   November 13, 2009.

      Responses Received:   None.

      Related Documents:   None.

Status: This matter has been adjourned to January 13, 2010.

32. Motion to Compel Performance of Capital Automotive L.P.'s Obligations Under an Executory Contract and to Enforce the Automatic Stay **[Docket No. 5650]**

    Response Deadline:    November 30, 2009.

    Responses Received:   None.

    Related Documents:    None.

    Status: This matter has been adjourned to January 13, 2010.

33. Motion of Seattle Pacific University Compelling Lehman Brothers Special Financing Inc. to Assume or Reject Executory Contracts **[Docket No. 5672]**

    Response Deadline:    January 6, 2010 at 4:00 p.m.

    Responses Received:   None.

    Related Documents:

        A.    Declaration of Craig Kispert in Support **[Docket No. 5673]**

        B.    Declaration of Stacey Crawshaw-Lewis in Support **[Docket No. 5674]**

        C.    Declaration of Jeffrey Klein in Support **[Docket No. 5675]**

    Status: This matter has been adjourned to January 13, 2010.

34. Motion of 1407 Broadway Real Estate LLC and PGRS 1407 BWAY LLC for an Order (I) Compelling Certain of The Debtors to Comply With Their Lending Obligations **[Docket No. 5716]**

    Response Deadline:    January 6, 2010.

    Responses Received:   None.

    Related Documents:    None.

    Status: This matter has been adjourned to January 13, 2010.

35. Notice of Debtor's Objection to Proof of Claim filed by David Schwartzman [Claim No. 22675] **[Docket No. 5951]**

  Response Deadline: January 6, 2010 at 4:00 p.m.

  Responses Received: None.

  Related Documents: None.

  Status: This matter has been adjourned to January 13, 2010.

36. Debtors' Motion to Assume Certain Aircraft Lease Agreements and to Consummate Certain Related Transactions **[Docket No. 3218]**

  Response Deadline: April 17, 2009 at 4:00 p.m.

  Responses Received:

    A. Objection of Official Committee of Unsecured Creditors **[Docket No. 3395]**

  Related Documents: None.

  Status: This matter has been adjourned to June 16, 2010.

37. Debtors' Motion to Assume and Assign Derivative Contracts **[Docket No. 1498]**

  Response Deadline: March 20, 2009.

  Responses Received: None.

  Related Documents: None.

  Status: This matter has been adjourned to June 16, 2010.

38. Debtors' Motion to Compel Performance by Norton Gold Fields Limited of its Obligations Under an Executory Contract and to Enforce the Automatic Stay **[Docket No. 5897]**

  Response Deadline:

  Responses Received:

    A. Objection of Norton Gold Fields Limited **[Docket No. 6062]**

  Related Documents:

    B. Declaration of Simon Brodie in Support of the Objection of Norton Gold Fields Limited **[Docket No. 6062]**

  Status: This matter has been adjourned without date.

**B.    Adversary Proceedings**

39.   Federal Home Loan Bank of Pittsburgh v. Lehman Brothers Special Financing, Inc., et al. **[Case No. 08-01610]**

**Pre-Trial Conference**

Related Documents:

    A.   Adversary Complaint **[Docket No. 1]**

    B.   Answer of J.P. Morgan Chase Bank, N.A. **[Docket No. 6]**

    C.   Answer and Affirmative Defenses of Lehman Brothers Special Financing, Inc. **[Docket No. 7]**

    D.   So Ordered Stipulation and Order of Dismissal with Prejudice with J.P. Morgan Chase Bank, N.A. **[Docket No. 18]**

Status: This matter has been adjourned to January 13, 2010.

40.   Federal Home Loan Bank of Pittsburgh v. Lehman Brothers Holdings Inc., et al. **[Case No. 09-01393]**

**Pre-Trial Conference**

Related Documents:

    A.   Adversary Complaint **[Docket No. 1]**

Status: This matter has been adjourned to January 13, 2010.

41.   Lehman Brothers Special Financing, Inc. v. Metropolitan West Asset Management, et al. **[Case No. 09-01165]**

**Pre-Trial Conference**

Related Documents:

    A.   Adversary Complaint **[Docket No. 1]**

    B.   Answer to Complaint **[Docket No. 5]**

<u>Status</u>: This matter has been adjourned to January 13, 2010.

42.  Lehman Brothers Special Financing, Inc. v. Metropolitan West Asset Management, LLC, et al. **[Case No. 09-01233]**

   **Pre-Trial Conference**

   <u>Related Documents</u>:

   A.   Adversary Complaint **[Docket No. 1]**

   B.   Answer to Complaint **[Docket No. 5]**

   <u>Status</u>: This matter has been adjourned to January 13, 2010.

43.  Berenshteyn v. Lehman Brothers Holdings Inc. **[Case No. 08-01654]**

   **Pre-Trial Conference**

   <u>Related Documents</u>:

   A.   Adversary Complaint **[Docket No. 1]**

   <u>Status</u>: This matter has been adjourned to January 13, 2010.

44.  Cynthia Swabsin, et al. v. Lehman Brothers Holdings Inc. **[Case No. 09-01482]**

   **Pre-Trial Conference and Motion to Dismiss**

   <u>Related Documents</u>:

   A.   Adversary Complaint **[Docket No. 1]**

   B.   Motion of Lehman Brothers Holdings Inc. to Dismiss Adversary Proceeding **[Docket No. 6]**

   <u>Status</u>: This matter has been adjourned to January 21, 2010 at 2:00 p.m.

45.  Pre-Trial Conference in Phoenix Life Limited v. Lehman Brothers Commercial Corporation **[Case No. 09-01484]**

   **Pre-Trial Conference**

   <u>Related Documents</u>:

   A.   Adversary Complaint **[Docket No. 1]**

      Status: This matter has been adjourned without date.

**C.**     **Lehman Brothers Inc.**

46.     Motion of Newport Global Opportunities Fund LP, Newport Global Credit Fund (Master) L.P., Pep Credit Investor L.P. and Providence TMT Special Situations Fund L.P. for Leave to Conduct Rule 2004 Discovery of Lehman Brothers Inc. and the SIPA Trustee **[Docket No. 123]**

      Response Deadline: January 8, 2009 at 4:00 p.m.

      Related Documents:

        A.     Notices of Adjournment **[Docket Nos. 215, 312, 364, 429, 529, 601, 665, 728, 750, 810, 1624, 1663, 2062, 2325]**

      Status: This matter has been adjourned to January 13, 2010 at 10:00 a.m.

47.     Markit Group Limited's Motion for Relief from the Automatic Stay to Terminate Data Services Agreement and Associated Addenda **[Docket No. 356]**

      Responses Received:

        A.     Objection of Lehman Brothers Holdings Inc. and Certain of its Affiliates to the Motion **[Docket No. 1059]**

        B.     Objection of Trustee to the Motion **[Docket No. 1123]**

      Related Documents:

        C.     Notices of Adjournment **[Docket Nos. 409, 488, 574, 708, 846, 978, 1066, 1223, 1268, 1333, 1662, 2061]**

        D.     Exhibit A to Objection of Lehman Brothers Holdings Inc. and Certain of its Affiliates to the Motion **[Docket No. 1060]**

        E.     Reply in Further Support of the Motion **[Docket No. 1139]**

      Status: This matter has been adjourned to January 13, 2010 at 10:00 a.m.

**VII.**     **WITHDRAWN MATTERS**

48.     Motion of Water Pollution Control Authority for the City of Bridgeport for Relief from the Automatic Stay **[Docket No. 4900]**

      Response Deadline:   December 11, 2009

        Responses Received:  None.

        Related Documents:

           A.      Notice of Withdrawal **[Docket No. 5061]**

        Status: This matter has been withdrawn.

49.    Debtors' Motion for 2004 Discovery from Pinnacle Foods Finance LLC **[Docket No. 4765]**

        Response Deadline:   September 11, 2009 at 4:00 p.m.

        Responses Received:  None.

        Related Documents:

           A.      Notice of Withdrawal **[Docket No. TBD]**

        Status: This matter has been withdrawn without prejudice.

50.    Motion of Lead Plaintiffs for Relief from the Automatic Stay **[Docket No. 5659]**

        Response Deadline:   December 9, 2009 at 4:00 p.m.

        Responses Received:

           A.      Debtors' Objection to Motion of Lead Plaintiffs in a Consolidated Securities Litigation for Modification of the Automatic Stay **[Docket No. 6093]**

        Related Documents:

           B.      Joinder of the MBS Lead Plaintiff in the Securities Lead Plaintiffs Motion for a Limited Modification of the Automatic Stay **[Docket No. 5962]**

           C.      Joinder of the MBS Lead Plaintiff in the Securities Lead Plaintiffs Motion for a Limited Modification of the Automatic Stay **[Docket No. 6003]**

           D.      Affidavit of Al Lakhani in Support of Debtors' Objection **[Docket No. 6095]**

E.     Notice of Withdrawal **[Docket No. 6187]**

<u>Status</u>: This matter has been withdrawn.

Dated: December 15, 2009
New York, New York

/s/ Shai Y. Waisman
Harvey R. Miller
Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

Dated: December 15, 2009
New York, New York

/s/ Jeffrey S. Margolin
James B. Kobak, Jr.
Jeffrey S. Margolin

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, Trustee for
the SIPA Liquidation of Lehman Brothers Inc.