Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,  
Debtor: Lehman Brothers Special Financing Inc.

Case No. 08-13888

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Deutsche Bank AG, London Branch | KfW (a/k/a Kreditanstalt fuer Wiederaufbau) |

Name and Address where notices to transferee should be sent:

| | |
|---|---|
| Deutsche Bank AG, London Branch<br>Winchester House, 1 Great Winchester Street<br>London EC2N 2DB<br>Tel: +44 20 7547 2400<br>Fax: +44 113 336 2010<br>Attention: Michael Sutton / Philipp Roever<br>E-mail: michael.sutton@db.com / philipp.roever@db.com | Court Claim # (if known): 21957<br>Amount of Claim: $230,000,000.00<br>Date Claim Filed: September 21, 2009<br><br>Tel: N/A |
| Last Four Digits of Acct. #: N/A | Last Four Digits of Acct. #: N/A |

Name and Address where transferee payments should be sent (if different from above):

Tel: +44 20 7547 2400  
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 9 December 2009

Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



# FORM OF EVIDENCE OF TRANSFER OF CLAIM
## TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **KfW** (a/k/a Kreditanstalt für Wiederaufbau) ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Deutsche Bank AG, London, its successors and assigns ("Purchaser") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its Allowed Claim (as defined in that certain Termination Agreement dated September 17, 2009 among Seller LBSF, LBHI and certain other party) in the amount of USD 230,000,000.00 against Lehman Brothers Special Financing Inc. (the "Debtor"), the debtor in Case No. 08-13888 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") and the relevant portion of any and all proofs of claim (No. 21957) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the Allowed Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the Allowed Claim, recognizing Purchaser as the sole owner and holder of the claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Allowed Claim, and all payments or distributions of money or property in respect of the claim shall be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 18 day of November 2009.

KfW (a/k/a Kreditanstalt für Wiederaufbau)

By: _____
Name: **Dr. Jan Kiasen**
Title: **First** Vice President

Vera Richert-Seydl
Vice President

Deutsche Bank AG, London

By: _____
Name:
Title:

Michael Sutton
Managing Director

Anil Das
Director

FORM OF EVIDENCE TRANSFER OF CLAIM LBSF.doc