Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 (JMP)
                                                (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Deutsche Bank AG, London Branch | KfW (a/k/a Kreditanstalt fuer Wiederaufbau) |

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch
Winchester House, 1 Great Winchester Street
London EC2N 2DB
Tel: +44 20 7547 2400
Fax: +44 113 336 2010
Attention: Michael Sutton / Philipp Roever
E-mail: michael.sutton@db.com / philipp.roever@db.com

Court Claim # (if known): 21958
Amount of Claim: $230,000,000.00
Date Claim Filed: September 21, 2009

Tel: N/A

Last Four Digits of Acct. #: N/A        Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Tel: +44 20 7547 2400
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: December 9, 2009
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



# FORM OF EVIDENCE OF TRANSFER OF CLAIM
## TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **KfW** (a/k/a Kreditanstalt für Wiederaufbau) ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Deutsche Bank AG, London, its successors and assigns ("Purchaser") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its Allowed Claim (as defined in that certain Termination Agreement dated September 17, 2009 among Seller LBSF, LBHI and certain other party) in the amount of USD 230,000,000.00 against Lehman Brothers Holdings Inc. ("LBHI") (the "Debtor"), the debtor in Case No. 08-13555 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant portion of any and all proofs of claim (No. 21958) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the Allowed Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the Allowed Claim, recognizing Purchaser as the sole owner and holder of the claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Allowed Claim, and all payments or distributions of money or property in respect of the claim shall be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 18 day of November 2009.

KfW (a/k/a Kreditanstalt für Wiederaufbau)

By: _____
Name: Dr. Jan Klasen
Title: First Vice President

Vera Reichelt-Schydlo
Vice President

Deutsche Bank AG, London

By: _____
Name:
Title: Michael Sutton
Managing Director

Anil Das
Director