# United States Bankruptcy Court
## Southern District of New York

In re: <u>Lehman Brothers Holdings, Inc. et al.</u>        Case No. <u>08-13555 (JMP)</u> (Jointly Administered)

### PARTIAL TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| Oaktree Huntington Investment Fund, L.P. | JPMorgan Chase Bank, N.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Oaktree Huntington Investment Fund, L.P.
C/O Oaktree Capital Management, L.P.
333 South Grand Ave, 28th Floor
Los Angeles, CA 90071
Attn: Annette Sing
Tel: 213-830-6343
Fax: 213-830-6292
e-mail: tradesupport@oaktreecapital.com

Last Four Digits of Acct. #: _____

Court Claim # (if known): 13310 (claim against Lehman Brothers Holdings, Inc.)

Amount of Claim: $7,552,500.00

Date Claim Filed: September 16, 2009

Phone: 212-623-1998
Last Four Digits of Acct. #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Oaktree Huntington Investment Fund, L.P.

By: Oaktree Huntington Investment Fund GP, L.P.
its: General Partner

By: Oaktree Huntington Investment Fund GP LTD
its: Managing Member

By: Oaktree Capital Management, L.P.
its: Director

By: _____[signature]_____    Date: 12/11/09
Transferee/Transferee's Agent

By: _____[signature]_____    Date: 12/11/09
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

032-2745/MISC/2385220.1

# United States Bankruptcy Court
## Southern District of New York

In re: <u>Lehman Brothers Holdings, Inc. et al.</u>     Case No. <u>08-13555</u> (JMP) (Jointly Administered)

### PARTIAL TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIM 13310 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the partial transfer of that claim, the transferee filed a Partial Transfer of Claim other than for Security in the Clerk's office of this court on _____.

| JPMorgan Chase Bank, N.A. | Oaktree Huntington Investment Fund, L.P. |
|---|---|
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor: | Address of Transferee: |
| JPMorgan Chase Bank, N.A.<br>4 New York Plaza, Floor 16<br>New York, NY 10004<br>Attn: Jason Leddy<br>Tel: 212-623-1998<br>Fax: 646-792-3855<br>e-mail: jason.d.leddy@jpmchase.com | Oaktree Huntington Investment Fund, L.P.<br>C/O Oaktree Capital Management, L.P.<br>333 South Grand Ave, 28th Floor<br>Los Angeles, CA 90071<br>Attn: Annette Sing<br>Tel: 213-830-6343<br>Fax: 213-830-6292<br>e-mail: tradesupport@oaktreecapital.com |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____     _____
                                 CLERK OF THE COURT

032-2745/MISC/2385220.1

# EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: JPMorgan Chase Bank, N.A.

JPMorgan Chase Bank, N.A., a national banking association, having offices located at 4 New York Plaza, Floor 16, New York, New York 10004 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Oaktree Huntington Investment Fund, L.P., with offices located at 333 South Grand Avenue, Floor 28, Los Angeles, California 90071 ("Buyer"), all right, title and interest in and to $7,552,500.00 of Claim No. 13310 of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) (the "Claim") docketed in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 7th day of December (November), 2009.

JPMorgan Chase Bank, N.A.

WITNESS:

_____
(Signature)

Name: Aileen Montana
Title: Associate
(Print name and title of witness)

By: _____
(Signature of authorized corporate officer)

Name: Jason Leddy
Title: Authorized Signatory
Tel.: _____

*Taishin Oaktree Huntington Lehman Stipulated Assignment Agreementv2.DOC*

WITNESS:

_____
(Signature)

Name:_____
Title:_____
(Print name and title of witness)

WITNESS:

_____
(Signature)

Name:_____
Title:_____
(Print name and title of witness)

**Oaktree Huntington Investment Fund, L.P.**

By: Oaktree Huntington Investment Fund GP, L.P.
its: General Partners

By: Oaktree Huntington Investment Fund GP LTD
its: Managing Member

By: Oaktree Capital Management, L.P.
its: Director

By:_____
(Signature of authorized corporate officer)

Name:_____
Title:_____ Scott L. Graves
Tel.:_____ Managing Director

By:_____
(Signature of authorized corporate officer)

Name:_____ William Melanson
Title:_____ Authorized Signatory
Tel.:_____

12

*Taishin Oaktree Huntington Lehman Stipulated Assignment Agreementv2*