**DAY PITNEY LLP**
(MAIL TO) P. O. BOX 1945, MORRISTOWN, NJ 07962-1945
(DELIVERY TO) 200 CAMPUS DRIVE, MORRISTOWN, NJ 07932-0950
Telephone:    (973) 966-6300
Facsimile:    (973) 966-1015

- and -

7 Times Square
New York, New York 10036-7311
Telephone:    (212) 297-5800
Facsimile:    (212) 916-2940
SCOTT A. ZUBER, ESQ. (SZ-9728)
HERBERT K. RYDER, ESQ. (HR-5137)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **LEHMAN BROTHERS HOLDINGS, INC.,** *et al.,* | **Case No. :  08-13555 (JMP)** |
| Debtors. | **(Jointly Administered)** |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY, PURSUANT TO FED. R. BANKR. P. 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE by Balestra Capital Partners, L.P. (the "Transferor"), against Lehman Brothers Holdings Inc., in the amount of $1,220,000.00, which has been designated as Claim No. 12594 (the "Claim"). Assignee (as that term is defined below) hereby gives notice, pursuant to Fed. R. Bankr. P. 3001(e)(2), of the transfer, other than for security, of the Claim. A copy of the Evidence of Transfer of Claim (the "Evidence of Transfer") is attached hereto as Exhibit "A" and is incorporated by reference.

**Name of Assignee:**

SPCP Group, L.L.C., as agent for
Silver Point Capital Fund, L.P. and
Silver Point Capital Offshore Fund, Ltd.

**Name of Transferor:**

Balestra Capital Partners, L.P.
58 West 40th Street
12th Floor
New York, NY 10018
Attn: Andrew Marra

| | |
|---|---|
| **Name and Address where notices** <br> **notices to Assignee should be sent:** | **Name and Address where** <br> **Assignee payments should be sent:** |
| Day Pitney LLP <br> 7 Times Square <br> New York, New York 10036 <br> Attn: Ronald S. Beacher, Esq. <br> Telephone (212) 297-5812 | SPCP Group, L.L.C. <br> Two Greenwich Plaza <br> Greenwich, Connecticut 06830 <br> Attn: Brian A. Jarmain <br> Telephone: (203) 542-4032 |

     The Transferor has waived its right, pursuant to Fed. R. Bankr. P. 3001 (e)(2), to receive from the Clerk of the Court notice of filing of the Evidence of Transfer and its right to object to such transfer within the twenty (20) day period. The Transferor has stipulated that: (i) an order may be entered recognizing the transfer of the Claim as an unconditional transfer; and (ii) the Assignee is the valid owner of the Claim.

Dated: New York, New York
       December 16, 2009

**DAY PITNEY LLP**

By: ___/s/_____

      Scott A. Zuber (SZ-9728)

(Mail To) P.O. Box 1945, Morristown, NJ 07962-1945

(Delivery To) 200 Campus Drive, Morristown, NJ 07932

Telephone: (973) 966-6300

Facsimile: (973) 966-1015

*Attorneys For SPCP Group, L.L.C., As Agent For*
*Silver Point Capital Fund, L.P. And Silver Point*
*Capital Offshore Fund, Ltd.*

# EXHIBIT  A

**EXHIBIT A**
**TO ASSIGNMENT OF CLAIM**

### EVIDENCE OF TRANSFER OF CLAIM

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Balestra Capital Partners, L.P. ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd. ("Assignee"), all of Assignor's right, title, interest, claims[1] and causes of action in and to, or arising under or in connection with Assignor's claims set forth in Proof of Claim Number 12594 in an amount of not less than $1,220,000.00 (the "Assigned Claim"), against Lehman Brothers Holdings, Inc. (the "Debtor"), the debtor-in-possession in Case No. 08-13555 (the "Case") under Chapter 11 of Title 11 of the United States Code (11 U.S.C. § 101 *et seq.*) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and any and all other proofs of claim filed by Assignor with the Bankruptcy Court in respect of the Assigned Claim.

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim for all purposes, including, without limitation, voting and distribution purposes. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on _10/20_, 2009.

BALESTRA CAPITAL PARTNERS, L.P.

By: _____

Name of person signing: *Norman Cook*
Title of person signing: *Partner*

---

[1] As that term is defined in 11 U.S.C. § 101(5).