**DAY PITNEY LLP**
(MAIL TO) P. O. BOX 1945, MORRISTOWN, NJ 07962-1945
(DELIVERY TO) 200 CAMPUS DRIVE, MORRISTOWN, NJ 07932-0950
Telephone: (973) 966-6300
Facsimile: (973) 966-1015

- and -

7 Times Square
New York, New York 10036-7311
Telephone: (212) 297-5800
Facsimile: (212) 916-2940
SCOTT A. ZUBER, ESQ. (SZ-9728)
HERBERT K. RYDER, ESQ. (HR-5137)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **LEHMAN BROTHERS HOLDINGS, INC.,** *et al.*, | Case No. : 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR**
**SECURITY, PURSUANT TO FED. R. BANKR. P. 3001(e)(2)**

A CLAIM HAS BEEN FILED IN THIS CASE by ONEOK Energy Services Company, L.P. (the "Transferor"), against Lehman Brothers Holdings Inc., in the amount of $16,018,913.00, which has been designated as Claim No. 7485 (the "Claim"). Assignee (as that term is defined below) hereby gives notice, pursuant to Fed. R. Bankr. P. 3001(e)(2), of the transfer, other than for security, of the Claim. A copy of the Evidence of Transfer of Claim (the "Evidence of Transfer") is attached hereto as Exhibit "A" and is incorporated by reference.

| **Name of Assignee:** | **Name of Transferor:** |
|---|---|
| SPCP Group, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd. | ONEOK Energy Services Company, L.P. 100 West 5th Street Tulsa, OK 74103 Attn: Don Dunkelburger |

| **Name and Address where notices notices to Assignee should be sent:** | **Name and Address where Assignee payments should be sent:** |
|---|---|
| Day Pitney LLP<br>7 Times Square<br>New York, New York 10036<br>Attn: Ronald S. Beacher, Esq.<br>Telephone (212) 297-5812 | SPCP Group, L.L.C.<br>Two Greenwich Plaza<br>Greenwich, Connecticut 06830<br>Attn: Brian A. Jarmain<br>Telephone: (203) 542-4032 |

    The Transferor has waived its right, pursuant to Fed. R. Bankr. P. 3001 (e)(2), to receive from the Clerk of the Court notice of filing of the Evidence of Transfer and its right to object to such transfer within the twenty (20) day period. The Transferor has stipulated that: (i) an order may be entered recognizing the transfer of the Claim as an unconditional transfer; and (ii) the Assignee is the valid owner of the Claim.

Dated: New York, New York
       December 16, 2009

**DAY PITNEY LLP**

By: ___/s/_____
    Scott A. Zuber (SZ-9728)
(Mail To) P.O. Box 1945, Morristown, NJ 07962-1945
(Delivery To) 200 Campus Drive, Morristown, NJ 07932
Telephone: (973) 966-6300
Facsimile: (973) 966-1015

*Attorneys For SPCP Group, L.L.C., As Agent For Silver Point Capital Fund, L.P. And Silver Point Capital Offshore Fund, Ltd.*

# EXHIBIT A

## EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

and to: LEHMAN BROTHERS HOLDINGS, INC. Case No. 08-13555

ONEOK Energy Services Company, L.P., organized in the State of Texas with an office at 100 West 5th Street, Tulsa, Oklahoma 74103 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to SPCP Group LLC, as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd., and their respective successors and assigns, with offices at Two Greenwich Plaza, Greenwich, Connecticut 08630, Attention, Brian Jarmain ("Buyer"), all rights, title and interest in and to the claim of Seller against Lehman Brothers Holdings, Inc. in the amount of $16,018,913.00 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 20th day of November, 2009.

SELLER: ONEOK Energy Services, L.P.
By: ONEOK Energy Services Company, II, its general partner

By: _____
Name: Curtis L. Dinan
Title: Senior Vice President, Chief Financial Officer & Treasurer

BUYER: Silver Point Capital Fund, L.P. & Silver Point Capital Offshore Fund, Ltg.
By: SPCP Group, LLC, their Agent

By: _____
Name: _____
Title: _____