DAY PITNEY LLP
(MAIL TO) P. O. BOX 1945, MORRISTOWN, NJ 07962-1945
(DELIVERY TO) 200 CAMPUS DRIVE, MORRISTOWN, NJ 07932-0950
Telephone:   (973) 966-6300
Facsimile:   (973) 966-1015

- and -

7 Times Square
New York, New York 10036-7311
Telephone:   (212) 297-5800
Facsimile:   (212) 916-2940
SCOTT A. ZUBER, ESQ. (SZ-9728)
HERBERT K. RYDER, ESQ. (HR-5137)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **LEHMAN BROTHERS HOLDINGS, INC.,** *et al.*, | **Case No. :  08-13555 (JMP)** |
| Debtors. | **(Jointly Administered)** |
| In re: | **Chapter 11** |
| **LEHMAN BROTHERS SPECIAL FINANCING INC.** | **Case No. :  08-13888 (JMP)** |
| Debtor. | **(Jointly Administered)** |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY, PURSUANT TO FED. R. BANKR. P. 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE by UBS AG (the "Transferor"), against Lehman Brothers Special Financing Inc., in the amount of $459,805,749.49, which has been designated as Claim No. 15325 (the "Claim"). Assignee (as that term is defined below) hereby gives notice, pursuant to Fed. R. Bankr. P. 3001(e)(2), of the transfer, other than for security, of a ratable portion of the Claim, in the amount of $35,000.000.00 (the "Transferred Portion"). A copy of the Evidence of Transfer of Claim (the "Evidence of Transfer") is attached hereto as Exhibit "A" and is incorporated by reference.

| **Name of Assignee:** | **Name of Transferor:** |
|---|---|
| SPCP Group, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd. | UBS AG<br>677 Washington Boulevard<br>Stamford, CT 06901<br>Attn: Bert Fuqua |
| **Name and Address where notices notices to Assignee should be sent:** | **Name and Address where Assignee payments should be sent:** |
| Day Pitney LLP<br>7 Times Square<br>New York, New York 10036<br>Attn: Ronald S. Beacher, Esq.<br>Telephone   (212) 297-5812 | SPCP Group, L.L.C.<br>Two Greenwich Plaza<br>Greenwich, Connecticut 06830<br>Attn: Brian A. Jarmain<br>Telephone:   (203) 542-4032 |

The Transferor has waived its right, pursuant to Fed. R. Bankr. P. 3001 (e)(2), to receive from the Clerk of the Court notice of filing of the Evidence of Transfer and its right to object to such transfer within the twenty (20) day period. The Transferor has stipulated that: (i) an order may be entered recognizing the transfer of the Transferred Portion as an unconditional transfer; and (ii) the Assignee is the valid owner of the Transferred Portion.

Dated: New York, New York
December 16, 2009

**DAY PITNEY LLP**

By: __/s/_____
    Scott A. Zuber (SZ-9728)
(Mail To) P.O. Box 1945, Morristown, NJ 07962-1945
(Delivery To) 200 Campus Drive, Morristown, NJ 07932
Telephone:   (973) 966-6300
Facsimile:    (973) 966-1015

*Attorneys For SPCP Group, L.L.C., As Agent For Silver Point Capital Fund, L.P. And Silver Point Capital Offshore Fund, Ltd.*

2

# EXHIBIT A

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

UBS AG, a bank organized under the laws of Switzerland, with offices located at 677 Washington Boulevard, Stamford, CT ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to SPCP Group, L.L.C., as agent for Silver Point Capital Offshore Fund, Ltd., its successors and assigns, with offices located at Two Greenwich Plaza, Greenwich, CT ("Buyer"), a ratable portion equal to $35,000,000 of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC., docketed as Claim No. 0000015325 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 15th day of October, 2009.

**UBS AG**

WITNESS:

_____
(Signature)

Name:    Kiye Sakai
Title:    Executive Director and Counsel
(Print name and title of witness)
Region Americas Legal
Fixed Income Section

By: _____
(Signature of authorized corporate officer)

Name:    James E. _____
Title:    Managing Director and Counsel
Tel.:    Region Americas Legal