**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
:
In re                                             :    Chapter 11 Case No.
                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**   :    08-13555 (JMP)
                                                  :
Debtors.                           :    (Jointly Administered)
                                                  :
-----------------------------------------------------------------x    Ref. Docket No. 6216

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 17, 2009, I caused to be served the "THIRD INTERIM APPLICATION OF JONES DAY, SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION, SEEKING ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES," dated December 15, 2009 [Docket No. 6216], by causing true and correct copies to be delivered by email to bmdeal@browngreer.com.

/s/ Paul Belobritsky
Paul Belobritsky

Sworn to before me this
17th day of December, 2009

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

T:\Clients\LBH\Affidavits\Supp Jones Day Fee App 6216_aff 12-17-09.doc