SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Jay M. Goffman

Attorneys for Merrill Lynch International and
Certain of its Affiliates

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC. | : | Case No. 08-13555 (JMP) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

-------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I, **Andrew M. Thau**, am an associate with the law firm Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, New York, 10036. I hereby certify that I caused a true and correct copy of the **Reply of Merrill Lynch International and Certain of its Affiliates in Support of Motion for Entry of an Order (A) Confirming Ability to Deliver Notice of Acceleration with Respect to Certain Notes Issued by Foreign Affiliate without Relief From the Automatic Stay or (B) Granting Limited Relief from the Automatic Stay to Deliver Such Notice [Docket No. 6213]** to be served as indicated below:

On December 15, 2009, upon (a) all parties requesting electronic service via the Court's ECF system and (b) via hand delivery to

    1.    the Chambers of the Honorable Judge Peck
             United States Bankruptcy Court for the Southern District of New York

        Alexander Hamilton Custom House, One Bowling Green
        New York, New York, 10004-1408

2.    Andrew Velez-Rivera
      Paul Schwartzberg
      Brian Masumoto
      Linda Riffkin
      Tracy Hope Davis
      Office of the U.S. Trustee
      33 Whitehall Street, 21st Floor
      New York, New York, 10004

3.    Richard P. Krasnow
      Weil Gotshal & Manges LLP
      767 Fifth Avenue
      New York, New York, 10153

4.    Dennis F. Dunne
      Dennis O'Donnell
      Evan Fleck
      Milbank Tweed Hadley & McCloy, LLP
      One Chase Manhattan Plaza
      New York, New York, 10005

5.    Thomas Moers Mayer
      Daniel M. Eggermann
      Kramer Levin Naftalis & Frankel LLP
      1177 Avenue of the Americas
      New York, New York 10036

Dated: New York, New York
       December 17, 2009

                                                By:    */s/ Andrew M. Thau*
                                                        Andrew M. Thau