WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
                                              :
In re                                         :    Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,        :    08-13555 (JMP)
                                              :
                    Debtors.                  :    (Jointly Administered)
                                              :
-------------------------------------------------------------------x
```

**NOTICE OF ADJOURNMENT OF**
**MOTION OF TUXEDO RESERVE OWNER LLC**
**AND TUXEDO TPA OWNER LLC FOR AN ORDER PURSUANT TO**
**BANKRUPTCY CODE SECTIONS 105, 363 AND 1107 AUTHORIZING**
**AND COMPELLING CERTAIN ACTIONS BY DEBTORS AS AGENT**
**AND LENDER UNDER LOAN FACILITY AND GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that the hearing on relief requested in the Motion of

Tuxedo Reserve Owner LLC and Tuxedo TPA Owner LLC For An Order Pursuant to

Bankruptcy Code Sections 105, 363 and 1107 Authorizing and Compelling Certain Actions by

Debtors as Agent and Lender Under Loan Facility and Granting Related Relief [Docket No.

1435] (the "Motion"), which was scheduled for January 13, 2010, at 10:00 a.m., **has been**

**adjourned to February 10, 2010 at 10:00 a.m.**, or as soon thereafter as counsel may be heard.

The hearing on the Motion will be held before the Honorable James M. Peck, United States

Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New

US_ACTIVE:\20940547\03\58399.0003

York, Room 601, and such hearing on the Motion may be further adjourned from time to time without further notice other than an announcement at the hearing.

**PLEASE TAKE FURTHER NOTICE** that responses to the Motion, which were previously due on or before December 30, 2009, are now due on or before January 27, 2010.

Dated:  December 17, 2009
        New York, New York


                                    /s/ Shai Y. Waisman
                                    Shai Y. Waisman

                                    WEIL, GOTSHAL & MANGES LLP
                                    767 Fifth Avenue
                                    New York, New York 10153
                                    Telephone: (212) 310-8000
                                    Facsimile: (212) 310-8007

                                    Attorneys for Debtors
                                    and Debtors in Possession