CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Thomas J. Moloney
Sean A. O'Neal

*Attorneys for PB Capital Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
|   |   |
|---|---|
| **In re** | Chapter 11 Case No. |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | 08-13555 (JMP) |
| **Debtors.** | (Jointly Administered) |
|   | **CERTIFICATE OF SERVICE** |

------------------------------------------------------------------x

I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

1. On the 14th day of December 2009, the Motion of PB Capital for Leave to File to File a Limited Sur-Reply Declaration in Response to the Debtors' Supplement to Objections to Requests to File Late Claims with Exhibit A was served by hand upon:

> Weil Gotshal & Manges LLP
> Shai Waisman, Esq.
> Lori R. Fife, Esq.
> Richard W. Slack, Esq.
> Robert J. Lemons, Esq.
> 767 Fifth Avenue
> New York, NY  10153

2. On the 15th day of December 2009, the Motion of PB Capital for Leave to File to File a Limited Sur-Reply Declaration in Response to the Debtors' Supplement to Objections to Requests to File Late Claims with Exhibit A was served by hand upon:

> The Office of the United States Trustee
>   for the Southern District of New York
> Andy Velez-Rivera, Esq.
> Paul Schwartzberg, Esq.
> Brian Masumoto, Esq.
> Linda Riffkin, Esq.
> Tracy Hope Davis, Esq.
> 33 Whitehall Street, 21st Floor
> New York, NY  10004

3. These services were made by assistant managing clerks of this firm under my general supervision.

Dated: New York, New York
       December 16, 2009

                                        /s/Richard V. Conza
                                          Richard V. Conza