UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :    08-13555 (JMP)
                                                            :
            Debtors.                                        :    (Jointly Administered)
                                                            :
------------------------------------------------------------------x

**ORDER DEEMING PB CAPITAL'S PROOF OF CLAIM TIMELY FILED**

Upon consideration of the motion (the "Motion") of PB Capital Corporation ("PB Capital") for entry of an order (the "Order") pursuant to 11 U.S.C. §105 of the United States Bankruptcy Code (the "Bankruptcy Code") and Rule 9006(b)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), deeming that any proof of claim or guarantee questionnaire filed by PB Capital in respect of PB Capital's Notes[1] (together, the "Proofs of Claim") shall be timely filed; and for such further relief as the Court may deem just and proper; and it appearing that the relief requested by the Motion is appropriate; and due notice of the Motion having been given; and it appearing that no other or further notice need be given; and the Court having found and determined that it should exercise its discretion in accordance with the relief requested in the Motion and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore,

IT IS HEREBY FOUND AND DETERMINED THAT:

      A.    Deeming the timely filing of the Proofs of Claim will not unduly prejudice the Debtors;

---

[1] Capitalized terms used by not otherwise defined herein have the definition ascribed to such terms in the Motion or the Bar Date Order.

    B.  The delay in filing the Proofs of Claim was *de minimis* in the context of these cases;

    C.  The reasons for the delay in filing the Proofs of Claim are justifiable; and

    D.  PB Capital has acted in good faith.

  NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

    1.  The Motion is granted pursuant to section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9006(b)(1).

    2.  PB Capital shall be permitted to file the Proofs of Claim, which shall be deemed timely filed on or prior to the Bar Date in all respects and without prejudice to the rights of PB Capital, so long as the Proofs of Claim are filed by November 2, 2009.

    3.  This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: New York, New York
   December 17, 2009    *s/ James M. Peck*
               UNITED STATES BANKRUPTCY JUDGE