**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

------------------------------------------------------------------x

**ORDER PURSUANT TO SECTIONS 105(a) 363 OF THE**
**BANKRUPTCY CODE AND FEDERAL RULE OF BANKRUPTCY**
**PROCEDURE 9019 APPROVING WAIVER BY LEHMAN BROTHERS**
**SPECIAL FINANCING INC. OF CERTAIN INTEREST PAYMENTS FROM**
**ITS SUBSIDIARY LIBRO COMPANHIA SECURITIZADORA DE CRÉDITOS FINANCEIROS**

Upon the motion (the "Motion"), of Lehman Brothers Special Financing Inc.

("LBSF" and together with its affiliated debtors in the above-referenced chapter 11 cases, as

debtors and debtors in possession, the "Debtors"), pursuant to sections 105(a) and 363 of title 11

of the United States Code (the "Bankruptcy Code") and rule 9019 of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules") for authority to (i) waive and forgive a portion

of the Accrued Interest[1] that is attributable to the LBSF Note and due from its subsidiary Libro,

(ii) amend certain terms of the LBSF Note, and (iii) make the Compensation Payments to its

affiliate LB I Group, all as more particularly described in the Motion; and the Court having

jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C.

§§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern

District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward,

Acting C.J.); and consideration of the Motion and the relief requested therein being a core

proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to

28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided in

accordance with the procedures set forth in the amended order entered February 13, 2009

---

[1] Capitalized terms that are used but not defined in this Order have the meanings ascribed to them in the Motion.

governing case management and administrative procedures [Docket No. 2837] to (i) the United

States Trustee for the Southern District of New York; (ii) the attorneys for the Official

Committee of Unsecured Creditors; (iii) the Securities and Exchange Commission; (iv) the

Internal Revenue Service; (v) the United States Attorney for the Southern District of New York;

and (vi) all parties who have requested notice in these chapter 11 cases, and it appearing that no

other or further notice need be provided; and the Court having found and determined that the

relief sought in the Motion is in the best interests of LBSF, its estate and creditors, and all parties

in interest and that the legal and factual bases set forth in the Motion establish just cause for the

relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the Motion is granted; and it is further

ORDERED that, pursuant to sections 105(a) and 363 of the Bankruptcy Code and

Bankruptcy Rule 9019, LBSF is authorized, but not directed, to (i) waive and forgive a portion of

the Accrued Interest otherwise payable to it, (ii) amend the terms of the LBSF Note, (iii) make

the Compensation Payments to LB I Group Inc., and (iv) take any corporate actions related

thereto, including but not limited to, executing and delivering documents memorializing such

waiver, forgiveness, amendment and payment; and it is further

ORDERED that the relief set forth in this order shall be effective and enforceable

immediately upon entry and its provisions shall be self-executing and any stay imposed by

Bankruptcy Rule 6004(g) are hereby waived.; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to the implementation and/or interpretation of this Order.

Dated: New York, New York
       December 17, 2009              _s/ James M. Peck_____
                                      HONORABLE JAMES M. PECK
                                      UNITED STATES BANKRUPTCY JUDGE