UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re                                              :    Chapter 11 Case No.
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,       :    08-13555 (JMP)
                                                   :
          Debtors.                                 :    (Jointly Administered)
                                                   :
---------------------------------------------------------------x    Ref. Docket Nos. 6102, 6157, 6167,
                                                        6173, 6177, 6179, 6180, 6188 -
                                                        6190, 6194, 6198, 6202 - 6205,
                                                        6216, 6218

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 15, 2009, I caused to be served the:

    a) "THIRD INTERIM APPLICATION OF REILLY POZNER LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES," dated December 4, 2009 [Docket No. 6102],

    b) "THIRD APPLICATION OF BORTSTEIN LEGAL LLC, SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION, FOR INTERIM ALLOWANCE OF COMPENSATION," dated December 14, 2009 [Docket No. 6157],

    c) "THIRD INTERIM FEE APPLICATION OF ERNST & YOUNG LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS AUDITORS AND TAX SERVICES PROVIDERS TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM JUNE 1, 2009 THROUGH SEPTEMBER 30, 2009 ," dated December 11, 2009 [Docket No. 6167],

    d) "APPLICATION OF WINDELS MARX LANE & MITTENDORF, LLP, FOR AN INTERIM AWARD OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JUNE 1, 2009 THROUGH SEPTEMBER 30, 2009," dated December 14, 2009 [Docket No. 6173],

e) "THIRD INTERIM FEE APPLICATION OF BINGHAM MCCUTCHEN LLP, FOR ITSELF AND AS SUCCESSOR IN INTEREST, AS APPLICABLE, TO MCKEE NELSON LLP, SPECIAL COUNSEL FOR THE DEBTORS, FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED," dated December 14, 2009 [Docket No. 6177],

f) "THIRD APPLICATION OF MCKENNA LONG & ALDRIDGE LLP FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES," dated December 14, 2009 [Docket No. 6179],

g) "SECOND INTERIM APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD FROM JUNE 1, 2009 THROUGH SEPTEMBER 30, 2009," dated December 14, 2009 [Docket No. 6180],

h) "THIRD INTERIM FEE APPLICATION OF THE EXAMINER AND JENNER & BLOCK LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES," dated December 14, 2009 [Docket No. 6188],

i) "SECOND INTERIM FEE APPLICATION OF DUFF & PHELPS LLC, AS FINANCIAL ADVISORS TO THE EXAMINER, ANTON R. VALUKAS, FOR INTERIM ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FROM JUNE 1, 2009 THROUGH SEPTEMBER 30, 2009 FOR THIRD INTERIM APPLICATION PERIOD," dated December 14, 2009 [Docket No. 6189],

j) "THIRD INTERIM APPLICATION OF FTI CONSULTING, INC. FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED IN THE CASE FOR THE PERIOD JUNE 1, 2009 THROUGH SEPTEMBER 30, 2009," dated December 14, 2009 [Docket No. 6190],

k) "THIRD INTERIM APPLICATION OF HOULIHAN LOKEY HOWARD & ZUKIN CAPITAL, INC., INVESTMENT BANKER TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR INTERIM ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FROM JUNE 1, 2009 THROUGH SEPTEMBER 30, 2009," dated December 14, 2009 [Docket No. 6194],

l) "THIRD INTERIM APPLICATION OF SIMPSON THACHER & BARTLETT LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES," dated December 14, 2009 [Docket No. 6198],

m) "THIRD INTERIM APPLICATION OF CURTIS, MALLET-PREVOST, COLT & MOSLE LLP, AS CONFLICTS COUNSEL, FOR THE DEBTORS AND DEBTORS IN POSSESSION FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD JUNE 1, 2009 THROUGH SEPTEMBER 30, 2009," dated December 14, 2009 [Docket No. 6202],

n) "THIRD APPLICATION OF MILBANK, TWEED, HADLEY & McCLOY LLP, COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR INTERIM APPROVAL AND ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES DURING PERIOD FROM JUNE 1, 2009 THROUGH AND INCLUDING SEPTEMBER 30, 2009," dated December 14, 2009 [Docket No. 6203],

o) "THIRD INTERIM APPLICATION OF QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP FOR ALLOWANCE OF INTERIM COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED DURING THE PERIOD JUNE 1, 2009 THROUGH SEPTEMBER 30, 2009," dated December 14, 2009 [Docket No. 6204],

p) "THIRD APPLICATION OF WEIL, GOTSHAL & MANGES LLP, AS ATTORNEYS FOR THE DEBTORS, FOR INTERIM ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FROM JUNE 1, 2009 THROUGH SEPTEMBER 30, 2009," dated December 14, 2009 [Docket No. 6205],

q) "THIRD INTERIM APPLICATION OF JONES DAY, SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION, SEEKING ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES," dated December 14, 2009 [Docket No. 6216], and

r) "THIRD INTERIM APPLICATION OF LAZARD FRERES & CO. LLC, DEBTORS' INVESTMENT BANKER FOR ALLOWANCE OF COMPENSATION AND FOR THE REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSE INCURRED FOR THE PERIOD FROM JULY 1, 2009 THROUGH SEPTEMBER 30, 2009," dated December 15, 2009 [Docket No. 6218],

by causing true and correct copies to be delivered by email to cbiros@feinbergrozen.com.

/s/ Paul Belobritsky
Paul Belobritsky

Sworn to before me this
17th day of December, 2009

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011