**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
Susheel Kirpalani (SK 8926)
51 Madison Avenue, 22nd Floor
New York, New York  10010
Telephone:  (212) 849-7000
Telecopier: (212) 849-7100

*Special Counsel For The Official Committee*
*Of Unsecured Creditors Of*
*Lehman Brothers Holdings Inc., et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
                                                                 :
In re:                                                           :
                                                                 :   Chapter 11
LEHMAN BROTHERS HOLDINGS INC.,                                   :
ET AL.,                                                          :   Case No. 08-13555 (JMP)
                                                                 :
                                                                 :   (Jointly Administered)
                              Debtors.                           :
                                                                 :
                                                                 :
-----------------------------------------------------------------x
```

**FIFTH SUPPLEMENTAL DECLARATION OF SUSHEEL KIRPALANI**
**IN SUPPORT OF APPLICATION OF OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS OF LEHMAN BROTHERS HOLDINGS INC., ET AL., UNDER**
**11 U.S.C. §§ 328 AND 1103 AND FED. R. BANKR. P. 2014 AND 5002, FOR**
**ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF QUINN**
**EMANUEL URQUHART OLIVER & HEDGES, LLP, AS SPECIAL COUNSEL,**
**NUNC PRO TUNC TO SEPTEMBER 17, 2008**

Susheel Kirpalani hereby declares, under penalty of perjury:

1.      I am a member of Quinn Emanuel Urquhart Oliver & Hedges, LLP

("Quinn Emanuel"), a law firm with offices at 51 Madison Avenue, New York, New York

10010, and in Los Angeles, San Francisco, Silicon Valley, California, London, England, and

Tokyo, Japan.

2.       I submit this declaration (the "Fifth Supplemental Declaration") in

connection with Quinn Emanuel's representation of the Official Committee of Unsecured

Creditors (the "Creditors' Committee") of Lehman Brothers Holdings Inc. ("LBHI") and its

affiliated debtors in possession (collectively, the "Lehman Debtors"), as special counsel, *nunc*

*pro tunc* effective as of September 17, 2008, in the above-captioned cases (collectively, the

"Chapter 11 Cases").  Quinn Emanuel was retained upon application, dated October 21, 2008

(the "Application"), by the Creditors' Committee, pursuant to sections 328 and 1103(a) of title 11

of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), and Rules 2014

and 5002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

3.       Unless otherwise stated in this declaration, I have personal knowledge of

the facts set forth herein.  I will supplement the disclosures made in the Declarations (as defined

below) if additional relevant information becomes available during the pendency of these cases.

4.       I initially filed a declaration (the "Initial Declaration"), dated October 21,

2008, contemporaneously with the Application.  On November 10, 2008, I filed a supplemental

declaration in support of the Application (the "First Supplemental Declaration").  On December

8, 2008, I filed a second supplemental declaration in support of the Application (the "Second

Supplemental Declaration").  On March 4, 2009, I filed a third supplemental declaration in

support of the Application (the "Third Supplemental Declaration").  On June 26, 2009, I filed a

fourth supplemental declaration in support of the Application (the "Fourth Supplemental

Declaration" and, together with the Initial Declaration, First Supplemental Declaration, Second

Supplemental Declaration, Third Supplemental Declaration and Fifth Supplemental Declaration,

the "Declarations").

5.      On November 21, 2008, the Bankruptcy Court entered the Final Order

Under 11 U.S.C. §1103(a) And Fed. R. Bankr. P. 2014 and 5002, Authorizing Retention And

Employment Of Quinn Emanuel Urquhart Oliver & Hedges, LLP As Special Counsel To The

Official Committee Of Unsecured Creditors Of Lehman Brothers Holdings Inc. Et Al., Nunc Pro

Tunc To September 17, 2008 (the "Final Order").  Among other things, the Final Order granted

the Application and approved Quinn Emanuel's retention as special counsel to the Creditors'

Committee.

6.      Quinn Emmanuel presently represents secured creditors in the chapter 11

bankruptcy proceedings of Fontainebleau Las Vegas Holdings, LLC and its associated debtors

and debtors in possession (together "Fontainebleau"), Case number 09-21481 (Bankr. S.D.

Fla.).  In particular, Quinn Emanuel's clients hold claims against Fontainebleau entities that

own parcels of real property (the "Resort Debtors").  The Resort Debtors entered into a lease

with other Fontainebleau debtors (the "Retail Debtors") for certain of the real property associated

with a hotel/casino project that has not been completed.  The bankruptcy cases of the Resort

Debtors and the Retail Debtors are being jointly administered.  Substantially all of the assets

relating to the project are intended to be sold, and there may be disputes between the estates

regarding allocation of sale proceeds.  Certain of the Lehman Debtors have recently emerged as

the agent to debt secured by the assets of the Retail Debtors.  While Quinn Emanuel does not

believe that this creates a conflict, out of an abundance of caution, Quinn Emanuel will not

represent the Committee in respect of matters in connection with the Fontainebleau chapter 11

cases.

7.      Quinn Emmanuel presently serves as special litigation counsel to American Home Mortgage Inc. and its affiliated debtors and debtors in possession (together, "American Home") in their chapter 11 bankruptcy cases, Case number 07-11047 (Bankr. D. Del.).  Quinn Emanuel represented American Home Mortgage Servicing Inc. and two of its non-debtor affiliates Broadhollow Funding LLC and Melville Funding LLC (together "Broadhollow") in a breach of contract action against Bank of America N.A. (the "BofA Proceeding").  Certain holders of notes issued by Broadhollow have moved to intervene in the BofA Proceeding (the "Intervening Noteholders").  Broadhollow and the Intervening Noteholders have engaged in negotiations with respect to the intervention request and other issues relating to Broadhollow.  The Lehman Debtors have recently emerged as Noteholders of Broadhollow (though they are not members of the group of Intervening Noteholders).  While Quinn Emanuel does not believe that this creates a conflict, out of an abundance of caution, Quinn Emanuel will not represent the Committee in respect of matters in connection with the Broadhollow dispute, and Young Conaway Stargatt & Taylor LLP, Quinn Emanuel's co-counsel in the BofA Proceeding, will negotiate (to the extent there are negotiations) on Broadhollow's behalf with respect to the Lehman Debtors.

8.      The foregoing statements are true and correct to the best of my knowledge, information and belief.

December 18, 2009

/s/ Susheel Kirpalani
Susheel Kirpalani
A Member of the Firm