United States Bankruptcy Court
Southern District of New York

In Re:      Lehman Brothers Holdings, Inc.
Case No:    08-13555 (JMP)

NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CLAIM NO. 62758 HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bank. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee:
**The Seaport Group LLC Profit Sharing Plan**

Name and address where notices to transferee should be sent:

360 Madison Avenue, 22nd Floor
New York, NY 10017

Attn: Jon Silverman

Phone:  +1 212 616 7713
Last Four Digits of Acct #:  N/A

Name of Transferor:
**Nomura International plc**

Court Claim # (if known):  62758
Amount of Claim:           USD 1,076,735
Date Claim Filed:          02 November 2009

Name and Address of Transferor:
25 Bank Street
London E14 5LS
United Kingdom
Attn: Matthew Wadhams

Phone:  +44 207 102 2632
Last Four Digits of Acct. #:  N/A

Name and Address where transferee payments
Should be sent (if different from above):

Phone:                     N/A
Last Four Digits of Acct. #:     N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ Michael J. Meagher, Trustee       Date:  17 December 2009
    Transferee / Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U.S.C .152 &3571*

--DEADLINE TO OBJECT TO TRANSFER--

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                    _____
                                        CLERK OF THE COURT

## EVIDENCE OF TRANSFER OF CLAIM

**TO:** Clerk, United States Bankruptcy Court, Southern District of New York

**AND TO:**

Nomura International plc, with offices located at 25 Bank Street, London E14 5LS, ("Seller"), pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to The Seaport Group LLC Profit Sharing Plan, its successors and assigns, with offices located at 360 Madison Ave 22nd Floor, New York, NY 10017 ("Buyer"), all right, title and interest in and to the claims of Seller against Lehman Brothers Holdings, Inc. and its affiliates docketed as Claim Nos. **62758** (the "Claims") in the United States Bankruptcy Court for Southern District of New York.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 17th day of December, 2009.

WITNESS:

(Signature)
Name: BODHADITYA BHATTACHARYA
Title:

NOMURA INTERNATIONAL plc

By: _____
Name: PETER DUENAS
Title: MANAGING DIRECTOR