# Exhibit D

First American Residential Value View

# RESIDENTIAL BROKER PRICE OPINION

REO ____ This BPO is the ☐ Initial ☐ 2nd Opinion ☐ Updated ☐ Exterior Only   DATE 6/2/2009

PROPERTY ADDRESS: 150 115TH DR                    SALES REPRESENTATIVE:
JAMAICA                NY  11434  CLIENT NAME:
FIRM NAME: LUCKY HOMES CORP            COMPLETED BY: DAVID PERSAUD
PHONE NO. (646)796-4804                 FAX NO.         (718)322-3351

## I. GENERAL MARKET CONDITIONS

Current market condition:      ☑ Depressed   ☐ Slow    ☐ Stable   ☐ Improving   ☐ Excellent
Employment conditions:         ☑ Declining   ☐ Stable  ☐ Increasing
Market price of this type property has:  ☑ Decreased  5 % in past 1 months
                                         ☐ Increased
                                         ☐ Remained stable

Estimated percentages of owner vs. tenants in neighborhood:  50 % owner occupant  50 % tenant
There is a  ☐ Normal supply  ☑ oversupply  ☐ shortage of comparable listings in the neighborhood
Approximate number of comparable units for sale in neighborhood: 35
No. of competing listings in neighborhood that are REO or Corporate owned: 30
No. of boarded or blocked-up homes: 20

## II. SUBJECT MARKETABILITY

Range of values in the neighborhood is $ 139,000 to $ 399,000
The subject is an  ☐ over improvement  ☑ under improvement  ☐ Appropriate improvement for the neighborhood.
Normal marketing time in the area is: 120 days.
Are all types of financing available for the property?  ☑ Yes  ☐ No  If no, explain _____
Has the property been on the market in the last 12 months?  ☐ Yes  ☑ No  If yes, $ ____ list price (include MLS printout)
To the best of your knowledge, why did it not sell? _____

Unit Type:  ☑ single family detached  ☐ condo     ☐ co-op      ☐ mobile home
            ☐ single family attached  ☐ townhouse ☐ modular

If condo or other association exists: Fee $ ____  ☐ monthly  ☐ annually  Current? ☐ Yes  ☐ No   Fee delinquent? $ ____
The fee includes:  ☐ Insurance  ☐ Landscape  ☐ Pool  ☐ Tennis   Other _____
Association Contact: Name: _____    Phone No.: _____

## III. COMPETITIVE CLOSED SALES

| ITEM | SUBJECT | COMPARABLE NUMBER 1 | | COMPARABLE NUMBER 2 | | COMPARABLE NUMBER 3 | |
|---|---|---|---|---|---|---|---|
| Address | 150 115TH DR JAMAICA NY 11434 | 15034 116TH AVE JAMAICA NY 11434 | | 11846 153RD ST JAMAICA NY 11434 | | 144-35 158TH ST JAMAICA NY 11434 | |
| Proximity to Subject | | 0.06 REO/Corp ☑ | | 0.27 REO/Corp ☐ | | 0.43 REO/Corp ☑ | |
| Sale Price | $ | $ 190,000 | | $ 210,000 | | $ 210,000 | |
| Price/Gross Living Area | $    Sq. Ft. | $ 201.7 Sq. Ft. | | $ 261.19 Sq. Ft. | | $ 229.51 Sq. Ft. | |
| Sale Date & Days on Market | | 02/24/2009 51 | | 01/12/2009 72 | | 01/15/2009 34 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | Adjustment | DESCRIPTION | Adjustment | DESCRIPTION | Adjustment |
| Sales or Financing Concessions | | 0 | E | 0 | E | 0 | E |
| Location | Urban | Urban | E | Urban | E | Urban | E |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | E | Fee Simple | E | Fee Simple | E |
| Site | 0.05 | 0.05 | E | 0.03 | E | 0.05 | E |
| View | Typ | Typ | E | Typ | E | Typ | E |
| Design and Appeal | Townho Colonial | Townho Colonial | E | Townho Colonial | E | Townho Colonial | E |
| Quality of Construction | Average | Average | E | Average | E | Average | E |
| Age | 79 | 89 | E | 79 | E | 89 | E |
| Condition | Average | Average | E | Average | E | Average | E |
| Above Grade Room Count | Total 5 / Bdms 2 / Baths 2 | Total 5 / Bdms 2 / Baths 1 | E | Total 6 / Bdms 2 / Baths | E | Total 6 / Bdms 3 / Baths 1 | E |
| Gross Living Area | 882 Sq. Ft. | 942 Sq. Ft. | E | 804 Sq. Ft. | E | 915 Sq. Ft. | E |
| Basement & Finished Rooms Below Grade | No | No | E | No | E | No | E |
| Functional Utility | Average | Average | E | Average | E | Average | E |
| Heating/Cooling | 00 | 00 | E | 00 | E | 00 | E |
| Energy Efficient Items | 00 | 00 | E | 00 | E | 00 | E |
| Garage/Carport | None | None | E | None | E | None | E |
| Porches, Patio, Deck Fireplace(s), etc. | 00 | 00 | E | 00 | E | 00 | E |
| Fence, Pool, etc. | 00 | 00 | E | 00 | E | 00 | E |
| Other | 00 | 00 | E | 00 | E | 00 | E |
| Net Adj. (total) | | | $ -3,000 | | $ -23,000 | | $ -23,000 |
| Adjusted Sales Price of Comparable | | | $ 187,000 | | $ 187,000 | | $ 187,000 |

I selected these comps based on age, type, condition, gla and proximity. comp 1 is inferior because it has less bathrooms. comp 2 is inferior because it has less bathrooms. comp 3 is superior because it has more bedrooms.

Page 1 of 2

### IV. MARKETING STRATEGY

☐ As-is  ☐ Minimal Lender Required Repairs  ☐ Repaired    Most Likely Buyer: ☐ Owner occupant  ☐ Investor

### V. REPAIRS

Itemize ALL repairs needed to bring property from its present "as is" condition to average marketable condition for the neighborhood.
Check those repairs you recommend that we perform for most successful marketing of the property.

| ☐ | $ | ☐ | $ |
| --- | --- | --- | --- |
| ☐ | $ | ☐ | $ |
| ☐ | $ | ☐ | $ |
| ☐ | $ | ☐ | $ |
| ☐ | $ | ☐ | $ |

GRAND TOTAL FOR ALL REPAIRS $ 0

### VI. COMPETITIVE LISTINGS

| ITEM | SUBJECT | COMPARABLE NUMBER 1 | | COMPARABLE NUMBER 2 | | COMPARABLE NUMBER 3 | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Address | 150 115TH DR JAMAICA NY 11434 | 15318 118TH AVE JAMAICA NY 11434 | | 15329 118TH AVE JAMAICA NY 11434 | | 15057 116TH RD JAMAICA NY 11434 | |
| Proximity to Subject | | 0.24 REO/Corp ☑ | | 0.25 REO/Corp ☐ | | 0.11 REO/Corp ☐ | |
| List Price | $ | $ 180,000 | | $ 189,900 | | $ 205,000 | |
| Price/Gross Living Area | $ Sq.Ft. | $ 212.7 Sq.Ft. | | $ 235.0 Sq.Ft. | | $ 218.0 Sq.Ft. | |
| Data and/or Verification Sources | | Other | | Other | | Other | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | Adjustment | DESCRIPTION | Adjustment | DESCRIPTION | Adjustment |
| Sales or Financing Concessions | | 0 | E | 0 | E | 0 | E |
| Days on Market | | 42 | E | 96 | E | 120 | E |
| Location | Urban | Urban | E | Urban | E | Urban | E |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | E | Fee Simple | E | Fee Simple | E |
| Site | 0.05 | 0.03 | E | 0.03 | E | 0.03 | E |
| View | Typ | Typ | E | Typ | E | Typ | E |
| Design and Appeal | Townho Colonial | Townho Colonial | E | Townho Colonial | E | Townho Colonial | E |
| Quality of Construction | Average | Average | E | Average | E | Average | E |
| Age | 79 | 64 | E | 79 | E | 62 | E |
| Condition | Average | Average | E | Average | E | Average | E |
| Above Grade Room Count | Total 5 / Bdrms 2 / Baths 2 | Total 5 / Bdrms 2 / Baths 2 | E | Total 4 / Bdrms 2 / Baths 1 | E | Total 7 / Bdrms 4 / Baths 1 | E |
| Gross Living Area | 882 Sq.Ft. | 846 Sq.Ft. | E | 808 Sq.Ft. | E | 940 Sq.Ft. | E |
| Basement & Finished Rooms Below Grade | No | No | E | No | E | No | E |
| Functional Utility | Average | Average | E | Average | E | Average | E |
| Heating/Cooling | 00 | 00 | E | 00 | E | 00 | E |
| Energy Efficient Items | 00 | 00 | E | 00 | E | 00 | E |
| Garage/Carport | None | None | E | None | E | None | E |
| Porches, Patio, Deck Fireplace(s), etc. | 00 | 00 | E | 00 | E | 00 | E |
| Fence, Pool, etc. | 00 | 00 | E | 00 | E | 00 | E |
| Other | 00 | 00 | E | 00 | E | 00 | E |
| Net Adj. (total) | | $ 7,000 | | $ -2,900 | | $ -18,000 | |
| Adjusted Sales Price of Comparable | | $ 187,000 | | $ 187,000 | | $ 187,000 | |

i selected these comps based on age,proximity,gla,condition and type. comp 1 is equal to subject . comp 2 is inferior because it has less sq ft. comp 3 is superior because it has more bedrooms.

### VI. THE MARKET VALUE (The value must fall within the indicated value of the Competitive Closed Sales).

|  | Market Value | Suggested List Price |
| --- | --- | --- |
| AS IS | $ 197,000 | $ 210,000 |
| REPAIRED | $ 197,000 | $ 210,000 |

COMMENTS (Include specific positives/negatives, special concerns, encroachments, easements, water rights, environmental concerns, flood zones, etc. Attach addendum if additional space is needed.)

i selected these comps based on age,proximity,gla,condition and type. comp 1 is equal to subject . comp 2 is inferior because it has less sq ft. comp 3 is superior because it has more bedrooms.

market area is on a decline due to a depressed economy.

Signature: DAVID PERSAUD                                                                                    Date: 6/2/2009

**Addendum**                                                                 4433370

QC: most comp proximities verified by map, but sold comp 3 doesn't map. Prior order 4002195 completed on 1/26 for $299,900 appears to have been valued too high. Prior agent valued the subject in the same price range as sold comps that had accrued higher DOM. Also, per trulia.com the average sale price in the area is $318,525 for a home 1,257 sqft which supports the current value more than the priors value, the current value is also in line with other prior orders completed on the subject. The prior order was the only interior order completed on the subject, but even she called it 'fair' condition rather than being above average for the area.

**First American Residential Value View**

**Photos**

| ACCOUNT NUMBER | TRACKING NUMBER 2216651 | | FARVV ORDER NO. 4433370 |
|---|---|---|---|
| NAME HARRIS | ADDRESS 150 115TH DR | | CITY, STATE, ZIP JAMAICA, NY 11434 |
| PHOTOS COMMENT | | | |

Subject Front
subject house number is missing



Subject House Number
Missing House Number



Street View



Account #:          Tracking #: 2216651

**SourceNet** — First American Residential Value View

Map

| NAME | TRACKING NUMBER | ADDRESS | CITY, STATE, ZIP | FARVV ORDER NO. |
|---|---|---|---|---|
| HARRIS | 2216651 | 150 115TH DR | JAMAICA, NY 11434 | 4433370 |



Map Scale: 1 Inch = 0.06 Miles

**⚑ Subject Property**
150 115TH DR
JAMAICA, NY 11434

**❶ Comp. Listing 1**
15318 118TH AVE
JAMAICA, NY 11434
Dist From Subject: 0.24 Miles

**❷ Comp. Listing 2**
15329 118TH AVE
JAMAICA, NY 11434
Dist From Subject: 0.25 Miles

**❸ Comp. Listing 3**
15057 116TH RD
JAMAICA, NY 11434
Dist From Subject: 0.11 Miles

**❶ Closed Sale 1**
15034 116TH AVE
JAMAICA, NY 11434
Dist From Subject: 0.06 Miles

**❷ Closed Sale 2**
11846 153RD ST
JAMAICA, NY 11434
Dist From Subject: 0.27 Miles

**❸ Closed Sale 3**  (Unable To Map)
144-35 158TH ST
JAMAICA, NY 11434