## NOTICE OF MOTION COVER SHEET

| | |
|---|---|
| NAME OF DEBTOR<br>BNC Mortgage LLC | CASE NUMBER<br>08-13555/09-10137<br>Jointly Administered |
| PLAINTIFF/MOVANT<br>US Bank National Association, Trustee<br>"Lehman Brothers Securitization Name-<br>Structured Asset Investment Loan Trust" | DEFENDANT/RESPONDENT |
| ATTORNEYS<br>Rosicki, Rosicki & Associates, P.C.<br>Main Office 51 E Bethpage Road<br>Plainview, NY 11803 | ATTORNEYS IF KNOWN |
| PRINT NAME OF ATTORNEY<br>Lisa Milas, Esq. | SIGNATURE |

### NATURE OF SUIT
(Check all Boxes That Apply to This Motion)

[x]   To Grant Relief from the Automatic Stay
        11 U.S.C. Section of 362(d)  ($150.00 fee required)

      To Withdraw the Reference of a Case
        11 U.S.C. Section 157(d)     ($75.00 fee required)

      To Compel Abandonment of Property
        of the Estate - B.R. 6007 (b) ($75.00 fee required)

      To Convert (fee not required)

      To Dismiss (fee not required)

      To Assume/Reject (fee not required)

      To Extend Time to Object to Discharge/Dischargeability

      To Extend Exclusivity Period to File Plan, Etc.

      Objections to Claims

      For Summary Judgment

      Other- Specify Type of Motion _____

FILING FEE (Check One)            Fee Attached         [x] Fee Paid On Line