# ROSICKI, ROSICKI & ASSOCIATES, P.C.

*ATTORNEYS AT LAW*

*Main Office: 51 East Bethpage Road*

*Plainview, New York  11803*

*Telephone (516) 741-2585*

*Facsimile (516)873-7243*

December 21, 2009

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

      **Re:**    **Debtor:**    **Lehman Brothers Holding, Inc.**
                                 **Case No. 08-13555**
                                 **(jointly administered)**

Dear Sir or Madam:

Enclosed herewith you will find one chambers copy of a motion seeking to modify the automatic stay, a proposed order, and a diskette containing the proposed order in word format. The appropriate filing fee in the amount of $150.00 has been paid online.

Please file this Motion, as it is scheduled for January 13, 2010 at 10:00 am     .

Your assistance is greatly appreciated.

Very truly yours,
ROSICKI, ROSICKI & ASSOCIATES, PC

_____
Patrick Lamberti
Paralegal

*Enclosures*