# Exhibit D


*First American*
*Residential Value View*

# RESIDENTIAL BROKER PRICE OPINION

R _____ This BPO is the ☐ Initial ☐ 2nd Opinion ☐ Updated ☐ Exterior Only DATE __12/4/2009__

PROPERTY ADDRESS: 187 -01 RIDGEDALE S SALES REPRESENTATIVE: _____

SPRINGFIELD NY 11413 CLIENT NAME: _____

FIRM NAME: DJE CAPITAL COMPLETED BY: DARRYL JOYNER

PHONE NO. (646)321-6395 FAX NO. (646)308-9296

## I. GENERAL MARKET CONDITIONS

Current market condition: ☑ Depressed ☐ Slow ☐ Stable ☐ Improving ☐ Excellent

Employment conditions: ☑ Declining ☐ Stable ☐ Increasing

Market price of this type property has: ☑ Decreased __7__ % in past __12__ months

☐ Increased

☐ Remained stable

Estimated percentages of owner vs. tenants in neighborhood: __90__ % owner occupant __10__ % tenant

There is a ☐ Normal supply ☑ oversupply ☐ shortage of comparable listings in the neighborhood

Approximate number of comparable units for sale in neighborhood: __194__

No. of competing listings in neighborhood that are REO or Corporate owned: __32__

No. of boarded or blocked-up homes _____

## II. SUBJECT MARKETABILITY

Range of values in the neighborhood is $ __215,000__ to $ __595,000__

The subject is an ☐ over improvement ☐ under improvement ☑ Appropriate improvement for the neighborhood.

Normal marketing time in the area is: __90__ days.

Are all types of financing available for the property? ☑ Yes ☐ No If no, explain _____

Has the property been on the market in the last 12 months? ☐ Yes ☑ No If yes, $ _____ list price (include MLS printout)

To the best of your knowledge, why did it not sell? _____

Unit Type: ☑ single family detached ☐ condo ☐ co-op ☐ mobile home

☐ single family attached ☐ townhouse ☐ modular

If condo or other association exists: Fee $ _____ ☐ monthly ☐ annually Current? ☐ Yes ☐ No Fee delinquent? $ _____

The fee includes: ☐ Insurance ☐ Landscape ☐ Pool ☐ Tennis Other _____

Association Contact: Name: _____ Phone No.: _____

### III. COMPETITIVE CLOSED SALES

| ITEM | SUBJECT | COMPARABLE NUMBER 1 | | COMPARABLE NUMBER 2 | | COMPARABLE NUMBER 3 | |
|---|---|---|---|---|---|---|---|
| Address | 187 -01 RIDGEDALE S SPRINGFIELD NY 11413 | 137-40 234th St Laurelton NY 11413 | | 168-01 144 Dr Springfield Gdns NY 11413 | | 130-23 177 St Springfield Gdns NY 11413 | |
| Proximity to Subject | | .35 REO/Corp☐ | | .42 REO/Corp☐ | | .26 REO/Corp☐ | |
| Sale Price | $ | $ 360,000 | | $ 320,000 | | $ 399,999 | |
| Price/Gross Living Area | $ Sq. Ft. | $216.19 Sq. Ft. | | $ 233.98 Sq. Ft. | | $ 232.56 Sq. Ft. | |
| Sale Date & Days on Market | | 8/12/2009 230 | | 8/27/2009 277 | | 11/5/2009 113 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | Adjustment | DESCRIPTION | Adjustment | DESCRIPTION | Adjustment |
| Sales or Financing Concessions | | 0 | E | 0 | E | 0 | E |
| Location | Suburban | Suburban | E | Suburban | E | Suburban | E |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | E | Fee Simple | E | Fee Simple | E |
| Site | 0.065564738 | 0.071395776 | E | 0.087235996 | E | 0.091827365 | E |
| View | Typ | Typ | E | Typ | E | Typ | E |
| Design and Appeal | Duplex Colonial | Duplex Colonial | E | Duplex Colonial | E | Duplex Colonial | E |
| Quality of Construction | Average | Average | E | Average | E | Average | E |
| Age | 49 | 64 | E | 29 | E | 53 | E |
| Condition | Average | Average | E | Average | E | Average | E |
| Above Grade Room Count | Total 12 / Bdrms 4 / Baths 2 | Total 12 / Bdrms 4 / Baths 2 | E | Total 12 / Bdrms 4 / Baths 2 | | Total 12 / Bdrms 4 / Baths 2 | E |
| Gross Living Area | 1,620 Sq. Ft. | 1,804 Sq. Ft. | E | 1,795 Sq. Ft. | E | 1,720 Sq. Ft. | E |
| Basement & Finished Rooms Below Grade | Yes 1 | Yes 1 | E | Yes 1 | E | Yes 1 | E |
| Functional Utility | Average | Average | E | Average | E | Average | E |
| Heating/Cooling | forced air/no | forced air/no | E | forced air/no | E | forced air/no | E |
| Energy Efficient Items | none | none | E | none | E | none | E |
| Garage/Carport | None | None | E | None | E | None | E |
| Porches, Patio, Deck Fireplace(s), etc. | porch | porch | E | porch | E | porch | E |
| Fence, Pool, etc. | fence | fence | E | fence | E | fence | E |
| Other | none | none | E | none | E | none | E |
| Net Adj. (total) | | $ 0 | | $ 0 | | $ 0 | |
| Adjusted Sales Price of Comparable | | $ 360,000 | | $ 320,000 | | $ 399,999 | |

Comps have similar design, appeal and quality of construction.

REO

## IV. MARKETING STRATEGY

☑ As-is ☐ Minimal Lender Required Repairs ☐ Repaired    Most Likely Buyer: ☑ Owner occupant ☐ Investor

## V. REPAIRS

Itemize ALL repairs needed to bring property from its present "as-is" condition to average marketable condition for the neighborhood.
Check those repairs you recommend that we perform for most successful marketing of the property.

| ☐ | _____ | $ _____ | ☐ | _____ | $ _____ |
| ☐ | _____ | $ _____ | ☐ | _____ | $ _____ |
| ☐ | _____ | $ _____ | ☐ | _____ | $ _____ |
| ☐ | _____ | $ _____ | ☐ | _____ | $ _____ |
| ☐ | _____ | $ _____ | ☐ | _____ | $ _____ |

**GRAND TOTAL FOR ALL REPAIRS** $ 0

### VI. COMPETITIVE LISTINGS

| ITEM | SUBJECT | COMPARABLE NUMBER 1 | | COMPARABLE NUMBER 2 | | COMPARABLE NUMBER 3 | |
|---|---|---|---|---|---|---|---|
| Address | 187 -01 RIDGEDALE S SPRINGFIELD NY 11413 | 219-16 139th Ave Laurelton NY 11413 | | 172-12 Brocher Rd Springfield Gdns NY 11413 | | 127-11 160th St Springfield Gdns NY 11413 | |
| Proximity to Subject | | .26 REO/Corp ☑ | | .34 REO/Corp ☑ | | .25 REO/Corp ☑ | |
| List Price | $ | $ 329,000 | | $ 350,000 | | $ 390,000 | |
| Price/Gross Living Area | $ Sq.Ft. | $ 248.7 Sq.Ft. | | $ 214.0 Sq.Ft. | | $ 216.6 Sq.Ft. | |
| Data and/or Verification Sources | | MLS | | MLS | | MLS | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | Adjustment | DESCRIPTION | Adjustment | DESCRIPTION | Adjustment |
| Sales or Financing Concessions | | 0 | E | 0 | E | 0 | E |
| Days on Market | | 64 | E | 75 | E | 64 | E |
| Location | Suburban | Suburban | E | Suburban | E | Suburban | E |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | E | Fee Simple | E | Fee Simple | E |
| Site | 0.065564738 | 0.120179063 | E | 0.139577594 | E | 0.057392103 | E |
| View | Typ | Typ | E | Typ | E | Typ | E |
| Design and Appeal | Duplex Colonial | Duplex Colonial | E | Duplex Colonial | E | Duplex Colonial | E |
| Quality of Construction | Average | Average | E | Average | E | Average | E |
| Age | 49 | 64 | E | 69 | E | 69 | E |
| Condition | Average | Average | E | Average | E | Average | E |
| Above Grade Room Count | Total 12 / Bdrms 4 / Baths 2 | Total 12 / Bdrms 4 / Baths 2 | E | Total 12 / Bdrms 4 / Baths 2 | | Total 12 / Bdrms 4 / Baths 2 | |
| Gross Living Area | 1,620 Sq. Ft. | 1,725 Sq. Ft. | E | 1,775 Sq. Ft. | E | 1,800 Sq. Ft. | E |
| Basement & Finished Rooms Below Grade | Yes 1 | Yes 1 | E | Yes 1 | E | Yes 1 | E |
| Functional Utility | Average | Average | E | Average | E | Average | E |
| Heating/Cooling | forced air/no | forced air/no | E | forced air/no | E | forced air/no | E |
| Energy Efficient Items | none | none | E | none | E | none | E |
| Garage/Carport | None | None | E | None | E | None | E |
| Porches, Patio, Deck Fireplace(s), etc. | porch | porch | E | porch | E | porch | E |
| Fence, Pool, etc. | fence | fence | E | fence | E | fence | E |
| Other | none | none | E | none | E | none | E |
| Net Adj. (total) | | $ 0 | | - $ 0 | | $ 0 | |
| Adjusted Sales Price of Comparable | | $ 329,000 | | $ 350,000 | | $ 390,000 | |

Comps have similar design, appeal and quality of construction.

### VI. THE MARKET VALUE  (The value must fall within the indicated value of the Competitive Closed Sales).

| | Market Value | Suggested List Price |
|---|---|---|
| AS IS | $ 358,000 | $ 373,000 |
| REPAIRED | $ 358,000 | $ 373,000 |

COMMENTS  (Include specific positives/negatives, special concerns, encroachments, easements, water rights, environmental concerns, flood zones, etc.
Attach addendum if additional space is needed.)
Comps have similar design, appeal and quality of construction.

The subject is located near schools, retail shopping, public transportation and places of worship. The area has experienced a decline in home prices over the past 18 to24 months due to the down turn in the economy and credit concerns.

Signature: DARRYL JOYNER _____    Date: 12/4/2009 _____

 *First American Residential Value View*



# Photos

| NAME | TRACKING NUMBER | | FARVV ORDER NO. |
|------|-----------------|---|------------------|
| VILLAVERDE | 2717754 | | 5068124 |
| | ADDRESS | CITY, STATE, ZIP | |
| | 187 -01 RIDGEDALE S | SPRINGFIELD, NY  11413 | |
| PHOTOS COMMENT | | | |

Subject Front



Subject Front



Subject House Number



Account #: :          Tracking #: 2717754



*First American*
*Residential Value View*

Photos



| | TRACKING NUMBER 2717754 | | FARVV ORDER NO 5068124 |
|---|---|---|---|
| NAME VILLAVERDE | ADDRESS 187 -01 RIDGEDALE S | CITY, STATE, ZIP SPRINGFIELD, NY 11413 | |
| PHOTOS COMMENT | | | |

Street View



 First American
Residential Value View



Map

| | TRACKING NUMBER 2717754 | |
|---|---|---|
| NAME VILLAVERDE | ADDRESS 187 -01 RIDGEDALE S | CITY, STATE, ZIP SPRINGFIELD, NY 11413 |



Map Scale: 1 Inch = 1.03 Miles

⚑ **Subject Property**
187 -01 RIDGEDALE S
SPRINGFIELD, NY 11413

❶ **Comp. Listing 1** (Unable To Map)
219-16 139th Ave
Laurelton, NY 11413

❷ **Comp. Listing 2** (Unable To Map)
172-12 Brocher Rd
Springfield Gdns, NY 11413

❸ **Comp. Listing 3** (Unable To Map)
127-11 160th St
Springfield Gdns, NY 11413

❶ **Closed Sale 1** (Unable To Map)
137-40 234th St
Laurelton, NY 11413

❷ **Closed Sale 2** (Unable To Map)
168-01 144 Dr
Springfield Gdns, NY 11413

❸ **Closed Sale 3** (Unable To Map)
130-23 177 St
Springfield Gdns, NY 11413

5068124