## NOTICE OF MOTION COVER SHEET

| | |
|---|---|
| **NAME OF DEBTOR**<br>BNC Mortgage LLC | **CASE NUMBER**<br>08-13555/09-10137<br>Jointly Administered |
| **PLAINTIFF/MOVANT**<br>U.S. Bank National Association, Trustee for "Lehman Brothers Securitization Name – Structured Asset Investment Loan Trust" | **DEFENDANT/RESPONDENT** |
| **ATTORNEYS**<br>Rosicki, Rosicki & Associates, P.C.<br>Main Office 51 E Bethpage Road<br>Plainview, NY 11803 | **ATTORNEYS IF KNOWN** |
| **PRINT NAME OF ATTORNEY**<br>Lisa Milas, Esq. | **SIGNATURE** |

### NATURE OF SUIT
(Check all Boxes That Apply to This Motion)

☒ To Grant Relief from the Automatic Stay
   11 U.S.C. Section of 362(d)  ($150.00 fee required)

☐ To Withdraw the Reference of a Case
   11 U.S.C. Section 157(d)   ($75.00 fee required)

☐ To Compel Abandonment of Property
   of the Estate - B.R. 6007 (b) ($75.00 fee required)

☐ To Convert (fee not required)

☐ To Dismiss (fee not required)

☐ To Assume/Reject (fee not required)

☐ To Extend Time to Object to Discharge/Dischargeability

☐ To Extend Exclusivity Period to File Plan, Etc.

☐ Objections to Claims

☐ For Summary Judgment

☐ Other- Specify Type of Motion _____

FILING FEE (Check One)          ☐ Fee Attached          ☒ Fee Paid On Line