# ROSICKI, ROSICKI & ASSOCIATES, P.C.

### ATTORNEYS AT LAW

Main Office: 51 East Bethpage Road

Plainview, New York 11803

Telephone (516) 741-2585

Facsimile (516)873-7243

December 21, 2009

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

      Re:    Debtor:    **Lehman Brothers Holding, Inc.**
                                **Case No. 08-13555**

Dear Sir or Madam:

Enclosed herewith you will find one chambers copy of a motion seeking to modify the automatic stay, a proposed order, and a diskette containing the proposed order in word format. The appropriate filing fee in the amount of $150.00 has been paid online.

Please file this Motion, as it is scheduled for January 13, 2010 at 10:00 am        .

Your assistance is greatly appreciated.

Very truly yours,
ROSICKI, ROSICKI & ASSOCIATES, PC

_____
Patrick Lamberti
Paralegal


*Enclosures*