UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
                                  :

In re                          :           Chapter 11 Case No.
                                  :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :        08-13555 (JMP)
                                  :

           Debtors.           :       (Jointly Administered)
                                  :

-------------------------------------------------------------------x     Ref. Docket Nos. 6101, 6108, 6110,
                                          6117-6120, 6122-6123, 6125, 6131-
                                          6132, 6136, 6152-6154, 6156, 6162-
                                          6164, 6166, 6168-6172, 6174, 6176,
                                          6178, 6181, 6185, 6206-6207, 6215

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                                 ) ss.:
COUNTY OF NEW YORK )   

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 17, 2009, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            /s/ Paul Belobritsky
                                            Paul Belobritsky

Sworn to before me this
21st day of December, 2009

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re                                      |    Chapter 11 Case No.
                                           |
LEHMAN BROTHERS HOLDINGS INC., et al.,     |    08-13555 (JMP)
                                           |
                                           |    (Jointly Administered)
                    Debtors.               |
                                           |
_____

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

          To:  VR-LIW GMBH
               GUNNAR MANGEL-GENERAL MANAGER
               GABELSBERGERSTRASSE 1A
               HAMM    59069
               GERMANY

Please note that your claim # 55174-01 in the above referenced case and in the amount of $4,365,070.49       has been transferred **(unless previously expunged by court order)**

          MORGAN STANLEY & CO. INTERNATIONAL PLC              MORGAN STANLEY & CO. INTERNATIONAL PLC
          TRANSFEROR: VR-LIW GMBH                             MICHAEL FRIEDMAN
          25, CABOT SQUARE                                    RICHARDS KIBBE & ORBE LLP
          CANARY WHARF                                        ONE FINANCIAL CENTER
          LONDON    E14 4QA                                   NEW YORK NY 10281
          ENGLAND

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6101       in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/17/2009                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 17, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:
                                          VR-LIW GMBH
                                          GUNNAR MANGEL-GENERAL MANAGER
                                          GABELSBERGERSTRASSE 1A
                                          HAMM    59069
                                          GERMANY

Please note that your claim # 55174-01 in the above referenced case and in the amount of
       $4,365,070.49       has been transferred **(unless previously expunged by court order)**

MORGAN STANLEY & CO. INTERNATIONAL PLC          MORGAN STANLEY & CO. INTERNATIONAL PLC
MICHAEL FRIEDMAN                                 TRANSFEROR: VR-LIW GMBH
RICHARDS KIBBE & ORBE LLP                        25, CABOT SQUARE
ONE FINANCIAL CENTER                             CANARY WHARF
NEW YORK NY 10281                                LONDON    E14 4QA
                                                 ENGLAND

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                     UNITED STATES BANKRUPTCY COURT
                     Southern District of New York
                     One Bowling Green
                     New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6101     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/17/2009                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 17, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          | Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         | 08-13555 (JMP)
                                               |
                                               | (Jointly Administered)
                  Debtors.                     |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  TRG LOCAL CURRENCY OPPORTUNITY MASTER FUND, LTD.        TRG LOCAL CURRENCY OPPORTUNITY MASTER FUND,
     C/O TRG MANAGEMENT LP                                   SHEARMAN & STERLING LLP
     ATTN: BRUCE WOLFSON                                     AZAM H. AZIZ, ESQ. & SOLOMON J. NOH, ESQ.
     280 PARK AVENUE                                         599 LEXINGTON AVENUE
     27TH FLOOR WEST                                         NEW YORK NY 10022
     NEW YORK NY 10017

Please note that your claim # 27691 in the above referenced case and in the amount of
       $3,109,961.15        has been transferred **(unless previously expunged by court order)**

       JPMORGAN CHASE BANK, N.A.
       TRANSFEROR: TRG LOCAL CURRENCY OPPORTUNITY MASTER FUND, LTD.
       1 Chase Manhattan Plaza, Floor 26
       Attn: Susan McNamara Mail Code: NY1-A436
       New York NY 10004

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6108      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/17/2009                         Vito Genna, Clerk of Court


                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 17, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

```
                                        |
In re                                   |   Chapter 11 Case No.
                                        |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |   08-13555 (JMP)
                                        |
                                        |   (Jointly Administered)
                    Debtors.            |
                                        |
```

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  TRG LOCAL CURRENCY OPPORTUNITY MASTER FUND, LTD.          TRG LOCAL CURRENCY OPPORTUNITY MASTER FUND,
     SHEARMAN & STERLING LLP                                   C/O TRG MANAGEMENT LP
     AZAM H. AZIZ, ESQ. & SOLOMON J. NOH, ESQ.                 ATTN: BRUCE WOLFSON
     599 LEXINGTON AVENUE                                      280 PARK AVENUE
     NEW YORK NY 10022                                         27TH FLOOR WEST
                                                               NEW YORK NY 10017

Please note that your claim # 27691 in the above referenced case and in the amount of
     $3,109,961.15        has been transferred **(unless previously expunged by court order)**

                                                              JPMORGAN CHASE BANK, N.A.
                                                              TRANSFEROR: TRG LOCAL CURRENCY OPPORTUNITY M
                                                              1 Chase Manhattan Plaza, Floor 26
                                                              Attn: Susan McNamara Mail Code: NY1-A436
                                                              New York NY 10004

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6108      in your objection.
If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/17/2009                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 17, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re                               |    Chapter 11 Case No.
                                    |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |    08-13555 (JMP)
                                    |
                                    |    (Jointly Administered)
                                    |
                  Debtors.          |
                                    |
_____

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  TRG LOCAL CURRENCY OPPORTUNITY MASTER FUND, LTD.      TRG LOCAL CURRENCY OPPORTUNITY MASTER FUND,
     C/O TRG MANAGEMENT LP                                 SHEARMAN & STERLING LLP
     ATTN: BRUCE WOLFSON                                   AZAM H. AZIZ, ESQ. & SOLOMON J. NOH, ESQ.
     280 PARK AVENUE                                       599 LEXINGTON AVENUE
     27TH FLOOR WEST                                       NEW YORK NY 10022
     NEW YORK NY 10017

Please note that your claim # 27690 in the above referenced case and in the amount of
     $3,109,961.15       has been transferred **(unless previously expunged by court order)**

     JPMORGAN CHASE BANK, N.A.
     TRANSFEROR: TRG LOCAL CURRENCY OPPORTUNITY MASTER FUND, LTD.
     1 Chase Manhattan Plaza, Floor 26
     Attn: Susan McNamara Mail Code: NY1-A436
     New York NY 10004

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6110    in your objection.
If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/17/2009                         Vito Genna, Clerk of Court


                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 17, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  TRG LOCAL CURRENCY OPPORTUNITY MASTER FUND, LTD.           TRG LOCAL CURRENCY OPPORTUNITY MASTER FUND,
     SHEARMAN & STERLING LLP                                    C/O TRG MANAGEMENT LP
     AZAM H. AZIZ, ESQ. & SOLOMON J. NOH, ESQ.                  ATTN: BRUCE WOLFSON
     599 LEXINGTON AVENUE                                       280 PARK AVENUE
     NEW YORK NY 10022                                          27TH FLOOR WEST
                                                                NEW YORK NY 10017

Please note that your claim # 27690 in the above referenced case and in the amount of
     $3,109,961.15        has been transferred **(unless previously expunged by court order)**

JPMORGAN CHASE BANK, N.A.
TRANSFEROR: TRG LOCAL CURRENCY OPPORTUNITY M
1 Chase Manhattan Plaza, Floor 26
Attn: Susan McNamara Mail Code: NY1-A436
New York NY 10004

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6110      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/17/2009                      Vito Genna, Clerk of Court


                                      /s/ Paul Belobritsky
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 17, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  SR LATIGO MASTER MA LTD
             C/O LATIGO PARTNERS, L.P.
             ATTN: WAHED KHAN
             590 MADISON AVENUE, 9TH FLOOR
             NEW YORK NY 10022

Please note that your claim # 40684 in the above referenced case and in the amount of
        $13,538.00        has been transferred **(unless previously expunged by court order)**

        SWISS RE FINANCIAL PRODUCTS CORPORATION
        TRANSFEROR: SR LATIGO MASTER MA LTD
        C/O SWISS RE SERVICES LIMITED
        30 ST. MARY AXE
        ATTN: NICHOLAS RAYMOND
        LONDON    EC3A 8EP
        UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6117        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/16/2009                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 16, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  ANTHRACITE RATED INVESTMENTS (CAYMAN) LTD          ANTHRACITE RATED INVESTMENTS (CAYMAN) LTD
     ATTENTION: THE DIRECTORS                           FONDAZIONE ENASARCO
     HSBC HOUSE                                         ATTENTION: MARCO DIVITO
     68 WEST BAY ROAD                                   VIA ANTONIOTTO
     GEORGE TOWN                                        USIDIMARE
     GRAND CAYMAN    KY1-1102                           ROMA 31, 00154 ITALY
     CAYMAN ISLANDS

Please note that your claim # 13938 in the above referenced case and in the amount of
     $61,764,595.00        has been transferred **(unless previously expunged by court order)**

          FONDAZIONE ENASARCO
          TRANSFEROR: ANTHRACITE RATED INVESTMENTS (CAYMAN) LTD
          VIA ANTONIOTTO
          USIDIMARE
          ATTN: MARCO DIVITO
          ROMA    31,00154
          ITALY

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6119    in your objection.
If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/16/2009                           Vito Genna, Clerk of Court

                                           /s/ Paul Belobritsky
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 16, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  SR LATIGO MASTER MA LTD
             C/O LATIGO PARTNERS, L.P.
             ATTN: WAHEED KHAN
             590 MADISON AVENUE, 9TH FLOOR
             NEW YORK NY 10022

Please note that your claim # 40685 in the above referenced case and in the amount of
        $13,538.00        has been transferred **(unless previously expunged by court order)**

        SWISS RE FINANCIAL PRODUCTS CORPORATION
        TRANSFEROR: SR LATIGO MASTER MA LTD
        C/O SWISS RE SERVICES LIMITED
        30 ST. MARY AXE
        ATTN: NICHOLAS RAYMOND
        LONDON    EC3A 8EP
        UNITED KINGDON

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        Southern District of New York
        One Bowling Green
        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6118        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/16/2009                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 16, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                        |
In re                                   |   Chapter 11 Case No.
                                        |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |   08-13555 (JMP)
                                        |
                                        |   (Jointly Administered)
              Debtors.                  |
                                        |
_____|

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   ANTHRACITE RATED INVESTMENTS (CAYMAN) LTD                ANTHRACITE RATED INVESTMENTS (CAYMAN) LTD
      FONDAZIONE ENASARCO                                     ATTENTION: THE DIRECTORS
      ATTENTION: MARCO DIVITO                                 HSBC HOUSE
      VIA ANTONIOTTO                                          68 WEST BAY ROAD
      USIDIMARE                                               GEORGE TOWN
      ROMA 31, 00154 ITALY                                    GRAND CAYMAN    KY1-1102
                                                              CAYMAN ISLANDS

Please note that your claim # 13938 in the above referenced case and in the amount of
        $61,764,595.00        has been transferred **(unless previously expunged by court order)**

                                          FONDAZIONE ENASARCO
                                          TRANSFEROR: ANTHRACITE RATED INVESTMENTS (CA
                                          VIA ANTONIOTTO
                                          USIDIMARE
                                          ATTN: MARCO DIVITO
                                          ROMA    31,00154
                                          ITALY

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6119      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/16/2009                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 16, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  ANTHRACITE RATED INVESTMENTS (CAYMAN) LTD          ANTHRACITE RATED INVESTMENTS (CAYMAN) LTD
     SIDLEY AUSTIN LLP                                  ATTENTION: THE DIRECTORS
     ATTN: LEE S. ATTANASIO / ALEX R. ROVIRA            HSBC HOUSE
     787 SEVENTH AVENUE                                 68 WEST BAY ROAD
     NEW YORK NY 10019                                  GEORGE TOWN
                                                        GRAND CAYMAN    KY1-1102
                                                        CAYMAN ISLANDS

Please note that your claim # 13938 in the above referenced case and in the amount of
     $61,764,595.00        has been transferred **(unless previously expunged by court order)**

                                                        FONDAZIONE ENASARCO
                                                        TRANSFEROR: ANTHRACITE RATED INVESTMENTS (CA
                                                        VIA ANTONIOTTO
                                                        USIDIMARE
                                                        ATTN: MARCO DIVITO
                                                        ROMA     31,00154
                                                        ITALY

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6119     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/16/2009                            Vito Genna, Clerk of Court


                                            /s/ Paul Belobritsky
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 16, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:                                    ECP INTERNATIONAL S.A.
                                       9, RUE DU LABORATOIRE
                                       L-1911
                                       LUXEMBOURG

Please note that your claim # 771 in the above referenced case and in the amount of
      $4,988,295.00        has been transferred **(unless previously expunged by court order)**

ANTHRACITE BALANCED COMPANY (R-26) LIMITED          ANTHRACITE BALANCED COMPANY (R-26) LIMITED
ALEX ROVIRA                                         TRANSFEROR: ECP INTERNATIONAL S.A.
SIDLEY AUSTIN LLP                                   89 NEXUS WAY
787 SEVENTH AVENUE                                  CAMANA BAY
NEW YORK NY 10019                                   ATTN: SCOTT DAKERS/ INDERJIT SINGH
                                                    GRAND CAYMAN    KY1-9007
                                                    CAYMAN ISLANDS

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                      UNITED STATES BANKRUPTCY COURT
                      Southern District of New York
                      One Bowling Green
                      New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6120     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/16/2009                       Vito Genna, Clerk of Court


                                       /s/ Paul Belobritsky
                                       _____
                                       By: Epiq Bankruptcy Solutions, LLC
                                           as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 16, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  ECP INTERNATIONAL S.A.
             9, RUE DU LABORATOIRE
             L-1911
             LUXEMBOURG

Please note that your claim # 771 in the above referenced case and in the amount of
     $4,988,295.00       has been transferred **(unless previously expunged by court order)**

ANTHRACITE BALANCED COMPANY (R-26) LIMITED
TRANSFEROR: ECP INTERNATIONAL S.A.
89 NEXUS WAY
CAMANA BAY
ATTN: SCOTT DAKERS/ INDERJIT SINGH
GRAND CAYMAN    KY1-9007
CAYMAN ISLANDS

ANTHRACITE BALANCED COMPANY (R-26) LIMITED
ALEX ROVIRA
SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6120     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/16/2009                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 16, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                    |
In re                               |    Chapter 11 Case No.
                                    |
LEHMAN BROTHERS HOLDINGS INC., et al.,|   08-13555 (JMP)
                                    |
                                    |    (Jointly Administered)
                     Debtors.       |
                                    |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  SR GGI MASTER MA, LTD.                          SR GGI MASTER MA, LTD.
     DEBORAH S. TUCHMAN & ANDREW M. THAU             C/O GRUSS ASSET MANAGEMENT, L.P.
     SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP        ATTN: MICHAEL MONTICCIOLO
     4 TIMES SQ.                                     667 MADISON AVENUE, THIRD FLOOR
     NEW YORK NY 10036                               NEW YORK NY 10065

Please note that your claim # 21309 in the above referenced case and in the amount of
     $49,524.00       has been transferred **(unless previously expunged by court order)**

                                          SWISS RE FINANCIAL PRODUCTS CORPORATION
                                          TRANSFEROR: SR GGI MASTER MA, LTD.
                                          C/O SWISS RE SERVICES LIMITED
                                          30 ST. MARY AXE
                                          ATTN: NICHOLAS RAYMOND
                                          LONDON     EC3A 8EP
                                          UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6122     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/16/2009                         Vito Genna, Clerk of Court


                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 16, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                        |
In re                                   |    Chapter 11 Case No.
                                        |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                                        |
                                        |    (Jointly Administered)
                     Debtors.           |
                                        |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  SR GGI MASTER MA, LTD.                          SR GGI MASTER MA, LTD.
     C/O GRUSS ASSET MANAGEMENT, L.P.                DEBORAH S. TUCHMAN & ANDREW M. THAU
     ATTN: MICHAEL MONTICCIOLO                       SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
     667 MADISON AVENUE, THIRD FLOOR                 4 TIMES SQ.
     NEW YORK NY 10065                               NEW YORK NY 10036

Please note that your claim # 21309 in the above referenced case and in the amount of
     $49,524.00        has been transferred **(unless previously expunged by court order)**

     SWISS RE FINANCIAL PRODUCTS CORPORATION
     TRANSFEROR: SR GGI MASTER MA, LTD.
     C/O SWISS RE SERVICES LIMITED
     30 ST. MARY AXE
     ATTN: NICHOLAS RAYMOND
     LONDON    EC3A 8EP
     UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6122      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/16/2009                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 16, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: SR GGI MASTER MA, LTD.
    DEBORAH S. TUCHMAN & ANDREW M. THAU
    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    4 TIMES SQ.
    NEW YORK NY 10036

SR GGI MASTER MA, LTD.
C/O GRUSS ASSET MANAGEMENT, L.P.
ATTN: MICHAEL MONTICCIOLO
667 MADISON AVENUE, THIRD FLOOR
NEW YORK NY 10065

Please note that your claim # 21307 in the above referenced case and in the amount of
    $52,004.63        has been transferred (**unless previously expunged by court order**)

SWISS RE FINANCIAL PRODUCTS CORPORATION
TRANSFEROR: SR GGI MASTER MA, LTD.
C/O SWISS RE SERVICES LIMITED
30 ST. MARY AXE
ATTN: NICHOLAS RAYMOND
LONDON    EC3A 8EP
UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6123        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/16/2009                                        Vito Genna, Clerk of Court

                                                       /s/ Paul Belobritsky
                                                       _____
                                                       By: Epiq Bankruptcy Solutions, LLC
                                                           as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 16, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                    |
In re                               |    Chapter 11 Case No.
                                    |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |    08-13555 (JMP)
                                    |
                                    |    (Jointly Administered)
                                    |
              Debtors.              |
                                    |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  SR GGI MASTER MA, LTD.                          SR GGI MASTER MA, LTD.
     C/O GRUSS ASSET MANAGEMENT, L.P.                DEBORAH S. TUCHMAN & ANDREW M. THAU
     ATTN: MICHAEL MONTICCIOLO                       SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
     667 MADISON AVENUE, THIRD FLOOR                 4 TIMES SQ.
     NEW YORK NY 10065                               NEW YORK NY 10036

Please note that your claim # 21307 in the above referenced case and in the amount of
     $52,004.63        has been transferred **(unless previously expunged by court order)**

     SWISS RE FINANCIAL PRODUCTS CORPORATION
     TRANSFEROR: SR GGI MASTER MA, LTD.
     C/O SWISS RE SERVICES LIMITED
     30 ST. MARY AXE
     ATTN: NICHOLAS RAYMOND
     LONDON    EC3A 8EP
     UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6123      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/16/2009                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 16, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                       |
In re                                  |   Chapter 11 Case No.
                                       |
LEHMAN BROTHERS HOLDINGS INC., et al., |   08-13555 (JMP)
                                       |
                                       |   (Jointly Administered)
                    Debtors.           |
                                       |
_____|

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  SR GGI MASTER MA, LTD.                              SR GGI MASTER MA, LTD.
     DEBORAH S. TUCHMAN & ANDREW M. THAU                 C/O GRUSS ASSET MANAGEMENT, L.P.
     SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP            ATTN: MICHAEL MONTICCIOLO
     4 TIMES SQ.                                         667 MADISON AVENUE, THIRD AVENUE
     NEW YORK NY 10036                                   NEW YORK NY 10065

Please note that your claim # 21308 in the above referenced case and in the amount of
     $63,571.08        has been transferred **(unless previously expunged by court order)**

                                                         SWISS RE FINANCIAL PRODUCTS COMPANY
                                                         TRANSFEROR: SR GGI MASTER MA, LTD.
                                                         C/O SWISS RE SERVICES LIMITED
                                                         30 ST. MARY AXE
                                                         ATTN: NICHOLAS RAYMOND
                                                         LONDON    EC3A 8EP
                                                         UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6125    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/16/2009                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 16, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  SR GGI MASTER MA, LTD.
     C/O GRUSS ASSET MANAGEMENT, L.P.
     ATTN: MICHAEL MONTICCIOLO
     667 MADISON AVENUE, THIRD AVENUE
     NEW YORK NY 10065

SR GGI MASTER MA, LTD.
DEBORAH S. TUCHMAN & ANDREW M. THAU
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 TIMES SQ.
NEW YORK NY 10036

Please note that your claim # 21308 in the above referenced case and in the amount of
     $63,571.08        has been transferred **(unless previously expunged by court order)**

SWISS RE FINANCIAL PRODUCTS COMPANY
TRANSFEROR: SR GGI MASTER MA, LTD.
C/O SWISS RE SERVICES LIMITED
30 ST. MARY AXE
ATTN: NICHOLAS RAYMOND
LONDON    EC3A 8EP
UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6125        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/16/2009                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 16, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          |    Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         |    08-13555 (JMP)
                                               |
                                               |    (Jointly Administered)
                    Debtors.                   |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:    D.E. SHAW DIHEDRAL PORTFOLOIS, L.L.C.            D.E. SHAW DIHEDRAL PORTFOLOIS, L.L.C.
       CLEARY GOTTLIEB STEEN & HAMILTON LLP            ATTN: GENERAL COUNSEL
       ATTN: THOMAS J, MOLONEY, ESQ.                   120 WEST 45TH STREET, 39TH FLOOR
       ONE LIBERTY PLAZA                               NEW YORK NY 10036
       NEW YORK NY 10006

Please note that your claim # 21832-02 in the above referenced case and in the amount of
       $26,354,416.03        has been transferred **(unless previously expunged by court order)**

                                                       D.E. SHAW COMPOSITE, L.L.C.
                                                       TRANSFEROR: D.E. SHAW DIHEDRAL PORTFOLOIS, L
                                                       120 WEST 45TH STREET, 39TH FLOOR
                                                       NEW YORK NY 10036

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6131        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/16/2009                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 16, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                    |
In re                               |    Chapter 11 Case No.
                                    |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |    08-13555 (JMP)
                                    |
                                    |    (Jointly Administered)
                Debtors.            |
                                    |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  D.E. SHAW DIHEDRAL PORTFOLOIS, L.L.C.                D.E. SHAW DIHEDRAL PORTFOLOIS, L.L.C.
     ATTN: GENERAL COUNSEL                                CLEARY GOTTLIEB STEEN & HAMILTON LLP
     120 WEST 45TH STREET, 39TH FLOOR                     ATTN: THOMAS J, MOLONEY, ESQ.
     NEW YORK NY 10036                                    ONE LIBERTY PLAZA
                                                          NEW YORK NY 10006
```

Please note that your claim # 21832-02 in the above referenced case and in the amount of
       $26,354,416.03        has been transferred **(unless previously expunged by court order)**

```
     D.E. SHAW COMPOSITE, L.L.C.
     TRANSFEROR: D.E. SHAW DIHEDRAL PORTFOLOIS, L.L.C.
     120 WEST 45TH STREET, 39TH FLOOR
     NEW YORK NY 10036
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6131      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/16/2009                            Vito Genna, Clerk of Court


                                            /s/ Paul Belobritsky
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 16, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  D.E. SHAW DIHEDRAL PORTFOLIOS, L.L.C.                    D.E. SHAW DIHEDRAL PORTFOLIOS, L.L.C.
     CLEARY GOTTLIEB STEEN & HAMILTON LLP                     ATTN: BRANDON BAER
     ATTN: THOMAS J. MOLONEY, ESQ                             120 WEST 45TH STREET, 39TH FLOOR
     ONE LIBERTY PLAZA                                        NEW YORK NY 10036
     NEW YORK NY 10006

Please note that your claim # 21882-02 in the above referenced case and in the amount of
      $10,728,304.00       has been transferred **(unless previously expunged by court order)**

                                                             D.E. SHAW COMPOSITE PORTFOLIOS, L.L.C.
                                                             TRANSFEROR: D.E. SHAW DIHEDRAL PORTFOLIOS, L
                                                             120 WEST 45TH STREET, 39TH FLOOR
                                                             NEW YORK, NY 10036
                                                             NEW YORK NY 10036

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6132     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/16/2009                              Vito Genna, Clerk of Court


                                              /s/ Paul Belobritsky
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 16, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                |
In re                           |    Chapter 11 Case No.
                                |
LEHMAN BROTHERS HOLDINGS INC., et al., |   08-13555 (JMP)
                                |
                                |    (Jointly Administered)
                Debtors.        |
                                |
_____|

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  D.E. SHAW DIHEDRAL PORTFOLIOS, L.L.C.          D.E. SHAW DIHEDRAL PORTFOLIOS, L.L.C.
     ATTN: BRANDON BAER                             CLEARY GOTTLIEB STEEN & HAMILTON LLP
     120 WEST 45TH STREET, 39TH FLOOR               ATTN: THOMAS J. MOLONEY, ESQ
     NEW YORK NY 10036                              ONE LIBERTY PLAZA
                                                    NEW YORK NY 10006

Please note that your claim # 21882-02 in the above referenced case and in the amount of
       $10,728,304.00        has been transferred **(unless previously expunged by court order)**

     D.E. SHAW COMPOSITE PORTFOLIOS, L.L.C.
     TRANSFEROR: D.E. SHAW DIHEDRAL PORTFOLIOS, L.L.C.
     120 WEST 45TH STREET, 39TH FLOOR
     NEW YORK, NY 10036
     NEW YORK NY 10036

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6132      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/16/2009                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 16, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  D.E. SHAW DIHEDRAL PORTFOLIOS, L.L.C.
     CLEARY GOTLIEB STEEN & HAMILTON LLP
     ATTN: THOMAS J. MOLONEY
     ONE LIBERTY PLAZA
     NEW YORK NY 10006

D.E. SHAW DIHEDRAL PORTFOLIOS, L.L.C.
ATTN: BRANDON BAER
120 WEST 45TH STREET, 39TH FLOOR
NEW YORK NY 10036

Please note that your claim # 21883-01 in the above referenced case and in the amount of
      $10,728,304.00      has been transferred **(unless previously expunged by court order)**

D.E. SHAW COMPOSITE PORTFOLIOS, L.L.C.
TRANSFEROR: D.E. SHAW DIHEDRAL PORTFOLIOS, L
120 WEST 45TH STREET, 39TH FLOOR
NEW YORK NY 10036

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6136      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/16/2009                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 16, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  D.E. SHAW DIHEDRAL PORTFOLIOS, L.L.C.                D.E. SHAW DIHEDRAL PORTFOLIOS, L.L.C.
     ATTN: BRANDON BAER                                   CLEARY GOTLIEB STEEN & HAMILTON LLP
     120 WEST 45TH STREET, 39TH FLOOR                     ATTN: THOMAS J. MOLONEY
     NEW YORK NY 10036                                    ONE LIBERTY PLAZA
                                                          NEW YORK NY 10006

Please note that your claim # 21883-01 in the above referenced case and in the amount of
        $10,728,304.00        has been transferred **(unless previously expunged by court order)**

D.E. SHAW COMPOSITE PORTFOLIOS, L.L.C.
TRANSFEROR: D.E. SHAW DIHEDRAL PORTFOLIOS, L.L.C.
120 WEST 45TH STREET, 39TH FLOOR
NEW YORK NY 10036

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        Southern District of New York
        One Bowling Green
        New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6136        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/16/2009                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 16, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                 |
In re                            |    Chapter 11 Case No.
                                 |
LEHMAN BROTHERS HOLDINGS INC., et al., |   08-13555 (JMP)
                                 |
                                 |    (Jointly Administered)
                                 |
                Debtors.         |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

       To:  NATIONAL RURAL UTILITIES COOPERATIVE FINANCE CORPORATION
            ATTN: TOBY L. GERBER, ESQ.
            FULBRIGHT & JAWORSKI L.L.P.
            2200 ROSS AVENUE, SUITE 2800
            DALLAS TX 75201-2784

Please note that your claim # 16209 in the above referenced case and in the amount of
      $24,670,995.00       has been transferred **(unless previously expunged by court order)**

       DEUTSCHE BANK AG, LONDON BRANCH
       TRANSFEROR: NATIONAL RURAL UTILITIES COOPERATIVE FINANCE CORPORATION
       ATTN: RICH VICHAIDITH
       60 WALL ST., 3RD FLOOR
       NEW YORK NY 10005

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6152      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/16/2009                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 16, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                      |
In re                                 |   Chapter 11 Case No.
                                      |
LEHMAN BROTHERS HOLDINGS INC., et al.,|   08-13555 (JMP)
                                      |
                                      |   (Jointly Administered)
                                      |
                Debtors.              |
                                      |
_____|
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   NATIONAL RURAL UTILITIES COOPERATIVE FINANCE CORPORATION
      ATTN: TOBY L. GERBER, ESQ.
      FULBRIGHT & JAWORSKI L.L.P.
      2200 ROSS AVENUE, SUITE 2800
      DALLAS TX 75201-2784

Please note that your claim # 16210 in the above referenced case and in the amount of $24,670,995.00    has been transferred **(unless previously expunged by court order)**

      DEUTSCHE BANK AG, LONDON BRANCH
      TRANSFEROR: NATIONAL RURAL UTILITIES COOPERATIVE FINANCE CORPORATION
      ATTN: RICH VICHAIDITH
      60 WALL ST., 3RD FLOOR
      NEW YORK NY 10005

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

      UNITED STATES BANKRUPTCY COURT
      Southern District of New York
      One Bowling Green
      New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6153    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/16/2009                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 16, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:
                                            FCDB LBU LLC C/O FORTRESS INVESTMENT GROUP
                                            ATTN: JAMES K. NOBLE
                                            1345 AVENUE OF THE AMERICAS
                                            NEW YORK NY 10105

Please note that your claim # 62931-01 in the above referenced case and in the amount of
    $2,685,400.00        has been transferred **(unless previously expunged by court order)**

MORGAN STANLEY & CO. INTERNATIONAL PLC          MORGAN STANLEY & CO. INTERNATIONAL PLC
MICHAEL FRIEDMAN, ESQ.                           TRANSFEROR: FCDB LBU LLC C/O FORTRESS INVEST
RICHARDS KIBBE & ORBE LLP                        25, CABOT SQUARE
ONE WORLD FINANCIAL CENTER                       CANARY WHARF
NEW YORK NY 10281                                LONDON    E14 4QA
                                                 ENGLAND

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6154     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/16/2009                                Vito Genna, Clerk of Court


                                                /s/ Paul Belobritsky
                                                _____
                                                By: Epiq Bankruptcy Solutions, LLC
                                                    as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 16, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                       |
In re                                  |    Chapter 11 Case No.
                                       |
LEHMAN BROTHERS HOLDINGS INC., et al., |    08-13555 (JMP)
                                       |
                                       |    (Jointly Administered)
                Debtors.               |
                                       |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  FCDB LBU LLC C/O FORTRESS INVESTMENT GROUP
             ATTN: JAMES K. NOBLE
             1345 AVENUE OF THE AMERICAS
             NEW YORK NY 10105

Please note that your claim # 62931-01 in the above referenced case and in the amount of
        $2,685,400.00        has been transferred **(unless previously expunged by court order)**

        MORGAN STANLEY & CO. INTERNATIONAL PLC          MORGAN STANLEY & CO. INTERNATIONAL PLC
        TRANSFEROR: FCDB LBU LLC C/O FORTRESS INVESTMENT GROUP    MICHAEL FRIEDMAN, ESQ.
        25, CABOT SQUARE                                RICHARDS KIBBE & ORBE LLP
        CANARY WHARF                                    ONE WORLD FINANCIAL CENTER
        LONDON    E14 4QA                               NEW YORK NY 10281
        ENGLAND

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6154    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/16/2009                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 16, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re                                    |    Chapter 11 Case No.
                                         |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |    08-13555 (JMP)
                                         |
                                         |    (Jointly Administered)
                    Debtors.             |
                                         |
_____

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:                              FCDB LBU LLC C/O FORTRESS INVESTMENT GROUP
                                         ATTN: JAMES K. NOBLE
                                         1345 AVENUE OF THE AMERICAS
                                         NEW YORK NY 10105

Please note that your claim # 62931-02 in the above referenced case and in the amount of
    $1,403,195.00       has been transferred (**unless previously expunged by court order**)

    MORGAN STANLEY & CO. INTERNATIONAL PLC         MORGAN STANLEY & CO. INTERNATIONAL PLC
    MICHAEL FRIEDMAN, ESQ.                         TRANSFEROR: FCDB LBU LLC C/O FORTRESS INVEST
    RICHARDS KIBBE & ORBE LLP                      25, CABOT SQUARE
    ONE WORLD FINANCIAL CENTER                     CANARY WHARF
    NEW YORK NY 10281                              LONDON    E14 4QA
                                                   ENGLAND

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6156     in your objection.
If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/16/2009                         Vito Genna, Clerk of Court


                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 16, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re                                |    Chapter 11 Case No.
                                     |
LEHMAN BROTHERS HOLDINGS INC., et al.,|    08-13555 (JMP)
                                     |
                                     |    (Jointly Administered)
                    Debtors.         |
_____  |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  FCDB LBU LLC C/O FORTRESS INVESTMENT GROUP
             ATTN: JAMES K. NOBLE
             1345 AVENUE OF THE AMERICAS
             NEW YORK NY 10105

Please note that your claim # 62931-02 in the above referenced case and in the amount of
        $1,403,195.00        has been transferred **(unless previously expunged by court order)**

        MORGAN STANLEY & CO. INTERNATIONAL PLC              MORGAN STANLEY & CO. INTERNATIONAL PLC
        TRANSFEROR: FCDB LBU LLC C/O FORTRESS INVESTMENT GROUP    MICHAEL FRIEDMAN, ESQ.
        25, CABOT SQUARE                                    RICHARDS KIBBE & ORBE LLP
        CANARY WHARF                                        ONE WORLD FINANCIAL CENTER
        LONDON      E14 4QA                                 NEW YORK NY 10281
        ENGLAND

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6156      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/16/2009                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 16, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:

FCDB LBU LLC C/O FORTRESS INVESTMENT GROUP
ATTN: JAMES K. NOBLE
1345 AVENUE OF THE AMERICAS
NEW YORK NY 10105

Please note that your claim # 62931-03 in the above referenced case and in the amount of
$4,361,435.00        has been transferred **(unless previously expunged by court order)**

MORGAN STANLEY & CO. INTERNATIONAL PLC
MICHAEL FRIEDMAN, ESQ.
RICHARDS KIBBE & ORBE LLP
ONE WORLD FINANCIAL CENTER
NEW YORK NY 10281

MORGAN STANLEY & CO. INTERNATIONAL PLC
TRANSFEROR: FCDB LBU LLC C/O FORTRESS INVEST
25, CABOT SQUARE
CANARY WHARF
LONDON    E14 4QA
ENGLAND

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6162        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/16/2009                                    Vito Genna, Clerk of Court

/s/ Paul Belobritsky
_____
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 16, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  FCDB LBU LLC C/O FORTRESS INVESTMENT GROUP
             ATTN: JAMES K. NOBLE
             1345 AVENUE OF THE AMERICAS
             NEW YORK NY 10105

Please note that your claim # 62931-03 in the above referenced case and in the amount of
        $4,361,435.00        has been transferred **(unless previously expunged by court order)**

        MORGAN STANLEY & CO. INTERNATIONAL PLC          MORGAN STANLEY & CO. INTERNATIONAL PLC
        TRANSFEROR: FCDB LBU LLC C/O FORTRESS INVESTMENT GROUP   MICHAEL FRIEDMAN, ESQ.
        25, CABOT SQUARE                                 RICHARDS KIBBE & ORBE LLP
        CANARY WHARF                                     ONE WORLD FINANCIAL CENTER
        LONDON    E14 4QA                                NEW YORK NY 10281
        ENGLAND

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6162       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/16/2009                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 16, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:

FCDB LBU LLC C/O FORTRESS INVESTMENT GROUP
ATTN: JAMES K. NOBLE
1345 AVENUE OF THE AMERICAS
NEW YORK NY 10105

Please note that your claim # 62931-04 in the above referenced case and in the amount of $611,292.00    has been transferred (**unless previously expunged by court order**)

MORGAN STANLEY & CO. INTERNATIONAL PLC
MICHAEL FRIEDMAN, ESQ.
RICHARDS KIBBE & ORB LLP
ONE WORLD FINANCIAL CENTER
NEW YORK NY 10281

MORGAN STANLEY & CO. INTERNATIONAL PLC
TRANSFEROR: FCDB LBU LLC C/O FORTRESS INVEST
25, CABOT SQUARE
CANARY WHARF
LONDON    E14 4QA
ENGLAND

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6163    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/16/2009

Vito Genna, Clerk of Court

/s/ Paul Belobritsky

By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 16, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:    FCDB LBU LLC C/O FORTRESS INVESTMENT GROUP
       ATTN: JAMES K. NOBLE
       1345 AVENUE OF THE AMERICAS
       NEW YORK NY 10105

Please note that your claim # 62931-04 in the above referenced case and in the amount of
$611,292.00          has been transferred **(unless previously expunged by court order)**

MORGAN STANLEY & CO. INTERNATIONAL PLC              MORGAN STANLEY & CO. INTERNATIONAL PLC
TRANSFEROR: FCDB LBU LLC C/O FORTRESS INVESTMENT GROUP    MICHAEL FRIEDMAN, ESQ.
25, CABOT SQUARE                                    RICHARDS KIBBE & ORB LLP
CANARY WHARF                                        ONE WORLD FINANCIAL CENTER
LONDON    E14 4QA                                   NEW YORK NY 10281
ENGLAND

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6163      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/16/2009                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 16, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                         |
In re                                    |    Chapter 11 Case No.
                                         |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |    08-13555 (JMP)
                                         |
                                         |    (Jointly Administered)
                                         |
                    Debtors.             |
                                         |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:                                          FCDB LBU LLC C/O FORTRESS INVESTMENT GROUP
                                             ATTN: JAMES K. NOBLE
                                             1345 AVENUE OF THE AMERICAS
                                             NEW YORK NY 10105

Please note that your claim # 62931-05 in the above referenced case and in the amount of
     $16,907,575.00        has been transferred **(unless previously expunged by court order)**

MORGAN STANLEY & CO. INTERNATIONAL PLC          MORGAN STANLEY & CO. INTERNATIONAL PLC
MICHAEL FRIEDMAN, ESQ.                           TRANSFEROR: FCDB LBU LLC C/O FORTRESS INVEST
RICHARDS KIBBE & ORBE LLP                        25, CABOT SQUARE
ONE WORLD FINANCIAL CENTER                       CANARY WHARF
NEW YORK NY 10281                                LONDON     E14 4QA
                                                 ENGLAND

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6164      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/16/2009                             Vito Genna, Clerk of Court


                                             /s/ Paul Belobritsky
                                             _____
                                             By: Epiq Bankruptcy Solutions, LLC
                                                 as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 16, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  FCDB LBU LLC C/O FORTRESS INVESTMENT GROUP
             ATTN: JAMES K. NOBLE
             1345 AVENUE OF THE AMERICAS
             NEW YORK NY 10105

Please note that your claim # 62931-05 in the above referenced case and in the amount of
        $16,907,575.00        has been transferred **(unless previously expunged by court order)**

        MORGAN STANLEY & CO. INTERNATIONAL PLC                    MORGAN STANLEY & CO. INTERNATIONAL PLC
        TRANSFEROR: FCDB LBU LLC C/O FORTRESS INVESTMENT GROUP    MICHAEL FRIEDMAN, ESQ.
        25, CABOT SQUARE                                          RICHARDS KIBBE & ORBE LLP
        CANARY WHARF                                              ONE WORLD FINANCIAL CENTER
        LONDON      E14 4QA                                       NEW YORK NY 10281
        ENGLAND

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        Southern District of New York
        One Bowling Green
        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6164    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/16/2009                            Vito Genna, Clerk of Court


                                           /s/ Paul Belobritsky
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 16, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:

FCDB LBU LLC C/O FORTRESS INVESTMENT GROUP
ATTN: JAMES K. NOBLE
1345 AVENUE OF THE AMERICAS
NEW YORK NY 10105

Please note that your claim # 62931-06 in the above referenced case and in the amount of
$1,603,540.00          has been transferred **(unless previously expunged by court order)**

MORGAN STANLEY & CO. INTERNATIONAL PLC
MICHAEL FRIEDMAN, ESQ.
RICHARDS KIBBE & ORBE LLP
ONE WORLD FINANCIAL CENTER
NEW YORK NY 10281

MORGAN STANLEY & CO. INTERNATIONAL PLC
TRANSFEROR: FCDB LBU LLC C/O FORTRESS INVEST
25, CABOT SQUARE
CANARY WHARF
LONDON    E14 4QA
ENGLAND

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6166     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/16/2009                              Vito Genna, Clerk of Court

                                              /s/ Paul Belobritsky
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 16, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  FCDB LBU LLC C/O FORTRESS INVESTMENT GROUP
         ATTN: JAMES K. NOBLE
         1345 AVENUE OF THE AMERICAS
         NEW YORK NY 10105

Please note that your claim # 62931-06 in the above referenced case and in the amount of
        $1,603,540.00        has been transferred **(unless previously expunged by court order)**

    MORGAN STANLEY & CO. INTERNATIONAL PLC          MORGAN STANLEY & CO. INTERNATIONAL PLC
    TRANSFEROR: FCDB LBU LLC C/O FORTRESS INVESTMENT GROUP    MICHAEL FRIEDMAN, ESQ.
    25, CABOT SQUARE                                RICHARDS KIBBE & ORBE LLP
    CANARY WHARF                                    ONE WORLD FINANCIAL CENTER
    LONDON     E14 4QA                              NEW YORK NY 10281
    ENGLAND

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6166        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/16/2009                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 16, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                    |    Chapter 11 Case No.
                                         |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |    08-13555 (JMP)
                                         |
                                         |    (Jointly Administered)
                    Debtors.             |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:                                      FCDB LBU LLC C/O FORTRESS INVESTMENT GROUP
                                         ATTN: JAMES K. NOBLE
                                         1345 AVENUE OF THE AMERICAS
                                         NEW YORK NY 10105

Please note that your claim # 62931-07 in the above referenced case and in the amount of
$898,420.00        has been transferred **(unless previously expunged by court order)**

MORGAN STANLEY & CO. INTERNATIONAL PLC        MORGAN STANLEY & CO. INTERNATIONAL PLC
MICHAEL FRIEDMAN, ESQ.                        TRANSFEROR: FCDB LBU LLC C/O FORTRESS INVEST
RICHARDS KIBBE & ORBE LLP                     25, CABOT SQUARE
ONE WORLD FINANCIAL CENTER                    CANARY WHARF
NEW YORK NY 10281                             LONDON    E14 4QA
                                             ENGLAND

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6168    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/16/2009                    Vito Genna, Clerk of Court


                                    /s/ Paul Belobritsky
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 16, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                        |
In re                                   |    Chapter 11 Case No.
                                        |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                                        |
                                        |    (Jointly Administered)
                     Debtors.           |
                                        |
_____|

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  FCDB LBU LLC C/O FORTRESS INVESTMENT GROUP
             ATTN: JAMES K. NOBLE
             1345 AVENUE OF THE AMERICAS
             NEW YORK NY 10105

Please note that your claim # 62931-07 in the above referenced case and in the amount of
     $898,420.00        has been transferred **(unless previously expunged by court order)**

        MORGAN STANLEY & CO. INTERNATIONAL PLC          MORGAN STANLEY & CO. INTERNATIONAL PLC
        TRANSFEROR: FCDB LBU LLC C/O FORTRESS INVESTMENT GROUP    MICHAEL FRIEDMAN, ESQ.
        25, CABOT SQUARE                                 RICHARDS KIBBE & ORBE LLP
        CANARY WHARF                                     ONE WORLD FINANCIAL CENTER
        LONDON    E14 4QA                                NEW YORK NY 10281
        ENGLAND

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6168      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/16/2009                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 16, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                        |
In re                                   |    Chapter 11 Case No.
                                        |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                                        |
                                        |    (Jointly Administered)
                     Debtors.           |
                                        |
_____|

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

          To:                                        WESTERN ASSET UK GBP CREDIT PLUS BOND FUND
                                                     C/O WESTERN ASSET MANAGEMENT COMPANY PTY LTD
                                                     ATTN: LEGAL DEPT. W-5584
                                                     385 E. COLORADO BLVD.
                                                     PASADENA CA 91101

Please note that your claim # 58924-01 in the above referenced case and in the amount of
     $268,500.00        has been transferred **(unless previously expunged by court order)**

     MORGAN STANLEY & CO. INTERNATIONAL PLC          MORGAN STANLEY & CO. INTERNATIONAL PLC
     MICHAEL FRIEDMAN, ESQ.                          TRANSFEROR: WESTERN ASSET UK GBP CREDIT PLUS
     RICHARDS KIBBE & ORBE LLP                       25, CABOT SQUARE
     ONE WORLD FINANCIAL CENTER                      CANARY WHARF
     NEW YORK NY 10281                               LONDON    E14 4QA
                                                     ENGLAND

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF**
**YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6169      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL**
**BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/16/2009                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 16, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  WESTERN ASSET UK GBP CREDIT PLUS BOND FUND
         C/O WESTERN ASSET MANAGEMENT COMPANY PTY LTD AND WESTERN ASSET COMPANY
         ATTN: LEGAL DEPT. W-5584
         385 E. COLORADO BLVD.
         PASADENA CA 91101

Please note that your claim # 58924-01 in the above referenced case and in the amount of
     $268,500.00        has been transferred **(unless previously expunged by court order)**

| | |
|---|---|
| MORGAN STANLEY & CO. INTERNATIONAL PLC | MORGAN STANLEY & CO. INTERNATIONAL PLC |
| TRANSFEROR: WESTERN ASSET UK GBP CREDIT PLUS BOND FUND | MICHAEL FRIEDMAN, ESQ. |
| 25, CABOT SQUARE | RICHARDS KIBBE & ORBE LLP |
| CANARY WHARF | ONE WORLD FINANCIAL CENTER |
| LONDON     E14 4QA | NEW YORK NY 10281 |
| ENGLAND | |

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6169     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/16/2009                         Vito Genna, Clerk of Court


                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 16, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:                                                            FCDB LBU LLC C/O FORTRESS INVESTMENT GROUP
                                                               ATTN: JAMES K. NOBLE
                                                               1345 AVENUE OF THE AMERICAS
                                                               NEW YORK NY 10105

Please note that your claim # 62931-08 in the above referenced case and in the amount of
      $71,590.00        has been transferred **(unless previously expunged by court order)**

MORGAN STANLEY & CO. INTERNATIONAL PLC        MORGAN STANLEY & CO. INTERNATIONAL PLC
MICHAEL FRIEDMAN, ESQ.                         TRANSFEROR: FCDB LBU LLC C/O FORTRESS INVEST
RICHARDS KIBBE & ORBE LLP                      25, CABOT SQUARE
ONE WORLD FINANCIAL CENTER                     CANARY WHARF
NEW YORK NY 10281                              LONDON    E14 4QA
                                               ENGLAND

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6170      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/16/2009                            Vito Genna, Clerk of Court


                                            /s/ Paul Belobritsky
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 16, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  FCDB LBU LLC C/O FORTRESS INVESTMENT GROUP
             ATTN: JAMES K. NOBLE
             1345 AVENUE OF THE AMERICAS
             NEW YORK NY 10105

Please note that your claim # 62931-08 in the above referenced case and in the amount of
        $71,590.00       has been transferred **(unless previously expunged by court order)**

MORGAN STANLEY & CO. INTERNATIONAL PLC          MORGAN STANLEY & CO. INTERNATIONAL PLC
TRANSFEROR: FCDB LBU LLC C/O FORTRESS INVESTMENT GROUP   MICHAEL FRIEDMAN, ESQ.
25, CABOT SQUARE                                RICHARDS KIBBE & ORBE LLP
CANARY WHARF                                    ONE WORLD FINANCIAL CENTER
LONDON     E14 4QA                              NEW YORK NY 10281
ENGLAND

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6170       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/16/2009                         Vito Genna, Clerk of Court


                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 16, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                         |
In re                                    |    Chapter 11 Case No.
                                         |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |    08-13555 (JMP)
                                         |
                                         |    (Jointly Administered)
                                         |
              Debtors.                   |
                                         |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:                                     FCDB LBU LLC C/O FORTRESS INVESTMENT GROUP
                                        ATTN: JAMES K. NOBLE
                                        1345 AVENUE OF THE AMERICAS
                                        NEW YORK NY 10105

Please note that your claim # 62931-09 in the above referenced case and in the amount of
     $215,238.00        has been transferred **(unless previously expunged by court order)**

MORGAN STANLEY & CO. INTERNATIONAL PLC        MORGAN STANLEY & CO. INTERNATIONAL PLC
MICHAEL FRIEDMAN, ESQ.                         TRANSFEROR: FCDB LBU LLC C/O FORTRESS INVEST
RICHARDS KIBBE & ORBE LLP                      25, CABOT SQUARE
ONE WORLD FINANCIAL CENTER                     CANARY WHARF
NEW YORK NY 10281                              LONDON    E14 4QA
                                               ENGLAND

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6171      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/16/2009                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 16, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                    |
In re                               |    Chapter 11 Case No.
                                    |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                                    |
                                    |    (Jointly Administered)
                    Debtors.        |
                                    |
_____|

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  FCDB LBU LLC C/O FORTRESS INVESTMENT GROUP
             ATTN: JAMES K. NOBLE
             1345 AVENUE OF THE AMERICAS
             NEW YORK NY 10105

Please note that your claim # 62931-09 in the above referenced case and in the amount of
       $215,238.00        has been transferred **(unless previously expunged by court order)**

        MORGAN STANLEY & CO. INTERNATIONAL PLC                  MORGAN STANLEY & CO. INTERNATIONAL PLC
        TRANSFEROR: FCDB LBU LLC C/O FORTRESS INVESTMENT GROUP  MICHAEL FRIEDMAN, ESQ.
        25, CABOT SQUARE                                        RICHARDS KIBBE & ORBE LLP
        CANARY WHARF                                            ONE WORLD FINANCIAL CENTER
        LONDON     E14 4QA                                      NEW YORK NY 10281
        ENGLAND

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6171      in your objection.
If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/16/2009                         Vito Genna, Clerk of Court


                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 16, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | |
| | (Jointly Administered) |
| Debtors. | |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:

FCDB LBU LLC C/O FORTRESS INVESTMENT GROUP
ATTN: JAMES K. NOBLE
1345 AVENUE OF THE AMERICAS
NEW YORK NY 10105

Please note that your claim # 62931-10 in the above referenced case and in the amount of $2,879,427.00    has been transferred **(unless previously expunged by court order)**

MORGAN STANLEY & CO. INTERNATIONAL PLC
MICHAEL FRIEDMAN, ESQ.
RICHARDS KIBBE & ORBE LLP
ONE WORLD FINANCIAL CENTER
NEW YORK NY 10281

MORGAN STANLEY & CO. INTERNATIONAL PLC
TRANSFEROR: FCDB LBU LLC C/O FORTRESS INVEST
25, CABOT SQUARE
CANARY WHARF
LONDON    E14 4QA
ENGLAND

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6172    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/16/2009

Vito Genna, Clerk of Court

/s/ Paul Belobritsky

By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 16, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  FCDB LBU LLC C/O FORTRESS INVESTMENT GROUP
             ATTN: JAMES K. NOBLE
             1345 AVENUE OF THE AMERICAS
             NEW YORK NY 10105

Please note that your claim # 62931-10 in the above referenced case and in the amount of
        $2,879,427.00      has been transferred **(unless previously expunged by court order)**

MORGAN STANLEY & CO. INTERNATIONAL PLC
TRANSFEROR: FCDB LBU LLC C/O FORTRESS INVESTMENT GROUP
25, CABOT SQUARE
CANARY WHARF
LONDON    E14 4QA
ENGLAND

MORGAN STANLEY & CO. INTERNATIONAL PLC
MICHAEL FRIEDMAN, ESQ.
RICHARDS KIBBE & ORBE LLP
ONE WORLD FINANCIAL CENTER
NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6172    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/16/2009                       Vito Genna, Clerk of Court


                                       /s/ Paul Belobritsky
                                       _____
                                       By: Epiq Bankruptcy Solutions, LLC
                                           as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 16, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

                    Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

                    To:

                                         ENI S.P.A. F/K/A SOCIETA FINANZIARIA ENI S.P
                                         ATTN: GLORIA DAGNINI
                                         PIAZZALE E. MATTEI,1
                                         ROME    00144
                                         ITALY

Please note that your claim # 14293 in the above referenced case and in the amount of
        $19,573,210.85       has been transferred **(unless previously expunged by court order)**

GOLDMAN SACHS LENDING PARTNERS LLC
MICHAEL FRIEDMAN, ESQ.
RICHARDS KIBBE & ORBE LLP
ONE WORLD FINANCIAL CENTER
NEW YORK NY 10281

GOLDMAN SACHS LENDING PARTNERS LLC
TRANSFEROR: ENI S.P.A. F/K/A SOCIETA FINANZI
c/o Goldman, Sachs & Co. Attn: A. Caditz
30 Hudson Street, 36th Floor
Jersey City NJ 07302

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6174      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/16/2009                         Vito Genna, Clerk of Court

                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 16, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
|  | (Jointly Administered) |
| Debtors. |  |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

       To:  ENI S.P.A. F/K/A SOCIETA FINANZIARIA ENI S.P.A.
           ATTN: GLORIA DAGNINI
           PIAZZALE E. MATTEI,1
           ROME    00144
           ITALY

Please note that your claim # 14293 in the above referenced case and in the amount of $19,573,210.85        has been transferred **(unless previously expunged by court order)**

GOLDMAN SACHS LENDING PARTNERS LLC
TRANSFEROR: ENI S.P.A. F/K/A SOCIETA FINANZIARIA ENI S.P.A.
c/o Goldman, Sachs & Co. Attn: A. Caditz
30 Hudson Street, 36th Floor
Jersey City NJ 07302

GOLDMAN SACHS LENDING PARTNERS LLC
MICHAEL FRIEDMAN, ESQ.
RICHARDS KIBBE & ORBE LLP
ONE WORLD FINANCIAL CENTER
NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

           UNITED STATES BANKRUPTCY COURT
           Southern District of New York
           One Bowling Green
           New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6174        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/16/2009

                           Vito Genna, Clerk of Court

                           /s/ Paul Belobritsky
                           _____
                           By: Epiq Bankruptcy Solutions, LLC
                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 16, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:
ENI S.P.A. F/K/A SOCIETA FINANZIARIA ENI S.P
ATTN: GLORIA DAGNINI
PIAZZALE E. MATTEI,1
ROME    00144
ITALY

Please note that your claim # 14291 in the above referenced case and in the amount of
$19,573,210.85        has been transferred **(unless previously expunged by court order)**

GOLDMAN SACHS LENDING PARTNERS LLC
MICHAEL FRIEDMAN, ESQ.
RICHARDS KIBBE & ORBE LLP
ONE WORLD FINANCIAL CENTER
NEW YORK NY 10281

GOLDMAN SACHS LENDING PARTNERS LLC
TRANSFEROR: ENI S.P.A. F/K/A SOCIETA FINANZI
c/o Goldman, Sachs & Co. Attn: A. Caditz
30 Hudson Street, 36th Floor
Jersey City NJ 07302

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6176      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/16/2009

Vito Genna, Clerk of Court

/s/ Paul Belobritsky

---

By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 16, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  ENI S.P.A. F/K/A SOCIETA FINANZIARIA ENI S.P.A.
         ATTN: GLORIA DAGNINI
         PIAZZALE E. MATTEI,1
         ROME     00144
         ITALY

Please note that your claim # 14291 in the above referenced case and in the amount of
    $19,573,210.85       has been transferred **(unless previously expunged by court order)**

GOLDMAN SACHS LENDING PARTNERS LLC                      GOLDMAN SACHS LENDING PARTNERS LLC
TRANSFEROR: ENI S.P.A. F/K/A SOCIETA FINANZIARIA ENI S.P.A.   MICHAEL FRIEDMAN, ESQ.
c/o Goldman, Sachs & Co. Attn: A. Caditz                RICHARDS KIBBE & ORBE LLP
30 Hudson Street, 36th Floor                            ONE WORLD FINANCIAL CENTER
Jersey City NJ 07302                                    NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6176      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/16/2009                              Vito Genna, Clerk of Court


                                              /s/ Paul Belobritsky
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 16, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  BANK OF AMERICA, N.A.
             TRANSFEROR: ENBW TRADING GMBH
             c/o bank of america merrill lynch
             bank of america tower, 3rd floor
             ONE BRYANT PARK
             ATTN: GARY COHEN, RONALD TOROK
             new york NY 10036

Please note that your claim # 28628-01 in the above referenced case and in the amount of
        $3,850,000.00       has been transferred **(unless previously expunged by court order)**

        STONE LION CAPITAL PARTNERS L.P.
        TRANSFEROR: BANK OF AMERICA, N.A.
        461 5TH AVENUE, 14TH FLOOR
        NEW YORK NY 10017

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6178      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/16/2009                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 16, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                 |
In re                            |     Chapter 11 Case No.
                                 |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |     08-13555 (JMP)
                                 |
                                 |     (Jointly Administered)
              Debtors.           |
                                 |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

> To:  BANK OF AMERICA, N.A.
> TRANSFEROR: ENBW TRADING GMBH
> c/o bank of america merrill lynch
> bank of america tower, 3rd floor
> ONE BRYANT PARK
> ATTN: GARY COHEN, RONALD TOROK
> new york NY 10036

Please note that your claim # 28431-01 in the above referenced case and in the amount of
$3,850,000.00        has been transferred **(unless previously expunged by court order)**

> STONE LION CAPITAL PARTNERS L.P.
> TRANSFEROR: BANK OF AMERICA, N.A.
> 461 5TH AVENUE, 14TH FLOOR
> NEW YORK NY 10017

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

> UNITED STATES BANKRUPTCY COURT
> Southern District of New York
> One Bowling Green
> New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6178        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/16/2009                      Vito Genna, Clerk of Court


                                      /s/ Paul Belobritsky
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 16, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          | Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         | 08-13555 (JMP)
                                               |
                                               | (Jointly Administered)
                 Debtors.                      |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  ROYAL BANK OF SCOTLAND PLC, THE               ROYAL BANK OF SCOTLAND PLC, THE
     DEWEY & LEBOEUF LLP                            C/O RBS SECURITIES INC.
     ATTN: IRENA M. GOLDSTEIN                       ATTN: PIA FRIIS, MANAGING DIRECTOR AND SENIO
     1301 AVENUE OF THE AMERCIAS                    600 WASHINGTON BOULEVARD
     NEW YORK NY 10019                              STAMFORD CT 06901

Please note that your claim # 59561-01 in the above referenced case and in the amount of
        $0.00        has been transferred **(unless previously expunged by court order)**

     KING CAPITAL MASTER FUND, LTD                  KING CAPITAL MASTER FUND, LTD
     SCOTT L. ESBIN, ESQ                            TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE
     ESBIN & ALTER, LLP                             65 EAST 55TH STREET, 30TH FLOOR
     497 SOUTH MAIN STREET                          NEW YORK NY 10022
     NEW CITY NY 10956

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6181    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/16/2009                         Vito Genna, Clerk of Court


                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 16, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

|
In re                                          |        Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         |        08-13555 (JMP)
                                               |
                                               |        (Jointly Administered)
            Debtors.                           |
                                               |
_____

        NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
                   BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  ROYAL BANK OF SCOTLAND PLC, THE                ROYAL BANK OF SCOTLAND PLC, THE
             C/O RBS SECURITIES INC.                        DEWEY & LEBOEUF LLP
             ATTN: PIA FRIIS, MANAGING DIRECTOR AND SENIOR COUNSEL   ATTN: IRENA M. GOLDSTEIN
             600 WASHINGTON BOULEVARD                       1301 AVENUE OF THE AMERCIAS
             STAMFORD CT 06901                              NEW YORK NY 10019

Please note that your claim # 59561-01 in the above referenced case and in the amount of
        $0.00        has been transferred (unless previously expunged by court order)

        KING CAPITAL MASTER FUND, LTD                       KING CAPITAL MASTER FUND, LTD
        TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE         SCOTT L. ESBIN, ESQ
        65 EAST 55TH STREET, 30TH FLOOR                     ESBIN & ALTER, LLP
        NEW YORK NY 10022                                   497 SOUTH MAIN STREET
                                                            NEW CITY NY 10956

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6181     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/16/2009                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 16, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                |
In re                           |   Chapter 11 Case No.
                                |
LEHMAN BROTHERS HOLDINGS INC., et al., |   08-13555 (JMP)
                                |
                                |   (Jointly Administered)
                                |
                    Debtors.    |
                                |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

|  |  |
|---|---|
| To:  ROYAL BANK OF SCOTLAND PLC, THE<br>DEWEY & LEBOEUF LLP<br>ATTN: IRENA M. GOLDSTEIN<br>1301 AVENUE OF THE AMERCIAS<br>NEW YORK NY 10019 | ROYAL BANK OF SCOTLAND PLC, THE<br>C/O RBS SECURITIES INC.<br>ATTN: PIA FRIIS, MANAGING DIRECTOR AND SENIO<br>600 WASHINGTON BOULEVARD<br>STAMFORD CT 06901 |

Please note that your claim # 59561-02 in the above referenced case and in the amount of
         $0.00        has been transferred **(unless previously expunged by court order)**

|  |  |
|---|---|
| KING STREET CAPITAL, L.P.<br>SCOTT L. ESBIN, ESQ.<br>ESBIN & ALTER, LLP<br>497 SOUTH MAIN STREET<br>NEW CITY NY 10956 | KING STREET CAPITAL, L.P.<br>TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE<br>65 EAST 55TH STREET, 30TH FLR<br>NEW YORK NY 10022 |

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6185    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/16/2009                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 16, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                |
In re                           |    Chapter 11 Case No.
                                |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |    08-13555 (JMP)
                                |
                                |    (Jointly Administered)
                                |
            Debtors.            |
                                |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  ROYAL BANK OF SCOTLAND PLC, THE            ROYAL BANK OF SCOTLAND PLC, THE
     C/O RBS SECURITIES INC.                     DEWEY & LEBOEUF LLP
     ATTN: PIA FRIIS, MANAGING DIRECTOR AND SENIOR COUNSEL    ATTN: IRENA M. GOLDSTEIN
     600 WASHINGTON BOULEVARD                    1301 AVENUE OF THE AMERCIAS
     STAMFORD CT 06901                           NEW YORK NY 10019

Please note that your claim # 59561-02 in the above referenced case and in the amount of
          $0.00          has been transferred **(unless previously expunged by court order)**

KING STREET CAPITAL, L.P.                        KING STREET CAPITAL, L.P.
TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE      SCOTT L. ESBIN, ESQ.
65 EAST 55TH STREET, 30TH FLR                    ESBIN & ALTER, LLP
NEW YORK NY 10022                                497 SOUTH MAIN STREET
                                                 NEW CITY NY 10956

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6185     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/16/2009                    Vito Genna, Clerk of Court


                                    /s/ Paul Belobritsky
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 16, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   EVEREST CAPITAL ASIA FUND, L.P.
      EVEREST CAPITAL ASIA FUND, LP
      C/O SEWARD & KISSEL LLP
      ATTN: JUSTIN L SHEARER, ESQ
      ONE BATTERY PARK PLAZA
      NEW YORK NY 10004-1485

EVEREST CAPITAL ASIA FUND, L.P.
C/O SEWARD & KISSEL LLP
ATTN: JUSTIN L SHEARER ESQ
ONE BATTERY PARK PLAZA
NEW YORK NY 10004-1485

Please note that your claim # 33268 in the above referenced case and in the amount of
     $2,958,591.00      has been transferred **(unless previously expunged by court order)**

GOLDMAN SACHS LENDING PARTNERS LLC
TRANSFEROR: EVEREST CAPITAL ASIA FUND, L.P.
c/o Goldman, Sachs & Co. Attn: A. Caditz
30 Hudson Street, 36th Floor
Jersey City NJ 07302

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6206      in your objection.
If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/16/2009                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 16, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  EVEREST CAPITAL ASIA FUND, L.P.              EVEREST CAPITAL ASIA FUND, L.P.
     C/O SEWARD & KISSEL LLP                      EVEREST CAPITAL ASIA FUND, LP
     ATTN: JUSTIN L SHEARER ESQ                   C/O SEWARD & KISSEL LLP
     ONE BATTERY PARK PLAZA                       ATTN: JUSTIN L SHEARER, ESQ
     NEW YORK NY 10004-1485                       ONE BATTERY PARK PLAZA
                                                  NEW YORK NY 10004-1485

Please note that your claim # 33268 in the above referenced case and in the amount of
      $2,958,591.00        has been transferred **(unless previously expunged by court order)**

        GOLDMAN SACHS LENDING PARTNERS LLC
        TRANSFEROR: EVEREST CAPITAL ASIA FUND, L.P.
        c/o Goldman, Sachs & Co. Attn: A. Caditz
        30 Hudson Street, 36th Floor
        Jersey City NJ 07302

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        Southern District of New York
        One Bowling Green
        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6206      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/16/2009                           Vito Genna, Clerk of Court


                                           /s/ Paul Belobritsky
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 16, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  EVEREST CAPITAL EMERGING MARKETS FUND, L.P.          EVEREST CAPITAL EMERGING MARKETS FUND, L.P.
     C/O SEWARD & KISSEL LLP                              EVEREST CAPITAL EMERGING MARKETS FUND, L.P.
     ATTN: JUSTIN L SHEARER, ESQ                          C/O SEWARD & KISSEL LLP
     ONE BATTERY PARK PLAZA                                ATTN: JUSTIN L SHEARER, ESQ
     NEW YORK NY 10004-1485                                ONE BATTERY PARK PLAZA
                                                           NEW YORK NY 10004-1485

Please note that your claim # 33269 in the above referenced case and in the amount of
     $8,203,288.00        has been transferred **(unless previously expunged by court order)**

GOLDMAN SACHS LENDING PARTNERS LLC              GOLDMAN SACHS LENDING PARTNERS LLC
TRANSFEROR: EVEREST CAPITAL EMERGING MARKETS FUND, L.P.    MANAGING CLERK
c/o Goldman, Sachs & Co. Attn: A. Caditz        RICHARDS KIBBE & ORBE, LLP
30 Hudson Street, 36th Floor                    ONE WORLD FINANCIAL CENTER
Jersey City NJ 07302                            NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6207      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/16/2009                          Vito Genna, Clerk of Court

                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 16, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                          |
In re                                     |   Chapter 11 Case No.
                                          |
LEHMAN BROTHERS HOLDINGS INC., et al.,    |   08-13555 (JMP)
                                          |
                                          |   (Jointly Administered)
                         Debtors.         |
_____ |
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  EVEREST CAPITAL EMERGING MARKETS FUND, L.P.          EVEREST CAPITAL EMERGING MARKETS FUND, L.P.
     EVEREST CAPITAL EMERGING MARKETS FUND, L.P.          C/O SEWARD & KISSEL LLP
     C/O SEWARD & KISSEL LLP                              ATTN: JUSTIN L SHEARER, ESQ
     ATTN: JUSTIN L SHEARER, ESQ                          ONE BATTERY PARK PLAZA
     ONE BATTERY PARK PLAZA                               NEW YORK NY 10004-1485
     NEW YORK NY 10004-1485
```

Please note that your claim # 33269 in the above referenced case and in the amount of $8,203,288.00       has been transferred **(unless previously expunged by court order)**

```
GOLDMAN SACHS LENDING PARTNERS LLC              GOLDMAN SACHS LENDING PARTNERS LLC
MANAGING CLERK                                  TRANSFEROR: EVEREST CAPITAL EMERGING MARKETS
RICHARDS KIBBE & ORBE, LLP                      c/o Goldman, Sachs & Co. Attn: A. Caditz
ONE WORLD FINANCIAL CENTER                      30 Hudson Street, 36th Floor
NEW YORK NY 10281                               Jersey City NJ 07302
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6207       in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/16/2009                         Vito Genna, Clerk of Court


                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 16, 2009.
```

UNITED STATES BANKRUPTCY COURT
Southern District of New York

--------------------------------------------------

In re                                      |    Chapter 11 Case No.
                                           |
LEHMAN BROTHERS HOLDINGS INC., et al.,     |    08-13555 (JMP)
                                           |
                                           |    (Jointly Administered)
                        Debtors.           |
                                           |
--------------------------------------------------

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  BANK OF AMERICA, N.A.
         TRANSFEROR: ENBW TRADING GMBH
         c/o bank of america merrill lynch
         bank of america tower, 3rd floor
         ONE BRYANT PARK
         ATTN: GARY COHEN, RONALD TOROK
         new york NY 10036

Please note that your claim # 28431-02 in the above referenced case and in the amount of
    $3,850,000.00        has been transferred **(unless previously expunged by court order)**

         ONEX CREDIT PARTNERS, LLC
         TRANSFEROR: BANK OF AMERICA, N.A.
         910 SYLVAN AVENUE, SUITE 100
         ENGLEWOOD CLIFFS NJ 07632

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6215      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/16/2009                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:      This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 16, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  BANK OF AMERICA, N.A.
     TRANSFEROR: ENBW TRADING GMBH
     c/o bank of america merrill lynch
     bank of america tower, 3rd floor
     ONE BRYANT PARK
     ATTN: GARY COHEN, RONALD TOROK
     new york NY 10036
```

Please note that your claim # 28628-02 in the above referenced case and in the amount of
    $3,850,000.00        has been transferred **(unless previously expunged by court order)**

```
ONEX CREDIT PARTNERS, LLC
TRANSFEROR: BANK OF AMERICA, N.A.
910 SYLVAN AVENUE, SUITE 100
ENGLEWOOD CLIFFS NJ 07632
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6215      in your objection.
If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/16/2009                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 16, 2009.

**EXHIBIT B**

TIME: 10:24:10
DATE: 12/16/09

# LEHMAN BROTHERS HOLDING INC.
## CREDITOR LISTING

| Name | Address |
|---|---|
| ANTHRACITE BALANCED COMPANY (R-26) LIMITED | ALEX ROVIRA SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| ANTHRACITE BALANCED COMPANY (R-26) LIMITED | ALEX ROVIRA SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| ANTHRACITE RATED INVESTMENTS (CAYMAN) LTD | TRANSFEROR: ECP INTERNATIONAL LP ATTN: INDERJIT SINGH GRAND CAYMAN KY1-9007 CAYMAN ISLANDS |
| ANTHRACITE RATED INVESTMENTS (CAYMAN) LTD | FONDAZIONE ENASARCO ATTENTION: MARCO DIVITO VIA ANTONIOTTO USIDIMARE ROMA 31, 00154 ITALY |
| ANTHRACITE RATED INVESTMENTS (CAYMAN) LTD | ATTENTION: THE DIRECTORS HSBC HOUSE 68 WEST BAY ROAD GEORGE TOWN GRAND CAYMAN, KY1-1102 CAYMAN ISLANDS |
| BANK OF AMERICA, N.A. | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO / ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| D.E. SHAW COMPOSITE PORTFOLIOS, L.L.C. | TRANSFEROR: ENWA TRADING GMBH c/o bank of america merrill lynch bank of america tower, 3rd floor ONE BRYANT PARK ATTN: GARY COHEN, NEW YORK NY 10036. |
| D.E. SHAW COMPOSITE PORTFOLIOS, L.L.C. | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: THOMAS J. MOLONEY, ESQ ONE LIBERTY PLAZA NEW YORK NY 10006. |
| D.E. SHAW COMPOSITE PORTFOLIOS, L.L.C. | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: THOMAS J. MOLONEY, ESQ ONE LIBERTY PLAZA NEW YORK NY 10006. |
| D.E. SHAW COMPOSITE PORTFOLIOS, L.L.C. | TRANSFEROR: D.E. SHAW DIHEDRAL PORTFOLIOS, L.L.C. 120 WEST 45TH STREET, 39TH FLOOR NEW YORK, NY 10036 |
| D.E. SHAW COMPOSITE PORTFOLIOS, L.L.C. | TRANSFEROR: D.E. SHAW DIHEDRAL PORTFOLIOS, L.L.C. 120 WEST 45TH STREET, 39TH FLOOR NEW YORK, NY 10036 |
| D.E. SHAW COMPOSITE, L.L.C. | ATTN: BRANDON BAER 120 WEST 45TH STREET, 39TH FLOOR NEW YORK NY 10036 |
| D.E. SHAW DIHEDRAL PORTFOLIOS, L.L.C. | TRANSFEROR: D.E. SHAW DIHEDRAL PORTFOLIOS, L.L.C. 120 WEST 45TH STREET, 39TH FLOOR NEW YORK, NY 10036 |
| D.E. SHAW DIHEDRAL PORTFOLIOS, L.L.C. | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: THOMAS J. MOLONEY, ESQ ONE LIBERTY PLAZA NEW YORK NY 10006 |
| D.E. SHAW DIHEDRAL PORTFOLIOS, L.L.C. | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: THOMAS J. MOLONEY, ESQ ONE LIBERTY PLAZA NEW YORK NY 10006 |
| D.E. SHAW DIHEDRAL PORTFOLIOS, L.L.C. | ATTN: GENERAL COUNSEL 120 WEST 45TH STREET, 39TH FLOOR NEW YORK NY 10036 |
| D.E. SHAW DIHEDRAL PORTFOLIOS, L.L.C. | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: THOMAS J. MOLONEY, ESQ ONE LIBERTY PLAZA NEW YORK NY 10006 |
| D.E. SHAW DIHEDRAL PORTFOLIOS, L.L.C. | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: THOMAS J. MOLONEY, ESQ ONE LIBERTY PLAZA NEW YORK NY 10006 |
| DEUTSCHE BANK AG, LONDON BRANCH | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| ECP INTERNATIONAL S.A. | 9. RUE DI LABORATOIRE L-1911 LUXEMBOURG |
| ENI S.P.A. F/K/A SOCIETA FINANZIARIA ENI | SR.A. GLORIA DAGNINI PIAZZALE E. MATTEI,1 ROME 00144 ITALY |
| EVEREST CAPITAL ASIA FUND, L.P. | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L SHEARER ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| EVEREST CAPITAL ASIA FUND, L.P. | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| EVEREST CAPITAL EMERGING MARKETS FUND, L.P. | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10105 |
| FCDB LBU LLC C/O FORTRESS INVESTMENT GROUP | ATTN: JAMES N. HACKE 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: ANTHRACITE RATED INVESTMENTS (CAYMAN) LTD MICHAEL FRIEDMAN, ESQ. RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS LENDING PARTNERS LLC | MANAGING CLERK RICHARDS KIBBE & ORBE, LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: ENI S.P.A. F/K/A SOCIETA FINANZIARIA ENI S.P.A. c/o Goldman, Sachs & Co. Attn: A. Caditz 30 Hudson Street, 36th Floor Jersey City NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: EVEREST CAPITAL ASIA FUND, L.P. c/o Goldman, Sachs & Co. Attn: A. Caditz 30 Hudson Street, 36th Floor Jersey City NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: EVEREST CAPITAL EMERGING MARKETS FUND, L.P. c/o Goldman, Sachs & Co. Attn: A. Caditz 30 Hudson Street, 36th Floor Jersey City NJ 07302 |
| KING CAPITAL MASTER FUND, LTD | SCOTT L. ESBIN, ESQ ESBIN & ALTER, LLP 497 SOUTH MAIN STREET NEW CITY NY 10956 |
| KING CAPITAL MASTER FUND, LTD | SCOTT L. ESBIN, ESQ. ESBIN & ALTER, LLP 497 SOUTH MAIN STREET NEW CITY NY 10956 |
| KING STREET CAPITAL MASTER FUND, LLC | TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE 65 EAST 55TH STREET, 30TH FLOOR NEW YORK NY 10022 |
| KING STREET CAPITAL MASTER FUND, LLC | DEWEY & LEBOEUF LLP ATTN: IRENA M. GOLDSTEIN 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| KING STREET CAPITAL MASTER FUND, LLC | TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE 65 EAST 55TH STREET, 30TH FLOOR NEW YORK NY 10022 |
| KING STREET CAPITAL MASTER FUND, LLC | DEWEY & LEBOEUF LLP ATTN: IRENA M. GOLDSTEIN 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| KING STREET CAPITAL, L.P. | TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE 65 EAST 55TH STREET, 30TH FLOOR NEW YORK NY 10022 |
| KING STREET CAPITAL, L.P. | DEWEY & LEBOEUF LLP ATTN: IRENA M. GOLDSTEIN 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | TRANSFEROR: WESTERN ASSET UKP CREDIT PLUS BOND FUND 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA ENGLAND |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | DEBORAH S. TUCHMAN & ANDREW M. AHERN, ESQ. JONES DAY 222 EAST 41ST STREET NEW YORK NY 10017 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | TRANSFEROR: WESTERN ASSET GLOBAL 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA ENGLAND |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | DEBORAH S. TUCHMAN & ANDREW M. AHERN, ESQ. JONES DAY 222 EAST 41ST STREET NEW YORK NY 10017 |
| NATIONAL RURAL UTILITIES COOPERATIVE FINANCE CORPORATION | TRANSFEROR: BANK OF AMERICA, N.A. 910 SYLVAN AVENUE, SUITE 100 ENGLEWOOD CLIFFS NJ 07632 |
| NATIONAL RURAL UTILITIES COOPERATIVE FINANCE CORPORATION | TRANSFEROR: BANK OF AMERICA, N.A. 910 SYLVAN AVENUE, SUITE 100 ENGLEWOOD CLIFFS NJ 07632 |
| ONEX CREDIT PARTNERS, LLC | DEWEY & LEBOEUF LLP ATTN: IRENA M. GOLDSTEIN 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| ONEX DEBT OPPORTUNITY FUND, LTD | DEWEY & LEBOEUF LLP ATTN: IRENA M. GOLDSTEIN 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| ROYAL BANK OF SCOTLAND PLC, THE | C/O RBS SECURITIES INC. ATTN: PIA FRIIS, MANAGING DIRECTOR AND SENIOR COUNSEL 600 WASHINGTON BOULEVARD STAMFORD CT 06901 |
| ROYAL BANK OF SCOTLAND PLC, THE | C/O RBS SECURITIES INC. ATTN: PIA FRIIS, MANAGING DIRECTOR AND SENIOR COUNSEL 600 WASHINGTON BOULEVARD STAMFORD CT 06901 |
| SR GGI MASTER MA, LTD. | C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE, THIRD FLOOR NEW YORK NY 10065 |
| SR GGI MASTER MA, LTD. | C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE, THIRD FLOOR NEW YORK NY 10065 |
| SR GGI MASTER MA, LTD. | C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE, THIRD FLOOR NEW YORK NY 10065 |
| SR GGI MASTER MA, LTD. | C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE, THIRD FLOOR NEW YORK NY 10065 |
| SR LATIGO MASTER MA LTD | C/O LATIGO PARTNERS, L.P. ATTN: WAHEED KHAN 590 MADISON AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| SR LATIGO MASTER MA LTD | C/O LATIGO PARTNERS, L.P. ATTN: WAHEED KHAN 590 MADISON AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| STONE LION CAPITAL PARTNERS L.P. | TRANSFEROR: BANK OF AMERICA, N.A. 461 5TH AVENUE, 14TH FLOOR NEW YORK NY 10017 |
| SWISS RE FINANCIAL PRODUCTS COMPANY | SR FINANCIAL PRODUCTS 30 ST. MARY AXE ATTN: NICHOLAS RAYMOND LONDON EC3A 8EP UNITED KINGDOM |
| SWISS RE FINANCIAL PRODUCTS CORPORATION | SR SWISS RE SERVICES LIMITED 30 ST. MARY AXE ATTN: NICHOLAS RAYMOND LONDON EC3A 8EP UNITED KINGDOM |

TIME: 10:24:10
DATE: 12/16/09

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE:  2

| Name | Address |
|---|---|
| SWISS RE FINANCIAL PRODUCTS CORPORATION | TRANSFEROR: SR LATIGO MASTER MA LTD C/O SWISS RE SERVICES LIMITED 30 ST. MARY AXE ATTN: NICHOLAS RAYMOND LONDON EC3A 8EP UNITED KINGDO |
| SWISS RE FINANCIAL PRODUCTS CORPORATION | TRANSFEROR: SR LATIGO MASTER MA LTD C/O SWISS RE SERVICES LIMITED 30 ST. MARY AXE ATTN: NICHOLAS RAYMOND LONDON EC3A 8EP UNITED KINGDO |
| WESTERN ASSET UK GBP CREDIT PLUS BOND FUND | C/O WESTERN ASSET MANAGEMENT COMPANY PTY LTD AND WESTERN ASSET COMPANY ATTN: LEGAL DEPT. W-5584 385 E. COLORADO BLVD. PASADENA CA 91101 |

Total Number of Records Printed        59

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT C**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, NY 10153