EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

and to: LEHMAN BROTHERS HOLDINGS INC.
     Case No. 08-13555

      BUNGE SA a company incorporated in Switzerland, with registered office at route de Florissant 13, 1211 Geneva 12 Switzerland ("Seller"), for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **LONGACRE MASTER FUND II, L.P.** its successors and assigns, with offices at 810 Seventh Avenue, 33rd Floor, New York, NY 100193 Attn:  Vladimir Jelisavcic("Buyer"), all rights, title and interest in and to the claim of Seller against Lehman Brothers Holdings Inc. in the amount of $5,310,157.00 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP) in respect of Claim Number 10130.

      Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

      IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 16th day of December, 2009.

[SIGNATURES ON FOLLOWING PAGE]

543541.5/2052-00042

BUNGE SA

By: _____
Name: Frans Muz
Title:

By: _____
Name: Maurizio Terazzi
Title:

LONGACRE MASTER FUND II, L.P.
By Longacre Management II, LLC,
its General Partner

By: _____
Name: Vladimir Jelisavcic
Title:   Manager

543541.5/2052-00042