WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
                                                                    :
**In re**                                                           :   **Chapter 11 Case No.**
                                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                        :   **08-13555 (JMP)**
                                                                    :
                                    Debtors.                        :   **(Jointly Administered)**
                                                                    :
                                                                    :
-------------------------------------------------------------------x

## DEBTORS' FOURTH NOTICE OF AGENCY TERMINATIONS

On October 5, 2008, Lehman Commercial Paper Inc. ("LCPI"), as debtor and debtor in possession (the "Debtor" and, together with Lehman Brothers Holdings Inc. and its other affiliated debtors, the "Debtors") filed the Debtor's Motion Pursuant to Sections 105(a), 363(b), 363(c) and 541(d) of the Bankruptcy Code and Bankruptcy Rule 6004 for Authority to (A) Continue to Utilize its Agency Bank Account, (B) Terminate Agency Relationships, and (C) Elevate Loan Participations [Docket No. 3 in Case No. 08-13900].

On October 6, 2008, the Court entered the Order Pursuant to Sections 105(a), 363(b), 363(c), and 541(d) of the Bankruptcy Code and Bankruptcy Rule 6004 Authorizing the Debtor to (A) Continue to Utilize its Agency Bank Account, (B)

Terminate Agency Relationships, and (C) Elevate Loan Participations [Docket No. 11 in Case No. 08-13900 ] (the "Order").

Pursuant to the Order, LCPI is required to file with the Court a notice of the transfer, assignment or resignation from any administrative agent position, which notice shall include the name of the specific entity to which the position is being transferred or assigned.

The Debtors filed the first Notice of Filing of Agency Terminations [Docket No. 2854] on February 17, 2009, the Second Notice of Filing of Agency Terminations [Docket No. 4034] on June 18, 2009, and the Third Notice of Filing of Agency Terminations [Docket No. 5014] (the "Third Notice") on August 31, 2009.  Since the filing of the Third Notice, the Debtors have transferred, assigned or resigned from additional administrative agent positions.

Accordingly, attached hereto as Exhibit A is LCPI's Fourth Notice of Agency Terminations, which specifies, as of December 18, 2009, those administrative agent positions that LCPI has terminated by transfer, assignment or resignation since the date of the filing of the Third Notice and the specific entities to which such positions were transferred or assigned.

LCPI expects to periodically file additional Notices of Agency Termination.

Dated: December 21, 2009
      New York, New York

                /s/ Jacqueline Marcus
                Jacqueline Marcus

                WEIL, GOTSHAL & MANGES LLP
                767 Fifth Avenue
                New York, New York 10153
                Telephone: (212) 310-8000
                Facsimile: (212) 310-8007

                Attorneys for Debtors
                and Debtors in Possession

## EXHIBIT A

## DEBTOR'S FOURTH NOTICE
## OF AGENCY TERMINATIONS

| Borrower | Date | New Agent |
| --- | --- | --- |
| Mapco Express, Inc. | 9/1/2009 | Fifth Third Bank, N.A. |
| Sonic Capital LLC | 9/14/2009 | Bank of America, N.A. |
| The Yankee Candle Company, Inc. | 9/28/2009 | Bank of America, N.A. |
| McJunkin Red Man Corporation | 9/28/2009 | Barclays Bank PLC |
| McJunkin Red Man Holding Corporation | 9/28/2009 | Barclays Bank PLC |
| RJO Holdings Corp. (First Lien) | 10/5/2009 | Wilmington Trust FSB |
| Dunkin' Brands Inc. | 10/8/2009 | Chase |
| AGA Medical Corporation | 10/9/2009 | Bank of America, N.A. |
| LKQ Corporation | 10/21/2009 | Deutsche Bank AG New York Branch |
| Sheridan Holdings, Inc. (First Lien) | 11/2/2009 | Credit Suisse |
| Sheridan Holdings, Inc. (Second Lien) | 11/2/2009 | Credit Suisse |
| Pinnacle Foods Finance LLC | 12/4/2009 | Barclays Bank PLC |