**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x

| | |
|---|---|
| **In re:** | : **Chapter 11** |
| | : **Case No. 08-13555 (JMP)** |
| **LEHMAN BROTHERS HOLDINGS INC., et al.,** | : **Jointly Administered** |
| | : |
| **Debtors.** | : |

------------------------------------------------------------------------x

| | |
|---|---|
| **In re:** | : **SIPA Proceeding** |
| | : **Case No. 08-01420 (JMP)** |
| **LEHMAN BROTHERS INC.,** | : |
| | : |
| **Debtor.** | : |

------------------------------------------------------------------------x

### ORDER, PURSUANT TO 11 U.S.C. §§ 105(a) AND HAGUE CONVENTION (28 U.S.C. § 1781), ISSUING LETTERS OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE

Upon the motion of the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al. (the "Committee"), pursuant to sections 105(a) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code"),  and the Hague Convention of 18 March 1970 on the taking of Evidence Abroad in Civil or Commercial Matters, 28 U.S.C. § 1781, (the "Motion"),[1] seeking the approval and issuance of two Letters of Request for International Judicial Assistance (the "Letters of Request") to the High Court of Justice of England and Wales (the "U.K. Court") to compel the production of documents requested under the Letters of Request by the following entities located in the United Kingdom:  the Financial Services Authority ("FSA"), and PricewaterhouseCoopers LLP and PricewaterhouseCoopers International Limited (collectively "PwC"), and after due deliberation thereon; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, creditors and interest holders; and all parties in interest having had sufficient notice of the

---

[1]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

Motion and having been heard or having had the opportunity to be heard; and good and sufficient

cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1.      The Motion is granted.

2.       The Letters of Request are hereby approved and will be issued by the

Court.

3.      The Committee is authorized to seek the international judicial assistance

of the U.K. Court to obtain the production of documents from the FSA and PwC as specifically

set forth in the Letters of Request.

4.      The Court shall retain jurisdiction to implement and enforce the terms of

this Order.


Dated: New York, New York
          December 22, 2009


          _s/ James M. Peck_____
          HONORABLE JAMES M. PECK
          UNITED STATES BANKRUPTCY JUDGE