UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                              :    Chapter 11 Cases
                                                   :
LEHMAN BROTHERS HOLDINGS INC. et al.,              :    08-13555 (JMP)
                                                   :
                        Debtors.                   :    Jointly Administered
---------------------------------------------------------------x

## ORDER DEEMING BANESCO'S CLAIM TO BE TIMELY FILED

Upon consideration of the motion (the "Motion") of Banesco Banco Universal and Banesco Holdings CA (together, "Banesco") for entry of an order (the "Order") pursuant to 11 U.S.C. §105 of the United States Bankruptcy Code (the "Bankruptcy Code") and Rule 9006(b)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") requiring Lehman Brothers Holdings Inc. ("LBHI") to provide to Banesco the Identification Number[1] of the Note and, in the alternative, either adding the Note to the Program Securities List or deeming that any proof of claim filed by Banesco in respect of the Note shall be filed timely; and for such further relief as the Court may deem just and proper; and it appearing that the relief requested by the Motion is appropriate; and due notice of the Motion having been given; and it appearing that no other or further notice need be given; and the Court having found and determined that it should exercise its discretion to grant the relief requested in the Motion and that the legal and

---

[1] Capitalized terms used but not otherwise defined herein have the respective definitions ascribed to such terms in the Motion.

factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that, pursuant to 11 U.S.C. §105 of the Bankruptcy Code and Rule 9006(b)(1), the Motion is granted as set forth in this Order;

ORDERED that the proof of claim relating to the Note filed on November 2, 2009 by Banesco Holdings CA is deemed timely filed in all respects; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: New York, New York
       December 22, 2009

                                                   *s/ James M. Peck*
                                             HONORABLE JAMES M. PECK
                                             UNITED STATES BANKRUPTCY JUDGE