# Exhibit D



# RESIDENTIAL BROKER PRICE OPINION

This BPO is the ☐ Initial ☐ 2nd Opinion ☐ Updated ☐ Exterior Only   DATE: 10/3/2009

PROPERTY ADDRESS: 116 233RD ST
CAMBRIA HEIGHTS   NY  11411
SALES REPRESENTATIVE:
CLIENT NAME:
FIRM NAME:
COMPLETED BY: MAXINE STRACHAN
PHONE NO.: (516)623-4500
FAX NO.: (516)623-1453

## I. GENERAL MARKET CONDITIONS

Current market condition: ☐ Depressed  ☑ Slow  ☐ Stable  ☐ Improving  ☐ Excellent
Employment conditions: ☑ Declining  ☐ Stable  ☐ Increasing
Market price of this type property has: ☑ Decreased 15 % in past 12 months
☐ Increased
☐ Remained stable

Estimated percentages of owner vs. tenants in neighborhood: 80 % owner occupant  20 % tenant
There is a ☐ Normal supply  ☑ oversupply  ☐ shortage of comparable listings in the neighborhood
Approximate number of comparable units for sale in neighborhood: 17
No. of competing listings in neighborhood that are REO or Corporate owned: 1
No. of boarded or blocked-up homes: 3

## II. SUBJECT MARKETABILITY

Range of values in the neighborhood is $ 244,950 to $ 549,000
The subject is an ☐ over improvement  ☑ under improvement  ☐ Appropriate improvement for the neighborhood.
Normal marketing time in the area is: 160 days.
Are all types of financing available for the property? ☐ Yes ☑ No   If no, explain Not mortgagable
Has the property been on the market in the last 12 months? ☐ Yes ☑ No   If yes, $ _____ list price (include MLS printout)
To the best of your knowledge, why did it not sell? _____

Unit Type: ☑ single family detached  ☐ condo  ☐ co-op  ☐ mobile home
☐ single family attached  ☐ townhouse  ☐ modular
If condo or other association exists: Fee $ _____  ☐ monthly  ☐ annually   Current? ☐ Yes ☐ No   Fee delinquent? $ _____
The fee includes: ☐ Insurance  ☐ Landscape  ☐ Pool  ☐ Tennis   Other _____
Association Contact: Name: _____   Phone No.: _____

## III. COMPETITIVE CLOSED SALES

| ITEM | SUBJECT | COMPARABLE NUMBER 1 | | COMPARABLE NUMBER 2 | | COMPARABLE NUMBER 3 | |
|---|---|---|---|---|---|---|---|
| Address | 116 233RD ST CAMBRIA HEIGHTS NY 11411 | 22323 114TH AVE CAMBRIA HEIGHTS NY 11411 | | 11510 CROSS ISLAND PKWY CAMBRIA HEIGHTS NY 11411 | | 11855 230TH ST CAMBRIA HEIGHTS NY 11411 | |
| Proximity to Subject | | 0.66 REO/Corp ☐ | | 0.25 REO/Corp ☐ | | 0.19 REO/Corp ☐ | |
| Sale Price | $ | $ 300,000 | | $ 340,000 | | $ 360,400 | |
| Price/Gross Living Area | $  Sq. Ft. | $ 213.52 Sq. Ft. | | $ 310.79 Sq. Ft. | | $ 340 Sq. Ft. | |
| Sale Date & Days on Market | | 5/27/2009 6 | | 7/30/2009 238 | | 5/8/2009 380 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | Adjustment | DESCRIPTION | Adjustment | DESCRIPTION | Adjustment |
| Sales or Financing Concessions | | None | E | FHA | E | FHA | E |
| Location | Suburban | Suburban | E | Suburban | E | Suburban | E |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | E | Fee Simple | E | Fee Simple | E |
| Site | 0.11 | 0.09 | E | 0.13 | S | 0.09 | E |
| View | Typ | Typ | E | Typ | E | Typ | E |
| Design and Appeal | SFD   Cape | SFD   Cape | E | SFD   Cape | E | SFD   Cape | E |
| Quality of Construction | Fair | Fair | E | Average | E | Average | E |
| Age | 64 | 64 | E | 64 | E | 69 | E |
| Condition | Poor | Fair | S | Average | E | Average | E |
| Above Grade Room Count | Total 6 / Bdms 2 / Baths 1 | Total 6 / Bdms 3 / Baths 1 | E | Total 8 / Bdms 4 / Baths 1 | E | Total 7 / Bdms 2 / Baths 1 | E |
| Gross Living Area | 1,182 Sq. Ft. | 1,405 Sq. Ft. | E | 1,094 Sq. Ft. | E | 1,060 Sq. Ft. | E |
| Basement & Finished Rooms Below Grade | Yes  1 | Yes  1 | E | Yes  2 | S | Yes  3 | S |
| Functional Utility | Poor | Average | S | Average | S | Average | S |
| Heating/Cooling | Oil HW | Gas Steam | E | Gas Radiant | E | Gas Radiant | E |
| Energy Efficient Items | None | None | E | None | E | None | E |
| Garage/Carport | Gar Att  1 | Gar Det  1 | E | Gar Det  1 | E | Gar Det  1 | E |
| Porches, Patio, Deck Fireplace(s), etc. | None | Patio FP | S | Porch | S | Porch | S |
| Fence, Pool, etc. | Fence | Fence | E | Fence | E | Fence | E |
| Other | Unliveable | None | E | None | E | None | E |
| Net Adj (total) | | $ -150,000 | | $ -190,000 | | $ -210,000 | |
| Adjusted Sales Price of Comparable | | $ 150,000 | | $ 150,000 | | $ 150,400 | |

Comp#1.Brk/sid cape,full ptly fin bsmt,1 car det gar,FP/LR,new boiler, roof & gutters,HW flrs
Comp#2.Brk cape,full fin bsmt, 1 car det gar,

Page 1 of 2

REC

## IV. MARKETING STRATEGY

☑ As-is  ☐ Minimal Lender Required Repairs  ☐ Repaired   Most Likely Buyer: ☐ Owner occupant  ☑ Investor

## V. REPAIRS

Itemize ALL repairs needed to bring property from its present "as is" condition to average marketable condition for the neighborhood. Check those repairs you recommend that we perform for most successful marketing of the property.

| ☐ EXTERIOR DOORS | $ 1,000 | ☐ WATER DAMAGE | $ 15,000 |
| --- | --- | --- | --- |
| ☐ WINDOWS | $ 10,000 | ☐ FLOORING OTHER | $ 6,000 |
| ☐ LANDSCAPING | $ 5,000 | ☐ CABINET/COUNTERTOPS | $ 10,000 |
| ☐ GARAGE | $ 10,000 | ☐ PAINTING | $ 7,500 |
| ☐ STRUCTURAL/FOUNDATION | $ 25,000 | ☐ OTHER INTERIOR | $ 5,000 |

**GRAND TOTAL FOR ALL REPAIRS** $ 94,500

## VI. COMPETITIVE LISTINGS

| ITEM | SUBJECT | COMPARABLE NUMBER 1 | | COMPARABLE NUMBER 2 | | COMPARABLE NUMBER 3 | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Address | 116 233RD ST CAMBRIA HEIGHTS NY 11411 | 11514 224TH ST CAMBRIA HEIGHTS NY 11411 | | 11499 229TH ST CAMBRIA HEIGHTS NY 11411 | | 11563 231ST ST CAMBRIA HEIGHTS NY 11411 | |
| Proximity to Subject | | 0.46  REO/Corp ☑ | | 0.42  REO/Corp ☑ | | 0.16  REO/Corp ☑ | |
| List Price | $ | $ 272,300 | | $ 297,700 | | $ 340,000 | |
| Price/Gross Living Area | $   Sq.Ft. | $ 180.6 Sq.Ft. | | $ 249.3 Sq.Ft. | | $ 302.7 Sq.Ft. | |
| Data and/or Verification Sources | | MLS | | MLS | | MLS | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | Adjustment | DESCRIPTION | Adjustment | DESCRIPTION | Adjustment |
| Sales or Financing Concessions | | REO | E | REO | E | REO | E |
| Days on Market | | 23 | E | 15 | E | 401 | E |
| Location | Suburban | Suburban | E | Suburban | E | Suburban | E |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | E | Fee Simple | E | Fee Simple | E |
| Site | 0.11 | 0.09 | E | 0.09 | E | 0.09 | E |
| View | Typ | Typ | E | Typ | E | Typ | E |
| Design and Appeal | SFD   Cape | SFD   Cape | E | SFD   Cape | E | SFD   Cape | E |
| Quality of Construction | Fair | Average | E | Average | E | Average | E |
| Age | 64 | 69 | E | 69 | E | 64 | E |
| Condition | Poor | Fair | S | Fair | S | Average | S |
| Above Grade Room Count | Total 6 / Bdms 2 / Baths 1 | Total 7 / Bdms 4 / Baths 1 | E | Total 7 / Bdms 4 / Baths 1 | E | Total 6 / Bdms 4 / Baths 1 | E |
| Gross Living Area | 1,182 Sq.Ft. | 1,507 Sq.Ft. | E | 1,194 Sq.Ft. | E | 1,123 Sq.Ft. | E |
| Basement & Finished Rooms Below Grade | Yes   1 | Yes   3 | S | Yes   1 | E | Yes   1 | E |
| Functional Utility | Poor | Average | E | Average | E | Average | E |
| Heating/Cooling | Oil HW | Gas HW | E | Gas Steam | E | Gas Steam | E |
| Energy Efficient Items | None | None | E | None | E | None | E |
| Garage/Carport | Gar Att   1 | Gar Det   1 | E | None | I | Gar Det   1 | E |
| Porches, Patio, Deck Fireplace(s), etc. | None | None | E | None | E | Patio | E |
| Fence, Pool, etc. | Fence | Fence | E | Fence | E | Fence | E |
| Other | Unliveable | None | E | None | E | None | E |
| Net Adj. (total) | | $ -125,000 | | $ -150,000 | | $ -190,000 | |
| Adjusted Sales Price of Comparable | | $ 147,300 | | $ 147,700 | | $ 150,000 | |

Comp#1.Brk cape,full fin bsmt,1 car det gar,Bank owned property
Comp#2.Brk/sid cape,full unfin bsmt,no gar,Bank owned property

## VI. THE MARKET VALUE (The value must fall within the indicated value of the Competitive Closed Sales).

|  | Market Value | Suggested List Price |
| --- | --- | --- |
| AS IS | $ 150,000 | $ 160,000 |
| REPAIRED | $ 244,500 | $ 254,500 |

**COMMENTS** (Include specific positives/negatives, special concerns, encroachments, easements, water rights, environmental concerns, flood zones, etc. Attach addendum if additional space is needed.)

Comp#1.Brk cape,full fin bsmt,1 car det gar,Bank owned property
Comp#2.Brk/sid cape,full unfin bsmt,no gar,Bank owned property
Comp#3.Brk cape,full unfin bsmt,1 car det gar,Short sale,

There ar schools,shopping and parkways near by


Signature: MAXINE STRACHAN                                    Date: 10/3/2009



**First American Residential Value View**

## Photos

| ACCOUNT NUMBER | TRACKING NUMBER 2574820 | | FARVV ORDER NO. 4834845 |
|---|---|---|---|
| NAME BROWN | ADDRESS 116 233RD ST | | CITY, STATE, ZIP CAMBRIA HEIGHTS, NY 11411 |
| PHOTOS COMMENT | | | |

Subject Front



116-69 233rd Street



Subject Interior

Bedroom



Subject Interior

Bath



Acc         Tracking #: 2574820

*First American Residential Value View*

Photos

| NAME | TRACKING NUMBER | | FARVV ORDER NO. |
|---|---|---|---|
| BROWN | 2574820 | | 4834845 |
| | ADDRESS | | |
| | 116 233RD ST | | |
| PHOTOS COMMENT | | CITY, STATE, ZIP | |
| | | CAMBRIA HEIGHTS, NY 11411 | |

Subject Interior

Bedroom



Subject Interior

Bedroom



Subject Interior

Diningroom



Account

Tracking #: 2574820



**First American Residential Value View**

**Photos**

| | TRACKING NUMBER 2574820 | | FARVV ORDER NO. 4834845 |
|---|---|---|---|
| NAME BROWN | ADDRESS 116 233RD ST | CITY, STATE, ZIP CAMBRIA HEIGHTS, NY 11411 | |
| PHOTOS COMMENT | | | |

Subject Interior

Kitchen



Subject Interior

Livingroom



Subject Damage

Damage in upstairs bedroom





First American
Residential Value View

Photos

| ACCOUNT NUMBER | TRACKING NUMBER 2574820 | | FARVV ORDER NO. 4834845 |
| --- | --- | --- | --- |
| NAME BROWN | ADDRESS 116 233RD ST | CITY, STATE, ZIP CAMBRIA HEIGHTS, NY  11411 | |
| PHOTOS COMMENT | | | |

Subject Damage
Foundation



Subject Damage
Foundation



Subject Damage
Loose bricks around outside of house



Acc            Tracking #: 2574820

*First American Residential Value View*

**Photos**

| ACCOUNT NUMBER | TRACKING NUMBER 2574820 | | FARVV ORDER NO. 4834845 |
|---|---|---|---|
| NAME BROWN | ADDRESS 116 233RD ST | CITY, STATE, ZIP CAMBRIA HEIGHTS, NY 11411 | |
| PHOTOS COMMENT | | | |

Subject Damage
Peeling paint throughout house



Subject Damage
Peeling paint throughout house



Subject Damage
Buckeled HW floors



Tracking #: 2574820



First American
Residential Value View

**Photos**

| | TRACKING NUMBER | FARVV ORDER NO. |
|---|---|---|
| | 2574820 | 4834845 |
| NAME | ADDRESS | CITY, STATE, ZIP |
| BROWN | 116 233RD ST | CAMBRIA HEIGHTS, NY 11411 |
| PHOTOS COMMENT | | |

Subject Damage

Damage in bsmt ceiling



Subject Damage

Damage in bsmt ceiling



Subject Damage

Damage & mold in bsmt



Ac            Tracking #: 2574820

*First American Residential Value View*

**Photos**

| AC 2· | TRACKING NUMBER 2574820 | | FARVV ORDER NO. 4834845 |
|---|---|---|---|
| NAME BROWN | ADDRESS 116 233RD ST | CITY, STATE, ZIP CAMBRIA HEIGHTS, NY 11411 | |
| PHOTOS COMMENT | | | |

Subject - Other

Garage



Street View

Street scene next to house



Street View

Street scene



Account #: 24072902   T

**First American Residential Value View**

**Photos**

| TRACKING NUMBER | | FARVV ORDER NO. |
|---|---|---|
| 2574820 | | 4834845 |
| NAME | ADDRESS | CITY, STATE, ZIP |
| BROWN | 116 233RD ST | CAMBRIA HEIGHTS, NY 11411 |
| PHOTOS COMMENT | | |

Subject Damage
Damage in & mold bsmt



Subject House Number
House #116-69 233rd St



Subject - Other
Yard





First American
Residential Value View

Photos

| ACCOUNT NUMBER | TRACKING NUMBER 2574820 | | FARVV ORDER NO. 4834845 |
|---|---|---|---|
| BROWN | ADDRESS 116 233RD ST | | CITY, STATE, ZIP CAMBRIA HEIGHTS, NY  11411 |
| PHOTOS COMMENT | | | |

Street Sign

Street sign



Tracking #: 2574820

*First American Residential Value View*
## SourceNet™                                                                                         Map

| ACCOUNT NUMBER | TRACKING NUMBER 2574820 | | FARVV ORDER NO. 4834845 |
|---|---|---|---|
| NAME BROWN | ADDRESS 116 233RD ST | | CITY, STATE, ZIP CAMBRIA HEIGHTS, NY 11411 |



Map Scale: 1 Inch = 0.12 Miles

**⚑ Subject Property**
116 233RD ST
CAMBRIA HEIGHTS, NY 11411

**❶ Comp. Listing 1**
11514 224TH ST
CAMBRIA HEIGHTS, NY 11411
Dist From Subject: 0.5 Miles

**❷ Comp. Listing 2**
11499 229TH ST
CAMBRIA HEIGHTS, NY 11411
Dist From Subject: 0.42 Miles

**❸ Comp. Listing 3**
11563 231ST ST
CAMBRIA HEIGHTS, NY 11411
Dist From Subject: 0.16 Miles

**❶ Closed Sale 1**
22323 114TH AVE
CAMBRIA HEIGHTS, NY 11411
Dist From Subject: 0.66 Miles

**❷ Closed Sale 2**   (Unable To Map)
11510 CROSS ISLAND PKWY
CAMBRIA HEIGHTS, NY 11411

**❸ Closed Sale 3**
11855 230TH ST
CAMBRIA HEIGHTS, NY 11411
Dist From Subject: 0.19 Miles