UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————X    Chapter 11
In re:                                       Case No.: 08-13555
  LEHMAN BROTHERS HOLDINGS, INC.

                        DEBTOR.    (Jointly Administered)
———————————————————X

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NASSAU     )

I, Patrick Lamberti, being duly sworn, deposes and says:

I am not a party to this action, am over 18 years of age and reside in Nassau County, New York.

On December 22nd, 2009, I served the within Notice of Motion and Application in Support of Entry of Order Granting Relief from the Automatic Stay Regarding Real Property Located at 116-69 233rd Street, Cambria Heights, NY 11411 on the following parties, by depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

SEE ATTACHED SERVICE LIST

_____
Patrick Lamberti

Sworn to before me this
22 day of December, 2009

_____
NOTARY PUBLIC

Rose Saramago
Notary Public, State of New York
No. 01SA6163060
Qualified in Suffolk County
Commission expires March 19, 20 11

TO:   BNC Mortgage LLC
Debtor-in-Possession
1901 Main Street
Irvine, CA 92624

Weil, Gotshal & Manges, LLP
Attn: Harvey R. Miller, Esq.
Richard P. Krasnow, Esq., Lori R. Fife, Esq., Shai Y. Waisnam, Esq.
And Jacqueline Marcus, Esq.
Attorney for Debtors
767 Fifth Avenue
New York, NY 10153

Hughs Hubbard & Reed
Attn: Jeffrey S. Margolin, Esq. and Sarah K. Loomis, Esq.
Attorneys for James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers, Inc.
1 Battery Park Plaza
New York, NY 10004

Office of the United States Trustee
Attn: Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto Linda Riffrin and Tracy Hope Davis
33 Whitehall Street 21st Floor
New York, NY 10004

Claims and Noticing Agent
Epiq Bankruptcy Solutions, LLC Claims Agent f/k/a Bankruptcy Services, LLC
757 Third Avenue 3rd Floor
New York, NY 10017

Milbank, Tweed, Hadley & McCloy, LLP
Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq.
And Evan Fleck, Esq.
Official Committee for the Unsecured Creditors
1 Chase Manhattan Plaza
New York, NY 10005

Quinn Emanuel Urquhart Oliver & Hedges
Attn: James Tecce and Susheel Kirpalani
Attorney for the Official Committee of
Unsecured Creditors
51 Madison Avenue 22nd Floor
New York, NY 10010

Darell Brown
116-69 233rd Street
Cambria Heights, NY 11411