B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al., ,   Case No. 08-13555 (JMP)

(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Public Employees' Retirement Association of Colorado
Name of Transferee

Denver Public Schools Retirement System
Name of Transferor

Name and Address where notices to transferee should be sent:

Public Employees' Retirement Association of Colorado
PERA Legal Department
1300 Logan Street, Denver, Colorado 80203-2386
Attn: Greg Smith, Esq., Jennifer Kabat, Esq.
Ph: (303) 832-9550  Email: jkabat@copera.org

Court Claim # (if known):   21026
Amount of Claim: $523,500.08
Date Claim Filed: September 21, 2009

Phone: (303) 398-7641
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

(Same as above)

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Jennifer Kabat     Date: 12-18-09
Jennifer Kabat, Esq.
Senior Staff Attorney
Public Employees' Retirement Association of Colorado

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EXHIBIT A TO FORM 210A:

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

**EVIDENCE OF TRANSFER OF CLAIMS**

**TO: THE DEBTORS AND BANKRUPTCY COURT**

On January 1, 2010, transferor Denver Public Schools Retirement System ("DPSRS") will merge with transferee Public Employees' Retirement System of Colorado ("COPERA") and will cease to operate as an independent entity (the "Merger").

In connection with the Merger, and for value received, the adequacy and sufficiency of which is hereby acknowledged, DPSRS hereby unconditionally and irrevocably transfers and assigns to COPERA all of DPSRS' right, title, interest and causes of action in and to, or arising under and/or in connection with, those certain claims in the aggregate amount of $523,500.08 (the "Claims"), reflected in proof of claim number 21026, filed by DPSRS on September 21, 2009, against Lehman Brothers Holdings Inc. and/or its applicable affiliated Debtors, the debtors-in-possession in Case No. 08-13555 and/or the applicable jointly administered cases under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

DPSRS hereby waives any objection to the transfer of the Claims to COPERA on the books and records of the Debtors and the Bankruptcy Court, and hereby waives any notice or right to hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, and/or any applicable local bankruptcy rule or law. DPSRS hereby acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to DPSRS transferring to COPERA the Claims, and recognizing COPERA as the sole owner and holder of the Claims for all purposes, including, but not limited to, voting and distribution. DPSRS further requests and directs that the Debtors, Bankruptcy Court and all other interested parties direct all further notices related to the Claims, and all payments or distributions in respect thereof, to COPERA as transferee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claims is executed on December 18, 2009.

**DENVER PUBLIC SCHOOLS RETIREMENT SYSTEM**

By: *[signature]*
Name:  Amy McGarrity
Title:  Chief Investment Officer