UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

**DECLARATION OF SAMUEL STUCKI IN SUPPORT OF THE JOINT
MOTION OF SEA PORT GROUP SECURITIES, LLC AND BERNER
KANTONALBANK TO DEEM PROOFS OF CLAIM TO BE TIMELY FILED
BY THE SECURITIES PROGRAMS BAR DATE**

Pursuant to 28 U.S.C. § 1746, Samuel Stucki, declares and says:

1. I am Samuel Stucki, Attorney, Legal Department, at Berner Kantonalbank ("BEKB").

2. I submit this declaration in support of the Joint Motion of Sea Port Group Securities, LLC ("Seaport") And Berner Kantonalbank (together with Seaport, the "Movants") To Deem Proofs Of Claim To Be Timely Filed By The Securities Programs Bar Date (the "Motion") filed on December 12, 2009. [Docket number 6150]. I submit as to facts based on my personal knowledge or as contained in the business records of BEKB as to which I am competent to testify.

3. BEKB is a regional bank that provides commercial banking and financial services in Switzerland. It principally offers mortgage financing, acceptance of asset management, customer deposits, and property advisory services. The company also provides personal banking, corporate banking, private banking, online banking, stock exchange dealings, financing, asset management, investment and financial advisory services.

4. On September 4, 2009, BEKB trader Andreas Josi confirmed a Seaport purchase of an 11 note portfolio from BEKB issued by Lehman Brothers Treasury Co. B.V. ("LBTCBV") and guaranteed by Lehman Brothers Holdings Inc. ("LBHI").

5. Andreas Josi in the related correspondence confirmed a settlement date of September 11, 2009, for the purchase and sent Bill Wong and Jay Sommer, two of the Seaport employees who were involved in the transaction, a trade list setting forth the 11 notes on a two-page spreadsheet.

6. The spreadsheet listed eight notes on page one (the "Page One Trades") and three notes on page two (the "Page Two Trades"). I understand that Bill Wong then forwarded the spreadsheet to the trader (Mr. Wong acted here as the "salesman.") Unfortunately, when the confirmed trade was communicated by the Seaport trader to Seaport's back office, I am told he only transmitted the Page One Trades.

7. Four days later, on September 8, 2009, Debra Maldonado, Seaport's Senior Operations Specialist in its back office, contacted Andreas Josi via email to re-confirm the settlement of the September 4 purchase of the BV Notes. In her correspondence, Maldonado listed only the Page One Trades. Andreas Josi failed to notice that the Page Two Trades were missing, and responded to Maldonado confirming that the Page One Trades would settle on September 9, 2009. Although both the BEKB and Seaport believed they proceeded according to the terms of the September 4 purchase, they did not as the Page Two Trades were mutually ignored.

8. The Page One Trades settled as anticipated on or about September 11, 2009, except for security ISIN XS0257101856 due to an issue with the currency exchange. The Page Two Trades, still forgotten, failed to settle as initially contemplated.

9. On September 30, 2009, the currency issue causing the delay in closing for ISIN XS0257101856 was finally resolved and the security was then about to settle. In the settling confirmation correspondence from BEKB's settling department to Seaport's back office, the issue of the Page Two Trades was first noted. BEKB's Settlement Department wrote to Aaron Lewis of Seaport's back office asking for instructions on the Page Two Trades. Mr. Lewis responded that Seaport did not recognize the trades ("DK" in the

parlance) and instructed the BEKB Settlement Department to have Andreas Josi contact the Seaport traders involved in the September 4 purchase.

10. No Seaport trader was copied on the correspondence. In fact, the Seaport traders involved in the September 4 purchase had no knowledge of the failure of the Page Two Trades to settle until November 5, 2009, three days after the Lehman Programs Securities bar date.

11. On November 5, 2009, Andreas Josi contacted Jay Sommer with the news that the Page Two Trades had failed to settle. That correspondence, which was also addressed to people who work in Seaport's back office as well as those who work in BEKB's settlement department, finally connected all the parties necessary to identify the failed settling of the Page Two Trades.

12. Seaport and BEKB thereafter began working toward finding a resolution for the unsettled trades. It took several weeks in order for the parties to understand exactly what had happened, the magnitude of the error, and the potential consequences.

13. On December 10, 2009, BEKB informed Seaport that proofs of claim for the Page Two Trades were being prepared, and would be filed as quickly as possible. These claims were filed with EPIQ Bankruptcy Solutions on December 14, 2009, claim numbers 65931, 65932 and 65933.

14. I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 23, 2009
Berne, Switzerland.

By: _____
Name: Samuel Stucki
Title: Attorney, Legal Department



Deed Nr. 985

## LEGALIZATION OF SIGNATURE

**Birgit Biedermann**,
notary public of the Canton of Berne (Switzerland),
with offices at Berne and at Bolligen

certifies

The foregoing signature written for the company **Berner Kantonalbank AG**, Bundesplatz 8, in Berne "S. Stucki" is acknowledged to be written in own hand by

Mr. **Samuel Stucki**, born 17.03.1981, citizen of Blumenstein BE, unmarried, Gesellschaftsstrasse 42, 3012 Bern

who is authorized to sign individually for the submentioned company concerning Case N°. 08-13555 (JMP) Chapter 11 proceeding referring Lehman Brothers Holdings Inc et al.

Mr. Samuel Stucki is known to the notary personally.

Certified at the office of the notary public on the twentythird of december of two thousand and nine.

23.12.2009

The notary public:






LUGINBÜHL WERNLI + PARTNER    LÄNGGASS-STRASSE 7    P.O.B. 7161    CH-3001 BERNE    WWW.LWP-LAW.CH

## APOSTILLE

(Convention de La Haye du 5 octobre 1961)

1. Country: Swiss Confederation, Canton of Berne

   This public document

2. has been signed by _Birgit Biedermann_
3. acting in the capacity of _notary_
4. bears the seal/stamp of _notary's office of the Canton of Berne_

   Certified

5. at Berne                  6. the _23/12/2009_
7. by _Luana Bösiger-Grazzini_

   official of the Chancellery of State of the Canton of Berne

8. under number: _5113_
9. Stamp/seal              10. Signature

   _L Bösiger-Grazzini_



Tax: CHF _20.-_