UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------X

In Re:
**Lehman Brothers Holdings, Inc.**

-----------------------------------------------X

FROM: VITO GENNA, CLERK
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

TO: J. MICHAEL MCMAHON, CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: **Lehman Brothers Holdings, Inc.**
DATE OF FILING NOTICE OF APPEAL: 9/29/2009

*ORDER OF DISMISSAL*
*FOR*
*FAILURE TO PROSECUTE*
*BANKRUPTCY APPEAL*

09-CV-10226-PKC

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/22/09

BANKRUPTCY CASE: **08-13555 (JMP)**

The above-referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to pay the filing fee as required by:

___ FRBP 8006
___ Federal Rules of Civil Procedure (Rule ____)
_X_ 28 U.S.C. 1930 (9), (16)- the requirement to pay a filing fee
___ Rule 8007-1 from the Local Rules for The United States Bankruptcy Court Southern District of New York.

Dated: **December 16, 2009**
New York, New York

Internal Control #: 5307

Vito Genna, Clerk
U.S. Bankruptcy Court, SDNY

By: _____
Deputy Clerk

## ORDER

For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated 12-22-09
New York, New York

_____
Judge, United States District Court

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____

J. Michael McMahon, Clerk
District Court, SDNY

By: _____
Deputy Clerk