# Exhibit D

# RESIDENTIAL BROKER PRICE OPINION

RI _____ This BPO is the ☐ Initial ☐ 2nd Opinion ☐ Updated ☐ Exterior Only  DATE 10/28/2009

PROPERTY ADDRESS: 107 122ND ST _____ SALES REPRESENTATIVE: _____

SOUTH RICHMOND HILL   NY  11419   CLIENT NAME: _____

FIRM NAME: M & J REALTY GROUP   COMPLETED BY: AMAL BALMCOON

PHONE NO. (917)340-7534   FAX NO. (718)738-2505

## I. GENERAL MARKET CONDITIONS

Current market condition: ☐ Depressed ☐ Slow ☑ Stable ☐ Improving ☐ Excellent
Employment conditions: ☐ Declining ☑ Stable ☐ Increasing
Market price of this type property has: ☑ Decreased 10 % in past 6 months
☐ Increased
☐ Remained stable

Estimated percentages of owner vs. tenants in neighborhood: 75 % owner occupant  25 % tenant
There is a ☑ Normal supply ☐ oversupply ☐ shortage of comparable listings in the neighborhood
Approximate number of comparable units for sale in neighborhood: 20
No. of competing listings in neighborhood that are REO or Corporate owned: 10
No. of boarded or blocked-up homes: 5

## II. SUBJECT MARKETABILITY

Range of values in the neighborhood is $ 250,000 to $ 650,000
The subject is an ☐ over improvement ☐ under improvement ☑ Appropriate improvement for the neighborhood.
Normal marketing time in the area is: 90 days.
Are all types of financing available for the property? ☑ Yes ☐ No  If no, explain CONVENTIONAL, FHA, VA
Has the property been on the market in the last 12 months? ☐ Yes ☑ No  If yes, $ _____ list price (include MLS printout)
To the best of your knowledge, why did it not sell?
Unit Type: ☐ single family detached ☐ condo ☐ co-op ☐ mobile home
          ☐ single family attached ☐ townhouse ☐ modular
If condo or other association exists: Fee $ ___ ☐ monthly ☐ annually Current? ☐ Yes ☐ No  Fee delinquent? $ ___
The fee includes: ☐ Insurance ☐ Landscape ☐ Pool ☐ Tennis  Other ___
Association Contact: Name: _____  Phone No.: _____

## III. COMPETITIVE CLOSED SALES

| ITEM | SUBJECT | COMPARABLE NUMBER 1 | | COMPARABLE NUMBER 2 | | COMPARABLE NUMBER 3 | |
|---|---|---|---|---|---|---|---|
| Address | 107 122ND ST SOUTH RICHMOND NY 11419 | 9702 VAN WYCK EXPY SOUTH RICHMOND NY 11419 | | 10953 LEFFERTS BLVD JAMAICA NY 11420 | | 10730 135TH ST SOUTH RICHMOND NY 11419 | |
| Proximity to Subject | | 0.91 | REO/Corp ☐ | 0.16 | REO/Corp ☐ | 0.61 | REO/Corp ☐ |
| Sale Price | $ | $ 370,000 | | $ 410,000 | | $ 412,000 | |
| Price/Gross Living Area | $ Sq. Ft. | $ 253.08 Sq. Ft. | | $ 311.55 Sq. Ft. | | $ 314.02 Sq. Ft. | |
| Sale Date & Days on Market | | 9/9/2009 21 | | 5/29/2009 65 | | 5/14/2009 36 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | Adjustment | DESCRIPTION | Adjustment | DESCRIPTION | Adjustment |
| Sales or Financing Concessions | | 00 | E | 00 | E | 00 | E |
| Location | Urban | Urban | E | Urban | E | Urban | E |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | E | Fee Simple | E | Fee Simple | E |
| Site | 0.05 | 0.06 | S | 0.05 | E | 0.05 | E |
| View | Typ | Typ | E | Typ | E | Typ | E |
| Design and Appeal | Duplex Colonial | Duplex Colonial | E | Duplex Colonial | E | Duplex Colonial | E |
| Quality of Construction | Average | Average | E | Average | E | Average | E |
| Age | 89 | 89 | E | 84 | S | 89 | E |
| Condition | Average | Average | E | Average | E | Average | E |
| Above Grade Room Count | Total 7 / Bdrms 3 / Baths 2 | Total 6 / Bdrms 4 / Baths 2 | E | Total 6 / Bdrms 3 / Baths 3 | E | Total 7 / Bdrms 5 / Baths 2 | E |
| Gross Living Area | 1,408 Sq. Ft. | 1,462 Sq. Ft. | E | 1,316 Sq. Ft. | I | 1,312 Sq. Ft. | I |
| Basement & Finished Rooms Below Grade | Yes N/A | Yes N/A | E | Yes N/A | E | Yes N/A | E |
| Functional Utility | Average | Average | E | Average | E | Average | E |
| Heating/Cooling | YES | N/A | E | N/A | E | N/A | E |
| Energy Efficient Items | N/A | N/A | E | N/A | E | N/A | E |
| Garage/Carport | Gar Det 1 | Carport 1 | I | None | I | Gar Det 1 | E |
| Porches, Patio, Deck Fireplace(s), etc. | NO | N/A | E | N/A | E | N/A | E |
| Fence, Pool, etc. | FENCE | N/A | E | N/A | E | N/A | E |
| Other | N/A | N/A | E | N/A | E | N/A | E |
| Net Adj. (total) | | $ 0 | | $ 0 | | $ 0 | |
| Adjusted Sales Price of Comparable | | $ 370,000 | | $ 410,000 | | $ 412,000 | |

ALL COMPS ARE WITHIN ONE MILE RANGE OF SUBJECT TO SHOW NEIGHBORHOOD VALUE. COMP 1 IS SUPERIRO IN ACRE EQAUL IN AGE AND SQFT COMP 2 IS EQUAL IN ACRE SUPERIOR IN AGE AND INFERIOR IN SQFT COMP 3 IS EQUAL IN ACRE AND AGE INFERIOR IN SQFT

Page 1 of 2

## IV. MARKETING STRATEGY

☑ As-is   ☐ Minimal Lender Required Repairs   ☐ Repaired   Most Likely Buyer: ☑ Owner occupant   ☐ Investor

## V. REPAIRS

Itemize ALL repairs needed to bring property from its present "as is" condition to average marketable condition for the neighborhood. Check those repairs you recommend that we perform for most successful marketing of the property.

**GRAND TOTAL FOR ALL REPAIRS $ 0**

## VI. COMPETITIVE LISTINGS

| ITEM | SUBJECT | COMPARABLE NUMBER 1 | | COMPARABLE NUMBER 2 | | COMPARABLE NUMBER 3 | |
|---|---|---|---|---|---|---|---|
| Address | 107 122ND ST SOUTH RICHMOND NY 11419 | 9410 125TH ST SOUTH RICHMOND NY 11419 | | 10728 113TH ST JAMAICA NY 11419 | | 11447 131ST ST JAMAICA NY 11420 | |
| Proximity to Subject | | 0.83 REO/Corp ☐ | | 0.44 REO/Corp ☐ | | 0.51 REO/Corp ☐ | |
| List Price | $ | $ 389,000 | | $ 450,000 | | $ 379,000 | |
| Price/Gross Living Area | $ Sq.Ft. | $ 257.9 Sq.Ft. | | $ 333.3 Sq.Ft. | | $ 252.6 Sq.Ft. | |
| Data and/or Verification Sources | | MLS | | MLS | | MLS | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | Adjustment | DESCRIPTION | Adjustment | DESCRIPTION | Adjustment |
| Sales or Financing Concessions | | 00 | E | 00 | E | 00 | E |
| Days on Market | | 149 | E | 245 | E | 138 | E |
| Location | Urban | Urban | E | Urban | E | Urban | E |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | E | Fee Simple | E | Fee Simple | E |
| Site | 0.05 | 0.05 | E | 0.05 | E | 0.05 | E |
| View | Typ | Typ | E | Typ | E | Typ | E |
| Design and Appeal | Duplex Colonial | Duplex Colonial | E | Duplex Colonial | E | Duplex Colonial | E |
| Quality of Construction | Average | Average | E | Average | E | Average | E |
| Age | 89 | 99 | I | 84 | E | 79 | S |
| Condition | Average | Average | E | Average | E | Average | E |
| Above Grade Room Count | Total 7 / Bdms 3 / Baths 2 | Total 6 / Bdms 4 / Baths 2 | E | Total 7 / Bdms 5 / Baths 2 | E | Total 6 / Bdms 4 / Baths 2 | E |
| Gross Living Area | 1,408 Sq.Ft. | 1,508 Sq.Ft. | S | 1,350 Sq.Ft. | I | 1,500 Sq.Ft. | S |
| Basement & Finished Rooms Below Grade | Yes N/A | Yes N/A | E | Yes N/A | E | Yes N/A | E |
| Functional Utility | Average | Average | E | Average | E | Average | E |
| Heating/Cooling | YES | N/A | E | N/A | E | N/A | E |
| Energy Efficient Items | N/A | N/A | E | N/A | E | N/A | E |
| Garage/Carport | Gar Det 1 | Gar Det 1 | E | Gar Det 1 | E | Carport 1 | E |
| Porches, Patio, Deck Fireplace(s), etc. | NO | N/A | E | N/A | E | N.A | E |
| Fence, Pool, etc. | FENCE | N/A | E | N/A | E | N/A | E |
| Other | N/A | N/A | E | N/A | E | N/A | E |
| Net Adj. (total) | | | $ 0 | | - $ 0 | | $ 0 |
| Adjusted Sales Price of Comparable | | | $ 389,000 | | $ 450,000 | | $ 379,000 |

COMP 1 IS EQUAL IN ACRE INFERIOR IN AGE SUPERIOR IN SQFT COMP 2 IS EQUAL IN ACRE AND AGE INFERIOR IN SQFT COMP 3 IS EQUAL IN ACRE SUPERIOR IN AGE AND SQFT.

**VI. THE MARKET VALUE** (The value must fall within the indicated value of the Competitive Closed Sales).

|  | Market Value | Suggested List Price |
|---|---|---|
| AS IS | $ 390,000 | $ 397,800 |
| REPAIRED | $ 390,000 | $ 397,800 |

COMMENTS (Include specific positives/negatives, special concerns, encroachments, easements, water rights, environmental concerns, flood zones, etc. Attach addendum if additional space is needed.)

COMP 1 IS EQUAL IN ACRE INFERIOR IN AGE SUPERIOR IN SQFT COMP 2 IS EQUAL IN ACRE AND AGE INFERIOR IN SQFT COMP 3 IS EQUAL IN ACRE SUPERIOR IN AGE AND SQFT.

SUBJECT IS IN GOOD CONDITION CAN SELL AS IS. MARKET IS STABLE CRIME RATE IS LOW IN NEIGHBORHOOD NO REPAIRS IS NEEDED TO SELL. SUBJECT IS CLOSE TO PUBLIC TRANSPORTATION, MAIN ROAD, SHOPPING AND SCHOOLS.

Signature: AMAL BALMCOON            Date: 10/28/2009



First American
Residential Value View

**Photos**

| ACCOUNT NUMBER | TRACKING NUMBER 2635209 | FARVV ORDER NO. 4919520 |
|---|---|---|
| NAME MELARAM | ADDRESS 107 122ND ST | CITY, STATE, ZIP SOUTH RICHMOND HILL, NY 11419 |
| PHOTOS COMMENT | | |

Subject Front



Subject Interior

BOILER



Subject Interior

LIVING ROOM



Account          Tracking #: 2635209



First American Residential Value View

**Photos**

| TRACKING NUMBER | FARVV ORDER NO. |
|---|---|
| 2635209 | 4919520 |

| NAME | ADDRESS | CITY, STATE, ZIP |
|---|---|---|
| MELARAM | 107 122ND ST | SOUTH RICHMOND HILL, NY 11419 |

PHOTOS COMMENT

Subject Interior
BED ROOM



Subject Interior
KITCHEN



Subject Interior
BATH ROOM



Tracking #: 2635209

 *First American Residential Value View*

**Photos**

| TRACKING NUMBER | FARVV ORDER NO. |
|---|---|
| 2635209 | 4919520 |

| NAME | ADDRESS | CITY, STATE, ZIP |
|---|---|---|
| MELARAM | 107 122ND ST | SOUTH RICHMOND HILL, NY 11419 |

PHOTOS COMMENT

Subject Interior

**BED ROOM**



Subject Interior

**BED ROOM**



Subject Interior

**KITCHEN**



Accou          Tracking #: 2635209

 First American Residential Value View

**Photos**

| ACCOUNT NUMBER | TRACKING NUMBER 2635209 | | FARVV ORDER NO. 4919520 |
|---|---|---|---|
| NAME MELARAM | ADDRESS 107 122ND ST | CITY, STATE, ZIP SOUTH RICHMOND HILL, NY 11419 | |
| PHOTOS COMMENT | | | |

Subject Interior
BATH ROOM



Subject House Number



Subject - Other
METERS





**First American Residential Value View**

**Photos**

| ACCOUNT NUMBER | TRACKING NUMBER | FARVV ORDER NO. |
|---|---|---|
|  | 2635209 | 4919520 |
| NAME | ADDRESS | CITY, STATE, ZIP |
| MELARAM | 107 122ND ST | SOUTH RICHMOND HILL, NY  11419 |
| PHOTOS COMMENT | | |

Street View



Street Sign



Listing 2 (10728 113TH ST)



Ac    Tracking #: 2635209



**First American Residential Value View**

Photos

| ACCOUNT NUMBER | TRACKING NUMBER 2635209 | FARVV ORDER NO. 4919520 |
|---|---|---|
| NAME MELARAM | ADDRESS 107 122ND ST | CITY, STATE, ZIP SOUTH RICHMOND HILL, NY 11419 |
| PHOTOS COMMENT | | |

Listing 2 (10728 113TH ST)



Listing 3 (11447 131ST ST)



Sold 1 (9702 VAN WYCK EXPY)



Accc          Tracking #: 2635209


**First American Residential Value View**

## Photos

| ACCOUNT NUMBER | TRACKING NUMBER 2635209 | | FARVV ORDER NO. 4919520 |
|---|---|---|---|
| NAME MELARAM | ADDRESS 107 122ND ST | | CITY, STATE, ZIP SOUTH RICHMOND HILL, NY 11419 |
| PHOTOS COMMENT | | | |

Sold 2 (10953 LEFFERTS BLVD)



Sold 3 (10730 135TH ST)



Subject Back



Accou    Tracking #: 2635209

*First American Residential Value View*

# Map

| NAME | ADDRESS | TRACKING NUMBER | CITY, STATE, ZIP |
|---|---|---|---|
| MELARAM | 107 122ND ST | 2635209 | SOUTH RICHMOND HILL, NY 11419 |



Map Scale: 1 Inch = 0.23 Miles

**⚑ Subject Property**
107 122ND ST
SOUTH RICHMOND HILL, NY 11419

**❶ Comp. Listing 1**
9410 125TH ST
SOUTH RICHMOND HILL, NY 11419
Dist From Subject: 0.83 Miles

**❷ Comp. Listing 2**
10728 113TH ST
JAMAICA, NY 11419
Dist From Subject: 0.44 Miles

**❸ Comp. Listing 3**
11447 131ST ST
JAMAICA, NY 11420
Dist From Subject: 0.51 Miles

**❶ Closed Sale 1**
9702 VAN WYCK EXPY
SOUTH RICHMOND HILL, NY 11419
Dist From Subject: 0.91 Miles

**❷ Closed Sale 2**
10953 LEFFERTS BLVD
JAMAICA, NY 11420
Dist From Subject: 0.16 Miles

**❸ Closed Sale 3**
10730 135TH ST
SOUTH RICHMOND HILL, NY 11419
Dist From Subject: 0.61 Miles

4919520