## NOTICE OF MOTION COVER SHEET

| | |
|---|---|
| NAME OF DEBTOR<br>BNC Mortgage LLC | CASE NUMBER<br>08-13555<br>Jointly Administered |
| PLAINTIFF/MOVANT<br>U.S. Bank National Association, Trustee for Lehman Brothers – Structured Asset Investment Loan Trust SAIL 2005-7 | DEFENDANT/RESPONDENT |
| ATTORNEYS<br>Rosicki, Rosicki & Associates, P.C.<br>Main Office 51 E Bethpage Road<br>Plainview, NY 11803 | ATTORNEYS IF KNOWN |
| PRINT NAME OF ATTORNEY<br>Lisa Milas, Esq. | SIGNATURE |

### NATURE OF SUIT
(Check all Boxes That Apply to This Motion)

[x] To Grant Relief from the Automatic Stay
    11 U.S.C. Section of 362(d)  ($150.00 fee required)

[ ] To Withdraw the Reference of a Case
    11 U.S.C. Section 157(d)   ($75.00 fee required)

[ ] To Compel Abandonment of Property
    of the Estate - B.R. 6007 (b) ($75.00 fee required)

[ ] To Convert (fee not required)

[ ] To Dismiss (fee not required)

[ ] To Assume/Reject (fee not required)

[ ] To Extend Time to Object to Discharge/Dischargeability

[ ] To Extend Exclusivity Period to File Plan, Etc.

[ ] Objections to Claims

[ ] For Summary Judgment

[ ] Other- Specify Type of Motion _____

FILING FEE (Check One)       [ ] Fee Attached       [x] Fee Paid On Line