# Exhibit C

06/15/07  10:16 FAX 631 474        REDAP§ ŞERVICE AGENCY                              ☒038





## SUFFOLK COUNTY CLERK
## RECORDS OFFICE
## RECORDING PAGE

Type of Instrument: MORTGAGE/MMM          Recorded: 01/29/2007
Number of Pages: 10                        At: 05:25:58 PM
Receipt Number : 07-0010526
MORTGAGE NUMBER: CX102499                  LIBER: M00021466
                                           PAGE: 253

District:       Section:       Block:         Lot:
0200            260.00         03.00          036.001

**EXAMINED AND CHARGED AS FOLLOWS**

Mortgage Amount:        $73,000.00

Received the Following Fees For Above Instrument
                        Exempt                                 Exempt
Page/Filing    $30.00   NO    Handling       $5.00    NO
COE            $5.00    NO    NYS SRCHG      $15.00   NO
Affidavit      $0.00    NO    Cert.Copies    $0.00    NO
RPT            $30.00   NO    SCTM           $0.00    NO
Mort.Basic     $365.00  NO    Mort.Addl      $189.00  NO
Mort.SplAddl   $0.00    NO    Mort.SplAsst   $182.50  NO
                              Fees Paid      $821.50

MORTGAGE NUMBER: CX102499
          THIS PAGE IS A PART OF THE INSTRUMENT
                    THIS IS NOT A BILL

                    Judith A. Pascale
                    County Clerk, Suffolk County

06/15/07   10:16 FAX 631 474         REDA'S SERVICE AGENCY                                    ☒039

| | |
|---|---|
| 12-0104 (2/99) | **3** |
| Number of pages __10__ | RECORDED |
| TORRENS | 2007 Jan 29 05:25:58 PM |
| Serial # _____ | Judith A. Pascale |
| Certificate # _____ | CLERK OF |
| Prior Ctf. # _____ | SUFFOLK COUNTY |
| | L D00021466 |
| | P 253 |
| | CX102499 |

| Deed / Mortgage Instrument | Deed / Mortgage Tax Stamp | Recording / Filing Stamps |
|---|---|---|
| **4** | **FEES** | |
| Page / Filing Fee __30__ | | Mortgage Amt. __73,100__ |
| Handling __5__ | | 1. Basic Tax |
| TP-584 | | 2. Additional Tax |
| Notation | | Sub Total |
| EA-52 17 (County) | Sub Total __35__ | Spec./Assit. Or |
| EA-5217 (State) | | Spec./Add. |
| R.P.T.S.A. __30__ | | TOT. MTG. TAX __736.50__ |
| Comm. of Ed. __5.00__ | | Dual Town ____ Dual County ____ |
| Affidavit | | Held for Appointment |
| Certified Copy | | Transfer Tax |
| | | Mansion Tax |
| | | The property covered by this mortgage is or will be improved by a one or two family dwelling only. |
| Reg. Copy | Sub Total __50__ | YES __✓__ or ____ NO |
| Other __15__ | GRAND TOTAL __85__ | If NO, see appropriate tax clause on page # ___ of this instrument. |

| 5 | 0200 26000 0300 036001 | 6 | Community Preservation Fund |
|---|---|---|---|
| | | Consideration Amount | $ |
| St (P T S / R SFL A / 23-JAN-07) | | CPF Tax Due | $ |
| D: | | Improved | |
| In. | | Vacant Land | |

| 7 | Satisfactions/Discharges/Releases List Property Owners Mailing Address | | |
|---|---|---|---|
| | RECORD & RETURN TO: | | TD |
| | BNC Mortgage, Inc. | | TD |
| | 1901 Main Street | | TD |
| | Irvine, CA 92614 | | |

| **8** | Title Company Information |
|---|---|
| Co. Name | Bypass Edge Land Services Inc |
| Title # | RE-11380-S |

| **9** | SUFFOLK COUNTY RECORDING & ENDORSEMENT PAGE |
|---|---|
| This page forms part of the attached | Mortgage B |  made by: |
| (SPECIFY TYPE OF INSTRUMENT) | | |
| Rogg | The premises herein is situated in |
| | SUFFOLK COUNTY, NEW YORK |
| Hers for BNC   To | In the Township of  Brookhaven |
| Mortgage, Inc. | In the VILLAGE or HAMLET of _____ |

BOXES 5 THRU 9 MUST BE TYPED OR PRINTED IN BLACK INK ONLY PRIOR TO RECORDING OR FILING.

(OVER)

Return to:
BNC Mortgage, Inc.
1901 Main Street
Irvine, CA 92614

RE-11380 4/5
200
73⁵⁰  260
       3
       36.001

# MORTGAGE

Loan No.: BNM011610
MIN 1001222000002939858

WORDS USED OFTEN IN THIS DOCUMENT
(A) "Mortgage." This document, which is dated December 27, 2006, will be called the "Mortgage."
(B) "Borrower." NYAB BOGG

whose address is 4 CARNABY AVE, CORAM, NY 11727
will sometimes be called the "Borrower" and sometimes simply "I."
(C) "Lender." BNC MORTGAGE, INC., A DELAWARE CORPORATION

will be called the "Lender." Lender is a corporation or association which was formed and which exists under the laws of Delaware. Lender's address is
P.O. BOX 19656, IRVINE, CA 92623-9656

(D) "Note." The junior lien note signed by Borrower and dated December 27, 2006, and extensions and renewals of that note, will be called the "Note." The Note shows that I owe Lender U.S. $ 73,000.00 plus interest, which I have promised to pay in full by January 1, 2022  Seventy three thousand dollars
(E) "Property." The property that is described below in the section titled "Description of the Property" will be called the "Property."
(F) "MERS." The Mortgage Electronic Registration System, Inc. will be called "MERS." MERS is a separate corporation that is acting solely as nominee for Lender (as defined in (C) above) and Lender's successors and assigns. MERS is organized and existing under the laws of Delaware, and has an address and telephone number of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS. FOR PURPOSES OF RECORDING THIS MORTGAGE, MERS IS THE MORTGAGEE OF RECORD.  6-4318 Miller Road

BORROWER'S TRANSFER TO LENDER OF RIGHTS IN THE PROPERTY
I mortgage, grant and convey the Property to MERS, (solely as nominee for Lender and Lender's successors and assigns), subject to the terms of this Mortgage. I understand and agree that MERS holds only legal title to the interests granted by me in this Mortgage; but, if necessary to comply with law or custom, MERS, (as nominee for Lender and Lender's successors and assigns), has the right to exercise any or all of those interests, including, but not limited to, the right to foreclose and sell the Property; and to take any action required of Lender including, but not limited to, discharging this Mortgage. This means that, by signing this Mortgage, I am giving Lender those rights that are stated in this Mortgage and also those rights that the law gives to lenders who hold mortgages on real property. I am giving Lender these rights to protect Lender from possible losses that might result if I do not:
(A) Pay all the amounts that I owe Lender as stated in the Note;
(B) Pay, with interest, any amounts that Lender spends under this Mortgage to protect the value of the Property and Lender's rights in the Property; and
(C) Keep all of my promises and agreements under this Mortgage.
With respect to the amounts that I owe under the Note and under this Mortgage, I waive the benefit of the right which is known as the "homestead exemption." A homestead exemption is a property owner's right to keep a portion of his property (usually up to a certain dollar amount) free from the claims of creditors. My waiver of this right means that the Lender may exercise all of its rights under this Mortgage as if I were not entitled, under law, to the benefits of a homestead exemption.

DESCRIPTION OF THE PROPERTY
I give Lender rights in the following Property:
(A) The property which is located at 4 CARNABY AVE                                           [Street],
CORAM                                    [City], NY             [State] 11727    [Zip Code]
This Property is in SUFFOLK                                                    County in the State of New York.
It has the following legal description:
LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART HERETO AS EXHIBIT A.

BNM011610

23. **LENDER'S OBLIGATION TO DISCHARGE THIS MORTGAGE WHEN THE NOTE AND THIS MORTGAGE ARE PAID IN FULL.**
When Lender has been paid all amounts due under the Note and under this Mortgage, Lender will discharge this Mortgage by delivering a certificate stating that this Mortgage has been satisfied. I will not be required to pay Lender for the discharge, but I will pay all costs of recording the discharge in the proper official records.

24. **AGREEMENTS ABOUT NEW YORK LIEN LAW**
I will receive all amounts lent to me by Lender subject to the trust fund provisions of Section 13 of the New York Lien Law. This means that if, on the date this Mortgage is recorded in the proper official records, construction or other work on any building, or other improvement located on the Property has not been completed for at least four months, I will: (A) hold all amounts which I receive and which I have a right to receive from Lender under the Note as a "trust fund"; and (B) use those amounts to pay for that construction or the work before I use them for any other purpose. The fact that I am holding those amounts as a "trust fund" means that I have a special responsibility under the law to use the amounts in the manner described in this Paragraph 24.

25. **BORROWER'S STATEMENT REGARDING THE PROPERTY.** Check box(es) as applicable.
[X] This Security Instrument covers real property improved, or to be improved, by a one (1) or two (2) family dwelling only.
[ ] This Security Instrument covers real property principally improved, or to be improved, by one or more structures containing, in the aggregate, not more than six (6) residential dwelling units with each dwelling unit having its own separate cooking facilities.
[ ] This Security Instrument does not cover real property improved as described above.

### REQUEST FOR NOTICE OF DEFAULT AND FORECLOSURE UNDER SUPERIOR MORTGAGES OR DEEDS OF TRUST

Borrower and Lender request the holder of any superior mortgage or deed of trust to notify Lender in writing, at Lender's address on page 1 of this Mortgage, if the Borrower is required to make "Immediate Payment in Full" and if there is "foreclosure and sale" under that superior mortgage or deed of trust.

By signing this Mortgage I agree to all of the above.

Witnesses:

_____   _____ (Seal)
                           RYAN ROGG              -Borrower

_____   _____ (Seal)
                                                  -Borrower

_____ (Seal)   _____ (Seal)
-Borrower                        -Borrower

_____ (Seal)   _____ (Seal)
-Borrower                        -Borrower

_____ (Seal)   _____ (Seal)
-Borrower                        -Borrower

[Sign Original Only]

STATE OF NEW YORK,   Queens County ss.

On the 27 day of December 2006 before me, the undersigned, a notary public in and for said state, personally appeared RYAN ROGG

personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
Notary Public

Tax Map Information:

MICHAEL LISS
Notary Public, State of New York
No. 01LI6104058
Qualified in Nassau County
Commission Expires January 12, 20__

HUN011618
Form 3833

06/15/07  10:17 FAX 631 474    REDACTED SERVICE AGENCY    ☒042

12/27/06  12:32 FAX    ☒029

Rivers Edge Land Services, Inc.    Title No.: RE-11380-S
Issued on behalf of
Old Republic National Title Insurance Company

## SCHEDULE A

ALL that certain plot, piece or parcel of land, situate, lying and being in the Town of Brookhaven, County of Suffolk and State of New York, known and designated as Lot Nos. 1, 2, 3, 11, 12 and part of 13, in Block C on a certain map entitled, "Map of Gramercy Park, Plate 3, First Addition," and filed in the Office of the Clerk of the County of Suffolk on October 21, 1928 as Map No. 94, more particularly bounded and described as follows:

BEGINNING at a concrete monument set at the corner formed by the intersection of the southerly side of Amber Lane (Third Street) and the westerly side of Carnaby Avenue (Willoughby Avenue);

RUNNING THENCE South 6 degrees 00 minutes 00 seconds East along said westerly side of Carnaby Avenue, 150.00 feet to a stake;

THENCE South 84 degrees 00 minutes 00 seconds West, 100.00 feet to a stake;

THENCE North 6 degrees 00 minutes 00 seconds West, 50.00 feet to a stake;

THENCE North 84 degrees 00 minutes 00 seconds East, 40.00 feet to a stake;

THENCE North 6 degrees 00 minutes 00 seconds West, 100.00 feet to a stake and the southerly side of Amber Lane;

THENCE North 84 degrees 00 minutes 00 seconds East, along said southerly side of Amber Lane, 60.00 feet to the corner at the point or place of BEGINNING.

SAID PREMISES being known as 4 Carnaby Lane, Coram, New York.

