Lisa Milas, Esq.
Rosicki, Rosicki & Associates, P.C.
Main Office 51 E Bethpage Road
Plainview, NY 11803
516-741-2585

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | Hearing Date: January 13, 2010<br>Hearing Time: 10:00 am |
| ———————————————X | Chapter 11 |
| In re: | Case No.: 08-13555 |
| LEHMAN BROTHERS HOLDINGS, INC. | |
|                     DEBTOR. | (Jointly Administered) |
| ———————————————X | |

## NOTICE OF MOTION SEEKING AN ORDER GRANTING RELIEF FROM THE AUTMOMATIC STAY

SIRS:

**PLEASE TAKE NOTICE** that US Bank National Association, Trustee "Lehman Brothers Securitization Name-Structured Asset Investment Loan Trust" ("Movant") seeks relief from the automatic stay as to the property located at 111 Alter Avenue, Staten Island, NY 10304, (the "Premises") and will move before the Honorable James M. Peck, United States Bankruptcy Judge in the Courtroom located at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom 601, New York, NY 10004 on January 13, 2010 at 10:00 am, or as soon thereafter as counsel may be heard, for an Order:

1. Pursuant to Bankruptcy Rule 4001 and 11 U.S.C. 105(a) and 362(d) Movant, its agents successors and/or assigns, seek relief from the automatic stay as to Movant's interest in real property known as 111 Alter Avenue, Staten Island, NY 10304; and

    2. Waiving the fourteen (14) day stay invoked pursuant to F.R.B.P. 4001(a)(3); and

    3. Granting Movant such other and further relief as is just and proper.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the relief herein requested shall be in writing, shall state with particularity the grounds for the objection, shall be filed with the Clerk of the Bankruptcy Court and served upon, the undersigned counsel for the Movant seven (7) days prior to the return date and upon any other person whose interests would be affected if the objection is sustained.

Dated: December 23, 2009
      Plainview, NY

                Respectfully submitted,

                ROSICKI, ROSICKI & ASSOCIATES, P.C.
                By: Lisa Milas, Esq.
                Attorneys for Movant
                Main Office 51 E Bethpage Road
                Plainview, NY 11803
                516-741-2585

TO:    See attached Service list

TO:   BNC Mortgage LLC
      Debtor-in-Possession
      1901 Main Street
      Irvine, CA 92624

      Weil, Gotshal & Manges, LLP
      Attn: Harvey R. Miller, Esq.
      Richard P. Krasnow, Esq., Lori R.
      Fife, Esq., Shai Y. Waisnam, Esq.
      And Jacqueline Marcus, Esq.
      Attorney for Debtors
      767 Fifth Avenue
      New York, NY 10153

      Hughs Hubbard & Reed
      Attn: Jeffrey S. Margolin, Esq. and
      Sarah K. Loomis, Esq.
      Attorneys for James W. Giddens, as
      Trustee for the SIPA Liquidation of
      Lehman Brothers, Inc.
      1 Battery Park Plaza
      New York, NY 10004

      Office of the United States Trustee
      Attn: Andy Velez-Rivera, Paul
      Schwartzberg, Brian Masumoto
      Linda Riffrin and Tracy Hope Davis
      33 Whitehall Street 21st Floor
      New York, NY 10004

      Claims and Noticing Agent
      Epiq Bankruptcy Solutions, LLC Claims
      Agent f/k/a Bankruptcy Services, LLC
      757 Third Avenue 3rd Floor
      New York, NY 10017

      Milbank, Tweed, Hadley & McCloy, LLP
      Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq.
      And Evan Fleck, Esq.
      Official Committee for the Unsecured Creditors
      1 Chase Manhattan Plaza
      New York, NY 10005

Quinn Emanuel Urquhart Oliver & Hedges
Attn: James Tecce and Susheel Kirpalani
Attorney for the Official Committee of
Unsecured Creditors
51 Madison Avenue 22nd Floor
New York, NY 10010

Renee Settaducato
111Alter Avenue
Staten Island, NY 10304

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————X    Chapter 11

In re:                                                          Case No.: 08-13555

LEHMAN BROTHERS HOLDINGS, INC.

                                        DEBTOR.    (Jointly Administered)

———————————————————X

### ORDER PURSUANT TO 11 U.S.C. § 362(d) MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(A)

**UPON** the Motion, dated December 23, 2009 (the "Motion"), of US Bank National Association, Trustee "Lehman Brothers Securitization Name-Structured Asset Investment Loan Trust" (the "Movant"), seeking an Order: (i) pursuant to Bankruptcy Rule 4001 and 11 U.S.C. 362(d) seeking relief from the Automatic Stay(ii) waiving the fourteen (14) day stay invoked pursuant to F.R.B.P. 4001(a)(3); and (iii) granting Movant such other and further relief as is just and proper under the circumstances of this case; and due and proper notice of the Motion having been made on all necessary parties; and the Court having held a hearing (the "Hearing") on January 13, 2010; and there being no opposition to the Motion; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED** that the Motion is granted as provided herein; and it is further

**ORDERED** that the Automatic Stay imposed in this case by section 362(a) of the Bankruptcy Code is vacated under section 362(d) of the Bankruptcy Code so as to allow Movant, its successors and/or assigns, to commence and/or continue with foreclosure proceedings and eviction proceeding with respect to the Property located at 111 Alter Avenue, Staten Island, NY 10304; and it is further

**ORDERED** that the stay invoked pursuant to F.R.B.P. 4001(a)(3) is waived and this order is effective upon the signing of this order.

Dated:            , 2010
                  , New York

                                                            _____
                                                            Hon. James M. Peck
                                                            United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————X   Chapter 11

In re:                                                           Case No.: 08-13555

   LEHMAN BROTHERS HOLDINGS, INC.


                                DEBTOR.    (Jointly Administered)
———————————————————X


# ORDER GRANTING RELIEF FROM
# THE AUTOMATIC STAY

_____


ROSICKI, ROSICKI & ASSOCIATES, P.C.
Attorneys for Movant
Main Office 51 E Bethpage Road
Plainview, NY 11803
516-741-2585

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____X    Chapter 11
In re:                                   Case No.: 08-13555
   LEHMAN BROTHERS HOLDINGS, INC.

                          DEBTOR.    (Jointly Administered)
_____X

### AFFIRMATION IN SUPPORT OF ENTRY OF AN ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

**TO: THE HONORABLE JAMES M. PECK**
**UNITED STATES BANKRUPTCY JUDGE:**

The Application of US Bank National Association, Trustee "Lehman Brothers Securitization Name-Structured Asset Investment Loan Trust" ("Movant"), by its attorneys, Rosicki, Rosicki & Associates, P.C., respectfully represents and says:

Lisa Milas, Esq., an attorney at law duly admitted to practice before this Court and the Courts of the State of New York, hereby affirms the following to be true under penalty of perjury:

**I.    RELIEF REQUESTED**

1. This is a contested matter brought pursuant to Federal Rules of Bankruptcy Procedure Rules 4001 and Section 362(d) of Title 11 of the United States Code (the "Bankruptcy Code"), for an Order: (i) pursuant to Bankruptcy Rule 4001 and 362(d) seeking relief from the Automatic Stay as to real property known as 111 Alter Avenue, Staten Island, NY 10304 (the "Premises") (ii) waiving the fourteen (14) day stay invoked pursuant to F.R.B.P. 4001(a)(3); and (iii) granting Movant such other and further relief as is just and proper under the circumstances of this case.

## II.    BACKGROUND

2. BNC Mortgage LLC filed a petition for relief under Chapter 11 of the Bankruptcy Code on January 9, 2009. On January 14, 2009 an Order Directing Joint Administration of the Chapter 11 case of BNC Mortgage LLC with Lehman Brothers Holdings, Inc. was issued by this Court.

3. Movant is the holder, by assignment, of an Adjustable Rate Note and Mortgage, dated July 11, 2005, given by Renee Settaducato (the "Mortgagor") in the original principal amount of $456,000.00 pledging the Premise as security. Copies of the Note, Mortgage, and Assignment are annexed hereto as Exhibit "A".

4. The Mortgagor defaulted under the terms of the Adjustable Rate Note and Mortgage and a state court foreclosure commenced on or about May 23, 2007. A copy of the Order Granting Summary Judgment and Appointing Referee to Compute issued in the state court foreclosure action is annexed hereto as Exhibit "B".

5. BNC Mortgage, Inc. is a defendant in the state court foreclosure action as it is the holder of a subordinate mortgage and as such is a necessary party defendant. A copy of the mortgage held by BNC Mortgage, Inc. is annexed hereto as Exhibit "C".

6. Additionally, there is insufficient equity in the Premises.

7. Movant's total lien against the Premises, as of the date of the within application, is approximately $455,999.68

8. Moreover, there is the subordinate mortgage held by BNC Mortgage, Inc. in the amount of $114,000.00.

9. According to a recent Broker's Price Opinion attached hereto as Exhibit "D" the Premises has an estimated value "as is market" value of $535,000.00.

10. Based upon the above, it is respectfully requested that the Movant be granted relief from the automatic stay and further requests that this Court waive the fourteen (14) day stay invoked pursuant to F.R.B.P. 4001(a)(3) so Movant can immediately commence and or continue with the foreclosure proceedings.

11. There being no novel issue of law raised herein, Movant respectfully requests that the requirement for a separate memorandum of law be dispensed within.

**WHEREFORE**, Movant respectfully requests than an Order be granted vacating the automatic stay as to it, permitting maintenance of a foreclosure and/or eviction proceedings with respect to the subject premises; waiving the fourteen (14) day stay pursuant to F.R.B.P. 4001(a)(3); and for such other and further relief as the Court may deem just and proper.

Dated: December 23, 2009
    Plainview, NY

Respectfully submitted,

ROSICKI, ROSICKI & ASSOCIATES, P.C.
By: Lisa Milas, Esq.
Attorneys for Movant
Main Office 51 E Bethpage Road
Plainview, NY 11803
516-741-2585

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____X    Chapter 11

In re:                                                          Case No.: 08-13555

LEHMAN BROTHERS HOLDINGS, INC.


                                            DEBTOR.    (Jointly Administered)
_____X


**NOTICE OF MOTION AND AFFIRMATION
IN SUPPORT OF ENTRY OF AN ORDER VACATING STAY**

---

ROSICKI, ROSICKI & ASSOCIATES, P.C.
Attorneys for Movant
Main Office 51 E Bethpage Road
Plainview, NY 11803
516-741-2585