# Exhibit B

MA

At an IAS Term, Part 12, of the Supreme Court of the State of New York, held in and for the County of Richmond, at the Courthouse located at 18 Richmond Terrace, Staten Island, NY 10301 on the 5th day of November, 2007.

P R E S E N T:

Hon. Thomas P. Aliotta
Justice

---------------------------------------------------------------x
U.S. BANK NATIONAL ASSOCIATION, TRUSTEE FOR "LEHMAN BROTHERS SECURITIZATION NAME-STRUCTURED ASSET INVESTMENT LOAN TRUST",

           Plaintiff,

    -against-

RENEE SETTEDUCATO; NEW YORK CITY ENVIRONMENTAL CONTROL BOARD; NEW YORK CITY PARKING VIOLATIONS BUREAU; NEW YORK CITY TRANSIT ADJUDICATION BUREAU; 'JOHN DOES' and 'JANE DOES,' said names being fictitious, parties intended being possible tenants or occupants of premises, and corporations, other entities or persons who claim, or may claim, a lien against the premises,
           Defendants.
---------------------------------------------------------------x

Index No.: 100960/07

**ORDER GRANTING SUMMARY JUDGMENT AND APPOINTING REFEREE TO COMPUTE**

BNC MORTGAGE
MERS

Upon reading and filing the Plaintiff's Notice of Motion dated May 23, 2007, the Affirmation of Owen M. Robinson, Esq., dated May 23, 2007, the affidavit of Joe Lanning, sworn to on March 22, 2007 with exhibits annexed including the Summons and Verified Complaint, the Notice of Pendency, duly filed in the Office of the Clerk of the County of Richmond, on March 6, 2007; and on the filed Affidavits of service and it appearing to the satisfaction of this Court from the aforesaid documents that this action was brought to foreclose a

mortgage on real property situate in the County in which this Court is located; that the entire unpaid balance secured thereby is due and owing and proof that all defendants have been duly served with the Summons and Verified Complaint, their time to answer having expired and that all of the defendants herein have defaulted in pleading, or have appeared and waived notice of this application except defendant RENEE SETTEDUCATO, who appeared herein and interposed an answer to the complaint; and it appearing that none of the defendants herein is an infant, incompetent or absentee; and that since the filing of the Notice of Pendency, the Summons and Verified Complaint have not been amended by adding new parties to the action, or so as to affect premises not described in said notice, or so as to extend the claim of the Plaintiff against the mortgage premises; and on all the pleadings and proceedings heretofore had herein; this matter having come on regularly to be heard, there being no opposition, and due deliberation having been had,

NOW, on motion of **ROSICKI, ROSICKI & ASSOCIATES, P.C.**, attorney for Plaintiff, it is

ORDERED, that the motion is hereby granted; and it is further

ORDERED, that the answer interposed by the defendant RENEE SETTEDUCATO be and the same is hereby stricken; and it is further

ORDERED, that the answer interposed by defendant RENEE SETTEDUCATO be and hereby is deemed the usual appearance and waiver in foreclosure, requiring service of only Notice of Sale, Notice of Proceedings for Surplus Monies, and Notice of Discontinuance of Action upon said defendants; and it is further

ORDERED, that this action is referred to _PAUL HOLLANDER_ Esq., of _1200 SOUTH AVE STE 201_ _ST NY 10314_ to compute the amount due to

Plaintiff herein, except attorney's fees shall be determined by the Court, and report whether the mortgaged premises should be sold in one parcel; and it is further

ORDERED, that by accepting this appointment, the referee certifies that she/he is in compliance with Part 36 of the Rules of the Chief Judge (22 NYCRR Part 36) including, but not limited to Section 36.2(c) ("Disqualification from Appointment") and Section 36.2(d) ("Limitations on Appointments Based on Compensation"); and it is further

ORDERED, that the caption be amended by substituting Mortgage Electronic Registration Systems s/h/a John Doe #1 and BNC Mortgage Inc. s/h/a John Doe #2 in place of the defendants 'JOHN DOES' and 'JANE DOES,' and by striking therefrom the names of the remaining 'JOHN DOES' and 'JANE DOES,' such names being fictitious; and all papers and proceedings heretofore filed herein shall be deemed amended accordingly; and it is further

ORDERED, that the caption as amended shall read as follows:

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF RICHMOND
-------------------------------------------------------------x
U.S. BANK NATIONAL ASSOCIATION, TRUSTEE FOR "LEHMAN BROTHERS SECURITIZATION NAME-STRUCTURED ASSET INVESTMENT LOAN TRUST",

                      Plaintiff,          Index No.: 100960/07

-against-

RENEE SETTEDUCATO; NEW YORK CITY ENVIRONMENTAL CONTROL BOARD; NEW YORK CITY PARKING VIOLATIONS BUREAU; NEW YORK CITY TRANSIT ADJUDICATION BUREAU; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS; BNC MORTGAGE INC.,

                      Defendants.
-------------------------------------------------------------x
and it is further

ORDERED, that plaintiff shall serve a copy of this order upon the referee, together with the referee's compensation in the sum of $250.00, pursuant to CPLR 8003(a).

*and further*

ORDERED, that this motion is hereby granted in all respects, and that plaintiff have summary judgment against RENEE SETTEDUCATO and default Judgment against the remaining defendants for the relief demanded in the complaint.

ENTER

_____
J.S.C.   HON. THOMAS P. ALIOTTA

GRANTED
NOV 15 2007
CLERK
COUNTY CLERK