**Exhibit D**

### IV. MARKETING STRATEGY

☑ As-is  ☐ Minimal Lender Required Repairs  ☐ Repaired   Most Likely Buyer: ☑ Owner occupant  ☐ Investor

### V. REPAIRS

Itemize ALL repairs needed to bring property from its present "as is" condition to average marketable condition for the neighborhood.
Check those repairs you recommend that we perform for most successful marketing of the property.

☐ _____ $ _____   ☐ _____ $ _____
☐ _____ $ _____   ☐ _____ $ _____
☐ _____ $ _____   ☐ _____ $ _____
☐ _____ $ _____   ☐ _____ $ _____
☐ _____ $ _____   ☐ _____ $ _____

**GRAND TOTAL FOR ALL REPAIRS** $ 0

### VI. COMPETITIVE LISTINGS

| ITEM | SUBJECT | COMPARABLE NUMBER 1 | | COMPARABLE NUMBER 2 | | COMPARABLE NUMBER 3 | |
|---|---|---|---|---|---|---|---|
| Address | 111 ALTER AVE STATEN ISLAND NY 10304 | 26 LIBERTY AVE STATEN ISLAND NY 10304 | | 21 GARRETSON AVE STATEN ISLAND NY 10304 | | 426 DONGAN HILLS AVE STATEN ISLAND NY 10305 | |
| Proximity to Subject | | 0.22 REO/Corp ☐ | | 0.18 REO/Corp ☐ | | 0.82 REO/Corp ☐ | |
| List Price | $ 599,000 | $ 599,900 | | $ 599,900 | | $ 599,000 | |
| Price/Gross Living Area | $ Sq.Ft. | $ 285.6 Sq.Ft. | | $ 280.3 Sq.Ft. | | $ 244.4 Sq.Ft. | |
| Data and/or Verification Sources | | MLS | | MLS | | MLS | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | Adjustment | DESCRIPTION | Adjustment | DESCRIPTION | Adjustment |
| Sales or Financing Concessions | | 0 | E | 0 | E | 0 | E |
| Days on Market | | 48 | E | 258 | E | 139 | E |
| Location | Suburban | Suburban | E | Suburban | E | Suburban | E |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | E | Fee Simple | E | Fee Simple | E |
| Site | .11 | .25 | E | .16 | E | .1 | E |
| View | Typ | Typ | E | Typ | E | Typ | E |
| Design and Appeal | Duplex Colonial | Duplex Colonial | E | Duplex Colonial | E | Duplex Colonial | E |
| Quality of Construction | Good | Good | E | Good | E | Good | E |
| Age | 89 | 79 | E | 109 | E | 39 | E |
| Condition | Good | Good | E | Good | E | Good | E |
| Above Grade Room Count | Total 12 / Bdms 6 / Baths 2 | Total 9 / Bdms 4 / Baths 3 | E | Total 9 / Bdms 3 / Baths 2 | E | Total 10 / Bdms 5 / Baths 2.5 | E |
| Gross Living Area | 2,112 Sq. Ft. | 2,100 Sq. Ft. | E | 2,140 Sq. Ft. | E | 2,450 Sq. Ft. | E |
| Basement & Finished Rooms Below Grade | Yes 1 | Yes 1 | E | Yes 1 | E | Yes 1 | E |
| Functional Utility | Good | Good | E | Good | E | Good | E |
| Heating/Cooling | GHW/UNITS | GHW/UNITS | E | GHW/UNITS | E | GFA/CENTRAL | E |
| Energy Efficient Items | N/A | N/A | E | N/A | E | N/A | E |
| Garage/Carport | Gar Det 2 | Gar Att 5 | E | Gar Det 2 | E | Gar Att 1 | E |
| Porches, Patio, Deck Fireplace(s), etc. | N/A | N/A | E | N/A | E | N/A | E |
| Fence, Pool, etc. | N/A | N/A | E | N/A | E | N/A | E |
| Other | N/A | N/A | E | N/A | E | N/A | E |
| Net Adj. (total) | | | $ 0 | | $ 0 | | $ 0 |
| Adjusted Sales Price of Comparable | | | $ 599,900 | | $ 599,900 | | $ 599,000 |

THE LISTING COMPS ARE THE MOST SIMILAR TO THE SUBJECT PROPERTY AVAILABLE.

### VI. THE MARKET VALUE  (The value must fall within the indicated value of the Competitive Closed Sales).

|  | Market Value | Suggested List Price |
|---|---|---|
| AS IS | $ 535,000 | $ 565,000 |
| REPAIRED | $ 535,000 | $ 565,000 |

COMMENTS (Include specific positives/negatives, special concerns, encroachments, easements, water rights, environmental concerns, flood zones, etc. Attach addendum if additional space is needed.)
THE LISTING COMPS ARE THE MOST SIMILAR TO THE SUBJECT PROPERTY AVAILABLE.

\*\*See Addendum\*\*

Signature: VALERIE WONICA                    Date: 7/8/2009

**Addendum**

4543472

SUBJECT APPEARS TO BE IN GOOD CONDITION AT THE TIME OF INSPECTION. SUBJECCT IS CLOSE TO SCHOOLS, SHOPPING AND TRANSPORTATION. VALUES ARE BASED ON A DRIVE BY INSPECTION ONLY. VALUES ARE SUBJECT TO CHANGE WHEN AN INTERIOR INSPECTION TAKES PLACE. MARKET CONDITIONS HAVE SLOWED DOWN, WITH AN INCREASE OF REOS. HOMES ARE STAYING ON THE MARKET FOR LONGER WITH PRICES DECLINING. MEDIA IS PLAYING A NEGATIVE ROLE, STRESSING THE AMOUNT OF REOS IN THE STATEN ISLAND AREA.


First American
Residential Value View

**Photos**

| TRACKING NUMBER | | FARVV ORDER NO. |
|---|---|---|
| 2315772 | | 4543472 |
| NAME | ADDRESS | CITY, STATE, ZIP |
| SETTEDUCATO | 111 ALTER AVE | STATEN ISLAND, NY 10304 |
| PHOTOS COMMENT | | |

Subject Front



Subject House Number



Street Sign



Acco    Tracking #: 2315772



**Photos**

| TRACKING NUMBER | FARVV ORDER NO. |
|---|---|
| 2315772 | 4543472 |

| NAME | ADDRESS | CITY, STATE, ZIP |
|---|---|---|
| SETTEDUCATO | 111 ALTER AVE | STATEN ISLAND, NY 10304 |

PHOTOS COMMENT

Street View



**SourceNet**™ — First American Residential Value View

Map

| TRACKING NUMBER | FARVV ORDER NO. |
|---|---|
| 2315772 | 4543472 |

| NAME | ADDRESS | CITY, STATE, ZIP |
|---|---|---|
| SETTEDUCATO | 111 ALTER AVE | STATEN ISLAND, NY 10304 |



Map Scale: 1 Inch = 0.17 Miles

**⚑ Subject Property**
111 ALTER AVE
STATEN ISLAND, NY 10304

**❶ Comp. Listing 1**
26 LIBERTY AVE
STATEN ISLAND, NY 10304
Dist From Subject: 0.22 Miles

**❷ Comp. Listing 2**
21 GARRETSON AVE
STATEN ISLAND, NY 10304
Dist From Subject: 0.18 Miles

**❸ Comp. Listing 3**
426 DONGAN HILLS AVE
STATEN ISLAND, NY 10305
Dist From Subject: 0.82 Miles

**❶ Closed Sale 1**
292 ATLANTIC AVE
STATEN ISLAND, NY 10305
Dist From Subject: 0.42 Miles

**❷ Closed Sale 2**
132 EVERGREEN AVE
STATEN ISLAND, NY 10305
Dist From Subject: 0.44 Miles

**❸ Closed Sale 3**
128 RARITAN AVE
STATEN ISLAND, NY 10304
Dist From Subject: 0.11 Miles