## NOTICE OF MOTION COVER SHEET

| | |
|---|---|
| NAME OF DEBTOR<br>BNC Mortgage LLC | CASE NUMBER<br>08-13555<br>Jointly Administered |
| PLAINTIFF/MOVANT<br>US Bank National Association, Trustee<br>"Lehman Brothers Securitization Name-<br>Structured Asset Investment Loan Trust" | DEFENDANT/RESPONDENT |
| ATTORNEYS<br>Rosicki, Rosicki & Associates, P.C.<br>Main Office 51 E Bethpage Road<br>Plainview, NY 11803 | ATTORNEYS IF KNOWN |
| PRINT NAME OF ATTORNEY<br>Lisa Milas, Esq. | SIGNATURE<br>*[signature]* |

NATURE OF SUIT
(Check all Boxes That Apply to This Motion)

- ☒ To Grant Relief from the Automatic Stay
  11 U.S.C. Section of 362(d)  ($150.00 fee required)

- ☐ To Withdraw the Reference of a Case
  11 U.S.C. Section 157(d)    ($75.00 fee required)

- ☐ To Compel Abandonment of Property
  of the Estate - B.R. 6007 (b) ($75.00 fee required)

- ☐ To Convert (fee not required)

- ☐ To Dismiss (fee not required)

- ☐ To Assume/Reject (fee not required)

- ☐ To Extend Time to Object to Discharge/Dischargeability

- ☐ To Extend Exclusivity Period to File Plan, Etc.

- ☐ Objections to Claims

- ☐ For Summary Judgment

- ☐ Other- Specify Type of Motion _____

FILING FEE (Check One)        ☐ Fee Attached        ☒ Fee Paid On Line