# Exhibit D

# RESIDENTIAL BROKER PRICE OPINION

REO #: _____   This BPO is the ☐ Initial  ☐ 2nd Opinion  ☐ Updated  ☑ Exterior Only   DATE 12/5/2009

PROPERTY ADDRESS: 1219 E 59TH ST   SALES REPRESENTATIVE: _____
BROOKLYN   NY  11234   CLIENT NAME: _____
FIRM NAME: FILLMORE REAL ESTATE   COMPLETED BY: IMELBA MARTINEZ
PHONE NO. (646)221-3064   FAX NO. (718)802-1183

## I. GENERAL MARKET CONDITIONS

Current market condition:  ☑ Depressed  ☐ Slow  ☐ Stable  ☐ Improving  ☐ Excellent
Employment conditions:  ☐ Declining  ☑ Stable  ☐ Increasing
Market price of this type property has: ☐ Decreased  0  %  in past  6  months
☐ Increased
☑ Remained stable

Estimated percentages of owner vs. tenants in neighborhood:  100 % owner occupant  0 % tenant
There is a  ☑ Normal supply  ☐ oversupply  ☐ shortage of comparable listings in the neighborhood
Approximate number of comparable units for sale in neighborhood: 5
No. of competing listings in neighborhood that are REO or Corporate owned: 5
No. of boarded or blocked-up homes: 5

## II. SUBJECT MARKETABILITY

Range of values in the neighborhood is $ 275,000 to $ 550,000
The subject is an  ☐ over improvement  ☐ under improvement  ☑ Appropriate improvement for the neighborhood
Normal marketing time in the area is:  125 days
Are all types of financing available for the property?  ☑ Yes  ☐ No  If no, explain _____
Has the property been on the market in the last 12 months?  ☐ Yes  ☑ No  If yes, $ _____ list price (include MLS printout)
To the best of your knowledge, why did it not sell? _____
Unit Type:  ☑ single family detached  ☐ condo  ☐ co-op  ☐ mobile home
☐ single family attached  ☐ townhouse  ☐ modular
If condo or other association exists: Fee $ _____  ☐ monthly  ☐ annually  Current? ☐ Yes  ☐ No  Fee delinquent? $ _____
The fee includes:  ☐ Insurance  ☐ Landscape  ☐ Pool  ☐ Tennis  Other _____
Association Contact: Name: _____   Phone No.: _____

### III. COMPETITIVE CLOSED SALES

| ITEM | SUBJECT | COMPARABLE NUMBER 1 | | COMPARABLE NUMBER 2 | | COMPARABLE NUMBER 3 | |
|---|---|---|---|---|---|---|---|
| Address | 1219 E 59TH ST BROOKLYN NY 11234 | 1319 E 64TH ST BROOKLYN NY 11234 | | 1662 E 51ST ST BROOKLYN NY 11234 | | 1444 E 64TH ST BROOKLYN NY 11234 | |
| Proximity to Subject | | 0.31 REO/Corp ☐ | | 0.46 REO/Corp ☐ | | 0.33 REO/Corp ☐ | |
| Sale Price | $ | $ 437,750 | | $ 430,000 | | $ 391,000 | |
| Price/Gross Living Area | $   Sq. Ft. | $ 319.06 Sq. Ft. | | $ 341.27 Sq. Ft. | | $ 313.3 Sq. Ft. | |
| Sale Date & Days on Market | | 12/1/2009 125 | | 10/26/2009 98 | | 9/4/2009 89 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | Adjustment | DESCRIPTION | Adjustment | DESCRIPTION | Adjustment |
| Sales or Financing Concessions | | no | E | no | E | no | E |
| Location | Urban | Urban | E | Urban | E | Urban | E |
| Leasehold/Fee Simple | Leasehold | Leasehold | E | Leasehold | E | Leasehold | E |
| Site | .05 | .05 | E | .05 | E | .05 | E |
| View | Typ | Typ | E | Typ | E | Typ | E |
| Design and Appeal | SFD  Colonial | SFD  Colonial | E | SFD  Colonial | E | SFD  Colonial | E |
| Quality of Construction | Good | Good | E | Good | E | Good | E |
| Age | 49 | 44 | E | 54 | E | 49 | E |
| Condition | Good | Good | E | Good | E | Good | E |
| Above Grade Room Count | Total 5 / Bdrms 3 / Baths 1 | Total 5 / Bdrms 3 / Baths 1 | E | Total 5 / Bdrms 3 / Baths 1 | E | Total 5 / Bdrms 3 / Baths 1 | E |
| Gross Living Area | 1,296 Sq. Ft. | 1,372 Sq. Ft. | E | 1,260 Sq. Ft. | E | 1,248 Sq. Ft. | E |
| Basement & Finished Rooms Below Grade | No  0 | No  0 | E | No  0 | E | No  0 | E |
| Functional Utility | Good | Good | E | Good | E | Good | E |
| Heating/Cooling | gas | gas | E | gas | E | gas | E |
| Energy Efficient Items | no | no | E | no | E | no | E |
| Garage/Carport | Gar Det  1 | Gar Det  1 | E | Gar Det  1 | E | Gar Det  1 | E |
| Porches, Patio, Deck Fireplace(s), etc. | no | no | E | no | E | no | E |
| Fence, Pool, etc. | no | no | E | no | E | no | E |
| Other | no | no | E | no | E | no | E |
| Net Adj. (total) | | | $ 0 | | $ 0 | | $ 0 |
| Adjusted Sales Price of Comparable | | | $ 437,750 | | $ 430,000 | | $ 391,000 |

comps match the subject

REO# _____

## IV. MARKETING STRATEGY

☐ As-is  ☐ Minimal Lender Required Repairs  ☐ Repaired   Most Likely Buyer: ☐ Owner occupant  ☐ Investor

## V. REPAIRS

Itemize ALL repairs needed to bring property from its present "as is" condition to average marketable condition for the neighborhood.
Check those repairs you recommend that we perform for most successful marketing of the property.

**GRAND TOTAL FOR ALL REPAIRS** $ 0

### VI. COMPETITIVE LISTINGS

| ITEM | SUBJECT | COMPARABLE NUMBER 1 | | COMPARABLE NUMBER 2 | | COMPARABLE NUMBER 3 | |
|---|---|---|---|---|---|---|---|
| Address | 1219 E 59TH ST BROOKLYN NY 11234 | 1488 E 57TH ST BROOKLYN NY 11234 | | 2514 RALPH AVE BROOKLYN NY 11234 | | 5318 AVENUE L BROOKLYN NY 11234 | |
| Proximity to Subject | | 0.45  REO/Corp ☐ | | 0.42  REO/Corp ☐ | | 0.29  REO/Corp ☐ | |
| List Price | $ | $ 439,000 | | $ 459,000 | | $ 450,000 | |
| Price/Gross Living Area | $     Sq.Ft. | $ 342.9 Sq.Ft. | | $ 354.1 Sq.Ft. | | $ 330.1 Sq.Ft. | |
| Data and/or Verification Sources | | Public Records | | Public Records | | Public Records | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | Adjustment | DESCRIPTION | Adjustment | DESCRIPTION | Adjustment |
| Sales or Financing Concessions | | no | E | no | E | no | E |
| Days on Market | | 80 | E | 160 | E | 170 | E |
| Location | Urban | Urban | E | Urban | E | Urban | E |
| Leasehold/Fee Simple | Leasehold | Leasehold | E | Leasehold | E | Leasehold | E |
| Site | .05 | .05 | E | .05 | E | .05 | E |
| View | Typ | Typ | E | Typ | E | Typ | E |
| Design and Appeal | SFD  Colonial | SFD  Colonial | E | SFD  Colonial | E | SFD  Colonial | E |
| Quality of Construction | Good | Good | E | Good | E | Good | E |
| Age | 49 | 45 | E | 45 | E | 49 | E |
| Condition | Good | Good | E | Good | E | Good | E |
| Above Grade Room Count | Total 5 / Bdms 3 / Baths 1 | Total 5 / Bdms 3 / Baths 1 | E | Total 5 / Bdms 3 / Baths 1 | E | Total 5 / Bdms 3 / Baths 1 | E |
| Gross Living Area | 1,296 Sq.Ft. | 1,280 Sq.Ft. | E | 1,296 Sq.Ft. | E | 1,363 Sq.Ft. | E |
| Basement & Finished Rooms Below Grade | No  0 | No  0 | E | No  0 | E | No  0 | E |
| Functional Utility | Good | Good | E | Good | E | Good | E |
| Heating/Cooling | gas | gas | E | gas | E | gas | E |
| Energy Efficient Items | no | no | E | no | E | no | E |
| Garage/Carport | Gar Det  1 | None | E | None | E | None | E |
| Porches, Patio, Deck Fireplace(s), etc. | no | no | E | no | E | no | E |
| Fence, Pool, etc. | no | no | E | no | E | no | E |
| Other | no | no | E | no | E | no | E |
| Net Adj. (total) | | | $ 0 | | $ 0 | | $ 0 |
| Adjusted Sales Price of Comparable | | | $ 439,000 | | $ 459,000 | | $ 450,000 |

comps match the subject

## VI. THE MARKET VALUE (The value must fall within the indicated value of the Competitive Closed Sales).

|  | Market Value | Suggested List Price |
|---|---|---|
| AS IS | $ 420,000 | $ 435,000 |
| REPAIRED | $ 420,000 | $ 435,000 |

COMMENTS (Include specific positives/negatives, special concerns, encroachments, easements, water rights, environmental concerns, flood zones, etc. Attach addendum if additional space is needed.)

comps match the subject

the subject is located in the flatlands section of brooklyn, ny

Signature: IMELBA MARTINEZ                               Date: 12/5/2009



*First American Residential Value View*

Photos

| NAME | TRACKING NUMBER | FARVV ORDER NO. |
|---|---|---|
| BAZARD | 2717765 | 5068128 |
| | ADDRESS | CITY, STATE, ZIP |
| | 1219 E 59TH ST | BROOKLYN, NY 11234 |

PHOTOS COMMENT

Subject Front



Subject House Number



Street View



Ac:            Tracking #: 2717765

*First American Residential Value*

# Map

| NAME | ADDRESS | TRACKING NUMBER | CITY, STATE, ZIP |
|---|---|---|---|
| BAZARD | 1219 E 59TH ST | 2717765 | BROOKLYN, NY 11234 |



Map Scale: 1 Inch = 0.12 Miles

**⚑ Subject Property**
1219 E 59TH ST
BROOKLYN, NY 11234

**❶ Comp. Listing 1**
1488 E 57TH ST
BROOKLYN, NY 11234
Dist From Subject: 0.45 Miles

**❷ Comp. Listing 2**
2514 RALPH AVE
BROOKLYN, NY 11234
Dist From Subject: 0.42 Miles

**❸ Comp. Listing 3**
5318 AVENUE L
BROOKLYN, NY 11234
Dist From Subject: 0.29 Miles

**❶ Closed Sale 1**
1319 E 64TH ST
BROOKLYN, NY 11234
Dist From Subject: 0.31 Miles

**❷ Closed Sale 2**
1662 E 51ST ST
BROOKLYN, NY 11234
Dist From Subject: 0.46 Miles

**❸ Closed Sale 3**
1444 E 64TH ST
BROOKLYN, NY 11234
Dist From Subject: 0.33 Miles

5068128