UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____X  Chapter 11

In re:                                    Case No.: 08-13555

LEHMAN BROTHERS HOLDINGS, INC.

                         DEBTOR.    (Jointly Administered)

_____X

| STATE OF NEW YORK | ) | |
|---|---|---|
| | ) | ss: |
| COUNTY OF NASSAU | ) | |

I, Patrick Lamberti, being duly sworn, deposes and says:

I am not a party to this action, am over 18 years of age and reside in Nassau County, New York.

On December 23, 2009, I served the within Notice of Motion and Application in Support of Entry of Order Granting Relief from the Automatic Stay Regarding Real Property Located as 1219 E 59th Street, Brooklyn, NY 11234 on the following parties, by depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

SEE ATTACHED SERVICE LIST

                                          _____
                                          Patrick Lamberti

Sworn to before me this
23 day of December, 2009

_____
NOTARY PUBLIC

JOHN J. BROCKS
NOTARY PUBLIC STATE OF NEW YORK
#01BR6107807
COMMISSION EXPIRES APRIL 12, 2008
             2012


TO:    BNC Mortgage LLC
       Debtor-in-Possession
       1901 Main Street
       Irvine, CA 92624

       Weil, Gotshal & Manges, LLP
       Attn: Harvey R. Miller, Esq.
       Richard P. Krasnow, Esq., Lori R.
       Fife, Esq., Shai Y. Waisnam, Esq.
       And Jacqueline Marcus, Esq.
       Attorney for Debtors
       767 Fifth Avenue
       New York, NY 10153

       Hughs Hubbard & Reed
       Attn: Jeffrey S. Margolin, Esq. and
       Sarah K. Loomis, Esq.
       Attorneys for James W. Giddens, as
       Trustee for the SIPA Liquidation of
       Lehman Brothers, Inc.
       1 Battery Park Plaza
       New York, NY 10004

       Office of the United States Trustee
       Attn: Andy Velez-Rivera, Paul
       Schwartzberg, Brian Masumoto
       Linda Riffrin and Tracy Hope Davis
       33 Whitehall Street 21st Floor
       New York, NY 10004

       Claims and Noticing Agent
       Epiq Bankruptcy Solutions, LLC Claims
       Agent f/k/a Bankruptcy Services, LLC
       757 Third Avenue 3rd Floor
       New York, NY 10017

       Milbank, Tweed, Hadley & McCloy, LLP
       Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq.
       And Evan Fleck, Esq.
       Official Committee for the Unsecured Creditors
       1 Chase Manhattan Plaza
       New York, NY 10005

Quinn Emanuel Urquhart Oliver & Hedges
Attn: James Tecce and Susheel Kirpalani
Attorney for the Official Committee of
Unsecured Creditors
51 Madison Avenue 22nd Floor
New York, NY 10010

Katherine Bazard
1219 E 59th Street
Brooklyn, NY 11234