## NOTICE OF MOTION COVER SHEET

| | |
|---|---|
| NAME OF DEBTOR<br>BNC Mortgage LLC | CASE NUMBER<br>08-13555/09-10137<br>Jointly Administered |
| PLAINTIFF/MOVANT<br>Property Asset Management Inc. | DEFENDANT/RESPONDENT |

ATTORNEYS                                    ATTORNEYS IF KNOWN
Rosicki, Rosicki & Associates, P.C.
Main Office 51 E Bethpage Road
Plainview, NY 11803

PRINT NAME OF ATTORNEY                SIGNATURE
Lisa Milas, Esq.

### NATURE OF SUIT
(Check all Boxes That Apply to This Motion)

☒  To Grant Relief from the Automatic Stay
      11 U.S.C. Section of 362(d)  ($150.00 fee required)

☐  To Withdraw the Reference of a Case
      11 U.S.C. Section 157(d)      ($75.00 fee required)

☐  To Compel Abandonment of Property
      of the Estate - B.R. 6007 (b) ($75.00 fee required)

☐  To Convert (fee not required)

☐  To Dismiss (fee not required)

☐  To Assume/Reject (fee not required)

☐  To Extend Time to Object to Discharge/Dischargeability

☐  To Extend Exclusivity Period to File Plan, Etc.

☐  Objections to Claims

☐  For Summary Judgment

☐  Other- Specify Type of Motion _____

FILING FEE (Check One)            ☐ Fee Attached        ☒ Fee Paid On Line