**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
:
In re: : Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS, INC. et al.,** : 08-13555 (JMP)
:
　　　　　　Debtors, : (Jointly Administered)
:
---------------------------------------------------------------- x
:
In re: :
:
: Case No.
**LEHMAN BROTHERS INC.,** :
: 08-01420 (JMP) (SIPA)
　　　　　　Debtor. :
:
---------------------------------------------------------------- x

　　　　　　　　　　　　　　　　　　　　　　　　**Related Docket No. 6337**

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK　　　)
　　　　　　　　　　　　) ss.:
COUNTY OF NEW YORK　　)

ELENI MANNERS, being duly sworn, deposes and says:

1. I am employed as Noticing Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 22, 2009, I caused to be served the "Joint Motion of Lehman Brothers Holdings Inc. and Lehman Brothers Inc. Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure for Authorization and Approval of a Settlement Agreement of Adams Golf Securities Litigation and Other Related Relief," dated December 22, 2009 [Docket No. 6337], by causing true and correct copies to be:

   a. delivered via electronic mail to those parties listed on the annexed Exhibit A, and

   b. enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Eleni Manners
Eleni Manners

Sworn to before me this
22nd day of December, 2009
/s/ Magali L. Lee
Notary Public, State of New York
No. 01LE6069014
Qualified in New York County
Commission Expires Jan. 22-2010

# EXHIBIT A

**Email Service List**

| | |
|---|---|
| aaaronson@dilworthlaw.com | angelich.george@arentfox.com |
| aalfonso@kayescholer.com | ann.reynaud@shell.com |
| abraunstein@riemerlaw.com | anthony_boccanfuso@aporter.com |
| acaton@kramerlevin.com | aoberry@bermanesq.com |
| acker@chapman.com | apo@stevenslee.com |
| adarwin@nixonpeabody.com | aquale@sidley.com |
| adg@adorno.com | araboy@cov.com |
| adiamond@diamondmccarthy.com | arahl@reedsmith.com |
| aeckstein@blankrome.com | arheaume@riemerlaw.com |
| aentwistle@entwistle-law.com | arlbank@pbfcm.com |
| afriedman@irell.com | arosenblatt@chadbourne.com |
| agbanknewyork@ag.tn.gov | arthur.rosenberg@hklaw.com |
| aglenn@kasowitz.com | arwolf@wlrk.com |
| agold@herrick.com | aseuffert@lawpost-nyc.com |
| agolianopoulos@mayerbrown.com | ashmead@sewkis.com |
| ahammer@freebornpeters.com | asnow@ssbb.com |
| aisenberg@saul.com | atrehan@mayerbrown.com |
| akantesaria@oppenheimerfunds.com | aunger@sidley.com |
| akihiko_yagyuu@chuomitsui.jp | austin.bankruptcy@publicans.com |
| alex.torres@infospace.com | avenes@whitecase.com |
| amarder@msek.com | avi.gesser@dpw.com |
| amcmullen@boultcummings.com | awasserman@lockelord.com |
| amenard@tishmanspeyer.com | azylberberg@whitecase.com |
| andrew.brozman@cliffordchance.com | bankr@zuckerman.com |
| andrew.lourie@kobrekim.com | bankruptcy@goodwin.com |

**Email Service List**

| | |
|---|---|
| bankruptcy@morrisoncohen.com | cbelisle@wfw.com |
| bankruptcymatters@us.nomura.com | cbelmonte@ssbb.com |
| barbra.parlin@hklaw.com | cbrotstein@bm.net |
| bbisignani@postschell.com | cgoldstein@stcwlaw.com |
| bdk@schlamstone.com | chammerman@paulweiss.com |
| bguiney@pbwt.com | charles@filardi-law.com |
| bhinerfeld@sbtklaw.com | charles_malloy@aporter.com |
| bill.freeman@pillsburylaw.com | chipford@parkerpoe.com |
| bmanne@tuckerlaw.com | chris.donoho@lovells.com |
| bmiller@mofo.com | clynch@reedsmith.com |
| boneill@kramerlevin.com | cmontgomery@salans.com |
| bpershkow@profunds.com | cmtb_lc11@chuomitsui.jp |
| brian.corey@greentreecreditsolutions.com | cohenr@sewkis.com |
| bromano@willkie.com | cp@stevenslee.com |
| broy@rltlawfirm.com | cpappas@dilworthlaw.com |
| bspector@jsslaw.com | crmomjian@attorneygeneral.gov |
| btrust@mayerbrown.com | crogers@orrick.com |
| btupi@tuckerlaw.com | cs@stevenslee.com |
| bturk@tishmanspeyer.com | cschreiber@winston.com |
| bwolfe@sheppardmullin.com | cshore@whitecase.com |
| bzabarauskas@crowell.com | cshulman@sheppardmullin.com |
| cahn@clm.com | ctatelbaum@adorno.com |
| canelas@pursuitpartners.com | cward@polsinelli.com |
| carlin@thshlaw.com | cweber@ebg-law.com |
| carol.weinerlevy@bingham.com | cweiss@ingramllp.com |

**Email Service List**

| | |
|---|---|
| dallas.bankruptcy@publicans.com | dfriedman@kasowitz.com |
| daniel.guyder@allenovery.com | dgrimes@reedsmith.com |
| david.bennett@tklaw.com | dhayes@mcguirewoods.com |
| david.crichlow@pillsburylaw.com | dheffer@foley.com |
| david.heller@lw.com | diconzam@gtlaw.com |
| davids@blbglaw.com | dirk.roberts@ots.treas.gov |
| davidwheeler@mvalaw.com | dkleiner@velaw.com |
| dbalog@intersil.com | dkozusko@willkie.com |
| dbarber@bsblawyers.com | dladdin@agg.com |
| dbaumstein@whitecase.com | dlemay@chadbourne.com |
| dbesikof@loeb.com | dlipke@vedderprice.com |
| dcimo@gjb-law.com | dludman@brownconnery.com |
| dckaufman@hhlaw.com | dmcguire@winston.com |
| dcoffino@cov.com | dmurray@jenner.com |
| dcrapo@gibbonslaw.com | dneier@winston.com |
| ddavis@paulweiss.com | dodonnell@milbank.com |
| ddrebsky@nixonpeabody.com | douglas.bacon@lw.com |
| ddunne@milbank.com | douglas.mcgill@dbr.com |
| deborah.saltzman@dlapiper.com | dove.michelle@dorsey.com |
| deggermann@kramerlevin.com | dpiazza@hodgsonruss.com |
| deggert@freebornpeters.com | dravin@wolffsamson.com |
| demetra.liggins@tklaw.com | drose@pryorcashman.com |
| deryck.palmer@cwt.com | drosenzweig@fulbright.com |
| dfelder@orrick.com | drosner@goulstonstorrs.com |
| dflanigan@polsinelli.com | drosner@kasowitz.com |

**Email Service List**

| | |
|---|---|
| dshemano@pwkllp.com | ezweig@optonline.net |
| dtatge@ebglaw.com | fbp@ppgms.com |
| dwdykhouse@pbwt.com | fdellamore@jaspanllp.com |
| dwildes@stroock.com | feldsteinh@sullcrom.com |
| dworkman@bakerlaw.com | ffm@bostonbusinesslaw.com |
| easmith@venable.com | fhyman@mayerbrown.com |
| echang@steinlubin.com | fishere@butzel.com |
| ecohen@russell.com | francois.janson@hklaw.com |
| efile@willaw.com | frank.white@agg.com |
| efleck@milbank.com | fred.berg@rvblaw.com |
| efriedman@friedumspring.com | fsosnick@shearman.com |
| egeekie@schiffhardin.com | fyates@sonnenschein.com |
| eglas@mccarter.com | gabriel.delvirginia@verizon.net |
| ehollander@whitecase.com | gbray@milbank.com |
| ekbergc@lanepowell.com | ggraber@hodgsonruss.com |
| eli.mattioli@klgates.com | giaimo.christopher@arentfox.com |
| elizabeth.harris@klgates.com | giddens@hugheshubbard.com |
| ellen.halstead@cwt.com | gkaden@goulstonstorrs.com |
| eobrien@sbchlaw.com | glenn.siegel@dechert.com |
| eric.johnson@hro.com | gmoss@riemerlaw.com |
| eschaffer@reedsmith.com | gravert@mwe.com |
| eschwartz@contrariancapital.com | gschiller@zeislaw.com |
| esmith@dl.com | gspilsbury@jsslaw.com |
| ezavalkoff-babej@vedderprice.com | guzzi@whitecase.com |
| ezujkowski@emmetmarvin.com | harrisjm@michigan.gov |

**Email Service List**

| | |
|---|---|
| harveystrickon@paulhastings.com | jay.hurst@oag.state.tx.us |
| heim.steve@dorsey.com | jay@kleinsolomon.com |
| heiser@chapman.com | jbecker@wilmingtontrust.com |
| hirsch.robert@arentfox.com | jbeemer@entwistle-law.com |
| hollace.cohen@troutmansanders.com | jbird@polsinelli.com |
| holsen@stroock.com | jbromley@cgsh.com |
| howard.hawkins@cwt.com | jcarberry@cl-law.com |
| hseife@chadbourne.com | jchristian@tobinlaw.com |
| hsnovikoff@wlrk.com | jdrucker@coleschotz.com |
| hweg@pwkllp.com | jdyas@halperinlaw.net |
| ian.levy@kobrekim.com | jeff.wittig@coair.com |
| icatto@kirkland.com | jeffrey.sabin@bingham.com |
| igoldstein@dl.com | jeldredge@velaw.com |
| ilevee@lowenstein.com | jennifer.demarco@cliffordchance.com |
| info2@normandyhill.com | jennifer.gore@shell.com |
| ira.herman@tklaw.com | jeremy.eiden@state.mn.us |
| isgreene@hhlaw.com | jessica.fink@cwt.com |
| israel.dahan@cwt.com | jfalgowski@reedsmith.com |
| iva.uroic@dechert.com | jfinerty@pfeiferlaw.com |
| jacobsonn@sec.gov | jflaxer@golenbock.com |
| jafeltman@wlrk.com | jfox@joefoxlaw.com |
| james.mcclammy@dpw.com | jfreeberg@wfw.com |
| jamestecce@quinnemanuel.com | jg5786@att.com |
| jar@outtengolden.com | jgarrity@shearman.com |
| jason.jurgens@cwt.com | jgenovese@gjb-law.com |

**Email Service List**

| | |
|---|---|
| jgutmanmann@sonnenschein.com | john.rapisardi@cwt.com |
| jguy@orrick.com | joli@crlpc.com |
| jherzog@gklaw.com | jorbach@hahnhessen.com |
| jhiggins@fdlaw.com | joseph.cordaro@usdoj.gov |
| jhorgan@phxa.com | joseph.scordato@dkib.com |
| jhuggett@margolisedelstein.com | joshua.dorchak@bingham.com |
| jhuh@ffwplaw.com | jowen769@yahoo.com |
| jim@atkinslawfirm.com | jpintarelli@mofo.com |
| jjureller@klestadt.com | jpintarelli@mofo.com |
| jkehoe@sbtklaw.com | jporter@entwistle-law.com |
| jlamar@maynardcooper.com | jprol@lowenstein.com |
| jlawlor@wmd-law.com | jrabinowitz@rltlawfirm.com |
| jlee@foley.com | jrsmith@hunton.com |
| jlevitin@cahill.com | jschwartz@hahnhessen.com |
| jlipson@crockerkuno.com | jsheerin@mcguirewoods.com |
| jliu@dl.com | jshickich@riddellwilliams.com |
| jlovi@steptoe.com | jsmairo@pbnlaw.com |
| jlscott@reedsmith.com | jtimko@allenmatkins.com |
| jmaddock@mcguirewoods.com | jtougas@mayerbrown.com |
| jmazermarino@msek.com | judy.morse@crowedunlevy.com |
| jmcginley@wilmingtontrust.com | jwallack@goulstonstorrs.com |
| jmelko@gardere.com | jwang@sipc.org |
| jmerva@fult.com | jweiss@gibsondunn.com |
| jmr@msf-law.com | jwest@velaw.com |
| john.monaghan@hklaw.com | jwh@njlawfirm.com |

**Email Service List**

| | |
|---|---|
| jwhitman@entwistle-law.com | krubin@ozcap.com |
| jwishnew@mofo.com | kstahl@whitecase.com |
| k4.nomura@aozorabank.co.jp | kurt.mayr@bgllp.com |
| karen.wagner@dpw.com | lacyr@sullcrom.com |
| karol.denniston@dlapiper.com | landon@streusandlandon.com |
| kdwbankruptcydepartment@kelleydrye.com | lawallf@pepperlaw.com |
| keckhardt@hunton.com | lberkoff@moritthock.com |
| keith.simon@lw.com | lee.stremba@troutmansanders.com |
| ken.coleman@allenovery.com | lgranfield@cgsh.com |
| ken.higman@hp.com | lhandelsman@stroock.com |
| kgwynne@reedsmith.com | linda.boyle@twtelecom.com |
| kiplok@hugheshubbard.com | lisa.kraidin@allenovery.com |
| kkelly@ebglaw.com | ljkotler@duanemorris.com |
| klippman@munsch.com | lmarinuzzi@mofo.com |
| klyman@irell.com | lmay@coleschotz.com |
| kmayer@mccarter.com | lmcgowen@orrick.com |
| kobak@hugheshubbard.com | lml@ppgms.com |
| korr@orrick.com | lnashelsky@mofo.com |
| kostad@mofo.com | loizides@loizides.com |
| kovskyd@pepperlaw.com | lromansic@steptoe.com |
| kpiper@steptoe.com | lscarcella@farrellfritz.com |
| kressk@pepperlaw.com | lschweitzer@cgsh.com |
| kreynolds@mklawnyc.com | lthompson@whitecase.com |
| kristin.going@dbr.com | lubell@hugheshubbard.com |
| krosen@lowenstein.com | lwhidden@salans.com |

**Email Service List**

| | |
|---|---|
| lwong@pfeiferlaw.com | meltzere@pepperlaw.com |
| mabrams@willkie.com | metkin@lowenstein.com |
| macronin@debevoise.com | mgordon@briggs.com |
| maofiling@cgsh.com | mgreger@allenmatkins.com |
| marc.chait@standardchartered.com | mhopkins@cov.com |
| margolin@hugheshubbard.com | michael.kim@kobrekim.com |
| marianne.mortimer@friedfrank.com | mimi.m.wong@irscounsel.treas.gov. |
| mark.deveno@bingham.com | mitchell.ayer@tklaw.com |
| mark.ellenberg@cwt.com | mjacobs@pryorcashman.com |
| mark.houle@pillsburylaw.com | mjedelman@vedderprice.com |
| mark.sherrill@sutherland.com | mjr1@westchestergov.com |
| martin.davis@ots.treas.gov | mkjaer@winston.com |
| marvin.clements@ag.tn.gov | mlahaie@akingump.com |
| masaki_konishi@noandt.com | mlandman@lcbf.com |
| matthew.dyer@prommis.com | mmendez@hunton.com |
| matthew.klepper@dlapiper.com | mmickey@mayerbrown.com |
| matthew.morris@lovells.com | mmooney@deilylawfirm.com |
| mbenner@tishmanspeyer.com | mmorreale@us.mufg.jp |
| mberman@nixonpeabody.com | mmurphy@co.sanmateo.ca.us |
| mbienenstock@dl.com | mneier@ibolaw.com |
| mbossi@thompsoncoburn.com | monica.lawless@brookfieldproperties.com |
| mcademartori@sheppardmullin.com | mpage@kelleydrye.com |
| mcordone@stradley.com | mpfeifer@pfeiferlaw.com |
| mcto@debevoise.com | mpucillo@bermanesq.com |
| mdorval@stradley.com | mrosenthal@gibsondunn.com |

**Email Service List**

| | |
|---|---|
| mruetzel@whitecase.com | pdublin@akingump.com |
| mschimel@sju.edu | peisenberg@lockelord.com |
| mschleich@fraserstryker.com | peter.gilhuly@lw.com |
| mshiner@tuckerlaw.com | peter.simmons@friedfrank.com |
| mspeiser@stroock.com | peter@bankrupt.com |
| mstamer@akingump.com | pfeldman@oshr.com |
| mvenditto@reedsmith.com | phayden@mcguirewoods.com |
| mwarren@mtb.com | pmaxcy@sonnenschein.com |
| nasreen.bulos@dubaiic.com | pnichols@whitecase.com |
| ncoco@mwe.com | ppascuzzi@ffwplaw.com |
| neal.mann@oag.state.ny.us | ppatterson@stradley.com |
| ned.schodek@shearman.com | psp@njlawfirm.com |
| newyork@sec.gov | ptrostle@jenner.com |
| nfurman@scottwoodcapital.com | pwirt@ftportfolios.com |
| nherman@morganlewis.com | pwright@dl.com |
| nissay_10259-0154@mhmjapan.com | r.stahl@stahlzelloe.com |
| nlepore@schnader.com | raj.madan@bingham.com |
| notice@bkcylaw.com | ramona.neal@hp.com |
| oipress@travelers.com | ranjit.mather@bnymellon.com |
| omeca.nedd@lovells.com | rbeacher@daypitney.com |
| paronzon@milbank.com | rbernard@bakerlaw.com |
| patrick.potter@pillsburylaw.com | rbyman@jenner.com |
| paul.turner@sutherland.com | rchoi@kayescholer.com |
| pbattista@gjb-law.com | rdaversa@orrick.com |
| pbosswick@ssbb.com | relgidely@gjb-law.com |

**Email Service List**

| | |
|---|---|
| rfleischer@pryorcashman.com | rroupinian@outtengolden.com |
| rfrankel@orrick.com | rterenzi@stcwlaw.com |
| rfriedman@silvermanacampora.com | rtrust@cravath.com |
| rgmason@wlrk.com | rwasserman@cftc.gov |
| rgraham@whitecase.com | rwyron@orrick.com |
| rhett.campbell@tklaw.com | s.minehan@aozorabank.co.jp |
| richard.lear@hklaw.com | sabin.willett@bingham.com |
| richard.levy@lw.com | sabramowitz@velaw.com |
| ritkin@steptoe.com | sagolden@hhlaw.com |
| rjones@boultcummings.com | sally.henry@skadden.com |
| rlevin@cravath.com | sandyscafaria@eaton.com |
| rmatzat@hahnhessen.com | sara.tapinekis@cliffordchance.com |
| rmunsch@munsch.com | sbernstein@hunton.com |
| rnetzer@willkie.com | schannej@pepperlaw.com |
| rnies@wolffsamson.com | schapman@willkie.com |
| rnorton@hunton.com | schepis@pursuitpartners.com |
| robert.bailey@bnymellon.com | schnabel.eric@dorsey.com |
| robert.dombroff@bingham.com | schristianson@buchalter.com |
| robert.henoch@kobrekim.com | scottshelley@quinnemanuel.com |
| robert.malone@dbr.com | scousins@armstrongteasdale.com |
| robert.yalen@usdoj.gov | sdnyecf@dor.mo.gov |
| robertdakis@quinnemanuel.com | sean@blbglaw.com |
| robin.keller@lovells.com | sehlers@armstrongteasdale.com |
| ronald.silverman@bingham.com | sfelderstein@ffwplaw.com |
| rreid@sheppardmullin.com | sfineman@lchb.com |

**Email Service List**

| | |
|---|---|
| sfox@mcguirewoods.com | steven.perlstein@kobrekim.com |
| sgordon@cahill.com | steven.wilamowsky@bingham.com |
| sgubner@ebg-law.com | streusand@streusandlandon.com |
| sharbeck@sipc.org | susan.schultz@newedgegroup.com |
| shari.leventhal@ny.frb.org | susheelkirpalani@quinnemanuel.com |
| sheehan@txschoollaw.com | swolowitz@mayerbrown.com |
| shgross5@yahoo.com | szuch@wiggin.com |
| shumaker@pursuitpartners.com | tannweiler@greerherz.com |
| shumaker@pursuitpartners.com | tarbit@cftc.gov |
| sidorsky@butzel.com | tbrock@ssbb.com |
| slerner@ssd.com | tduffy@andersonkill.com |
| sloden@diamondmccarthy.com | tgoren@mofo.com |
| smayerson@ssd.com | thomas.califano@dlapiper.com |
| smillman@stroock.com | thomas_noguerola@calpers.ca.gov |
| smulligan@bsblawyers.com | thomaskent@paulhastings.com |
| snewman@katskykorins.com | timothy.brink@dlapiper.com |
| sory@fdlaw.com | timothy.palmer@bipc.com |
| spiotto@chapman.com | tjfreedman@pbnlaw.com |
| splatzer@platzerlaw.com | tkarcher@dl.com |
| sree@lcbf.com | tkiriakos@mayerbrown.com |
| sselbst@herrick.com | tlauria@whitecase.com |
| sshimshak@paulweiss.com | tmacwright@whitecase.com |
| steele@lowenstein.com | tmayer@kramerlevin.com |
| stephanie.wickouski@dbr.com | tnixon@gklaw.com |
| steve.ginther@dor.mo.gov | toby.r.rosenberg@irscounsel.treas.gov |

**Email Service List**

tslome@msek.com

ttracy@crockerkuno.com

twatanabe@mofo.com

twheeler@lowenstein.com

ukreppel@whitecase.com

vdagostino@lowenstein.com

villa@streusandlandon.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

wanda.goodloe@cbre.com

wballaine@lcbf.com

wbenzija@halperinlaw.net

wcurchack@loeb.com

wendy.rosenthal@cliffordchance.com

wfoster@milbank.com

william.m.goldman@dlapiper.com

wiltenburg@hugheshubbard.com

wisotska@pepperlaw.com

woconnor@crowell.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wzoberman@bermanesq.com

yamashiro@sumitomotrust.co.jp

# EXHIBIT B

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

| Claim Name | Address Information |
|---|---|
| BERGER & MONTAGUE, P.C. | TODD S. COLLINS ELIZABETH W. FOX NEIL F. MARA SHAUNA B. ITRI 1622 LOCUST STREET PHILADELPHIA PA 19103 |
| GREENBURG TRAURIG, LLP | ATTN: PAUL R. BESSETTE 300 WEST SIXTH STREET, SUITE 2050 AUSTIN TX 78701 |
| IN RE: ADAMS GOLF INC. SECURITIES | LITIGATION CLASS MEMBERS C/O BERGER & MONTAGUE, PC 1622 LOCUST STREET PHILADELPHIA PA 19103 |
| JOHN MORRASH | 3901 SHERWOOD LANE DOYLESTOWN PA 18901 |
| KELLER ROHRBACK L.L.P. | LYNN LINCOLN SARKO ELIZABETH A. LELAND JULI E. FARRIS 1201 THIRD AVENUE, SUITE 3200 SEATTLE WA 98101 |
| KENNETH F. SHOCKLEY | 205 EAST LAUREL RD STRATFORD NJ 08084 |
| LAW OFFICES OF DONALD B. LEWIS | DONALD B. LEWIS 5 CYNWYD ROAD BALA CYNWYD PA 19004 |
| PATRICIA CRAUSE | C/O BERGER MONTAGUE PC 1622 LOCUST STREET PHILADELPHIA PA 19103 |
| POTTER ANDERSON & CORROON, LLP | ATTN: JAMES E. JAMES HERCULES PLAZA SIXTH FLOOR 1313 N. MARKET STREET WILMINGTON DE 19801 |
| RICHARDS, LAYTON & FINGER, P.A. | ATTN: JEFFREY L. MOYER ONE RODNEY SQUARE 920 NORTH STREET WILMINGTON DE 19899 |
| ROSENTHAL, MONHAIT & GODDESS, P.A. | ATTN: CARMELLA P. KEENER 919 N. MARKET ST., SUITE 1401 P.O. BOX 1070 WILMINGTON DE 19801-1070 |
| SIMPSON THATCHER & BARTLETT LLP | ATTN: MICHAEL J. CHEPIGA PAUL C. GLUCKOW 425 LEXINGTON AVENUE NEW YORK NY 10017-3954 |
| TODD TONORE | 1024 PEBBLE BEACH MANSFIELD TX 76063 |

**Total Creditor Count 13**