**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------x

**FIFTH SUPPLEMENTAL AFFIDAVIT OF ROBERT JAY MOORE
IN CONNECTION WITH RETENTION AND EMPLOYMENT OF
MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP AS COUNSEL TO
OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

STATE OF CALIFORNIA    )
                                          )  SS.:
COUNTY OF LOS ANGELES  )

ROBERT JAY MOORE, being duly sworn, says:

1.    I submit this Fifth Supplemental Affidavit (the "Affidavit") on behalf of Milbank, Tweed, Hadley & M$^c$Cloy LLP ("Milbank") as a supplement to the Initial Affidavit sworn to on October 21, 2008, the First Supplemental Affidavit sworn to on November 13, 2008, the Second Supplemental Affidavit sworn to on January 30, 2009, the Third Supplemental Affidavit sworn to on May 29, 2009, and the Fourth Supplemental Affidavit sworn to on July 20, 2009 (collectively, the "Prior Affidavits")[1], pursuant to sections 328 and 1103(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code"), rules 2014 and 5002 of the Federal Rules of Bankruptcy Procedure, and rule 2014-1 of the Local Bankruptcy Rules for the Southern District of New York, in connection with Milbank's retention

---

[1]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Prior Affidavits or the Application Of Official Committee Of Unsecured Creditors Of Lehman Brothers Holdings Inc., et al., Under 11 U.S.C. § 1103 And Fed. R. Bankr. P. 2014 And 5002, For Order Authorizing Retention And Employment Of Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP As Counsel, Effective As Of September 17, 2008, dated October 21, 2008 (the "Application") (Docket No. 1165).

as counsel to the Official Committee of Unsecured Creditors (the "Creditors' Committee" or the "Committee") of Lehman Brothers Holdings Inc. and its affiliated debtors in possession (collectively, the "Debtors" and, together with their non-Debtor affiliates, "Lehman") in their chapter 11 cases (the "Chapter 11 Cases").

       2.       I am a partner in the Financial Restructuring Group of Milbank and a member of the Task Force[2] established to oversee the continuing process of identifying to the fullest extent possible all connections that Milbank, its attorneys, and its employees had in the past and presently have to the Debtors, Lehman, the Chapter 11 Cases, and the parties in interest in the Chapter 11 Cases and to gather the information required to complete this Affidavit. I have consulted with, and relied upon the input obtained from, the members of the Task Force, and I, or other members of the Task Force, have knowledge of all facts described herein.

       3.       Unless otherwise stated in this Affidavit, I have knowledge of the facts set forth herein and, if called as a witness, I would testify thereto.[3] In preparing this Affidavit, I used the Milbank Disclosure Procedures outlined in the Initial Affidavit and, among other things, applied those procedures to parties that have filed notices of appearance and pleadings in the Chapter 11 Cases, a list of parties generated by Milbank's frequent internal inquiries, and a list prepared by the Debtors' counsel and provided to Milbank.

### Milbank's Retention

       4.       The Court authorized Milbank's retention as counsel for the Committee in these Chapter 11 Cases pursuant to the Final Order Under 11 U.S.C. § 1103 And Fed. R. Bankr.

---

[2]    The current members of the Task Force are David S. Cohen, L. Douglas Harris, Robert J. Moore, David A. Stagliano, and Risa M. Rosenberg.

[3]    Certain of the disclosures set forth herein relate to matters not within my personal knowledge, but rather within the personal knowledge of other attorneys and employees at Milbank, and are based on information provided by them to the Task Force.

2

P. 2014 And 5002, Authorizing Retention And Employment Of Milbank, Tweed, Hadley & M$^c$Cloy LLP As Counsel To Official Committee Of Unsecured Creditors Of Lehman Brothers Holdings Inc., et al., Effective As Of September 17, 2008, entered on November 21, 2008 (Docket. No. 1654).

5.  In connection with its retention in these Chapter 11 Cases, Milbank has monitored, and will continue to monitor, its connections with the Debtors, their creditors, and other parties in interest, as well as their respective attorneys and accountants. As set forth in the Prior Affidavits, Milbank intends to continue to file supplemental affidavits regarding its retention as and if any additional relevant information comes to its attention.

**Milbank's Additional Connections with the Debtors and Parties in Interest**

6.  Based upon the information gathered by the Task Force using the Milbank Disclosure Procedures, to the best of my knowledge the following sets forth the connections, in addition to those disclosed in the Prior Affidavits, that Milbank, its attorneys, and its employees have with regard to the Debtors, their creditors, and other parties in interest in these Chapter 11 Cases as of the date of this Affidavit.

Connections with the Debtors, Counsel, etc.

7.  Except as set forth below and in the Prior Affidavits, to the best of my knowledge: (a) no Milbank attorney has been, within two years before the date of filing of the Debtors' petitions, a director, officer, or employee of any of the Debtors as specified in subparagraph (C) of section 101(14) of the Bankruptcy Code, and (b) the attorneys of Milbank (i) do not have any connection with the Debtors, the Debtors' creditors known to Milbank, or any other known party in interest, or their respective attorneys and accountants and (ii) consistent

3

with Bankruptcy Code section 1103(b), do not represent in connection with these Chapter 11 Cases any other entity having an adverse interest.

8. Except as set forth in this paragraph, and the related paragraphs in the Prior Affidavits, to the best of my knowledge, no attorney or employee of Milbank is related to counsel or accountants to the Debtors and other parties in interest or to the courts of the Southern District of New York. In addition to the matters set forth in the Prior Affidavits, certain Milbank attorneys have relatives, spouses, or domestic partners who are employed by the counsel to the Debtors or other parties in interest or by the courts of the Southern District of New York, as follows: a Milbank associate previously served as a law clerk for the Honorable Cathy Seibel, District Court Judge for the Southern District of New York; and a Milbank associate's wife is an associate at Fried Frank. Additionally, a Milbank associate previously worked as a paralegal in the Lehman Brothers Corporate Compliance Department. In each instance the applicable Milbank attorney and/or employee will not be assigned to any matters in these Chapter 11 Cases that involve such party, and has been advised in writing of, and directed to maintain, his or her duty of confidentiality with respect to client matters.

9. To the best of my knowledge, neither Milbank nor any attorney or employee at the firm is a creditor, an equity security holder, or an insider of the Debtors, except as described in the Application and Prior Affidavits.[4]

10. As described in the Application and Prior Affidavits, Milbank has agreed not to seek to collect from Lehman, subject to approval by the Bankruptcy Court of its retention as counsel to the Committee, any amount owing to Milbank by Lehman for accrued and unpaid

---

[4] As disclosed in the Initial Affidavit, as of the Petition Date certain attorneys and employees of Milbank held stock issued by LBHI; each such person has either donated such shares to charity, or sold such shares and donated the proceeds to charity, as proposed in the Initial Affidavit.

4

fees for services rendered or reimbursement for expenses incurred (whether or not billed) as of the Initial Petition Date. Without limiting the foregoing, Milbank reserves the right to seek payment directly from third parties who may be liable to pay such amounts with respect to the applicable transaction, but agrees that it shall not seek payment from any such third party to the extent that, to the knowledge of Milbank, such third party has a contractual right to seek reimbursement or indemnity from a Lehman Entity on account of a payment to Milbank. Milbank also reserves the right to retain financial advisors and other professionals retained by the Debtors in these Chapter 11 Cases on unrelated matters.

New Debtor Filings

11. The following new-Debtor filings were authorized since the date of the last Prior Affidavit: (i) on September 15, 2009, the Bankruptcy Court for the District of Delaware issued an order recognizing the proceeding with respect to SkyPower Corp. pending before the Ontario Superior Court of Justice (Commercial List) as a foreign main proceeding under chapter 15 of the Bankruptcy Code (Case No. 09-12914); (ii) on September 24, 2009, this Court issued an order recognizing the proceeding with respect to Lehman Re Ltd. pending before the Supreme Court of Bermuda as a foreign main proceeding under chapter 15 of the Bankruptcy Code (Case No. 09-14884); and (iii) on December 14, 2009, Merit, LLC filed a chapter 11 petition in this Court (Case No. 09-17331), and on December 16, 2009, the Court granted Merit, LLC's motion to jointly administer its chapter 11 case with the Debtors' Chapter 11 Cases. SkyPower Corp., Lehman Re Ltd., and Merit, LLC were searched in connection with this Affidavit, and, except as disclosed in Exhibit B hereto, no connections with Milbank were discovered.

5

<u>Connections with Creditors and Other Parties in Interest, Counterparties</u>

12.     Using information in the Database and by making specific inquiries of Milbank personnel, Milbank attorneys under the supervision of the Task Force verified that, except as set forth below and in the Prior Affidavits, Milbank does not represent in connection with these Chapter 11 Cases any entity known by Milbank to be a creditor of, or counterparty in a transaction with, the Debtors or other person or entity that has appeared as a creditor in these Chapter 11 Cases.

13.     Upon information and belief, Milbank represents certain former employees and/or members of their immediate family in preparing wills or other estate planning matters in such persons' individual capacities.

14.     Upon information and belief, in or around May 2009, an ad hoc group of Lehman creditors was formed, of which King Street Capital Management L.P. ("<u>King Street</u>") is a member.  Recently, Milbank was asked to advise a group of lenders, in which King Street is a member, on an unrelated financing under a syndicated credit facility.  The Milbank attorneys representing King Street with respect to that matter have not and will not be assigned to any matters in these Chapter 11 Cases involving King Street in its capacity as creditor in these Chapter 11 Cases.

15.     <u>Exhibit A</u> sets forth a list of entities that were searched in connection with this Affidavit (the "<u>Third Supplemental Potential Party List</u>"), and includes entities that have appeared as creditors or parties in interest in the Chapter 11 Cases since the Initial Petition Date and/or parties appearing on a list prepared by the Debtors' counsel and provided to Milbank. <u>Exhibit B</u> to this Affidavit sets forth a list of the current and former clients of Milbank that was

6

generated in connection with the Third Supplemental Potential Party List.[5] To the extent that the interests of the Creditors' Committee and a known Milbank client in an unrelated matter give rise to a conflict in respect of Lehman, Milbank either will procure a waiver from such client or the conflicts matter will be handled by Conflicts Counsel.  If any litigation arises between the Creditors' Committee and any of these clients in connection with the Chapter 11 Cases, the Creditors' Committee will be represented by Conflicts Counsel in such litigation.

[Remainder of Page Intentionally Left Blank]

---

[5]  To the extent parties in interest have already been searched and disclosed in connection with the Prior Affidavits and the Exhibits thereto and their relationships have not changed, such parties and there relationships are not included herein.

16. Milbank is carrying on further inquiries of its partners, counsel, and associates with respect to the matters contained herein and in the Prior Affidavits. As indicated above, Milbank will file supplemental declarations as and if any additional relevant information comes to its attention.

_____
ROBERT JAY MOORE

Sworn to before me this ___ day
of _____

_____

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**

State of California

County of _Los Angeles_ } ss.

On _12/23/09_, before me, _Bonita J. Paul, Notary Public_
                Date                    Name and Title of Officer (e.g., "Jane Doe, Notary Public")

personally appeared _Robert Jay Moore_,
                    Name(s) of Signer(s)

☑ personally known to me
☐ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_Bonita J. Paul_
Signature of Notary Public

[Notary Seal: BONITA J. PAUL, Commission # 1779251, Notary Public - California, Los Angeles County, My Comm. Expires Nov 10, 2011]

Place Notary Seal Above

――――――――― **OPTIONAL** ―――――――――

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**
Title or Type of Document: _Fifth Supp. Affidavit_

Document Date: _12/23/09_ _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer**
Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☑ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

© 1997 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402    Prod. No. 5907    Reorder: Call Toll-Free 1-800-876-6827

# EXHIBIT A

## Potential Parties In Interest

1. Advanced Micro Devices, Inc.
2. American Investor Life Insurance Company
3. Ana Fernanda Canales Gonzales
4. Aviva Life Insurance Company
5. Banco Espirito Santo
6. Banco Espirito Santo Investimento
7. Brozero Limited
8. CALP Merger L.P.
9. Capital Automotive L.P.
10. Castex Energy, Inc.
11. Centennial Puerto Rico Operations Corp.
12. Colorado Housing Finance Authority
13. Convexity Capital Master Fund L. P.
14. Corp Inc.
15. David Arrington Oil & Gas Barnett Shale IV, LLC
16. David Arrington Oil & Gas, Inc.
17. Delta Prefco Limited
18. Delta Topco Limited
19. DHS Holding Company
20. Encana Corp.
21. Encana Oil and Gas
22. FDR Holdings, Ltd.
23. First Wind Holdings, LLC
24. Firth Rixson Limited
25. Forgings International Holdings 1 Limited
26. Forgings International Holdings Limited
27. Forgings International Limited
28. FR Acquisition Corporation (Luxembourg) Sarl
29. FR Acquisition Corporation (US), Inc.
30. FR Acquisition Finance Subco (Luxembourg) Sarl
31. FR Acquisition Holding Corporation (Luxembourg) Sarl
32. FR Acquisition Subco (Luxembourg) Sarl
33. FSA Credit Protection Trust 283
34. General Helicopters International LLC
35. GMBH
36. Greenbrier Minerals Holdings, LLC
37. H21 Absolute Return Concepts SPC ARC-B07-20
38. H21 Absolute Return Portfolios SPC Class A
39. Hegemon Fund I, LLC
40. Hilcorp Energy I, L.P.
41. Hilcorp Exploration Venture 1 LLC
42. Humberto G. Merchland Lopez
43. Idaho Housing and Finance Association
44. Indianapolis Life Insurance Company (Inc)
45. ING Life Insurance & Annuity Company
46. ING USA Annuity & Life Insurance Company
47. Intel Corporation
48. Irish Life & Permanent PLC
49. Jazz Pharmaceuticals, Inc.
50. JFB Overseas Holdings Limited
51. JPI Commercial, LLC
52. King Street Capital Management L.P.
53. Latshaw Drilling & Exploration Company
54. Libby Wong
55. Life Investors Insurance Company of America
56. LLCA-2
57. Michigan State Housing Development Authority
58. Ministry of Finance Italy
59. Minrad International, Inc.
60. Monumental Life Insurance Company (INC)
61. Mountain Drilling LLC
62. Natsis

63. Nebraska Investment Finance Authority
64. Nebraska Investment Finance Authority
65. New York Life & Annuity Insurance Corporation
66. New York Life INS & Annuity Corp Private Placi
67. One Madison Investments (CAYCO) Limited
68. Orthovita, Inc.
69. Pacific Life & Annuity Co
70. Pacific Lifecorp
71. Pacific Summit Energy LLC
72. Pegasus International, Inc.
73. Principal Financial Services Inc.
74. Private Limited Company
75. Putnam (183 ISDA's)
76. Reliance Industries Limited
77. Reliastar Life Insurance Company
78. Reliastar Life Insurance Company of New York
79. Riversource Life Insurance Company of New York
80. RJO Investor Corp.
81. Rocio Gonzalez De Canales
82. Russell Implementation Services Inc.
83. Sampo Bank PLC
84. SCP Worldwide I L.P.
85. Security Life of Denver Insurance Company
86. Security Life of Denver Insurance Company Inc
87. Silver Point Capital, LP
88. Steven T. Mulligan
89. Sunamerica Life Insurance Company
90. Swedbank AB, New York Branch
91. The Horne Depot, Inc.
92. Transamerica Financial Life Insurance Co
93. Transamerica Occidental Life Insurance Co
94. United Corporate Federal Credit Union
95. Universal Ensco, Inc.
96. UP Acquisition Sub Inc.
97. Up Holdings Inc.
98. Varel International Ind., L.P.
99. Voss of Norway ASA
100. Zeeland Aluminium Company AG

## EXHIBIT B

## Connections To Potential Parties In Interest[1]

| Party In Interest | Relationship With Milbank[2] | Relationship With Debtors |
|---|---|---|
| Advanced Micro Devices, Inc. | Former client of Milbank attorney on unrelated matter | Potential party in interest |
| American Investor Life Insurance Company | Current client on unrelated matters | Potential party in interest |
| Aviva Life Insurance Company | Current client on unrelated matters | Potential party in interest |
| Banco Espirito Santo | Current client on unrelated matters | Potential party in interest |
| Encana Oil and Gas | Former client of Milbank attorney on unrelated matter | Potential party in interest |
| Indianapolis Life Insurance Company (Inc) | Current client on unrelated matters | Potential party in interest |
| ING Life Insurance & Annuity Company | Current client on unrelated matters | Potential party in interest |
| ING USA Life Insurance & Annuity Company | Current client on unrelated matters | Potential party in interest |
| Intel Corporation | Former client on unrelated matters | Potential party in interest |
| King Street Capital Management L.P. | Current client on unrelated matter | Potential party in interest |
| Life Investors Insurance Company of America | Current client on unrelated matters | Potential party in interest |
| Monumental Life Insurance Company (INC) | Former client on unrelated matters | Potential party in interest |
| New York Life & Annuity Insurance Corporation | Former client on unrelated matters | Potential party in interest |
| New York Life INS & Annuity Corp Private Placi | Affiliate of former client of Milbank attorney on unrelated matter | Potential party in interest |
| One Madison Investments (CAYCO) Limited | Current client on unrelated matter | Potential party in interest |

---

[1] To the extent parties in interest have already been searched and disclosed in connection with the Prior Affidavits and the Exhibits thereto and their relationships have not changed, such parties and there relationships are not included herein.

[2] A "current client" is an entity for which there are, as of the Petition Date, active matters on which Milbank is engaged; a "former client" is an entity for which there were no active matters as of the Petition Date, but there may in the future be active matters; and a "former client of Milbank attorney" is an entity that was a client of a Milbank attorney prior to such attorney's employment by Milbank.

2

| **Party In Interest** | **Relationship With Milbank[2]** | **Relationship With Debtors** |
|---|---|---|
| Pacific Life & Annuity Co | Current client on unrelated matters | Potential party in interest |
| Reliastar Life Insurance Company | Former client on unrelated matters | Potential party in interest |
| Reliastar Life Insurance Company of New York | Former client on unrelated matters | Potential party in interest |
| Riversource Life Insurance Company of New York | Affiliate of former client on unrelated matters | Potential party in interest |
| Security Life of Denver Insurance Company | Current client on unrelated matters | Potential party in interest |
| Silver Point Capital, LP | Current client on unrelated matters | Potential party in interest |
| Skypower Corporation | Former client on unrelated matters | New Debtor |
| Sunamerica Life Insurance Company | Current client on unrelated matter | Potential party in interest |
| Swedbank AB, New York Branch | Current client on unrelated matter | Potential party in interest |
| Transamerica Financial Life Insurance Co | Former client on unrelated matters | Potential party in interest |
| Transamerica Occidental Life Insurance Co | Former client on unrelated matters | Potential party in interest |