Hearing Date: January 21, 2010, at 2:00 p.m. (Prevailing Eastern Time)

FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1450
Sacramento, CA 95814-4434
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
E-mail: sfelderstein@ffwplaw.com
Steven H. Felderstein, Esq.
Holly A. Estioko, Esq.

Attorneys for Creditor California Public
Employees' Retirement System

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re**<br><br>**LEHMAN BROTHERS HOLDINGS, INC., et al.,**<br><br>              **Debtors.** | **Case No. 08-13555 (JMP)**<br>**Chapter 11**<br><br>**(Jointly Administered)** |

**PROOF OF SERVICE**

I, Lori N. McCleerey, declare:

I am a resident of the State of California and over the age of eighteen years, and not a

party to the within action; my business address is 400 Capitol Mall, Suite 1450, Sacramento,

California, 95814-4434. On December 23, 2009, I served the within documents:

**REPLY TO DEBTORS' OBJECTION TO THE MOTION OF CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM FOR AN ORDER PURSUANT TO 11 U.S.C. §§362 AND 553 FOR RELIEF FROM THE AUTOMATIC STAY TO EFFECT SETOFF**

| ☑ | by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Sacramento, California, addressed as set forth below: |
|---|---|

-1-

| | |
|---|---|
| Chambers of the Honorable James M. Peck<br>One Bowling Green, Courtroom 601<br>New York, NY 10004 | Jones Day<br>Attn: J. Tambe, A. Sisitsky, S. Lieber, and B. Rosenblum<br>222 East 41st Street<br>New York, NY 10017<br>    Attorneys for the Debtor |
| Weil Gotshal & Manges LLP<br>Attn: R. Krasnow, L. Fife, S. Waisman, and J. Marcus<br>767 Fifth Avenue<br>New York, NY 10153<br>    Attorneys for the debtor | Office of the United States Trustee for the Southern District of New York<br>Attn: A. Velez-Rivera, P. Schwartzberg, B. Masumoto, L. Riffkin, and T. Davis<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 |
| Millbank Tweed Hadley & McCloy LLP<br>Attn: D. Dunne, D. O'Donnell and E. Fleck<br>One Chase Manhattan Plaza<br>New York, NY 10005<br>    Attorneys for the Official Committee of Unsecured Creditors | Quinn Emanuel Urquhart Oliver & Hedges LLP<br>Attn: Susheel Kirpalani<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>    Attorneys for the Official Committee of Unsecured Creditors |
| Cleary Gotliebb LLP<br>Attn: L. Granfield and L. Schweiger<br>One Liberty Plaza<br>New York, NY 10006<br>    Attorneys for the Debtors' postpetition lenders | Sullivan & Cromwell LLP<br>Attn: R. Lacy and H. Feldstein<br>125 Broad Street<br>New York, NY 10004<br>    Attorneys for the Debtors' postpetition lenders |

    I am employed in the office of a member of the bar of this court at whose direction the service was made.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on December 23, 2009, at Sacramento, California.

                                       */s/ Lori N. McCleerey*
                                        Lori N. McCleerey