## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC | Case No. 08-13555 (JMP) Jointly Administered |
| **Lehman Brothers Special Financing, Inc** | **Case No. 08-13888** |
| ("the Debtors") | **Claim No.: 29369** |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(2) FOR FILED CREDITOR, INSTITUTIONAL BENCHMARKS SERIES (MASTER FEEDER) LIMITED, A BERMUDA LIMITED LIABILITY SEGREGATED ACCOUNTS EXEMPTED MUTUAL FUND COMPANY, ACTING SOLELY IN RESPECT OF THE CENTAUR SEGREGATED ACCOUNT, IN THE AMOUNT OF $67,708.00, TO C.V.I G.V.F. (LUX) MASTER S.A.R.L.

**To Transferor:**     Institutional Benchmarks Series (Master Feeder) Limited, a Bermuda limited liability segregated accounts exempted mutual fund company, acting solely in respect of the Centaur segregated account
c/o Credit Agricole Structured Asset Management Advisers LLC
1301 Avenue of Americas, 38th Floor
New York, NY  10019

PLEASE TAKE NOTICE that the transfer of $67,708.00 of the above-captioned  general unsecured claim has been transferred to:

**Transferee:**     C.V.I G.V.F. (Lux) Master S.a.r.l.
c/o CarVal Investors UK Limited
Knowle Hill Park
Farimile Lane
Cobham
Surrey KT11 2PD
United Kingdom

The evidence of transfer of claim is attached hereto.  A copy of the Proof of Claim and a copy of the Claims Agent website listing the claim are attached.

If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

---

*(FOR CLERK'S OFFICE USE ONLY):*
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2009.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

_____
Deputy Clerk

**EXHIBIT A TO**
**ASSIGNMENT OF CLAIMS**

**EVIDENCE OF TRANSFER OF CLAIM**

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Institutional Benchmarks Series (Master Feeder) Limited, a Bermuda limited liability segregated accounts exempted mutual fund company, acting solely in respect of the Centaur segregated account ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to C.V.I.G.V.F. (LUX) Master S.a.r.l., a société á responsabilité limitée incorporated pursuant to the laws of Luxembourg, with offices at 11-13 Boulevard De La Foire, L-1528, Luxembourg ("Assignee"), all of Assignor's right, title, interest, claims and causes of action in and to, or arising under or in connection with Assignor's claims set forth in Proof of Claim Number 29369 in an amount of not less than $67,708.00 (the "Claim"), against Lehman Brothers Special Financing, Inc. (the "Debtor"), the debtor-in-possession in Case No. 08-13888 (jointly administered under Case No. 08-13555) (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et. seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and any and all other proofs of claim filed by Assignor with the Bankruptcy Court in respect of the Assigned Claim.

Assignor hereby waives any objection to the transfer of its ownership interest in and to the Claim assigned to Assignee (the "Assigned Claim") on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim for all purposes, including, without limitation, voting and distribution purposes. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on December 17, 2009.

By: _____

Name of person signing: Laurent Guillet

Title of person signing: Authorized Signatory

United States Bankruptcy Court/Southern District of New York
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# PROOF OF CLAIM

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000029369

| In Re: Lehman Brothers Holdings Inc., et al. Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|
| Name of Debtor Against Which Claim is Held **Lehman Brothers Special Financing Inc.** | Case No. of Debtor **08-13888** |

NOTE: This form should not be used to make a claim for an administrative expense arising *after* the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Institutional Benchmarks Series (Master Feeder) Limited, a Bermuda limited liability segregated accounts exempted mutual fund company, acting solely in respect of the Centaur segregated account
c/o Crédit Agricole Structured Asset Management Advisers LLC
1301 Avenue of the Americas, 38th floor
New York, NY 10019
Attention: Daniel J. Rayman
Telephone number:   (212) 603-5014
Email Address: Daniel.rayman@us.casam.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim
Number: _____
   *(If known)*

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:              Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1.   **Amount of Claim as of Date Case Filed:** $   67,708 (plus accrued and unpaid interest from the Early Termination Date until the payment of such amount)
If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
X   Check this box if all or part of your claim is based on a Derivative Contract.*
☐   Check this box if all or part of your claim is based on a Guarantee.*
***IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.***
☐   Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is based on a Derivative Contract or Guarantee.

2.   **Basis for Claim:**   ISDA with Debtor   (see attached)
   (See instruction #2 on reverse side.)
3.   Last four digits of any number by which creditor identifies debtor: _____
   **3a.** Debtor may have scheduled account as: _____
         (See instruction #3a on reverse side.)
4.   **Secured Claim (See instruction #4 on reverse side.)**
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
   Nature of property or right of setoff:  ☐ Real Estate      ☐ Motor Vehicle      ☐ Other
   Describe: _____
   Value of Property: $_____ Annual Interest Rate _____%
   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $_____ Basis for perfection: _____
   Amount of Secured Claim: $_____ Amount Unsecured: $_____

5.   **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

   **Amount entitled to priority:**

   $_____

6.   Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $_____
   (See instruction #6 on reverse side.)

7.   **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8.   **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. *(See definition of "redacted" on reverse side.)* If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

FOR COURT USE ONLY
**FILED / RECEIVED**
SEP 2 2 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

- Epiq Directory
- Contact Us
- Forms
- BSI

# Epiq Systems, Inc.

**646 282 2400**

Client Home                    Filed Claims & Schedules        Key Documents        Docket                    Change Client

## Lehman Brothers Holdings Inc. (Chapter 11)

### Filed Claims and Schedules

| | | |
|---|---|---|
| Claim #  29369 | Name Starts With | Debtor |
| Schedule # | Total Claim Value   Equals | Scope  Claims and Schedules |
| | Claim Date Range | to |
| Order By  Creditor Name | | Results Per Page  10 |

Search    Clear

◀ Page 1 of 1 ▶                                    Page      Go

| | Claim # | Schedule # | Creditor Name | Date | Total Claim Value | |
|---|---|---|---|---|---|---|
| − | 29369 | | INSTITUTIONAL BENCHMARKS SERIES (MASTER ACTING SOLEY IN RESPECT OF THE CENTAUR S C/O CREDIT AGRICOLE STRUCTURED ASSET MAN ATTN: DANIEL J. RAYMAN NEW YORK, NY 10019<br><br>Debtor: LEHMAN BROTHERS SPECIAL FINANCING INC. | 9/22/2009 | Claim Unsecured Amount:              $67,708.00<br>                                            $67,708.00<br><br>Remarks: CLAIMED PARTIALLY UNLIQUIDATED | Image |

Claims 1-1 of 1

Epiq Bankruptcy Solutions, LLC ("Epiq") maintains this website for the public's convenience. While Epiq makes every attempt to assure the accuracy of the information contained herein, this website is not the website of the United States Bankruptcy Court and does not contain the complete, official record of the Bankruptcy Court. All documents filed with the Bankruptcy Court are available for inspection at the office of the Clerk of the Bankruptcy Court during its normal business hours or online on the Bankruptcy Court's website. Use of this website is also subject to our terms of use and end user license agreement. Please review our privacy statement for additional information regarding the data maintained on this website.

© 2009 Epiq Systems, Inc. All Rights Reserved.

- Home
- Contact
- Subscribe
- Site Map
- Disclaimer
- Terms of Use
- Privacy Statement
- Safe Harbor