Dennis F. Dunne
Dennis C. O'Donnell
Evan R. Fleck
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000

Counsel for Official Committee of Unsecured Creditors
of Lehman Brothers Holdings Inc., et al.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                              :
In re:                                        :        Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,  :        08-13555 (JMP)
                                              :
                      Debtors.                :        (Jointly Administered)
                                              :
------------------------------------------------------------ x

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK      )
                       ) SS.:
COUNTY OF NEW YORK   )

RENA K. CERON, being duly sworn, deposes and says:

I am a resident of the United States, over the age of eighteen years, and am
not a party to or interested in the above-captioned cases.  I am employed by the law firm
of Milbank, Tweed, Hadley & McCloy LLP, Counsel for Official Committee of
Unsecured Creditors of Lehman Brothers Holdings Inc., et al. in the above-captioned
case.

On the 18th of December, 2009, I caused a copy of the following document:

STATEMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS
IN SUPPORT OF STIPULATION AND AGREED ORDER RESOLVING
DISPUTES BY AND AMONG GE CORPORATE FINANCIAL SERVICES,
INC., GENERAL ELECTRIC CAPITAL CORPORATION, FUSION FUNDING
LIMITED, FUSION FUNDING LUXEMBOURG, S.A.R.L., VENTOUX
FUNDING LIMITED, LEHMAN COMMERCIAL PAPER INC. AND

LEHMAN COMMERCIAL PAPER INC.- U.K. BRANCH RELATED TO
OPEN TRADE CONFIRMATIONS AND OTHER MATTERS,

to be served upon the parties identified on Exhibit <u>A</u> attached hereto by electronic mail,
to be served upon the parties listed on Exhibit <u>B</u> attached hereto by facsimile, and to be
served upon the parties listed on Exhibit <u>C</u> attached hereto by United States Postal
Service for delivery by first class mail.


  /s/ Rena K. Ceron
RENA K. CERON


SWORN TO AND SUBSCRIBED before
me this 23rd day of December, 2009



  /s/ Charmaine Thomas
Charmaine Thomas
Notary Public, State of New York
No. 01TH6151374
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 18, 2010

### Exhibit A

Richard.Krasnow@weil.com; Lori.Fife@weil.com; Shai.Waisman@weil.com;
Jacqueline.Marcus@weil.com; sreisman@curtis.com; lharrison@curtis.com;
ceilbott@curtis.com; asteinberg@kslaw.com; aaaronson@dilworthlaw.com;
aalfonso@kayescholer.com; abraunstein@riemerlaw.com; acaton@kramerlevin.com;
acker@chapman.com; adarwin@nixonpeabody.com; adg@adorno.com;
Adiamond@DiamondMcCarthy.com; aeckstein@blankrome.com; aentwistle@entwistle-
law.com; afriedman@irell.com; agbanknewyork@ag.tn.gov; aglenn@kasowitz.com;
agold@herrick.com; agolianopoulos@mayerbrown.com; ahammer@freebornpeters.com;
aisenberg@saul.com; akantesaria@oppenheimerfunds.com; akihiko_yagyuu@chuomitsui.jp;
alex.torres@infospace.com; amarder@msek.com; AMcMullen@BoultCummings.com;
amenard@tishmanspeyer.com; Andrew.Brozman@cliffordchance.com;
andrew.lourie@kobrekim.com; angelich.george@arentfox.com; ann.reynaud@shell.com;
anthony_boccanfuso@aporter.com; aoberry@bermanesq.com; apo@stevenslee.com;
aquale@sidley.com; araboy@cov.com; arahl@reedsmith.com; arheaume@riemerlaw.com;
arlbank@pbfcm.com; arosenblatt@chadbourne.com; arthur.rosenberg@hklaw.com;
arwolf@wlrk.com; aseuffert@lawpost-nyc.com; ashmead@sewkis.com; asnow@ssbb.com;
atrehan@mayerbrown.com; aunger@sidley.com; austin.bankruptcy@publicans.com;
avenes@whitecase.com; avi.gesser@dpw.com; awasserman@lockelord.com;
azylberberg@whitecase.com; bankr@zuckerman.com; bankruptcy@goodwin.com;
bankruptcy@morrisoncohen.com; bankruptcymatters@us.nomura.com;
barbra.parlin@hklaw.com; bbisignani@postschell.com; bdk@schlamstone.com;
bguiney@pbwt.com; bhinerfeld@sbtklaw.com; bill.freeman@pillsburylaw.com;
bmanne@tuckerlaw.com; BMiller@mofo.com; boneill@kramerlevin.com;
bpershkow@profunds.com; Brian.Corey@greentreecreditsolutions.com; bromano@willkie.com;
broy@rltlawfirm.com; bspector@jsslaw.com; btrust@mayerbrown.com; btupi@tuckerlaw.com;
bturk@tishmanspeyer.com; bwolfe@sheppardmullin.com; bzabarauskas@crowell.com;
cahn@clm.com; canelas@pursuitpartners.com; carlin@thshlaw.com;
carol.weinerlevy@bingham.com; cbelisle@wfw.com; cbelmonte@ssbb.com; cbrotstein@bm.net;
cgoldstein@stcwlaw.com; chammerman@paulweiss.com; charles@filardi-law.com;
charles_malloy@aporter.com; chipford@parkerpoe.com; chris.donoho@lovells.com;
clynch@reedsmith.com; cmontgomery@salans.com; CMTB_LC11@chuomitsui.jp;
cohenr@sewkis.com; cp@stevenslee.com; cpappas@dilworthlaw.com;
crmomjian@attorneygeneral.gov; crogers@orrick.com; cs@stevenslee.com;
cschreiber@winston.com; cshore@whitecase.com; cshulman@sheppardmullin.com;
ctatelbaum@adorno.com; cward@polsinelli.com; cweber@ebg-law.com;
cweiss@ingramllp.com; dallas.bankruptcy@publicans.com; daniel.guyder@allenovery.com;
danna.drori@usdoj.gov; david.bennett@tklaw.com; david.crichlow@pillsburylaw.com;
david.heller@lw.com; davids@blbglaw.com; davidwheeler@mvalaw.com; dbalog@intersil.com;
dbarber@bsblawyers.com; dbaumstein@whitecase.com; dbesikof@loeb.com; dcimo@gjb-
law.com; dckaufman@hhlaw.com; dcoffino@cov.com; dcrapo@gibbonslaw.com;
ddavis@paulweiss.com; ddrebsky@nixonpeabody.com; deborah.saltzman@dlapiper.com;
deggermann@kramerlevin.com; deggert@freebornpeters.com; demetra.liggins@tklaw.com;
deryck.palmer@cwt.com; dfelder@orrick.com; dflanigan@polsinelli.com;
dfriedman@kasowitz.com; dgrimes@reedsmith.com; dhayes@mcguirewoods.com;
dheffer@foley.com; diconzam@gtlaw.com; dirk.roberts@ots.treas.gov; dkleiner@velaw.com;
dkozusko@willkie.com; dladdin@agg.com; dlemay@chadbourne.com;
dlipke@vedderprice.com; dludman@brownconnery.com; dmcguire@winston.com;
dmurray@jenner.com; dneier@winston.com; douglas.bacon@lw.com; douglas.mcgill@dbr.com;
dove.michelle@dorsey.com; DPiazza@HodgsonRuss.com; dravin@wolffsamson.com;

drose@pryorcashman.com; drosenzweig@fulbright.com; drosner@goulstonstorrs.com;
drosner@kasowitz.com; dshemano@pwkllp.com; dtatge@ebglaw.com; dwdykhouse@pbwt.com;
dwildes@stroock.com; dworkman@bakerlaw.com; easmith@venable.com;
echang@steinlubin.com; ecohen@russell.com; efile@willaw.com;
efriedman@friedumspring.com; egeekie@schiffhardin.com; eglas@mccarter.com;
ehollander@whitecase.com; ekbergc@lanepowell.com; eli.mattioli@klgates.com;
elizabeth.harris@klgates.com; ellen.halstead@cwt.com; eobrien@sbchlaw.com;
eric.johnson@hro.com; eschaffer@reedsmith.com; eschwartz@contrariancapital.com;
esmith@dl.com; ezavalkoff-babej@vedderprice.com; ezujkowski@emmetmarvin.com;
ezweig@optonline.net; fbp@ppgms.com; fdellamore@jaspanllp.com; feldsteinh@sullcrom.com;
ffm@bostonbusinesslaw.com; fhyman@mayerbrown.com; fishere@butzel.com;
francois.janson@hklaw.com; frank.white@agg.com; fred.berg@rvblaw.com;
fsosnick@shearman.com; fyates@sonnenschein.com; gabriel.delvirginia@verizon.net;
GGraber@HodgsonRuss.com; giaimo.christopher@arentfox.com; giddens@hugheshubbard.com;
gkaden@goulstonstorrs.com; glenn.siegel@dechert.com; gmoss@riemerlaw.com;
gravert@mwe.com; gschiller@zeislaw.com; gspilsbury@jsslaw.com; guzzi@whitecase.com;
harrisjm@michigan.gov; harveystrickon@paulhastings.com; heim.steve@dorsey.com;
heiser@chapman.com; hirsch.robert@arentfox.com; hollace.cohen@troutmansanders.com;
holsen@stroock.com; howard.hawkins@cwt.com; hseife@chadbourne.com;
hsnovikoff@wlrk.com; hweg@pwkllp.com; ian.levy@kobrekim.com; icatto@kirkland.com;
igoldstein@dl.com; ilevee@lowenstein.com; info2@normandyhill.com; ira.herman@tklaw.com;
isgreene@hhlaw.com; israel.dahan@cwt.com; iva.uroic@dechert.com; jacobsonn@sec.gov;
jafeltman@wlrk.com; james.mcclammy@dpw.com; jamestecce@quinnemanuel.com;
jar@outtengolden.com; jason.jurgens@cwt.com; jay.hurst@oag.state.tx.us;
jay@kleinsolomon.com; Jbecker@wilmingtontrust.com; jbeemer@entwistle-law.com;
jbird@polsinelli.com; jbromley@cgsh.com; jcarberry@cl-law.com; jchristian@tobinlaw.com;
Jdrucker@coleschotz.com; jdyas@halperinlaw.net; jeff.wittig@coair.com;
jeffrey.sabin@bingham.com; jeldredge@velaw.com; jennifer.demarco@cliffordchance.com;
jennifer.gore@shell.com; jeremy.eiden@state.mn.us; jessica.fink@cwt.com;
jfalgowski@reedsmith.com; jfinerty@pfeiferlaw.com; jflaxer@golenbock.com;
jfox@joefoxlaw.com; jfreeberg@wfw.com; jg5786@att.com; jgarrity@shearman.com;
jgenovese@gjb-law.com; jgutmanmann@sonnenschein.com; jguy@orrick.com;
jherzog@gklaw.com; jhiggins@fdlaw.com; jhorgan@phxa.com;
jhuggett@margolisedelstein.com; jhuh@ffwplaw.com; jim@atkinslawfirm.com;
jjureller@klestadt.com; jkehoe@sbtklaw.com; jlamar@maynardcooper.com; jlawlor@wmd-
law.com; jlee@foley.com; jlevitin@cahill.com; jlipson@crockerkuno.com; jliu@dl.com;
jlovi@steptoe.com; jlscott@reedsmith.com; jmaddock@mcguirewoods.com;
jmazermarino@msek.com; jmcginley@wilmingtontrust.com; jmelko@gardere.com;
jmerva@fult.com; jmr@msf-law.com; john.mcnicholas@dlapiper.com;
john.monaghan@hklaw.com; john.rapisardi@cwt.com; joli@crlpc.com;
jorbach@hahnhessen.com; Joseph.Cordaro@usdoj.gov; joseph.scordato@dkib.com;
joshua.dorchak@bingham.com; jowen769@yahoo.com; JPintarelli@mofo.com;
jpintarelli@mofo.com; jporter@entwistle-law.com; jprol@lowenstein.com;
jrabinowitz@rltlawfirm.com; jrsmith@hunton.com; jschwartz@hahnhessen.com;
jsheerin@mcguirewoods.com; jshickich@riddellwilliams.com; jsmairo@pbnlaw.com;
jtimko@allenmatkins.com; jtougas@mayerbrown.com; judy.morse@crowedunlevy.com;
jwallack@goulstonstorrs.com; jwang@sipc.org; jweiss@gibsondunn.com; jwest@velaw.com;
jwh@njlawfirm.com; jwhitman@entwistle-law.com; jwishnew@mofo.com;
k4.nomura@aozorabank.co.jp; kaf@msf-law.com; karen.wagner@dpw.com;
karol.denniston@dlapiper.com; KDWBankruptcyDepartment@kelleydrye.com;
keckhardt@hunton.com; keith.simon@lw.com; Ken.Coleman@allenovery.com;

ken.higman@hp.com; kgwynne@reedsmith.com; kiplok@hugheshubbard.com;
kkelly@ebglaw.com; Klippman@munsch.com; klyman@irell.com; kmayer@mccarter.com;
kobak@hugheshubbard.com; korr@orrick.com; KOstad@mofo.com; kovskyd@pepperlaw.com;
kpiper@steptoe.com; kressk@pepperlaw.com; KReynolds@mklawnyc.com;
kristin.going@dbr.com; krosen@lowenstein.com; krubin@ozcap.com; kstahl@whitecase.com;
kurt.mayr@bgllp.com; lacyr@sullcrom.com; Landon@StreusandLandon.com;
lawallf@pepperlaw.com; lberkoff@moritthock.com; Lee.Stremba@troutmansanders.com;
lgranfield@cgsh.com; lhandelsman@stroock.com; linda.boyle@twtelecom.com;
lisa.kraidin@allenovery.com; LJKotler@duanemorris.com; lmarinuzzi@mofo.com;
Lmay@coleschotz.com; lmcgowen@orrick.com; lml@ppgms.com; lnashelsky@mofo.com;
loizides@loizides.com; lromansic@steptoe.com; lscarcella@farrellfritz.com;
lschweitzer@cgsh.com; lthompson@whitecase.com; lubell@hugheshubbard.com;
lwhidden@salans.com; lwong@pfeiferlaw.com; mabrams@willkie.com;
macronin@debevoise.com; MAOFILING@CGSH.COM; Marc.Chait@standardchartered.com;
margolin@hugheshubbard.com; Marianne.Mortimer@friedfrank.com;
mark.deveno@bingham.com; mark.ellenberg@cwt.com; mark.houle@pillsburylaw.com;
mark.sherrill@sutherland.com; martin.davis@ots.treas.gov; Marvin.Clements@ag.tn.gov;
masaki_konishi@noandt.com; matthew.dyer@prommis.com; matthew.klepper@dlapiper.com;
matthew.morris@lovells.com; mbenner@tishmanspeyer.com; mberman@nixonpeabody.com;
mbienenstock@dl.com; mbossi@thompsoncoburn.com; mcademartori@sheppardmullin.com;
mcordone@stradley.com; mcto@debevoise.com; mdorval@stradley.com;
meltzere@pepperlaw.com; metkin@lowenstein.com; mgordon@briggs.com;
mgreger@allenmatkins.com; mhopkins@cov.com; michael.kim@kobrekim.com;
mimi.m.wong@irscounsel.treas.gov.; mitchell.ayer@tklaw.com; mjacobs@pryorcashman.com;
mjedelman@vedderprice.com; MJR1@westchestergov.com; mkjaer@winston.com;
mlahaie@akingump.com; MLandman@lcbf.com; mmendez@hunton.com;
mmickey@mayerbrown.com; mmooney@deilylawfirm.com; mmorreale@us.mufg.jp;
mmurphy@co.sanmateo.ca.us; mneier@ibolaw.com; monica.lawless@brookfieldproperties.com;
mpage@kelleydrye.com; mpfeifer@pfeiferlaw.com; mpucillo@bermanesq.com;
mrosenthal@gibsondunn.com; mruetzel@whitecase.com; mschimel@sju.edu;
MSchleich@fraserstryker.com; mshiner@tuckerlaw.com; mspeiser@stroock.com;
mstamer@akingump.com; mvenditto@reedsmith.com; mwarren@mtb.com;
Nasreen.Bulos@dubaiic.com; ncoco@mwe.com; neal.mann@oag.state.ny.us;
ned.schodek@shearman.com; newyork@sec.gov; nfurman@scottwoodcapital.com;
Nherman@morganlewis.com; nissay_10259-0154@mhmjapan.com; nlepore@schnader.com;
notice@bkcylaw.com; oipress@travelers.com; omeca.nedd@lovells.com;
patrick.potter@pillsburylaw.com; paul.turner@sutherland.com; pbattista@gjb-law.com;
pbosswick@ssbb.com; pdublin@akingump.com; peisenberg@lockelord.com;
peter.gilhuly@lw.com; peter.simmons@friedfrank.com; peter@bankrupt.com;
pfeldman@oshr.com; phayden@mcguirewoods.com; pmaxcy@sonnenschein.com;
pnichols@whitecase.com; ppascuzzi@ffwplaw.com; ppatterson@stradley.com;
pquinn@orrick.com; psp@njlawfirm.com; ptrostle@jenner.com; pwirt@ftportfolios.com;
pwright@dl.com; r.stahl@stahlzelloe.com; raj.madan@bingham.com; ramona.neal@hp.com;
ranjit.mather@bnymellon.com; rbeacher@daypitney.com; rbernard@bakerlaw.com;
rbyman@jenner.com; rchoi@kayescholer.com; rdaversa@orrick.com; relgidely@gjb-law.com;
rfleischer@pryorcashman.com; rfrankel@orrick.com; rfriedman@silvermanacampora.com;
rgmason@wlrk.com; rgraham@whitecase.com; rhett.campbell@tklaw.com;
richard.lear@hklaw.com; richard.levy@lw.com; ritkin@steptoe.com;
RJones@BoultCummings.com; RLevin@cravath.com; rmatzat@hahnhessen.com;
rmunsch@munsch.com; rnetzer@willkie.com; rnies@wolffsamson.com; rnorton@hunton.com;
robert.bailey@bnymellon.com; robert.dombroff@bingham.com; robert.henoch@kobrekim.com;

robert.malone@dbr.com; Robert.yalen@usdoj.gov; robertdakis@quinnemanuel.com;
Robin.Keller@Lovells.com; ronald.silverman@bingham.com; rreid@sheppardmullin.com;
rroupinian@outtengolden.com; rterenzi@stcwlaw.com; RTrust@cravath.com;
rwasserman@cftc.gov; rwyron@orrick.com; s.minehan@aozorabank.co.jp;
sabin.willett@bingham.com; sabramowitz@velaw.com; sagolden@hhlaw.com;
Sally.Henry@skadden.com; sandyscafaria@eaton.com; Sara.Tapinekis@cliffordchance.com;
sbernstein@hunton.com; schannej@pepperlaw.com; schapman@willkie.com;
Schepis@pursuitpartners.com; schnabel.eric@dorsey.com; schristianson@buchalter.com;
scottshelley@quinnemanuel.com; scousins@armstrongteasdale.com; sdnyecf@dor.mo.gov;
sean@blbglaw.com; sehlers@armstrongteasdale.com; sfelderstein@ffwplaw.com;
sfineman@lchb.com; sfox@mcguirewoods.com; sgordon@cahill.com; sgubner@ebg-law.com;
sharbeck@sipc.org; shari.leventhal@ny.frb.org; sheehan@txschoollaw.com;
shgross5@yahoo.com; shumaker@pursuitpartners.com; shumaker@pursuitpartners.com;
sidorsky@butzel.com; slerner@ssd.com; SLoden@DiamondMcCarthy.com;
smayerson@ssd.com; smillman@stroock.com; smulligan@bsblawyers.com;
snewman@katskykorins.com; sory@fdlaw.com; spiotto@chapman.com;
splatzer@platzerlaw.com; SRee@lcbf.com; sselbst@herrick.com; sshimshak@paulweiss.com;
steele@lowenstein.com; stephanie.wickouski@dbr.com; steve.ginther@dor.mo.gov;
steven.perlstein@kobrekim.com; steven.wilamowsky@bingham.com;
Streusand@StreusandLandon.com; susan.schultz@newedgegroup.com;
susheelkirpalani@quinnemanuel.com; swolowitz@mayerbrown.com; szuch@wiggin.com;
tannweiler@greerherz.com; tarbit@cftc.gov; tbrock@ssbb.com; tduffy@andersonkill.com;
TGoren@mofo.com; thomas.califano@dlapiper.com; Thomas_Noguerola@calpers.ca.gov;
thomaskent@paulhastings.com; timothy.brink@dlapiper.com; timothy.palmer@bipc.com;
tjfreedman@pbnlaw.com; tkarcher@dl.com; tkiriakos@mayerbrown.com;
tlauria@whitecase.com; tmacwright@whitecase.com; tmayer@kramerlevin.com;
tnixon@gklaw.com; toby.r.rosenberg@irscounsel.treas.gov; tslome@msek.com;
ttracy@crockerkuno.com; twatanabe@mofo.com; twheeler@lowenstein.com;
ukreppel@whitecase.com; vdagostino@lowenstein.com; Villa@StreusandLandon.com;
vmilione@nixonpeabody.com; vrubinstein@loeb.com; wanda.goodloe@cbre.com;
WBallaine@lcbf.com; wbenzija@halperinlaw.net; wcurchack@loeb.com;
wendy.rosenthal@cliffordchance.com; william.m.goldman@dlapiper.com;
wiltenburg@hugheshubbard.com; wisotska@pepperlaw.com; woconnor@crowell.com;
wsilverm@oshr.com; wswearingen@llf-law.com; wtaylor@mccarter.com;
wzoberman@bermanesq.com; yamashiro@sumitomotrust.co.jp;
robertdakis@quinnemanuel.com; lynne.gugenheim@cna.com; Karla.Lammers@cna.com

## Exhibit B

Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.
OFFICE OF THE UNITED STATES TRUSTEE
Fax:  (212) 668-2256

INTERNAL REVENUE SERVICE
Fax:  (212) 436-1931

Carlos Farjallah
VENTOUX FUNDING LIMITED
  c/o MAPLES FINANCE LIMITED
Fax:  (345) 945-7100

David Saigne[*]
FUSION FUNDING LUXEMBOURG, S.A.
c/o CITCO C&T (LUXEMBOURG) S.A.
Fax:  (011) 352-270-012-205

---

[*] Fax was attempted several times on December 18, 2009.  Fax was successfully sent on December 21, 2009.

**Exhibit C**

Office of the United States Trustee
for the Southern District of New York
 33 Whitehall Street, 21st Floor, New York, NY 10004
Attn: Andy Velez-Rivera, Esq.
    Paul Schwartzberg, Esq.
    Brian Masumoto, Esq.
    Linda Rifkin, Esq.
    Tracy Hope Davis, Esq.

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Richard P. Krasnow, Esq.
    Lori R. Fife, Esq.
    Shai Y. Waisman, Esq.
    Jacqueline Marcus, Esq.

Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, New York 10178
Attn:  Steven J. Reisman, Esq.
    L. P. Harrison 3rd, Esq.
    Cindi M. Eilbott, Esq.

Latham & Watkins LLP
233 S. Wacker Drive, Suite 5800
Chicago, IL 60606
Attn:  Richard A. Levy, Esq.

King & Spalding
1185 Avenue of the Americas
New York, NY 10036-4003
Attn:  Arthur J. Steinberg, Esq.

Carlos Farjallah
Ventoux Funding Limited
c/o Maples Finance Limited
P.O. Box 1093
Boundary Hall
Cricket Square
Grand Cayman KY1-1102
Cayman Islands

David Saigne
Fusion Funding Luxembourg, S.A.
c/o Citco C&T (Luxembourg) S.A.
Le Dôme, 2nd Floor
2-8, avenue Charles de Gaulle
L-1653 Luxembourg