UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

In re

LEHMAN BROTHERS HOLDINGS INC, et al.,

                Debtors.

-----------------------------------------------------------------

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon the Declaration of Mark Glasser executed November 30, 2009, Mark Glasser, by and through his undersigned counsel, will move this Court on January 13, 2009, for an Order, pursuant to Rule 9006(b)(1) of the Federal Rules of Bankruptcy Procedure, permitting Mark Glasser to file a late proof of claim.

Dated: New York, New York
       December 8, 2009

                              GUSRAE, KAPLAN, BRUNO &
                              NUSBAUM PLLC

                    By: _____
                              Martin H. Kaplan, Esq.
                              Daniel Branower, Esq.
                              *Attorneys for Mark Glasser*
                              120 Wall Street
                              New York, NY 10005
                              212-269-1400