UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

In re

LEHMAN BROTHERS HOLDINGS INC, et al.,

           Debtors.

-----------------------------------------------------------

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

**DECLARATION
OF MARK GLASSER**

Mark Glasser hereby declares the following under penalties of perjury:

1.    I am currently an employee of Barclays and a former employer of Lehman Brothers. I became an employee of Barclays after Lehman declared bankruptcy and Barclays acquired parts of Lehman Brothers.

2.    I believe I have a claim against Lehman Brothers regarding compensation that Lehman owed to me beginning in August of 2008.

3.    Based on my production during August of 2009, I became entitled to a bonus consisting of approximately $500,000, consisting of both cash and restricted stock.

4.    The misallocation resulted in my receipt of approximately $200,000 less in cash than I should have received. I understand that approximately $10,000 of this amount is entitled to treatment as a priority claim.

5.    I am listed on a document now known to me as Schedule G as a creditor regarding the restricted stock.

6.    I was not aware of any bar date regarding my claim and it was only until after I retained counsel, that I came to know September 22, 2009 to have been a bar date for my claim.

7.    I never received a notice, written or otherwise, regarding a deadline.

8.  During February of 2009, I moved my personal residence from 111 4th Avenue, New York, New York to ~~105 East 65th St~~. I also had an address at 117 East 57th Street and received some mail there. During the period after my move, there was a great deal of confusion with respect to my mail, and although I attempted to keep track and gather all of my mail, it appeared that mail would sometimes get lost.

9.  Additionally, as I have continued to work for what is essentially, to me, the same entity (although it is now called Barclay's rather than Lehman Brothers), I presumed that I would be notified of any important deadlines regarding the bankruptcy proceeding through my employer, but that turned out not to be the case.

10. Accordingly, I respectfully request that the Court treat my case as one of "excusable neglect" pursuant to Rule 9006(b)(1) of the Federal Rules of Bankruptcy Procedure.

11. While my claim is not at all large in the overall context of this bankruptcy proceeding, it is extremely significant to me. Therefore, it is respectfully requested that this Court exercise its powers to allow my claim and grant an additional ten days from the date that it grants this motion for my claim to be filed.

Dated: New York, New York
November 30, 2009

_____
Mark Glasser