UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
                                       :

In re                            :        Chapter 11 Case No.
                                         :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :        08-13555 (JMP)
                                       :

              Debtors.         :        (Jointly Administered)
                                       :

------------------------------------------------------------------------x    Ref. Docket Nos. 6239, 6241 - 6248,
                                             6264, 6265, 6267, 6268, 6270 -
                                             6276, 6278, 6286, 6289, 6290 - 6292

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                           ) ss.:
COUNTY OF NEW YORK  )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On December 18, 2009, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                /s/ Paul Belobritsky
Sworn to before me this               Paul Belobritsky
28th day of December, 2009
/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**EXHIBIT "A"**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  INTER-AMERICAN DEVELOPMENT BANK
ATTN: CHIEF, CAPITAL MARKETS DIVISION
1300 NEW YORK AVENUE, N.W.
WASHINGTON DC 20577

INTER-AMERICAN DEVELOPMENT BANK
ATTN HEAD OF OPERATIONS, TREASURY OPERATIONS
1300 NEW YORK AVENUE, N.W.
WASHINGTON DC 20577

Please note that your claim # 4939 in the above referenced case and in the amount of
$1,512,004.07       has been transferred **(unless previously expunged by court order)**

SPCP GROUP, L.L.C.
TRANSFEROR: INTER-AMERICAN DEVELOPMENT BANK
As Agent for Silver Point Capital Fund
LP and Silver Capital Offshore Fund, ltd
TWO GREENWICH PLAZA, ATTN: BRIAN A. JARMAIN
GREENWICH CT 06830

SPCP GROUP, L.L.C.
RONALD S. BEACHER, ESQ.
DAY PITNEY LLP
7 TIMES SQUARE
NEW YORK NY 10036

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6268      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/18/2009                        Vito Genna, Clerk of Court

                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 18, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                        |
In re                                   |    Chapter 11 Case No.
                                        |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                                        |
                                        |    (Jointly Administered)
           Debtors.                     |
                                        |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim:

```
To:  INTER-AMERICAN DEVELOPMENT BANK              INTER-AMERICAN DEVELOPMENT BANK
     ATTN: CHIEF, TREASURY DIVISION               PRINCIPAL TREASURY OFFICER, TRESAUSRY DIVISI
     1300 NEW YORK AVENUE, N.W.                    INTER-AMERICAN DEVELOPMENT BANK
     WASHINGTON DC 20577                           1300 NEW YORK AVENE, N.W.
                                                   WASHINGTON DC 20577
```

Please note that your claim # 12573 in the above referenced case and in the amount of
     $1,531,492.00          has been transferred **(unless previously expunged by court order)**

```
SPCP GROUP, L.L.C.                                SPCP GROUP, L.L.C.
TRANSFEROR: INTER-AMERICAN DEVELOPMENT BANK       RONALD S. BEACHER, ESQ.
As Agent for Silver Point Capital Fund            DAY PITNEY LLP
LP and Silver Capital Offshore Fund, ltd          7 TIMES SQUARE
TWO GREENWICH PLAZA, ATTN: BRIAN A. JARMAIN       NEW YORK NY 10036
GREENWICH CT 06830
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6267      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/18/2009                            Vito Genna, Clerk of Court


                                            /s/ Paul Belobritsky
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 18, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  INTER-AMERICAN DEVELOPMENT BANK
             ATTN: CHIEF AND PRINCIPAL TREASURY OFFICER, TREASURY DIVISION
             1300 NEW YORK AVENUE, N.W.
             WASHINGTON DC 20577

Please note that your claim # 12576 in the above referenced case and in the amount of
      $1,531,492.00      has been transferred **(unless previously expunged by court order)**

        SPCP GROUP, L.L.C.                         SPCP GROUP, L.L.C.
        TRANSFEROR: INTER-AMERICAN DEVELOPMENT BANK  RONALD S. BEACHER, ESQ.
        As Agent for Silver Point Capital Fund       DAY PITNEY LLP
        LP and Silver Capital Offshore Fund, ltd     7 TIMES SQUARE
        TWO GREENWICH PLAZA, ATTN: BRIAN A. JARMAIN   NEW YORK NY 10036
        GREENWICH CT 06830

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6267     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/18/2009                         Vito Genna, Clerk of Court


                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 18, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                        |
In re                                   |       Chapter 11 Case No.
                                        |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |       08-13555 (JMP)
                                        |
                                        |       (Jointly Administered)
                  Debtors.              |
                                        |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   INTER-AMERICAN DEVELOPMENT BANK                    INTER-AMERICAN DEVELOPMENT BANK
      ATTN: CHIEF, CAPITAL MARKETS DIVISION              ATTN: HEAD OF OPERATIONS, TREASURY OPERATION
      1300 NEW YORK AVENUE, N.W.                         1300 NEW YORK AVENUE, N.W.
      WASHINGTON DC 20577                                WASHINGTON DC 20577

Please note that your claim # 4818 in the above referenced case and in the amount of
          $0.00          has been transferred **(unless previously expunged by court order)**

SPCP GROUP, L.L.C.                                       SPCP GROUP, L.L.C.
TRANSFEROR: INTER-AMERICAN DEVELOPMENT BANK              RONALD S. BEACHER, ESQ.
As Agent for Silver Point Capital Fund                  DAY PITNEY LLP
LP and Silver Capital Offshore Fund, ltd                7 TIMES SQUARE
TWO GREENWICH PLAZA, ATTN: BRIAN A. JARMAIN             NEW YORK NY 10036
GREENWICH CT 06830

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6267      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/18/2009                             Vito Genna, Clerk of Court


                                             /s/ Paul Belobritsky
                                             _____
                                             By: Epiq Bankruptcy Solutions, LLC
                                                 as claims agent for the debtor(s).


FOR EBS USE ONLY:      This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 18, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re | | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | | 08-13555 (JMP) |
| | | (Jointly Administered) |
| Debtors. | | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOOD STEWARD TRADING COMPANY SPC
C/O LOEB ARBITRAGE MANAGEMENT, LLC
ATTN ALEXANDER MCMILLAN, ESQ.
61 BROADWAY
NEW YORK NY 10006

GOOD STEWARD TRADING COMPANY SPC
STROOCK & STROOK & LAVAN LLP
ATTN FRANCIS HEALY
150 MAIDEN LANE
NEW YORK NY 10038

Please note that your claim # 43774 in the above referenced case and in the amount of
$16,877,418.03        has been transferred **(unless previously expunged by court order)**

C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK)
TRANSFEROR: GOOD STEWARD TRADING COMPANY SPC
C/O CARVAL INVESTORS UK LIMITED
KNOWLE HILL PARK, FARIMILE LANE
COBHAM, SURREY    KT11 2PD
UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6292      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/18/2009                               Vito Genna, Clerk of Court

                                               /s/ Paul Belobritsky
                                               _____
                                               By: Epiq Bankruptcy Solutions, LLC
                                                   as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 18, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   GOOD STEWARD TRADING COMPANY SPC          GOOD STEWARD TRADING COMPANY SPC
      C/O LOEB ARBITRAGE MANAGEMENT, LLC          STROOCK & STROOCK & LAVAN LLP
      ATTN: ALEXANDER MCMILLAN, ESQ.              ATTN: FRANCIS HEALY
      61 BROADWAY                                 180 MAIDEN LANE
      NEW YORK NY 10006                           NEW YORK NY 10038

Please note that your claim # 12026 in the above referenced case and in the amount of
       $21,763.90        has been transferred (**unless previously expunged by court order**)

      C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK)
      TRANSFEROR: GOOD STEWARD TRADING COMPANY SPC
      C/O CARVAL INVESTORS UK LIMITED
      KNOWLE HILL PARK, FARIMILE LANE
      COBHAM, SURREY     KT11 2PD
      UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6291      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/18/2009                       Vito Genna, Clerk of Court

                                       /s/ Paul Belobritsky
                                       _____
                                       By: Epiq Bankruptcy Solutions, LLC
                                           as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 18, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                      |
In re                                 |  Chapter 11 Case No.
                                      |
LEHMAN BROTHERS HOLDINGS INC., et al.,|  08-13555 (JMP)
                                      |
                                      |  (Jointly Administered)
         Debtors.                     |
                                      |
                                      |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  GOOD STEWARD TRADING COMPANY SPC                 GOOD STEWARD TRADING COMPANY SPC
     C/O LOEB ARBITRAGE MANAGEMENT, LLC               STROOCK & STROOCK & LAVAN LLP
     ATTN: ALEXANDER MCMILLAN, ESQ                    ATTN: FRANCIS HEALY
     61 BROADWAY                                      180 MAIDEN LANE
     NEW YORK NY 10006                                NEW YORK NY 10038
```

Please note that your claim # 12027 in the above referenced case and in the amount of
$21,763.90        has been transferred **(unless previously expunged by court order)**

```
     C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK)
     TRANSFEROR: GOOD STEWARD TRADING COMPANY SPC
     C/O CARVAL INVESTORS UK LIMITED
     KNOWLE HILL PARK, FARIMILE LANE
     COBHAM, SURREY    KT11 2PD
     UNITED KINGDOM
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6290        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/18/2009                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 18, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

      To:  BALESTRA CAPITAL PARTNERS, L.P
           58 WEST 40TH STREET
           12TH FLOOR
           NEW YORK NY 10018

Please note that your claim # 12595 in the above referenced case and in the amount of
      $1,220,000.00       has been transferred **(unless previously expunged by court order)**

SPCP GROUP, L.L.C.                           SPCP GROUP, L.L.C.
TRANSFEROR: BALESTRA CAPITAL PARTNERS, L.P   RONALD S. BEACHER, ESQ.
As Agent for Silver Point Capital Fund       DAY PITNEY LLP
LP and Silver Capital Offshore Fund, ltd      7 TIMES SQUARE
TWO GREENWICH PLAZA, ATTN: BRIAN A. JARMAIN   NEW YORK NY 10036
GREENWICH CT 06830

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6265      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/18/2009                         Vito Genna, Clerk of Court


                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 18, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

|
In re                                          |      Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         |      08-13555 (JMP)
                                               |
                                               |      (Jointly Administered)
                    Debtors.                   |
                                               |
_____

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

          To:  BALESTRA CAPITAL PARTNERS, L.P
               58 WEST 40TH STREET
               12TH FLOOR
               NEW YORK NY 10018

Please note that your claim # 12594 in the above referenced case and in the amount of
          $1,220,000.00        has been transferred **(unless previously expunged by court order)**

          SPCP GROUP, L.L.C.                                   SPCP GROUP, L.L.C.
          TRANSFEROR: BALESTRA CAPITAL PARTNERS, L.P           RONALD S. BEACHER, ESQ.
          AS AGENT FOR SILVER POINT CAPITAL FUNS, LP AND SILVER POINT CAPITAL   DAY PITNEY
          OFFSHORE FUND, LTD.                                  7 TIMES SQUARE
          TWO GREENWICH PLAZA                                  NEW YORK NY 10036
          ATTN: BRIAN A. JARMAIN
          GREENWICH CT 06830

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6264      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/18/2009                              Vito Genna, Clerk of Court


                                              /s/ Paul Belobritsky
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 18, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re                               | Chapter 11 Case No.
|                                     |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP)
|                                     |
|                                     | (Jointly Administered)
|               Debtors.              |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

      To:  AVISTA CORPORATION
           HOWARD J. WEG
           PEITZMAN, WEG & KEMPINSKY LLP
           10100 SANTA MONICA BLVD., STE. 1450
           LOS ANGELES CA 90067

Please note that your claim # 2901 in the above referenced case and in the amount of
      $3,496,640.46       has been transferred **(unless previously expunged by court order)**

| SPCP GROUP, L.L.C. | SPCP GROUP, L.L.C. |
| TRANSFEROR: AVISTA CORPORATION | RONALD S. BEACHER, ESQ. |
| As Agent for Silver Point Capital Fund | DAY PITNEY LLP |
| LP and Silver Capital Offshore Fund, ltd | 7 TIMES SQUARE |
| TWO GREENWICH PLAZA, ATTN: BRIAN A. JARMAIN | NEW YORK NY 10036 |
| GREENWICH CT 06830 | |

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

           UNITED STATES BANKRUPTCY COURT
           Southern District of New York
           One Bowling Green
           New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6278     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/18/2009                Vito Genna, Clerk of Court

                          /s/ Paul Belobritsky

                          _____
                          By: Epiq Bankruptcy Solutions, LLC
                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 18, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  AVISTA CORPORATION
             HOWARD J. WEG
             PEITZMAN, WEG & KEMPINSKY LLP
             10100 SANTA MONICA BLVD., STE. 1450
             LOS ANGELES CA 90067

Please note that your claim # 2902 in the above referenced case and in the amount of
        $3,496,640.46         has been transferred **(unless previously expunged by court order)**

| | |
|---|---|
| SPCP GROUP, L.L.C.<br>TRANSFEROR: AVISTA CORPORATION<br>As Agent for Silver Point Capital Fund<br>LP and Silver Capital Offshore Fund, ltd<br>TWO GREENWICH PLAZA, ATTN: BRIAN A. JARMAIN<br>GREENWICH CT 06830 | SPCP GROUP, L.L.C.<br>RONALD S. BEACHER, ESQ.<br>DAY PITNEY LLP<br>7 TIMES SQUARE<br>NEW YORK NY 10036 |

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6276       in your objection.
If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/18/2009                           Vito Genna, Clerk of Court


                                           /s/ Paul Belobritsky
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 18, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                               |
In re                          |    Chapter 11 Case No.
                               |
LEHMAN BROTHERS HOLDINGS INC., et al., |    08-13555 (JMP)
                               |
                               |    (Jointly Administered)
                    Debtors.   |
                               |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  UBS AG                                    UBS AG
     BINGHAM MCCUTCHEN LLP                     ATTN: BERT FUQUA, ESQ.
     ATTN: JOSHUA DORCHAK, ESQ.                677 WASHINGTON BLVD.
     399 PARK AVENUE                           STAMFORD CT 06901
     NEW YORK NY 10022

Please note that your claim # 15325-01 in the above referenced case and in the amount of
     $35,000,000.00        has been transferred **(unless previously expunged by court order)**

     SPCP GROUP, L.L.C.                        SPCP GROUP, L.L.C.
     RONALD S. BEACHER, ESQ.                   TRANSFEROR: UBS AG
     DAY PITNEY LLP                            As Agent for Silver Point Capital Fund
     7 TIMES SQUARE                            LP and Silver Capital Offshore Fund, ltd
     NEW YORK NY 10036                         TWO GREENWICH PLAZA, ATTN: BRIAN A. JARMAIN
                                               GREENWICH CT 06830

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF**
**YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6275        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL**
**BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/18/2009                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 18, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                |
In re                           |   Chapter 11 Case No.
                                |
LEHMAN BROTHERS HOLDINGS INC., et al., |   08-13555 (JMP)
                                |
                                |   (Jointly Administered)
              Debtors.          |
                                |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  INTER-AMERICAN DEVELOPMENT BANK
     ATTN HEAD OF OPERATIONS, TREASURY OPERATIONS
     1300 NEW YORK AVENUE, N.W.
     WASHINGTON DC 20577

INTER-AMERICAN DEVELOPMENT BANK
ATTN: CHIEF, CAPITAL MARKETS DIVISION
1300 NEW YORK AVENUE, N.W.
WASHINGTON DC 20577

Please note that your claim # 4939 in the above referenced case and in the amount of
     $1,512,004.07       has been transferred **(unless previously expunged by court order)**

SPCP GROUP, L.L.C.
RONALD S. BEACHER, ESQ.
DAY PITNEY LLP
7 TIMES SQUARE
NEW YORK NY 10036

SPCP GROUP, L.L.C.
TRANSFEROR: INTER-AMERICAN DEVELOPMENT BANK
As Agent for Silver Point Capital Fund
LP and Silver Capital Offshore Fund, ltd
TWO GREENWICH PLAZA, ATTN: BRIAN A. JARMAIN
GREENWICH CT 06830

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6268     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/18/2009                    Vito Genna, Clerk of Court

                                    /s/ Paul Belobritsky
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 18, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  INTER-AMERICAN DEVELOPMENT BANK
     PRINCIPAL TREASURY OFFICER, TRESAUSRY DIVISION
     INTER-AMERICAN DEVELOPMENT BANK
     1300 NEW YORK AVENE, N.W.
     WASHINGTON DC 20577

INTER-AMERICAN DEVELOPMENT BANK
ATTN: CHIEF, TREASURY DIVISION
1300 NEW YORK AVENUE, N.W.
WASHINGTON DC 20577

Please note that your claim # 12573 in the above referenced case and in the amount of
     $1,531,492.00      has been transferred **(unless previously expunged by court order)**

SPCP GROUP, L.L.C.
RONALD S. BEACHER, ESQ.
DAY PITNEY LLP
7 TIMES SQUARE
NEW YORK NY 10036

SPCP GROUP, L.L.C.
TRANSFEROR: INTER-AMERICAN DEVELOPMENT BANK
As Agent for Silver Point Capital Fund
LP and Silver Capital Offshore Fund, ltd
TWO GREENWICH PLAZA, ATTN: BRIAN A. JARMAIN
GREENWICH CT 06830

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6267      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/18/2009                         Vito Genna, Clerk of Court

                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 18, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  INTER-AMERICAN DEVELOPMENT BANK                         INTER-AMERICAN DEVELOPMENT BANK
     ATTN: HEAD OF OPERATIONS, TREASURY OPERATIONS           ATTN: CHIEF, CAPITAL MARKETS DIVISION
     1300 NEW YORK AVENUE, N.W.                              1300 NEW YORK AVENUE, N.W.
     WASHINGTON DC 20577                                     WASHINGTON DC 20577

Please note that your claim # 4818 in the above referenced case and in the amount of
          $0.00          has been transferred **(unless previously expunged by court order)**

SPCP GROUP, L.L.C.                          SPCP GROUP, L.L.C.
RONALD S. BEACHER, ESQ.                     TRANSFEROR: INTER-AMERICAN DEVELOPMENT BANK
DAY PITNEY LLP                              As Agent for Silver Point Capital Fund
7 TIMES SQUARE                              LP and Silver Capital Offshore Fund, ltd
NEW YORK NY 10036                           TWO GREENWICH PLAZA, ATTN: BRIAN A. JARMAIN
                                            GREENWICH CT 06830

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6267      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/18/2009                            Vito Genna, Clerk of Court


                                            /s/ Paul Belobritsky
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 18, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

> To:  JPMORGAN CHASE BANK, N.A.
>       TRANSFEROR: TAISHIN INTERNATIONAL BANK
>       4 New York Plaza
>       16th Floor
>       New York NY 10004

Please note that your claim # 13310-03 in the above referenced case and in the amount of $12,587,500.00      has been transferred **(unless previously expunged by court order)**

> OCM OPPORTUNITIES FUND VIIB DELAWARE, LP
> TRANSFEROR: JPMORGAN CHASE BANK, N.A.
> c/o Oaktree Capital Management, LP
> 333 South Grand Ave., 28th Floor
> Los Angeles CA 90071

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

> UNITED STATES BANKRUPTCY COURT
> Southern District of New York
> One Bowling Green
> New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6243      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/18/2009                          Vito Genna, Clerk of Court

                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 18, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                        |
In re                                   |   Chapter 11 Case No.
                                        |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |   08-13555 (JMP)
                                        |
                                        |   (Jointly Administered)
                    Debtors.            |
                                        |
_____  |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  JPMORGAN CHASE BANK, N.A.
             TRANSFEROR: TAISHIN INTERNATIONAL BANK
             4 New York Plaza
             16th Floor
             New York NY 10004

Please note that your claim # 13310-04 in the above referenced case and in the amount of
        $30,210,000.00      has been transferred **(unless previously expunged by court order)**

        OCM OPPORTUNITIES FUND VIII DELAWARE, LP
        TRANSFEROR: JPMORGAN CHASE BANK, N.A.
        c/o Oaktree Capital Management, LP
        333 South Grand Ave., 28th Floor
        Los Angeles CA 90071

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6246      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/18/2009                    Vito Genna, Clerk of Court


                                    /s/ Paul Belobritsky
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 18, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re | | Chapter 11 Case No. |
| | | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | | 08-13555 (JMP) |
| | | |
| | | (Jointly Administered) |
| Debtors. | | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

          To:  JPMORGAN CHASE BANK, N.A.
               TRANSFEROR: TAISHIN INTERNATIONAL BANK
               4 New York Plaza
               16th Floor
               New York NY 10004

Please note that your claim # 13310 in the above referenced case and in the amount of
          $7,552,500.00        has been transferred **(unless previously expunged by court order)**

          OAKTREE HUNTINGTON INVESTMENT FUND, LP
          TRANSFEROR: JPMORGAN CHASE BANK, N.A.
          C/O OAKTREE CAPITAL MANAGEMENT, LP
          333 SOUTH GRAND AVE, 28TH FLOOR
          LOS ANGELES CA 90071

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6248      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/18/2009                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 18, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Chapter 11 Case No. |
| | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  JPMORGAN CHASE BANK, N.A.
             TRANSFEROR: TAISHIN INTERNATIONAL BANK
             4 New York Plaza
             16th Floor
             New York NY 10004

Please note that your claim # 13309-02 in the above referenced case and in the amount of
    $30,210,000.00        has been transferred **(unless previously expunged by court order)**

        OCM OPPORTUNITIES FUND VIII DELAWARE, LP
        TRANSFEROR: JPMORGAN CHASE BANK, N.A.
        c/o Oaktree Capital Management, LP
        333 South Grand Ave., 28th Floor
        ATTN: ANNETTE SING
        Los Angeles CA 90071

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6245        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/18/2009                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 18, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re | | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | | 08-13555 (JMP) |
| | | (Jointly Administered) |
| Debtors. | | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

      To:  JPMORGAN CHASE BANK, N.A.
           TRANSFEROR: TAISHIN INTERNATIONAL BANK
           4 New York Plaza
           16th Floor
           New York NY 10004

Please note that your claim # 13309-03 in the above referenced case and in the amount of
      $12,587,500.00        has been transferred **(unless previously expunged by court order)**

           OCM OPPORTUNITIES FUND VIIB DELAWARE, LP
           TRANSFEROR: JPMORGAN CHASE BANK, N.A.
           c/o Oaktree Capital Management, LP
           333 South Grand Ave., 28th Floor
           ATTN: ANNETTE SING
           Los Angeles CA 90071

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

           UNITED STATES BANKRUPTCY COURT
           Southern District of New York
           One Bowling Green
           New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6242        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/18/2009                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 18, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re | | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | | 08-13555 (JMP) |
| | | (Jointly Administered) |
| Debtors. | | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  JPMORGAN CHASE BANK, N.A.
             TRANSFEROR: TAISHIN INTERNATIONAL BANK
             4 New York Plaza
             16th Floor
             New York NY 10004

Please note that your claim # 13309 in the above referenced case and in the amount of
        $7,552,500.00        has been transferred **(unless previously expunged by court order)**

        OAKTREE HUNTINGTON INVESTMENT FUND, LP
        TRANSFEROR: JPMORGAN CHASE BANK, N.A.
        C/O OAKTREE CAPITAL MANAGEMENT, LP
        333 SOUTH GRAND AVE, 28TH FLOOR
        LOS ANGELES CA 90071

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                     UNITED STATES BANKRUPTCY COURT
                     Southern District of New York
                     One Bowling Green
                     New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6247    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/18/2009                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 18, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                    |
In re                               |    Chapter 11 Case No.
                                    |
                                    |    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,  |
                                    |    (Jointly Administered)
                                    |
            Debtors.                |
                                    |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  ONEOK ENERGY SERVICES COMPANY LP
         ATTN: DON DUNKLEBERGER, MANAGER-CREDIT
         100 W. FIFTH STREET
         TULSA OK 74103-4298

Please note that your claim # 7485 in the above referenced case and in the amount of
    $16,597,219.56        has been transferred **(unless previously expunged by court order)**

SPCP GROUP, L.L.C.                              SPCP GROUP, L.L.C.
TRANSFEROR: ONEOK ENERGY SERVICES COMPANY LP    RONALD S. BEACHER, ESQ.
As Agent for Silver Point Capital Fund          DAY PITNEY LLP
LP and Silver Capital Offshore Fund, ltd        7 TIMES SQUARE
TWO GREENWICH PLAZA, ATTN: BRIAN A. JARMAIN     NEW YORK NY 10036
GREENWICH CT 06830

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6272        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/18/2009                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 18, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

```
In re                                    |    Chapter 11 Case No.
                                         |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |    08-13555 (JMP)
                                         |
                                         |    (Jointly Administered)
                        Debtors.         |
```

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

      To:  ONEOK ENERGY SERVICES COMPANY LP
            ATTN: DON DUNKLEBERGER, MANAGER CREDIT
            100 W FIFTH STREET
            TULSA OK 74103-4298

Please note that your claim # 7484 in the above referenced case and in the amount of
      $16,597,219.56      has been transferred **(unless previously expunged by court order)**

SPCP GROUP, L.L.C.                              SPCP GROUP, L.L.C.
TRANSFEROR: ONEOK ENERGY SERVICES COMPANY LP    RONALD S. BEACHER, ESQ.
As Agent for Silver Point Capital Fund          DAY PITNEY LLP
LP and Silver Capital Offshore Fund, ltd        7 TIMES SQUARE
TWO GREENWICH PLAZA, ATTN: BRIAN A. JARMAIN     NEW YORK NY 10036
GREENWICH CT 06830

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6273      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/18/2009              Vito Genna, Clerk of Court

              /s/ Paul Belobritsky

              By: Epiq Bankruptcy Solutions, LLC
                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 18, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---------------------------------------------|
                                             |
In re                                        |    Chapter 11 Case No.
                                             |
LEHMAN BROTHERS HOLDINGS INC., et al.,       |    08-13555 (JMP)
                                             |
                                             |    (Jointly Administered)
                     Debtors.                |
                                             |
---------------------------------------------|

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  UBS AG                                          UBS AG
     ATTN: BERT FUQUA, ESQ.                          BINGHAM MCCUTCHEN LLP
     677 WASHINGTON BLVD.                            ATTN: JOSHUA DORCHAK, ESQ.
     STAMFORD CT 06901                               399 PARK AVENUE
                                                     NEW YORK NY 10022

Please note that your claim # 15329-01 in the above referenced case and in the amount of
     $35,000,000.00      has been transferred **(unless previously expunged by court order)**

          SPCP GROUP, L.L.C.
          TRANSFEROR: UBS AG
          As Agent for Silver Point Capital Fund
          LP and Silver Capital Offshore Fund, ltd
          TWO GREENWICH PLAZA, ATTN: BRIAN A. JARMAIN
          GREENWICH CT 06830

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6274        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/18/2009                              Vito Genna, Clerk of Court


                                              /s/ Paul Belobritsky
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 18, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  UBS AG                                             UBS AG
     ATTN: BERT FUQUA, ESQ.                             BINGHAM MCCUTCHEN LLP
     677 WASHINGTON BLVD.                               ATTN: JOSHUA DORCHAK, ESQ.
     STAMFORD CT 06901                                  399 PARK AVENUE
                                                        NEW YORK NY 10022

Please note that your claim # 15325-01 in the above referenced case and in the amount of
     $35,000,000.00      has been transferred **(unless previously expunged by court order)**

SPCP GROUP, L.L.C.                                      SPCP GROUP, L.L.C.
TRANSFEROR: UBS AG                                      RONALD S. BEACHER, ESQ.
As Agent for Silver Point Capital Fund                 DAY PITNEY LLP
LP and Silver Capital Offshore Fund, ltd               7 TIMES SQUARE
TWO GREENWICH PLAZA, ATTN: BRIAN A. JARMAIN            NEW YORK NY 10036
GREENWICH CT 06830

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6275        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/18/2009                                       Vito Genna, Clerk of Court


                                                       /s/ Paul Belobritsky
                                                       _____
                                                       By: Epiq Bankruptcy Solutions, LLC
                                                           as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 18, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  KFW (AKA KREDITANSTALT FUR WIEDERAUFBAU)                    KFW (AKA KREDITANSTALT FUR WIEDERAUFBAU)
     ATTN: DEPT. RC E/ SPECIAL ASSET GROUP                      JENNIFER DEMARCO/ SARAH CAMPBELL
     PALMENGARTENSTRABE 5-9                                     CLIFFORD CHANCE US LLP
     FRANKFURT    60325                                        31 WEST 52ND STREET
     GERMANY                                                   NEW YORK NY 10019

Please note that your claim # 21958-01 in the above referenced case and in the amount of
    $230,000,000.00        has been transferred **(unless previously expunged by court order)**

DEUTSCHE BANK AG, LONDON BRANCH (UK)
TRANSFEROR: KFW (AKA KREDITANSTALT FUR WIEDERAUFBAU)
ATTN: MICHAEL SUTTON
WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
LONDON    EC2N 2DB
UNITED KINGDON

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6241      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/18/2009                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 18, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                    |
In re                               |    Chapter 11 Case No.
                                    |
LEHMAN BROTHERS HOLDINGS INC., et al.,|   08-13555 (JMP)
                                    |
                                    |    (Jointly Administered)
                  Debtors.          |
                                    |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

           To:  IYO BANK, LTD., THE
                FUNDS OPERATION AND SECURITIES DIVISION
                1, MINAMI-HORIBATA-CHO
                MATSUYAMA    790-8514
                JAPAN

Please note that your claim # 45557 in the above referenced case and in the amount of
         $33,232,250.71        has been transferred **(unless previously expunged by court order)**

           MERRILL LYNCH INTERNATIONAL                      MERRILL LYNCH INTERNATIONAL
           TRANSFEROR: IYO BANK, LTD., THE                  ONE BRYANT PARK
           MERRILL LYNCH FINANCIAL CENTRE                   NEW YORK NY 10036
           2, KING EDWARD STREET
           LONDON    EC1A 1HQ
           UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6244      in your objection.
If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/18/2009                            Vito Genna, Clerk of Court


                                            /s/ Paul Belobritsky
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 18, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

                            Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOOD STEWARD TRADING COMPANY SPC
     KATTEN MUCHIN ROSENMAN LLP
     ATTN HENRY BREGSTEIN
     575 MADISON AVENUE
     NEW YORK NY 10022

GOOD STEWARD TRADING COMPANY SPC
C/O LOEB ARBITRAGE MANAGEMENT, LLC
ATTN ALEXANDER MCMILLAN, ESQ.
61 BROADWAY
NEW YORK NY 10006

Please note that your claim # 43774 in the above referenced case and in the amount of
     $16,877,418.03      has been transferred **(unless previously expunged by court order)**

C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK)
TRANSFEROR: GOOD STEWARD TRADING COMPANY SPC
C/O CARVAL INVESTORS UK LIMITED
KNOWLE HILL PARK, FARIMILE LANE
COBHAM, SURREY    KT11 2PD
UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6292     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/18/2009                    Vito Genna, Clerk of Court


                                    /s/ Paul Belobritsky
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                       as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 18, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---------------------------------------------------

|
In re                                              |    Chapter 11 Case No.
|
LEHMAN BROTHERS HOLDINGS INC., et al.,             |    08-13555 (JMP)
|
|    (Jointly Administered)
Debtors.                  |
|
---------------------------------------------------

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOOD STEWARD TRADING COMPANY SPC              GOOD STEWARD TRADING COMPANY SPC
     HIGHLAND GOOD STEWARD MANAGEMENT, LLC         C/O LOEB ARBITRAGE MANAGEMENT, LLC
     ATTN WILLIAM T MILLS III                      ATTN ALEXANDER MCMILLAN, ESQ.
     2534 HIGHLAND AVENUE, STE 200                 61 BROADWAY
     BIRMINGHAM AL 35205                           NEW YORK NY 10006

Please note that your claim # 43774 in the above referenced case and in the amount of
     $16,877,418.03        has been transferred **(unless previously expunged by court order)**

                                                   C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK)
                                                   TRANSFEROR: GOOD STEWARD TRADING COMPANY SPC
                                                   C/O CARVAL INVESTORS UK LIMITED
                                                   KNOWLE HILL PARK, FARIMILE LANE
                                                   COBHAM, SURREY    KT11 2PD
                                                   UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6292     in your objection.
If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/18/2009                         Vito Genna, Clerk of Court


                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 18, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re                                          | Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         | 08-13555 (JMP)
                                               |
                                               | (Jointly Administered)
                Debtors.                       |
                                               |
_____

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  KFW (AKA KREDITANSTALT FUR WIEDERAUFBAU)        KFW (AKA KREDITANSTALT FUR WIEDERAUFBAU)
     JENNIFER DEMARCO/ SARAH CAMPBELL                ATTN: DEPT. RC E/ SPECIAL ASSET GROUP
     CLIFFORD CHANCE US LLP                          PALMENGARTENSTRABE 5-9
     31 WEST 52ND STREET                             FRANKFURT     60325
     NEW YORK NY 10019                               GERMANY

Please note that your claim # 21958-01 in the above referenced case and in the amount of
    $230,000,000.00       has been transferred **(unless previously expunged by court order)**

                                                      DEUTSCHE BANK AG, LONDON BRANCH (UK)
                                                      TRANSFEROR: KFW (AKA KREDITANSTALT FUR WIEDE
                                                      ATTN: MICHAEL SUTTON
                                                      WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                      LONDON     EC2N 2DB
                                                      UNITED KINGDON

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6241        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/18/2009                         Vito Genna, Clerk of Court


                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 18, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

| | | |
|---|---|---|
| To: UBS AG | | UBS AG |
| BINGHAM MCCUTCHEN LLP | ATTN: | ATTN: BERT FUQUA, ESQ. |
| ATTN: JOSHUA DORCHAK, ESQ. | | 677 WASHINGTON BLVD. |
| 399 PARK AVENUE | | STAMFORD CT 06901 |
| NEW YORK NY 10022 | | |

Please note that your claim # 15329-01 in the above referenced case and in the amount of
$35,000,000.00       has been transferred **(unless previously expunged by court order)**

SPCP GROUP, L.L.C.
TRANSFEROR: UBS AG
As Agent for Silver Point Capital Fund
LP and Silver Capital Offshore Fund, ltd
TWO GREENWICH PLAZA, ATTN: BRIAN A. JARMAIN
GREENWICH CT 06830

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6274       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/18/2009                              Vito Genna, Clerk of Court


                                              /s/ Paul Belobritsky
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 18, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| |
|---|
In re | Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP)

| (Jointly Administered)

                    Debtors. |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOOD STEWARD TRADING COMPANY SPC          GOOD STEWARD TRADING COMPANY SPC
     STROOCK & STROOCK & LAVAN LLP               C/O LOEB ARBITRAGE MANAGEMENT, LLC
     ATTN: FRANCIS HEALY                         ATTN: ALEXANDER MCMILLAN, ESQ
     180 MAIDEN LANE                             61 BROADWAY
     NEW YORK NY 10038                           NEW YORK NY 10006

Please note that your claim # 12027 in the above referenced case and in the amount of
     $21,763.90       has been transferred **(unless previously expunged by court order)**

                                               C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK)
                                               TRANSFEROR: GOOD STEWARD TRADING COMPANY SPC
                                               C/O CARVAL INVESTORS UK LIMITED
                                               KNOWLE HILL PARK, FARIMILE LANE
                                               COBHAM, SURREY    KT11 2PD
                                               UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6290    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/18/2009                    Vito Genna, Clerk of Court


                                    /s/ Paul Belobritsky
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 18, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

|

In re                              |    Chapter 11 Case No.
|
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
|
|    (Jointly Administered)
Debtors.          |
|
_____

#### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOOD STEWARD TRADING COMPANY SPC          GOOD STEWARD TRADING COMPANY SPC
     STROOCK & STROOCK & LAVAN LLP              C/O LOEB ARBITRAGE MANAGEMENT, LLC
     ATTN: FRANCIS HEALY                        ATTN: ALEXANDER MCMILLAN, ESQ.
     180 MAIDEN LANE                            61 BROADWAY
     NEW YORK NY 10038                          NEW YORK NY 10006

Please note that your claim # 12026 in the above referenced case and in the amount of
     $21,763.90       has been transferred **(unless previously expunged by court order)**

                                               C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK)
                                               TRANSFEROR: GOOD STEWARD TRADING COMPANY SPC
                                               C/O CARVAL INVESTORS UK LIMITED
                                               KNOWLE HILL PARK, FARIMILE LANE
                                               COBHAM, SURREY     KT11 2PD
                                               UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6291     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/18/2009               Vito Genna, Clerk of Court


                               /s/ Paul Belobritsky
                               _____
                               By: Epiq Bankruptcy Solutions, LLC
                                   as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 18, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

———————————————————————————

In re                                              |    Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,             |    08-13555 (JMP)
                                                   |
                                                   |    (Jointly Administered)
                            Debtors.               |
                                                   |

———————————————————————————

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOOD STEWARD TRADING COMPANY SPC            GOOD STEWARD TRADING COMPANY SPC
     STROOCK & STROOCK & LAVAN LLP               C/O LOEB ARBITRAGE MANAGEMENT, LLC
     ATTN FRANCIS HEALY                          ATTN ALEXANDER MCMILLAN, ESQ.
     150 MAIDEN LANE                             61 BROADWAY
     NEW YORK NY 10038                           NEW YORK NY 10006

Please note that your claim # 43774 in the above referenced case and in the amount of
      $16,877,418.03       has been transferred **(unless previously expunged by court order)**

                                                 C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK)
                                                 TRANSFEROR: GOOD STEWARD TRADING COMPANY SPC
                                                 C/O CARVAL INVESTORS UK LIMITED
                                                 KNOWLE HILL PARK, FARIMILE LANE
                                                 COBHAM, SURREY    KT11 2PD
                                                 UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6292      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/18/2009                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          ———————————————————————
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 18, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

```
In re                            |    Chapter 11 Case No.
                                 |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |    08-13555 (JMP)
                                 |
                                 |    (Jointly Administered)
             Debtors.            |
```

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:                                          IYO BANK, LTD., THE
                                             FUNDS OPERATION AND SECURITIES DIVISION
                                             1, MINAMI-HORIBATA-CHO
                                             MATSUYAMA    790-8514
                                             JAPAN

Please note that your claim # 45557 in the above referenced case and in the amount of
     $33,232,250.71        has been transferred **(unless previously expunged by court order)**

MERRILL LYNCH INTERNATIONAL                  MERRILL LYNCH INTERNATIONAL
ONE BRYANT PARK                              TRANSFEROR: IYO BANK, LTD., THE
NEW YORK NY 10036                            MERRILL LYNCH FINANCIAL CENTRE
                                             2, KING EDWARD STREET
                                             LONDON    EC1A 1HQ
                                             UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6244      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/18/2009                    Vito Genna, Clerk of Court


                                    /s/ Paul Belobritsky
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 18, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                         |
In re                                    |    Chapter 11 Case No.
                                         |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |    08-13555 (JMP)
                                         |
                                         |    (Jointly Administered)
                       Debtors.          |
                                         |
_____|

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:                                  ONEOK ENERGY SERVICES COMPANY LP
                                             ATTN: DON DUNKLEBERGER, MANAGER CREDIT
                                             100 W FIFTH STREET
                                             TULSA OK 74103-4298

Please note that your claim # 7484 in the above referenced case and in the amount of
        $16,597,219.56        has been transferred **(unless previously expunged by court order)**

        SPCP GROUP, L.L.C.                      SPCP GROUP, L.L.C.
        RONALD S. BEACHER, ESQ.                 TRANSFEROR: ONEOK ENERGY SERVICES COMPANY LP
        DAY PITNEY LLP                          As Agent for Silver Point Capital Fund
        7 TIMES SQUARE                          LP and Silver Capital Offshore Fund, ltd
        NEW YORK NY 10036                       TWO GREENWICH PLAZA, ATTN: BRIAN A. JARMAIN
                                                GREENWICH CT 06830

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6273        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/18/2009                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 18, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:
ONEOK ENERGY SERVICES COMPANY LP
ATTN: DON DUNKLEBERGER, MANAGER-CREDIT
100 W. FIFTH STREET
TULSA OK 74103-4298

Please note that your claim # 7485 in the above referenced case and in the amount of
$16,597,219.56        has been transferred **(unless previously expunged by court order)**

SPCP GROUP, L.L.C.
RONALD S. BEACHER, ESQ.
DAY PITNEY LLP
7 TIMES SQUARE
NEW YORK NY 10036

SPCP GROUP, L.L.C.
TRANSFEROR: ONEOK ENERGY SERVICES COMPANY LP
As Agent for Silver Point Capital Fund
LP and Silver Capital Offshore Fund, ltd
TWO GREENWICH PLAZA, ATTN: BRIAN A. JARMAIN
GREENWICH CT 06830

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6272        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/18/2009                                Vito Genna, Clerk of Court


/s/ Paul Belobritsky
_____
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 18, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re | | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | | 08-13555 (JMP) |
| | | (Jointly Administered) |
| Debtors. | | |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:

> INTER-AMERICAN DEVELOPMENT BANK
> ATTN: CHIEF AND PRINCIPAL TREASURY OFFICER,
> 1300 NEW YORK AVENUE, N.W.
> WASHINGTON DC 20577

Please note that your claim # 12576 in the above referenced case and in the amount of $1,531,492.00    has been transferred (**unless previously expunged by court order**)

SPCP GROUP, L.L.C.
RONALD S. BEACHER, ESQ.
DAY PITNEY LLP
7 TIMES SQUARE
NEW YORK NY 10036

SPCP GROUP, L.L.C.
TRANSFEROR: INTER-AMERICAN DEVELOPMENT BANK
As Agent for Silver Point Capital Fund
LP and Silver Capital Offshore Fund, ltd
TWO GREENWICH PLAZA, ATTN: BRIAN A. JARMAIN
GREENWICH CT 06830

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

> UNITED STATES BANKRUPTCY COURT
> Southern District of New York
> One Bowling Green
> New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6267    in your objection. If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/18/2009

Vito Genna, Clerk of Court

/s/ Paul Belobritsky
_____
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 18, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                        |
In re                                   |   Chapter 11 Case No.
                                        |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |   08-13555 (JMP)
                                        |
                                        |   (Jointly Administered)
                      Debtors.          |
                                        |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
        To:                             AVISTA CORPORATION
                                        HOWARD J. WEG
                                        PEITZMAN, WEG & KEMPINSKY LLP
                                        10100 SANTA MONICA BLVD., STE. 1450
                                        LOS ANGELES CA 90067
```

Please note that your claim # 2902 in the above referenced case and in the amount of
$3,496,640.46        has been transferred **(unless previously expunged by court order)**

```
        SPCP GROUP, L.L.C.                      SPCP GROUP, L.L.C.
        RONALD S. BEACHER, ESQ.                 TRANSFEROR: AVISTA CORPORATION
        DAY PITNEY LLP                          As Agent for Silver Point Capital Fund
        7 TIMES SQUARE                          LP and Silver Capital Offshore Fund, ltd
        NEW YORK NY 10036                       TWO GREENWICH PLAZA, ATTN: BRIAN A. JARMAIN
                                                GREENWICH CT 06830
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
        UNITED STATES BANKRUPTCY COURT
        Southern District of New York
        One Bowling Green
        New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6276        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/18/2009                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 18, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                               |
In re                          |       Chapter 11 Case No.
                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,|  08-13555 (JMP)
                               |
                               |       (Jointly Administered)
               Debtors.        |
                               |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

          To:                                      AVISTA CORPORATION
                                                   HOWARD J. WEG
                                                   PEITZMAN, WEG & KEMPINSKY LLP
                                                   10100 SANTA MONICA BLVD., STE. 1450
                                                   LOS ANGELES CA 90067

Please note that your claim # 2901 in the above referenced case and in the amount of
      $3,496,640.46        has been transferred **(unless previously expunged by court order)**

          SPCP GROUP, L.L.C.                       SPCP GROUP, L.L.C.
          RONALD S. BEACHER, ESQ.                  TRANSFEROR: AVISTA CORPORATION
          DAY PITNEY LLP                           As Agent for Silver Point Capital Fund
          7 TIMES SQUARE                           LP and Silver Capital Offshore Fund, ltd
          NEW YORK NY 10036                        TWO GREENWICH PLAZA, ATTN: BRIAN A. JARMAIN
                                                   GREENWICH CT 06830

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF**
**YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6278      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL**
**BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/18/2009                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 18, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:
                                                    BALESTRA CAPITAL PARTNERS, L.P
                                                    58 WEST 40TH STREET
                                                    12TH FLOOR
                                                    NEW YORK NY 10018

Please note that your claim # 12594 in the above referenced case and in the amount of
      $1,220,000.00       has been transferred **(unless previously expunged by court order)**

SPCP GROUP, L.L.C.                          SPCP GROUP, L.L.C.
RONALD S. BEACHER, ESQ.                     TRANSFEROR: BALESTRA CAPITAL PARTNERS, L.P
DAY PITNEY                                  AS AGENT FOR SILVER POINT CAPITAL FUNS, LP A
7 TIMES SQUARE                              OFFSHORE FUND, LTD.
NEW YORK NY 10036                           TWO GREENWICH PLAZA
                                            ATTN: BRIAN A. JARMAIN
                                            GREENWICH CT 06830

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6264       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/18/2009                            Vito Genna, Clerk of Court

                                            /s/ Paul Belobritsky
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:      This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 18, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                  |
In re                             |    Chapter 11 Case No.
                                  |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                                  |
                                  |    (Jointly Administered)
              Debtors.            |
                                  |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

                    To:                              BALESTRA CAPITAL PARTNERS, L.P
                                                     58 WEST 40TH STREET
                                                     12TH FLOOR
                                                     NEW YORK NY 10018

Please note that your claim # 12595 in the above referenced case and in the amount of
       $1,220,000.00        has been transferred **(unless previously expunged by court order)**

      SPCP GROUP, L.L.C.                          SPCP GROUP, L.L.C.
      RONALD S. BEACHER, ESQ.                     TRANSFEROR: BALESTRA CAPITAL PARTNERS, L.P
      DAY PITNEY LLP                              As Agent for Silver Point Capital Fund
      7 TIMES SQUARE                              LP and Silver Capital Offshore Fund, ltd
      NEW YORK NY 10036                           TWO GREENWICH PLAZA, ATTN: BRIAN A. JARMAIN
                                                  GREENWICH CT 06830

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6265      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/18/2009                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 18, 2009.

**EXHIBIT "B"**

```
TIME: 15:46:43                                    LEHMAN BROTHERS HOLDING INC.                              PAGE:   1
DATE: 12/18/09                                        CREDITOR LISTING
```

| Name | Address |
| --- | --- |
| AVISTA CORPORATION | HOWARD J. WEG PEITZMAN, WEG & KEMPINSKY LLP 10100 SANTA MONICA BLVD., STE. 1450 LOS ANGELES CA 90067 |
| BALESTRA CAPITAL PARTNERS, L.P | 58 WEST 40TH STREET 12TH FLOOR NEW YORK NY 10018 |
| C.V.I.G.V.F.(LUX) MASTER S.A.R.L... (UK) | TRANSFEROR: GOOD STEWARD TRADING COMPANY SPC C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PU |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: KFW (AKA KREDITANSTALT FUR WIEDERAUFBAU) ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB |
| GOOD STEWARD TRADING COMPANY SPC | TRANSFEROR: STROOCK & STROOCK & LAVAN LLP ATTN FRANCIS HEALY 150 MAIDEN LANE NEW YORK NY 10038 |
| GOOD STEWARD TRADING COMPANY SPC | KATTEN MUCHIN ROSENMAN LLP ATTN HENRY BREGSTEIN 575 MADISON AVENUE NEW YORK NY 10022 |
| GOOD STEWARD TRADING COMPANY SPC | HIGHLAND GOOD STEWARD MANAGEMENT, LLC ATTN WILLIAM T MILLS III 2534 HIGHLAND AVENUE, STE 200 BIRMINGHAM AL 35205 |
| GOOD STEWARD TRADING COMPANY SPC | STROOCK & STROOCK & LAVAN LLP ATTN: FRANCIS HEALY 180 MAIDEN LANE NEW YORK NY 10038 |
| GOOD STEWARD TRADING COMPANY SPC | C/O LOEB ARBITRAGE MANAGEMENT, LLC ATTN ALEXANDER MCMILLAN, ESQ. 61 BROADWAY NEW YORK NY 10006 |
| GOOD STEWARD TRADING COMPANY SPC | C/O LOEB ARBITRAGE MANAGEMENT, LLC ATTN: ALEXANDER MCMILLAN, ESQ 61 BROADWAY NEW YORK NY 10006 |
| GOOD STEWARD TRADING COMPANY SPC | C/O LOEB ARBITRAGE MANAGEMENT, LLC ATTN: ALEXANDER MCMILLAN, ESQ. 61 BROADWAY NEW YORK NY 10006 |
| INTER-AMERICAN DEVELOPMENT BANK | ATTN: HEAD OF OPERATIONS, TREASURY OPERATIONS 1300 NEW YORK AVENUE, N.W. WASHINGTON DC 20577 |
| INTER-AMERICAN DEVELOPMENT BANK | ATTN: CHIEF AND PRINCIPAL TREASURY OFFICER, TREASURY DIVISION 1300 NEW YORK AVENUE, N.W. WASHINGTON DC 20577 |
| INTER-AMERICAN DEVELOPMENT BANK | ATTN: CHIEF, CAPITAL MARKETS DIVISION 1300 NEW YORK AVENUE, N.W. WASHINGTON DC 20577 |
| INTER-AMERICAN DEVELOPMENT BANK | ATTN: CHIEF, TREASURY DIVISION 1300 NEW YORK AVENUE, N.W. WASHINGTON DC 20577 |
| INTER-AMERICAN DEVELOPMENT BANK | PRINCIPAL TREASURY OFFICER, TREASURY DIVISION INTER-AMERICAN DEVELOPMENT BANK 1300 NEW YORK AVENUE, N.W. WASHINGTON DC 20577 |
| IYO BANK, LTD., THE | FUNDS OPERATION AND SECURITIES DIVISION 1 MINAMI-HORIBATA-CHO MATSUYAMA 790-8514 JAPAN |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: TAISHIN INTERNATIONAL BANK 4 New York Plaza 16th Floor New York NY 10004 |
| KFW (AKA KREDITANSTALT FUR WIEDERAUFBAU) | ATTN: DEPT. RC E/ SPECIAL ASSET GROUP PALMENGARTENSTRABE 5-9 FRANKFURT 60325 GERMANY |
| KFW (AKA KREDITANSTALT FUR WIEDERAUFBAU) | JENNIFER DEMARCO/ SARAH CAMPBELL CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| MERRILL LYNCH INTERNATIONAL | ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: IYO BANK, LTD., THE MERRILL LYNCH FINANCIAL CENTRE 2, KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM |
| OAKTREE HUNTINGTON INVESTMENT FUND, LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O OAKTREE CAPITAL MANAGEMENT, LP 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE HUNTINGTON INVESTMENT FUND, LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O OAKTREE CAPITAL MANAGEMENT, LP 333 SOUTH GRAND AVE, 28TH FLOOR ATTN: ANNETTE SING LOS ANGELES |
| OCM OPPORTUNITIES FUND VIIB DELAWARE, LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. c/o Oaktree Capital Management, LP 333 South Grand Ave., 28th Floor Los Angeles CA 90071 |
| OCM OPPORTUNITIES FUND VIIB DELAWARE, LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. c/o Oaktree Capital Management, LP 333 South Grand Ave., 28th Floor ATTN: ANNETTE SING Los |
| OCM OPPORTUNITIES FUND VIII DELAWARE, LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. c/o Oaktree Capital Management, LP 333 South Grand Ave., 28th Floor Los Angeles CA 90071 |
| OCM OPPORTUNITIES FUND VIII DELAWARE, LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. c/o Oaktree Capital Management, LP 333 South Grand Ave., 28th Floor ATTN: ANNETTE SING Los |
| ONEOK ENERGY SERVICES COMPANY LP | ATTN: DON DUNKLEBERGER, MANAGER-CREDIT 100 W FIFTH STREET TULSA OK 74103-4298 |
| ONEOK ENERGY SERVICES COMPANY LP | ATTN: DON DUNKLEBERGER, MANAGER-CREDIT 100 W. FIFTH STREET TULSA OK 74103-4298 |
| SFCP GROUP, L.L.C. | RONALD S. BEACHER, ESQ. DAY PITNEY 7 TIMES SQUARE NEW YORK NY 10036 |
| SFCP GROUP, L.L.C. | RONALD S. BEACHER, ESQ. DAY PITNEY 7 TIMES SQUARE NEW YORK NY 10036 |
| SFCP GROUP, L.L.C. | TRANSFEROR: AVISTA CORPORATION As Agent for Silver Point Capital Fund LP and Silver Capital Offshore Fund, ltd TWO GREENWICH PLAZA, |
| SFCP GROUP, L.L.C. | TRANSFEROR: BALESTRA CAPITAL PARTNERS, L.P As AGENT FOR SILVER POINT CAPITAL FUNS, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD. TWO |
| SFCP GROUP, L.L.C. | TRANSFEROR: BALESTRA CAPITAL PARTNERS, L.P As Agent for Silver Point Capital Fund LP and Silver Capital Offshore Fund, ltd TWO GREENWICH |
| SFCP GROUP, L.L.C. | TRANSFEROR: INTER-AMERICAN DEVELOPMENT BANK As Agent for Silver Point Capital Fund LP and Silver Capital Offshore Fund, ltd TWO GREENWICH |
| SFCP GROUP, L.L.C. | TRANSFEROR: ONEOK ENERGY SERVICES COMPANY LP As Agent for Silver Point Capital Fund LP and Silver Capital Offshore Fund, ltd TWO GREENWICH |
| SFCP GROUP, L.L.C. | TRANSFEROR: UBS AG As Agent for Silver Point Capital Fund LP and Silver Capital Offshore Fund, ltd TWO GREENWICH PLAZA, ATTN: BRIAN |
| UBS AG | ATTN: BERT FUQUA, ESQ. 677 WASHINGTON BLVD. STAMFORD CT 06901 |
| UBS AG | TRANSFEROR: UBS AG As Agent ATTN: ATTN: JOSHUA DORCHAK, ESQ. 399 PARK AVENUE NEW YORK NY 10022 BINGHAM MCCUTCHEN LLP |

Total Number of Records Printed    40

**EXHIBIT "C"**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153