**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
:
------------------------------------------------------------------x   Ref. Docket Nos. 6302, 6309

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 21, 2009, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Paul Belobritsky
Paul Belobritsky

Sworn to before me this
28th day of December, 2009

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**EXHIBIT "A"**

```
In re                                              |  Chapter 11 Case No.
                                                   |
                                                   |  08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,             |
                                                   |  (Jointly Administered)
                                                   |
            Debtors.                               |
                                                   |
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  NOMURA CAPITAL MARKETS PLC              NOMURA CAPITAL MARKETS PLC
     C/O MATTHEW WADHAMS                     SHEARMAN & STERLING LLP
     NOMURA HOUSE                            C/O DOUGLAS R. BARTNER
     1 ST. MARTIN'S-LE-GRAND                 SOLOMON J. NOH
     LONDON    EC1A 4NP                      599 LEXINGTON AVENUE
     UNITED KINGDOM                          NEW YORK NY 10022
```

Please note that your claim # 62758 in the above referenced case and in the amount of
         $1,051,267.00          has been transferred **(unless previously expunged by court order)**

```
     NOMURA INTERNATIONAL PLC
     TRANSFEROR: NOMURA CAPITAL MARKETS PLC
     25 BANK STREET
     ATTN: MATTHEW WADHAMS
     LONDON    E14 5LS
     UNITED KINGDOM
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 6302    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/21/2009                              Vito Genna, Clerk of Court

                                              /s/ Paul Belobritsky
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on December 21, 2009.

_____

| |
|---|
| In re | Chapter 11 Case No. |
| | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | |
| | (Jointly Administered) |
| Debtors. | |

_____

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   NOMURA INTERNATIONAL PLC
         TRANSFEROR: NOMURA CAPITAL MARKETS PLC
         25 BANK STREET
         ATTN: MATTHEW WADHAMS
         LONDON    E14 5LS
         UNITED KINGDOM

Please note that your claim # 62758 in the above referenced case and in the amount of
      $1,051,267.00      has been transferred **(unless previously expunged by court order)**

         THE SEAPORT GROUP LLC PROFIT SHARING PLAN
         TRANSFEROR: NOMURA INTERNATIONAL PLC
         360 MADISON AVENUE, 22ND FLOOR
         ATTN: JON SILVERMAN
         NEW YORK NY 10017

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 6309     in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/21/2009                                Vito Genna, Clerk of Court

                                                /s/ Paul Belobritsky
                                                _____
                                                By: Epiq Bankruptcy Solutions, LLC
                                                     as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on December 21, 2009.

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
|  | (Jointly Administered) |
| Debtors. |  |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   NOMURA CAPITAL MARKETS PLC                         NOMURA CAPITAL MARKETS PLC
      SHEARMAN & STERLING LLP                            C/O MATTHEW WADHAMS
      C/O DOUGLAS R. BARTNER                             NOMURA HOUSE
      SOLOMON J. NOH                                     1 ST. MARTIN'S-LE-GRAND
      599 LEXINGTON AVENUE                               LONDON    EC1A 4NP
      NEW YORK NY 10022                                  UNITED KINGDOM
```

Please note that your claim # 62758 in the above referenced case and in the amount of
           $1,051,267.00         has been transferred **(unless previously expunged by court order)**

```
                                                         NOMURA INTERNATIONAL PLC
                                                         TRANSFEROR: NOMURA CAPITAL MARKETS PLC
                                                         25 BANK STREET
                                                         ATTN: MATTHEW WADHAMS
                                                         LONDON    E14 5LS
                                                         UNITED KINGDOM
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 6302    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/21/2009                         Vito Genna, Clerk of Court

                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on December 21, 2009.

**EXHIBIT "B"**

TIME: 12:22:48
DATE: 12/21/09

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
|---|---|
| NOMURA CAPITAL MARKETS PLC | SHEARMAN & STERLING LLP C/O DOUGLAS R. BARTNER SOLOMON J. NOH 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| NOMURA CAPITAL MARKETS PLC | C/O MATTHEW WADHAMS NOMURA HOUSE 1 ST. MARTIN'S-LE-GRAND LONDON EC1A 4NP UNITED KINGDOM |
| NOMURA INTERNATIONAL PLC | TRANSFEROR: NOMURA CAPITAL MARKETS PLC 25 BANK STREET ATTN: MATTHEW WADHAMS LONDON E14 5LS UNITED KINGDOM |
| THE SEAPORT GROUP LLC PROFIT SHARING PLAN | TRANSFEROR: NOMURA INTERNATIONAL PLC 360 MADISON AVENUE, 22ND FLOOR ATTN: JON SILVERMAN NEW YORK NY 10017 |

Total Number of Records Printed    4

EPIQ BANKRUPTCY SOLUTIONS, LLC

# EXHIBIT "C"

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153