**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                                                          :
In re                                                     :      **Chapter 11 Case No.**
                                                          :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*              :      **08-13555 (JMP)**
                                                          :
                                  Debtors.                :      **(Jointly Administered)**
                                                          :
------------------------------------------------------------------------x      **Ref. Docket Nos. 6318 - 6323, 6326,**
                                                                **6329, 6330, 6336, 6339**

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 23, 2009, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Paul Belobritsky
Paul Belobritsky

Sworn to before me this
28th day of December, 2009
/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**EXHIBIT "A"**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  BARCLAYS BANK PLC                                    BARCLAYS BANK PLC
     ATTN: MARK MANSKI, MANAGING DIRECTOR                 LINDSEE P. GRANFIELD, ESQ.
     200 PARK AVE.                                        CLEARY GOTTLIEB STEEN & HAMILTON LLP
     NEW YORK NY 10166                                    ONE LIBERTY PLAZA
                                                          NEW YORK NY 10006

Please note that your claim # 64029 in the above referenced case and in the amount of
     $10,934,819.52       has been transferred **(unless previously expunged by court order)**

          KNIGHTHEAD MASTER FUND, L.P.
          TRANSFEROR: BARCLAYS BANK PLC
          C/O KNIGHTHEAD CAPITAL MANAGEMENT
          623 FIFTH AVENUE, 29TH FLOOR
          ATTN: LAURA S. TORRADO
          NEW YORK NY 10023

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6336       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/23/2009                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 23, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____      |
                                     |
In re                                |   Chapter 11 Case No.
                                     |
LEHMAN BROTHERS HOLDINGS INC., et al.,|   08-13555 (JMP)
                                     |
                                     |   (Jointly Administered)
                  Debtors.           |
                                     |
_____      |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

>       To:   PERRY PARTNERS INTERNATIONAL, INC
>             C/O PERRY CORP
>             ATTN: MICHAEL NEUS
>             767 FIFTH AVENUE
>             19TH FLOOR
>             NEW YORK NY 10153

Please note that your claim # 55217 in the above referenced case and in the amount of $24,708,439.08      has been transferred **(unless previously expunged by court order)**

>       BARCLAYS BANK PLC
>       TRANSFEROR: PERRY PARTNERS INTERNATIONAL, INC
>       745 Seventh Avenue
>       New York NY 10019
>       USA

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

>             UNITED STATES BANKRUPTCY COURT
>             Southern District of New York
>             One Bowling Green
>             New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6339      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/23/2009                      Vito Genna, Clerk of Court

                                      /s/ Paul Belobritsky
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 23, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                    |
In re                               |   Chapter 11 Case No.
                                    |
LEHMAN BROTHERS HOLDINGS INC., et al.,|   08-13555 (JMP)
                                    |
                                    |   (Jointly Administered)
              Debtors.              |
                                    |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:    VR-LIW GMBH
           GUNNAR MANGEL-GENERAL MANAGER
           GABELSBERGERSTRASSE 1A
           HAMM    59069
           GERMANY

Please note that your claim # 55174-02 in the above referenced case and in the amount of
       $1,455,023.50        has been transferred **(unless previously expunged by court order)**

```
MORGAN STANLEY & CO. INTERNATIONAL PLC          MORGAN STANLEY & CO. INTERNATIONAL PLC
TRANSFEROR: VR-LIW GMBH                          MICHAEL FRIEDMAN, ESQ.
25, CABOT SQUARE                                 RICHARDS KIBBE & ORBE LLP
CANARY WHARF                                     ONE WORLD FINANCIAL CENTER
LONDON     E14 4QA                               NEW YORK NY 10281
ENGLAND
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                 UNITED STATES BANKRUPTCY COURT
                 Southern District of New York
                 One Bowling Green
                 New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6326      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/23/2009                      Vito Genna, Clerk of Court


                                      /s/ Paul Belobritsky
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 23, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  BUNGE SA                                          BUNGE SA
     ATTN: PRISCILLE SCHERRER-MORGESE                  BUNGE LIMITED
     ROUTE DE FLORISSANT 13                            ATTN: MARINA COHEN
     GENEVA 12    1211                                 50 MAIN STREET
     SWITZERLAND                                       WHITE PLAINS NY 10606

Please note that your claim # 4627 in the above referenced case and in the amount of
     $5,310,157.00        has been transferred **(unless previously expunged by court order)**

     LONGACRE MASTER FUND II, LP
     TRANSFEROR: BUNGE SA
     810 SEVENTH AVENUE, 33RD FLOOR
     ATTN: VLADIMIR JELISAVCIC
     NEW YORK NY 100193

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6318        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/23/2009                         Vito Genna, Clerk of Court


                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 23, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   BUNGE SA
      ATTN: PRISCILLE SCHERRER-MORGESE / LINDA LANE
      13 ROUTE DE FLORISSANT
      GENEVA 12   1211
      SWITZERLAND

Please note that your claim # 10130 in the above referenced case and in the amount of
      $5,310,157.00       has been transferred **(unless previously expunged by court order)**

      LONGACRE MASTER FUND II, LP
      TRANSFEROR: BUNGE SA
      810 SEVENTH AVENUE, 33RD FLOOR
      ATTN: VLADIMIR JELISAVCIC
      NEW YORK NY 100193

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6319       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/23/2009                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 23, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          |    Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         |    08-13555 (JMP)
                                               |
                                               |    (Jointly Administered)
                                               |
                    Debtors.                   |
                                               |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  BUNGE SA
             ATTN: PRISCILLE SCHERRER-MORGESE
             ROUTE DE FLORISSANT 13
             GENEVA 12    1211
             SWITZERLAND

Please note that your claim # 34902 in the above referenced case and in the amount of
        $5,310,157.00        has been transferred **(unless previously expunged by court order)**

             LONGACRE MASTER FUND II, LP
             TRANSFEROR: BUNGE SA
             810 SEVENTH AVENUE, 33RD FLOOR
             ATTN: VLADIMIR JELISAVCIC
             NEW YORK NY 100193

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6320        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/23/2009                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 23, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:    BUNGE SA                                          BUNGE SA
       ATTN: PRISCILLE SCHERRER-MORGESE                  BURNGE LIMITED
       ROUTE DE FLORISSANT 13                            ATTN: MARINA COHEN
       GENEVA 12    1211                                 50 MAIN STREET
       SWITZERLAND                                       WHITE PLAINS NY 10606

Please note that your claim # 4628 in the above referenced case and in the amount of
       $5,310,157.00       has been transferred **(unless previously expunged by court order)**

       LONGACRE MASTER FUND II, LP
       TRANSFEROR: BUNGE SA
       810 SEVENTH AVENUE, 33RD FLOOR
       ATTN: VLADIMIR JELISAVCIC
       NEW YORK NY 100193

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

       UNITED STATES BANKRUPTCY COURT
       Southern District of New York
       One Bowling Green
       New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6321           in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/23/2009                              Vito Genna, Clerk of Court


                                              /s/ Paul Belobritsky
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 23, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re                                            |     Chapter 11 Case No.
                                                 |
LEHMAN BROTHERS HOLDINGS INC., et al.,           |     08-13555 (JMP)
                                                 |
                                                 |     (Jointly Administered)
                       Debtors.                  |
                                                 |
_____

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  BUNGE SA
         ATTN: PRISCILLE SCHERRER-MORGESE / LINDA LANE
         13 ROUTE DE FLORISSANT
         GENEVA 12    1211
         SWITZERLAND

Please note that your claim # 10129 in the above referenced case and in the amount of
    $5,310,157.00        has been transferred **(unless previously expunged by court order)**

         LONGACRE MASTER FUND II, LP
         TRANSFEROR: BUNGE SA
         810 SEVENTH AVENUE, 33RD FLOOR
         ATTN: VLADIMIR JELISAVCIC
         NEW YORK NY 100193

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF**
**YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6322      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL**
**BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/23/2009                           Vito Genna, Clerk of Court

                                           /s/ Paul Belobritsky
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 23, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  BUNGE SA
             ATTN: PRISCILLE SCHERRER-MORGESE
             ROUTE DE FLORISSANT 13
             GENEVA 12    1211
             SWITZERLAND

Please note that your claim # 34903 in the above referenced case and in the amount of
        $5,310,157.00        has been transferred **(unless previously expunged by court order)**

        LONGACRE MASTER FUND II, LP
        TRANSFEROR: BUNGE SA
        810 SEVENTH AVENUE, 33RD FLOOR
        ATTN: VLADIMIR JELISAVCIC
        NEW YORK NY 100193

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6323       in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/23/2009                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 23, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                       |
In re                                  |    Chapter 11 Case No.
                                       |
LEHMAN BROTHERS HOLDINGS INC., et al., |    08-13555 (JMP)
                                       |
                                       |    (Jointly Administered)
                 Debtors.              |
                                       |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  CONDUIT CAPITAL MARKETS LTD
             12-13 HENRIETTA STREET
             LONDON    W2CE 8LH
             UNITED KINGDOM

Please note that your claim # 55060 in the above referenced case and in the amount of
        $1,618,475.00        has been transferred **(unless previously expunged by court order)**

             ANDROMEDA GLOBAL CREDIT FUND, LTD
             TRANSFEROR: CONDUIT CAPITAL MARKETS LTD
             CONSTELLATION CAPITAL MANAGEMENT, LLC
             520 MADISON AVENUE, 18TH FLOOR
             NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6330     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/23/2009                      Vito Genna, Clerk of Court


                                      /s/ Paul Belobritsky
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 23, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:    BUNGE SA                                           BUNGE SA
       ATTENTION: MICHAEL P. O'BRIEN                      ATTN: PRISCILLE SCHERRER-MORGESE
       WINSTON & STRAWN LLP                               ROUTE DE FLORISSANT 13
       35 WEST WACKER DRIVE                               GENEVA 12    1211
       CHICAGO IL 60601                                   SWITZERLAND

Please note that your claim # 4628 in the above referenced case and in the amount of
      $5,310,157.00        has been transferred **(unless previously expunged by court order)**

                                                          LONGACRE MASTER FUND II, LP
                                                          TRANSFEROR: BUNGE SA
                                                          810 SEVENTH AVENUE, 33RD FLOOR
                                                          ATTN: VLADIMIR JELISAVCIC
                                                          NEW YORK NY 100193

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6321        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/23/2009                     Vito Genna, Clerk of Court


                                     /s/ Paul Belobritsky
                                     _____
                                     By: Epiq Bankruptcy Solutions, LLC
                                         as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 23, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                    |
In re                               |    Chapter 11 Case No.
                                    |
LEHMAN BROTHERS HOLDINGS INC., et al., |  08-13555 (JMP)
                                    |
                                    |    (Jointly Administered)
              Debtors.              |
                                    |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   BUNGE SA                                BUNGE SA
      WINSTON & STRAN LLP                     ATTN: PRISCILLE SCHERRER-MORGESE
      ATTN: MICHAEL P. O'BRIEN                ROUTE DE FLORISSANT 13
      35 WEST WACKER DRIVE                    GENEVA 12    1211
      CHICAGO IL 60601                        SWITZERLAND

Please note that your claim # 4627 in the above referenced case and in the amount of
       $5,310,157.00        has been transferred **(unless previously expunged by court order)**

                                              LONGACRE MASTER FUND II, LP
                                              TRANSFEROR: BUNGE SA
                                              810 SEVENTH AVENUE, 33RD FLOOR
                                              ATTN: VLADIMIR JELISAVCIC
                                              NEW YORK NY 100193

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6318      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/23/2009                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 23, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: BUNGE SA
BURNGE LIMITED
ATTN: MARINA COHEN
50 MAIN STREET
WHITE PLAINS NY 10606

BUNGE SA
ATTN: PRISCILLE SCHERRER-MORGESE
ROUTE DE FLORISSANT 13
GENEVA 12    1211
SWITZERLAND

Please note that your claim # 4628 in the above referenced case and in the amount of
$5,310,157.00        has been transferred **(unless previously expunged by court order)**

LONGACRE MASTER FUND II, LP
TRANSFEROR: BUNGE SA
810 SEVENTH AVENUE, 33RD FLOOR
ATTN: VLADIMIR JELISAVCIC
NEW YORK NY 100193

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6321        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/23/2009                         Vito Genna, Clerk of Court

/s/ Paul Belobritsky

By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 23, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                       |
In re                                  |     Chapter 11 Case No.
                                       |
LEHMAN BROTHERS HOLDINGS INC., et al., |     08-13555 (JMP)
                                       |
                                       |     (Jointly Administered)
              Debtors.                 |
                                       |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:    BUNGE SA                                    BUNGE SA
       BUNGE LIMITED                               ATTN: PRISCILLE SCHERRER-MORGESE
       ATTN: MARINA COHEN                          ROUTE DE FLORISSANT 13
       50 MAIN STREET                              GENEVA 12    1211
       WHITE PLAINS NY 10606                       SWITZERLAND

Please note that your claim # 4627 in the above referenced case and in the amount of
     $5,310,157.00        has been transferred **(unless previously expunged by court order)**

                                                   LONGACRE MASTER FUND II, LP
                                                   TRANSFEROR: BUNGE SA
                                                   810 SEVENTH AVENUE, 33RD FLOOR
                                                   ATTN: VLADIMIR JELISAVCIC
                                                   NEW YORK NY 100193

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6318        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/23/2009                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 23, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:    BARCLAYS BANK PLC                                BARCLAYS BANK PLC
       LINDSEE P. GRANFIELD, ESQ.                       ATTN: MARK MANSKI, MANAGING DIRECTOR
       CLEARY GOTTLIEB STEEN & HAMILTON LLP             200 PARK AVE.
       ONE LIBERTY PLAZA                                NEW YORK NY 10166
       NEW YORK NY 10006

Please note that your claim # 64029 in the above referenced case and in the amount of
       $10,934,819.52        has been transferred **(unless previously expunged by court order)**

KNIGHTHEAD MASTER FUND, L.P.
TRANSFEROR: BARCLAYS BANK PLC
C/O KNIGHTHEAD CAPITAL MANAGEMENT
623 FIFTH AVENUE, 29TH FLOOR
ATTN: LAURA S. TORRADO
NEW YORK NY 10023

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6336        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/23/2009                         Vito Genna, Clerk of Court


                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 23, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                          |
In re                                     |     Chapter 11 Case No.
                                          |
LEHMAN BROTHERS HOLDINGS INC., et al.,    |     08-13555 (JMP)
                                          |
                                          |     (Jointly Administered)
                    Debtors.              |
                                          |
_____|
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:

                                    VR-LIW GMBH
                                    GUNNAR MANGEL-GENERAL MANAGER
                                    GABELSBERGERSTRASSE 1A
                                    HAMM    59069
                                    GERMANY

Please note that your claim # 55174-02 in the above referenced case and in the amount of
      $1,455,023.50        has been transferred **(unless previously expunged by court order)**

MORGAN STANLEY & CO. INTERNATIONAL PLC          MORGAN STANLEY & CO. INTERNATIONAL PLC
MICHAEL FRIEDMAN, ESQ.                          TRANSFEROR: VR-LIW GMBH
RICHARDS KIBBE & ORBE LLP                       25, CABOT SQUARE
ONE WORLD FINANCIAL CENTER                      CANARY WHARF
NEW YORK NY 10281                               LONDON    E14 4QA
                                                ENGLAND

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6326        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/23/2009                      Vito Genna, Clerk of Court


                                      /s/ Paul Belobritsky
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 23, 2009.

**EXHIBIT "B"**

TIME: 12:17:55
DATE: 12/23/09

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE:    1

| Name | Address |
|------|---------|
| ANDROMEDA GLOBAL CREDIT FUND, LTD | TRANSFEROR: CONDUIT CAPITAL MARKETS LTD CONSTELLATION CAPITAL MANAGEMENT, LLC 520 MADISON AVENUE, 18TH FLOOR NEW YORK NY 10022 |
| BARCLAYS BANK PLC | ATTN: MARK MANSKI, MANAGING DIRECTOR 200 PARK AVE. NEW YORK NY 10166 |
| BARCLAYS BANK PLC | LINDSEE P. GRANFIELD, ESQ. CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| BARCLAYS BANK PLC | TRANSFEROR: PERRY PARTNERS INTERNATIONAL, INC 745 Seventh Avenue New York NY 10019 USA |
| BUNGE SA | BUNGE LIMITED ATTN: MARINA COHEN 50 MAIN STREET WHITE PLAINS NY 10606 |
| BUNGE SA | WINSTON & STRAWN LLP ATTN: MICHAEL P. O'BRIEN 35 WEST WACKER DRIVE CHICAGO IL 60601 |
| BUNGE SA | ATTN: PRISCILLE SCHERRER-MORGESE ROUTE DE FLORISSANT 13 GENEVA 12   1211 SWITZERLAND |
| BUNGE SA | ATTN: PRISCILLE SCHERRER-MORGESE / LINDA LANE 13 ROUTE DE FLORISSANT GENEVA 12   1211 SWITZERLAND |
| BUNGE SA | ATTENTION: MICHAEL P. O'BRIEN WINSTON & STRAWN LLP 35 WEST WACKER DRIVE CHICAGO IL 60601 |
| CONDUIT CAPITAL MARKETS LTD | 12-13 HENRIETTA STREET LONDON W2CE 8LH UNITED KINGDOM |
| KNIGHTHEAD MASTER FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O KNIGHTHEAD CAPITAL MANAGEMENT 623 FIFTH AVENUE, 29TH FLOOR ATTN: LAURA S. TORRADO NEW YORK NY 10022 |
| LONGACRE MASTER FUND II, LP | TRANSFEROR: BUNGE SA 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK NY 100193 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | MICHAEL FRIEDMAN, ESQ. RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | TRANSFEROR: VR-LIW GMBH 25, CABOT SQUARE CANARY WHARF LONDON  E14 4QA ENGLAND |
| PERRY PARTNERS INTERNATIONAL, INC | C/O PERRY CORP ATTN: MICHAEL NEUS 767 FIFTH AVENUE 19TH FLOOR NEW YORK NY 10153 |
| VR-LIW GMBH | GUNNAR MANGEL-GENERAL MANAGER GABELSBERGERSTRASSE 1A HAMM  59069 GERMANY |

Total Number of Records Printed       16

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT "C"**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153