IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**LEHMAN BROTHERS HOLDINGS INC**<br><br>Lehman Brothers Holdings, Inc.<br><br><br>("the Debtors") | Chapter 11<br><br>Case No. 08-13555 (JMP) Jointly Administered<br><br>Case No. 08-13555<br><br><br><br>Claim No.: <u>4866</u> |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(2) FOR FILED CREDITOR, KRAUS PARTNER INVESTMENT SOLUTIONS AG IN ITS CAPACITY A MANAGER TO THE ALTEA SICAV-FIS AND ACTING FOR ALTEA SICAV-FIS-GLOBAL ONE, IN THE AMOUNT OF $711,346.00, TO BLUE ANGEL CLAIMS, LLC

To Transferor:    Kraus Partner Investment Solutions AG
in its Capacity a Manager to the Altea
SICAV-FIS and Acting for Altea SICAV-FIS-Global One
Limmatquai 122
CH-8001 Zurich
SWITZERLAND

PLEASE TAKE NOTICE that the transfer of $711,346.00 of the above-captioned general unsecured claim has been transferred to:

Transferee:    Blue Angel Claims, LLC
Attn: Anthony Yoseloff, Manager
65 East 55th Street, 19th Floor
New York, NY 10022

The evidence of transfer of claim is attached hereto. A copy of the Proof of Claim and a copy of the Claims Agent website listing the claim are attached.

If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

---

*(FOR CLERK'S OFFICE USE ONLY):*
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2009.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

_____
Deputy Clerk

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, KRAUS PARTNER INVESTMENT SOLUTIONS AG ACTING IN ITS CAPACITY AS MANAGER TO THE ALTEA SICAV-FIS AND ACTING FOR ALTEA SICAV – FIS – GLOBAL ONE ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to BLUE ANGEL CLAIMS, LLC ("Assignee") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. ("LBHI") (the "Debtor"), the debtor in Case No. 08-13555 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant portion of any and all proofs of claim (Nos. 4866, 12635, 37653) filed by Assignor or its predecessor-in-interest with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim, recognizing Assignee as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 16 day of December 2009.

KRAUS PARTNER INVESTMENT SOLUTIONS AG ACTING IN ITS CAPACITY AS MANAGER TO THE ALTEA SICAV-FIS AND ACTING FOR ALTEA SICAV – FIS – GLOBAL ONE

By: _____

Name: THOMAS KRAUS

Title: CEO

BLUE ANGEL CLAIMS, LLC

By: _____

Name: Avram Friedman

Title: Manager

22

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT    Southern District of New York | PROOF OF CLAIM |
|---|---|
| Name of Debtor:<br>Lehman Brothers Holdings Inc | Case Number: |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>Kraus Partner Investment Solutions AG in its capacity as manager to the ALTEA SICAV-FIS | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Name and address where notices should be sent:<br>Kraus Partner Investment Solutions AG<br>Limmatquai 122, CH-8001 Zuerich, Switzerland | Court Claim Number:_____<br>(*If known*) |
| Telephone number:<br>+41 44 267 1516 | Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☑ Check this box if you are the debtor or trustee in this case. |
| 1. Amount of Claim as of Date Case Filed:    $    711,346.00 | 5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount. |
| If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>☑ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | Specify the priority of the claim.<br><br>☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). |
| 2. Basis for Claim: __Collateral & Open Trades__<br>(See instruction #2 on reverse side.) | ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4). |
| 3. Last four digits of any number by which creditor identifies debtor: _____<br>3a. Debtor may have scheduled account as: KRAUS PARTNER INV.<br>(See instruction #3a on reverse side.) | |
| 4. Secured Claim (See instruction #4 on reverse side.)<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>Nature of property or right of setoff:   ☐ Real Estate    ☐ Motor Vehicle    ☐ Other<br>Describe:<br><br>Value of Property:$_____   Annual Interest Rate___%<br><br>Amount of arrearage and other charges as of time case filed included in secured claim,<br><br>if any: $_____   Basis for perfection: _____<br><br>Amount of Secured Claim: $_____   Amount Unsecured: $_____ | ☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).<br><br>☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).<br><br>☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8). |
| 6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim. | ☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(___). |
| 7. Documents: Attach redacted copies of any documents, orders, invoices, itemized statements of running account. You may also attach a summary. Attach redacted copies a security interest. You may also attach a summary. (Se<br><br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACH SCANNING.<br><br>If the documents are not available, please explain: | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)        0000004866<br><br>[barcode]<br><br>Amount entitled to priority:<br>$    0.00<br><br>*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. |
| Date:<br>06/03/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>[signature]   THOMAS KRAUS, CEO | FILED / RECEIVED<br><br>JUN 1 2 2009<br><br>EPIQ BANKRUPTCY SOLUTIONS, LLC |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

- Epiq Directory
- Contact Us
- Forms
- BSI

# Epiq Systems, Inc.

646 282 2400

Client Home          Filed Claims & Schedules          Key Documents          Docket          Change Client

## Lehman Brothers Holdings Inc. (Chapter 11)

Filed Claims and Schedules

| Claim # | 4866 | | Name Starts With | | | Debtor | |
| Schedule # | | | Total Claim Value | Equals | | Scope | Claims and Schedules |
| | | | Claim Date Range | | to | | |
| Order By | Creditor Name | | | Results Per Page | 10 | | Search   Clear |

◀ Page 1 of 1 ▶                                                                                    Page [  ] Go

| Claim # | Schedule # | Creditor Name | Date | Total Claim Value | |
|---|---|---|---|---|---|
| 4866 | | KRAUS PARTNER INVESTMENT SOLUTIONS AG<br>IN ITS CAPACITY AS MANAGER TO THE ALTEA<br>LIMMATQUAI 122<br>ZUERICH, CH-8001<br>SWITZERLAND<br><br>Debtor: LEHMAN BROTHERS HOLDINGS, INC. | 6/12/2009 | Claim Priority Amount: $711,346.00<br>Claim Unsecured Amount: $0.00<br>Claim Unsecured Amount: $711,346.00<br><br>Remarks: POSSIBLE AMENDED CLAIM | Image |

Claims 1-1 of 1

Epiq Bankruptcy Solutions, LLC ("Epiq") maintains this website for the public's convenience. While Epiq makes every attempt to assure the accuracy of the information contained herein, this website is not the website of the United States Bankruptcy Court and does not contain the complete, official record of the Bankruptcy Court. All documents filed with the Bankruptcy Court are available for inspection at the office of the Clerk of the Bankruptcy Court during its normal business hours or online on the Bankruptcy Court's website. Use of this website is also subject to our terms of use and end user license agreement. Please review our privacy statement for additional information regarding the data maintained on this website.
© 2009 Epiq Systems, Inc. All Rights Reserved.

- Home
- Contact
- Subscribe
- Site Map
- Disclaimer
- Terms of Use
- Privacy Statement
- Safe Harbor