# Exhibit C

First American Residential Value View

# RESIDENTIAL BROKER PRICE OPINION

RE: 2_____ This BPO is the ☐ Initial ☐ 2nd Opinion ☐ Updated ☐ Exterior Only DATE 12/4/2009

PROPERTY ADDRESS: 94 FORBELL ST   SALES REPRESENTATIVE: _____

OZONE PARK   NY   11416   CLIENT NAME: _____

FIRM NAME: LUCKY HOMES CORP   COMPLETED BY: JAGDIS RAMSAROOP

PHONE NO. (917)681-3228   FAX NO. (718)846-1177

## I. GENERAL MARKET CONDITIONS

Current market condition: ☑ Depressed ☐ Slow ☐ Stable ☐ Improving ☐ Excellent
Employment conditions: ☑ Declining ☐ Stable ☐ Increasing
Market price of this type property has: ☑ Decreased 12 % in past 12 months
☐ Increased
☐ Remained stable

Estimated percentages of owner vs. tenants in neighborhood: 60 % owner occupant   40 % tenant
There is a ☑ Normal supply ☐ oversupply ☐ shortage of comparable listings in the neighborhood
Approximate number of comparable units for sale in neighborhood: 15
No. of competing listings in neighborhood that are REO or Corporate owned: 9
No. of boarded or blocked-up homes: 7

## II. SUBJECT MARKETABILITY

Range of values in the neighborhood is $ 200,000 to $ 400,000
The subject is an ☐ over improvement ☐ under improvement ☑ Appropriate improvement for the neighborhood.
Normal marketing time in the area is: 360 days.
Are all types of financing available for the property? ☑ Yes ☐ No   If no, explain _____
Has the property been on the market in the last 12 months? ☐ Yes ☑ No   If yes, $ _____ list price (include MLS printout)
To the best of your knowledge, why did it not sell? _____

Unit Type: ☐ single family detached ☐ condo ☐ co-op ☐ mobile home
☐ single family attached ☑ townhouse ☐ modular

If condo or other association exists: Fee $ ____ ☐ monthly ☐ annually   Current? ☐ Yes ☐ No   Fee delinquent? $ ____
The fee includes: ☐ Insurance ☐ Landscape ☐ Pool ☐ Tennis   Other ____
Association Contact: Name: _____   Phone No.: _____

## III. COMPETITIVE CLOSED SALES

| ITEM | SUBJECT | COMPARABLE NUMBER 1 | | COMPARABLE NUMBER 2 | | COMPARABLE NUMBER 3 | |
|---|---|---|---|---|---|---|---|
| Address | 94 FORBELL ST OZONE PARK NY 11416 | 300 ELDERT LN BROOKLYN NY 11208 | | 556 SHEPHERD AVE BROOKLYN NY 11208 | | 9749 78TH ST OZONE PARK NY 11416 | |
| Proximity to Subject | | 0.13 REO/Corp ☐ | | 1.11 REO/Corp ☐ | | 0.26 REO/Corp ☐ | |
| Sale Price | $ | $ 220,000 | | $ 258,000 | | $ 260,000 | |
| Price/Gross Living Area | $ Sq. Ft. | $ 197.66 Sq. Ft. | | $ 229.13 Sq. Ft. | | $ 228.27 Sq. Ft. | |
| Sale Date & Days on Market | | 11/13/2009 29 | | 10/29/2009 78 | | 06/28/2009 102 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | Adjustment | DESCRIPTION | Adjustment | DESCRIPTION | Adjustment |
| Sales or Financing Concessions | | 0 | E | 0 | E | 0 | E |
| Location | Urban | Urban | E | Urban | E | Urban | E |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | E | Fee Simple | E | Fee Simple | E |
| Site | 0.04 | 0.04 | E | 0.04 | E | 0.05 | S |
| View | Typ. | Typ. | E | Typ. | E | Typ. | E |
| Design and Appeal | SFD T-Hous | SFD T-Hous | E | SFD T-Hous | E | SFD T-Hous | E |
| Quality of Construction | Average | Average | E | Average | E | Average | E |
| Age | 99 | 94 | E | 94 | E | 99 | E |
| Condition | Average | Average | E | Average | E | Average | E |
| Above Grade Room Count | Total 6 / Bdrms 3 / Baths 1.5 | Total 6 / Bdrms 3 / Baths 1 | E | Total 6 / Bdrms 3 / Baths 1.5 | E | Total 7 / Bdrms 4 / Baths 2 | S |
| Gross Living Area | 1,130 Sq. Ft. | 1,113 Sq. Ft. | | 1,126 Sq. Ft. | E | 1,139 Sq. Ft. | E |
| Basement & Finished Rooms Below Grade | Yes 3 | Yes 3 | E | Yes 3 | E | Yes 3 | E |
| Functional Utility | Average | Average | | Average | E | Average | E |
| Heating/Cooling | WINDOWS | WINDOWS | E | WINDOWS | E | WINDOWS | E |
| Energy Efficient Items | NONE | NONE | E | NONE | E | NONE | E |
| Garage/Carport | None | None | E | None | E | Carport 1 | S |
| Porches, Patio, Deck Fireplace(s), etc. | NONE | NONE | E | NONE | E | NONE | E |
| Fence, Pool, etc. | FENCE | FENCE | E | FENCE | E | FENCE | E |
| Other | NONE | NONE | E | NONE | E | NONE | E |
| Net Adj. (total) | | $ 38,000 | | $ 0 | | $ -2,000 | |
| Adjusted Sales Price of Comparable | | $ 258,000 | | $ 258,000 | | $ 258,000 | |

COMPS WERE SELECTED BASED ON SUBJECT'S SIZE, CRITERIA, CONDITION AND LOCATION. THESE ARE THE CLOSEST MATCH TO SUBJECT. COMP 1 IS INFERIOR BECAUSE SUBJECT IS IN BETTER CONDITION THAN SUBJECT. COMP 2 IS THE MOST COMPARABLE TO

Page 1 of 2

REO# _____

## IV. MARKETING STRATEGY

☑ As-is  ☐ Minimal Lender Required Repairs  ☐ Repaired    Most Likely Buyer: ☑ Owner occupant  ☐ Investor

## V. REPAIRS

Itemize ALL repairs needed to bring property from its present "as is" condition to average marketable condition for the neighborhood. Check those repairs you recommend that we perform for most successful marketing of the property.

**GRAND TOTAL FOR ALL REPAIRS** $ 0

### VI. COMPETITIVE LISTINGS

| ITEM | SUBJECT | COMPARABLE NUMBER 1 | | COMPARABLE NUMBER 2 | | COMPARABLE NUMBER 3 | |
|---|---|---|---|---|---|---|---|
| Address | 94 FORBELL ST OZONE PARK NY 11416 | 292 AUTUMN AVE BROOKLYN NY 11208 | | 9413 FORBELL ST OZONE PARK NY 11416 | | 66 FORBELL ST BROOKLYN NY 11208 | |
| Proximity to Subject | | 0.27 REO/Corp | | 0.08 REO/Corp | | 0.06 REO/Corp | |
| List Price | $ | $ 319,000 | | $ 319,000 | | $ 325,000 | |
| Price/Gross Living Area | $ Sq.Ft. | $ 285.5 Sq.Ft. | | $ 280.8 Sq.Ft. | | $ 284.8 Sq.Ft. | |
| Data and/or Verification Sources | | MLS | | MLS | | MLS | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | Adjustment | DESCRIPTION | Adjustment | DESCRIPTION | Adjustment |
| Sales or Financing Concessions | | 0 | E | 0 | E | 0 | E |
| Days on Market | | 319 | E | 295 | E | 242 | E |
| Location | Urban | Urban | E | Urban | E | Urban | E |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | E | Fee Simple | E | Fee Simple | E |
| Site | 0.04 | 0.05 | E | 0.05 | E | 0.04 | E |
| View | Typ | Typ | E | Typ | E | Typ | E |
| Design and Appeal | SFD T-Hous | SFD Colonial | E | SFD Colonial | E | SFD Colonial | E |
| Quality of Construction | Average | Average | E | Average | E | Average | E |
| Age | 99 | 99 | E | 94 | E | 99 | E |
| Condition | Average | Average | E | Average | E | Average | E |
| Above Grade Room Count | Total 6 / Bdms 3 / Baths 1.5 | Total 6 / Bdms 4 / Baths 1.5 | E | Total 6 / Bdms 3 / Baths 1 | E | Total 7 / Bdms 3 / Baths 1.5 | E |
| Gross Living Area | 1,130 Sq. Ft. | 1,117 Sq. Ft. | | 1,136 Sq. Ft. | E | 1,141 Sq. Ft. | E |
| Basement & Finished Rooms Below Grade | Yes 3 | Yes 2 | | Yes 3 | E | Yes 3 | E |
| Functional Utility | Average | Average | E | Average | E | Average | E |
| Heating/Cooling | WINDOWS | WINDOWS | E | WINDOWS | E | WINDOWS | E |
| Energy Efficient Items | NONE | NONE | E | NONE | E | NONE | E |
| Garage/Carport | None | None | E | None | E | None | E |
| Porches, Patio, Deck Fireplace(s), etc. | NONE | NONE | E | NONE | E | PATIO | E |
| Fence, Pool, etc. | FENCE | FENCE | E | FENCE | E | FENCE | E |
| Other | NONE | NONE | E | NONE | E | NONE | E |
| Net Adj. (total) | | $ 0 | | $ 0 | | $ -6,000 | |
| Adjusted Sales Price of Comparable | | $ 319,000 | | $ 319,000 | | $ 319,000 | |

COMPS WERE SELECTED BASED ON SUBJECT'S SIZE, CRITERIA, CONDITION AND LOCATION. THESE ARE THE CLOSEST MATCH TO SUBJECT. COMP 1 IS INFERIOR BECAUSE IT HAS A PARTIALLY FIN BSMT. COMP 2 IS THE MOST COMPARABLE TO SUBJECT. COMP 3 IS SUPERIOR

**VI. THE MARKET VALUE** (The value must fall within the indicated value of the Competitive Closed Sales).

|  | Market Value | Suggested List Price |
|---|---|---|
| AS IS | $ 260,000 | $ 299,000 |
| REPAIRED | $ 260,000 | $ 299,000 |

COMMENTS (Include specific positives/negatives, special concerns, encroachments, easements, water rights, environmental concerns, flood zones, etc. Attach addendum if additional space is needed.)

COMPS WERE SELECTED BASED ON SUBJECT'S SIZE, CRITERIA, CONDITION AND LOCATION. THESE ARE THE CLOSEST MATCH TO SUBJECT. COMP 1 IS INFERIOR BECAUSE IT HAS A PARTIALLY FIN BSMT. COMP 2 IS THE MOST COMPARABLE TO SUBJECT. COMP 3 IS SUPERIOR BECAUSE IT IS IN BETTER CONDITION THAN SUBJECT.

SUBJECT MARKETING AREA HAS SEEN A STEEP DECLINE IN VALUES DUE TO A HIGH NUMBER OF REO'S, FORECLOSURES AND SHORT SALE PROPERTIES. AREA HAS ALL AMENITIES INCLUDING SCHOOLS, SENIOR CARE AND DAYCARE CENTERS, HOUSES OF WORSHIP, SHOPPING AND PUBLIC TRANSPORTATION. NO HAZARDS OBSERVED.

Signature: JAGDIS RAMSAROOP                                          Date: 12/4/2009

**Addendum**  5068125

LISTING COMP 2 IS THE MOST COMPARABLE TO SUBJECT.

SHORTAGE OF FMV COMPS IN SUBJECT'S IMMEDIATE MARKETING AREA. SEARCH HAD TO BE EXPANDED BEYOND THE NORMAL DISTANCE RANGE AND EXTENDED BEYOND THE NORMAL TIME LIMIT.

QC: Subject information and photo matches with the 3934926 prior order. The repairs noted in the prior order 3934926 are for interior repairs. Subject information matches with the tax record attached.
Checked View Map and comp proximity matches with the FA's proximity information.
Browsed trulia. Found no supportive comps for the subject within urban proximity limits.

**First American Residential Value View**

**Photos**

| ACCOUNT NUMBER | TRACKING NUMBER 2717761 | | FARVV ORDER NO. 5068125 |
|---|---|---|---|
| NAME ROESE | ADDRESS 94 FORBELL ST | CITY, STATE, ZIP OZONE PARK, NY 11416 | |
| PHOTOS COMMENT | | | |

Subject Front



Subject Front
DIFFERENT VIEW



Subject House Number



Accour    Tracking #: 2717761

*First American Residential Value View*

**Photos**

| NAME | TRACKING NUMBER | | FARVV ORDER NO. |
|---|---|---|---|
| ROESE | 2717761 | | 5068125 |
| | ADDRESS | CITY, STATE, ZIP | |
| | 94 FORBELL ST | OZONE PARK, NY 11416 | |
| PHOTOS COMMENT | | | |

Street Sign



Street View



Listing 1 (292 AUTUMN AVE)



Tracking #: 2717761

 **First American Residential Value View**

**Photos**

| ACCOUNT NUMBER | TRACKING NUMBER 2717761 | FARVV ORDER NO. 5068125 |
|---|---|---|
| NAME ROESE | ADDRESS 94 FORBELL ST | CITY, STATE, ZIP OZONE PARK, NY 11416 |
| PHOTOS COMMENT | | |

Listing 2 (9413 FORBELL ST)



Listing 3 (66 FORBELL ST)



Sold 1 (300 ELDERT LN)



 **First American Residential Value View**

**Photos**

| ACCOUNT NUMBER | TRACKING NUMBER 2717761 | FARVV ORDER NO. 5068125 |
|---|---|---|
| NAME: ROESE | ADDRESS 94 FORBELL ST | CITY, STATE, ZIP OZONE PARK, NY 11416 |
| PHOTOS COMMENT | | |

Sold 2 (556 SHEPHERD AVE)



Sold 3 (9749 78TH ST)



Other Photo
NEIGHBOR'S TAG



Account #: ⟨illegible⟩   Tracking #: 2717761

**First American Residential Value View**

Map

| ACCOUNT NUMBER | | TRACKING NUMBER 2717761 | |
|---|---|---|---|
| NAME ROESE | ADDRESS 94 FORBELL ST | | CITY, STATE, ZIP OZONE PARK, NY 11416 |



Map Scale: 1 Inch = 0.22 Miles

**⚑ Subject Property**
94 FORBELL ST
OZONE PARK, NY 11416

**❶ Comp. Listing 1**
292 AUTUMN AVE
BROOKLYN, NY 11208
Dist From Subject: 0.27 Miles

**❷ Comp. Listing 2**
9413 FORBELL ST
OZONE PARK, NY 11416
Dist From Subject: 0.08 Miles

**❸ Comp. Listing 3**
66 FORBELL ST
BROOKLYN, NY 11208
Dist From Subject: 0.06 Miles

**❶ Closed Sale 1**
300 ELDERT LN
BROOKLYN, NY 11208
Dist From Subject: 0.13 Miles

**❷ Closed Sale 2**
556 SHEPHERD AVE
BROOKLYN, NY 11208
Dist From Subject: 1.11 Miles

**❸ Closed Sale 3**
9749 78TH ST
OZONE PARK, NY 11416
Dist From Subject: 0.26 Miles

5068125