September 2, 2009

Lehman Brothers Holdings
Claims Processing Center
c/o Epic Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

To Whom It May Concern:

We are writing this letter to request that you please disregard the Lehman Securities Programs Proof of Claim that was sent on August 25, 2009 for Genesis I Partners for ISIN XS0301813522.

Morgan Stanley as custodian will be sending a separate claim for Genesis I Partners for ISIN XS0301813522 before the deadline.

Kind Regards,

Circade Limited and Company trading as the
Genesis I Partners

_____
RTSing Presidents Pte Ltd.
As Attorney of Circade Limited

From: Origin ID: MPBA (305)533-5313
Adilia Lugo
Morgan Stanley
200 S Biscayne Blvd

Miami, FL 33131



SHIP TO: (305)533-5313    BILL SENDER
**Lehman Bros Holdings Claims Process**
**Epiq Bankruptcy Solutions Llc**
**757 3rd Ave**
**Frnt 3**
**New York, NY 10017**



Ship Date: 08SEP09
ActWgt: 1 LB
CAD: 7340740/WBUS0200
Account#: S *********

Delivery Address Bar Code

Ref # 5150-178ML-NA
Invoice #
PO #
Dept #

TRK# 7994 2842 4463    WED - 09SEP    A1
0201                   PRIORITY OVERNIGHT

XA OGSA    SEP 0 9 2009    10017
                          NY-US
                          EWR

