

securities 證券

07 December 2009

HONG KONG 香港 SHANGHAI 上海 MACAU 澳門

Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor,
New York, New York 10017,
U.S.A.
Attn.: Lehman Brothers Holdings Claims Processing

Dear Sir/Madam,

With reference to our previous Proof of Claim, our company sold all the holdings on 25 November 2009 (contractual settlement date: 30 November 2009). We are writing to notify about that. Please convey the message to the Court. Kindly advise us if there are further documentations required to be filed at your sides.

Feel free to contact our Connie Kwan or Charles Chiang at telephone 852-28484350/ 28012512 or fax 852-25377647 for any queries.

Thank you for your kind attention.

Encl.

Yours faithfully,

For and on behalf of
TAIFOOK SECURITIES COMPANY LIMITED
大 福 證 券 有 限 公 司

..................................................................
Authorized Signature(s)



securities 證券

07 December 2009

HONG KONG 香港  SHANGHAI 上海  MACAU 澳門

Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor,
New York, New York 10017,
U.S.A.
Attn.: Lehman Brothers Holdings Claims Processing

Dear Sir/Madam,

With reference to our previous Proof of Claim, our company sold all the holdings on
25 November 2009 (contractual settlement date: 30 November 2009). We are writing
to notify about that. Please convey the message to the Court. Kindly advise us if there
are further documentations required to be filed at your sides.

Feel free to contact our Connie Kwan or Charles Chiang at telephone 852-28484350/
28012512 or fax 852-25377647 for any queries.

Thank you for your kind attention.

Encl.

Yours faithfully,

For and on behalf of
TAIFOOK SECURITIES COMPANY LIMITED
大 福 證 券 有 限 公 司

........................................................
Authorized Signature(s)

*ACKNOWLEDGE RECEIPT BY*

| United States Bankruptcy Court/Southern District of New York | | **LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM** |
|---|---|---|

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) | |
|---|---|---|

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
*TAIFOOK SECURITIES COMPANY LIMITED*
*25/F, NEW WORLD TOWER,*
*16-18 QUEEN'S ROAD, CENTRAL, HONG KONG.*
*ATTN: CONNIE KWAN/CHARLES CHIANG*
*852-28484350*
*Telephone number: 28012512/ Email Address:* *cckwan@taifook.com*
*pkchiang@taifook.com*

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)
*PAYABLE TO "TAIFOOK SECURITIES COMPANY LIMITED"*

Telephone number:          Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ *AUD1,000,000* (Required)

☐  Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): *XS0374132594*     (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number: *6018409*
(Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number: *EUROCLEAR NUMBER 94686 IN NAME OF HONG KONG BANK - HSBC NOMINEES HK LTD. SUB A/C NO. 500-113089 SUB A/C TAIFOOK SECURITIES CO. LTD.*
(Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

FOR COURT USE ONLY

**FILED / RECEIVED**

**OCT 2 1 2009**

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

| Date. *19 OCT 2009* | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.   *For and on behalf of* *TAIFOOK SECURITIES COMPANY LIMITED* 大福証券有限公司 |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

*Acknowledged receipt by*

| United States Bankruptcy Court/Southern District of New York | **LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM** |
|---|---|

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) | |
|---|---|---|

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

THIS SPACE IS FOR COURT USE ONLY

---

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

*TAIFOOK SECURITIES COMPANY LIMITED*
*25/F, NEW WORLD TOWER,*
*16-18 QUEEN'S ROAD, CENTRAL, HONG KONG*
*ATTN: CONNIE KWAN / CHARLES CHIANG*
*852-28484350*
Telephone number: *28012512*  Email Address: *ckwan@taifook.com*   *pcchiang@taifook.com*

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):
*PAYABLE TO "TAIFOOK SECURITIES COMPANY LIMITED"*

Telephone number:        Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

---

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ *USD 800,000 %*        (Required)

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): *XS0384596515*        (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number: *6018410*

(Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

*EUROCLEAR NUMBER 94686*
*IN NAME OF HONG KONG BANK-*
Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number: *HSBC NOMINEES HK LTD.*
*SUB A/C NO. 500-113089*  *SUB A/C TAIFOOK SECURITIES CO. LTD.*
(Required) *001*

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

FOR COURT USE ONLY

**FILED / RECEIVED**

OCT 21 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

---

| Date. *19 OCT 2009* | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. *For and on behalf of* |
|---|---|

*TAIFOOK SECURITIES COMPANY LIMITED*
大福證券有限公司

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

*Acknowledged receipt by*

**Silver Point Capital**
Two Greenwich Plaza
Greenwich, CT 06830
Tel: 203-542-4000
Fax: 203-542-4100

October 19, 2009

Mr. Sunny Poon

IB Fund SPC for the account of IB Global Strategies Fund Segregated Portfolio

25/F New World Tower 1

16-18 Queens Road

Central Hong Kong

Dear Mr. Poon:

The purpose of this letter is to confirm that Silver Point Capital (the "Buyer") will purchase the following Lehman debt instruments (the "Transferred Rights") from Taifook Securities Company Limited on behalf of IB Fund SPC with effect on 19th October 2009 for the account of IB Global Strategies Fund Segregated Portfolio (the "Seller") and both parties agreed the following terms and conditions:

1) Issue of AUD 1,000,000 Index Linked Notes due July 11, 2011 (ISIN XS0374132594) at a Purchase Rate of 15.50% for a Purchase Price of $155,000. The Purchase Price will be paid in AUD.

2) Issue of USD 800,000 Fund Linked Notes due September 3, 2010 (ISIN XS0384596515) at a Purchase Rate of 15.50% for a Purchase Price of $124,000. The Purchase Price will be paid in USD.

3) The Seller represents and warrants to the Buyer as of the date of this letter agreement (the "Agreement") that (i) a proof of claim in connection with the Transferred Rights (the "Proof of Claim") has been or will be duly and timely filed by the Seller in the Lehman Brothers Holdings Inc. bankruptcy case (the "Bankruptcy Proceeding") prior to any applicable bar date which may have been established in the Bankruptcy Proceeding for filing such proofs of claim in the amount of not less than AUD $1,000,000 and USD $800,000; (ii) to the best of the Seller's knowledge all statements in the Proof of Claim are or will be true and correct as of the date hereof and the date of transfer and the Seller reasonably believes that the Proof of Claim has not been and will not be revoked, withdrawn, amended or modified; and (iii) to the best of the Seller's knowledge, the

Silver Point Capital
Two Greenwich Plaza
Greenwich, CT 06830
Tel: 203-542-4000
Fax: 203-542-4100

Seller has not received any written notice that the Proof of Claim is void or voidable or subject to any impairment.

4) The Seller agrees to use its best endeavors to complete the filing of the Proof of Claim in the Bankruptcy Proceeding and provide true and correct statements (to the best of the Seller's knowledge) in the Proof of Claim so long as the Seller's creditor status in the "Transferred Rights" has not been revoked and is recognized by the relevant court where the Bankruptcy Proceeding is held. The Seller further undertakes to the Buyer as long as the relevant court requires the Seller to file the Proof of Claim, and the Seller will use its best endeavors to act on such filing upon requested by the applicable court

5  The trade settlement date will be arranged on October 21ˢᵗ, 2009 and the means of delivery is made by payment through Euroclear.  Buyer's Euroclear instructions are Euroclear plc (Brussels, Belgium), A/C: J.P. Morgan Clearing Corp., A/C#: 90014.

Seller's Euroclear No: 20737 in name of Hong Kong Bank - HSBC Nominees HK Ltd., Sub A/C :   Taifook Securities Co Ltd., Sub A/C :   500-113089-091

If you agree with the forgoing, please sign below and return to Brian Jarmain via e-mail at bjarmain@silverpointcapital.com.  Thank you for doing business with Silver Point Capital.

Sincerely,

Silver Point Capital

Understood and Agreed:

IB Fund SPC for the account of IB Global Strategies Fund Segregated Portfolio

By:_____
Name: Poon Sunny Pak Hin
Title: Director