Merritt A. Pardini
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, New York 10022
Telephone: (212) 940-8800
Facsimile: (212) 940-8776

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS, INC., | (Jointly Administered) |
| et al., | |
|        Debtors. | |

-----------------------------------------------------------x

# WITHDRAWAL OF CLAIM

**PLEASE TAKE NOTICE**, that Institutional Benchmarks Series (Master Feeder) Limited, a Bermuda limited liability segregated accounts exempted mutual fund company, acting solely in respect of the Muscida Series (the "<u>Claimant</u>"), hereby withdraws the following claims asserted in the above-captioned cases.

29301, 29302, 29303, 29304, 29305, 29306, 29307, 29308, 29309, 29310, 29311, 29312, 29313, 29314, 29315, 29316, 29373, 29374, 34277, and 34278.

**PLEASE TAKE FURTHER NOTICE**, that Claimant does not waive any other claims asserted in these cases.

Dated: December 30, 2009

                                                              **KATTEN MUCHIN ROSENMAN LLP**

                                                              By  */s/ Merritt A. Pardini*
                                                              Merritt Pardini
                                                              KATTEN MUCHIN ROSENMAN LLP
                                                              575 Madison Avenue
                                                              New York, New York 10022
                                                              Telephone: (212) 940-8800
                                                              Facsimile: (212) 940-8776