Merritt A. Pardini
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, New York 10022
Telephone: (212) 940-8800
Facsimile: (212) 940-8776

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS, INC., | (Jointly Administered) |
| et al., | |
| Debtors. | |

------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

**PLEASE TAKE NOTICE**, that Institutional Benchmarks Series (Master Feeder) Limited, a Bermuda limited liability segregated accounts exempted mutual fund company, acting solely in respect of the Helion Series (the "Claimant"), hereby withdraws the following claims asserted in the above-captioned cases.

29773, 29813, 29814, 29815, 29816, 29817, 29818, 29819, 29820, 29821, 29822, 29823, 29824, 29825, 29826, 29827, 29828, 29829, 29830, and 29831.

**PLEASE TAKE FURTHER NOTICE**, that Claimant does not waive any other claims asserted in these cases.

Dated: December 30, 2009

                                            **KATTEN MUCHIN ROSENMAN LLP**

                                            By  */s/ Merritt A. Pardini*
                                            Merritt Pardini
                                            KATTEN MUCHIN ROSENMAN LLP
                                            575 Madison Avenue
                                            New York, New York 10022
                                            Telephone: (212) 940-8800
                                            Facsimile: (212) 940-8776

1