United States Bankruptcy Court for the Southern District of New York

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., et al. / Case No. 08-13555 (JMP) |
|---|---|
| Creditor Name and Address: | Firma Modena Financing S.A.<br>P.Adr. Dirk Roden<br>Droysenstr. 30<br>22605 Hamburg / Germany |
| Court Claim Number (if known): | 39739 |
| Date Claim Filed: | 06.10.2009 |
| Total Amount of Claim Filed: | 71,801.79 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 21.12.2009

Print Name: -Victoria Wex-    -Heinz-Theo Schürholz-

Title (if applicable): (Bankhaus Lampe KG)

---

### DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

### ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).

> This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.

# Bankhaus Lampe

Registered mail
Lehman Brothers Holdings
Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076
USA

**Handelsabwicklung**
Herr Schürholz
Telefon    +49 (0)211 4952-371
Telefax    +49 (0)211 4952-496

Düsseldorf, 22. Dezember 2009

**Withdrawal of Claim No. 39739**

Dear Madams,
Dear Sirs,

please find enclosed a withdrawal of claim form regarding claim no. 39739.

The reason for this withdrawal is that our client sent to you the proof of claim in October without the necessary blocking number. We later sent the proof of claim again with blocking number. So the first claim (no. 39739) should be cancelled.

For further questions don´t hesitate to contact us.

Kind regards

Bankhaus Lampe KG

Wex        Schürholz

10623 **Berlin** · Carmerstraße 13 · Tel. +49 (0)30 319002-0
33602 **Bielefeld** · Alter Markt 3 · Tel. +49 (0)521 582-0
53113 **Bonn** · Heinrich-Brüning-Straße 16 · Tel. +49 (0)228 850262-0
28195 **Bremen** · Altenwall 21 · Tel. +49 (0)421 985388-0
01309 **Dresden** · Käthe-Kollwitz-Ufer 82 · Tel. +49 (0)351 207815-0
40479 **Düsseldorf** · Jägerhofstraße 10 · Tel. +49 (0)211 4952-0
60323 **Frankfurt/Main** · Frhr.-v.-Stein-Str. 65 · Tel. +49 (0)69 97119-0
20095 **Hamburg** · Ballindamm 11 · Tel. +49 (0)40 302904-0
80333 **München** · Brienner Straße 29 · Tel. +49 (0)89 29035-600
48143 **Münster** · Domplatz 41 · Tel. +49 (0)251 41833-0
49078 **Osnabrück** · Heger-Tor-Wall 24 · Tel. +49 (0)541 580537-0
70173 **Stuttgart** · Büchsenstraße 10 · Tel. +49 (0)711 933008-0