Ludwig Merckle · Am Hochsträß 111 · 89081 Ulm-Grimmelfingen

Lehman Brothers Holdings
Claims Processing Center
c/o Epiq Bankrupty Solutions, LC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

22.12.2009

Telefon (07 31) 402 - 16 21
Telefax (07 31) 402 - 55 55
ludwig.merckle@merckle.de

**Deletion of claims**

Dear Sir or Madam,

I sent you several faxes, the latest at November, 10th. At the moment I am registered with 3 claims. Please delete claim No. 37236 and claim No. 57311.

The correct claim is No. 65560 - which I wrote you on November, 10th.

Best regards,

*[signature]*

Ludwig Merckle