United States Bankruptcy Court for the Southern District of New York

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. (Chapter 11) |
|---|---|
| Creditor Name and Address: | Heike Goetz<br>Schlossstr. 16<br>91572 Bechhofen<br>Germany |
| Court Claim Number (if known): | 61656 |
| Date Claim Filed: | 11/2/2009 |
| Total Amount of Claim Filed: | USD 9,981.30 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 12/20/2009

Print Name: Heike Goetz

Title (if applicable): _____

---

## DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

### ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title**, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).

This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.

United States Bankruptcy Court for the Southern District of New York

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. (Chapter 11) |
|---|---|
| Creditor Name and Address: | Heike Goetz<br>Schlossstr. 16<br>91572 Bechhofen<br>Germany |
| Court Claim Number (if known): | 61189 |
| Date Claim Filed: | 11/2/2009 |
| Total Amount of Claim Filed: | USD 9.981,30 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 12/20/2009

Print Name: Heike Goetz

Title (if applicable): _____

---

## DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

### ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).**

This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.

United States Bankruptcy Court for the Southern District of New York

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. (Chapter 11) |
|---|---|
| Creditor Name and Address: | Heike Goetz<br>Schlossstr. 16<br>91572 Bechhofen<br>germany |
| Court Claim Number (if known): | 61173 |
| Date Claim Filed: | 11/2/2009 |
| Total Amount of Claim Filed: | USD 9.981,30 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 12/20/2009            *Heike Goetz*

Print Name: Heike Goetz

Title (if applicable): _____

---

## DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

### ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).**

This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.

**Betreff:** Lehman Filed claims
**Von:** "Black, Linda" <lbla@EPIQSYSTEMS.COM>
**Datum:** Tue, 8 Dec 2009 09:56:34 -0600
**An:** "heike_71@gmx.de" <heike_71@gmx.de>

I received the following message from the phone group:
Created a follow up to the claim. Comments: Re. claims no.51543, 61656, 61189 and 61173 for USD 9.981,30 each. Please note that I just settled one claim for USD 9.981,30 and not four. I just sent you a duplicate, triplicate and quadruplicate of my claim by different postal ways (Registered Airmail, DHL, Express mail), because my post office told me that my first letter did not reach you. So I had a pressure of time and sent you different letters to be sure that at least one of them will reach you in time. At the top of my second, third and fourth letter I wrote: duplicate, please avoid duplication and I enclosed a letter with the reason of these many claims. Please check this matter and reduce my claims to just one claim of USD 9.981,30. In case you need a written or hand signed confirmation of this request, please contact me under my above mentioned email-address. Sorry for these circumstances and thank you very much for your help. Best regards Heike Goetz.

If you wish to withdraw the claims, please fill out the attached form for each claim and send to the following address:

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

Thank you,

**LINDA BLACK**
**Project Coordinator**
Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd
Beaverton, OR  97005
Phone: 503.350.5944
Fax: 503.350.5944
Email: lblack@epiqsystems.com

Innovative technology solutions for litigation, bankruptcy and financial transactions
Chicago | Kansas City | London | Los Angeles | Miami | New York | Philadelphia | Portland | Washington DC

| | | |
|---|---|---|
| **ClaimWithdrawalForm.pdf** | **Content-Description:** | ClaimWithdrawalForm.pdf |
| | **Content-Type:** | application/pdf |
| | **Content-Encoding:** | base64 |

## Epiq Systems, Inc.

646 282 2400

Client Home  |  Filed Claims & Schedules  |  Key Documents  |  Docket  |  Change Client

## Lehman Brothers Holdings Inc. (Chapter 11)

Filed Claims and Schedules

| Claim # | | Name Starts With | goetz | | Debtor | |
|---|---|---|---|---|---|---|
| Schedule # | | Total Claim Value | Equals | | Scope | Claims and Schedules |
| | | Claim Date Range | | to | | |
| Order By | Creditor Name | | Results Per Page | 10 | Search | Clear |

| | Claim # | Schedule # | Creditor Name | Date | Total Claim Value | |
|---|---|---|---|---|---|---|
| + | 56510 | | GOETZ, BARBARA & GUNTER | 10/29/2009 | $9,000.00 | Image |
| + | 1673 | | GOETZ, EBERHARD STEFAN | 1/12/2009 | $0.00 | Image |
| + | | 555126110 | GOETZ, H. MARK | | Schedule G | |
| + | 51543 | | GOETZ, HEIKE | 10/28/2009 | $9,981.30 | Image |
| + | 61656 | | GOETZ, HEIKE | 11/2/2009 | $9,981.30 | Image |
| + | 61189 | | GOETZ, HEIKE | 11/2/2009 | $9,981.30 | Image |
| + | 61173 | | GOETZ, HEIKE | 11/2/2009 | $9,981.30 | Image |
| + | | 555120930 | GOETZ,H. MARK | | Schedule G | |
| + | | 555120940 | GOETZ,H. MARK | | $0.00 | |
| + | | 555120950 | GOETZ,H. MARK | | $0.00 | |

Claims 1-10 of 11

Epiq Bankruptcy Solutions, LLC ("Epiq") maintains this website for the public's convenience. While Epiq makes every attempt to assure the accuracy of the information contained herein, this website is not the website of the United States Bankruptcy Court and does not contain the complete, official record of the Bankruptcy Court. All documents filed with the Bankruptcy Court are available for inspection at the office of the Clerk of the Bankruptcy Court during its normal business hours or online on the Bankruptcy Court's website. Use of this website is also subject to our terms of use and end user license agreement. Please review our privacy statement for additional information regarding the data maintained on this website.

© 2009 Epiq Systems, Inc. All Rights Reserved.

- Home
- Contact
- Subscribe
- Site Map
- Disclaimer
- Terms of Use
- Privacy Statement
- Safe Harbor