United States Bankruptcy Court for the Southern District of New York

# WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Case No 08-13555(JMP) |
| Creditor Name and Address: | Loretta Wan Ling HUO<br>64 Macdonnell Road, APARTMENT 11.B.<br>Mid-Levels<br>HONG KONG |
| Court Claim Number (if known): | 57921 |
| Date Claim Filed: | 30th October 2009 |
| Total Amount of Claim Filed: | US$150,000 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 21st DECEMBER 2009

Print Name: Loretta Wan Ling HUO

Title (if applicable): Ms

---

## DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

### ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

*Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).*

**This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.**

LEHMAN BROTHERS HOLDINGS CLAIMS PROCESSING
C/O EPIQ BANKRUPTCY SOLUTIONS, LCC          Ms Loretta Wan Ling HUO
FDR Station, P.O.Box 5076                   64 Macdonnell Road, Apt11B
                                            MID-LEVELS, HONG KONG.

22nd December 2009

Dear Sir or Madam,
                    WITHDRAWAL OF CLAIM 57921

Attached is a 'Withdrawal of Claim Form', duly completed as instructed by your Projector Co-ordinators' E-mail, dated 18th December 2009 (copy attached at Encl 1), in respect of CLAIM 57921. The reason for the withdrawal of claim 57921 is because it is a DUPLICATE of my ORIGINAL CLAIM No 43313, in that regard my 'Proof of claim form' was submitted to you on the 5th OCTOBER 2009. By the 28thOCTOBER 2009, I had not received any notification from you that you had ever received it. In view of the fact that the deadline for filing claims had been set for 5pm on 2nd NOVEMBER 2009, my Banker advised me to submit another claim, incase the original had been lost in the Post. I therefore sent another 'Proof of Claim Form' to you dated 28th October 2009 and on that occasion I sent it by "Airmail Speed Post for next day delivery". The following day, 29th Oct 09, my Banker received "A result of Claim Search from YOUR WEBSITE" showing that my first claim (43313) had been registered on 21st Oct 2009 (See copy of of Claim Search at Encl.2.) In a letter from you dated 2nd December 09 (which I received on 14th Dec 09) entitled "Acknowledgment of Receipt of Proof of Claim" you suggested readers should review their Proof of Claims on your Web-site'WWW.EPIQSYSTEMS.COM' On the 15th December my Banker did make that check (see Web-site check at Encl.3) and discovered there were TWO CLAIM NUMBERS – 43313 which was registered on 10/21/2009 and 57291 which was registered on 10/30/09, BOTH OF WHICH RELATED TO THE SAME CLAIM, MADE BY ME, WHICH WAS DUPLICATED. I should emphasise that 57291 should be withdrawn BUT 43313 should be retained and pursued. Thank you for your attention to this matter and could you please acknowledge the receipt of this application BY E-MAIL to - dav.sut59@yahoo.com    You will appreciate my concern in this matter and you will see from the foregoing that ordinary air=mail from New York to Hong Kong is taking an average of 14 days for delivery.

            Yours faithfully

            *(signature)*

            (Loretta W.L HUO)

**From:** Wheelon, Tina (twhe@EPIQSYSTEMS.COM)
**To:** dav.sut59@yahoo.com
**Date:** Fri, 18 December, 2009 6:00:23
**Subject:** Lehman Brothers Holdings

Dear Loretta Wan Ling,

Thank you for your inquiry.

We are not able to delete a claim from the official claim register.

However, if you wish to only retain claim 43313 you may file a withdrawal of the second claim you submitted. I am attaching a claim withdrawal form you may use for your reference.

Feel free to contact me directly if you have any additional questions or concerns.

Kind Regards,

Tina Wheelon
Tina Wheelon
Project Coordinator
Epiq Systems
Class Action & Claims Solutions
Phone: 503.350.5953

-----Original Message-----
Subject: EBS Website Contact Us

Firstname: Loretta Wan Ling
MI: LH
Lastname: HUO
Company name: not applicable
Address 1: 64 Macdonnell Rd. Apt 11B, Mid-Levels Hong Kong
Address 2:
City: HONG KONG

*see next page*

ENCL (1)

p://uk.mg2.mail.yahoo.com/dc/blank.html?bn=240.3&.intl=hk&.lang=en-GB

19/12/2009 11:03 AM

State:
Zip:
Phone: Hong Kong25250298
Fax:Hong Kong25250298
Email: dav.sut59@yahoo.com

Debtor: Lehman Brothers Holdings Inc. (Chapter 11)

Comments: Today,15th Dec 2009 I received a letter dated 02 DEC 09 from you titled 'Acknowledgement of Receipt of Proof of Claim. I checked on the Web as suggested and confirm the details as recorded are correct BUT you will find that I have a duplicated Claim  Both are in my name HUO Loretta Wan Ling. The first one is 43313 and is dated 10/21/2009. The SECOND NO. is 57921 DATED 10/30/2009. The reason for the duplication was because my Bank had not received any acknowledgement of the 1st application and I presumed the 1st application had been lost in the post, hence the duplicated application. May I suggest I just retain the Claim No 43313 and that second one, 57921 be deleted from the records. PLEASE would you acknowledge receipt of this request by sending an E mail reply to dav.sut59@yahoo.com     Thank you for your attending to this matter. Loretta HUO.

Claim Search

- Epiq Directory
- Contact Us
- Forms

# Epiq Systems, Inc.

Client Home  |  Filed Claims & Schedules  |  Key Documents  |  Docket  |  Change Client

## Lehman Brothers Holdings Inc. (Chapter 11)

### Filed Claims and Schedules

Claim # [ huo ]

Schedule # [ ]

Name Starts With [ huo ]

Debtor [ ]    Scope [ Claims and Schedules ]

Order By [ Creditor Name ]    Claim Date Range [ ] to [ ]    Results Per Page [ 10 ]    [Search] [Clear]

Page 1 of 1

| Claim # | Schedule # | Creditor Name | Date | Total Claim Value | |
|---|---|---|---|---|---|
| 43313 | | HUO, LORETTA WAN LING | 10/23/2009 | $150,000.00 | Image |

Claims 1-1 of 1    Page [ ] Go

Handwritten annotations:
- CLAIM 43313
- CLAIM Search. dated 29/10/2009 only shows. CLAIM 43313
- To: Hoo feverra
- 29/10/...

Epiq Bankruptcy Solutions, LLC ("Epiq") maintains this website for the public's convenience. While Epiq makes every attempt to assure the accuracy of the information contained herein, this website is not the website of the United States Bankruptcy Court and does not contain the complete, official record of the Bankruptcy Court. All documents filed with the Bankruptcy Court are available for inspection at the office of the Clerk of the Bankruptcy Court during its normal business hours or online on the Bankruptcy Court's website. Use of this website is also subject to our terms of use and end user license agreement. Please review our privacy statement for additional information regarding the data maintained on this website.

© 2009 Epiq Systems, Inc. All Rights Reserved.

http://chap11.epiqsystems.com/LBH/claim/search.aspx

Page 1

ENCL(3)

CLAIMS
57921
and
43313 -

CLAIM Search. Dated 15/12/2009.
shows Both CLAIMS

(2)

- Epiq Directory
- Contact Us
- Forms
- BSI

# Epiq Systems, Inc.

Client Home         Filed Claims & Schedules    Key Documents

## Lehman Brothers Holdings Inc. (Chapter 11)

Filed Claims and Schedules

Claim # [    ] [▼]    Name Starts With [HUO]
Schedule # [    ] [▼]    Total Claim Value [Equals ▼]
                Claim Date Range [    ] to [    ]
Order By [Creditor Name ▼]         Results Per Page [10 ▼]

◄ Page 1 of 1 ►

| Claim # | Schedule # | Creditor Name | Date | Total |
|---|---|---|---|---|
| 57921 | | HUO, LORETTA WAN LING | 10/30/2009 | |
| 43313 | | HUO, LORETTA WAN LING | 10/21/2009 | |

Claims 1-2 of 2

Epiq Bankruptcy Solutions, LLC ("Epiq") maintains this website for the public's convenience. While Epiq makes every attempt to assure the accuracy of the info
United States Bankruptcy Court and does not contain the complete, official record of the Bankruptcy Court. All documents filed with the Bankruptcy Court are a
Court during its normal business hours or online on the Bankruptcy Court's website. Use of this website is also subject to our terms of use and end user licens
information regarding the data maintained on this website.

© 2009 Epiq Systems, Inc. All Rights Reserved.

- Home
- Contact
- Subscribe
- Site Map
- Disclaimer
- Terms of Use
- Privacy Statement
- Safe Harbor

15-Dec

http://chap11.epiqsystems.com/LBH/claim/search.aspx          15/12/2009