UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
:
Debtors. : (Jointly Administered
_____

### NOTICE OF WILLIAM KUNTZ, III DISMISSING FAIRPOINT APPEAL

**SIR/MADAM:**

PLEASE TAKE NOTICE, THAT THE UNDERSIGNED, WILLIAM KUNTZ, III

HAVING RETURNED TO THE UNITED STATES FROM NASSAU IN THE

BAHAMAS, DOES HEREBY DISMISS THE ABOVE CAPTIONED APPEAL

RESPECTFULLY,

WILLIAM KUNTZ, III
INDIA ST PO BOX 1801 NANTUCKET MA 02554-1801
508-775-9717

DECEMBER 19, 2009



RECEIVED DEC 28 2009 U.S. BANKRUPTCY COURT, SDNY