**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------x
                                            :
In re                                       :       Chapter 11 Case No.
                                            :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.,*    :       **08-13555 (JMP)**
                                            :
            Debtors.                        :       **(Jointly Administered)**
                                            :
-----------------------------------------------------------------------x    **Ref. Docket Nos. 6340-6342, 6349,**
                                                    **6351, 6353, 6365-6367, 6370-6372,**
                                                    **6381-6384**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On December 28, 2009, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    /s/ Paul Belobritsky
Sworn to before me this                             Paul Belobritsky
30th day of December, 2009
/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**EXHIBIT "A"**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  DENVER PUBLIC SCHOOLS RETIREMENT SYSTEM
         C/O WESTERN ASSET MANAGEMENT COMPANY
         ATTN: LEGAL DEPT. W-1182
         385 E. COLORADO BLVD.
         PASADENA CA 91101

Please note that your claim # 20886 in the above referenced case and in the amount of $523,500.08       has been transferred **(unless previously expunged by court order)**

         PUBLIC EMPLOYEES' RETIREMENT ASSOCIATION OF COLORADO
         TRANSFEROR: DENVER PUBLIC SCHOOLS RETIREMENT SYSTEM
         PERA LEGAL DEPARTMENT
         1300 LOGAN STREET
         ATTN: GREG SMITH AND JENNIFER KABAT
         DENVER CO 80203-2386

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

         UNITED STATES BANKRUPTCY COURT
         Southern District of New York
         One Bowling Green
         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6341       in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/28/2009                              Vito Genna, Clerk of Court

                                              /s/ Paul Belobritsky
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 28, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

> To:  DENVER PUBLIC SCHOOLS RETIREMENT SYSTEM
>      C/O WESTERN ASSET MANAGEMENT COMP.
>      ATTN: LEGAL DEPT W-1182
>      385 E. COLORADO BLVD
>      PASADENA CA 91101

Please note that your claim # 21026 in the above referenced case and in the amount of
$523,500.08         has been transferred **(unless previously expunged by court order)**

> PUBLIC EMPLOYEES' RETIREMENT ASSOCIATION OF COLORADO
> TRANSFEROR: DENVER PUBLIC SCHOOLS RETIREMENT SYSTEM
> PERA LEGAL DEPARTMENT
> 1300 LOGAN STREET
> ATTN: GREG SMITH, JENNIFER KABAT
> DENVER CO 80203-2386

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

> UNITED STATES BANKRUPTCY COURT
> Southern District of New York
> One Bowling Green
> New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6342         in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/28/2009                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 28, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re                                          | Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         | 08-13555 (JMP)
                                               |
                                               | (Jointly Administered)
                    Debtors.                   |
_____

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  EM OPPORTUNITIES BOND FUND, INC.
             C/O FIELD FISHER WATERHOUSE LLP
             35 VINE STREET
             REF: EAM/EJA
             LONDON     EC3N 2AA

Please note that your claim # 17241 in the above referenced case and in the amount of
        $24,978.33        has been transferred **(unless previously expunged by court order)**

             STANDARD BANK PLC
             TRANSFEROR: EM OPPORTUNITIES BOND FUND, INC.
             20 GRESHAM STREET
             LONDON    EC2V 7JE
             UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6381        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/28/2009                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 28, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re                                      |    Chapter 11 Case No.
                                           |
LEHMAN BROTHERS HOLDINGS INC., et al.,     |    08-13555 (JMP)
                                           |
                                           |    (Jointly Administered)
                        Debtors.           |
                                           |
_____

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  INSTITUTIONAL BENCHMARKS SERIES (MASTER FEEDER) LIMITED, A BERMUDA        INSTITUTIONAL BENCHMARKS SERIES (MASTER FEED
     LIMITED LIABILITY SEGREGATED ACCOUNTS EXEMPTED MUTUAL FUND COMPANY,       KATTEN MUCHIN ROSENMAN LLP
     ACTING SOLELY IN RESPECT OF THE AUGUSTUS GLOBAL RATES SEGREGATED          ATTN: LANCE A. ZINMAN, ESQ.
     ACCOUNT                                                                   525 WEST MONROE STREET
     C/O CREDIT AGRICOLE STRUCTURED ASSET MANAGEMENT ADVISERS LLC              CHICAGO IL 60661
     1301 AVENUE OF THE AMERICAS, 38TH FLOOR, ATTN: DANIEL J. RAYMAN
     NEW YORK NY 10019

Please note that your claim # 42912 in the above referenced case and in the amount of
      $12,367,248.16       has been transferred (**unless previously expunged by court order**)

     C.V.I G.V.F. (LUX) MASTER S.A.R.L..
     TRANSFEROR: INSTITUTIONAL BENCHMARKS SERIES (MASTER FEEDER) LIMITED, A
     C/O CARVAL INVESTORS UK LIMITED
     KNOWLE HILL PARK, FARIMILE LANE
     COBHAM, SURREY    KT11 2PD
     UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6367        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/28/2009                    Vito Genna, Clerk of Court


                                    /s/ Paul Belobritsky
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 28, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                              |     Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,             |     08-13555 (JMP)
                                                   |
                                                   |     (Jointly Administered)
                          Debtors.                 |
                                                   |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  INSTITUTIONAL BENCHMARKS SERIES (MASTER FEEDER) LTD, A BERMUDA LLC        INSTITUTIONAL BENCHMARKS SERIES (MASTER FEED
     ACTING SOLELY IN RESPECT OF THE TAKS SEGREGATED ACCOUNT                   KATTEN MUCHIN ROSENMAN LLP
     C/O CREDIT AGRICOLE STRUCTURED ASSET MANAGEMENT ADVISERS LLC              ATTN: LANCE A. ZINMAN, ESQ.
     ATTN : DANIEL J. RAYMAN                                                   525 WEST MONROE STREET
     1301 AVENUE OF THE AMERICAS, 38TH FLOOR                                   CHICAGO IL 60661
     NEW YORK NY 10019

Please note that your claim # 29365 in the above referenced case and in the amount of
     $106,917.82          has been transferred **(unless previously expunged by court order)**

     C.V.I G.V.F. (LUX) MASTER S.A.R.L..
     TRANSFEROR: INSTITUTIONAL BENCHMARKS SERIES (MASTER FEEDER) LTD, A BER
     C/O CARVAL INVESTORS UK LIMITED
     KNOWLE HILL PARK, FARIMILE LANE
     COBHAM, SURREY     KT11 2PD
     UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6366      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/28/2009                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 28, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  INSTITUTIONAL BENCHMARKS SERIES (MASTER FEEDER) LTD., A BERMUDA LLC          INSTITUTIONAL BENCHMARKS SERIES (MASTER FEED
      ACTING SOLEY IN RESPECT OF THE CENTAUR SEGRAGATED ACCOUNT                    KATTEN MUCHIN ROSENMAN LLP
      C/O CREDIT AGRICOLE STRUCTURED ASSET MANAGEMENT ADVISERS LLC                 ATTN: LANCE A. ZINMAN, ESQ.
      ATTN: DANIEL J. RAYMAN                                                        525 WEST MONROE STREET
      1301 AVENUE OF THE AMERICAS, 38TH FLOOR                                       CHICAGO IL 60661
      NEW YORK NY 10019

Please note that your claim # 29369 in the above referenced case and in the amount of
        $67,708.00        has been transferred **(unless previously expunged by court order)**

      C.V.I G.V.F. (LUX) MASTER S.A.R.L..
      TRANSFEROR: INSTITUTIONAL BENCHMARKS SERIES (MASTER FEEDER) LTD., A BE
      C/O CARVAL INVESTORS UK LIMITED
      KNOWLE HILL PARK, FARIMILE LANE
      COBHAM, SURREY    KT11 2PD
      UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

      UNITED STATES BANKRUPTCY COURT
      Southern District of New York
      One Bowling Green
      New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6370        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/28/2009                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 28, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | |
| | (Jointly Administered) |
| Debtors. | |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  INSTITUTIONAL BENCHMARKS SERIES (MASTER FEEDER) LTD., A BERMUDA LLC
     ACTING SOLELY IN RESPECT OF THE CENTAUR SEGREGATED ACCOUNT
     C/O CREDIT AGRICOLE STRUCTURED ASSET MANAGEMENT ADVISERS LLC
     ATTN: DANIEL J. RAYMAN
     1301 AVENUE OF THE AMERICAS, 38TH FLOOR
     NEW YORK NY 10019

INSTITUTIONAL BENCHMARKS SERIES (MASTER FEED
KATTEN MUCHIN ROSENMAN LLP
ATTN: LANCE A. ZINMAN, ESQ.
525 WEST MONROE STREET
CHICAGO IL 60661

Please note that your claim # 29370 in the above referenced case and in the amount of
$67,708.00       has been transferred **(unless previously expunged by court order)**

C.V.I G.V.F. (LUX) MASTER S.A.R.L..
TRANSFEROR: INSTITUTIONAL BENCHMARKS SERIES (MASTER FEEDER) LTD., A BE
C/O CARVAL INVESTORS UK LIMITED
KNOWLE HILL PARK, FARIMILE LANE
COBHAM, SURREY    KT11 2PD
UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 6371       in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/28/2009                          Vito Genna, Clerk of Court


                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 28, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  INSTITUTIONAL BENCHMARKS SERIES (MF) LIMITED ACTING SOLELY IN RESPECT     INSTITUTIONAL BENCHMARKS SERIES (MF) LIMITED
     OF ITS AUGUSTUS CONVERTIBLE ARBITRAGE SERIES SEGREGATED ACCOUNT          KATTEN MUCHIN ROSENMAN LLP
     C/O CREDIT AGRICOLE STRUCTURED ASSET MANAGEMENT ADVISERS LLC             ATTN: LANCE A. ZINMAN, ESQ.
     ATTN : DANIEL J. RAYMAN                                                  525 WEST MONROE STREET
     1301 AVENUE OF THE AMERICAS, 38TH FLOOR                                  CHICAGO IL 60661
     NEW YORK NY 10019

Please note that your claim # 29372 in the above referenced case and in the amount of
     $185,000.00        has been transferred **(unless previously expunged by court order)**

          C.V.I G.V.F. (LUX) MASTER S.A.R.L..
          TRANSFEROR: INSTITUTIONAL BENCHMARKS SERIES (MF) LIMITED ACTING SOLELY
          C/O CARVAL INVESTORS UK LIMITED
          KNOWLE HILL PARK, FARIMILE LANE
          COBHAM, SURREY    KT11 2PD
          UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6372        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/28/2009                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 28, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  PANTON MASTER FUND, LP                    PANTON MASTER FUND, LP
     C/O SEWARD & KISSEL LLP                   PANTON MASTER FUND, LP
     ATTN: ARLENE R ALVES, ESQ                 C/O SEWARD & KISSEL LLP
     ONE BATTERY PARK PLAZA                    ATTN: ARLENE R ALVES, ESQ
     NEW YORK NY 10017                         ONE BATTERY PARK PLAZA
                                               NEW YORK NY 10017

Please note that your claim # 33276 in the above referenced case and in the amount of $10,580,967.00      has been transferred (**unless previously expunged by court order**)

GOLDMAN SACHS LENDING PARTNERS LLC
TRANSFEROR: PANTON MASTER FUND, LP
c/o Goldman, Sachs & Co. Attn: A. Caditz
30 Hudson Street, 36th Floor
Jersey City NJ 07302

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6382      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/28/2009                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 28, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re                                              | Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,             | 08-13555 (JMP)
                                                   |
                                                   | (Jointly Administered)
                        Debtors.                   |
                                                   |
_____                |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  PANTON MASTER FUND, LP                        PANTON MASTER FUND, LP
     C/O SEWARD & KISSEL LLP                       PANTON MASTER FUND, LP
     ATTN: ARLENE R ALVES, ESQ                     C/O SEWARD & KISSEL LLP
     ONE BATTERY PARK PLAZA                        ATTN: ARLENE R ALVES, ESQ
     NEW YORK NY 10017                             ONE BATTERY PARK PLAZA
                                                   NEW YORK NY 10017

Please note that your claim # 33277 in the above referenced case and in the amount of
     $10,580,967.00       has been transferred **(unless previously expunged by court order)**

GOLDMAN SACHS LENDING PARTNERS LLC
TRANSFEROR: PANTON MASTER FUND, LP
c/o Goldman, Sachs & Co. Attn: A. Caditz
30 Hudson Street, 36th Floor
Jersey City NJ 07302

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6383       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/28/2009                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 28, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re                                    |    Chapter 11 Case No.
                                         |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |    08-13555 (JMP)
                                         |
                                         |    (Jointly Administered)
              Debtors.                   |
                                         |
_____

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  PANTON MASTER FUND, LP                    PANTON MASTER FUND, LP
     C/O SEWARD & KISSEL LLP                   PANTON MASTER FUND, LP
     ATTN: ARLENE R ALVES, ESQ                 C/O SEWARD & KISSEL LLP
     ONE BATTERY PARK PLAZA                     ATTN: ARLENE R ALVES ESQ
     NEW YORK NY 10017                          ONE BATTERY PARK PLAZA
                                               NEW YORK NY 10017

Please note that your claim # 33275 in the above referenced case and in the amount of $2,552,011.00      has been transferred **(unless previously expunged by court order)**

          GOLDMAN SACHS LENDING PARTNERS LLC
          TRANSFEROR: PANTON MASTER FUND, LP
          c/o Goldman, Sachs & Co. Attn: A. Caditz
          30 Hudson Street, 36th Floor
          Jersey City NJ 07302

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6384      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/28/2009                           Vito Genna, Clerk of Court


                                           /s/ Paul Belobritsky
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 28, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                       |
In re                                  |    Chapter 11 Case No.
                                       |
LEHMAN BROTHERS HOLDINGS INC., et al., |    08-13555 (JMP)
                                       |
                                       |    (Jointly Administered)
                   Debtors.            |
                                       |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  PERRY PARTNERS, L.P.
             C/O PERRY CORP.
             ATTN: MICHAEL NEUS
             767 FIFTH AVENUE, 19TH FLOOR
             NEW YORK NY 10153

Please note that your claim # 55218 in the above referenced case and in the amount of
        $8,057,866.31        has been transferred **(unless previously expunged by court order)**

        BARCLAYS BANK PLC
        TRANSFEROR: PERRY PARTNERS, L.P.
        745 Seventh Avenue
        New York NY 10019
        USA

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6340        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/28/2009                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 28, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re                                          | Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         | 08-13555 (JMP)
                                               |
                                               | (Jointly Administered)
                    Debtors.                   |
                                               |
_____

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   SERENGETI OVERSEAS LTD                    SERENGETI OVERSEAS LTD
      C/O SERENGETI ASSET MANAGEMENT LP         RICHARDS KIBBE & ORBE LLP
      ATTN: YI SHU                              ATTN: MICHAEL FRIEDMAN, ESQ.
      632 BROADWAY, 12TH FLOOR                  ONE WORLD FINANCIAL CENTER
      NEW YORK NY 10012                         NEW YORK NY 10281

Please note that your claim # 63661-01 in the above referenced case and in the amount of
      $901,570.00        has been transferred **(unless previously expunged by court order)**

      BARCLAYS BANK PLC
      TRANSFEROR: SERENGETI OVERSEAS LTD
      745 Seventh Avenue
      New York NY 10019
      USA

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

      UNITED STATES BANKRUPTCY COURT
      Southern District of New York
      One Bowling Green
      New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6353      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/28/2009                               Vito Genna, Clerk of Court


                                               /s/ Paul Belobritsky
                                               _____
                                               By: Epiq Bankruptcy Solutions, LLC
                                                   as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 28, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re                                          |      Chapter 11 Case No.
                                               |
                                               |      08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,         |
                                               |      (Jointly Administered)
                                               |
                    Debtors.                   |
                                               |
_____

                    **NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
                              **BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   SERENGETI PARTNERS LP                              SERENGETI PARTNERS LP
      C/O SERENGETI ASSET MANAGEMENT LP                  RICHARDS KIBBE & ORBE LLP
      ATTN: YI SHU                                       ATTN: MICHAEL FRIEDMAN, ESQ.
      632 BROADWAY, 12TH FLOOR                           ONE WORLD FINANCIAL CENTER
      NEW YORK NY 10012                                  NEW YORK NY 10281

Please note that your claim # 63654-01 in the above referenced case and in the amount of
        $292,563.00        has been transferred **(unless previously expunged by court order)**

      BARCLAYS BANK PLC
      TRANSFEROR: SERENGETI PARTNERS LP
      745 Seventh Avenue
      New York NY 10019
      USA

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6351        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/28/2009                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 28, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| |
| :--- |

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  SERENGETI RAPAX MM L.P.
         C/O SERENGETI ASSET MANAGEMENT LP
         ATTN: YI SHU
         632 BROADWAY 12TH FLOOR
         NEW YORK NY 10012

Please note that your claim # 63653-01 in the above referenced case and in the amount of
      $1,194,133.00       has been transferred **(unless previously expunged by court order)**

         BARCLAYS BANK PLC
         TRANSFEROR: SERENGETI RAPAX MM L.P.
         745 Seventh Avenue
         New York NY 10019
         USA

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

         UNITED STATES BANKRUPTCY COURT
         Southern District of New York
         One Bowling Green
         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6349      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/28/2009                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 28, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re                                          |    Chapter 11 Case No.
                                               |
                                               |    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,         |
                                               |    (Jointly Administered)
                                               |
                    Debtors.                   |
                                               |
_____

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   CASAM ADI CB ARBITRAGE FUND LIMITED, A COMPANY INCORPORATED UNDER THE          CASAM ADI CB ARBITRAGE FUND LIMITED, A COMPA
      LAWS OF THE CAYMAN ISLANDS                                                     C/O CREDIT AGRICOLE STRUCTURED ASSET MANAGEM
      C/O CREDIT AGRICOLE STRUCTURED ASSET MANAGEMENT SA                             ATTN: DANIEL J. RAYMAN
      ATTN: LEGAL DEPARTMENT                                                         1301 AVENUE OF THE AMERICAS, 38TH FLOOR
      91-93, BOULEVARD PASTEUR                                                       NEW YORK NY 10019
      PARIS    75710
      FRANCE

Please note that your claim # 29371 in the above referenced case and in the amount of
      $14,352,410.44        has been transferred **(unless previously expunged by court order)**

      C.V.I G.V.F. (LUX) MASTER S.A.R.L..
      TRANSFEROR: CASAM ADI CB ARBITRAGE FUND LIMITED, A COMPANY INCORPORATE
      C/O CARVAL INVESTORS UK LIMITED
      KNOWLE HILL PARK, FARIMILE LANE
      COBHAM, SURREY    KT11 2PD
      UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

      UNITED STATES BANKRUPTCY COURT
      Southern District of New York
      One Bowling Green
      New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6365       in your objection.
If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/28/2009                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 28, 2009.

**EXHIBIT "B"**

TIME: 14:11:35
DATE: 12/28/09

PAGE:    1

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| BARCLAYS BANK PLC | TRANSFEROR: PERRY PARTNERS, L.P. 745 Seventh Avenue New York NY 10019 USA |
| BARCLAYS BANK PLC | TRANSFEROR: SERENGETI OVERSEAS LTD 745 Seventh Avenue New York NY 10019 USA |
| BARCLAYS BANK PLC | TRANSFEROR: SERENGETI PARTNERS LP 745 Seventh Avenue New York NY 10019 USA |
| BARCLAYS BANK PLC | TRANSFEROR: SERENGETI RAPAX MM L.P. 745 Seventh Avenue New York NY 10019 USA |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L.. | TRANSFEROR: CASAM ADI CB ARBITRAGE FUND LIMITED, A COMPANY INCORPORATE C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L.. | TRANSFEROR: INSTITUTIONAL BENCHMARKS SERIES (MASTER FEEDER) LIMITED, A C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L.. | TRANSFEROR: INSTITUTIONAL BENCHMARKS SERIES (MASTER FEEDER) LTD, A BE C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L.. | TRANSFEROR: INSTITUTIONAL BENCHMARKS SERIES (MASTER FEEDER) LTD. A BE C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L.. | TRANSFEROR: INSTITUTIONAL BENCHMARKS SERIES (MF) LIMITED ACTING SOLELY C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE |
| CASAM ADI CB ARBITRAGE FUND LIMITED, A COMPANY INCORPORATEDUNDERTHE... | TRANSFEROR: PANTON ASSET MANAGEMENT ADVISERS LLC ATTN: DANIEL J. RAYMAN 1301 AVENUE OF THE AMERICAS, 38TH FLOOR NEW YORK NY |
| CASAM ADI CB ARBITRAGE FUND LIMITED, A COMPANY INCORPORATEDUNDERTHE... | TRANSFEROR: WESTERN ASSET MANAGEMENT COMP. ATTN: LANCE A. ZINNAN, ESQ. 525 WEST MONROE STREET CHICAGO IL 60661 |
| CASAM ADI CB ARBITRAGE FUND LIMITED, A COMPANY INCORPORATEDUNDERTHE... | TRANSFEROR: C/O CREDIT AGRICOLE STRUCTURED ASSET MANAGEMENT SA ATTN: LEGAL DEPARTMENT 91-93, BOULEVARD PASTEUR PARIS |
| DENVER PUBLIC SCHOOLS RETIREMENT SYSTEM | C/O WESTERN ASSET MANAGEMENT COMP. ATTN: LEGAL DEPT W-1182 385 E. COLORADO BLVD PASADENA CA 91101 |
| DENVER PUBLIC SCHOOLS RETIREMENT SYSTEM | C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W-1182 385 E. COLORADO BLVD. PASADENA CA 91101 |
| EM OPPORTUNITIES BOND FUND, INC. | C/O FIELD FISHER WATERHOUSE LLP 35 VINE STREET REF: EAM/EJA LONDON EC2N 2AA |
| EM OPPORTUNITIES BOND FUND, INC. | TRANSFEROR: EM OPPORTUNITIES BOND FUND INC. 1400 SMITH STREET HOUSTON TX 77002 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: PANTON MASTER FUND, LP C/O Goldman Sachs Co. Att: A. Cadiz 30 Hudson Street, 36th Floor Jersey City NJ 07302 |
| INSTITUTIONAL BENCHMARKS SERIES (MASTER FEEDERLIMITED ACTINGSOLELY... | TRANSFEROR: PANTON ASSET MANAGEMENT ADVISERS LLC ATTN: DANIEL J. |
| INSTITUTIONAL BENCHMARKS SERIES (MASTER FEEDERLIMITED ACTINGSOLELY... | TRANSFEROR: SEGREGATED ACCOUNTS EXEMPTED MUTUAL FUND COMPANY, ACTING SOLELY IN RESPECT OF THE AUGUSTUS GLOBAL RATES SEGREGATED J |
| INSTITUTIONAL BENCHMARKS SERIES (MASTER FEEDERLIMITED ACTINGSOLELY... | TRANSFEROR: C/O CREDIT AGRICOLE STRUCTURED ASSET MANAGEMENT ADVISERS LLC ATTN : DANIEL J |
| INSTITUTIONAL BENCHMARKS SERIES (MASTER FEEDERLIMITED ACTINGSOLELY... | TRANSFEROR: EFFECT OF THE TAXS SEGREGATED ACCOUNT C/O CREDIT AGRICOLE STRUCTURED ASSET MANAGEMENT ADVISERS LLC ATTN : DANIEL JO |
| INSTITUTIONAL BENCHMARKS SERIES (MASTER FEEDERLIMITED ACTINGSOLELY... | TRANSFEROR: WESTERN ASSET MANAGEMENT COMPANY ATTN: LANCE A. ZINNAN, ESQ. 525 WEST MONROE STREET CHICAGO IL 60661 |
| INSTITUTIONAL BENCHMARKS SERIES (MASTER FEEDERLIMITED ACTINGSOLELY... | TRANSFEROR: C/O THE CENTAUR SEGREGATED ACCOUNT C/O CREDIT AGRICOLE STRUCTURED ASSET MANAGEMENT ADVISERS LLC ATTN: DANIEL |
| INSTITUTIONAL BENCHMARKS SERIES (MASTER FEEDERLIMITED ACTINGSOLELY... | TRANSFEROR: EFFECT OF THE CENTAUR SEGREGATED ACCOUNT C/O CREDIT AGRICOLE STRUCTURED ASSET MANAGEMENT ADVISERS LLC ATTN: DANIEL |
| INSTITUTIONAL BENCHMARKS SERIES (MF) LIMITED ACTINGSOLELYONBEHALF... | TRANSFEROR: WESTERN ASSET MANAGEMENT COMPANY ATTN: LANCE A. ZINNAN, ESQ. 525 WEST MONROE STREET CHICAGO IL 60661 |
| INSTITUTIONAL BENCHMARKS SERIES (MF) LIMITED ACTINGSOLELYONBEHALF... | TRANSFEROR: LANCE A. ZINNAN, ESQ. 525 WEST MONROE STREET CHICAGO IL 60661 |
| PANTON MASTER FUND, LP | C/O PERRY CORP. ATTN: MICHAEL NEUS 767 FIFTH AVENUE, 19TH FLOOR NEW YORK NY 10153 |
| PANTON MASTER FUND, LP | PANTON MASTER FUND, LP C/O SEWARD & KISSEL LLP ATTN: ARLENE R ALVES ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10017 |
| PANTON MASTER FUND, LP | PANTON MASTER FUND, LP C/O SEWARD & KISSEL LLP ATTN: ARLENE R ALVES, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10017 |
| PERRY PARTNERS, L.P. | PERRY CORP. ATTN: MICHAEL NEUS 767 FIFTH AVENUE, 19TH FLOOR NEW YORK NY 10153 |
| PUBLIC EMPLOYEES' RETIREMENT ASSOCIATION OFCOLORADO... | DENVER PUBLIC SCHOOLS RETIREMENT SYSTEM PERA LEGAL DEPARTMENT 1300 LOGAN STREET ATTN: GREG SMITH AND JENNIFER KABAT DENVE |
| PUBLIC EMPLOYEES' RETIREMENT ASSOCIATION OFCOLORADO... | DENVER PUBLIC SCHOOLS RETIREMENT SYSTEM PERA LEGAL DEPARTMENT 1300 LOGAN STREET ATTN: GREG SMITH, JENNIFER KABAT DENVER |
| SERENGETI OVERSEAS LTD | RICHARDS KIBBE & ORBE LLP ATTN: MICHAEL FRIEDMAN, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| SERENGETI OVERSEAS LTD | C/O SERENGETI ASSET MANAGEMENT LP ATTN: YI SHU 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SERENGETI PARTNERS LP | RICHARDS KIBBE & ORBE LLP ATTN: MICHAEL FRIEDMAN, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| SERENGETI PARTNERS LP | C/O SERENGETI ASSET MANAGEMENT LP ATTN: YI SHU 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SERENGETI RAPAX MM L.P. | C/O SERENGETI ASSET MANAGEMENT LP ATTN: YI SHU 632 BROADWAY 12TH FLOOR NEW YORK NY 10012 |
| STANDARD BANK PLC | TRANSFEROR: EM OPPORTUNITIES BOND FUND, INC. 20 GRESHAM STREET LONDON EC2V 7JE UNITED KINGDOM |

Total Number of Records Printed        37

**EXHIBIT "C"**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153