**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------x
                                                    :
In re                                               :        **Chapter 11 Case No.**
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*        :        **08-13555 (JMP)**
                                                    :
                            **Debtors.**            :        **(Jointly Administered)**
                                                    :
-------------------------------------------------------------------------x        **Ref. Docket Nos. 6387-6392**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

CHRISTOPHER SIMCO, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On December 29, 2009, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    /s/ Christopher Simco
                                                    Christopher Simco
Sworn to before me this
30th day of December, 2009
/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**EXHIBIT "A"**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                                    |    Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., et al.,                    |    08-13555 (JMP)

                                                          |    (Jointly Administered)

                         Debtors.                         |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   BARCLAYS BANK PLC                              BARCLAYS BANK PLC
      ATTN: MARK MANSKI, MANAGING DIRECTOR           LINDSEE P. GRANFIELD, ESQ.
      200 PARK AVE.                                  CLEARY GOTTLIEB STEEN & HAMILTON LLP
      NEW YORK NY 10166                              ONE LIBERTY PLAZA
                                                     NEW YORK NY 10006

Please note that your claim # 60715-01 in the above referenced case and in the amount of
      $4,633,471.86        has been transferred **(unless previously expunged by court order)**

      GOLDENTREE MASTER FUND, LTD
      TRANSFEROR: BARCLAYS BANK PLC
      300 Park Avenue, 21st Floor
      Attn: Christopher J. Dunn
      New York NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6387        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/29/2009                         Vito Genna, Clerk of Court


                                         /s/ Christopher Simco
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 29, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                |
In re                           |     Chapter 11 Case No.
                                |
LEHMAN BROTHERS HOLDINGS INC., et al., |  08-13555 (JMP)
                                |
                                |     (Jointly Administered)
                    Debtors.    |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  BARCLAYS BANK PLC                              BARCLAYS BANK PLC
     ATTN: MARK MANSKI, MANAGING DIRECTOR           LINDSEE P. GRANFIELD, ESQ.
     200 PARK AVE.                                  CLEARY GOTTLIEB STEEN & HAMILTON LLP
     NEW YORK NY 10166                              ONE LIBERTY PLAZA
                                                    NEW YORK NY 10006

Please note that your claim # 60715-02 in the above referenced case and in the amount of
    $545,531.09      has been transferred **(unless previously expunged by court order)**

        GOLDENTREE MASTER FUND II, LTD
        TRANSFEROR: BARCLAYS BANK PLC
        300 Park Avenue, 21st Floor
        Attn: Christopher J. Dunn
        New York NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6388      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/29/2009                        Vito Genna, Clerk of Court


                                        /s/ Christopher Simco
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 29, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                               |
In re                          |    Chapter 11 Case No.
                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                               |
                               |    (Jointly Administered)
              Debtors.         |
                               |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  BARCLAYS BANK PLC                          BARCLAYS BANK PLC
     ATTN: MARK MANSKI, MANAGING DIRECTOR       LINDSEE P. GRANFIELD, ESQ.
     200 PARK AVE.                              CLEARY GOTTLIEB STEEN & HAMILTON LLP
     NEW YORK NY 10166                          ONE LIBERTY PLAZA
                                                NEW YORK NY 10006

Please note that your claim # 60715-03 in the above referenced case and in the amount of
      $311,732.05       has been transferred **(unless previously expunged by court order)**

     GTAM FUND I, LTD
     TRANSFEROR: BARCLAYS BANK PLC
     300 Park Avenue, 21st Floor
     Attn: Christopher J. Dunn
     New York NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6389      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/29/2009                    Vito Genna, Clerk of Court


                                    /s/ Christopher Simco
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 29, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                |
In re                           |    Chapter 11 Case No.
                                |
LEHMAN BROTHERS HOLDINGS INC., et al., |   08-13555 (JMP)
                                |
                                |    (Jointly Administered)
                 Debtors.       |
                                |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  BARCLAYS BANK PLC                          BARCLAYS BANK PLC
     ATTN: MARK MANSKI, MANAGING DIRECTOR       LINDSEE P. GRANFIELD, ESQ.
     200 PARK AVE.                              CLEARY GOTTLIEB STEEN & HAMILTON LLP
     NEW YORK NY 10166                          ONE LIBERTY PLAZA
                                                NEW YORK NY 10006

Please note that your claim # 60699-01 in the above referenced case and in the amount of
      $4,440,210.90       has been transferred **(unless previously expunged by court order)**

        GOLDENTREE MASTER FUND II, LTD
        TRANSFEROR: BARCLAYS BANK PLC
        300 Park Avenue, 21st Floor
        Attn: Christopher J. Dunn
        New York NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6390      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/29/2009                          Vito Genna, Clerk of Court


                                          /s/ Christopher Simco
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 29, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                    |
In re                               |    Chapter 11 Case No.
                                    |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                                    |
                                    |    (Jointly Administered)
              Debtors.              |
                                    |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  BARCLAYS BANK PLC                        BARCLAYS BANK PLC
     ATTN: MARK MANSKI, MANAGING DIRECTOR     LINDSEE P. GRANFIELD, ESQ.
     200 PARK AVE.                            CLEARY GOTTLIEB STEEN & HAMILTON LLP
     NEW YORK NY 10166                        ONE LIBERTY PLAZA
                                              NEW YORK NY 10006

Please note that your claim # 60699-02 in the above referenced case and in the amount of
     $294,611.15         has been transferred **(unless previously expunged by court order)**

     GTAM FUND I, LTD
     TRANSFEROR: BARCLAYS BANK PLC
     300 Park Avenue, 21st Floor
     Attn: Christopher J. Dunn
     New York NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF**
**YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6391      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL**
**BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/29/2009                         Vito Genna, Clerk of Court


                                         /s/ Christopher Simco
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 29, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  BARCLAYS BANK PLC                                  BARCLAYS BANK PLC
     ATTN: MARK MANSKI, MANAGING DIRECTOR               LINDSEE P. GRANFIELD, ESQ.
     200 PARK AVE.                                      CLEARY GOTTLIEB STEEN & HAMILTON LLP
     NEW YORK NY 10166                                  ONE LIBERTY PLAZA
                                                        NEW YORK NY 10006

Please note that your claim # 60699-03 in the above referenced case and in the amount of
     $4,440,210.90       has been transferred **(unless previously expunged by court order)**

     GOLDENTREE MASTER FUND, LTD
     TRANSFEROR: BARCLAYS BANK PLC
     300 Park Avenue, 21st Floor
     Attn: Christopher J. Dunn
     New York NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                              UNITED STATES BANKRUPTCY COURT
                              Southern District of New York
                              One Bowling Green
                              New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6392      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/29/2009                         Vito Genna, Clerk of Court


                                         /s/ Christopher Simco
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 29, 2009.

**EXHIBIT "B"**

PAGE:    1

TIME: 13:37:16
DATE: 12/29/09

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|------|---------|
| BARCLAYS BANK PLC | ATTN: MARK MANSKI, MANAGING DIRECTOR 200 PARK AVE. NEW YORK NY 10166 |
| BARCLAYS BANK PLC | LINDSEE P. GRANFIELD, ESQ. CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDENTREE MASTER FUND II, LTD | TRANSFEROR: BARCLAYS BANK PLC 300 Park Avenue, 21st Floor Attn: Christopher J. Dunn New York NY 10022 |
| GOLDENTREE MASTER FUND, LTD | TRANSFEROR: BARCLAYS BANK PLC 300 Park Avenue, 21st Floor Attn: Christopher J. Dunn New York NY 10022 |
| GTAM FUND I, LTD | TRANSFEROR: BARCLAYS BANK PLC 300 Park Avenue, 21st Floor Attn: Christopher J. Dunn New York NY 10022 |

Total Number of Records Printed    5

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT "C"**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, NY 10153