**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
                                                                 )
In re:                                                           )   Chapter 11
                                                                 )
LEHMAN BROTHERS HOLDINGS INC.                                    )   Case No. 08-13555 (JMP)
                                                                 )
                                                                 )
                                                                 )
         Debtor.                                                 )   (Jointly Administered)
-----------------------------------------------------------------x
```

NOTICE OF TRANSFER OF CLAIM
PURSUANT TO FRBP RULE 3001(e)(2)

1.   TO:          **LONGACRE MASTER FUND II, L.P.** ("Transferor")
                  810 Seventh Avenue, 33rd Floor
                  New York, NY 10019
                  Tel: 212-259-4305
                  Fax: 212-259-4343
                  Attn: Vladimir Jelisavcic

2.       Please take notice of the transfer in the amount of $5,310,157.00 of your claims against
LEHMAN BROTHERS HOLDINGS INC.., Case No. 08-13555 (JMP) arising from and relating to
Claim No. 4627 (attached in Exhibit A hereto), to:

                  **BLUE ANGEL CLAIMS LLC** ("Transferee")
                  c/o Davidson Kempner Capital Management LLC
                  65 East 55th Street, 19th Floor
                  New York, NY 10022
                  Attn: Jennifer Donovan
                  Tel: 212-446-4018
                  Email: jdonovan@blueangelclaims.com

                  With a copy to:
                  Richards Kibbe & Orbe L.L.P.
                  One World Financial Center
                  New York, NY 10281-1003
                  Fax: 212-530-1801
                  Attn: Managing Clerk
                  Phone: 212-530-1800

566808.1/445-01167

An evidence of transfer of claim is attached hereto as <u>Exhibit B</u>. All distributions and notices regarding the transferred portion of the claims should be sent to the Transferee at the instructions attached in <u>Exhibit C</u>.

3.      No action is required <u>if you do not object</u> to the transfer of your claims.  However, **IF YOU OB-JECT TO THE TRANSFER OF YOUR CLAIMS, WITHIN <u>20 DAYS</u> OF THE DATE OF THIS NOTICE, YOU MUST:**

--            **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

United States Bankruptcy Court
Southern District of New York
Attn: Clerk of Court
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

--            **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

--            Refer to **INTERNAL CONTROL NO.** _____ in your objection and any further correspondence related to this transfer.

4.      If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

                                                                                CLERK
--------------------------------------------------------------------------------------------------

**FOR CLERK'S OFFICE USE ONLY:**
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2009.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtor's Attorney ___


                                        _____
                                        Deputy Clerk

566808.1/445-01167

**EXHIBIT A**

**PROOF OF CLAIM**

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT    Southern District of New York | PROOF OF CLAIM |
|---|---|

| Name of Debtor:
Lehman Brothers Holdings Inc | Case Number:
08-13555 (JMP) |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property):
Bunge SA | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Name and address where notices should be sent:
Bunge SA
Attn: Priscille Scherrer-Morgese        with copy to: Bunge Limited
route de Florissant 13                Attn: Marina Cohen
1211 Geneva 12 Switzerland            White Plains, NY  10606
Telephone number:
+ 41 22 59 29 675 | Court Claim Number:_____
(If known)

Filed on:_____ |
| Name and address where payment should be sent (if different from above):
N/A

Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case. |

| 1. Amount of Claim as of Date Case Filed:    $  Not less than $5,310,157.00 plus interest and other charges

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | 5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). |
|---|---|
| 2. Basis for Claim:  Guarantee of Swap Agreements
(See instruction #2 on reverse side.) | ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4). |
| 3. Last four digits of any number by which creditor identifies debtor: _____
    3a. Debtor may have scheduled account as: _____
        (See instruction #3a on reverse side.) | |
| 4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐Real Estate  ☐Motor Vehicle  ☐Other
Describe:

Value of Property:$_____ Annual Interest Rate_____%

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $_____ Basis for perfection: _____

Amount of Secured Claim: $_____  Amount Unsecured: $_____ | ☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:
$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment |

6. Credits: The amount ...

7. Documents: Att...
orders, invoices, item...
You may also attach ...
a security interest. Y...

DO NOT SEND ORI...
SCANNING.  ** s...

If the documents are not available, please explain:

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)        0000004627

[barcode]

...of making this proof of claim.

...promissory notes, purchase
...s, and security agreements.
...e of perfection of
..."redacted" on reverse side.)

...ESTROYED AFTER
... ...made a part hereof. **

| Date:
05/13/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | FILED / RECEIVED
MAY 2 8 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**EXHIBIT B**

**EVIDENCE OF TRANSFER OF CLAIM**

### EVIDENCE OF TRANSFER OF CLAIM

TO:        United States Bankruptcy Court  Southern District of New York
             Attn:   Clerk

AND TO:    LEHMAN BROTHERS HOLDINGS INC. ("Debtor")
             Case No. 08-13555

<u>Claim #</u>      <u>4627</u>

**LONGACRE MASTER FUND II, L.P., ASSIGNEE OF BUNGE SA,** its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

        **BLUE ANGEL CLAIMS LLC**
        65 East 55th Street, 19th Floor
        New York, NY 10022
        Attn: Jennifer Donovan

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller in the principal amount of $5,310,157.00 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated December ___, 2009.

BLUE ANGEL CLAIMS LLC

By:   _____
Name:  Conor Bastable
Title:  Manager

LONGACRE MASTER FUND II, L.P.
By: Longacre Management II, LLC,
its General Partner

By:   _____
Name:  Vladimir Jelisavcic
Title:  Manager

12

558135.4/445-01167

## EVIDENCE OF TRANSFER OF CLAIM

TO:         United States Bankruptcy Court  Southern District of New York
            Attn:    Clerk

AND TO:     LEHMAN BROTHERS HOLDINGS INC. ("Debtor")
            Case No. 08-13555

Claim #        4627

**LONGACRE MASTER FUND II, L.P., ASSIGNEE OF BUNGE SA,** its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**BLUE ANGEL CLAIMS LLC**
65 East 55th Street, 19th Floor
New York, NY 10022
Attn: Jennifer Donovan

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller in the principal amount of $5,310,157.00 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated December _16_, 2009.

BLUE ANGEL CLAIMS LLC                    LONGACRE MASTER FUND II, L.P.
                                         By: Longacre Management II, LLC,
                                         its General Partner

By: _____               By: _____
Name:                                    Name:  Vladimir Jelisavcic
Title:                                   Title:  Manager

12

558135.4/445-01167

**EXHIBIT C**

Address for Notices:

Blue Angel Claims LLC
c/o Davidson Kempner Capital Management LLC
65 East 55th Street, 19th Floor
New York, NY 10022
Attn: Jennifer Donovan
Tel: 212-446-4018
Email: jdonovan@blueangelclaims.com

With a copy to:
Richards Kibbe & Orbe L.L.P.
One World Financial Center
New York, NY 10281-1003
Fax: 212-530-1801
Attn: Managing Clerk
Phone: 212-530-1800

Wire Instructions:

JPMorgan Chase
ABA No.: 021-000-021
A/C: J.P. Morgan Clearing Corp
DDA No: 066001633 JPMCC
F/F/C: Blue Angel Claims LLC
Acct. No. 102-32742-26
Ref: Bunge from Longacre