## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------x
                                                           )
In re:                                                     )    Chapter 11
                                                           )
LEHMAN BROTHERS HOLDINGS INC.                              )    Case No. 08-13555 (JMP)
                                                           )
                                                           )
                                                           )
          Debtor.                                          )    (Jointly Administered)
-----------------------------------------------------------x
```

### NOTICE OF TRANSFER OF CLAIM
### PURSUANT TO FRBP RULE 3001(e)(2)

1.    TO:              **LONGACRE MASTER FUND II, L.P.** ("Transferor")
                       810 Seventh Avenue, 33rd Floor
                       New York, NY 10019
                       Tel: 212-259-4305
                       Fax: 212-259-4343
                       Attn: Vladimir Jelisavcic

2.    Please take notice of the transfer in the amount of $5,310,157.00 of your claims against
LEHMAN BROTHERS HOLDINGS INC., Case No. 08-13555 (JMP) arising from and relating to
Claim No. 10130 (attached in Exhibit A hereto), to:

                       **BLUE ANGEL CLAIMS LLC** ("Transferee")
                       c/o Davidson Kempner Capital Management LLC
                       65 East 55th Street, 19th Floor
                       New York, NY 10022
                       Attn: Jennifer Donovan
                       Tel: 212-446-4018
                       Email: jdonovan@blueangelclaims.com

                       With a copy to:
                       Richards Kibbe & Orbe L.L.P.
                       One World Financial Center
                       New York, NY 10281-1003
                       Fax: 212-530-1801
                       Attn: Managing Clerk
                       Phone: 212-530-1800

566807.1/445-01167

An evidence of transfer of claim is attached hereto as <u>Exhibit B</u>. All distributions and notices regarding the transferred portion of the claims should be sent to the Transferee at the instructions attached in <u>Exhibit C</u>.

3.     No action is required <u>if you do not object</u> to the transfer of your claims.  However, **IF YOU OB-JECT TO THE TRANSFER OF YOUR CLAIMS, WITHIN <u>20 DAYS</u> OF THE DATE OF THIS NOTICE, YOU MUST:**

--         **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

           United States Bankruptcy Court
           Southern District of New York
           Attn: Clerk of Court
           Alexander Hamilton Custom House
           One Bowling Green
           New York, NY 10004-1408

--         **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

--         Refer to **INTERNAL CONTROL NO.** _____ in your objection and any further correspondence related to this transfer.

4.     If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

                                                                CLERK
-------------------------------------------------------------------------------------------------------

**FOR CLERK'S OFFICE USE ONLY:**
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2009.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___  Transferee ___  Debtor's Attorney ___

                                    _____
                                    Deputy Clerk

566807.1/445-01167

## EXHIBIT A

### PROOF OF CLAIM

| United States Bankruptcy Court/Southern District of New York | PROOF OF CLAIM |
|---|---|

*United States Bankruptcy Court/Southern District of New York*
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: Lehman Brothers Holdings Inc., et al. Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|
| Name of Debtor Against Which Claim is Held **Lehman Brothers Holdings Inc** | Case No. of Debtor **08-13555 (JMP)** |

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)                    0000010130

THIS SPACE IS FOR COURT USE ONLY

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Program Securities (See definition on reverse side.)

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

BUNGE SA
Attn: Priscille Scherrer-Morgese / Linda Lane
13 Route de Florissant
Geneva 12 1211
Switzerland

Telephone number: +41225929100      Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim
Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:      Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ Not less than USD5,310,157.00
If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete Item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.

☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☑ Check this box if all or part of your claim is based on a Guarantee.*

**\*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.**

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a claim based on a Derivative Contract or Guarantee.

**2. Basis for Claim:** Guarantee of Swap Agreements
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____
3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe: _____
Value of Property: $_____ Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____ Basis for perfection: _____
Amount of Secured Claim: $_____ Amount Unsecured: $_____

**6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $_____
(See instruction #6 on reverse side.)

**7. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
**8. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. *(See definition of "redacted" on reverse side.)* If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

| Date: 1 Sept 09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

Amount entitled to priority:

$_____

FOR COURT USE ONLY

FILED / RECEIVED

SEP 0 2 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT B**

**EVIDENCE OF TRANSFER OF CLAIM**

## EVIDENCE OF TRANSFER OF CLAIM

TO:         United States Bankruptcy Court  Southern District of New York
            Attn:   Clerk

AND TO:     LEHMAN BROTHERS HOLDINGS INC. ("Debtor")
            Case No. 08-13555

Claim #      10130

**LONGACRE MASTER FUND II, L.P., ASSIGNEE OF BUNGE SA**, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**BLUE ANGEL CLAIMS LLC**
65 East 55th Street, 19th Floor
New York, NY 10022
Attn: Jennifer Donovan

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller in the principal amount of $5,310,157.00 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated December _16_, 2009.

BLUE ANGEL CLAIMS LLC                    LONGACRE MASTER FUND II, L.P.
                                         By: Longacre Management II, LLC,
                                         its General Partner


By:    _____          By:    _____
Name:  Conor Bastable                    Name:  Vladimir Jelisavcic
Title: Manager                           Title: Manager


11

## EVIDENCE OF TRANSFER OF CLAIM

TO:          United States Bankruptcy Court  Southern District of New York
             Attn:   Clerk

AND TO:      LEHMAN BROTHERS HOLDINGS INC. ("Debtor")
             Case No. 08-13555

Claim #      10130

**LONGACRE MASTER FUND II, L.P., ASSIGNEE OF BUNGE SA,** its successors and
assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which is
hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

> **BLUE ANGEL CLAIMS LLC**
> 65 East 55th Street, 19th Floor
> New York, NY 10022
> Attn: Jennifer Donovan

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller in the
principal amount of $5,310,157.00 ("Claim") against the Debtor in the Bankruptcy Court, or any
other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records
of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law
any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of
Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.
Seller acknowledges, understands and agrees, and hereby stipulates that an order of the
Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim
and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and
other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim
by its duly authorized representative dated December _16_, 2009.

BLUE ANGEL CLAIMS LLC              LONGACRE MASTER FUND II, L.P.
                                   By: Longacre Management II, LLC,
                                   its General Partner

By: _____           By: _____
Name:                             Name:  Vladimir Jelisavcic
Title:                            Title:  Manager

11

558135.4/445-01167

**EXHIBIT C**

Address for Notices:

Blue Angel Claims LLC
c/o Davidson Kempner Capital Management LLC
65 East 55th Street, 19th Floor
New York, NY 10022
Attn: Jennifer Donovan
Tel: 212-446-4018
Email: jdonovan@blueangelclaims.com

With a copy to:
Richards Kibbe & Orbe L.L.P.
One World Financial Center
New York, NY 10281-1003
Fax: 212-530-1801
Attn: Managing Clerk
Phone: 212-530-1800

Wire Instructions:

JPMorgan Chase
ABA No.: 021-000-021
A/C: J.P. Morgan Clearing Corp
DDA No: 066001633 JPMCC
F/F/C: Blue Angel Claims LLC
Acct. No. 102-32742-26
Ref: Bunge from Longacre

566807.1/445-01167