EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

and to: JPMorgan Chase Bank, N.A.

Hakone Fund II, LLC, a Delaware LLC, located at 1500 Main Street, Springfield, MA 01115 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to JPMorgan Chase Bank, N.A., its successors and assigns, with offices at 4 New York Plaza, 16th Floor, New York, NY 10004 ("Buyer"), all rights, title and interest in and to the claim of Seller against Lehman Brothers Special Financing Inc. (Claim No.: 23648) in the original amount of $363,782.00 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

   Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim.

   Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Agreement by their duly authorized representatives as of the date first written above.

SELLER:

**Hakone Fund II LLC**

By: Babson Capital Management LLC as Investment Manager

By: ___[signature]___
Name: Timothy J Bolduc
Title: Managing Director

BUYER:

**JPMorgan Chase Bank, N.A.**

By: _____
Name:
Title:

- 11 -

KL2 2630882.1

IN WITNESS WHEREOF, the undersigned have duly executed this Agreement by their duly authorized representatives as of the date first written above.

SELLER:

**Hakone Fund II LLC**

By: Babson Capital Management LLC as Investment Manager

By: _____
Name:
Title:

BUYER:

**JPMorgan Chase Bank, N.A.**

By: _____
Name:
Title:    Erin M. Finegan
         Authorized Signatory

- 11 -

KL2 2630882.1