Dennis F. Dunne
Dennis C. O'Donnell
Evan R. Fleck
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000

Counsel for Official Committee of Unsecured Creditors
of Lehman Brothers Holdings Inc., et al.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

| | : | |
|---|---|---|
| In re: | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                        ) SS.:
COUNTY OF NEW YORK  )

       JASON HSU, being duly sworn, deposes and says:

       I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases. I am employed by the law firm of Milbank, Tweed, Hadley & M$^c$Cloy LLP, Counsel for Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al. in the above-captioned case.

       On the 30th of December, 2009, I caused a copy of the following document:

       STATEMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN SUPPORT OF DEBTORS' MOTION PURSUANT TO SECTIONS 105 AND 363 OF THE BANKRUPTCY CODE AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 FOR AUTHORIZATION AND APPROVAL OF A SETTLEMENT AGREEMENT WITH THE INSOLVENCY ADMINISTRATOR OF LEHMAN BROTHERS BANKHAUS AG (IN INSOLVENZ),

to be served upon the parties identified on Exhibit A attached hereto by electronic mail, to be served upon the parties listed on Exhibit B attached hereto by facsimile, and to be served upon the parties listed on Exhibit C attached hereto by United States Postal Service for delivery by first class mail.

          /s/ Jason Hsu
          JASON HSU

SWORN TO AND SUBSCRIBED before me this 4th day of January, 2010

   /s/ Charmaine Thomas
Charmaine Thomas
Notary Public, State of New York
No. 01TH6151374
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 18, 2010

2

# Exhibit A

'richard.krasnow@weil.com'; 'maurice.horwitz@weil.com'; 'fyates@sonnenschein.com'; 'pmaxcy@sonnenschein.com'; 'aaaronson@dilworthlaw.com'; 'aalfonso@kayescholer.com'; 'abraunstein@riemerlaw.com'; 'acaton@kramerlevin.com'; 'acker@chapman.com'; 'adarwin@nixonpeabody.com'; 'adg@adorno.com'; 'Adiamond@DiamondMcCarthy.com'; 'aeckstein@blankrome.com'; 'aentwistle@entwistle-law.com'; 'afriedman@irell.com'; 'agbanknewyork@ag.tn.gov'; 'aglenn@kasowitz.com'; 'agold@herrick.com'; 'agolianopoulos@mayerbrown.com'; 'ahammer@freebornpeters.com'; 'aisenberg@saul.com'; 'akantesaria@oppenheimerfunds.com'; 'akihiko_yagyuu@chuomitsui.jp'; 'alex.torres@infospace.com'; 'amarder@msek.com'; 'AMcMullen@BoultCummings.com'; 'amenard@tishmanspeyer.com'; 'Andrew.Brozman@cliffordchance.com'; 'andrew.lourie@kobrekim.com'; 'angelich.george@arentfox.com'; 'ann.reynaud@shell.com'; 'anthony_boccanfuso@aporter.com'; 'aoberry@bermanesq.com'; 'apo@stevenslee.com'; 'aquale@sidley.com'; 'araboy@cov.com'; 'arahl@reedsmith.com'; 'arheaume@riemerlaw.com'; 'arlbank@pbfcm.com'; 'arosenblatt@chadbourne.com'; 'arthur.rosenberg@hklaw.com'; 'arwolf@wlrk.com'; 'aseuffert@lawpost-nyc.com'; 'ashmead@sewkis.com'; 'asnow@ssbb.com'; 'atrehan@mayerbrown.com'; 'aunger@sidley.com'; 'austin.bankruptcy@publicans.com'; 'avenes@whitecase.com'; 'avi.gesser@dpw.com'; 'awasserman@lockelord.com'; 'azylberberg@whitecase.com'; 'bankr@zuckerman.com'; 'bankruptcy@goodwin.com'; 'bankruptcy@morrisoncohen.com'; 'bankruptcymatters@us.nomura.com'; 'barbra.parlin@hklaw.com'; 'bbisignani@postschell.com'; 'bdk@schlamstone.com'; 'bguiney@pbwt.com'; 'bhinerfeld@sbtklaw.com'; 'bill.freeman@pillsburylaw.com'; 'bmanne@tuckerlaw.com'; 'BMiller@mofo.com'; 'boneill@kramerlevin.com'; 'bpershkow@profunds.com'; 'Brian.Corey@greentreecreditsolutions.com'; 'bromano@willkie.com'; 'broy@rltlawfirm.com'; 'bspector@jsslaw.com'; 'btrust@mayerbrown.com'; 'btupi@tuckerlaw.com'; 'bturk@tishmanspeyer.com'; 'bwolfe@sheppardmullin.com'; 'bzabarauskas@crowell.com'; 'cahn@clm.com'; 'canelas@pursuitpartners.com'; 'carlin@thshlaw.com'; 'carol.weinerlevy@bingham.com'; 'cbelisle@wfw.com'; 'cbelmonte@ssbb.com'; 'cbrotstein@bm.net'; 'cgoldstein@stcwlaw.com'; 'chammerman@paulweiss.com'; 'charles@filardi-law.com'; 'charles_malloy@aporter.com'; 'chipford@parkerpoe.com'; 'chris.donoho@lovells.com'; 'clynch@reedsmith.com'; 'cmontgomery@salans.com'; 'CMTB_LC11@chuomitsui.jp'; 'cohenr@sewkis.com'; 'cp@stevenslee.com'; 'cpappas@dilworthlaw.com'; 'crmomjian@attorneygeneral.gov'; 'crogers@orrick.com'; 'cs@stevenslee.com'; 'cschreiber@winston.com'; 'cshore@whitecase.com'; 'cshulman@sheppardmullin.com'; 'ctatelbaum@adorno.com'; 'cward@polsinelli.com'; 'cweber@ebg-law.com'; 'cweiss@ingramllp.com'; 'dallas.bankruptcy@publicans.com'; 'daniel.guyder@allenovery.com'; 'david.bennett@tklaw.com'; 'david.crichlow@pillsburylaw.com'; 'david.heller@lw.com'; 'davids@blbglaw.com'; 'davidwheeler@mvalaw.com'; 'dbalog@intersil.com'; 'dbarber@bsblawyers.com'; 'dbaumstein@whitecase.com'; 'dbesikof@loeb.com'; 'dcimo@gjb-law.com'; 'dckaufman@hhlaw.com'; 'dcoffino@cov.com'; 'dcrapo@gibbonslaw.com'; 'ddavis@paulweiss.com'; 'ddrebsky@nixonpeabody.com'; 'deborah.saltzman@dlapiper.com'; 'deggermann@kramerlevin.com'; 'deggert@freebornpeters.com'; 'demetra.liggins@tklaw.com'; 'deryck.palmer@cwt.com'; 'dfelder@orrick.com'; 'dflanigan@polsinelli.com'; 'dfriedman@kasowitz.com'; 'dgrimes@reedsmith.com'; 'dhayes@mcguirewoods.com'; 'dheffer@foley.com'; 'diconzam@gtlaw.com'; 'dirk.roberts@ots.treas.gov'; 'dkleiner@velaw.com'; 'dkozusko@willkie.com'; 'dladdin@agg.com'; 'dlemay@chadbourne.com'; 'dlipke@vedderprice.com'; 'dludman@brownconnery.com'; 'dmcguire@winston.com'; 'dmurray@jenner.com'; 'dneier@winston.com'; 'douglas.bacon@lw.com'; 'douglas.mcgill@dbr.com'; 'dove.michelle@dorsey.com'; 'DPiazza@HodgsonRuss.com';

'dravin@wolffsamson.com'; 'drose@pryorcashman.com'; 'drosenzweig@fulbright.com'; 'drosner@goulstonstorrs.com'; 'drosner@kasowitz.com'; 'dshemano@pwkllp.com'; 'dtatge@ebglaw.com'; 'dwdykhouse@pbwt.com'; 'dwildes@stroock.com'; 'dworkman@bakerlaw.com'; 'easmith@venable.com'; 'echang@steinlubin.com'; 'ecohen@russell.com'; 'efile@willaw.com'; 'efriedman@friedumspring.com'; 'egeekie@schiffhardin.com'; 'eglas@mccarter.com'; 'ehollander@whitecase.com'; 'ekbergc@lanepowell.com'; 'eli.mattioli@klgates.com'; 'elizabeth.harris@klgates.com'; 'ellen.halstead@cwt.com'; 'eobrien@sbchlaw.com'; 'eric.johnson@hro.com'; 'eschaffer@reedsmith.com'; 'eschwartz@contrariancapital.com'; 'esmith@dl.com'; 'ezavalkoff-babej@vedderprice.com'; 'ezujkowski@emmetmarvin.com'; 'ezweig@optonline.net'; 'fbp@ppgms.com'; 'fdellamore@jaspanllp.com'; 'feldsteinh@sullcrom.com'; 'ffm@bostonbusinesslaw.com'; 'fhyman@mayerbrown.com'; 'fishere@butzel.com'; 'francois.janson@hklaw.com'; 'frank.white@agg.com'; 'fred.berg@rvblaw.com'; 'fsosnick@shearman.com'; 'fyates@sonnenschein.com'; 'gabriel.delvirginia@verizon.net'; 'GGraber@HodgsonRuss.com'; 'giaimo.christopher@arentfox.com'; 'giddens@hugheshubbard.com'; 'gkaden@goulstonstorrs.com'; 'glenn.siegel@dechert.com'; 'gmoss@riemerlaw.com'; 'gravert@mwe.com'; 'gspilsbury@jsslaw.com'; 'guzzi@whitecase.com'; 'harrisjm@michigan.gov'; 'harveystrickon@paulhastings.com'; 'heim.steve@dorsey.com'; 'heiser@chapman.com'; 'hirsch.robert@arentfox.com'; 'hollace.cohen@troutmansanders.com'; 'holsen@stroock.com'; 'howard.hawkins@cwt.com'; 'hseife@chadbourne.com'; 'hsnovikoff@wlrk.com'; 'hweg@pwkllp.com'; 'ian.levy@kobrekim.com'; 'icatto@kirkland.com'; 'igoldstein@dl.com'; 'ilevee@lowenstein.com'; 'info2@normandyhill.com'; 'ira.herman@tklaw.com'; 'isgreene@hhlaw.com'; 'israel.dahan@cwt.com'; 'iva.uroic@dechert.com'; 'jacobsonn@sec.gov'; 'jafeltman@wlrk.com'; 'james.mcclammy@dpw.com'; 'jamestecce@quinnemanuel.com'; 'jar@outtengolden.com'; 'jason.jurgens@cwt.com'; 'jay.hurst@oag.state.tx.us'; 'jay@kleinsolomon.com'; 'Jbecker@wilmingtontrust.com'; 'jbeemer@entwistle-law.com'; 'jbird@polsinelli.com'; 'jbromley@cgsh.com'; 'jcarberry@cl-law.com'; 'jchristian@tobinlaw.com'; 'Jdrucker@coleschotz.com'; 'jdyas@halperinlaw.net'; 'jeff.wittig@coair.com'; 'jeffrey.sabin@bingham.com'; 'jeldredge@velaw.com'; 'jen.premisler@cliffordchance.com'; 'jennifer.demarco@cliffordchance.com'; 'jennifer.gore@shell.com'; 'jeremy.eiden@state.mn.us'; 'jessica.fink@cwt.com'; 'jfalgowski@reedsmith.com'; 'jfinerty@pfeiferlaw.com'; 'jflaxer@golenbock.com'; 'jfox@joefoxlaw.com'; 'jfreeberg@wfw.com'; 'jg5786@att.com'; 'jgarrity@shearman.com'; 'jgenovese@gjb-law.com'; 'jguy@orrick.com'; 'jhellman@zeislaw.com'; 'jherzog@gklaw.com'; 'jhiggins@fdlaw.com'; 'jhorgan@phxa.com'; 'jhuggett@margolisedelstein.com'; 'jhuh@ffwplaw.com'; 'jim@atkinslawfirm.com'; 'jjureller@klestadt.com'; 'jkehoe@sbtklaw.com'; 'jlamar@maynardcooper.com'; 'jlawlor@wmd-law.com'; 'jlee@foley.com'; 'jlevitin@cahill.com'; 'jlipson@crockerkuno.com'; 'jliu@dl.com'; 'jlovi@steptoe.com'; 'jlscott@reedsmith.com'; 'jmaddock@mcguirewoods.com'; 'jmazermarino@msek.com'; 'jmcginley@wilmingtontrust.com'; 'jmelko@gardere.com'; 'jmerva@fult.com'; 'jmr@msf-law.com'; 'john.monaghan@hklaw.com'; 'john.rapisardi@cwt.com'; 'joli@crlpc.com'; 'jorbach@hahnhessen.com'; 'Joseph.Cordaro@usdoj.gov'; 'joseph.scordato@dkib.com'; 'joshua.dorchak@bingham.com'; 'jowen769@yahoo.com'; 'JPintarelli@mofo.com'; 'jpintarelli@mofo.com'; 'jporter@entwistle-law.com'; 'jprol@lowenstein.com'; 'jrabinowitz@rltlawfirm.com'; 'jrsmith@hunton.com'; 'jschwartz@hahnhessen.com'; 'jsheerin@mcguirewoods.com'; 'jshickich@riddellwilliams.com'; 'jsmairo@pbnlaw.com'; 'jtimko@allenmatkins.com'; 'jtougas@mayerbrown.com'; 'judy.morse@crowedunlevy.com'; 'jwallack@goulstonstorrs.com'; 'jwang@sipc.org'; 'jweiss@gibsondunn.com'; 'jwest@velaw.com'; 'jwh@njlawfirm.com'; 'jwhitman@entwistle-law.com'; 'jwishnew@mofo.com'; 'k4.nomura@aozorabank.co.jp'; 'karen.wagner@dpw.com'; 'karol.denniston@dlapiper.com'; 'KDWBankruptcyDepartment@kelleydrye.com';

'keckhardt@hunton.com'; 'keith.simon@lw.com'; 'Ken.Coleman@allenovery.com'; 'ken.higman@hp.com'; 'kgwynne@reedsmith.com'; 'kiplok@hugheshubbard.com'; 'kkelly@ebglaw.com'; 'Klippman@munsch.com'; 'klyman@irell.com'; 'kmayer@mccarter.com'; 'kobak@hugheshubbard.com'; 'korr@orrick.com'; 'KOstad@mofo.com'; 'kovskyd@pepperlaw.com'; 'kpiper@steptoe.com'; 'kressk@pepperlaw.com'; 'KReynolds@mklawnyc.com'; 'kristin.going@dbr.com'; 'krosen@lowenstein.com'; 'krubin@ozcap.com'; 'kurt.mayr@bgllp.com'; 'lacyr@sullcrom.com'; 'Landon@StreusandLandon.com'; 'lawallf@pepperlaw.com'; 'lberkoff@moritthock.com'; 'Lee.Stremba@troutmansanders.com'; 'lgranfield@cgsh.com'; 'lhandelsman@stroock.com'; 'linda.boyle@twtelecom.com'; 'lisa.kraidin@allenovery.com'; 'LJKotler@duanemorris.com'; 'lmarinuzzi@mofo.com'; 'Lmay@coleschotz.com'; 'lmcgowen@orrick.com'; 'lml@ppgms.com'; 'lnashelsky@mofo.com'; 'loizides@loizides.com'; 'lromansic@steptoe.com'; 'lscarcella@farrellfritz.com'; 'lschweitzer@cgsh.com'; 'lthompson@whitecase.com'; 'lubell@hugheshubbard.com'; 'lwhidden@salans.com'; 'lwong@pfeiferlaw.com'; 'mabrams@willkie.com'; 'macronin@debevoise.com'; 'MAOFILING@CGSH.COM'; 'Marc.Chait@standardchartered.com'; 'margolin@hugheshubbard.com'; 'Marianne.Mortimer@friedfrank.com'; 'mark.deveno@bingham.com'; 'mark.ellenberg@cwt.com'; 'mark.houle@pillsburylaw.com'; 'mark.sherrill@sutherland.com'; 'martin.davis@ots.treas.gov'; 'Marvin.Clements@ag.tn.gov'; 'masaki_konishi@noandt.com'; 'matthew.dyer@prommis.com'; 'matthew.klepper@dlapiper.com'; 'matthew.morris@lovells.com'; 'mbenner@tishmanspeyer.com'; 'mberman@nixonpeabody.com'; 'mbienenstock@dl.com'; 'mbossi@thompsoncoburn.com'; 'mcademartori@sheppardmullin.com'; 'mcordone@stradley.com'; 'mcto@debevoise.com'; 'mdorval@stradley.com'; 'meltzere@pepperlaw.com'; 'metkin@lowenstein.com'; 'mgordon@briggs.com'; 'mgreger@allenmatkins.com'; 'mhopkins@cov.com'; 'michael.kim@kobrekim.com'; 'mimi.m.wong@irscounsel.treas.gov'; 'mitchell.ayer@tklaw.com'; 'mjacobs@pryorcashman.com'; 'mjedelman@vedderprice.com'; 'MJR1@westchestergov.com'; 'mkjaer@winston.com'; 'mlahaie@akingump.com'; 'MLandman@lcbf.com'; 'mmendez@hunton.com'; 'mmickey@mayerbrown.com'; 'mmooney@deilylawfirm.com'; 'mmorreale@us.mufg.jp'; 'mmurphy@co.sanmateo.ca.us'; 'mneier@ibolaw.com'; 'monica.lawless@brookfieldproperties.com'; 'mpage@kelleydrye.com'; 'mpfeifer@pfeiferlaw.com'; 'mpucillo@bermanesq.com'; 'mrosenthal@gibsondunn.com'; 'mruetzel@whitecase.com'; 'mschimel@sju.edu'; 'MSchleich@fraserstryker.com'; 'mshiner@tuckerlaw.com'; 'mspeiser@stroock.com'; 'mstamer@akingump.com'; 'mvenditto@reedsmith.com'; 'mwarren@mtb.com'; 'Nasreen.Bulos@dubaiic.com'; 'ncoco@mwe.com'; 'neal.mann@oag.state.ny.us'; 'ned.schodek@shearman.com'; 'newyork@sec.gov'; 'nfurman@scottwoodcapital.com'; 'Nherman@morganlewis.com'; 'nissay_10259-0154@mhmjapan.com'; 'nlepore@schnader.com'; 'notice@bkcylaw.com'; 'oipress@travelers.com'; 'omeca.nedd@lovells.com'; 'patrick.potter@pillsburylaw.com'; 'paul.turner@sutherland.com'; 'pbattista@gjb-law.com'; 'pbosswick@ssbb.com'; 'pdublin@akingump.com'; 'peisenberg@lockelord.com'; 'peter.gilhuly@lw.com'; 'peter.simmons@friedfrank.com'; 'peter@bankrupt.com'; 'pfeldman@oshr.com'; 'phayden@mcguirewoods.com'; 'pmaxcy@sonnenschein.com'; 'pnichols@whitecase.com'; 'ppascuzzi@ffwplaw.com'; 'ppatterson@stradley.com'; 'psp@njlawfirm.com'; 'ptrostle@jenner.com'; 'pwirt@ftportfolios.com'; 'pwright@dl.com'; 'r.stahl@stahlzelloe.com'; 'raj.madan@bingham.com'; 'ramona.neal@hp.com'; 'ranjit.mather@bnymellon.com'; 'rbeacher@daypitney.com'; 'rbernard@bakerlaw.com'; 'rbyman@jenner.com'; 'rchoi@kayescholer.com'; 'rdaversa@orrick.com'; 'relgidely@gjb-law.com'; 'rfleischer@pryorcashman.com'; 'rfrankel@orrick.com'; 'rfriedman@silvermanacampora.com'; 'rgmason@wlrk.com'; 'rgraham@whitecase.com'; 'rhett.campbell@tklaw.com'; 'richard.lear@hklaw.com'; 'richard.levy@lw.com'; 'ritkin@steptoe.com';

'RJones@BoultCummings.com'; 'RLevin@cravath.com'; 'rmatzat@hahnhessen.com'; 'rmunsch@munsch.com'; 'rnetzer@willkie.com'; 'rnies@wolffsamson.com'; 'rnorton@hunton.com'; 'robert.bailey@bnymellon.com'; 'robert.dombroff@bingham.com'; 'robert.henoch@kobrekim.com'; 'robert.malone@dbr.com'; 'Robert.yalen@usdoj.gov'; 'robertdakis@quinnemanuel.com'; 'Robin.Keller@Lovells.com'; 'ronald.silverman@bingham.com'; 'rreid@sheppardmullin.com'; 'rroupinian@outtengolden.com'; 'rterenzi@stcwlaw.com'; 'RTrust@cravath.com'; 'rwasserman@cftc.gov'; 'rwyron@orrick.com'; 's.minehan@aozorabank.co.jp'; 'sabin.willett@bingham.com'; 'sabramowitz@velaw.com'; 'sagolden@hhlaw.com'; 'Sally.Henry@skadden.com'; 'sandyscafaria@eaton.com'; 'Sara.Tapinekis@cliffordchance.com'; 'sbernstein@hunton.com'; 'schannej@pepperlaw.com'; 'schapman@willkie.com'; 'Schepis@pursuitpartners.com'; 'schnabel.eric@dorsey.com'; 'schristianson@buchalter.com'; 'scottshelley@quinnemanuel.com'; 'scousins@armstrongteasdale.com'; 'sdnyecf@dor.mo.gov'; 'sean@blbglaw.com'; 'sehlers@armstrongteasdale.com'; 'sfelderstein@ffwplaw.com'; 'sfineman@lchb.com'; 'sfox@mcguirewoods.com'; 'sgordon@cahill.com'; 'sgubner@ebg-law.com'; 'sharbeck@sipc.org'; 'shari.leventhal@ny.frb.org'; 'sheehan@txschoollaw.com'; 'shgross5@yahoo.com'; 'shumaker@pursuitpartners.com'; 'shumaker@pursuitpartners.com'; 'sidorsky@butzel.com'; 'slerner@ssd.com'; 'SLoden@DiamondMcCarthy.com'; 'smayerson@ssd.com'; 'smillman@stroock.com'; 'smulligan@bsblawyers.com'; 'snewman@katskykorins.com'; 'sory@fdlaw.com'; 'spiotto@chapman.com'; 'splatzer@platzerlaw.com'; 'SRee@lcbf.com'; 'sselbst@herrick.com'; 'sshimshak@paulweiss.com'; 'steele@lowenstein.com'; 'stephanie.wickouski@dbr.com'; 'steve.ginther@dor.mo.gov'; 'steven.perlstein@kobrekim.com'; 'steven.wilamowsky@bingham.com'; 'Streusand@StreusandLandon.com'; 'susan.schultz@newedgegroup.com'; 'susheelkirpalani@quinnemanuel.com'; 'swolowitz@mayerbrown.com'; 'szuch@wiggin.com'; 'tannweiler@greerherz.com'; 'tarbit@cftc.gov'; 'tbrock@ssbb.com'; 'tduffy@andersonkill.com'; 'TGoren@mofo.com'; 'thomas.califano@dlapiper.com'; 'Thomas_Noguerola@calpers.ca.gov'; 'thomaskent@paulhastings.com'; 'timothy.brink@dlapiper.com'; 'timothy.palmer@bipc.com'; 'tjfreedman@pbnlaw.com'; 'tkarcher@dl.com'; 'tkiriakos@mayerbrown.com'; 'tlauria@whitecase.com'; 'tmacwright@whitecase.com'; 'tmayer@kramerlevin.com'; 'tnixon@gklaw.com'; 'toby.r.rosenberg@irscounsel.treas.gov'; 'tslome@msek.com'; 'ttracy@crockerkuno.com'; 'twatanabe@mofo.com'; 'twheeler@lowenstein.com'; 'ukreppel@whitecase.com'; 'vdagostino@lowenstein.com'; 'Villa@StreusandLandon.com'; 'vmilione@nixonpeabody.com'; 'vrubinstein@loeb.com'; 'wanda.goodloe@cbre.com'; 'WBallaine@lcbf.com'; 'wbenzija@halperinlaw.net'; 'wcurchack@loeb.com'; 'william.m.goldman@dlapiper.com'; 'wiltenburg@hugheshubbard.com'; 'wisotska@pepperlaw.com'; 'woconnor@crowell.com'; 'wsilverm@oshr.com'; 'wswearingen@llf-law.com'; 'wtaylor@mccarter.com'; 'wzoberman@bermanesq.com'; 'yamashiro@sumitomotrust.co.jp'; 'robertdakis@quinnemanuel.com'; 'lynne.gugenheim@cna.com'; 'Karla.Lammers@cna.com'

## **Exhibit B**

Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.
OFFICE OF THE UNITED STATES TRUSTEE
Fax:  (212) 668-2256

INTERNAL REVENUE SERVICE
Fax:  (212) 436-1931

**Exhibit C**

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Andy Velez-Rivera, Esq.
     Paul Schwartzberg, Esq.
     Brian Masumoto, Esq.
     Linda Rifkin, Esq.
     Tracy Hope Davis, Esq.

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Richard P. Krasnow, Esq.
     Maurice Horwitz, Esq.

Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, New York 10020
Attn: D. Farrington Yates, Esq.
     Patrick C. Maxcy, Esq.