Hearing Date and Time:  January 13, 2010 at 10:00 a.m.
Objection Date and Time:  January 4, 2010 at 4:00 p.m.

CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois  60603
Telephone:  (312) 845-3000
Facsimile:  (312) 701-2361
James E. Spiotto (admitted pro hac vice)
Ann E. Acker (admitted pro hac vice)
Franklin H. Top, III (admitted pro hac vice)

-and-

CHAPMAN AND CUTLER LLP
330 Madison Avenue, 34th Floor
New York, New York  10017-5010
Telephone: (212) 655-6000
Craig M. Price

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE | CHAPTER 11 CASE NO. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., ET AL., | |
| Debtors. | (Jointly Administered) |

**LIMITED OBJECTION OF U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE TO THE DEBTORS' MOTION PURSUANT TO SECTIONS 105 AND 363 OF THE BANKRUPTCY CODE AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 FOR AUTHORIZATION AND APPROVAL OF A SETTLEMENT AGREEMENT WITH THE INSOLVENCY ADMINISTRATOR OF LEHMAN BROTHERS BANKHAUS AG (IN INSOLVENZ)**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

2743704.01.02.doc

NOW COMES U.S. Bank National Association, not individually but as Trustee to file this limited objection to the Motion of the Debtors Pursuant to Sections 105 and 363 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9019 For Authorization and Approval of a Settlement Agreement with the Insolvency Administrator of Lehman Brothers Bankhaus AG (In Insolvenz) (the "*Motion*" and U.S. Bank's objection thereto, the "*Objection*"). In support of its Objection, U.S. Bank states as follows:

### OBJECTIONS

1.   U.S. Bank serves as Trustee under the terms of certain Indentures and/or Trust Agreements with third party Issuers in which the Issuer granted to the Trustee, for the benefit of the holders of certain Notes, certain participations of loans originated and/or purchased by Lehman Brothers Commercial Paper, Inc., Lehman Brothers Commercial Paper, Inc. UK or Lehman Brothers Bankhaus AG.  For example, U.S. Bank serves as Trustee under an Indenture dated as of April 28, 2008 by and among Spruce CCS, Ltd., as the Issuer, Spruce CCS, Corp., as the Co-Issuer, and U.S. Bank National Association, as the Trustee.  Under the terms of a Master Participation Agreement, each of Lehman Brothers Commercial Paper, Inc. and Lehman Brothers Bankhaus AG sold a 100% undivided participation interest in certain loans to Spruce CCS, Ltd.  The Master Participation Agreement entitled Spruce CCS, Ltd., to all Collections of principal relating to the loans, all Collections of interest, fees, make-whole amounts accruing from and after the effective date of the Master Participation Agreement, and all claims, suits or causes of action relating to the loan interests.

2.   Spruce CCS, Ltd. granted a security interest in each of these loans and the rights under the Master Participation Agreement to the Trustee as collateral for the obligations set forth under the Indenture.

3. The Motion does not provide sufficient information to enable U.S. Bank to determine whether the relief that is being requested affects any rights or interests in connection with loans in which it has an interest. As a result, U.S. Bank as Trustee objects to the proposed settlement to the extent that the settlement relates to loans that are the subject of any sale or participation interest in which U.S. Bank has a direct or collateral interest.

WHEREFORE, U.S. Bank National Association, as Trustee respectfully requests that this Court condition the relief sought by ordering that the settlement agreement not include loans in which third parties, including but not limited to U.S. Bank, as Trustee, have a direct, participation or collateral interest.

Dated: January 4, 2010

Respectfully submitted,

U.S. Bank National Association, not
  individually but as Trustee

By: _____/s/ Ann Acker_____
        One of Its Attorneys

James E. Spiotto
Ann Acker
Franklin H. Top, III
Chapman and Cutler LLP
111 West Monroe Street
Chicago, Illinois  60603
(312) 845-3000

Craig M. Price
Chapman and Cutler LLP
330 Madison Avenue, 34th Floor
New York, New York  10017-5010
(212) 655-6000