Lisa Milas
Rosicki, Rosicki & Associates, P.C.
51 E. Bethpage Road
Plainview, NY 11803
Telephone: (516) 741-2585

Attorneys for Property Asset Management Inc.
and U.S. Bank National Association, as Trustee

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                                    :
In re                                               :    Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,            :    08-13555 (JMP)
                                                    :
         Debtors.                                   :    (Jointly Administered)
                                                    :
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF MOTIONS FOR RELIEF**
**FROM THE AUTOMATIC STAY REGARDING REAL PROPERTY**
**SITUATED AT VARIOUS LOCATIONS IN THE STATE OF NEW YORK**

**PLEASE TAKE NOTICE** that the hearing on the relief requested in the following motions:

- Motion for Relief from Stay as to the property located at 1347 E 80th Street, Brooklyn, NY 11236 [Docket No. 5497]   (09-115422)

- Motion for Relief from Stay as to the property located at 150-18 115th Dr., Jamaica, NY 11434 [Docket No. 6314]   (08-018455)

- Motion for Relief from Stay as to the property located at 187-01 Ridgedale Street, Springfield Garden, NY 11413 [Docket No. 6315]   (07-004513)

- Motion for Relief from Stay as to the Property located at 116-69 233rd Street, Cambria Heights, NY 11411 [Docket No. 6335]   (07-023133)

- Motion for Relief from Stay as to the property located at 107-48 122nd Street, Richmond Hill, NY 11419 [Docket No. 6345]   (08-007127)

- Motion for Relief from Stay as to the property located at 4 Carnaby Ave, Coram, NY 11727 [Docket No. 6346]   (07-017018)

- Motion for Relief from Stay as to the property located at 111 Alter Avenue, Staten Island, NY 10304 [Docket No. 6347]  (07-056044)

- Motion for Relief from Stay as to the property located at 1219 E 59th Street, Brooklyn, NY 11234 [Docket No. 6350]   (07-019933)

- Motion for Relief from Stay as to the property located at 94-12 Forbell Street, Ozone Park, NY 11416 [Docket No. 6402] (collectively, the "Motions") (07-010540)

which were scheduled for January 13, 2010, at 10:00 a.m. (prevailing Eastern Time), **has been adjourned to February 10, 2010 at 10:00 a.m. (prevailing Eastern Time)**, or as soon thereafter as counsel may be heard. The hearing on the Motions will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such hearing on the Motions may be further adjourned from time to time without further notice other than an announcement at the hearing.

Dated: January 4 2010
      Plainview, New York

*Lisa Milas*

Rosicki, Rosicki & Associates, P.C.
51 E. Bethpage Road
Plainview, NY 11803
Telephone: (516) 741-2585

Attorneys for Property Asset Management Inc. and U.S. Bank National Association, as Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————X   Chapter 11
In re:                                            Case No.: 08-13555
   LEHMAN BROTHERS HOLDINGS, INC.   (Jointly Administered)

DEBTOR.

———————————————————X

STATE OF NEW YORK   )
                               ) ss:
COUNTY OF NASSAU   )

I, Patrick Lamberti, being duly sworn, deposes and says:
     I am not a party to this action, am over 18 years of age and reside in Nassau County, New York.
     On January 4, 2010, I served the within Notice of Adjournment of Affirmation in Support of Entry of Order Granting Relief from the Automatic Stay Regarding Real Property Situated at Various Locations in the State of New York on the following parties, by depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

SEE ATTACHED SERVICE LIST

_____
Patrick Lamberti

Sworn to before me this
4th day of January, 2010

_____
NOTARY PUBLIC

JOHN J. BROCKS
NOTARY PUBLIC STATE OF NEW YORK
#01BR6107807
COMMISSION EXPIRES APRIL 12, 2008
2012

TO:     BNC Mortgage LLC
        Debtor-in-Possession
        1901 Main Street
        Irvine, CA 92624

        Weil, Gotshal & Manges, LLP
        Attn: Harvey R. Miller, Esq.
        Richard P. Krasnow, Esq., Lori R.
        Fife, Esq., Shai Y. Waisnam, Esq.
        And Jacqueline Marcus, Esq.
        Attorney for Debtors
        767 Fifth Avenue
        New York, NY 10153

        Hughs Hubbard & Reed
        Attn: Jeffrey S. Margolin, Esq. and
        Sarah K. Loomis, Esq.
        Attorneys for James W. Giddens, as
        Trustee for the SIPA Liquidation of
        Lehman Brothers, Inc.
        1 Battery Park Plaza
        New York, NY 10004

        Office of the United States Trustee
        Attn: Andy Velez-Rivera, Paul
        Schwartzberg, Brian Masumoto
        Linda Riffrin and Tracy Hope Davis
        33 Whitehall Street 21st Floor
        New York, NY 10004

        Claims and Noticing Agent
        Epiq Bankruptcy Solutions, LLC Claims
        Agent f/k/a Bankruptcy Services, LLC
        757 Third Avenue 3rd Floor
        New York, NY 10017

        Milbank, Tweed, Hadley & McCloy, LLP
        Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq.
        And Evan Fleck, Esq.
        Official Committee for the Unsecured Creditors
        1 Chase Manhattan Plaza
        New York, NY 10005

Quinn Emanuel Urquhart Oliver & Hedges
Attn: James Tecce and Susheel Kirpalani
Attorney for the Official Committee of
Unsecured Creditors
51 Madison Avenue 22nd Floor
New York, NY 10010

Antoliana Villaverde
187-01 Ridgedale Street
Springfield Gardens, NY 11413

Renee Setteducato
111 Alter Avenue
Staten Island, NY 10304

Ryan Rogg
4 Carnby Avenue
Coram, NY 11727

Christopher Roese
94-12 Forbell Street
Ozone Park, NY 11416

Lori Melaram
107-48 122nd Street
Richmond Hill, NY 11419

Theresa T. Harris
150-15 115th Street
Jamaica, NY 11434

Darell Brown
116-69 233rd Street
Cambria Heights, NY 11411

Suzie Rosemond
1347 80th Street
Brooklyn, NY 11236

Katherine Bazard
1219 E 59th Street
Brooklyn, NY 11234