**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
: 
In re                                                      :   Chapter 11 Case No.
                                                           :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,               :   08-13555 (JMP)
                                                           :
                    Debtors.                               :   (Jointly Administered)
                                                           :
----------------------------------------------------------------x   Ref. Docket Nos. 6397-6401, 6407-
                                                                    6409

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 30, 2009, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Paul Belobritsky
Paul Belobritsky

Sworn to before me this
4th day of January, 2010

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

# EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re | Chapter 11 Case No.
LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP)
 | (Jointly Administered)
Debtors. |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  HILLSIDE APEX FUND LIMITED
             LEGAL DEPARTMENT
             51 BERKELEY SQUARE
             LONDON    W1J 5BB
             ENGLAND

Please note that your claim # 4660 in the above referenced case and in the amount of
        $2,534,694.27        has been transferred **(unless previously expunged by court order)**

             LONGACRE OPPORTUNITY FUND, L.P.
             TRANSFEROR: HILLSIDE APEX FUND LIMITED
             810 SEVENTH AVENUE, 33RD FLOOR
             ATTN: VLADIMIR JELISAVCIC
             NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6407    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/30/2009                          Vito Genna, Clerk of Court

                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on December 30, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                                    | Chapter 11 Case No.
                                                         |
LEHMAN BROTHERS HOLDINGS INC., et al.,                   | 08-13555 (JMP)
                                                         |
                                                         | (Jointly Administered)
                        Debtors.                         |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  HILLSIDE APEX FUND LIMITED
         LEGAL DEPARTMENT
         51 BERKELEY SQUARE
         LONDON    W1J 5BB
         ENGLAND
```

Please note that your claim # 35434 in the above referenced case and in the amount of
    $2,534,694.27        has been transferred **(unless previously expunged by court order)**

```
         LONGACRE OPPORTUNITY FUND, L.P.
         TRANSFEROR: HILLSIDE APEX FUND LIMITED
         810 SEVENTH AVENUE, 33RD FLOOR
         ATTN: VLADIMIR JELISAVCIC
         NEW YORK NY 10019
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 6408    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/30/2009                           Vito Genna, Clerk of Court

                                           /s/ Paul Belobritsky
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on December 30, 2009.

```
_____
                                        |
In re                                   |   Chapter 11 Case No.
                                        |
                                        |   08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,   |
                                        |   (Jointly Administered)
                                        |
        Debtors.                        |
                                        |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

      To:   HILLSIDE APEX FUND LIMITED
            LEGAL DEPARTMENT
            51 BERKELEY SQUARE
            LONDON    W1J 5BB
            ENGLAND

Please note that your claim # 54846 in the above referenced case and in the amount of
         $2,534,694.27         has been transferred **(unless previously expunged by court order)**

            LONGACRE OPPORTUNITY FUND, L.P.
            TRANSFEROR: HILLSIDE APEX FUND LIMITED
            810 SEVENTH AVENUE, 33RD FLOOR
            ATTN: VLADIMIR JELISAVCIC
            NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                          UNITED STATES BANKRUPTCY COURT
                          Southern District of New York
                          One Bowling Green
                          New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 6409    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/30/2009                              Vito Genna, Clerk of Court


                                              /s/ Paul Belobritsky
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 30, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
In re                                          |  Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         |  08-13555 (JMP)
                                               |
                                               |  (Jointly Administered)
              Debtors.                         |
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  SHINKIN CENTRAL BANK
     3-7 YAESU 1 CHOME
     CHUO-KU
     TOKYO    103-0028
     JAPAN
```

Please note that your claim # 42201-02 in the above referenced case and in the amount of
$28,405,478.13        has been transferred **(unless previously expunged by court order)**

```
GOLDMAN, SACHS & CO.                              GOLDMAN, SACHS & CO.
TRANSFEROR: SHINKIN CENTRAL BANK                  MANAGING CLERK
30 HUDSON STREET, 36TH FLOOR                      RICHARDS KIBBE & ORBE LLP
ATTN: ANDREW CADITZ                               ONE WORLD FINANCIAL CENTER
JERSEY CITY NJ 07302                              NEW YORK NY 10281-1003
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 6400   in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/30/2009                          Vito Genna, Clerk of Court

                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on December 30, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                             | Chapter 11 Case No.
                                                  |
LEHMAN BROTHERS HOLDINGS INC., et al.,            | 08-13555 (JMP)
                                                  |
                                                  | (Jointly Administered)
            Debtors.                              |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   SHINKIN CENTRAL BANK
          3-7 YAESU 1 CHOME
          CHUO-KU
          TOKYO     103-0028
          JAPAN

Please note that your claim # 42201 in the above referenced case and in the amount of
      $28,517,288.88          has been transferred **(unless previously expunged by court order)**

| | |
|---|---|
| GOLDMAN, SACHS & CO.<br>TRANSFEROR: SHINKIN CENTRAL BANK<br>30 HUDSON STREET, 36TH FLOOR<br>ATTN: ADNREW CADITZ<br>JERSEY CITY NJ 07302 | GOLDMAN, SACHS & CO.<br>MANAGINC CLERK<br>RICHARDS KIBBE & ORBE LLP<br>ONE WORLD FINANCIAL CENTER<br>NEW YORK NY 10281-1801 |

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6401      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/30/2009                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 30, 2009.

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
|  | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. |  |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  KRAUS PARTNER INVESTMENT SOLUTIONS AG
         IN ITS CAPACITY AS MANAGER TO THE ALTEA SICAV-FIS
         LIMMATQUAI 122
         ZUERICH    CH-8001
         SWITZERLAND

Please note that your claim # 4866 in the above referenced case and in the amount of
        $711,346.00       has been transferred **(unless previously expunged by court order)**

         BLUE ANGEL CLAIMS LLC
         TRANSFEROR: KRAUS PARTNER INVESTMENT SOLUTIONS AG
         ATTN: ANTHONY YOSELOFF, MANAGER
         65 EAST 55TH STREET, 19TH FLOOR
         NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 6397    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/30/2009                         Vito Genna, Clerk of Court

                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 30, 2009.

```
In re                                    |  Chapter 11 Case No.
                                         |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |  08-13555 (JMP)
                                         |
                                         |  (Jointly Administered)
              Debtors.                   |
                                         |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   KRAUS PARTNER INVESTMENT SOLUTIONS AG
      IN ITS CAPACITY AS MANAGER TO THE ALTEA SICAV-FIS
      LIMMATQUAI 122
      ZUERICH    CH-8001
      SWITZERLAND
```

Please note that your claim # 12635 in the above referenced case and in the amount of
$832,497.82         has been transferred **(unless previously expunged by court order)**

```
      BLUE ANGEL CLAIMS LLC
      TRANSFEROR: KRAUS PARTNER INVESTMENT SOLUTIONS AG
      ATTN: ANTHONY YOSELOFF, MANAGER
      65 EAST 55TH STREET, 19TH FLOOR
      NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                       UNITED STATES BANKRUPTCY COURT
                       Southern District of New York
                       One Bowling Green
                       New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 6398    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/30/2009                               Vito Genna, Clerk of Court

                                               /s/ Paul Belobritsky
                                               _____
                                               By: Epiq Bankruptcy Solutions, LLC
                                                   as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on December 30, 2009.

```
In re                                          | Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         | 08-13555 (JMP)
                                               |
                                               | (Jointly Administered)
                Debtors.                       |
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
        To:  KRAUS PARTNER INVESTMENT SOLUTIONS AG
             IN ITS CAPACITY AS MANAGER TO THE ALTEA SICAV-FIS
             LIMMATQUAI 122
             ZUERICH    CH-8001
             SWITZERLAND
```

Please note that your claim # 37653 in the above referenced case and in the amount of
        $832,497.82       has been transferred **(unless previously expunged by court order)**

```
             BLUE ANGEL CLAIMS LLC
             TRANSFEROR: KRAUS PARTNER INVESTMENT SOLUTIONS AG
             ATTN: ANTHONY YOSELOFF, MANAGER
             65 EAST 55TH STREET, 19TH FLOOR
             NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                          UNITED STATES BANKRUPTCY COURT
                          Southern District of New York
                          One Bowling Green
                          New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6399     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/30/2009                              Vito Genna, Clerk of Court


                                              /s/ Paul Belobritsky
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 30, 2009.

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
|  | (Jointly Administered) |
| Debtors. |  |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:
SHINKIN CENTRAL BANK
3-7 YAESU 1 CHOME
CHUO-KU
TOKYO    103-0028
JAPAN

Please note that your claim # 42201-02 in the above referenced case and in the amount of $28,405,478.13    has been transferred **(unless previously expunged by court order)**

GOLDMAN, SACHS & CO.
MANAGING CLERK
RICHARDS KIBBE & ORBE LLP
ONE WORLD FINANCIAL CENTER
NEW YORK NY 10281-1003

GOLDMAN, SACHS & CO.
TRANSFEROR: SHINKIN CENTRAL BANK
30 HUDSON STREET, 36TH FLOOR
ATTN: ANDREW CADITZ
JERSEY CITY NJ 07302

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 6400    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/30/2009                Vito Genna, Clerk of Court

/s/ Paul Belobritsky
_____
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on December 30, 2009.

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
|  | (Jointly Administered) |
| Debtors. |  |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  
SHINKIN CENTRAL BANK  
3-7 YAESU 1 CHOME  
CHUO-KU  
TOKYO     103-0028  
JAPAN

Please note that your claim # 42201 in the above referenced case and in the amount of $28,517,288.88     has been transferred **(unless previously expunged by court order)**

GOLDMAN, SACHS & CO.  
MANAGINC CLERK  
RICHARDS KIBBE & ORBE LLP  
ONE WORLD FINANCIAL CENTER  
NEW YORK NY 10281-1801

GOLDMAN, SACHS & CO.  
TRANSFEROR: SHINKIN CENTRAL BANK  
30 HUDSON STREET, 36TH FLOOR  
ATTN: ADNREW CADITZ  
JERSEY CITY NJ 07302

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT  
Southern District of New York  
One Bowling Green  
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6401      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/30/2009            Vito Genna, Clerk of Court

/s/ Paul Belobritsky  
_____  
By: Epiq Bankruptcy Solutions, LLC  
    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 30, 2009.

# EXHIBIT "B"

# EXHIBIT "B"

```
TIME: 12:08:22                                      LEHMAN BROTHERS HOLDING INC.                                       PAGE:   1
DATE: 12/30/09                                            CREDITOR LISTING

Name                                    Address
BLUE ANGEL CLAIMS LLC                   TRANSFEROR: KRAUS PARTNER INVESTMENT SOLUTIONS AG ATTN: ANTHONY YOSELOFF, MANAGER 65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY 10022
GOLDMAN, SACHS & CO.                    MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
GOLDMAN, SACHS & CO.                    MANAGINC CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1801
GOLDMAN, SACHS & CO.                    TRANSFEROR: SHINKIN CENTRAL BANK 30 HUDSON STREET, 36TH FLOOR ATTN: ADNREW CADITZ JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                    TRANSFEROR: SHINKIN CENTRAL BANK 30 HUDSON STREET, 36TH FLOOR ATTN: ANDREW CADITZ JERSEY CITY NJ 07302
HILLSIDE APEX FUND LIMITED              LEGAL DEPARTMENT 51 BERKELEY SQUARE LONDON W1J 5BB ENGLAND
KRAUS PARTNER INVESTMENT SOLUTIONS AG   IN ITS CAPACITY AS MANAGER TO THE ALTEA SICAV-FIS LIMATQUAI 122 ZUERICH CH-8001 SWITZERLAND
LONGACRE OPPORTUNITY FUND, L.P.         TRANSFEROR: HILLSIDE APEX FUND LIMITED 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK NY 10019
SHINKIN CENTRAL BANK                    3-7 YAESU 1 CHOME CHUO-KU TOKYO 103-0028 JAPAN


Total Number of Records Printed     9
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

# EXHIBIT "C"

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153