**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
                                                                :
In re                                                           :    Chapter 11 Case No.
                                                                :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                    :    08-13555 (JMP)
                                                                :
                    Debtors.                                    :    (Jointly Administered)
                                                                :
----------------------------------------------------------------x    Ref. Docket Nos. 6420-6435, 6442,
                                                                     6443, 6446-6448

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 31, 2009, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Paul Belobritsky
Paul Belobritsky

Sworn to before me this
4th day of January, 2010

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**EXHIBIT "A"**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  ZAIS SCEPTICUS FUND I, LTD                    ZAIS SCEPTICUS FUND I, LTD
     C/O DEUTSCHE BANK (CAYMAN), LTD.              C/O SEWARD & KISSEL LLP
     ELIZABETHAN SQUARE                            ATTN: JUSTIN L. SHEARER, ESQ.
     P.O. BOX 1984 GT                              ONE BATTERY PARK PLAZA
     GRAND CAYMAN CAYMAN ISLANDS                   NEW YORK NY 10004-1485
```

Please note that your claim # 33584 in the above referenced case and in the amount of
       $4,255,212.69         has been transferred **(unless previously expunged by court order)**

```
     GOLDMAN SACHS LENDING PARTNERS LLC            GOLDMAN SACHS LENDING PARTNERS LLC
     MANAGING CLERK                                TRANSFEROR: ZAIS SCEPTICUS FUND I, LTD
     RICHARDS KIBBE & ORBE LLP                     30 HUDSON STREET, 36TH FLOOR
     ONE WORLD FINANCIAL CENTER                    Jersey City NJ 07302
     NEW YORK NY 10281-1003
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

    UNITED STATES BANKRUPTCY COURT
    Southern District of New York
    One Bowling Green
    New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 6447    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/31/2009                          Vito Genna, Clerk of Court

                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on December 31, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                                              | Chapter 11 Case No.
                                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,                             | 08-13555 (JMP)
                                                                   |
                                                                   | (Jointly Administered)
                Debtors.                                           |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   ZAIS SCEPTICUS FUND I, LTD.                    ZAIS SCEPTICUS FUND I, LTD.
          C/O DEUTSCHE BANK (CAYMAN), LTD.               C/O SEWARD & KISSEL LLP
          ELIZABETHAN SQUARE                             ATTN: JUSTIN L. SHEARER, ESQ.
          P.O. BOX 1984 GT                               ONE BATTERY PARK PLAZA
          GRAND CAYMAN CAYMAN ISLANDS                    NEW YORK NY 10004-1485

Please note that your claim # 33587 in the above referenced case and in the amount of
          $4,255,212.69        has been transferred **(unless previously expunged by court order)**

          GOLDMAN SACHS LENDING PARTNERS LLC             GOLDMAN SACHS LENDING PARTNERS LLC
          MANAGING CLERK                                 TRANSFEROR: ZAIS SCEPTICUS FUND I, LTD.
          RICHARDS KIBBE & ORBE LLC                      30 HUDSON STREET, 36TH FLOOR
          ONE WORLD FINANCIAL CENTER                     Jersey City NJ 07302
          NEW YORK NY 10281-1003

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                              UNITED STATES BANKRUPTCY COURT
                              Southern District of New York
                              One Bowling Green
                              New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6448       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/31/2009                         Vito Genna, Clerk of Court

                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 31, 2009.

**EXHIBIT "B"**

```
TIME: 14:31:09                                          LEHMAN BROTHERS HOLDING INC.                                                      PAGE: 1
DATE: 12/31/09                                              CREDITOR LISTING

Name                                    Address
BANC OF AMERICA SECURITIES LLC          TRANSFEROR: IGNIS ASSET MANAGEMENT ONE BRYANT PARK ATTN: JON BARN NEW YORK NY 10036
GOLDMAN SACHS LENDING PARTNERS LLC      MANAGING CLERK RICHARDS KIBBE & ORBE LLC ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
GOLDMAN SACHS LENDING PARTNERS LLC      MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
GOLDMAN SACHS LENDING PARTNERS LLC      TRANSFEROR: ZAIS SCEPTICUS FUND I, LTD 30 HUDSON STREET, 36TH FLOOR Jersey City NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC      TRANSFEROR: ZAIS SCEPTICUS FUND I, LTD. 30 HUDSON STREET, 36TH FLOOR Jersey City NJ 07302
IGNIS ASSET MANAGEMENT                  50 BOTHWELL STREET GLASGOW  92 6HR UNITED KINGDOM
IGNIS ASSET MANAGEMENT                  50 BOTHWELL STREET GLASGOW  G2 6HR UNITED KINGDOM
ZAIS SCEPTICUS FUND I, LTD              C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485
ZAIS SCEPTICUS FUND I, LTD              C/O DEUTSCHE BANK (CAYMAN), LTD. ELIZABETHAN SQUARE P.O. BOX 1984 GT GRAND CAYMAN  CAYMAN ISLANDS
ZAIS SCEPTICUS FUND I, LTD.             C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485
ZAIS SCEPTICUS FUND I, LTD.             C/O DEUTSCHE BANK (CAYMAN), LTD. ELIZABETHAN SQUARE P.O. BOX 1984 GT GRAND CAYMAN  CAYMAN ISLANDS

Total Number of Records Printed         11
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

# EXHIBIT "C"

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153