UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :    Chapter 11
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    Case No. 08-13555 (JMP)
                                                                 :
                          Debtors                                :    (Jointly Administered)
                                                                 :
-----------------------------------------------------------------x

## OMNIBUS NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| Name of Transferee: | Name of Transferor: |
| **Black River Emerging Markets Credit Fund Ltd.** | Black River Asia Fund Ltd. |
| | Black River EMCO Master Fund Ltd. |
| Name and address where notices to transferee should be sent: | Black River Commodity Select Fund Ltd. |
| | Black River Emerging Markets Fixed Income Fund Ltd. |
| Black River Emerging Markets Credit Fund Ltd. | Black River Global Investments Fund Ltd. |
| c/o Black River Asset Management LLC | Black River Global Credit Fund Ltd. |
| 12700 Whitewater Drive | |
| Minnetonka, MN 55343 | Court Record Address of Transferor |
| Attn: Mark Rabogliatti | (Court Use Only) |
| Phone: (952)984-3350 | |
| | |
| Name and Address where transferee payments should be sent (if different from above) | Name and Current Address of Transferor |
| | |
| | Black River Asia Fund Ltd. |
| Case No. 08-13555 | Black River EMCO Master Fund Ltd. |
| Claim No. 54849 for $6,709,388 | Black River Commodity Select Fund Ltd. |
| Claim No. 26153, as amended by claim no. 45147 | Black River Emerging Markets Fixed Income Fund Ltd. |
|   for $11,549,633 | Black River Global Investments Fund Ltd. |
| Claim No. 22704 for $1,395,962 | Black River Global Credit Fund Ltd. |
| Claim No. 22700 for $11,684,050 | |
| Claim No. 22705 for $361,802 | c/o Black River Asset Management, LLC |
| Claim No. 26159 for $397,582 | 12700 Whitewater Drive |
| | Minnetonka, MN    55343 |
| Case No. 08-13888 | Attn: Mark Rabogliatti |
| Claim No. 26162 for $397,582 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____s/Mark Rabogliatti_____          Date: ____December 31, 2009____
      Tranferee/Transferee's Agent

**-DEADLINE TO OBJECT TO TRANSFER-**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                     _____
                                                     **CLERK OF COURT**

## EVIDENCE OF TRANSFER OF CLAIM

BLACK RIVER ASIA FUND LTD., a Cayman Islands exempted company, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated as of December 14, 2009, has hereby absolutely and unconditionally sold, transferred and assigned to **BLACK RIVER EMERGING MARKETS CREDIT FUND LTD.**, a Cayman Islands exempted company, its successors and assigns (collectively, "Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its right to payment under Sections 10(c) and 10(f) of that certain Global Master Repurchase Agreement dated September 19, 2006 ("GMRA"), between Lehman Brothers International (Europe) and Assignor ("GMRA Claim"), and the right to payment, if any, under that certain Unanimous Written Consent of the Executive Committee of the Board of Directors of Lehman Brothers Holdings, Inc. dated June 9, 2005, and that certain Guarantee of Lehman Brothers Holdings, Inc. dated January 4, 2008 (together with the GMRA Claim, the "Claim"), in the principal amount of $6,709,388 and related proof of claim number 54849 filed against Lehman Brothers Holdings Inc. in its bankruptcy proceeding in the United States Bankruptcy Court for the Southern District of New York, case no. 08-13555(JMP).

Assignor hereby stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative as of this 14th day December 2009.

(Assignor)

**BLACK RIVER ASIA FUND LTD.**

By Black River Asset Management LLC
Its Investment Advisor

By: _____
Name: Akshay Kaura
Title: Authorized Signatory
Telephone: _____

(Assignee)

**BLACK RIVER EMERGING MARKETS CREDIT FUND LTD.**

By Black River Asset Management LLC
Its Investment Advisor

By: _____
Name: MARK G. RABOGLIATTI
Title: Authorized Signatory
Telephone: _____

WITNESS:

By: _____
Name: Curtis Kenkel
Title: Authorized Signatory
Telephone: _____

- 4 -

## EVIDENCE OF TRANSFER OF CLAIM

BLACK RIVER EMCO MASTER FUND LTD., a Cayman Islands exempted company, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated as of December 1, 2009, has hereby absolutely and unconditionally sold, transferred and assigned to BLACK RIVER EMERGING MARKETS CREDIT FUND LTD., a Cayman Islands exempted company, its successors and assigns (collectively, "Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its right to payment under Section 6(e) of that certain ISDA Master Agreement dated as of February 10, 2005 ("ISDA") and Sections 10(c) and 10(f) of that certain Global Master Repurchase Agreement dated as of November 20, 2006 ("GMRA"), between Lehman Brothers International (Europe) and Assignor (respectively, the "ISDA Claim" and the "GMRA Claim"), and the right to payment, if any, under that certain Guarantee of Lehman Brothers Holdings Inc. dated as of the date of the ISDA, that certain Unanimous Written Consent of the Executive Committee of the Board of Directors of Lehman Brothers Holdings, Inc. dated June 9, 2005, and that certain Guarantee of Lehman Brothers holdings, Inc. dated January 4, 2008 (together with the ISDA Claim and the GMRA Claim, the "Claim"), in the principal amount of $11,549,633 and related proof of claim number 26153 as amended by proof of claim number 45147 filed against Lehman Brothers Holdings Inc. in its bankruptcy proceeding in the United States Bankruptcy Court for the Southern District of New York, case no. 08-13555(JMP).

Assignor hereby stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative as of this 1st day December 2009.

(Assignor)

**BLACK RIVER EMCO MASTER FUND LTD.**

By Black River Asset Management LLC
Its Investment Advisor

By: _____
Name: ____Akshay Kaura____
Title: ___Authorized Signatory___
Telephone: _____

(Assignee)

**BLACK RIVER EMERGING MARKETS CREDIT FUND LTD.**

By Black River Asset Management LLC
Its Investment Advisor

By: _____
Name: __MARK G. RABOGLIATTI__
Title: __AUTHORIZED SIGNATORY__
Telephone: _____

WITNESS:

By: _____
Name: ____Curtis Kenkel____
Title: __Authorized Signatory__
Telephone: _____

## EVIDENCE OF TRANSFER OF CLAIM

**BLACK RIVER COMMODITY SELECT FUND LTD.**, a Cayman Islands exempted company, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated as of December 1, 2009, has hereby absolutely and unconditionally sold, transferred and assigned to **BLACK RIVER EMERGING MARKETS CREDIT FUND LTD.**, a Cayman Islands exempted company, its successors and assigns (collectively, "Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its right to payment under Section 6(e) of that certain ISDA Master Agreement dated as of June 1, 2006 ("ISDA"), between Lehman Brothers International (Europe) and Assignor ("ISDA Claim"), and the right to payment, if any, under that certain Guarantee of Lehman Brothers Holdings Inc. dated as of the date of the ISDA (together with the ISDA Claim, the "Claim"), in the principal amount of $1,395,962 and related proof of claim number 22704 filed against Lehman Brothers Holdings Inc. in its bankruptcy proceeding in the United States Bankruptcy Court for the Southern District of New York, case no. 08-13555(JMP).

Assignor hereby stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative as of this 1st day December 2009.

(Assignor)

**BLACK RIVER COMMODITY SELECT FUND LTD.**

By Black River Asset Management LLC
Its Investment Advisor

By: _____
Name: ____Akshay Kaura____
Title: ____Authorized Signatory____
Telephone: _____

(Assignee)

**BLACK RIVER EMERGING MARKETS CREDIT FUND LTD.**

By Black River Asset Management LLC
Its Investment Advisor

By: _____
Name: __MARK G. RABOGLIATTI__
Title: __Authorized Signatory__
Telephone: _____

WITNESS:

By: _____
Name: ____Curtis Kenkel____
Title: ____Authorized Signatory____
Telephone: _____

- 4 -

**EVIDENCE OF TRANSFER OF CLAIM**

BLACK RIVER EMERGING MARKETS FIXED INCOME FUND LTD., a Cayman Islands exempted company, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated as of December 15, 2009, has hereby absolutely and unconditionally sold, transferred and assigned to **BLACK RIVER EMERGING MARKETS CREDIT FUND LTD.**, a Cayman Islands exempted company, its successors and assigns (collectively, "Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its right to payment under Section 6(e) of that certain ISDA Master Agreement dated as of February 16, 2004 ("ISDA"), between Lehman Brothers International (Europe) and Assignor ("ISDA Claim"), and the right to payment, if any, under that certain Guarantee of Lehman Brothers Holdings Inc. dated March 29, 2004 ("Claim"), in the principal amount of $11,684,050 and related proof of claim number 22700 filed against Lehman Brothers Holdings Inc. in its bankruptcy proceeding in the United States Bankruptcy Court for the Southern District of New York, case no. 08-13555(JMP).

Assignor hereby stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative as of this 15th day December 2009.

(Assignor)

**BLACK RIVER EMERGING MARKETS FIXED INCOME FUND LTD.**

By Black River Asset Management LLC
Its Investment Advisor

By: _____
Name: Akshay Kaura
Title: Authorized Signatory
Telephone: _____

(Assignee)

**BLACK RIVER EMERGING MARKETS CREDIT FUND LTD.**

By Black River Asset Management LLC
Its Investment Advisor

By: _____
Name: MARK G RABOGLIATTI
Title: AUTHORIZED SIGNATORY
Telephone: _____

WITNESS:

By: _____
Name: _____
Title: Curtis Kenkel
Telephone: Authorized Signatory

- 4 -

## EVIDENCE OF TRANSFER OF CLAIM

**BLACK RIVER GLOBAL INVESTMENTS FUND LTD.**, a Cayman Islands exempted company, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated as of December 14, 2009, has hereby absolutely and unconditionally sold, transferred and assigned to **BLACK RIVER EMERGING MARKETS CREDIT FUND LTD.**, a Cayman Islands exempted company, its successors and assigns (collectively, "Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its right to payment under Section 6(e) of that certain ISDA Master Agreement dated as of March 17, 2008 ("ISDA"), between Lehman Brothers International (Europe) and Assignor ("ISDA Claim"), and the right to payment, if any, under that certain Unanimous Written Consent of the Executive Committee of the Board of Directors of Lehman Brothers Holdings, Inc. dated June 9, 2005, and that certain Guarantee of Lehman Brothers holdings, Inc. dated January 4, 2008 (together with the ISDA Claim, the "Claim"), in the principal amount of $361,802 and related proof of claim number 22705 filed against Lehman Brothers Holdings Inc. in its bankruptcy proceeding in the United States Bankruptcy Court for the Southern District of New York, case no. 08-13555(JMP).

Assignor hereby stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative as of this 14th day December 2009.

(Assignor)

**BLACK RIVER GLOBAL INVESTMENTS FUND LTD.**

By Black River Asset Management LLC
Its Investment Advisor

By: _____
Name: _____Akshay Kaura_____
Title: _____Authorized Signatory_____
Telephone: _____

(Assignee)

**BLACK RIVER EMERGING MARKETS CREDIT FUND LTD.**

By Black River Asset Management LLC
Its Investment Advisor

By: /Mark R. Robrecht/
Name: MARK G. ROBRECHT 14771
Title: AUTHORIZED SIGNATORY
Telephone: _____

WITNESS:
By: _____
Name: _____Curtis Kenkel_____
Title: _____Authorized Signatory_____
Telephone: _____

- 4 -

## EVIDENCE OF TRANSFER OF CLAIM

**BLACK RIVER GLOBAL CREDIT FUND LTD.**, a Cayman Islands exempted company, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated as of December 14, 2009, has hereby absolutely and unconditionally sold, transferred and assigned to **BLACK RIVER EMERGING MARKETS CREDIT FUND LTD.**, a Cayman Islands exempted company, its successors and assigns (collectively, "Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its right to payment under Section 6(e) of that certain ISDA Master Agreement dated as of March 16, 2004 ("ISDA"), between Lehman Brothers Special Financing Inc. ("LBSF") and Assignor (the "Claim") ("ISDA Claim"), and the right to payment, if any, under that certain Guarantee of Lehman Brothers Holdings Inc. dated March 24, 2004 (together with the ISDA Claim, the "Claim"), in the principal amount of $397,582 and related proof of claim number 26159 filed against Lehman Brothers Holdings Inc. in its bankruptcy proceeding in the United States Bankruptcy Court for the Southern District of New York, case no. 08-13555(JMP) and proof of claim number 26162 filed against LBSF in its bankruptcy proceeding in the United States Bankruptcy Court for the Southern District of New York, case no. 08-13888(JMP).

Assignor hereby stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative as of this 14th day December 2009.

(Assignor)

**BLACK RIVER GLOBAL CREDIT FUND LTD.**

By Black River Asset Management LLC
Its Investment Advisor

By: _____
Name: Akshay Kaura
Title: Authorized Signatory
Telephone: _____

(Assignee)

**BLACK RIVER EMERGING MARKETS CREDIT FUND LTD.**

By Black River Asset Management LLC
Its Investment Advisor

By: _____
Name: MARK G. RABOGLIATTI
Title: AUTHORISED SIGNATORY
Telephone: _____

WITNESS:

By: _____
Name: Curtis Kenkel
Title: Authorized Signatory
Telephone: _____

- 4 -