**LATHAM & WATKINS LLP**
885 Third Avenue, Suite 1000
New York, NY 10022
(212) 906-1200
Mark A. Broude
Obianuju A. Enendu
Email: Mark.Broude@lw.com
           Obianuju.Enendu@lw.com

Attorneys for Bundesverband deutscher Banken e.V.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re ) | |
| ) | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* ) | |
| ) | Case No. 08-13555 (JMP) |
| ) | |
| ) | Jointly Administered |
| Debtors. ) | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                     )  ss.:
COUNTY OF NEW YORK  )

Lauren Gaskill, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by the law firm of Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022.

2. On January 5, 2010, I caused true and correct copies of the Limited Objection of Bundesverband deutscher Banken e.V. to the Debtors' Motion Pursuant to Section 1059(a) of the Bankruptcy Code and Bankruptcy Rules 3007 and 9019(b) for Approval of (I) Claim Objection Procedures and (II) Settlement Procedures to be electronically filed and served upon ECF participants via the ECF system.

3. On January 5, 2010, I caused a true and correct copy of the foregoing Limited Objection of Bundesverband deutscher Banken e.V. to the Debtors' Motion Pursuant to

Section 1059(a) of the Bankruptcy Code and Bankruptcy Rules 3007 and 9019(b) for Approval of (I) Claim Objection Procedures and (II) Settlement Procedures to be served upon the parties identified in Exhibit A hereto in the manner indicated therein.

/s/ Lauren Gaskill
Lauren Gaskill

Sworn to before me this
5th day of January, 2010

/s/ Sarita Chalen
Sarita Chalen
Notary Public, State of New York
No. 01CH6028175
Qualified in Bronx County
Commission Expires July 26, 2013

NY\1605585.1

**Exhibit A**

**VIA FACSIMILE**

Internal Revenue Service					212-436-1931
Office of the US Trustee Andrew D Velez-Rivera	212-668-2255

**VIA HAND-DELIVERY**

The Honorable James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 601
New York, NY  10004

**VIA OVERNIGHT MAIL**

| | |
|---|---|
| Andrew D Velez-Rivera<br>Paul Schwartzberg<br>Brian Masumoto<br>Linda Rifkin<br>Tracy Hope Davis<br>Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY  10004 | Robert K. Dakis<br>Quinn Emanuel Urquhart Oliver & Hedges<br>51 Madison Avenue<br>22nd Floor<br>New York, NY  10010 |
| Monica L. Sherer<br>Neuberger Berman<br>605 Third Avenue, 21st Floor<br>New York, NY  10158 | Benjamin Rosenblum<br>Jones Day<br>222 East 41st Street<br>New York, NY  10017 |
| Dennis F. Dunne<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY  10005 | Harvey R. Miller<br>Weil, Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY  10153 |

NY\1605585.1