**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------x
                                        :
In re                                   :        **Chapter 11 Case No.**
                                        :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**    :        **08-13555 (JMP)**
                                        :
              Debtors.                  :        **(Jointly Administered)**
                                        :
-------------------------------------------------------------------------x    **Ref. Docket Nos. 6451-6465**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On January 4, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        /s/ Paul Belobritsky
Sworn to before me this                 Paul Belobritsky
5th day of January, 2010
/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**EXHIBIT "A"**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

--------------------------------------------------

In re                                                    |    Chapter 11 Case No.
                                                         |
LEHMAN BROTHERS HOLDINGS INC., et al.,                   |    08-13555 (JMP)
                                                         |
                                                         |    (Jointly Administered)
                        Debtors.                         |
                                                         |
--------------------------------------------------

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   IGNIS ASSET MANAGEMENT
              50 BOTHWELL STREET
              GLASGOW    92 6HR
              UNITED KINGDOM

Please note that your claim # 65835 in the above referenced case and in the amount of
        $1,700,408.22        has been transferred **(unless previously expunged by court order)**

              BANC OF AMERICA SECURITIES LLC
              TRANSFEROR: IGNIS ASSET MANAGEMENT
              ONE BRYANT PARK
              ATTN: JON BARNES
              NEW YORK NY 10036

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6451        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/04/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| 1n re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  LONGACRE MASTER FUND II, LP
             TRANSFEROR: BUNGE SA
             810 SEVENTH AVENUE, 33RD FLOOR
             ATTN: VLADIMIR JELISAVCIC
             NEW YORK NY 100193

Please note that your claim # 34903 in the above referenced case and in the amount of
        $5,310,157.00        has been transferred **(unless previously expunged by court order)**

BLUE ANGEL CLAIMS LLC                          BLUE ANGEL CLAIMS LLC
TRANSFEROR: LONGACRE MASTER FUND II, LP        MANAGING CLERK
C/O DAVIDSON KEMPNER CAPITAL MANGEMENT LLC     RICHARDS KIBBE & ORBE LLP
65 EAST 55TH STREET, 19TH FLOOR                ONE WORLD FINANCIAL CENTER
ATTN: JENNIFER DONOVAN                         NEW YORK NY 10281-1003
NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                     UNITED STATES BANKRUPTCY COURT
                     Southern District of New York
                     One Bowling Green
                     New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6452        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/04/2010                     Vito Genna, Clerk of Court


                                     /s/ Paul Belobritsky
                                     _____
                                     By: Epiq Bankruptcy Solutions, LLC
                                         as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                     |
In re                                |    Chapter 11 Case No.
                                     |
LEHMAN BROTHERS HOLDINGS INC., et al.,|    08-13555 (JMP)
                                     |
                                     |    (Jointly Administered)
             Debtors.                |
                                     |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   LONGACRE MASTER FUND II, LP
              TRANSFEROR: BUNGE SA
              810 SEVENTH AVENUE, 33RD FLOOR
              ATTN: VLADIMIR JELISAVCIC
              NEW YORK NY 100193

Please note that your claim # 34902 in the above referenced case and in the amount of
        $5,310,157.00        has been transferred **(unless previously expunged by court order)**

        BLUE ANGEL CLAIMS LLC                          BLUE ANGEL CLAIMS LLC
        TRANSFEROR: LONGACRE MASTER FUND II, LP         MANAGING CLERK
        C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC     RICHARDS KIBBE & ORBE LLP
        65 EAST 55TH STREET, 19TH FLOOR                 ONE WORLD FINANCIAL CENTER
        ATTN: JENNIFER DONOVAN                          NEW YORK NY 10281-1003
        NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6453        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/04/2010                      Vito Genna, Clerk of Court


                                      /s/ Paul Belobritsky
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                         |
In re                                    |    Chapter 11 Case No.
                                         |
                                         |    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,   |
                                         |    (Jointly Administered)
                                         |
                        Debtors.         |
                                         |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  LONGACRE MASTER FUND II, LP
             TRANSFEROR: BUNGE SA
             810 SEVENTH AVENUE, 33RD FLOOR
             ATTN: VLADIMIR JELISAVCIC
             NEW YORK NY 100193

Please note that your claim # 4627 in the above referenced case and in the amount of
        $5,310,157.00        has been transferred **(unless previously expunged by court order)**

        BLUE ANGEL CLAIMS LLC                    BLUE ANGEL CLAIMS LLC
        TRANSFEROR: LONGACRE MASTER FUND II, LP  MANAGING CLERK
        C/O DAVIDSON KEMPNER CAPITAL MGMT LLC    RICHARDS KIBBE & ORBE LLP
        65 EAST 55TH STREET, 19TH FLOOR          ONE WORLD FINANCIAL CENTER
        ATTN: JENNIFER DONOVAN                   NEW YORK NY 10281
        NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6454        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/04/2010                         Vito Genna, Clerk of Court


                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

       To:  LONGACRE MASTER FUND II, LP
          TRANSFEROR: BUNGE SA
          810 SEVENTH AVENUE, 33RD FLOOR
          ATTN: VLADIMIR JELISAVCIC
          NEW YORK NY 100193

Please note that your claim # 4628 in the above referenced case and in the amount of
     $5,310,157.00        has been transferred **(unless previously expunged by court order)**

| | |
|---|---|
| BLUE ANGEL CLAIMS LLC | BLUE ANGEL CLAIMS LLC |
| TRANSFEROR: LONGACRE MASTER FUND II, LP | MANAGING CLERK |
| C/O DAVIDSON KEMPNER CAPITAL MGMT LLC | RICHARDS KIBBE & ORBE LLP |
| 65 EAST 55TH STREET, 19TH FLOOR | ONE WORLD FINANCIAL CENTER |
| ATTN: JENNIFER DONOVAN | NEW YORK NY 10281 |
| NEW YORK NY 10022 | |

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6455      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/04/2010                  Vito Genna, Clerk of Court

                  /s/ Paul Belobritsky

                  By: Epiq Bankruptcy Solutions, LLC
                     as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re | | Chapter 11 Case No. |
| | | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | | (Jointly Administered) |
| | Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  LONGACRE MASTER FUND II, LP
     TRANSFEROR: BUNGE SA
     810 SEVENTH AVENUE, 33RD FLOOR
     ATTN: VLADIMIR JELISAVCIC
     NEW YORK NY 100193

Please note that your claim # 10129 in the above referenced case and in the amount of
    $5,310,157.00       has been transferred **(unless previously expunged by court order)**

BLUE ANGEL CLAIMS LLC                              BLUE ANGEL CLAIMS LLC
TRANSFEROR: LONGACRE MASTER FUND II, LP            MANAGING CLERK
C/O DAVIDSON KEMPNER CAPITAL MGMT LLC              RICHARDS KIBBE & ORBE LLP
65 EAST 55TH STREET, 19TH FLOOR                    ONE WORLD FINANCIAL CENTER
ATTN: JENNIFER DONOVAN                             NEW YORK NY 10281
NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6456      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/04/2010                         Vito Genna, Clerk of Court


                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                        |
In re                                   |   Chapter 11 Case No.
                                        |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |   08-13555 (JMP)
                                        |
                                        |   (Jointly Administered)
                    Debtors.            |
                                        |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  LONGACRE MASTER FUND II, LP
             TRANSFEROR: BUNGE SA
             810 SEVENTH AVENUE, 33RD FLOOR
             ATTN: VLADIMIR JELISAVCIC
             NEW YORK NY 100193

Please note that your claim # 10130 in the above referenced case and in the amount of
        $5,310,157.00       has been transferred **(unless previously expunged by court order)**

BLUE ANGEL CLAIMS LLC                          BLUE ANGEL CLAIMS LLC
TRANSFEROR: LONGACRE MASTER FUND II, LP        MANAGING CLERK
C/O DAVIDSON KEMPNER CAPITAL MGMT LLC          RICHARDS KIBBE & ORBE LLP
65 EAST 55TH STREET, 19TH FLOOR                ONE WORLD FINANCIAL CENTER
NEW YORK NY 10022                              NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6457       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/04/2010                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                    |
In re                               |   Chapter 11 Case No.
                                    |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |   08-13555 (JMP)
                                    |
                                    |   (Jointly Administered)
             Debtors.               |
                                    |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  BLUE CHIP MULTI-STRATEGY MASTER FUND LP            BLUE CHIP MULTI-STRATEGY MASTER FUND LP
     C/O MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY    BINGHAM MCCUTCHEN LLP
     ATTN: MICHELE KUNITZ                               ATTN: STEVEN LOZNER
     1500 MAIN STREET TS28                              399 PARK AVENUE
     SPRINGFIELD MA 01115                               NEW YORK NY 10022-4689

Please note that your claim # 23646 in the above referenced case and in the amount of
     $1,202,546.00        has been transferred (**unless previously expunged by court order**)

     JPMORGAN CHASE BANK, N.A.
     TRANSFEROR: BLUE CHIP MULTI-STRATEGY MASTER FUND LP
     4 NEW YORK PLAZA, 16TH FLOOR
     ATTN: ERIN M. FINEGAN
     New York NY 10004

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6458        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/04/2010                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  BLUE CHIP MULTI-STRATEGY MASTER FUND LP               BLUE CHIP MULTI-STRATEGY MASTER FUND LP
     C/O MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY        BINGHAM MCCUTCHEN LLP
     ATTN: MICHELE KUNITZ                                   ATTN: STEVEN LOZNER
     1500 MAIN STREET TS28                                  399 PARK AVENUE
     SPRINGFIELD MA 01115                                   NEW YORK NY 10022-4689

Please note that your claim # 23647 in the above referenced case and in the amount of
    $1,199,705.00        has been transferred **(unless previously expunged by court order)**

     JPMORGAN CHASE BANK, N.A.
     TRANSFEROR: BLUE CHIP MULTI-STRATEGY MASTER FUND LP
     4 NEW YORK PLAZA, 16TH FLOOR
     ATTN: ERIN M. FINEGAN
     New York NY 10004

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6459        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/04/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

|                                          |
|:-----------------------------------------|
| In re                                    |
|                                          |
| LEHMAN BROTHERS HOLDINGS INC., et al.,   |
|                                          |
|                                          |
|                Debtors.                  |

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  HAKONE FUND II LLC                                      HAKONE FUND II LLC
     C/O MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY         BINGHAM MCCUTCHEN LLP
     ATTN: MICHELE KUNITZ                                    ATTN: STEVEN LOZNER
     1500 MAIN STREET TS 28                                  399 PARK AVENUE
     SPRINGFIELD MA 01115                                    NEW YORK NY 10022-4689

Please note that your claim # 23648 in the above referenced case and in the amount of
    $363,782.00        has been transferred **(unless previously expunged by court order)**

     JPMORGAN CHASE BANK, N.A.
     TRANSFEROR: HAKONE FUND II LLC
     4 NEW YORK PLAZA, 16TH FLOOR
     ATTN: ERIN M. FINEGAN
     New York NY 10004

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6460      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/04/2010                       Vito Genna, Clerk of Court


                                       /s/ Paul Belobritsky
                                       _____
                                       By: Epiq Bankruptcy Solutions, LLC
                                           as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

--------------------------------------

In re                                    |    Chapter 11 Case No.
                                         |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |    08-13555 (JMP)
                                         |
                                         |    (Jointly Administered)
                Debtors.                 |
                                         |
--------------------------------------

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  HAKONE FUND II LLC                              HAKONE FUND II LLC
     C/O MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY  BINGHAM MCCUTCHEN LLP
     ATTN: MICHELE KUNITZ                             ATTN: STEVEN LONZER
     1500 MAIN STREET TS 28                           399 PARK AVENUE
     SPRINGFIELD MA 01115                             NEW YORK NY 10022-4689

Please note that your claim # 23649 in the above referenced case and in the amount of
    $362,922.00       has been transferred **(unless previously expunged by court order)**

          JPMORGAN CHASE BANK, N.A.
          TRANSFEROR: HAKONE FUND II LLC
          4 NEW YORK PLAZA, 16TH FLOOR
          ATTN: ERIN M. FINEGAN
          New York NY 10004

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6461       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/04/2010                         Vito Genna, Clerk of Court


                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  QUANTITATIVE ENHANCED DECISIONS MASTER FUND LP          QUANTITATIVE ENHANCED DECISIONS MASTER FUND
     C/O MASSACHUSETTS MUTAL LIFE INSURANCE COMPANY          BINGHAM MCCUTCHEN LLP
     ATTN: MICHELE KUNITZ                                    ATTN: STEVEN LOZNER
     1500 MAIN STREET TS 28                                  399 PARK AVENUE
     SPRINGFIELD MA 01115                                    NEW YORK NY 10022-4689

Please note that your claim # 23650 in the above referenced case and in the amount of
     $7,663,535.00       has been transferred **(unless previously expunged by court order)**

          JPMORGAN CHASE BANK, N.A.
          TRANSFEROR: QUANTITATIVE ENHANCED DECISIONS MASTER FUND LP
          4 NEW YORK PLAZA, 16TH FLOOR
          ATTN: ERIN M. FINEGAN
          New York NY 10004

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6462      in your objection.
If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/04/2010                          Vito Genna, Clerk of Court

                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: QUANTITATIVE ENHANCED DECISIONS MASTER FUND LP
C/O MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY
ATTN: MICHELE KUNITZ
1500 MAIN STREET TS28
SPRINGFIELD MA 01115

QUANTITATIVE ENHANCED DECISIONS MASTER FUND
BINGHAM MCCUTCHEN LLP
ATTN: STEVEN LOZNER
399 PARK AVENUE
NEW YORK NY 10022-4689

Please note that your claim # 23651 in the above referenced case and in the amount of
$7,645,428.00       has been transferred **(unless previously expunged by court order)**

JPMORGAN CHASE BANK, N.A.
TRANSFEROR: QUANTITATIVE ENHANCED DECISIONS MASTER FUND LP
4 NEW YORK PLAZA, 16TH FLOOR
ATTN: ERIN M. FINEGAN
New York NY 10004

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6463       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/04/2010                                Vito Genna, Clerk of Court

                                               /s/ Paul Belobritsky
                                               _____
                                               By: Epiq Bankruptcy Solutions, LLC
                                                   as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          | Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         | 08-13555 (JMP)
                                               |
                                               | (Jointly Administered)
              Debtors.                         |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   UNION INVESTMENTS PRIVATFONDS GMBH          UNION INVESTMENTS PRIVATFONDS GMBH
      C/O UNION ASSET MANAGEMENT HOLDING AG       KATHRYN A. BENNETT
      ATTN: DR. MIKE RINKER, LEGAL COUNSEL        WILMER CUTLER PICKERING HALE AND DOOR LLP
      WIESENHUTTENSTRASSE 10                      ATTORNEY FOR UNION INVESTMENT PRIVATFONDS GM
      FRANKFURT AM MAIN    60329                  399 PARK AVENUE
      GERMANY                                     NEW YORK NY 10022

Please note that your claim # 43960 in the above referenced case and in the amount of
     $7,133,671.22        has been transferred **(unless previously expunged by court order)**

      MERRILL LYNCH INTERNATIONAL
      TRANSFEROR: UNION INVESTMENTS PRIVATFONDS GMBH
      BANK OF AMERICA MERRILL LYNCH FIN CENTRE
      2 KING EDWARD STREET
      LONDON    EC1A 1HQ
      UNITED KINGDON

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

      UNITED STATES BANKRUPTCY COURT
      Southern District of New York
      One Bowling Green
      New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6464      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/04/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          | Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         | 08-13555 (JMP)
                                               |
                                               | (Jointly Administered)
                    Debtors.                   |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  MERRILL LYNCH INTERNATIONAL
             TRANSFEROR: UNION INVESTMENTS PRIVATFONDS GMBH
             BANK OF AMERICA MERRILL LYNCH FIN CENTRE
             2 KING EDWARD STREET
             LONDON    EC1A 1HQ
             UNITED KINGDON

Please note that your claim # 43960 in the above referenced case and in the amount of
        $7,133,671.22        has been transferred **(unless previously expunged by court order)**

        BANC OF AMERICA SECURITIES LLC
        TRANSFEROR: MERRILL LYNCH INTERNATIONAL
        ONE BRYANT PARK
        ATTN: JON BARNES
        NEW YORK NY 10036

                                .

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6465        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/04/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 4, 2010.

**EXHIBIT "B"**

TIME: 16:51:19
DATE: 01/04/10

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE:   1

| Name | Address |
|------|---------|
| BANC OF AMERICA SECURITIES LLC | TRANSFEROR: IGNIS ASSET MANAGEMENT ONE BRYANT PARK ATTN: JON BARNES NEW YORK NY 10036 |
| BANC OF AMERICA SECURITIES LLC | TRANSFEROR: MERRILL LYNCH INTERNATIONAL ONE BRYANT PARK ATTN: JON BARNES NEW YORK NY 10036 |
| BLUE ANGEL CLAIMS LLC | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| BLUE ANGEL CLAIMS LLC | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| BLUE ANGEL CLAIMS LLC | TRANSFEROR: LONGACRE MASTER FUND II, LP C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC 65 EAST 55TH STREET, 19TH FLOOR ATTN: JENNIFER DONOVAN NEW YORK NY 10022 |
| BLUE ANGEL CLAIMS LLC | TRANSFEROR: LONGACRE MASTER FUND II, LP C/O DAVIDSON KEMPNER CAPITAL MGMT LLC 65 EAST 55TH STREET, 19TH FLOOR ATTN: JENNIFER DONOVAN NEW YORK NY 10022 |
| BLUE ANGEL CLAIMS LLC | TRANSFEROR: LONGACRE MASTER FUND II, LP C/O DAVIDSON KEMPNER CAPITAL MGMT LLC 65 EAST 55TH STREET, 19TH FLOOR ATTN: JENNIFER DONOVAN NEW YORK NY 10022 |
| BLUE CHIP MULTI-STRATEGY MASTER FUND LP | BINGHAM MCCUTCHEN LLP ATTN: STEVEN LOZNER 399 PARK AVENUE NEW YORK NY 10022-4689 |
| BLUE CHIP MULTI-STRATEGY MASTER FUND LP | C/O MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY ATTN: MICHELE KUNITZ 1500 MAIN STREET TS28 SPRINGFIELD MA 01115 |
| HAKONE FUND II LLC | BINGHAM MCCUTCHEN LLP ATTN: STEVEN LOZNER 399 PARK AVENUE NEW YORK NY 10022-4689 |
| HAKONE FUND II LLC | BINGHAM MCCUTCHEN LLP ATTN: STEVEN LOZNER 399 PARK AVENUE NEW YORK NY 10022-4689 |
| HAKONE FUND II LLC | C/O MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY ATTN: MICHELE KUNITZ 1500 MAIN STREET TS 28 SPRINGFIELD MA 01115 |
| IGNIS ASSET MANAGEMENT | 50 BOTHWELL STREET GLASGOW 92 6HR UNITED KINGDOM |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: BLUE CHIP MULTI-STRATEGY MASTER FUND LP 4 NEW YORK PLAZA, 16TH FLOOR ATTN: ERIN M. FINEGAN New York NY 10004 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: HAKONE FUND II LLC 4 NEW YORK PLAZA, 16TH FLOOR ATTN: ERIN M. FINEGAN New York NY 10004 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: QUANTITATIVE ENHANCED DECISIONS MASTER FUND LP 4 NEW YORK PLAZA, 16TH FLOOR ATTN: ERIN M. FINEGAN New York NY 10004 |
| LONGACRE MASTER FUND II, LP | TRANSFEROR: BUNGE SA 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK NY 10193 |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: UNION INVESTMENTS PRIVATFONDS GMBH BANK OF AMERICA MERRILL LYNCH FIN CENTRE 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM |
| QUANTITATIVE ENHANCED DECISIONS MASTER FUND/QP | BINGHAM MCCUTCHEN LLP ATTN: STEVEN LOZNER 399 PARK AVENUE NEW YORK NY 10022-4689 |
| QUANTITATIVE ENHANCED DECISIONS MASTER FUND/QP | MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY ATTN: MICHELE KUNITZ 1500 MAIN STREET TS 28 SPRINGFIELD MA 01115 |
| QUANTITATIVE ENHANCED DECISIONS MASTER FUND/QP | MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY ATTN: MICHELE KUNITZ 1500 MAIN STREET TS28 SPRINGFIELD MA 01115 |
| UNION INVESTMENTS PRIVATFONDS GMBH | C/O UNION ASSET MANAGEMENT HOLDING AG ATTN: DR. MIKE RINKER, LEGAL COUNSEL WIESENHUTTENSTRASSE 10 FRANKFURT AM MAIN 60329 GERMANY |
| UNION INVESTMENTS PRIVATFONDS GMBH | KATHRYN A. BENNETT WILMER CUTLER PICKERING HALE AND DOOR LLP ATTORNEY FOR UNION INVESTMENT PRIVATFONDS GMBH 399 PARK AVENUE NEW YORK NY |

Total Number of Records Printed      24

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT "C"**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153