James M. Sullivan, Esq.
ARENT FOX LLP
1675 Broadway
New York, New York 10019
(212) 484-3900

Attorneys for Ana Serratosa Lujan,
Begoña Serratosa Lujan, Pablo Serratosa Lujan,
Amuala S.L., Finmaser Diversifación S.L.,
and Inversiones Esser 2007 S.L.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------- x

In re

    LEHMAN BROTHERS HOLDINGS,
    INC., *et al.*,

                        Debtors.

Chapter 11

Case No. 08-13555 (JMP)

(Jointly Administered)

--------------------------------------------------------- x

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

**PLEASE TAKE NOTICE** that Ana Serratosa Lujan, Begoña Serratosa Lujan, Pablo Serratosa Lujan, Amuala S.L., Finmaser Diversifación S.L., and Inversiones Esser 2007 S.L., by their attorneys, hereby withdraw their Proof of Claim No. #12556 on the claims register maintained by Epiq Bankruptcy Solutions, LLC, which was filed on September 14, 2009.

Dated: New York, New York
       January 5, 2010

ARENT FOX LLP

Attorneys for Ana Serratosa Lujan, Begoña Serratosa Lujan, Pablo Serratosa Lujan, Amuala S.L., Finmaser Diversifación S.L., and Inversiones Esser 2007 S.L.

By:    */s/ James M. Sullivan*
     James M. Sullivan, Esq.
     1675 Broadway
     New York, NY 10019
     (212) 484-3900
     (212) 484-3990 (Fax)

NYC/458676.1