**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
                                                                :
**In re**                                                       :    **Chapter 11 Case No.**
                                                                :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                    :    **08-13555 (JMP)**
                                                                :
                                            **Debtors.**        :    **(Jointly Administered)**
                                                                :
                                                                :
----------------------------------------------------------------x

### AFFIDAVIT AND DISCLOSURE STATEMENT OF P. Bavelaar LL.M.,

### ON BEHALF OF Van Mens & Wisselink N.V.

STATE OF : **N.A**.                    )
                                       ) ss:
COUNTY OF **THE NETHERLANDS**          )

        P. Bavelaar LL.M., being duly sworn, upon his oath, deposes and says:

     1.    I am a **board member**. of **Van Mens & Wisselink N.V., located at Piet Heinkade 55, 1019 GM Amsterdam, The Netherlands** (the "Firm").

     2.    Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide **tax** services with respect to repatriation planning in The Netherlands to the Debtors, and the Firm has consented to provide such services.

     3.    The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these

**FOUT! ONBEKENDE NAAM VOOR DOCUMENTEIGENSCHAP.**

chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4.     Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5.     Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6.     The Debtors owe the Firm $ **0** for prepetition services.

7.     The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.[1]

By: P. Bayçlaar LL.M.

Subscribed and sworn to before me
this 10 day of December, 2009

_____
Notary Public

_____
[1] If necessary.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re                                          :       **Chapter 11 Case No.**

                                               :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :       **08-13555 (JMP)**

                                               :

              **Debtors.**                     :       **(Jointly Administered)**

                                                                :

                                               :

---------------------------------------------------------------x

### RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN
BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively,
the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

> Weil, Gotshal & Manges LLP
> 767 Fifth Avenue
> New York, New York 10153
> Attn:  Jennifer Sapp
>            Christopher Stauble

All questions **must** be answered.  Please use "none," "not applicable," or "N/A," as
appropriate.  If more space is needed, please complete on a separate page and attach.

> 1.    Name and address of firm:
>
>       Van Mens & Wisselink N.V.
>
>       Piet Heinkade 55
>
>       1901 GM Amsterdam
>
>       The Netherlands
>
> 2.    Date of retention:        December 10, 2009
>
> 3.    Type of services provided (accounting, legal, etc.):

Tax _____

_____

_____

4.    Brief description of services to be provided:

Repatriation of funds, liquidation of entities, general international and

domestic legal as well as tax matters that may arise in The Netherlands.  __

_____

_____

5.    Arrangements for compensation (hourly, contingent, etc.)

hourly _____

(a)    Average hourly rate (if applicable):

€ 300.- _____

(b)    Estimated average monthly compensation based on prepetition
       retention (if firm was employed prepetition):

n.a. _____

6.    Prepetition claims against the Debtors held by the firm:

Amount of claim:        $ n.a. _____

Date claim arose:       n.a. _____

Source of Claim:        n.a. _____

7.    Prepetition claims against the Debtors held individually by any member,
      associate, or professional employee of the firm:

Name:  n.a. _____

Status:  n.a. _____

Amount of Claim:  $ n.a. _____

Date claim arose:  n.a. _____

FOUT! ONBEKENDE NAAM VOOR DOCUMENTEIGENSCHAP.  4

Source of claim:  n.a._____

_____

_____

_____

8.    Stock of the Debtors currently held by the firm:

Kind of shares:  n.a._____

No. of shares:  _n.a._____

9.    Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name:  n.a._____

Status: n.a._____

_____

Kind of shares:  n.a._____

No. of shares:  n.a._____

10.   Disclose the nature and provide a brief description of any interest adverse to
the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

n.a._____

_____

_____

_____

11.   Name of individual completing this form:

Mr. F.M.M. Duynstee _____