UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (JMP)
                                                                 :
                            Debtors.                             :    (Jointly Administered)
                                                                 :
                                                                 :
-----------------------------------------------------------------x

AFFIDAVIT AND DISCLOSURE STATEMENT OF Nicholas Curnow,

ON BEHALF OF Lyon and Turnbull Ltd.

STATE OF Midlothian                )
                                   ) ss:
COUNTY OF Scotland, United Kingdom )

Nicholas Curnow, being duly sworn, upon his oath, deposes and says:

1. I am a MANAGING DIRECTOR of Lyon and Turnbull Ltd, located at 33 Broughton Place, Edinburgh EH1 3RR, Scotland, United Kingdom (the "Firm").

2. Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide Auction services to sell a portion of the UK based Corporate Art collection of the Debtors, and the Firm has consented to provide such services.

3. I submit this Affidavit in accordance with the procedures set forth in the order entered November 5, 2008 authorizing the Debtors to employ professionals utilized in the ordinary course of business [Docket No. 1394] in connection with the Firm's engagement with the Debtors, pursuant to sections 105(a), 327(a), 328, 330 and 504 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.*

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

5. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

6. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

7. The Debtors owe the Firm $0.00 for prepetition services.

8.  The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.[1]

By: _____

Subscribed and sworn to before me
this 3rd day of December 2009

_____
Notary Public



---

[1] If necessary.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :    08-13555 (JMP)
                                                            :
            Debtors.                                        :    (Jointly Administered)
                                                            :
                                                            :
------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

    Weil, Gotshal & Manges LLP
    767 Fifth Avenue
    New York, New York 10153
    Attn:  Jennifer Sapp
           Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1.    Name and address of firm:

      Lyon and Turnbull Ltd

      33 Broughton Place,

      Edinburgh, EH1 3RR

      Scotland, United Kingdom

2.    Date of retention:   December 2009

US_ACTIVE:\20989839\01\58399.0003

3. Type of services provided (accounting, legal, etc.):

   Auction Services _____

   _____

   _____

4. Brief description of services to be provided:

   To conduct one or more auctions to sell a portion of the UK based

   Corporate Art Collection. _____

   _____

5. Arrangements for compensation (hourly, contingent, etc.)

   Commission as a percentage (6%) of Hammer Price realised. VAT will be

   charged on the Commission at the current rate imposed by UK law.

   (a) Average hourly rate (if applicable):

   N/A _____

   (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

   N/A _____

6. Prepetition claims against the Debtors held by the firm:

   Amount of claim:    $ N/A

   Date claim arose:   N/A _____

   Source of Claim:    N/A _____

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: N/A _____

   Status: N/A _____

Date claim arose: N/A _____

Source of claim: N/A _____

_____

_____

_____

8. Stock of the Debtors currently held by the firm:

Kind of shares: N/A _____

No. of shares: N/A _____

9. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: N/A _____

Status: N/A _____

_____

Kind of shares: N/A _____

No. of shares: N/A _____

10. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

N/A _____

_____

_____

_____

11. Name of individual completing this form:

<u>Mhairi McFadden</u> _____