UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                            :
In re                                       :    Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                            :
                    Debtors.                :    (Jointly Administered)
                                            :
                                            :
------------------------------------------------------------------x

### AFFIDAVIT AND DISCLOSURE STATEMENT OF Dr. Stefan Kraus

### ON BEHALF OF Luther Rechtsanwaltsgesellschaft mbH

STATE OF Germany            )
                            ) ss:
COUNTY OF Nordrhein-Westfalen )

Dr. Stefan Kraus, being duly sworn, upon his oath, deposes and says:

1. I am the sole managing director of Luther Rechtsanwaltsgesellschaft GmbH, located at Anna-Schneider-Steig 22, 50678 Cologne, Germany (the "Firm").

2. Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide legal and tax services with respect to repatriation planning issues in Germany to the Debtors, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these

chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, to the best of our knowledge upon conducting our electronically based conflict check procedures, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4.  Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5.  Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6.  The Debtors owe the Firm $ 0 for prepetition services.

7.  The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.[1]

By: _____

Subscribed and sworn to before me
this 9th day of December 2009

_____
Notary Public

Notar
Dr. A. Rethmeier
Drususgasse 1-5, 50667 Köln
Postfach 10 09 65, 50449 Köln
Tel. 02 21 / 36 65 930, Fax 25 78 579

---

[1] If necessary.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                                            :
                    Debtors.                            :    (Jointly Administered)
                                                            :
                                                            :
-------------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN
BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively,
the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

   Weil, Gotshal & Manges LLP
   767 Fifth Avenue
   New York, New York 10153
   Attn:   Jennifer Sapp
           Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as
appropriate. If more space is needed, please complete on a separate page and attach.

   1.   Name and address of firm:

        Luther Rechtsanwaltsgesellschaft mbH

        Anna-Schneider-Steig 22

        D-50678 Cologne

        Germany

   2.   Date of retention:      2009- 06- 19

   3.   Type of services provided (accounting, legal, etc.):

ERROR! UNKNOWN DOCUMENT PROPERTY NAME.

Tax and Legal Services

4. Brief description of services to be provided:

Repatriation of funds, liquidation and termination of entities, general international and domestic legal as well as tax matters that may arise in the German jurisdiction

5. Arrangements for compensation (hourly, contingent, etc.)

Hourly compensation

   (a) Average hourly rate (if applicable):

      € 350,00 per hour plus expenses (excl. VAT)

   (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

      n/a

6. Prepetition claims against the Debtors held by the firm:

   Amount of claim:   $ none

   Date claim arose:   n/a

   Source of Claim:   n/a

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: none

   Status: n/a

   Amount of Claim: $ n/a

   Date claim arose: n/a

   Source of claim: n/a

_____

_____

_____

8. Stock of the Debtors currently held by the firm:

   Kind of shares:  none_____

   No. of shares:  none_____

9. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

   Name:  none_____

   Status: n/a_____

   _____

   Kind of shares:  n/a_____

   No. of shares:  n/a_____

10. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

    Presently we do not have any conflict of interest in relation to the Debtors

    or their estates. For each new matter in which we will be asked to repre-

    sent any interests adverse to the Debtors we will conduct our usual conflict

    check procedures in order to verify whether any conflict exists at such

    future date. In case of a conflict we would notify our contact persons of

    such conflict without un-due delay.

11. Name of individual completing this form:

    Dr. Stefan Kraus, sole Managing Director