# **EXHIBIT B**

# WEIL, GOTSHAL & MANGES LLP

767 FIFTH AVENUE
NEW YORK, NY 10153

(212) 310-8000
FAX: (212) 310-8007

AUSTIN
BEIJING
BOSTON
BUDAPEST
DALLAS
FRANKFURT
HONG KONG
HOUSTON
LONDON
MIAMI
MUNICH
PARIS
PRAGUE
PROVIDENCE
SHANGHAI
SILICON VALLEY
WARSAW
WASHINGTON, D.C.

WRITER'S DIRECT LINE

December 11, 2009

## VIA HAND DELIVERY

The Honorable James M. Peck
United States Bankruptcy Court for the
Southern District of New York
One Bowling Green
New York, NY 10004

Re:   *In re Lehman Brothers Holdings Inc., et al.*
      Case No. 08-13555 (JMP)

      *Motion Pursuant to Sections 105(a), 362 And 365 of the Bankruptcy Code to Compel Performance of Capital Automotive L.P.'s Obligations Under an Executory Contract and to Enforce the Automatic Stay* [Docket No. 5650] (the "Motion to Compel")

Dear Judge Peck:

We represent Lehman Brothers Special Financing Inc. ("LBSF," together with its affiliated chapter 11 debtors, the "Debtors") and write to request a chambers conference with respect to the Motion to Compel and the Objection of Capital Automotive L.P. ("Capital Auto") to Debtor Lehman Brothers Special Financing, Inc.'s Motion, Pursuant to Sections 105(a), 362 and 365 of the Bankruptcy Code, to Compel Performance of Obligations Under an Interest Rate Swap Agreement [Docket Number 5931] (the "Objection").

We believe that the Objection seeks to improperly introduce into evidence testimony and other communications concerning settlement negotiations between the parties in violation of a Negotiation Agreement entered into by the parties on December 5, 2008. Accordingly, we are prepared to file a motion to strike the Objection and request a chambers or telephonic conference to discuss scheduling of such a motion. We believe the motion to strike presents threshold issues that should be resolved before the merits of the Motion to Compel are considered, and we will be adjourning the December 16, 2009 hearing set on the Motion to Compel to the next omnibus hearing on January 13, 2010. We request that the forthcoming

US_ACTIVE:\43243187\02\58399.0003

WEIL, GOTSHAL & MANGES LLP

The Honorable James M. Peck
December 11, 2009
Page 2

motion to strike be set for hearing at the December 16, 2009 omnibus hearing, or as soon as possible thereafter.

Prior to the submission of this letter, we requested that Capital Auto voluntarily withdraw the Objection subject to an opportunity to re-file an objection that does not contain or reference inadmissible evidence of settlement negotiations that are subject to the contractual restrictions agreed to by the parties. Capital Auto refused this request.

We respectfully request a chambers or telephonic conference to discuss the above at the Court's earliest convenience.

Respectfully submitted,

/s/ Richard W. Slack

Richard W. Slack

cc:   Raymond L. Shapiro (by email)
      Andrew B. Eckstein (by email)
      Thomas E. Biron (by email)
      Jeremy A. Rist (by email)
      Robert Lemons

## Biron, Thomas

| | |
|---|---|
| **From:** | Velevis, Rob S. [robert.velevis@weil.com] |
| **Sent:** | Friday, December 11, 2009 4:44 PM |
| **To:** | Shapiro, Ray; Eckstein, Andrew; Biron, Thomas; Rist, Jeremy |
| **Cc:** | Slack, Richard; Lemons, Robert; Singh, Sunny |
| **Subject:** | Lehman/Capital Auto |
| **Attachments:** | Letter to Court.pdf |

Please see the attached letter that was delivered to the court this afternoon.

Robert Velevis
Weil, Gotshal & Manges LLP
200 Crescent Ct., Suite 300
Dallas, TX 75229
214-746-8156
214-746-7777 (fax)

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email (postmaster@weil.com), and destroy the original message. Thank you.