**Objection Deadline: January 6, 2010 at 4:00 p.m. (Eastern)**
**Hearing Date and Time: January 13, 2010 at 10:00 a.m. (Eastern)**

GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110
(617) 482-1776
Douglas B. Rosner (DR-5690)
Gregory O. Kaden(GK-9610)

Counsel to Rogge Global Partners PLC
on behalf of its customers

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
In re:                                          :          Chapter 11
                                                :
LEHMAN BROTHERS HOLDINGS, INC.,                 :          Case No. 08-13555 (JMP)
*et al.*,                                        :
                                                :
                              Debtors           :          (Jointly Administered)
-------------------------------------------------------------x

**JOINDER OF ROGGE CAPITAL PARTNERS PLC IN OBJECTION OF
SOCIETE GENERALE AND CANADIAN IMPERIAL BANK OF COMMERCE
TO DEBTORS' MOTION PURSUANT TO SECTION 105(a) OF THE
BANKRUPTCY CODE AND BANKRUPTCY RULES 3007 AND 9019(b)
FOR APPROVAL OF (I) CLAIM OBJECTION PROCEDURES
AND (II) SETTLEMENT PROCEDURES**

TO:    THE HONORABLE JUDGE JAMES M. PECK
       UNITED STATES BANKRUPTCY JUDGE:

       Rogge Global Partners PLC ("Rogge"), through its undersigned counsel, and on

behalf of its customers listed on Exhibit A hereto (the "Customers"), hereby respectfully

joins in the Objection of Societe Generale and Canadian Imperial Bank of Commerce

(the "Objection") to *Debtors' Motion pursuant to Section 105(a) of the Bankruptcy Code

and Bankruptcy Rules 3007 and 9019(b) for Approval of (i) Claim Objection Procedures

and (ii) Settlement Procedures* (the "Motion").  Rogge has timely filed claims in these

chapter 11 cases on behalf of each of the Customers.

As set forth in the Objection, the Debtors' Motion seeks to impose claims objection procedures that extend far beyond those that are reasonable or appropriate under Bankruptcy Rule 3007(d), section 502(a) of the Bankruptcy Code, and other applicable law.  Accordingly, Rogge hereby joins in the Objection and respectfully requests that this Court deny the Motion (other than the Settlement Protocols set forth therein) for the reasons set forth in the Objection and grant such other and further relief as may be appropriate under the circumstances.

Dated:  January 6, 2010

/s/ Gregory O. Kaden
Douglas B. Rosner, Esq. (DR-5690)*
Gregory O. Kaden, Esq. (GK-9610)*
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA  02110-3333
Tel:  (617) 482-1776
Fax:  (617) 574-4112

Counsel to Rogge Global Partners PLC
on behalf of its customers

*Admitted Pro Hac Vice.

## EXHIBIT A

Stichting Pensioenfonds de ENCI
Woo Hay Tong Investments Ltd.
ABN Amro Bank NV (Stichting Pensioenfonds van de)
Trafalgar House
Sutter Health-Eden Account
Saudi Arabian Monetary Agency
BAA Pension Trust Company Ltd.
Stichting Pensioenfonds Apothekers
Reid Street Retirement Global Bond Fund
Singapore Press Holdings (Lianhe Inv Pte.)
Boehringer Ingelheim

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this date he caused a true and correct copy of the foregoing to be served via overnight mail delivery upon counsel to the Debtors, the Official Committee of Unsecured Creditors and the Office of the United States Trustee, as set forth below, and to other interested parties via the Court's ECF notification system

| | | |
|---|---|---|
| Shai Y. Waisman, Esq.<br>Weil Gotshal & Manges LLP<br>767 Firth Avenue<br>New York, NY 10153<br>shai.waisman@weil.com | Dennis F. Dunne, Esq.<br>Dennis O'Donnell, Esq.<br>Evan Fleck, Esq.<br>Milbank, Tweed, Hadley<br>  & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>ddunne@milbank.com | Andy Velez-Rivera, Esq.<br>United States Trustee<br>Office<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004 |

/s/ Gregory O. Kaden
Douglas B. Rosner, Esq. (DR-5690)*
Gregory O. Kaden, Esq. (GK-9610)*
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA  02110-3333
Tel:  (617) 482-1776
Fax:  (617) 574-4112

Counsel to Rogge Global Partners PLC
on behalf of its customers

*Admitted Pro Hac Vice.