Objection Deadline: January 6, 2010 at 4:00 p.m. (Prevailing Eastern Time)
Hearing Date and Time: January 13, 2010 at 10:00 a.m. (Prevailing Eastern Time)

CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Sean A. O'Neal

*Attorneys for Banco Bilbao Vizcaya Argentaria, S.A.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                         :
In re                                    :    Chapter 11 Case No.
                                         :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    08-13555 (JMP)
                                         :
        Debtors.                         :    (Jointly Administered)
                                         :
                                         :
------------------------------------------------------------------x

**JOINDER OF BANCO BILBAO VIZCAYA ARGENTARIA, S.A. TO THE OBJECTION OF SOCIETE GENERALE AND CANADIAN IMPERIAL BANK OF COMMERCE TO DEBTORS' MOTION PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 3007 AND 9019(b) FOR APPROVAL OF (I) CLAIM OBJECTION PROCEDURES AND (II) SETTLEMENT PROCEDURES**

Banco Bilbao Vizcaya Argentaria, S.A. ("BBVA"), by and through its undersigned counsel, hereby joins in the Objection Of Sociéte Générale and Canadian Imperial Bank of Commerce ("Claimants") to the Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 3007 and 9019(b) for Approval of (i) Claim Objection Procedures and (ii) Settlement Procedures (the "Objection"), dated January 5, 2010, and incorporates the objections raised therein by reference as if set forth fully herein, and respectfully represent as follows:

1. BBVA is a creditor of Lehman Brothers Holdings Inc. ("<u>LBHI</u>") and its affiliated debtors in the above-captioned cases. BBVA has filed proofs of claim against LBHI arising from, <u>inter alia</u>, bonds, derivative contracts and guarantees.

2. BBVA reserves all rights and nothing herein shall be construed as an admission or waiver of any rights or claims that BBVA may be entitled to assert.

3. BBVA hereby joins with, and incorporates by reference herein, all arguments and assertions set forth in the Objection. In particular, BBVA supports the objections made in paragraphs 14 and 15 of the Objection, which request that the deadline for any response be expanded from twenty-one to sixty days following the mailing of an objection by the Debtors. For claimants outside the United States such as BBVA, twenty-one days is simply too short given the time for mail to arrive to an international destination. If the deadline is not lengthened, then BBVA might find itself with only a few days to prepare and file a response following receipt of notice of an objection by the Debtors.

4. BBVA reserves all rights to be heard before the Court with regard to the issues raised in the Objection.

WHEREFORE, for the reasons set forth herein, BBVA respectfully joins in the Objection and requests that the relief sought therein be made fully applicable to BBVA; and that this Court grant such other and further relief as this Court may deem just or proper.

Dated: New York, New York
January 6, 2010

    Respectfully submitted,

    CLEARY GOTTLIEB STEEN & HAMILTON LLP

    By: /s/ Sean A. O'Neal
    Sean A. O'Neal
    One Liberty Plaza
    New York, New York 10006
    Telephone: (212) 225-2000
    Facsimile: (212) 225-3999

    *Attorneys for Banco Bilbao Vizcaya Argentaria, S.A.*