REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Tel: (212) 521-5400
Fax: (212) 521-5450
Eric A. Schaffer (ES-6415)
Michael J. Venditto (MV-6715)

Hearing: January 13, 2010 at 10:00 a.m.

*Counsel to The Bank of New York Mellon,
The Bank of New York Mellon Trust Company,
N.A., and BNY Corporate Trustee Services Limited,
in their representative capacities*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ X
In re                                                              :   **Chapter 11**
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :   **Case No. 08-13555 (JMP)**
                                                                   :   **(Jointly Administered)**
                           Debtors.                                :
                                                                   :   *Refers to Dkt. No. 6374*
------------------------------------------------------------------ X

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     )  ss.:
COUNTY OF NEW YORK   )

Anne C. Suffern, being duly sworn, deposes and says:

I am not a party to this action, am over eighteen years of age and employed by Reed Smith, LLP, located at 599 Lexington Avenue, New York, NY 10022.

On January 6, 2010, I served a true and correct copy of the Limited Objection of The Bank of New York Mellon, The Bank of New York Mellon Trust Company, N.A. and BNY Corporate Trustee Services Limited to Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 3007 and 9019(b) for Approval of (I) Claim Objection Procedures and (II) Settlement Procedures by method indicated on the attached service list.

_____
Anne C. Suffern

Sworn to me this
6th day of January, 2010

_____
Notary Public

EVAN F. JAFFE
Notary Public, State of New York
No. 01JA6196006
Commission Expires 11/03/2012

US_ACTIVE-102954661.1

## Service List

**Via Electronic Mail:**

Weil, Gotshal & Manges LLP  
767 Fifth Avenue  
New York, New York 10153  
Attention:   Shai Y. Waisman, Esq.

E-mail:  shai.waisman@weil.com

Milbank, Tweed, Hadley & McCloy LLP  
One Chase Manhattan Plaza  
New York, New York 10005  
Attention:   Dennis F. Dunne, Esq.  
             Dennis O'Donnell, Esq.  
             Evan Fleck, Esq.

E-mail:  ddunne@milbank.com

wfoster@milbank.com

efleck@milbank.com

**Via Facsimile:**

Office of the United States Trustee  
33 Whitehall Street, 21st Floor  
New York, New York 10004  
Attention:   Andy Velez-Rivera, Esq.  
             Paul Schwartzberg, Esq.  
             Brian Masumoto, Esq.  
             Linda Riffkin, Esq.  
             Tracy Hope Davis, Esq.

Facsimile:  212-668-2255

US_ACTIVE-102954661.1