**Objection Deadline: January 6, 2010 at 4:00 p.m. (Eastern)**
**Hearing Date and Time: January 13, 2010 at 10:00 a.m. (Eastern)**

GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110
(617) 482-1776
Douglas B. Rosner (DR-5690)
Gregory O. Kaden(GK-9610)

*Counsel to IBRD (as defined herein)*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS, INC., | : | Case No. 08-13555 (JMP) |
| *et al.*, | : | |
| | : | |
| Debtors | : | (Jointly Administered) |

---------------------------------------------------------------x

**JOINDER OF IBRD IN OBJECTION OF SOCIETE GENERALE AND CANADIAN IMPERIAL BANK OF COMMERCE TO DEBTORS' MOTION PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 3007 AND 9019(b) FOR APPROVAL OF (I) CLAIM OBJECTION PROCEDURES AND (II) SETTLEMENT PROCEDURES**

TO:   THE HONORABLE JUDGE JAMES M. PECK
      UNITED STATES BANKRUPTCY JUDGE:

International Bank for Reconstruction and Development as trustee of the Staff Retirement Plan and Trust, International Bank for Reconstruction and Development as trustee of the Retired Staff Benefits Plan and Trust, and International Bank for Reconstruction and Development for the Post-Employment Benefits Plan (collectively,"IBRD"), creditors and parties-in-interest herein, through undersigned counsel, hereby respectfully join in the Objection of Societe Generale and Canadian Imperial Bank of Commerce (the "Objection") to *Debtors' Motion pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 3007 and 9019(b) for Approval of (i) Claim Objection Procedures and (ii) Settlement Procedures* (the "Motion").

As set forth in the Objection, the Debtors' Motion seeks to impose claims objection procedures that extend far beyond those that are reasonable or appropriate under Bankruptcy Rule 3007(d), section 502(a) of the Bankruptcy Code, and other applicable law.  Accordingly, IBRD hereby joins in the Objection and respectfully requests that this Court deny the Motion (other than the Settlement Protocols set forth therein) for the reasons set forth in the Objection and grant such other and further relief as may be appropriate under the circumstances.

Dated:  January 6, 2010

/s/ Gregory O. Kaden
Douglas B. Rosner, Esq. (DR-5690)*
Gregory O. Kaden, Esq. (GK-9610)*
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA  02110-3333
Tel:  (617) 482-1776
Fax:  (617) 574-4112

*Counsel to IBRD*

*Admitted Pro Hac Vice.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date he caused a true and correct copy of the foregoing to be served via overnight mail delivery upon counsel to the Debtors, the Official Committee of Unsecured Creditors and the Office of the United States Trustee, as set forth below, and to other interested parties via the Court's ECF notification system

| Shai Y. Waisman, Esq. Weil Gotshal & Manges LLP 767 Firth Avenue New York, NY 10153 shai.waisman@weil.com | Dennis F. Dunne, Esq. Dennis O'Donnell, Esq. Evan Fleck, Esq. Milbank, Tweed, Hadley & McCloy LLP 1 Chase Manhattan Plaza New York, NY 10005 ddunne@milbank.com | Andy Velez-Rivera, Esq. United States Trustee Office 33 Whitehall Street 21st Floor New York, NY 10004 |
|---|---|---|

/s/ Gregory O. Kaden
Douglas B. Rosner, Esq. (DR-5690)*
Gregory O. Kaden, Esq. (GK-9610)*
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333
Tel: (617) 482-1776
Fax: (617) 574-4112

Counsel to IBRD

*Admitted Pro Hac Vice.

1960288.1                      -3-