Hearing Date and Time: January 13, 2010 at 10:00 a.m. (Prevailing Eastern Time)
Objection Date and Time: January 6, 2010 at 4:00 p.m. (Prevailing Eastern Time)

**LOWENSTEIN SANDLER PC**
Michael S. Etkin, Esq.
S. Jason Teele, Esq.
1251 Avenue of the Americas, 18th Floor
New York, New York 10022

-- and --

65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500 (Telephone)
973.597.2400 (Facsimile)

*Counsel to First Choice Power, L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

**JOINDER IN OBJECTIONS FILED TO DEBTORS' MOTION PURSUANT TO SECTION 105(A) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 3007 AND 9019(B) FOR APPROVAL OF (I) CLAIM OBJECTION PROCEDURES AND (II) SETTLEMENT PROCEDURES**

First Choice Power, L.P. ("FCP"), by and through its undersigned counsel, hereby joins ("Joinder") in the objection of Société Générale ("SG") and certain of its affiliates and Canadian Imperial Bank of Commerce and certain of its affiliates ("CIBC") (Docket No. 6489) (the "SG-CIBC Objection") and the limited objection of Bundesverband deutscher Banken e.V. ("BdB") (Docket No. 6484) (the "BdB Objection" and together with the SG-CIBC Objection, the "Objections") to the Motion Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 3007 and 9019(b) for Approval of (I) Claim Objection Procedures and (II) Settlement Procedures filed by Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases (together, the "Debtors") (Docket No. 6374) (the "Motion"). In support of this Joinder, FCP respectfully states:

22218/2
01/06/2010 13522312.1

## JOINDER

For the reasons and upon the authorities cited in the Objections, FCP joins in the Objections and submits the Motion should be denied.

**WHEREFORE**, FCP respectfully requests that the Court deny the Motion, and grant such further relief as this Court may deem just and proper.

Dated: January 6, 2010
    New York, New York

    Respectfully submitted,

    **LOWENSTEIN SANDLER PC**

    By: /s/ *S. Jason Teele*
    Michael S. Etkin, Esq.
    S. Jason Teele, Esq.
    1251 Avenue of the Americas, 18th Floor
    New York, New York 10022

    -- and --

    65 Livingston Avenue
    Roseland, New Jersey 07068
    973.597.2500 (Telephone)
    973.597.2400 (Facsimile)

    *Counsel to First Choice Power, L.P.*