**LOWENSTEIN SANDLER PC**
Michael S. Etkin, Esq.
S. Jason Teele, Esq.
1251 Avenue of the Americas, 18th Floor
New York, New York 10022

-- and --

65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500 (Telephone)
973.597.2400 (Facsimile)

*Counsel to Optim Energy Marketing and Trading, LLC*
*(f/k/a EnergyCo Marketing and Trading, LLC)*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

**JOINDER IN OBJECTIONS FILED TO DEBTORS' MOTION PURSUANT TO
SECTION 105(A) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 3007
AND 9019(B) FOR APPROVAL OF (I) CLAIM OBJECTION PROCEDURES AND
(II) SETTLEMENT PROCEDURES**

Optim Energy Marketing and Trading, LLC  (f/k/a EnergyCo Marketing and Trading, LLC) ("Optim"), by and through its undersigned counsel, hereby joins ("Joinder") in the objection of Société Générale ("SG") and certain of its affiliates and Canadian Imperial Bank of Commerce and certain of its affiliates ("CIBC") (Docket No. 6489) (the "SG-CIBC Objection") and the limited objection of Bundesverband deutscher Banken e.V. ("BdB") (Docket No. 6484) (the "BdB Objection" and together with the SG-CIBC Objection, the "Objections") to the Motion Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 3007 and 9019(b) for Approval of (I) Claim Objection Procedures and (II) Settlement Procedures filed by Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11

cases (together, the "Debtors") (Docket No. 6374) (the "Motion").  In support of this Joinder,

Optim respectfully states:

**JOINDER**

For the reasons and upon the authorities cited in the Objections, Optim joins in the

Objections and submits the Motion should be denied.

**WHEREFORE**, Optim respectfully requests that the Court deny the Motion, and grant

such further relief as this Court may deem just and proper.

Dated: January 6, 2010
      New York, New York

Respectfully submitted,

**LOWENSTEIN SANDLER PC**

By: /s/ *S. Jason Teele*
Michael S. Etkin, Esq. (ME 0570)
S. Jason Teele, Esq. (ST 7390)
1251 Avenue of the Americas, 18th Floor
New York, New York 10022

-- and --

65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500 (Telephone)
973.597.2400 (Facsimile)

*Counsel to Optim Energy Marketing and Trading,*
*LLC (f/k/a EnergyCo Marketing and Trading, LLC)*