Hearing Date and Time: January 13, 2010 at 10:00 a.m. (Prevailing Eastern Time)
Objection Date and Time: January 6, 2010 at 4:00 p.m. (Prevailing Eastern Time)

**LOWENSTEIN SANDLER PC**
Michael S. Etkin, Esq.
S. Jason Teele, Esq.
1251 Avenue of the Americas, 18th Floor
New York, New York 10022

-- and --

65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500 (Telephone)
973.597.2400 (Facsimile)

*Counsel to Reliant Energy Power Supply, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**JOINDER IN OBJECTIONS FILED TO DEBTORS' MOTION PURSUANT TO SECTION 105(A) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 3007 AND 9019(B) FOR APPROVAL OF (I) CLAIM OBJECTION PROCEDURES AND (II) SETTLEMENT PROCEDURES**

Reliant Energy Power Supply, LLC ("Reliant"), by and through its undersigned counsel, hereby joins ("Joinder") in the objection of Société Générale and certain of its affiliates ("SG") and Canadian Imperial Bank of Commerce and certain of its affiliates ("CIBC") (Docket No. 6489) (the "SG-CIBC Objection") and the limited objection of Bundesverband deutscher Banken e.V. ("BdB") (Docket No. 6484) (the "BdB Objection" and together with the SG-CIBC Objection, the "Objections") to the Motion Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 3007 and 9019(b) for Approval of (I) Claim Objection Procedures and (II) Settlement Procedures filed by Lehman Brothers Holdings Inc. and its affiliated debtors in the

15389/11
01/06/2010 13522193.1

above-referenced chapter 11 cases (together, the "Debtors") (Docket No. 6374) (the "Motion"). In support of this Joinder, Reliant respectfully states:

## JOINDER

For the reasons and upon the authorities cited in the Objections, Reliant joins in the Objections and submits the Motion should be denied.

**WHEREFORE**, Reliant respectfully requests that the Court deny the Motion, and grant such further relief as this Court may deem just and proper.

Dated: January 6, 2010
New York, New York

Respectfully submitted,

**LOWENSTEIN SANDLER PC**

By: /s/ *S. Jason Teele*
Michael S. Etkin, Esq.
S. Jason Teele, Esq.
1251 Avenue of the Americas, 18th Floor
New York, New York 10022

-- and --

65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500 (Telephone)
973.597.2400 (Facsimile)

*Counsel to Reliant Energy Power Supply, LLC*