Hearing Date and Time: January 13, 2010 at 10:00 a.m. (Prevailing Eastern Time)
Objection Date and Time: January 6, 2010 at 4:00 p.m. (Prevailing Eastern Time)

**LOWENSTEIN SANDLER PC**
Michael S. Etkin, Esq.
S. Jason Teele, Esq.
1251 Avenue of the Americas, 18th Floor
New York, New York 10022

-- and --

65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500 (Telephone)
973.597.2400 (Facsimile)

*Bankruptcy Counsel to Lead Plaintiffs*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

**JOINDER OF LEAD PLAINTIFFS IN OBJECTIONS FILED TO DEBTORS' MOTION PURSUANT TO SECTION 105(A) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 3007 AND 9019(B) FOR APPROVAL OF (I) CLAIM OBJECTION PROCEDURES AND (II) SETTLEMENT PROCEDURES**

Alameda County Employees' Retirement Association, Government of Guam Retirement Fund, Northern Ireland Local Government Officers' Superannuation Committee, City of Edinburgh Council as Administering Authority of the Lothian Pension Fund, and Operating Engineers Local 3 Trust Fund, the court-appointed lead plaintiffs (collectively, the "Lead Plaintiffs") in the consolidated securities class action pending in the United States District Court for the Southern District of New York captioned, *Operative Plasterers and Cement Masons International Association Local 262 Annuity Fund et al. v. Richard S. Fuld, Jr., et al.*, Case No. 08-05523 (LAK) (the "Securities Litigation"), by and through their undersigned counsel, hereby join ("Joinder") in the objection of Société Générale ("SG") and certain of its affiliates and Canadian Imperial Bank of Commerce and certain of its affiliates ("CIBC") (Docket No. 6489) (the

"SG-CIBC Objection") and the limited objection of Bundesverband deutscher Banken e.V. ("BdB") (Docket No. 6484) (the "BdB Objection" and together with the SG-CIBC Objection, the "Objections") to the Motion Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 3007 and 9019(b) for Approval of (I) Claim Objection Procedures and (II) Settlement Procedures filed by Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases (together, the "Debtors") (Docket No. 6374) (the "Motion"). In support of this Joinder, Lead Plaintiffs respectfully state:

## JOINDER

For the reasons and upon the authorities cited in the Objections, Lead Plaintiffs join in the Objections and submit the Motion should be denied.

**WHEREFORE**, Lead Plaintiffs respectfully request that the Court deny the Motion, and grant such further relief as this Court may deem just and proper.

Dated: January 6, 2010
      New York, New York

                    Respectfully submitted,

                    **LOWENSTEIN SANDLER PC**

                    By: /s/ *S. Jason Teele*
                    Michael S. Etkin, Esq. (ME 0570)
                    S. Jason Teele, Esq. (ST 7390)
                    1251 Avenue of the Americas, 18th Floor
                    New York, New York 10022

                    -- and --

                    65 Livingston Avenue
                    Roseland, New Jersey 07068
                    973.597.2500 (Telephone)
                    973.597.2400 (Facsimile)

                    *Bankruptcy Counsel to Lead Plaintiffs*

-- and --

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
John P. "Sean" Coffey, Esq.
1285 Avenue of the Americas
New York, New York 10019
212.554.1400 (Telephone)
212.554.1444 (Facsimile)

-- and --

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
David R. Stickney, Esq.
12481 High Bluff Drive
Suite 300
San Diego, CA 92130
858.793.0070 (Telephone)
858.793.0323 (Facsimile)

-- and --

**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**
John A. Kehoe, Esq.
Benjamin J. Hinerfeld, Esq.
280 King of Prussia Road
Radnor, PA 19087
610.667.7706 (Telephone)
610.667.7056 (Facsimile)