WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
                                                  :
**In re**                                         : **Chapter 11 Case No.**
                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,      : **08-13555 (JMP)**
                                                  :
           **Debtors.**                           : **(Jointly Administered)**
                                                  :
                                                  :
-----------------------------------------------------------------x

## NOTICE OF WITHDRAWAL WITHOUT PREJUDICE

**PLEASE TAKE NOTICE** that the Debtors' Motion to Strike William Kuntz's Notice of Appeal of Order Denying Relief Under Federal Rule of Civil Procedure 60(b) or, in the Alternative, to Dismiss William Kuntz's Appeal [Docket No. 6269], is hereby withdrawn without prejudice.

Dated: January 6, 2010
       New York, New York

                                    /s/ Shai Y. Waisman
                                    Shai Y. Waisman

                                    WEIL, GOTSHAL & MANGES LLP
                                    767 Fifth Avenue
                                    New York, New York 10153
                                    Telephone: (212) 310-8000
                                    Facsimile: (212) 310-8007

                                    Attorneys for Debtors
                                    and Debtors in Possession

US_ACTIVE:\43271041\01\58399.0003