WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard W. Slack
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
                        :
In re                         :
                        :   Chapter 11 Case No.
                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :   08-13555 (JMP)
                        :
             Debtors.    :   (Jointly Administered)
------------------------------------------------------------ x
BOARD OF EDUCATION OF THE CITY OF  :
CHICAGO                  :
             Plaintiff,   :   Adversary Proceeding
-against-               :   No.: 09-01455 (JMP)
                        :
LEHMAN BROTHERS SPECIAL FINANCING INC.  :
                        :
            Defendant.   :
                        :
------------------------------------------------------------ x

**NOTICE OF ADJOURNMENT OF (I) MOTION PURSUANT TO**
**SECTIONS 105(A), 362 AND 365 OF THE BANKRUPTCY CODE**
**TO COMPEL PERFORMANCE  OF BOARD OF EDUCATION OF**
**THE CITY OF CHICAGO'S OBLIGATIONS UNDER AN EXECUTORY**
**CONTRACT AND TO ENFORCE THE AUTOMATIC STAY AND (II) DEFENDANT**
**LEHMAN BROTHERS SPECIAL FINANCING INC.'S MOTION TO DISMISS THE COMPLAINT**

**PLEASE TAKE NOTICE** that the hearing on relief requested in (i) the Motion

Pursuant to Sections 105(a), 362 and 365 of the Bankruptcy Code to Compel Performance of

Board of Education of the City of Chicago's Obligations Under an Executory Contract and to

Enforce the Automatic Stay [Docket No. 5470] and (ii) Defendant Lehman Brothers Special

Financing Inc.'s Motion to Dismiss the Complaint [Adversary Case No. 09-01455, Docket No. 6]

(the "Motions"), which were scheduled for January  13, 2010 at 10:00 a.m., **have been**

**adjourned to February 10, 2010 at 10:00 a.m.**, or as soon thereafter as counsel may be heard.

The hearing on the Motions will be held before the Honorable James M. Peck, United States

Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New

York, Room 601, and such hearing on the Motions may be further adjourned from time to time

without further notice other than an announcement at the hearing.

Dated:  January 7, 2010
         New York, New York

/s/ Richard W. Slack
Richard W. Slack
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession