WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard W. Slack
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                              :
In re                                         :   Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,        :   08-13555 (JMP)
                                              :
               Debtors.                       :   (Jointly Administered)
                                              :
                                              :
------------------------------------------------------------x
```

### NOTICE OF ADJOURNMENT OF MOTION PURSUANT TO SECTIONS 105(A), 362 AND 365 OF THE BANKRUPTCY CODE TO COMPEL PERFORMANCE OF CAPITAL AUTOMOTIVE L.P.'S OBLIGATIONS UNDER AN EXECUTORY CONTRACT AND TO ENFORCE THE AUTOMATIC STAY

**PLEASE TAKE NOTICE** that the hearing on relief requested in the Motion Pursuant to Sections 105(a), 362 and 365 of the Bankruptcy Code to Compel Performance of Capital Automotive L.P.'s Obligations Under an Executory Contract and to Enforce the Automatic Stay [Docket No. 5650] (the "Motion"), which was scheduled for January 13, 2010 at 10:00 a.m., **has been adjourned to February 10, 2010 at 10:00 a.m.**, or as soon thereafter as counsel may be heard. The hearing on the Motion will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such hearing on the Motion may be further adjourned

from time to time without further notice other than an announcement at the hearing.

Dated:  January 7, 2010
      New York, New York

    /s/ Richard W. Slack
    Richard W. Slack
    Robert J. Lemons

    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    Attorneys for Debtors
    and Debtors in Possession