GUSRAE, KAPLAN, BRUNO & NUSBAUM PLLC
*Attorneys for Creditor Mark Glasser*
120 Wall Street
New York, NY 10005
(212) 269-1400

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC, et al., | |
| | (Jointly Administered) |
| Debtors. | |
| | **NOTICE OF ADJOURNMENT** |

---

### NOTICE OF ADJOURNMENT OF MOTION PURSUANT TO RULE 9006(b)(1) FOR AN ORDER PERMITTING THE LATE FILING OF A CLAIM

PLEASE TAKE NOTICE that the hearing on the motion of Mark Glasser for an order pursuant to Rule 9006(b)(1) seeking permission to file a late claim, presently scheduled for January 13, 2010 at 10:00 a.m., has been adjourned to February 10, 2010 at 10:00 a.m., or as soon thereafter as counsel may be heard. This is the first adjournment of this motion and is made with the consent of counsel for the debtor.

Dated: New York, New York
January 7, 2010

GUSRAE, KAPLAN, BRUNO &
NUSBAUM PLLC

By: _____
Martin H. Kaplan, Esq.
Daniel Branower, Esq.
*Attorneys for Mark Glasser*
120 Wall Street
New York, NY 10005
212-269-1400