HUNTON & WILLIAMS LLP
Peter S. Partee
Scott H. Bernstein
200 Park Avenue, 53rd Floor
New York, New York 10166-0136
(212) 309-1000

and

J.R. Smith (admitted *pro hac vice*)
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
(804) 788-8200

ALSTON & BIRD LLP
Martin G. Bunin
90 Park Avenue
New York, New York 10016
(212) 210-9400

and

J. William Boone
William S. Sugden (admitted *pro hac vice*)
1201 West Peachtree Street
Atlanta, Georgia 30309
(404) 881-7000

*Counsel for Bank of America, National Association,
successor by merger to LaSalle Bank National Association, as Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 08-13555 |
| **LEHMAN BROTHERS HOLDINGS, INC.,** *et al.* | (JMP) |
| | (Jointly Administered) |
| Debtors. | |

-----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ): SS
COUNTY OF NEW YORK   )

Robert A. Rich being duly sworn, deposes and says:

1. I am not a party to this action, am over the age of eighteen years and am employed by Hunton & Williams LLP. My business address is 200 Park Avenue, New York, New York 10166.

2. On January 6, 2010, I served true and complete copies of the *Objection of Bank of America, National Association, Successor by Merger to LaSalle Bank National Association, Solely in its Capacity as Trustee Under Certain Trust Agreements to the Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 3007 and 9019(b) for*

*Approval of (I) Claim Objection Procedures and (II) Settlement Procedures* [Docket No. 6512] by United States Postal Service First Class mail, postage prepaid, and by facsimile transmission as indicated on the parties listed on the Service List annexed hereto.

Dated: New York, New York
January 7, 2010

_____
Robert A. Rich

Sworn to before me on this
7th day of January 2010

_____
Notary Public

CONSTANCE ANDONIAN
Notary Public, State of New York
No. 01AN4960360
Qualified in Westchester County
Commission Expires December 26, 20__

2

## SERVICE LIST

**BY FIRST CLASS MAIL AND FACSIMILE**

Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian S. Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.
Office of the United States Trustee
 for the Southern District of New York
33 Whitehall Street
21st Floor
New York, New York 10004
Facsimile: (212) 688-2255

Shai Y. Waisman, Esq.
Weil Gotshal & Manges LLP
767 5th Ave.
New York, New York 10153
Facsimile: (212) 310-8007

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Facsimile: (212) 530-5219