**LOWENSTEIN SANDLER PC**
Michael S. Etkin, Esq.
S. Jason Teele, Esq.
1251 Avenue of the Americas, 18th Floor
New York, New York 10022

-- and --

65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500 (Telephone)
973.597.2400 (Facsimile)
*Counsel to First Choice Power, L.P., Optim Energy Marketing*
*and Trading, LLC (f/k/a EnergyCo Marketing and Trading, LLC),*
*Reliant Energy Power Supply, LLC and Lead Plaintiffs*

### IN THE UNITED STATES BANKRUPTCY
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS, INC., *et al.*,<br><br>Debtor. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br>Jointly Administered |

### CERTIFICATION OF SERVICE

**Kim Marie LaFiura**, being of full age, hereby certifies as follows:

1. I am a paralegal employed by the law firm of Lowenstein Sandler, PC, attorneys for First Choice Power, L.P. ("First Choice"). As such, I have knowledge of the facts set forth herein.

2. I hereby certify that on January 7, 2010, I caused a true and correct copy of the following document(s) to be served upon the parties indicated on the attached service list, in the manner listed therein:

> a. *Joinder of First Choice Power, L.P. in Objections filed to Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 3007 and 9019(b) for Approval of (i) Claim Objection Procedures and (ii) Settlement Procedures. [Docket No. 6508].*

      b.      *Joinder of Optim Energy Marketing and Trading, LLC (f/k/a EnergyCo Marketing and Trading, LLC) in Objections filed to Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 3007 and 9019(b) for Approval of (i) Claim Objection Procedures and (ii) Settlement Procedures. [Docket No. 6509].*

      c.      *Joinder of Reliant Energy Power Supply, LLC in Objections filed to Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 3007 and 9019(b) for Approval of (i) Claim Objection Procedures and (ii) Settlement Procedures. [Docket No. 6510].*

      d.      *Joinder of Lead Plaintiffs in Objections filed to Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 3007 and 9019(b) for Approval of (i) Claim Objection Procedures and (ii) Settlement Procedures. [Docket No. 6511].*

I certify that the foregoing statements made by me are true to the best of my knowledge and belief. If any statement made by me is willfully false, I understand I am subject to the penalty of perjury.

        /s/ Kim Marie LaFiura
        Kim Marie LaFiura, Paralegal

Dated: January 7, 2010

# SERVICE LIST

*Via First Class Mail*

Honorable James M. Peck
United States Bankruptcy Court
for the Southern District of New York
One Bowling Green, Courtroom 601
New York, NY 10004

Shai Y. Waisman, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Andy Velez-Rivera
Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley
  & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

*Via the Court's Electronic Filing System:*

All parties who receive notice through the Court's electronic filing system were served with said documents on January 6, 2010.