UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------x
                                    :
In re:                              :   Chapter 11
                                    :
LEHMAN BROTHERS HOLDINGS, INC.,     :   Case No. 08-13555 (JMP)
et al.                              :
                                    :   (Jointly Administered)
        Debtors.                    :
-------------------------------------------------------------x
```

### AFFIDAVIT OF SERVICE

```
STATE OF NEW YORK    )
                     )    ss.:
COUNTY OF NEW YORK   )
```

Kim Fitzgerald, being duly sworn, hereby deposes and says:

1.      I am over 18 years of age and am not a party to the above-captioned proceedings.

I am employed by Alston & Bird, LLP, having offices at 90 Park Avenue, New York, New York

10016.

2.      On the 6th of January 2010, I served a true and correct copy of the Limited Objection of

Wilmington Trust Company, Solely in Its Capacity as Trustee under Certain Trust Agreements to

the Debtors' motion Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules

3007 and 9019(b) for Approval of (I) Claim Objection Procedures and (II) Settlement Procedures

on the following parties:

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Attn: Shai Y. Waisman, Esq.

LEGAL02/31699688v1

The Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004

Attn:  Andy Velez-Rivera, Esq.
       Paul Schwartzberg, Esq.
       Brian Masumoto, Esq.
       Linda Riffkin, Esq.
       Tracy Hope Davis, Esq.

Milbank, Tweed, Hadly & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005

Attn:  Dennis F. Dunne, Esq.
       Dennis O' Donnell, Esq.
       Evan Fleck, Esq

       by causing the same to be filed via the Court's ECF system and by mailing the same in a
sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S.
Postal Service within the State of New York.

                                              Kim Fitzgerald
                                              Kim Fitzgerald

Sworn to before me this
7th day of January, 2010

Jeannine Grudzien
Notary Public

        **JEANNINE GRUDZIEN**
   **Notary Public, State of New York**
          **No. 01GR6178877**
     **Qualified in New York County**
**Commission Expires December 10, 20** _11_

- 2 -

LEGAL02/31699688v1