John D. Lovi, Esq. (JL-5928)
Lara E. Romansic, Esq. (LR-9236)
STEPTOE & JOHNSON LLP
750 Seventh Avenue
New York, NY  10019
Tel:	(212) 506-3900
Fax:	(212) 506-3950
Email:	jlovi@steptoe.com
	lromansic@steptoe.com
and

Robbin L. Itkin, Esq. (CA Bar No. 117105)
(*admitted pro hac vice*)
Katherine C. Piper, Esq. (CA Bar No. 222828)
(*admitted pro hac vice*)
STEPTOE & JOHNSON LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Tel:	(310) 734-3200
Fax:	(310) 734-3300
Email: ritkin@steptoe.com
	kpiper@steptoe.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Lehman Brothers Holdings, Inc., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |

**VERIFIED STATEMENT OF STEPTOE & JOHNSON LLP UNDER RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Steptoe & Johnson LLP ("Steptoe") hereby submits this verified statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and discloses the following:

1.    Steptoe currently represents the following creditors in the above-captioned bankruptcy cases of Lehman Brothers Holdings, Inc. and its affiliated debtors (together, the "Debtors"):

(1) True Friend 4th Securitization Specialty Co., Ltd.
27-1 Yoido-Dong Youngdeungpo-Ku
Seoul, 150-745, Korea

and

Korea Investment and Securities Co., Ltd., As Asset Manager of True Friend 4th Securitization Specialty Co., Ltd.
27-1 Yoido-Dong, Youngdeungpo-Ku
Seoul, 150-745, Korea

(2) Idaho Power Company
P.O. Box 447
Salt Lake City, UT 84110-0447

2. Each of the above creditors (the "Creditors") had a prepetition relationship with one or more of the Debtors, which has formed the basis of prepetition claims against such Debtors.

3. The claim of True Friend 4th Securitization Specialty Co., Ltd. arises out of that certain Credit Linked Note issued by Lehman Brothers Treasury, Co. B.V. pursuant to that certain Lehman Brothers Holdings, Inc. USD $100,000,000,000 Euro Medium Term-Note Program, which credit linked note is unconditionally and irrevocably guaranteed by Lehman Brothers Holdings, Inc.

4. The claim of Idaho Power Company arises out of certain derivative transactions entered into with Lehman Brothers Commodity Services, Inc. and guaranteed by Lehman Brothers Holdings, Inc.

5. The specific amounts of the claims held by each of the Creditors are set forth in the respective proofs of claim that have been filed by the Creditors against the Debtors' estates.

6. The Creditors are the original holders of their respective claims.

7. Each of the Creditors has requested that Steptoe represent its respective individual interests in connection with the Debtors' bankruptcy cases.

8. To the extent necessary or required, Steptoe reserves the right to amend, modify, and/or supplement this verified statement as necessary.

The undersigned hereby makes this verified statement under penalty of perjury under the laws of the State of New York.

Dated:   New York, New York  
        January 7, 2009

Respectfully submitted,

**STEPTOE & JOHNSON LLP**

By:   *Robbin L. Itkin*  
John D. Lovi, Esq. (JL-5928)  
Lara E. Romansic, Esq. (LR-9236)  
750 Seventh Avenue  
New York, New York 10019  
Tel: (212) 506-3900  
Fax: (212) 506-3950  
Email: jlovi@steptoe.com  
      lromansic@steptoe.com

and

Robbin L. Itkin, Esq. (CA Bar No. 117105)  
(*admitted pro hac vice*)  
Katherine C. Piper, Esq. (CA Bar No. 222828)  
(*admitted pro hac vice*)  
STEPTOE & JOHNSON LLP  
2121 Avenue of the Stars, Suite 2800  
Los Angeles, California 90067  
Tel:   (310) 734-3200  
Fax:   (310) 734-3300  
Email:  ritkin@steptoe.com  
      kpiper@steptoe.com

# CERTIFICATE OF SERVICE

I, Aja Clark, hereby certify that on the 7th day of January 2010, I caused a true and correct copy of the foregoing **Verified Statement of Steptoe & Johnson LLP Under Rule 2019 of the Federal Rules of Bankruptcy Procedure**, to be served electronically through the Court's ECF System on parties requesting electronic service and by U.S. Mail, First Class, Postage Prepaid, on the parties shown below:

Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green, Courtroom 601
New York, NY  10004

*Attorneys for Examiner*
Jenner & Block LLP
Attn: Patrick J. Trostle, Esq.
919 Third Avenue, 37th Floor
New York, NY  10022-3908

*United States Trustee*
Office of the United States Trustee for the Southern District of New York
Attn: Andrew Velez-Rivera
Attn: Paul Schwartzberg
Attn: Brian Masumoto
Attn: Linda Riffkin
Attn: Tracy Hope Davis
33 Whitehall Street, 21st Floor
New York, NY  10004

*Attorneys for Ad Hoc Group of Lehman Creditors*
Dewey & Leboeuf LLP
Attn: Martin Bienenstock, Esq.
Attn: Irena Goldstein, Esq.
1301 Avenue of the Americas
New York, NY  10019-6092

*Attorneys for Debtors*
Weil Gotshal & Manges LLP
Attn: Harvey R. Miller, Esq.
Attn: Richard P. Krasnow, Esq.
Attn: Lori R. Fife, Esq.
Attn: Shai Y. Waisman, Esq.
Attn: Jacqueline Marcus, Esq.
767 Fifth Avenue
New York, NY  10153

*Attorneys for Official Committee of Unsecured Creditors*
Milbank, Tweed, Hadley and McCloy LLP
Attn: Dennis F. Dunne, Esq.
Attn: Dennis O'Donnell, Esq.
Attn: Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York, NY  10005

    */s/ Aja N. Clark*
Aja N. Clark
an employee of Steptoe & Johnson LLP

Doc. # CC-219169 v.1