UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

In re:                                              : Chapter 11
                                                    :
LEHMAN BROTHERS HOLDING INC., *et*                  : Case No. 08-13555 (JMP)
*al.*,                                              : Jointly Administered
                                                    :
                    Debtors.                        :
                                                    :
                                                    :
                                                    :
------------------------------------------------    :

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             ) ss.:
COUNTY OF NEW YORK           )

**NORA E. MORALES**, being duly sworn according to law, deposes and says that she is employed by the law firm of Blank Rome LLP, counsel for Capital Automotive L.P., in the above-captioned Chapter 11 proceedings, and that on the 6th day of January 2010, she caused a copy of the following document to be served as indicated upon the parties listed on the attached service list:

- *Objection of Capital Automotive L.P. to Debtor Lehman Brothers Special Financing, Inc.'s Motion to Strike Objection to Debtor's Motion to Compel Performance, [Dkt. No. 6502].*

Nora E. Morales

Sworn to and subscribed before
me this 7th day of January 2010

Notary Public

JASON MILLER
Notary Public, State of New York
No. 02MI6163568
Qualified in Suffolk County
Commission Expires March 26, 2011

124550.01600/6816770v.1

## SERVICE LIST

| **BY ELECTRONIC MAIL AND FIRST CLASS MAIL** |
|---|
| Richard W. Slack, Esq.<br>Robert J. Lemons, Esq.<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153<br>richard.slack@weil.com<br>robert.lemons@weil.com |
| Dennis F. Dunne, Esq.<br>Evan Fleck, Esq.<br>Wilbur F. Foster, Esq.<br>Milbank Tweed Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY  10005<br>DDunne@milbank.com<br>EFleck@milbank.com<br>WFoster@milbank.com |

| **BY FEDERAL EXPRESS** |
|---|
| Honorable James M. Peck<br>USBC for the Southern District of NY<br>One Bowling Green<br>New York, NY 10004-1408 |
| Brian S. Masumoto, Esq.<br>Andrew Velez-Rivera, Esq.<br>Paul Schwartzberg, Esq.<br>Linda Riffkin, Esq.<br>Tracey Hope Davis, Esq.<br>Office of the U.S. Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY  10004-2112 |

124550.01600/6816770v.1