CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Sean A. O'Neal

*Attorneys for Banco Bilbao Vizcaya Argentaria, S.A.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- X
:
In re                                                                  :       Chapter 11 Case No.
                                                                       :       08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,                                 :       (Jointly Administered)
                                                                       :
                                        Debtors.                       :       CERTIFICATE OF
                                                                       :       SERVICE
                                                                       :
---------------------------------------------------------------------- X

        I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

        1. On the 6th day of January 2010, the Joinder of Banco Bilbao Vizcaya Argentaria, S.A. to the Objection of Societe Generale and Canadian Imperial Bank of Commerce to Debtors Motion Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 3007 and 9019(b) for Approval of (I) Claim Objection Procedures and (II) Settlement Procedures was served by hand upon:

                      Weil Gotshal & Manges LLP
                      767 Fifth Avenue
                      New York, NY  10153
                      Attn:   Shai Y. Waisman

Office of the United States Trustee
   for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY  10004
Attn:   Andy Velez-Rivera, Esq.
        Paul Schwartzberg, Esq.
        Brian Masumoto Esq.
        Linda Riffkin, Esq.
        Tracy Hope, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005
Attn:   Dennis F. Dunne, Esq.
        Dennis O'Donnell, Esq.
        Evan Fleck, Esq.

      2.  This service was made by assistant managing clerks of this firm under my general supervision.

Dated:  New York, New York
        January 7, 2010

                                        /s/Richard V. Conza
                                          Richard V. Conza