JENNER & BLOCK LLP
919 Third Avenue, 37th Floor
New York, New York 10022-3908
Telephone: (212) 891-1600
Facsimile: (212) 891-1699
Patrick J. Trostle

353 North Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
Robert L. Byman (Admitted *Pro Hac Vice*)
Daniel R. Murray (Admitted *Pro Hac Vice*)

Attorneys for the Examiner

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | : | Case No. 08-13555 (JMP) |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF MOTION TO COMPEL ABN AMRO INC.**
**TO RESPOND TO EXAMINER'S SUBPOENA FOR RULE 2004 EXAMINATION**

PLEASE TAKE NOTICE that the Examiner hereby withdraws without prejudice his

Motion to Compel ABN AMRO Inc. To Respond to Examiner's Subpoena for Rule 2004

[Docket No. 5306].

1

Dated: January 7, 2010
New York, New York

                                              Respectfully submitted,

                                              By: */s/ Patrick J. Trostle*
                                                  Patrick J. Trostle

                                            JENNER & BLOCK LLP
                                            919 Third Avenue, 37th Floor
                                            New York, New York 10022-3908
                                            Telephone: (212) 891-1600
                                            Facsimile: (212) 891-1699
                                            Patrick J. Trostle

                                            353 North Clark Street
                                            Chicago, Illinois 60654-3456
                                            Telephone: (312) 222-9350
                                            Facsimile: (312) 527-0484
                                            Robert L. Byman (Admitted *Pro Hac Vice*)
                                            Daniel R. Murray (Admitted *Pro Hac Vice*)

                                            Attorneys for the Examiner