UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------
In re Lehman Brothers Holdings Inc.,

                              Chapter 11
                              Case No. 08-13555

              Debtor.
---------------------------------------

## **WITHDRAWAL OF NOTICE OF APPEARANCE AND REQUEST FOR PAPERS**

    **PLEASE TAKE NOTICE** that the undersigned hereby withdraws as counsel in the representation of Collins Building Services, Inc.

    Dated: New York, New York
    January 7, 2010

                              Shenwick & Associates

                              By: /s/ James H. Shenwick
                                    James H. Shenwick
                                    655 Third Avenue, 20th Floor
                                    New York, New York 10017
                                    (212) 541-6224
                                    Fax (646) 218-4600
                                    E-mail: jhs7@att.net