B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

```
----------------------------------------------------------------x
                                                                )
In re:                                                          )   Chapter 11
                                                                )
LEHMAN BROTHERS HOLDINGS INC., et al.,                          )   Case No. 08-13555 (JMP)
                                                                )
                                                                )
                                                                )
         Debtors                                                )   (Jointly Administered)
----------------------------------------------------------------x
```

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| The Royal Bank of Scotland plc | T. Boone Pickens |
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to transferee should be sent: | Case No. 08-13885 |
| Matthew Rosencrans | Court Claim # (if known): 66016, amending Claims 17286 (in the amount of $18,157,000.00) and 2227 (in the amount of $18,157,000.00) |
| The Royal Bank of Scotland plc | |
| 600 Washington Blvd. | |
| Stamford, CT 06910 | Amount of Claim as set forth in the amended Claim 66016: $13,488,793.00 |
| Phone: 203 897 2644 | Date Claim Filed: 12/24/2009 |
| | |
| With a copy to: | |
| Richards Kibbe & Orbe L.L.P. | |
| One World Financial Center | |
| New York, NY 10281-1003 | |
| Attn: Managing Clerk | |
| | Phone: 214 265 4165 |

567273.1/2620-00236

B 210A (Form 210A) (12/09)
Name and Address where transferee payments
should be sent (if different from above):
JPMorgan Chase Bank, New York
ABA #: 021000021
Beneficiary: RBSGMP Bank Loans
A/C#: 0667-08583
Ref: Lehman Claims from BP Capital
Phone: _____

567273.1/2620-00236

B 210A (Form 210A) (12/09)

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____      Date: 1/6/10
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

567273.1/2620-00236

## FORM OF EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, T. Boone Pickens ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to The Royal Bank of Scotland plc ("Purchaser") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Commodity Services Inc. (the "Debtor"), the debtor in Case No. 08-13885 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") and the relevant portion of any and all proofs of claim (No. 66016) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 31st day of December 2009.

T. BOONE PICKENS

By: _____
Name: T. Boone Pickens
Title: Self

**THE ROYAL BANK OF SCOTLAND PLC**

By: RBS Securities Inc., its agent

By: _____
Name:
Title:

29

566820.1/2620-00236

## FORM OF EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, T. Boone Pickens ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to The Royal Bank of Scotland plc ("Purchaser") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Commodity Services Inc. (the "Debtor"), the debtor in Case No. 08-13885 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") and the relevant portion of any and all proofs of claim (No. 17286) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 31st day of December 2009.

T. BOONE PICKENS

By: _Boone Pickens_
Name: T. Boone Pickens
Title: Self

**THE ROYAL BANK OF SCOTLAND PLC**

By: RBS Securities Inc., its agent

By: _____
Name:
Title:

27

566820.1/2620-00236

**EXHIBIT E**

**FORM OF EVIDENCE OF TRANSFER OF CLAIM**

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, T. Boone Pickens ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to The Royal Bank of Scotland plc ("Purchaser") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Commodity Services Inc. (the "Debtor"), the debtor in Case No. 08-13885 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") and the relevant portion of any and all proofs of claim (No. 2227) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 31st day of December 2009.

T. BOONE PICKENS

By: _____
Name: T. Boone Pickens
Title: Self

**THE ROYAL BANK OF SCOTLAND PLC**
By: RBS Securities Inc., its agent

By: _____
Name:

25

566820.1/2620-00236

Title:

26

566820.1/2620-00236