UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
In re:                                                           x     Chapter 11
                                                                 x
LEHMAN BROTHERS INC.,                                            x
                                                                 x     Case No. 08-13555 (JMP)
                                        Debtor.                  x     (Jointly Administered)
---------------------------------------------------------------- x

**ORDER GRANTING MOTION OF PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES' RETIREMENT SYSTEM FOR ENTRY OF AN ORDER THAT ITS TIMELY FILED GUARANTEE QUESTIONNAIRE BE CONSIDERED A TIMELY FILED PROOF OF CLAIM, OR, IN THE ALTERNATIVE, TO PERMIT A LATE CLAIM FILING PURSUANT TO FEDERAL RULE OF <u>BANKRUPTCY PROCEDURE 9006(b)(1)</u>**

Upon consideration of the Motion of Pennsylvania Public School Employees' Retirement System ("PSERS") to Deem the Guarantee Questionnaire an Informal Proof of Claim Timely Filed, Or in the Alternative, Permit Late Claim Filing Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) (the "Motion"), and due notice thereof having been provided as set forth in the Amended Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures dated February 13, 2009 entered in these proceedings; and it appearing that no other or further notice of the Motion need be provided; and having considered the Motion and any objections thereto; and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED as follows:

1.    The Motion is granted and this Court deems the Guarantee Questionnaire (as defined in the Motion) to be an "informal" Proof of Claim.

2.    To the extent any objections to the Motion have not been withdrawn or otherwise resolved, they are hereby overruled.

DM3\1245022.1

3       The PSERS Claim based on the Note (as defined in the Motion) is deemed to have been timely filed.

4.      The Debtors will retain all rights to object to the foregoing claim on grounds other than the time at which it was filed.

Dated: New York, New York
       February ___ 2010

                                        _____
                                        UNITED STATES BANKRUPTCY JUDGE

2