UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- x
In re:                                                            x      Chapter 11
                                                                  x
LEHMAN BROTHERS INC.,                                             x
                                                                  x      Case No. 08-13555 (JMP)
                    Debtor.                                       x      (Jointly Administered)
----------------------------------------------------------------- x

**ORDER GRANTING MOTION OF PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES' RETIREMENT SYSTEM FOR ENTRY OF AN ORDER THAT ITS TIMELY FILED GUARANTEE QUESTIONNAIRE BE CONSIDERED A TIMELY FILED PROOF OF CLAIM, OR, IN THE ALTERNATIVE, TO PERMIT A LATE CLAIM FILING PURSUANT TO FEDERAL RULE OF <u>BANKRUPTCY PROCEDURE 9006(b)(1)</u>**

Upon consideration of the Motion of Pennsylvania Public School Employees' Retirement System ("PSERS") for entry of an Order that its Timely Filed Guarantee Questionnaire Be Considered a Timely Filed Proof of Claim or, in the alternative, to Permit Late Claim Filing Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) (the "Motion"), and due notice thereof having been provided as set forth in the Amended Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures dated February 13, 2009 entered in these proceedings; and it appearing that no other or further notice of the Motion need be provided; and having considered the Motion and any objections thereto; and after due deliberation and sufficient cause appearing therefore, the Court FINDS as follows:

PSERS's failure to file the Claim (as defined in the Motion) in advance of the deadline applicable to such proof of claim pursuant to this Court's Order Pursuant to Section 502(b)(9) Of The Bankruptcy Code And Bankruptcy Rule 3003(c)(3) Establishing The Deadline For Filing Proofs Of Claim, Approving The Form And Manner Of Notice Thereof And Approving The Proof Of Claim Form [Docket No. 4271] (the "Bar Date Order") was the result of excusable neglect; and accordingly it is hereby ORDERED as follows:

DM3\1245225.1

1. The Motion is granted to permit a late claim filing by PSERS. To the extent any objections to the Motion have not been withdrawn or otherwise resolved, they are hereby overruled.

2. The PSERS Claim based on the Note (as defined in the Motion) is deemed to have been timely filed.

3. The Debtors will retain all rights to object to the foregoing claim on grounds other than the time at which it was filed.

Dated: New York, New York
       February ___ 2010

_____
UNITED STATES BANKRUPTCY JUDGE

2