# CLAIM FORM FILING CONFIRMATION

**Your claim form was successfully filed on 10/21/2009 at 2:39 PM Central. Please print this page as proof of your filing.**

**Pennsylvania Public School Employees' Retirement System**
**c/o Alan Van Noord, CFA &**
**Jeffrey B. Clay, Executive Director**
**P.O. Box 125**
**Harrisburg, PA 17108-0125 UNITED STATES**

| | |
|---|---|
| Name of Debtor, or other entity, against which you have a direct claim (the "Obligor") | Lehman Brothers Treasury Co. B.V. |
| If such Obligor is in a bankruptcy or insolvency proceeding, administration, receivership, conservatorship, liquidation or similar proceeding (and is not a Debtor in these chapter 11 cases), please provide the proof of claim and any attachments thereto filed against such Obligor or describe the claim against such Obligor if a proof of claim has not yet been filed. | |

| Documents |
|---|
| Attachment q 2.pdf |

| | |
|---|---|
| If such Obligor is in a bankruptcy or insolvency proceeding, administration, receivership, conservatorship, liquidation or similar proceeding (and is not a Debtor in these chapter 11 cases), please provide the proof of claim and any attachments thereto filed against such Obligor or describe the claim against such Obligor if a proof of claim has not yet been filed. | Our understanding is that no procedures have yet been established for substantiation of claims in Obligor's bankruptcy proceeding. Attached are the Notices of Claim provided by the Fund to the Administrator and Trustee. The Notice to the Bankruptcy Trustee is in the form requested by the Trustee. |

| Documents |
|---|
| Attachment q 2.pdf |

List the agreement(s) under which your claim arises against the Obligor and, unless you have uploaded information in compliance with question 4a of the Derivative Questionnaire, provide documentation evidencing your claim and supporting the calculation of the claim amount.

| Documents |
|---|
| DJAIGTR_06 23 08_52521X9AB.pdf |
| DJAIGTR_12 20 07_52519VAW6.pdf |
| Sale confirm.pdf |

| | |
|---|---|
| Amount of claim against Obligor | $36,439,975.00 |
| Name of Debtor that guarantees the payment/obligations of the Obligor against which you have a direct claim (the "Guarantor"): | Lehman Brothers Holdings Inc. (08-13555) |
| Please upload the specific promise, representation and/or agreement(s) (including any corporate resolutions) under which your claim arises against the Guarantor and describe the obligations/performance that is guaranteed. If you do not have possession of such document, please upload a written explanation of such guarantee in reasonable detail. You do not need to comply with this question if you have uploaded information in compliance with question 4a of the Derivative Questionnaire. | |

| Documents |
|---|
| DJAIGTR_06 23 08_52521X9AB.pdf |
| DJAIGTR_12 20 07_52519VAW6.pdf |

| | |
|---|---|
| Please upload the specific promise, representation and/or agreement(s) (including any corporate resolutions) under which your claim arises against the Guarantor and describe the obligations/performance that is guaranteed. If you do not have possession of such document, please upload a written explanation of such guarantee in reasonable detail. You | As noted in the term sheets, LBHI is the guarantor for both structured notes. |

do not need to comply with this question and have provided information in compliance with question 4a of the Derivative Questionnaire.

| Documents |
|---|
| DJAIGTR_06 23 08_52521X9AB.pdf |
| DJAIGTR_12 20 07_52519VAW6.pdf |

Amount of claim against the Guarantor                                             $36,439,975.00