**Deutsche Asset Management**
A Member of the Deutsche Bank Group

Deutsche Investment Management Americas Inc.
345 Park Avenue
New York, NY 10154-0010

Tel 212 454 6260

www.deam-us.db.com

### Request for Payment of Proceeds of Structured Notes Issued by Lehman Brothers Treasury Co. B.V.

**$34.3 million of the Floating Rate Index Linked Redemption Amount Notes due June 2009 linked to the Dow Jones-AIG Commodity Total Return Index,**
**$12.7 million of the Floating Rate Index Linked Redemption Amount Notes due October 2008 linked to the S&P GSCI Total Return Index**
**$10.55 million of the Floating Rate Index Linked Redemption Notes due February 2009 linked to the Dow Jones-AIG Commodity Total Return Index**

To: Lehman Brothers Treasury Co. B.V.
c/o Lehman Brothers Holdings, Inc.
Attn: Treasurer
745 Seventh Avenue
New York, NY 10019

We understand that pursuant to e-mail instructions given by us to your agent, Lehman Brothers, Inc., on September 11, 2008, you redeemed the entire principal amount of each note listed below: (1) $34.3 million of the Floating Rate Index Linked Redemption Amount Notes due June 2009 linked to the Dow Jones-AIG Commodity Total Return Index (the "DJ 2009 Notes"), (2) $12.7 million of the Floating Rate Index Linked Redemption Amount Notes due October 2008 linked to the S&P GSCI Total Return Index (the "GSCI Notes") and (3) $10.55 million of the Floating Rate Index Linked Redemption Amount Notes due February 2009 linked to the Dow Jones-AIG Commodity Total Return Index (the "DJ 144A 2009 Notes" and, together with the DJ 2009 Notes and the GSCI Notes, the "Notes"). In accordance with your electronic confirmation issued to us on September 11, 2008, we understand that you accepted our redemption request with respect to each of the Notes (collectively, the "Trades"). Please note that, prior to redemption, the Notes had been held by: the Commonwealth of Pennsylvania, Public School Employees' Retirement Board ("PSERS"), which owned the DJ 2009 Notes and the DJ 144A 2009 Notes, and the DWS Institutional Funds, on behalf of DWS Commodity Series ("DWS Commodity Series"), which owned the GSCI Notes.

We request that you settle the Trades promptly by wiring the redemption proceeds in full into the accounts specified below. Settlement instructions are as follows:

Deutsche Asset Management is the marketing name in the US for the asset management activities of Deutsche Bank AG, Deutsche Bank Trust Company Americas, Deutsche Bank Securities, Inc., Deutsche Asset Management Inc., Deutsche Asset Management Investment Services Ltd., Deutsche Investment Management (Americas) Inc. and Scudder Trust Company.

**Deutsche Asset Management** 

A Member of the Deutsche Bank Group

1. DJ 2009 Notes (Cusip: 52521XAB4, Notional: $34.3 mm) - Deliver to your DTC 074 from ***Mellon DTC -954*** VD:09/15, 03007FI - please MAKE payment of $ 26,085,150 mm.

2. GSCI Notes (Cusip: 52519VAR7 Notional: $12.7 mm)- Deliver to your DTC 074 from ***BBH DTC -10*** VD:09/15, 02550FI - please MAKE payment of $ 14,373,860 mm.

3. DJ 144A 2009 Notes (Cusip: 52519VAW6, Notional: $10.55 mm)- Deliver to your DTC 074 from ***Mellon DTC -954*** VD:09/15, 03007FI - please MAKE payment of $10,354,825 mm.

In the event that the Trades have not yet been completed, we hereby give you notice that we are exercising our right to redeem the Notes in full as described in the Term Sheet for each of the Notes (each, a "Term Sheet"). We have attached the Put Option Notices as defined each Note's Term Sheet and copied the Fiscal Agent for the Notes. We understand that the issuer of the Notes, Lehman Brothers Treasury Co. B.V., has not filed for bankruptcy and therefore, should forward the proceeds from the original Trades or pursuant to the attached Put Option Notices, as applicable.

Should you have any questions, please feel free to contact Thomas Tomchak at 212-454-6325 and Theresa Gusman at 970-922-0332.

Very truly yours,

Deutsche Investment Management Americas Inc., as agent
for PSERS and DWS Commodity Series, and not in
its individual capacity

Date: September 19, 2008

cc:    Lehman Brothers Treasury Co. B.V.
       Attn: L. Kho
       Atrium, Strawinskylann 3105, 1077 2X
       Amsterdam, The Netherlands

Deutsche Asset Management is the marketing name in the US for the asset management activities of Deutsche Bank AG, Deutsche Bank Trust Company Americas, Deutsche Bank Securities Inc., Deutsche Asset Management Inc., Deutsche Asset Management Investment Services Ltd., Deutsche Investment Management America Inc. and Scudder Trust Company.

**Deutsche Asset Management** 
A Member of the Deutsche Bank Group

Lehman Brothers Treasury Co. B.V.
Attn: Rumoldus de Schutter, Director
Atrium, Strawinskylann 3105, 1077 2X
Amsterdam, The Netherlands

Lehman Brothers Treasury Co. B.V.
Attn: Wolbert Kamphuijs, Director
Atrium, Strawinskylann 3105, 1077 2X
Amsterdam, The Netherlands

The Bank of New York
Attn: Fiscal Agent for Lehman Brothers Treasury Co. B.V.
One Canada Square
London EI4 5AL

Miki Herrick, Esq.
Lehman Brothers Inc.
745 Seventh Avenue
New York, NY  10019

Allyson Carine
Lehman Brothers Inc.
Transaction Management Group
1271 Ave of Americas, 43rd floor
New York, NY 10019

Deutsche Asset Management is the marketing name in the US for the asset management activities of Deutsche Bank AG,
Deutsche Bank Trust Company Americas, Deutsche Bank Securities Inc., Deutsche Asset Management Inc., Deutsche Asset
Management Investment Services Ltd., Deutsche Investment Management America Inc. and Scudder Trust Company.

**Thomas Tomchak/db/dbcom**

Toinfo.lbtreasurybv@houthoff.com

10/08/2008 04:30 PM

ccThomas Connors/db/dbcom@DBAmericas, Igor Abramov/db/dbcom@DBAmericas

SubjectClaim for Notes issued by Lehman Brothers Treasury Co. B.V. -- (i) $34.3 million Notes (Cusip: 52521XAB4); (ii) $12.7 million Notes (Cusip: 52519VAR7) and (iii) $10.55 million Notes (Cusip: 52519VAW6)

In connection with the above-referenced claim, we submit the following details:

*a. Name, postal address and e-mail of the beneficial owner of the notes;*

(i) $34.3 Million of Floating Rate Index Linked Redemption Amount Notes due June 2009 linked to the Dow Jones-AIG Commodity Total Return Index (Cusip 52521XAB4) – Redemption Proceeds Owed -- $26,085,150

> **The Commonwealth of Pennsylvania, Public School Employees' Retirement Board**
> **c/o Deutsche Investment Management Americas Inc., as agent**
> **345 Park Avenue, 25th Floor**
> **New York, NY 10154**
> **Attention: Thomas J. Tomchak**
> **Director, Active Equity Middle Office and Business Management**
> **email: thomas.tomchak@db.com**

(ii) $12.7 Million of Floating Rate Index Linked Redemption Amount Notes due October 2008 linked to the S&P GSCI Total Return Index (Cusip 52519VAR7) - Redemption Proceeds Owed -- $14,373,860

> **DWS Institutional Funds, on behalf of DWS Commodity Securities Fund**
> **c/o Deutsche Investment Management Americas Inc., as agent**
> **345 Park Avenue, 25th Floor**
> **New York, NY 10154**
> **Attention: Thomas J. Tomchak**

**Director, Active Equity Middle Office and Business Management**
> **email: thomas.tomchak@db.com**

(iii) $10.55 Million of Floating Rate Index Linked Redemption Amount Notes due February 2009 linked to the Dow Jones-AIG Commodity Total Return Index (Cusip 52519VAW6) - Redemption Proceeds Owed -- $10,354,825

> **The Commonwealth of Pennsylvania, Public School Employees' Retirement Board**
> **c/o Deutsche Investment Management Americas Inc., as agent**
> **345 Park Avenue, 25th Floor**
> **New York, NY 10154**
> **Attention: Thomas J. Tomchak**

**Director, Active Equity Middle Office and Business Management**

email: thomas.tomchak@db.com

*b. Details of the note issue and the related issue program.*

(i) $34.3 Million of Floating Rate Index Linked Redemption Amount Notes due June 2009 linked to the Dow Jones-AIG Commodity Total Return Index (Cusip 52521XAB4; ISINUS52521XAB47), issued under a Final Term sheet dated 30 June 2008, through Lehman Brothers Inc., 745 Seventh Avenue, New York, NY 10019 USA, as permitted by Rule 144A under the U.S. Securities Act of 1933 and a Based Prospectus, dated July 24, 2007, for a U.S. $100,000,000,000 Euro Medium-Term Note Program, of Lehman Brothers Holdings Inc., Lehman Brothers Treasury Co. B.V. and Lehman Brothers Bankhaus AG, unconditionally and irrevocably guaranteed by Lehman Brothers Holdings Inc., Naming as Arranger and Dealer, Lehman Brothers.

(ii) $12.7 Million of Floating Rate Index Linked Redemption Amount Notes due October 2008 linked to the S&P GSCI Total Return Index (Cusip 52519VAR7; ISIN US52519VAR78), issued under a Final Term sheet dated 19 October 2007, through Lehman Brothers Inc., 745 Seventh Avenue, New York, NY 10019 USA, as permitted by Rule 144A under the U.S. Securities Act of 1933 and a Based Prospectus, dated July 24, 2007, for a U.S. $100,000,000,000 Euro Medium-Term Note Program, of Lehman Brothers Holdings Inc., Lehman Brothers Treasury Co. B.V. and Lehman Brothers Bankhaus AG, unconditionally and irrevocably guaranteed by Lehman Brothers Holdings Inc., Naming as Arranger and Dealer, Lehman Brothers.

(iii) $10.55 Million of Floating Rate Index Linked Redemption Amount Notes due February 2009 linked to the Dow Jones-AIG Commodity Total Return Index (Cusip 52519VAW6; ISIN U.S. 52519VAW63) issued under a Final Term sheet dated 2 January, 2008, through Lehman Brothers Inc., 745 Seventh Avenue, New York, NY 10019 USA, as permitted by Rule 144A under the U.S. Securities Act of 1933 and a Based Prospectus, dated July 24, 2007, for a U.S. $100,000,000,000 Euro Medium-Term Note Program, of Lehman Brothers Holdings Inc., Lehman Brothers Treasury Co. B.V. and Lehman Brothers Bankhaus AG, unconditionally and irrevocably guaranteed by Lehman Brothers Holdings Inc., Naming as Arranger and Dealer, Lehman Brothers.

*c. The security (ISIN) code of the note;*

(i) ISINUS52521XAB47

(ii) ISIN US52519VAR78

(iii) ISIN U.S. 52519VAW63

*d. The broker, agent or bank who acted in the purchase of the notes;*

For all three, Lehman Brothers Inc., 745 Seventh Avenue, New York, NY 10019 USA.

*e. The principal amount outstanding under the notes.*

(i) ISINUS52521XAB47 - $34.3 Million

(ii) ISIN US52519VAR78 - $12.7 Million

(iii) ISIN U.S. 52519VAW63 - $10.55 Million

*f. Other –*

On September 10, 2008, Deutsche Asset Management tendered each of the Notes for redemption. On September 11, 2008, 2:29 PM, Suman Sushant, of Deutsche Asset Management, sent an email to Jacob Bliberg, of Lehman Brothers Inc. confirming the redemption as of

September 9, 2008 with the following delivery information:

Cusip: 52519VAW6 Notional: $10.55mm.; 03007FI – please deliver the payment of $10,354,825 mm to Mellon Ref A/c – CPAFGE366X2 to ***Mellon DTC-954*** pm VD:9/15, and in return receive notes from mellon

Cusip: 52519VAR7 Notional: $12.7mm.; 03007FI – please deliver the payment of $14,373,860mm to Mellon Ref A/c-CPAFGE366X2 to ***Mellon DTC-954*** pm VD:9/15, and in return receive notes from mellon

Cusip: 52521XAB4 Notional: $34.3mm.; 02550FI – please deliver the payment of $26,085,150mm to Mellon Ref A/c-CPAFGE366X2 to ***Mellon DTC-954*** pm VD:9/15, and in return receive notes from mellon

This email was confirmed the same day by an email from Jacob Bliber, Commodities Derivatives, Lehman Brothers Inc., 745 7th Avenue, 16th floor, New York, NY 10019, Tel: 212-536-7120; Fax: 646-834-4615 stating "We confirm details. You will be delivering the shares delivery versus payment to Lehman, DTC 074, and we will release the cash amount to the account listed below, CPAFGE366X2 – DTC 954."

Deutsche Asset Management and the beneficial owners have not received the proceeds for the Notes notwithstanding that they tendered the Notes for redemption twice – once on September 15, 2008 and once on September ___, 2008.

Should you have any questions on this, please contact either of the following representatives of Deutsche Asset Management:

Thomas J. Tomchak
Director, Active Equity Middle Office and Business Management
Deutsche Asset Management
345 Park Avenue, 25th Floor
New York, NY 10154
Phone: 212 454-6325
Mobile: 917-841-4314
email: thomas.tomchak@db.com

Thomas H. Connors
Director, Legal Department
Deutsche Asset Management/DWS Funds
One Beacon Street, 14th Floor
Boston, NA 02108-3106
Phone: 617 295-3357
Fax: 617 295-4326
email: thomas.connors@db.com

Igor Abramov
Vice President & Counsel
Deutsche Asset Management
280 Park Avenue, NYCO3-0620
New York, New York 10017
Tel: (212) 454-3794

Fax: (646) 257-3317
E-mail: igor.abramov@db.com

We would appreciate your emailing updates to us at the following addresses, which include addresses for our U.S. and Dutch counsel:

thomas.tomchak@db.com
thomas.connors@db.com
frans.haak@steklaw.com
gbullitt@morganlewis.com
igor.abramov@db.com

cc: Houthoff Buruma N.V.
Attn: Messrs. F. Verhoeven and M.F. Horck
P.O. Box 75505
NL-1070 AM Amsterdam
The Netherlands

Thanks,

Thomas J. Tomchak
Director, Active Equity Middle Office and Business Management
Deutsche Asset Management
345 Park Avenue 25th Floor
New York, New York 10154
Phone: 212 454-6325
Mobile: 917 841-4314

Administrative Assistant: Melissa Jauss 212-454-7223