1111111111111114409/24/200809/24/200809:44:31 AM    Fw: 3 Sell Structured Notes - TD - 9/10/08 (Lehman)



DeepakDhananjay
Patel/db/dbcom
09/24/2008 08:43 AM

To   Rabuan-Trevor Devadesen/db/dbcom@DBAmericas
cc
bcc
Subject   Fw: 3 Sell Structured Notes - TD - 9/10/08 (Lehman)





"Bilberg, Jacob"
<jacob.bilberg@lehman.com>
09/15/2008 12:14 PM

To   Tanveer-K Inamdar/db/dbcom@DBAmericas
cc   DeepakDhananjay Patel/db/dbcom@DBAmericas,
     <Dina.Spirou@lehman.com>, Naveen-C
     N/db/dbcom@DBAmericas, "Kurovskaya, Olga"
     <olga.kurovskaya@lehman.com>, Raj-K
     Singh/db/dbcom@DBAmericas, Sakshi
     Kochar/db/dbcom@DBAmericas, "Gupta, Shikha"
     <Shikha.Gupta@lehman.com>, Sushant
     Suman/db/dbcom@DBAmericas, <ts@list.db.com>
Subject   RE: 3 Sell Structured Notes - TD - 9/10/08 (Lehman)

Hi,

Unfortunately, I have been notified that until further notice we will not be settling trades via DTC I do not know when the status will change, but I will keep you updated as soon as I find out

Please feel free to contact me with any questions

Regards,
Jacob

Jacob Bilberg | Commodities Derivatives
LEHMAN BROTHERS | jbliberg@lehman.com
745 7th Ave., 16th Floor, New York, NY 10019
Tel: 212.526.7120 | Fax: 646-834-4615

From: Tanveer-K Inamdar [mailto:tanveer-k.inamdar@db.com]
Sent: Monday, September 15, 2008 10:45 AM
To: Bilberg, Jacob
Cc: DeepakDhananjay Patel; Dina.Spirou@lehman.com; Naveen-C N; Kurovskaya, Olga; Raj-K Singh; Sakshi Kochar; Gupta, Shikha; Sushant Suman; ts@list.db.com
Subject: RE: 3 Sell Structured Notes - TD - 9/10/08 (Lehman)

2222222222222224409/24/200809/24/200809:44:31 AM    Fw: 3 Sell Structured Notes - TD - 9/10/08 (Lehman)

HI Jacob,

The below Structured note is settling today. Please Inform if everything is well for settlement.

Do confirm once the paymeny is made.

Thanks,



"Bilberg, Jacob"
<jacob.bilberg@lehm
an.com>

09/11/2008 02:39 PM

To Sushant Suman/db/dbcom@DBAmericas

cc "Kurovskaya, Olga" <olga.kurovskaya@lehman.com>, "Gupta, Shikha" <Shikha.Gupta@lehman.com>, <ts@list.db.com>, <Dina.Spirou@lehman.com>, Sakshi Kocher/db/dbcom@DBAmericas, DeepakDhananjay Patel/db/dbcom@DBAmericas, Naveen-C N/db/dbcom@DBAmericas, Raj-K Singh/db/dbcom@DBAmericas, Tanveer-K Inamdar/db/dbcom@DBAmericas, <ts@list.db.com>

Subject RE: 3 Sell Structured Notes - TD - 9/10/08 (Lehman)


Hi,

We confirm details. You will be delivering the shares delivery versus payment to Lehman, DTC074, and we will release the cash amount to the account listed below, CPAFGB66X2 - DTC 954.

Thanks,
Jacob

Jacob Bilberg | Commodities Derivatives
LEHMAN BROTHERS | jbliberg@lehman.com
745 7th Ave., 16th Floor, New York, NY 10019
Tel: 212.526.7130 | Fax: 646-834-4615


From: Sushant Suman [mailto:sushant.suman@db.com]
Sent: Thursday, September 11, 2008 2:29 PM
To: Bilberg, Jacob

3333333333333334409/24/200809/24/200809:44:31 AM    Fw: 3 Sell Structured Notes - TD - 9/10/08 (Lehman)

Cc: Kurovskaya, Olga; Gupta, Shikha; ts@list.db.com; Dina.Spirou@lehman.com; Sakshi Kochar; DeepakDhananjay Patel; Naveen-C N; Raj-K Singh; Tanveer-K Inamdar; ts@list.db.com
Subject: 3 Sell Structured Notes - TD - 9/10/08 (Lehman)


Hi Jacob,

DB Sell 3 Note to Lehman on TD- 9/10 . Please confirm the below trade details & the settlement date

Cusip : 52519VAW6 Notional: *$10.55mm.*
03007FI - please deliver the payment of $ 10,354,825 mm to Mellon Ref A/c - CPAFGE366X2 to ***Mellon DTC -954*** on VD:09/15, and in return receive notes from mellon

Cusip : 52519VAR7 Notional: *$12.7mm.*
03007FI - please deliver the payment of $ 14,373,860mm to Mellon Ref A/c - CPAFGE366X2 to ***Mellon DTC - 954*** on VD:09/15, and in return receive notes from mellon

Cusip : 52521XAB4 Notional: *$34.3mm.*
02550FI - please deliver the payment of $ 26,085,150mm to Mellon Ref A/c - CPAFGE366X2 to ***Mellon DTC -954*** on VD:09/15, and in return receive notes from mellon

Also please confirm your DTC no.

Regards,



--
This e-mail may contain confidential and/or privileged information. If you are not the intended recipient (or have received this e-mail in error) please notify the sender immediately and destroy this e-mail. Any unauthorized copying, disclosure or distribution of the material in this e-mail is strictly forbidden.
------------------------------------------------- This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Lehman Brothers. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to

4444444444444444409/24/200809/24/200809:44:31 AM   Fw: 3 Sell Structured Notes - TD - 9/10/08 (Lehman)

change without notice. -------- IRS Circular 230 Disclosure: Please be advised that any discussion of U.S. tax matters contained within this communication (including any attachments) is not intended or written to be used and cannot be used for the purpose of (i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This e-mail may contain confidential and/or privileged information. If you are not the intended recipient (or have received this e-mail in error) please notify the sender immediately and destroy this e-mail. Any unauthorized copying, disclosure or distribution of the material in this e-mail is strictly forbidden.

-------------------------------------------- This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Lehman Brothers. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice. -------- IRS Circular 230 Disclosure: Please be advised that any discussion of U.S. tax matters contained within this communication (including any attachments) is not intended or written to be used and cannot be used for the purpose of (i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

** TOTAL PAGE.24 **