| *United States Bankruptcy Court/Southern District of New York* | **LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM** |
|---|---|

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re:
Lehman Brothers Holdings Inc., et al.,
Debtors. | Chapter 11
Case No. 08-13555 (JMP)
(Jointly Administered) | |

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

THIS SPACE IS FOR COURT USE ONLY

---

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Pennsylvania Public School Employees' Retirement System
c/o Alan Van Noord, CFA, Chief Investment Officer and
Jeffrey B. Clay, Executive Director
P.O. Box 125, Harrisburg, PA 17108-0125

Telephone number: 7177204702    Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:_____**
(*If known*)

Filed on: _____

---

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Telephone number:                    Email Address:

---

1.  Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $ 36,439,975.00** (Required)

☒ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2.  Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.    See attached Appendix

**International Securities Identification Number (ISIN): _____** (Required)

3.  Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**
    See attached Appendix        (Required)

4.  Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**
See attached Appendix            (Required)

---

5.  **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

FOR COURT USE ONLY

| Date.

1/7/10 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.  *[signature]* Jeffrey Clay Ex. Director |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## Appendix to Proof of Claim

Pennsylvania Public School Employees Retirement System ("PSERS") hereby files this Proof of Claim (the "Claim") against Lehman Brothers Holdings, Inc. ("LBHI").

| ISIN | Blocking Number | Account Number | Face Amount | Claim Amount |
|------|-----------------|----------------|-------------|--------------|
| US52521XAB47 | Unknown | Unknown | $34,300,000 | $26,085,150 |
| US52519VAW63 | Unknown | Unknown | $10,550,000 | $10,354,825 |

This Claim is based on LBHI's guarantee of the Program Securities issued by Lehman Brothers Treasury Co. B.V. and Lehman Brothers Bankhaus AG.

On or about September 11, 2008, Deutsche Bank Asset Management Advisors ("DB Advisors") tendered each of the above listed notes (the "Notes") for redemption. When DB Advisors tendered the Notes for redemption, it requested that the payment be delivered to Mellon Ref A/c-CPAFGE366X2, DTC-954; Lehman Brothers confirmed that the shares should be delivered to DTC 074.

On the date of the attempted redemption, the market value of the Notes was $10,354,825 for Cusip 52519VAW6 and $26,085,150 for Cusip 52521XAB4. On or about September 11, 2008, Lehman Brothers Inc. accepted the redemption request and confirmed the details of the redemption. On or about September 19, 2008, DB Advisors requested that Lehman Brothers Treasury Co. B.V. settle the redemption request with respect to each of the Notes. However, neither Deutsche Advisors nor PSERS, the beneficial owners, have received the proceeds for the Notes.

The documents evidencing this Claim are attached hereto.

The filing of this Proof of Claim is not intended to, nor should it be construed as (a) an election of remedies; (b) a waiver of any past, present or future default or event of default; (c) a

waiver or limitation of PSERS's rights or defenses; or (d) a waiver of PSERS's claims against the Debtors or any of the Debtors' subsidiaries or affiliates.

This Claim is filed to protect PSERS from forfeiture of claims by reason of the bar date established in these chapter 11 proceedings. PSERS reserves its right to amend and/or supplement this Claim for the purposes and to the extent permitted by applicable law.

DM3\1243799.1