**RUSSIN, VECCHI, BERG & BERNSTEIN LLP**
Attorneys for Dresdner Kleinwort Group Holdings LLC
380 Lexington Avenue, Suite 1518
New York, New York 10168
(212) 490-6644
J. Frederick Berg, Jr. (JB 3052)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                             :
In re:                                                       :
                                                             :   Chapter 11
**LEHMAN BROTHERS HOLDINGS INC.**                            :   Case No. 08-13555-JMP
                                                             :
                              Debtor.                        :
                                                             :
------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF APPEARANCE AND
### REQUEST FOR REMOVAL FROM ECF SERVICE

**PLEASE TAKE NOTICE** that the undersigned hereby withdraws its appearance in this case on behalf of Claimant DRESDNER KLEINWORT GROUP HOLDINGS LLC, and requests that the undersigned be removed from the ECF and any other service list in this case.

Dated: New York, New York
       January 7, 2010

                                    RUSSIN, VECCHI, BERG & BERNSTEIN LLP
                                    Attorneys for Dresdner Kleinwort Group Holdings LLC
                                    380 Lexington Avenue, Suite 1518
                                    New York, New York 10168
                                    (212) 490-6644

                                    By _____
                                       J. Frederick Berg, Jr. (JB 3052)