UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re                                                           :   Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                        :   08-13555 (JMP)
                                                                :
                                Debtors.                        :   (Jointly Administered)
                                                                :
                                                                :
---------------------------------------------------------------x

### AFFIDAVIT AND DISCLOSURE STATEMENT OF PHILIP R. WEST,

### ON BEHALF OF STEPTOE & JOHNSON LLP

DISTRICT OF COLUMBIA    )
                        ) ss:
                        )

Philip R. West, being duly sworn, upon his oath, deposes and says:

1. I am a Partner of Steptoe & Johnson LLP, located at 1330 Connecticut Avenue, NW, Washington, DC (the "Firm").

2. Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide to the Debtors tax advice, consultation, and representation regarding net operating loss and foreign tax credit utilization and preservation, and other matters related thereto as requested, and the Firm has consented to provide such services.

3. I submit this Affidavit in accordance with the procedures set forth in the order entered November 5, 2008 authorizing the Debtors to employ professionals utilized in the ordinary course of business [Docket No. 1394] in connection with the Firm's engagement with

the Debtors, pursuant to sections 105(a), 327(a), 328, 330 and 504 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.*

4.  The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. Except as immediately set forth below, the Firm does not perform services for any such person in connection with these chapter 11 cases, and the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates. None of the representations set forth below are adverse with respect to the matters for which the Firm has been retained to represent the Debtors.

5.  The Firm does represent True Friend 4th Securitization Specialty Co., Ltd. as a creditor of Lehman Brothers Inc. and affiliated debtor and non-debtor entities, with respect to that certain Credit Linked Note issued by Lehman Brothers Treasury, Co. B.V. pursuant to that certain Lehman Brothers Holdings Inc. USD $100,000,000,000 Euro Medium Term-Note Program, which credit linked note is unconditionally and irrevocably guaranteed by Lehman Brothers Holdings Inc. True Friend 4th Securitization Specialty Co., Ltd. has filed a proof of claim in this bankruptcy case against Lehman Brothers Holdings Inc. in the aggregate amount of at least USD $318,640,468.00.

6.  In addition, the Firm represents, has represented, and may in the future represent Chartis (formerly known as AIG) and related or affiliated insurance companies with

respect to Secured Creditor Impaired Property Policies in which Lehman may be an insured or otherwise interested in the matter.

7. In addition, the Firm represents Idaho Power with respect to a derivative claim it has against the Debtors.

8. In addition, the Firm represents Next Student with respect to a potential claim against Campus Door, Inc., a subsidiary of Lehman Brothers Bank FSB, which is a Lehman entity that is not a Debtor.

9. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

10. Further, except as set forth above, neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

11. The Debtors owe the Firm $0 for prepetition services.

12. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.[1]

City of Washington, District of Columbia

By: _____

Subscribed and sworn to before me
this ___ day of _____, 2010

_____
Notary Public    JoAnn Wieczorek, Notary Public

---

[1] If necessary.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (JMP)
                                                                 :
                                  Debtors.                       :    (Jointly Administered)
                                                                 :
                                                                 :
-----------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

    Weil, Gotshal & Manges LLP
    767 Fifth Avenue
    New York, New York 10153
    Attn:   Jennifer Sapp
             Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

    Steptoe & Johnson LLP
    1330 Connecticut Avenue, NW
    Washington, DC 20036-1795

2. Date of retention:    12/10/2009

3. Type of services provided (accounting, legal, etc.):

    Legal.

4. Brief description of services to be provided:

   Tax advice, consultation, and representation regarding net operating loss and foreign tax credit utilization and preservation, and other matters related thereto as requested.

5. Arrangements for compensation (hourly, contingent, etc.)

   Hourly.

   (a) Average hourly rate (if applicable):

   $1,090/hour

   (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

   N/A

6. Prepetition claims against the Debtors held by the firm:

   Amount of claim:    None

   Date claim arose:   N/A

   Source of Claim:    N/A

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: None

   Status: N/A

   Amount of Claim:  $ N/A

   Date claim arose: N/A

   Source of claim: N/A

8. Stock of the Debtors currently held by the firm:

   Kind of shares: None

   No. of shares: N/A

9. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

   Name:   Pantelis Michalopoulos

   Status: Stock is currently owned

   Kind of shares:  Common

   No. of shares:   6,420

10. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

    The Firm represents True Friend 4th Securitization Specialty Co., Ltd. as a creditor of Lehman Brothers Inc. and affiliated debtor and non-debtor entities, with respect to that certain Credit Linked Note issued by Lehman Brothers Treasury, Co. B.V. pursuant to that certain Lehman Brothers Holdings Inc.USD $100,000,000,000 Euro Medium Term-Note Program, which credit linked note is unconditionally and irrevocably guaranteed by Lehman Brothers Holdings Inc. True Friend 4th Securitization Specialty Co., Ltd. has filed a proof of claim in this bankruptcy case against Lehman Brothers Holdings Inc. in the aggregate amount of at least USD $318,640,468.00.

    In addition, the Firm represents, has represented, and may in the future represent Chartis (formerly known as AIG) and related or affiliated insurance companies with respect to Secured Creditor Impaired Property Policies in which Lehman may be an insured or otherwise interested in the matter.

    In addition, the Firm represents Idaho Power with respect to a derivative claim it has against the Debtors.

    In addition, the Firm represents Next Student with respect to a potential claim against Campus Door, Inc., a subsidiary of Lehman Brothers Bank FSB, which is a Lehman entity that is not a Debtor.

    None of the representations set forth above are adverse with respect to the matters for which the Firm has been retained to represent the Debtors.

11. Name of individual completing this form:

    Philip R.West