Hearing Date and Time: January 13, 2010 at 10:00 a.m.<br>
Objection Date and Time: January 4, 2010 at 4:00 p.m.

CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois 60603
Telephone: (312) 845-3000
Facsimile: (312) 701-2361
James E. Spiotto (admitted pro hac vice)
Ann E. Acker (admitted pro hac vice)
Franklin H. Top, III (admitted pro hac vice)

-and-

CHAPMAN AND CUTLER LLP
330 Madison Avenue, 34th Floor
New York, New York 10017-5010
Telephone: (212) 655-6000
Craig M. Price

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE | CHAPTER 11 CASE NO. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., ET AL., | |
| Debtors. | (Jointly Administered) |

**WITHDRAWAL OF LIMITED OBJECTION OF U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE TO THE DEBTORS' MOTION PURSUANT TO SECTIONS 105 AND 363 OF THE BANKRUPTCY CODE AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 FOR AUTHORIZATION AND APPROVAL OF A SETTLEMENT AGREEMENT WITH THE INSOLVENCY ADMINISTRATOR OF LEHMAN BROTHERS BANKHAUS AG (IN INSOLVENZ)**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

2746502.01.01.B.doc

NOW COMES U.S. Bank National Association, not individually but as Trustee to withdraw its limited objection to the Motion of the Debtors Pursuant to Sections 105 and 363 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9019 For Authorization and Approval of a Settlement Agreement with the Insolvency Administrator of Lehman Brothers Bankhaus AG (In Insolvenz). In connection with its withdrawal, U.S. Bank states as follows:

Upon further discussion with the Debtors, and upon some due diligence in connection with certain loans or participations held by various Trusts, it appears that the rights of the Trusts with respect to the loans or participations that are a part of the transaction are being appropriately preserved.

As a result, U.S. Bank withdraws its limited objection.

Dated: January 8, 2010

Respectfully submitted,

U.S. Bank National Association, not individually but as Trustee

By: _____/s/ Ann Acker_____
       One of Its Attorneys

James E. Spiotto
Ann Acker
Franklin H. Top, III
Chapman and Cutler LLP
111 West Monroe Street
Chicago, Illinois 60603
(312) 845-3000

Craig M. Price
Chapman and Cutler LLP
330 Madison Avenue, 34th Floor
New York, New York 10017-5010
(212) 655-6000