## CERTIFICATE OF SERVICE

I, Ann Acker, an attorney, hereby certify that on the 8th day of January 2010, I caused a true and correct copy of the foregoing **Withdrawal of Limited Objection of U.S. Bank National Association as Trustee to the Debtors' Motion Pursuant to Sections 105 and 363 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9019 for Authorization and Approval of a Settlement Agreement with the Insolvency Administrator of Lehman Brothers Bankhaus AG (In Insolvenz)**, to be served electronically through the Court's ECF System on parties requesting electronic service and by U.S. Mail, First Class, Postage Prepaid, on the parties shown below.

Honorable James M. Peck
United States Bankruptcy Court for the
    Southern District of New York
Courtroom 601
One Bowling Green
New York, NY 10004

Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.
Harvey R. Miller
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Andy Velez-Rivera
Paul Schwartzberg
Brian Masumoto
Linda Riffkin
Tracy Hope Davis
Office of the United States Trustee for the
    Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Luc A. Despins
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Lindsee P. Granfield, Esq.
Lisa Schweiger, Esq.
Cleary Gotliebb LLP
One Liberty Plaza
New York, NY 10006

Robinson B. Lacy, Esq.
Hydee R. Feldstein, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

Bradford M. Berry
Office of General Counsel Commodity
Futures Trading Commission
1155 21st Street, NW
Washington, DC 20581

Chicago Mercantile Exchange
20 South Wacker Drive
Chicago, IL 20581

James Kobak
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Ronald J. Silverman
Bingham McCutchen, LLP
399 Park Avenue
New York, NY 10022-4689

Kenneth J. Caputo
805 Fifteenth Street, NW
Washington DC 20005-2207

Epiq Bankruptcy Solutions, LLC
Claims Agent
(f/k/a Bankruptcy Services LLC)
757 Third Avenue, 3rd Floor
New York, NY 10017

George A. Davis
Cadwalader,Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Eric H. Horn
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 0068

Alan E. Marder
Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
PO Box 9194
Garden City, NY 11530

James Shenwick
Shenwick & Associates
655 Third Avenue
20th Floor
New York, NY 10017

Scott Talmadge
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022

Lehman Brothers Holdings Inc.
745 Seventh Avenue
New York, NY 10019

Paul Arozon
Milbank, Tweed, Hadley & McCloy
601 S. Figueroa Street, 30th Floor
Los Angeles, CA 90017

Security and Exchange Commission
Attention: Bankruptcy Department
7 World Trade Center, 13th Floor
New York, NY 10007

Internal Revenue Service
Attention: Bankruptcy Department
120 Church Street, 3rd Floor
New York, NY 10008

United States Attorney
One St. Andrew's Plaza
New York, NY 10007

/s/ Ann Acker
_____
Ann Acker