**Objection Deadline: January 6, 2010 at 4:00 p.m. (Prevailing Eastern Time)**[1]
**Hearing Date and Time: January 13, 2010 at 10:00 a.m. (Prevailing Eastern Time)**

David Neier, Esq.
Steven M. Schwartz, Esq.
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

*Counsel to Federal National Mortgage Association*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                                                       Chapter 11 Case No.
                                                                                    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,

                           Debtors.                              (Jointly Administered)
-------------------------------------------------------------x

**JOINDER OF FEDERAL NATIONAL MORTGAGE ASSOCIATION
TO THE OBJECTION OF SOCIETE GENERALE AND CANADIAN IMPERIAL
BANK OF COMMERCE TO DEBTORS' MOTION PURSUANT TO SECTION 105(a)
OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 3007 AND 9019(b)
FOR APPROVAL OF (I) CLAIM OBJECTION PROCEDURES AND (II)
<u>SETTLEMENT PROCEDURES</u>**

      Federal National Mortgage Association ("Fannie Mae"), by and through its undersigned counsel, hereby joins in the Objection Of Sociéte Générale and Canadian Imperial Bank of Commerce to the Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 3007 and 9019(b) for Approval of (i) Claim Objection Procedures and (ii) Settlement Procedures (the "Objection"), dated January 5, 2010, and incorporates the objections raised in paragraphs 14 and 15 thereof by reference as if set forth fully herein, and respectfully represents as follows:

---

[1] Although the original deadline to submit objections was January 6, 2010, at 4:00 p.m., the Debtors consented to extend Fannie Mae's deadline to January 8, 2010.

1. Fannie Mae is a creditor of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-captioned cases. Fannie Mae has filed proofs of claim against LBHI and Lehman Brothers Special Financing, Inc.

2. Fannie Mae reserves all rights and nothing herein shall be construed as an admission or waiver of any rights or claims that Fannie Mae may be entitled to assert.

3. Fannie Mae hereby joins with, and incorporates by reference herein, the objections made in paragraphs 14 and 15 of the Objection, which request that the deadline for any response be expanded from twenty-one (21) to sixty (60) days following the mailing of an objection by the Debtors.

4. Fannie Mae reserves all rights to be heard before the Court with regard to the issues raised in the Objection.

WHEREFORE, for the reasons set forth herein, Fannie Mae respectfully joins in the Objection and requests that the relief sought therein with respect to notice be made fully applicable to Fannie Mae, and that this Court grant such other and further relief as this Court may deem just or proper.

Dated: January 8, 2010
New York, New York

Respectfully submitted,

WINSTON & STRAWN LLP

By:   /s/ David Neier
      David Neier
      Steven M. Schwartz

200 Park Avenue
New York, N.Y. 10166
Telephone (212) 294-6700
Facsimile (212) 294-4700

*Counsel to Federal National Mortgage Association*