Objection Deadline: January 6, 2010 at 4:00 p.m. (Prevailing Eastern Time)[1]
Hearing Date and Time: January 13, 2010 at 10:00 a.m. (Prevailing Eastern Time)

Mark S. Landman, Esq.
William G. Ballaine, Esq.
Sophia Ree, Esq.
LANDMAN CORSI BALLAINE & FORD P.C.
120 Broadway, 27th Floor
New York, NY 10271
Telephone: (212) 238-4800
Facsimile: (212) 238-4848

- and -

George Kielman, Esq.
Managing Associate General Counsel
Federal Home Loan Mortgage Corporation
8200 Jones Branch Drive  -- MS202
McLean, Virginia 22102
Telephone:  (703) 903-2640
Facsimile:  (703) 903-3992

*Counsel to Federal Home Loan Mortgage Corporation in Conservatorship*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | |
| Debtors. | (Jointly Administered) |

------------------------------------------------------------x

**JOINDER OF FEDERAL HOME LOAN MORTGAGE CORPORATION TO THE OBJECTION OF SOCIETE GENERALE AND CANADIAN IMPERIAL BANK OF COMMERCE TO DEBTORS' MOTION PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 3007 AND 9019(b) FOR APPROVAL OF (I) CLAIM OBJECTION PROCEDURES AND (II) SETTLEMENT PROCEDURES**

---

[1] Although the original deadline to submit objections was January 6, 2010, at 4:00 p.m., the Debtors consented to extend Federal Home Loan Mortgage Corporation's deadline to January 8, 2010.

Federal Home Loan Mortgage Corporation in Conservatorship ("Freddie Mac"), by and through its undersigned counsel, hereby joins in the Objection Of Sociéte Générale and Canadian Imperial Bank of Commerce ("Claimants") to the Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 3007 and 9019(b) for Approval of (i) Claim Objection Procedures and (ii) Settlement Procedures (the "Objection"), dated January 5, 2010, and incorporates the objections raised in paragraphs 14 and 15 thereof by reference as if set forth fully herein, and respectfully represent as follows:

1. Freddie Mac is a creditor of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-captioned cases. Freddie Mac has filed proofs of claim against LBHI and Lehman Brothers Special Financing, Inc., arising from, <u>inter alia</u>, fund transfers, loan servicing related obligations, derivative contracts and guarantees.

2. Freddie Mac reserves all rights and nothing herein shall be construed as an admission or waiver of any rights or claims that Freddie Mac may be entitled to assert.

3. Freddie Mac hereby joins with, and incorporates by reference herein, the objections made in paragraphs 14 and 15 of the Objection, which request that the deadline for any response be expanded from twenty-one (21) to sixty (60) days following the mailing of an objection by the Debtors.

4. Freddie Mac reserves all rights to be heard before the Court with regard to the issues raised in the Objection.

WHEREFORE, for the reasons set forth herein, Freddie Mac respectfully joins in the Objection and requests that the relief sought therein be made fully applicable to Freddie Mac, and that this Court grant such other and further relief as this Court may deem just or proper.

Dated: January 8, 2010
New York, New York

LANDMAN CORSI BALLAINE & FORD P.C.

By: /s/ Sophia Ree
Mark S. Landman
William G. Ballaine
Sophia Ree
120 Broadway, 27th Floor
New York, N.Y. 10271
Telephone (212) 238-4800
Facsimile (212) 238-4848

-and-

George Kielman, Esq.
Managing Associate General Counsel
Federal Home Loan Mortgage Corporation
8200 Jones Branch Drive - MS202
McLean, Virginia 22102
Telephone (703) 903-2640
Facsimile (703) 903-3992

*Counsel to the Federal Home Loan Mortgage Corporation in Conservatorship*