UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
In re                                                        :   Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                     :   08-13555 (JMP)
                                                             :
                    Debtors.                                 :   (Jointly Administered)
                                                             :
                                                             :
------------------------------------------------------------x

### SUPPLEMENTAL AFFIDAVIT AND DISCLOSURE STATEMENT OF DAVID THIBODEAUX,

### ON BEHALF OF CB RICHARD ELLIS – VALUATION & ADVISORY SERVICES

STATE OF Texas             )
                           ) ss:
COUNTY OF Travis           )

David Thibodeaux, being duly sworn, upon his oath, deposes and says:

1.  I am a Managing Director of CB Richard Ellis – Valuation & Advisory Services, located at 100 Congress Avenue, Suite 500, Austin, TX 78701 ("CBRE").

2.  On July 1, 2009, Thomas D. Baroch, a Managing Director of CBRE, located at 1225 17th Street, Suite 1570, Denver, CO 80202 executed an Affidavit and Disclosure Statement (the "Affidavit") in support of Debtors' retention of CBRE as ordinary course professionals to provide a self-contained appraisal report for Alcott Medical Center Services. A copy of the Affidavit is attached hereto as Exhibit A. CBRE submitted the Affidavit and a completed Retention Questionnaire (the "Questionnaire") to the Debtors' bankruptcy counsel in accordance with the procedures set forth in the order entered November 5, 2008 authorizing the Debtors to employ professionals utilized in the ordinary course of business [Docket No. 1394] (the "OCP Order"). The Debtors filed the Affidavit and the Questionnaire with the Court on

July 7, 2009 [Docket No. 4282], and no objection was filed regarding CBRE's retention during the Court imposed ten day objection period.

3.  This Affidavit supplements the previous Affidavit. The Debtors requested that CBRE expand its ordinary course representation to include the following additional services: produce a self-contained appraisal report in connection with the valuation of the Shadow Valley Apartments Complex located in Leon Valley, TX 78238 to be provided to the Debtors (the "Additional Services"), and CBRE consented to provide such Additional Services.

4.  Subsequent to CBRE's engagement with respect to the Additional Services, but prior to Court approval, the Debtors inadvertently paid to CBRE fees and expenses in the amount of $5,500.00 for services rendered and expenses incurred. Given that the inadvertent payments fall within the permissible caps set forth in the OCP Order, CBRE requests that such error be deemed moot if CBRE's retention is approved.

By: _____

Subscribed and sworn to before me
this 28th day of December, 2009

_____
Notary Public

KELLI HURLEY
Notary Public, State of Texas
My Commission Expires
December 02, 2012

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (JMP)
                                                                 :
                                Debtors.                         :    (Jointly Administered)
                                                                 :
                                                                 :
-----------------------------------------------------------------x

AFFIDAVIT AND DISCLOSURE STATEMENT OF Thomas D. Baroch,

ON BEHALF OF CB Richard Ellis – Valuation & Advisory Services

STATE OF Colorado            )
                             ) ss:
COUNTY OF Denver             )

Thomas D. Baroch, being duly sworn, upon his oath, deposes and says:

1. I am a Managing Director of CB Richard Ellis- Valuation & Advisory Services, located at 1225 17th Street, Suite 1570, Denver, CO 80202 (the "Firm").

2. Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide a self-contained appraisal report for Alcott Medical Center services to the Debtors, and the Firm has consented to provide such services.

3. I submit this Affidavit in accordance with the procedures set forth in the order entered November 5, 2008 authorizing the Debtors to employ professionals utilized in the ordinary course of business [Docket No. 1394] in connection with the Firm's engagement with the Debtors, pursuant to sections 105(a), 327(a), 328, 330 and 504 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.*

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

5. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

6. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

7. The Debtors owe the Firm $0,000.00 for prepetition services.

8. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.[1]

By: _____

Subscribed and sworn to before me
This 1st day of July, 2009

_____
Notary Public

exp. 10/20/2012



---

[1] If necessary.

## EXHIBIT B

(Retention Questionnaire)

NY2:\1989839\01\16NDB01!.DOC\58399.0003

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :    08-13555 (JMP)
                                                            :
                        Debtors.                           :    (Jointly Administered)
                                                            :
                                                            :
------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

    Weil, Gotshal & Manges LLP
    767 Fifth Avenue
    New York, New York 10153
    Attn:  Jennifer Sapp
           Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

    CB Richard Ellis-Valuation & Advisory Services

    1225 17th Street, Suite 1570

    Denver, CO 80202


2. Date of retention:   11/18/2008

3. Type of services provided: self-contained appraisal report for:

NY2:\1989839\01\16NDB01!.DOC\58399.0003

Alcott Medical Center

8400 Alcott Street

Westminster, CO  80030

4. Brief description of services to be provided:

Same as above

5. Arrangements for compensation (hourly, contingent, etc.)

Fee was for $6,500.00 - flat rate

   (a) Average hourly rate (if applicable):

      N/A

   (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

      N/A

6. Prepetition claims against the Debtors held by the firm:

   Amount of claim:  N/A

   Date claim arose:  N/A

   Source of Claim:  N/A

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: N/A

   Status: N/A

   Amount of Claim:  N/A $

   Date claim arose: N/A

   Source of claim: N/A

      N/A

      N/A

      N/A

8. Stock of the Debtors currently held by the firm:

    Kind of shares: N/A

    No. of shares: N/A

9. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

    Name: N/A

    Status: N/A

    N/A

    Kind of shares: N/A

    No. of shares: N/A

10. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

    N/A

    N/A

    N/A

    N/A

11. Name of individual completing this form:

    Thomas D. Baroch