UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
                                            :
In re                                       :     Chapter 11 Case No.
                                            :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, :     08-13555 (JMP)
                                            :
        Debtors.                            :     (Jointly Administered)
                                            :
----------------------------------------------------------------x     Ref. Docket Nos. 6491-6498

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

SAMUEL GARCIA, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 6, 2010, I caused to be served the:

   a) "Notice of Thirty-Seventh Supplemental List of Ordinary Course Professionals," dated January 6, 2010 [Docket No. 6491],

   b) "Affidavit and Disclosure Statement of Edward G. Kehoe, on Behalf of King & Spalding, LLP," filed January 6, 2010 [Docket No. 6492],

   c) "Declaration and Disclosure Statement of Alexander Paffenholz, on Behalf of Pricewaterhousecoopers Aktiengesellschaft Wirtschaftpruefungsgesellschaft," filed January 6, 2010 [Docket No. 6493],

   d) "Affidavit and Disclosure Statement of P. Bavelaar LL.M., on Behalf of Van Mens & Wisselink N.V.," filed January 6, 2010 [Docket No. 6494],

   e) "Affidavit and Disclosure Statement of Nicholas Curnow, on Behalf of Lyon and Turnbull Ltd.," filed January 6, 2010 [Docket No. 6495],

   f) "Affidavit And Disclosure Statement of Mary Elizabeth Stokes on Behalf of Lehman Brothers Holdings Inc.," filed January 6, 2010 [Docket No. 6496],

   g) "Affidavit and Disclosure Statement of Dr. Stefan Kraus on Behalf of Luther Rechtsanwaltsgesellschaft mbH," filed January 6, 2010 [Docket No. 6497], and

    h) "Supplemental Affidavit and Disclosure Statement of Michael Stanton Burkett on Behalf of Stikeman Elliott," filed January 6, 2010 [Docket No. 6498],

by causing true and correct copies to be:

    a) delivered by email to those parties listed on the attached Exhibit "A" and as indicated upon those parties listed on the attached Exhibit "B", and

    b) enclosed securely in a postage-prepaid envelope and delivered by overnight mail to the Office of The United States Trustee, Attn: Andrew D. Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Rifkin, Tracy Hope Davis, 33 Whitehall Street, 21st Floor, New York, NY 10004.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

        /s/ Samuel Garcia
Sworn to before me this         Samuel Garcia
7th day of January, 2010

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

# EXHIBIT "A"

**Exhibit A - Counsel To The Official Committee Of Unsecured Creditors**

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
(COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS)
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
EMAIL: ddunne@milbank.com; wfoster@milbank.com; dodonnell@milbank.com;
efleck@milbank.com


MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
(COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS)
601 SOUTH FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017
EMAIL: paronzon@milbank.com; gbray@milbank.com

**Exhibit B – Additional Parties**

1. Stikeman Elliott LLP: MBurkett@stikeman.com (Docket No. 6498 only)

2. King & Spalding, LLP: ekehoe@kslaw.com (Docket No. 6492 only)