**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                              :   Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,       :   08-13555 (JMP)
:
Debtors.                              :   (Jointly Administered)
:
---------------------------------------------------------------x   Ref. Docket Nos. 6239, 6241

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
) ss.:
COUNTY OF NEW YORK        )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 6, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

       /s/ Paul Belobritsky
Sworn to before me this        Paul Belobritsky
8th day of January, 2010

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

# EXHIBIT "A"

```
In re                                          |  Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         |  08-13555 (JMP)
                                               |
                                               |  (Jointly Administered)
              Debtors.                         |
                                               |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   KFW (AKA KREDITANSTALT FUR WIEDERAUFBAU)        KFW (AKA KREDITANSTALT FUR WIEDERAUFBAU)
      JENNIFER DEMARCO/ SARAH CAMPBELL                ATTN: DEPT. RC E/ SPECIAL ASSET GROUP
      CLIFFORD CHANCE US LLP                          PALMENGARTENSTRABE 5-9
      31 WEST 52ND STREET                             FRANKFURT     60325
      NEW YORK NY 10019                               GERMANY
```

Please note that your claim # 21958 in the above referenced case and in the amount of
    $283,671,951.87         has been transferred **(unless previously expunged by court order)**

```
                                                      DEUTSCHE BANK AG, LONDON BRANCH
                                                      TRANSFEROR: KFW (AKA KREDITANSTALT FUR WIEDE
                                                      ATTN: MICHAEL SUTTON
                                                      WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                      LONDON     EC2N 2DB
                                                      UNITED KINGDON
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6241        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/06/2010                          Vito Genna, Clerk of Court

                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 6, 2010.

|  |  |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  KFW (AKA KREDITANSTALT FUR WIEDERAUFBAU)          KFW (AKA KREDITANSTALT FUR WIEDERAUFBAU)
     ATTN: DEPT. RC E/ SPECIAL ASSET GROUP             JENNIFER DEMARCO/ SARAH CAMPBELL
     PALMENGARTENSTRABE 5-9                            CLIFFORD CHANCE US LLP
     FRANKFURT     60325                               31 WEST 52ND STREET
     GERMANY                                           NEW YORK NY 10019
```

Please note that your claim # 21958 in the above referenced case and in the amount of
     $283,671,951.87          has been transferred **(unless previously expunged by court order)**

```
     DEUTSCHE BANK AG, LONDON BRANCH
     TRANSFEROR: KFW (AKA KREDITANSTALT FUR WIEDERAUFBAU)
     ATTN: MICHAEL SUTTON
     WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
     LONDON     EC2N 2DB
     UNITED KINGDON
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                              UNITED STATES BANKRUPTCY COURT
                              Southern District of New York
                              One Bowling Green
                              New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6241     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/06/2010                           Vito Genna, Clerk of Court


                                           /s/ Paul Belobritsky
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 6, 2010.

|  |  |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  KFW (AKA KREDITANSTALT FUR WIEDERAUFBAU)         KFW (AKA KREDITANSTALT FUR WIEDERAUFBAU)
         ATTN: DEPT. RC E/ SPECIAL ASSET GROUP            JENNIFER DEMARCO/ SARAH CAMPBELL
         PALMENGARTENSTRABE 5-9                           CLIFFORD CHANCE US LLP
         FRANKFURT     60325                              31 WEST 52ND STREET
         GERMANY                                          NEW YORK NY 10019
```

Please note that your claim # 21957 in the above referenced case and in the amount of
    $513,671,951.87          has been transferred **(unless previously expunged by court order)**

```
         DEUTSCHE BANK AG, LONDON BRANCH
         TRANSFEROR: KFW (AKA KREDITANSTALT FUR WIEDERAUFBAU)
         ATTN: MICHAEL SUTTON
         WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
         LONDON     EC2N 2DB
         UNITED KINGDON
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6239      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/06/2010                          Vito Genna, Clerk of Court

                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 6, 2010.

```
In re                                              |   Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,             |   08-13555 (JMP)
                                                   |
                                                   |   (Jointly Administered)
                   Debtors.                        |
                                                   |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  KFW (AKA KREDITANSTALT FUR WIEDERAUFBAU)           KFW (AKA KREDITANSTALT FUR WIEDERAUFBAU)
     JENNIFER DEMARCO/ SARAH CAMPBELL                    ATTN: DEPT. RC E/ SPECIAL ASSET GROUP
     CLIFFORD CHANCE US LLP                              PALMENGARTENSTRABE 5-9
     31 WEST 52ND STREET                                 FRANKFURT      60325
     NEW YORK NY 10019                                   GERMANY
```

Please note that your claim # 21957 in the above referenced case and in the amount of
       $513,671,951.87        has been transferred **(unless previously expunged by court order)**

```
                                                        DEUTSCHE BANK AG, LONDON BRANCH
                                                        TRANSFEROR: KFW (AKA KREDITANSTALT FUR WIEDE
                                                        ATTN: MICHAEL SUTTON
                                                        WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                        LONDON    EC2N 2DB
                                                        UNITED KINGDON
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6239       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/06/2010                         Vito Genna, Clerk of Court


                                            /s/ Paul Belobritsky
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                 as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 6, 2010.

**EXHIBIT "B"**

```
TIME: 16:42:58                                      LEHMAN BROTHERS HOLDING INC.                                              PAGE: 1
DATE: 01/06/10                                            CREDITOR LISTING

Name                                Address
DEUTSCHE BANK AG, LONDON BRANCH     TRANSFEROR: KFW (AKA KREDITANSTALT FUR WIEDERAUFBAU) ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UGT
KFW (AKA KREDITANSTALT FUR WIEDERAUFBAU)    ATTN: DEPT. RC E/ SPECIAL ASSET GROUP PALMENGARTENSTRABE 5-9 FRANKFURT 60325 GERMANY
KFW (AKA KREDITANSTALT FUR WIEDERAUFBAU)    JENNIFER DEMARCO/ SARAH CAMPBELL CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019

Total Number of Records Printed       3
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT "C"**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153