**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x

| | : | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

------------------------------------------------------------------------x   **Ref. Docket Nos. 6475-6483**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
                         ) ss.:
COUNTY OF NEW YORK  )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 5, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

 

                                   /s/ Paul Belobritsky
Sworn to before me this                    Paul Belobritsky
8th day of January, 2010
/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**EXHIBIT "A"**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re                                          |     Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         |     08-13555 (JMP)
                                               |
                                               |     (Jointly Administered)
                        Debtors.               |
                                               |
_____

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  BLACK RIVER ASIA FUND LTD.                     BLACK RIVER ASIA FUND LTD.
     C/O BLACK RIVER ASSET MANAGEMENT, LLC          FAEGRE & BENSON LLP
     ATTN: MARK RABOGLIATTI                         ATTN: IRINA PALCHUK
     12700 WHITEWATER DRIVE                          2200 WELLS FARGO CENTER
     MINNETONKA MN 55343                             90 SOUTH 7TH STREET
                                                     MINNEAPOLIS MN 55402

Please note that your claim # 54849 in the above referenced case and in the amount of
     $6,709,388.00       has been transferred **(unless previously expunged by court order)**

     BLACK RIVER EMERGING MARKETS CREDIT FUND LTD.
     TRANSFEROR: BLACK RIVER ASIA FUND LTD.
     C/O BLACK RIVER ASSET MANAGEMENT LLC
     12700 WHITEWATER DRIVE
     ATTN: MARK RABOGLIATTI
     MINNETONKA MN 55343

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6475       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/05/2010                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 5, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  BLACK RIVER COMMODITY SELECT FUND LTD.          BLACK RIVER COMMODITY SELECT FUND LTD.
     ATTN: MARK RABOGLIATTI                           FAEGRE & BENSON LLP
     C/O BLACK RIVER ASSET MANAGEMENT, LLC            ATTN: IRINA PALCHUK
     12700 WHITEWATER DRIVE                           2200 WELLS FARGO CENTER
     MINNETONKA MN 55343                              90 SOUTH 7TH ST
                                                      MINNEAPOLIS MN 55402

Please note that your claim # 22704 in the above referenced case and in the amount of
     $1,395,962.00        has been transferred **(unless previously expunged by court order)**

         BLACK RIVER EMERGING MARKETS CREDIT FUND LTD.
         TRANSFEROR: BLACK RIVER COMMODITY SELECT FUND LTD.
         C/O BLACK RIVER ASSET MANAGEMENT LLC
         12700 WHITEWATER DRIVE
         ATTN: MARK RABOGLIATTI
         MINNETONKA MN 55343

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6475        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/05/2010                         Vito Genna, Clerk of Court


                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 5, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  BLACK RIVER EMCO MASTER FUND LTD
     C/O BLACK RIVER ASSET MANAGEMENT, LLC
     ATTN: MARK RABOGLIATTI
     12700 WHITEWATER DRIVE
     MINNETONKA MN 55343

BLACK RIVER EMCO MASTER FUND LTD
FAEGRE & BENSON LLP
ATTN: IRINA PALCHUK
2200 WELLS FARGO CENTER
90 SOUTH 7TH ST
MINNEAPOLIS MN 55402

Please note that your claim # 26153 in the above referenced case and in the amount of
     $10,388,652.00        has been transferred (**unless previously expunged by court order**)

BLACK RIVER EMERGING MARKETS CREDIT FUND LTD.
TRANSFEROR: BLACK RIVER EMCO MASTER FUND LTD
C/O BLACK RIVER ASSET MANAGEMENT LLC
12700 WHITEWATER DRIVE
ATTN: MARK RABOGLIATTI
MINNETONKA MN 55343

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6475      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/05/2010

Vito Genna, Clerk of Court

/s/ Paul Belobritsky

By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 5, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: BLACK RIVER EMCO MASTER FUND LTD
C/O BLACK RIVER ASSET MANAGEMENT, LLC
ATTN: MARK RABOGLIATTI
12700 WHITEWATER DRIVE
MINNETONKA MN 55343

BLACK RIVER EMCO MASTER FUND LTD
IRINA PALCHUK
FAEGRE & BENSON LLP
2200 WELLS FARGO CENTER
90 SOUTH 7TH ST.
MINNEAPOLIS MN 55402

Please note that your claim # 45147 in the above referenced case and in the amount of
$11,549,633.00      has been transferred (**unless previously expunged by court order**)

BLACK RIVER EMERGING MARKETS CREDIT FUND LTD.
TRANSFEROR: BLACK RIVER EMCO MASTER FUND LTD
C/O BLACK RIVER ASSET MANAGEMENT LLC
12700 WHITEWATER DRIVE
ATTN: MARK RABOGLIATTI
MINNETONKA MN 55343

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6475      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/05/2010                             Vito Genna, Clerk of Court


                                            /s/ Paul Belobritsky
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 5, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   BLACK RIVER EMERGING MARKETS FIXED INCOME FUND LTD
      ATTN: MARK RABOGLIATTI
      C/O BLACK RIVER ASSET MANAGEMENT, LLC
      12700 WHITEWATER DRIVE
      MINNETONKA MN 55343

BLACK RIVER EMERGING MARKETS FIXED INCOME FU
FAEGRE & BENSON LLP
ATTN: IRINA PALCHUK
2200 WELLS FARGO CENTER
90 SOUTH 7TH STREET
MINNEAPOLIS MN 55402

Please note that your claim # 22700 in the above referenced case and in the amount of
       $11,684,050.00         has been transferred **(unless previously expunged by court order)**

BLACK RIVER EMERGING MARKETS CREDIT FUND LTD.
TRANSFEROR: BLACK RIVER EMERGING MARKETS FIXED INCOME FUND LTD
C/O BLACK RIVER ASSET MANAGEMENT LLC
12700 WHITEWATER DRIVE
ATTN: MARK RABOGLIATTI
MINNETONKA MN 55343

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6475        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/05/2010                              Vito Genna, Clerk of Court

                                             /s/ Paul Belobritsky
                                             _____
                                             By: Epiq Bankruptcy Solutions, LLC
                                                 as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 5, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                        |
In re                                   |    Chapter 11 Case No.
                                        |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                                        |
                                        |    (Jointly Administered)
                                        |
                     Debtors.           |
                                        |
_____|

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  BLACK RIVER GLOBAL CREDIT FUND LTD.          BLACK RIVER GLOBAL CREDIT FUND LTD.
     C/O BLACK RIVER ASSET MANAGEMENT, LLC        FAEGRE & BENSON LLP
     ATTN: MARK RABOGLIATTI                       ATTN: IRINA PALCHUK
     12700 WHITEWATER DRIVE                       2200 WELLS FARGO CENTER
     MINNETONKA MN 55343                          90 SOUTH 7TH ST
                                                  MINNEAPOLIS MN 55402

Please note that your claim # 26159 in the above referenced case and in the amount of
     $397,582.00       has been transferred **(unless previously expunged by court order)**

          BLACK RIVER EMERGING MARKETS CREDIT FUND LTD.
          TRANSFEROR: BLACK RIVER GLOBAL CREDIT FUND LTD.
          C/O BLACK RIVER ASSET MANAGEMENT LLC
          12700 WHITEWATER DRIVE
          ATTN: MARK RABOGLIATTI
          MINNETONKA MN 55343

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6475        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/05/2010                         Vito Genna, Clerk of Court


                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 5, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  BLACK RIVER GLOBAL CREDIT FUND LTD.
     C/O BLACK RIVER ASSET MANAGEMENT, LLC
     ATTN: MARK RABOGLIATTI
     12700 WHITEWATER DRIVE
     MINNETONKA MN 55343

BLACK RIVER GLOBAL CREDIT FUND LTD.
FAEGRE & BENSON LLP
ATTN: IRINA PALCHUK
2200 WELLS FARGO CENTER
90 SOUTH 7TH ST
MINNEAPOLIS MN 55402

Please note that your claim # 26162 in the above referenced case and in the amount of
     $397,582.00        has been transferred **(unless previously expunged by court order)**

BLACK RIVER EMERGING MARKETS CREDIT FUND LTD.
TRANSFEROR: BLACK RIVER GLOBAL CREDIT FUND LTD.
C/O BLACK RIVER ASSET MANAGEMENT LLC
12700 WHITEWATER DRIVE
ATTN: MARK RABOGLIATTI
MINNETONKA MN 55343

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6475      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/05/2010

Vito Genna, Clerk of Court

/s/ Paul Belobritsky

By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 5, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  BLACK RIVER GLOBAL INVESTMENTS FUND LTD.          BLACK RIVER GLOBAL INVESTMENTS FUND LTD.
     ATTN: MARK RABOGLIATTI                           FAEGRE & BENSON LLP
     C/O BLACK RIVER ASSET MANAGEMENT, LLC            ATTN: IRINA PALCHUK
     12700 WHITEWATER DRIVE                           2200 WELLS FARGO CENTER
     MINNETONKA MN 55343                              90 SOUTH 7TH ST.
                                                      MINNEAPOLIS MN 55402

Please note that your claim # 22705 in the above referenced case and in the amount of
     $361,802.00          has been transferred **(unless previously expunged by court order)**

          BLACK RIVER EMERGING MARKETS CREDIT FUND LTD.
          TRANSFEROR: BLACK RIVER GLOBAL INVESTMENTS FUND LTD.
          C/O BLACK RIVER ASSET MANAGEMENT LLC
          12700 WHITEWATER DRIVE
          ATTN: MARK RABOGLIATTI
          MINNETONKA MN 55343

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6475      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/05/2010                              Vito Genna, Clerk of Court


                                              /s/ Paul Belobritsky
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 5, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  MORGAN STANLEY & CO INTERNATIONAL PLC          MORGAN STANLEY & CO INTERNATIONAL PLC
     ATTN: BRIAN CRIPPS                              RICHARDS KIBBE & ORBE LLP
     25 CABOT SQUARE, CANARY WHARF                   ATTN: MICHAEL FRIEDMAN, ESQ.
     LONDON    E14 4QA                               ONE WORLD FINANCIAL CENTER
     THE UNITED KINGDOM                              NEW YORK NY 10281

Please note that your claim # 58706-01 in the above referenced case and in the amount of
     $1,698,046.57        has been transferred **(unless previously expunged by court order)**

     OCM OPPORTUNITIES FUND VIIB DELAWARE, LP
     TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC
     c/o Oaktree Capital Management, LP
     333 South Grand Ave., 28th Floor
     ATTN: PENNY ROBBINS
     Los Angeles CA 90071

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6476        in your objection.
If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/05/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 5, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          | Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         | 08-13555 (JMP)
                                               |
                                               | (Jointly Administered)
              Debtors.                         |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  MORGAN STANLEY & CO INTERNATIONAL PLC        MORGAN STANLEY & CO INTERNATIONAL PLC
     ATTN: BRIAN CRIPPS                           RICHARDS KIBBE & ORBE LLP
     25 CABOT SQUARE, CANARY WHARF                ATTN: MICHAEL FRIEDMAN, ESQ.
     LONDON    E14 4QA                            ONE WORLD FINANCIAL CENTER
     THE UNITED KINGDOM                           NEW YORK NY 10281

Please note that your claim # 58706-02 in the above referenced case and in the amount of
     $4,410,604.00        has been transferred **(unless previously expunged by court order)**

OAKTREE OPPORTUNITIES FUND VIII DELAWARE, LP
TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC
c/o Oaktree Capital Management, LP
333 South Grand Ave., 28th Floor
ATTN: PENNY ROBBINS
Los Angeles CA 90071

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF**
**YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6477        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL**
**BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/05/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 5, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          | Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         | 08-13555 (JMP)
                                               |
                                               | (Jointly Administered)
                     Debtors.                  |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  MORGAN STANLEY & CO INTERNATIONAL PLC            MORGAN STANLEY & CO INTERNATIONAL PLC
     ATTN: BRIAN CRIPPS                                RICHARDS KIBBE & ORBE LLP
     25 CABOT SQUARE, CANARY WHARF                     ATTN: MICHAEL FRIEDMAN, ESQ.
     LONDON    E14 4QA                                 ONE WORLD FINANCIAL CENTER
     THE UNITED KINGDOM                                NEW YORK NY 10281

Please note that your claim # 58706 in the above referenced case and in the amount of
     $395,731.19        has been transferred **(unless previously expunged by court order)**

          OAKTREE HUNTINGTON INVESTMENT FUND, LP
          TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC
          C/O OAKTREE CAPITAL MANAGEMENT, LP
          333 SOUTH GRAND AVE, 28TH FLOOR
          ATTN: PENNY ROBBINS
          LOS ANGELES CA 90071

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6478      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/05/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 5, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                              |
In re                         |    Chapter 11 Case No.
                              |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |    08-13555 (JMP)
                              |
                              |    (Jointly Administered)
              Debtors.        |
                              |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  ROYAL BANK OF SCOTLAND PLC, THE              ROYAL BANK OF SCOTLAND PLC, THE
     C/O RBS SECURITIES INC.                      IRENA M. GOLDSTEIN
     ATTN: PIA FRIIS, MANAGING DIRECTOR AND SENIOR COUNSEL   DEWEY & LEBOEUF LLP
     600 WASHINGTON BOULEVARD                     1301 AVENUE OF THE AMERICAS
     STAMFORD CT 06901                            NEW YORK NY 10019
```

Please note that your claim # 65843-01 in the above referenced case and in the amount of
$8,436,824.64         has been transferred **(unless previously expunged by court order)**

```
KING STREET CAPITAL, L.P.                         KING STREET CAPITAL, L.P.
TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE        SCOTT L. ESBIN
65 EAST 55TH STREET, 30TH FLOOR                    ESBIN & ALTER, LLP
NEW YORK NY 10022                                  497 SOUTH MAIN STREET
                                                   NEW CITY NY 10956
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6479        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/05/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 5, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re | | Chapter 11 Case No. |
| | | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | | 08-13555 (JMP) |
| | | |
| | | (Jointly Administered) |
| Debtors. | | |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  ROYAL BANK OF SCOTLAND PLC, THE
     C/O RBS SECURITIES INC.
     ATTN: PIA FRIIS, MANAGING DIRECTOR AND SENIOR COUNSEL
     600 WASHINGTON BOULEVARD
     STAMFORD CT 06901

ROYAL BANK OF SCOTLAND PLC, THE
DEWEY & LEBOEUF LLP
ATTN: IRENA M. GOLDSTEIN
1301 AVENUE OF THE AMERICAS
NEW YORK NY 10019

Please note that your claim # 59561 in the above referenced case and in the amount of
     $0.00        has been transferred **(unless previously expunged by court order)**

KING STREET CAPITAL, L.P.
TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE
65 EAST 55TH STREET, 30TH FLOOR
NEW YORK NY 10022

KING STREET CAPITAL, L.P.
SCOTT L. ESBIN
ESBIN & ALTER, LLP
497 SOUTH MAIN STREET
NEW CITY NY 10956

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6479        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/05/2010                                Vito Genna, Clerk of Court


                                               /s/ Paul Belobritsky
                                               _____
                                               By: Epiq Bankruptcy Solutions, LLC
                                                   as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 5, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  MORGAN STANLEY & CO INTERNATIONAL PLC          MORGAN STANLEY & CO INTERNATIONAL PLC
     ATTN: BRIAN CRIPPS                              RICHARDS KIBBE & ORBE LLP
     25 CABOT SQUARE, CANARY WHARF                   ATTN: MICHAEL FRIEDMAN, ESQ.
     LONDON    E14 4QA                               ONE WORLD FINANCIAL CENTER
     THE UNITED KINGDOM                              NEW YORK NY 10281

Please note that your claim # 58717-01 in the above referenced case and in the amount of
     $4,946,513.98        has been transferred **(unless previously expunged by court order)**

     OAKTREE OPPORTUNITIES FUND VIII DELAWARE, LP
     TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC
     c/o Oaktree Capital Management, LP
     333 South Grand Ave., 28th Floor
     Los Angeles CA 90071

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

     UNITED STATES BANKRUPTCY COURT
     Southern District of New York
     One Bowling Green
     New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 6480     in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/05/2010                              Vito Genna, Clerk of Court


                                              /s/ Paul Belobritsky
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 5, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          | Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         | 08-13555 (JMP)
                                               |
                                               | (Jointly Administered)
                Debtors.                       |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   ROYAL BANK OF SCOTLAND PLC, THE            ROYAL BANK OF SCOTLAND PLC, THE
      C/O RBS SECURITIES INC.                     IRENA M. GOLDSTEIN
      ATTN: PIA FRIIS, MANAGING DIRECTOR AND SENIOR COUNSEL    DEWEY & LEBOEUF LLP
      600 WASHINGTON BOULEVARD                     1301 AVENUE OF THE AMERICAS
      STAMFORD CT 06901                            NEW YORK NY 10019

Please note that your claim # 65843-02 in the above referenced case and in the amount of
        $20,162,580.92        has been transferred **(unless previously expunged by court order)**

KING STREET CAPITAL MASTER FUND, LTD            KING STREET CAPITAL MASTER FUND, LTD
TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE      SCOTT L. ESBIN
65 EAST 55TH STREET, 30TH FLOOR                  ESBIN & ALTER LLP
NEW YORK NY 10022                                497 SOUTH MAIN STREET
                                                 NEW CITY NY 10956

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

      UNITED STATES BANKRUPTCY COURT
      Southern District of New York
      One Bowling Green
      New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6481      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/05/2010

                                    Vito Genna, Clerk of Court


                                    /s/ Paul Belobritsky
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 5, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re                                              |    Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,             |    08-13555 (JMP)
                                                   |
                                                   |    (Jointly Administered)
                    Debtors.                       |
                                                   |
_____

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  MORGAN STANLEY & CO INTERNATIONAL PLC              MORGAN STANLEY & CO INTERNATIONAL PLC
     ATTN: BRIAN CRIPPS                                 RICHARDS KIBBE & ORBE LLP
     25 CABOT SQUARE, CANARY WHARF                      ATTN: MICHAEL FRIEDMAN, ESQ.
     LONDON    E14 4QA                                  ONE WORLD FINANCIAL CENTER
     THE UNITED KINGDOM                                 NEW YORK NY 10281

Please note that your claim # 58717-02 in the above referenced case and in the amount of
    $444,123.28      has been transferred **(unless previously expunged by court order)**

        OAKTREE HUNTINGTON INVESTMENT FUND, LP
        TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC
        C/O OAKTREE CAPITAL MANAGEMENT, LP
        333 SOUTH GRAND AVE, 28TH FLOOR
        LOS ANGELES CA 90071

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6482     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/05/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 5, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          | Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         | 08-13555 (JMP)
                                               |
                                               | (Jointly Administered)
                Debtors.                       |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  MORGAN STANLEY & CO INTERNATIONAL PLC              MORGAN STANLEY & CO INTERNATIONAL PLC
     ATTN: BRIAN CRIPPS                                  RICHARDS KIBBE & ORBE LLP
     25 CABOT SQUARE, CANARY WHARF                       ATTN: MICHAEL FRIEDMAN, ESQ.
     LONDON    E14 4QA                                   ONE WORLD FINANCIAL CENTER
     THE UNITED KINGDOM                                  NEW YORK NY 10281

Please note that your claim # 58717 in the above referenced case and in the amount of
$1,904,633.58        has been transferred **(unless previously expunged by court order)**

OCM OPPORTUNITIES FUND VIIB DELAWARE, LP
TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC
c/o Oaktree Capital Management, LP
333 South Grand Ave., 28th Floor
Los Angeles CA 90071

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6483        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/05/2010                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 5, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                           |
In re                                      |   Chapter 11 Case No.
                                           |
LEHMAN BROTHERS HOLDINGS INC., et al.,     |   08-13555 (JMP)
                                           |
                                           |   (Jointly Administered)
                  Debtors.                 |
                                           |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  ROYAL BANK OF SCOTLAND PLC, THE          ROYAL BANK OF SCOTLAND PLC, THE
     IRENA M. GOLDSTEIN                        C/O RBS SECURITIES INC.
     DEWEY & LEBOEUF LLP                       ATTN: PIA FRIIS, MANAGING DIRECTOR AND SENIO
     1301 AVENUE OF THE AMERICAS               600 WASHINGTON BOULEVARD
     NEW YORK NY 10019                         STAMFORD CT 06901

Please note that your claim # 65843-01 in the above referenced case and in the amount of
     $8,436,824.64      has been transferred **(unless previously expunged by court order)**

     KING STREET CAPITAL, L.P.                 KING STREET CAPITAL, L.P.
     SCOTT L. ESBIN                            TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE
     ESBIN & ALTER, LLP                        65 EAST 55TH STREET, 30TH FLOOR
     497 SOUTH MAIN STREET                     NEW YORK NY 10022
     NEW CITY NY 10956

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6479      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/05/2010                              Vito Genna, Clerk of Court


                                              /s/ Paul Belobritsky
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 5, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  ROYAL BANK OF SCOTLAND PLC, THE
     DEWEY & LEBOEUF LLP
     ATTN: IRENA M. GOLDSTEIN
     1301 AVENUE OF THE AMERICAS
     NEW YORK NY 10019

ROYAL BANK OF SCOTLAND PLC, THE
C/O RBS SECURITIES INC.
ATTN: PIA FRIIS, MANAGING DIRECTOR AND SENIO
600 WASHINGTON BOULEVARD
STAMFORD CT 06901

Please note that your claim # 59561 in the above referenced case and in the amount of
          $0.00        has been transferred (**unless previously expunged by court order**)

KING STREET CAPITAL, L.P.
SCOTT L. ESBIN
ESBIN & ALTER, LLP
497 SOUTH MAIN STREET
NEW CITY NY 10956

KING STREET CAPITAL, L.P.
TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE
65 EAST 55TH STREET, 30TH FLOOR
NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6479     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/05/2010                                    Vito Genna, Clerk of Court

                                                    /s/ Paul Belobritsky
                                                    _____
                                                    By: Epiq Bankruptcy Solutions, LLC
                                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 5, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  ROYAL BANK OF SCOTLAND PLC, THE
     IRENA M. GOLDSTEIN
     DEWEY & LEBOEUF LLP
     1301 AVENUE OF THE AMERICAS
     NEW YORK NY 10019

ROYAL BANK OF SCOTLAND PLC, THE
C/O RBS SECURITIES INC.
ATTN: PIA FRIIS, MANAGING DIRECTOR AND SENIO
600 WASHINGTON BOULEVARD
STAMFORD CT 06901

Please note that your claim # 65843-02 in the above referenced case and in the amount of
    $20,162,580.92        has been transferred **(unless previously expunged by court order)**

KING STREET CAPITAL MASTER FUND, LTD
SCOTT L. ESBIN
ESBIN & ALTER LLP
497 SOUTH MAIN STREET
NEW CITY NY 10956

KING STREET CAPITAL MASTER FUND, LTD
TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE
65 EAST 55TH STREET, 30TH FLOOR
NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6481        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/05/2010                          Vito Genna, Clerk of Court

                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 5, 2010.

**EXHIBIT "B"**

TIME: 14:59:36
DATE: 01/05/10

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
|------|---------|
| BLACK RIVER ASIA FUND LTD. | FAEGRE & BENSON LLP ATTN: IRINA PALCHUK 2200 WELLS FARGO CENTER 90 SOUTH 7TH STREET MINNEAPOLIS MN 55402 |
| BLACK RIVER ASIA FUND LTD. | C/O BLACK RIVER ASSET MANAGEMENT, LLC ATTN: MARK RABOGLIATTI 12700 WHITEWATER DRIVE MINNETONKA MN 55402 |
| BLACK RIVER COMMODITY SELECT FUND LTD. | FAEGRE & BENSON LLP ATTN: IRINA PALCHUK 2200 WELLS FARGO CENTER 90 SOUTH 7TH ST MINNEAPOLIS MN 55402 |
| BLACK RIVER COMMODITY SELECT FUND LTD. | ATTN: MARK RABOGLIATTI C/O BLACK RIVER ASSET MANAGEMENT, LLC 12700 WHITEWATER DRIVE MINNETONKA MN 55343 |
| BLACK RIVER EMCO MASTER FUND LTD | FAEGRE & BENSON LLP ATTN: IRINA PALCHUK 2200 WELLS FARGO CENTER 90 SOUTH 7TH ST MINNEAPOLIS MN 55402 |
| BLACK RIVER EMCO MASTER FUND LTD | C/O BLACK RIVER ASSET MANAGEMENT, LLC ATTN: MARK RABOGLIATTI 12700 WHITEWATER DRIVE MINNETONKA MN 55343 |
| BLACK RIVER EMCO MASTER FUND LTD | IRINA PALCHUK FAEGRE & BENSON LLP 2200 WELLS FARGO CENTER 90 SOUTH 7TH ST. MINNEAPOLIS MN 55402 |
| BLACK RIVER EMERGING MARKETS CREDIT FUND | LTRANSFEROR: BLACK RIVER EMCO MASTER FUND LTD. C/O BLACK RIVER ASSET MANAGEMENT LLC 12700 WHITEWATER DRIVE ATTN: MARK RABOGLIATTI MINNETONKA M |
| BLACK RIVER EMERGING MARKETS CREDIT FUND | LTRANSFEROR: BLACK RIVER EMCO MASTER FUND LTD C/O BLACK RIVER ASSET MANAGEMENT LLC 12700 WHITEWATER DRIVE ATTN: MARK RABOGLIATTI MINNETO |
| BLACK RIVER EMERGING MARKETS CREDIT FUND | LTRANSFEROR: BLACK RIVER COMMODITY SELECT FUND LTD. C/O BLACK RIVER ASSET MANAGEMENT LLC 12700 WHITEWATER DRIVE ATTN: MARK RABOGLIATTI MINNETO |
| BLACK RIVER EMERGING MARKETS CREDIT FUND | LTRANSFEROR: BLACK RIVER GLOBAL CREDIT FUND LTD. C/O BLACK RIVER ASSET MANAGEMENT LLC 12700 WHITEWATER DRIVE ATTN: MARK RABOGLIATTI MINN |
| BLACK RIVER EMERGING MARKETS FIXED INCOME | FAEGRE & BENSON LLP ATTN: IRINA PALCHUK 2200 WELLS FARGO CENTER 90 SOUTH 7TH STREET MINNEAPOLIS MN 55402 |
| BLACK RIVER EMERGING MARKETS FIXED INCOME | ATTN: MARK RABOGLIATTI C/O BLACK RIVER ASSET MANAGEMENT, LLC 12700 WHITEWATER DRIVE MINNETONKA MN 55343 |
| BLACK RIVER GLOBAL CREDIT FUND LTD. | FAEGRE & BENSON LLP ATTN: IRINA PALCHUK 2200 WELLS FARGO CENTER 90 SOUTH 7TH STREET MINNEAPOLIS MN 55402 |
| BLACK RIVER GLOBAL CREDIT FUND LTD. | C/O BLACK RIVER ASSET MANAGEMENT, LLC ATTN: MARK RABOGLIATTI 12700 WHITEWATER DRIVE MINNETONKA MN 55343 |
| BLACK RIVER GLOBAL INVESTMENTS FUND LTD. | FAEGRE & BENSON LLP ATTN: IRINA PALCHUK 2200 WELLS FARGO CENTER 90 SOUTH 7TH ST. MINNEAPOLIS MN 55402 |
| BLACK RIVER GLOBAL INVESTMENTS FUND LTD. | ATTN: MARK RABOGLIATTI C/O BLACK RIVER ASSET MANAGEMENT, LLC 12700 WHITEWATER DRIVE MINNETONKA MN 55343 |
| KING STREET CAPITAL MASTER FUND, LTD | SCOTT L. ESBIN ESBIN & ALTER LLP 497 SOUTH MAIN STREET NEW CITY NY 10956 |
| KING STREET CAPITAL MASTER FUND, LTD | TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE 65 EAST 55TH STREET, 30TH FLOOR NEW YORK NY 10022 |
| KING STREET CAPITAL, L.P. | SCOTT L. ESBIN ESBIN & ALTER, LLP 497 SOUTH MAIN STREET NEW CITY NY 10956 |
| KING STREET CAPITAL, L.P. | TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE 65 EAST 55TH STREET, 30TH FLOOR NEW YORK NY 10022 |
| MORGAN STANLEY & CO INTERNATIONAL PLC | ATTN: BRIAN CRIPPS 25 CABOT SQUARE, CANARY WHARF LONDON E14 4QA THE UNITED KINGDOM |
| MORGAN STANLEY & CO INTERNATIONAL PLC | RICHARDS KIBBE & ORBE LLP ATTN: MICHAEL FRIEDMAN, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| OAKTREE HUNTINGTON INVESTMENT FUND, LP | TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, LP 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES |
| OAKTREE HUNTINGTON INVESTMENT FUND, LP | TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, LP 333 SOUTH GRAND AVE, 28TH FLOOR ATTN: PENNY |
| OAKTREE OPPORTUNITIES FUND VIII DELAWARE, | TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O OAKTREE Capital Management, LP 333 South Grand Ave., 28th Floor Los Angeles |
| OAKTREE OPPORTUNITIES FUND VIII DELAWARE, | TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O Oaktree Capital Management, LP 333 South Grand Ave., 28th Floor ATTN: PENNY |
| OCM OPPORTUNITIES FUND VIIB DELAWARE, LP | TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O Oaktree Capital Management, LP 333 South Grand Ave., 28th Floor Los Angeles |
| OCM OPPORTUNITIES FUND VIIB DELAWARE, LP | TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O Oaktree Capital Management, LP 333 South Grand Ave., 28th Floor ATTN: PENNY |
| ROYAL BANK OF SCOTLAND PLC, THE | DEWEY & LEBOEUF LLP ATTN: IRENA M. GOLDSTEIN 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| ROYAL BANK OF SCOTLAND PLC, THE | C/O RBS SECURITIES INC. ATTN: PIA FRIIS, MANAGING DIRECTOR AND SENIOR COUNSEL 600 WASHINGTON BOULEVARD STAMFORD CT 06901 |
| ROYAL BANK OF SCOTLAND PLC, THE | IRENA M. GOLDSTEIN DEWEY & LEBOEUF LLP 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |

Total Number of Records Printed     34

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT "C"**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153