Mark S. Landman, Esq. (ML 7654)
William G. Ballaine, Esq. (WB 4344)
Sophia Ree (SR 3820)
**LANDMAN CORSI BALLAINE & FORD P.C.**
120 Broadway, 27th Floor
New York, New York 10271
Telephone: (212) 238-4800
Facsimile: (212) 238-4848

- and -

George Kielman, Esq.
Associate General Counsel for Litigation
Federal Home Loan Mortgage Corporation
8200 Jones Branch Drive - MS202
McLean, Virginia 22102
Telephone: (703) 903-2640
Facsimile: (703) 903-4160

*Counsel to Federal Home Loan Mortgage Corporation in Conservatorship*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
In re:                                                    :
                                                          :    Chapter 11
LEHMAN BROTHERS HOLDINGS INC., et al.,                    :
                                                          :
                                                          :    Case No. 08-13555 (JMP)
                                                          :
                  Debtors.                                :
                                                          :    (Jointly Administered)
-----------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )    ss.:
COUNTY OF NEW YORK   )

   Ryan New, being duly sworn, deposes and says:

   1.  I am not a party to this action, I am over eighteen years of age and I am

473176.1 DocsNY

employed by the law firm of Landman Corsi Ballaine & Ford, P.C., 120 Broadway, 27th Floor, New York, New York 10271.

    2.    That on the 8th day of January, 2010, I caused a true and correct copy of the Joinder of Federal Home Loan Mortgage Corporation to the Objection of Societe Generale and Canadian Imperial Bank of Commerce to Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 3007 and 9019(b) for Approval of (I) Claim Objection Procedures and (II) Settlement Procedures to be filed and served via the Electronic Court Filing System.

    3.    I further declare that on the 8th day of January, 2010, I caused copies of the above-referenced document to be served by regular mail to the parties listed in the attached Exhibit A.

    4.    I further declare that on the 8th day of January, 2010, I caused copies of the above-referenced document to be served by hand delivery to the party listed in the attached Exhibit B.

Dated: New York, New York
January 8, 2010

                                                Ryan New

Sworn to before me this
8th day of January, 2010

Jelena Brigida
Notary Public

JELENA BRIGIDA
Notary Public, State of New York
No. 01BR6156932
Qualified in Kings County
Commission Expires Dec. 4, 2010

473176.1 DocsNY

# Exhibit A

## SERVICE RIDER

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:  Richard P. Krasnow, Esq.
        Lori R. Fife, Esq.
        Shai Y. Waisman, Esq.
        Jacqueline Marcus, Esq.
Fax: (212) 310-8934

Milbank, Tweed, Hadley & McCoy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn:  Dennis F. Dunne, Esq.
        Dennis O'Donnell, Esq.
        Evan Fleck, Esq.
Fax: (212) 530 5219

Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn:  Andy Velez-Rivera, Esq.
        Paul Schwartzberg, Esq.
        Brian Matsumoto, Esq.
        Linda Riffkin, Esq.
        Tracy Hope Davis, Esq.
Fax: (212) 668-2255

# Exhibit B

473176.1 DocsNY

## SERVICE RIDER

The Honorable James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 601
Alexander Custom House
New York, New York 10004

473176.1 DocsNY