B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re <u>Lehman Brothers Holdings, Inc.</u>,     Case No. <u>08-13555 (JMP)</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>       CBW LLC       </u>                    ANCHORAGE CROSSOVER CREDIT
Name of Transferee                              OFFSHORE MASTER FUND, LTD.
                                                Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): <u>  20536  </u>
should be sent:                                 Amount of Claim: <u>  $13,819,124.04  </u>
Amanda Goehring                                 Date Claim Filed: <u>    9/18/09    </u>
c/o Ashurst LLP
1 Penn Plaza, 36th Floor
New York, NY 10119

With a copy to:
Richards Kibbe & Orbe L.L.P.
One World Financial Center
New York, NY 10281-1003
Attn: Managing Clerk
Phone: <u>  646 557 4379  </u>                    Phone: <u>   212 432 4643   </u>
Last Four Digits of Acct.# :_____          Last Four Digits of Acct.#: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct.#: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ Patricia Jeadn</u>                    Date: <u>December 29, 2009</u>
    Transferee/Transferee's Agent  (under POA)

567434.1/445-01225

B 210A (Form 210A) (12/09)

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

567434.1/445-01225

# EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, ANCHORAGE CROSSOVER CREDIT OFFSHORE MASTER FUND, LTD. ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to CBW LLC ("Purchaser") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Special Financing Inc. (the "Debtor"), the debtor in Case No. 08-13888 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") and the relevant portion of proof of claim no. 20536 filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

566161.2/445-01225

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 29th day of December, 2009.

ANCHORAGE CROSSOVER CREDIT
OFFSHORE MASTER FUND, LTD.

By: Anchorage Advisors, L.L.C., its Investment Manager

By: /s/ Natalie Birrell
Name: NATALIE BIRRELL
Title: COO

CBW LLC

By: _____
Name:
Title: Attorney-in-Fact

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 29th day of December, 2009.

        ANCHORAGE CROSSOVER CREDIT
        OFFSHORE MASTER FUND, LTD.

        By:   Anchorage Advisors, L.L.C., its Investment Manager

        By: _____
        Name:
        Title:

        CBW LLC

        By: *Patricia Seddon*
        Name: Patricia Seddon (under POA)
        Title: Attorney-in-Fact