B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re <u>Lehman Brothers Holdings Inc.</u>,                    Case No. <u>08-13555 (JMP)</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>CBW LLC</u>                                                           <u>Anchorage Short Credit Offshore Master</u>
Name of Transferee                                             <u>Fund, Ltd.</u>
                                                                             Name of Transferor

Name and Address where notices to transferee         Court Claim # (if known): <u>20540</u>
should be sent:                                                      Amount of Claim: <u>$664,303.18</u>
CBW LLC                                                             Date Claim Filed: <u>09/18/2009</u>
c/o Ashurst LLP
New York, NY 10119

Phone: <u>646-557-4379</u>                                          Phone: <u>212-432-4600</u>
Last Four Digits of Acct.# : _____                        Last Four Digits of Acct.#: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct.#: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Patricia Sradon                                          Date: January 5, 2010
Transferee/Transferee's Agent (under POA)

567727.1/445-01225

B 210A (Form 210A) (12/09)

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

567727.1/445-01225

**EVIDENCE OF TRANSFER OF CLAIM**

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, ANCHORAGE SHORT CREDIT OFFSHORE MASTER FUND, LTD. ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to CBW LLC ("Purchaser") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. (the "Debtor"), the debtor in Case No. 08-13555 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant portion of proof of claim no. 20540 filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

566329.2/445-01225

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 5th day of ~~December, 2009~~ January, 2010.

ANCHORAGE SHORT CREDIT OFFSHORE MASTER FUND, LTD.

CBW LLC

By: Anchorage Advisors, L.L.C., its Investment Manager

By: *[signature]*
Name: NATHALIE BIERER
Title: COO

By: _____
Name:
Title: Attorney-in-Fact

566329.2/445-01225

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 5th day of ~~December, 2009.~~ January, 2010.

ANCHORAGE SHORT CREDIT OFFSHORE   CBW LLC
MASTER FUND, LTD.

By: Anchorage Advisors, L.L.C., its
Investment Manager

By: _____
Name:
Title:

By: /s/ Patricia Seddon
Name: Patricia Seddon (under POA)
Title: Attorney-in-Fact

566329.2/445-01225