B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc.        ,           Case No.  08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Mount Kellett Master Fund II, L.P. | Goldman Sachs International |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
623 Fifth Avenue, 18th Floor
New York, NY 10022

Court Claim # (if known):  44201
Amount of Claim:  $71,212,603.40 *
Date Claim Filed:  10/19/2009

Phone:  +(212) 588-6128
Last Four Digits of Acct #: _____

Phone:  +(212) 428-1243
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

**\* Only a portion of this amount is transferred. See attached Agreement and Evidence of Transfer of Claim for details**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.  *MOUNT KELLETT MASTER FUND II, L.P.*
*By: MOUNT KELLETT CAPITAL PARTNERS GP LLC, its general partner*

By: _[signature]_                                                         Date: 1/8/10
    Transferee/Transferee's Agent

By: _[signature]_                                                         Date: 1/8/10

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Per the attached Agreement and Evidence of Transfer of Claim, the Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure.**