**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                                                            :
**In re**                                                   :   **Chapter 11 Case No.**
                                                            :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                :   **08-13555 (JMP)**
                                                            :
**Debtors.**                                                :   **(Jointly Administered)**
                                                            :
------------------------------------------------------------x

### ORDER AND STIPULATION BETWEEN
### THE DEBTORS, CREDITORS, AND THE EXAMINER

This stipulation (the "Stipulation") is entered into between (i) Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors (together, the "Debtors"), (ii) Anton R. Valukas, Esq., in his capacity as Examiner by and through their undersigned counsel, and (iii) Citigroup and its affiliated creditors ("Citigroup"), JPMorgan Chase and its affiliated creditors ("JPMorgan"), HSBC Bank USA, National Association and its affiliated creditors ("HSBC") (collectively, the "Creditors" and together with the Debtors and the Examiner, the "Parties").

**RECITALS**

**A.** On July 2, 2009, this Court entered an Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Proofs of Claim, Approving the Form and Manner of Notice Thereof and Approving the Proof of Claim Form (the "Bar Date Order") [Docket No. 4271].

**B.** The Bar Date Order provides that "the information submitted on the website http://www.lehmanclaims.com in respect of Derivative Contracts and Guarantees will not be accessible on the website other than by the party that submitted such information, the Debtors, the Creditors' Committee and their respective advisors and counsel." Bar Date Order, at 9.

**C.** The Examiner wishes to review the information submitted on the website http://www.lehmanclaims.com (the "Website"), or in the case of JPMorgan in another format, in connection with the claim numbers on the spreadsheet attached hereto as Exhibit A, and incorporated herein by reference.

**D.** Agreement to this stipulation is voluntary and the Creditors reserve all rights, including, without limitation, rights with respect to jurisdiction and the scope of the Examination.  Further, agreement to this stipulation will not be relied upon by the Examiner or the Debtors as constituting a waiver of (i) any Creditor's claim that it is not subject to the jurisdiction of the United States courts for purpose of the Examination, (ii) any Creditor's claim that a particular matter is outside the scope of the Examination authorized by this Court, or (iii) attorney-client privilege.

**NOW THEREFORE, IT IS HEREBY STIPULATED, AGREED, AND UPON COURT APPROVAL HEREOF, IT IS ORDERED THAT:**

1. The Examiner shall have access to all the information submitted on the Website (or in another format, as is the case with JPMorgan) by the Creditors in connection with the claim numbers identified in Exhibit A.

2. After the entry of this Stipulation by the Court, but prior to reviewing any information the Creditors have submitted to the Website (or in another format, as is the case with JPMorgan) identified in Exhibit A, the Examiner shall provide notice of its intent to review such information to the Creditors, through their respective counsel.

3. This Stipulation shall be binding on the Parties from the date of its execution.

4. The Parties represent and warrant to each other that the signatories to this Stipulation have full power and authority to enter into this Stipulation.

2

5. This Stipulation may not be changed, modified, or amended except in a writing signed by the Parties and/or their counsel.

6. The Parties agree that any dispute regarding this Stipulation shall be subject to the exclusive jurisdiction and venue of the Bankruptcy Court.

7. This Stipulation shall be governed by the laws of New York without regard to conflicts of law principles. If any provision of this Stipulation is determined by a court of competent jurisdiction to be invalid or enforceable, the remainder of this Stipulation shall nonetheless remain in full force and effect.

8. This Stipulation may be executed in any number of counterparts and shall constitute one agreement, binding upon the Parties hereto as if the Parties signed the same document; all facsimile signatures shall be treated as originals for all purposes.

[THIS SPACE INTENTIONALLY LEFT BLANK]

Dated: January 8, 2010
New York, New York

| THE DEBTORS | ANTON R. VALUKAS, ESQ., EXAMINER |
|---|---|
| By: */s/ Shai Y. Waisman* <br> Shai Y. Waisman | By: */s/ Robert L. Byman* <br> Robert L. Byman |
| WEIL, GOTSHAL & MANGES LLP <br> 767 Fifth Avenue <br> New York, New York 10153 <br> Telephone: (212) 310-8000 <br> Facsimile: (212) 310-8007 <br> Attorneys for Debtors | JENNER & BLOCK LLP <br> 353 N. Clark St. <br> Chicago, IL 60654-3456 <br> Telephone: (312) 923-2679 <br> Facsimile: (312) 840-7679 <br> Attorneys for the Examiner |
| CITIGROUP | JPMORGAN |
| By: */s/ Claudia L. Hammerman* <br> Stephen J. Shimshak <br> Douglas R. Davis <br> Claudia L. Hammerman | By: */s/ Amy R. Wolf* <br> Harold S. Novikoff <br> Amy R. Wolf |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP <br> 1285 Avenue of the Americas <br> New York, New York 10019-6064 <br> Telephone: (212) 373-3000 <br> Facsimile: (212) 757-3990 <br> Attorneys for Citigroup, Inc. (including, without limitation, Citibank, N.A.) | WACHTELL, LIPTON, ROSEN & KATZ <br> 51 West 52nd Street <br> New York, New York 10019 <br> Telephone: (212) 403-1000 <br> Facsimile: (212) 403-2000 <br> Attorneys for JPMorgan Chase Bank, N.A. |
| | HSBC |
| | By: */s/ Ken Coleman* <br> David C. Esseks <br> Ken Coleman |
| | ALLEN & OVERY LLP <br> 1221 Avenue of the Americas <br> New York, New York 10020 <br> Telephone: (212) 610-6300 <br> Facsimile: (212) 610-6399 |

**SO ORDERED** this ___ day of _____ 20__

_____
HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE

EXHIBIT A

| Claim # | Schedule # | Creditor Name | Debtor | Date | Total Claim Value |
|---|---|---|---|---|---|
| **JPMorgan** | | | | | |
| 23002 | | J. P. MORGAN TOKYO FUND-JPM JAPAN GTA F | LEHMAN BROTHERS HOLDINGS, INC. | 9/21/2009 | See Annex |
| 59849 | | J.P. MORGAN ( SUISSE ) SA | LEHMAN BROTHERS HOLDINGS, INC. | 10/30/2009 | See Annex |
| 25133 | | J.P. MORGAN (SUISEE) SA | LEHMAN BROTHERS HOLDINGS, INC. | 9/21/2009 | $70,140.00 |
| 27197 | | J.P. MORGAN (SUISSE) SA | LEHMAN BROTHERS HOLDINGS, INC. | 9/22/2009 | See Annex |
| 49710 | | J.P. MORGAN CHASE BANK LONDON BRANCH | LEHMAN BROTHERS HOLDINGS, INC. | 10/27/2009 | $91,821,550.00 |
| | 555144010 | J.P. MORGAN CHASE BANK, N.A. | LEHMAN BROTHERS HOLDINGS, INC. | | No image |
| 27199 | | J.P. MORGAN CLEARING CORP | LEHMAN BROTHERS HOLDINGS, INC. | 9/22/2009 | See Annex |
| 27190 | | J.P. MORGAN INTERNATIONAL BANK LIMITED | LEHMAN BROTHERS HOLDINGS, INC. | 9/22/2009 | See Annex |
| 59848 | | J.P. MORGAN INTERNATIONAL BANK LIMITED | LEHMAN BROTHERS HOLDINGS, INC. | 10/30/2009 | See Annex |
| 59847 | | J.P. MORGAN INTERNATIONAL BANK LIMITED | LEHMAN BROTHERS HOLDINGS, INC. | 10/30/2009 | See Annex |
| 23596 | | J.P. MORGAN INTERNATIONAL BANK LIMITED | LEHMAN BROTHERS HOLDINGS, INC. | 9/21/2009 | $44,641.80 |
| 27204 | | J.P. MORGAN MARKETS LIMITED | LEHMAN BROTHERS HOLDINGS, INC. | 9/22/2009 | See Annex |
| 59202 | | J.P. MORGAN SECURITIES INC. | LEHMAN BROTHERS HOLDINGS, INC. | 10/30/2009 | $21,337,000.00 |
| 27185 | | J.P. MORGAN SECURITIES INC. | LEHMAN BROTHERS HOLDINGS, INC. | 9/22/2009 | $14,900,337.80 |
| 27196 | | J.P. MORGAN SECURITIES INC. | LEHMAN BROTHERS HOLDINGS, INC. | 9/22/2009 | $1,094,133.00 |
| | 555144030 | J.P. MORGAN SECURITIES INC. | LEHMAN BROTHERS HOLDINGS, INC. | | No image |
| | 555144020 | J.P. MORGAN SECURITIES INC. | LEHMAN BROTHERS HOLDINGS, INC. | | Schedule G |
| | 885002910 | J.P. MORGAN SECURITIES LIMITED | LEHMAN BROTHERS COMMODITY SERVICES INC. | | Schedule G |
| 49697 | | J.P. MORGAN SECURITIES LTD | LEHMAN BROTHERS HOLDINGS, INC. | 10/27/2009 | $1,017,673.73 |
| 49681 | | J.P. MORGAN SECURITIES LTD | LEHMAN BROTHERS HOLDINGS, INC. | 10/27/2009 | $1,009,734.00 |
| 49693 | | J.P. MORGAN SECURITIES LTD | LEHMAN BROTHERS HOLDINGS, INC. | 10/27/2009 | $1,574,563.65 |
| 49692 | | J.P. MORGAN SECURITIES LTD | LEHMAN BROTHERS HOLDINGS, INC. | 10/27/2009 | $1,455,871.98 |
| 49689 | | J.P. MORGAN SECURITIES LTD | LEHMAN BROTHERS HOLDINGS, INC. | 10/27/2009 | $1,438,305.62 |
| 49690 | | J.P. MORGAN SECURITIES LTD | LEHMAN BROTHERS HOLDINGS, INC. | 10/27/2009 | $1,274,676.12 |
| 49683 | | J.P. MORGAN SECURITIES LTD | LEHMAN BROTHERS HOLDINGS, INC. | 10/27/2009 | $855,785.91 |
| 49685 | | J.P. MORGAN SECURITIES LTD | LEHMAN BROTHERS HOLDINGS, INC. | 10/27/2009 | $789,207.08 |
| 49701 | | J.P. MORGAN SECURITIES LTD | LEHMAN BROTHERS HOLDINGS, INC. | 10/27/2009 | $770,314.85 |
| 49708 | | J.P. MORGAN SECURITIES LTD | LEHMAN BROTHERS HOLDINGS, INC. | 10/27/2009 | $640,664.16 |

EXHIBIT A

| Claim # | Schedule # | Creditor Name | Debtor | Date | Total Claim Value |
|---|---|---|---|---|---|
| 49688 | | J.P. MORGAN SECURITIES LTD | LEHMAN BROTHERS HOLDINGS, INC. | 10/27/2009 | $11,337,428.00 |
| 49698 | | J.P. MORGAN SECURITIES LTD | LEHMAN BROTHERS HOLDINGS, INC. | 10/27/2009 | $4,488,460.85 |
| 49686 | | J.P. MORGAN SECURITIES LTD | LEHMAN BROTHERS HOLDINGS, INC. | 10/27/2009 | $63,843,729.44 |
| 49695 | | J.P. MORGAN SECURITIES LTD | LEHMAN BROTHERS HOLDINGS, INC. | 10/27/2009 | $42,957.89 |
| 49691 | | J.P. MORGAN SECURITIES LTD | LEHMAN BROTHERS HOLDINGS, INC. | 10/27/2009 | $57,461.79 |
| 49687 | | J.P. MORGAN SECURITIES LTD | LEHMAN BROTHERS HOLDINGS, INC. | 10/27/2009 | $71,246.21 |
| 49682 | | J.P. MORGAN SECURITIES LTD | LEHMAN BROTHERS HOLDINGS, INC. | 10/27/2009 | $1,208,530.00 |
| 49684 | | J.P. MORGAN SECURITIES LTD | LEHMAN BROTHERS HOLDINGS, INC. | 10/27/2009 | $286,444.01 |
| 49694 | | J.P. MORGAN SECURITIES LTD | LEHMAN BROTHERS HOLDINGS, INC. | 10/27/2009 | $3,716.03 |
| 49679 | | J.P. MORGAN SECURITIES LTD | LEHMAN BROTHERS HOLDINGS, INC. | 10/27/2009 | $3,543.66 |
| 49706 | | J.P. MORGAN SECURITIES LTD | LEHMAN BROTHERS HOLDINGS, INC. | 10/27/2009 | $3,532.26 |
| 49702 | | J.P. MORGAN SECURITIES LTD | LEHMAN BROTHERS HOLDINGS, INC. | 10/27/2009 | $3,033.76 |
| 49680 | | J.P. MORGAN SECURITIES LTD | LEHMAN BROTHERS HOLDINGS, INC. | 10/27/2009 | $2,952.57 |
| 49700 | | J.P. MORGAN SECURITIES LTD | LEHMAN BROTHERS HOLDINGS, INC. | 10/27/2009 | $2,763.14 |
| 49696 | | J.P. MORGAN SECURITIES LTD | LEHMAN BROTHERS HOLDINGS, INC. | 10/27/2009 | $1,429.46 |
| 49709 | | J.P. MORGAN SECURITIES LTD | LEHMAN BROTHERS HOLDINGS, INC. | 10/27/2009 | $709.30 |
| 49704 | | J.P. MORGAN SECURITIES LTD | LEHMAN BROTHERS HOLDINGS, INC. | 10/27/2009 | $524.14 |
| 49707 | | J.P. MORGAN SECURITIES LTD | LEHMAN BROTHERS HOLDINGS, INC. | 10/27/2009 | $376.02 |
| 49705 | | J.P. MORGAN SECURITIES LTD | LEHMAN BROTHERS HOLDINGS, INC. | 10/27/2009 | $279.16 |
| 49711 | | J.P. MORGAN SECURITIES LTD | LEHMAN BROTHERS HOLDINGS, INC. | 10/27/2009 | $169.49 |
| 49703 | | J.P. MORGAN SECURITIES LTD | LEHMAN BROTHERS HOLDINGS, INC. | 10/27/2009 | $148.13 |
| 49699 | | J.P. MORGAN SECURITIES LTD | LEHMAN BROTHERS HOLDINGS, INC. | 10/27/2009 | $15.67 |
| 49779 | | J.P. MORGAN SECURITIES LTD. | LEHMAN BROTHERS HOLDINGS, INC. | 10/27/2009 | $1,955.56 |
| 49788 | | J.P. MORGAN SECURITIES LTD. | LEHMAN BROTHERS HOLDINGS, INC. | 10/27/2009 | $298,832.54 |
| 27188 | | J.P. MORGAN SECURITIES LTD. | LEHMAN BROTHERS HOLDINGS, INC. | 9/22/2009 | $395,467.20 |
| 63829 | | J.P. MORGAN SECURITIES LTD. | LEHMAN BROTHERS HOLDINGS, INC. | 11/2/2009 | $18,816,956.00 |
| 49782 | | J.P. MORGAN SECURITIES LTD. | LEHMAN BROTHERS HOLDINGS, INC. | 10/27/2009 | $93,869,828.33 |
| 49785 | | J.P. MORGAN SECURITIES LTD. | LEHMAN BROTHERS HOLDINGS, INC. | 10/27/2009 | $34,564,898.30 |
| 49781 | | J.P. MORGAN SECURITIES LTD. | LEHMAN BROTHERS HOLDINGS, INC. | 10/27/2009 | $5,422,350.49 |
| 49783 | | J.P. MORGAN SECURITIES LTD. | LEHMAN BROTHERS HOLDINGS, INC. | 10/27/2009 | $1,615,034.59 |
| 49786 | | J.P. MORGAN SECURITIES LTD. | LEHMAN BROTHERS HOLDINGS, INC. | 10/27/2009 | $6,805,724.39 |
| 49784 | | J.P. MORGAN SECURITIES LTD. | LEHMAN BROTHERS HOLDINGS, INC. | 10/27/2009 | $578,797.97 |
| 49780 | | J.P. MORGAN SECURITIES LTD. | LEHMAN BROTHERS HOLDINGS, INC. | 10/27/2009 | $1,431,531.66 |
| 49787 | | J.P. MORGAN SECURITIES LTD. | LEHMAN BROTHERS HOLDINGS, INC. | 10/27/2009 | $1,000,000.00 |
| 27186 | | J.P. MORGAN SECURITIES LTD. | LEHMAN BROTHERS COMMODITY SERVICES INC. | 9/22/2009 | See Annex |

EXHIBIT A

| Claim # | Schedule # | Creditor Name | Debtor | Date | Total Claim Value |
|---|---|---|---|---|---|
| 30447 | | J.P. MORGAN SECURITIES LTD. | LEHMAN BROTHERS HOLDINGS, INC. | 9/22/2009 | See Annex |
| 27183 | | J.P. MORGAN SECURITIES LTD. | LEHMAN BROTHERS HOLDINGS, INC. | 9/22/2009 | See Annex |
| 25131 | | J.P. MORGAN TRUST COMPANY (BAHAMAS) LTD | LEHMAN BROTHERS HOLDINGS, INC. | 9/21/2009 | $127,000.00 |
| 1733 | | J.P. MORGAN TRUST COMPANY (BAHAMAS) LTD. | LEHMAN BROTHERS COMMERCIAL CORPORATION | 1/15/2009 | $1,260,500.00 |
| 27201 | | J.P. MORGAN VENTURES ENERGY CORPORATION | LEHMAN BROTHERS HOLDINGS, INC. | 9/22/2009 | See Annex |
| 27187 | | J.P. MORGAN VENTURES ENERGY CORPORATION | LEHMAN BROTHERS COMMODITY SERVICES INC. | 9/22/2009 | See Annex |
| | 885002920 | J.P. MORGAN VENTURES ENERGY CORPORATION | LEHMAN BROTHERS COMMODITY SERVICES INC. | | Schedule G |
| 49678 | | J.P.MORGAN SECURITIES LTD | LEHMAN BROTHERS HOLDINGS, INC. | 10/27/2009 | $783,365.00 |
| | 888023760 | JP MORGAN 2002-F8J | LEHMAN BROTHERS SPECIAL FINANCING INC. | | Schedule G |
| | 888023770 | JP MORGAN ABSOLUTE RETURN CREDIT MASTER | LEHMAN BROTHERS SPECIAL FINANCING INC. | | Schedule G |
| 27194 | | JP MORGAN BANK DUBLIN PLC (FORMERLY BEAR | LEHMAN BROTHERS HOLDINGS, INC. | 9/22/2009 | See Annex |
| | 555169120 | JP MORGAN BANK NA | LEHMAN BROTHERS HOLDINGS, INC. | | Schedule G |
| | 888023780 | JP MORGAN BOND FUND | LEHMAN BROTHERS SPECIAL FINANCING INC. | | Schedule G |
| | 888023790 | JP MORGAN CHASE & CO | LEHMAN BROTHERS SPECIAL FINANCING INC. | | Schedule G |
| | 900006900 | JP MORGAN CHASE & CO | LEHMAN COMMERCIAL PAPER INC. | | Schedule G |
| | 900006910 | JP MORGAN CHASE & CO | LEHMAN COMMERCIAL PAPER INC. | | Schedule G |
| | 888023800 | JP MORGAN CHASE 401K | LEHMAN BROTHERS SPECIAL FINANCING INC. | | Schedule G |
| | 888023810 | JP MORGAN CHASE 401K | LEHMAN BROTHERS SPECIAL FINANCING INC. | | Schedule G |
| | 900006920 | JP MORGAN CHASE BANK NA | LEHMAN COMMERCIAL PAPER INC. | | Schedule G |
| | 900006930 | JP MORGAN CHASE BANK NA | LEHMAN COMMERCIAL PAPER INC. | | Schedule G |
| | 900006940 | JP MORGAN CHASE BANK NA | LEHMAN COMMERCIAL PAPER INC. | | Schedule G |
| | 900006950 | JP MORGAN CHASE BANK NA | LEHMAN COMMERCIAL PAPER INC. | | Schedule G |
| | 900006960 | JP MORGAN CHASE BANK NA | LEHMAN COMMERCIAL PAPER INC. | | Schedule G |
| | 900006970 | JP MORGAN CHASE BANK NA | LEHMAN COMMERCIAL PAPER INC. | | Schedule G |
| | 900006980 | JP MORGAN CHASE BANK NA | LEHMAN COMMERCIAL PAPER INC. | | Schedule G |

EXHIBIT A

| Claim # | Schedule # | Creditor Name | Debtor | Date | Total Claim Value |
|---|---|---|---|---|---|
|  | 900006990 | JP MORGAN CHASE BANK NA | LEHMAN COMMERCIAL PAPER INC. |  | Schedule G |
|  | 900007000 | JP MORGAN CHASE BANK NA | LEHMAN COMMERCIAL PAPER INC. |  | Schedule G |
|  | 900007010 | JP MORGAN CHASE BANK NA | LEHMAN COMMERCIAL PAPER INC. |  | $9,294.54 |
| 59851 |  | JP MORGAN CHASE BANK, N.A. | LEHMAN BROTHERS HOLDINGS, INC. | 10/30/2009 | See Annex |
| 59850 |  | JP MORGAN CHASE BANK, N.A. | LEHMAN BROTHERS HOLDINGS, INC. | 10/30/2009 | See Annex |
|  | 888023820 | JP MORGAN CHASE RETIREMENT PLAN | LEHMAN BROTHERS SPECIAL FINANCING INC. |  | Schedule G |
|  | 888023830 | JP MORGAN CHASE RETIREMENT PLAN | LEHMAN BROTHERS SPECIAL FINANCING INC. |  | Schedule G |
|  | 888023840 | JP MORGAN COMMINGLED PENSION TRUST CORPO | LEHMAN BROTHERS SPECIAL FINANCING INC. |  | Schedule G |
|  | 888023850 | JP MORGAN COMMINGLED PENSION TRUST INTER | LEHMAN BROTHERS SPECIAL FINANCING INC. |  | Schedule G |
|  | 888023860 | JP MORGAN COMMINGLED PENSION TRUST INTER | LEHMAN BROTHERS SPECIAL FINANCING INC. |  | Schedule G |
|  | 888023870 | JP MORGAN COMMINGLED PENSION TRUST PUBLI | LEHMAN BROTHERS SPECIAL FINANCING INC. |  | Schedule G |
|  | 888023880 | JP MORGAN COMMINGLED PENSION TRUST PUBLI | LEHMAN BROTHERS SPECIAL FINANCING INC. |  | Schedule G |
|  | 888023890 | JP MORGAN DISTRESSED DEBT MASTER FUND LT | LEHMAN BROTHERS SPECIAL FINANCING INC. |  | Schedule G |
|  | 888023900 | JP MORGAN DIVERSIFIED FUND | LEHMAN BROTHERS SPECIAL FINANCING INC. |  | Schedule G |
|  | 900007020 | JP MORGAN EUROPE LTD | LEHMAN COMMERCIAL PAPER INC. |  | Schedule G |
| 23009 |  | JP MORGAN FIXED INCOME OPPORTUNITY MASTE | LEHMAN BROTHERS HOLDINGS, INC. | 9/21/2009 | $0.00 |
| 18756 |  | JP MORGAN FUNDS - EUROPE AGGREGATE PLUS | LEHMAN BROTHERS HOLDINGS, INC. | 9/18/2009 | $1,203.29 |
| 18753 |  | JP MORGAN FUNDS - GLOBAL CONVERTIBLES FU | LEHMAN BROTHERS HOLDINGS, INC. | 9/18/2009 | $4,639.99 |
| 22995 |  | JP MORGAN FUNDSGLOBAL AGGREGATE BOND F | LEHMAN BROTHERS HOLDINGS, INC. | 9/21/2009 | See Annex |
| 22996 |  | JP MORGAN FUNDS- US AGGREGATE BOND FUND | LEHMAN BROTHERS HOLDINGS, INC. | 9/21/2009 | See Annex |
| 23812 |  | JP MORGAN INTERNATIONAL BANK LIMITED | LEHMAN BROTHERS HOLDINGS, INC. | 9/21/2009 | $45,697.61 |
| 18754 |  | JP MORGAN INVESTMENT FUNDS - EUROPE SHOR | LEHMAN BROTHERS HOLDINGS, INC. | 9/18/2009 | $459.88 |

EXHIBIT A

| Claim # | Schedule # | Creditor Name | Debtor | Date | Total Claim Value |
|---|---|---|---|---|---|
| 18755 | | JP MORGAN INVESTMENT FUNDS - GLOBAL CAPI | LEHMAN BROTHERS HOLDINGS, INC. | 9/18/2009 | $7,034.32 |
| | 901004420 | JP MORGAN INVESTMENT MANAGEMENT LIMITED | LEHMAN BROTHERS COMMERCIAL CORPORATION | | Schedule G |
| 27192 | | JP MORGAN MARKETS LIMITED | LEHMAN BROTHERS SPECIAL FINANCING INC. | 9/22/2009 | See Annex |
| 27191 | | JP MORGAN SECURITIES INC | LEHMAN BROTHERS HOLDINGS, INC. | 9/22/2009 | See Annex |
| 49778 | | JP MORGAN SECURITIES INC | LEHMAN BROTHERS HOLDINGS, INC. | 10/27/2009 | $398,804.00 |
| 27181 | | JP MORGAN SECURITIES JAPAN CO., LTD | LEHMAN BROTHERS HOLDINGS, INC. | 9/22/2009 | See Annex |
| | 900007030 | JP MORGAN WHITEFRIARS INC. | LEHMAN COMMERCIAL PAPER INC. | | Schedule G |
| | 900007040 | JP MORGAN WHITEFRIARS INC. | LEHMAN COMMERCIAL PAPER INC. | | Schedule G |
| | 900007050 | JP MORGAN WHITEFRIARS INC. | LEHMAN COMMERCIAL PAPER INC. | | Schedule G |
| | 900007060 | JP MORGAN WHITEFRIARS INC. | LEHMAN COMMERCIAL PAPER INC. | | Schedule G |
| | 900007070 | JP MORGAN WHITEFRIARS INC. | LEHMAN COMMERCIAL PAPER INC. | | Schedule G |
| | 900007080 | JP MORGAN WHITEFRIARS INC. | LEHMAN BROTHERS COMMERCIAL CORPORATION | | Schedule G |
| 22887 | | JPMORGAN ABSOLUTE RETURN CREDIT MASTER F | LEHMAN BROTHERS HOLDINGS, INC. | 9/21/2009 | See Annex |
| 22882 | | JPMORGAN ABSOLUTE RETURN CREDIT MASTER F | LEHMAN BROTHERS SPECIAL FINANCING INC. | 9/21/2009 | See Annex |
| | 888024010 | JPMORGAN ALPHA STRATEGY LTD | LEHMAN BROTHERS SPECIAL FINANCING INC. | | Schedule G |
| | 888024020 | JPMORGAN AM (UK) LTDA/C JPM USD GLOBAL B | LEHMAN BROTHERS SPECIAL FINANCING INC. | | Schedule G |
| 20811 | | JPMORGAN CHASE 401(K) SAVINGS PLAN | LEHMAN BROTHERS HOLDINGS, INC. | 9/21/2009 | $1,365.00 |
| | 888024030 | JPMORGAN CHASE BANK NA | LEHMAN BROTHERS SPECIAL FINANCING INC. | | Schedule G |
| 27203 | | JPMORGAN CHASE BANK NA | LEHMAN BROTHERS FINANCIAL PRODUCTS INC. | 9/22/2009 | See Annex |
| 27193 | | JPMORGAN CHASE BANK NA | LEHMAN BROTHERS COMMERCIAL CORPORATION | 9/22/2009 | See Annex |
| 27207 | | JPMORGAN CHASE BANK NA | LEHMAN COMMERCIAL PAPER INC. | 9/22/2009 | See Annex |
| | 893001110 | JPMORGAN CHASE BANK NA | LEHMAN BROTHERS OTC DERIVATIVES INC. | | Schedule G |
| | 900007090 | JPMORGAN CHASE BANK, N.A | LEHMAN COMMERCIAL PAPER INC. | | Schedule G |
| | 555169130 | JPMORGAN CHASE BANK, N.A. | LEHMAN BROTHERS HOLDINGS, INC. | | Schedule G |

EXHIBIT A

| Claim # | Schedule # | Creditor Name | Debtor | Date | Total Claim Value |
|---|---|---|---|---|---|
| | 555169140 | JPMORGAN CHASE BANK, N.A. | LEHMAN BROTHERS HOLDINGS, INC. | | Schedule G |
| | 555169150 | JPMORGAN CHASE BANK, N.A. | LEHMAN BROTHERS HOLDINGS, INC. | | No image |
| | 555169160 | JPMORGAN CHASE BANK, N.A. | LEHMAN BROTHERS HOLDINGS, INC. | | No image |
| 27206 | | JPMORGAN CHASE BANK, N.A. | LEHMAN BROTHERS DERIVATIVE PRODUCTS INC. | 9/22/2009 | See Annex |
| 27198 | | JPMORGAN CHASE BANK, N.A. | LEHMAN BROTHERS HOLDINGS, INC. | 9/22/2009 | See Annex |
| 27202 | | JPMORGAN CHASE BANK, N.A. | LEHMAN BROTHERS OTC DERIVATIVES INC. | 9/22/2009 | See Annex |
| 27189 | | JPMORGAN CHASE BANK, N.A. | LEHMAN BROTHERS SPECIAL FINANCING INC. | 9/22/2009 | See Annex |
| 27184 | | JPMORGAN CHASE BANK, N.A. | LEHMAN BROTHERS COMMODITY SERVICES INC. | 9/22/2009 | See Annex |
| 13310 | | JPMORGAN CHASE BANK, N.A. | LEHMAN BROTHERS HOLDINGS, INC. | 9/16/2009 | $50,350,000.00 |
| 13309 | | JPMORGAN CHASE BANK, N.A. | LEHMAN BROTHERS SPECIAL FINANCING INC. | 9/16/2009 | $50,350,000.00 |
| | 885002950 | JPMORGAN CHASE BANK, NA | LEHMAN BROTHERS COMMODITY SERVICES INC. | | Schedule G |
| | 555169170 | JPMORGAN CHASE BANK, NA | LEHMAN BROTHERS HOLDINGS, INC. | | No image |
| | 555169180 | JPMORGAN CHASE BANK, NA | LEHMAN BROTHERS HOLDINGS, INC. | | No image |
| | 555169190 | JPMORGAN CHASE BANK, NA | LEHMAN BROTHERS HOLDINGS, INC. | | No image |
| | 901004440 | JPMORGAN CHASE BANK, NA | LEHMAN BROTHERS COMMERCIAL CORPORATION | | Schedule G |
| 27205 | | JPMORGAN CHASE FUNDING INC | LEHMAN BROTHERS HOLDINGS, INC. | 9/22/2009 | See Annex |
| | 888024040 | JPMORGAN COMMINGLED PENSION TRUST CORPOR | LEHMAN BROTHERS SPECIAL FINANCING INC. | | Schedule G |
| 22881 | | JPMORGAN CORE BOND TRUST, A SERIES OF JP | LEHMAN BROTHERS HOLDINGS, INC. | 9/21/2009 | See Annex |
| 22880 | | JPMORGAN CORE BOND TRUST, A SERIES OF JP | LEHMAN BROTHERS HOLDINGS, INC. | 9/21/2009 | See Annex |
| 22874 | | JPMORGAN CORE PLUS BOND FUND, A SERIES O | LEHMAN BROTHERS HOLDINGS, INC. | 9/21/2009 | See Annex |
| 22873 | | JPMORGAN CORE PLUS BOND FUND, A SERIES O | LEHMAN BROTHERS SPECIAL FINANCING INC. | 9/21/2009 | $521,580.98 |
| 22884 | | JPMORGAN DISTRESSED DEBT MASTER FUND, LT | LEHMAN BROTHERS HOLDINGS, INC. | 9/21/2009 | See Annex |
| 22883 | | JPMORGAN DISTRESSED DEBT MASTER FUND, LT | LEHMAN BROTHERS SPECIAL FINANCING INC. | 9/21/2009 | See Annex |

EXHIBIT A

| Claim # | Schedule # | Creditor Name | Debtor | Date | Total Claim Value |
|---|---|---|---|---|---|
| 22876 | | JPMORGAN DIVERSIFIED FUND, A SERIES OF J | LEHMAN BROTHERS HOLDINGS, INC. | 9/21/2009 | See Annex |
| 22875 | | JPMORGAN DIVERSIFIED FUND, A SERIES OF J | LEHMAN BROTHERS SPECIAL FINANCING INC. | 9/21/2009 | $58,849.00 |
| 22879 | | JPMORGAN EMERGING MARKETS DEBT FUND, A S | LEHMAN BROTHERS HOLDINGS, INC. | 9/21/2009 | $4,055,275.58 |
| | 888024050 | JPMORGAN EMERGING MARKETS DEBT OPPORTUNI | LEHMAN BROTHERS SPECIAL FINANCING INC. | | Schedule G |
| 22885 | | JPMORGAN FIXED INCOME OPPORTUNITY INSTIT | LEHMAN BROTHERS SPECIAL FINANCING INC. | 9/21/2009 | See Annex |
| 22865 | | JPMORGAN FIXED INCOME OPPORTUNITY INSTIT | LEHMAN BROTHERS HOLDINGS, INC. | 9/21/2009 | See Annex |
| 22866 | | JPMORGAN FIXED INCOME OPPORTUNITY MASTER | LEHMAN BROTHERS SPECIAL FINANCING INC. | 9/21/2009 | $5,774,969.10 |
| 22972 | | JPMORGAN FLEMING JAPANESE SMALLER COMPAN | LEHMAN BROTHERS HOLDINGS, INC. | 9/21/2009 | $352,404.58 |
| 22976 | | JPMORGAN FUND ICVC - JPM INSTITUTIONAL J | LEHMAN BROTHERS HOLDINGS, INC. | 9/21/2009 | $158,378.58 |
| 22975 | | JPMORGAN FUNDS - JF JAPAN SMALL CAP FUND | LEHMAN BROTHERS HOLDINGS, INC. | 9/21/2009 | $324,242.52 |
| | 888024060 | JPMORGAN FUNDSEMERGING MARKETS DEBT FU | LEHMAN BROTHERS SPECIAL FINANCING INC. | | Schedule G |
| 22971 | | JPMORGAN FUNDS- JF JAPAN EQUITY FUND | LEHMAN BROTHERS HOLDINGS, INC. | 9/21/2009 | $330,529.22 |
| 22867 | | JPMORGAN INSURANCE TRUST CORE BOND PORTF | LEHMAN BROTHERS SPECIAL FINANCING INC. | 9/21/2009 | $50,407.34 |
| 22877 | | JPMORGAN INSURANCE TRUST CORE BOND PORTF | LEHMAN BROTHERS HOLDINGS, INC. | 9/21/2009 | See Annex |
| 23010 | | JPMORGAN INSURANCE TRUST CORE BOND PORTF | LEHMAN BROTHERS HOLDINGS, INC. | 9/21/2009 | See Annex |
| 23011 | | JPMORGAN INTERMEDIATE BOND TRUST, A SERI | LEHMAN BROTHERS HOLDINGS, INC. | 9/21/2009 | See Annex |
| 22998 | | JPMORGAN INVESTMENT FUNDS - GLOBAL BOND | LEHMAN BROTHERS HOLDINGS, INC. | 9/21/2009 | See Annex |
| 22997 | | JPMORGAN INVESTMENT FUNDS - GLOBAL BOND | LEHMAN BROTHERS HOLDINGS, INC. | 9/21/2009 | See Annex |
| 22999 | | JPMORGAN INVESTMENT FUNDS - GLOBAL ENHAN | LEHMAN BROTHERS HOLDINGS, INC. | 9/21/2009 | See Annex |

EXHIBIT A

| Claim # | Schedule # | Creditor Name | Debtor | Date | Total Claim Value |
|---|---|---|---|---|---|
| | 901004450 | JPMORGAN INVESTMENT FUNDS - HIGHBRIDGE I | LEHMAN BROTHERS COMMERCIAL CORPORATION | | Schedule G |
| 23000 | | JPMORGAN INVESTMENT FUNDS - HIGHBRIDGE S | LEHMAN BROTHERS HOLDINGS, INC. | 9/21/2009 | See Annex |
| 59802 | | JPMORGAN INVESTMENT FUNDS - HIGHBRIDGE S | LEHMAN BROTHERS HOLDINGS, INC. | 10/30/2009 | $7,196,164.20 |
| 23006 | | JPMORGAN INVESTMENT FUNDS - INCOME OPPOR | LEHMAN BROTHERS SPECIAL FINANCING INC. | 9/21/2009 | See Annex |
| 23005 | | JPMORGAN INVESTMENT FUNDS - INCOME OPPOR | LEHMAN BROTHERS COMMERCIAL CORPORATION | 9/21/2009 | See Annex |
| 23004 | | JPMORGAN INVESTMENT FUNDS - INCOME OPPOR | LEHMAN BROTHERS HOLDINGS, INC. | 9/21/2009 | See Annex |
| 23001 | | JPMORGAN INVESTMENT FUNDS - US BOND FUND | LEHMAN BROTHERS HOLDINGS, INC. | 9/21/2009 | See Annex |
| 23012 | | JPMORGAN LIMITED DURATION BOND FUND (FOM | LEHMAN BROTHERS HOLDINGS, INC. | 9/21/2009 | See Annex |
| 23014 | | JPMORGAN MORTGAGEBACKED SECURITIES FUND | LEHMAN BROTHERS HOLDINGS, INC. | 9/21/2009 | See Annex |
| | 888024070 | JPMORGAN REAL RETURN FUND | LEHMAN BROTHERS SPECIAL FINANCING INC. | | Schedule G |
| 22869 | | JPMORGAN REAL RETURN FUND, | LEHMAN BROTHERS SPECIAL FINANCING INC. | 9/21/2009 | $9,457.00 |
| 22868 | | JPMORGAN REAL RETURN FUND, | LEHMAN BROTHERS HOLDINGS, INC. | 9/21/2009 | See Annex |
| 23013 | | JPMORGAN SHORT DURATION BOND FUND, A SER | LEHMAN BROTHERS HOLDINGS, INC. | 9/21/2009 | See Annex |
| 22870 | | JPMORGAN SHORT TERM BOND FUND II, | LEHMAN BROTHERS SPECIAL FINANCING INC. | 9/21/2009 | $19,427.98 |
| 22871 | | JPMORGAN SHORT TERM BOND FUND II, | LEHMAN BROTHERS HOLDINGS, INC. | 9/21/2009 | See Annex |
| | 888024080 | JPMORGAN STRATEGIC INCOME FUND | LEHMAN BROTHERS SPECIAL FINANCING INC. | | Schedule G |
| 22889 | | JPMORGAN TOTAL RETURN FUND, A SERIES OF | LEHMAN BROTHERS HOLDINGS, INC. | 9/21/2009 | See Annex |
| 22888 | | JPMORGAN TOTAL RETURN FUND, A SERIES OF | LEHMAN BROTHERS SPECIAL FINANCING INC. | 9/21/2009 | See Annex |

## Citigroup

| Claim # | Schedule # | Creditor Name | Debtor | Date | Total Claim Value |
|---|---|---|---|---|---|
| 29883 | | CITIBANK, N.A. | LEHMAN BROTHERS HOLDINGS, INC. | 9/22/2009 | 0 |

EXHIBIT A

| Claim # | Schedule # | Creditor Name | Debtor | Date | Total Claim Value |
|---|---|---|---|---|---|
| 17918 | | CITIBANK A.S. | LEHMAN BROTHERS HOLDINGS, INC. | 9/18/2009 | 18,750,000.00 |
| 55848 | | CITIBANK (HONG KONG) LTD. | LEHMAN BROTHERS HOLDINGS, INC. | 10/29/2009 | $201,155,228.00 |
| 22606 | | CITIBANK, N.A., IN ITS CAPACITY AS TRUSTEE | LEHMAN BROTHERS HOLDINGS, INC. | 9/21/2009 | $999,992,176.77 |
| 34310 | | CITIBANK, N.A. | STRUCTURED ASSET SECURITIES CORPORATION | 9/22/2009 | $1,397,798,000.00 |
| 55847 | | CITIBANK, N.A. ABN 34 072 814 058 | LEHMAN BROTHERS HOLDINGS, INC. | 10/29/2009 | $25,150,204.00 |
| 22774 | | CITIBANK, N.A., IN ITS CAPACITY AS TRUSTEE | STRUCTURED ASSET SECURITIES CORPORATION | 9/21/2009 | $3,386,836,805.15 |
| 58911 | | CITIBANK, N.A., LONDON BRANCH | LEHMAN BROTHERS HOLDINGS, INC. | 10/30/2009 | $277,627,024.00 |
| 29878 | | CITIGROUP INC., AND ITS SUBSIDIARIES AND AFFILIATES | LEHMAN BROTHERS HOLDINGS, INC. | 9/22/2009 | $0.00 |

## HSBC

| Claim # | Schedule # | Creditor Name | Debtor | Date | Total Claim Value |
|---|---|---|---|---|---|
| 20075 | | HSBC BANK USA | LEHMAN BROTHERS SPECIAL FINANCING INC. | 9/21/2009 | $0.00 |
| 27732 | | HSBC BANK USA NATIONAL ASSOCIATION | LEHMAN BROTHERS SPECIAL FINANCING INC. | 9/22/2009 | $0.00 |
| 20824 | | HSBC TRUSTEE (C.I.) LTD | LEHMAN BROTHERS HOLDINGS, INC. | 9/21/2009 | 12,806,289.00 |
| 28535 | | HSBC BANK USA, N.A., AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2004-4 | STRUCTURED ASSET SECURITIES CORPORATION | 9/22/2009 | $0.00 |
| 28537 | | HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-7 | LEHMAN BROTHERS HOLDINGS, INC. | 9/22/2009 | $0.00 |
| 15950 | | HSBC BANK USA, NATIONAL ASSOCIATION | STRUCTURED ASSET SECURITIES CORPORATION | 9/18/2009 | 1,300,211.25 |
| 28535 | | HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2004-4 | STRUCTURED ASSET SECURITIES CORPORATION | 9/22/2009 | $0.00 |

EXHIBIT A

| Claim # | Schedule # | Creditor Name | Debtor | Date | Total Claim Value |
|---|---|---|---|---|---|
| 18873 | | HSBC TRUSTEE (C.I.) LTD (IN ITS CAPACITY AS TRUSTEE IN RELATION TO THE ISSUE OF THE QUARTZ SERIES 2001-3 EUR44,913,000 ZERO COUPON FUND-LINKED PRINCIPAL PROTECTED NOTES DUE 2009 (ISIN: XS0135569621) BY QUARTZ FINANCE LIMITED) | LEHMAN BROTHERS HOLDINGS INC. | 9/18/2009 | $0.00 |
| 18872 | | HSBC TRUSTEE (C.I.) LTD (IN ITS CAPACITY AS TRUSTEE IN RELATION TO THE ISSUE OF THE QUARTZ SERIES 2001-2 EUR24,211,000 ZERO COUPON FUND-LINKED PRINCIPAL PROTECTED NOTES DUE 2009 (ISIN: XS132498493) BY QUARTZ FINANCE LIMITED) | LEHMAN BROTHERS HOLDINGS INC. | 9/18/2009 | $0.00 |
| 18874 | | HSBC TRUSTEE (C.I.) LTD (IN ITS CAPACITY AS TRUSTEE IN RELATIONTO THE ISSUE OF THE QUARTZ SERIES 2001-1 EUR15,000,000 ZERO COUPON FUND-INKED PRINCIPAL PROTECTED NOTES DUE 2009) (ISIN: XS0127739943) BY QUARTZ FINANCE LIMITED) | LEHMAN BROTHERS HOLDINGS INC. | 9/18/2009 | $0.00 |
| 18218 | | HSBC BANK PLC | LEHMAN BROTHERS HOLDINGS INC. | 9/18/2009 | $2,910,446.00 |
| 25792 | | HSBC TRUSTEE (C.I.) LTD | LEHMAN BROTHERS HOLDINGS INC. | 9/21/2009 | $200,000,000.00 |
| 31939 | | HSBC BANK (CAYMAN) LTD IN ITS CAPACITY AS TRUSTEE OF SUB-TRUST F (OPPORTUNISTIC - EUREKA (EURO) FUND), AS SUB-TRUST OF MARSHALL WACE TOPS TRUST | LEHMAN BROTHERS HOLDINGS INC. | 9/22/2009 | $3,063,883.00 |