K&L GATES LLP
Marc L. Barreca, Esq.
925 Fourth Avenue
Suite 2900
Seattle, Washington 98104
(206) 623-7580
Marc.Barreca@klgates.com

Attorneys for Seattle Pacific University

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | Case No. 08-13555 (JMP) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

------------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Marc L. Barreca, a member in good standing of the bar of the State of Washington and admitted to practice before the United States District Court for the Western District of Washington, hereby request admission, *pro hac vice*, before the Honorable James M. Peck, United States Bankruptcy Judge for the Southern District of New York, to represent: (a) Seattle Pacific University, a party in interest in the above-captioned Chapter 11 cases, (b) Tobacco Settlement Financing Corporation, a creditor in the above-captioned Chapter 11 cases and (c) the Washington State Tobacco Settlement Authority, a creditor in the above-captioned Chapter 11 cases, and to otherwise appear in the above-captioned Chapter 11 cases.

NY-722534 v1

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: Seattle Washington
       January 11, 2010

Respectfully submitted,

K&L GATES LLP

By:_____
   Marc L. Barreca
   A Member of the Firm
925 Fourth Avenue
Suite 2900
Seattle, Washington 98104
(206) 623-7580 (telephone)
(206) 623-7022 (facsimile)
Marc.Barreca@klgates.com

Attorneys for Seattle Pacific University