**Presentment Date and Time:  January 21, 2010 at 12:00 p.m. (Prevailing Eastern Time)**
**Objection Deadline:  January 21, 2010 at 11:00 a.m. (Prevailing Eastern Time)**
**Hearing Date and Time (If an Objection is Filed): February 10, 2010 at 10:00 a.m. (Prevailing Eastern Time)**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

```
-------------------------------------------------------------------x
                                           :
In re                                      :    Chapter 11 Case No.
                                           :
LEHMAN BROTHERS HOLDINGS INC., et al.,     :    08-13555 (JMP)
                                           :
                    Debtors.               :    (Jointly Administered)
                                           :
-------------------------------------------------------------------x
```

## NOTICE OF PRESENTMENT OF APPLICATION OF THE DEBTORS PURSUANT TO SECTIONS 327(e) AND 328(a) OF THE BANKRUPTCY CODE AND RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE FOR AUTHORIZATION TO EMPLOY AND RETAIN KASOWITZ, BENSON, TORRES & FRIEDMAN LLP AS SPECIAL COUNSEL, *NUNC PRO TUNC* TO THE ENGAGEMENT DATE

**PLEASE TAKE NOTICE** that the undersigned will present the annexed Application

(the "Application") of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the

above-referenced chapter 11 cases (together, the "Debtors") pursuant to §§ 327(e) and 328(a) of

title 11 of the United States Code (the "Bankruptcy Code") and Rule 2014 of the Federal Rules

of Bankruptcy Procedure (the "Bankruptcy Rules") for authorization to employ Kasowitz,

Benson, Torres & Friedman LLP ("KBT&F") as special counsel, *nunc pro tunc* to January 6,

2010, all as more fully described in the Application, to the Honorable James M. Peck, United

States Bankruptcy Judge, for approval and signature on **January 21, 2010 at 12:00 p.m.**

**(Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that objections to the Application, if any, shall

be in writing, shall conform to the Bankruptcy Rules and the Local Rules of the Bankruptcy

Court for the Southern District of New York, shall set forth the name of the objecting party, the

basis for the objection and the specific grounds thereof, shall be filed with the Bankruptcy Court

electronically in accordance with General Order M-242 (which can be found at

www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's case filing system and by

all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF),

WordPerfect, or any other Windows-based word processing format (with two hard copies

delivered directly to Chambers), and shall be served upon:  (i) the chambers of the Honorable

James M. Peck, One Bowling Green, New York, New York, 10004, Courtroom 601; (ii) Weil,

Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York, 10153, Attn: Richard P.

Krasnow, Esq., attorneys for the Debtors; (iii) the Office of the United States Trustee for the

Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York, 10004,

Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin,

Esq., and Tracy Hope Davis, Esq.; (iv) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase

Manhattan Plaza, New York, New York, 10005, Attn: Dennis F. Dunne, Esq., Dennis

O'Donnell, Esq., and Evan Fleck, Esq., attorneys for the Official Committee of Unsecured

Creditors appointed in these cases; and (v) Kasowitz, Benson, Torres & Friedman, 1633

Broadway, New York, New York, 10019, Attn:  Marc E. Kasowitz, Esq., Albert S. Mishaan,

Esq. and Jeffrey R. Gleit, Esq., proposed special counsel for the Debtors, **so as to be so filed and

received by no later than January 21, 2010 at 11:00 a.m. (prevailing Eastern Time)** (the

"Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that only if a written objection is timely filed and served, a hearing will be held on **February 10, 2010 (Prevailing Eastern Time)** at the United States Bankruptcy Court for the Southern District of New York, Honorable James M. Peck, United States Bankruptcy Judge, One Bowling Green, New York, New York 10004-1408. If an objection is filed the moving and objecting parties are required to attend the hearing, and failure to appear may result in relief being granted or denied upon default.

Dated: January 11, 2010
       New York, New York

                                        /s/ Richard P. Krasnow
                                        Richard P. Krasnow
                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Debtors
                                        and Debtors in Possession

**Presentment Date and Time:  January 21, 2010 at 12:00 p.m. (Prevailing Eastern Time)**
**Objection Deadline:  January 21, 2010 at 11:00 a.m. (Prevailing Eastern Time)**
**Hearing Date and Time (If an Objection is Filed): February 10, 2010 at 10:00 a.m. (Prevailing Eastern Time)**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

```
-----------------------------------------------------------------x
                                            :
In re                                       :    Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,      :    08-13555 (JMP)
                                            :
                        Debtors.            :    (Jointly Administered)
                                            :
-----------------------------------------------------------------x
```

## APPLICATION OF THE DEBTORS
### PURSUANT TO SECTIONS 327(e) AND 328(a) OF THE
### BANKRUPTCY CODE AND RULE 2014 OF THE FEDERAL
### RULES OF BANKRUPTCY PROCEDURE FOR AUTHORIZATION
### TO EMPLOY AND RETAIN KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
### AS SPECIAL COUNSEL, *NUNC PRO TUNC* TO THE ENGAGEMENT DATE

TO THE HONORABLE JAMES M. PECK,
UNITED STATES BANKRUPTCY JUDGE:

Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), submit this application (the "Application") pursuant to §§ 327(e) and 328(a) of title 11 of the United States Code (the "Bankruptcy Code") for authorization to employ, *nunc pro tunc*, Kasowitz, Benson, Torres & Friedman LLP ("KBT&F" or the "Firm") as special counsel and respectfully represent:

## Preliminary Statement

1.      The Debtors seek this Court's authority to retain KBT&F as special counsel to represent the Debtors with respect to the investigation and, if authorized by the Debtors, the possible prosecution of certain litigation against third parties (the "Third Parties") regarding pre-petition claims including, but not limited to, claims for interference with, and damage to, the Debtors' business.  In support of this Application, the Debtors rely on the Declaration of Albert S. Mishaan, a partner at KBT&F (the "Mishaan Declaration"), attached hereto as Exhibit A.

## Background

2.      Commencing on September 15, 2008 and periodically thereafter (as applicable, the "Commencement Date"), LBHI and certain of its subsidiaries commenced with this Court voluntary cases under chapter 11 of the Bankruptcy Code.  The Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").  The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.      On September 17, 2008, the United States Trustee for the Southern District of New York (the "U.S. Trustee") appointed the statutory committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code (the "Creditors' Committee").

4.      On September 19, 2008, a proceeding was commenced under the Securities Investor Protection Act of 1970 ("SIPA") with respect to Lehman Brothers Inc. ("LBI").  A trustee appointed under SIPA is administering LBI's estate.

5.      On January 19, 2009, the U.S. Trustee appointed Anton R. Valukas as examiner in the above-captioned chapter 11 cases (the "Examiner") and by order, dated January 20, 2009 [Docket No. 2583], the Court approved the U.S. Trustee's appointment of the Examiner.

## Jurisdiction

6.       This Court has subject matter jurisdiction to consider and determine this matter

pursuant to 28 U.S.C. § 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## Lehman's Business

7.       Prior to the events leading up to these chapter 11 cases, Lehman was the fourth

largest investment bank in the United States.  For more than 150 years, Lehman had been a

leader in the global financial markets by serving the financial needs of corporations,

governmental units, institutional clients and individuals worldwide.

8.       Additional information regarding the Debtors' businesses, capital structures, and

the circumstances leading to the commencement of these chapter 11 cases is contained in the

Affidavit of Ian T. Lowitt Pursuant to Rule 1007-2 of the Local Bankruptcy Rules for the

Southern District of New York in Support of First-Day Motions and Applications, filed on

September 15, 2008 [Docket No. 2].

## Relief Requested

9.       The statutory predicate for the relief sought herein are sections 327(e) and 328(a)

of the Bankruptcy Code, Rule 2014(a) of the Bankruptcy Rules, and Rule 2014-1 of the Local

Bankruptcy Rules for the Southern District of New York (the "Local Rules").

10.       By this Application, the Debtors seek entry of an order, pursuant to section 327(e)

of the Bankruptcy Code, authorizing the employment and retention of  KBT&F as special

counsel to the Debtors, to perform necessary legal services pertaining to the Debtors' chapter 11

cases, effective as of January 6, 2010 (the "Engagement Date").  Furthermore, the Debtors

request that KBT&F's retention be made effective *nunc pro tunc* to the Engagement Date to

allow the Firm to be compensated for work performed on behalf of the Debtors on or after the

Engagement Date, but prior to the Court's consideration, and if the Court is so inclined, approval of this Application.

11.    Specifically, KBT&F has been engaged with respect to the following matters (collectively, the "Representative Matters"):  (1) to investigate third parties who may have, prior to the Commencement Date, taken actions or made statements that interfered with, and damaged, the Debtors' business (the "Illegal Activity"); and (2) to commence litigation and prosecute, with the Debtors' authorization, third parties who have engaged in Illegal Activity.  KBT&F's services will be limited to matters concerning the Representative Matters.

## Basis for Relief

12.    The Debtors' knowledge, information, and belief regarding the matters set forth in this Application are based on and made in reliance upon the Mishaan Declaration.

13.    The retention of KBT&F under the terms described herein is appropriate under Bankruptcy Code sections 327(e), 328(a), and 1107(b).  Section 327(e) provides for the appointment of special counsel for a specific purpose where the proposed counsel does not possess any interest materially adverse to the debtor with regard to the matter(s) that will be handled by counsel.  Section 327(e) provides:

> The trustee, with the court's approval, may employ, for a specified special purpose, other than to represent the trustee in conducting the case, an attorney that has represented the debtor, if in the best interest of the estate, and if such attorney does not represent or hold any interest adverse to the debtor or to the estate with respect to the matter on which such attorney is to be employed.

11 U.S.C. § 327(e).  Moreover, section 1107(b) provides that "a person is not disqualified for employment under section 327 of this title by a debtor in possession solely because of such person's employment by or representation of the debtor before the commencement of the case." 11 U.S.C. § 1107(b).  And section 327(c) of the Bankruptcy Code provides that "a person is not

disqualified for employment under this section solely because of such person's employment by or representation of a creditor . . . ."

14.    Simply put, section 327 of the Bankruptcy Code authorizes the retention of counsel who previously represented a debtor prepetition or represents a creditor in the chapter 11 case provided that: (a) the appointment is in the best interest of the debtor's estate; (b) counsel does not hold an interest adverse to the estate with respect to the matter for which counsel is to be employed; and (c) the specified special purpose for which counsel is being retained does not rise to the level of conducting the bankruptcy case for the debtor in possession.  *See In re DeVlieg, Inc.*, 174 B.R. 497 (N.D. Ill. 1994); *see also In re AroChem Corp.*, 176 F.3d 610, 622 (2d Cir. 1999) (noting that "where the interest of the special counsel and the interest of the estate are identical <u>with respect to the matter for which special counsel is retained</u>, there is no conflict and the representation can stand") (emphasis in original); *In re Contractor Tech., Ltd.*, 2006 U.S. Dist. LEXIS 34466 (S.D. Tex. May 30, 2006) (holding there was no conflict because the firm represented only eight of the over 400 creditors that had filed claims, and employment extended to claims on behalf of the trustee only in matters involving entities other than the firm's eight creditor-clients).

## KBT&F Holds No Disqualifying Adverse Interest
## and its Retention is in the Best Interests of the Estate

15.    KBT&F is a law firm of more than 300 attorneys, that maintains its principal offices at 1633 Broadway, New York, New York 10019, and additional offices in Houston, Atlanta, San Francisco, Miami, and Newark.  The Debtors seek to retain KBT&F as its special counsel because of the Firm's extensive experience, expertise and knowledge in the field of commercial and bankruptcy litigation and its experience in all aspects of the law that are likely to arise in the Debtors' matters.

16.     To the best of the Debtors' knowledge, KBT&F does not represent or hold any

interest adverse to the Debtors or their estates with respect to the matters as to which KBT&F is

to be employed.  *See In re AroChem Corp.*, 176 F.3d at 622 (emphasizing that, under section

327(e) of the Bankruptcy Code, potential conflicts must be evaluated only with respect to the

scope of the proposed retention).  The Debtors have been informed that KBT&F will conduct an

ongoing review of its files to ensure that no disqualifying circumstances arise and, if any new

relevant facts or relationships are discovered, KBT&F will supplement its disclosure to the

Court.  *See* Mishaan Declaration at ¶ 3.  Furthermore, the Debtors have consented to and have

waived any actual or potential conflicts resulting from KBT&F's representation of clients in

connection with the Debtors' chapter 11 cases that may be adverse to the Debtors, so long as

those engagements are not related to and would not cause KBT&F to represent a party adverse to

the Debtors in connection with the Representative Matters.

17.     As set forth in the Mishaan Declaration, KBT&F represents certain creditors of

the Debtors and has appeared on behalf of those clients in the Debtors' chapter 11 proceedings.

These representations have been limited in scope and are unrelated to the Representative Matters,

for which KBT&F is being retained.  *See* Mishaan Declaration at ¶ 15.

18.     Based on the foregoing and the disclosures set forth in the Mishaan Declaration,

the Debtors believe that KBT&F does not hold or represent an interest adverse to the Debtors'

estates that would impair KBT&F's ability to perform professional services for the Debtors,

objectively and in accordance with section 327(e) of the Bankruptcy Code, regarding the

Representative Matters.  *See* Mishaan Declaration at ¶ 7.

19.     To the best of the Debtors' knowledge, neither KBT&F nor any partner, associate, or counsel thereof has any connection with the Debtors, the U.S. Trustee or any Parties in Interest, except as set forth in the Mishaan Declaration.

20.     Furthermore, by separate applications, the Debtors have sought and obtained the Court's approval to retain and employ Weil, Gotshal & Manges LLP as the Debtors' general bankruptcy counsel, and Curtis, Mallet-Prevost, Colt & Mosle LLP as conflicts counsel.  The Representative Matters do not involve the conduct of the bankruptcy cases themselves. Additionally, because KBT&F is not serving as the Debtors' bankruptcy counsel, the Debtors believe that KBT&F has not rendered "services . . . in contemplation of, or in connection with the case" within the meaning of section 329(a) of the Bankruptcy Code.

21.     Moreover, KBT&F's work is comprised of the Representative Matters.  The Representative Matters do not overlap with the matters for which other special counsel has been retained.  Accordingly, the services rendered and functions to be performed by KBT&F will not be duplicative of any bankruptcy-related work performed by other law firms retained by the Debtors.  KBT&F will coordinate with the Debtors' other professionals to ensure that its services are, to the maximum extent possible, complimentary to other professionals' services.

22.     KBT&F has stated its desire and willingness to represent the Debtors in the Representative Matters and to render the necessary professional services as special counsel to the Debtors.  Based on the foregoing, the Debtors submit that the relief requested is necessary and appropriate, is in the best interests of the estates and creditors, and should be granted in all respects.

## **Professional Compensation**

23.     The Debtors, subject to the provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and further orders of the Court, propose to compensate KBT&F at the

Firm's regular hourly rates for legal and non-legal personnel, and to reimburse KBT&F for all reasonable and necessary expenses pursuant to the provisions of sections 330 and 331 of the Bankruptcy Code.  KBT&F's hourly rate structure ranges from $550 to $1,000 for partners, $275 to $750 for associates and counsel, and $150 to $225 for paraprofessionals.  These rates may change from time to time in accordance with KBT&F's established billing practices and procedures and, generally, are adjusted in January of each year.

24.    The Debtors submit that such rates and charges are reasonable.  To the extent that any affiliates of the Debtors subsequently commence a chapter 11 case, which is jointly administered with these cases, the Debtors request that the relief herein apply to such affiliates and their respective chapter 11 estates.  KBT&F agrees to file such additional disclosure as necessary pursuant to sections 327(e) and 328(a) of the Bankruptcy Code.  *See* Mishaan Declaration at ¶ 3.

### *Nunc Pro Tunc*

25.    Upon the filing of this Application, KBT&F may begin performing services in connection with the Representative Matters to properly advance and protect the interests of the Debtors.  KBT&F will only perform the services directed by the Debtors.  Accordingly, it is appropriate that KBT&F be retained *nunc pro tunc* to the Engagement Date.

### Notice

26.    No trustee has been appointed in these chapter 11 cases.  The Debtors have served notice of this Application in accordance with the procedures set forth in the amended order entered on February 13, 2009 governing case management and administrative procedures for these cases [Docket No. 2837] on:  (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; and (vi) all parties who have

requested notice in these chapter 11 cases.  The Debtors submit that no other or further notice

need be provided.

27.      No previous request for the relief sought herein has been made by the Debtors to

this or any other court.

WHEREFORE, the Debtors respectfully request that the Court grant the relief requested

herein and such other and further relief as it deems just and proper.

Dated: January 11, 2010
         New York, New York


                                        /s/ Richard P. Krasnow
                                        Richard P. Krasnow
                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone:  (212) 310-8000
                                        Facsimile:  (212) 310-8007

                                        Attorneys for Debtors
                                        and Debtors in Possession

## **Exhibit A**
### **(Declaration of Albert S. Mishaan)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | Case No. 08-13555 (JMP) |
| **Debtors.** | (Jointly Administered) |

### DECLARATION OF ALBERT S. MISHAAN ON BEHALF OF KASOWITZ, BENSON, TORRES & FRIEDMAN LLP PURSUANT TO SECTIONS 327, 328(A), 329 AND 504 OF THE BANKRUPTCY CODE AND RULES 2014(A) AND 2016(B) OF THE BANKRUPTCY RULES

Albert S. Mishaan, being duly sworn, deposes and says:

1.     I am a partner in the law firm of Kasowitz, Benson, Torres & Friedman LLP ("KBT&F" or the "Firm"), which maintains its principal offices at 1633 Broadway, New York, New York 10019, and am duly authorized to make this declaration on the Firm's behalf.

2.     I submit this Declaration in support of the Application of the Debtors Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure for Authorization to Employ and Retain Kasowitz, Benson, Torres & Friedman LLP, as Special Litigation Counsel, *Nunc Pro Tunc* to January 6, 2010 (the "Application") dated January 7, 2010, filed in the chapter 11 cases of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors (collectively, the "Debtors"), under section 327(e) of title 11 of the United States Code (the "Bankruptcy Code"), and to provide the disclosures required under Bankruptcy Rules 2014(a) and 2016(b).

3.     I have personal knowledge[1] of each of the facts stated in the Declaration, except for those facts stated on information and belief, and as to those facts, I am informed and believe

---

[1]     Certain of the disclosures herein relate to matters within the knowledge of other attorneys at KBT&F and are based on information provided by them.

them to be true.  If I obtain additional information that requires further disclosure or modification

of the Application or the Declaration, I will file a supplemental declaration with the Court.

4.      As set forth more fully herein, as is required by Bankruptcy Rule 2014, the

primary purpose of this Declaration is to disclose KBT&F's "connections" with such "parties in

interest" provided to KBT&F by counsel for the Debtors as of October 2009 (the "Debtors

List").  The results of those searches are contained herein.  For the purposes of this Declaration,

"Parties in Interest" shall mean the parties in interest for which conflicts searches were

conducted, a list of which is attached hereto as **Schedule 1**.

5.      The conflict check system and adverse party index maintained by KBT&F is

designed to include every matter on which the firm is now or has been engaged, by which entity

the firm is now or has been engaged, and, in each instance, the identity of related parties and

adverse parties and the attorneys in the firm that are knowledgeable about the matter.  It is the

policy of KBT&F that no new matter may be accepted or opened within the firm without

completing and submitting to those charged with maintaining the conflict check system and

adverse party index the information necessary to check each such matter for conflicts, including

the identity of the prospective client, the matter, and other affected and adverse parties.

Accordingly, KBT&F maintains and systematically updates this system in the regular course of

business of the firm, and it is the regular practice of the firm to make and maintain these records.

### KBT&F's Connections to Parties in Interest
### In Matters Unrelated to the Debtors' Chapter 11 Cases

6.      I caused attorneys working under my supervision to conduct a detailed review of

the information generated from these databases to determine KBT&F's "connections" with the

Parties in Interest.

2

7.     Based upon this review, while certain Parties in Interest may be current or former clients of KBT&F, or may otherwise be involved in litigation or transactional matters in which KBT&F represents a client, I do not believe that KBT&F holds any interest adverse to the estates with respect to the matters for which KBT&F is retained by the estates (the "Representative Matters"). Furthermore, to the best of my knowledge, neither KBT&F nor any attorney at the Firm holds or represents any interest adverse to the Debtors' estates with respect to such matters.

8.     As part of its comprehensive legal practice, KBT&F has represented in the past and may currently represent certain of the Parties in Interest (including subsidiaries and other related entities or individuals). These representations may include, among other things, various general corporate, bankruptcy, financial restructuring, finance, securities, real estate, and employee benefits, intellectual property, and litigation matters. Except as expressly set forth herein, such representations are not directly related to the Debtors' chapter 11 cases.

9.     To the extent KBT&F's research of its relationships with the Parties in Interest indicates that KBT&F has represented within the past two years, or currently represents, any of the Parties in Interest, the identities of these entities and their respective relationships to the Debtors are set forth in **Schedule 2**, attached hereto.

10.     I understand that the Debtors have retained or will retain various professionals to aid in the prosecution of the Debtors' chapter 11 cases, including the professionals included on the Debtors' List, provided to the Firm. In the past, attorneys at KBT&F have worked with certain of these professionals on various matters, representing either the same parties, parties with similar interests or parties with adverse interests. In addition, certain of these firms may be current or former clients of KBT&F. We believe it is also likely that many of the professionals who may appear in these cases are trustees, witnesses, advisors or counsel, as the case may be, in transactions or cases in which KBT&F also represents a client. KBT&F may retain various such

3

professionals or affiliates thereof to provide, inter alia, litigation support and financial advisory services to KBT&F or KBT&F's clients in a variety of past, present or future engagements. Current employees at KBT&F may be former employees of, or related to employees of, one or more of the other professionals in this case. In addition, attorneys at KBT&F belong to professional organizations to which other professionals who may appear in these cases may also belong.

11.     To the best of my knowledge and belief, insofar as I have been able to ascertain after reasonable inquiry, neither I, nor KBT&F, nor any partner or associate thereof, has any connection with the Debtors, the U.S. Trustee or any Parties in Interest, except as set forth herein.

12.     I am not related, and, to the best of my knowledge, no other KBT&F attorney is related, to any United States Bankruptcy or District Judge for the Southern District of New York or to the United States Trustee in these chapter 11 cases.

13.     KBT&F attorneys may have personal relationships with persons affiliated with certain of the Parties in Interest and with certain Judges in the Southern District of New York (whether arising from clerkships or otherwise). KBT&F attorneys may also have ordinary business relationships with various Parties in Interest and may have previously been employed by Parties in Interest. It is my understanding that none of the foregoing relationships are related to the Debtors' chapter 11 cases.

14.     I do not understand Bankruptcy Rule 2014(a) or other applicable law to require disclosure of each present or future engagement KBT&F receives from a Party in Interest as long as it is unrelated to the Debtors' chapter 11 cases. KBT&F intends to accept engagements from other Parties in Interest (whether existing or new clients), but will not undertake a representation

4

in which the client would be adverse to the Debtors with respect to the Representative Matters for which the Firm is retained.

## KBT&F's Connections to Parties in Interest
## In Matters Related to the Debtors' Chapter 11 Cases

15.    KBT&F has a comprehensive U.S. bankruptcy practice.  As such, KBT&F represents certain clients in connection with the Debtors' chapter 11 cases (and, as set forth below, will continue to do so subject to certain restrictions).  A list of clients which KBT&F advises in connection with the Debtors' chapter 11 cases is attached hereto as **Schedule 3** (collectively, the "KBT&F Clients").[2]  These representations have thus far been limited in scope and are unrelated to the Representative Matters for which KBT&F has been retained.

16.    I do not believe there are any actual or potential conflicts which would preclude KBT&F from simultaneously representing the Debtors and the KBT&F Clients.  Based on, among other things, the following pertinent facts, I do not believe such dual representation will cause any harm to the Debtors or the KBT&F Clients:

- The Debtors have requested that KBT&F represent them as special counsel in their chapter 11 cases.

- The Debtors have consented to and have waived any actual or potential conflicts resulting from KBT&F's representation of the KBT&F Clients on matters that may be adverse to the Debtors, so long as those engagements are not related to and would not cause KBT&F to represent a party adverse to the Debtors in connection with the Representative Matters.

- Each KBT&F Client has consented to, or will consent to, and has waived, or will waive, any potential conflicts resulting from KBT&F's simultaneous representation of it and the Debtors in connection with the Debtors' chapter 11 cases.

---

[2]    I note that Schedule 3 includes only clients whom KBT&F advises in connection with the Debtors' chapter 11 cases.  The attached list does not include KBT&F clients who KBT&F believes may have an interest in the Debtors' cases, but who have not specifically requested that KBT&F represent them in connection therewith.

- None of the work performed or anticipated to be performed for the KBT&F Clients is related to the Firm's work for the Debtors, and the attorneys or non-attorneys who are involved in KBT&F's representation of the Debtors (the "Debtors' Team") has not been (and does not expect to be) adverse to the attorneys or non-attorneys who are involved in KBT&F's representation of the KBT&F Clients (the "Creditors' Team") in any matter related to the Debtors.

17.     While I do not believe there are any actual or potential conflicts (or any restrictions under section 327(e) of the Bankruptcy Code) which would preclude KBT&F from representing the Debtors and the KBT&F Clients, to avoid even the appearance of impropriety resulting from such representations, the Firm will be implementing certain voluntary safeguards, including, as set forth more fully below, establishing an ethical wall between the Debtors' Team and the Creditors' Team. In order to implement the wall, KBT&F management will send a memorandum to all personnel at KBT&F who have billed time (or, in the case of non-billing personnel, who support those who have billed time) to matters related to the Debtors' chapter 11 cases. Each recipient of the memorandum will be required to sign and return it to a designated person, which signature will indicate the recipient's understanding of the memorandum and his/her obligation to comply therewith. The memorandum will include the following provisions:

- The members of the Debtors' Team shall not be permitted to be involved in any way in KBT&F's representation of any of the KBT&F Clients in connection with the Debtors' chapter 11 cases.

- The members of the Creditors' Team shall not be permitted to be involved in any way in KBT&F's representation of any of the Debtors in connection with the Debtors' chapter 11 cases; provided, however, that Jeffrey R. Gleit and Michelle J. Vladimirsky, each of whom assisted in the preparation of proofs of claim filed in these cases, will be permitted to assist the Debtors' Team with bankruptcy related issues that arise during the engagement. Mr. Gleit and Ms. Vladimirsky will be walled off from the Creditors' Team and will only work with the Debtors' Team going forward.

6

- No member of the Debtors' Team may disclose to anyone on the Creditors' Team any confidences or secrets or work product of the Debtors or seek to obtain confidences or secrets or work product from members of the Creditors' Team.

- No member of the Creditors' Team may disclose to anyone on the Debtors' Team any confidences or secrets or work product of the KBT&F Clients or seek to obtain confidences or secrets or work product from members of the Debtors' Team.

- Each member of the Debtors' Team and the Creditors' Team is responsible for ensuring that all documents relating to the work of its team are kept in a secure location when not in use and for ensuring that such secure locations are not accessible to members of the other team.

- To the extent reasonably practicable, files should not be maintained on shared Firm directories, and secure areas for file storage must be created. Files relevant to the KBT&F Clients and/or the Debtors which are maintained on individuals' desktop or laptop computers must be backed up to these secure areas.

- The procedures set forth in this memorandum are mandatory and must be complied with. Such compliance is of utmost importance both to the interests of our clients and to the integrity and reputation of our Firm. Any breach of the procedures set forth in this memorandum by any person will be grounds for sanctions, including dismissal where circumstances warrant, and may subject such person to liability.

18.    In furtherance of the foregoing, to the extent practicable, KBT&F will take the steps necessary to ensure that the Debtors' Team will not have access to any electronic or other documents related to the Debtors that are drafted or maintained by the Creditors' Team and the Creditors' Team will not have access to any electronic or other documents related to the Debtors that are drafted or maintained by the Debtors' Team.

19.    Additionally, KBT&F will not represent any creditors in the Debtors' chapter 11 cases adverse to the Debtors on the Representative Matters for which the Firm is retained, as required by section 327(e) of the Bankruptcy Code. The Creditors' Team intends to continue to advise clients in connection with the Debtors' chapter 11 cases (including, but not limited to, the

7

KBT&F Clients listed on **Schedule 3**). No member of the Debtors' Team will be permitted to
participate in any such representations.

### Securities Ownership

20.    Certain individual attorneys at KBT&F may own or have beneficial interests in
trusts owning shares in LBHI and securities of related entities and may own shares in other
Parties in Interest. We have not conducted any investigation of such attorneys' banking,
insurance, brokerage or investment activities in preparing this Declaration. It should be noted,
however, that KBT&F has a long-standing policy prohibiting all attorneys and support staff from
using any confidential information that may come to their attention in the course of their work.

21.    I also note that it is my understanding that a large number of the Debtors' debt
and equity securities are held by various mutual funds, trusts and portfolios and accounts that are
managed by various advisors. KBT&F does not know the ultimate beneficial owners of the
funds, although it is believed they are widely held. Similarly, many of the Debtors' securities are
registered in the name of Depository Trust Company or its nominee, and securities entitlements
to such securities are held through securities accounts maintained by brokers, investment
advisors and other securities intermediaries. The ultimate owners of the securities entitlements
are unknown to KBT&F, except for those reported on the list of parties in interest provided by
Debtors' counsel. It is possible that some of such holders may be clients of KBT&F.

### Compensation

22.    Subject to the Court's approval and consistent with KBT&F's billing practices,
KBT&F will charge for its legal services on an hourly basis in accordance with its ordinary and
customary hourly rates in effect on the date services are rendered. These rates may change from
time to time in accordance with KBT&F's established billing practices and procedures and,
generally, are adjusted in January of each year. Presently, KBT&F's hourly rate structure ranges

8

from $550 to $1,000 for partners, $275 to $750 for associates and counsel, and $150 to $225 for paraprofessionals.

23.     During the course of this case, KBT&F will invoice the Debtors no less frequently than monthly for services rendered and charges and disbursements incurred.  KBT&F will maintain detailed contemporaneous records of time and any actual or necessary expenses incurred in connection with the services rendered for the Debtors.  KBT&F intends to apply to the Court for allowance of compensation for professional services rendered and reimbursement of charges and disbursements incurred in connection with its engagement in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and the Orders of this Court.

24.     No promises have been received by KBT&F, or any attorney of the Firm, as to payment or compensation for this case other than in accordance with the provisions of the Bankruptcy Code.  KBT&F has no agreement with any other entity to share any compensation received, nor will any be made, except as permitted under section 504(b)(1) of the Bankruptcy Code.

25.     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed on January 7, 2010.

Dated: January 7, 2010
       New York, New York

Albert S. Mishaan

9

# <u>Schedule 1</u>

### <u>Retention Checklist</u>

## 50 Largest Bond Holders

1.      Advanced Series Trust
2.      AETNA Life Insurance Company
3.      AIG Annuity Insurance Company
4.      ALFA Mutual Fire Insurance Company
5.      Allianz Life Insurance Company of North America
6.      Alpha Mutual Fund Management
7.      American Family Life Assurance Company
8.      American Life Insurance Company
9.      AXA Equitable Life Insurance Company
10.     Barclays Global Fund Advisors
11.     BBVA Gestion SA SGIIC (Spain)
12.     Blackrock Advisors
13.     Capital Research and Management
14.     Continental Casualty Company
15.     Federated Investors
16.     Fidelity Management and Research
17.     Franklin Advisors Inc.
18.     Franklin Templeton Investments
19.     Guardian Life Insurance Company
20.     Hartford Life Insurance Company
21.     ING Investment LLC
22.     Jackson National Life Insurance
23.     John Hancock Investment Management Services
24.     John Hancock Life Insurance Company
25.     Liberty National Life Insurance Company
26.     Loomis Sayles & Company L.P.
27.     Medical Liability Mutual Insurance Company
28.     Metlife Insurance Company of Connecticut
29.     Metropolitan Life Insurance Company
30.     Metropolitan West Capital Management
31.     NATIXIS  Asset Management Advisors
32.     Northwest Mutual Life Insurance Company
33.     Phillips Hager & North Investment Management
34.     PIMCO Advisors LP
35.     PIMCO Funds Global Investors
36.     Principal Life Insurance Company
37.     Prudential Financial Inc.
38.     Prudential Insurance Company of America
39.     Riversource Life Insurance Company
40.     Sun Life Assure Co. of Canada
41.     T. Rowe Price Associates
42.     Teachers Insurance and Annuity Association
43.     Thrivent Financial for Lutherans

44.   Transamerica Life Insurance Company
45.   UBS Investment KAG
46.   United States – Indices
47.   Van Kampen Asset Management
48.   Vanguard Group Incorporated
49.   Western Asset Management Company
50.   Zurich American Insurance Company

## Largest Unsecured Creditors other than Bondholders

1.    1221 Avenue of the Americas *
2.    125 Broad Street *
3.    1301 Properties Owner LP
4.    55 Broadway *
5.    767 Fifth  Ave *
6.    Allen & Overy
7.    Anjarlekar & Associates
8.    ANZ Banking Group Limited
9.    Aozora Bank
10.   Ashurst Morris Crisp
11.   Australia and New Zealand Banking Group Limited
12.   Banctec Ltd.
13.   Bank of America Plaza STE 3500 *
14.   Bank of China, New York Branch
15.   Bank of Taiwan, New York Agency
16.   Bats Trading, Inc.
17.   Bloomberg Finance LP
18.   Bloomberg L.P.
19.   BNP Paribas
20.   Broadridge Securities Processing
21.   Caldwalader, Wickersham, and Taft
22.   Canary Warf Management Limited
23.   CB Richard Ellis Client Account RE Gloa
24.   CDW Direct LLC
25.   Chuo Mitsui Trust & Banking
26.   Citibank N.A. Hong Kong Branch
27.   Citibank, NA
28.   Clifford Chance
29.   Commonwealth Bank of Australia, Tokyo Branch
30.   Compucenter (UK) Ltd.
31.   CW Lending II Limited
32.   Davis, Polk and Wardwell
33.   Dell Marketing L.P.
34.   Deutsche Borsche AG
35.   Dimension Data
36.   DnB NOR Bank ASA
37.   Drowst Trading, LLC
38.   Ernst & Young
39.   Ernst and Young Private Limited
40.   Fidessa Plc.

2

41.    First Commercial Bank Co., Ltd, New York Agency
42.    FT Interactive Data
43.    Haworth Singapore PTE Ltd.
44.    Henegan Construction Co., Inc.
45.    Hewlett-Packard AP (HONG KONG) LIMITED
46.    HSBC Bank
47.    Hua Nan Commercial Bank, Ltd
48.    IBM Corporation
49.    ICAP Securities Limited
50.    Information Builders Inc.
51.    JQ Network PTD Limited
52.    KBC Bank
53.    Kim & Chang
54.    Kingston Communications PLC
55.    Linklaters, S.L.
56.    Lloyds Bank, PLC
57.    London & European Title Insurance Services Ltd.
58.    London Borough of Tower Hamlets Rates
59.    Mace Limited
60.    McKee Nelson LLP
61.    Microsoft Licensing, GP
62.    Millennium Developers PVT LTD
63.    Mizuho Corporate Bank Ltd.
64.    Morse Group Limited
65.    Morse Service Holdings Limited
66.    National Bank of Australia
67.    National Commerce bank
68.    Network Appliance, Inc.
69.    Nippon Life Insurance Co.
70.    NYSE Market, Inc.
71.    Origin HR Consulting Limited
72.    Paul Weiss
73.    Pricoa Relocation UK Limited
74.    Reuters America Inc.
75.    Reuters Limited
76.    Shinkin Central Bank
77.    Shinsei Bank Ltd.
78.    Sidley Austin Brown & Wood
79.    Standard & Poor's
80.    Standard Chartered Bank
81.    Sumitomo Mitsui Banking Corp
82.    Sungard Securities Finance Inc.
83.    Svenska Handelsbanken
84.    Swapswire Limited
85.    Taipei Fubon Bank, New York Agency
86.    Tata Consultancy Services
87.    The Bank of New York
88.    The Bank of Nova Scotia
89.    The British Land Company PLC

90.     Thompson Financial
91.     TIBCO Software, Inc.
92.     UFJ Bank Limited
93.     Vertex Mortgage Services
94.     Virtx
95.     WIPRO Infotech Enterprise Solutions
96.     YXIME
97.     ZKB (Zurcher Kantonalbank)

## Significant Leases

- 101 Hudson Leasing Associates
- 1111 Brickell Office, LLC
- 125 High Street LP
- 1301 Properties Owner L.L.C
- 20 CCC Business Trust
- 300 Main L.L.C.
- 50 Broadway Realty Corp.
- 5450 West Sahara LLC
- 600 Partners Co., L.P.
- 605 Third Avenue Fee LLC
- 70 Hudson Street, LLC
- 8 Sound Shore Associates, LLC
- 85 Tenth Avenue Associates, LLC
- AIG Technologies, Inc.
- American Center
- Archipelago Holdings, Inc.
- Argonne Capital Group
- B&R 919, LLC
- Beneficiaries of North Star Trust Company Title Holding Land
- BNC Mortgage
- Board of Trade of the City of Chicago, Inc.
- BP 399 Park Avenue LLC
- Brandywine Office Investments LLC
- Brookfield Properties One WFC Co. LLC
- CA-10880 Wilshire Limited Partnership
- CB Office 10, Ltd.
- CharterMac Mortgage Capital Corporation
- Clearbridge Advisors, LLC (f/k/a CAM North America, LLC)
- Clifford Chance US LLP
- CMD ST Financial Centre, LLC
- Columbia Center Property LLC
- Constellation Place, LLC
- Consultatio Inversora S.A.
- Corporate Park Associates
- Corridors I & II/Loudoun II SPE Feeco, L.L.C.
- Courtside West, LLC
- CPR (USA) Inc.

4

- Creekside Business Mall LLC
- Crescent TC Investors LP
- Crown Point, L.L.C.
- CT Tower Investments Inc
- Custer Court, L.P.
- DBSI Housing, Inc.
- Denver United LLC
- Deutsche Bank AG, New York Branch
- Deutsche Bank Securities, Inc.
- Deutsche Immobilien Fonds Aktiengesellschaft
- Dewey Ballantine LLP/Dewey LeBouf LLP
- Eastrich No. 167 Corporation
- Financial Solutions Partners, LLC
- For 1031 Heritage II LLC
- Four Point Star Operating Company, L.P.
- Franklin Credit Management
- Frazee, LLC
- Frenkel of New Jersey, Inc.
- Galleria Properties, LLC
- GRE Glendale LLC
- Guggenheim Concourse, L.P.
- Hanover Moving & Storage Co., Inc.
- Historic TW Inc.
- Historic TW Inc.
- HQ Global Workplaces
- Hunter Financial Group, LLC
- Huron Consulting Group LLC
- HWA 555 Owners, LLC
- JBC Funds 200 West Monroe LLC
- JDJ Properties, Inc.
- Legacy III Centennial, LLC
- Lehman Brothers Commercial Bank
- Lehman Brothers Holdings, Inc.
- Lempira S.R.L., R.U.C.
- Level 3 Communications, LLC
- Liberty Property Limited Partnership
- Mack-Cali CW Realty Associates L.L.C.
- Mackenzie Financial Corporation
- MCPR Unit V LP, S.E.
- Middlefield Park Associates
- Millennium De Investimentos Imobiliarios LTDA
- MJH Wacker LLC
- Monarch Centre Associates, LLC
- Mountain Towers Properties, LLC
- National Union Fire Insurance Company of Pittsburgh, PA
- NBS Brookside 700/800, L.L.C.

5

- New Tower Trust Company Multi-Employer Property Trust
- Nine Penn Center Associates, LP
- Normandy Real Estate Partners
- One William Street Capital Management, L.P.
- Palm Beach Park Centre 4, LLC
- PCC Properties (Calgary) Ltd.
- Piedmont Operating Partnership, L.P.
- Pricewaterhouse Coopers, LLP
- R3 Capital Management, L.P.
- Regus do Brasil, Ltd
- Rock Forty Ninth LLC
- Rockefeller Center North, Inc.
- Rosemead Properties, Inc.
- Sandtrap II, Ltd.
- Sharon Land Company, LLC
- SLG 220 News Owner LLC
- SP4 190 S. LaSalle, L.P.
- Stillwater Development, LLC
- Sunray Investments
- Teachers Insurance and Annuity Assoc. of America
- Telwares, Inc.
- Tempe Fountainhead Corporate, LLC
- Texas Tower Limited
- The Irvine Company LLC
- The Realty Associates Fund VIII, L.P.
- Triple Net Properties, LLC
- Trizec Westwood Center LLC
- Wacker Drive Limited Partnership
- Wasserstein Perella Group Holdings, LLC
- Willkie Farr & Gallagher LLP
- WLA UPU 1 and 2, LLC
- WPGH, LLC

## Secured Creditors

1. Danske Bank
2. Fenway Funding LLC
3. JPMorgan Chase
4. MetLife
5. SMBC
6. State Street
7. Swedbank

## Government and State Regulatory Agencies.

- Commodity Futures Trading Commission (LBI, NB LLC)
- Federal Deposit Insurance Corporation (LB Bank, LB Commercial Bank)

6

- Federal Energy Regulatory Commission (Lehman Brothers Commodity Services Inc.)
- Financial Industry Regulatory Authority (non-governmental)
- National Futures Association (non-governmental)
- New York Stock Exchange (non-governmental)
- Office of the Comptroller of Financial Institutions (Lehman Brothers Trust Co.)
- Office of Thrift Supervision (LB Bank)
- Securities and Exchange Commission
- State Bank Commissioner of the State of Delaware (Lehman Brothers Trust Company of Delaware)
- State Blue Sky Laws in all 50 states and Puerto Rico
- Utah Commissioner of Financial Institutions (LB Commercial Bank)

## Members of Ad Hoc or Unofficial Creditors' Committees

1.    The Ad Hoc Committee of Bondholders of the Main Street Natural Gas, Inc. Gas Project Revenue Bonds
- Allstate Insurance Co.
- Capital Research Management Co.
- Capital Research Management Co.
- Franklin Advisors LP
- Franklin Federal Intermediate-Term-Tax-Free Income Fund
- Franklin Federal Tax-Free Income Fund
- Franklin Georgia Tax-Free Income Fund
- Franklin High-Yield Tax-Free Income Fund
- Independence Holding Co.
- Oppenheimer Funds, Inc.
- The Vanguard Group

2.    Informal LBHI Bondholder Group
- Alliance Bernstein
- Capital Guardian Trust Company
- Cyrus Capital Partners, L.P.
- King Street Capital Management, L.L.C.
- Pacific Management Investment Company
- Wexford Capital LLC
- York Capital Management

## Significant Stockholders
- AXA and related parties                              7.25%
- Clearbridge Advisors, LLC and related parties       6.33%
- FMR LLC and related parties                          5.87%

## Directors and Officers (LBHI) – Current and former (up to three years) members of the corporation's board of directors and its officers.

Board of Directors

7

- Henry Kaufman
- Jerry A. Grundhofer
- John D. Macomber
- John F. Akers
- Marsha Johnson Evans
- Michael L. Ainslie
- Richard S. Fuld, Jr.
- Roger S. Berlind
- Roland A. Hernandez
- Sir Christopher Gent
- Thomas H. Cruikshank

Officers
- Aaron Guth
- Aida Sarmast
- Alex Kirk
- Andrew Fischtal
- Andrew Yeung
- Ann Cairns
- Bryan Marsal
- Christian Meissner
- Christine Searl
- Christopher O'Mera
- Daniel Ehrmann
- Darryl Steinberg
- David Coles
- David Goldfarb
- Denise Troise
- E. Todd Whittemore
- Eric Felder
- Erin Callen
- Francine Kittredge
- George H. Walker
- Gerald A Donini
- Gerald Pietroforte
- Gwen J. Zeisler
- Herbert H. McDade III
- Hugh E. McGee III
- Hyung S. Lee
- Ian T Lowitt
- Jack MCCarthy
- James Brogan
- James Fogarty
- Jasjit S. Bhattal
- Jeffrey A. Welikson
- Jeffrey Fitts

8

- Jeffry Ciongoli
- Joanne Chormanski
- John M. Skoba
- John Suckow
- Jonathan Beyman
- Jonathan Harris
- Jospeh M. Gregory
- Karen B. Corrigan
- Lana Franks
- Leo C. Trautman, Jr.
- Linda Klang
- Madeline L. Shapiro
- Martha Solinger
- Martin Winter
- Michael Geband
- Neill Poole
- Pamela Tibbetts
- Riccardo Banchetti
- Richard S. Fuld, Jr.
- Robert J. Leist
- Ronn A. Pisapia
- Salvatore Barbuzza
- Scott J. Freidheim
- Shawnda D. Merriman
- Stephen M. Lessing
- Terry L. Gentry
- Thomas A. Russo
- Thomas Hommel
- Wendy M. Uvino
- William Fox
- William Gordon
- William Olshan
- Yvonne Stich

## Underwriting Investment Bankers for Debtor's Securities

- ABN AMRO Rothschild
- Hoare Govett, Ltd.
- Lehman Brothers
- Merrill Lynch
- UBS Investment Bank

## Related Entities

1.     737 Portfolio Services LLC
2.     737 Portfolio Trust
3.     Area Assignor Corp. (dissolved)
4.     Area Depository Corporation (dissolved)

9

5.      Area GP Corporation
6.      Aristos LLC
7.      ASB L.L.C.
8.      Ballybunion Investments No. 2 Ltd.
9.      Ballybunion Investments No. 3 Ltd
10.     Ballybunion Investments No. Ltd.
11.     Banque Lehman Brothers S.A.
12.     Bixen Limited
13.     BK I Realty Inc. (dissolved)
14.     BK II Properties Inc.
15.     BK III Properties Inc.
16.     Blue Jay Realty Corporation
17.     BNC Holdings Inc.
18.     Bromley LLC
19.     Brookson Corp.
20.     Brookwood Energy & Properties Inc.
21.     Canope Credit Corp.
22.     Capital Analytics II, LP
23.     Central Funding (Concord) Corporation (dissolved)
24.     Clarks Summit I, LLC
25.     Clarks Summit II, LLC
26.     CP1 Real Estate Services Inc.
27.     CP4 Real Estate Services Inc. (dissolved)
28.     Dimont Corporation
29.     DL Mortgage Corp.
30.     DRA Management, Inc. (dissolved)
31.     Eagle Energy Management, LLC
32.     Eagle Energy Partners I, L.P.
33.     East Dover Limited
34.     Edibrook Corp.
35.     EHP/GP Inc. (dissolved)
36.     Eldon Street Holdings Limited
37.     ELQ Holdings B.V.
38.     ELQ Hypothekan N.V.
39.     Equipment Management Inc.
40.     Equity Strategies Loans LLC
41.     Equity Strategy Loans LLC
42.     e-Valuate, LP
43.     Executive Monetary Management, Inc.
44.     Falcon Holdings I LLC
45.     First Ward Properties Inc.
46.     Flight Sim I LLC
47.     Flight Sim II LLC
48.     Flight Sim III LLC
49.     Flight Sim IV LLC
50.     Flight Sim V Inc.
51.     FRAH Special Services Inc.
52.     Fundo De Investimento Multimercado Credito Privado Navigator Investmento
53.     Furno & Del Castano CapitalPartners LLP

10

54.  GA Dekalb Inc.
55.  GKI Korea Development Limited
56.  Global Principal Strategies Loans Inc.
57.  GmbH
58.  GRA Finance Corporation Ltd.
59.  GRA Finance Corporation Ltd.
60.  Growth Partners Inc. (dissolved)
61.  Hills Funding One, Ltd.
62.  Hydrocarbon Capital II LLC
63.  IL Lombard Inc. (dissolved)
64.  Ivanhoe Lan Pty Limited
65.  Jet Aircraft Leasing Inc. (dissolved)
66.  Jet Partners, LLC
67.  JFM Aviation Once LLC
68.  KM-I Real Estate Company VII (sold)
69.  Laminar Holdings LLC
70.  LB 3 GmbH
71.  LB Alberta Holdings Inc.
72.  LB Beta Finance Cayman Limited
73.  LB GPS Lightfoot L.L.C.
74.  LB Holdings Intermediate 1 Ltd
75.  LB Holdings Intermediate 2 Ltd
76.  LB I Group Inc
77.  LB India Holdings Cayman I Limited
78.  LB India Holdings Cayman II Limited
79.  LB India Holdings Mauritius I Limited
80.  LB India Holdings Mauritius II Limited
81.  LB India Holdings Mauritius III Limited
82.  LB Investment Corp. Inc.
83.  LB Investment Holding Company Limited (dissolved)
84.  LB Investments (UK) Limited
85.  LB Leasing Inc.
86.  LB Lomond Investments Limited
87.  LB Maritim Investor
88.  LB Memphis Brownestone LLC
89.  LB Military Housing LLC
90.  LB Note Corp.
91.  LB Ohana, LLC
92.  LB Skypower Inc.
93.  LB Trade Corp.
94.  LB UK Financing Limited
95.  LB UK RE Holdings Ltd.
96.  LBCCA Holdings I LLC
97.  LBCCA Holdings II LLC
98.  LB-NL Holdings (Cayman) Limited
99.  LB-NL Holdings I Inc.
100. LB-NL Holdings L.P.
101. LB-NL U.S. Investor Inc.
102. LBO Investments Limited

11

103.    LBQ Funding (UK)
104.    LBQ Hong Kong Funding Ltd
105.    LBQ Hong Kong Services Limited
106.    LCP LTU LLC
107.    LCPI Properties Inc.
108.    LCPI Properties Inv.
109.    Leesburg ACG LLC
110.    Lehman ABS Corporation
111.    Lehman Aircraft Securitization Holdings LLC
112.    Lehman Asset Backed Caps Inc.
113.    Lehman Brother Venture Capital 2003 Partnership
114.    Lehman Brothers (Israel) Inc.
115.    Lehman Brothers (PTG) Limited
116.    Lehman Brothers (Spain) S.A.
117.    Lehman Brothers 1999 Venture Managers' Partnership L.P.
118.    Lehman Brothers 1999 Vernture GP Partnership L.P.
119.    Lehman Brothers AIM Holding II LLC
120.    Lehman Brothers Alternative Investment Management LLC
121.    Lehman Brothers Argentina S.A.
122.    Lehman Brothers Asset Management (Europe) Ltd
123.    Lehman Brothers Asset Management Asia, Inc. (dissolved)
124.    Lehman Brothers Asset Management France
125.    Lehman Brothers Asset Securitization LLC
126.    Lehman Brothers Capital GmbH, Co
127.    Lehman Brothers Capital Partners I, L.P.
128.    Lehman Brothers Capital Partners II, L.P.
129.    Lehman Brothers Capital Partners IV, L.P.
130.    Lehman Brothers CDO 2003 L.P.
131.    Lehman Brothers CDO Associates (Cayman), Ltd.
132.    Lehman Brothers CDO Associates 2003 L.P.
133.    Lehman Brothers CDO Associates 2004 L.P.
134.    Lehman Brothers CDO Opportunity Partners 2004-2, L.P.
135.    Lehman Brothers Commercial Corporation Asia Limited
136.    Lehman Brothers Commercial Mortgage K.K.
137.    Lehman Brothers Commodity Service Inc.
138.    Lehman Brothers Communications Partnership
139.    Lehman Brothers de Chile, S.A. (dissolved)
140.    Lehman Brothers de Venezuela C.A. (inactive)
141.    Lehman Brothers Derivative Finance LLC
142.    Lehman Brothers Derivative Products Inc.
143.    Lehman Brothers Diversified Private Equity Fund 2004, L.P.
144.    Lehman Brothers do Brasil Ltda
145.    Lehman Brothers Energy Canada, ULC
146.    Lehman Brothers Europe Inc.
147.    Lehman Brothers Europe Limited
148.    Lehman Brothers European Mezzanine 2002 Associates L.P.
149.    Lehman Brothers European Mezzanine 2002 L.P.
150.    Lehman Brothers European Venture Capital Associates L.P.
151.    Lehman Brothers European Venture Capital L.P.

152.    Lehman Brothers Finance (Japan) Inc.
153.    Lehman Brothers Financial Products Inc.
154.    Lehman Brothers Fund of Funds Associates L.P.
155.    Lehman Brothers Fund of Funds L.P.
156.    Lehman Brothers Global Asset Management K.K. (liquidated)
157.    Lehman Brothers Healthcare Venture Capital Associates L.P.
158.    Lehman Brothers Healthcare Venture Capital L.P.
159.    Lehman Brothers Holdings Inc.
160.    Lehman Brothers Holdings International Inc.
161.    Lehman Brothers Holdings Japan Inc.
162.    Lehman Brothers Holdings Plc
163.    Lehman Brothers Holdings Scottish LP
164.    Lehman Brothers Inc.
165.    Lehman Brothers Insurance Agency L.L.C
166.    Lehman Brothers International (Europe)
167.    Lehman Brothers International Services, Inc.
168.    Lehman Brothers Investment Holding Company Inc.
169.    Lehman Brothers Investment Management Asia Limited
170.    Lehman Brothers Investments PTE Ltd.
171.    Lehman Brothers Japan Inc
172.    Lehman Brothers LBO Inc.
173.    Lehman Brothers Limited
174.    Lehman Brothers Luxembourg Investments Sari
175.    Lehman Brothers MBG Associates III L.L.C.
176.    Lehman Brothers MBG Associates L.P.
177.    Lehman Brothers MBG Capital Partners 1998 (C) LP
178.    Lehman Brothers MBG Finders 1999 (A) L.P.
179.    Lehman Brothers MBG Finders 1999 (B) L.P.
180.    Lehman Brothers MBG Finders 2000 (B) L.P.
181.    Lehman Brothers MBG Partners 1997 (A) L.P. (dissolved)
182.    Lehman Brothers MBG Partners 1997 (B) L.P. (dissolved)
183.    Lehman Brothers MBG Partners 1998 (A) L.P.
184.    Lehman Brothers MBG Partners 1998 (B) L.P.
185.    Lehman Brothers MBG Partners 1998 (C) L.P.
186.    Lehman Brothers MBG Partners 1999 (A) L.P.
187.    Lehman Brothers MBG Partners 1999 (B) L.P.
188.    Lehman Brothers MBG Partners 1999 (C) L.P.
189.    Lehman Brothers MBG Partners L.P.
190.    Lehman Brothers MBG Venture Capital Partners 1997
191.    Lehman Brothers MBG Venture Capital Partners 1998 (A) L.P.
192.    Lehman Brothers MBG Venture Capital Partners 1998 (B) L.P.
193.    Lehman Brothers MBG Venture Capital Partners 1998 (C) L.P.
194.    Lehman Brothers MBG Venture Capital Partners 1998 (D) L.P.
195.    Lehman Brothers MLP Associates, L.P.
196.    Lehman Brothers MLP Partners, L.P.
197.    Lehman Brothers Offshore Diversified Arbitrage Fund, Ltd.
198.    Lehman Brothers Offshore Diversified Arbitrage Master Fund Ltd.
199.    Lehman Brothers Offshore Diversified Private Equity Fund 2004, L.P.
200.    Lehman Brothers Offshore Investment Partnership L.P.

201.   Lehman Brothers Offshore Investment Partnership-Japan L.P.
202.   Lehman Brothers Offshore long/short fund, ltd
203.   Lehman Brothers Offshore Long/Short Master Fund Ltd.
204.   Lehman Brothers Offshore Partners Ltd.
205.   Lehman Brothers Offshore Partnership Account 2000/2001, L.P.
206.   Lehman Brothers Offshore Partnership GP 2000/2001 L.P.
207.   Lehman Brothers Offshore Real Estate Associates, Ltd
208.   Lehman Brothers OTC Derivatives Inc.
209.   Lehman Brothers Overseas Inc.
210.   Lehman Brothers Pacific Holdings Pte. Ltd.
211.   Lehman Brothers Participation Fund Associates, L.P.
212.   Lehman Brothers Partnership GP 2000/2001 L.P. (dissolved)
213.   Lehman Brothers Private Equity Advisers L.L.C
214.   Lehman Brothers Private Fund Advisers LP
215.   Lehman Brothers Private Fund Management LP
216.   Lehman Brothers Private Funds Investment Company GP, LLC
217.   Lehman Brothers Private Funds Investment Company LP, LLC
218.   Lehman Brothers Secondary Fund of Funds Associates L.P.
219.   Lehman Brothers Secondary Fund of Funds L.P.
220.   Lehman Brothers Securities Taiwan Limited
221.   Lehman Brothers Services India Private Limited
222.   Lehman Brothers Singapore PTE Ltd.
223.   Lehman Brothers South Asia Limited (Inactive)
224.   Lehman Brothers South East Asia Investments PTE Limited
225.   Lehman Brothers Spain Holdings Limited
226.   Lehman Brothers Special Financing Inc.
227.   Lehman Brothers Sudamerica S.A.
228.   Lehman Brothers U.K. Holdings (Delaware) Inc.
229.   Lehman Brothers Uruguay S.A.
230.   Lehman Brothers VC Partners L.P.
231.   Lehman Brothers Venture Associates Inc.
232.   Lehman Brothers Venture Bankers' Partnership L.P.
233.   Lehman Brothers Venture Capital Partners I, L.P.
234.   Lehman Brothers Venture GP Partnership L.P.
235.   Lehman Brothers Venture Partners L.P.
236.   Lehman Brothers Verwaltungs-und Beteiligungsgesellschaft mbH
237.   Lehman CMO Inc.
238.   Lehman Commercial Paper Inc.
239.   Lehman Crossroads Corporate Investors II, LP
240.   Lehman Insurance Company
241.   Lehman Loan Funding I LLC
242.   Lehman Mortgage Company of Canada (surrendered)
243.   Lehman Mortgage Holdings Canada I Inc. (inactive)
244.   Lehman Mortgage Holdings Canada II Inc. (inactive)
245.   Lehman Municipal ABS Corp.Lehman OPC LLC
246.   Lehman Pass-Through Securities Inc.
247.   Lehman Queens Center Inc. (inactive)
248.   Lehman Queens Limited Inc. (inactive)
249.   Lehman Re Ltd.

250. Lehman Realty & Development Corp.
251. Lehman Receivables Corp. (dissolved)
252. Lehman Risk Advisors Inc.
253. Lehman Risk Management, Inc. (dissolved)
254. Lehman Structured Assets Inc.
255. Lehman Structured Securities Corp.
256. Lehman Syndicated Loan Inc.
257. Lehman VIP Holdings Inc.
258. Lehman VIP Investment LDC
259. Liberty Corner Inc. (sold)
260. Liberty GP II Inc. (sold)
261. Libro Companhia Securitizadora de Creditos
262. LIBRO Holdings I Inc.
263. Long Point Funding Pty Ltd.
264. Louise Y.K.
265. LPTG Inc.
266. LPTG Intermediate LLC
267. LPTG LLC
268. LW-LP Inc.
269. LW-LP Properties Inc.
270. M&L Debt Investments Holdings Pty Limited
271. M&L Debt Investments Pty Limited
272. Mast Depositor Corp
273. MBAM Investor Limited
274. MBR/GP Corp.
275. Merit, LLC
276. Metro Realty Corporation (dissolved)
277. MMP Funding Corp.
278. Morganberry Corporation
279. Nai Ham Hotel 1 Company Limited
280. Neuberger & Berman Agency, Inc.
281. Neuberger Berman Asset Management, LLC
282. Neuberger Berman Inc.
283. Neuberger Berman Investment Services, LLC
284. Neuberger Berman Pty Ltd.
285. Neuberger Berman, LLC
286. Newark Properties One Inc.
287. Nexity Investment Partnership L.P.
288. NL Funding, L.P.
289. NL GP Inc.
290. Northstar Equipment Leasing Income Inc. (dissolved)
291. NPC Inc. (dissolved)
292. O.M.B. Limited Partner Ltd.
293. OCI Holdings Limited
294. OSD Corp.
295. PAC Aircraft Management Inc.
296. Pentaring, Inc.
297. Phuket Hotel 1 Holdings Company Limited.
298. Pike International Y.K.Pindar Pty Ltd.

15

299.    Preferred Group Limited
300.    Preferred Holdings Limited
301.    Preferred Mortgages Limited
302.    Principal Transactions Inc.
303.    QP80 Real Estate Services Inc.
304.    Quality Pork Partners, Inc.
305.    Real Estate Investors Inc. (dissolved)
306.    Real Estate Private Equity Inc.
307.    Real Estate Services I Inc. (dissolved)
308.    Real Estate Services VII Inc. (dissolved)
309.    Reliance Energy E&P, LLC
310.    REPE LBREP III LLC
311.    Revival Holdings Limited
312.    RIBCO LLC
313.    RIBCO SPC, Inc.
314.    Rock Hill Real Estate, Inc.
315.    Sage Partners, LLC
316.    SAIL Investor Pte Ltd.
317.    Sambar Properties Inc.
318.    SASCO ARC Corporation
319.    Scranzay, Inc.
320.    Security Assurance Advisers, LP
321.    Select Asset Inc.
322.    Senior Income Fund Inc. (dissolved)
323.    Serafino Investments Pty Limited
324.    Shearson Lehman Brothers Capital Partners II, L.P.
325.    Shearson Lehman Hutton Capital Partners II
326.    Skratook LLC
327.    Small Business Assets I LLC
328.    Southern Pacific Funding 5 Ltd
329.    Stamford Investment Realty Inc.
330.    STRATUS I Inc.
331.    Structure Asset Securities Corporation II
332.    Structured Asset Securities Corporation
333.    Structured Options Inc.
334.    STUIE CORP.
335.    Sunrise Finance Co., Ltd.
336.    TAL Europe, LLC
337.    Tallus
338.    Thayer Group Limited
339.    Thayer Properties (Jersey) Ltd.
340.    Thayer Properties Limited
341.    Townsend Analytics Japan Ltd.
342.    Townsend Analytics, Ltd.
343.    TX Tower Inc. (sold)
344.    West Dover, LLC
345.    Wharf Reinsurance Inc.
346.    Woori-LB First Asset Securitization Specialty Co., Ltd.
347.    Woori-LB Fourth Asset Securitization Specialty Co., Ltd.

348.   Y.K Tower Funding
349.   Y.K. Park Funding

## Potential Parties in Interest

1.   1301 Properties Owner, LP
2.   13D Research Inc.
3.   1407 Broadway Real Estate LLC
4.   25 Broad LLC
5.   250 East Borrower LLC
6.   4086 Advisors
7.   4Cast Inc.
8.   4Kids Entertainment, Inc.
9.   50 Broadway Realty Corp. LLC
10.  605 Third Avenue Fee LLC
11.  8 Sound Shore Associates LLC
12.  A/P Hotel, LLC
13.  AB Bankas
14.  AB Svensk Exportkredit
15.  Aberdeen Asset Management Inc.
16.  Abm Industries, Inc.
17.  ABN Ambro Holding N.V.
18.  AboveNet Communications Inc.
19.  Abu Dhabi Investment Authority
20.  Abu Dhabi National Energy
21.  Accel Capital Corporation Accellent Inc.
22.  Accenture LLP
23.  Access Data
24.  ACCLARA
25.  Account Temps
26.  Accredited Home Lenders, Inc.
27.  Accuride Corporation
28.  ACI Operations Pty Limited
29.  Acorn Partners LP
30.  Activant Solutions Inc.
31.  Acts Aero Tech Support
32.  Adagio IV CLO Limited
33.  ADV Portfolio Tech
34.  Advanced Graphic Printing, Inc.
35.  AES Corporation
36.  AEW Capital Management, LP
37.  AG Financial Products, Inc.
38.  AG First Farm Credit Bank
39.  AGA Medical Corporation
40.  Agribank
41.  Aida Sarmast
42.  AIG CDS, Inc.
43.  AIG Financial Products Corp.
44.  AIG Global Investment Corporation
45.  AIM Advisors

46. AIM Funds
47. Airclaims Limited
48. Aircraft Finance Trust
49. Airlie CDO I
50. AIRLIE LCDO (AVIV LCDO 2006-3)
51. AIRLIE LCDO (Pebble Creek 2007-1)
52. Akin Gump Strauss Hauer & Feld LLP
53. Aktiengesellschaft
54. Alabama Power Company
55. Aladdin Relative Value Credit Master Fun Limited
56. Alameda County (CA) Employees' Retirement Association
57. Alan J. Worden
58. Alcoa Inc.
59. Alenco
60. Alex E. Rhinehart
61. Alexander Leytman
62. Algoma Stell Inc.
63. Aliant Bank
64. Alix Partners LLP
65. Allegheny Energy
66. Allen Matkins Leck Gamble Mallory
67. Alliance Imaging, Inc.
68. Alliance Laundry Equipment Receivable Trust 2005-A
69. Alliance Laundry Equipment Receivables 2005 LLC
70. Alliance Laundry Holdings LLC
71. Alliance Laundry Systems
72. Alliance Resource Operating
73. Alliant Energy Corporation
74. Allianz
75. Allianz Global Investors AG
76. Allied Holdings, Inc.
77. Allied Waste Industries Inc.
78. Allied World Assurance Company
79. Allison Transmission, Inc.
80. Allsport Management SA
81. Alltel Communications
82. Alltel Corp.
83. Almtaler Volksbank
84. Alpha D2 Limited
85. Alpha III
86. Altos Hornos de Mexico SA de CV
87. Altova, Inc.
88. Altra Group, Inc.
89. AM International E Mac 63 Limited
90. Amadeus Holdings Limited
91. AMBAC
92. Amber Capital Investment Management
93. Ameren Corporation
94. Amerenergy Resources Generating

18

95. American Airlines 1st Lien
96. American Airlines Inc.
97. American Axle & Manufacturing Inc.
98. American Electric Power Company Inc.
99. American European Insurance Company
100. American Express
101. American Express Travel Related Services Co., Inc.
102. American Family Life Assurance Company
103. American International Group Inc.
104. American National Insurance Company
105. American Transmission Company
106. Americas
107. America's Servicing Company
108. AmeriSourceBergen Corporation
109. Amgen Inc.
110. Ana Fernanda Canales Gonzales
111. ANC Rental Corporation
112. Anita Bryant
113. Ann Lee
114. Antero Resources Corporation
115. Anthony J. Napolitano & Associates
116. Anthony Victor Lomas
117. Anton R. Valukas (Examiner)
118. ANZ Securities, Inc.
119. Aon Consulting
120. Aozora Bank, Ltd.
121. Apax Summer Bidco Limited
122. Apollo Management Holdings, L.P.
123. Arab Bank
124. Aracruz
125. Aramark Corporation
126. Arapahoe County Attorney's Office
127. Arapahoe County Treasurer
128. Arapahoe International Limited
129. Arche Master Fund, L.P
130. Area Giochi Holding S.p.A
131. ARINC Incorporated
132. Arizona Public Service Company
133. ArvinMeritor, Inc.
134. Arysta Lifescience
135. AS Propulsion Capital BV
136. Asbury Atlantic
137. Asbury-Solomons
138. Ashmore Energy International / AEI
139. Asset Backed Management Corp.
140. Assicurazioni
141. Assurant, Inc.
142. Asurion Corporation
143. AT&T Incorporated

144. AT&T Services Inc.
145. Atlas Pipeline Partners
146. Atmos Energy Corporation
147. Atrium Companies Inc.
148. Audio Visual Services Corporation
149. Australia and New Zealand Banking Group Limited
150. Australia National Bank
151. Autodesk Inc.
152. Automobile Club Insurance Association
153. Autonomy Capital Research LLP
154. Autonomy Master Fund Limited
155. Autonomy Rochevera One Limtied
156. A-V Services, Inc.
157. Avago Technologies Finance Pte. Ltd.
158. Avaya Inc.
159. Aveos
160. Avio
161. Avista Corp.
162. AVIV LCDO 2006-1
163. AVIV LCDO 2006-2
164. Aviva Assicurazioni S.p.A.
165. Aviva Italia Holding S.p.A.
166. Aviva Italia S.p.A.
167. Aviva Life and Annuity Company
168. Aviva Life S.p.A.
169. Aviva Previdenza S.p.A.
170. Aviva S.p.A.
171. Aviva Vita S.p.A.
172. AVR Acquisitions B.V.
173. AVR Industrial Waste B.V.
174. AVR Industrie N.V.
175. Axon Financial
176. B & G Foods
177. Bacar Constructors, Inc.
178. BAE Systems Holdings Inc.
179. Ball Corporation
180. Ball Packaging Products Canada
181. Ballyrock ABS CDO 2007-1 Limited
182. Banca Akros S.p.A
183. Banca Carige, S.p.A.
184. Banca Italease S.p.A.
185. Banca Monte dei Paschi di Seina S.p.A.
186. Banca Popolare di Milano Societa Cooperativa a r.l.
187. Banca Sai
188. Banco Banif, S.A.
189. Banco Bilbao Vizcaya Argentaria, S.A.
190. Banco Inversis, S.A
191. Banco Popolare Societa Coopertiva
192. Banco Popular Espanol, S.A.

20

193. Banco Santander
194. Banesco Holding C.A.
195. Banif-Banco
196. Banif-Banco de Investimento, S.A.
197. Bank of America Mellon
198. Bank of America N.A.
199. Bank of China
200. Bank Of Montreal
201. Bank of New York Mellon
202. Bank of New York Mellon Trust Company, N.A.
203. Bank of New York Trust Co., N.A.
204. Bank of Nova Scotia
205. Bank of Taiwan
206. Bank Pekao
207. Bankruptcy Creditors' Service, Inc.
208. Banque Privee Saint Dominique
209. Barclays Bank PLC
210. Barclays Capital, Inc.
211. Barclays Global Investors National Association
212. Basso Capital Management L.P.
213. Bats Holdings, Inc.
214. Bausch and Lomb
215. Bay Harbour Management LC
216. Bay Harbour Master
217. BBVA Securities Inc.
218. BCM Ireland Holdings Limited
219. BCV Investments SCA
220. BEA Systems, Inc.
221. Beaver Country Day School (The)
222. Beig Midco Limited
223. Beig Pikco Limited
224. Bel Air Investment Advisors LLC
225. Belmont Holdings Corp.
226. Berry Plastics Corporation
227. Best Buy
228. Best Karpet
229. BHCO Master
230. BHM Exit Financing Facility
231. BHM Exit Term Loan
232. BHM Technologies, LLC
233. BIM
234. Binding Company, Inc.
235. Biogen Iden Inc.
236. Biomet, Inc.
237. BKW FMB Energie SA
238. Black Lion Beverages III B.V.
239. BlackRock
240. Blackrock Financial Management
241. Blackstone / Blackstone Capital Partners V L.P.

21

242.    Block Financial Corporation
243.    Bloomberg Finance L.P. and its affiliates
244.    Bloomberg L.P. and its affiliates
245.    BLT 39 LLC
246.    Blue Angel Claims, LLC
247.    BlueMountain Capital Management LLC
248.    BMO Capital Markets Corp.
249.    BMO Nesbitt Burns, Inc
250.    BNC Mortgage Loan Trust
251.    BNY Capital Markets, Inc.
252.    BNY Corporate Trustee Services Ltd.
253.    Board of Education of the City of Chicago
254.    Boardwalk Pipelines, LP
255.    Bondwave LLC
256.    Bonten Media Group, Inc.
257.    Booz Allen Hamilton Inc.
258.    Bortstein Legal LLC
259.    Boston Generating, LLC
260.    BP Canada
261.    BP Energy
262.    BP North America
263.    BPC Holding Corporation (f/k/a BPC Acquisition Corp.)
264.    BRE Bank S.A.
265.    BreitBurn Operating L.P.
266.    Bremer Financial Corporation
267.    Bremer Financial Corporation A-3
268.    Brickman Group
269.    Brigadier Capital Master Fund, Ltd.
270.    British Airways Plc
271.    British Sky Broadcasting Group plc
272.    Broadridge Processing Solutions, Inc.
273.    Brockton Contributory Retirement System
274.    Brookfield Properties One WFC Co. LLC
275.    Brooks Family Partnership, LLC
276.    Brownstein Hyatt Farber Schreck, LLP
277.    Bryant University
278.    Buckeye Partners, L.P.
279.    Buffets, Inc.
280.    Building Materials - Wells
281.    Buildings Materials Holdings
282.    Bundesanstalt fur Finanzdienstleistungsaufsicht (BaFin)
283.    Burger King Corporation
284.    Burleson, ISD
285.    Business Objects Americas
286.    C.V.I. G.V.F. (Lux) Master S.a.r.l.
287.    Cableuropa S.A.U.
288.    Cablevision Systems Corp.
289.    Cabrera Capital Markets, LLC
290.    Caisse De Depot et Placement du Quebec

22

| | |
|---|---|
| 291. | Caixa Geral De Depositos, S.A. |
| 292. | Caja de Ahorros y Monte de Piedad de Madrid |
| 293. | Caja de Castilla la Mancha Vida y Pensiones S.A. de Seguros y Reaseruros |
| 294. | California Ind. Systems Operator Corp. |
| 295. | California Public Employees Retirement System |
| 296. | Calyon |
| 297. | Calyon Securities |
| 298. | Cammell Laird Holdings Plc |
| 299. | Campbell Soup Company |
| 300. | Canadian Imperial Bank |
| 301. | Canyon Value Realization Mac 18 Ltd |
| 302. | Cap Gemini Financial Services USA, Inc |
| 303. | Capital Automotive L.P. |
| 304. | Capital IQ, Inc. |
| 305. | Capmark Financial Group Inc. |
| 306. | Carbone S.A.R.L. |
| 307. | Caribe Media Inc. |
| 308. | Carlos Manala |
| 309. | Carlsberg Breweries |
| 310. | Carlton Communications Ltd. |
| 311. | Carlton Willard |
| 312. | Carlyle Credit Partners Master Fund |
| 313. | Carlyle High Yield Partners IX, Ltd. |
| 314. | Carlyle Loan Investment |
| 315. | Carmignac Gestion |
| 316. | Carrollton-Farmers Branch Independent School District |
| 317. | Casa de Ahorros y Monte De Pieda De Zaragoza Aragon y Rioja |
| 318. | CASAM ADI CD Arbitrage Fund Limited |
| 319. | Casam Adi Cd Arbitrage Fund Limited |
| 320. | Cascade Investment LLC |
| 321. | Casema Mezzanine |
| 322. | Casema/Euribor |
| 323. | Castex Energy 1995, L.P. |
| 324. | Cattolica Assicurazioni S.p.A. |
| 325. | Cavalier Telephone |
| 326. | CB Richard Ellis, Inc. |
| 327. | CBI Italian Receivables |
| 328. | CBI-Italian NPL |
| 329. | CBR Textile GMBH |
| 330. | CBS Corp. |
| 331. | CCMP Acquisition |
| 332. | CD Representative, L.C. |
| 333. | CDC IXIS Financial Guaranty Services Inc. |
| 334. | CDW Corporation |
| 335. | CEAGO ABS CDO 2007-1, LLC |
| 336. | CEAGO ABS CDO 2007-1, Ltd. |
| 337. | Cebridge 2nd Lien PIK |
| 338. | Cedar Fair |
| 339. | Cede & Co. |

340.   CEI/Kensington Ltd.
341.   Cellcap Securities Limited
342.   Centennial Cellular Corp.
343.   Centennial Communications Corp.
344.   Center Energy Resources Corp.
345.   Centerbridge Credit Partners LP
346.   Centerbridge Credit Partners Master LP
347.   Centerpoint Energy Resource
348.   Centra Park, LLC
349.   Central CATV Inc.
350.   Central European Media Enterprises Ltd.
351.   Central Illinois Light Company
352.   Central Illinois Public Service Company
353.   Centurytel, Inc.
354.   Cenveo Corporation
355.   Cequel Comm
356.   Ceradyne, Inc.
357.   Cereita Lawrence
358.   Cessna
359.   CFIP Fund
360.   CFS Holding NV
361.   Charise Carroll
362.   Charles River School (The)
363.   Charles Schwab & Co., Inc.
364.   Chart Industries, Inc.
365.   Charter Communications
366.   Chequer Finance 1 S.A.
367.   Chequer Finance 2 S.A.
368.   Chequer Finance 3 S.A.
369.   Chesapeake Appalachia, L.L.C.
370.   Chesapeake Energy Corp.
371.   Chevron Natural Gas
372.   Chicago Board Options Exchange, Incorporated
373.   Chicago Mercantile Exchange
374.   Chinatrust Commercial Bank, et al.
375.   Choctaw Investors B.V.
376.   Chorion (Project Planet) PIK
377.   Chris or Nancy Stovic
378.   Christine Coleman
379.   Chun IP
380.   Chun Ip
381.   Chuo Mitsui Trust And Banking Co.
382.   CIBC Wolrd Markets Inc.
383.   CIFG
384.   CIFG Services, Inc.
385.   Cilcorp Inc.
386.   Cinemark USA, Inc. A-4
387.   Cisco Systems Capital Corporation
388.   Cisco Systems, Inc.

389.	CIT Group (Master)
390.	Citadel Equity Fund, Ltd.
391.	Citibank, NA
392.	Citic International Financial Holdings
393.	Citigroup, Inc.
394.	Citrus Corporation
395.	City of Auburn
396.	City of Burbank
397.	City of Edinburgh Council as Administrating Authority of the Lothian Pension Fund
398.	City Of Farmers Branch
399.	City of Fremont
400.	City of Milwaukee, Wisconsin
401.	City of San Buenaventura
402.	City of South San Francisco
403.	City of Tuolumne
404.	CKX Inc.
405.	Claire's Stores, Inc.
406.	Clearwater Capital Partners
407.	Cleveland Barrett
408.	Clio European CLO B.V.
409.	Clondalkin Acquisition B.V.
410.	CME Group Inc.
411.	CNX Gas Co.
412.	Coast Electric Power Association
413.	Coditel Sarl
414.	Cognizant Technology Solutions
415.	Colfax Corporation
416.	Collins & Aikman Products
417.	Collins Building Services, Inc.
418.	Colonial Realty Limited Partnership
419.	Commerzbank A.G.
420.	Commerzbank A.G. (New York and Grand Cayman Branches)
421.	Commerzbank Capital Markets Corp.
422.	Community Health System
423.	Community Trust Bancorp Inc.
424.	Compagnie Financiere Tradition SA
425.	Company I Ameren Resources Gen Co
426.	Compass Bank
427.	Computer Financial Consultants Inc.
428.	Concord Development Properties Ltd.
429.	Concordia Mac 29 Ltd
430.	Conocophillips
431.	Conseco Inc.
432.	Consolidated Container Company LLC
433.	Constellation Energy Group, Inc.
434.	Constellation PL
435.	Continental AG I Continental
436.	Continental Airlines, Inc.
437.	Contrarian Capital Management, LLC

| | |
|---|---|
| 438. | Convenience Food System |
| 439. | Converteam |
| 440. | Cooperative Centrale Raiffeisen-Boerenleenbank, B.A. |
| 441. | Cooper-Standard Automotive Inc. |
| 442. | Corp. Inc. |
| 443. | Corporation Trust Company |
| 444. | Corrections Corporation of America |
| 445. | CorrectNet, Inc. |
| 446. | Cortefiel, S.A. |
| 447. | Corus Bank, N.A. |
| 448. | Costello Maione Schuch Inc. |
| 449. | Coughlin Stoia Geller Rudman & Robbins, LLP |
| 450. | Counsel To Australia And New Zealand Banking |
| 451. | County of Monterey (CA) |
| 452. | County of San Mateo (CA) |
| 453. | County of Westchester |
| 454. | Covanta Energy Corporation |
| 455. | Coventry Health Care, Inc. |
| 456. | Coviden Inti |
| 457. | Cox Communications, Inc. |
| 458. | Cox Enterprises, Inc. |
| 459. | Cox Radio, Inc. |
| 460. | CPQ Midco II Corporation |
| 461. | CRA Rogerscasey, LLC |
| 462. | Credit Agricole |
| 463. | Credit Suisse |
| 464. | Credit Suisse Loan Funding LLC |
| 465. | CRJ 200 Whole Loan |
| 466. | CROSSMAR, Inc. |
| 467. | Crossmark Investment Advisers, LP |
| 468. | Crossroads Investment Advisors |
| 469. | Crown Americas, Inc. |
| 470. | Crown Castle |
| 471. | CSC Holdings |
| 472. | CSG Systems International, Inc. |
| 473. | Cura Fixed Fund |
| 474. | Currenex |
| 475. | Customer Asset Protection |
| 476. | CWT Senior |
| 477. | Cynthia Swabsin |
| 478. | D.E. Shaw Composite Portfolios, LLC |
| 479. | D.E. Shaw Oculus Portfolios, LLC |
| 480. | DAB Bank AG |
| 481. | Dae Aviation Holdings, Inc. |
| 482. | Dallas County |
| 483. | Dan Yoram Schwarzmann |
| 484. | Dana Holding Corporation |
| 485. | Danaher Corporation |
| 486. | Danish Holdco |

26

| | |
|---|---|
| 487. | Danske Bank A/S |
| 488. | Darden Restaurants Inc. |
| 489. | Data Down Link Corporation |
| 490. | David A. Rosenfeld |
| 491. | David C. Cimo |
| 492. | David C. Walton |
| 493. | David H. Arlington Oil and Gas, Inc. |
| 494. | Dayco |
| 495. | DBP NPLS |
| 496. | DCFS Trust |
| 497. | DCI Umbrella Fund PLC |
| 498. | Debitel (Netherlands) Holding B.V. |
| 499. | Deere & Company |
| 500. | Del Monte Corporation |
| 501. | Delaware Management Holdings, Inc. |
| 502. | Delaware Port River Authority |
| 503. | Delek Benelux B.V. |
| 504. | Delek Luxembourg Holding Sarl |
| 505. | Delek US Holdings Inc. |
| 506. | Dell Global B.V. |
| 507. | Dell Marketing L.P. |
| 508. | Delphi |
| 509. | Delta Airlines A-5 |
| 510. | Demann |
| 511. | Department of Labor and Industries |
| 512. | Deustche Bank Securities Inc. |
| 513. | Deutsche Bank AG |
| 514. | Deutsche Bank AG (London Branch) |
| 515. | Deutsche Bank National Trust Company |
| 516. | Deutsche Bank Trust Company Americas |
| 517. | Deutsche Borse AG |
| 518. | Deutsche Postbank AG |
| 519. | Deutsche Telekom AG |
| 520. | Deutscher Sparkassen Und Giroverband (The) |
| 521. | Dexia Banque Belgique S.A. |
| 522. | Dexia Banque Internationale a Luxembourg S.A. |
| 523. | Dexia Belgique |
| 524. | Dexia Credit Local |
| 525. | Dexia Deutschland |
| 526. | Dexia Kommunalbank Deutschland AG |
| 527. | Dexia Local |
| 528. | Dexia Luxemburg |
| 529. | DG3 Holdings LLC |
| 530. | Diageo Finance PLC |
| 531. | Dido Erste Vermoegensverwaltun GS |
| 532. | Digicel International Finance Limited |
| 533. | Direct Energy Business LLC |
| 534. | Direct Energy LLC |
| 535. | Discover Financial Services |

536.    Diversified Credit Investments LLC as agent for the Government of Singapore
Investment Corporation PTE, LTD.
537.    Diversified Software Systems, Inc.
538.    Division of Taxation for Corporation Tax (State of Rhode Island and Providence
Plantations)
539.    Division Water
540.    DK Acquisition Partners
541.    DNB Nor Bank Asa
542.    Dollar General Corporation
543.    Dominion Resources Inc.
544.    Domtar Inc.
545.    Don Engel
546.    Dovenmuehle Mortgage Inc.
547.    Dow Jones & Company, Inc.
548.    Drake Management LLC
549.    Dresdner Bank A.G.
550.    Dresdner Kleinwort Group Goldings LLC
551.    Dresser, Inc.
552.    Dubai International Capital LLC
553.    Duff & Phelps
554.    Duke Corporate Education
555.    Duke Energy Ohio, Inc.
556.    Dun & Bradstreet
557.    Duncan Energy Parnters L.P.
558.    Dynegy Holdings, Inc.
559.    Dynergy Power Marketing, Inc.
560.    DZ Financial Markets LLC
561.    E*TRADE Bank
562.    E.On AG
563.    Eagle Rock Energy Partners, L.P.
564.    Easdaq N.V. (Artur Fischer)
565.    East 46th Borrower LLC
566.    Easton Investments II
567.    Eaton Corporation
568.    Ebay Inc.
569.    Edam Acquisition Holdings B.V.
570.    Edgen Murray
571.    Edison International
572.    Edison Mission Energy
573.    Edscha A.G.
574.    Educational Management Corp.
575.    Edward D. Jones & Co., LP
576.    Edward Grieb
577.    EHMD, LLC
578.    El Paso Corporation
579.    El Paso Pipeline Partners
580.    Electrabel
581.    Electrabel S.A.
582.    Electricite de France

583.    Eletrabel n.v./s.a.
584.    Elliot International L.P.
585.    Elliot Management Corporation
586.    Elliott Associates, L.P.
587.    Embarcadero Aircraft Securitization Trust
588.    EMC Corporation
589.    EMI Entertainment World, Inc.
590.    Emigrant Bank
591.    Empiricurve Fund Limited
592.    Enbridge (U.S.) Inc.
593.    Enbridge Energy Partners
594.    Encana Corp.
595.    Encana Oil and Gas
596.    Endemol Mezz
597.    Endemol Sen
598.    Enel SPA
599.    EnergyCo Marketing and Trading
600.    EnergyCo, LLC
601.    E-NET Corporation
602.    Engineers-Employers Construction Industry Retirement Trust/Saginaw Police & Fire
        Pension Board
603.    Enron Corp.
604.    Entegra Holdings LLC
605.    Entegra TC LLC
606.    Entergy Corp.
607.    Enterprise GP Holdings L.P.
608.    Enterprise Products LLC
609.    Enterprise Products Operating L.P.
610.    Envirosolutions Real Property Holdings, Inc.
611.    EPCO Holdings
612.    Equitable Resources, Inc.
613.    Eric and Margaret Mace-Tessler
614.    ERP Operating Limited Partnership
615.    Escaline S.a.r.l.
616.    E-Source, Inc.
617.    Espin & Alter, LLP
618.    Essex Equity Holdings USA, LLC
619.    Etihad Airways
620.    European Bank For Reconstruction
621.    European Credit (Luxembourg) S.A.
622.    European Credit Management Limited
623.    Evergreen Investment Management Company, LLC
624.    Evergreen, Et. Al
625.    EXCO Operating Company, LP
626.    Exco Partners Operating Partnership L.P.
627.    Exco Resources Inc.
628.    Executive Fliteways, Inc.
629.    Exegy Incorporated
630.    Export Development Canada

631. Express Energy Services Holding, LP
632. Extendicare Health Services Inc.
633. Exterran Holdings, Inc.
634. EXUM RIDGE CBO 2006-1
635. EXUM RIDGE CBO 2006-2
636. EXUM RIDGE CBO 2006-4
637. EXUM RIDGE CBO 2006-5
638. EXUM RIDGE CBO 2007-1
639. EXUM RIDGE CBO 2007-2
640. EZE Castle
641. FA Sub 3 Limited
642. Factiva Limited
643. Factiva, Inc.
644. Fadesa Inmobiliaria, S.A.
645. Faegre & Benson
646. Fairpoint Communications, Inc.
647. Fairway Fund Limited
648. Falcon Senior
649. Fannie Mae
650. FCAR
651. Federal Express Corporation
652. Federal Home Loan Bank of Atlanta
653. Federal Home Loan Bank of New York
654. Federal Home Loan Bank Of Pittsburgh
655. Federal Home Loan Mortgage Corp
656. Federal Reserve Bank of New York
657. Federazione Italiana del Consorzi Agrari S.r.l.
658. Federconsorzi
659. Ferretti
660. Fidelity Capital Markets Services A-6
661. Fidelity Investments
662. Field Point IV S.a.r.l.
663. Fifth Third Bank, N.A.
664. Financial Security Assurance
665. Financiere Daunou
666. Financiers CVT
667. Finartex
668. Finmeccanica Finance SA
669. FINOVA Loan Administration
670. Fir Tree Capital Opportunity Master Fund, L.P.
671. Fir Tree Value Master Fund, L.P.
672. Fire & Police Pension of Colorado
673. First Chemical Holding
674. First Chemical Mexxanine
675. First Chemical Senior
676. First Choice Power, LP
677. First Commercial Bank Co., Ltd. New York Agency
678. First Data Corporation
679. First Franklin Mortgage Lona Trust 2006-FFA

| 680. | First Trust Advisors L.P. |
| 681. | First Trust Portfolios L.P. |
| 682. | FirstBank Puerto Rico |
| 683. | FirstEnergy Corp |
| 684. | Firth Rixson Mezz |
| 685. | Flextronics International Ltd |
| 686. | Florida Gas Transmission Company, LLC |
| 687. | Florida Power & Light Company |
| 688. | FOLIOfn Investment, Inc. |
| 689. | Fondiaria |
| 690. | Fondo Latinoamericano De Reservas |
| 691. | Ford Motor Company |
| 692. | Ford Motor Credit |
| 693. | Fortis Group |
| 694. | Fortress Investment Group LLC |
| 695. | FPL Group Capital Inc. |
| 696. | FR Acquisitions Corporation (Europe) Limited |
| 697. | Francisco Perez |
| 698. | Franklin American Mortgage Company |
| 699. | Franklin Lincoln National Corporation |
| 700. | Fred Hutchinson Cancer Research Center |
| 701. | Fred Telling |
| 702. | Freenet |
| 703. | Freescale Semiconductor, Inc. |
| 704. | Fresenius Medical Holdings Inc. |
| 705. | Frictionless Commerce, Inc. |
| 706. | Friedman, Billings, Ramsey & Group, Inc. |
| 707. | Frontier Drilling |
| 708. | Frost & Sullivan |
| 709. | Fubon Insurance Co. |
| 710. | Fubon Securities Co. |
| 711. | Fulton Bank |
| 712. | Fusion Funding Limited |
| 713. | Fusion Funding Luxembourg, S.A.R.L. |
| 714. | FX Alliance LLC |
| 715. | FXCM Holdings, LLC |
| 716. | Gables Marquis |
| 717. | Gala |
| 718. | Gala Group Finance Limited |
| 719. | Gala Mezz |
| 720. | Galileo Fund Limited |
| 721. | Galleon Buccaneer's Offshore LTD |
| 722. | Galliard Capital Management |
| 723. | Gaming Invest Sarl |
| 724. | Gartner UK Limited |
| 725. | Gartner, Inc. |
| 726. | Gaselys |
| 727. | Gaston Christian School, Inc. |
| 728. | Gate Gourmet |

729.  G-BNWE Aircraft Pty Ltd
730.  G-BNWF Aircraft Pty Ltd
731.  G-BNWG Aircraft Pty Ltd
732.  G-BNWJ Aircraft Pty Ltd
733.  G-BNWK Aircraft Pty Ltd
734.  G-BNWK Aircraft Pty Ltd.
735.  G-BNWL Aircraft Pty Ltd
736.  G-BNWS Aircraft Pty Ltd
737.  G-BNWT Aircraft Pty Ltd
738.  GE Capital Information Technology
739.  GE Capital Information Technology Solutions, Inc. DB/A Ikon Financial Services
740.  GE Corporate Financial Services, Inc.
741.  Gemstone CDO VI Corp
742.  Gemstone CDO VI Ltd
743.  GenenTech, Inc.
744.  General Electric Capital Corp
745.  General Helicopters International LLC
746.  General Mills, Inc.
747.  General Nutrition Centers, Inc.
748.  Genovese Joblove & Battista, P.A.
749.  Gensler Architecture, Design And Planning, P.C.
750.  Gentiva Health Services, Inc.
751.  Genworth Financial, Inc.
752.  Genworth Life Insurance Company (f/k/a General Electric Capital
      Assurance Corporation)
753.  George E. Di Russo
754.  Georgetown University
755.  Georgia Gulf
756.  Georgia Pacific Corporation
757.  Georgia-Pacific Expansion S.A.S
758.  German Association of Savings Banks
759.  Gesconsult S.A. SG LLC
760.  GFA I LLC
761.  GHB Karnten AG
762.  Gilmartin, Poster & Shafto LLP
763.  Ginn Clubs
764.  Givaudan S.A.
765.  GL Trade
766.  Glencore Commodities Ltd.
767.  GLG Partners LP
768.  Global Cash Access, Inc.
769.  Global Thematic
770.  Globe Pub Management Limited
771.  GM Canada Foreign Trust
772.  GMAC LLC
773.  GMAC Residential Capital
774.  GMAC-IM
775.  GMAM Investment Funds Trust
776.  GMBH

| | |
|---|---|
| 777. | Godiva Chocolatier, Inc. |
| 778. | Goldman Sachs & Co. |
| 779. | Goldman Sachs (Asia) Finance |
| 780. | Goldman Sachs (Japan) Ltd. |
| 781. | Goldman Sachs Asset Management International, |
| 782. | Goldman Sachs Asset Management, L.P. |
| 783. | Goldman Sachs Bank USA |
| 784. | Goldman Sachs Credit Partners |
| 785. | Goldman Sachs International |
| 786. | Goldman Sachs International Bank, Seoul Branch |
| 787. | Goldman Sachs Japan Co. Ltd. |
| 788. | Goldman Sachs Lending Partners LLC |
| 789. | Government of Guam Retirement Fund |
| 790. | Government of Singapore |
| 791. | Grace Wang |
| 792. | Graham Packaging Company, L.P. |
| 793. | Graphic Packaging International Corp |
| 794. | Great Lakes Dredge & Dock Corporation |
| 795. | Greektown Holdings LLC |
| 796. | Green Tree Servicing Inc. |
| 797. | Green Tree Servicing LLC |
| 798. | Green Valley Ranch Gaming LLC A-7 |
| 799. | Greenbriar Minerals, LLC |
| 800. | Greenpoint Mortgage Funding Trust Series |
| 801. | Greenwich Insurance Company |
| 802. | Greg Georgas & Mark Grock |
| 803. | Greywolf Capital Management L.P. |
| 804. | Grupo Iusacell |
| 805. | GS European Performance Fund Limited |
| 806. | GS Investment Strategies, LLC |
| 807. | GSEF Al Nawras (Cayman) Limited |
| 808. | GSW Grundbesitz GmbH & Co. KG |
| 809. | Gulf Stream Asset Management |
| 810. | H3C Holdings Ltd |
| 811. | Halbis Distressed Opportunity Master Fund Ltd. |
| 812. | Hale Avenue Borrower LLC |
| 813. | Halliburton Company |
| 814. | Hanger Orthopedic Group, Inc. |
| 815. | Hank's Living Trust |
| 816. | Hanover Moving & Storage Co. Inc |
| 817. | Harbert |
| 818. | Harbinger Capital Partners |
| 819. | Harbinger Capital Partners Special Situations Fund LP |
| 820. | Harbison Station Apts L.P. |
| 821. | HarbourView CDO III, Limited |
| 822. | Harpen Immobilien GmbH & Co. KG |
| 823. | Harrah's Operating Co. Inc. |
| 824. | Harris County |
| 825. | Harris Nesbit Corp. |

| | |
|---|---|
| 826. | Hartfield Fund Limited |
| 827. | Hawaiian Telcom Communications, Inc. |
| 828. | Hawaiian Telcom Holdco, Inc. |
| 829. | Hawaiian Telcom IP Service Delivery Investment, LLC |
| 830. | Hawaiian Telcom IP Service Delivery Research, LLC |
| 831. | Hawaiian Telcom IP Video Investment, LLC |
| 832. | Hawaiian Telcom IP Video Research, LLC |
| 833. | Hawaiian Telcom Services Company, Inc. |
| 834. | Hawaiian Telcom, Inc. |
| 835. | Hawker Beechcraft |
| 836. | HBK Investments LP |
| 837. | HCA Inc. |
| 838. | HD Supply |
| 839. | Health Care Services Corp D/B/A Blue Cross and Blue Shield of Illinois |
| 840. | Heating Finance PLC |
| 841. | Hebron Academy Incorporated |
| 842. | Hegemon Fund I, LLC |
| 843. | Hellman & Friedman |
| 844. | Henegan Construction Co., Inc. |
| 845. | Henry Schein, Inc. |
| 846. | Herbst Gaming, Inc. |
| 847. | Heritage Fields |
| 848. | Hexion |
| 849. | Highbridge LD Acquisition LLC |
| 850. | Highbridge Principal Strategies - Mezzanine Partners |
| 851. | Highland Capital Management, L.P. |
| 852. | Highmount Exploration & Production LLC |
| 853. | Hilite German GMBH & Co. KG |
| 854. | Hilliard Farber & Co. Inc. |
| 855. | HMH Publishers LLC |
| 856. | HMH Publishing Mezzanine Holdings Inc. |
| 857. | Home Loan Mortgage Corporation |
| 858. | Hope Greenfield |
| 859. | Horizon Merger Corporation |
| 860. | Houghton Mifflin Harcourt Publishers Inc. |
| 861. | Howard W. Tomlinson |
| 862. | HSBC Bank PLC |
| 863. | HSBC Finance Corporation |
| 864. | HSBC Realty Credit |
| 865. | Hudson CLO 3 B.V. |
| 866. | Hughes Hubbard |
| 867. | Huish Detergents Inc. (Huish) |
| 868. | Humberto G. Merchland Lopez |
| 869. | Humerick Environmental Constructions, Inc. |
| 870. | Huntsman International LLC |
| 871. | HVB Capital Markets, Inc. |
| 872. | Hypo Investment Bank Ag |
| 873. | Iasis Healthcare LLC |
| 874. | Ibertravel Vacations (MEZZ) |

875.    Ibertravel Vacations Holding LS
876.    IBM
877.    ICAP North America Inc.
878.    Iconix Brand Group
879.    Icopal
880.    Idearc Inc.
881.    IGI Resources
882.    Illinois National Insurance
883.    Illinois Power Company
884.    Illuminating
885.    IM US Hold Inverness Medical
886.    IMO Carwash
887.    Imperial Tobacco Entertainment Finance Limited
888.    Incapital LLC
889.    Independence Holding Co.
890.    INEOS Group Limited
891.    Inergy, L.P.
892.    INF SRVS
893.    Infineon Technologies AG
894.    Infonxx Inc.
895.    Informal Group Of Taiwan Financial Institutions
896.    Infospace Inc.
897.    ING bank, FSB
898.    ING Financial Markets LLC
899.    ING Group
900.    ING Life Insurance and Annuity Company
901.    ING Real Estate Finance
902.    Innovia Films (Holding 3) Limited
903.    Institutional Benchmarks
904.    Instituto de Credito Oficial
905.    Intechra LLC
906.    Intelsat (Bermuda), Ltd.
907.    Intelsat Corporation (FKA Panamsat)
908.    Intelsat Jackson (FKA Bermuda) A-8
909.    Intelsat Subsidiary Holding Company
910.    Interactive Data Corp.
911.    Intercall Inc.
912.    Interface Cable Assemblies and Services Corp.
913.    Intergen N.V.
914.    Interline Brands, Inc.
915.    Inter-Local Pension Fund Graphic Communications Conference of the International
        Brotherhood of Teamsters
916.    Internal Revenue Service
917.    International Business Machines Corporation
918.    International Lease Finance Corporation
919.    International Swaps and Derivatives Association, Inc.
920.    International Transmission Company
921.    Intersil Corporation
922.    Interstate Brands Corporation

923.    Interstate Fibernet, Inc.
924.    Interstate Power and Light Company
925.    Intesa
926.    Intesa Sanpaolo S.p.A.
927.    IntraLinks Inc.
928.    Inverness Medical Innovations Inc.
929.    INVESCO CLO
930.    INVESCO Real Estate
931.    Investcorp, Et. Al.
932.    Investkredit AG
933.    Investment Corporation PTE, LTD.
934.    Iowa Telecommunications Services, Inc.
935.    Iridium Satellite LLC
936.    Iris Software, Inc.
937.    Iron Mountain Incorporated
938.    Iron Mountain Information Management
939.    Ironbridge Homes, LLC
940.    Ironbridge Mountain Cottages, LLC
941.    Ironbridgte Aspen Collection, LLC
942.    Island Medical Group
943.    Islavista Spain S.A.
944.    ISS Holding
945.    iStar Financial Inc.
946.    Italease Finance S.p.A.
947.    ITC Holdings Corporation
948.    ITC Midwest LLC
949.    ITC Transco
950.    Iusacell
951.    J P Morgan Chase Bank, N.A.
952.    J. Aron & Company
953.    Jacquelyn Soffer
954.    James J. Sullivan
955.    James W. Giddens
956.    Jamie Desmond
957.    Janet Crawshaw
958.    Jarden Corporation
959.    Jason C. Davis
960.    Jason Wallace
961.    Jeanes Hospital
962.    Jeffrey Soffer
963.    JFB Firth Rixson, Inc.
964.    JFK International Air Terminal LLC
965.    Jin Liu
966.    Jin Liu
967.    JMG Capital Partners, LP
968.    JMG Triton Offshore Fund Limited
969.    Jo Anne Buzzo
970.    John J. Genovese
971.    Johnson County Arlington ISD

972.    Johnson, Killen & Seiler
973.    Joseph Cordaro, Assistant U.S. Attorney, SDNY
974.    Journal Register
975.    JSC Rosgosstrakh
976.    Juice Energy, Inc.
977.    Jung Development Co., Ltd.
978.    Jung Developments (Infinity 2) Inc.
979.    Jung Developments Inc.
980.    Jurgen Lindermann
981.    Jyske Bank A/S
982.    Ka Kin Wong
983.    Kabel Deutschland
984.    Kahrl Roberts & Wutcher LLP
985.    Kalaimoku-Kuhio Development Corp.
986.    Kantatsu Co. Ltd.
987.    Kapalua Bay, LLC
988.    Karim Kano
989.    Katten Muchin Rosenman LLP
990.    Kaupthing Bank
991.    KBC Bank KBC Financial Products UK Limited
992.    KBC Financial Products USA, Inc.
993.    KBC Investments Cayman Islands V Limited
994.    KBC Investments Limited
995.    KBR Holdings, LLC
996.    KDP Investment Advisors, Inc.
997.    Keane Inc.
998.    Kelson Finance LLC
999.    Kelson Holding LLC
1000.   Kensington International Limited
1001.   Kerasotes Theatres Inc.
1002.   Key Energy Services, Inc.
1003.   KeyBank National Association
1004.   Keystone Inc.
1005.   KFW Bankengruppe
1006.   KGT Inc.
1007.   Kimberly-Clark Corporation
1008.   Kinder Morgan Energy Partners L.P.
1009.   Kirch Holding GMBH & Co. KG
1010.   KKR Private Equity Investors L.P.
1011.   Klavins & Slaidins A-9
1012.   Kleopatra Lux 2 Mezz
1013.   Kleopatra Lux 2 S.A.R.L
1014.   Kleopatra Senior
1015.   Knight Capital Group
1016.   Knight Debtco Ltd.
1017.   Korea Development Bank
1018.   Korea Investment & Securities Co., LTD
1019.   KPMG
1020.   Kraft Foods Inc.

1021. Kristine Smith
1022. Kroger Co. (The)
1023. Kubber Investments
1024. Laboratory Corporation of America Holdings
1025. LAHDE Capital Management
1026. Lai Mei Chan
1027. Lai-han Cheung
1028. Lake Las Vegas Resort (Laslas)
1029. Lan Dale Asset Purchasing
1030. Landale Liquidity Facility
1031. Landamerica Financial Group, Inc.
1032. Landsource
1033. Landwirtschaftliche Rentenbank
1034. Lanxess AG
1035. Laplace Fund Equities Limited (from)
1036. Las Vegas Resort
1037. Las Vegas Sands, LLC
1038. LaSalle Bank National Association
1039. LaSalle Global Trust Services
1040. Laurel Cove Development, LLC
1041. Lavena Holding GMBH 3
1042. Lavena Holding GMBH 4
1043. Lavena Mezz
1044. Lavena Senior
1045. Lawrence & Carolyn Fogarazzo
1046. LB 2080 Kalakaua Owners LLC
1047. LB Co-Investment Partners Cayman AIV I LP
1048. LB Merchant Banking Partners III Cayman AIV LP
1049. LB Offshore GP Holdings (PE) Ltd.
1050. LB Offshore Investment Partners II LP
1051. LB Secondary OPP Offshore Fund II LP
1052. LB Secondary OPP Offshore Fund LP
1053. LB VC Partners LP (VC Fund II)
1054. LBAYK
1055. LBREP /L-Suncal Master I LLC
1056. LBREP Lakeside SC Master I, LLC
1057. LBT Loan Funding
1058. LBT Varlik Yonetim Anonim Sirketi
1059. LeaseDimensions
1060. Legal & General Group Plc
1061. Legendre Holdings 17 SA
1062. Lehman Brothers Alpha Funds PLC for Lehman Brothers US High Yield Funds
1063. Lehman Brothers Bankhaus AG
1064. Lehman Brothers Bankhaus Aktiengesellschaft
1065. Lehman Brothers European Mezzanine LB S.A.R.L
1066. Lehman Brothers First Trust Income Opportunity Fund Inc.
1067. Lehman Brothers High Yield Bond Fund 316. Lehman Brothers Income Funds for Lehman Brothers High Income Bond Funds
1068. Lehman Brothers Income Funds

38

1069.   Lehman Brothers Income Funds for Lehman Brothers Strategic Income Fund
1070.   Lehman Brothers Merchant Banking Partners IV LP
1071.   Lehman Brothers Private Equity Funds
1072.   Lehman Mortgage Trust
1073.   Lehman XS Trust
1074.   Leticia Chau
1075.   Level 3 Communications, LLC
1076.   Level 3 Financing, Inc.
1077.   Leveraged Loans Europe & Term Loans Europe
1078.   Levine Leichtman Capital Partners Deep Value Fund, L.P.
1079.   Lewtan Technologies, Inc.
1080.   LFIGXG LLC
1081.   LH 1440 LLC
1082.   Libby Wong
1083.   Liberator Bidco Limited
1084.   Liberator Jr Mezz
1085.   Liberator Mezz
1086.   Liberator Senior Facilities Dtd
1087.   Liberty Global Inc.
1088.   Liberty Mutual Group Inc.
1089.   Libra CDO LLC Libra CDO Ltd
1090.   Lim Finance II, Inc.
1091.   Limited Lincoln National Corporation
1092.   Lincoln Variable Insurance
1093.   Linda Demizio
1094.   Linden Advisors LP
1095.   Liquidpoint
1096.   Litton Loan Servicing, L.P.
1097.   LKQ Corporation
1098.   LLC New York State Office of Unclaimed Funds
1099.   LLCA-2
1100.   Lloyds Bank
1101.   Lloyds TSB Bank plc
1102.   LM ISIS Opportunities Master Fund Ltd.
1103.   Local Insight Media
1104.   Local Insight Regatta Holdings, Inc.
1105.   Local Media Finance LLC
1106.   Longacre Master Fund Ltd
1107.   Longacre Opportunity Fund, L.P.
1108.   Loop Capital markets, LLC
1109.   Los Angeles City Employees' Retirement System
1110.   Luboja & Thau, LLP
1111.   Lufthansa AG
1112.   Lukoil Finance Limited
1113.   Lusardi Construction Company
1114.   Luxembourg 3 S.a.R.L.
1115.   LW Securities, Ltd.
1116.   Lyon Capital Ventures
1117.   Lyondell

1118. LyondellBasell Industries
1119. M&B Maher
1120. M&G Investment Management Limited
1121. M&G Investment Management Limited (as Investment Advisor to Stitching Shell Pensioenfonds, M&G Secured Debt Fund Limited, M&G Dynamic European Loan Fund Limited, and The Prudential Assurance Company Limited)
1122. M. Arthur Gensler Jr and Assoc, Inc.
1123. M. Brian Maher and Basil Maher
1124. M.B.H. Emprunteur
1125. M.R. Beal & Company
1126. Mack-Cali Realty LP
1127. Mackinaw Power Holdings, LLC
1128. Macquarie A-10
1129. Madeline Dimodica
1130. Main Street Natural Gas, Inc.
1131. Majestic Fund Limited
1132. Malaysian Airline System
1133. Man Group Finance Inc.
1134. Mansfield ISD
1135. Manufacturers and Traders Trust Company
1136. Manzoni/Prêt D?Acquisition VLM
1137. Mapco Express, Inc.
1138. Maples and Calder
1139. Maples Finance Limited
1140. Marathon Oil Company
1141. Marble Care
1142. Marfin Popular Bank Public Company
1143. Margolis Edelstein
1144. Maria DeSouza
1145. Marie Hunter
1146. Marina Bay-2nd Deal
1147. Marina District Finance Company, Inc.
1148. Mark IV
1149. Mark L. Zusy
1150. Mark Mazzatta
1151. Mark T. Millkey
1152. Market Place Apts
1153. Marriott International Inc.
1154. Marsha Kosseff
1155. Marshall & Ilsley Trust Company, N.A.
1156. Marshall Funds, Inc.
1157. Martha Chilton Mueller
1158. Massachusetts Mutual Life Insurance
1159. Massachusetts Water Resources Authority
1160. Massdevelopment/Saltonstall Building Redevelopment Corporation
1161. Materis SAS
1162. Matthew Hudson
1163. Maximilian Coreth
1164. MC Communications, LLC

1165. McJunkin Corporation
1166. McJunkin Red Man Holdings Corporation
1167. Mclennan County
1168. Medassets
1169. Medco Health Solutions Inc.
1170. Mediolanum Vita S.p.A.
1171. Members of Certified Class in Austin, ET AL V. Chisick, ET AL., Case SA CV 01-0971 DOC
1172. MEP II S.A.R.L.
1173. Meridian Company of New York
1174. Merit Floors Inc.
1175. Merlin Entertainments Group
1176. Merlin Italian SNR
1177. Merlin Row SNR
1178. Merrill Lynch & Co.
1179. Merrill Lynch Credit Products
1180. Merrill Lynch Japan Securities Co. Ltd.
1181. Metavante Corporation
1182. Metropolitan Transit Authority
1183. Metropolitan West Asset Management, LLC
1184. Metropolitan West Total Return Bond Fund
1185. MF Global Finance / MF Global Finance Europe Limited
1186. MF Global Ltd. / Man Financial
1187. Michael John Andrew Jervis
1188. Michael Karfunkel
1189. Michael Stores
1190. Michele McHugh-Mazzatta
1191. Michigan Department of Treasury
1192. Michigan Electric Transmission Co.
1193. Michigan State Housing Development Authority
1194. Microsoft Corporation
1195. Microsoft Licensing
1196. Midamerican Energy Company
1197. Midcontinent Express Pipeline LLC
1198. MidCountry Bank
1199. Midewest Realty Advisors LLC
1200. Midwest Independent System
1201. Milano
1202. Millennium Automotive Group
1203. Millennium International, Ltd.
1204. Minardi Capital Corp
1205. Minera Del Norte S.A.
1206. Minnesota Masonic Home Care Center
1207. Minnesota State Board of Investment
1208. Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
1209. Mirant Corporation
1210. Mirant North America, LLC
1211. Missouri Department Of Revenue, Bankruptcy Unit
1212. Misys IQ LLC

1213.  Misys PLC
1214.  Mitsubishi UFJ, Ltd.
1215.  Mitsui-MOL
1216.  Mizuho Corporate Bank
1217.  Mizuho Corporate Bank LTD
1218.  Mizuho Financial Group
1219.  Mizuho Investors Securities Co., Ltd.
1220.  Mizuho Trust & Banking (Luxembourg S.A.)
1221.  MKP Capital Management, LLC
1222.  MKP Vela CBO, LLC
1223.  MKP Vela CDO Ltd
1224.  Moana Properties
1225.  Moderna Finance
1226.  Monique Miller Fong
1227.  Monument Realty LLC
1228.  Moody's Corp.
1229.  Moody's Investors Service
1230.  Morgan Stanley & Co. Incorporated
1231.  Motors Insurance Corp 361. MP Bank HF
1232.  Movie Gallery, Inc.
1233.  MSN
1234.  MSS Distressed & Opportunities 2
1235.  MSTD, Inc.
1236.  Mueller Water Products Inc.
1237.  Municipal Electric Authority of Georgia
1238.  Muriel Siebert & Co., Inc.
1239.  Myung Soo Jung
1240.  N.V. Luchthaven Schipol
1241.  Na'alehu Ventures
1242.  nabCapital Securities LLC
1243.  Nakilat Inc.
1244.  Namrun Finance S.A.
1245.  Nasdaq OMX
1246.  Nathan W. Bear A-11
1247.  National Agricultural Cooperative Federation
1248.  National Australia Bank Limited
1249.  National Bank of Canada
1250.  National Cinemedia, Inc.
1251.  National Rural Utilities Cooperative Finance Corporation
1252.  Nationwide Fund Advisors
1253.  Natixis Bleichroeder Inc.
1254.  Natixis Entities
1255.  Natl Australia Bank Limited
1256.  Natsis
1257.  NCAT-New Center Asset Trust
1258.  Nebraska Investment Finance Authority
1259.  Nebraska Investment Finance Authority
1260.  Neff Corp.
1261.  Neggio Holding 3 GMBH

42

1262. Nelnet, Inc.
1263. Netapp, Inc.
1264. Neuberger Berman Advisers Management Trust for Lehman Brothers High Income Bond Fund
1265. Neuberger Berman Income Opportunity Fund Inc.
1266. Neuberger Berman LLC
1267. Nevada Power Company
1268. New Center Asset Trust
1269. New Edge
1270. New England Power Company
1271. New Generation Funding Trust 15, 16, 37, 38, 39 and 83
1272. New Holdco BV
1273. New Jersey Housing and Mortgage Finance Agency
1274. New South Federal Savings Bank
1275. New York Institute of Finance, Inc.
1276. New York Life Insurance Co
1277. New York Life Investment Management
1278. New York State Common Retirement Fund
1279. Newedge USA, LLC
1280. Newell Rubbermaid Inc.
1281. Newpage Corporation
1282. Newport Global Advisors LP
1283. Newport Global Credit Fund (Master) L.P.
1284. Newport Global Opportunities Fund LP
1285. Nextera Energy Power Marketing, LLP (f/k/a/ FPL Energy Power Marketing, Inc.
1286. NFI Luxco SCA
1287. NIBC Bank NV
1288. Niederosterreich-Mitte
1289. Nippon Life Insurance Company
1290. Nokia Corporation
1291. Nomura Holding America Inc.
1292. Nomura Holdings Inc.
1293. Nomura International PLC and its affiliates
1294. Norma Delepine
1295. Normandy Hill Capital, LP NorthEast
1296. Nortek Holdings, Inc.
1297. Northern Ireland Governmental Officers Superannuation Committee
1298. Northern State Power Company
1299. Northgate Minerals Corporation
1300. Northrup Grumman
1301. NorthStar Real Estate Securities Opportunity Master Fund L.P.
1302. Northwest Airlines, Inc.
1303. Norton Gold Fields Limited
1304. Novara
1305. Novartis Finance Corporation
1306. NPD Group Inc.
1307. NPL
1308. NRG Energy, Inc.
1309. NSG Holdings LLC

1310.   nTAG Interactive Corporation
1311.   NTL Cable Plc
1312.   NTL Communications Ltd
1313.   Nuance Communications, Inc.
1314.   NuStar Logistics, L.P.
1315.   NY State Department Of Taxation and Finance
1316.   Nybron Refi
1317.   Nycomed Germany Holding GMBH
1318.   Nycomed Holding A/S
1319.   NYFIX, Inc.
1320.   NYSE Euronext Inc.
1321.   O'Reilly Automotive, Inc.
1322.   Occidental Energy Marketing, Inc.
1323.   Occidental Power Services, Inc.
1324.   Oceania Cruises, Inc.
1325.   Oceania Vessel Finance, Ltd.
1326.   Och-Ziff
1327.   OCM Mezzanine Fund II Holdings, L.P.
1328.   OCM Opportunities Fund VII Delaware, L.P.
1329.   Office of the U.S. Trustee
1330.   Office Of The United States Attorney
1331.   Office of Thrift Supervision
1332.   Office of Thrift Supervision, Northeast Region
1333.   Official Committee of Unsecured Creditors
1334.   OGE Energy Corp.
1335.   OI Canada Corporation
1336.   Oklahoma Gas And Electric Company
1337.   Oklahoma Municipal Power Authority
1338.   Omnicare, Inc.
1339.   OMX Timber Finance Investments
1340.   Oncor
1341.   OneBeacon US Holdings
1342.   Opal Leasing Limited
1343.   Open Solutions Inc.
1344.   Openwave Systems Inc.
1345.   Operating Engineers Local 3 Trust Fund
1346.   Oppenheimer Funds Inc.
1347.   Optim Energy, LLC (f/k/a Energy Co., LLC)
1348.   Oracle Corporation
1349.   Oracle Credit Corporation
1350.   Orangina
1351.   Orbitz Worldwide
1352.   Orion Cable
1353.   Orrick, Herrington & Sutcliffe LLP
1354.   Osterreichische
1355.   Oversea-Chinese Banking Corp. Ltd.
1356.   Overstock.com
1357.   Owens & Minor, Inc.
1358.   Owens Illinois Inc.

1359.    Oz Management LP
1360.    Pacific Coast Cap. Partners, LLC
1361.    Pacific Gas & Electric Company
1362.    Pacific International Finance Limited
1363.    Pacific International Limited
1364.    Pacific Investment Management LLC
1365.    Pacific Summit Energy LLC
1366.    PacifiCorp
1367.    Pages Jaunes Groupe
1368.    PanAmSat Corporation
1369.    Pangea Ltd A-12
1370.    Panton Fund
1371.    Park Place Apartments L.P.
1372.    Parker Drilling Company
1373.    Parmalat Participacoes Do Brasil Ltda
1374.    Parmalat Participacoes Promissory Note
1375.    Parsec Corp.
1376.    Parsec Trading Corp.
1377.    Partnerre Ltd.
1378.    Patricia O'Reilly
1379.    Patrick J. Coughlin
1380.    Patrick W. Daniels
1381.    Paul J. Battista
1382.    Payreel, Inc.
1383.    PB Capital Corporation
1384.    Peabody Energy Corporation
1385.    Pebble Creek 2007-2, LLC
1386.    Pebble Creek 2007-2, LTD
1387.    Pebble Creek LCDO 2006-1
1388.    Pebble Creek LCDO 2007, LLC
1389.    Pebble Creek LCDO 2007-3
1390.    Pecos Investors LLC
1391.    Penn Convention Center Authority
1392.    Penn National Gaming
1393.    Pension Benefit Guaranty Corporation
1394.    Pension Plan and Trust
1395.    Pentwater Capital Management, LP
1396.    PEP Credit Investor L.P.
1397.    Pepsi Bottling Group, Inc.
1398.    Perella Weinberg Partners LP
1399.    Perstorp AB
1400.    Pertus Sechzehnt GmbH
1401.    Pertus Sechzehnte GBMH
1402.    Peter J. and Mary Jane Dapuzzo
1403.    PGA Holdings, Inc.
1404.    PGRS 1407 BWAY LLC
1405.    Pharmerica Corporation
1406.    Philip Morris International Inc
1407.    Philips Electronics NV

45

1408. Phoenix Life Limited
1409. PHS Group PLC
1410. PHS Senior
1411. Pietro Ferrero
1412. Pinnacle Entertainment, Inc.
1413. Pinnacle Foods Finance LLC
1414. Pinnacle West Capital Corp.
1415. Pioneer Europe Mac 70 Ltd
1416. Pipeline Data, LLC
1417. Piper Jaffray and Co.
1418. Pivotal Promontory
1419. PJM Interconnection, L.L.C.\
1420. Planet Acquisition Holdco 1 Ltd
1421. Planet Acquisition Holdco 2 Ltd
1422. Plastech Engineered Products, Inc.
1423. Plinius Investments B.V.
1424. Plumbers and Pipefitters National Pension Fund
1425. PNM Resources, Inc.
1426. PNMR Services Co.
1427. Polaris Software Lab Limited
1428. Police and Fire Retirement System of the City of Detroit
1429. Popolare
1430. Popular Gestion S.G.I.I.C., S.A.
1431. Popular High Grand Fixed Income Fund, Inc.
1432. Portfolio CDS Trust 18, 103-105, 162, 187, 191-196, 208-214, and 233-244
1433. Portfolio Green German CMBS
1434. Portland General Electric Company
1435. Powerex Corp.
1436. PQ Corporation
1437. Precis Corporation
1438. Precision Partners
1439. PricewaterhouseCoopers AG, Zurich
1440. Primedia Inc.
1441. Principal Financial Group, Inc.
1442. Private Limited Company
1443. Profunds Advisors LLC 424.
1444. Project Cabellero
1445. Project Knight Senior
1446. ProSiebenSat.
1447. Protection One Alarm Monitoring, Inc.
1448. Providence Equity Partners
1449. Providence TMT Special Situations Fund L.P.
1450. PSEG Power LLC
1451. Psychiatric Solutions Inc.
1452. PT Bank Negara Indonesia
1453. PT Mnc Sky Vision
1454. PTG Grande Asset DEB KF
1455. PTG Tanco Kingfisher
1456. Public Bank Berhad

46

1457.   Public Service Company of Colorado
1458.   Public Service Enterprise Group Incorporated
1459.   Public Service of North Carolina
1460.   Public Utility District No. 1 of Chelan County, WA
1461.   Puget Sound Energy Inc.
1462.   Pursuit Capital Partners Master
1463.   Pursuit Capital Partners Master (Cayman) Ltd.
1464.   Pursuit Opportunity Fund I Master LTD.
1465.   Pursuit Partners
1466.   Putnam Investments, LLC and Affiliates
1467.   Pyrrhuloxia, LP
1468.   Qantas Aircraft Leases
1469.   Qatar Liquefied Gas Company Limited
1470.   QVC, Inc.
1471.   QVT Financial LP
1472.   Qwest Services Corporation
1473.   R3
1474.   Randolph H. Emerson
1475.   Ras Laffan Liquefied Natural Gas Company Limited (II)
1476.   RasGas
1477.   Raymond F. Kravis Center for Performing Arts (The)
1478.   Raymond James & Associates, Inc.
1479.   RBC Dain Rauscher Inc.
1480.   RBS Greenwich Capital
1481.   Reddy Ice Corporation
1482.   Regal Cinemas, Inc.
1483.   Regency Gas Services LP
1484.   Regent Seven Seas Cruises
1485.   Region Marche
1486.   Regions Bank
1487.   Regulated Utilities
1488.   Relative European Value S.A.
1489.   Reliance Globalcom Services, Inc.
1490.   Reliant Energy Inc. A-13
1491.   Reliant Energy Power Supply, LLC
1492.   Reliant Energy Services, Inc.
1493.   Renal Advantage, Inc.
1494.   Rent-A-Center, Inc.
1495.   Rentokil
1496.   Republic Waste
1497.   Residential Funding Company LLC
1498.   Resona Holdings
1499.   Restructured Asset Certificates with Enhanced Returns, Series 2005-15-C Trust
1500.   Retirement Housing Foundation
1501.   Rexnord Corporation
1502.   Reynolds American
1503.   RFG Holding (France) SAS
1504.   RFG Midco A/S
1505.   RH Donnelley

1506. Richard McKinney
1507. Rick Fleischman
1508. Right Management, Inc.
1509. River Capital Advisors Inc.
1510. Rizal Commercial Banking Corporation
1511. RJ Reynolds Tobacco Holdings, Inc.
1512. RMC
1513. Robert A. Schoellhorn Trust
1514. Robert M. Rothman
1515. Robert Teller
1516. Rocio Gonzalez De Canales
1517. Rockefeller Center Management Corporation
1518. Rockefeller Center North Inc.
1519. Rockefeller Group Development Corporation
1520. Rock-Forty Ninth LLC, Rockefeller Center et al.
1521. Rockies Express Pipeline LLC
1522. Roger B. Nagioff
1523. Ronald Profili
1524. Rony Seikaly
1525. Roofing Holding Inc.
1526. Ross Financial Company
1527. Rothorn Fund Limited (fka Man Mac Rothorn 6A Ltd)
1528. Royal & Sun Alliance Insurance Group Plc
1529. Royal Bank of America
1530. Royal Bank of Canada
1531. Royal Bank of Scotland
1532. RSA Insurance Group Plc
1533. Russell Investment Group, Inc.
1534. Rutger Schimmelpenninck
1535. RWE
1536. RWE AG
1537. RWE Supply & Trading GmbH
1538. Saad Investments Company Limited
1539. SABMi11er Plc
1540. SABMiller Finance B.V.
1541. Sabre Holdings Corporation
1542. Sailfish Structured Investment Management (G4), LLC
1543. Saint Joseph's University
1544. Salem Five Cents Savings Bank
1545. Salt Lake Neighborhood Housing Services, Inc.
1546. Samir Tabet
1547. Sampo Bank PLC
1548. Samuel H. Rudman
1549. San Diego-Frazee, LLC
1550. Sandridge Energy, Inc.
1551. Santander Investment Securities Inc.
1552. Sarah Coombs
1553. SAS Institute Inc.
1554. SBA Comm

1555. SBA Senior Finance
1556. Schefenacker AG
1557. Schieder Moebel Holding GMBH
1558. Scotia Capital (USA) Inc.
1559. Scott Aitken
1560. Sears Holdings Corp.
1561. Sears Roebuck Acceptance Corp.
1562. SEB Enskilda, Inc.
1563. Semcrude LP
1564. SemGroup Energy Partners, L.P.
1565. Seneca Center
1566. Sengent, Inc. -d/b/a ClariFI
1567. Sequa Corporation
1568. Serena Software, Inc.
1569. Serpering Investments B.V.
1570. Service Corp Int'l
1571. SG Americas Securities LLC
1572. SGS HY Credit Fund I (Exum Ridge CBO 2006-3)
1573. SGS International, Inc.
1574. Shareholders of Novastar Financial Inc.
1575. Shea-Edwards Limited Partnership
1576. Shell Energy North America (US) L.P.
1577. Shell Trading (US) Company
1578. Sheridan Holdings, Inc.
1579. Sherrill-Lubinksi Corporation
1580. Shiga Bank, Ltd. (The)
1581. Shinsei Bank Limited
1582. Short Credit Master Fund, LP
1583. SHPS, Inc.
1584. Siebert Capital Markets
1585. Siemens AG
1586. Sierra Pacific Power Company
1587. Silicon Graphics Inc.
1588. Silver Point Capital, LP
1589. Silver Sprints Apts
1590. Sinclair Television Group, Inc.
1591. Sing Heung
1592. Singapore Airlines
1593. Sisal Mezz
1594. Sisal S.p.A
1595. Sistema Universitario Ana G. Mendez
1596. Siu Lui Ching
1597. Six Flags Theme Parks Inc. A-14
1598. Sixth Gear
1599. Sky Power Corporation
1600. SLG 220 News Owner LLC
1601. SLM Corporation
1602. SMBC Capital Markets
1603. Smolanksy Fund Limited

1604. Societe Generale
1605. Soffer Turnberry/South Strip, LLC
1606. Sola Ltd.
1607. Solent Credit Opportunities Master Fund
1608. Solo Cup Company
1609. Solutia Inc.
1610. Somers Dublin Ltd. A/C KBC Pledged
1611. Somerset Properties SPE, LLC
1612. Sourcecorp, Inc.
1613. South Mississippi Power Association
1614. Southeastern Golf, Inc.
1615. Southern Company
1616. Southwestern Public Service Company
1617. Sovereign Securities Corporation, LLC
1618. SP4190 S. Lasalle, L.P.
1619. Spanish Broadcasting Systems, Inc.
1620. SPCP Group, L.L.C. (agent for Silver Point Capital Fund, L.P. and Silver Pont Capital
       Offshore Fund, Ltd.)
1621. Spectra Energy Capital, LLC (f/kfa Duke Capital)
1622. Spectra Energy Partners OLP, LP
1623. Spiegel Inc.
1624. Springfield Associates LLC
1625. Sprint Nextel Corp
1626. Sprint Solutions, Inc
1627. Stagg, Terenz, Confusione & Wabnik, LLP
1628. Stahl Acquisition BV
1629. Stallion Oilfield Services Ltd.
1630. Stamford Associates L.P.
1631. Stamford Associates L.P.
1632. Stamford Law Corporation
1633. Stan Mehaffey
1634. Standard Chartered Bank
1635. Standard Credit Group LLC
1636. Standard Life Bank Plc
1637. Standard Pacific
1638. Star Tribune Co.
1639. Starwood Hotels & Resorts
1640. State Bank of Long Island
1641. State Board of Administration of Florida
1642. State of Arizona ex rel Arizona State Treasurer
1643. State of Michigan, Department of Treasury
1644. State Street Bank
1645. Statler Arms Garage LLC
1646. Steingass
1647. Stephen Gott
1648. Stephen Green
1649. Stephen L. Hopkins
1650. Stephen N. Hurley
1651. Steven Anthony Pearson

1652.   Steven G. Holder Living Trust
1653.   Steven Mehos
1654.   Steven T. Mulligan
1655.   STF THSRC
1656.   Stone Tower Capital LLC
1657.   Stone Tower Debt Advisors LLC
1658.   Stony Brook Court
1659.   Stroock & Stroock & Lavan LLP
1660.   Structure Consulting Group, LLC
1661.   Structure Tone Inc.
1662.   Structured Products Transaction Management Group
1663.   SuccessFactors Inc.
1664.   Sullivan & Company Marketing
1665.   Sumitomo Mitsui Banking Corp.
1666.   Sumitomo Mitsui Brussels Branch
1667.   Sumitomo Mitsui Financial Group
1668.   Sumitomo Trust & Banking
1669.   Sumitomo Trust & Banking Co., LTD
1670.   Summit Systems, Inc.
1671.   Sun Microsystems, Inc.
1672.   Sun Trust Banks, Inc.
1673.   SunAmerica Asset Management
1674.   SunCal Debtors
1675.   Suncor Energy Marketing, Inc.
1676.   SunGard
1677.   SunGard Asset Management Systems LLC
1678.   SunGard Availability Services LP
1679.   SunGard Business Integration Ltd.
1680.   Sungard Data Systems Inc.
1681.   SunGard Expert Solutions LLC
1682.   SunGard Institutional Brokerage Inc.
1683.   SunGard Investment Systems LLC
1684.   Sunoco Inc.
1685.   Sunoco Logistics Partners Operations, LP
1686.   Sunrise Partners Limited Partnership
1687.   Sunshine Holdings Limited
1688.   SunTrust Robinson Humphrey, Inc.
1689.   Supervalu Inc.
1690.   Susan Sayers
1691.   Sutherland Asbill & Brennan
1692.   Svenska Handelsbanken AB
1693.   Swedbank
1694.   Swedbank AB, New York Branch
1695.   Swift Transportation Co., Inc.
1696.   Swiss Reinsurance Company
1697.   Sylvia Lewis
1698.   Symetra Financial Corporation
1699.   Synagro Technologies, Inc.
1700.   Synatech

1701. Syncora Syncora Holdings Ltd. Syniverse
1702. Syniverse Technologies
1703. Systema
1704. T & W Funding Company
1705. Taconic Capital Partners 1.5 L.P.
1706. Taconic Opportunity Fund L.P.
1707. Taipei Fubon Commercial Bank Co.
1708. Tangoe, Inc.
1709. Targa Resources, Inc.
1710. Target Corporation
1711. Tarrant County
1712. Tata American International
1713. Tata Communications Services (America) Inc. f/k/a VSNL America Inc.
1714. Tata Consultancy Services LTD
1715. TD Securities (USA) LLC
1716. TD Security
1717. TDS Investor Corporation
1718. Teachers' Retirement System of the State of Illinois
1719. Team Finance LLC
1720. Teamsters Allied Benefit Funds Technical & Scientific Application, Inc.
1721. Telecom Italia Capital S.A.
1722. Telefonica Europe B.V.
1723. Telefonica, S.A.
1724. Tembec
1725. Tembec Industries Inc.
1726. Temple Health System Transport Team, Inc.
1727. Temple Physicians, Inc.
1728. Temple University Health Systems, Inc. for itself and as Agent
1729. Templeton Global
1730. Tennessee Department of Revenue
1731. Teppco Partners, L.P. A-15
1732. Tesoro Corporation
1733. Tetra Tech, Inc.
1734. Teva Hungary Pharmaceutical Marketing
1735. Teva Pharmaceutical Works Company
1736. TFS
1737. Thalia CLO
1738. Thalia Credit FAC
1739. The Adelphia Recovery Trust
1740. The Bank of New York
1741. The Bank Of Tokyo-Mitsubishi UFJ, Ltd
1742. The Blackstone Group
1743. The Carlyle Group
1744. The Central Puget Sound Regional Transit Authority
1745. The Chuo Mitsui Trust And Banking Co., Ltd
1746. The City of Long Beach
1747. The Clorox Company
1748. The Commonwealth Of Pennsylvania
1749. The Hartford Financial Services Group, Inc.

1750.   The Hertz Corporation
1751.   The Horne Depot, Inc.
1752.   The Hotchkiss School
1753.   The Informal Noteholder Group
1754.   The Joint Administrators of the Lehman European Group Administration Companies
1755.   The Juilliard School
1756.   The Kiyo Bank
1757.   The Kyoei Fire and Marine Insurance Company Ltd.
1758.   The Lightstone Group
1759.   The Liverpool Limited Partnership
1760.   The McGraw-Hill Companies, Inc.
1761.   The Neiman Marcus Group, Inc.
1762.   The Pemex Project Funding Master Trust
1763.   The Pension Fund Group
1764.   The Provisional French Administrator to Banque Lehman Brothers
1765.   The Provisional French Administrator to Banque Lehman Brothers SA
1766.   The Related Companies
1767.   The Rhodes Companies, LLC
1768.   The Seaport Group LLC
1769.   The Sports Authority, Inc.
1770.   The TAARP Group, LLP
1771.   The Vanguard Group, Inc.
1772.   The Walt Disney Company / Disney
1773.   The Williams Companies
1774.   Thomas Cook AG
1775.   Thomas P. Dinapoli, as Sole Trustee of The NY State Common Retirement Fund
1776.   Thompson Investment Management, Inc.
1777.   Thomson Reuters Plc & Thomson Reuters Corp.
1778.   ThruPoint, Inc.
1779.   Ticknor Corner LLC
1780.   Tiger Asia Fund, L.P.
1781.   Tiger Asia Overseas Fund, Ltd.
1782.   Time Warner
1783.   Tishman Speyer Properties, L.P.
1784.   Tishman Speyer Real Estate Venture VII, L.P
1785.   Tom Wolf
1786.   TomTom N.V.
1787.   Toronto-Dominion Bank
1788.   Total Gas & Power Limited
1789.   TOUSA, Inc. (f/k/a Technical Olympic USA Inc.)
1790.   Town Sports International, Inc.
1791.   Toys R Us
1792.   TPF Generation Holdings, LLC
1793.   TPG-Austin Portfolio Holdings LLC
1794.   Trademarks LLC
1795.   Tradeweb Markets LLC
1796.   Trading Technologies International
1797.   Training the Street, Inc.
1798.   Trans World Airlines Inc.

1799.  Transamerica Asset Funding Corp.I
1800.  TransCanada Pipelines Limited
1801.  Transdigm Inc
1802.  Transocean Inc.
1803.  Travelers National Accounts
1804.  Travelport 2nd A&R
1805.  Travelport Holdings Ltd.
1806.  Travelport Inc.
1807.  Treasurer of Douglas County, Colorado
1808.  Treasurer of Garfield County, Colorado (The)
1809.  Tribune Company
1810.  TriOptima AB
1811.  Triple Point Technology, Inc.
1812.  Tri-State Generation And Transmission Association, Inc.
1813.  Tronox Worldwide
1814.  Tronox Worldwide LLC
1815.  Trophy Hunter Investments
1816.  Tropicana Entertainment
1817.  Troutman Sanders LLP
1818.  True Friend 4th Securitization Specialty Co.
1819.  TRW Automotive Holdings Corp.
1820.  TRW Automotive Inc.
1821.  Turnberry Associates
1822.  Turnberry Fund
1823.  Turnberry Retail Holding, L.P.
1824.  Turnberry/Centra Crossroads, LLC
1825.  Turnberry/Centra Development, LLC
1826.  Turnberry/Centra Office Sub, LLC
1827.  Turnberry/Centra Quad, LLC
1828.  Turnberry/Centra Sub, LLC
1829.  Turnberry/South Strip, LP
1830.  Tuxedo Reserve Owner LLC
1831.  Tuxedo TPA Owner LLC
1832.  TW Telecom Inc.
1833.  TXU / Texas Utilities
1834.  TXU Energy Company
1835.  Tyco Electronics Tyco International Group S.A.
1836.  U.S. Bank National Association
1837.  U.S. Shipping Partners L.P.
1838.  UBS AG
1839.  UBS Financial Services
1840.  UBS Financial Services of Puerto Rico
1841.  UBS International Inc.
1842.  UBS Securities LLC
1843.  Unclaimed Property Recovery Service, Inc.
1844.  Unicredito Italiano
1845.  Union Bank Of California, N.A.
1846.  United Air Lines
1847.  United Components, Inc.

1848.   United Corporate Federal Credit Union
1849.   United of Omaha Life Insurance
1850.   United Parcel Services, Inc. / UPS
1851.   United States Steel Corporation / US Steel Corp
1852.   United Surgical Partners International, Inc.
1853.   UnitedHealth Group IncA-16
1854.   University of Pittsburgh
1855.   Univision Communications Inc.
1856.   UPC Broadband Holding B.V.
1857.   UPCMedia
1858.   US AG Bank
1859.   US Airways Group, Inc.
1860.   US Bank National Association
1861.   US Investigations Services, Inc.
1862.   US Securities and Exchange Commission
1863.   USAA Capital Corporation
1864.   USI Holdings Corp.
1865.   USPF Holdings, LLC
1866.   Utah Housing Corporation
1867.   Utendahl Capital Partners, L.P.
1868.   Valero Energy Corporation
1869.   Van Der Moolen Specialists
1870.   Van Gansewinkel Holding B.V.
1871.   Varde Investment Partners, L.P.
1872.   Varig S.A. (Vicao Aerea Rio-Grandense)
1873.   VBS Investment Bank
1874.   Venetian Macau Limited
1875.   Venise Acquisition
1876.   Venoco, Inc.
1877.   Venstar Leasing
1878.   Verde CDO
1879.   Verint Systems Inc.
1880.   Verizon Communications Inc.
1881.   Verso Paper Holding LLC
1882.   Versorgungswerk der Apothekerkammer Nordrheim
1883.   Vertrue Incorporated
1884.   Veyance Technologies, Inc.
1885.   Vignette Europe Limited
1886.   Virginia Electric And Power Company
1887.   Visteon Corporation
1888.   VITA
1889.   Vodafone Group Plc
1890.   Volksbank Aichfeld-Murboden
1891.   Volksbank Bad Goisern
1892.   Volksbank Enns-St. Valentin
1893.   Volksbank Feldkirchen
1894.   Volksbank Gmuend
1895.   Volksbank Graz-Bruck
1896.   Volksbank Obersdorf-Wolkersdorf-Dt

1897. Volksbank Oetscherland
1898. Volksbank Osttirol
1899. Volksbank Ried im Innkreis
1900. Volksbank Schaerding
1901. Volksbank Slovenia
1902. Volksbank Tullnerfeld eG
1903. Volksbank Voklabruck-Bmunden e.Gen
1904. Vollers Excavating & Construstion,Inc
1905. Vornado Realty L.P. Vought Aircraft Industries, Inc.
1906. Wachovia Bank
1907. Wachovia Securities Ltd.
1908. Wagram
1909. Wall St Concepts
1910. Walmart Stores
1911. Warburg Pincus Equity Partners L.P.
1912. Washington Metro
1913. Washington Mutual Bank
1914. Washington Mutual, Inc.
1915. Washington State Tobacco Settlement Authority
1916. Water Pollution Control Authority for the City of Bridgeport
1917. Waterfall European CLO S.A.
1918. Waterstone Market Neutral Mac 51 Ltd
1919. WCCV
1920. WCG Master Fund
1921. WCI Capital Corp.
1922. WCI Communities
1923. WDAC Intermediate
1924. Weetabix Mills
1925. Wellmont Health System
1926. Wellpoint Inc
1927. Wells Fargo & Co.
1928. Wells Fargo Bank Minnesota
1929. Wells Fargo Bank, NA
1930. Werra Papier
1931. Wesco Aircraft Hardware Corp.
1932. Westar Energy, Inc.
1933. Western Digital Corporation
1934. Westernbank Puerto Rico
1935. WestLB AG, New York Branch
1936. Westport Capital Management
1937. WH 2005 / NIAM III East Holding OY
1938. Whippoorwill Associates Inc
1939. White Marlin CDO 2007-1
1940. White Mountains Insurance Group, Ltd.
1941. William Capital Group, L.P.
1942. William P. White
1943. Williams Partners L.P.
1944. Wilmar Landco LLC
1945. Wilmington Trust Company

1946.    Wilmington Trust Company
1947.    Wilmington Trust FSB
1948.    Wimar Opco
1949.    Wind Telecommunicazioni S.P.A.
1950.    Windels Marx Lane & Mittendorf, LLP
1951.    Windwalker Hawaii
1952.    Winstar
1953.    Wintergreen Orchard House
1954.    Wisconsin Electric Power Company
1955.    Wisconsin Energy Corporation
1956.    Wisconsin Gas LLC (f/kla Wisconsin Gas Company)
1957.    Wisconsin Power And Light Company
1958.    WMG Acquisition Corp.
1959.    Wolf Hollow 2nd Lien
1960.    Wolf Hollow I LP
1961.    Wolters Kluwer NV
1962.    Woodmark
1963.    World Directories
1964.    World Directories Acquisition Corp.
1965.    WSG Development Co.
1966.    WWK Hawaii
1967.    Wyeth
1968.    Xcel Energy Inc.
1969.    Xerox Corporation
1970.    XL Capital
1971.    XL Specialty Insurance Company A-I7
1972.    XLCA Admin, LLC
1973.    XLCDS, LLC
1974.    Yankee Candle Company, Inc.
1975.    Yarpa Investmenti S.G.R. S.p.A. -RP3 Fund
1976.    Yarpa Investmenti S.G.R. S.P.A.-RP3
1977.    Yellowstone Club
1978.    Yellowstone Mtn Club
1979.    Yildiz Holdings, Inc.
1980.    Yin Ying Leung
1981.    Young Broadcasting
1982.    YPSO France S.A.S.
1983.    YPSO Senior
1984.    Yuksung Korea Co., Ltd.
1985.    Yuma Hospital District
1986.    Zahniser Trust
1987.    Zephyrus Investments LLC
1988.    Zwinger Opco 6 BV


## Affiliations of Outside Directors

Michael L. Ainslie
- director - The St. Joe Company
- director - Lehman Brothers Bank, FSB

- Member (and the chairman emeritus) of the Board of Directors of The Posse Foundation, Inc.
- trustee - Vanderbilt University

John F. Akers
- director - W.R. Grace & Co

Roger S. Berlind
- governor - The Broadway League

Thomas H. Cruikshank

Marsha Johnson Evans
- advisory board - LPGA
- advisory board - Pew Partnership for Civic Change
- director - America's Development Foundation.
- director - Huntsman Corporation
- director - Naval Academy Foundation
- director - Office Depot, Inc.
- director - Weight Watchers International, Inc.

Sir Christopher Gent
- advisory board - Reform
- director - Ferrari SpA
- senior advisor - Bain & Company, Inc.

Roland A. Hernandez
- advisory board - David Rockefeller Center for Latin American Studies at Harvard University
- advisory board - Harvard Law School
- director - Sony Corporation
- director - The Ryland Group, Inc.
- director - Vail Resorts, Inc.
- director of MGM Mirage
- President's Council on International Activities – Yale University

Henry Kaufman
- member - Board of Trustees of New York University
- member - Board of Trustees of the Animal Medical Center
- member (and the chairman emeritus) - Board of Overseers of the Stern School of Business of New York University
- member (and the chairman emeritus) - Board of Trustees of the Institute of International Education
- member of the Advisory Committee to the Investment Committee of the International Monetary Fund Staff Retirement Plan
- member of the Board of Governors of Tel-Aviv University  treasurer (and former trustee) of The Economic Club of New York.

- member of the International Advisory Committee of the Federal Reserve Bank of New York
- president - Henry Kaufman & Company

John D. Macomber
- chairman - Council for Excellence in Government
- director - Collexis Holdings, Inc.
- director - Stewart & Stevenson LLC
- trustee - Carnegie Institution of Washington
- trustee - Folger Library
- vice chairman - Atlantic Council

## Professionals Retained by the Company

- Akerman Senterfitt
- Allen & Overy LLP
- Allen Matkins Leck Gamble Mallory and Natsis
- Alvarez & Marsal North America. LLC
- Andrews & Kurth LLP
- Anthony J. Napolitano & Associates
- Appleby Global
- Baker & McKenzie LLP
- Balcomb & Green, P.C.
- Ballard Spahr Anders & Ingersoll, LLP
- Bar & Karrer AG
- Bedell Cristin
- Benesch, Fiedlander, Coplan & Arnoff LLP
- Berkman Wechsler Bloom & Co., Law Offices
- Bickerton Lee Dang & Sullivan, LLP
- Bih Li & Lee
- Blake Cassels & Graydon LLP
- Bloom Murr & Accomazzo, P.C.
- BLP Abogados
- BlueGate Partners, LLC
- Bonchonsky & Zaino, LLP
- Bonelli Erede Pappalardo
- Bortstein Legal LLC
- Bracewell & Giulliani LLP
- Brand Law Group, PC
- Broad & Cassel
- Brownstein Hyatt Farber Schreck, LLP
- Bulboaca & Associatii
- Burns, White & Hickton
- Cadwalader, Wickersham & Taft LLP
- Cains
- Carrington, Coleman, Sloman & Blumenthal, L.L.P.
- Cassels Brock & Blackwell LLP

- CB Richard Ellis
- Cederquist
- Chiomenti Studio Legale
- Chun Rair & Yoshimoto LLP
- Click & Null, P.C.
- Clyde Click
- Conway and Mrowiec
- Cox Castle Nicholson
- Curtis, Mallet-Prevost, Colt & Mosle LLP
- David Marks QC
- Davies Ward Phillips & Vineberg
- Davis & Gilbert LLP
- De Brauw Blackstone Westbroek
- Dechert LLP
- Deloitte & Touch USA LLP
- Dickstein Shapiro LLP
- DLA Piper
- Dorsey & Whitney LLP
- DTZ Rockwood LLC
- Duff and Phelps
- Duff and Phelps
- Einstein Malanchuk LLP
- Epiq
- Ernst & Young LLP
- Evergreen Law Group
- Foster, Graham, Milstein & Calisher, LLP
- Fragomen, Del Rey, Bernsen & Loewy, LLP
- Freshfields Bruckhaus Deringer
- Fried Frank
- FTI Consulting Inc.
- Fulbright & Jaworski L.L.P.
- Gianni, Origoni Grippo & Partners
- Gibson, Dunn & Crutcher LLP
- Hahn Loeser & Parks LLP
- HBN Law
- Heller Ehrman LLP
- Herbert Smith CIS LLP
- Herbert Smith Ltd.
- Herrick & Feinstein MMOR Consulting
- Herzfeld & Rubin, P.C.
- Hoegen & Associates, P.C.
- Hogan & Hartson
- Houlihan Lokey Howard & Zukin Capital, Inc.
- Houser & Allison, APC
- Hunt Leibert Jacobson, P.C.
- Hunton & Williams LLP

- Huron Consulting Group
- International Legal Counselors Thailand Ltd.
- Jackson Lewis LLP
- Jeffer, Mangels, Butler & Marmaro
- Jeffery Peter Onions QC
- Jenner & Block LLP
- Jenner and Block LLP
- Jones Day
- Juris Law Offices
- Kahrl & Wutcher LLP
- Kellerhals Hess
- Kelly Matthew Wright
- Kepley Brouscious & Biggs
- Klavins & Slaidins
- Kleyr Grasso Associes
- Kramer Levin Naftalis & Frankel LLP
- Krebsbach & Snyder, P.C.
- Krieg Devault LLP
- L.B. Smithplein 3
- Latham & Watkins LLP
- Lazard Freres & Co.
- Lewis and Roca LLP
- Locke Lord Bissell & Liddell LLP
- Lombardo Dufresne
- LS Horizon Ltd.
- Luboja & Thau, LLP
- Mandel, Katz & Brosnan LLP
- Mannheimer Swartling Advokatbyrå Ab
- Maples and Calder (Cayman Office)
- Mayo Crowe LLC
- Mazars LLP
- McCann FitzGerald Solicitors
- McDermott Will & Emery LLP
- McKee Nelson
- McKenna Long & Aldridge LLP
- Meitar, Liquornik, Geva & Leshem Brandwein
- Menter, Rudin & Trivelpiece, P.C.
- Mercer Marsh & McLennan Companies
- Merra & Kanakis, P.C.
- Milbank, Tweed, Hadley & McCloy LLP
- Miller Canfield Paddock Stone
- Mitsui Company
- MM Arizona Holdings LLC
- MMOR Consulting
- Momo-o, Matsuo & Namba
- Morrison & Foerster LLP

- Mourant du Feu & Jeune
- Natixis Capital Markets
- NautaDutilh N.V.
- NBP Clems
- Norton Rose LLP
- Ogier
- Oh-Ebashi LPC & Partners
- Pachulski Stang Ziehl & Jones LL
- Paul, Hastings, Janofsky & Walker LLP
- Paul, Weiss, Rifkind, Wharton & Garrison LLP
- Pekin & Pekin
- PetroVal, Inc.
- Pite Duncan
- PricewaterhouseCoopers
- Prickett Jones & Elliott, P.A.
- Quinn Emanuel Urquhart Oliver & Hedges, LLP
- Raja & Tann
- Reilly Pozner & Connelly  LLP
- Richard Sheldon QC
- Richards, Layton & Finger, P.A.
- Salvadore Auctions & Appraisals, Inc.
- Schulte, Roth, & Zabel LLP
- Sidley Austin LLP
- Sills Cummis Epstein & Gross P.C.
- Simpson Thacher & Bartlett LLP
- Skadden, Arps, Slate, Measgher & Flom LLP
- Smith Dollar
- Snell & Wilmer
- Snyder Valuation
- Sonnenschein Nath & Rosenthal
- Squire, Sanders & Dempsey L.L.P.,
- Stamford Law Corporation
- Stroock, Stroock & Lavan
- Sutherland Asbill & Brennan LLP
- Thacher Proffitt & Wood LLP
- The Madden Law Firm
- Tompkins, McGuire, Wachenfeld & Barry LLP
- Tozzini Freire Advogados
- Travers Smith LLP
- Trenam, Kemker, Scharf, Barkin, Frye,O'Neill & Mullis
- Valentine S. Grimes & Co.
- Wachtel & Masyr LLP
- Watson, Farley & Williams (Thailand) Limited
- White & Case
- Willkie Farr & Gallagher LLP
- Wilmer Cutler Pickering Hale and Dorr LLP

- Windels Marx Lane & Mittendorf, LLP
- Woodbury & Santiago, P.A.
- Worldwide Trade Partners
- Wynn & Wynn, P.C.

## Litigation Claimants

- Alaska Electrical Pension Fund
- Alex E. Rinehart
- Aliant Bank
- Annuity Fund et al. v. Lehman Brothers Holdings, Inc., et al.
- Avenius, et, al. v. Banc of America Securities LLC, et., al.
- Bader & Yakaitis P S P & Trust
- Bank of America, N.A.
- BHL Capital Partners L.P.
- BP Energy Company & BP Corporation North America Inc.
- Breakaway Solutions Inc.
- Carolina First Bank
- City of Cleveland, Ohio
- David Trent
- Declan Kelly
- Deutsche Bank AG
- Electronic Trading Group, LLC
- Elizabeth Foster
- Evergreen Solar, Inc.
- First Alliance Mortgage Company Class Action
- Fogarazzo, et al. v. Lehman Brothers Inc., et al. Claude A. Reese
- Fogel Capital Management, Inc.
- Forza Capital Management, L.L.C.
- Friedman, Billings, Ramsey Group, Inc.
- Hugh D. Barton
- In re Issuer Plaintiff Initial Public Offering Fee Antitrust Litigation (consolidated class action)
- In re Lehman Brothers Holdings, Inc. Derivative Litigation (Garber, Staehr, Locals 302 & 612 of the International Union of Operating Engineers-Employers Construction Industry Retirement Trust, and Saginaw Police & Fire Pension Board, plaintiffs)
- In re Mirant Corporation Securities Litigation (class action)
- In re Public Offering Antitrust Litigation (consolidated class action)
- IPO Class Actions
- J. Bader
- Keith Carpenter
- Keith Cheng
- Locals 302 & 612 of the International Union of Operating Engineers-Employers
- Mark Montag
- Mary Helbeyn
- Massachusetts Water Resources Authority

- Miron Berenshteyn
- Oliver Cheng
- Operative Plasterers and Cement Masons International Association Local 262 Annuity Fund
- Overstock.Com Inc., et, al. v. Morgan Stanely & Co. Inc., et, al.
- Research Analyst Independence Litigations
- Rye Select Broad Market Portfolio Limited
- Rye Select Broad Market XL Portfolio Limited
- Securities Investor Protection Corporation
- Sentinel Management Group, Inc.
- Sola Ltd. Royal Bank of America v. Lehman Brothers Special Financing
- Southern Community Financial Corporation, Southern Community Bank and Trust
- State Street Bank and Trust Company
- The Adelphia Recovery Trust
- The Options Clearing Corporation
- Wright et al v. Lehman Brothers Holdings Inc. et, al. (A. Vernon Wright and Dynoil Refining LLC, plaintiffs)

## Largest Holders of Trade Debt

1. 1221 Avenue of the Americas
2. 125 Broad Street
3. 1301 Properties Owner LP
4. 2027 Collections Center Drive
5. 4 Connections LLC
6. 425 Lexington Ave.
7. 515 South Flower Street
8. 55 Broadway
9. 767 Fifth Avenue
10. 77 West Wacker
11. A V Services Inc.
12. AC Nielsen Company
13. Acronis, Inc.
14. AFD Contract Furniture Inc.
15. Agilysys Nj, Inc.
16. Allen & Overy
17. Alpha Office Supplies Inc.
18. Anjarlekar & Associates
19. ANZ Banking Group Limited
20. Aperture Technologies
21. Ashurst Morris Crisp
22. Australia and New Zealand Banking Group Limited
23. Automated Securities Clearance Ltd.
24. Ayco Services Agency Inc.
25. Banctec Ltd.
26. Bank of America Plaza STE 3500 1041. Bank of Taiwan, New York Agency
27. Bank One Plaza

28. Bats Trading, Inc.
29. Bloomberg Finance LP
30. Bloomberg L.P.
31. Broadridge Securities Processing
32. BT Americas, Inc.
33. Cadwalader, Wickersham and Taft
34. Canary Wharf Management Limited
35. CB Richard Ellis Client Account RE Gloa
36. CDW Direct LLC
37. Centrale Attivita Finanziarie SPA
38. CHD Meridian Healthcare
39. Clayton Fixed Income Services, Inc.
40. Clifford Chance
41. Compliance Data Center Inc.
42. Compucenter (UK) Ltd.
43. Computer Associates International Inc.
44. Computer Financial Consultants, Inc.
45. Cushman & Wakefield Inc.
46. Cyveillance
47. Davis Polk and Wardwell
48. DBRS Inc.
49. Dell Marketing L.P.
50. Deutsche Borsche AG
51. DGWB, Inc.
52. Dimension Data
53. Diversified Global Graphics Group DG3
54. DnB NOR Bank ASA
55. Drowst Trading LLC
56. Elyo Services Limited
57. Emil Werr
58. Enterprise Solution Providers Inc.
59. Ernst & Young LLP
60. Ernst & Young Private Limited
61. EXLservice Holdings Inc.
62. Fidessa Plc.
63. First Commercial Bank Co., Ltd, New York Agency
64. FTInteractive Data
65. Gartner Group Inc.
66. Gotham Technology Group
67. Greenline Financial Technologies Inc.
68. Hanover Moving &Storage Co Inc.
69. Hatfield Philips International Limited
70. Haworth Singapore PTE Ltd.
71. Headstrong Services, LLC
72. Henegan Construction Co., Inc.
73. Hewlett Packard AP (Hong Kong) Limited
74. Hewlett Packard Company
75. HSBC Bank
76. IBM Corporation

77.     ICAP Securities Limited 1078.
78.     Information Builders Inc.
79.     Intuition Publishing
80.     Ikon Office Solutions Inc.
81.     ILOG Inc.
82.     Inconit Corporation
83.     Information Builders Inc
84.     Infusion Development Corp.
85.     Integreon Managed Solutions
86.     Interactive Data Corp.
87.     Intuition Publishing Inc.
88.     IPC Information Systems Inc.
89.     Iron Mountain Digital Archives
90.     Iron Mountain Records Management
91.     JQ Network PTD Limited 1082
92.     Kepner Tregoe Inc.
93.     Key Systems
94.     Kim & Chang
95.     Kingston Communications PLC
96.     KPMG, LLP
97.     Lancaster Office Cleaning Co.
98.     Lexis Nexis
99.     Linklaters, S.L.
100.    Liquid Engines, Inc.
101.    Logical Information Machines
102.    London & European Title Insurance Services Ltd.
103.    London Borough of Tower Hamlets Rates
104.    London Eastern Railway Limited
105.    Mace Limited
106.    McKee Nelson LLP
107.    Mellon Analytical Solutions
108.    Meridian IT, Inc.
109.    Meridian It, Inc.
110.    Michael Stapleton Associates
111.    Microsoft Corporation
112.    Microsoft Licensing, GP
113.    Millennium Developers PVT Ltd.
114.    Morse Group Limited
115.    Morse Service Holdings Limited
116.    National Bank of Australia
117.    National Commerce Bank
118.    Net One Systems
119.    Network Appliance Inc.
120.    Nishimura & Partners
121.    Northrop Grunman
122.    NYSE Market, Inc.
123.    Origin HR Consulting Limited
124.    Paul Weiss
125.    Polaris Software Lab (India), Ltd.

126.  Pricoa Relocation UK Limited
127.  Quest Software Inc.
128.  Rainmaker Group LLC
129.  Restaurant Associates
130.  Reuters America
131.  Reuters Ltd.
132.  Rittal Corporation
133.  Rockefeller Center North, Inc.
134.  Rolfe & Nolan Systems Inc.
135.  RR Donnelley Receivables Inc.
136.  SAS Institute Inc
137.  Sharon Land Company, LLC
138.  SOS Security Inc.
139.  Standard & Poors
140.  Standard and Poors Corp.
141.  Standard Chartered Bank
142.  Standard Register
143.  Storage Technology Corp
144.  Structure Group
145.  Sungard Securities Finance Ltd.
146.  Swapswire Limited
147.  Swets Information Services Inc.
148.  Tac Americas, Inc.
149.  Taipei Fubon Bank, New York Agency
150.  Tata Consultancy Services
151.  The Bank Of  New York
152.  The British Land Company PLC
153.  Thomson Financial
154.  Tibco Software, Inc.
155.  Transaction Network Services
156.  Trilogy Leasing Co. LLC
157.  Trimont Real Estate Advisors Inc.
158.  Triple Point Technology, Inc.
159.  Verrazano Consulting Solutions, LLC
160.  Vertex Mortgage Services
161.  Video Corporation Of America
162.  Virtix
163.  Wipro Technologies
164.  Wombat Financial Software, Inc.
165.  ZKB (Zurcher Kantonalbank)

## Professionals Retained by Significant Creditor Groups

- Akin Gump Strauss Hauer & Feld LLP
- FTI Consulting, Inc.
- Houlihan Lokey Howard & Zukin Capital, Inc.
- Milbank, Tweed, Hadley & McCloy LLP
- Munsch Hardt Kopf & Harr, P.C.
- Quinn Emanuel Urquhart Oliver and Hedges LLP

- The Wilson Law Firm, PC

## Utilities

- AT&T
- Cleveland Division of Water
- Cleveland Public Power
- ComEd
- Con Edison
- Dominion
- Illuminating
- Interstate Gas
- NEORSD
- NSTAR Electirc
- NYC Water Board
- Sempra Energy Solutions
- The Hess Corporation
- Time Warner

## Committee Members

- Aegon USA Investment Management
- Metlife
- Mizuho Corporate Bank, Ltd.
- RR Donnelley & Sons
- Shinsei Bank, Limited
- The Bank of NY Mellon
- The Royal Bank of Scotland, PLC
- The Vanguard Group
- Wilmington Trust Company

## Selected Derivative Counterparties

1.   Advanced Graphic Printing, Inc.
2.   Advanced Micro Devices, Inc.
3.   AIG CDS, Inc.
4.   Aircraft Finance Trust
5.   Allison Transmission
6.   AMBAC Credit Products, LLC
7.   A.M. McGregor Home
8.   American Investor Life Insurance Company
9.   Aviva Life Insurance Company
10.  Aviva Live & Annuity Company
11.  Banca Italease S.p.A.
12.  Banco Espirito Santo Investimento
13.  Banco Espirito Santo
14.  Bayview Financial, L.P.
15.  Bayview Opportunity Master Fund, L.P.
16.  Bremer Financial Corporation

17.    BRM Group, Ltd.
18.    Canadian National Resources Limited
19.    Capital Automotive L.P.
20.    Cheung Kong Bond Finance Limited
21.    Chevron U.S.A. Inc.
22.    City of Milwaukee, Wisconsin
23.    Colorado Housing Finance Authority
24.    Consolidated Container Company LLC
25.    Convexity Capital Master Fund L. P.
26.    Deer Park Road Corporation
27.    Delaware River Port Authority
28.    Deutsche Bank National Trust Company
29.    Deutsche Bank Trust Company Americas
30.    Dexia Bank Internationale a Luxembourg SA
31.    Dexia Banque Belgique SA
32.    Dexia Credit Local, Dexia Kommunalbank Deutschland AG
33.    Direct Energy Business, LLC
34.    Dollar General Corporation
35.    E-Capital Profits Limited
36.    Embarcadero Aircraft Securitization Trust
37.    Emigrant Bank
38.    Energy America LLC
39.    Enterprise Products Operating, LLC
40.    EPCO Holdings, Inc.
41.    Federal Home Loan Bank of Dallas
42.    FirstBank of Puerto Rico
43.    Florida Power & Light Company
44.    FPL Energy Power Marketing, Inc.
45.    FSA Credit Protection Trust 283
46.    Gaston Christian School, Inc.
47.    Government of Singapore Investment Corp.
48.    H21 Absolute Return Concepts SPC  ARC-B07-20
49.    H21 Absolute Return Portfolios SPC Class A
50.    HarbourView CDO III, Limited
51.    HFF I, LLC
52.    Houghton Mifflin Harcourt Publishing Company
53.    Iconix Brand Group, Inc.
54.    Idaho Housing and Finance Association
55.    Indianapolis Life Insurance Company (Inc)
56.    ING Life Insurance & Annuity Company
57.    ING USA Annuity & Life Insurance Company
58.    Intel Corporation
59.    Iowa Telecommunications Services Inc
60.    Irish Life & Permanent PLC
61.    Italease Finance S.p.A.
62.    JA Solar Holdings Co., LTD.
63.    Lexington Insurance Company
64.    Life Investors Insurance Company of America
65.    Lincore Limited

66.   Linn Energy, LLC
67.   MEG Energy Corp.
68.   Metavante Corporation
69.   Ministry of Finance Italy
70.   Monumental Life Insurance Company (INC)
71.   Natixis Environment & Infrastructures
72.   Nebraska Investment Finance Authority
73.   New Generation Funding Trust 15
74.   New Generation Funding Trust 16
75.   New Jersey Housing and Mortgage Finance Agency
76.   New York Life & Annuity Insurance Corporation
77.   New York Life INS & Annuity Corp Private Placi
78.   New York Life Insurance Company Inc
79.   Northcrest, Inc.
80.   Occidental Power Services, Inc.
81.   Official Committee of Unsecured Creditors
82.   OHP Opportunity Limited Partnership
83.   One Madison Investments (CAYCO) Limited
84.   Pacific Life & Annuity Co
85.   Pacific Lifecorp
86.   Pacific Life Insurance Company
87.   Pinnacle Foods Finance LLC
88.   Portfolio Green German CMBS GMBH
89.   Principal Financial Services Inc.
90.   Putnam (183 ISDA's)
91.   Reliastar Life Insurance Company
92.   Reliastar Life Insurance Company of New York
93.   Reynolds American Defined Benefit Master Trust
94.   Riversource Life Insurance Company of New York
95.   Russell Implementation Services Inc.
96.   Russell Investment Group
97.   Security Life of Denver Insurance Company
98.   Security Life of Denver Insurance Company Inc
99.   Simpson Meadows
100.  Southern California Edison Company
101.  Standard Credit Group LLC
102.  Sunamerica Life Insurance Company
103.  TFS (Germany)
104.  TFS (TX)
105.  TFS Derivatives Corporation
106.  TFS Derivatives Total
107.  TFS Derivatives Total
108.  TFS Oil
109.  TFS Oil Floor
110.  TFS PWR NG
111.  TFS Sing
112.  TFS UK
113.  TFS UK Cleared
114.  TFS-ICAP

| | |
|---|---|
| 115. | Tobacco Settlement Financing Corporation |
| 116. | Tradition (North America) Inc. |
| 117. | Tradition Asiel Securities Inc. |
| 118. | Tradition Services S.A. DE C.V. Mex |
| 119. | Transamerica Financial Life Insurance Co |
| 120. | Transamerica Occidental Life Insurance Co |
| 121. | Tullett Prebon Holdings Corporation |
| 122. | University of Pittsburgh |
| 123. | Verde CDO Ltd. |
| 124. | Verde CDO, LLC |
| 125. | Veyance Technologies, Inc. |
| 126. | Wellmont Health System |
| 127. | West Corporation |
| 128. | Zeeland Aluminium Company AG |

## Principal Investments

| | |
|---|---|
| 1. | Castex Energy 2007, L.P. |
| 2. | Castex Energy, Inc. |
| 3. | Crimson Exploration Inc. |
| 4. | David Arrington Oil & Gas Barnett Shale IV, LLC |
| 5. | David Arrington Oil & Gas, Inc. |
| 6. | Delta Prefco Limited |
| 7. | Delta Topco Limited |
| 8. | DHS Drilling Company |
| 9. | DHS Holding Company |
| 10. | Energy XXI Gulf Coast, Inc. |
| 11. | FDR Holdings, Ltd. |
| 12. | Frontier Drilling ASA |
| 13. | Frontier Drilling USA, Inc. |
| 14. | Greenbrier Minerals Holdings, LLC |
| 15. | Greenbrier Minerals, LLC |
| 16. | Hilcorp Energy I, L.P. |
| 17. | Hilcorp Exploration Venture 1 LLC |
| 18. | Jazz Pharmaceuticals, Inc. |
| 19. | JPI Commercial, LLC |
| 20. | Latshaw Drilling & Exploration Company |
| 21. | Latshaw Drilling Company, LLC |
| 22. | Minrad International, Inc. |
| 23. | Mountain Drilling Company |
| 24. | Mountain Drilling LLC |
| 25. | Orthovita, Inc. |
| 26. | Petsec Energy Inc. |
| 27. | RJO Holdings Corp. |
| 28. | RJO Investor Corp. |
| 29. | Sacher Funding Ltd. |
| 30. | SCP Worldwide I L.P. |
| 31. | Sixth Gear Funding Trust |

32.     Sixth Gear Inc.
33.     Sixth Gear Solutions Corp.
34.     SkyPower Corp.
35.     Varel Funding Corp.
36.     Varel International Ind., L.P.
37.     First Wind Holdings, LLC
38.     UP Acquisition Sub Inc.
39.     Up Holdings Inc.
40.     Pegasus International, Inc.
41.     Universal Ensco, Inc.
42.     Brozero Limited
43.     FR Acquisition Holding Corporation (Luxembourg) Sarl
44.     FR Acquisition Subco (Luxembourg) Sarl
45.     FR Acquisition Corporation (Luxembourg) Sarl
46.     FR Acquisition Finance Subco (Luxembourg) Sarl
47.     FR Acquisition Corporation (Europe) Limited
48.     JFB Firth Rixson, Inc.
49.     FR Acquisition Corporation (US), Inc.
50.     Forgings International Holdings Limited
51.     Forgings International Holdings 1 Limited
52.     Forgings International Limited
53.     Firth Rixson Limited
54.     JFB Overseas Holdings Limited
55.     Voss of Norway
56.     ASA McJunkin Red Man Corp.(F/K/A McJunkin Corp.)
57.     McJunkin Red Man Holding Corp.
58.     McJunkin Red Man Development Corp. (F/K/A McJunkin  Development
        Corporation)
59.     McJunkin Nigeria Limited
60.     McJunkin –Puerto Rico Corp.
61.     Milton Oil & Gas Co.
62.     Greenbrier Petroleum Corp.
63.     Ruffner Realty Co.
64.     McJunkin -West Africa Corp.
65.     Midway-Tristate Corp.
66.     Red Man Pipe & Supply Co.
67.     Wesco Acquisition Partners, Inc.
68.     MRC Management Co. (F/K/A MRM West Virginia Management Company)
69.     MRM Oklahoma Management LLC
70.     LBPS Holding Co.
71.     Labarge Pipe & Steel Company

**SCHEDULE 2**

**SCHEDULE OF PARTIES IN INTEREST THAT CURRENTLY EMPLOY OR
HAVE FORMERLY EMPLOYED (WITHIN THE LAST TWO YEARS)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP IN MATTERS
UNRELATED TO THE DEBTORS OR THEIR CHAPTER 11 CASES**

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS |
|---|---|
| Advanced Micro Devices | Selected Derivative Counterparty |
| Apollo Management Holdings, L.P. | Potential Party in Interest |
| ArvinMeritor, Inc. | Potential Party in Interest |
| Basso Capital Management L.P. | Potential Party in Interest |
| Bay Harbour | Potential Party in Interest |
| CIFG Services, Inc. | Potential Party in Interest |
| Enron Corp. | Potential Party in Interest |
| Capmark Financial Group Inc. | Potential Party in Interest |
| Contrarian Capital Management LLC | Potential Party in Interest |
| Cyrus Capital Partners, L.P. | Member of Ad Hoc or Unofficial Creditors' Committee (Informal LBHI Bondholder Group) |
| Freescale Semiconductor, Inc. | Potential Party in Interest |
| Fortress Investment Group LLC | Potential Party in Interest |
| Genworth Financial, Inc. | Potential Party in Interest |
| Iconix Brand Group | Potential Party in Interest |
| iStar Financial Inc. | Potential Party in Interest |
| Lyondell | Potential Party in Interest |
| Levine Leichtman Capital Partners Deep Value Fund, L.P. | Potential Party in Interest |
| Muriel Siebert & Co., Inc | Potential Party in Interest |
| National Bank of Australia | One of the Largest Unsecured Creditors Other than Bondholders / Potential Party in Interest / One of the Largest Holders of Trade Debt |
| MetLife | Secured Creditor |
| New York Life Insurance Company Inc | Potential Party in Interest |
| Piper Jaffray & Co. | Potential Party in Interest |

| | |
|---|---|
| Royal Bank of Canada | Potential Party in Interest |
| R3 Capital Partners | Potential Party in Interest |
| Siemens AG | Potential Party in Interest |
| Soffer, Jeffrey | Potential Party in Interest |
| Spanish Broadcasting | Potential Party in Interest |
| The Blackstone Group | Potential Party in Interest |
| The Related Companies | Potential Party in Interest |
| Turnberry Ltd. | Potential Party in Interest |
| WestLB | Potential Party in Interest |
| Wilmington Trust FSB | Potential Party in Interest |
| Winstar Bank | Potential Party in Interest |
| WSG Development Co. | Potential Party in Interest |
| York Capital Management | Informal LBHI Bondholder Group |

## Schedule 3

1.     Crown Realty & Development Corporation
2.     Ambulance Victoria
3.     Belmont Park Investments Pty Ltd
4.     Catholic Church Insurances Ltd
5.     CCI Investment Management Limited
6.     Clough Superannuation Pty Limited
7.     Eurobodalla Shire Council of Administration Centre
8.     Fire and Emergency Services Superannuation Board
9.     G & F Yukich Superannuation Pty Ltd
10.    Gippsland Secured Investments Ltd
11.    G James Australia Pty Ltd
12.    G James Superannuation Pty Ltd
13.    Gosford City Council of Administration Building
14.    Indian Pacific Limited
15.    Newcastle City Council of City Administration Centre
16.    Panorama Ridge Pty Ltd
17.    Sashimi Investments Pty Ltd
18.    Southern Finance Limited
19.    Statewide Secured Investments Ltd
20.    The Cootharinga Society of North Queensland
21.    SNS REAAL N.V.
22.    Nordea Bank Finland, PLC
23.    Ramius LLC
24.    Maidman, Dagny
25.    Uvino, Wendy and Joseph
26.    Frase, Jeffrey
27.    Salame, Roy
28.    Bay Harbour Management L.C.
29.    Bay Harbour Master Ltd.
30.    Trophy Hunter Investments, Ltd.,
31.    BHCO Master, Ltd.,
32.    MSS Distressed & Opportunities 2
33.    Institutional Benchmarks
34.    Allot Communications
35.    Liquidators for Carlyle Capital Corporation Limited
36.    Camulos Capital LP
37.    Soffer, Jeffrey and Jacqueline
38.    Turnberry, Ltd.
39.    Turnberry Associates and their affiliates
40.    Turnberry Residential Limited Partner, L.P.
41.    Fontainebleau Resorts, LLC
42.    Fontainebleau Resort Properties I, LLC
43.    Fontainebleau Las Vegas Retail, LLC
44.    Fontainebleau Las Vegas Retail Mezzanine, LLC
45.    Fontainebleau Las Vegas Retail Parent, LLC

46.     Fontainebleau Las Vegas, LLC
47.     Fontainebleau Las Vegas Holdings, LLC
48.     Fontainebleau Las Vegas Capital Corp.
49.     Veyance Technologies, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
                                                          :
In re                                                     :    **Chapter 11 Case No.**
                                                          :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,              :    **08-13555 (JMP)**
                                                          :
                               **Debtors.**               :    **(Jointly Administered)**
                                                          :
-------------------------------------------------------------------x

**ORDER PURSUANT TO SECTIONS 327(e) AND 328(a) OF THE**
**BANKRUPTCY CODE AUTHORIZING THE EMPLOYMENT**
**AND RETENTION OF KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**
**AS SPECIAL COUNSEL, *NUNC PRO TUNC* TO THE ENGAGEMENT DATE**

Upon consideration of the application, dated January 11, 2010 (the "Application"), of

Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11

cases, as debtors and debtors in possession (together, the "Debtors"), pursuant to sections 327(e)

and 328(a) of title 11 of the United States Code (the "Bankruptcy Code"), for authorization to

employ and retain, *nunc pro tunc* to January 6, 2010 (the "Engagement Date"), Kasowitz,

Benson, Torres & Friedman LLP ("KBT&F") as special counsel, all as more fully described in

the Application; and upon the Declaration of Albert S. Mishaan. (the "Declaration"), a partner at

KBT&F, which was filed in support of the Application; and the Court being satisfied, based on

the representations made in the Application and the Declaration, that KBT&F represents no

interest adverse to the Debtors or the Debtors' estates with respect to the matters upon which it is

to be engaged, under section 327 of the Bankruptcy Code, as modified by section 1107(b) of the

Bankruptcy Code, and the Court having jurisdiction to consider the Application and the relief

requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61

Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings

Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Application

and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and

venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and

proper notice of the Application having been provided in accordance with the procedures set

forth in the amended order entered February 13, 2009 governing case management and

administrative procedures [Docket No. 2837] to (i) the United States Trustee for the Southern

District of New York; (ii) the attorneys for the Official Committee of Unsecured Creditors; (iii)

the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United

States Attorney for the Southern District of New York; and (vi) all parties who have requested

notice in these chapter 11 cases, and it appearing that no other or further notice need be provided;

and the Court having found and determined that the relief sought in the Application is in the best

interests of the Debtors, their estates and creditors, and all parties in interest and that the legal

and factual bases set forth in the Application establish just cause for the relief granted herein; and

after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the Application is granted; and it is further

ORDERED that, in accordance with sections 327(e) and 328(a) of the Bankruptcy Code,

Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule

2014-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy

Court for the Southern District of New York (the "Local Rules"), the Debtors are hereby

authorized to employ and retain KBT&F as special counsel to the Debtors on the terms set forth

in the Application and this order, effective *nunc pro tunc* to the Engagement Date; and it is

further

ORDERED that KBT&F shall apply for compensation and reimbursement of expenses in

accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code,

applicable Bankruptcy Rules, the Local Rules and orders of the Court, guidelines established by

the U.S. Trustee, and such other procedures that have been or may be fixed by order of this

Court, including but not limited to the Court's Third Amended Order Pursuant to Sections 105(a)

and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing Procedures for

Interim Monthly Compensation and Reimbursement of Expenses of Professionals [Docket No.

4165] and the Court's Order Appointing a Fee Committee and Approving a Fee Protocol [Docket

No. 3651].

Dated: January__, 2010
        New York, New York


_____
UNITED STATES BANKRUPTCY JUDGE