REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Tel: (212) 521-5400
Fax: (212) 521-5450
Andrea J. Pincus (AP-8881)
Eric A. Schaffer (ES-6415)

*Counsel to The Bank of New York*
*Corporate Trustee Services Limited*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| LEHMAN BROTHERS SPECIAL | ) | Case No. 08-13888 (JMP) |
| FINANCING INC. | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

## <u>NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM NOS. 21983 AND 40741</u>

PLEASE TAKE NOTICE that Beryl Finance Limited, through the undersigned

counsel, hereby withdraws Proof of Claim No. 21983 filed in the above matter in respect of

Series 2007-5 Tranche A on September 21, 2009 and Proof of Claim No. 40741, which amends

Proof of Claim No. 21983 filed in the above matter on October 16, 2009, and that the claims

registry maintained by Epiq Bankruptcy Solutions LLC should be updated accordingly.

Dated: January 11, 2010
        New York, New York

REED SMITH LLP

_____
Andrea Pincus
Eric A. Schaffer
599 Lexington Avenue
New York, New York 10022
Tel.: 212.521.5400
Fax: 212.521.5450

*Counsel to The Bank of New York*
*Corporate Trustee Services Limited*

#102895058v2