B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc.          ,          Case No.  08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Mount Kellett Master Fund II, L.P. | Credit Suisse Securities (USA) LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  623 Fifth Avenue, 18th Floor
  New York, NY 10022

Court Claim # (if known): 55829
Amount of Claim: _____ *
Date Claim Filed: 10/29/2009

Phone: +(212) 588-6128
Last Four Digits of Acct #: _____

Phone: +(212) 538-3145
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

**\* No claim amount was stated. Only a portion of this claim is transferred. See attached Agreement and Evidence of Transfer of Claim for details**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief. MOUNT KELLETT MASTER FUND II, L.P.
BY: MOUNT KELLETT Capital Partners GP, LLC, its general partner

By: _[signature]_                                    Date: 1/8/10
    Transferee/Transferee's Agent
By: _[signature]_                                    Date: 1/8/10

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Per the attached Agreement and Evidence of Transfer of Claim, the Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure.**