MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Lorenzo Marinuzzi, Esq.

NAGASHIMA OHNO & TSUNEMATSU
Kioicho Building 3-12, Kioicho
Chiyoda-ku, Tokyo 102-0094, Japan
Tel:+81-3-3511-6168
Fax:+81-3-5213-2268
Masaki Konishi, Esq.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
---------------------------------------------------------x
                                                         :
In re:                                                   :
                                                         :
Lehman Brothers Holdings, Inc., et al.                   :      Chapter 11
                                                         :
        Debtor.                                          :      Case No. 08-13555  (JMP)
                                                         :
                                                         :
---------------------------------------------------------x
```

**NOTICE OF WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that the Chuo Mitsui Trust and Banking Co., Ltd., a creditor and party-in-interest of the Debtors in the above-captioned and jointly-administered bankruptcy cases, hereby withdraws its appearance through its counsel, Morrison & Foerster, LLP, and Nagashima Ohno & Tsunematsu, pursuant to section 1109 of title 11 of the United States Code and Rule 9010 of the Federal Rules of Bankruptcy Procedure, and such counsel hereby requests that they be removed from all service lists, including but not limited to, removal from service of all pleadings through the Court's ECF system.

ny-903645

|  |  |
|---|---|
| Dated: New York, New York<br>January 12, 2010 | /s/ Lorenzo Marinuzzi<br>Lorenzo Marinuzzi<br><br>MORRISON & FOERSTER LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900 |