**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x
                                                       :
In re:                                                 :
                                                       :
Lehman Brothers Holdings, Inc.                         :    Chapter 11
                                                       :
    Debtor.                                     :    Case No. 08-13555 (JMP)
                                                       :
                                                       :
-------------------------------------------------------x

### AFFIDAVIT OF SERVICE

State of New York    )
                     )    ss.:
County of New York   )

      Douglas Keeton, being duly sworn, deposes and says:

    1.    I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Morrison & Foerster LLP, having offices located at 1290 Avenue of the Americas, New York, NY 10104.

    2.    On January 12, 2010, I caused to be served a true and correct copy of the following document upon the parties listed on Exhibit A attached hereto by pre-paid first class U.S. mail:

- Notice of Withdrawal of Appearance [filed on behalf of The Chuo Mitsui Trust and Banking Co. Ltd.].

                                      /s/ Douglas Keeton
                                      Douglas Keeton

Sworn to before me on this
<u>12th</u> day of January 2010

/s/ Melissa A. Hager
Notary Public

MELISSA A. HAGER
Notary Public, State of New York
No. 02HA5024023
Qualified in New York County
Commission Expires February 22, 2010

ny-906946

**Exhibit A**

United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, NY  10004
Attn:    Chambers of Hon. James M. Peck

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street
Suite 2100
New York, NY  10004
Attn:    Andrew D. Velez-Rivera, Esq.
         Paul K. Schwartzberg, Esq.
         Brian S. Masumoto, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
Attn:    Harvey Miller, Esq.
         Shai Waisman, Esq.
         Jacqueline Marcus, Esq.

Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017
Attn:    Herb Baer

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004
Attn:    James B. Kobak, Jr.
         Christopher K. Kiplok
         Jeffrey S. Margolin

ny-906946