ANDREWS KURTH LLP
Robin Russell (17424001 (TX)
600 Travis, Ste. 4200
Houston, TX 77019
Telephone: (713) 220-4200
Facsimile: (713) 220-4285

Attorneys for EPCO Holdings, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
| In re: | : | Chapter 11 |
| | : | |
| **LEHMAN BROTHERS HOLDINGS,** | : | Case No. 08-13555 (JMP) |
| **INC.,** *et al.* | : | |
| | : | |
| Debtors. | : | |
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**NOTICE OF APPEARANCE AND**
**DEMAND FOR NOTICES AND PAPERS**

PLEASE TAKE NOTICE that, EPCO Holdings, Inc. ("EPCO") hereby enters its appearance by and through its undersigned counsel, Andrews Kurth LLP, pursuant to Bankruptcy Rules 2002, 2018, 3017, and 9007 and 11 U.S.C. §§ 342 and 1109(b), and requests that copies of all notices and pleadings, including all exhibits, given or filed in this case be given and served upon the person listed below at the following address and telephone/fax number:

>Andrews Kurth LLP
>Counsel to EPCO Holdings, Inc.
>600 Travis, Ste. 4200
>Houston, TX 77019
>Telephone: (713) 220-4200
>Facsimile: (713) 220-4285
>Attn: Robin Russell, Esq.

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and

NYC:205231.1

whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the referenced case and proceedings herein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be (a) a submission to the jurisdiction of this court by EPCO or (b) a waiver of the right of EPCO (i) to have final orders in noncore matters entered only after *de novo* review by a District Judge, (ii) to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) to contest service of process, or (v) to any other rights, claims, actions, setoffs or recoupments to which EPCO is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments EPCO expressly reserves.

Dated:   New York, New York
         January 12, 2010

                                        ANDREWS KURTH LLP

                                        By: /s/ Robin Russell
                                        Robin Russell (17424001 (TX))
                                        600 Travis, Ste. 4200
                                        Houston, TX 77019
                                        Telephone: (713) 220-4200
                                        Facsimile: (713) 220-4285

                                        Counsel to EPCO Holdings, Inc.

NYC:205231.1