**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                                                :
In re                                           :         **Chapter 11 Case No.**
                                                :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :         **08-13555 (JMP)**
                                                :
         Debtors.                               :         **(Jointly Administered)**
                                                :
------------------------------------------------------------------------x         **Ref. Docket Nos. 6562-6564 &**
                                                                                                  **6580**

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On January 8, 2010, I caused to be served the:

    a)  "Notice of Thirty-Eighth Supplemental List of Ordinary Course Professionals," dated January 7, 2010 [Docket No. 6562], (the "38th Notice"),

    b)  "Affidavit and Disclosure Statement of Philip R. West, on Behalf of Steptoe & Johnson LLP," filed January 8, 2010 [Docket No. 6563], (the "West Affidavit"),

    c)  "Affidavit and Disclosure Statement of Bradley C. Tank, on Behalf of Neuberger Berman Fixed Income LLC," filed January 8, 2010 [Docket No. 6564], (the "Tank Affidavit"), and

    d)  "Affidavit and Disclosure Statement of David Thibodeaux, on Behalf of CB Richards Ellis – Valuation & Advisory Services," filed January 8, 2010 [Docket No. 6580], (the "Thibodeaux Affidavit"),

    by causing true and correct copies to be delivered as follows:

    a)  the 38th Notice, West Affidavit, Tank Affidavit and Thibodeaux Affidavit via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

    b)  the West Affidavit, via electronic mail to the party listed on the annexed <u>Exhibit B</u>,

c) the Tank Affidavit, via electronic mail to the party listed on the annexed <u>Exhibit C</u>,

d) the Thibodeaux Affidavit, via electronic mail to the party listed on the annexed <u>Exhibit D</u>, and

e) enclosed securely in a postage-prepaid envelope and delivered via overnight mail to the Office of The United States Trustee, Attn: Andrew D. Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Rifkin, Tracy Hope Davis, 33 Whitehall Street, 21st Floor, New York, NY 10004.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Eleni Kossivas
Eleni Kossivas

Sworn to before me this
11th day of January, 2010
/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

T:\Clients\LBH\Affidavits\OCP Affs Docket Nos. 6562-6564 & 6580_ 1-8-10.doc

**EXHIBIT A**

Email Addresses
ddunne@milbank.com
dodonnell@milbank.com
efleck@milbank.com
gbray@milbank.com
paronzon@milbank.com
wfoster@milbank.com

**EXHIBIT B**

PWest@steptoe.com

**EXHIBIT C**

Monica.Sherer@nb.com

**EXHIBIT D**

barb.malley@cbre.com