UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

In Re:

LEHMAN BROTHERS HOLDINGS INC.

                Debtor.

_____

**NOTICE OF APPEARANCE**

Case No.: 08-13555-jmp
(Chapter 11)

Assigned to:
Hon. JAMES M. PECK
Bankruptcy Judge

       PLEASE TAKE NOTICE, that the undersigned hereby appears on behalf of GMAC, Secured Creditor, in the within proceeding.

       Please send copies of all Notices and of all papers filed in the case to the undersigned.  Further, please add our firm to the mailing matrix.

DATED:    January 12, 2010
                Buffalo, New York

                                      Yours, etc.
                                      STEVEN J. BAUM, P.C.
                                      Attorneys for Secured Creditor
                                      GMAC
                                            /s/Ehret A. VanHorn

                                      By:    _____
                                        Ehret A. Van Horn, Esq.
                                        Office and Post Address:
                                        220 Northpointe Parkway, Suite G
                                        Amherst, NY 14228
                                        Telephone 716-204-2400

TO:
    CLERK, UNITED STATES BANKRUPTCY COURT
    SOUTHERN DISTRICT OF NEW YORK
    One Bowling Green, 6th Floor
    New York, NY 10004

    BENJAMIN ROSENBLUM, ESQ.   Attorney for Debtor
    Jones Day
    222 East 41st Street
    New York, NY10017

    ANDREW M. THALER, ESQ.     Chapter 11 Trustee
    Thaler & Gertler
    900 Merchants Concourse, Suite
    Westbury, NY 11590