WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
| **In re** | : | **Chapter 11 Case No.** |
|---|---|---|
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

---------------------------------------------------------------x
:
| **In re** | : | |
|---|---|---|
| | : | **Case No.** |
| **LEHMAN BROTHERS INC.,** | : | |
| | : | **08-01420 (JMP) (SIPA)** |
| Debtor. | : | |
| | : | |

---------------------------------------------------------------x

NOTICE OF <u>AMENDED</u> AGENDA OF MATTERS
<u>SCHEDULED FOR HEARING ON JANUARY 13, 2010 AT 10:00 A.M.</u>

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

**I.     UNCONTESTED MATTERS:**

1. Debtors' Motion Requesting Joint Administration of the Chapter 11 Cases of LB Somerset LLC and LB Preferred Somerset LLC **[Case Nos. 09-17503 and 09-17505, Docket No. 4]**

    Responses Received:  None.

    Related Documents:

    A.   Notice of Revised Proposed Order **[Case Nos. 09-17503 and 09-17505, Docket No. 9]**

    Status: This matter is going forward.

2. Debtors' Motion for a Determination that Certain Orders and Other Pleadings Entered or Filed in the Chapter 11 Cases of Affiliated Debtors be Made Applicable to the Chapter 11 Cases of LB Somerset LLC and LB Preferred Somerset LLC **[Case Nos. 09-17503 and 09-17505, Docket No. 5]**

    Responses Received:  None.

    Related Documents:  None.

    Status: This matter is going forward.

3. Debtors' Motion to Extend the Time to File LB Somerset LLC's and LB Preferred Somerset LLC's Schedules, Statements of Financial Affairs, and Related Documents **[Case Nos. 09-17503 and 09-17505, Docket No. 6]**

    Response Deadline:   January 6, 2010 at 4:00 p.m.

    Responses Received:  None.

    Related Documents:   None.

    Status: This matter is going forward.

4.  Debtors' Motion to Strike William Kuntz's Notice of Appeal of the Order Authorizing Lehman Commercial Paper Inc. to Purchase Fairpoint Participation **[Docket No. 6252]**

    Response Deadline:   January 6, 2010 at 4:00 p.m.

    Responses Received:  None.

    Related Documents:   None.

    Status: This matter is going forward.

5.  Debtors' Motion for Authorization and Approval of a Settlement Agreement with the Insolvency Administrator of Lehman Brothers Bankhaus AG (In Insolvenz) **[Docket No. 6303]**

    Response Deadline:   January 4, 2010 at 4:00 p.m.

    Responses Received:

    A.  Limited Objection of U.S. Bank National Association, as Trustee **[Docket No. 6468]**

    Related Documents:

    B.  Notice of Withdrawal of Limited Objection of U.S. Bank National Association, as Trustee **[Docket No. 6565]**

    C.  Statement of Official Committee of Unsecured Creditors in Support **[Docket No. 6414]**

    D.  Motion by Insolvency Administrator and Foreign Representative For Authorization to Enter Into and Approval of a Settlement Agreement with The Lehman Parties **[Chapter 15 Case No. 09-12704, Docket No. 28]**

    E.  Notice of Supplemental Exhibits to Debtors' Motion **[Docket No. 6579]**

    F.  Notice of Amended Order **[Docket No. 6594]**

    G.  Statement of Ad Hoc Group of Lehman Brothers Creditors in Support **[Docket No. 6612]**

    Status: The limited objection has been withdrawn.  This matter is going forward uncontested and will be heard together with the related motion of the Insolvency

Administrator and Foreign Representative in the chapter 15 case of Lehman Brothers Bankhaus AG (in Insolvenz). *See* Agenda Matter No. 13.

## II. CONTESTED MATTERS:

6. Motion of Merrill Lynch International for Relief from the Automatic Stay **[Docket No. 5958]**

    Response Deadline: December 13, 2009 at 4:00 p.m.

    Responses Received:

    A. Debtors' Objection **[Docket No. 6121]**

    B. Joinder of Official Committee of Unsecured Creditors In Debtors' Objection **[Docket No. 6138]**

    Related Documents:

    C. The Trustees for Lehman Brothers Treasury Co. B.V.'s Statement **[Docket No. 6161]**

    D. Reply of Merrill Lynch International **[Docket No. 6213]**

    Status: This matter is going forward as a status conference.

7. LBHI's Motion for Authorization to Sell Certain Asset Backed-Securities and Related Relief **[Docket No. 6363]**

    Response Deadline: January 6, 2010 at 4:00 p.m.

    Responses Received:

    A. Reservation of Rights of U.S. Bank National Association, as Trustee **[Docket No. 6507]**

    Related Documents: None.

    Status: This matter is going forward.

8. Motion of Seattle Pacific University Compelling Lehman Brothers Special Financing Inc. to Assume or Reject Executory Contracts **[Docket No. 5672]**

    Response Deadline: January 7, 2010 at 5:00 p.m.

    Responses Received:

        A.        Debtors' Objection **[Docket No. 6541]**

Related Documents:

        B.        Declaration of Craig Kispert in Support **[Docket No. 5673]**

        C.        Declaration of Stacey Crawshaw-Lewis in Support **[Docket No. 5674]**

        D.        Declaration of Jeffrey Klein in Support **[Docket No. 5675]**

        E.        Reply of Seattle Pacific University **[Docket No. 6619]**

Status: This matter is going forward.

9. Lehman Brothers Special Financing Inc.'s Motion to Strike Capital Automotive L.P.'s Objection to Debtors' Motion to Compel Performance **[Docket No. 6364]**

Response Deadline: January 6, 2010 at 4:00 p.m.

Responses Received:

        A.        Objection of Capital Automotive L.P. **[Docket No. 6502]**

Related Documents:

        B.        Motion to Compel Performance of Capital Automotive L.P.'s Obligations Under an Executory Contract and to Enforce the Automatic Stay **[Docket No. 5650]**

        C.        Objection of Capital Automotive L.P. to Motion to Compel **[Docket No. 5981]**

        D.        Lehman Brothers Special Financing Inc.'s Reply in Support of Motion to Strike **[Docket No. 6611]**

Status: This matter is going forward.

10. Joint Motion of Sea Port Group Securities and Berner Kantonalbank to Deem Proofs of Claim to be Timely Filed by Securities Programs Bar Date **[Docket No. 6150]**

Response Deadline: January 8, 2010 at 12:00 p.m.

Responses Received:

        A.        Debtors' Objection **[Docket No. 6566]**

Related Documents:

    B.    Declaration of Samuel Stucki in Support **[Docket No. 6343]**

    C.    Notice of Extended Objection Deadline **[Docket No. 6226]**

Status: This matter is going forward.

11. Motion of the Debtors for Establishment of Procedures for the Debtors to Compromise and Settle Prepetition Claims Asserted by the Debtors Against Third Parties **[Docket No. 6361]**

    Response Deadline:    January 6, 2010 at 4:00 p.m.

    Responses Received:

        A.    Limited Objection of U.S. Bank National Association, as Trustee **[Docket No. 6501]**

    Related Documents:

        B.    Debtors' Reply to Limited Objection of U.S. Bank **[Docket No. 6614]**

    Status: This matter is going forward.

12. Debtors' Motion for Approval of Claim Objection Procedures and Settlement Procedures **[Docket No. 6374]**

    Response Deadline:    January 6, 2010 at 4:00 p.m.

    Responses Received (Non-Withdrawn Objections):

        A.    Objection of Bundesverband deutscher Banken e.V. **[Docket No. 6484]**

        B.    Objection of Societe Generale and Canadian Imperial Bank of Commerce **[Docket No. 6489]**

        C.    Objection of Certain Finnish Program Securities Holders **[Docket No. 6490]**

        D.    Objection of U.S. Bank National Association, as Trustee **[Docket No. 6500]**

E. Joinder of Rogge Global Partners PLC to the Objection of Societe Generale and Canadian Imperial Bank of Commerce **[Docket No. 6503]**

F. Joinder of Banco Bilbao Vizcaya Argentaria, S.A. to the Objection of Societe Generale and Canadian Imperial Bank of Commerce **[Docket No. 6504]**

G. Limited Objection of the Bank of New York Mellon, et al. **[Docket No. 6505]**

H. Joinder of International Bank for Reconstruction and Development, et al. to the Objection of Societe Generale and Canadian Imperial Bank of Commerce **[Docket No. 6506]**

I. Joinder of Federal National Mortgage Association to the Objection of Societe Generale and Canadian Imperial Bank of Commerce **[Docket No. 6573]**

J. Joinder of Federal Home Loan Mortgage Corporation to the Objection of Societe Generale and Canadian Imperial Bank of Commerce **[Docket No. 6578]**

Related Documents:

K. Debtors' Omnibus Reply **[Docket No. 6615]**

Resolved Objections:

L. Joinder of First Choice Power, L.P. to the Objection of Societe Generale and Canadian Imperial Bank of Commerce and Objection of Bundesverband deutscher Banken e.V. **[Docket No. 6508]**

M. Joinder of Optim Energy Marketing and Trading LLC to the Objection of Societe Generale and Canadian Imperial Bank of Commerce and Objection of Bundesverband deutscher Banken e.V. **[Docket No. 6509]**

N. Joinder of Reliant Energy Power Supply, LLC to the Objection of Societe Generale and Canadian Imperial Bank of Commerce and Objection of Bundesverband deutscher Banken e.V. **[Docket No. 6510]**

O. Joinder of Lead Plaintiffs to the Objection of Societe Generale and Canadian Imperial Bank of Commerce and Objection of Bundesverband deutscher Banken e.V. **[Docket No. 6511]**

P. Objection Bank of America, National Association successor by merger with LaSalle Bank National Association, in its capacity as trustee **[Docket No. 6512]**

Q. Limited objection of Wilmington Trust Company, in its capacity as trustee **[Docket No. 6513]**

Status: This matter is going forward only with respect to the Part I of the Motion (Claim Objection Procedures). Part II of the Motion (Settlement Procedures) has been adjourned to February 10, 2010.

## LEHMAN BROTHERS BANKHAUS AG (IN INSOLVENZ) – CHAPTER 15 CASE

### III. UNCONTESTED MATTERS

13. Motion by Insolvency Administrator and Foreign Representative For Authorization to Enter Into and Approval of a Settlement Agreement with The Lehman Parties **[Chapter 15 Case No. 09-12704, Docket No. 28]**

    Response Deadline: January 4, 2010 at 4:00 p.m.

    Responses Received:

    A. Notice of Supplemental Exhibits to Motion **[Docket No. 31]**

    Related Documents: None.

    Status: This matter is going forward.

## SECURITIES INVESTOR PROTECTION CORPORATION PROCEEDINGS:

### IV. UNCONTESTED MATTERS

14. Third Application of Hughes Hubbard & Reed LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred From June 1, 2009 Through September 30, 2009 **[Docket No. 2345]**

    Response Deadline: January 8, 2010 at 4:00 p.m.

    Responses Received:

    A. Recommendation of the Securities Investor Protection Corporation in Support of the Third Application of Counsel For Interim Compensation and Reimbursement of Expenses **[Docket No. 2491]**

Related Documents:

    B.    Revised Proposed Order Approving Third Application of Hughes Hubbard & Reed LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred From June 1, 2009 Through September 30, 2009 **[Docket No. 2505]**

Status: This matter is going forward.

## V. ADVERSARY PROCEEDINGS: TO BE HEARD AT 2:00 P.M.

15. Federal Home Loan Bank of Pittsburgh v. Lehman Brothers Holdings Inc., et al. **[Case No. 09-01393]**

    **Pre-Trial Conference**

    Related Documents:

        A.    Adversary Complaint **[Docket No. 1]**

        B.    Motion of Lehman Brothers Holdings, Inc. for an Order Dismissing Complaint with Prejudice **[Docket No. 7]**

        C.    Aurora Bank FSB's Motion to Dismiss Adversary Complaint **[Docket No. 8]**

        D.    Defendant Woodlands Commercial Bank's Joinder in Motion of Defendants Lehman Brothers Holdings, Inc. **[Docket No. 9]**

        E.    Motion of James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers, Inc. to Dismiss Adversary Proceeding **[Docket No. 11]**

        F.    Memorandum of Law of Federal Home Loan Bank of Pittsburgh in Opposition to Defendants' Motions to Dismiss Adversary Complaint **[Docket No. 17]**

        G.    Reply of Lehman Brothers Holdings, Inc. and Lehman Brothers Commercial Corporation to Plaintiff Federal Home Loan Bank of Pittsburgh's Opposition to Defendants' Motion to Dismiss **[Docket No. 20]**

        H.    Joinder of James W. Giddens, Trustee for the SIPA Liquidation of the Business of Lehman Brothers Inc., in the Reply of Lehman Brothers Holdings, Inc. to Plaintiff Federal Home Loan Bank of

Pittsburgh's Opposition to Defendants' Motion to Dismiss **[Docket No. 21]**

    I.    Aurora Bank FSB's Joinder to Co-Defendant's Reply to Plaintiff Federal Home Loan Bank of Pittsburgh's Opposition to Defendant's Motion to Dismiss **[Docket No. 22]**

    J.    Defendant Woodlands Commercial Banks Joinder in Reply of Lehman Brothers Holdings, Inc. to Plaintiff Federal Home Loan Bank of Pittsburgh's Opposition to Defendants' Motion to Dismiss **[Docket No. 23]**

Status: This matter is going forward.

## VI. ADJOURNED MATTERS:

### A. Lehman Brothers Holdings Inc.

16. Motion of Tuxedo Reserve Owner LLC and Tuxedo TPA Owner LLC for an Order Compelling Actions by Debtors as Agent and Lender Under Loan Facility **[Docket No. 1435]**

    Response Deadline: January 27, 2009.

    Responses Received: None.

    Related Documents:

        A.    Letter to the Court **[Docket No. 2621]**

    Status: This matter has been adjourned to February 10, 2010.

17. Debtors' Motion to Compel Performance by AIG CDS, Inc. of Its Obligations Under an Executory Contract and to Enforce the Automatic Stay **[Docket No. 4728]**

    Response Deadline: October 1, 2009 at 4:00 p.m.

    Responses Received:

        A.    Objection of AIG CDS, Inc. **[Docket No. 5334]**

    Related Documents:

        B.    Debtors' Reply **[Docket No. 5447]**

    Status: This matter has been adjourned to February 10, 2010.

18. Motion of Laurel Cove Development for an Order Directing Debtor to Assume or Reject an Executory Contract **[Docket No. 3755]**

    Response Deadline: June 19, 2009 at 5:00 p.m.

    Responses Received:

        A.    Debtors' Objection **[Docket No. 4055]**

    Related Documents: None.

    Status: This matter has been adjourned to February 10, 2010.

19. Motion of U.S. Bank National Association for Relief from the Automatic Stay **[Docket No. 5497]**

    Response Deadline: February 5, 2010 at 4:00 p.m.

    Responses Received: None.

    Related Documents: None.

    Status: This matter has been adjourned to February 10, 2010.

20. Motion to Compel Performance of Capital Automotive L.P.'s Obligations Under an Executory Contract and to Enforce the Automatic Stay **[Docket No. 5650]**

    Response Deadline: November 30, 2009.

    Responses Received:

        A.    Objection of Capital Automotive L.P. **[Docket No. 5981]**

    Related Documents: None.

    Status: This matter has been adjourned to February 10, 2010.

21. Motion of 1407 Broadway Real Estate LLC and PGRS 1407 BWAY LLC for an Order (I) Compelling Certain of The Debtors to Comply With Their Lending Obligations **[Docket No. 5716]**

    Response Deadline: February 3, 2010.

    Responses Received: None.

    Related Documents: None.

Status: This matter has been adjourned to February 10, 2010.

22. Notice of Debtor's Objection to Proof of Claim filed by David Schwartzman [Claim No. 22675] **[Docket No. 5951]**

    Response Deadline: February 3, 2010 at 4:00 p.m.

    Responses Received: None.

    Related Documents: None.

    Status: This matter has been adjourned to February 10, 2010.

23. Motion of U.S. Bank National Association for Relief from the Automatic Stay **[Docket No. 6314]**

    Response Deadline: February 5, 2010 at 4:00 p.m.

    Responses Received: None.

    Related Documents: None.

    Status: This matter has been adjourned to February 10, 2010.

24. Motion of U.S. Bank National Association for Relief from the Automatic Stay **[Docket No. 6315]**

    Response Deadline: February 5, 2010 at 4:00 p.m.

    Responses Received: None.

    Related Documents: None.

    Status: This matter has been adjourned to February 10, 2010.

25. Motion of Property Asset Management Inc. for Relief from the Automatic Stay **[Docket No. 6335]**

    Response Deadline: February 5, 2010 at 4:00 p.m.

    Responses Received: None.

    Related Documents: None.

    Status: This matter has been adjourned to February 10, 2010.

26. Motion of U.S. Bank National Association for Relief from the Automatic Stay **[Docket No. 6345]**

    Response Deadline: February 5, 2010 at 4:00 p.m.

    Responses Received: None.

    Related Documents: None.

    Status: This matter has been adjourned to February 10, 2010.

27. Motion of U.S. Bank National Association for Relief from the Automatic Stay **[Docket No. 6346]**

    Response Deadline: February 5, 2010 at 4:00 p.m.

    Responses Received: None.

    Related Documents: None.

    Status: This matter has been adjourned to February 10, 2010.

28. Motion of U.S. Bank National Association for Relief from the Automatic Stay **[Docket No. 6347]**

    Response Deadline: February 5, 2010 at 4:00 p.m.

    Responses Received: None.

    Related Documents: None.

    Status: This matter has been adjourned to February 10, 2010.

29. Motion of Property Asset Management Inc. for Relief from the Automatic Stay **[Docket No. 6350]**

    Response Deadline: February 5, 2010 at 4:00 p.m.

    Responses Received: None.

    Related Documents: None.

    Status: This matter has been adjourned to February 10, 2010.

30. Motion of U.S. Bank National Association for Relief from the Automatic Stay **[Docket No. 6402]**

Response Deadline:   February 5, 2010 at 4:00 p.m.

Responses Received:  None.

Related Documents:   None.

Status: This matter has been adjourned to February 10, 2010.

31. Motion of Debtors to Compel Performance of Board of Education of the City of Chicago's Obligations Under an Executory Contract and to Enforce the Automatic Stay **[Docket No. 5470]**

    Response Deadline:   November 3, 2009 at 4:00 p.m.

    Responses Received:

    A.  Objection of Board of Education of the City of Chicago **[Docket No. 5685]**

    Related Documents:

    B.  Debtors' Reply [**Docket No. 5880**]

    Status: This matter has been adjourned to February 10, 2010.

32. Motion of Official Committee of Unsecured Creditors for Reconsideration of Court's September 17, 2008 Interim Order Authorizing Debtor to Obtain Postpetition Financing **[Docket No. 434]**

    Response Deadline:   March 10, 2010 at 5:00 p.m.

    Responses Received:  None.

    Related Documents:   None.

    Status: This matter has been adjourned to March 17, 2010.

33. Motion of Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc. for Leave to Conduct Discovery of JPMorgan Chase Bank, N.A. **[Docket No. 566]**

    Response Deadline: March 6, 2009 at 4:00 p.m.

    Responses Received:

    A.  Objection of JPMorgan Chase Bank, N.A. **[Docket No. 884]**

B. Statement of the Informal Noteholder Group **[Docket No. 887]**

Related Documents:

C. Stipulation and Consent Order **[Docket No. 1402]**

Status: This matter has been adjourned to February 10, 2010.

34. Motion of WWK Hawaii-Waikapuna, LLC, et al. for Relief from the Automatic Stay **[Docket No. 3182]**

Response Deadline: April 1, 2009 at 4:00 p.m.

Responses Received:

A. Debtors' Objection **[Docket No. 3387]**

B. Joinder of Official Committee of Unsecured Creditors **[Docket No. 3389]**

Related Documents:

C. Declaration of Alan Worden in Support **[Docket No. 3184]**

Status: This matter has been adjourned to February 10, 2010.

35. First Motion of Mark Glasser to Extend Time for Claim **[Docket No. 6386]**

Response Deadline: February 5, 2010 at 5:00 p.m.

Responses Received: None.

Related Documents: None.

Status: This matter has been adjourned to February 10, 2010.

**B. Lehman Brothers Inc.**

36. Markit Group Limited's Motion for Relief from the Automatic Stay to Terminate Data Services Agreement and Associated Addenda **[Docket No. 356]**

Responses Received:

A. Objection of Lehman Brothers Holdings Inc. and Certain of its Affiliates to the Motion **[Docket No. 1059]**

B. Objection of Trustee to the Motion **[Docket No. 1123]**

Related Documents:

C. Notices of Adjournment **[Docket Nos. 409, 488, 574, 708, 846, 978, 1066, 1223, 1268, 1333, 1662, 2061]**

D. Exhibit A to Objection of Lehman Brothers Holdings Inc. and Certain of its Affiliates to the Motion **[Docket No. 1060]**

E. Reply in Further Support of the Motion **[Docket No. 1139]**

Status: This matter has been adjourned to February 10, 2010.

37. Motion of Newport Global Opportunities Fund LP, Newport Global Credit Fund (Master) L.P., PEP Credit Investor L.P. and Providence TMT Special Situations Fund L.P. for Leave to Conduct Rule 2004 Discovery of Lehman Brothers Inc. and the SIPA Trustee **[Docket No. 123]**

Responses Received: None.

Related Documents:

A. Notices of Adjournment **[Docket Nos. 215, 312, 364, 429, 529, 601, 665, 728, 750, 810, 1624, 1663, 2062, 2325, 2480]**

Status: This matter has been adjourned to February 10, 2010.

C. **Adversary Proceedings**

38. Chicago Board of Education v. Lehman Brothers Special Financing Inc. **[Adversary Case No. 09-01455]**

**Lehman Brothers Special Financing Inc.'s Motion to Dismiss**

Related Documents:

A. Defendant Lehman Brothers Special Financing Inc.'s Motion to Dismiss the Complaint **[Docket No. 6]**

B. Plaintiff's Response to Defendant Lehman Brothers Special Financing Inc.'s Motion to Dismiss the Complaint **[Docket No. 9]**

C. Debtors' Reply **[Docket No. 11]**

Status: This matter has been adjourned to February 10, 2010.

39. Lehman Brothers Holdings Inc. v. Barclays Capital, Inc. **[Case No. 09-01731]**

    **Pre-Trial Conference**

    Related Documents:

        A. Adversary Complaint **[Docket No. 1]**

    Status: This matter has been adjourned without date.

40. James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc. v. Barclays Capital Inc. **[Case No. 09-01732]**

    **Pre-Trial Conference**

    Related Documents:

        A. Adversary Complaint **[Docket No. 1]**

    Status: This matter has been adjourned without date.

41. The Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc v. Lehman Brothers Holdings Inc. **[Case No. 09-1733]**

    **Pre-Trial Conference**

    Related Documents:

        A. Adversary Complaint **[Docket No. 1]**

    Status: This matter has been adjourned without date.

42. Berenshteyn v. Lehman Brothers Holdings Inc. **[Case No. 08-01654]**

    **Pre-Trial Conference**

    Related Documents:

        A. Adversary Complaint **[Docket No. 1]**

    Status: This matter has been adjourned to February 10, 2010.

43. Lehman Brothers Special Financing, Inc. v. Metropolitan West Asset Management, et al. **[Case No. 09-01165]**

    **Pre-Trial Conference**

    Related Documents:

    A. Adversary Complaint **[Docket No. 1]**

    B. Answer to Complaint **[Docket No. 5]**

    Status: This matter has been adjourned to February 10, 2010.

44. Lehman Brothers Special Financing, Inc. v. Metropolitan West Asset Management, LLC, et al. **[Case No. 09-01233]**

    **Pre-Trial Conference**

    Related Documents:

    A. Adversary Complaint **[Docket No. 1]**

    B. Answer to Complaint **[Docket No. 5]**

    Status: This matter has been adjourned to February 10, 2010.

**C. Fee Applications**

45. Notice of Hearing on Interim Applications for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses **[Docket No. 6225]**

    Response Deadline: January 6, 2010 at 4:00 p.m.

    Responses Received: None.

    Related Documents: None.

    Status: All fee applications have been adjourned to February 10, 2010.

## VII. **WITHDRAWN MATTERS**:

46. Debtors' Motion to Strike William Kuntz's Notice of Appeal of Order Denying Relief Under Federal Rule of Civil Procedure 60(b) or, in the Alternative, to Dismiss William Kuntz's Appeal **[Docket No. 6269]**

    Responses Received: None.

    Related Documents:

    A. Notice of Withdrawal Without Prejudice **[Docket No. 6519]**

    Status: This matter has been withdrawn without prejudice.

47. Motion of Examiner to Compel ABN AMRO Inc. to Respond to Subpoena for Rule 2004 Examination **[Docket No. 5306]**

    Response Deadline: October 16, 2009 at 4:00 p.m.

    Responses Received:

    A. ABN AMRO Inc.'s Response **[Docket No. 5637]**

    Related Documents:

    B. Notice of Extended Objection Deadline **[Docket No. 5412]**

    C. Notice of Extended Objection Deadline **[Docket No. 5498]**

    D. Notice of Extended Objection Deadline **[Docket No. 5610]**

E. Notice of Withdrawal **[Docket No. 6543]**

<u>Status</u>: This matter has been withdrawn without prejudice.

Dated: January 12, 2010
New York, New York

                                             <u>/s/ Shai Y. Waisman</u>
                                             Shai Y. Waisman

                                             WEIL, GOTSHAL & MANGES LLP
                                             767 Fifth Avenue
                                             New York, New York 10153
                                             Telephone: (212) 310-8000
                                             Facsimile: (212) 310-8007

                                             Attorneys for Debtors
                                             and Debtors in Possession

Dated: January 12, 2010
New York, New York

                                             <u>/s/ Jeffrey S. Margolin</u>
                                             James B. Kobak, Jr.
                                             Jeffrey S. Margolin

                                             HUGHES HUBBARD & REED LLP
                                             One Battery Park Plaza
                                             New York, New York 10004
                                             Telephone: (212) 837-6000
                                             Facsimile: (212) 422-4726

                                             Attorneys for James W. Giddens, Trustee for
                                             the SIPA Liquidation of Lehman Brothers Inc.