# ORIGINAL

United States Bankruptcy Court for the Southern District of New York

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Special Financing Inc. - 08-13888 |
| Creditor Name and Address: | Horizon II International Limited with respect to Series 130<br>68 West Bay Road<br>George Town<br>Grand Cayman, KY1-1102<br>Cayman Islands |
| Court Claim Number (if known): | 20066 |
| Date Claim Filed: | September 21, 2009 |
| Total Amount of Claim Filed: | Not less than $127,521.81 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: <u>January 6, 2010</u>

Print Name: <u>Robert A. Conrad</u>

Title if Applicable: <u>Vice President</u>

> **FILED / RECEIVED**
>
> JAN - 7 2010
>
> **EPIQ BANKRUPTCY SOLUTIONS, LLC**

ORIGINAL

United States Bankruptcy Court for the Southern District of New York

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Special Financing Inc. - 08-13888 |
|---|---|
| Creditor Name and Address: | Horizon II International Limited with respect to Series 134<br>68 West Bay Road<br>George Town<br>Grand Cayman, KY1-1102<br>Cayman Islands |
| Court Claim Number (if known): | 20065 |
| Date Claim Filed: | September 21, 2009 |
| Total Amount of Claim Filed: | Not less than $128,473.34 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: January 6, 2010

Print Name: Robert A. Conrad

Title if Applicable: Vice President



FILED / RECEIVED

JAN - 7 2010

EPIQ BANKRUPTCY SOLUTIONS, LLC

NY3 - 498868.01

ORIGINAL

United States Bankruptcy Court for the Southern District of New York

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. - 08-13555 |
|---|---|
| Creditor Name and Address: | Horizon II International Limited with respect to Series 134<br>68 West Bay Road<br>George Town<br>Grand Cayman, KY1-1102<br>Cayman Islands |
| Court Claim Number (if known): | 20031 |
| Date Claim Filed: | September 21, 2009 |
| Total Amount of Claim Filed: | Not less than $128,473.34 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: <u>January 6, 2010</u>

Print Name: <u>Robert A. Conrad</u>

Title if Applicable: <u>Vice President</u>

FILED / RECEIVED

JAN - 7 2010

EPIQ BANKRUPTCY SOLUTIONS, LLC

NY3 - 498867.01

ORIGINAL

United States Bankruptcy Court for the Southern District of New York

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. - 08-13555 |
|---|---|
| Creditor Name and Address: | Horizon II International Limited with respect to Series 130<br>68 West Bay Road<br>George Town<br>Grand Cayman, KY1-1102<br>Cayman Islands |
| Court Claim Number (if known): | 20032 |
| Date Claim Filed: | September 21, 2009 |
| Total Amount of Claim Filed: | Not less than $127,521.81 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: January 6, 2010

Print Name: Robert A. Conrad

Title if Applicable: Vice President

FILED / RECEIVED

JAN - 7 2010

EPIQ BANKRUPTCY SOLUTIONS, LLC

NY3 - 498866.01

**H
A
N
D

D
E
L
I
V
E
R
Y**

FILED / RECEIVED

JAN - 7 2010

EPIQ BANKRUPTCY SOLUTIONS, LLC

LRodriguez
RECEIVED BY:          DATE          2:09   TIME