**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------x

In re:                                          :

                                                :    Chapter 11

Lehman Brothers Holdings Inc.                   :

                                                :    Case No. 08-13555 (JMP)

                              Debtor.           :

-----------------------------------------------x

## WITHDRAWAL OF CLAIM

We, BERTAGNI Enrico and VIVOLI Gina, hereby withdrawal our proof of claim

number 5176 filed as an unsecured claim in the amount of $ 14,648.15 _____ on

July 8 _____, 2009.


EREDI di'          By: _____
VIVOLI GINA

                   Name: _____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------x
                                          :
In re:                                    :
                                          :   Chapter 11
Lehman Brothers Holdings Inc.             :
                                          :   Case No. 08-13555 (JMP)
                                          :
                    Debtor.               :
------------------------------------------------x
```

## WITHDRAWAL OF CLAIM

    We, VERMIGLI Mimy and PRATESI Adriano, hereby withdrawal our proof of claim

number 5177 filed as an unsecured claim in the amount of $ 21,972.23 _____ on

July 8 ____, 2009.

By: _____

Name: _____

ny-894059

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------x
In re:                                         :
                                               :   Chapter 11
Lehman Brothers Holdings Inc.                  :
                                               :   Case No. 08-13555 (JMP)
                                               :
                    Debtor.                    :
----------------------------------------------x

### WITHDRAWAL OF CLAIM

We, PARENTI Lido and ERCOLI Luciana, hereby withdrawal our proof of claim

number 5179 filed as an unsecured claim in the amount of $ 29,296.30 _____ on

July 8 , 2009.

EREDI DI ERCOLI Luciana

By: _____

Name: _____

ny-894059

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x

In re:

Lehman Brothers Holdings Inc.

                        Debtor.

---------------------------------------------------------x

Chapter 11

Case No. 08-13555 (JMP)

## WITHDRAWAL OF CLAIM

       We, RIVA Daniele e SAGLIANO Patrizia, hereby withdrawal our proof of claim number 5180 filed as an unsecured claim in the amount of $ 14,559.07 _____ on July 8 ___,
2009.


By: _____

Name _____

                 

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------x
                             :
In re:                          :
                             :    Chapter 11
Lehman Brothers Holdings Inc.   :
                             :    Case No. 08-13555 (JMP)
                             :
                Debtor.     :
---------------------------------------------------x

## WITHDRAWAL OF CLAIM

We, PELLICCIARI Andrea and VICHI Monica, hereby withdrawal our proof of claim

number **5181** filed as an unsecured claim in the amount of $ **7279.03**          on

**July 8** , 2009.


By: _____

Name:_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------x
                                               :
In re:                                         :
                                               :    Chapter 11
Lehman Brothers Holdings Inc.                  :
                                               :    Case No. 08-13555 (JMP)
                                               :
                    Debtor.                    :
-----------------------------------------------x
```

## WITHDRAWAL OF CLAIM

We, CAPPELLETTI Elena and LAPINI Alberto, hereby withdrawal our proof of claim

number _5182_ filed as an unsecured claim in the amount of $ _7279.03_ _____ on

_July 8_ , 2009.


By: _____

Name:_____

ny-894059

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------x
                                                      :
In re:                                                :
                                                      :    Chapter 11
Lehman Brothers Holdings Inc.                         :
                                                      :    Case No. 08-13555 (JMP)
                                                      :
                           Debtor.                    :
-----------------------------------------------------x
```

## WITHDRAWAL OF CLAIM

We, CAMPOLMI Paolo and AGOSTI Sandra hereby withdrawal our proof of claim

number 583  filed as an unsecured claim in the amount of $ 7279.03                    on

July 8   , 2009.


By: _____

Name: _____   12/11/2009

ny-894059

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
                                                      :
In re:                                                :
                                                      :    Chapter 11
Lehman Brothers Holdings Inc.                         :
                                                      :    Case No. 08-13555 (JMP)
                                                      :
                                    Debtor.           :
------------------------------------------------------x

### WITHDRAWAL OF CLAIM

I, FAVILLI Angelo, hereby withdrawal my proof of claim number 5185 filed as an

unsecured claim in the amount of $ 7279.03 _____ on July 8 , 2009.

By: _____

Name: _____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------x
                                               :
In re:                                         :
                                               :    Chapter 11
Lehman Brothers Holdings Inc.                  :
                                               :    Case No. 08-13555 (JMP)
                                               :
                          Debtor.              :
-----------------------------------------------x
```

## WITHDRAWAL OF CLAIM

I, PAPERINI Riccardo, hereby withdrawal my proof of claim number 5186 filed as an unsecured claim in the amount of $ 8734.84 _____ on July 8 ____ , 2009.




By: _____

Name: _____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------- x
                                                      :
In re:                                                :
                                                      :    Chapter 11
Lehman Brothers Holdings Inc.                         :
                                                      :    Case No. 08-13555 (JMP)
                                                      :
                        Debtor.                       :
----------------------------------------------------- x

## WITHDRAWAL OF CLAIM

        We, MOSCHIANO Finisia and ASCHETTINO Natalino Antonio hereby withdrawal our

proof of claim number 5191 ~~5187~~ filed as an unsecured claim in the amount of

$ 7,194.06 ~~14,558.07~~           on    July 8   , 2009.


By:    _____

Name: _____

_____

ny-894059

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
--------------------------------------------------x
                                                  :
In re:                                            :
                                                  :    Chapter 11
Lehman Brothers Holdings Inc.                     :
                                                  :    Case No. 08-13555 (JMP)
                                                  :
                        Debtor.                   :
--------------------------------------------------x
```

### WITHDRAWAL OF CLAIM

I, MASINI Romano, hereby withdrawal my proof of claim number **5188** filed as an

unsecured claim in the amount of $ ___13,102.26___ on ___July 8___ , 2009.

By: _____

Name: _____

ny-894059

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------ x

In re:                                                  :

Lehman Brothers Holdings Inc.                           :       Chapter 11

                                                        :       Case No. 08-13555 (JMP)

                                      Debtor.           :

------------------------------------------------------ x

## WITHDRAWAL OF CLAIM

I, GIUSIANO Luca e LATTUCA Loredana, hereby withdrawal my proof of claim

number 5189 filed as an unsecured claim in the amount of $ 14,398,12                on

July 8      , 2009.

By: _____

Name: _____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------- x
                                            :
In re:                                      :
                                            :      Chapter 11
Lehman Brothers Holdings Inc.               :
                                            :      Case No. 08-13555 (JMP)
                                            :
                      Debtor.               :
------------------------------------------------------- x
```

## WITHDRAWAL OF CLAIM

I, MOSCONI Marco hereby withdrawal my proof of claim number **5190** filed as an

unsecured claim in the amount of $ _14.389.12_____ on _July 8____, 2009.




By: ___Monza (mi)  18 Nov. 2009_____

Name: _____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------x
                                               :
In re:                                         :
                                               :    Chapter 11
Lehman Brothers Holdings Inc.                  :
                                               :    Case No. 08-13555 (JMP)
                                               :
                          Debtor.              :
-----------------------------------------------x
```

## WITHDRAWAL OF CLAIM

     We, PATTARINO Eugenio and GIUDIZI Gloria, hereby withdrawal our proof of claim

number **5192** filed as an unsecured claim in the amount of $ __44,004.74__     on

__July 8__ , 2009.

By: _____

                                                                   

Name:_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------x
                                                :

In re:                                     :

                                      :    Chapter 11

Lehman Brothers Holdings Inc.        :

                                      :    Case No. 08-13555 (JMP)

                                      :

                     Debtor.      :
-----------------------------------------------------x

### WITHDRAWAL OF CLAIM

I, MENDICO Luciano, hereby withdrawal my proof of claim number **5193** filed as an

unsecured claim in the amount of $ ___102 677.73___ on ___July 8___, 2009.



By: _____

Name: _____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------- x
                                              :
In re:                                        :
                                              :      Chapter 11
Lehman Brothers Holdings Inc.                 :
                                              :      Case No. 08-13555 (JMP)
                                              :
                          Debtor.             :
-------------------------------------------------- x
```

## WITHDRAWAL OF CLAIM

    I, CARNINO Fabrizio e CAGNASSO Paola, hereby withdrawal my proof of claim

number **5145** filed as an unsecured claim in the amount of $ _14,668.25_ on

_July 8_ , 2009.

By: _____

Name: _____

ny-894059

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------x
                                                   :
In re:                                             :
                                                   :    Chapter 11
Lehman Brothers Holdings Inc.                      :
                                                   :    Case No. 08-13555 (JMP)
                                                   :
                          Debtor.                  :
---------------------------------------------------x

## WITHDRAWAL OF CLAIM

      I, CRESCIOLI Fiorella, hereby withdrawal my proof of claim number **5196** filed as an

unsecured claim in the amount of $ **66,067.11** on **July 8**, 2009.



By: _____

Name: _____

ny-894059

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------ x
                                                       :
In re:                                                 :
                                                       :    Chapter 11
Lehman Brothers Holdings Inc.                          :
                                                       :    Case No. 08-13555 (JMP)
                                                       :
                               Debtor.                 :
------------------------------------------------------ x

## WITHDRAWAL OF CLAIM

We, CABRI Antonio and BARUFFI Francesca hereby withdrawal our proof of claim

number **5197** filed as an unsecured claim in the amount of $ _7,291,96_____ on

_13/11_____, 2009.


By: _____

Name: _____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
                        :
In re:                    :
                     :    Chapter 11
Lehman Brothers Holdings Inc.   :
                     :    Case No. 08-13555 (JMP)
                     :
           Debtor.    :
---------------------------------------------------------x

## WITHDRAWAL OF CLAIM

We, AGNOLONI Stefano e MORANDI Elisabetta, hereby withdrawal our proof of claim

number 5199 filed as an unsecured claim in the amount of $ 17,577.78 _____ on

July 8 , 2009.


By: _____

Name: _____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
----------------------------------------------------x
                                                     :
In re:                                               :
                                                     :   Chapter 11
Lehman Brothers Holdings Inc.                        :
                                                     :   Case No. 08-13555 (JMP)
                                Debtor.              :
----------------------------------------------------x
```

## WITHDRAWAL OF CLAIM

We, CAGLIANI Ernesto and LIMONTA Bruna hereby withdrawal our proof of claim

number 5200 filed as an unsecured claim in the amount of $ 14,648.15 _____ on

July 8 _____, 2009.


By: _____

Name: _____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------x
                                               :
In re:                                         :
                                               :   Chapter 11
Lehman Brothers Holdings Inc.                  :
                                               :   Case No. 08-13555 (JMP)
                                               :
                        Debtor.                :
-----------------------------------------------x
```

## WITHDRAWAL OF CLAIM

    We, CRESCIOLI Paolo and BRANDI Lucia, hereby withdrawal our proof of claim

number **5201** filed as an unsecured claim in the amount of $ 21,972.23                on

July 8     , 2009.

By:  x _Paolo_____

Name:  x _Lucia Brandi_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------x
                                               :
In re:                                         :
                                               :    Chapter 11
Lehman Brothers Holdings Inc.                  :
                                               :    Case No. 08-13555 (JMP)
                                               :
                              Debtor.          :
-----------------------------------------------x
```

## WITHDRAWAL OF CLAIM

      I, DANTI Pierina, hereby withdrawal my proof of claim number 5202 filed as an unsecured claim in the amount of $ 73,240.75 on July 8 , 2009.


By: _Danti Pierina_____

Name:_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------x
                                                 :
In re:                                           :
                                                 :    Chapter 11
Lehman Brothers Holdings Inc.                    :
                                                 :    Case No. 08-13555 (JMP)
                                                 :
                            Debtor.              :
-------------------------------------------------x
```

## WITHDRAWAL OF CLAIM

We, VANNONI Gianni and VILLANI Marcella, hereby withdrawal our proof of claim

number **5204** filed as an unsecured claim in the amount of $ 72,926.67                on

July 8           , 2009.


By: _____

Name:_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
----------------------------------------------------x
                                             :
In re:                                       :
                                             :   Chapter 11
Lehman Brothers Holdings Inc.                :
                                             :   Case No. 08-13555 (JMP)
                                             :
                    Debtor.                  :
----------------------------------------------------x
```

## WITHDRAWAL OF CLAIM

We, COLATORTI Vito Giuseppe and CERBAI Maria Pia, hereby withdrawal our proof

of claim number 5206 filed as an unsecured claim in the amount of $ 65,526.29

on July 8 , 2009.

By: _____

Name: _____

VERIFICATO FIRMA
Nicola BUCCIONI

ny-894059

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------x
                                                     :
In re:                                               :
                                                     :    Chapter 11
Lehman Brothers Holdings Inc.                        :
                                                     :    Case No. 08-13555 (JMP)
                                                     :
                                  Debtor.            :
-----------------------------------------------------x
```

## WITHDRAWAL OF CLAIM

      I, MAZZEI Carlo, hereby withdrawal my proof of claim number **52 09** filed as an

unsecured claim in the amount of $ 122,461.39 _____ on July 8 ___ , 2009.


By: _____


Name: Carlo Mazzei _____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------x
                                    :

In re:                              :

                                   :    Chapter 11

Lehman Brothers Holdings Inc.    :

                                   :    Case No. 08-13555 (JMP)

                                   :

                     Debtor.    :

-----------------------------------------------------x

## WITHDRAWAL OF CLAIM

    I, GRASSI Nicla, hereby withdrawal my proof of claim number 5210 filed as an unsecured claim in the amount of $ 14,407.22 on July 8 , 2009.

By: _____

           Name:_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------x
                                                :
In re:                                          :
                                                :   Chapter 11
Lehman Brothers Holdings Inc.                   :
                                                :   Case No. 08-13555 (JMP)
                                                :
                        Debtor.                 :
------------------------------------------------x
```

## <u>WITHDRAWAL OF CLAIM</u>

We, TOZZI Lido, SANTONI Marisa and TOZZI Annalisa, hereby withdrawal our proof

of claim number 5211 filed as an unsecured claim in the amount of $ 57,628.89

on July 8 , 2009.


By: _____

Name: Tozzi Lido

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------x
                                                    :
In re:                                              :
                                                    :    Chapter 11
Lehman Brothers Holdings Inc.                       :
                                                    :    Case No. 08-13555 (JMP)
                                                    :
                                Debtor.             :
---------------------------------------------------x

## WITHDRAWAL OF CLAIM

     I, GASPARRINI Giacomo, hereby withdrawal my proof of claim number 5213 filed as

an unsecured claim in the amount of $ 43,221.67 _____ on July 8 _____, 2009.

By: _____

Name: _____

ny-894059

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------x
                                    :
In re:                              :
                                    :    Chapter 11
Lehman Brothers Holdings Inc.       :
                                    :    Case No. 08-13555 (JMP)
                                    :
                       Debtor.      :
---------------------------------------------------x

### WITHDRAWAL OF CLAIM

We, PAGNI Angelo and BAGNI Gabriella, hereby withdrawal our proof of claim

number **5205** filed as an unsecured claim in the amount of $ **50,964.88**_____ on

**July 8**_____, 2009.


By: _____

Name:_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- x
                                                       :
In re:                                                 :
                                                       :   Chapter 11
Lehman Brothers Holdings Inc.                          :
                                                       :   Case No. 08-13555 (JMP)
                                                       :
                                     Debtor.           :
------------------------------------------------------- x

## WITHDRAWAL OF CLAIM

We, TARZIA Maria Serena e SACCHI Vladimiro hereby withdrawal our proof of claim

number _5214_ filed as an unsecured claim in the amount of $ _14 388.12_____    on

_July 8_ , 2009.



By: _____

        _TARZIA MARIA SERENA_

Name: _Tarzia Maria Serena_

        _SACCHI VLADIMIRO_

        _Sacchi V. M._

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------x
                                                      :
In re:                                                :
                                                      :   Chapter 11
Lehman Brothers Holdings Inc.                         :
                                                      :   Case No. 08-13555 (JMP)
                                                      :
                         Debtor.                      :
------------------------------------------------------x
```

## WITHDRAWAL OF CLAIM

We, LODA Osvaldo e TOSONI Marisa hereby withdrawal our proof of claim number

5215 filed as an unsecured claim in the amount of $ 28,776.24          on July 8 ,

2009.

By: _____

10/11/2009

Name: _____

ny-894059

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------x
                                               :
In re:                                         :
                                               :    Chapter 11
Lehman Brothers Holdings Inc.                  :
                                               :    Case No. 08-13555 (JMP)
                                               :
                        Debtor.                :
-----------------------------------------------x
```

## <u>WITHDRAWAL OF CLAIM</u>

I, SIGL Eleonora, hereby withdrawal my proof of claim number **5216** filed as an

unsecured claim in the amount of $ **14,388.12**             on **July 8**     , 2009.

By: _____

Name:_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------- x
                                                        :
In re:                                                  :
                                                        :    Chapter 11
Lehman Brothers Holdings Inc.                           :
                                                        :    Case No. 08-13555 (JMP)
                                                        :
                              Debtor.                   :
------------------------------------------------------- x
```

## WITHDRAWAL OF CLAIM

     I, FORMISANO Ciro hereby withdrawal my proof of claim number 5217  filed as an

unsecured claim in the amount of $ 14,388.12             on July 8 , 2009.


By: _____

Name: _____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------ x
                                                       :
In re:                                                 :
                                                       :    Chapter 11
Lehman Brothers Holdings Inc.                          :
                                                       :    Case No. 08-13555 (JMP)
                                                       :
                                      Debtor.          :
                                                       :
------------------------------------------------------ x
```

## WITHDRAWAL OF CLAIM

I, CANTARALE Angiolina e LATTUCA Loredana, hereby withdrawal my proof of

claim number 5218  filed as an unsecured claim in the amount of $ 14,388.12          on

July 8     , 2009.


By: _____

Name: _____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------- x
                                                  :
In re:                                            :
                                                  :    Chapter 11
Lehman Brothers Holdings Inc.                     :
                                                  :    Case No. 08-13555 (JMP)
                                                  :
                          Debtor.                 :
------------------------------------------------- x
```

## WITHDRAWAL OF CLAIM

We, GASPERINI Giuliano and CALCAGNO Angela hereby withdrawal our proof of

claim number 5219 filed as an unsecured claim in the amount of $ 7194.06 _____ on

~~10/11~~ July 8 , 2009.

By: _____

Name: _____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
In re:                                                :
                                                      :    Chapter 11
Lehman Brothers Holdings Inc.                         :
                                                      :    Case No. 08-13555 (JMP)
                                                      :
                        Debtor.                       :
------------------------------------------------------x

## <u>WITHDRAWAL OF CLAIM</u>

    I, ROSI BELLIERE Giorgio, hereby withdrawal my proof of claim number **5207** filed

as an unsecured claim in the amount of $ <u>109,210.46</u>     on <u>July 8</u>, 2009.

By: _____

Name:_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------x
                                                :
In re:                                          :
                                                :    Chapter 11
Lehman Brothers Holdings Inc.                   :
                                                :    Case No. 08-13555 (JMP)
                                                :
                        Debtor.                 :
------------------------------------------------x
```

## WITHDRAWAL OF CLAIM

I, GIOFFREDA Niccoletta, hereby withdrawal my proof of claim number 5212 filed as

an unsecured claim in the amount of $ 122,461.39            on July 8     , 2009.

By: _____

Name: Gioffreda Niccoletta

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------ x
                                                        :
In re:                                                  :
                                                        :   Chapter 11
Lehman Brothers Holdings Inc.                           :
                                                        :   Case No. 08-13555 (JMP)
                                                        :
                               Debtor.                  :
------------------------------------------------------ x
```

## WITHDRAWAL OF CLAIM

    I, CASTIGLIA Orazio Michele hereby withdrawal my proof of claim number 10073 filed

as an unsecured claim in the amount of $ 36,670,62 _____ on September 1, 2009.


By: _Castiglia  07-12-2009_

Name: _Castiglia Orazio Michele_

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------x
                                                 :
In re:                                           :
                                                 :    Chapter 11
Lehman Brothers Holdings Inc.                    :
                                                 :    Case No. 08-13555 (JMP)
                                                 :
                        Debtor.                  :
-------------------------------------------------x

### WITHDRAWAL OF CLAIM

We, SPADINI Silvano and SPADINI Simone, hereby withdrawal our proof of claim

number 5208 filed as an unsecured claim in the amount of $ 216,108.34 _____ on

Jul 8 , 2009.


By: _____

Name: _Spadini Silvano_____

ny-894059

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------x
                                                :
In re:                                          :
                                                :   Chapter 11
Lehman Brothers Holdings Inc.                   :
                                                :   Case No. 08-13555 (JMP)
                                                :
                    Debtor.                     :
------------------------------------------------x
```

## WITHDRAWAL OF CLAIM

I, TESI Flavio, hereby withdrawal my proof of claim number 10,074 filed as an unsecured

claim in the amount of $ 7279.03 _____ on September 1, 2009.


By: _____

Name: _____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------- x
                                  :
In re:                              :
                                  :     Chapter 11
Lehman Brothers Holdings Inc.      :
                                  :     Case No. 08-13555 (JMP)
                                  :
                 Debtor.        :
-------------------------------------------------- x

## WITHDRAWAL OF CLAIM

     I, MANFREDI Franca hereby withdrawal my proof of claim number 10,075 filed as an

unsecured claim in the amount of $ 18,579.20        on September 1, 2009.

By: _____

Name: _Franco Manfredi_____

H
A
N
D

D
E
L
I
V
E
R
Y

RECEIVED

JAN 0 7 2010

RECEIVED BY: _____    DATE: _____    TIME: _____