gNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:                                                          Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,           Case No. 08-13555 (JMP)

                          Debtors.
-----------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE*
## OF ROBIN RUSSELL

     UPON the motion of Robin Russell dated October 2, 2009, for admission *pro hac vice* in

this bankruptcy proceeding; it is hereby

     **ORDERED**, that Robin Russell is admitted to practice, *pro hac vice* in the above

referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of

New York, subject to payment of the filing fee.


Dated: New York, New York
       January 13, 2010

                                     *s/ James M. Peck*
                                UNITED STATES BANKRUPTCY JUDGE