# United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings, Inc. et al.          Case No. 08-13555 (JMP) (Jointly Administered)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Credit Suisse Loan Funding LLC | Credit Suisse Energy LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Credit Suisse Loan Funding LLC
Eleven Madison Avenue
New York, New York 10010
Attn: Paul Gilmore, Esq.
Tel: 212-538-3495
Fax: 212-538-8119

Court Claim # (if known): 22815 (claim against Lehman Brothers Holdings, Inc.)

Amount of Claim: $71,622,924.27 plus unliquidated portion of claim.

Date Claim Filed: September 21, 2009

Phone: 212-538-9137
Last Four Digits of Acct. #: _____

Last Four Digits of Acct. #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CREDIT SUISSE LOAN FUNDING LLC

By: _____  Robert Healey, Authorized Signatory    January 11, 2010
    Transferee/Transferee's Agent   Michael Wotanowski, Director

By: _____  Date: January 11, 2010
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

038-13028/COURT/2433729.1

# United States Bankruptcy Court
# Southern District of New York

In re: Lehman Brothers Holdings, Inc. et al.    Case No. 08-13555 (JMP) (Jointly Administered)

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIM 22815 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim other than for Security in the Clerk's office of this court on

| Credit Suisse Energy LLC | Credit Suisse Loan Funding LLC |
|---|---|
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor: | Address of Transferee: |
| Credit Suisse Energy LLC<br>11 Madison Avenue<br>New York, NY 10010<br>Attn:    Allen Gage, Esq.<br>Tel:     212-538-9137<br>e-mail:    Allen.Gage@credit-suisse.com | Credit Suisse Loan Funding LLC<br>Eleven Madison Avenue<br>New York, New York 10010<br>Attn: Paul Gilmore, Esq.<br>Tel: 212-538-3495<br>Fax: 212-538-8119 |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____    _____
CLERK OF THE COURT

038-13028/COURT/2433729.1