Michael Friedman
RICHARDS KIBBE & ORBE LLP
One World Financial Center
New York, NY 10281
Telephone: (212) 530-1800
Facsimile: (212) 530-1801

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11 Case<br><br>No. 08-13555 (JMP)<br><br>(Jointly Administered) |

## WITHDRAWAL OF CLAIM

**PLEASE TAKE NOTICE**, that Merrill Lynch International (the "Claimant"), hereby withdraws claim number 20336 asserted in the above-captioned cases.

**PLEASE TAKE FURTHER NOTICE**, that Claimant does not waive any other claims asserted in these cases.

Dated: New York, New York
January 14, 2010

/s/ Michael Friedman
Michael Friedman
RICHARDS KIBBE & ORBE LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 530-1800
Facsimile: (212) 530-1801
*Attorneys for Merrill Lynch International*