Richard J. Bernard
Elyssa S. Kates
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201

-and-

Donald A. Workman
BAKER & HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5304
Telephone: (202) 861-1500
Facsimile: (202) 861-1783

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Case No.  08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Chapter  11 |
| Debtors. | Jointly Administered |

**AMENDED VERIFIED STATEMENT OF BAKER & HOSTETLER LLP
PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019(a)**

Baker & Hostetler LLP ("Baker Hostetler") hereby submits this amended verified statement (the "Verified Statement") pursuant to Federal Rule of Bankruptcy Procedure 2019(a) in connection with the above-captioned chapter 11 cases (the "Cases") of Lehman Brothers Holdings Inc. and its debtor affiliates (together, the "Debtors") and respectfully states as follows:

1. For certain specified matters or issues, Baker Hostetler represents in the Cases the creditors listed on Exhibit A hereto and certain other entities that may be creditors of one or more of the Debtors (together, the "Represented Parties").

2. Those Represented Parties that are not listed on Exhibit A have either not yet been finally determined to be creditors of the Debtors or have not yet determined to appear in the Cases. Such parties include entities that may or may not have claims against one or more of the Debtors based upon securities transactions once netting is completed and other entities that have sought from Baker Hostetler advice on existing financial transactions with one or more of the Debtors or general advice regarding the Cases. Baker Hostetler will supplement this statement as necessary as the status of additional Represented Parties becomes clear.

3. Each of the Represented Parties may hold, whether directly or indirectly, claims against and/or interests in certain of the Debtors arising out of agreements with certain of the Debtors. The specific nature and amount of these claims and/or interests have not yet been finally determined.

4. Each of the Represented Parties on Exhibit A separately requested representation by Baker Hostetler in connection with the Cases.

5. The undersigned hereby certifies that this Verified Statement is true and accurate, to the best of the undersigned's knowledge and belief. Baker Hostetler reserves the right to revise and supplement this statement.

Dated: January 14, 2010                    Respectfully submitted,

                              */s/ Elyssa S. Kates*
                              Richard J. Bernard
                              Elyssa S. Kates
                              BAKER & HOSTETLER LLP
                              45 Rockefeller Plaza
                              New York, New York 10111
                              Telephone:    (212) 589-4200
                              Facsimile:    (212) 589-4201

                              -and-

                              Donald A. Workman
                              BAKER & HOSTETLER LLP
                              Washington Square, Suite 1100
                              1050 Connecticut Avenue, N.W.
                              Washington, D.C. 20036-5304
                              Telephone: (202) 861-1500
                              Facsimile: (202) 861-1783

# EXHIBIT A

1. Linn Energy, LLC
   JPMorgan Chase Tower
   600 Travis, Suite 5100
   Houston, TX  77002

2. Deer Park Road Corporation
   1875 Ski Time Square, Suite 102
   P.O. Box 776429
   Steamboat Springs, CO  80477

3. City View Plaza, S.E.
   P.O. Box 9066590
   San Juan, PR  00906-6590

4. Advanced Graphic Printing, Inc.
   P.O. Box 9066602
   San Juan, PR  00906-6602

5. Fidelity National Information Services, Inc.,
   successor by merger to Metavante Corporation
   601 Riverside Avenue
   Jacksonville, FL 32204

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Chapter 11 |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2010, I caused true copies of the Amended Verified Statement of Baker & Hostetler LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019(a) to be served by ECF delivery on those parties who receive such notices.

Dated: January 14, 2010                    Respectfully submitted,

                         */s/ Elyssa S. Kates*
                        Elyssa S. Kates
                        BAKER & HOSTETLER LLP
                        45 Rockefeller Plaza
                        New York, NY 10111
                        Telephone: 212-589-4200
                        Facsimile: 212-589-4201

103154540.2