**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
In re                                          :   Chapter 11 Case No.
                                               :
LEHMAN BROTHERS HOLDINGS INC., et al.,          :   08-13555 (JMP)
                                               :
                      Debtors.                 :   (Jointly Administered)
------------------------------------------------------------x
```

### ORDER DENYING MALAYAN BANKING BERHAD'S MOTION FOR LEAVE TO CONDUCT RULE 2004 DISCOVERY

Upon the motion, dated November 19, 2009 (the "Motion") [Docket No. 5889], of Malayan Banking Berhad ("Maybank") for an order authorizing discovery from Lehman Brothers Holdings, Inc. ("LBHI") and Lehman Brothers Special Financing, Inc. ("LBSF", with LBHI, the "Debtors") pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure; and upon the Debtors' objection, dated December 11, 2009 (the "Objection") [Docket No. 6146], to the Motion; and upon Maybank's reply [Docket No. 6210], responding to the Debtors' Objection; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and due and proper notice having been provided; and a hearing having been held on December 16, 2009 (the "Hearing") to consider the relief requested in the Motion; it is hereby

ORDERED that, for the reasons stated by the Court on the record of the Hearing, the Motion is denied.

Dated: New York, New York
     January 14, 2010          *s/ James M. Peck*
                                       Honorable James M. Peck
                                       United States Bankruptcy Judge