B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re Lehman Brothers Holdings, Inc.                Case No. 08-135555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Goldman Sachs Lending Partners LLC | Evergreen Intermediate Bond Trust |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Goldman Sachs Lending Partners LLC
30 Hudson Street, 36th Floor
Jersey City, NJ 07302

With a copy to:
Richards Kibbe & Orbe L.L.P.
One World Financial Center
New York, NY 10281-1003
Fax: 212-530-1801
Attn: Managing Clerk
Phone: 212-530-1800

Court Claim # (if known): 29838 (filed against Lehman Brothers Special Financing, Inc., Case No. 08-13888)
Amount of Claim: $224,142.49
Date Claim Filed: September 22, 2009

Phone: 212-530-1800 and 212-357-6240
Last Four Digits of Acct #: _____

Phone: 617-210-3676
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

567894.1/153-05468

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____                    Date: __1/17/10__
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

567894.1/153-05468

EVIDENCE OF TRANSFER OF CLAIM

**TO:   THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, each of the Evergreen funds listed on Exhibit A hereto, acting by and through Evergreen Investment Management Company LLC as agent and investment adviser ("Seller"), hereby unconditionally and irrevocably sells, transfers and assigns to Goldman Sachs Lending Partners LLC ("Purchaser") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Special Financing Inc. (the "Debtor"), the debtor in Case No. 08-13888 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") and the relevant portion of any and all proofs of claim (No. 29844, 29838, 29840, 29865, 29871, 29842, and 29836) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 8th day of January 2010.

*[Signature pages to follow]*

567750.1/153-05468

EACH OF THE EVERGREEN FUNDS LISTED ON
EXHIBIT A HERETO, SEVERALLY AND NOT
JOINTLY

By and through Evergreen Investment
Management Company, LLC as Investment
Adviser and not in its individual capacity

By: _____
Name: Larisa Darkus Vejzovic
Title: Vice President

**GOLDMAN SACHS LENDING PARTNERS LLC**

By: _____
Name:
Title:

[Signature page to Evidence of Transfer]

567750.1/153-05468

**EACH OF THE EVERGREEN FUNDS LISTED ON EXHIBIT A HERETO, SEVERALLY AND NOT JOINTLY**

By and through Evergreen Investment Management Company, LLC as Investment Adviser and not in its individual capacity

By: _____
Name:
Title:

**GOLDMAN SACHS LENDING PARTNERS LLC**

By: _____*(signed)*_____
Name: Jennifer Dokish
Title: Authorized Signatory

[Signature page to Evidence of Transfer]

567750.1/153-05468

# EXHIBIT A

| Evergreen Fund (each, a Seller) |
| --- |
| Evergreen Select High Yield Bond Trust |
| Evergreen Intermediate Bond Trust |
| Evergreen Long Duration Trust |
| Evergreen Core Bond Trust |
| Evergreen High Income Fund (f/k/a Evergreen High Yield Bond Fund) |
| Evergreen Multi-Sector Income Fund |
| Evergreen Income Advantage Fund |