WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
 :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : 08-13555 (JMP)
 :
 Debtors. : (Jointly Administered)
 :
------------------------------------------------------------------x

**MONTHLY REPORT OF ASSETS DISPOSED OF PURSUANT**
**TO THE *DE MINIMIS* ASSET SALE OR ABANDONMENT PROCEDURES**

In compliance with the Order Pursuant to Sections 105, 363, and 554(a) of

the Bankruptcy Code Establishing Procedures for *De Minimis* Asset Sales and

Abandonments entered by the United States Bankruptcy Court for the Southern District

of New York on June 17, 2009 [Docket No. 4021], the above-captioned debtors and

debtors in possession have disposed of the assets described on Exhibit A (sales) and

Exhibit B (abandonments) attached hereto following notice to the Interested Parties[1] and

---

[1] Capitalized terms that are used but not defined herein shall have the meanings ascribed to them in the Sale and Abandonment Order.

the expiration of the applicable Notice Period without objection by an Interested Party.

Dated: January 15, 2010
New York, New York

        /s/ Shai Y. Waisman
        Shai Y. Waisman
        WEIL, GOTSHAL & MANGES LLP
        767 Fifth Avenue
        New York, New York 10153
        Telephone: (212) 310-8000
        Facsimile: (212) 310-8007

        Attorneys for Debtors
        and Debtors in Possession

## Exhibit A
(Schedule of Assets Disposed of Pursuant to the *De Minimis* Sale Procedures)

| Description of the Asset | Location of the Asset | Purchaser | Relationship Between Purchaser and the Debtors | Lien or Encumbrance Holders | Terms and Conditions of the Noticed *De Minimis* Sale |
|---|---|---|---|---|---|
| Residential Real Property | 5730 Post Rd., Bronx Rd., NY | Kathy Solomon | none | none | $450,000 |
| Residential Real Property | 16463 Boatswain Circle, Woodbridge, VA | Bach Tran and Ha Dang | none | none | $418,500 |
| Residential Real Property | 257-06 Craft Ave., Rosedale, NY | Henry Usher | none | none | $399,900 |
| Residential Real Property | 249 Santa Rosa Ave., Sausalito, CA | Mitchell Weitzmann | none | none | $600,000 |
| Residential Real Property | 31 West Bellwood Dr., Holland, PA | Marina Ferdman | none | none | $480,000 |
| Residential Real Property | 9221 Dulene Dr., Lakeside, CA | Garry Cabading | none | none | $425,000 |
| Residential Real Property | 411 161st Avenue, Redington Beach, FL | Charles and Mary Schnurpal | none | none | $367,900 |

# **Exhibit B**

(Schedule of Assets Disposed of Pursuant to the *De Minimis* Abandonment Procedures)

| Description of the Asset | Reason for the Abandonment | Party to Whom the Asset was Abandoned |
|---|---|---|
| none | | |

US_ACTIVE:\43277333\01\43277333_1.DOC\58399.0003