**KELLEY DRYE & WARREN LLP**
James S. Carr, Esq.
Benjamin Blaustein, Esq.
101 Park Avenue
New York, New York 10178
Tel: (212) 808-7800
Fax: (212) 808-7897

*Attorneys for The Rock Creek Group LP, as Asset Manager*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Lehman Brothers Holdings Inc., *et al.,* | ) | Case No. 08-13555 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM
NOS. 19977, 19978, 19979, 19980, 19983, 19984, 19981 AND 19982**

PLEASE TAKE NOTICE that The Rock Creek Group LP, as Asset Manager, hereby withdraws the following Proofs of Claim filed on September 12, 2009:

| Creditor | Debtor | Claim No. | Claim Amount |
|---|---|---|---|
| Rock Creek Portable Alpha Series 8011, Ltd | Lehman Brothers Holdings Inc. | 19977 | $ 419,663.00 |
| Rock Creek Portable Alpha Series 8011, Ltd | Lehman Brothers Special Financing Inc. | 19978 | $ 419,663.00 |
| Rock Creek Portable Alpha Series 7051, Ltd | Lehman Brothers Holdings Inc. | 19979 | $ 191,946.00 |
| Rock Creek Portable Alpha Series 7051, Ltd | Lehman Brothers Special Financing Inc. | 19980 | $ 191,946.00 |
| Rock Creek Portable Alpha Series I, Ltd | Lehman Brothers Holdings Inc. | 19983 | $ 509,171.00 |
| Rock Creek Portable Alpha Series I, Ltd | Lehman Brothers Special Financing Inc. | 19984 | $ 509,171.00 |
| Rock Creek Portable Alpha Series III, Ltd | Lehman Brothers Holdings Inc. | 19981 | $ 618,115.00 |
| Rock Creek Portable Alpha Series III, Ltd | Lehman Brothers Special Financing Inc. | 19982 | $ 618,115.00 |

Dated: New York, New York
January 15, 2010

**KELLEY DRYE & WARREN LLP**

By: */s/ James S. Carr*
James S. Carr, Esq.
Benjamin Blaustein, Esq.
101 Park Avenue
New York, New York 10178
Tel: (212) 808-7800
Fax: (212) 808-7897

*Attorneys for The Rock Creek Group LP,
as Asset Manager*