**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
                                                    :
In re                                               :        **Chapter 11 Case No.**
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,        :        **08-13555 (JMP)**
                                                    :
                        **Debtors.**                :        **(Jointly Administered)**
                                                    :
---------------------------------------------------------------------x        **Ref. Docket Nos. 6499, 6514, 6515,**
                                                             **6521-6526**


<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK    )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On January 14, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."


                                                     /s/ Paul Belobritsky
                                                     Paul Belobritsky

Sworn to before me this
15th day of January, 2010

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011


T:\Clients\LBH\Affidavits\Transfers 6499, 6514, 6515, 6521-6526_Aff 01-14-10.doc

**EXHIBIT "A"**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____            |
In re                                        |   Chapter 11 Case No.
                                             |
                                             |   08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,       |
                                             |   (Jointly Administered)
                                             |
                Debtors.                     |
                                             |
_____            |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  FONDAZIONE CASSA DI RISPARMIO DELLA SPEZIA        FONDAZIONE CASSA DI RISPARMIO DELLA SPEZIA
     ATTN: MATTEO MELLEY                               MARIO ORTU
     VIA D. CHIODO 36                                  FRESHFIELDS BRUCKHAUS DERINGER
     LA SPEZIA    19121                                VIA DEI GIARDINI 7
     ITALY                                             MILAN 20121 ITALY
```

Please note that your claim # 55548 in the above referenced case and in the amount of
       $28,350,000.00        has been transferred **(unless previously expunged by court order)**

```
     GOLDMAN, SACHS & CO.                              GOLDMAN, SACHS & CO.
     TRANSFEROR: FONDAZIONE CASSA DI RISPARMIO DELLA SPEZIA   MANAGINC CLERK
     30 HUDSON STREET, 36TH FLOOR                      RICHARDS KIBBE & ORBE LLP
     JERSEY CITY NJ 07302                              ONE WOLRD FINANCIAL CENTER
                                                       NEW YORK NY 10281-1003
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6499      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/14/2010                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 14, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                           |
In re                                      |    Chapter 11 Case No.
                                           |
                                           |    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,     |
                                           |    (Jointly Administered)
                                           |
                   Debtors.                |
                                           |
                                           |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   KLE EURIBOR PRIME
              C/O BNP PARIBAS ASSETS MANAGEMENT
              ATTN: CATHERINE BAHL & BERNARD GAUME
              5 AVENUE KLEBER
              PARIS    75116
              FRANCE

Please note that your claim # 50009 in the above referenced case and in the amount of
        $5,318,640.00         has been transferred **(unless previously expunged by court order)**

        BARCLAYS BANK PLC
        TRANSFEROR: KLE EURIBOR PRIME
        745 Seventh Avenue
        New York NY 10019
        USA

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6514       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/14/2010                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 14, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
In re                                          |    Chapter 11 Case No.
                                               |
                                               |    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,         |
                                               |    (Jointly Administered)
                                               |
                Debtors.                        |
                                               |
_____|
```

        NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
                  BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  SPARKASSE HEIDELBERG
             ATTN: ELISABETH KRESS-MAIER
             KURFURSTENANLAGE 10-12
             HEIDELBERG    69115
             GERMANY

Please note that your claim # 60568 in the above referenced case and in the amount of
        $14,157,201.68        has been transferred **(unless previously expunged by court order)**

        BARCLAYS BANK PLC
        TRANSFEROR: SPARKASSE HEIDELBERG
        745 Seventh Avenue
        New York NY 10019
        USA

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6515      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/14/2010                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 14, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                        |
In re                                   |    Chapter 11 Case No.
                                        |
                                        |    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,  |
                                        |    (Jointly Administered)
                                        |
            Debtors.                    |
                                        |
                                        |
_____|
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: BANC OF AMERICA SECURITIES LLC
    TRANSFEROR: MERRILL LYNCH INTERNATIONAL
    ONE BRYANT PARK
    NEW YORK NY 10036

BANC OF AMERICA SECURITIES LLC
DAVE HALESWORTH
LIGHTHOUSE GROUP FUNDING, LLC
51 DEVRIES AVENUE
SLEEPY HOLLOW NY 10591

Please note that your claim # 59515-01 in the above referenced case and in the amount of
       $2,524,568.41        has been transferred **(unless previously expunged by court order)**

KING STREET CAPITAL, L.P.
TRANSFEROR: BANC OF AMERICA SECURITIES LLC
65 EAST 55TH STREET
30TH FLOOR
NEW YORK NY 10022

KING STREET CAPITAL, L.P.
SCOTT L. ESBIN
ESBIN & ALTER, LLP
497 SOUTH MAIN STREET
NEW CITY NY 10956

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6521        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/14/2010

Vito Genna, Clerk of Court


/s/ Paul Belobritsky
_____
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 14, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                          |
In re                                     |    Chapter 11 Case No.
                                          |
                                          |    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,    |
                                          |    (Jointly Administered)
                                          |
              Debtors.                    |
                                          |
_____|
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  BANC OF AMERICA SECURITIES LLC                BANC OF AMERICA SECURITIES LLC
     TRANSFEROR: MERRILL LYNCH INTERNATIONAL        DAVE HALESWORTH
     ONE BRYANT PARK                                LIGHTHOUSE GROUP FUNDING, LLC
     NEW YORK NY 10036                              51 DEVRIES AVENUE
                                                    SLEEPY HOLLOW NY 10591

Please note that your claim # 59515 in the above referenced case and in the amount of
$6,033,290.59        has been transferred **(unless previously expunged by court order)**

KING STREET CAPITAL MASTER FUND, LTD.            KING STREET CAPITAL MASTER FUND, LTD.
TRANSFEROR: BANC OF AMERICA SECURITIES LLC       SCOTT L. ESBIN
65 EAST 55TH STREET, 30TH FLOOR                  ESBIN & ALTER, LLP
NEW YORK NY 10022                                497 SOUTH MAIN STREET
                                                 NEW CITY NY 10956

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6522        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/14/2010                           Vito Genna, Clerk of Court


                                           /s/ Paul Belobritsky
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 14, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          | Chapter 11 Case No.
                                               |
                                               | 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,         |
                                               | (Jointly Administered)
                                               |
                    Debtors.                   |
                                               |
                                               |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

      To:  GOLDMAN, SACHS & CO.                        GOLDMAN, SACHS & CO.
           TRANSFEROR: SHINKIN CENTRAL BANK            MANAGINC CLERK
           30 HUDSON STREET, 36TH FLOOR                RICHARDS KIBBE & ORBE LLP
           ATTN: ADNREW CADITZ                         ONE WORLD FINANCIAL CENTER
           JERSEY CITY NJ 07302                        NEW YORK NY 10281-1801

Please note that your claim # 42201 in the above referenced case and in the amount of
       $28,517,288.88        has been transferred **(unless previously expunged by court order)**

           GOLDMAN SACHS INTERNATIONAL
           TRANSFEROR: GOLDMAN, SACHS & CO.
           C/O GOLDMAN, SACHS & CO.
           30 HUDSON STREET, 36TH FLOOR
           JERSEY CITY NJ 07302

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                          UNITED STATES BANKRUPTCY COURT
                          Southern District of New York
                          One Bowling Green
                          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6523     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/14/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 14, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          | Chapter 11 Case No.
                                               |
                                               | 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,         |
                                               | (Jointly Administered)
              Debtors.                         |
                                               |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  BANC OF AMERICA SECURITIES LLC
             TRANSFEROR: MERRILL LYNCH INTERNATIONAL
             214 N TRYON STREET, NC1-027-14-01
             ATTN: JON BARNES
             NEW YORK NY 10036

Please note that your claim # 45557-02 in the above referenced case and in the amount of
        $2,792,666.54        has been transferred **(unless previously expunged by court order)**

KING STREET CAPITAL, L.P.                           KING STREET CAPITAL, L.P.
TRANSFEROR: BANC OF AMERICA SECURITIES LLC          SCOTT L. ESBIN
65 EAST 55TH STREET                                 ESBIN & ALTER, LLP
30TH FLOOR                                          497 SOUTH MAIN STREET
NEW YORK NY 10022                                   NEW CITY NY 10956

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                              UNITED STATES BANKRUPTCY COURT
                              Southern District of New York
                              One Bowling Green
                              New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6525      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/14/2010                              Vito Genna, Clerk of Court


                                              /s/ Paul Belobritsky
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 14, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                              |
In re                                         | Chapter 11 Case No.
                                              |
                                              | 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,        |
                                              | (Jointly Administered)
                                              |
              Debtors.                        |
                                              |
                                              |
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  BANC OF AMERICA SECURITIES LLC
             TRANSFEROR: MERRILL LYNCH INTERNATIONAL
             214 N TRYON STREET, NC1-027-14-01
             ATTN: JON BARNES
             NEW YORK NY 10036

Please note that your claim # 45557-03 in the above referenced case and in the amount of
        $6,673,999.68       has been transferred **(unless previously expunged by court order)**

KING STREET CAPITAL MASTER FUND, LTD.              KING STREET CAPITAL MASTER FUND, LTD.
TRANSFEROR: BANC OF AMERICA SECURITIES LLC         SCOTT L. ESBIN
65 EAST 55TH STREET, 30TH FLOOR                    ESBIN & ALTER, LLP
NEW YORK NY 10022                                  497 SOUTH MAIN STREET
                                                   NEW CITY NY 10956

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6426      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/14/2010

                        Vito Genna, Clerk of Court


                        /s/ Paul Belobritsky
                        _____
                        By: Epiq Bankruptcy Solutions, LLC
                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 14, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                        |
In re                                   |    Chapter 11 Case No.
                                        |
                                        |    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,  |
                                        |    (Jointly Administered)
                                        |
              Debtors.                  |
                                        |
                                        |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   BANC OF AMERICA SECURITIES LLC           BANC OF AMERICA SECURITIES LLC
      DAVE HALESWORTH                           TRANSFEROR: MERRILL LYNCH INTERNATIONAL
      LIGHTHOUSE GROUP FUNDING, LLC             ONE BRYANT PARK
      51 DEVRIES AVENUE                         NEW YORK NY 10036
      SLEEPY HOLLOW NY 10591
```

Please note that your claim # 59515-01 in the above referenced case and in the amount of
        $2,524,568.41        has been transferred **(unless previously expunged by court order)**

```
KING STREET CAPITAL, L.P.                      KING STREET CAPITAL, L.P.
SCOTT L. ESBIN                                 TRANSFEROR: BANC OF AMERICA SECURITIES LLC
ESBIN & ALTER, LLP                             65 EAST 55TH STREET
497 SOUTH MAIN STREET                          30TH FLOOR
NEW CITY NY 10956                              NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6521        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/14/2010

```
                          Vito Genna, Clerk of Court


                          /s/ Paul Belobritsky
                          _____
                          By: Epiq Bankruptcy Solutions, LLC
                              as claims agent for the debtor(s).
```

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 14, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
|
In re                              |          Chapter 11 Case No.
                                    |
                                    |          08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al., |
                                    |          (Jointly Administered)
                                    |
            Debtors.               |
                                    |
_____|

NOTICE: **FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  BANC OF AMERICA SECURITIES LLC                    BANC OF AMERICA SECURITIES LLC
     DAVE HALESWORTH                                   TRANSFEROR: MERRILL LYNCH INTERNATIONAL
     LIGHTHOUSE GROUP FUNDING, LLC                     ONE BRYANT PARK
     51 DEVRIES AVENUE                                 NEW YORK NY 10036
     SLEEPY HOLLOW NY 10591

Please note that your claim # 59515 in the above referenced case and in the amount of
        $6,033,290.59        has been transferred **(unless previously expunged by court order)**

KING STREET CAPITAL MASTER FUND, LTD.                  KING STREET CAPITAL MASTER FUND, LTD.
SCOTT L. ESBIN                                         TRANSFEROR: BANC OF AMERICA SECURITIES LLC
ESBIN & ALTER, LLP                                     65 EAST 55TH STREET, 30TH FLOOR
497 SOUTH MAIN STREET                                  NEW YORK NY 10022
NEW CITY NY 10956

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6522      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/14/2010                         Vito Genna, Clerk of Court


                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 14, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                       |
In re                                  |   Chapter 11 Case No.
                                       |
                                       |   08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al., |
                                       |   (Jointly Administered)
                                       |
              Debtors.                 |
                                       |
_____|
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To: FONDAZIONE CASSA DI RISPARMIO DELLA SPEZIA        FONDAZIONE CASSA DI RISPARMIO DELLA SPEZIA
    MARIO ORTU                                        ATTN: MATTEO MELLEY
    FRESHFIELDS BRUCKHAUS DERINGER                    VIA D. CHIODO 36
    VIA DEI GIARDINI 7                                LA SPEZIA    19121
    MILAN 20121 ITALY                                 ITALY
```

Please note that your claim # 55548 in the above referenced case and in the amount of
         $28,350,000.00         has been transferred **(unless previously expunged by court order)**

```
    GOLDMAN, SACHS & CO.                              GOLDMAN, SACHS & CO.
    MANAGINC CLERK                                    TRANSFEROR: FONDAZIONE CASSA DI RISPARMIO DE
    RICHARDS KIBBE & ORBE LLP                         30 HUDSON STREET, 36TH FLOOR
    ONE WOLRD FINANCIAL CENTER                        JERSEY CITY NJ 07302
    NEW YORK NY 10281-1003
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6499       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/14/2010                           Vito Genna, Clerk of Court


                                           /s/ Paul Belobritsky
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 14, 2010.
```

**EXHIBIT "B"**

```
TIME: 14:45:16                          LEHMAN BROTHERS HOLDING INC.
DATE: 01/14/10                              CREDITOR LISTING                                    PAGE: 1

Name                                          Address
BANC OF AMERICA SECURITIES LLC                DAVE HALESWORTH LIGHTHOUSE GROUP FUNDING, LLC 51 DEVRIES AVENUE SLEEPY HOLLOW NY 10591
BANC OF AMERICA SECURITIES LLC                TRANSFEROR: MERRILL LYNCH INTERNATIONAL 214 N TRYON STREET, NC1-027-14-01 ATTN: JON BARNES NEW YORK NY 10036
BANC OF AMERICA SECURITIES LLC                TRANSFEROR: MERRILL LYNCH INTERNATIONAL ONE BRYANT PARK NEW YORK NY 10036
BARCLAYS BANK PLC                             TRANSFEROR: KLE EURIBOR PRIME 745 Seventh Avenue New York NY 10019 USA
BARCLAYS BANK PLC                             TRANSFEROR: SPARKASSE HEIDELBERG 745 Seventh Avenue New York NY 10019 USA
FONDAZIONE CASSA DI RISPARMIO DELLA SPEZIA    TRANSFEROR: MATTEO MELLEY VIA D. CHIODO 36 LA SPEZIA 19121 ITALY
FONDAZIONE CASSA DI RISPARMIO DELLA SPEZIA    TRANSFEROR: MARIO ORTU FRESHFIELDS BRUCKHAUS DERINGER VIA DEI GIARDINI 7 MILAN 20121 ITALY
GOLDMAN SACHS INTERNATIONAL                   TRANSFEROR: GOLDMAN, SACHS & CO. C/O GOLDMAN, SACHS & CO. 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                          MANAGINC CLERK RICHARDS KIBBE & ORBE LLP ONE WOLRD FINANCIAL CENTER NEW YORK NY 10281-1003
GOLDMAN, SACHS & CO.                          MANAGINC CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1801
GOLDMAN, SACHS & CO.                          TRANSFEROR: FONDAZIONE CASSA DI RISPARMIO DELLA SPEZIA 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                          TRANSFEROR: SHINKIN CENTRAL BANK 30 HUDSON STREET, 36TH FLOOR ATTN: ADNREW CADITZ JERSEY CITY NJ 07302
KING STREET CAPITAL MASTER FUND, LTD.         SCOTT L. ESBIN ESBIN & ALTER, LLP 497 SOUTH MAIN STREET NEW CITY NY 10956
KING STREET CAPITAL MASTER FUND, LTD.         TRANSFEROR: BANC OF AMERICA SECURITIES LLC 65 EAST 55TH STREET, 30TH FLOOR NEW YORK NY 10022
KING STREET CAPITAL, L.P.                     SCOTT L. ESBIN ESBIN & ALTER, LLP 497 SOUTH MAIN STREET NEW CITY NY 10956
KING STREET CAPITAL, L.P.                     TRANSFEROR: BANC OF AMERICA SECURITIES LLC 65 EAST 55TH STREET 30TH FLOOR NEW YORK NY 10022
KLE EURIBOR PRIME                             C/O BNP PARIBAS ASSETS MANAGEMENT ATTN: CATHERINE BAHL & BERNARD GAUME 5 AVENUE KLEBER PARIS 75116 FRANCE
SPARKASSE HEIDELBERG                          ATTN: ELISABETH KRESS-MAIER KURFURSTENANLAGE 10-12 HEIDELBERG 69115 GERMANY


Total Number of Records Printed        18



                                                                                                   EPIQ BANKRUPTCY SOLUTIONS, LLC
```

# EXHIBIT "C"

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153