**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                                                          :
In re                                                     :          **Chapter 11 Case No.**
                                                          :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*              :          **08-13555 (JMP)**
                                                          :
                        Debtors.                          :          **(Jointly Administered)**
                                                          :
------------------------------------------------------------------------x          **Ref. Docket Nos. 6530, 6548 - 6554**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

SIDNEY GARABATO, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On January 11, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the Personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3.  On January 12, 2010, I also caused to be served the Personalized Transfer, samples of which are annexed hereto as Exhibit "D", by causing true and correct copies of the Personalized Transfers, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "E".

4.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."


                                                          /s/ Sidney Garabato
Sworn to before me this                                   Sidney Garabato
14th day of January, 2010
/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**Exhibit "A"**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                                    Chapter 11 Case No.

                                                         08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,
                                                         (Jointly Administered)

                Debtors.

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: TURNBERRY LEVERAGED CREDIT MASTER LP          TURNBERRY LEVERAGED CREDIT MASTER LP
    C/O SEWARD & KISSEL LLP                        TURNBERRY LEVERAGED CREDIT MASTER FUND LTD.
    ATTN: JUSTIN L. SHEARER, ESQ.                  C/O TURNBERRY CAPITAL MANAGEMENT, L.P.
    ONE BATTERY PARK PLAZA                         ATTN: MICHAEL SRUBINSKI
    NEW YORK NY 10004                              325 GREENWICH AVE.
                                                   GREENWICH CT 06830

Please note that your claim # 33432 in the above referenced case and in the amount of
        $22,050,115.00       has been transferred **(unless previously expunged by court order)**

        C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK)
        TRANSFEROR: TURNBERRY LEVERAGED CREDIT MASTER LP
        C/O CARVAL INVESTORS UK LIMITED
        KNOWLE HILL PARK, FARIMILE LANE
        COBHAM, SURREY     KT11 2PD
        UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6530      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/11/2010                                 Vito Genna, Clerk of Court

                                                 /s/ Sidney Garabato
                                                 _____
                                                 By: Epiq Bankruptcy Solutions, LLC
                                                     as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 11, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  TURNBERRY LEVERAGED CREDIT MASTER LP
         ATTN: JUSTIN L. SHEARER, ESQ.
         C/O SEWARD & KISSEL LLP
         ONE BATTERY PARK PLAZA
         NEW YORK NY 10004

Please note that your claim # 66057 in the above referenced case and in the amount of
      $22,601,120.00        has been transferred **(unless previously expunged by court order)**

         C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK)
         TRANSFEROR: TURNBERRY LEVERAGED CREDIT MASTER LP
         C/O CARVAL INVESTORS UK LIMITED
         KNOWLE HILL PARK, FARIMILE LANE
         COBHAM, SURREY    KT11 2PD
         UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6530      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/11/2010                          Vito Genna, Clerk of Court

                                          /s/ Sidney Garabato
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:      This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 11, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

            Debtors.

---

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  BP CAP, ENERGY EQUITY INTL HLDGS 1, LP
             C/O ROBERT D ALBERGOTTI
             HAYNES & BOONE LLP
             2323 VICTORY AVENUE, SUITE 700
             DALLAS TX 75219

Please note that your claim # 17295 in the above referenced case and in the amount of
      $3,215,036.00        has been transferred **(unless previously expunged by court order)**

            THE ROYAL BANK OF SCOTLAND, PLC
            TRANSFEROR: BP CAP, ENERGY EQUITY INTL HLDGS 1, LP
            600 STEAMBOAT ROAD
            ATTN: ELIZABETH HAM
            GREENWICH CT 06830

            THE ROYAL BANK OF SCOTLAND, PLC
            RICHARDS KIBBE & ORBE LLP
            ONE WORLD FINANCIAL CENTER
            ATTN: MANAGING CLERK
            NEW YORK NY 10281-1003

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6548       in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/11/2010                  Vito Genna, Clerk of Court

                            /s/ Sidney Garabato

                            By: Epiq Bankruptcy Solutions, LLC
                               as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 11, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. | |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

> To: BP CAP. ENERGY EQUITY INTL. HLDGS. 1, LP
> C/O ROBERT D. ALBERGOTTI
> HAYNES & BOONE LLP
> 2323 VICTORY AVENUE, SUITE 700
> DALLAS TX 75219

Please note that your claim # 63363 in the above referenced case and in the amount of $1,620,404.00 has been transferred **(unless previously expunged by court order)**

| | |
|---|---|
| THE ROYAL BANK OF SCOTLAND, PLC | THE ROYAL BANK OF SCOTLAND, PLC |
| TRANSFEROR: BP CAP. ENERGY EQUITY INTL. HLDGS. 1, LP | RICHARDS KIBBE & ORBE LLP |
| 600 STEAMBOAT ROAD | ONE WORLD FINANCIAL CENTER |
| ATTN: ELIZABETH HAM | ATTN: MANAGING CLERK |
| GREENWICH CT 06830 | NEW YORK NY 10281-1003 |

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

> UNITED STATES BANKRUPTCY COURT
> Southern District of New York
> One Bowling Green
> New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 6548 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/11/2010                    Vito Genna, Clerk of Court

                    /s/ Sidney Garabato
                    _____
                    By: Epiq Bankruptcy Solutions, LLC
                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on January 11, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  BP CAP. ENERGY EQUITY INTL. HLDGS. I, LP
     C/O ROBERT D. ALBERGOTTI
     HAYNES & BOONE, L.L.P.
     2323 VICTORY AVENUE, SUITE 700
     DALLAS TX 75219

Please note that your claim # 66012 in the above referenced case and in the amount of
        $1,191,363.00        has been transferred **(unless previously expunged by court order)**

| | |
|---|---|
| THE ROYAL BANK OF SCOTLAND, PLC | THE ROYAL BANK OF SCOTLAND, PLC |
| TRANSFEROR: BP CAP. ENERGY EQUITY INTL. HLDGS. I, LP | RICHARDS KIBBE & ORBE LLP |
| 600 STEAMBOAT ROAD | ONE WORLD FINANCIAL CENTER |
| ATTN: ELIZABETH HAM | ATTN: MANAGING CLERK |
| GREENWICH CT 06830 | NEW YORK NY 10281-1003 |

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6548        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/11/2010                              Vito Genna, Clerk of Court

                                              /s/ Sidney Garabato
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 11, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

|                                              |                                        |
| -------------------------------------------- | -------------------------------------- |
| In re                                        | Chapter 11 Case No.                    |
|                                              | 08-13555 (JMP)                         |
| LEHMAN BROTHERS HOLDINGS INC., et al.,       | (Jointly Administered)                 |
|                              Debtors.        |                                        |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  BP CAP. ENERGY EQUITY INTL. HLDGS. I, LP
         C/O ROBERT D. ALBERGOTTI
         HAYNES & BOONE LLP
         2323 VICTORY AVENUE, SUITE 700
         DALLAS TX 75219

Please note that your claim # 2221 in the above referenced case and in the amount of
         $3,215,036.00        has been transferred **(unless previously expunged by court order)**

    THE ROYAL BANK OF SCOTLAND, PLC                    THE ROYAL BANK OF SCOTLAND, PLC
    TRANSFEROR: BP CAP. ENERGY EQUITY INTL. HLDGS. I, LP   RICHARDS KIBBE & ORBE LLP
    600 STEAMBOAT ROAD                                 ONE WORLD FINANCIAL CENTER
    ATTN: ELIZABETH HAM                                ATTN: MANAGING CLERK
    GREENWICH CT 06830                                 NEW YORK NY 10281-1003

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6548     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/11/2010                         Vito Genna, Clerk of Court


                                         /s/ Sidney Garabato
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 11, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          | Chapter 11 Case No.
                                               |
                                               | 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,         |
                                               | (Jointly Administered)
                          Debtors.             |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  BP CAPITAL ENERGY FUND, L.P.
             C/O ROBERT D. ALBERGOTTI
             HAYNES & BOONE LLP
             2323 VICTORY AVENUE, SUITE 700
             DALLAS TX 75219

Please note that your claim # 2225 in the above referenced case and in the amount of
        $9,880,637.00        has been transferred **(unless previously expunged by court order)**

THE ROYAL BANK OF SCOTLAND, PLC                    THE ROYAL BANK OF SCOTLAND, PLC
TRANSFEROR: BP CAPITAL ENERGY FUND, L.P.           RICHARDS KIBBE & ORBE LLP
600 STEAMBOAT ROAD                                 ONE WORLD FINANCIAL CENTER
ATTN: ELIZABETH HAM                                ATTN: MANAGING CLERK
GREENWICH CT 06830                                 NEW YORK NY 10281-1003

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6549        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/11/2010                                Vito Genna, Clerk of Court


                                                /s/ Sidney Garabato
                                                _____
                                                By: Epiq Bankruptcy Solutions, LLC
                                                    as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 11, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          |        Chapter 11 Case No.
                                               |
                                               |        08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,         |
                                               |        (Jointly Administered)
                                               |
                Debtors.                        |
                                               |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

          To:  BP CAPITAL ENERGY FUND L.P.
               C/O ROBERT D. ALBERGOTTI
               HAYNES & BOONE LLP
               2323 VICTORY AVENUE, SUITE 700
               DALLAS TX 75219

Please note that your claim # 17288 in the above referenced case and in the amount of
          $9,880,637.00        has been transferred **(unless previously expunged by court order)**

          THE ROYAL BANK OF SCOTLAND, PLC                THE ROYAL BANK OF SCOTLAND, PLC
          TRANSFEROR: BP CAPITAL ENERGY FUND L.P.        RICHARDS KIBBE & ORBE LLP
          600 STEAMBOAT ROAD                             ONE WORLD FINANCIAL CENTER
          ATTN: ELIZABETH HAM                            ATTN: MANAGING CLERK
          GREENWICH CT 06830                             NEW YORK NY 10281-1003

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6549        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/11/2010                              Vito Genna, Clerk of Court


                                              /s/ Sidney Garabato
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 11, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re | Chapter 11 Case No. |
| | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  BP CAPITAL ENERGY FUND L.P.
             C/O ROBERT D. ALBERGOTTI
             HAYNES & BOONE, L.L.P.
             2323 VICTORY AVENUE, SUITE 700
             DALLAS TX 75219

Please note that your claim # 66017 in the above referenced case and in the amount of
        $6,665,327.00       has been transferred **(unless previously expunged by court order)**

            THE ROYAL BANK OF SCOTLAND, PLC
            TRANSFEROR: BP CAPITAL ENERGY FUND L.P.
            600 STEAMBOAT ROAD
            ATTN: ELIZABETH HAM
            GREENWICH CT 06830

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6549    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/11/2010                Vito Genna, Clerk of Court

                          /s/ Sidney Garabato

                          By: Epiq Bankruptcy Solutions, LLC
                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 11, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

|  |
|---|
| In re |
| |
| LEHMAN BROTHERS HOLDINGS INC., et al., |
| |
| Debtors. |

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   BP CAPITAL ENERGY FUND, L.P.
              C/O ROBERT D. ALBERGOTTI
              HAYNES & BOONE LLP
              2323 VICTORY AVENUE, SUITE 700
              DALLAS TX 75219

Please note that your claim # 2220 in the above referenced case and in the amount of
        $9,880,637.00        has been transferred **(unless previously expunged by court order)**

THE ROYAL BANK OF SCOTLAND, PLC                    THE ROYAL BANK OF SCOTLAND, PLC
TRANSFEROR: BP CAPITAL ENERGY FUND, L.P.          RICHARDS KIBBE & ORBE LLP
600 STEAMBOAT ROAD                                 ONE WORLD FINANCIAL CENTER
ATTN: ELIZABETH HAM                                ATTN: MANAGING CLERK
GREENWICH CT 06830                                 NEW YORK NY 10281-1003

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6550        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/11/2010                              Vito Genna, Clerk of Court


                                              /s/ Sidney Garabato
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 11, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          | Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., et al.,         | 08-13555 (JMP)

                                               | (Jointly Administered)
                          Debtors.

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  BP CAPITAL ENERGY FUND L.P.
         C/O ROBERT D. ALBERGOTTI
         HAYNES & BOONE, L.L.P.
         2323 VICTORY AVENUE, SUITE 700
         DALLAS TX 75219

Please note that your claim # 66011 in the above referenced case and in the amount of
      $6,665,327.00      has been transferred (unless previously expunged by court order)

THE ROYAL BANK OF SCOTLAND, PLC                 THE ROYAL BANK OF SCOTLAND, PLC
TRANSFEROR: BP CAPITAL ENERGY FUND L.P.         RICHARDS KIBBE & ORBE LLP
600 STEAMBOAT ROAD                              ONE WORLD FINANCIAL CENTER
ATTN: ELIZABETH HAM                             ATTN: MANAGING CLERK
GREENWICH CT 06830                              NEW YORK NY 10281-1003

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6550      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/11/2010                                Vito Genna, Clerk of Court


                                                /s/ Sidney Garabato
                                                _____
                                                By: Epiq Bankruptcy Solutions, LLC
                                                    as claims agent for the debtor(s).


FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 11, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

          To:  BP CAPITAL ENERGY FUND L.P.
               C/O ROBERT D. ALBERGOTTI
               HAYNES & BOONE LLP
               2323 VICTORY AVENUE, SUITE 700
               DALLAS TX 75219

Please note that your claim # 17294 in the above referenced case and in the amount of
          $9,880,637.00        has been transferred **(unless previously expunged by court order)**

          THE ROYAL BANK OF SCOTLAND, PLC                    THE ROYAL BANK OF SCOTLAND, PLC
          TRANSFEROR: BP CAPITAL ENERGY FUND L.P.            RICHARDS KIBBE & ORBE LLP
          600 STEAMBOAT ROAD                                ONE WORLD FINANCIAL CENTER
          ATTN: ELIZABETH HAM                               ATTN: MANAGING CLERK
          GREENWICH CT 06830                                NEW YORK NY 10281-1003

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6550        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/11/2010                              Vito Genna, Clerk of Court


                                              /s/ Sidney Garabato
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 11, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  BP CAP. ENERGY EQUITY FUND MASTER II, LP                    BP CAP. ENERGY EQUITY FUND MASTER II, LP
     C/O ROBERT D. ALBERGOTTI                                    RICHARDS KIBBE & ORBE LLP
     HAYNES & BOONE, L.L.P.                                      ONE WORLD FINANCIAL CENTER
     2323 VICTORY AVENUE, SUITE 700                              ATTN: MANAGING CLERK
     DALLAS TX 75219                                             NEW YORK NY 10281-1003

Please note that your claim # 66013 in the above referenced case and in the amount of
        $8,190,293.00        has been transferred **(unless previously expunged by court order)**

     THE ROYAL BANK OF SCOTLAND, PLC                             THE ROYAL BANK OF SCOTLAND, PLC
     TRANSFEROR: BP CAP. ENERGY EQUITY FUND MASTER II, LP        RICHARDS KIBBE & ORBE LLP
     600 STEAMBOAT ROAD                                          ONE WORLD FINANCIAL CENTER
     ATTN: ELIZABETH HAM                                         ATTN: MANAGING CLERK
     GREENWICH CT 06830                                          NEW YORK NY 10281-1003

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6551        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/11/2010                            Vito Genna, Clerk of Court


                                            /s/ Sidney Garabato
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 11, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re                                                      Chapter 11 Case No.

                                                          08-13555 (JMP)

LEHMAN BROTHERS HOLDINGS INC., et al.,                    (Jointly Administered)

                        Debtors.

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  BP CAP. ENERGY EQUITY FUND MASTER II, LP
             C/O ROBERT D. ALBERGOTTI
             HAYNES & BOONE LLP
             2323 VICTORY AVENUE, SUITE 700
             DALLAS TX 75219

Please note that your claim # 17290 in the above referenced case and in the amount of
        $11,795,338.00        has been transferred **(unless previously expunged by court order)**

        THE ROYAL BANK OF SCOTLAND, PLC                    THE ROYAL BANK OF SCOTLAND, PLC
        TRANSFEROR: BP CAP. ENERGY EQUITY FUND MASTER II, LP   RICHARDS KIBBE & ORBE LLP
        600 STEAMBOAT ROAD                                 ONE WORLD FINANCIAL CENTER
        ATTN: ELIZABETH HAM                                ATTN: MANAGING CLERK
        GREENWICH CT 06830                                 NEW YORK NY 10281-1003

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6551      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/11/2010                        Vito Genna, Clerk of Court

                                        /s/ Sidney Garabato
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 11, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. | |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  BP CAP. ENERGY EQUITY FUND MASTER II, LP
     C/O ROBERT D. ALBERGOTTI
     HAYNES & BOONE LLP
     2323 VICTORY AVENUE, SUITE 700
     DALLAS TX 75219

BP CAP. ENERGY EQUITY FUND MASTER II, LP
RICHARDS KIBBE & ORBE LLP
ONE WORLD FINANCIAL CENTER
ATTN: MANAGING CLERK
NEW YORK NY 10281-1003

Please note that your claim # 2223 in the above referenced case and in the amount of
        $11,795,338.00        has been transferred **(unless previously expunged by court order)**

          THE ROYAL BANK OF SCOTLAND, PLC
          TRANSFEROR: BP CAP. ENERGY EQUITY FUND MASTER II, LP
          600 STEAMBOAT ROAD
          ATTN: ELIZABETH HAM
          GREENWICH CT 06830

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6551        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/11/2010                     Vito Genna, Clerk of Court

                                     /s/ Sidney Garabato
                                     _____
                                     By: Epiq Bankruptcy Solutions, LLC
                                         as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 11, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  BP CAP ENERGY EQUITY FUND MASTER II. LP
             C/O ROBERT D. ALBERGOTTI
             HAYNES & BOONE LLP
             2323 VICTORY AVENUE, SUITE 700
             DALLAS TX 75219

Please note that your claim # 17296 in the above referenced case and in the amount of
        $11,795,338.00        has been transferred **(unless previously expunged by court order)**

| | |
|---|---|
| THE ROYAL BANK OF SCOTLAND, PLC | THE ROYAL BANK OF SCOTLAND, PLC |
| TRANSFEROR: BP CAP ENERGY EQUITY FUND MASTER II. LP | RICHARDS KIBBE & ORBE LLP |
| 600 STEAMBOAT ROAD | ONE WORLD FINANCIAL CENTER |
| ATTN: ELIZABETH HAM | ATTN: MANAGING CLERK |
| GREENWICH CT 06830 | NEW YORK NY 10281-1003 |

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6552        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/11/2010                         Vito Genna, Clerk of Court


                                         /s/ Sidney Garabato
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 11, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

                        Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

NOTICE: **FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  BP CAP. ENERGY EQUITY FUND MASTER II, LP
             C/O ROBERT D. ALBERGOTTI
             HAYNES & BOONE LLP
             2323 VICTORY AVENUE, SUITE 700
             DALLAS TX 75219

Please note that your claim # 66008 in the above referenced case and in the amount of
        $8,190,293.00        has been transferred **(unless previously expunged by court order)**

THE ROYAL BANK OF SCOTLAND, PLC                                THE ROYAL BANK OF SCOTLAND, PLC
TRANSFEROR: BP CAP. ENERGY EQUITY FUND MASTER II, LP           RICHARDS KIBBE & ORBE LLP
600 STEAMBOAT ROAD                                             ONE WORLD FINANCIAL CENTER
ATTN: ELIZABETH HAM                                            ATTN: MANAGING CLERK
GREENWICH CT 06830                                             NEW YORK NY 10281-1003

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6552      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/11/2010                          Vito Genna, Clerk of Court

                                          /s/ Sidney Garabato
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 11, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

          Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

          To: BP CAP. ENERGY EQUITY FUND MASTER II, LP
              C/O ROBERT D. ALBERGOTTI
              HAYNES & BOONE LLP
              2323 VICTORY AVENUE, SUITE 700
              DALLAS TX 75219

Please note that your claim # 2218 in the above referenced case and in the amount of
          $11,795,338.00         has been transferred (unless previously expunged by court order)

THE ROYAL BANK OF SCOTLAND, PLC                          THE ROYAL BANK OF SCOTLAND, PLC
TRANSFEROR: BP CAP. ENERGY EQUITY FUND MASTER II, LP     RICHARDS KIBBE & ORBE LLP
600 STEAMBOAT ROAD                                       ONE WORLD FINANCIAL CENTER
ATTN: ELIZABETH HAM                                      ATTN: MANAGING CLERK
GREENWICH CT 06830                                       NEW YORK NY 10281-1003

No action is required if you do not object to the transfer of your claim.  However, IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6552      in your objection.
If you file an objection, a hearing will be scheduled.  IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

Date: 01/11/2010                              Vito Genna, Clerk of Court

                                              /s/ Sidney Garabato
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 11, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                  |
In re                             |        Chapter 11 Case No.
                                  |
                                  |        08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,     |
                                  |        (Jointly Administered)
                                  |
              Debtors.            |
                                  |
_____|
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  PICKENS, T. BOONE                          PICKENS, T. BOONE
     C/O ROBERT D. ALBERGOTTI                   RICHARDS KIBBE & ORBE LLP
     HAYNES & BOONE LLP                         ONE WORLD FINANCIAL CENTER
     2323 VICTORY AVENUE, SUITE 700             ATTN: MANAGING CLERK
     DALLAS TX 75219                            NEW YORK NY 10281-1003

Please note that your claim # 2227 in the above referenced case and in the amount of
        $18,157,000.00        has been transferred **(unless previously expunged by court order)**

       THE ROYAL BANK OF SCOTLAND, PLC
       TRANSFEROR: PICKENS, T. BOONE
       600 STEAMBOAT ROAD
       ATTN: ELIZABETH HAM
       GREENWICH CT 06830

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6553        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/11/2010                         Vito Genna, Clerk of Court


                                         /s/ Sidney Garabato
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 11, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

          To:  PICKENS, T. BOONE
               C/O ROBERT D. ALBERGOTTI
               HAYNES & BOONE LLP
               2323 VICTORY AVENUE, SUITE 700
               DALLAS TX 75219

Please note that your claim # 17286 in the above referenced case and in the amount of
         $18,157,000.00        has been transferred **(unless previously expunged by court order)**

          THE ROYAL BANK OF SCOTLAND, PLC
          TRANSFEROR: PICKENS, T. BOONE
          600 STEAMBOAT ROAD
          ATTN: ELIZABETH HAM
          GREENWICH CT 06830

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6553        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/11/2010                          Vito Genna, Clerk of Court

                                          /s/ Sidney Garabato
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 11, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                 |
In re                            |      Chapter 11 Case No.
                                 |
                                 |      08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al., |
                                 |      (Jointly Administered)
                                 |
            Debtors.             |
_____|
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

|  |  |
|---|---|
| To:  PICKENS, T. BOONE<br>C/O ROBERT D. ALBERGOTTI<br>HAYNES & BOONE, L.L.P.<br>2323 VICTORY AVENUE, SUITE 700<br>DALLAS TX 75219 | PICKENS, T. BOONE<br>RICHARDS KIBBE & ORBE LLP<br>ONE WORLD FINANCIAL CENTER<br>ATTN: MANAGING CLERK<br>NEW YORK NY 10281-1003 |

Please note that your claim # 66016 in the above referenced case and in the amount of $13,488,793.00        has been transferred **(unless previously expunged by court order)**

|  |  |
|---|---|
| THE ROYAL BANK OF SCOTLAND, PLC<br>TRANSFEROR: PICKENS, T. BOONE<br>600 STEAMBOAT ROAD<br>ATTN: ELIZABETH HAM<br>GREENWICH CT 06830 | THE ROYAL BANK OF SCOTLAND, PLC<br>RICHARDS KIBBE & ORBE LLP<br>ONE WORLD FINANCIAL CENTER<br>ATTN: MANAGING CLERK<br>NEW YORK NY 10281-1003 |

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6553        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/11/2010                         Vito Genna, Clerk of Court


                                         /s/ Sidney Garabato
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 11, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                                    |      Chapter 11 Case No.
                                                         |
                                                         |      08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,                   |
                                                         |      (Jointly Administered)
                        Debtors.                         |
                                                         |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  PICKENS, T. BOONE                                    PICKENS, T. BOONE
     C/O ROBERT D. ALBERGOTTI                             RICHARDS KIBBE & ORBE LLP
     HAYNES & BOONE LLP                                   ONE WORLD FINANCIAL CENTER
     2323 VICTORY AVENUE, SUITE 700                       ATTN: MANAGING CLERK
     DALLAS TX 75219                                      NEW YORK NY 10281-1003

Please note that your claim # 2222 in the above referenced case and in the amount of
     $18,157,000.00        has been transferred **(unless previously expunged by court order)**

          THE ROYAL BANK OF SCOTLAND, PLC
          TRANSFEROR: PICKENS, T. BOONE
          600 STEAMBOAT ROAD
          ATTN: ELIZABETH HAM
          GREENWICH CT 06830

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6554        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/11/2010                          Vito Genna, Clerk of Court


                                          /s/ Sidney Garabato
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 11, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re                                                    | Chapter 11 Case No.
                                                         |
LEHMAN BROTHERS HOLDINGS INC., et al.,                   | 08-13555 (JMP)
                                                         |
                                                         | (Jointly Administered)
                     Debtors.                            |
                                                         |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  PICKENS, T. BOONE                          PICKENS, T. BOONE
     C/O ROBERT D. ALBERGOTTI                   RICHARDS KIBBE & ORBE LLP
     HAYNES & BOONE LLP                         ONE WORLD FINANCIAL CENTER
     2323 VICTORY AVENUE, SUITE 700             ATTN: MANAGING CLERK
     DALLAS TX 75219                            NEW YORK NY 10281-1003

Please note that your claim # 17293 in the above referenced case and in the amount of
        $18,157,000.00          has been transferred **(unless previously expunged by court order)**

        THE ROYAL BANK OF SCOTLAND, PLC
        TRANSFEROR: PICKENS, T. BOONE
        600 STEAMBOAT ROAD
        ATTN: ELIZABETH HAM
        GREENWICH CT 06830

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6554       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/11/2010                    Vito Genna, Clerk of Court


                                    /s/ Sidney Garabato
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 11, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

                    Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

> To:  PICKENS, T. BOONE
>      C/O ROBERT D. ALBERGOTTI
>      HAYNES & BOONE. L.L.P.
>      2323 VICTORY AVENUE, SUITE 700
>      DALLAS TX 75219

Please note that your claim # 66010 in the above referenced case and in the amount of
        $13,488,793.00        has been transferred **(unless previously expunged by court order)**

THE ROYAL BANK OF SCOTLAND, PLC
TRANSFEROR: PICKENS, T. BOONE
600 STEAMBOAT ROAD
ATTN: ELIZABETH HAM
GREENWICH CT 06830

THE ROYAL BANK OF SCOTLAND, PLC
RICHARDS KIBBE & ORBE LLP
ONE WORLD FINANCIAL CENTER
ATTN: MANAGING CLERK
NEW YORK NY 10281-1003

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

> UNITED STATES BANKRUPTCY COURT
> Southern District of New York
> One Bowling Green
> New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6554      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/11/2010                          Vito Genna, Clerk of Court

                                          /s/ Sidney Garabato
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 11, 2010.

Exhibit "B"

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| BP CAP ENERGY EQUITY FUND MASTER II. LP | C/O ROBERT D. ALBERGOTTI HAYNES & BOONE LLP 2323 VICTORY AVENUE, SUITE 700 DALLAS TX 75219 |
| BP CAP, ENERGY EQUITY INTL HLDGS 1, LP | C/O ROBERT D ALBERGOTTI HAYNES & BOONE LLP 2323 VICTORY AVENUE, SUITE 700 DALLAS TX 75219 |
| BP CAP. ENERGY EQUITY FUND MASTER II, LP | C/O ROBERT D. ALBERGOTTI HAYNES & BOONE LLP 2323 VICTORY AVENUE, SUITE 700 DALLAS TX 75219 |
| BP CAP. ENERGY EQUITY FUND MASTER II, LP | C/O ROBERT D. ALBERGOTTI HAYNES & BOONE, L.L.P. 2323 VICTORY AVENUE, SUITE 700 DALLAS TX 75219 |
| BP CAP. ENERGY EQUITY FUND MASTER II, LP | RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER ATTN: MANAGING CLERK NEW YORK NY 10281-1003 |
| BP CAP. ENERGY EQUITY INTL. HLDGS. 1, LP | C/O ROBERT D. ALBERGOTTI HAYNES & BOONE LLP 2323 VICTORY AVENUE, SUITE 700 DALLAS TX 75219 |
| BP CAP. ENERGY EQUITY INTL. HLDGS. I, LP | C/O ROBERT D. ALBERGOTTI HAYNES & BOONE LLP 2323 VICTORY AVENUE, SUITE 700 DALLAS TX 75219 |
| BP CAP. ENERGY EQUITY INTL. HLDGS. I, LP | C/O ROBERT D. ALBERGOTTI HAYNES & BOONE, L.L.P. 2323 VICTORY AVENUE, SUITE 700 DALLAS TX 75219 |
| BP CAPITAL ENERGY FUND L.P. | C/O ROBERT D. ALBERGOTTI HAYNES & BOONE LLP 2323 VICTORY AVENUE, SUITE 700 DALLAS TX 75219 |
| BP CAPITAL ENERGY FUND L.P. | C/O ROBERT D. ALBERGOTTI HAYNES & BOONE. L.L.P. 2323 VICTORY AVENUE, SUITE 700 DALLAS TX 75219 |
| BP CAPITAL ENERGY FUND, L.P. | C/O ROBERT D. ALBERGOTTI HAYNES & BOONE LLP 2323 VICTORY AVENUE, SUITE 700 DALLAS TX 75219 |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK) | TRANSFEROR: TURNBERRY LEVERAGED CREDIT MASTER LP C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY  KT11 2 |
| PICKENS, T. BOONE | C/O ROBERT D. ALBERGOTTI HAYNES & BOONE LLP 2323 VICTORY AVENUE, SUITE 700 DALLAS TX 75219 |
| PICKENS, T. BOONE | C/O ROBERT D. ALBERGOTTI HAYNES & BOONE, L.L.P. 2323 VICTORY AVENUE, SUITE 700 DALLAS TX 75219 |
| PICKENS, T. BOONE | C/O ROBERT D. ALBERGOTTI HAYNES & BOONE LLP 2323 VICTORY AVENUE, SUITE 700 DALLAS TX 75219 |
| PICKENS, T. BOONE | RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER ATTN: MANAGING CLERK NEW YORK NY 10281-1003 |
| THE ROYAL BANK OF SCOTLAND, PLC | RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER ATTN: MANAGING CLERK NEW YORK NY 10281-1003 |
| THE ROYAL BANK OF SCOTLAND, PLC | TRANSFEROR: BP CAP ENERGY EQUITY FUND MASTER II. LP 600 STEAMBOAT ROAD ATTN: ELIZABETH HAM GREENWICH CT 06830 |
| THE ROYAL BANK OF SCOTLAND, PLC | TRANSFEROR: BP CAP, ENERGY EQUITY INTL HLDGS 1, LP 600 STEAMBOAT ROAD ATTN: ELIZABETH HAM GREENWICH CT 06830 |
| THE ROYAL BANK OF SCOTLAND, PLC | TRANSFEROR: BP CAP. ENERGY EQUITY FUND MASTER II, LP 600 STEAMBOAT ROAD ATTN: ELIZABETH HAM GREENWICH CT 06830 |
| THE ROYAL BANK OF SCOTLAND, PLC | TRANSFEROR: BP CAP. ENERGY EQUITY INTL. HLDGS. 1, LP 600 STEAMBOAT ROAD ATTN: ELIZABETH HAM GREENWICH CT 06830 |
| THE ROYAL BANK OF SCOTLAND, PLC | TRANSFEROR: BP CAP. ENERGY EQUITY INTL. HLDGS. I, LP 600 STEAMBOAT ROAD ATTN: ELIZABETH HAM GREENWICH CT 06830 |
| THE ROYAL BANK OF SCOTLAND, PLC | TRANSFEROR: BP CAPITAL ENERGY FUND L.P. 600 STEAMBOAT ROAD ATTN: ELIZABETH HAM GREENWICH CT 06830 |
| THE ROYAL BANK OF SCOTLAND, PLC | TRANSFEROR: BP CAPITAL ENERGY FUND, L.P. 600 STEAMBOAT ROAD ATTN: ELIZABETH HAM GREENWICH CT 06830 |
| THE ROYAL BANK OF SCOTLAND, PLC | TRANSFEROR: PICKENS, T. BOONE 600 STEAMBOAT ROAD ATTN: ELIZABETH HAM GREENWICH CT 06830 |
| TURNBERRY LEVERAGED CREDIT MASTER LP | ATTN: JUSTIN L. SHEARER, ESQ. C/O SEWARD & KISSEL LLP ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| TURNBERRY LEVERAGED CREDIT MASTER LP | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| TURNBERRY LEVERAGED CREDIT MASTER LP | TURNBERRY LEVERAGED CREDIT MASTER FUND LTD. C/O TURNBERRY CAPITAL MANAGEMENT, L.P. ATTN: MICHAEL SRUBINSKI 325 GREENWICH AVE. GREENWICH |

Total Number of Records Printed          29

**Exhibit "C"**

WEIL, GOTSHAL & MANGES LLP
767 FIFTH AVENUE
NEW YORK, NEW YORK 10153
(ATTN: CHRISTOPHER A. STAUBLE)

**Exhibit "D"**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
|
In re                          |    Chapter 11 Case No.
                               |
                               |    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al., |
                               |    (Jointly Administered)
                               |
              Debtors.         |
_____|

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  BP CAP, ENERGY EQUITY INTL HLDGS 1, LP
             C/O ROBERT D ALBERGOTTI
             HAYNES & BOONE LLP
             2323 VICTORY AVENUE, SUITE 700
             DALLAS TX 75219

Please note that your claim # 17295 in the above referenced case and in the amount of
        $3,215,036.00       has been transferred **(unless previously expunged by court order)**

        THE ROYAL BANK OF SCOTLAND, PLC                    THE ROYAL BANK OF SCOTLAND, PLC
        TRANSFEROR: BP CAP, ENERGY EQUITY INTL HLDGS 1, LP  RICHARDS KIBBE & ORBE LLP
        600 STEAMBOAT ROAD                                 ONE WORLD FINANCIAL CENTER
        ATTN: ELIZABETH HAM                                ATTN: MANAGING CLERK
        GREENWICH CT 06830                                 NEW YORK NY 10281-1003

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6548       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/11/2010                          Vito Genna, Clerk of Court


                                          /s/ Sidney Garabato
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 11, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                   |
In re                              |       Chapter 11 Case No.
                                   |
                                   |       08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al., |
                                   |       (Jointly Administered)
                                   |
              Debtors.             |
                                   |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  BP CAP. ENERGY EQUITY INTL. HLDGS. 1, LP
             C/O ROBERT D. ALBERGOTTI
             HAYNES & BOONE LLP
             2323 VICTORY AVENUE, SUITE 700
             DALLAS TX 75219

Please note that your claim # 63363 in the above referenced case and in the amount of
        $1,620,404.00        has been transferred (**unless previously expunged by court order**)

THE ROYAL BANK OF SCOTLAND, PLC                    THE ROYAL BANK OF SCOTLAND, PLC
TRANSFEROR: BP CAP. ENERGY EQUITY INTL. HLDGS. 1, LP    RICHARDS KIBBE & ORBE LLP
600 STEAMBOAT ROAD                                 ONE WORLD FINANCIAL CENTER
ATTN: ELIZABETH HAM                                ATTN: MANAGING CLERK
GREENWICH CT 06830                                 NEW YORK NY 10281-1003

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                     UNITED STATES BANKRUPTCY COURT
                     Southern District of New York
                     One Bowling Green
                     New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6548      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/11/2010                          Vito Genna, Clerk of Court


                                          /s/ Sidney Garabato
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 11, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                        |
In re                                   |    Chapter 11 Case No.
                                        |
                                        |    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,  |
                                        |    (Jointly Administered)
                                        |
              Debtors.                  |
                                        |
_____|
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
     To:  BP CAP. ENERGY EQUITY INTL. HLDGS. I, LP
          C/O ROBERT D. ALBERGOTTI
          HAYNES & BOONE, L.L.P.
          2323 VICTORY AVENUE, SUITE 700
          DALLAS TX 75219
```

Please note that your claim # 66012 in the above referenced case and in the amount of
$1,191,363.00        has been transferred (**unless previously expunged by court order**)

```
     THE ROYAL BANK OF SCOTLAND, PLC                    THE ROYAL BANK OF SCOTLAND, PLC
     TRANSFEROR: BP CAP. ENERGY EQUITY INTL. HLDGS. I, LP   RICHARDS KIBBE & ORBE LLP
     600 STEAMBOAT ROAD                                 ONE WORLD FINANCIAL CENTER
     ATTN: ELIZABETH HAM                                ATTN: MANAGING CLERK
     GREENWICH CT 06830                                 NEW YORK NY 10281-1003
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6548        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/11/2010                        Vito Genna, Clerk of Court


                                        /s/ Sidney Garabato
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 11, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

---

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: BP CAP. ENERGY EQUITY INTL. HLDGS. I, LP
C/O ROBERT D. ALBERGOTTI
HAYNES & BOONE LLP
2323 VICTORY AVENUE, SUITE 700
DALLAS TX 75219

Please note that your claim # 2221 in the above referenced case and in the amount of
$3,215,036.00        has been transferred **(unless previously expunged by court order)**

THE ROYAL BANK OF SCOTLAND, PLC
TRANSFEROR: BP CAP. ENERGY EQUITY INTL. HLDGS. I, LP
600 STEAMBOAT ROAD
ATTN: ELIZABETH HAM
GREENWICH CT 06830

THE ROYAL BANK OF SCOTLAND, PLC
RICHARDS KIBBE & ORBE LLP
ONE WORLD FINANCIAL CENTER
ATTN: MANAGING CLERK
NEW YORK NY 10281-1003

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6548        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/11/2010                                    Vito Genna, Clerk of Court

                                                   /s/ Sidney Garabato
                                                   _____
                                                   By: Epiq Bankruptcy Solutions, LLC
                                                       as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 11, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          | Chapter 11 Case No.
                                               |
                                               | 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,         |
                                               | (Jointly Administered)
                                               |
                Debtors.                       |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  BP CAPITAL ENERGY FUND, L.P.
             C/O ROBERT D. ALBERGOTTI
             HAYNES & BOONE LLP
             2323 VICTORY AVENUE, SUITE 700
             DALLAS TX 75219

Please note that your claim # 2225 in the above referenced case and in the amount of
        $9,880,637.00        has been transferred (**unless previously expunged by court order**)

        THE ROYAL BANK OF SCOTLAND, PLC                    THE ROYAL BANK OF SCOTLAND, PLC
        TRANSFEROR: BP CAPITAL ENERGY FUND, L.P.           RICHARDS KIBBE & ORBE LLP
        600 STEAMBOAT ROAD                                 ONE WORLD FINANCIAL CENTER
        ATTN: ELIZABETH HAM                                ATTN: MANAGING CLERK
        GREENWICH CT 06830                                 NEW YORK NY 10281-1003

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6549        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/11/2010                            Vito Genna, Clerk of Court


                                            /s/ Sidney Garabato
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 11, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

                    Debtors.

---

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   BP CAPITAL ENERGY FUND L.P.
              C/O ROBERT D. ALBERGOTTI
              HAYNES & BOONE LLP
              2323 VICTORY AVENUE, SUITE 700
              DALLAS TX 75219

Please note that your claim # 17288 in the above referenced case and in the amount of
        $9,880,637.00        has been transferred **(unless previously expunged by court order)**

THE ROYAL BANK OF SCOTLAND, PLC
TRANSFEROR: BP CAPITAL ENERGY FUND L.P.
600 STEAMBOAT ROAD
ATTN: ELIZABETH HAM
GREENWICH CT 06830

THE ROYAL BANK OF SCOTLAND, PLC
RICHARDS KIBBE & ORBE LLP
ONE WORLD FINANCIAL CENTER
ATTN: MANAGING CLERK
NEW YORK NY 10281-1003

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6549        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/11/2010                        Vito Genna, Clerk of Court

                        /s/ Sidney Garabato
                        _____
                        By: Epiq Bankruptcy Solutions, LLC
                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 11, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

                    Debtors.

---

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  BP CAPITAL ENERGY FUND L.P.
             C/O ROBERT D. ALBERGOTTI
             HAYNES & BOONE, L.L.P.
             2323 VICTORY AVENUE, SUITE 700
             DALLAS TX 75219

Please note that your claim # 66017 in the above referenced case and in the amount of
        $6,665,327.00        has been transferred **(unless previously expunged by court order)**

        THE ROYAL BANK OF SCOTLAND, PLC
        TRANSFEROR: BP CAPITAL ENERGY FUND L.P.
        600 STEAMBOAT ROAD
        ATTN: ELIZABETH HAM
        GREENWICH CT 06830

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6549       in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/11/2010                    Vito Genna, Clerk of Court


                                    /s/ Sidney Garabato
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 11, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  BP CAPITAL ENERGY FUND, L.P.
             C/O ROBERT D. ALBERGOTTI
             HAYNES & BOONE LLP
             2323 VICTORY AVENUE, SUITE 700
             DALLAS TX 75219

Please note that your claim # 2220 in the above referenced case and in the amount of
        $9,880,637.00        has been transferred (**unless previously expunged by court order**)

        THE ROYAL BANK OF SCOTLAND, PLC                    THE ROYAL BANK OF SCOTLAND, PLC
        TRANSFEROR: BP CAPITAL ENERGY FUND, L.P.           RICHARDS KIBBE & ORBE LLP
        600 STEAMBOAT ROAD                                 ONE WORLD FINANCIAL CENTER
        ATTN: ELIZABETH HAM                                ATTN: MANAGING CLERK
        GREENWICH CT 06830                                 NEW YORK NY 10281-1003

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6550        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/11/2010                          Vito Genna, Clerk of Court


                                          /s/ Sidney Garabato
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 11, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  BP CAPITAL ENERGY FUND L.P.
         C/O ROBERT D. ALBERGOTTI
         HAYNES & BOONE, L.L.P.
         2323 VICTORY AVENUE, SUITE 700
         DALLAS TX 75219

Please note that your claim # 66011 in the above referenced case and in the amount of
         $6,665,327.00        has been transferred **(unless previously expunged by court order)**

| | |
|---|---|
| THE ROYAL BANK OF SCOTLAND, PLC | THE ROYAL BANK OF SCOTLAND, PLC |
| TRANSFEROR: BP CAPITAL ENERGY FUND L.P. | RICHARDS KIBBE & ORBE LLP |
| 600 STEAMBOAT ROAD | ONE WORLD FINANCIAL CENTER |
| ATTN: ELIZABETH HAM | ATTN: MANAGING CLERK |
| GREENWICH CT 06830 | NEW YORK NY 10281-1003 |

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6550         in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/11/2010                          Vito Genna, Clerk of Court

                                          /s/ Sidney Garabato
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 11, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                    | Chapter 11 Case No.
                                         |
LEHMAN BROTHERS HOLDINGS INC., et al.,    | 08-13555 (JMP)
                                         |
                                         | (Jointly Administered)
            Debtors.                     |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  BP CAPITAL ENERGY FUND L.P.
         C/O ROBERT D. ALBERGOTTI
         HAYNES & BOONE LLP
         2323 VICTORY AVENUE, SUITE 700
         DALLAS TX 75219

Please note that your claim # 17294 in the above referenced case and in the amount of
        $9,880,637.00        has been transferred **(unless previously expunged by court order)**

    THE ROYAL BANK OF SCOTLAND, PLC              THE ROYAL BANK OF SCOTLAND, PLC
    TRANSFEROR: BP CAPITAL ENERGY FUND L.P.      RICHARDS KIBBE & ORBE LLP
    600 STEAMBOAT ROAD                           ONE WORLD FINANCIAL CENTER
    ATTN: ELIZABETH HAM                          ATTN: MANAGING CLERK
    GREENWICH CT 06830                           NEW YORK NY 10281-1003

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6550       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/11/2010                         Vito Genna, Clerk of Court


                                         /s/ Sidney Garabato
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 11, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

                    Debtors.

_____

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  BP CAP. ENERGY EQUITY FUND MASTER II, LP
     C/O ROBERT D. ALBERGOTTI
     HAYNES & BOONE, L.L.P.
     2323 VICTORY AVENUE, SUITE 700
     DALLAS TX 75219

BP CAP. ENERGY EQUITY FUND MASTER II, LP
RICHARDS KIBBE & ORBE LLP
ONE WORLD FINANCIAL CENTER
ATTN: MANAGING CLERK
NEW YORK NY 10281-1003

Please note that your claim # 66013 in the above referenced case and in the amount of
        $8,190,293.00        has been transferred (**unless previously expunged by court order**)

THE ROYAL BANK OF SCOTLAND, PLC
TRANSFEROR: BP CAP. ENERGY EQUITY FUND MASTER II, LP
600 STEAMBOAT ROAD
ATTN: ELIZABETH HAM
GREENWICH CT 06830

THE ROYAL BANK OF SCOTLAND, PLC
RICHARDS KIBBE & ORBE LLP
ONE WORLD FINANCIAL CENTER
ATTN: MANAGING CLERK
NEW YORK NY 10281-1003

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6551        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/11/2010                        Vito Genna, Clerk of Court

                                        /s/ Sidney Garabato
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 11, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                              |
In re                                         |      Chapter 11 Case No.
                                              |
LEHMAN BROTHERS HOLDINGS INC., et al.,        |      08-13555 (JMP)
                                              |
                                              |      (Jointly Administered)
                  Debtors.                    |
                                              |
_____         |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  BP CAP. ENERGY EQUITY FUND MASTER II, LP          BP CAP. ENERGY EQUITY FUND MASTER II, LP
     RICHARDS KIBBE & ORBE LLP                         C/O ROBERT D. ALBERGOTTI
     ONE WORLD FINANCIAL CENTER                        HAYNES & BOONE, L.L.P.
     ATTN: MANAGING CLERK                              2323 VICTORY AVENUE, SUITE 700
     NEW YORK NY 10281-1003                            DALLAS TX 75219

Please note that your claim # 66013 in the above referenced case and in the amount of
     $8,190,293.00        has been transferred **(unless previously expunged by court order)**

     THE ROYAL BANK OF SCOTLAND, PLC               THE ROYAL BANK OF SCOTLAND, PLC
     RICHARDS KIBBE & ORBE LLP                     TRANSFEROR: BP CAP. ENERGY EQUITY FUND MASTE
     ONE WORLD FINANCIAL CENTER                    600 STEAMBOAT ROAD
     ATTN: MANAGING CLERK                          ATTN: ELIZABETH HAM
     NEW YORK NY 10281-1003                        GREENWICH CT 06830

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF**
**YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6551        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL**
**BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/11/2010                              Vito Genna, Clerk of Court


                                              /s/ Sidney Garabato
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 11, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  BP CAP. ENERGY EQUITY FUND MASTER II, LP
     C/O ROBERT D. ALBERGOTTI
     HAYNES & BOONE LLP
     2323 VICTORY AVENUE, SUITE 700
     DALLAS TX 75219

Please note that your claim # 17290 in the above referenced case and in the amount of
     $11,795,338.00      has been transferred (**unless previously expunged by court order**)

THE ROYAL BANK OF SCOTLAND, PLC
TRANSFEROR: BP CAP. ENERGY EQUITY FUND MASTER II, LP
600 STEAMBOAT ROAD
ATTN: ELIZABETH HAM
GREENWICH CT 06830

THE ROYAL BANK OF SCOTLAND, PLC
RICHARDS KIBBE & ORBE LLP
ONE WORLD FINANCIAL CENTER
ATTN: MANAGING CLERK
NEW YORK NY 10281-1003

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6551      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/11/2010

Vito Genna, Clerk of Court

/s/ Sidney Garabato

By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 11, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                    |
In re                               |    Chapter 11 Case No.
                                    |
LEHMAN BROTHERS HOLDINGS INC., et al., |  08-13555 (JMP)
                                    |
                                    |    (Jointly Administered)
            Debtors.                |
                                    |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  BP CAP. ENERGY EQUITY FUND MASTER II, LP          BP CAP. ENERGY EQUITY FUND MASTER II, LP
     RICHARDS KIBBE & ORBE LLP                          C/O ROBERT D. ALBERGOTTI
     ONE WORLD FINANCIAL CENTER                         HAYNES & BOONE LLP
     ATTN: MANAGING CLERK                               2323 VICTORY AVENUE, SUITE 700
     NEW YORK NY 10281-1003                             DALLAS TX 75219

Please note that your claim # 2223 in the above referenced case and in the amount of
     $11,795,338.00       has been transferred **(unless previously expunged by court order)**

                                                        THE ROYAL BANK OF SCOTLAND, PLC
                                                        TRANSFEROR: BP CAP. ENERGY EQUITY FUND MASTE
                                                        600 STEAMBOAT ROAD
                                                        ATTN: ELIZABETH HAM
                                                        GREENWICH CT 06830

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6551          in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/11/2010                         Vito Genna, Clerk of Court


                                         /s/ Sidney Garabato
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 11, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                              |
In re                         |    Chapter 11 Case No.
                              |
                              |    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al., |
                              |    (Jointly Administered)
                              |
              Debtors.        |
                              |
_____|
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  BP CAP. ENERGY EQUITY FUND MASTER II, LP          BP CAP. ENERGY EQUITY FUND MASTER II, LP
     C/O ROBERT D. ALBERGOTTI                          RICHARDS KIBBE & ORBE LLP
     HAYNES & BOONE LLP                                ONE WORLD FINANCIAL CENTER
     2323 VICTORY AVENUE, SUITE 700                    ATTN: MANAGING CLERK
     DALLAS TX 75219                                   NEW YORK NY 10281-1003

Please note that your claim # 2223 in the above referenced case and in the amount of
     $11,795,338.00        has been transferred **(unless previously expunged by court order)**

     THE ROYAL BANK OF SCOTLAND, PLC
     TRANSFEROR: BP CAP. ENERGY EQUITY FUND MASTER II, LP
     600 STEAMBOAT ROAD
     ATTN: ELIZABETH HAM
     GREENWICH CT 06830

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6551        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/11/2010                         Vito Genna, Clerk of Court


                                         /s/ Sidney Garabato
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 11, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                |
In re                           |   Chapter 11 Case No.
                                |
                                |   08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al., |
                                |   (Jointly Administered)
                                |
                                |
            Debtors.            |
                                |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  BP CAP ENERGY EQUITY FUND MASTER II. LP
             C/O ROBERT D. ALBERGOTTI
             HAYNES & BOONE LLP
             2323 VICTORY AVENUE, SUITE 700
             DALLAS TX 75219

Please note that your claim # 17296 in the above referenced case and in the amount of
        $11,795,338.00        has been transferred **(unless previously expunged by court order)**

        THE ROYAL BANK OF SCOTLAND, PLC                    THE ROYAL BANK OF SCOTLAND, PLC
        TRANSFEROR: BP CAP ENERGY EQUITY FUND MASTER II. LP  RICHARDS KIBBE & ORBE LLP
        600 STEAMBOAT ROAD                                  ONE WORLD FINANCIAL CENTER
        ATTN: ELIZABETH HAM                                 ATTN: MANAGING CLERK
        GREENWICH CT 06830                                  NEW YORK NY 10281-1003

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6552        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/11/2010                           Vito Genna, Clerk of Court


                                           /s/ Sidney Garabato
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 11, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          | Chapter 11 Case No.
                                               |
                                               | 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,         |
                                               | (Jointly Administered)
                                               |
                    Debtors.                   |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  BP CAP. ENERGY EQUITY FUND MASTER II, LP
             C/O ROBERT D. ALBERGOTTI
             HAYNES & BOONE LLP
             2323 VICTORY AVENUE, SUITE 700
             DALLAS TX 75219

Please note that your claim # 66008 in the above referenced case and in the amount of
        $8,190,293.00       has been transferred **(unless previously expunged by court order)**

THE ROYAL BANK OF SCOTLAND, PLC                      THE ROYAL BANK OF SCOTLAND, PLC
TRANSFEROR: BP CAP. ENERGY EQUITY FUND MASTER II, LP RICHARDS KIBBE & ORBE LLP
600 STEAMBOAT ROAD                                   ONE WORLD FINANCIAL CENTER
ATTN: ELIZABETH HAM                                  ATTN: MANAGING CLERK
GREENWICH CT 06830                                   NEW YORK NY 10281-1003

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6552        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/11/2010                              Vito Genna, Clerk of Court


                                              /s/ Sidney Garabato
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 11, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re                                                | Chapter 11 Case No.
                                                     |
                                                     | 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,               |
                                                     | (Jointly Administered)
                                                     |
            Debtors.                                 |
                                                     |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  BP CAP. ENERGY EQUITY FUND MASTER II, LP
     C/O ROBERT D. ALBERGOTTI
     HAYNES & BOONE LLP
     2323 VICTORY AVENUE, SUITE 700
     DALLAS TX 75219

Please note that your claim # 2218 in the above referenced case and in the amount of
         $11,795,338.00        has been transferred (**unless previously expunged by court order**)

THE ROYAL BANK OF SCOTLAND, PLC                      THE ROYAL BANK OF SCOTLAND, PLC
TRANSFEROR: BP CAP. ENERGY EQUITY FUND MASTER II, LP RICHARDS KIBBE & ORBE LLP
600 STEAMBOAT ROAD                                   ONE WORLD FINANCIAL CENTER
ATTN: ELIZABETH HAM                                  ATTN: MANAGING CLERK
GREENWICH CT 06830                                   NEW YORK NY 10281-1003

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6552      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/11/2010                              Vito Genna, Clerk of Court


                                              /s/ Sidney Garabato
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 11, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  PICKENS, T. BOONE                               PICKENS, T. BOONE
     C/O ROBERT D. ALBERGOTTI                        RICHARDS KIBBE & ORBE LLP
     HAYNES & BOONE LLP                              ONE WORLD FINANCIAL CENTER
     2323 VICTORY AVENUE, SUITE 700                  ATTN: MANAGING CLERK
     DALLAS TX 75219                                 NEW YORK NY 10281-1003

Please note that your claim # 2227 in the above referenced case and in the amount of
     $18,157,000.00        has been transferred **(unless previously expunged by court order)**

        THE ROYAL BANK OF SCOTLAND, PLC
        TRANSFEROR: PICKENS, T. BOONE
        600 STEAMBOAT ROAD
        ATTN: ELIZABETH HAM
        GREENWICH CT 06830

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6553      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/11/2010                          Vito Genna, Clerk of Court

                                          /s/ Sidney Garabato
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 11, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   PICKENS, T. BOONE
              C/O ROBERT D. ALBERGOTTI
              HAYNES & BOONE LLP
              2323 VICTORY AVENUE, SUITE 700
              DALLAS TX 75219

Please note that your claim # 17286 in the above referenced case and in the amount of
        $18,157,000.00        has been transferred **(unless previously expunged by court order)**

              THE ROYAL BANK OF SCOTLAND, PLC
              TRANSFEROR: PICKENS, T. BOONE
              600 STEAMBOAT ROAD
              ATTN: ELIZABETH HAM
              GREENWICH CT 06830

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                      UNITED STATES BANKRUPTCY COURT
                      Southern District of New York
                      One Bowling Green
                      New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6553        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/11/2010                              Vito Genna, Clerk of Court


                                              /s/ Sidney Garabato
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 11, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re                                                  |    Chapter 11 Case No.

                                                       |    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,                 |
                                                       |    (Jointly Administered)

                  Debtors.                             |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

       To:  PICKENS, T. BOONE                          PICKENS, T. BOONE
            C/O ROBERT D. ALBERGOTTI                   RICHARDS KIBBE & ORBE LLP
            HAYNES & BOONE, L.L.P.                     ONE WORLD FINANCIAL CENTER
            2323 VICTORY AVENUE, SUITE 700             ATTN: MANAGING CLERK
            DALLAS TX 75219                            NEW YORK NY 10281-1003

Please note that your claim # 66016 in the above referenced case and in the amount of
     $13,488,793.00        has been transferred **(unless previously expunged by court order)**

            THE ROYAL BANK OF SCOTLAND, PLC            THE ROYAL BANK OF SCOTLAND, PLC
            TRANSFEROR: PICKENS, T. BOONE              RICHARDS KIBBE & ORBE LLP
            600 STEAMBOAT ROAD                         ONE WORLD FINANCIAL CENTER
            ATTN: ELIZABETH HAM                        ATTN: MANAGING CLERK
            GREENWICH CT 06830                         NEW YORK NY 10281-1003

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6553        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/11/2010                           Vito Genna, Clerk of Court


                                           /s/ Sidney Garabato
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 11, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                        |
In re                                   |       Chapter 11 Case No.
                                        |
                                        |       08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,  |
                                        |       (Jointly Administered)
                                        |
                 Debtors.               |
                                        |
_____|
```

#### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
#### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  PICKENS, T. BOONE                          PICKENS, T. BOONE
     C/O ROBERT D. ALBERGOTTI                   RICHARDS KIBBE & ORBE LLP
     HAYNES & BOONE LLP                         ONE WORLD FINANCIAL CENTER
     2323 VICTORY AVENUE, SUITE 700             ATTN: MANAGING CLERK
     DALLAS TX 75219                            NEW YORK NY 10281-1003

Please note that your claim # 2222 in the above referenced case and in the amount of
     $18,157,000.00        has been transferred **(unless previously expunged by court order)**

     THE ROYAL BANK OF SCOTLAND, PLC
     TRANSFEROR: PICKENS, T. BOONE
     600 STEAMBOAT ROAD
     ATTN: ELIZABETH HAM
     GREENWICH CT 06830

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6554        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/11/2010                        Vito Genna, Clerk of Court


                                        /s/ Sidney Garabato
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 11, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                              | Chapter 11 Case No.
                                                   |
                                                   | 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,             |
                                                   | (Jointly Administered)
                                                   |
                    Debtors.                       |
                                                   |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

| To: | PICKENS, T. BOONE | | PICKENS, T. BOONE |
| | C/O ROBERT D. ALBERGOTTI | | RICHARDS KIBBE & ORBE LLP |
| | HAYNES & BOONE LLP | | ONE WORLD FINANCIAL CENTER |
| | 2323 VICTORY AVENUE, SUITE 700 | | ATTN: MANAGING CLERK |
| | DALLAS TX 75219 | | NEW YORK NY 10281-1003 |

Please note that your claim # 17293 in the above referenced case and in the amount of
$18,157,000.00      has been transferred **(unless previously expunged by court order)**

THE ROYAL BANK OF SCOTLAND, PLC
TRANSFEROR: PICKENS, T. BOONE
600 STEAMBOAT ROAD
ATTN: ELIZABETH HAM
GREENWICH CT 06830

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6554        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/11/2010                                   Vito Genna, Clerk of Court


                                                   /s/ Sidney Garabato
                                                   _____
                                                   By: Epiq Bankruptcy Solutions, LLC
                                                       as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 11, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                              | Chapter 11 Case No.
                                                   |
                                                   | 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,             |
                                                   | (Jointly Administered)
                                                   |
              Debtors.                             |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   PICKENS, T. BOONE
              C/O ROBERT D. ALBERGOTTI
              HAYNES & BOONE. L.L.P.
              2323 VICTORY AVENUE, SUITE 700
              DALLAS TX 75219

Please note that your claim # 66010 in the above referenced case and in the amount of
        $13,488,793.00        has been transferred (**unless previously expunged by court order**)

| THE ROYAL BANK OF SCOTLAND, PLC | THE ROYAL BANK OF SCOTLAND, PLC |
|---|---|
| TRANSFEROR: PICKENS, T. BOONE | RICHARDS KIBBE & ORBE LLP |
| 600 STEAMBOAT ROAD | ONE WORLD FINANCIAL CENTER |
| ATTN: ELIZABETH HAM | ATTN: MANAGING CLERK |
| GREENWICH CT 06830 | NEW YORK NY 10281-1003 |

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6554        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/11/2010                          Vito Genna, Clerk of Court


                                          /s/ Sidney Garabato
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 11, 2010.

**Exhibit "E"**

THE ROYAL BANK OF SCOTLAND, PLC
600 WASHINGTON BOULEVARD
STAMFORD, CONNECTICUT 06910
(ATTN: MATTHEW ROSENCRANS)