**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
|  | : |  |
| Debtors. | : | **(Jointly Administered)** |
|  | : |  |

-------------------------------------------------------------------------x    **Ref. Docket Nos. 6555-6557,**
**6567- 6572, 6574-6577, 6586-**
**6588**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                      ) ss.:
COUNTY OF NEW YORK  )

SIDNEY GARABATO, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 12, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the Personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."


                                  /s/ Sidney Garabato
                                  Sidney Garabato

Sworn to before me this
15th day of January, 2010
/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**Exhibit "A"**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

          Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

> To:  BP CAPITAL ENERGY EQUITY FUND, L.P.
> C/O ROBERT D. ALBERGOTTI
> HAYNES & BOONE, L.L.P.
> 2323 VICTORY AVENUE, SUITE 700
> DALLAS TX 75219

Please note that your claim # 66015 in the above referenced case and in the amount of
    $11,964,224.00        has been transferred **(unless previously expunged by court order)**

THE ROYAL BANK OF SCOTLAND, PLC
TRANSFEROR: BP CAPITAL ENERGY EQUITY FUND, L.P.
600 WASHINGTON BOULEVARD
ATTN: MATTHEW ROSENCRANS
STAMFORD CT 06910

THE ROYAL BANK OF SCOTLAND, PLC
RICHARDS KIBBE & ORBE LLP
ONE WORLD FINANCIAL CENTER
ATTN: MANAGING CLERK
NEW YORK NY 10281-1003

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

> UNITED STATES BANKRUPTCY COURT
> Southern District of New York
> One Bowling Green
> New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6555      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/12/2010                                    Vito Genna, Clerk of Court

                                      /s/ Sidney Garabato
                                      ———————————————
                                      By: Epiq Bankruptcy Solutions, LLC
                                         as claims agent for the debtor(s).

FOR EBS USE ONLY:      This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on   January 12, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                                          Chapter 11 Case No.

                                                               08-13555 (JMP)

LEHMAN BROTHERS HOLDINGS INC., et al.,                         (Jointly Administered)

                    Debtors.

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  BP CAPITAL ENERGY EQUITY FUND, L.P.
             C/O ROBERT D. ALBERGOTTI
             HAYNES & BOONE LLP
             2323 VICTORY AVENUE, SUITE 700
             DALLAS TX 75219

Please note that your claim # 17291 in the above referenced case and in the amount of
        $16,888,998.00        has been transferred **(unless previously expunged by court order)**

THE ROYAL BANK OF SCOTLAND, PLC                                THE ROYAL BANK OF SCOTLAND, PLC
TRANSFEROR: BP CAPITAL ENERGY EQUITY FUND, L.P.                RICHARDS KIBBE & ORBE LLP
600 WASHINGTON BOULEVARD                                       ONE WORLD FINANCIAL CENTER
ATTN: MATTHEW ROSENCRANS                                       ATTN: MANAGING CLERK
STAMFORD CT 06910                                              NEW YORK NY 10281-1003

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6555        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/12/2010                               Vito Genna, Clerk of Court

                                               /s/ Sidney Garabato
                                               _____
                                               By: Epiq Bankruptcy Solutions, LLC
                                                   as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 12, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                                        Chapter 11 Case No.

                                                             08-13555 (JMP)

LEHMAN BROTHERS HOLDINGS INC., et al.,                       (Jointly Administered)

                    Debtors.

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

> To:  BP CAPITAL ENERGY EQUITY FUND, L.P.
>      C/O ROBERT D. ALBERGOTTI
>      HAYNES & BOONE LLP
>      2323 VICTORY AVENUE, SUITE 700
>      DALLAS TX 75219

Please note that your claim # 2224 in the above referenced case and in the amount of
        $16,888,998.00        has been transferred **(unless previously expunged by court order)**

THE ROYAL BANK OF SCOTLAND, PLC                         THE ROYAL BANK OF SCOTLAND, PLC
TRANSFEROR: BP CAPITAL ENERGY EQUITY FUND, L.P.          RICHARDS KIBBE & ORBE LLP
600 WASHINGTON BOULEVARD                                 ONE WORLD FINANCIAL CENTER
ATTN: MATTHEW ROSENCRANS                                 ATTN: MANAGING CLERK
STAMFORD CT 06910                                        NEW YORK NY 10281-1003

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

> UNITED STATES BANKRUPTCY COURT
> Southern District of New York
> One Bowling Green
> New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6555      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/12/2010                                        Vito Genna, Clerk of Court

                                                        /s/ Sidney Garabato
                                                        _____
                                                        By: Epiq Bankruptcy Solutions, LLC
                                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 12, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  BP CAPITAL ENERGY EQUITY FUND, L.P.
         C/O ROBERT D. ALBERGOTTI
         HAYNES & BOONE, L.L.P.
         2323 VICTORY AVENUE, SUITE 700
         DALLAS TX 75219

Please note that your claim # 66009 in the above referenced case and in the amount of
    $11,964,224.00        has been transferred **(unless previously expunged by court order)**

THE ROYAL BANK OF SCOTLAND, PLC
TRANSFEROR: BP CAPITAL ENERGY EQUITY FUND, L.P.
600 WASHINGTON BOULEVARD
ATTN: MATTHEW ROSENCRANS
STAMFORD CT 06910

THE ROYAL BANK OF SCOTLAND, PLC
RICHARDS KIBBE & ORBE LLP
ONE WORLD FINANCIAL CENTER
ATTN: MANAGING CLERK
NEW YORK NY 10281-1003

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6556      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/12/2010                          Vito Genna, Clerk of Court

                                          /s/ Sidney Garabato
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 12, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

          Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  BP CAPITAL ENERGY EQUITY FUND, L.P.          BP CAPITAL ENERGY EQUITY FUND, L.P.
     C/O ROBERT D. ALBERGOTTI                     RICHARDS KIBBE & ORBE LLP
     HAYNES & BOONE LLP                           ONE WORLD FINANCIAL CENTER
     2323 VICTORY AVENUE, SUITE 700               ATTN: MANAGING CLERK
     DALLAS TX 75219                              NEW YORK NY 10281-1003

Please note that your claim # 17297 in the above referenced case and in the amount of
     $16,888,998.00        has been transferred **(unless previously expunged by court order)**

THE ROYAL BANK OF SCOTLAND, PLC                   THE ROYAL BANK OF SCOTLAND, PLC
TRANSFEROR: BP CAPITAL ENERGY EQUITY FUND, L.P.   RICHARDS KIBBE & ORBE LLP
600 WASHINGTON BOULEVARD                          ONE WORLD FINANCIAL CENTER
ATTN: MATTHEW ROSENCRANS                          ATTN: MANAGING CLERK
STAMFORD CT 06910                                 NEW YORK NY 10281-1003

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6556      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/12/2010                          Vito Genna, Clerk of Court

                                          /s/ Sidney Garabato
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 12, 2010.

| In re | Chapter 11 Case No. |
|---|---|
| | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. | |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  BP CAPITAL ENERGY EQUITY FUND, L.P.                                    BP CAPITAL ENERGY EQUITY FUND, L.P.
     C/O ROBERT D. ALBERGOTTI
     HAYNES & BOONE LLP
     2323 VICTORY AVENUE, SUITE 700
     DALLAS TX 75219

Please note that your claim # 2219 in the above referenced case and in the amount of
     $16,888,998.00       has been transferred **(unless previously expunged by court order)**

THE ROYAL BANK OF SCOTLAND, PLC                                    THE ROYAL BANK OF SCOTLAND, PLC
TRANSFEROR: BP CAPITAL ENERGY EQUITY FUND, L.P.                    RICHARDS KIBBE & ORBE LLP
600 WASHINGTON BOULEVARD                                           ONE WORLD FINANCIAL CENTER
ATTN: MATTHEW ROSENCRANS                                           ATTN: MANAGING CLERK
STAMFORD CT 06910                                                  NEW YORK NY 10281-1003

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6556      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/12/2010                                    Vito Genna, Clerk of Court

                                                    /s/ Sidney Garabato
                                                    _____
                                                    By: Epiq Bankruptcy Solutions, LLC
                                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 12, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

> To: BP CAP. ENERGY EQUITY INTL. HLDGS. I, LP
> C/O ROBERT D. ALBERGOTTI
> HAYNES & BOONE LLP
> 2323 VICTORY AVENUE, SUITE 700
> DALLAS TX 75219

Please note that your claim # 66014 in the above referenced case and in the amount of
      $1,191,363.00        has been transferred **(unless previously expunged by court order)**

THE ROYAL BANK OF SCOTLAND, PLC
TRANSFEROR: BP CAP. ENERGY EQUITY INTL. HLDGS. I, LP
600 WASHINGTON BOULEVARD
ATTN: MATTHEW ROSENCRANS
STAMFORD CT 06910

THE ROYAL BANK OF SCOTLAND, PLC
RICHARDS KIBBE & ORBE LLP
ONE WORLD FINANCIAL CENTER
ATTN: MANAGING CLERK
NEW YORK NY 10281-1003

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

> UNITED STATES BANKRUPTCY COURT
> Southern District of New York
> One Bowling Green
> New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6557      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/12/2010                              Vito Genna, Clerk of Court

                                             /s/ Sidney Garabato
                                             _____
                                             By: Epiq Bankruptcy Solutions, LLC
                                                 as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on   January 12, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., et al.,

08-13555 (JMP)

(Jointly Administered)

Debtors.

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: BP CAP. ENERGY EQUITY INTL. HLDGS. I, LP
    C/O ROBERT D. ALBERGOTTI
    HAYNES & BOONE LLP
    2323 VICTORY AVENUE, SUITE 700
    DALLAS TX 75219

Please note that your claim # 63362 in the above referenced case and in the amount of
        $1,620,404.00        has been transferred **(unless previously expunged by court order)**

THE ROYAL BANK OF SCOTLAND, PLC                           THE ROYAL BANK OF SCOTLAND, PLC
TRANSFEROR: BP CAP. ENERGY EQUITY INTL. HLDGS. I, LP      RICHARDS KIBBE & ORBE LLP
600 WASHINGTON BOULEVARD                                  ONE WORLD FINANCIAL CENTER
ATTN: MATTHEW ROSENCRANS                                  ATTN: MANAGING CLERK
STAMFORD CT 06910                                         NEW YORK NY 10281-1003

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 6557    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/12/2010                            Vito Genna, Clerk of Court

                                            /s/ Sidney Garabato
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 12, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

> To:  BP CAP. ENERGY EQUITY INTL. HLDGS. I, LP
> C/O ROBERT D. ALBERGOTTI
> HAYNES & BOONE LLP
> 2323 VICTORY AVENUE, SUITE 700
> DALLAS TX 75219

Please note that your claim # 17289 in the above referenced case and in the amount of
$3,215,036.00       has been transferred **(unless previously expunged by court order)**

THE ROYAL BANK OF SCOTLAND, PLC
TRANSFEROR: BP CAP. ENERGY EQUITY INTL. HLDGS. I, LP
600 WASHINGTON BOULEVARD
ATTN: MATTHEW ROSENCRANS
STAMFORD CT 06910

THE ROYAL BANK OF SCOTLAND, PLC
RICHARDS KIBBE & ORBE LLP
ONE WORLD FINANCIAL CENTER
ATTN: MANAGING CLERK
NEW YORK NY 10281-1003

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

> UNITED STATES BANKRUPTCY COURT
> Southern District of New York
> One Bowling Green
> New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6557      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/12/2010                          Vito Genna, Clerk of Court

                                          /s/ Sidney Garabato
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 12, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          Chapter 11 Case No.

                                               08-13555 (JMP)

LEHMAN BROTHERS HOLDINGS INC., et al.,
                                               (Jointly Administered)

                    Debtors.

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  BP CAP. ENERGY EQUITY INTL. HLDGS. I, LP
             C/O ROBERT D. ALBERGOTTI
             HAYNES & BOONE LLP
             2323 VICTORY AVENUE, SUITE 700
             DALLAS TX 75219

Please note that your claim # 2226 in the above referenced case and in the amount of
       $3,215,036.00        has been transferred **(unless previously expunged by court order)**

THE ROYAL BANK OF SCOTLAND, PLC                          THE ROYAL BANK OF SCOTLAND, PLC
TRANSFEROR: BP CAP. ENERGY EQUITY INTL. HLDGS. I, LP     RICHARDS KIBBE & ORBE LLP
600 WASHINGTON BOULEVARD                                 ONE WORLD FINANCIAL CENTER
ATTN: MATTHEW ROSENCRANS                                 ATTN: MANAGING CLERK
STAMFORD CT 06910                                        NEW YORK NY 10281-1003

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6557       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/12/2010                          Vito Genna, Clerk of Court

                                          /s/ Sidney Garabato
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 12, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  CREDIT SUISSE
     ATTN: ALLEN GAGE
     1 MADISON AVE
     NEW YORK NY 10010
     USA

CREDIT SUISSE
CRAVATH, SWAINE & MOORE LLP
ATTN: RICHARD LEVIN
WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK NY 10019

Please note that your claim # 55829 in the above referenced case and in the amount of
          $0.00        has been transferred **(unless previously expunged by court order)**

CREDIT SUISSE SECURITIES (USA) LLC
TRANSFEROR: CREDIT SUISSE AG (F/K/A REDIT SUISSE)
ELEVEN MADISON AVENUE
ATTN: TERRI LABARBERA
NEW YORK NY 10010

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6567        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/12/2010                        Vito Genna, Clerk of Court

                                        /s/ Sidney Garabato
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 12, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

          Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  BARCLAYS BANK PLC
     TRANSFEROR: PERRY PARTNERS INTERNATIONAL, INC
     745 Seventh Avenue
     New York NY 10019
     USA

Please note that your claim # 55217-01 in the above referenced case and in the amount of
     $23,100,979.97       has been transferred **(unless previously expunged by court order)**

KING STREET CAPITAL MASTER FUND, LTD.
TRANSFEROR: BARCLAYS BANK PLC
65 EAST 55TH STREET, 30TH FLOOR
NEW YORK NY 10022

KING STREET CAPITAL MASTER FUND, LTD.
ESBIN & ALTER, LLP
497 SOUTH MAIN STREET
ATTN: SCOTT L. ESBIN
NEW YORK NY 10956

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 6568    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/12/2010                    Vito Genna, Clerk of Court

                            /s/ Sidney Garabato
                            _____
                            By: Epiq Bankruptcy Solutions, LLC
                               as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 12, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

　　　　　　　　Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

> To:  BARCLAYS BANK PLC
>      TRANSFEROR: PERRY PARTNERS INTERNATIONAL, INC
>      745 Seventh Avenue
>      New York NY 10019
>      USA

Please note that your claim # 55217-02 in the above referenced case and in the amount of
　　　$1,607,459.11 　　　has been transferred **(unless previously expunged by court order)**

KING STREET CAPITAL MASTER FUND, LTD.
TRANSFEROR: BARCLAYS BANK PLC
65 EAST 55TH STREET, 30TH FLOOR
NEW YORK NY 10022

KING STREET CAPITAL MASTER FUND, LTD.
ESBIN & ALTER, LLP
497 SOUTH MAIN STREET
ATTN: SCOTT L. ESBIN
NEW YORK NY 10956

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

> UNITED STATES BANKRUPTCY COURT
> Southern District of New York
> One Bowling Green
> New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6569 　　　in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/12/2010                         Vito Genna, Clerk of Court

　　　　　　　　　　　　　　　　　　　　　/s/ Sidney Garabato
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　By: Epiq Bankruptcy Solutions, LLC
　　　　　　　　　　　　　　　　　　　　　　　as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 12, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                                    |    Chapter 11 Case No.
                                                         |
                                                         |    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,                   |
                                                         |    (Jointly Administered)
                    Debtors.                             |
                                                         |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

       To:   BARCLAYS BANK PLC
             TRANSFEROR: PERRY PARTNERS, L.P.
             745 Seventh Avenue
             New York NY 10019
             USA

Please note that your claim # 55218 in the above referenced case and in the amount of
        $8,057,866.31        has been transferred **(unless previously expunged by court order)**

KING STREET CAPITAL MASTER FUND, LTD.              KING STREET CAPITAL MASTER FUND, LTD.
TRANSFEROR: BARCLAYS BANK PLC                      ESBIN & ALTER, LLP
65 EAST 55TH STREET, 30TH FLOOR                    497 SOUTH MAIN STREET
NEW YORK NY 10022                                  ATTN: SCOTT L. ESBIN
                                                   NEW YORK NY 10956

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6570        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/12/2010                          Vito Genna, Clerk of Court

                                          /s/ Sidney Garabato
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 12, 2010.

In re                                                      Chapter 11 Case No.

                                                          08-13555 (JMP)

LEHMAN BROTHERS HOLDINGS INC., et al.,
                                                          (Jointly Administered)

                        Debtors.

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

> To:  BANC OF AMERICA SECURITIES LLC
>      TRANSFEROR: MERRILL LYNCH INTERNATIONAL
>      ONE BRYANT PARK
>      ATTN: JON BARNES
>      NEW YORK NY 10036

Please note that your claim # 43960-01 in the above referenced case and in the amount of
         $5,029,238.21       has been transferred **(unless previously expunged by court order)**

KING STREET CAPITAL MASTER FUND, LTD.                    KING STREET CAPITAL MASTER FUND, LTD.
TRANSFEROR: BANC OF AMERICA SECURITIES LLC               ESBIN & ALTER, LLP
65 EAST 55TH STREET, 30TH FLOOR                          497 SOUTH MAIN STREET
NEW YORK NY 10022                                        ATTN: SCOTT L. ESBIN
                                                         NEW YORK NY 10956

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

> UNITED STATES BANKRUPTCY COURT
> Southern District of New York
> One Bowling Green
> New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6571     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/12/2010                                         Vito Genna, Clerk of Court

                                                         /s/ Sidney Garabato
                                                         _____
                                                         By: Epiq Bankruptcy Solutions, LLC
                                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 12, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

                        Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  BANC OF AMERICA SECURITIES LLC
             TRANSFEROR: MERRILL LYNCH INTERNATIONAL
             ONE BRYANT PARK
             ATTN: JON BARNES
             NEW YORK NY 10036

Please note that your claim # 43960-02 in the above referenced case and in the amount of
        $2,104,433.01        has been transferred **(unless previously expunged by court order)**

        KING STREET CAPITAL MASTER FUND, LTD.                    KING STREET CAPITAL MASTER FUND, LTD.
        TRANSFEROR: BANC OF AMERICA SECURITIES LLC               ESBIN & ALTER, LLP
        65 EAST 55TH STREET, 30TH FLOOR                          497 SOUTH MAIN STREET
        NEW YORK NY 10022                                        ATTN: SCOTT L. ESBIN
                                                                 NEW YORK NY 10956

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6572     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/12/2010                        Vito Genna, Clerk of Court

                                        /s/ Sidney Garabato
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 12, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  NATIONAL BANK OF FUJAIRAH PSC
             ATTN: DERMONT WHELAN (HEAD OF CREDIT RISK)
             PO BOX 2979
             AL FUJAIRAH BUILDING KHALID BIN AL WALEED STREET
             DUBAI
             U.A.E.

Please note that your claim # 55159 in the above referenced case and in the amount of
        $2,917,597.40        has been transferred **(unless previously expunged by court order)**

             BARCLAYS BANK PLC
             TRANSFEROR: NATIONAL BANK OF FUJAIRAH PSC
             745 Seventh Avenue
             New York NY 10019
             USA

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6574      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/12/2010                        Vito Genna, Clerk of Court

                                        /s/ Sidney Garabato
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 12, 2010.

In re                                          | Chapter 11 Case No.
                                               |
                                               | 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,         |
                                               | (Jointly Administered)
                                               |
               Debtors.                        |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

          To:  INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH. (FUND AKM1)
               C/O DRRT
               ATTN: ALEXANDER REUS, P.A.
               100 SE 2ND STREET, SUITE 2610
               MIAMI FL 33131

Please note that your claim # 60989 in the above referenced case and in the amount of
          $141,750.00      has been transferred **(unless previously expunged by court order)**

               BARCLAYS BANK PLC
               TRANSFEROR: INTERNATIONALE
               KAPITALANLAGEGESELLSCHAFT MBH. (FUND AKM1)
               745 SEVENTH AVENUE
               New York NY 10019
               USA

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6575     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/12/2010                              Vito Genna, Clerk of Court

                                              /s/ Sidney Garabato
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

POR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 12, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

                    Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH. (FUND BORGIA)
             C/O DRRT
             ATTN: ALEXANDER REUS, P.A.
             100 SE 2ND STREET, SUITE 2610
             MIAMI FL 33131

Please note that your claim # 60987 in the above referenced case and in the amount of
        $708,750.00        has been transferred **(unless previously expunged by court order)**

             BARCLAYS BANK PLC
             TRANSFEROR: INTERNATIONALE
             KAPITALANLAGEGESELLSCHAFT MBH. (FUND BORGIA), C/O DRRT
             745 SEVENTH AVENUE
             New York NY 10019
             USA

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6576        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/12/2010                            Vito Genna, Clerk of Court

                                            /s/ Sidney Garabato
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 12, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

                    Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

       To:  INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH. (FUND BORGIA)
            C/O DRRT
            ATTN: ALEXANDER REUS, P.A.
            100 SE 2ND STREET, SUITE 2610
            MIAMI FL 33131

Please note that your claim # 60985 in the above referenced case and in the amount of
         $567,000.00        has been transferred **(unless previously expunged by court order)**

            BARCLAYS BANK PLC
            TRANSFEROR: INTERNATIONALE
            KAPITALANLAGEGESELLSCHAFT MBH. (FUND BORGIA), C/O DRRT
            745 SEVENTH AVENUE
            New York NY 10019
            USA

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6577      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/12/2010                          Vito Genna, Clerk of Court

                                          /s/ Sidney Garabato
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 12, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

                    Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  ANCHORAGE CROSSOVER CREDIT OFFSHORE MASTER FUND, LTD.
     C/O ANCHORAGE ADVISORS, L.L.C.
     ATTN: KATHRYN PRUESS
     610 BROADWAY, 6TH FLOOR
     NEW YORK NY 10012

ANCHORAGE CROSSOVER CREDIT OFFSHORE MASTER F
SIDLEY AUSTIN LLP
ATTN: LEE ATTANASIO
787 SEVENTH AVENUE
NEW YORK NY 10019

Please note that your claim # 20536 in the above referenced case and in the amount of
     $13,819,124.04      has been transferred **(unless previously expunged by court order)**

CBW LLC
TRANSFEROR: ANCHORAGE CROSSOVER CREDIT
CREDIT OFFSHORE MASTER FUND, LTD.
AMANDA GOEHRING
C/O ASHURST LLP
1 PENN PLAZA, 36TH FLOOR
NEW YORK NY 10119

CBW LLC
RICHARDS KIBBE & ORBE LLP
ONE WORLD FINANCIAL CENTER
ATTN: MANAGING CLERK
NEW YORK NY 10281-1003

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 6586     in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/12/2010

Vito Genna, Clerk of Court

/s/ Sidney Garabato
_____
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 12, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re | Chapter 11 Case No. |
| | |
| | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | |
| | (Jointly Administered) |
| Debtors. | |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: ANCHORAGE SHORT CREDIT OFFSHORE MASTER FUND, LTD.
C/O ANCHORAGE ADVISORS, L.C.C.
ATTN: KATHRYN PRUESS
610 BROADWAY, 6TH FLOOR
NEW YORK NY 10012

ANCHORAGE SHORT CREDIT OFFSHORE MASTER FUND,
SIDLEY AUSTIN LLP
ATTN: ALEX ROVIRA
787 SEVENTH AVENUE
NEW YORK NY 10019

Please note that your claim # 20537 in the above referenced case and in the amount of
$664,303.18        has been transferred **(unless previously expunged by court order)**

CBW LLC
TRANSFEROR: ANCHORAGE SHORT CREDIT OFFSHORE MASTER FUND, LTD.
AMANDA GOEHRING
C/O ASHURST LLP
1 PENN PLAZA, 36TH FLOOR
NEW YORK NY 10119

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6587      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/12/2010                                Vito Genna, Clerk of Court

                                               /s/ Sidney Garabato
                                               _____
                                               By: Epiq Bankruptcy Solutions, LLC
                                                   as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 12, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | | |
|---|---|---|
| In re | | Chapter 11 Case No. |
| | | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | | (Jointly Administered) |
| Debtors. | | |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  ANCHORAGE SHORT CREDIT OFFSHORE MASTER FUND, LTD.
     C/O ANCHORAGE ADVISORS, L.C.C.
     ATTN: KATHRYN PRUESS
     610 BROADWAY, 6TH FLOOR
     NEW YORK NY 10012

ANCHORAGE SHORT CREDIT OFFSHORE MASTER FUND,
SIDLEY AUSTIN LLP
ATTN: LEE ATTANASIO
787 SEVENTH AVENUE
NEW YORK NY 10019

Please note that your claim # 20540 in the above referenced case and in the amount of $664,303.18          has been transferred **(unless previously expunged by court order)**

CBW LLC
TRANSFEROR: ANCHORAGE SHORT CREDIT OFFSHORE MASTER FUND, LTD.
AMANDA GOEHRING
C/O ASHURST LLP
1 PENN PLAZA, 36TH FLOOR
NEW YORK NY 10119

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6588          in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/12/2010

Vito Genna, Clerk of Court

/s/ Sidney Garabato
_____
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 12, 2010.

**Exhibit "B"**

TIME: 17:30:26
DATE: 01/12/10

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE:     1

| Name | Address |
|---|---|
| ANCHORAGE CROSSOVER CREDIT OFFSHORE MASTERS FUND | SIDLEY AUSTIN LLP ATTN: ALEX ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| ANCHORAGE CROSSOVER CREDIT OFFSHORE MASTERS FUND | SIDLEY AUSTIN LLP ATTN: LEE ATTANASIO 787 SEVENTH AVENUE NEW YORK NY 10019 |
| ANCHORAGE CROSSOVER CREDIT OFFSHORE MASTERS FUND/ANCHORAGE | ADVISORS, L.L.C. ATTN: KATHRYN PRUESS 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| ANCHORAGE SHORT CREDIT OFFSHORE MASTER FUND | SIDLEY AUSTIN LLP ATTN: ALEX ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| ANCHORAGE SHORT CREDIT OFFSHORE MASTER FUND | SIDLEY AUSTIN LLP ATTN: LEE ATTANASIO 787 SEVENTH AVENUE NEW YORK NY 10019 |
| ANCHORAGE SHORT CREDIT OFFSHORE MASTER FUND/OL ANCHORAGE | ADVISORS, L.C.C. ATTN: KATHRYN PRUESS 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| BANC OF AMERICA SECURITIES LLC | TRANSFEROR: MERRILL LYNCH INTERNATIONAL ONE BRYANT PARK ATTN: JON BARNES NEW YORK NY 10036 |
| BARCLAYS BANK PLC | TRANSFEROR: INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH. (FUND AKM1) 745 SEVENTH AVENUE New York NY 10019 USA |
| BARCLAYS BANK PLC | TRANSFEROR: INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH. (FUND BORGIA), C/O DRRT 745 SEVENTH AVENUE New York NY 10019 USA |
| BARCLAYS BANK PLC | TRANSFEROR: NATIONAL BANK OF FUJAIRAH PSC 745 Seventh Avenue New York NY 10019 USA |
| BARCLAYS BANK PLC | TRANSFEROR: PERRY PARTNERS INTERNATIONAL, INC 745 Seventh Avenue New York NY 10019 USA |
| BARCLAYS BANK PLC | TRANSFEROR: PERRY PARTNERS, L.P. 745 Seventh Avenue New York NY 10019 USA |
| BP CAP. ENERGY EQUITY INTL. HLDGS. I, LP | C/O ROBERT D. ALBERGOTTI HAYNES & BOONE LLP 2323 VICTORY AVENUE, SUITE 700 DALLAS TX 75219 |
| BP CAPITAL ENERGY EQUITY FUND, L.P. | |
| BP CAPITAL ENERGY EQUITY FUND, L.P. | C/O ROBERT D. ALBERGOTTI HAYNES & BOONE LLP 2323 VICTORY AVENUE, SUITE 700 DALLAS TX 75219 |
| BP CAPITAL ENERGY EQUITY FUND, L.P. | C/O ROBERT D. ALBERGOTTI HAYNES & BOONE, L.L.P. 2323 VICTORY AVENUE, SUITE 700 DALLAS TX 75219 |
| BP CAPITAL ENERGY EQUITY FUND, L.P. | RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER ATTN: MANAGING CLERK NEW YORK NY 10281-1003 |
| CBW LLC | RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER ATTN: MANAGING CLERK NEW YORK NY 10281-1003 |
| CBW LLC | TRANSFEROR: ANCHORAGE CROSSOVER CREDIT CREDIT OFFSHORE MASTER FUND, LTD. AMANDA GOEHRING C/O ASHURST LLP 1 PENN PLAZA, 36TH FLOOR NEW Y |
| CBW LLC | TRANSFEROR: ANCHORAGE SHORT CREDIT OFFSHORE MASTER FUND, LTD. AMANDA GOEHRING C/O ASHURST LLP 1 PENN PLAZA, 36TH FLOOR NEW YORK NY 1011 |
| CREDIT SUISSE | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 USA |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE SECURITIES (USA) LLC | TRANSFEROR: CREDIT SUISSE AG (F/K/A REDIT SUISSE) ELEVEN MADISON AVENUE ATTN: TERRI LABARBERA NEW YORK NY 10010 |
| INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH DRRT (AKM1) | C/O DRRT ALEXANDER REUS, P.A. 100 SE 2ND STREET, SUITE 2610 MIAMI FL 33131 |
| INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH DRRT (BORGIA) | C/O DRRT ALEXANDER REUS, P.A. 100 SE 2ND STREET, SUITE 2610 MIAMI FL 33131 |
| KING STREET CAPITAL MASTER FUND, LTD. | ESBIN & ALTER, LLP 497 SOUTH MAIN STREET ATTN: SCOTT L. ESBIN NEW YORK NY 10956 |
| KING STREET CAPITAL MASTER FUND, LTD. | TRANSFEROR: BANC OF AMERICA SECURITIES LLC 65 EAST 55TH STREET, 30TH FLOOR NEW YORK NY 10022 |
| KING STREET CAPITAL MASTER FUND, LTD. | TRANSFEROR: BARCLAYS BANK PLC 65 EAST 55TH STREET, 30TH FLOOR NEW YORK NY 10022 |
| NATIONAL BANK OF FUJAIRAH PSC | ATTN: DERMONT WHELAN (HEAD OF CREDIT RISK) PO BOX 2979 AL FUJAIRAH BUILDING KHALID BIN AL WALEED STREET DUBAI   U.A.E. |
| THE ROYAL BANK OF SCOTLAND, PLC | RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER ATTN: MANAGING CLERK NEW YORK NY 10281-1003 |
| THE ROYAL BANK OF SCOTLAND, PLC | TRANSFEROR: BP CAP. ENERGY EQUITY INTL. HLDGS. I, LP 600 WASHINGTON BOULEVARD ATTN: MATTHEW ROSENCRANS STAMFORD CT 06910 |
| THE ROYAL BANK OF SCOTLAND, PLC | TRANSFEROR: BP CAPITAL ENERGY EQUITY FUND, L.P. 600 WASHINGTON BOULEVARD ATTN: MATTHEW ROSENCRANS STAMFORD CT 06910 |

Total Number of Records Printed        32

EPIQ BANKRUPTCY SOLUTIONS, LLC

# Exhibit "C"

WEIL, GOTSHAL & MANGES LLP
767 FIFTH AVENUE
NEW YORK, NEW YORK 10153
(ATTN: CHRISTOPHER A. STAUBLE)