**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | : | **08-13555 (JMP)** |
|  | : |  |
| Debtors. | : | **(Jointly Administered)** |
|  | : |  |

-----------------------------------------------------------------------x   **Ref. Docket Nos. 6589-6590, 6604-**
**6609, 6634, 6643, 6645-6646**

<div align="center">

**AFFIDAVIT OF SERVICE**

</div>

STATE OF NEW YORK     )
                        ) ss.:
COUNTY OF NEW YORK    )

SIDNEY GARABATO, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 13, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B".  I also caused to be served copies of the Personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                             /s/ Sidney Garabato
                                             Sidney Garabato

Sworn to before me this
15th day of January, 2010
/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**Exhibit "A"**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN, SACHS & CO.
     TRANSFEROR: SHINKIN CENTRAL BANK
     30 HUDSON STREET, 36TH FLOOR
     ATTN: ANDREW CADITZ
     JERSEY CITY NJ 07302

GOLDMAN, SACHS & CO.
MANAGING CLERK
RICHARDS KIBBE & ORBE LLP
ONE WORLD FINANCIAL CENTER
NEW YORK NY 10281-1003

Please note that your claim # 42201-02 in the above referenced case and in the amount of
     $28,405,478.13     has been transferred **(unless previously expunged by court order)**

MOUNT KELLETT MASTER FUND II, L.P.
TRANSFEROR: GOLDMAN, SACHS & CO.
623 FIFTH AVENUE, 18TH FLOOR
NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6589     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/13/2010

Vito Genna, Clerk of Court

/s/ Sidney Garabato
_____
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 13, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

> To: ANCHORAGE SHORT CREDIT OFFSHORE MASTER FUND, LTD.
> C/O ANCHORAGE ADVISORS, L.L.C.
> 610 BROADWAY, 6TH FLOOR
> ATTENTION: KATHRYN PRUESS
> NEW YORK NY 10012

Please note that your claim # 22215 in the above referenced case and in the amount of
$664,303.18       has been transferred **(unless previously expunged by court order)**

> CBW LLC
> TRANSFEROR: ANCHORAGE SHORT CREDIT OFFSHORE MASTER FUND, LTD.
> AMANDA GOEHRING
> C/O ASHURST LLP
> 1 PENN PLAZA, 36TH FLOOR
> NEW YORK NY 10119

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

> UNITED STATES BANKRUPTCY COURT
> Southern District of New York
> One Bowling Green
> New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6590      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/13/2010                              Vito Genna, Clerk of Court

                                              /s/ Sidney Garabato
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 13, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

                          Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  PARTNERSHIP LIFE ASSURANCE COMPANY LTD
             FAO THE COMPANY SECRETARY
             SACKVILLE HOUSE
             143-149 FENCHURCH STREET
             LONDON    EC3M 6BN
             UNITED KINGDOM

Please note that your claim # 40203 in the above referenced case and in the amount of
        $252,281.70        has been transferred **(unless previously expunged by court order)**

MORGAN STANLEY & CO. INTERNATIONAL PLC            MORGAN STANLEY & CO. INTERNATIONAL PLC
TRANSFEROR: PARTNERSHIP LIFE ASSURANCE COMPANY LTD    RICHARDS KIBB & ORBE L.L.P.
25, CABOT SQUARE                                  ONE WORLD FINANCIAL CENTER
CANARY WHARF                                       ATTN: MANAGING CLERK
LONDON    E14 4QA                                  NEW YORK NY 10281-1003
ENGLAND

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                          UNITED STATES BANKRUPTCY COURT
                          Southern District of New York
                          One Bowling Green
                          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6604        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/13/2010                          Vito Genna, Clerk of Court

                                          /s/ Sidney Garabato
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 13, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

            Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  AIRLIE OPPORTUNITY MASTER FUND LTD
         AIRLIE OPPORTUNITY MASTER FUND, LTD.
         C/O AIRLIE OPPORTUNITY CAPITAL MANAGEMENT, L.P.
         115 EAST PUTNAM AVENUE
         GREENWICH CT 06830

Please note that your claim # 12138 in the above referenced case and in the amount of
        $21,192,943.00        has been transferred **(unless previously expunged by court order)**

         DEUTSCHE BANK AG, LONDON BRANCH
         TRANSFEROR: AIRLIE OPPORTUNITY MASTER FUND LTD
         ATTN: JEFFREY OLINSKY
         60 WALL ST., 3RD FLOOR
         NEW YORK NY 10005

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6605        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/13/2010                          Vito Genna, Clerk of Court

                                          /s/ Sidney Garabato
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on   January 13, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re                                                    Chapter 11 Case No.

                                                         08-13555 (JMP)

LEHMAN BROTHERS HOLDINGS INC., et al.,
                                                         (Jointly Administered)

                        Debtors.


NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

          To:  AIRLIE OPPORTUNITY MASTER FUND, LTD
               115 EAST PUTNAM AVENUE
               GREENWICH CT 06830

Please note that your claim # 12139 in the above referenced case and in the amount of
          $21,192,943.00         has been transferred (unless previously expunged by court order)

               DEUTSCHE BANK AG, LONDON BRANCH
               TRANSFEROR: AIRLIE OPPORTUNITY MASTER FUND, LTD
               ATTN: JEFFREY OLINSKY
               60 WALL ST., 3RD FLOOR
               NEW YORK NY 10005

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6606      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/13/2010                              Vito Genna, Clerk of Court

                                              /s/ Sidney Garabato
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 13, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          Chapter 11 Case No.

                                               08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,
                                               (Jointly Administered)

              Debtors.

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

         To:   SPAREBANK 1 SR-BANK
               C/O CARL FREDRIK HJELLE
               BJERGSTED TERRASSE 1
               PO BOX 250
               STAVANGER    4066
               NORWAY

Please note that your claim # 62960 in the above referenced case and in the amount of
         $14,729,726.84        has been transferred **(unless previously expunged by court order)**

               DEUTSCHE BANK AG, LONDON BRANCH (UK)
               TRANSFEROR: SPAREBANK 1 SR-BANK
               ATTN: MICHAEL SUTTON / SIMON GLENNIE
               WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
               LONDON    EC2N 2DB
               UNITED KINGDON

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6607    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/13/2010                         Vito Genna, Clerk of Court

                                         /s/ Sidney Garabato
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 13, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                                    Chapter 11 Case No.

                                                         08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,
                                                         (Jointly Administered)

                    Debtors.

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   MERRILL LYNCH INTERNATIONAL                          MERRILL LYNCH INTERNATIONAL
              TRANSFEROR: IYO BANK, LTD., THE                      ONE BRYANT PARK
              MERRILL LYNCH FINANCIAL CENTRE                       NEW YORK NY 10036
              2, KING EDWARD STREET
              LONDON    EC1A 1HQ
              UNITED KINGDOM

Please note that your claim # 45557-01 in the above referenced case and in the amount of
        $19,011,525.93        has been transferred **(unless previously expunged by court order)**

              BANC OF AMERICA SECURITIES LLC
              TRANSFEROR: MERRILL LYNCH INTERNATIONAL
              214 N TRYON STREET, NC1-027-14-01
              ATTN: JON BARNES
              NEW YORK NY 10036

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6608      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/13/2010                        Vito Genna, Clerk of Court

                                        /s/ Sidney Garabato
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 13, 2010.

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
```

```
_____
                                |
In re                           |        Chapter 11 Case No.
                                |
                                |        08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al., |
                                |        (Jointly Administered)
                                |
              Debtors.          |
                                |
_____|
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
     To:  CREDIT SUISSE SECURITIES (USA) LLC
          TRANSFEROR: CREDIT SUISSE AG (F/K/A CREDIT SUISSE)
          ELEVEN MADISON AVENUE
          ATTN: TERRI LABARBERA
          NEW YORK NY 10010
```

Please note that your claim # 55829 in the above referenced case and in the amount of
$0.00        has been transferred **(unless previously expunged by court order)**

```
          MOUNT KELLET MASTER FUND II, L.P.
          TRANSFEROR: CREDIT SUISSE SECURITIES (USA) LLC
          623 FIFTH AVENUE, 18TH FLOOR
          NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6609       in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/13/2010                         Vito Genna, Clerk of Court

                                         /s/ Sidney Garabato
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 13, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  CONDUIT CAPITAL MARKETS LTD
         12-13 HENRIETTA STREET
         LONDON    W2CE 8LH
         UNITED KINGDOM

Please note that your claim # 55059 in the above referenced case and in the amount of
       $1,510,291.00       has been transferred **(unless previously expunged by court order)**

         JPMORGAN CHASE BANK, N.A.
         TRANSFEROR: CONDUIT CAPITAL MARKETS LTD
         4 NEW YORK PLAZA, 16TH FLOOR
         ATTN: JASON LEDDY, AUTHORIZED SIGNATORY
         New York NY 10004

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6634    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/13/2010                         Vito Genna, Clerk of Court

                                         /s/ Sidney Garabato
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 13, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

                Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  MORGAN STANLEY & CO INTERNATIONAL PLC
     25 CABOT SQUARE
     CANARY WHARF
     LONDON    E14 4QA
     UNITED KINGDOM

MORGAN STANLEY & CO INTERNATIONAL PLC
RICHARDS KIBBE & ORBE LLP
ATTN: MICHAEL FRIEDMAN, ESQ.
ONE WORLD FINANCIAL CENTER
NEW YORK NY 10281

Please note that your claim # 58701 in the above referenced case and in the amount of
     $44,154,860.88       has been transferred **(unless previously expunged by court order)**

KNIGHTHEAD MASTER FUND, LP
TRANSFEROR: MORGAN STANLEY
& CO INTERNATIONAL PLC
C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC
623 5TH AVE., 29TH FLOOR
NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6643       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/13/2010                         Vito Genna, Clerk of Court

                                         /s/ Sidney Garabato
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 13, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

          Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  CREDIT SUISSE ENERGY LLC
      ATTN: ALLEN GAGE
      1 MADISON AVENUE
      NEW YORK NY 10010

CREDIT SUISSE ENERGY LLC
CRAVATH, SWAINE & MOORE LLP
ATTN: RICHARD LEVIN
WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK NY 10019

Please note that your claim # 22815 in the above referenced case and in the amount of
    $71,622,924.27      has been transferred **(unless previously expunged by court order)**

      CREDIT SUISSE LOAN FUNDING LLC
      TRANSFEROR: CREDIT SUISSE ENERGY LLC
      ELEVEN MADISON AVENUE
      ATTN: PAUL GILMORE, ESQ.
      NEW YORK NY 10010

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

      UNITED STATES BANKRUPTCY COURT
      Southern District of New York
      One Bowling Green
      New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6645    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/13/2010               Vito Genna, Clerk of Court

                      /s/ Sidney Garabato

                      By: Epiq Bankruptcy Solutions, LLC
                           as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 13, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

                        Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  CREDIT SUISSE ENERGY LLC                          CREDIT SUISSE ENERGY LLC
             ATTN: ALLEN GAGE                                  CRAVATH, SWAINE & MOORE LLP
             1 MADISON AVE                                     ATTN: RICHARD LEVIN
             NEW YORK NY 10010                                 WORLDWIDE PLAZA
                                                               825 8TH AVE
                                                               NEW YORK NY 10019

Please note that your claim # 22828 in the above referenced case and in the amount of
        $71,622,924.27         has been transferred **(unless previously expunged by court order)**

             CREDIT SUISSE LOAN FUNDING LLC
             TRANSFEROR: CREDIT SUISSE ENERGY LLC
             ELEVEN MADISON AVENUE
             ATTN: PAUL GILMORE, ESQ.
             NEW YORK NY 10010

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6646     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/13/2010                        Vito Genna, Clerk of Court

                                        /s/ Sidney Garabato
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 13, 2010.

**Exhibit "B"**

TIME: 17:25:49
DATE: 01/13/10

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| AIRLIE OPPORTUNITY MASTER FUND LTD | AIRLIE OPPORTUNITY MASTER FUND, LTD. C/O AIRLIE OPPORTUNITY CAPITAL MANAGEMENT, L.P. 115 EAST PUTNAM AVENUE GREENWICH CT 06830 |
| AIRLIE OPPORTUNITY MASTER FUND, LTD | 115 EAST PUTNAM AVENUE GREENWICH CT 06830 |
| ANCHORAGE SHORT CREDIT OFFSHORE MASTER FUND/OL | ANCHORAGE ADVISORS, L.L.C. 610 BROADWAY, 6TH FLOOR ATTENTION: KATHRYN PRUESS NEW YORK NY 10012 |
| BANC OF AMERICA SECURITIES LLC | TRANSFEROR: MERRILL LYNCH INTERNATIONAL 214 N TRYON STREET, NC1-027-14-01 ATTN: JON BARNES NEW YORK NY 10036 |
| CBW LLC | TRANSFEROR: ANCHORAGE SHORT CREDIT OFFSHORE MASTER FUND, LTD. AMANDA GOEHRING C/O ASHURST LLP 1 PENN PLAZA, 36TH FLOOR NEW YORK NY 1011 |
| CONDUIT CAPITAL MARKETS LTD | 12-13 HENRIETTA STREET LONDON W2CE 8LH UNITED KINGDOM |
| CREDIT SUISSE ENERGY LLC | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE ENERGY LLC | ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE ENERGY LLC | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 8TH AVE NEW YORK NY 10019 |
| CREDIT SUISSE ENERGY LLC | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE LOAN FUNDING LLC | TRANSFEROR: CREDIT SUISSE ENERGY LLC ELEVEN MADISON AVENUE ATTN: PAUL GILMORE, ESQ. NEW YORK NY 10010 |
| CREDIT SUISSE SECURITIES (USA) LLC | TRANSFEROR: CREDIT SUISSE AG (F/K/A CREDIT SUISSE) ELEVEN MADISON AVENUE ATTN: TERRI LABARBERA NEW YORK NY 10010 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: AIRLIE OPPORTUNITY MASTER FUND LTD ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: AIRLIE OPPORTUNITY MASTER FUND, LTD ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: KFW (AKA KREDITANSTALT FUR WIEDERAUFBAU) ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNIT |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: SPAREBANK 1 SR-BANK ATTN: MICHAEL SUTTON / SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KI |
| GOLDMAN, SACHS & CO. | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: SHINKIN CENTRAL BANK 30 HUDSON STREET, 36TH FLOOR ATTN: ANDREW CADITZ JERSEY CITY NJ 07302 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: CONDUIT CAPITAL MARKETS LTD 4 NEW YORK PLAZA, 16TH FLOOR ATTN: JASON LEDDY, AUTHORIZED SIGNATORY New York NY 10004 |
| KNIGHTHEAD MASTER FUND, LP | TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC 623 5TH AVE., 29TH FLOOR NEW YORK NY 10022 |
| MERRILL LYNCH INTERNATIONAL | ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: IYO BANK, LTD., THE MERRILL LYNCH FINANCIAL CENTRE 2, KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM |
| MORGAN STANLEY & CO INTERNATIONAL PLC | 25 CABOT SQUARE CANARY WHARF LONDON E14 4QA UNITED KINGDOM |
| MORGAN STANLEY & CO INTERNATIONAL PLC | MORGAN STANLEY & CO INCORPORATED ATTN: DONNA SOUZA 1585 BROADWAY, 2ND FLOOR NEW YORK NY 10036 |
| MORGAN STANLEY & CO INTERNATIONAL PLC | RICHARDS KIBBE & ORBE LLP ATTN: MICHAEL FRIEDMAN, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | RICHARDS KIBB & ORBE L.L.P. ONE WORLD FINANCIAL CENTER ATTN: MANAGING CLERK NEW YORK NY 10281-1003 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | TRANSFEROR: PARTNERSHIP LIFE ASSURANCE COMPANY LTD 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA ENGLAND |
| MOUNT KELLET MASTER FUND II, L.P. | TRANSFEROR: CREDIT SUISSE SECURITIES (USA) LLC 623 FIFTH AVENUE, 18TH FLOOR NEW YORK NY 10022 |
| MOUNT KELLETT MASTER FUND II, L.P. | TRANSFEROR: GOLDMAN, SACHS & CO. 623 FIFTH AVENUE, 18TH FLOOR NEW YORK NY 10022 |
| PARTNERSHIP LIFE ASSURANCE COMPANY LTD | FAO THE COMPANY SECRETARY SACKVILLE HOUSE 143-149 FENCHURCH STREET LONDON EC3M 6BN UNITED KINGDOM |
| SPAREBANK 1 SR-BANK | C/O CARL FREDRIK HJELLE BJERGSTED TERRASSE 1 PO BOX 250 STAVANGER 4066 NORWAY |

Total Number of Records Printed

Exhibit "C"

WEIL, GOTSHAL & MANGES LLP
767 FIFTH AVENUE
NEW YORK, NEW YORK 10153
(ATTN: CHRISTOPHER A. STAUBLE)