**LOWENSTEIN SANDLER PC**
Michael S. Etkin, Esq.
S. Jason Teele, Esq.
1251 Avenue of the Americas, 18th Floor
New York, New York 10022

-- and --

65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500 (Telephone)
973.597.2400 (Facsimile)

*Bankruptcy Counsel to Lead Plaintiffs*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> LEHMAN BROTHERS HOLDINGS INC., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 08-13555 (JMP) <br><br> (Jointly Administered) |

**NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF LEAD PLAINTIFFS'
LIMITED OBJECTION TO STIPULATION AND ORDER BETWEEN
THE EXAMINER AND CREDIT SUISSE SECURITIES (USA) LLC**

   **PLEASE TAKE NOTICE** that Lead Plaintiffs hereby withdraw without prejudice their Limited Objection to Stipulation and Order Between the Examiner and Credit Suisse Securities (USA) LLC (Docket No. 6620).

              Respectfully submitted,

              **LOWENSTEIN SANDLER PC**

              By: /s/ *S. Jason Teele*
              Michael S. Etkin, Esq.
              S. Jason Teele, Esq.
              1251 Avenue of the Americas, 18th Floor
              New York, New York 10022

              -- and --

65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500 (Telephone)
973.597.2400 (Facsimile)

*Bankruptcy Counsel to Lead Plaintiffs*

-- and --

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Max W. Berger, Esq.
1285 Avenue of the Americas
New York, New York 10019
212.554.1400 (Telephone)
212.554.1444 (Facsimile)

-- and --

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
David R. Stickney, Esq.
12481 High Bluff Drive
Suite 300
San Diego, CA 92130
858.793.0070 (Telephone)
858.793.0323 (Facsimile)

-- and --

**BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP**
David Kessler, Esq.
John A. Kehoe, Esq.
Benjamin J. Hinerfeld, Esq.
280 King of Prussia Road
Radnor, PA 19087
610.667.7706 (Telephone)
610.667.7056 (Facsimile)

*Co-Lead Counsel in the Securities Litigation*

Dated: January 15, 2010
       New York, New York