**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re:                                                                     :    Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC., *et al.,*    :    Case No. 08-13555 (JMP)
:
                Debtors.                               :    (Jointly Administered)
:
---------------------------------------------------------------x
---------------------------------------------------------------x
:
In re:                                                                     :    SIPA Proceeding
:
LEHMAN BROTHERS INC.,                                :    Case No. 08-01420 (JMP)
:
                Debtor.                                 :
:
---------------------------------------------------------------x

**STIPULATION AND ORDER BETWEEN THE DEBTORS, TRUSTEE, COMMITTEE AND BARCLAYS CAPITAL INC., AMENDING THE OCTOBER 27, 2009 SCHEDULING ORDER TO ALLOW BARCLAYS TO FILE A SINGLE CONSOLIDATED OPPOSITION TO THE RULE 60 MOTIONS AND THE TRUSTEE'S <u>ARGUMENTS REGARDING THE UNDELIVERED ASSETS</u>**

WHEREAS, the following motions have been filed with the Court seeking, *inter alia*, modifications of (i) the Court's Order Under 11 U.S.C. §§ 105(a), 363, and 365 and Federal Rules of Bankruptcy Procedure 2002, 6004 and 6006 Authorizing and Approving (A) the Sale of Purchased Assets Free and Clear of Liens and Other Interests and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases, dated September 20, 2008, or (ii) the Court's Order Approving, and Incorporating by Reference for Purposes of this Proceeding, an Order Authorizing the Sale of Purchased Assets and Other Relief in the Lehman Brothers Holdings Inc. Chapter 11 Proceeding; or both such Orders (individually or collectively, the "Sale Order"):

(1)  Debtor's Motion for An Order, Pursuant to Fed. R. Civ. P. 60 and Fed. R. Bankr. 9024, Modifying the September 20, 2008 Sale Order and Granting Other Relief, dated September 15, 2009 ("LBHI's Motion");

(2)  The Trustee's Motion for Relief Pursuant to the Sale Order or, Alternatively, for Certain Limited Relief Under Rule 60(b), dated September 15, 2009 ("Trustee's Motion"); and

(3)  Motion of Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al., Pursuant to 11 U.S.C. §§ 105(a), Fed. R. Civ. P. 60(b), and Fed. R. Bankr. P. 9024, For Relief From Order Under 11 U.S.C. §§ 105(a), 363 and 365 and Federal Rule of Bankruptcy Procedure 2002, 6004 and 6006 Authorizing and Approving (A) Sale of Purchased Assets Free and Clear of Liens and Other Interests and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases, dated September 20, 2008 (and Related SIPA Sale Order) and Joinder In Debtor's and SIPA Trustee's Motions for an Order Under Rule 60(b) to Modify Sale Order ("Committee's Motion");

(4)  Motion of Lehman Brothers Holdings Inc., Pursuant to Fed. R. Civ. P. 60 and Fed. R. Bankr. P. 9024, Modifying The SIPA Sale Order and Joinder in Official Committee of Unsecured Creditors' Motion for Relief From SIPA Sale Order ("LBHI's Joinder"); and

(5)  The Trustee's Motion to Join in Debtors' Motion for an Order Pursuant to Fed. R. Civ. P. 60 and Fed. R. Bankr. 9024, Modifying the September 20, 2009 Sale Order and Granting Other Relief ("LBI's Joinder," and collectively with the above-referenced motions, the "Rule 60 Motions").

WHEREAS, a Scheduling Order concerning Certain Motions Filed by LBHI, SIPA Trustee and Creditors Committee was "so ordered" by the Court and entered on October 27, 2009 (LBHI Dovket No. 5636, LBI Docket No. 1989) (the "October 27, 2009 Scheduling Order");

WHEREAS, the first sentence of paragraph 8 of the October 27, 2009 Scheduling Order states that "By January 29, 2010, Barclays shall serve two oppositions: (i) a single consolidated opposition to the Rule 60 Motions other than the Trustee's arguments regarding interpretation of the Sale Order and the Purchase Agreement relating to the Undelivered Assets; and (b) an opposition to all arguments made by the Trustee regarding interpretation of the Sale Order and the Purchase Agreement relating to the Undelivered Assets."; and

WHEREAS, counsel for Barclays Capital Inc. ("Barclays"), Lehman Brothers Holdings Inc. ("LBHI"), James W. Giddens, as Trustee for the SIPA liquidation of Lehman

Brothers Inc. (the "Trustee"), and the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al. ("Creditors Committee") have agreed that, rather than serve two oppositions, Barclays may serve a single consolidated opposition to the Rule 60 Motions and all arguments made by the Trustee regarding interpretation of the Sale Order and the Purchase Agreement relating to the Undelivered Assets;

NOW, THEREFORE, IT IS HEREBY STIPULATED, AGREED, AND UPON COURT APPROVAL HEREOF, IT IS ORDERED THAT:

1. The first sentence of the October 27, 2009 Scheduling Order is hereby amended to state as follows: "By January 29, 2010, Barclays shall serve a single consolidated opposition to the Rule 60 Motions and to all arguments made by the Trustee regarding interpretation of the Sale Order and the Purchase Agreement relating to the Undelivered Assets."

Dated: New York, New York
January 14, 2009

By: _s/Hamish P.M. Hume_____
    Jonathan D. Schiller
    Hamish P.M. Hume
    Jack G. Stern
BOIES, SCHILLER & FLEXNER LLP
    575 Lexington Avenue
    New York, NY 10022
    (212) 446-2300

Attorneys for Barclays Capital Inc.

By: _s/James Tecce_____
    James Tecce
    Erica Taggart
QUINN EMANUEL URQUHART OLIVER
& HEDGES, LLP
    51 Madison Avenue
    New York, NY 10010
    (212) 849-7000

Special Counsel to the Official Committee
of Unsecured Creditors of Lehman
Brothers Holdings, Inc., et al.

By: _s/Robert W. Gaffey_____
    Robert W. Gaffey
    William J. Hine
JONES DAY
    222 East 41st Street
    New York, NY 10017

By: _s/William R. Maguire_____
    William R. Maguire
    Seth D. Rothman
    Neil J. Oxford
HUGHES HUBBARD & REED LLP
    One Battery Park Plaza

(212) 326-3939

Special Counsel to Debtors and Debtors in Possession

New York, New York 10004
(212) 837-6000

Attorneys for James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**SO ORDERED:**

Dated: New York, New York
      January 15, 2010

*s/ James M. Peck*
UNITED STATES BANKRUPTCY JUDGE