UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                        :

In re                      :      Chapter 11

LEHMAN BROTHERS HOLDINGS INC.  :      Case No. 08-13555 (JMP)
                      :
                      :      Jointly Administered
            Debtor     :
------------------------------------------------------------x

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

| Merrill Lynch Credit Products, LLC | Genfina SCRL |
|:---:|:---:|
| Name of Transferee | Name of Transferor |

| Proof of Claim Amount | Proof of Claim No. |
|:---:|:---:|
| $228,880,046.91 | 3584 |

You are hereby requested to make all future payments and distributions, and to give all notices
and other communications, in respect of the Claim to the Transferee at the address below.

TRANSFEREE:  Merrill Lynch Credit Products, LLC
Address:        c/o Bank of America Merrill Lynch
              Bank of America Tower, 3rd Floor
              One Bryant Park
              New York, NY 10036
              Attention: Gary Cohen, Ronald Torok

I declare under penalty of perjury that the information provided in this evidence and notice is
true and correct to the best of my knowledge and belief.

**Merrill Lynch Credit Products, LLC**

By: _____      Date: December 8, 2009
Name: Ronald Torok
Title: Vice President

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

12812002.2

## EVIDENCE OF TRANSFER OF CLAIM

TO:  Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: GENFINA SCRL

    GENFINA SCRL, a private limited company organized under the laws of Belgium, with offices located at 1 Place du Trône, B- 1000 Brussels ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Merrill Lynch Credit Products, LLC, its successor and assigns, with offices located at c/o Bank of America Merrill Lynch, Bank of America Tower, 3rd Floor, One Bryant Park, New York, NY 10036 ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $228,880,046.91, docketed as Claim No. 3584 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (Jointly Administered).

    Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional sale and assignment and Buyer herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

    IN WITNESS WHEREOF, dated as of the 8th day of December, 2009.

WITNESS:

(Signature)

Name: Philip RENARD
Title:
(Print name and title of witness)

GENFINA SCRL

By:
(Signature of authorized corporate officer)

Name: Benoit MIGNARD
Title:
Tel.:

MERRILL LYNCH CREDIT PRODUCTS, LLC

WITNESS:

(Signature)

Name: Jeff Benesh
Title:
(Print name and title of witness)

By:
(Signature of authorized corporate officer)

Name: Ronald Torok
Title:
Tel.:

UK-2297171-v1A

66-40394034