## CLAIM NOTICE

UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK
In re:
Ch-11 LEHMAN BROTHERS HOLDINGS INC.
Debtor
Case No. 08-13555
Chapter 11

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of **COLLINS STEWART (CI) LTD** ("Seller") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:
Proof of Claim No. 42676 in relation to £1,350,000 of Index Linked Redemption Notes due 18th February 2010, Series 9828 under the U.S. $100,000,000,000 Euro Medium-Term Note Program (ISIN XS0346073207 issued by Lehman Brothers Treasury Co. B.V. ("LBTCo") and guaranteed by LBHI,
have been transferred and assigned to Nomura International Plc, 25 Bank Street London, E14 5LS, United Kingdom ("Buyer"). The signature of Seller on this document is evidence of the transfer of the claims and all rights thereto. Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Buyer.

**BUYER:**
Nomura International Plc
25 Bank Street London, E14 5LS, United Kingdom

Signature  : *[signature]*
Name       : PETER DUGNAS
Title      : MANAGING DIRECTOR
Date       : 19 Jan 2010


**SELLER:**
Collins Stewart (CI) Ltd
Anglo International House, Bank Hill, Douglas, ISLE OF MAN

Signature  : M. D. Buckholt
Name       : MAUREEN BUCKHOLT
Title      : 'A' AUTHORISED SIGNATORY
Date       : 19-1-10

*[signature]*
ELIZABETH DODD
'A' AUTHORISED SIGNATORY.

EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO:
Collins Stewart (CI) Ltd, with offices located at Anglo International House, Bank Hill, Douglas, Isle of Man, United Kingdom ("Seller"), pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Nomura International plc, its successors and assigns, with offices located at 25 Bank Street, London E14 5LS, United Kingdom ("Buyer"), all right, title and interest in and to the claims of Seller against Lehman Brothers Holdings, Inc. and its affiliates docketed as Claim Nos. **42676** (the "Claims") in the United States Bankruptcy Court for Southern District of New York.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 19th January 2010.

WITNESS:                                              SELLER

_____                               By: M. D. Buckholt
(Signature)                                           Name: 'A' AUTHORISED SIGNATORY
Name: ELIZABETH DODD                                  Title: MAUREEN BUCKHOLT
Title: 'A' AUTHORISED SIGNATORY