```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
                                           :
In re: Lehman Brothers Holdings, Inc.,     :
                                           :
                Debtor.                    :
                                           :   09 Cv. 10243 (BSJ)
                                           :      Order
                                           :
------------------------------------------x
```

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

Upon notice of William Kuntz III received by the U.S. Bankruptcy Court on December 28, 2009, and this Court on January, 11, 2010, the Appellant has withdrawn the above-captioned bankruptcy appeal.  The Clerk of the Court is directed to close the case.

SO ORDERED:

_____
**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

Dated:     New York, New York
           January 18, 2010

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/19/10

1