MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Lorenzo Marinuzzi

*Attorneys for Nippon Life Insurance Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
:
In re:                                                     :
:    Chapter 11
Lehman Brothers Holdings, Inc.                             :
:    Case No. 08-13555 (JMP)
:
Debtor.              :
---------------------------------------------------------- x

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 12628**

PLEASE TAKE NOTICE that Nippon Life Insurance Company, through its undersigned counsel, hereby withdraws Proof of Claim No. 12628 in the amount of $76,105,244.23 filed in the above matter on September 14, 2009, and requests that the official claims registry maintained by Epiq Bankruptcy Solutions LLC for the above-referenced debtor be updated accordingly.

Dated: January 20, 2010
       New York, New York

                                        Respectfully Submitted,

                                        */s/ Lorenzo Marinuzzi*
                                        Lorenzo Marinuzzi
                                        MORRISON & FOERSTER LLP
                                        1290 Avenue of the Americas
                                        New York, New York 10104
                                        Telephone: (212) 468-8000
                                        Facsimile: (212) 468-7900

ny-907205