IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>LEHMAN BROTHERS HOLDINGS INC., ET AL.,<br><br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

WITHDRAWAL OF CLAIM OF
ENERGY INCOME AND GROWTH FUND IN CASE NO. 08-13555, *IN RE: LEHMAN
BROTHERS HOLDINGS INC. ET AL.*, PENDING IN THE UNITED STATES BANKRUPTCY
COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc.<br>08-13555 (JMP) |
| Creditor Name and Address | Energy Income and Growth Fund<br>120 East Liberty Drive, Suite 400<br>Wheaton, Illinois 60187<br>Attn: Pamela Cocalas Wirt<br>e-mail: pwirt@ftportfolios.com |
| Court Claim Number (if known): | 34307 |
| Date Claim Filed | 09/21/2009 |
| Total Amount of Claim Filed | $20,400 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 1/20/2010

*[signature]*
Print Name: Erin E Chapman
Title (if applicable) Asst. Secretary

2750415.01.02.doc