## CERTIFICATE OF SERVICE

      I, James Heiser, an attorney, hereby certify that on the 20th day of January 2010, I caused a true and correct copy of the foregoing **Withdrawal of Claim of Energy Income and Growth Fund, in Case No. 08-13555,** *In re: Lehman Brothers Holdings Inc., et al.,* **Pending in the United States Bankruptcy Court for the Southern District of New York**, to be served electronically through the Court's ECF System on parties requesting electronic service and by U.S. Mail, First Class, Postage Prepaid, on the parties shown below.

| | |
|---|---|
| Honorable James M. Peck<br>United States Bankruptcy Court for the<br>   Southern District of New York<br>Courtroom 601<br>One Bowling Green<br>New York, NY  10004 | Richard P. Krasnow, Esq.<br>Lori R. Fife, Esq.<br>Shai Y. Waisman, Esq.<br>Jacqueline Marcus, Esq.<br>Harvey R. Miller<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153 |
| Andy Velez-Rivera<br>Paul Schwartzberg<br>Brian Masumoto<br>Linda Riffkin<br>Tracy Hope Davis<br>Office of the United States Trustee for the<br>   Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, NY  10004 | Dennis F. Dunne, Esq.<br>Dennis O'Donnell, Esq.<br>Evan Fleck, Esq.<br>Luc A. Despins<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY  10005 |
| Lindsee P. Granfield, Esq.<br>Lisa Schweiger, Esq.<br>Cleary Gotliebb LLP<br>One Liberty Plaza<br>New York, NY  10006 | Robinson B. Lacy, Esq.<br>Hydee R. Feldstein, Esq.<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY  10004 |
| Bradford M. Berry<br>Office of General Counsel Commodity<br>Futures Trading Commission<br>1155 21st Street, NW<br>Washington, DC  20581 | Chicago Mercantile Exchange<br>20 South Wacker Drive<br>Chicago, IL  20581 |
| James Kobak<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY  10004 | Ronald J. Silverman<br>Bingham McCutchen, LLP<br>399 Park Avenue<br>New York, NY  10022-4689 |

2751357.01.01.doc

Kenneth J. Caputo
805 Fifteenth Street, NW
Washington DC  20005-2207

Epiq Bankruptcy Solutions, LLC
Claims Agent
(f/k/a Bankruptcy Services LLC)
757 Third Avenue, 3rd Floor
New York, NY  10017

George A. Davis
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY  10281

Eric H. Horn
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  0068

Alan E. Marder
Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
PO Box 9194
Garden City, NY  11530

James Shenwick
Shenwick & Associates
655 Third Avenue
20th Floor
New York, NY  10017

Scott Talmadge
Kaye Scholer, LLP
425 Park Avenue
New York, NY  10022

Lehman Brothers Holdings Inc.
745 Seventh Avenue
New York, NY  10019

Paul Arozon
Milbank, Tweed, Hadley & McCloy
601 S. Figueroa Street, 30th Floor
Los Angeles, CA  90017

Security and Exchange Commission
Attention:  Bankruptcy Department
7 World Trade Center, 13th Floor
New York, NY  10007

Internal Revenue Service
Attention:  Bankruptcy Department
120 Church Street, 3rd Floor
New York, NY  10008

United States Attorney
One St. Andrew's Plaza
New York, NY  10007

/s/ James Heiser
_____
James Heiser