WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller

Attorneys for Debtors
and Debtors in Possession

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------x
                                              :
**In re**                                     :    **Chapter 11 Case No.**
                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :    **08-13555 (JMP)**
                                              :
            Debtors.                          :    **(Jointly Administered)**
                                              :
--------------------------------------------------------------------x
                                              :
**In re**                                     :
                                              :    **Case No.**
**LEHMAN BROTHERS INC.,**                     :
                                              :    **08-01420 (JMP) (SIPA)**
            Debtor.                           :
                                              :
--------------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON JANUARY 21, 2010 AT 2:00 P.M.**

US_ACTIVE:\43280419\03\58399.0003

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

### I.   CONTESTED MATTERS:

**A.   Lehman Brothers Holdings Inc.**

1. Motion of Merrill Lynch International for Relief from the Automatic Stay **[Docket No. 5958]**

    Response Deadline:   December 13, 2009 at 4:00 p.m.

    Responses Received:

        A.   Debtors' Objection **[Docket No. 6121]**

        B.   Joinder of Official Committee of Unsecured Creditors In Debtors' Objection **[Docket No. 6138]**

    Related Documents:

        C.   The Trustees for Lehman Brothers Treasury Co. B.V.'s Statement **[Docket No. 6161]**

        D.   Reply of Merrill Lynch International **[Docket No. 6213]**

    Status: This matter is going forward as a status conference.

2. Motion of California Public Employees Retirement System for Relief from the Automatic Stay **[Docket No. 4963]**

    Response Deadline:   November 24, 2009 at 12:00 p.m.

    Responses Received:

        A.   Debtors' Objection **[Docket No. 5920]**

        B.   Joinder of Official Committee of Unsecured Creditors in Debtors' Objection **[Docket No. 5944]**

    Related Documents:

        C.   Reply of California Public Employees Retirement System **[Docket No. 6359]**

Status: This matter is going forward.

**B.     Adversary Proceedings**

3.     Cynthia Swabsin, et al. v. Lehman Brothers Holdings Inc. **[Case No. 09-01482]**

**Pre-Trial Conference and Motion to Dismiss**

Related Documents:

    A.     Adversary Complaint **[Docket No. 1]**

    B.     Motion of Lehman Brothers Holdings Inc. to Dismiss Adversary Proceeding **[Docket No. 6]**

    C.     Plaintiff's Opposition to Motion to Dismiss **[Docket No. 8]**

    D.     Defendant's Reply **[Docket No. 10]**

Status: This matter is going forward.

**SECURITIES INVESTOR PROTECTION CORPORATION PROCEEDINGS:**

**II.     ADJOURNED MATTERS:**

**A.     Lehman Brothers Inc.**

4.     California Public Employees Retirement Systems' Motion for Relief from the Automatic Stay to Effect Setoff against LBI Funds Currently Held by Securities Finance Trust Company **[Docket No. 1592]**

Responses Received:

    A.     Trustee's Response in Opposition to the Motion **[Docket No. 2098]**

Related Documents:

    B.     Notices of Adjournment **[Docket Nos. 1636, 1995, 2535]**

   C. Exhibits to Trustee's Response in Opposition to the Motion **[Docket No. 2101]**

   D. California Public Employees Retirement Systems' Reply to the Trustee's Response in Opposition to the Motion **[Docket No. 2414]**

<u>Status</u>: This matter has been adjourned to March 11, 2010 at 2:00 p.m.

Dated: January 20, 2010
   New York, New York

            /s/ Harvey R. Miller
            Harvey R. Miller

            WEIL, GOTSHAL & MANGES LLP
            767 Fifth Avenue
            New York, New York 10153
            Telephone: (212) 310-8000
            Facsimile: (212) 310-8007

            Attorneys for Debtors
            and Debtors in Possession


Dated: January 20, 2010
   New York, New York

            /s/ Jeffrey S. Margolin
            James B. Kobak, Jr.
            Jeffrey S. Margolin

            HUGHES HUBBARD & REED LLP
            One Battery Park Plaza
            New York, New York 10004
            Telephone: (212) 837-6000
            Facsimile: (212) 422-4726

            Attorneys for James W. Giddens, Trustee for
            the SIPA Liquidation of Lehman Brothers Inc.