Barbara Peonio
432 E. Elgin St.
Gilbert, AZ 85295
480-325-1742
Email: bkpeonio@yahoo.com

The Honorable James M. Peck
United States Bankruptcy Judge
Southern District of New York
One Bowling Green; Courtroom 601
New York, NY 10004-1408

December 30, 2009

Subject: Lehman Brothers Holdings Inc. Bankruptcy, United States Bankruptcy Court for the Southern District of New York, Case #08-13555

Dear Judge Peck:

I previously wrote you in October 2009 concerning my $50,000 worth of Reverse Convertibles linked to Schering-Plough stock that matured and I was to receive the common stock Saturday, September 14, 2008. before Lehman Brothers Holdings Inc. declared bankruptcy. This issue is the only position that matured prior to the bankruptcy. My stock was not to be swept into the senior unsecured debt holders. I am not requesting any monetary award. I am simply requesting my common shares in Schering-Plough which I am entitled to receive.

I purchased these Reverse Convertibles linked to Schering-Plough (SGP) from Stockcross Financial Services which were held in Stockcross and issued by Lehman Brothers Holdings Inc. Cusip number on this transaction is 5249087A2.

I am looking to you for assistance because I have received absolutely no response to my inquiries from Lehman Brothers Holdings or anyone acting in their behalf.

Thank you for your assistance.

Sincerely,

Barbara K. Peonio