**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
:
In re                                                    :    Chapter 11 Case No.
                                                         :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,             :    08-13555 (JMP)
                                                         :
                        Debtors.                         :    (Jointly Administered)
                                                         :
----------------------------------------------------------------x    Ref. Docket Nos. 6667-6680

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 15, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

 

                      /s/ Paul Belobritsky
Sworn to before me this             Paul Belobritsky
18th day of January, 2010

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

# EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: EVERGREEN INCOME ADVANTAGE FUND
C/O EVERGREEN INVESTMENT MANAGEMENT COMPANY LLC
ATTN: CATHY KENNEDY
200 BERKLEY STREET
BOSTON MA 02166

EVERGREEN INCOME ADVANTAGE FUND
CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: DAVID AMAN, ESQ.
ONE LIBERTY PLAZA
NEW YORK NY 10006

Please note that your claim # 29836 in the above referenced case and in the amount of
$176,959.08        has been transferred **(unless previously expunged by court order)**

GOLDMAN SACHS LENDING PARTNERS LLC
TRANSFEROR: EVERGREEN INCOME ADVANTAGE FUND
c/o Goldman, Sachs & Co. Attn: A. Caditz
30 Hudson Street, 36th Floor
Jersey City NJ 07302

GOLDMAN SACHS LENDING PARTNERS LLC
MANAGING CLERK
RICHARDS KIBBE & ORBE LLP
ONE WORLD FINANCIAL CENTER
NEW YORK NY 10281-1003

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 6667       in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/15/2010                          Vito Genna, Clerk of Court

                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

        Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  EVERGREEN INCOME ADVANTAGE FUND
         C/O EVERGREEN INVESTMENT MANAGEMENT COMPANY LLC
         ATTN: CATHY KENNEDY
         200 BERKLEY STREET
         BOSTON MA 02166

EVERGREEN INCOME ADVANTAGE FUND
CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: DAVID AMAN, ESQ.
ONE LIBERTY PLAZA
NEW YORK NY 10006

Please note that your claim # 29837 in the above referenced case and in the amount of
      $176,959.08      has been transferred **(unless previously expunged by court order)**

        GOLDMAN SACHS LENDING PARTNERS LLC
        TRANSFEROR: EVERGREEN INCOME ADVANTAGE FUND
        c/o Goldman, Sachs & Co. Attn: A. Caditz
        30 Hudson Street, 36th Floor
        Jersey City NJ 07302

GOLDMAN SACHS LENDING PARTNERS LLC
MANAGING CLERK
RICHARDS KIBBE & ORBE LLP
ONE WORLD FINANCIAL CENTER
NEW YORK NY 10281-1003

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6668     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/15/2010

Vito Genna, Clerk of Court

/s/ Paul Belobritsky
_____
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

        Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  EVERGREEN INTERMEDIATE BOND TRUST                 EVERGREEN INTERMEDIATE BOND TRUST
     C/O EVERGREEN INVESTMENT MANAGEMENT COMPANY LLC   CLEARY GOTTLIEB STEEN & HAMILTON LLP
     ATTN: CATHY KENNEDY                               ATTN: DAVID AMAN, ESQ.
     200 BERKLEY STREET                                ONE LIBERTY PLAZA
     BOSTON MA 02116                                   NEW YORK NY 10006
```

Please note that your claim # 29838 in the above referenced case and in the amount of
      $224,142.49      has been transferred **(unless previously expunged by court order)**

```
     GOLDMAN SACHS LENDING PARTNERS LLC                GOLDMAN SACHS LENDING PARTNERS LLC
     TRANSFEROR: EVERGREEN INTERMEDIATE BOND TRUST     MANAGING CLERK
     c/o Goldman, Sachs & Co. Attn: A. Caditz          RICHARDS KIBBE & ORBE LLP
     30 Hudson Street, 36th Floor                      ONE WORLD FINANCIAL CENTER
     Jersey City NJ 07302                              NEW YORK NY 10281-1003
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                  UNITED STATES BANKRUPTCY COURT
                  Southern District of New York
                  One Bowling Green
                  New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 6669     in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/15/2010                            Vito Genna, Clerk of Court

                                        /s/ Paul Belobritsky
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on January 15, 2010.

```
In re                                        | Chapter 11 Case No.
                                             |
LEHMAN BROTHERS HOLDINGS INC., et al.,       | 08-13555 (JMP)
                                             |
                                             | (Jointly Administered)
              Debtors.                       |
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   EVERGREEN INTERMEDIATE BOND TRUST                    EVERGREEN INTERMEDIATE BOND TRUST
      C/O EVERGREEN INVESTMENT MANAGEMENT COMPANY LLC      CLEARY GOTTLIEB STEEN & HAMILTON LLP
      ATTN: CATHY KENNEDY                                  ATTN: DAVID AMAN, ESQ.
      200 BERKLEY STREET                                   ONE LIBERTY PLAZA
      BOSTON MA 02116                                      NEW YORK NY 10006
```

Please note that your claim # 29839 in the above referenced case and in the amount of
          $224,142.49          has been transferred **(unless previously expunged by court order)**

```
      GOLDMAN SACHS LENDING PARTNERS LLC                   GOLDMAN SACHS LENDING PARTNERS LLC
      TRANSFEROR: EVERGREEN INTERMEDIATE BOND TRUST        MANAGING CLERK
      c/o Goldman, Sachs & Co. Attn: A. Caditz             RICHARDS KIBBE & ORBE LLP
      30 Hudson Street, 36th Floor                         ONE WORLD FINANCIAL CENTER
      Jersey City NJ 07302                                 NEW YORK NY 10281-1003
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 6670    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/15/2010                              Vito Genna, Clerk of Court

                                              /s/ Paul Belobritsky
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on January 15, 2010.

```
In re                                          |  Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         |  08-13555 (JMP)
                                               |
                                               |  (Jointly Administered)
                Debtors.                       |
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  EVERGREEN LONG DURATION TRUST                          EVERGREEN LONG DURATION TRUST
         C/O EVERGREEN INVESTMENT MANAGEMENT COMPANY LLC        CLEARY GOTTLIEB STEEN & HAMILTON LLP
         ATTN: CATHY KENNEDY                                    ATTN: DAVID AMAN, ESQ.
         200 BERKLEY STREET                                     ONE LIBERTY PLAZA
         BOSTON MA 02116                                        NEW YORK NY 10006
```

Please note that your claim # 29840 in the above referenced case and in the amount of
        $817,328.40        has been transferred **(unless previously expunged by court order)**

```
         GOLDMAN SACHS LENDING PARTNERS LLC                     GOLDMAN SACHS LENDING PARTNERS LLC
         TRANSFEROR: EVERGREEN LONG DURATION TRUST              MANAGING CLERK
         c/o Goldman, Sachs & Co. Attn: A. Caditz               RICHARDS KIBBE & ORBE LLP
         30 Hudson Street, 36th Floor                           ONE WORLD FINANCIAL CENTER
         Jersey City NJ 07302                                   NEW YORK NY 10281-1003
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                          UNITED STATES BANKRUPTCY COURT
                          Southern District of New York
                          One Bowling Green
                          New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 6671    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/15/2010                              Vito Genna, Clerk of Court


                                              /s/ Paul Belobritsky
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2010.

```
In re                                              |  Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,             |  08-13555 (JMP)
                                                   |
                                                   |  (Jointly Administered)
             Debtors.                              |
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  EVERGREEN LONG DURATION TRUST                    EVERGREEN LONG DURATION TRUST
         C/O EVERGREEN INVESTMENT MANAGEMENT COMPANY LLC  CLEARY GOTTLIEB STEEN & HAMILTON LLP
         ATTN: CATHY KENNEDY                              ATTN: DAVID AMAN, ESQ.
         200 BERKLEY STREET                               ONE LIBERTY PLAZA
         BOSTON MA 02116                                  NEW YORK NY 10006
```

Please note that your claim # 29841 in the above referenced case and in the amount of
         $817,328.40         has been transferred **(unless previously expunged by court order)**

```
         GOLDMAN SACHS LENDING PARTNERS LLC               GOLDMAN SACHS LENDING PARTNERS LLC
         TRANSFEROR: EVERGREEN LONG DURATION TRUST        MANAGING CLERK
         c/o Goldman, Sachs & Co. Attn: A. Caditz         RICHARDS KIBBE & ORBE LLP
         30 Hudson Street, 36th Floor                     ONE WORLD FINANCIAL CENTER
         Jersey City NJ 07302                             NEW YORK NY 10281-1003
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6672       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/15/2010                              Vito Genna, Clerk of Court

                                              /s/ Paul Belobritsky
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re                                              | Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,             | 08-13555 (JMP)
                                                   |
                                                   | (Jointly Administered)
              Debtors.                             |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  EVERGREEN MULTI-SECTOR INCOME FUND              EVERGREEN MULTI-SECTOR INCOME FUND
         C/O EVERGREEN INVESTMENT MANAGEMENT COMPANY LLC CLEARY GOTTLIEB STEEN & HAMILTON LLP
         ATTN: CATHY KENNEDY                             ATTN: DAVID AMAN, ESQ.
         200 BERKLEY STREET                              ONE LIBERTY PLAZA
         BOSTON MA 02116                                 NEW YORK NY 10006

Please note that your claim # 29842 in the above referenced case and in the amount of
        $97,410.27       has been transferred **(unless previously expunged by court order)**

         GOLDMAN SACHS LENDING PARTNERS LLC             GOLDMAN SACHS LENDING PARTNERS LLC
         TRANSFEROR: EVERGREEN MULTI-SECTOR INCOME FUND MANAGING CLERK
         c/o Goldman, Sachs & Co. Attn: A. Caditz       RICHARDS KIBBE & ORBE LLP
         30 Hudson Street, 36th Floor                   ONE WORLD FINANCIAL CENTER
         Jersey City NJ 07302                           NEW YORK NY 10281-1003

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                              UNITED STATES BANKRUPTCY COURT
                              Southern District of New York
                              One Bowling Green
                              New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6673      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/15/2010                              Vito Genna, Clerk of Court


                                              /s/ Paul Belobritsky
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2010.

```
In re                                              |  Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,             |  08-13555 (JMP)
                                                   |
                                                   |  (Jointly Administered)
              Debtors.                             |
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  EVERGREEN MULTI-SECTOR INCOME FUND                  EVERGREEN MULTI-SECTOR INCOME FUND
     C/O EVERGREEN INVESTMENT MANAGEMENT COMPANY LLC     CLEARY GOTTLIEB STEEN & HAMILTON LLP
     ATTN: CATHY KENNEDY                                 ATTN: DAVID AMAN, ESQ.
     200 BERKLEY STREET                                  ONE LIBERTY PLAZA
     BOSTON MA 02116                                     NEW YORK NY 10006
```

Please note that your claim # 29843 in the above referenced case and in the amount of
            $97,410.27       has been transferred **(unless previously expunged by court order)**

```
     GOLDMAN SACHS LENDING PARTNERS LLC                  GOLDMAN SACHS LENDING PARTNERS LLC
     TRANSFEROR: EVERGREEN MULTI-SECTOR INCOME FUND      MANAGING CLERK
     c/o Goldman, Sachs & Co. Attn: A. Caditz            RICHARDS KIBBE & ORBE LLP
     30 Hudson Street, 36th Floor                        ONE WORLD FINANCIAL CENTER
     Jersey City NJ 07302                                NEW YORK NY 10281-1003
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6674     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/15/2010                           Vito Genna, Clerk of Court


                                           /s/ Paul Belobritsky
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: EVERGREEN SELECT HIGH YIELD BOND TRUST
C/O EVERGREEN INVESTMENT MANAGEMENT COMPANY LLC
ATTN: CATHY KENNEDY
200 BERKLEY STREET
BOSTON MA 02116

EVERGREEN SELECT HIGH YIELD BOND TRUST
CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: DAVID AMAN, ESQ.
ONE LIBERTY PLAZA
NEW YORK NY 10006

Please note that your claim # 29844 in the above referenced case and in the amount of
$14,743.03    has been transferred **(unless previously expunged by court order)**

GOLDMAN SACHS LENDING PARTNERS LLC
TRANSFEROR: EVERGREEN SELECT HIGH YIELD BOND TRUST
c/o Goldman, Sachs & Co. Attn: A. Caditz
30 Hudson Street, 36th Floor
Jersey City NJ 07302

GOLDMAN SACHS LENDING PARTNERS LLC
MANAGING CLERK
RICHARDS KIBBE & ORBE LLP
ONE WORLD FINANCIAL CENTER
NEW YORK NY 10281-1003

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 6675    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/15/2010                    Vito Genna, Clerk of Court

/s/ Paul Belobritsky
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                           | Chapter 11 Case No.
                                                |
LEHMAN BROTHERS HOLDINGS INC., et al.,          | 08-13555 (JMP)
                                                |
                                                | (Jointly Administered)
        Debtors.                                |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  EVERGREEN SELECT HIGH YIELD BOND TRUST              EVERGREEN SELECT HIGH YIELD BOND TRUST
         C/O EVERGREEN INVESTMENT MANAGEMENT COMPANY LLC      CLEARY GOTTLIEB STEEN & HAMILTON LLP
         ATTN: CATHY KENNEDY                                   ATTN: DAVID AMAN, ESQ.
         200 BERKLEY STREET                                    ONE LIBERTY PLAZA
         BOSTON MA 02116                                       NEW YORK NY 10006
```

Please note that your claim # 29845 in the above referenced case and in the amount of
        $14,743.03         has been transferred **(unless previously expunged by court order)**

```
         GOLDMAN SACHS LENDING PARTNERS LLC                   GOLDMAN SACHS LENDING PARTNERS LLC
         TRANSFEROR: EVERGREEN SELECT HIGH YIELD BOND TRUST   MANAGING CLERK
         c/o Goldman, Sachs & Co. Attn: A. Caditz             RICHARDS KIBBE & ORBE LLP
         30 Hudson Street, 36th Floor                         ONE WORLD FINANCIAL CENTER
         Jersey City NJ 07302                                 NEW YORK NY 10281-1003
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6676    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/15/2010                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
|                                          |
In re                                      |    Chapter 11 Case No.
                                           |
LEHMAN BROTHERS HOLDINGS INC., et al.,     |    08-13555 (JMP)
                                           |
                                           |    (Jointly Administered)
              Debtors.                     |
                                           |
_____|

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  EVERGREEN CORE BOND TRUST                              EVERGREEN CORE BOND TRUST
         C/O EVERGREEN INVESTMENT MANAGEMENT COMPANY LLC        CLEARY GOTTLIEB STEEN & HAMILTON LLP
         ATTN: CATHY KENNEDY                                    ATTN: DAVID AMAN, ESQ.
         200 BERKLEY STREET                                     ONE LIBERTY PLAZA
         BOSTON MA 02116                                        NEW YORK NY 10006
```

Please note that your claim # 29865 in the above referenced case and in the amount of
       $3,318,905.74         has been transferred **(unless previously expunged by court order)**

```
         GOLDMAN SACHS LENDING PARTNERS LLC                     GOLDMAN SACHS LENDING PARTNERS LLC
         TRANSFEROR: EVERGREEN CORE BOND TRUST                  MANAGING CLERK
         c/o Goldman, Sachs & Co. Attn: A. Caditz               RICHARDS KIBBE & ORBE LLP
         30 Hudson Street, 36th Floor                           ONE WORLD FINANCIAL CENTER
         Jersey City NJ 07302                                   NEW YORK NY 10281-1003
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                              UNITED STATES BANKRUPTCY COURT
                              Southern District of New York
                              One Bowling Green
                              New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6677     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/15/2010                         Vito Genna, Clerk of Court


                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
   To:  EVERGREEN CORE BOND FUND                         EVERGREEN CORE BOND FUND
        C/O EVERGREEN INVESTMENT MANAGEMENT COMPANY LLC  CLEARY GOTTLIEB STEEN & HAMILTON LLP
        ATTN: CATHY KENNEDY                              ATTN: DAVID AMAN, ESQ.
        200 BERKLEY STREET                               ONE LIBERTY PLAZA
        BOSTON MA 02116                                  NEW YORK NY 10006
```

Please note that your claim # 29866 in the above referenced case and in the amount of
        $3,318,905.74        has been transferred **(unless previously expunged by court order)**

```
        GOLDMAN SACHS LENDING PARTNERS LLC               GOLDMAN SACHS LENDING PARTNERS LLC
        TRANSFEROR: EVERGREEN CORE BOND FUND             MANAGING CLERK
        c/o Goldman, Sachs & Co. Attn: A. Caditz         RICHARDS KIBBE & ORBE LLP
        30 Hudson Street, 36th Floor                     ONE WORLD FINANCIAL CENTER
        Jersey City NJ 07302                             NEW YORK NY 10281-1003
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 6678    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/15/2010                            Vito Genna, Clerk of Court


                                            /s/ Paul Belobritsky
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          | Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         | 08-13555 (JMP)
                                               |
                                               | (Jointly Administered)
        Debtors.                               |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   EVERGREEN HIGH INCOME FUND                          EVERGREEN HIGH INCOME FUND
      C/O EVERGREEN INVESTMENT MANAGEMENT COMPANY LLC     CLEARY GOTTLIEB STEEN & HAMILTON LLP
      ATTN: CATHY KENNEDY                                 ATTN: DAVID AMAN, ESQ.
      200 BERKLEY STREET                                  ONE LIBERTY PLAZA
      BOSTON MA 02116                                     NEW YORK NY 10006
```

Please note that your claim # 29871 in the above referenced case and in the amount of
        $180,023.71        has been transferred **(unless previously expunged by court order)**

```
      GOLDMAN SACHS LENDING PARTNERS LLC                  GOLDMAN SACHS LENDING PARTNERS LLC
      TRANSFEROR: EVERGREEN HIGH INCOME FUND              MANAGING CLERK
      c/o Goldman, Sachs & Co. Attn: A. Caditz            RICHARDS KIBBE & ORBE LLP
      30 Hudson Street, 36th Floor                        ONE WORLD FINANCIAL CENTER
      Jersey City NJ 07302                                NEW YORK NY 10281-1003
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6679     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/15/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 15, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  EVERGREEN HIGH INCOME FUND
     C/O EVERGREEN INVESTMENT MANAGEMENT COMPANY LLC
     ATTN: CATHY KENNEDY
     200 BERKLEY STREET
     BOSTON MA 02116

EVERGREEN HIGH INCOME FUND
CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: DAVID AMAN, ESQ.
ONE LIBERTY PLAZA
NEW YORK NY 10006

Please note that your claim # 29872 in the above referenced case and in the amount of $180,023.71 has been transferred **(unless previously expunged by court order)**

GOLDMAN SACHS LENDING PARTNERS LLC
TRANSFEROR: EVERGREEN HIGH INCOME FUND
c/o Goldman, Sachs & Co. Attn: A. Caditz
30 Hudson Street, 36th Floor
Jersey City NJ 07302

GOLDMAN SACHS LENDING PARTNERS LLC
MANAGING CLERK
RICHARDS KIBBE & ORBE LLP
ONE WORLD FINANCIAL CENTER
NEW YORK NY 10281-1003

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 6680 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/15/2010                           Vito Genna, Clerk of Court

                                           /s/ Paul Belobritsky
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:  This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on January 15, 2010.

# EXHIBIT "B"

```
TIME: 15:18:09                                    LEHMAN BROTHERS HOLDING INC.                                                           PAGE:    1
DATE: 01/15/10                                          CREDITOR LISTING

Name                                                Address
EVERGREEN CORE BOND FUND                            CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006
EVERGREEN CORE BOND FUND                            C/O EVERGREEN INVESTMENT MANAGEMENT COMPANY LLC ATTN: CATHY KENNEDY 200 BERKLEY STREET BOSTON MA 02116
EVERGREEN CORE BOND TRUST                           CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006
EVERGREEN CORE BOND TRUST                           C/O EVERGREEN INVESTMENT MANAGEMENT COMPANY LLC ATTN: CATHY KENNEDY 200 BERKLEY STREET BOSTON MA 02116
EVERGREEN HIGH INCOME FUND                          CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006
EVERGREEN HIGH INCOME FUND                          C/O EVERGREEN INVESTMENT MANAGEMENT COMPANY LLC ATTN: CATHY KENNEDY 200 BERKLEY STREET BOSTON MA 02116
EVERGREEN INCOME ADVANTAGE FUND                     CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006
EVERGREEN INCOME ADVANTAGE FUND                     C/O EVERGREEN INVESTMENT MANAGEMENT COMPANY LLC ATTN: CATHY KENNEDY 200 BERKLEY STREET BOSTON MA 02166
EVERGREEN INTERMEDIATE BOND TRUST                   CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006
EVERGREEN INTERMEDIATE BOND TRUST                   C/O EVERGREEN INVESTMENT MANAGEMENT COMPANY LLC ATTN: CATHY KENNEDY 200 BERKLEY STREET BOSTON MA 02116
EVERGREEN LONG DURATION TRUST                       CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006
EVERGREEN LONG DURATION TRUST                       C/O EVERGREEN INVESTMENT MANAGEMENT COMPANY LLC ATTN: CATHY KENNEDY 200 BERKLEY STREET BOSTON MA 02116
EVERGREEN MULTI-SECTOR INCOME FUND                  CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006
EVERGREEN MULTI-SECTOR INCOME FUND                  C/O EVERGREEN INVESTMENT MANAGEMENT COMPANY LLC ATTN: CATHY KENNEDY 200 BERKLEY STREET BOSTON MA 02116
EVERGREEN SELECT HIGH YIELD BOND TRUST              CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006
EVERGREEN SELECT HIGH YIELD BOND TRUST              C/O EVERGREEN INVESTMENT MANAGEMENT COMPANY LLC ATTN: CATHY KENNEDY 200 BERKLEY STREET BOSTON MA 02116
GOLDMAN SACHS LENDING PARTNERS LLC                  MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
GOLDMAN SACHS LENDING PARTNERS LLC                  TRANSFEROR: EVERGREEN CORE BOND FUND c/o Goldman, Sachs & Co. Attn: A. Caditz 30 Hudson Street, 36th Floor Jersey City NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                  TRANSFEROR: EVERGREEN CORE BOND TRUST c/o Goldman, Sachs & Co. Attn: A. Caditz 30 Hudson Street, 36th Floor Jersey City NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                  TRANSFEROR: EVERGREEN HIGH INCOME FUND c/o Goldman, Sachs & Co. Attn: A. Caditz 30 Hudson Street, 36th Floor Jersey City NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                  TRANSFEROR: EVERGREEN INCOME ADVANTAGE FUND c/o Goldman, Sachs & Co. Attn: A. Caditz 30 Hudson Street, 36th Floor Jersey City NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                  TRANSFEROR: EVERGREEN INTERMEDIATE BOND TRUST c/o Goldman, Sachs & Co. Attn: A. Caditz 30 Hudson Street, 36th Floor Jersey City NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                  TRANSFEROR: EVERGREEN LONG DURATION TRUST c/o Goldman, Sachs & Co. Attn: A. Caditz 30 Hudson Street, 36th Floor Jersey City NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                  TRANSFEROR: EVERGREEN MULTI-SECTOR INCOME FUND c/o Goldman, Sachs & Co. Attn: A. Caditz 30 Hudson Street, 36th Floor Jersey City NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                  TRANSFEROR: EVERGREEN SELECT HIGH YIELD BOND TRUST c/o Goldman, Sachs & Co. Attn: A. Caditz 30 Hudson Street, 36th Floor Jersey City NJ 07302


Total Number of Records Printed         25
```

**EXHIBIT "C"**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153