**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
**In re** : Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
:
------------------------------------------------------------------x  Ref. Docket Nos. 6692-6694

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                            ) ss.:
COUNTY OF NEW YORK )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 19, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              /s/ Paul Belobritsky
Sworn to before me this                    Paul Belobritsky
20th day of January, 2010

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

# EXHIBIT "A"

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
|  | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. |  |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

         To:   GENFINA SCRL (FORMERLY KNOWN AS GENFINA SA)
               CLIFFORD CHANCE US LLP
               ATTENTION: JENNIFER P. PREMISLER
               31 WEST 52ND STREET
               NEW YORK NY 10019-6131

Please note that your claim # 3584 in the above referenced case and in the amount of
         $228,880,046.91         has been transferred **(unless previously expunged by court order)**

               MERRILL LYNCH CREDIT PRODUCTS, LLC
               TRANSFEROR: GENFINA SCRL (FORMERLY KNOWN AS GENFINA SA)
               C/O BANK OF AMERICA MERRILL LYNCH
               BANK OF AMERICA TOWER, 3RD FLOOR
               ONE BRYANT PARK
               ATT: GARY COHEN, RONALD TOROK
               NEW YORK NY 10036

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                              UNITED STATES BANKRUPTCY COURT
                              Southern District of New York
                              One Bowling Green
                              New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 6692    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/19/2010                         Vito Genna, Clerk of Court


                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 19, 2010.

```
In re                                        |  Chapter 11 Case No.
                                             |
LEHMAN BROTHERS HOLDINGS INC., et al.,       |  08-13555 (JMP)
                                             |
                                             |  (Jointly Administered)
              Debtors.                       |
                                             |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
     To:  ARISTEIA PARTNERS LP
          C/O ARISTEIA CAPITAL, LLC
          136 MADISON AVENUE, 3RD FLOOR
          ATTN: ROBERT H. LYNCH, JR. MANAGER
          NEW YORK NY 10016
```

Please note that your claim # 10005 in the above referenced case and in the amount of
         $926,374.42         has been transferred **(unless previously expunged by court order)**

```
          ARISTEIA MASTER, L.P.
          TRANSFEROR: ARISTEIA PARTNERS LP
          C/O ARISTEIA CAPITAL, LLC
          136 MADISON AVENUE, 3RD FLOOR
          ATTN: ROBERT H. LYNCH, JR., MANAGER
          NEW YORK NY 10016
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6693         in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/19/2010                              Vito Genna, Clerk of Court


                                              /s/ Paul Belobritsky
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 19, 2010.

```
In re                                              | Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,             | 08-13555 (JMP)
                                                   |
                                                   | (Jointly Administered)
              Debtors.                             |
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  HYBRID CAPITAL K.K.
         TRANSFEROR: NIPPON LIFE INSURANCE COMPANY
         ATTN: TETSUYA MORIMOTO
         1-19-1 KANDA-NISHIKICHO
         CHIYODA-KU
         TOKYO    101-0054
         JAPAN
```

Please note that your claim # 812 in the above referenced case and in the amount of
      $47,336,322.57           has been transferred **(unless previously expunged by court order)**

```
         MORGAN STANLEY SENIOR FUNDING, INC.
         TRANSFEROR: HYBRID CAPITAL K.K.
         C/O MORGAN STANLEY & CO. INC.
         1585 BROADWAY
         ATTN: DONNA SOUZA
         NEW YORK NY 10036
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                              UNITED STATES BANKRUPTCY COURT
                              Southern District of New York
                              One Bowling Green
                              New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6694    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/19/2010                         Vito Genna, Clerk of Court


                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 19, 2010.

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
```

```
In re                                          |  Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         |  08-13555 (JMP)
                                               |
                                               |  (Jointly Administered)
               Debtors.                        |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  HYBRID CAPITAL K.K.
         TRANSFEROR: NIPPON LIFE INSURANCE COMPANY
         ATTN: TETSUYA MORIMOTO
         1-19-1 KANDA-NISHIKICHO
         CHIYODA-KU
         TOKYO     101-0054
         JAPAN
```

Please note that your claim # 9537 in the above referenced case and in the amount of
    $47,336,322.57         has been transferred **(unless previously expunged by court order)**

```
         MORGAN STANLEY SENIOR FUNDING, INC.
         TRANSFEROR: HYBRID CAPITAL K.K.
         C/O MORGAN STANLEY & CO, INC.
         1585 BROADWAY
         ATTN: DONNA SOUZA
         NEW YORK NY 10036
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 6694    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/19/2010                             Vito Genna, Clerk of Court

                                             /s/ Paul Belobritsky
                                             _____
                                             By: Epiq Bankruptcy Solutions, LLC
                                                 as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 19, 2010.

**EXHIBIT "B"**

```
TIME: 14:58:26                                              LEHMAN BROTHERS HOLDING INC.                                                                PAGE:    1
DATE: 01/19/10                                                   CREDITOR LISTING

Name                                              Address
ARISTEIA MASTER, L.P.                             TRANSFEROR: ARISTEIA PARTNERS LP C/O ARISTEIA CAPITAL, LLC 136 MADISON AVENUE, 3RD FLOOR ATTN: ROBERT H. LYNCH, JR., MANAGER NEW YORK
ARISTEIA PARTNERS LP                              C/O ARISTEIA CAPITAL, LLC 136 MADISON AVENUE, 3RD FLOOR ATTN: ROBERT H. LYNCH, JR. MANAGER NEW YORK NY 10016
GENFINA SCRL (FORMERLY KNOWN AS GENFINA SA)       CLIFFORD CHANCE US LLP ATTENTION: JENNIFER P. PREMISLER 31 WEST 52ND STREET NEW YORK NY 10019-6131
HYBRID CAPITAL K.K.                               TRANSFEROR: NIPPON LIFE INSURANCE COMPANY ATTN: TETSUYA MORIMOTO 1-19-1 KANDA-NISHIKICHO CHIYODA-KU TOKYO   101-0054 JAPAN
MERRILL LYNCH CREDIT PRODUCTS, LLC                TRANSFEROR: GENFINA SCRL (FORMERLY KNOWN AS GENFINA SA) C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER, 3RD FLOOR ONE BRYANT
MORGAN STANLEY SENIOR FUNDING, INC.               TRANSFEROR: HYBRID CAPITAL K.K. C/O MORGAN STANLEY & CO., INC. 1585 BROADWAY ATTN: DONNA SOUZA NEW YORK NY 10036
MORGAN STANLEY SENIOR FUNDING, INC.               TRANSFEROR: HYBRID CAPITAL K.K. C/O MORGAN STANLEY & CO. INC. 1585 BROADWAY ATTN: DONNA SOUZA NEW YORK NY 10036


Total Number of Records Printed             7
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT "C"**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153