NIXON PEABODY, LLP
David H. Lee, Esq. (DL8112)
437 Madison Avenue
New York, New York 10022-7039
Telephone: (212) 224-7347
dlee@nixonpeabody.com

*Counsel for Stone Lion Portfolio L.P.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
                                                              :
In re                                                         :    Chapter 11
                                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.    :    Case No. 08-13555 (JMP)
                                                              :
                                                              :    Jointly Administered
               Debtors                                   :
----------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF**
**NOTICE OF TRANSFER OF CLAIM  PURSUANT TO RULE 3001(e)(2)**

PLEASE TAKE NOTICE that Stone Lion Portfolio, L.P. hereby withdraws without prejudice its Notice of Transfer of Claim Pursuant to Rule 3001(e)(2) [Docket No. 6712].[1]

January 20, 2010
New York, NY

                              Respectfully submitted,

                              NIXON PEABODY, LLP

                              By: /s/David H. Lee
                              David H. Lee, Esq. (DL8112)
                              437 Madison Avenue
                              New York, New York 10022-7039
                              Telephone: (212) 224-7347
                              dlee@nixonpeabody.com

                              *Counsel for Stone Lion Portfolio L.P.*

---

[1] A new notice of transfer of claim, with certain revisions, will be filed with respect to the transfer of the same claims referenced in Docket No. 6712.

12859515.1