# Exhibit C

## Declaration of Jeanne Crawford

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                            :
In re:                                      :        Chapter 11
                                            :
Lehman Brothers Holdings Inc., *et al.*,    :        Case No. 08-13555 (JMP)
                                            :
              Debtors.                      :        Jointly Administered
                                            :
-------------------------------------------------------------X

**DECLARATION OF JEANNE CRAWFORD IN SUPPORT OF JOINT MOTION OF AVIVA INVESTORS NORTH AMERICA, INC. AND VICTORIA REINSURANCE COMPANY LTD. TO PERMIT LATE CLAIM FILING PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(B)(1)**

I, Jeanne Crawford, hereby declare:

1. I am Vice President of USA Risk Group Barbados Ltd, the managers of Victoria Reinsurance Company Ltd ("Victoria"). I make this declaration in support of the Joint Motion of Aviva Investors North America, Inc. and Victoria Reinsurance Company Ltd. to Permit Late Claim Filing Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) (the "Motion"). I make this declaration based on my personal knowledge and facts I learned from factual inquiries undertaken by me.

2. To the best of my knowledge, the facts presented in the Motion, specifically paragraphs 5-6, accurately reflect the circumstances resulting in Aviva's and Victoria's failure to timely file a proof of claim. Both Aviva and Victoria believed in good faith that Victoria's original investment advisor filed a timely claim on its behalf.

3. In light of the circumstances described in the Motion, Aviva and Victoria respectfully request that this Court grant the Motion for permission to file a late claim.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 20, 2010
Sunset Crest, St. James, Barbados

*Jeanne Crawford*
Jeanne Crawford