**Exhibit D**

**Proposed Order**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
In re:                                                     :    Chapter 11
                                                           :
Lehman Brothers Holdings Inc., *et al.*,                   :    Case No. 08-13555 (JMP)
                                                           :
                    Debtors.                               :    Jointly Administered
                                                           :
-----------------------------------------------------------X

### [PROPOSED] ORDER GRANTING JOINT MOTION OF AVIVA INVESTORS NORTH AMERICA, INC. AND VICTORIA REINSURANCE COMPANY LTD. TO PERMIT LATE CLAIM FILING PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(B)(1)

Upon consideration of the Joint Motion of Aviva Investors North America, Inc. and Victoria Reinsurance Company Ltd. (the "Movants") to Permit Late Claim Filing Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) (the "Motion"), and due notice thereof having been provided as set forth in the Amended Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures, dated February 13, 2009, entered in these cases; and it appearing that no other or further notice of the Motion need be provided; and having considered the Motion and any objections thereto; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY FOUND AND DETERMINED THAT:

The Movants' failure to file the Claim (as defined in the Motion) in advance of the deadline applicable to such proof of claim pursuant to this Court's Order Pursuant to Section 502(b)(9) Of The Bankruptcy Code And Bankruptcy Rule 3003(c)(3) Establishing The Deadline For Filing Proofs Of Claim, Approving The Form And

Manner Of Notice Thereof And Approving The Proof Of Claim Form [Docket No. 4271] (the "Bar Date Order") was the result of excusable neglect.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Motion is granted in its entirety pursuant to section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9006(b)(1). To the extent any objections to the Motion have not been withdrawn or otherwise resolved, they are hereby overruled.

2. The Movants may file a proof of claim in the form required in the Bar Date Order for Lehman Programs Securities within ten days of the date of entry of this Order, and such proof of claim shall be deemed to have been timely filed.

3. The Debtors shall retain all rights to object to the Claim on grounds other than the time at which it was filed.

4. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.


Dated: January [__], 2010
       New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE