Hearing Date and Time: February 10, 2010 at 10:00 a.m. EST
Objection Deadline: February 4, 2010 at 4:00 p.m. EST

DECHERT LLP
Shmuel Vasser
James O. Moore
1095 Avenue of the Americas
New York, New York 10036-6797
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

*Counsel to Aviva Investors North America, Inc.
and Victoria Reinsurance Company Ltd.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
                                                               :
In re:                                                         :     Chapter 11
                                                               :
**Lehman Brothers Holdings Inc.,** *et al.*,                   :     Case No. 08-13555 (JMP)
                                                               :
　　　　　　Debtors.                                             :     Jointly Administered
                                                               :
---------------------------------------------------------------X

### NOTICE OF HEARING ON JOINT MOTION OF AVIVA INVESTORS NORTH AMERICA, INC. AND VICTORIA REINSURANCE COMPANY LTD. TO PERMIT LATE CLAIM FILING PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(B)(1)

PLEASE TAKE NOTICE that the hearing on the annexed Joint Motion of Aviva Investors North America, Inc. and Victoria Reinsurance Company Ltd. to Permit Late Claim Filing Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) (the "Motion") will be held before the Honorable James M. Peck, United States Bankruptcy Judge, in Room 601 of the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004 (the "Bankruptcy Court"), on **February 10, 2010 at 10:00 a.m. (Eastern Time)** (the "Hearing").

PLEASE TAKE FURTHER NOTICE that objections to the Motion, if any, must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and Local Rules of the Bankruptcy Court and shall be filed with the Bankruptcy Court electronically by registered

15471671

users of the Bankruptcy Court's case filing system (the User's Manual for the Electronic Case Filing System can be found at http://www.nysb.uscourts.gov, the official website for the Bankruptcy Court) and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format, in either case, with two hard copies delivered directly to the Chambers of the Honorable James M. Peck, U.S.B.J., United States Bankruptcy Court, One Bowling Green, Courtroom 601, New York, New York 10004; and shall be served upon: (i) counsel to the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Richard P. Krasnow, Esq., Lori R. Fife, Esq., Shai Y. Waisman, Esq., and Jacqueline Marcus, Esq.); (ii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Riffkin, and Tracy Hope Davis); (iii) counsel for the Committee of Unsecured Creditors, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., Evan Fleck, Esq.); and (iv) counsel to Aviva Investors North America, Inc. and Victoria Reinsurance Company Ltd., Dechert LLP, 1095 Avenue of Americas, New York, New York 10036 (Attn: Shmuel Vasser, Esq. and James O. Moore, Esq.) so as to be received no later than **February 4, 2010 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that only those objections that have been filed and served by the Objection Deadline in accordance with the procedures herein may be considered by the Court at the Hearing.

PLEASE TAKE FURTHER NOTICE that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

PLEASE TAKE FURTHER NOTICE that the Court may grant the relief requested in the Motion without a hearing if no objections to the Motion are timely filed and served.

Dated:  January 21, 2010
         New York, New York

                                       /s/ Shmuel Vasser
                                      Shmuel Vasser
                                      James O. Moore
                                      Dechert LLP
                                      1095 Avenue of the Americas
                                      New York, New York 10036-6797
                                      Telephone: (212) 698-3500
                                      Facsimile: (212) 698-3599
                                      shmuel.vasser@dechert.com
                                      james.moore@dechert.com

                                      *Counsel to Aviva Investors North America, Inc.*
                                      *and Victoria Reinsurance Company Ltd.*