UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------x
                                                    :
In re                                               :    Chapter 11 Case No.
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**    :    08-13555 (JMP)
                                                    :
                    Debtors.                        :    (Jointly Administered)
                                                    :
--------------------------------------------------------------------x    Ref. Docket No. 6710

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

BRITTANY WHALEN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 20, 2010, I caused to be served the "Notice of Motion of Lehman Brothers Holdings Inc. to Amend the Order Authorizing Debtors to Establish Procedures to Sell or Abandon *De Minimis* Assets," dated January 20, 2010, to which is attached the "Motion of Lehman Brothers Holdings Inc. to Amend the Order Authorizing Debtors to Establish Procedures to Sell or Abandon *De Minimis* Assets," dated January 20, 2010 [Docket No. 6710], by causing true and correct copies to be:

    a. enclosed securely in a postage-prepaid envelope and delivered via overnight mail to the party listed on the attached Exhibit A, and

    b. delivered via facsimile to those parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                         /s/ Brittany Whalen
Sworn to before me this                                  Brittany Whalen
21st day of January, 2010
/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

T:\Clients\LBH\Affidavits\Dkt No. 6710_Aff_1-20-10.doc

-2-

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004

**EXHIBIT B**

| Name | Fax |
| --- | --- |
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| Milbank; Dennis Dunne, Evan Fleck, Dennis ODonnell | 212-530-5219 |
| OFFICE OF THE US TRUSTEE ANDREW D VELEZ-RIVERA | 212-668-2255 |
| SDNY US Attorney; Attn: Robert Yalen | 212-637-2717 |
| SDNY US Attorney; Attn: Robert Yalen | 212-637-2686 |
| SEC; Attn: ALEXANDER F COHEN | 202-772-9200 |
| SEC; Attn: ALISTAIR BAMBACK, NEAL JACOBSON | 212-336-1348 |
| SEC; Attn: Mark Schonfled | 212-336-1322 |