ALSTON & BIRD LLP
Karl Geercken
William S. Sugden
90 Park Avenue
New York, New York, 10016-1387
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

1201 West Peachtree Street
Atlanta, Georgia, 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

*Counsel to Aozora Bank, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re:                                                      :  Chapter 11
                                                            :
**LEHMAN BROTHERS HOLDINGS, INC.,**                         :  Case No. 08-13555 (JMP)
*et al.*                                                    :
                                                            :  (Jointly Administered)
        Debtors.                                            :
------------------------------------------------------------x

## NOTICE OF SUBSTITUTION OF COUNSEL

TO THE CLERK OF THE BANKRUPTCY COURT
AND ALL OTHER PARTIES IN INTEREST:

**PLEASE TAKE NOTICE THAT** the law firm of Alston & Bird LLP has replaced the law firm of Allen & Overy LLP as counsel to Aozora Bank, Ltd. ("Aozora") in connection with the above-referenced matter. All further notices, motions, applications, reports, stipulations, orders, pleadings, and other papers filed in these proceedings, including, without limitation, all such items referred to in Bankruptcy Rules

2002, 2015, 3017, and 9007, should be served on Aozora at the following addresses:

Karl Geercken
90 Park Avenue
New York, New York, 10016-1387
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

William S. Sugden, Esq.
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Fax: (404) 881-7777

Dated: January 11, 2010

ALSTON & BIRD LLP

_____
Karl Geercken
William S. Sugden

90 Park Avenue
New York, New York, 10016-1387
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

1201 West Peachtree Street
Atlanta, Georgia, 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

ALLEN & OVERY LLP

_____
Daniel Guyder
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399