WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
                                          :
**In re**                                 :        **Chapter 11 Case No.**
                                          :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,   :        **08-13555 (JMP)**
                                          :
                        **Debtors.**      :        **(Jointly Administered)**
                                          :
                                          :
---------------------------------------------------------------------x

## DECLARATION OF ADRIAN TENG IN SUPPORT OF DEBTORS' MOTION PURSUANT TO SECTIONS 105(a) AND 362 OF THE BANKRUPTCY CODE FOR AN ORDER ENFORCING THE AUTOMATIC STAY AGAINST AND COMPELLING PAYMENT OF POST-PETITION FUNDS BY SKANDINAVISKA ENSKILDA BANKEN AB

Under penalty of perjury, Adrian Teng hereby declares pursuant to section 1746 of title 28 of the United States Code:

1.     I am over 18 years of age and I can testify to the following facts based on my personal knowledge, my review of the above-captioned Debtors' business records, and/or my consultation with employees of Alvarez & Marsal Financial Industry Advisory Services LLP ("A&M").

2.     I am a Director with A&M.  A&M, along with Alvarez & Marsal North America, LLC, have been providing restructuring and general operational and managerial services to LBHI and its affiliates (together, the "Debtors" and, collectively with their non-debtor

affiliates, "Lehman") in connection with the pending chapter 11 cases.  I was assigned to the

Lehman matter on December 1, 2008.  My primary responsibilities include managing and

overseeing the maintenance of the Debtors' bank accounts outside of the United States, treasury

and liquidity management, and funding and hedging across Lehman entities.

3.       In that role, I have become familiar with the status of LBHI's various bank

accounts throughout Europe, including LBHI's account with Skandinaviska Enskilda Banken

AB (publ) ("SEB"), located in Denmark.  LBHI established and maintained a general deposit

account with SEB prior to the commencement of the Debtors' chapter 11 cases.  The account is

identified as No. 5295-0017001256 and is denominated in Danish Krone (the "SEB Account").

4.       Attached hereto as Exhibit A is a true and correct copy of a transaction log

that was created by A&M to reflect the various deposits and withdrawals that were made to the

SEB Account between September 11, 2008 through September 15, 2008, and the dates when

those same deposits and withdrawals were booked to the SEB Account.  A&M created the

transaction log by compiling information that it obtained from SEB.  This information was

provided by SEB's external counsel, Alex Rovira of Sidley Austin LLP, through messages sent

via Lehman's swift messaging platform known as MINT.

5.       As indicated in the transaction log, the closing balance of the SEB

Account on Friday, September 12, 2008 was -1,558,382.64 Danish Krone ("DKK").  On

Monday, September 15, 2008, several credits and debits were booked to the SEB Account prior

to the commencement of LBHI's chapter 11 case, resulting in a pre-petition net cash movement

of DKK 14,442,813.14.  The final pre-petition balance of the SEB Account on September 15,

2008 was DKK 12,884,430.50.  As reflected in the transaction log, additional deposits and

credits were booked to the SEB after the commencement of LBHI's chapter 11 case on

September 15, 2008, amounting to a total post-petition credit of DKK 887,804.71.  The closing

balance of the SEB Account on September 15, 2008 was DKK 13,772,235.21.

6.        Shortly after the commencement of the Debtors' chapter 11 cases, SEB

placed an administrative freeze on the SEB Account, preventing LBHI from withdrawing any

amounts from the account, but still allowing additional monies to be deposited and/or wired into

the account.  I learned about this administrative freeze after I received the letter from Mr. Rovira

of Sidley Austin LLP dated December 29, 2008, described in paragraph 8 below, which I

received in January 2009.

7.        On or about December 4, 2008, Ann Cairns, Senior Vice President at

LBHI and a Managing Director at A&M, sent a letter to Yvonne Siljelöf of SEB, requesting, in

part, that SEB confirm that it would not offset any alleged indebtedness by LBHI to SEB against

the funds that in the SEB Account (the "December 4 Letter").  A true and correct copy of the

December 4 Letter is attached hereto as Exhibit B.

8.        On or about December 29, 2008, SEB's counsel, Alex R. Rovira of Sidley

Austin LLP, sent Ms. Cairns a letter, responding to the December 4 Letter (the "December 29

Letter").  In that letter, Mr. Rovira confirmed that SEB maintained the SEB Account under

LBHI's name, but Mr. Rovira did not confirm whether SEB would offset LBHI's alleged

indebtedness from the funds in the SEB Account.  Rather, Mr. Rovira stated that SEB reserved

all of its rights, including its alleged rights to setoff.  A true and correct copy of the December 29

Letter is attached hereto as Exhibit C.

9.        The closing balance of the SEB Account on November 18, 2009 was DKK

22,032,680.66.

10.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 22nd day of January, 2010

/s/ Adrian Teng_____
Adrian Teng

# EXHIBIT A

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | |
| 2 | Value Date 12th September 2008 | | | | | | | | | | |
| 3 | | | | | | | | | | | |
| 4 | CCY | Amount | Debit/Credit | Value | Date Delivery/at confirmation | DKK time | UK time | Pre/post | | | |
| 5 | | | | | | | | | | | |
| 6 | | | | | | | | | | | |
| 7 | | | | | | | | | | | |
| 8 | DKK | 155,000,000.00 | CREDIT | 9/12/2008 | 9/12/2008 | 1.09 | 0.09 | Pre | OPENING BALANCE | | 1,501,399.67 |
| 9 | DKK | 42,000,000.00 | CREDIT | 9/12/2008 | 9/12/2008 | 15.12 | 14.12 | Pre | | | |
| 10 | DKK | 2,237,109.00 | CREDIT | 9/12/2008 | 9/12/2008 | 9.04 | 8.04 | Pre | | | |
| 11 | DKK | 324,675.00 | CREDIT | 9/12/2008 | 9/12/2008 | 8.20 | 7.20 | Pre | | | |
| 12 | DKK | 248,825.00 | CREDIT | 9/12/2008 | 9/12/2008 | 8.20 | 7.20 | Pre | | | |
| 13 | DKK | 74,000.00 | CREDIT | 9/12/2008 | 9/12/2008 | 8.20 | 7.20 | Pre | | | |
| 14 | DKK | 112,228,766.59 | DEBIT | 9/12/2008 | 9/12/2008 | 14.15 | 13.15 | Pre | | | |
| 15 | DKK | 35,000,000.00 | DEBIT | 9/12/2008 | 9/12/2008 | 1.08 | 0.08 | Pre | | | |
| 16 | DKK | 30,000,000.00 | DEBIT | 9/12/2008 | 9/12/2008 | 1.09 | 0.09 | Pre | | | |
| 17 | DKK | 22,712,825.38 | DEBIT | 9/12/2008 | 9/12/2008 | 8.00 | 7.00 | Pre | | | |
| 18 | | | | | | | | | | | |
| 19 | NET CASH MOVEMENT | 56,982.97 | | | | | | | | | |
| 20 | | | | | | | | | CLOSING BALANCE | | 1,558,382.64 |
| 21 | Value Date 15th September 2008 | | | | | | | | | | |
| 22 | | | | | | | | | | | |
| 23 | CCY | Amount | Debit/Credit | Value | Date Delivery/at confirmation | DKK time | UK time | Pre/post | | | |
| 24 | | | | | | | | | | | |
| 25 | | | | | | | | | OPENING BALANCE | | 1,558,382.64 |
| 26 | | | | | | | | | | | |
| 27 | DKK | 160,056.00 | CREDIT | 9/15/2008 | 9/12/2008 | 8.37 | 7.37 | Pre | | | |
| 28 | DKK | 730,506.64 | CREDIT | 9/15/2008 | 9/13/2008 | 7.56 | 6.56 | Pre | | | |
| 29 | DKK | 70,000,000.00 | DEBIT | 9/15/2008 | 9/13/2008 | 7.56 | 6.56 | Pre | | | |
| 30 | DKK | 1,500,000.00 | DEBIT | 9/15/2008 | 9/13/2008 | 7.56 | 6.56 | Pre | | | |
| 31 | DKK | 730,506.64 | DEBIT | 9/15/2008 | 9/13/2008 | 7.55 | 6.55 | Pre | | | |
| 32 | DKK | 153,787.86 | DEBIT | 9/15/2008 | 9/13/2008 | 7.55 | 6.55 | Pre | | | |
| 33 | DKK | 60,775.00 | DEBIT | 9/15/2008 | 9/13/2008 | 7.55 | 6.55 | Pre | | | |
| 34 | DKK | 1,600.00 | DEBIT | 9/15/2008 | 9/13/2008 | 9.47 | 8.47 | Pre | | | |
| 35 | DKK | 810.00 | DEBIT | 9/15/2008 | 9/13/2008 | 7.56 | 6.56 | Pre | | | |
| 36 | DKK | 270.00 | DEBIT | 9/15/2008 | 9/13/2008 | 7.56 | 6.56 | Pre | | | |
| 37 | DKK | 86,000,000.00 | CREDIT | 9/15/2008 | 9/15/2008 | 5.22 | 4.22 | Pre | | | |
| 38 | | | | | | | | | | | |
| 39 | NET CASH MOVEMENT | 14,442,813.14 | | | | | | | INTRADAY PRE-ADMIN BALANCE | | 12,884,430.50 |
| 40 | | | | | | | | | | | |
| 41 | | | | | | | | | | | |
| 42 | | | | | | | | | | | |
| 43 | Post - Admin | | | | | | | | | | |
| 44 | | | | | | | | | | | |
| 45 | DKK | 729,070.53 | CREDIT | 9/15/2008 | 9/15/2008 | 10.43 | 9.43 | Post | | | |
| 46 | DKK | 122,664.00 | CREDIT | 9/15/2008 | 9/15/2008 | 8.37 | 7.37 | Post | | | |
| 47 | DKK | 36,480.00 | CREDIT | 9/15/2008 | 9/15/2008 | 8.37 | 7.37 | Post | | | |
| 48 | DKK | 409.82 | DEBIT | 9/15/2008 | 9/15/2008 | 10.46 | 9.46 | Post | | | |
| 49 | | | | | | | | | | | |
| 50 | NET CASH MOVEMENT | 887,804.71 | | | | | | | | | |
| 51 | | | | | | | | | | | |

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 52 | | | | | | | | | | | |
| 53 | | | | | | | | | | | |
| 54 | | | | | | | | | | | |
| 55 | | | | | | | | | | | |
| 56 | | | | | | | | | | | |
| 57 | | | | | | | | | | | |
| 58 | Post DKK Debits and Credits | 887,804.71 | | | | | | | | | |
| 59 | | | | | | | | | | | |
| 60 | Post DKK Credits only | 888,214.53 | | | | | | | | | |



| | L | M | N | O |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |
| 21 | | | | |
| 22 | | | | |
| 23 | | | | |
| 24 | | | | |
| 25 | | | | |
| 26 | | | | |
| 27 | | | | |
| 28 | | | | |
| 29 | | | | |
| 30 | | | | |
| 31 | | | | |
| 32 | | | | |
| 33 | | | | |
| 34 | | | | |
| 35 | | | | |
| 36 | | | | |
| 37 | | | | |
| 38 | | | | |
| 39 | | | | 12,884,430.50 |
| 40 | | | | 887,804.71 |
| 41 | | | | |
| 42 | | | | 13,772,235.21 |
| 43 | | | | |
| 44 | | | | |
| 45 | | | | |
| 46 | | | | |
| 47 | | | | |
| 48 | | | | |
| 49 | | | | |
| 50 | | | | |
| 51 | | | | |

| | A | B | C | D | E | F | G | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | MT | Credit/Debit | Input Time/Date | | Input From | Value Date, Currency Code, Amount | | Ordering Institution | | Beneficiary Institution |
| 2 | 910 | Credit | | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.11 | DKK 22.708.969,17 | Nordea Bank Danmark AS Copenhagen | | |
| 3 | 910 | Credit | | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.11 | DKK 36.000.000,00 | Lehman Brothers Inernat (Europe) (PE) London | | |
| 4 | 900 | Debit | | ESSESESS | Skandinaviska Enskilda Banken Stockholm | 08.09.11 | DKK 49.000.000,00 | | | |
| 5 | 910 | Credit | | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.11 | DKK 49.000.000,00 | Skandinaviska Enskilda Banken Stockholm | | |
| 6 | 910 | Credit | | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.11 | DKK 100.000.000,00 | Danske Bank Copenhagen | | |
| 7 | 205 | Debit | | NDEADKKK | Nordea Bank Danmark AS Copenhagen<br>Lehman Brothers Holdings Inc CH London | 08.09.11 | DKK 38.250,00 | Lehman Brothers Holdings Inc CH London | /D/912043O434 - CITIGB2L | Citibank N.A London |
| 8 | 900 | Debit | | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.11 | DKK 38.250,00 | | | |
| 9 | 205 | Debit | | DABADKKK | Danske Bank Copenhagen<br>Lehman Brothers Holdings Inc CH London | 08.09.11 | DKK 50.000,00 | Lehman Brothers Holdings Inc CH London | /D/3996023060 | Lehman Brothers Inc. New York, NY |
| 10 | 900 | Debit | | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.11 | DKK 50.000,00 | | | |
| 11 | 205 | Debit | | DABADKKK | Danske Bank Copenhagen<br>Lehman Brothers Holdings Inc CH London | 08.09.11 | DKK 98.000,00 | Lehman Brothers Holdings Inc CH London | /D/IT31M0306912711007000001 4623 | Eurizon Capital SGR SPA |
| 12 | 900 | Debit | | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.11 | DKK 98.000,00 | | | |
| 13 | 205 | Debit | | DABADKKK | Danske Bank Copenhagen<br>Lehman Brothers Holdings Inc CH London | 08.09.11 | DKK 329.525,00 | Lehman Brothers Holdings Inc CH London | /D/IT98LO306912711007000014 606 | Eurizon Capital SGR SPA |
| 14 | 900 | Debit | | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.11 | DKK 329.525,00 | | | |
| 15 | 205 | Debit | | DABADKKK | Danske Bank Copenhagen<br>Lehman Brothers Holdings Inc CH London | 08.09.11 | DKK 429.975,00 | Lehman Brothers Holdings Inc CH London | /D/IT48O306912711007000014 585 | Eurizon Capital SGR SPA |
| 16 | 900 | Debit | | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.11 | DKK 429.975,00 | | | |

| A | B | C | D | E | F | G | I | J | K |
|---|---|---|---|---|---|---|---|---|---|
| 17 | 205 Debit | | DABADKKK | Danske Bank Copenhagen | 08.09.11 | DKK 1.640.000,00 | Lehman Brothers Holdings Inc CH London | /D/3996023060 - SLHUS3X | Lehman Brothers Inc. New York, NY |
| 18 | 900 Debit | | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.11 | DKK 1.640.000,00 | | | |
| 19 | 205 Debit | | NDEADKKK | Nordea Bank Danmark AS Copenhagen | 08.09.11 | DKK 3.091.939,26 | Lehman Brothers Holdings Inc CH London | CITIGB2L | Citibank N.A London |
| 20 | 900 Debit | | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.11 | DKK 3.091.939,26 | | | |
| 21 | 205 Debit | | DABADKKK | Danske Bank Copenhagen | 08.09.11 | DKK 3.111.583,15 | Lehman Brothers Holdings Inc CH London | /D/3996023060 - SLHUS3X | Lehman Brothers Inc. New York, NY |
| 22 | 900 Debit | | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.11 | DKK 3.111.583,15 | | | |
| 23 | 900 Debit | | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.11 | DKK 47.000.000,99 | | | |
| 24 | 900 Debit | | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.11 | DKK 155.000.000,00 | | | |
| 25 | 910 Credit | | ESSESESS | Skandinaviska Enskilda Banken Stockholm | 08.09.11 | DKK 155.000.000,00 | Lehman Brothers Holdings Inc CH London | | |
| 26 | 202 Debit | 09:36/08.09.11 | NDEADKKKCXXX | Nordea Bank Danmark AS Copenhagen | 08.09.11 | DKK 22.708.969,17 | The Tudor BVI Portfolio Ltd, 1275 King Street, Greenwich, US | /529501700256 | Lehman Brothers Holdings UK |
| 27 | 202 Credit | 12:41/08.09.11 | SLIIGB2LAXXX | Lehman Brothers Internat (Europe) (PE) London | 08.09.11 | DKK 36.000.000,00 | | /D/5295-0017001256 - SLHIGB2HXXX | Lehman Brothers Holdings Inc CH London |
| 28 | 203 Credit | 20:16/08.09.10 | ESSESESSAXXX | Skandinaviska Enskilda Banken Stockholm | 08.09.11 | DKK 1300000, | Lehman Brothers Commercial Corporatoion, New York, Ny | SLHIGB2H | Lehman Brothers Holdings Inc |
| 29 | 202 Credit | 08:31/08.09.11 | DABADKKKAXXX | Danske Bank Copenhagen | 08.09.11 | DKK 100.000.000,00 | Lehman Brothers Holdings Inc CH London | /5295.0017001256 | Lehman Brothers Holdings CH London |
| 30 | 202 Credit | 06:31/08.09.10 | SLHIGB2HAXXX | Lehman Brothers Holdings Inc CH London | 08.09.11 | DKK 38.250,00 | Lehman Brothers Holdings Inc CH London | /5295 - 0017001256 - NDEADKKK | Nordea Bank Danmark AS Copenhagen |
| 31 | 202 Credit | 22:47/08.09.09 | SLHIGB2HAXXX | Lehman Brothers Holdings Inc CH London | 08.09.11 | DKK 50.000,00 | Lehman Brothers Holdings Inc CH London | /5295 - 0017001256 - DABADKKK | Danske Bank Copenhagen |

| | A | B | C | D | E | F | G | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 202 Credit | | 06:57/08.09.10 | SLHIGB2HAXXX | Lehman Brothers Holdings Inc CH London | | | Lehman Brothers Holdings Inc CH London | /5295 - 0017001256 - DABADKKK | Danske Bank Copenhagen |
| 33 | 202 Credit | | 06:57/08.09.10 | SLHIGB2HAXXX | Lehman Brothers Holdings Inc CH London | 08.09.11 | DKK 98.000,00 | Lehman Brothers Holdings Inc CH London | /5295 - 0012001256 - DABADKKK | Danske Bank Copenhagen |
| 34 | 202 Credit | | 06:57/08.09.10 | SLHIGB2HAXXX | Lehman Brothers Holdings Inc CH London | 08.09.11 | DKK 329.525,00 | Lehman Brothers Holdings Inc CH London | /5295 - 0017001256 - DABADKKK | Danske Bank Copenhagen |
| 35 | 202 Credit | | 12:47/08.09.10 | SLHIGB2HAXXX | Lehman Brothers Holdings Inc CH London | 08.09.11 | DKK 429.975,00 | Lehman Brothers Holdings Inc CH London | /5295 - 0017001256 - DABADKKK | Danske Bank Copenhagen |
| 36 | 202 Credit | | 06:57/08.09.10 | SLHIGB2HAXXX | Lehman Brothers Holdings Inc CH London | 08.09.11 | DKK 1.640.000,00 | Lehman Brothers Holdings Inc CH London | /5295 - 0017001256 - NDEADKKK | Nordea Bank Danmark AS Copenhagen |
| 37 | 202 Credit | | 06:47/08.09.10 | SLHIGB2HAXXX | Lehman Brothers Holdings Inc CH London | 08.09.11 | DKK 3.091.939,26 | Lehman Brothers Holdings Inc CH London | /5295 - 0017001256 - DABADKKK | Danske Bank Copenhagen |
| 38 | 202 Credit | | 05:40/08.09.11 | SLHIGB2HAXXX | Lehman Brothers Holdings Inc CH London | 08.09.11 | DKK 3.111.583,15 | Lehman Brothers Holdings Inc CH London | /D/5295 0017001248 - SLIGB2LXXX | Lehman Brothers Internat. (Europe) (PE) London |
| 39 | 202 Credit | | 08:48/08.09.11 | SLHIGB2HAXXX | Scandinaviska Enskilda Banken Stockholm | 08.09.11 | DKK 47.000.000,00 | Lehman Brothers Holdings Inc CH London | ESSESESS | Skandinaviska Enskilda Banken Stockholm |
| 40 | 900 Debit | | | ESSESESS | Lehman Brothers Holdings Inc CH London | 08.09.12 | DKK 155.000.000,00 | Scandinaviska Enskilda Banken Stockholm | | |
| 41 | 910 Credit | | | SLHIGB2H | Nordea Bank Danmark AS Copenhagen | 08.09.12 | DKK 155.000.000,00 | Lehman Brothers Holdings Inc CH London | | |
| 42 | 103 Credit | | | NDEADKKK | Lehman Brothers Holdings Inc CH London | 08.09.12 | DKK 22.712.825,38 | | /B21CHASO60924242282613 | Tudor BVI Global Portfolio |
| 43 | 900 Debit | | | SLHIGB2H | Danske Bank Copenhagen | 08.09.12 | DKK 22.712.825,38 | | | |
| 44 | 205 Debit | | | DABADKKK | Lehman Brothers Holdings Inc CH London | 08.09.12 | DKK 30.000.000,00 | | /D/3996023060 - SLHUS3X | Lehman Brothers Inc. New York, NY |
| 45 | 900 Debit | | | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.12 | DKK 30.000.000,00 | | | |
| 46 | 900 Debit | | | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.12 | DKK 35.000.000,00 | | | |
| 47 | 900 Debit | | | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.12 | DKK 112.228.766,59 | | | |

| A | B | C | D | E | F | G | I | J | K |
|---|---|---|---|---|---|---|---|---|---|
| 48 | 910 Credit | | | Lehman Brothers Holdings Inc CH London | | | Danske Bank Copenhagen | | |
| 49 | 910 Credit | | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.12 | DKK 74.000,00 | Danske Bank Copenhagen | | |
| 50 | 910 Credit | | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.12 | DKK 248.825,00 | Danske Bank Copenhagen | | |
| 51 | 202 Debit | | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.12 | DKK 324.675,00 | Danske Bank Copenhagen | SLHIGB2L | Lehman Brothers Internat (Europe) (PE) London |
| 52 | 910 Credit | | SLHIGB2H | Skandinaviska Enskilda Banken Stockholm | 08.09.12 | DKK 2.237.109,00 | Danske Bank Copenhagen | | |
| 53 | 900 Debit | | ESSESESS | Lehman Brothers Holdings Inc CH London | 08.09.12 | DKK 2.237.109,00 | Skandinaviska Enskilda Banken Stockholm | | |
| 54 | 910 Credit | | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.12 | DKK 42.000.000,00 | | | |
| 55 | 202 Credit | 08:19/08.09.12 | DABADKKKAXXX | Danske Bank Copenhagen | 08.09.12 | DKK 74.000,00 | Eurizon Capital SGR SPA | /5295 0017001256 - SLHIGB2HXXX | Lehman Brothers Holdings Inc CH London |
| 56 | 202 Credit | 08:19/08.09.12 | DABADKKKAXXX | Danske Bank Copenhagen | 08.09.12 | DKK 248.825,00 | Eurizon Capital SGR SPA | /5295 0017001256 - SLHIGB2HXXX | Lehman Brothers Holdings Inc CH London |
| 57 | 202 Credit | 08:19/08.09.12 | DABADKKKAXXX | Danske Bank Copenhagen | 08.09.12 | DKK 324.675,00 | Eurizon Capital SGR SPA | /5295 0017001256 - SLHIGB2HXXX | Lehman Brothers Holdings Inc CH London |
| 58 | 202 Credit | 08:18/08.09.12 | DABADKKKAXXX | Danske Bank Copenhagen | 08.09.12 | DKK 2.237.109,00 | Lehman Brothers Commercial Corporatioon, New York, Ny | /5295 001700256 - SLHIGB2HXXX | Lehman Brothers Holdings Inc CH London |
| 59 | 202 Credit | 15:11/08.09.12 | ESSESESSAXXX | Skandinaviska Enskilda Banken Stockholm | 08.09.12 | DKK 42.000.000,00 | | SLHIGB2H | Lehman Brothers Holdings Inc. CH London |
| 60 | 202 Credit | 20:16/08.09.11 | ESSESESSAXXX | Skandinaviska Enskilda Banken Stockholm | 08.09.12 | DKK 89467500 | | SLHIGB2H | Lehman Brothers Holdings |
| 61 | 103 Credit | 10:57/08.09.11 | SLHIGB2HAXXX | Lehman Brothers Holdings Inc CH London | 08.09.12 | DKK 22.712.825,38 | The Tudor BVI Global Portfolio R | /GB21CHSD06092422282613 | Tudor BVI Global Portfolio |
| 62 | 202 | 12:38/08.09.11 | SLHIGB2HAXXX | Lehman Brothers Holdings Inc CH London | 08.09.12 | DKK 30.000.000,00 | Lehman Brothers Holdings Inc CH London | /D/3996023060 - SLHUS3X | Lehman Brothers Inc. New York, NY |

| # | A | B | C | D | E | F | G | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|
| 63 | 202 Credit | | 05-40/08.09.11 | SLHIGB2HSXXX | Lehman Brothers Holdings Inc CH London | | DKK 35.000.000,00 | | /D/5295O017001248 - SLHIGB2LXXX | Lehman Brothers Internat. (Europe) (PE) London |
| 64 | 202 Credit | | 08-14/08.09.12 | SLHIGB2HAXXX | Lehman Brothers Holdings Inc CH London | 08.09.12 | DKK 112.228.766,59 | | SLHIGB2LXXX | Lehman Brothers Internat (Europe) (PE) London |
| 65 | 910 Credit | | | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.12 | DKK 36.480,00 | Danske Bank Copenhagen | | |
| 66 | 910 Credit | | | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.15 | DKK 122.664,00 | Danske Bank Copenhagen | | |
| 67 | 910 Credit | | | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.15 | DKK 160.056,00 | Danske Bank Copenhagen | | |
| 68 | 910 Credit | | | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.15 | DKK 729.070,53 | Citibank N.A London | | |
| 69 | 900 Debit | | | SLHIUS3X | Lehman Brothers Inc New York, NY | 08.09.15 | DKK 730.506,64 | | | |
| 70 | 910 Credit | | | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.15 | DKK 730.506,64 | Lehman Brothers Inc. New York, NY | | |
| 71 | 910 Credit | | | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.15 | DKK 86.000.000,00 | Lehman Brothers Internat (Europe) (PE) London | | |
| 72 | 205 Debit | | | NDEADKKK | Nordea Bank Danmark AS Copenhagen | 08.09.15 | DKK 270,00 | Lehman Brothers Holdings Inc CH London | /D/5000019471 | UBS AG London Branch |
| 73 | 900 Debit | | | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.15 | DKK 270,00 | | | |
| 74 | 103 Credit | | | NDEADKKK | Nordea Bank Danmark AS Copenhagen | 08.09.15 | DKK 409,82 | Lehman Brothers Holdings Inc CH London | /I0000736 | OCONNOR GLBL Multi Strat Alpha MSTR |
| 75 | 900 Debit | | | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.15 | DKK 409,82 | | | |
| 76 | 205 Debit | | | NDEADKKK | Nordea Bank Danmark AS Copenhagen | 08.09.15 | DKK 810,00 | Lehman Brothers Holdings Inc CH London | /D/5000019471 | UBS AG London Branch |
| 77 | 900 Debit | | | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.15 | DKK 810,00 | | | |
| 78 | 900 Debit | | | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.15 | DKK 1.600,00 | | | |

| # | A | B | C | D | E | F | G | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|
| 79 | 900 | Debit | | | Lehman Brothers Holdings Inc CH London | 08.09.15 | DKK 60.755,00 | | | |
| 80 | 910 | Credit | | SLHIGB2H / BSDTUS33GBL | BNY Mellon NA (Former Mellon) Everet, MA | 08.09.15 | DKK 60.755,00 | Lehman Brothers Holdings Inc CH London | | |
| 81 | 900 | Debit | | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.15 | DKK 153.787,86 | | | |
| 82 | 910 | Credit | | SBOSGB2X | State Street Bank and Trust Co London | 08.09.15 | DKK 153.787,86 | Lehman Brothers Holdings Inc CH London | | |
| 83 | 900 | Debit | | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.15 | DKK 730.506,64 | | | |
| 84 | 910 | Credit | | SLHIUS3X | Lehman Brothers Inc New York, NY | 08.09.15 | DKK 730.506,64 | Lehman Brothers Holdings Inc CH London | | |
| 85 | 205 | Debit | | DABADKKK | Danske Bank Copenhagen | 08.09.15 | DKK 1.500.000,00 | Lehman Brothers Holdings Inc CH London | /D/3996054128 - RPLAFRPP | SGAM Banque (Formerly BAREP Banque) Courbevoie |
| 86 | 900 | Debit | | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.15 | DKK 1.500.000,00 | | | |
| 87 | 205 | Debit | | DABADKKK | Danske Bank Copenhagen | 08.09.15 | DKK 70.000.000,00 | Lehman Brothers Holdings Inc CH London | /D/3996023060 -SLHIUS3X | Lehman Brothers Inc. New York, NY |
| 88 | 900 | Debit | | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.15 | DKK 70.000.000,00 | | | |
| 89 | 202 | Credit | 08:32/08.09.15 | DABADKKKAXXX | Danske Bank Copenhagen | 08.09.15 | DKK 36.480,00 | Eurizon Capital SGR SPA | /52950017001256 - SLHIGB2HXXX | Lehman Brothers Holdings Inc CH London |
| 90 | 202 | Credit | 08:32/08.09.15 | DABADKKKAXXX | Danske Bank Copenhagen | 08.09.15 | DKK 122.664,00 | Eurizon Capital SGR SPA | /52950017001256 - SLHIGB2HXXX | Lehman Brothers Holdings Inc CH London |
| 91 | 202 | Credit | 08:32/08.09.15 | DABADKKKAXXX | Danske Bank Copenhagen | 08.09.15 | DKK 160.056,00 | Eurizon Capital SGR SPA | /52950017001256 - SLHIGB2HXXX | Lehman Brothers Holdings Inc CH London |
| 92 | 202 | Credit | 08:58/08.09.15 | CITIGB2LDXXX | Citibank N A London | 08.09.15 | DKK 729.070,53 | Citibank N A London | /52950017001256 | Lehman Brother Finance London |
| 93 | 202 | Credit | 04.25/08.09.12 | SLHIUS3XAXXX | Lehman Brothers Inc. New York NY | 08.09.15 | DKK 730.506,64 | Lehman Brothers Inc. New York, NY | /D/5295 - 0017001256 - SLHIGB2HXXX | Lehman Brothers Holdings Inc CH London |
| 94 | 202 | Credit | 10:56/08.09.12 | SLIIGB2LAXXX | Lehman Brothers Internat (Europe) (PE) London | 08.09.15 | DKK 86.000.000,00 | | SLHIGB2HXXX | Lehman Brothers Holdings Inc. CH London |

| | A | B | C | D | E | F | G | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|
| 95 | | 202 Credit | 12:31/08.09.12 | SLHIGB2HAXXX | Lehman Brothers Holdings Inc CH London | | DKK 270,00 | Lehman Brothers Holdings Inc CH London | /D/5000019471 | UBS AG London Branch |
| 96 | | 103 Credit | 11:34/08.09.12 | SLHIGB2HAXXX | Lehman Brothers Holdings Inc CH London | 08.09.15 | DKK 409,82 | UBS OSE | //0000736 | OCONNOR GLBL Multi Strat Alpha MSTR |
| 97 | | 202 Credit | 12:32/08.09.12 | SLHIGB2HSXXX | Lehman Brothers Holdings Inc CH London | 08.09.15 | DKK 810,00 | Lehman Brothers Holdings Inc CH London | /D/5000019471 | UBS AG London Branch |
| 98 | | 103 Credit | 06:35/08.09.12 | SLHIGB2HAXXX | Lehman Brothers Holdings Inc CH London | 08.09.15 | DKK 1.600,00 | Lehman Brothers Holdings Inc CH London | /DK4330002590461426 | Michael Dalitz Taxi Service |
| 99 | | 202 Credit | 08:31/08.09.12 | SLHIGB2HAXXX | Lehman Brothers Holdings Inc CH London | 08.09.15 | DKK 60.755,00 | Lehman Brothers Holdings Inc CH London | /D/5295017000705 | Mellon |
| 100 | | 202 Credit | 04:51/08.09.12 | SLHIGB2HAXXX | Lehman Brothers Holdings Inc CH London | 08.09.15 | DKK 153.787,86 | Lehman Brothers Holdings Inc CH London | /D/5295017001760 - SBDSGB2XXXX | State Street Bank and Trust Co. London |
| 101 | | 202 Credit | 04:25/08.09.12 | SLHIGB2HAXXX | Lehman Brothers Holdings Inc CH London | 08.09.15 | DKK 730.506,64 | Lehman Brothers Holdings Inc CH London | /D/5295017002023 - SLHUS3XXXX | Lehman Brothers Inc. New York, NY |
| 102 | | 202 Credit | 07:48/08.09.12 | SLHIGB2HAXXX | Lehman Brothers Holdings Inc CH London | 08.09.15 | DKK 1.500.000,00 | Lehman Brothers Holdings Inc CH London | /D/3996054128 -RPLAFRPP | SGAM Banque (Formerly BAREP Banque) Courbevoie |
| 103 | | 202 Credit | 12:16/08.09.12 | SLHIGB2HAXXX | Lehman Brothers Holdings Inc CH London | 08.09.15 | DKK 70.000.000,00 | Lehman Brothers Holdings Inc CH London | /D/3996023060 - SLHUS3X | Lehman Brothers Inc. New York, NY |

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | MT | Credit/Debit | Input Time/Date | | Input From | Value Date, | Currency Code, Amount | | Ordering Institution | | Beneficiary Institution |
| 2 | 900 | Debit | | | Scandinaviska Enskilda Banken Stockholm | 08.09.12 | DKK 155.000.000,00 | | | | |
| 3 | 910 | Credit | | ESSESESS | Lehman Brothers Holdings Inc CH London | 08.09.12 | DKK 155.000.000,00 | ESSESESS | Scandinaviska Enskilda Banken Stockholm | | |
| 4 | 103 | Credit | | NDEADKKK | Nordea Bank Danmark AS Copenhagen | 08.09.12 | DKK 22.712.825,38 | ESSESESS | Lehman Brothers Holdings Inc CH London | /B21CHAS06092422 282613 | Tudor BVI Global Portfolio |
| 5 | 900 | Debit | | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.12 | DKK 22.712.825,38 | SLHIGB2H | | | |
| 6 | 205 | Debit | | DABADKKK | Danske Bank Copenhagen | 08.09.12 | DKK 30.000.000,00 | | | /D/3996023060- SLHIUS3X | Lehman Brothers Inc. New York, NY |
| 7 | 900 | Debit | | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.12 | DKK 30.000.000,00 | | | | |
| 8 | 900 | Debit | | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.12 | DKK 35.000.000,00 | | | | |
| 9 | 900 | Debit | | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.12 | DKK 112.228.766,59 | | | | |
| 10 | 910 | Credit | | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.15 | DKK 36.480,00 | DABADKKK | Danske Bank Copenhagen | | |
| 11 | 910 | Credit | | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.15 | DKK 122.664,00 | DABADKKK | Danske Bank Copenhagen | | |
| 12 | 910 | Credit | | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.15 | DKK 160.056,00 | DABADKKK | Danske Bank Copenhagen | | |
| 13 | 910 | Credit | | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.15 | DKK 729.070,53 | CITIGB2L | Citibank N.A London | | |
| 14 | 900 | Debit | | SLHIUS3X | Lehman Brothers Inc New York, NY | 08.09.15 | DKK 730.506,64 | | | | |
| 15 | 910 | Credit | | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.15 | DKK 730.506,64 | SLHIUS3X | Lehman Brothers Inc. New York, NY | | |
| 16 | 910 | Credit | | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.15 | DKK 86.000.000,00 | SLHIGB2L | Lehman Brothers Internat (Europe) (PE) London | | |

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 | 205 Debit | | | NDEADKKK | Nordea Bank Danmark AS Copenhagen | 08.09.15 | DKK 270,00 | SLHIGB2H | Lehman Brothers Holdings Inc CH London | /D/5000019471 | UBS AG London Branch |
| 18 | 900 Debit | | | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.15 | DKK 270,00 | | | | |
| 19 | 103 Credit | | | NDEADKKK | Nordea Bank Danmark AS Copenhagen | 08.09.15 | DKK 409,82 | SIHIGB2H | Lehman Brothers Holdings Inc CH London | /0000736 | OCONNOR GLBL Multi Strat Alpha MSTR |
| 20 | 900 Debit | | | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.15 | DKK 409,82 | | | | |
| 21 | 205 Debit | | | NDEADKKK | Nordea Bank Danmark AS Copenhagen | 08.09.15 | DKK 810,00 | SLHIGB2H | Lehman Brothers Holdings Inc CH London | /D/5000019471 | UBS AG London Branch |
| 22 | 900 Debit | | | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.15 | DKK 810,00 | | | | |
| 23 | 900 Debit | | | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.15 | DKK 1.600,00 | | | | |
| 24 | 900 Debit | | | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.15 | DKK 60.755,00 | | | | |
| 25 | 910 Credit | | | BSDTUS33GBL | BNY Mellon NA (Former Mellon) Everett, MA | 08.09.15 | DKK 60.755,00 | SLHIGB2H | Lehman Brothers Holdings Inc CH London | | |
| 26 | 900 Debit | | | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.15 | DKK 153.787,86 | | | | |
| 27 | 910 Credit | | | SBOSGB2X | State Street Bank and Trust Co London | 08.09.15 | DKK 153.787,86 | SLHIGB2H | Lehman Brothers Holdings Inc CH London | | |
| 28 | 900 Debit | | | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.15 | DKK 730.506,64 | | | | |
| 29 | 910 Credit | | | SLHIUS3X | Lehman Brothers Inc New York, NY | 08.09.15 | DKK 730.506,64 | SLHIGB2H | Lehman Brothers Holdings Inc CH London | | |
| 30 | 205 Debit | | | DABADKKK | Danske Bank Copenhagen | 08.09.15 | DKK 1.500.000,00 | SLHIGB2H | Lehman Brothers Holdings Inc CH London | /D/3996054128-RPLAFRPP | SGAM Banque (Formerly BAREP Banque) Courbevoie |
| 31 | 900 Debit | | | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.15 | DKK 1.500.000,00 | | | | |

| A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 205 Debit | | | Danske Bank Copenhagen / Lehman Brothers Holdings Inc CH London | 08.09.15 | DKK 70.000.000,00 | | Lehman Brothers Holdings Inc CH London | /D/3996023060 - SLHIUS3X | Lehman Brothers Inc New York, NY |
| 33 | 900 Debit | | DABADKKK | Lehman Brothers Holdings Inc CH London | 08.09.15 | DKK 70.000.000,00 | SLHIGB2H | | | |
| 34 | 910 Credit | | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.11 | DKK 22.708.969,17 | NDEADKK | Nordea Bank Danmark AS Copenhagen | | |
| 35 | 910 Credit | | SLHIGB2H | Lehman Brothers Holdings Inc CH London / Skandinaviska Enskilda Banken Stockholm | 08.09.11 | DKK 36.000.000,00 | SLHIGB2L | Lehman Brothers Inernat (Europe) (PE) London | | |
| 36 | 900 Debit | | ESSESESS | Lehman Brothers Holdings Inc CH London | 08.09.11 | DKK 49.000.000,00 | ESSESESS | Scandinaviska Enskilda Banken Stockholm | | |
| 37 | 910 Credit | | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.11 | DKK 49.000.000,00 | DABADKK | Danske Bank Copenhagen | | |
| 38 | 910 Credit | | SLHIGB2H | Nordea Bank Danmark AS Copenhagen / Lehman Brothers Holdings Inc CH London | 08.09.11 | DKK 100.000.000,00 | SLHIGB2H | Lehman Brothers Holdings Inc CH London | | |
| 39 | 205 Debit | | NDEADKKK | Lehman Brothers Holdings Inc CH London | 08.09.11 | DKK 38.250,00 | SLHIGB2H | Lehman Brothers Holdings Inc CH London | /D/9120430434 - CITIGB2L | Citibank N.A London |
| 40 | 900 Debit | | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.11 | DKK 38.250,00 | | | | |
| 41 | 205 Debit | | DABADKKK | Danske Bank Copenhagen / Lehman Brothers Holdings Inc CH London | 08.09.11 | DKK 50.000,00 | SLHIGB2H | Lehman Brothers Holdings Inc CH London | /D/3996023060 | Lehman Brothers Inc New York, NY |
| 42 | 900 Debit | | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.11 | DKK 50.000,00 | | | | |
| 43 | 205 Debit | | DABADKKK | Danske Bank Copenhagen / Lehman Brothers Holdings Inc CH London | 08.09.11 | DKK 98.000,00 | SLHIGB2H | Lehman Brothers Holdings Inc CH London | /D/IT31M03069127 1 1007000014623 | Eurizon Capital SGR SPA |
| 44 | 900 Debit | | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.11 | DKK 98.000,00 | | | | |
| 45 | 205 Debit | | DABADKKK | Danske Bank Copenhagen / Lehman Brothers Holdings Inc CH London | 08.09.11 | DKK 329.525,00 | SLHIGB2H | Lehman Brothers Holdings Inc CH London | /D/IT98L0306912711 007000014666 | Eurizon Capital SGR SPA |
| 46 | 900 Debit | | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.11 | DKK 329.525,00 | | | | |

| | A | B | C | D | E | F | G | H | L | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 47 | | 205 Debit | | DABADKKK | Danske Bank Copenhagen; Lehman Brothers Holdings Inc CH London | 08.09.11 | DKK 429.975,00 | | Lehman Brothers Holdings Inc CH London | /D/T43B030612711 0070000014585 | Eurizon Capital SGR SPA |
| 48 | | 900 Debit | | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.11 | DKK 429.975,00 | SLHIGB2H | | | |
| 49 | | 205 Debit | | DABADKKK | Danske Bank Copenhagen; Lehman Brothers Holdings Inc CH London | 08.09.11 | DKK 1.640.000,00 | | Lehman Brothers Holdings Inc CH London | /D/3996023060 - SLHIUS3X | Lehman Brothers Inc New York, NY |
| 50 | | 900 Debit | | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.11 | DKK 1.640.000,00 | SLHIGB2H | | | |
| 51 | | 205 Debit | | NDEADKKK | Nordea Bank Danmark AS Copenhagen; Lehman Brothers Holdings Inc CH London | 08.09.11 | DKK 3.091.939,26 | | Lehman Brothers Holdings Inc CH London | CITIGB2L | Citibank N.A London |
| 52 | | 900 Debit | | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.11 | DKK 3.091.939,26 | SLHIGB2H | | | |
| 53 | | 205 Debit | | DABADKKK | Danske Bank Copenhagen; Lehman Brothers Holdings Inc CH London | 08.09.11 | DKK 3.111.583,15 | | Lehman Brothers Holdings Inc CH London | /D/3996023060 - SLHIUS3X | Lehman Brothers Inc New York, NY |
| 54 | | 900 Debit | | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.11 | DKK 3.111.583,15 | SLHIGB2H | | | |
| 55 | | 900 Debit | | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.11 | DKK 47.000.000,99 | | | | |
| 56 | | 900 Debit | | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.11 | DKK 155.000.000,00 | | | | |
| 57 | | 910 Credit | | ESSESESS | Skandinaviska Enskilda Banken Stockholm; Lehman Brothers Holdings Inc CH London | 08.09.11 | DKK 155.000.000,00 | SLHIGB2H | Lehman Brothers Holdings Inc CH London | | |
| 58 | | 910 Credit | | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.12 | DKK 74.000,00 | DABADKKK | Danske Bank Copenhagen | | |
| 59 | | 910 Credit | | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.12 | DKK 248.825,00 | DABADKKK | Danske Bank Copenhagen | | |
| 60 | | 910 Credit | | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.12 | DKK 324.675,00 | DABADKKK | Danske Bank Copenhagen | | |
| 61 | | 202 Debit | | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.12 | DKK 2.237.109,00 | DABADKKK | Danske Bank Copenhagen | SLHIGB2L | Lehman Brothers Internat (Europe) (PE) London |

| # | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 62 | | 910 Credit | | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.12 | DKK 2.237.109,00 | DABADKKK | Danske Bank Copenhagen | | Lehman Brothers Holdings UK London |
| 63 | | 900 Debit | | ESSESESS | Skandinaviska Enskilda Banken Stockholm | 08.09.12 | DKK 42.000.000,00 | ESSESESS | Skandinaviska Enskilda Banken Stockholm | | |
| 64 | | 910 Credit | 09:36/08.09.11 | SLHIGB2H | Lehman Brothers Holdings Inc CH London | 08.09.12 | DKK 42.000.000,00 | | The Tudor BVI Portfolio Ltd, 1275 King Street, Greenwich, US | /5295001760256 | |
| 65 | 202 | 202 Debit | 12:41/08.09.11 | NDEADKKKCXXX | Nordea Bank Danmark AS Copenhagen | 08.09.11 | DKK 22.708.969,17 | /0022282613 | | | |
| 66 | | 202 Credit | | SLHIGB2LAXXX | Lehman Brothers Internat (Europe) (PE) London | 08.09.11 | DKK 36.000.000,00 | | | /D/5295-0017001256 SLHIGB2HXXX | Lehman Brothers Holdings Inc CH London |
| 67 | | 203 Credit | 20:16/08.09.10 | ESSESESSAXXX | Skandinaviska Enskilda Banken Stockholm | 08.09.11 | DKK 1300000, | | | SLHIGB2H | Lehman Brothers Holdings Inc London |
| 68 | | 202 Credit | 08:31/08.09.11 | DABADKKKAXXX | Danske Bank Copenhagen | 08.09.11 | DKK 100.000.000,00 | SLHITU53N | Lehman Brothers Commercial Corporatoion, New York, Ny | /5295 0017001256 | Lehman Brothers Holdings CH London |
| 69 | | 202 Credit | 06:31/08.09.10 | SLHIGB2HAXXX | Lehman Brothers Holdings Inc CH London | 08.09.11 | DKK 38.250,00 | SLHIGB2HXXX | Lehman Brothers Holdings Inc CH London | /5295 - 0017001256 NDEADKKK | Nordea Bank Danmark AS Copenhagen |
| 70 | | 202 Credit | 22:47/08.09.09 | SLHIGB2HAXXX | Lehman Brothers Holdings Inc CH London | 08.09.11 | DKK 50.000,00 | SLHIGB2HXXX | Lehman Brothers Holdings Inc CH London | /5295 - 0017001256 DABADKKK | Danske Bank Copenhagen |
| 71 | | 202 Credit | 06:57/08.09.10 | SLHIGB2HAXXX | Lehman Brothers Holdings Inc CH London | 08.09.11 | DKK 98.000,00 | SLHIGB2HXXX | Lehman Brothers Holdings Inc CH London | /5295 - 0017001256 DABADKKK | Danske Bank Copenhagen |
| 72 | | 202 Credit | 06:57/08.09.10 | SLHIGB2HAXXX | Lehman Brothers Holdings Inc CH London | 08.09.11 | DKK 329.525,00 | SLHIGB2HXXX | Lehman Brothers Holdings Inc CH London | /5295 - 0012001256 DABADKKK | Danske Bank Copenhagen |
| 73 | | 202 Credit | 06:57/08.09.10 | SLHIGB2HAXXX | Lehman Brothers Holdings Inc CH London | 08.09.11 | DKK 429.975,00 | SLHIGB2HXXX | Lehman Brothers Holdings Inc CH London | /5295 - 0017001256 DABADKKK | Danske Bank Copenhagen |
| 74 | | 202 Credit | 12:47/08.09.10 | SLHIGB2HAXXX | Lehman Brothers Holdings Inc CH London | 08.09.11 | DKK 1.640.000,00 | SLHIGB2HXXX | Lehman Brothers Holdings Inc CH London | /5295 - 0017001256 DABADKKK | Danske Bank Copenhagen |
| 75 | | 202 Credit | 06:57/08.09.10 | SLHIGB2HAXXX | Lehman Brothers Holdings Inc CH London | 08.09.11 | DKK 3.091.939,26 | SLHIGB2HXXX | Lehman Brothers Holdings Inc CH London | /5295 - 0017001256 NDEADKKK | Nordea Bank Danmark AS Copenhagen |

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 76 | | 202 Credit | 06:47/08.09.10 | SLHIGB2HAXXX | Lehman Brothers Holdings Inc CH London | | | | Lehman Brothers Holdings Inc London | /5295 - 0017001256 - DABADKKK | Danske Bank Copenhagen |
| 77 | | 202 Credit | 05:40/08.09.10 | SLHIGB2HAXXX | Lehman Brothers Holdings Inc CH London | 08.09.11 | DKK 3.111.583,15 | SLHIGB2HXXX | | /D/5295001700 1248 - SLUGB2LXXX | Lehman Brothers Internat. - (Europe) (PE) London |
| 78 | | 202 Credit | 08:48/08.09.11 | SLHIGB2HAXXX | Lehman Brothers Holdings Inc CH London | 08.09.11 | DKK 47.000.000,00 | | Lehman Brothers Holdings Inc CH London | ESSESESS | Skandinaviska Enskilda Banken Stockholm |
| 79 | | 202 Credit | 08:19/08.09.12 | DABADKKKAXXX | Danske Bank Copenhagen | 08.09.11 | DKK 155.000.000,00 | SLUGB2HXXX | | /5295001700 1256 - SLHIGB2HXXX | Lehman Brothers Holdings Inc CH London |
| 80 | | 202 Credit | 08:19/08.09.12 | DABADKKKAXXX | Danske Bank Copenhagen | 08.09.12 | DKK 74.000,00 | | Eurizon Capital SGR SPA | /5295001700 1256 - SLHIGB2HXXX | Lehman Brothers Holdings Inc CH London |
| 81 | | 202 Credit | 08:19/08.09.12 | DABADKKKAXXX | Danske Bank Copenhagen | 08.09.12 | DKK 248.825,00 | | Eurizon Capital SGR SPA | /5295001700 1256 - SLHIGB2HXXX | Lehman Brothers Holdings Inc CH London |
| 82 | | 202 Credit | 08:18/08.09.12 | DABADKKKAXXX | Danske Bank Copenhagen | 08.09.12 | DKK 324.675,00 | | Eurizon Capital SGR SPA | /5295 001700256 - SLHIGB2HXXX | Lehman Brothers Holdings Inc CH London |
| 83 | | 202 Credit | 15:11/08.09.12 | ESSESESSAXXX | Skandinaviska Enskilda Banken Stockholm | 08.09.12 | DKK 2.237.109,00 | SLHUS3N | Lehman Brothers Commercial Corporation, New York, Ny | SLHIGB2H | Lehman Brothers Holdings Inc CH London |
| 84 | | 202 Credit | 20:16/08.09.11 | ESSESESSAXXX | Skandinaviska Enskilda Banken Stockholm | 08.09.12 | DKK 42.000.000,00 | | | SLHIGB2H | Lehman Brothers Holdings Inc |
| 85 | | 103 Credit | 10:57/08.09.11 | SLHIGB2HAXXX | Lehman Brothers Holdings Inc CH London | 08.09.12 | DKK 89467500 | /05600421 | The Tudor BVI Global Portfolio R | /G821CHSD60924222 282613 | Tudor BVI Global Portfolio |
| 86 | | 202 | 12:38/08.09.11 | SLHIGB2HAXXX | Lehman Brothers Holdings Inc CH London | 08.09.12 | DKK 22.712.825,38 | SLHIGB2HXXX | Lehman Brothers Holdings Inc CH London | /D/3996023060 - SLHI NY | Lehman Brothers Inc. New York, |
| 87 | | 202 Credit | 05:40/08.09.11 | SLHIGB2HSXXX | Lehman Brothers Holdings Inc CH London | 08.09.12 | DKK 30.000.000,00 | | | /D/5295001700 1248 - SLUGB2LXXX | Lehman Brothers Internat. - (Europe) (PE) London |

| A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|
| 88 | 202 Credit | 08:14/08.09.12 | SLHIGB2HAXXX | Lehman Brothers Holdings Inc CH London | | DKK 112.228.766,59 | | | SLIIGB2LXXX | Lehman Brothers Internat (Europe) (PE) London |
| 89 | 202 Credit | 08:32/08.09.15 | DABADKKKAXXX | Danske Bank Copenhagen | 08.09.15 | DKK 36.480,00 | | Eurizon Capital SGR SPA | /5295001700125 6- SLHIGB2HXXX | Lehman Brothers Holdings Inc CH London |
| 90 | 202 Credit | 08:32/08.09.15 | DABADKKKAXXX | Danske Bank Copenhagen | 08.09.15 | DKK 122.664,00 | | Eurizon Capital SGR SPA | /5295001700125 6- SLHIGB2HXXX | Lehman Brothers Holdings Inc CH London |
| 91 | 202 Credit | 08:32/08.09.15 | DABADKKKAXXX | Danske Bank Copenhagen | 08.09.15 | DKK 160.056,00 | | Eurizon Capital SGR SPA | /5295001700125 6- SLHIGB2HXXX | Lehman Brothers Holdings Inc CH London |
| 92 | 202 Credit | 08:58/08.09.15 | CITIGB2LDXXX | Citibank N A London | 08.09.15 | DKK 229.070,53 | CITIGB2LXXX | Citibank N A London | /5295001700125 6 | Lehman Brother Finance London |
| 93 | 202 Credit | 04:25/08.09.12 | SLHUS3XAXXX | Lehman Brothers Inc. New York NY | 08.09.15 | DKK 730.506,64 | SLHUS3XXXX | Lehman Brothers Inc. New York, NY | /D/5295- 0017001256 - SLHIGB2HXXX | Lehman Brothers Holdings Inc CH London |
| 94 | 202 Credit | 10:56/08.09.12 | SLIIGB2LAXXX | Lehman Brothers Internat (Europe) (PE) London | 08.09.15 | DKK 86.000.000,00 | | Lehman Brothers Holdings Inc CH London | SLHIGB2HXXX | Lehman Brothers Holdings Inc CH London |
| 95 | 202 Credit | 12:31/08.09.12 | SLHIGB2HAXXX | Lehman Brothers Holdings Inc CH London | 08.09.15 | DKK 270,00 | SLHIGB2HXXX | Lehman Brothers Holdings Inc CH London | /D/5000019471 | UBS AG London Branch |
| 96 | 103 Credit | 11:34/08.09.12 | SLHIGB2HAXXX | Lehman Brothers Holdings Inc CH London | 08.09.15 | DKK 409,82 | /05601170 | UBS OSE | /0000736 | OCONNOR GLBL Multi Strat Alpha MSTR |
| 97 | 202 Credit | 12:32/08.09.12 | SLHIGB2HSXXX | Lehman Brothers Holdings Inc CH London | 08.09.15 | DKK 810,00 | SLHIGB2HXXX | Lehman Brothers Holdings Inc CH London | /D/5000019471 | UBS AG London Branch |
| 98 | 103 Credit | 06:35/08.09.12 | SLHIGB2HAXXX | Lehman Brothers Holdings Inc CH London | 08.09.15 | DKK 1.600,00 | /10005631WLBLO | Lehman Brothers Holdings Inc CH London | /DK4310002590346 14 26 | Michael Dalitz Taxi Service |
| 99 | 202 Credit | 08:31/08.09.12 | SLHIGB2HAXXX | Lehman Brothers Holdings Inc CH London | 08.09.15 | DKK 60.755,00 | SLHIGB2HXXX | Lehman Brothers Holdings Inc CH London | /D/5295001700070 5 | Mellon |

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 100 | | 202 Credit | 04:51/08.09.12 | | Lehman Brothers Holdings Inc CH London | | | SLHIGB2HXXX | Lehman Brothers Holdings Inc CH London | /D/52951 7001760 - SBOSGB2XXXX | State Street Bank and Trust Co. London |
| 101 | | 202 Credit | 04:25/08.09.12 | SLHIGB2HAXXX | Lehman Brothers Holdings Inc CH London | 08.09.15 | DKK 153.787,86 | SLHIGB2HXXX | Lehman Brothers Holdings Inc CH London | /D/52950017002023 - SLHUS3XXXX | Lehman Brothers Inc. New York, NY |
| 102 | | 202 Credit | 07:48/08.09.12 | SLHIGB2HAXXX | Lehman Brothers Holdings Inc CH London | 08.09.15 | DKK 730.506,64 / DKK 1.500.000,00 | SLHIGB2HXXX | Lehman Brothers Holdings Inc CH London | /D/3996054128 - RPLAFRPP | SGAM Banque (Formerly BAREP Banque) Courbevoie |
| 103 | | 202 Credit | 12.16/08.09.12 | SLHIGB2HAXXX | Lehman Brothers Holdings Inc CH London | 08.09.15 | DKK 70.000.000,00 | SLHIGB2HXXX | Lehman Brothers Holdings Inc CH London | /D/3996023060 - SLHIUS3X | Lehman Brothers Inc. New York, NY |

# EXHIBIT B

Lehman Brothers Holdings Inc.

---

> Lehman Brothers Holdings Inc.
> 25 Bank Street
> London
> E14 5LE

4 December 2008

Ms. Yvonne Siljelöf
SEB
R C5, SE-106 40
Stockholm
Sweden

Dear Madam,

**Lehman Brothers Holdings Inc. ("LBHI")**
**Reconciliation of internal LBHI records to the bank records of SEB (the "Agent")**

**1.    AUTHORISED PERSONS**

1.1    We refer to the resolution of the Executive Committee of Lehman Brothers Holdings Inc. dated 11 November 2008 (the "**Resolution**"), in which Ann Cairns is appointed an officer, with the title of Vice President, of LBHI, and the Certificate of Incumbency and Signature dated 3 December 2008 confirming Ann Cairns signature and that she is authorised to act on behalf of LBHI.

1.2    Under the authority granted by the Resolution Ann Cairns (the "**Authorised Officer**") is authorised to operate the accounts on behalf of LBHI.

1.3    Under the authority granted by the Resolution the Authorised Officer, in her capacity as Vice President of LBHI, confirms that the Agent can communicate with and can provide any information requested by the following persons (the "**Additional Authorised Persons**") in respect of cash and/or stock levels held with the Agent:

| | |
|---|---|
| Paul Sanchez | Neil Christie |
| Fauzan Muhammed | Catherine Radley |
| Graham Kettle | Sean Walsh |
| Graig Kellard | Gemma Kent |
| Rozalia Kovacs | Steve Durrant |

1

Lehman Brothers Holdings Inc.

| |
|---|
| Lehman Brothers Holdings Inc.<br>25 Bank Street<br>London<br>E14 5LE |

1.4    We request that you kindly:

1. Return to presenters all the cheques presented to you on or after 15 September 2008 (the "**Date of Filing**").

2. Cancel all direct debit authorities and standing orders and provide a list of those in place at the Date of Filing.

3. Provide a list of all other accounts in the above name which are not on the attached list and provide bank statements for each up to the Date of Filing and for all subsequent periods.

4. Provide details of any contingent or other liabilities which you may be aware of.

5. Inform us as to whether LBHI has a safety deposit box with you and provide a list of all documents held by you other than as security.

6. Confirm the nature of any security you hold from the above or any guarantors or provide details including any priority agreement with any security holder.

7. Provide us with details of any charge, lien or restraint of which you have notice or any agreement with a third party giving them security of which you are aware.

8. Ensure that all future receipts for any of the accounts on the attached list are credited to the bank account in the normal manner, pending the Adviser's instructions.

9. Confirm that all monies held to the credit of the account from the Date of Filing will not be offset by the bank against any existing indebtedness of Lehman Brothers Holdings Inc. to the bank.

10. Confirm that disbursements may be made out of the accounts maintained in the above name on the back of instructions sent by the Authorised Officer.

2

Lehman Brothers Holdings Inc.

Lehman Brothers Holdings Inc.
25 Bank Street
London
E14 5LE

2.    **LIABILITY**

2.1    The Authorised Officer, acting as an officer of Lehman Brothers Holdings Inc., has entered into and signed this letter on behalf of LBHI and neither her, her firm, nor her representatives shall incur any personal liability whatever under or in relation to this letter. The exclusion of liability set out in this paragraph shall arise and continue before or after the signing of this Agreement and shall operate as a waiver of any claims in tort as well as under the laws of contract. The Authorised Officer, her firm and her representatives shall be entitled to rely on, enforce and enjoy the benefit of this paragraph as if they were party to this letter.

3.    **COUNTERPARTS**

This letter may be executed in any number of counterparts, and this has the same effect as if the signatures on the counterparts were on a single copy of this letter.

4.    **GOVERNING LAW**

This letter shall be governed by and construed in accordance with the laws of the State of New York.

Yours faithfully,

Ann Cairns
Vice President

3

## List of Accounts with SEB

| Legal Entity | Region | Country | Bank | Ccy | Acct. Num. | Total |
|---|---|---|---|---|---|---|
| Lehman Brothers Holdings Inc. (UK Branch) | Europe | Denmark | SEB | DKK | 5295-0017001256 | 1 |
| Grand Total | | | | | | 1 |

# EXHIBIT C



| | SIDLEY AUSTIN LLP | BEIJING | LOS ANGELES |
|---|---|---|---|
| | 787 SEVENTH AVENUE | BRUSSELS | NEW YORK |
| | NEW YORK, NY 10019 | CHICAGO | SAN FRANCISCO |
| | (212) 839 5300 | DALLAS | SHANGHAI |
| | (212) 839 5599 FAX | FRANKFURT | SINGAPORE |
| | | GENEVA | SYDNEY |
| | | HONG KONG | TOKYO |
| | | LONDON | WASHINGTON, D.C. |

FOUNDED 1866

December 29, 2008

Lehman Brothers Holdings Inc.
25 Bank Street
London E14 5LE
Attn: Ann Cairns

Re:   <u>**Lehman Brothers Holdings Inc., et al (the "Debtors"),
(Case No. 08-13555 (Bankr. S.D.N.Y. 2008) (jointly administered)**</u>

Dear Ms. Ann Cairns:

      Please be advised that this firm is legal counsel to Skandinaviska Enskilda Banken AB (publ) ("<u>SEB</u>") in the above referenced bankruptcy case. We are in receipt of your letter dated December 4, 2008 (the "<u>LBHI Letter</u>"). In response to the LBHI Letter, please note the following:

      SEB maintains the following account in the name of Lehman Brothers Holdings Inc. ("<u>LBHI</u>"): Account No. 5295-0017001256, which as of the date hereof has a balance of DKK 13,772,235.[1] Upon information and belief, no checks have been presented to SEB on or after September 15, 2008, and there are no direct debit authorities or standing orders in place. Upon information and belief, LBHI does not hold a safety deposit box with SEB.

      With respect to the remainder of your questions, we are gathering information and beginning to assess SEB's rights, claims and other remedies with respect to the Debtors and their bankruptcy cases, and note that SEB does have certain claims against LBHI, including, without limitation, claims under certain guarantees issued by LBHI to, and for the benefit of, SEB and claims relating to certain bonds issued by LBHI. SEB will continue to work cooperatively with the Debtors and Alvarez & Marsal.

      This letter is not, and should not be deemed to be or relied upon as, an acceptance, confirmation or any other form of agreement with respect to the LBHI Letter. Moreover, the foregoing is without prejudice to SEB's rights, privileges and remedies under its various transactions and agreements with LBHI and/or any of the Debtors (in the above captioned cases) and/or under applicable law, whether at law or in equity, and SEB hereby reserve all of its rights, privileges and remedies, and nothing herein shall be deemed or otherwise relied upon as a waiver

---

[1] SEB previously maintained an account of LBHI (Acct # 5295-0017001264) which is now closed and has a zero balance.

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships


SIDLEY AUSTIN LLP

December 29, 2008
Page 2

of any of SEB's rights, privileges and remedies, including, but not limited to, its rights to set off, net or assert any other claims or remedies under the various transactions and agreements with the Debtors or under applicable law; accordingly, SEB makes no confirmation with respect to paragraphs 1.4(9) and/or 1.4(10) of the LBHI Letter. If you would like to discuss, please do not hesitate to contact me.

Sincerely,

Alex R. Rovira

NY1 6812214