Lisa Milas
Rosicki, Rosicki & Associates, P.C.
51 E. Bethpage Road
Plainview, NY 11803
Telephone: (516) 741-2585

Attorneys for U.S. Bank National
Association, as Trustee

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
|  |  |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

-----------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF MOTIONS FOR RELIEF**
**FROM THE AUTOMATIC STAY REGARDING REAL PROPERTY**
**SITUATED AT VARIOUS LOCATIONS IN THE STATE OF NEW YORK**

**PLEASE TAKE NOTICE** that the hearing on the relief requested in the following motions:

- Motion for Relief from Stay as to the property located at 1347 E 80th Street, Brooklyn, NY 11236 [Docket No. 5497]

- Motion for Relief from Stay as to the property located at 150-18 115th Dr., Jamaica, NY 11434 [Docket No. 6314]

- Motion for Relief from Stay as to the property located at 187-01 Ridgedale Street, Springfield Garden, NY 11413 [Docket No. 6315]

- Motion for Relief from Stay as to the Property located at 116-69 233rd Street, Cambria Heights, NY 11411 [Docket No. 6335]

- Motion for Relief from Stay as to the property located at 107-48 122nd Street, Richmond Hill, NY 11419 [Docket No. 6345]

- Motion for Relief from Stay as to the property located at 4 Carnaby Ave, Coram, NY 11727 [Docket No. 6346]

- Motion for Relief from Stay as to the property located at 111 Alter Avenue, Staten Island, NY 10304 [Docket No. 6347]

- Motion for Relief from Stay as to the property located at 1219 E 59th Street, Brooklyn, NY 11234 [Docket No. 6350]

- Motion for Relief from Stay as to the property located at 94-12 Forbell Street, Ozone Park, NY 11416 [Docket No. 6402] (collectively, the "Motions")

which were scheduled for February 10, 2010, at 10:00 a.m. (prevailing Eastern Time), **has been adjourned to March 17, 2010 at 10:00 a.m. (prevailing Eastern Time)**, or as soon thereafter as counsel may be heard. The hearing on the Motions will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such hearing on the Motions may be further adjourned from time to time without further notice other than an announcement at the hearing.

Dated: January \_\_, 2010
Plainview, New York

_____
Lisa Milas

Rosicki, Rosicki & Associates, P.C.
51 E. Bethpage Road
Plainview, NY 11803
Telephone: (516) 741-2585

Attorneys for U.S. Bank National Association, as Trustee

TO:    BNC Mortgage LLC
Debtor-in-Possession
1901 Main Street
Irvine, CA 92624

Weil, Gotshal & Manges, LLP
Attn: Harvey R. Miller, Esq.
Richard P. Krasnow, Esq., Lori R.
Fife, Esq., Shai Y. Waisnam, Esq.
And Jacqueline Marcus, Esq.
Attorney for Debtors
767 Fifth Avenue
New York, NY 10153

Hughs Hubbard & Reed
Attn: Jeffrey S. Margolin, Esq. and
Sarah K. Loomis, Esq.
Attorneys for James W. Giddens, as
Trustee for the SIPA Liquidation of
Lehman Brothers, Inc.
1 Battery Park Plaza
New York, NY 10004

Office of the United States Trustee
Attn: Andy Velez-Rivera, Paul
Schwartzberg, Brian Masumoto
Linda Riffrin and Tracy Hope Davis
33 Whitehall Street 21st Floor
New York, NY 10004

Claims and Noticing Agent
Epiq Bankruptcy Solutions, LLC Claims
Agent f/k/a Bankruptcy Services, LLC
757 Third Avenue 3rd Floor
New York, NY 10017

Milbank, Tweed, Hadley & McCloy, LLP
Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq.
And Evan Fleck, Esq.
Official Committee for the Unsecured Creditors
1 Chase Manhattan Plaza
New York, NY 10005

Quinn Emanuel Urquhart Oliver & Hedges
Attn: James Tecce and Susheel Kirpalani
Attorney for the Official Committee of
Unsecured Creditors
51 Madison Avenue 22nd Floor
New York, NY 10010

Antoliana Villaverde
187-01 Ridgedale Street
Springfield Gardens, NY 11413

Renee Setteducato
111 Alter Avenue
Staten Island, NY 10304

Ryan Rogg
4 Carnby Avenue
Coram, NY 11727

Christopher Roese
94-12 Forbell Street
Ozone Park, NY 11416

Lori Melaram
107-48 122nd Street
Richmond Hill, NY 11419

Theresa T. Harris
150-15 115th Street
Jamaica, NY 11434

Darell Brown
116-69 233rd Street
Cambria Heights, NY 11411

Suzie Rosemond
1347 80th Street
Brooklyn, NY 11236

Katherine Bazard
1219 E 59th Street
Brooklyn, NY 11234