WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                        :
**In re**                               :        **Chapter 11 Case No.**
                                        :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :        **08-13555 (JMP)**
                                        :
                            **Debtors.**  :        **(Jointly Administered)**
                                        :
                                        :
------------------------------------------------------------------x

**DECLARATION OF ADRIAN TENG IN SUPPORT OF**
**DEBTORS' MOTION PURSUANT TO SECTIONS 105(a) AND 362**
**OF THE BANKRUPTCY CODE FOR AN ORDER ENFORCING**
**THE AUTOMATIC STAY AGAINST AND COMPELLING**
**PAYMENT OF POST-PETITION FUNDS BY FIRST NATIONAL BANK**

    Under penalty of perjury, Adrian Teng hereby declares pursuant to section 1746

of title 28 of the United States Code:

    1.   I am over 18 years of age and I can testify to the following facts based on

my personal knowledge, my review of the above-captioned Debtors' business records, and/or my

consultation with employees of Alvarez & Marsal Financial Industry Advisory Services LLP

("A&M").

    2.   I am a Director with A&M.  A&M, along with Alvarez & Marsal North

America, LLC, have been providing restructuring and general operational and managerial

services to LBHI and its affiliates (together, the "Debtors" and, collectively with their non-debtor

affiliates, "Lehman") in connection with the pending chapter 11 cases.  I was assigned to the Lehman matter on December 1, 2008.  My primary responsibilities include managing and overseeing the maintenance of the Debtors' bank accounts outside of the United States, treasury and liquidity management, and funding and hedging across Lehman entities.

3.      In that role, I have become familiar with the status of LBHI's various bank accounts throughout Europe and Africa, including LBHI's account with First National Bank, a division of FirstRand Bank Limited (collectively, "FirstRand"), located in Johannesburg, South Africa.  LBHI established and maintained a general deposit account with FirstRand prior to the commencement of the Debtors' chapter 11 cases.  The account is identified as No. 9015175 and is denominated in South African Rand (the "FirstRand Account").

4.      Attached hereto as Exhibit A is a true and correct copy of a transaction log that was created by A&M to reflect the various deposits and withdrawals that were made to the FirstRand Account between September 13, 2008 through September 15, 2008, and the dates when those same deposits and withdrawals were booked to the FirstRand Account.  A&M created the transaction log by compiling information that it received from Andy Stuart, in the Fixed Income, Currency, and Commodities department of Rand Merchant Bank, a division of FirstRand.

5.      As indicated in the transaction log, the opening balance of the FirstRand Account on Monday, September 15, 2008 was ZAR 28,253,683.68.  On Monday, September 15, 2008, numerous credits and debits were booked to the FirstRand after the commencement of LBHI's chapter 11 case, resulting in a net cash movement of ZAR -12,227,814.09.  The closing balance of the FirstRand Account on September 15, 2008 was ZAR 16,025,869.59.

6.      Shortly after the commencement of the Debtors' chapter 11 cases, FirstRand placed an administrative freeze on the FirstRand Account, preventing LBHI from withdrawing any amounts from the account, but still allowing additional monies to be deposited and/or wired into the account.  I learned about this administrative freeze some time in June 2009 after receipt of the letter dated May 12, 2009, described in paragraph 8 below.

7.      On or about December 4, 2008, Ann Cairns, Senior Vice President at LBHI and a Managing Director at A&M, sent a letter to Jeanie Naggan of FirstRand, requesting, in part, that FirstRand confirm that it would not offset any alleged indebtedness by LBHI to FirstRand against the funds that in the FirstRand Account (the "December 4 Letter").  A true and correct copy of the December 4 Letter is attached hereto as Exhibit B.

8.      On or about May 12, 2009, FirstRand sent a letter to LBHI, responding to the December 4 Letter (the "May 12 Letter").  In that letter, FirstRand confirmed that it maintained the FirstRand Account under LBHI's name, but refused to confirm whether it would offset LBHI's alleged indebtedness from the funds in the FirstRand Account.  Rather, FirstRand stated that LBHI was the guarantor of certain of Lehman Brothers International (Europe)'s alleged obligations and that it reserved its alleged right to "set off the balance in the account which we hold for them against amounts owed to them by us."  A true and correct copy of the May 12 Letter is attached hereto as Exhibit C.

9.      On October 13, 2009, I requested that certain funds be transferred out of the FirstRand Account by an instruction given through Lehman's swift messaging platform known as MINT.  In response, I received the following message from FirstRand:

> WE HAVE CLAIM AGAINST LEHMAN BROTHERS
> HOLDINGS INC. (LBHI) (WHICH ARISES AS A RESULT OF
> A GUARANTEE GIVEN BY LBHI TO US IN RESPECT OF
> OBLIGATIONS OF LEHMANS [SIC] BROTHERS

INTERNATIONAL EUROPE).  OUR CLAIM AGAINST LBHI
IS FOR AN AMOUNT OF USD 5 659 405, 00.  WE HAVE
BEEN ADVISED BY OUR NEW YORK LAWYERS THAT WE
ARE ENTITLED TO SET OFF AGAINST OUR CLAIM, THE
CREDIT BALANCE IN LBHI ACCOUNT WITH US (9015175
BEING THE ACCOUNT TO WHICH YOUR INSTRUCTION
RELATES) (THE ACCOUNT).  BASED ON CURRENT
EXCHANGE RATES, OUR CLAIM AGAINST LBHI FAR
EXCEEDS THE BALANCE IN THE ACCOUNT.  WE
THEREFORE DECLINE YOUR REQUEST TO EFFECT THE
TRANSFER.

A true and correct copy of FirstRand's response is attached hereto as Exhibit D.

10.    The closing balance of the FirstRand Account on November 18, 2009 was

ZAR 16,578,333.64.

11.    I declare under penalty of perjury under the laws of the United States of

America that the foregoing is true and correct.


Executed on this 22nd day of January, 2010


/s/ Adrian Teng
Adrian Teng

# EXHIBIT A

**Postings over weekend 13-14th September 2008 ( Pre-Petition)**

| dr_cr_flag | dr_cr_flag_descr | transaction_date | value_date | posting_date | posting_time | component_type | Uk Posting Time | zar_movement_amount |
|---|---|---|---|---|---|---|---|---|
| 2 | DEBIT | 9/15/2008 | 9/15/2008 | 9/13/2008 | 19:12:53 | 1.00 | 18:12:53 | -12,500,000.00 |
| 2 | DEBIT | 9/15/2008 | 9/15/2008 | 9/13/2008 | 18:58:10 | 1.00 | 17:58:10 | -9,990,000.00 |
| 2 | DEBIT | 9/15/2008 | 9/15/2008 | 9/13/2008 | 19:00:10 | 1.00 | 18:00:10 | -9,000,000.00 |
| 2 | DEBIT | 9/15/2008 | 9/15/2008 | 9/13/2008 | 18:58:19 | 1.00 | 17:58:19 | -1,155,156.17 |
| 2 | DEBIT | 9/15/2008 | 9/15/2008 | 9/13/2008 | 18:59:33 | 1.00 | 17:59:33 | -420,732.98 |
| 2 | DEBIT | 9/15/2008 | 9/15/2008 | 9/13/2008 | 18:58:16 | 1.00 | 17:58:16 | -517,064.38 |
| 2 | DEBIT | 9/15/2008 | 9/15/2008 | 9/13/2008 | 18:58:13 | 1.00 | 17:58:13 | -390,164.38 |
| 2 | DEBIT | 9/15/2008 | 9/15/2008 | 9/13/2008 | 19:12:56 | 1.00 | 18:12:56 | -198,225.00 |
| 2 | DEBIT | 9/15/2008 | 9/15/2008 | 9/13/2008 | 18:59:36 | 1.00 | 17:59:36 | -65,707.01 |
| 1 | CREDIT | 9/15/2008 | 9/15/2008 | 9/13/2008 | 19:18:41 | 1.00 | 18:18:41 | 8,914,649.88 |
| 1 | CREDIT | 9/15/2008 | 9/15/2008 | 9/13/2008 | 18:52:41 | 1.00 | 17:52:41 | 44,897.26 |
| 1 | CREDIT | 9/15/2008 | 9/14/2008 | | 11:37:46 | NULL | 10:37:46 | 3,807,075.28 |
| | | | | | | | Total | -21,676,427.40 |

**Postings for 15th September 2008 ( Post-Petition)**

| dr_cr_flag | dr_cr_flag_descr | transaction_date | value_date | posting_date | posting_time | component_type | Uk Posting Time | zar_movement_amount |
|---|---|---|---|---|---|---|---|---|
| 2 | DEBIT | 9/15/2008 | 9/15/2008 | 9/15/2008 | 9:12:00 | 1.00 | 8:12:00 | -14,680,000.00 |
| 2 | DEBIT | 9/15/2008 | 9/15/2008 | 9/15/2008 | 14:16:56 | 1.00 | 13:16:56 | -1,108,312.36 |
| 2 | DEBIT | 9/15/2008 | 9/15/2008 | 9/15/2008 | 10:53:30 | 1.00 | 9:53:30 | -505,232.87 |
| 2 | DEBIT | 9/15/2008 | 9/15/2008 | 9/15/2008 | 10:53:08 | 1.00 | 9:53:08 | -449,621.31 |
| 2 | DEBIT | 9/15/2008 | 9/15/2008 | 9/15/2008 | 10:52:58 | 1.00 | 9:52:58 | -423,772.92 |
| 2 | DEBIT | 9/15/2008 | 9/15/2008 | 9/15/2008 | 10:52:29 | 1.00 | 9:52:29 | -286,090.04 |
| 2 | DEBIT | 9/15/2008 | 9/15/2008 | 9/15/2008 | 14:16:46 | 1.00 | 13:16:46 | -39,741.29 |
| 2 | DEBIT | 9/15/2008 | 9/15/2008 | 9/15/2008 | 11:01:22 | 1.00 | 10:01:22 | -19,767.17 |
| 1 | CREDIT | 9/15/2008 | 9/15/2008 | 9/15/2008 | 10:52:15 | 1.00 | 9:52:15 | -14,215.88 |
| 1 | CREDIT | 9/15/2008 | 9/15/2008 | 9/15/2008 | 10:53:13 | 1.00 | 9:53:13 | 1,447,273.97 |
| 1 | CREDIT | 9/15/2008 | 9/15/2008 | 9/15/2008 | 10:30:36 | 1.00 | 9:30:36 | 1,056,328.76 |
| 1 | CREDIT | 9/15/2008 | 9/15/2008 | 9/15/2008 | 10:56:13 | 1.00 | 9:55:13 | 934,273.97 |
| 1 | CREDIT | 9/15/2008 | 9/15/2008 | 9/15/2008 | 10:53:27 | 1.00 | 9:53:27 | 835,441.10 |
| 1 | CREDIT | 9/15/2008 | 9/15/2008 | 9/15/2008 | 10:53:38 | 1.00 | 9:53:38 | 488,928.77 |
| 1 | CREDIT | 9/15/2008 | 9/15/2008 | 9/15/2008 | 12:24:49 | 1.00 | 11:24:00 | 327,729.07 |
| 1 | CREDIT | 9/15/2008 | 9/15/2008 | 9/15/2008 | 9:29:53 | 1.00 | 8:29:53 | 155,044.63 |
| 1 | CREDIT | 9/15/2008 | 9/15/2008 | 9/15/2008 | 9:50:35 | 1.00 | 8:50:35 | 52,919.43 |
| | | | | | | | Total | -12,227,814.09 |

| | | | |
|---|---|---|---|
| Statement Closing balance on 12th September 2008 | ZAR | 49,930,111.08 |
| Postings 13-14th September 2008 | ZAR | (21,676,427.40) |
| Statement Closing balance on 14th September 2009 | ZAR | 28,253,683.68 |
| Postings 15th September 2008 | ZAR | (12,227,814.09) |
| Statement Closing balance on 15th September 2008 | ZAR | 16,025,869.59 |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | account_bban | management_unit_id | transaction_pos_type | transaction_pos_id | movement_currency | customer_refence | currency_movement_amount | dr_cr_flag |
| 2 | 9015175 | GFNBZ__RAS | 25.00 | 708,018.00 | ZAR | D00005555995 | 14,680,000.00 | 2 |
| 3 | 9015175 | GFNBZ__RAS | 25.00 | 707,863.00 | ZAR | D00005552228 | 12,500,000.00 | 2 |
| 4 | 9015175 | GFNBZ__RAS | 25.00 | 707,063.00 | ZAR | D00005541509 | 9,990,000.00 | 2 |
| 5 | 9015175 | GFNBZ__RAS | 25.00 | 707,195.00 | ZAR | D00005550102 | 9,000,000.00 | 2 |
| 6 | 9015175 | GFNBZ__RAS | 25.00 | 708,078.00 | ZAR | SWAPS/LBSF | 8,914,649.88 | 1 |
| 7 | 9015175 | GFNBZ__RAS | 25.00 | 707,855.00 | ZAR | REF FX | 3,807,075.28 | 1 |
| 8 | 9015175 | GFNBZ__RAS | 25.00 | 708,751.00 | ZAR | 0809152805SC0792 | 1,447,273.97 | 1 |
| 9 | 9015175 | GFNBZ__RAS | 25.00 | 707,067.00 | ZAR | D00005548254 | 1,155,156.17 | 2 |
| 10 | 9015175 | GFNBZ__RAS | 137.00 | 11,226.00 | ZAR | CAL000009768022 | 1,108,312.36 | 1 |
| 11 | 9015175 | GFNBZ__RAS | 138.00 | 34,703.00 | ZAR | CAL000009666981 | 1,056,328.76 | 1 |
| 12 | 9015175 | GFNBZ__RAS | 25.00 | 708,784.00 | ZAR | 0809152805SC0796 | 934,273.97 | 1 |
| 13 | 9015175 | GFNBZ__RAS | 25.00 | 708,754.00 | ZAR | 0809152805SC0818 | 835,441.10 | 1 |
| 14 | 9015175 | GFNBZ__RAS | 25.00 | 707,174.00 | ZAR | D00005548259 | 626,732.88 | 2 |
| 15 | 9015175 | GFNBZ__RAS | 25.00 | 707,066.00 | ZAR | D00005548253 | 517,064.38 | 2 |
| 16 | 9015175 | GFNBZ__RAS | 137.00 | 11,219.00 | ZAR | CAL000009666957 | 505,232.87 | 2 |
| 17 | 9015175 | GFNBZ__RAS | 25.00 | 708,755.00 | ZAR | 0809152805SC0793 | 488,928.77 | 1 |
| 18 | 9015175 | GFNBZ__RAS | 137.00 | 11,218.00 | ZAR | CAL000009666969 | 449,621.31 | 2 |
| 19 | 9015175 | GFNBZ__RAS | 137.00 | 11,217.00 | ZAR | CAL000009666966 | 423,772.61 | 2 |
| 20 | 9015175 | GFNBZ__RAS | 25.00 | 707,065.00 | ZAR | D00005548252 | 390,164.38 | 2 |
| 21 | 9015175 | GFNBZ__RAS | 25.00 | 708,857.00 | ZAR | NONREF | 327,729.07 | 1 |
| 22 | 9015175 | GFNBZ__RAS | 137.00 | 11,216.00 | ZAR | CAL000009666960 | 285,090.41 | 2 |
| 23 | 9015175 | GFNBZ__RAS | 25.00 | 707,866.00 | ZAR | D00005555146 | 198,225.00 | 2 |
| 24 | 9015175 | GFNBZ__RAS | 25.00 | 708,586.00 | ZAR | SWRS/XXA/YSP | 155,044.63 | 1 |
| 25 | 9015175 | GFNBZ__RAS | 25.00 | 707,176.00 | ZAR | D00005549826 | 65,707.01 | 2 |
| 26 | 9015175 | GFNBZ__RAS | 25.00 | 708,588.00 | ZAR | 097538466539B583 | 52,919.43 | 1 |
| 27 | 9015175 | GFNBZ__RAS | 25.00 | 706,442.00 | ZAR | 2000939096 | 44,897.26 | 1 |
| 28 | 9015175 | GFNBZ__RAS | 137.00 | 11,225.00 | ZAR | CAL000009768023 | 39,741.23 | 2 |
| 29 | 9015175 | GFNBZ__RAS | 25.00 | 707,865.00 | ZAR | D00005554008 | 19,767.11 | 2 |
| 30 | 9015175 | GFNBZ__RAS | 137.00 | 11,215.00 | ZAR | CAL000009666963 | 14,215.89 | 2 |
| 31 | | | | | | | | |

| | I dr_cr_flag_descr | J transaction_date | K value_date | L posting_date | M posting_time | N component_type | O zar_movement_amount | P |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| 2 | Debit | 9/15/2008 | 9/15/2008 | 9/15/2008 | 91200 | | 14,680,000.00 | |
| 3 | Debit | 9/15/2008 | 9/15/2008 | 9/13/2008 | 191253 | 1.00 | 12,500,000.00 | |
| 4 | Debit | 9/15/2008 | 9/15/2008 | 9/13/2008 | 185810 | 1.00 | 9,990,000.00 | |
| 5 | Debit | 9/15/2008 | 9/15/2008 | 9/13/2008 | 190010 | 1.00 | 9,000,000.00 | |
| 6 | Credit | 9/15/2008 | 9/15/2008 | 9/13/2008 | 191841 | 1.00 | 8,914,649.88 | |
| 7 | Credit | 9/15/2008 | 9/15/2008 | 9/14/2008 | 113746 | | 3,807,075.28 | |
| 8 | Credit | 9/15/2008 | 9/15/2008 | 9/15/2008 | 105313 | 1.00 | 1,447,273.97 | |
| 9 | Debit | 9/15/2008 | 9/15/2008 | 9/13/2008 | 185819 | 1.00 | 1,155,156.17 | |
| 10 | Debit | 9/15/2008 | 9/15/2008 | 9/15/2008 | 141656 | 1.00 | 1,108,312.36 | |
| 11 | Credit | 9/15/2008 | 9/15/2008 | 9/15/2008 | 103036 | 1.00 | 1,056,328.76 | |
| 12 | Credit | 9/15/2008 | 9/15/2008 | 9/15/2008 | 105513 | 1.00 | 934,273.97 | |
| 13 | Credit | 9/15/2008 | 9/15/2008 | 9/15/2008 | 105327 | 1.00 | 835,441.10 | |
| 14 | Debit | 9/15/2008 | 9/15/2008 | 9/13/2008 | 185933 | 1.00 | 626,732.88 | |
| 15 | Debit | 9/15/2008 | 9/15/2008 | 9/13/2008 | 185816 | 1.00 | 517,064.38 | |
| 16 | Debit | 9/15/2008 | 9/15/2008 | 9/15/2008 | 105330 | 1.00 | 505,232.87 | |
| 17 | Credit | 9/15/2008 | 9/15/2008 | 9/15/2008 | 105338 | 1.00 | 488,928.77 | |
| 18 | Debit | 9/15/2008 | 9/15/2008 | 9/15/2008 | 105308 | 1.00 | 449,621.31 | |
| 19 | Debit | 9/15/2008 | 9/15/2008 | 9/15/2008 | 105258 | 1.00 | 423,772.61 | |
| 20 | Debit | 9/15/2008 | 9/15/2008 | 9/13/2008 | 185813 | 1.00 | 390,164.38 | |
| 21 | Credit | 9/15/2008 | 9/15/2008 | 9/15/2008 | 122449 | 1.00 | 327,729.07 | |
| 22 | Debit | 9/15/2008 | 9/15/2008 | 9/15/2008 | 105229 | 1.00 | 285,090.41 | |
| 23 | Debit | 9/15/2008 | 9/15/2008 | 9/13/2008 | 191256 | 1.00 | 198,225.00 | |
| 24 | Credit | 9/15/2008 | 9/15/2008 | 9/15/2008 | 92953 | 1.00 | 155,044.83 | |
| 25 | Debit | 9/15/2008 | 9/15/2008 | 9/13/2008 | 185936 | 1.00 | 65,707.01 | |
| 26 | Credit | 9/15/2008 | 9/15/2008 | 9/15/2008 | 95035 | 1.00 | 52,919.43 | |
| 27 | Credit | 9/15/2008 | 9/15/2008 | 9/13/2008 | 185211 | 1.00 | 44,897.26 | |
| 28 | Debit | 9/15/2008 | 9/15/2008 | 9/15/2008 | 141646 | 1.00 | 39,741.23 | |
| 29 | Debit | 9/15/2008 | 9/15/2008 | 9/15/2008 | 110122 | 1.00 | 19,767.11 | |
| 30 | Debit | 9/15/2008 | 9/15/2008 | 9/15/2008 | 105215 | 1.00 | 14,215.89 | |
| 31 | | | | | | | | |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 2 | 9015175 | GFNBZ__RAS | 25 | 708442 | ZAR | 2000939096 | 44,897.26 | 1 |
| 3 | 9015175 | GFNBZ__RAS | 25 | 708588 | ZAR | 9753846653983583 | 52,919.43 | 1 |
| 4 | 9015175 | GFNBZ__RAS | 25 | 708596 | ZAR | SWRS/XXAAYSP | 155,044.63 | 1 |
| 5 | 9015175 | GFNBZ__RAS | 25 | 708857 | ZAR | NONREF | 327,729.07 | 1 |
| 6 | 9015175 | GFNBZ__RAS | 25 | 708755 | ZAR | 0809152805SC0793 | 488,928.77 | 1 |
| 7 | 9015175 | GFNBZ__RAS | 25 | 708754 | ZAR | 0809152805SC0818 | 835,441.10 | 1 |
| 8 | 9015175 | GFNBZ__RAS | 25 | 708784 | ZAR | 0809152805SC0796 | 934,273.97 | 1 |
| 9 | 9015175 | GFNBZ__RAS | 138 | 34703 | ZAR | CAL000009666981 | 1,056,328.76 | 1 |
| 10 | 9015175 | GFNBZ__RAS | 25 | 708751 | ZAR | 0809152805SC0792 | 1,447,273.97 | 1 |
| 11 | 9015175 | GFNBZ__RAS | 25 | 707855 | ZAR | REF FX | 3,807,075.28 | 1 |
| 12 | 9015175 | GFNBZ__RAS | 25 | 708078 | ZAR | SWAFS/LBSF | 8,914,649.88 | 1 |
| 13 | 9015175 | GFNBZ__RAS | 137 | 11215 | ZAR | CAL000009666963 | 14,215.89 | 2 |
| 14 | 9015175 | GFNBZ__RAS | 25 | 707865 | ZAR | D000005554008 | 19,767.11 | 2 |
| 15 | 9015175 | GFNBZ__RAS | 137 | 11225 | ZAR | CAL000009768023 | 39,741.23 | 2 |
| 16 | 9015175 | GFNBZ__RAS | 25 | 707176 | ZAR | D000005549826 | 65,707.01 | 2 |
| 17 | 9015175 | GFNBZ__RAS | 25 | 707866 | ZAR | D000005555146 | 198,225.00 | 2 |
| 18 | 9015175 | GFNBZ__RAS | 137 | 11216 | ZAR | CAL000009666960 | 286,090.41 | 2 |
| 19 | 9015175 | GFNBZ__RAS | 25 | 707065 | ZAR | D000005548252 | 390,164.38 | 2 |
| 20 | 9015175 | GFNBZ__RAS | 137 | 11217 | ZAR | CAL000009666966 | 423,772.61 | 2 |
| 21 | 9015175 | GFNBZ__RAS | 137 | 11218 | ZAR | CAL000009666969 | 449,621.31 | 2 |
| 22 | 9015175 | GFNBZ__RAS | 137 | 11219 | ZAR | CAL000009666957 | 505,232.87 | 2 |
| 23 | 9015175 | GFNBZ__RAS | 25 | 707066 | ZAR | D000005548253 | 517,064.38 | 2 |
| 24 | 9015175 | GFNBZ__RAS | 25 | 707174 | ZAR | D000005548259 | 626,732.88 | 2 |
| 25 | 9015175 | GFNBZ__RAS | 137 | 11226 | ZAR | CAL000009768022 | 1,108,312.36 | 2 |
| 26 | 9015175 | GFNBZ__RAS | 25 | 707067 | ZAR | D000005548254 | 1,155,156.17 | 2 |
| 27 | 9015175 | GFNBZ__RAS | 25 | 707195 | ZAR | D000005550102 | 9,000,000.00 | 2 |
| 28 | 9015175 | GFNBZ__RAS | 25 | 707063 | ZAR | D000005541509 | 9,990,000.00 | 2 |
| 29 | 9015175 | GFNBZ__RAS | 25 | 707863 | ZAR | D000005552228 | 12,500,000.00 | 2 |
| 30 | 9015175 | GFNBZ__RAS | 25 | 708018 | ZAR | D000005555995 | 14,680,000.00 | 2 |
| 31 | | | | | | | | |

| | I | J | K | L | M | N | O | P | Q |
|---|---|---|---|---|---|---|---|---|---|
| 2 | | | | | | | | | |
| 3 | CREDIT | 9/15/2008 | 9/15/2008 | 9/13/2008 | 18:52:11 | 1.00 | 17:52:11 | 44,897.26 | |
| 4 | CREDIT | 9/15/2008 | 9/15/2008 | 9/15/2008 | 9:50:35 | 1.00 | 8:50:35 | 52,919.43 | |
| 5 | CREDIT | 9/15/2008 | 9/15/2008 | 9/15/2008 | 9:29:53 | 1.00 | 8:29:53 | 155,044.63 | |
| 6 | CREDIT | 9/15/2008 | 9/15/2008 | 9/15/2008 | 12:24:49 | 1.00 | 11:24:00 | 327,729.07 | |
| 7 | CREDIT | 9/15/2008 | 9/15/2008 | 9/15/2008 | 10:53:38 | 1.00 | 9:53:38 | 488,928.77 | |
| 8 | CREDIT | 9/15/2008 | 9/15/2008 | 9/15/2008 | 10:53:27 | 1.00 | 9:53:27 | 835,441.10 | |
| 9 | CREDIT | 9/15/2008 | 9/15/2008 | 9/15/2008 | 10:55:13 | 1.00 | 9:55:13 | 934,273.97 | |
| 10 | CREDIT | 9/15/2008 | 9/15/2008 | 9/15/2008 | 10:30:36 | 1.00 | 9:30:36 | 1,056,328.76 | |
| 11 | CREDIT | 9/15/2008 | 9/15/2008 | 9/15/2008 | 10:53:13 | 1.00 | 9:53:13 | 1,447,273.97 | |
| 12 | CREDIT | 9/15/2008 | 9/15/2008 | 9/14/2008 | 11:37:46 | NULL | 10:37:46 | 3,807,075.28 | |
| 13 | CREDIT | 9/15/2008 | 9/15/2008 | 9/13/2008 | 19:18:41 | 1.00 | 18:18:41 | 8,914,649.88 | |
| 14 | DEBIT | 9/15/2008 | 9/15/2008 | 9/15/2008 | 10:52:15 | 1.00 | 9:52:15 | 14,215.89 | |
| 15 | DEBIT | 9/15/2008 | 9/15/2008 | 9/15/2008 | 11:01:22 | 1.00 | 10:01:22 | 19,767.11 | |
| 16 | DEBIT | 9/15/2008 | 9/15/2008 | 9/15/2008 | 14:16:46 | 1.00 | 13:16:46 | 39,741.23 | |
| 17 | DEBIT | 9/15/2008 | 9/15/2008 | 9/13/2008 | 18:59:36 | 1.00 | 17:59:36 | 65,707.01 | |
| 18 | DEBIT | 9/15/2008 | 9/15/2008 | 9/13/2008 | 19:12:56 | 1.00 | 18:12:56 | 198,225.00 | |
| 19 | DEBIT | 9/15/2008 | 9/15/2008 | 9/15/2008 | 10:52:29 | 1.00 | 9:52:29 | 285,090.41 | |
| 20 | DEBIT | 9/15/2008 | 9/15/2008 | 9/13/2008 | 18:58:13 | 1.00 | 17:58:13 | 390,184.38 | |
| 21 | DEBIT | 9/15/2008 | 9/15/2008 | 9/15/2008 | 10:52:58 | 1.00 | 9:52:58 | 423,772.61 | |
| 22 | DEBIT | 9/15/2008 | 9/15/2008 | 9/15/2008 | 10:53:08 | 1.00 | 9:53:08 | 449,621.31 | |
| 23 | DEBIT | 9/15/2008 | 9/15/2008 | 9/15/2008 | 10:53:30 | 1.00 | 9:53:30 | 505,232.87 | |
| 24 | DEBIT | 9/15/2008 | 9/15/2008 | 9/13/2008 | 18:58:16 | 1.00 | 17:58:16 | 517,064.38 | |
| 25 | DEBIT | 9/15/2008 | 9/15/2008 | 9/13/2008 | 18:59:33 | 1.00 | 17:59:33 | 626,732.88 | |
| 26 | DEBIT | 9/15/2008 | 9/15/2008 | 9/15/2008 | 14:16:56 | 1.00 | 13:16:56 | 1,108,312.36 | |
| 27 | DEBIT | 9/15/2008 | 9/15/2008 | 9/13/2008 | 18:58:19 | 1.00 | 17:58:19 | 1,155,156.17 | |
| 28 | DEBIT | 9/15/2008 | 9/15/2008 | 9/13/2008 | 19:00:10 | 1.00 | 18:00:10 | 9,000,000.00 | |
| 29 | DEBIT | 9/15/2008 | 9/15/2008 | 9/13/2008 | 18:58:10 | 1.00 | 17:58:10 | 9,990,000.00 | |
| 30 | DEBIT | 9/15/2008 | 9/15/2008 | 9/13/2008 | 19:12:53 | 1.00 | 18:12:53 | 12,500,000.00 | |
| 31 | DEBIT | 9/15/2008 | 9/15/2008 | 9/15/2008 | 9:12:00 | 1.00 | 8:12:00 | 14,680,000.00 | |

# EXHIBIT B

Lehman Brothers Holdings Inc.

4 December 2008

Ms. Jeanie Naggan
First National Bank
P.O. Box 1153
Johannesburg 2000
South Africa

Dear Madam,

**Lehman Brothers Holdings Inc. ("LBHI")**

**Reconciliation of internal LBHI records to the bank records of First National Bank (the "Agent")**

1.    AUTHORISED PERSONS

1.1    We refer to the resolution of the Executive Committee of Lehman Brothers Holdings Inc. dated 11 November 2008 (the **"Resolution"**), in which Ann Cairns is appointed an officer, with the title of Vice President, of LBHI, and the Certificate of Incumbency and Signature dated 3 December 2008 confirming Ann Cairns signature and that she is authorised to act on behalf of Lehman Brothers Holdings Inc.

1.2    Under the authority granted by the Resolution Ann Cairns (the **"Authorised Officer"**) is authorised to operate the accounts on behalf of LBHI.

1.3    Under the authority granted by the Resolution the Authorised Officer, in her capacity as Vice President of LBHI, confirms that the Agent can communicate with and can provide any information requested by the following persons (the **"Additional Authorised Persons"**) in respect of cash and/or stock levels held with the Agent:

| Paul Sanchez | Neil Christie |
|---|---|
| Fauzan Muhammed | Catherine Radley |
| Graham Kettle | Sean Walsh |
| Graig Kellard | Gemma Kent |
| Rozalia Kovacs | Steve Durrant |

1

Lehman Brothers Holdings Inc.

---

Lehman Brothers Holdings Inc.
25 Bank Street
London
E14 5LE

1.4    We request that you kindly:

1.  Return to presenters all the cheques presented to you on or after 15 September 2008 (the "**Date of Filing**").

2.  Cancel all direct debit authorities and standing orders and provide a list of those in place at the Date of Filing.

3.  Provide a list of all other accounts in the above name which are not on the attached list and provide bank statements for each up to the Date of Filing and for all subsequent periods.

4.  Provide details of any contingent or other liabilities which you may be aware of.

5.  Inform us as to whether LBHI has a safety deposit box with you and provide a list of all documents held by you other than as security.

6.  Confirm the nature of any security you hold from the above or any guarantors or provide details including any priority agreement with any security holder.

7.  Provide us with details of any charge, lien or restraint of which you have notice or any agreement with a third party giving them security of which you are aware.

8.  Ensure that all future receipts for any of the accounts on the attached list are credited to the bank account in the normal manner, pending the Adviser's instructions.

9.  Confirm that all monies held to the credit of the account from the Date of Filing will not be offset by the bank against any existing indebtedness of Lehman Brothers Holdings Inc to the bank.

10  Confirm that disbursements may be made out of the accounts maintained in the above name on the back of instructions sent by the Authorised Officer.

2

Lehman Brothers Holdings Inc.

Lehman Brothers Holdings Inc.
25 Bank Street
London
E14 5LE

## 2. LIABILITY

2.1 The Authorised Officer, acting as an officer of Lehman Brothers Holdings Inc., has entered into and signed this letter on behalf of LBHI and neither her, her firm, nor her representatives shall incur any personal liability whatever under or in relation to this letter. The exclusion of liability set out in this paragraph shall arise and continue before or after the signing of this Agreement and shall operate as a waiver of any claims in tort as well as under the laws of contract. The Authorised Officer, her firm and her representatives shall be entitled to rely on, enforce and enjoy the benefit of this paragraph as if they were party to this letter.

## 3. COUNTERPARTS

This letter may be executed in any number of counterparts, and this has the same effect as if the signatures on the counterparts were on a single copy of this letter.

## 4. GOVERNING LAW

This letter shall be governed by and construed in accordance with the laws of the State of New York.

Yours faithfully,

Ann Cairns
Vice President

3

List of Accounts with First National Bank

| Legal Entity | Region | Country | Bank | Ccy | Acct. Num. | Total |
|---|---|---|---|---|---|---|
| Lehman Brothers Holdings Inc. (UK Branch) | Europe | South Africa | First National Bank | ZAR | 9015175 | 1 |
| Grand Total | | | | | | 1 |

4

# EXHIBIT C

1 Merchant Place Cnr Fredman Dr & Rivonia Rd Sandton 2196
PO Box 786273 Sandton 2146 South Africa
Switchboard +27 11 282-8000
Facsimile +27 11 282-8008
www.rmb.co.za

Reg No. 1929/001225/06
An Authorised Financial Services Provider



**RAND MERCHANT BANK**

A division of FirstRand Bank Limited

12 May 2009

Lehman Brothers Holdings Inc
25 Bank Street
London E14 5LE
United Kingdom

Dear Sirs

## LBHI – Reconciliation of Records

We acknowledge receipt of a letter from Lehman Brothers Holding Inc ("LBHI"), dated 4 December 2008 relating to the reconciliation of internal LBHI records to the bank records of First National Bank (a copy of which is attached as Annexure A)  For good order's sake, we confirm that First National Bank is a division of FirstRand Bank Limited

We note the provisions of paragraphs 1 1, 1 2 and 1 3 thereof.

With regard to paragraph 1 4, we comment as follows using the sub-numbering contained in the letter:

1.    We confirm that we will give effect to this

2     There are no direct debit authorities or standing orders.

3     This is the only account which we hold in the above name.  Please note, however, that we do have an account in the name of Lehman Brothers Inc  ("LBI") and have previously advised Bridget Gallerie, Senior Case Manager and Team Leader at Epiq Bankruptcy Solutions, LLC, of this account

4.    We are not sure what contingent or other liabilities you are referring to and reserve all of our rights in this regard   However, we are able to advise that we have a guarantee from LBHI (copy attached as Annexure B) whereby LBHI has guaranteed the obligations of Lehman Brothers International (Europe) ("LBIE") to us   We have submitted a claim to the administrators of LBIE and await their response.

Directors  L L Dippenaar (Chairman)  S E Nxasana (Chief Executive Officer)  V W Bartlett  J J H Bester  J P Burger  L Crouse  P M Goss  P K Harris  W R Jardine  E G Matenge-Sebesho  R K Store  B J van der Ross  H J van Greuning  Company Secretary  B W Unser

RMB Divisional Board  P K Harris (Chairman)  A P Pullinger (Chief Executive Officer)  M G Firth (Chief Financial Officer)  P R Gent (Chief Operating Officer)  M E Oberholster (Chief Investment Officer)  J P Burger  D J A Craig  L L Dippenaar  D A Frankel  P M Gina  R P Goews  S E Nxasana  A Penald  M W Pfaff  P Phili  K Riley  R K Store

2009/03/07



5     We do not have a safety deposit box for LBHI

6     We do not have any security in respect of our claims against LBHI pursuant to the guarantee (aforementioned) other than our right of setoff under the Bankruptcy Code against the account that we hold in their name (referred to above), and all of our rights in this regard are reserved

7     We are not aware of any charge, lien or restraint or any agreement with a third party giving them security

8     We confirm that all future receipts for the account on the attached list will be credited to the bank account in the normal manner, pending the Adviser's instructions.  However, as stated previously, we have a guarantee from LBHI in respect of the obligations of LBIE, and all of our rights in respect of our claims against LBHI, including the right to set off the balance in the account which we hold for them against amounts owed by them to us, are fully reserved

9     We do not provide the confirmation called for in this clause, and all of our rights are reserved

10    We do not give the confirmation called for in this clause, for the abovementioned reasons, and all of our rights in this regard are reserved

11    We note the provisions of paragraphs 2, 2 1, 3 and 4 of the letter

Yours faithfully

**FirstRand Bank Limited**
**(acting through its Rand Merchant Bank Division)**

ANNEXURE "A"

Lehman Brothers Holdings Inc.

Lehman Brothers Holdings Inc.
25 Bank Street
London
E14 5LE

4 December 2008

Ms. Jeanie Naggan
First National Bank
P.O. Box 1153
Johannesburg 2000
South Africa

Dear Madam,

**Lehman Brothers Holdings Inc. ("LBHI")**

**Reconciliation of internal LBHI records to the bank records of First National Bank (the "Agent")**

1. **AUTHORISED PERSONS**

1.1 We refer to the resolution of the Executive Committee of Lehman Brothers Holdings Inc. dated 11 November 2008 (the **"Resolution"**), in which Ann Cairns is appointed an officer, with the title of Vice President, of LBHI, and the Certificate of Incumbency and Signature dated 3 December 2008 confirming Ann Cairns signature and that she is authorised to act on behalf of Lehman Brothers Holdings Inc.

1.2 Under the authority granted by the Resolution Ann Cairns (the **"Authorised Officer"**) is authorised to operate the accounts on behalf of LBHI.

1.3 Under the authority granted by the Resolution the Authorised Officer, in her capacity as Vice President of LBHI, confirms that the Agent can communicate with and can provide any information requested by the following persons (the **"Additional Authorised Persons"**) in respect of cash and/or stock levels held with the Agent:

| | |
|---|---|
| Paul Sanchez | Neil Christie |
| Fauzan Muhammed | Catherine Radley |
| Graham Kettle | Sean Walsh |
| Graig Kellard | Gemma Kent |
| Rozalia Kovacs | Steve Durrant |





1

Lehman Brothers Holdings Inc.

---

Lehman Brothers Holdings Inc.
25 Bank Street
London
E14 5LE

1.4    We request that you kindly:

1.   Return to presenters all the cheques presented to you on or after 15 September 2008 (the "**Date of Filing**").

2.   Cancel all direct debit authorities and standing orders and provide a list of those in place at the Date of Filing.

3.   Provide a list of all other accounts in the above name which are not on the attached list and provide bank statements for each up to the Date of Filing and for all subsequent periods.

4.   Provide details of any contingent or other liabilities which you may be aware of.

5.   Inform us as to whether LBHI has a safety deposit box with you and provide a list of all documents held by you other than as security.

6.   Confirm the nature of any security you hold from the above or any guarantors or provide details including any priority agreement with any security holder.

7.   Provide us with details of any charge, lien or restraint of which you have notice or any agreement with a third party giving them security of which you are aware.

8.   Ensure that all future receipts for any of the accounts on the attached list are credited to the bank account in the normal manner, pending the Adviser's instructions.

9.   Confirm that all monies held to the credit of the account from the Date of Filing will not be offset by the bank against any existing indebtedness of Lehman Brothers Holdings Inc to the bank.

10   Confirm that disbursements may be made out of the accounts maintained in the above name on the back of instructions sent by the Authorised Officer.



Lehman Brothers Holdings Inc.

Lehman Brothers Holdings Inc.
25 Bank Street
London
E14 5LE

## 2    LIABILITY

2.1    The Authorised Officer, acting as an officer of Lehman Brothers Holdings Inc., has entered into and signed this letter on behalf of LBHI and neither her, her firm, nor her representatives shall incur any personal liability whatever under or in relation to this letter. The exclusion of liability set out in this paragraph shall arise and continue before or after the signing of this Agreement and shall operate as a waiver of any claims in tort as well as under the laws of contract. The Authorised Officer, her firm and her representatives shall be entitled to rely on, enforce and enjoy the benefit of this paragraph as if they were party to this letter.

## 3.    COUNTERPARTS

This letter may be executed in any number of counterparts, and this has the same effect as if the signatures on the counterparts were on a single copy of this letter.

## 4.    GOVERNING LAW

This letter shall be governed by and construed in accordance with the laws of the State of New York.

Yours faithfully,

Ann Cairns
Vice President

3

## List of Accounts with First National Bank

| Legal Entity | Region | Country | Bank | Ccy | Acct. Num. | Total |
|---|---|---|---|---|---|---|
| Lehman Brothers Holdings Inc. (UK Branch) | Europe | South Africa | First National Bank | ZAR | 9015175 | 1 |
| Grand Total | | | | | | 1 |

4



ANNEXURE "B11"

## GUARANTEE OF LEHMAN BROTHERS HOLDINGS INC.

To:    **FirstRand Bank Limited**

As an inducement to you for, and in consideration of your making or extending in your discretion one or more loans for advances or other credit facilities or financial accommodations, which would include, but not be limited to, the entering into of securities lending transactions, interest rate derivative transactions, bond trading transactions and transactions of whatever nature arising from having entered into a prime broking agreement (all of which are hereinafter referred to as the "Obligations") to **Lehman Brothers International (Europe)** (hereinafter called the "Borrower") upon such terms and in such amounts as the Borrower may negotiate with and obtain from you, we do hereby absolutely and unconditionally guarantee to you, your successors, endorsees, and assigns, the payment by the Borrower of its Obligations to you, your successors, endorsees, and assigns, now existing, or which hereafter may be contracted or existing, as the same shall respectively become due, whether at maturity, by declaration, demand, or otherwise, together with accrued interest and charges, and we agree to reimburse you for all expenses including reasonable attorneys' fees of enforcing or obtaining or endeavoring to enforce or obtain payment thereof

This Guarantee is absolute and unconditional without limitation as to monetary amount or duration  We shall have no right of subrogation with respect to any payments we make under this Guarantee until all Obligations of the Borrower to you are paid in full

This Guarantee is a guarantee of payment, and not of collection, and you may exercise your rights hereunder against us without first having to take any action against the Borrower, or any other guarantor  We agree that in the event the Obligations which are guaranteed hereunder are paid, our liability as guarantor shall continue and remain in full force and effect in the event that all or part of such payment is recovered from you as a preference or fraudulent transfer under the Federal Bankruptcy Code, or any similar applicable state or foreign law

We hereby waive diligence, presentment, protest, demand of any kind in connection with the delivery, acceptance, performance, default or enforcement of this Guarantee

This Guarantee shall be binding upon us, our successors and assigns

This Guarantee will remain in full force and effect until the first to occur of (a) a 30 day written notice by us to you that we are terminating the Guarantee  Termination of this Guarantee shall not affect our liability hereunder as to the obligations incurred or arising out of transactions entered into prior to the termination hereof

At such time as this Guarantee is delivered to you, this Guarantee shall entirely supersede and replace any other guarantee previously delivered by us or any of our affiliates to you



with regard to the Obligations of the Borrower, and no previously delivered guarantee with regard thereto shall be honored by us or any of our affiliates

This Guarantee shall be governed by and construed in accordance with the laws of the State of New York

IN WITNESS WHEREOF, I have hereunto set my hand on October 27, 2004

LEHMAN BROTHERS HOLDINGS INC.

By: _____

Name:        Oliver Budde

Title:        Vice President

2

# EXHIBIT D

om:      SLIIGB2H Free format
:        LDN-P02 [UPD:PCL4] (from leh-pacopper) in session 5
K:       ZASWFCTR/009463
N:       P442ZARLVR065


                                        Copy Only

Incoming *
**** Live ******
:                         MT299 - Free Format Message
nder:                     FIRNZAJJXXX
                          FIRSTRAND BANK LTD HEAD OFFICE INCL
                          SANDOWN SANDTON
nder Ref:                 8559      /804459     /13-Oct-2009 12:07:00
ceiver:                   SLHIGB2HXXX
                          LEHMAN BROTHERS HOLDING INC UK BRAN
                          LONDON
ner:                      SLIIGB2H Free format
ternal Priority:          N
age:                      Inb-Cmpl
xt Activity:              Micro-F
put:                      FIN    /FHBRUMMA    /0050    /078707    /10/13/2009 6:08:00 AM

R (108):                  ZASWFCTR/009463

ssage Text

0:Transaction Reference Number:
1:Related Reference:                    P442ZARLVR065
9:Narrative (35 * 50x):                 AM0112102009
                                        WE REFER TO YOUR INSTRUCTION, REFERENCE
                                        AM0112102009.
                                        WE HAVE CLAIM AGAINST LEHMAN BROTHERS
                                        HOLDINGS INC.(LBHI) (WHICH ARISES AS A
                                        RESULT OF A GUARANTEE GIVEN BY LBHI TO
                                        US IN RESPECT OF OBLIGATIONS OF LEHMANS
                                        BROTHERS INTERNATIONAL EUROPE).
                                        OUR CLAIM AGAINST LBHI IS FOR AN AMOUNT
                                        OF USD 5 659 405,00. WE HAVE BEEN
                                        ADVISED BY OUR NEW YORK LAWYERS THAT WE
                                        ARE ENTITLED TO SET OFF AGAINST OUR CLAIM,
                                        THE CREDIT BALANCE IN LBHI ACCOUNT WITH US
                                        (9015175 BEING THE ACCOUNT TO WHICH YOUR
                                        INSTRUCTION RELATES) (THE ACCOUNT).
                                        BASED ON CURRENT EXCHANGE RATES, OUR CLAIM
                                        AGAINST LBHI FAR EXCEEDS THE BALANCE IN THE
                                        ACCOUNT.
                                        WE THEREFORE DECLINE YOUR REQUEST TO EFFECT
                                        THE TRANSFER.
                                        REGARDS
                                        LURLYNN VAN ROOYEN
                                        RAND ACCOUNT SERVICES.


ssage History


          Action  User                              Stage    Next Act
te     Time       Xmt Rslt  Net Prio  Recipient              DelServ  ComServ  Com Seq#
=====  =========  ========  =========  ================  ========  ========  ========  ========
-10-13  06:08:01  MSG OFAC  Check not required
-10-13  06:08:01  MSG FSA   Check not required
-10-13  06:08:02  IOK            N                         FIN      Inb-Cmpl Micro-F
                                        End Message


                                        Page: 1