JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Jayant W. Tambe
Aviva W. Sisitsky
James K. Goldfarb

Attorneys for Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
In re:                                                      :    Chapter 11
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :    Case No. 08-13555 (JMP)
                                                            :
                                                            :    (Jointly Administered)
                                                            :
                               Debtors.                     :
                                                            :
------------------------------------------------------------x

**NOTICE OF SUBPOENA ISSUED PURSUANT TO ORDER GRANTING THE
DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION
OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF
PERSONS AND ENTITIES**

Pursuant to the Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities, entered on November 23, 2009 (the "Order"),[1] the Court granted Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases (together, the "Debtors") authority to issue subpoenas requiring persons or entities to produce documents to the Debtors and/or submit to examinations by the Debtors.

---

[1] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Order.

NYI-4245654v1

As required by the Order, the Debtors hereby file: (i) notice of the subpoena, naming the witness and setting forth the date, time and place of any examination (attached hereto as Exhibit A); and (ii) a declaration of service (attached hereto as Exhibit B).

Dated: January 22, 2010
New York, NY

JONES DAY

s/ /s/

Jayant W. Tambe
Aviva W. Sisitsky
James K. Goldfarb
JONES DAY
222 East 41st Street
New York, New York 10017
Telephone:   (212) 326-3939
Facsimile:   (212) 755-7306

*Attorneys for Debtors and Debtors in Possession*

NYI-4245654v1

# EXHIBIT A

## NOTICE OF SUBPOENA

| Name of Witness: | Rosslyn Investors I, LLC |
|---|---|
| Date of Service of Subpoena: | January 20, 2009 |
| Subject of Subpoena: | Production of documents pursuant to Fed. R. Bankr. P. 2004 |
| Date, Time and Place of any Examination | Documents to be produced by February 19, 2010 at 10:00 A.M. (EST) at Jones Day, 222 East 41st Street, New York, NY 10017 |

NYI-4245654v1

# EXHIBIT B

## DECLARATION OF SERVICE

I, James K. Goldfarb, hereby certify that on January 20, 2010, I caused a true and correct copy of a SUBPOENA FOR RULE 2004 EXAMINATION, and exhibits thereto, to be served via electronic mail and UPS upon the following counsel for ROSSLYN INVESTORS I, LLC:

> James M. Ringer
> Meister Seelig & Fein LLP
> 140 East 45th Street, 19th Floor
> New York, NY 10017
> jmr@msf-law.com

I certify under penalty of perjury that the foregoing is true and correct.

Dated: January 22, 2010
New York, NY

JONES DAY

s/ _____
James K. Goldfarb
JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

Attorney for Debtors and Debtors in Possession