JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Jayant W. Tambe
Aviva W. Sisitsky
James K. Goldfarb

Attorneys for Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re:                                                         :     Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :     Case No. 08-13555 (JMP)
:
:     (Jointly Administered)
:
Debtors.                                      :
:
------------------------------------------------------------ x

### NOTICE OF SUBPOENA ISSUED PURSUANT TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF <u>PERSONS AND ENTITIES</u>

Pursuant to the Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities, entered on November 23, 2009 (the "Order"),[1] the Court granted Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases (together, the "Debtors") authority to issue subpoenas requiring persons or entities to produce documents to the Debtors and/or submit to examinations by the Debtors.

---

[1] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Order.

NYI-4247592v1

As required by the Order, the Debtors hereby file: (i) notice of the subpoena, naming the witness and setting forth the date, time and place of any examination (attached hereto as Exhibit A); and (ii) a declaration of service (attached hereto as Exhibit B).

Dated: January 22, 2010
New York, NY

JONES DAY

s/ _____
Jayant W. Tambe
Aviva W. Sisitsky
James K. Goldfarb
JONES DAY
222 East 41st Street
New York, New York 10017
Telephone:   (212) 326-3939
Facsimile:   (212) 755-7306

*Attorneys for Debtors and Debtors in Possession*

NYI-4247592v1

# EXHIBIT A

## NOTICE OF SUBPOENA

| Name of Witness: | Chatham Financial Corporation |
|---|---|
| Date of Service of Subpoena: | January 21, 2010 |
| Subject of Subpoena: | Production of documents pursuant to Fed. R. Bankr. P. 2004 |
| Date, Time and Place of any Examination | Documents to be produced by February 20, 2010 at 10:00 A.M. (EST) at Brandywine Process Servers, 2500 Delaware Avenue, Wilmington, DE 19806 |

NYI-4247592v1

# EXHIBIT B

NYI-4247592v1

B254 (Form 254 – Subpoena for Rule 2004 Examination) (12/07)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania

In re Lehman Brothers Holdings Inc., et al.
       Debtor

**SUBPOENA FOR RULE 2004 EXAMINATION**

Case No.* 08-13555 (JMP) (pending in SDNY)

To: Chatham Financial Corporation
    235 Whitehorse Lane
    Kennett Square, PA 19348
    Attn: Christine Castro

Chapter 11

☐ YOU ARE COMMANDED to appear and testify at an examination under Rule 2004, Federal Rules of Bankruptcy Procedure, at the place, date, and time specified below. A copy of the court order authorizing the examination is attached.

| PLACE OF TESTIMONY | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
**Documents Requested by Exhibit A Attached Hereto**

| PLACE | DATE AND TIME |
|---|---|
| BRANDYWINE POROCESS SERVERS 2500 DELAWARE AVE WILMINGTON, DE 19806 | February 19, 2010 at 10:00 A.M. (EST) |

| ISSUING OFFICER SIGNATURE AND TITLE | DATE |
|---|---|
| [signature] | 1/20/2010 |

ISSUING OFFICER'S NAME, ADDRESS, AND PHONE NUMBER

James K. Goldfarb, 222 East 41st Street, New York, New York 10017; (212) 326-3939

* If the bankruptcy case is pending in a district other than the district in which the subpoena is issued, state the district under the case number.

01/08/2010  10:49  2124817057  SIMON KAHN  PAGE  01

AO 88A (Rev. 01/09) Subpoena to Testify at a Deposition or to Produce Document in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

This subpoena for *(name of individual and title, if any)* CHATHAM FINANCIAL CORPORATION

was received by me on *(date)* 1/21/10

☐ I personally served the subpoena on the individual at *(place)* _____

_____ on *(date)* _____, or

☒ I left the subpoena at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there, on

*(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the subpoena on *(name of individual)* MIRIAM STEINBERG, who is

designated by law to accept service of process on behalf of *(name of organization)* CHATHAM FINANCIAL CORPORATION

AT 235 WHITEHORSE LN. KENNETT SQUARE, PA 19348 on *(date)* 1/21/10 _____, or

☐ I returned the subpoena unexecuted because _____, or

_____ ☐ Other *(specify)*: _____ ACCEPTED BY: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered

to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of $_____

My fees are $_____ for travel and $_____ for services, or a total of $_____

I declare under penalty of perjury that this information is true.

Date: 1/21/10 _____

*Server's signature*

KEVIN S. DUNN
*Printed name and title*

**BRANDYWINE PROCESS SERVERS, LTD**
**PO BOX 1360  WILMINGTON, DE 19899**
*Server's address*

Additional information regarding attempted service, etc.:


AO88A (Rev. 01/09) Subpoena to Tesify at a Deposition or to Produce Documents in a Civil Action (Page 3)