Objection Deadline: February 5, 2010 at 12:00 p.m.
Hearing Date and Time: February 17, 2010 at 10:00 a.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al*, | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

## NOTICE OF HEARING ON MOTION OF CLAIMANTS PALMYRA CAPITAL FUND, L.P., PALMYRA CAPITAL INSTITUTIONAL FUND, L.P., AND PALMYRA CAPITAL OFFSHORE FUND, L.P. FOR LEAVE TO AMEND THEIR PROOFS OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(b)(1)

PLEASE TAKE NOTICE that the hearing on the annexed Motion of Claimants Palmyra Capital Fund, L.P., Palmyra Capital Institutional Fund, L.P., and Palmyra Capital Offshore Fund, L.P. for Leave to Amend Their Proofs of Claim Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) (the "Motion") will be held before the Honorable James M. Peck, United States Bankruptcy Judge, in Room 601 of the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004 (the "Bankruptcy Court") on **February 17, 2010 at 10:00 a.m. (Eastern Time)** (the "Hearing").

PLEASE TAKE FURTHER NOTICE that objections to the Motion, if any, must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court electronically by registered users of the Bankruptcy Court's case filing system (the User's Manual for the Electronic Case Filing System can be found at http://www.nysb.uscourts.gov, the official website for the Bankruptcy Court) and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable

Document Format (PDF), WordPerfect, or any other Windows-based word processing format, in either case with two hard copies delivered directly to the Chambers of the Honorable James M. Peck, U.S.B.J., United States Bankruptcy Court, One Bowling Green, Courtroom 601, New York, New York 10004; and shall be served upon: (i) counsel to the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York (Attn: Harvey R. Miller, Esq., Richard P. Krasnow, Esq., Lori R. Fife, Esq., Shai Y. Waisman, Esq., and Jacqueline Marcus, Esq.); (ii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Riffkin, and Tracey Hope Davis); (iii) counsel for the Committee of Unsecured Creditors, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., Evan Fleck, Esq.): and (iv) counsel to the Palmyra Claimants, Paul, Hastings, Janofsky & Walker LLP, 191 N. Wacker Dr., 30th Floor, Chicago, Illinois 60606 (Attn: Richard Chesley, Esq. and Emily Dillingham, Esq.) so as to be received no later than **February 5, 2010 at 12:00 p.m. (Eastern Time)** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that only those objections that have been filed and served by the Objection Deadline in accordance with the procedures herein may be considered by the Court at the Hearing.

PLEASE TAKE FURTHER NOTICE that objecting parties are require to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

2

PLEASE TAKE FURTHER NOTICE that the Court may grant the relief requested in the Motion without a hearing if no objections to the Motion are timely filed and served.

Dated: January 22, 2010

Respectfully submitted,

/s/ *Thomas L. Kent*

Thomas L. Kent
PAUL, HASTINGS, JANOFSKY &
WALKER LLP
Park Avenue Tower
75 E. 55th St., First Floor
New York, NY 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

Richard A. Chesley (IL 6240877)
PAUL, HASTINGS, JANOFSKY &
WALKER LLP
191 North Wacker Drive, 30th Floor
Chicago, Illinois 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100

COUNSEL FOR PALMYRA CAPITAL
FUND, L.P., PALMYRA CAPITAL
INSTITUTIONAL FUND, L.P., and
PALMYRA CAPITAL OFFSHORE FUND,
L.P.