- Epiq Directory
- Contact Us
- Forms

# Epiq Systems, Inc.

646 282 2400

Client Home          Filed Claims & Schedules     Key Documents     Docket     Change Client

## Lehman Brothers Holdings Inc. (Chapter 11)



| Claim # | Schedule # | Creditor Name | Date | Total Claim Value | |
|---|---|---|---|---|---|
| | 888035200 | PALMYRA CAPITAL FUND LP | | Schedule G | |
| 3220 | | PALMYRA CAPITAL FUND, L.P. | 3/6/2009 | $1,612,248.00 | Image |
| | 888035210 | PALMYRA CAPITAL INSTITUTIONAL FUND LP | | Schedule G | |
| 3221 | | PALMYRA CAPITAL INSTITUTIONAL FUND, L.P. | 3/6/2009 | $1,095,071.00 | Image |

| | | | | | | |
|---|---|---|---|---|---|---|
| + | | 888035220 | PALMYRA CAPITAL OFFSHORE FUND LP | | Schedule G | |
| + | 3218 | | PALMYRA CAPITAL OFFSHORE FUND, L.P. | 3/6/2009 | $2,715,674.00 | Image |
| Claims 1-6 of 6 | | | | | | |

Epiq Bankruptcy Solutions, LLC ("Epiq") maintains this website for the public's convenience. While Epiq makes every attempt to assure the accuracy of the information contained herein, this website is not the website of the United States Bankruptcy Court and does not contain the complete, official record of the Bankruptcy Court. All documents filed with the Bankruptcy Court are available for inspection at the office of the Clerk of the Bankruptcy Court during its normal business hours or online on the Bankruptcy Court's website. Use of this website is also subject to our terms of use and end user license agreement. Please review our privacy statement for additional information regarding the data maintained on this website.

© 2010 Epiq Systems, Inc. All Rights Reserved.

- Home
- Contact
- Subscribe
- Site Map
- Disclaimer
- Terms of Use
- Privacy Statement
- Safe Harbor