UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
In re                                            :   Chapter 11 Case No.
                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,         :   08-13555 (JMP)
                                                 :
                       Debtors.                  :   (Jointly Administered)
-----------------------------------------------------------------x

AMENDED SCHEDULES OF ASSETS AND LIABILITIES FOR

LEHMAN BROTHERS SPECIAL FINANCING INC.

CASE NO. 08-13888 (JMP)

B6G (Official Form 6G) (12/07)

In re   Lehman Brothers Special Financing Inc.          ,           Case No.   08-13888 (JMP)
         Debtor                                                                (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| See attached rider G: Derivative Contracts | |
| See attached rider G: Open Trade Contracts | |
| See attached rider G: Vendor Contracts | |
| | |
| | |
| | |
| | |

Lehman Brothers Special Financing Inc.

Case No. 08-13888 (JMP)

Sch G
Executory Contracts and Unexpired Leases
G: Derivative Contracts

| Contract Counterparty | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Contract Description |
|---|---|---|---|---|---|---|---|---|
| Pacific Select Inflation Managed Portfolio | PIMCO | 840 Newport Center Drive | Suite 100 | Newport Beach | CA | 92660 | UNITED STATES | Derivative Master Account Number 010901O91 |
| PACIFIC SELECT MANAGED BOND PORTFOLIO | PIMCO | 840 Newport Center Drive | Suite 100 | Newport Beach | CA | 92660 | UNITED STATES | Derivative Master Account Number 109010090 |
| PACIFIC UNIVERSITY | 2043 College Way | | | Forest Grove | OR | 97116 | United States | Derivative Master Account Number 092605PACI |
| PALM-AIRE-ISLAND CLUB APARTMENTS PARTNERS L.P. | PALM-AIRE-ISLAND CLUB APARTMENTS PARTNERS L.P. | 3535 West Atlantic Boulevard | | Pompano Beach | FL | 33069 | UNITED STATES | Derivative Master Account Number 062306PALM |
| Palmetto Health Alliance | McNair Law Firm, P.A. | 100 Calhoun Street, Suite 400 | | Charleston | SC | 29401 | United States | Derivative Master Account Number 032700PHAL |
| PALMYRA CAPITAL FUND LP | PCA GPI LLC | 11111 Santa Monica Boulevard, Suite 1100 | | Los Angeles | CA | 90025 | UNITED STATES | Derivative Master Account Number 092806PAL5 |
| PALMYRA CAPITAL INSTITUTIONAL FUND LP | Palmyra Capital Fund LP | 11111 Santa Monica Boulevard, Suite 1100 | | Los Angeles | CA | 90026 | UNITED STATES | Derivative Master Account Number 092806PAL9 |
| PALMYRA CAPITAL OFFSHORE FUND LP | Palmyra Capital Offshore Advisors LLC | 11111 Santa Monica Boulevard, Suite 1100 | | Los Angeles | CA | 90025 | UNITED STATES | Derivative Master Account Number 092806PAL7 |
| PANARAMA TOTAL RETURN FUND | c/o OppenheimerFunds Inc. | 6803 South Tucson Way | | Centennial | CO | 80112 | United States | Derivative Master Account Number 010507OPPE |
| Panda Energy International, Inc. | 4100 Spring Valley Road, Suite 1001 | | | Dallas | TX | 75244 | United States | Derivative Master Account Number 040397PEI |
| PANTERA VIVE CDO LIMITED SPC SERIES 2007-1 | State Street Bank and Trust | CDO Services Group, Mail Code: EUC108 | 200 Clarendon Street | Boston | MA | 2116 | United States | Derivative Master Account Number 011007LEHM |
| Panton Master Fund LP | 590 Madison Avenue, Suite 25A | | | New York | NY | 10022 | UNITED STATES | Derivative Master Account Number 041904PANT |
| PAR Investment Partners, L.P. | PAR Investment Partners, L.P. | c/o Par Capital Management | One International Place, Suite 2401 | Boston | MA | 2110 | United States | Derivative Master Account Number 040805PARI |