**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.,* | *:* | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | **:** | |

-------------------------------------------------------------------x

### SIXTH SUPPLEMENTAL DECLARATION OF P. ERIC SIEGERT IN SUPPORT OF APPLICATION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER, UNDER 11 U.S.C. §§ 328(a) AND 1103, FED. R. BANKR. P. 2014 AND 5002, AND S.D.N.Y. LBR 2014-1, AUTHORIZING RETENTION AND EMPLOYMENT OF HOULIHAN LOKEY HOWARD & ZUKIN CAPITAL, INC.

STATE OF NEW YORK          )
                                                  :  ss.:
COUNTY OF NEW YORK     )

P. ERIC SIEGERT, being duly sworn, says:

1.        I am a Senior Managing Director of the firm of Houlihan Lokey Howard & Zukin Capital, Inc. ("Houlihan").  I am duly authorized to make this sixth supplemental declaration (the "Sixth Supplemental Declaration") on behalf of Houlihan.

2.        I submit this Sixth Supplemental Declaration to the original declaration (the "Declaration") that I submitted in support of the Application of the Official Committee of Unsecured Creditors (the "Committee") of Lehman Brothers Holdings, Inc. and its affiliated debtors and debtors in possession (collectively, the "Debtors," and together with their non-debtor affiliates, "Lehman"), for an order (the "Retention Order"), under 11 U.S.C. §§ 328(a) and 1103 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code"), Federal Rules of Bankruptcy Procedure 2014 and 5002, and Local Bankruptcy Rule 2014-1, authorizing the employment and retention of Houlihan as investment bankers to the Committee (the

"Application"). The Retention Order was entered on December 17, 2008, and amended on July 2, 2009.

3. Unless otherwise stated in this Sixth Supplemental Declaration, I have personal knowledge of the facts set forth herein and, if called as a witness, I would testify thereto.[1]

## Houlihan's Connections with Parties in Interest

4. In the Declaration, I stated that Houlihan searched all current engagements for known relationships or interests with the Debtors and non-Debtor affiliates. A full list of identified ongoing Houlihan advisory engagements with some level of known involvement by the Debtors and/or affiliates of the Debtors was detailed on Exhibit C attached to the Declaration. On December 10, 2008, December 23, 2008, February 27, 2009, March 31, 2009, and April 22, 2009, I submitted supplemental declarations (the "First Supplemental Declaration," "Second Supplemental Declaration," "Third Supplemental Declaration," "Fourth Supplemental Declaration," and "Fifth Supplemental Declaration," respectively, collectively the "Supplemental Declarations"), identifying on Exhibits C1, C2, C3, C4, and C5, respectively, attached thereto additional engagements with some level of involvement by the Debtors and/or their affiliates. Exhibit A sets forth a list of entities that were searched in connection with this Affidavit (the "Second Supplemental Potential Party List"), and includes derivative, loan, and other transaction counterparties, entities that have appeared as creditors or parties in interest in the Chapter 11 Cases since the Initial Petition Date and/or parties appearing on a list prepared by the Debtors' counsel and provided to Milbank, to the extent such parties have not already been searched and disclosed in the Prior Affidavits. Exhibit C6 sets forth a list of the current and former clients of Houlihan Lokey

---

[1] Certain of the disclosures set forth herein relate to matters within the knowledge of other employees at Houlihan and are based on information provided by them.

2

that was generated in connection with the Second Supplemental Potential Party List and formatted consistently with other advisors' disclosure for potential parties-in-interest related to the Second Supplemental Potential Party List. Exhibit C7 sets forth a list of restructuring engagements that Houlihan Lokey believes could have more potential for conflict and therefore has provided additional detail on these matters.

5.      Houlihan does not believe that the matters listed on Exhibit C6 and C7 to this Affidavit create any material conflict with Houlihan's role as advisor to the Committee. Moreover, in accordance with the engagement letter between the Committee and Houlihan dated September 17, 2008 (attached to the Application as Exhibit B), these matters have been disclosed to the Committee and the Committee has no objection to Houlihan continuing to work on these matters.  From time to time, and to the extent appropriate, Houlihan will "wall off" employees working on engagements with a Lehman-related relationship from either any information relating to the relevant engagement/Lehman interest received in the course of our representing the Committee or from activities undertaken and information received by Houlihan in the Debtors' Chapter 11 Cases.

6.      From time to time, Houlihan will undertake supplemental conflicts checks and file supplemental affidavits regarding its retention if any additional relevant information comes to its attention.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 22, 2010

_____
P. Eric Siegert

**EXHIBIT A**
Listing of Parties-in-Interest Reviewed for Relationships

| | |
|---|---|
| 1407 Broadway Real Estate LLC | Altra Group, Inc. |
| 2027 Collections Center Drive | Amadeus Holdings Limited |
| 25 Broad LLC | AMBAC |
| 4086 Advisors | Amerenergy Resources Generating Company / |
| 4Cast Inc. | American Airlines 1st Lien |
| A.M. McGregor Home | American Airlines Inc. |
| Abu Dhabi National Energy Company | American Axle & Manufacturing Inc. |
| Accel Capital Corporation | American Electric Power Company Inc. |
| Accellent Inc. | American European Insurance Company |
| ACCLARA | American Intlgrp Inc. |
| Accredited Home Lenders, Inc. | American Transmission Company LLC |
| Accuride Corporation | AmeriSourceBergen Corporation |
| ACI Operations Pty Limited | Amgen Inc. |
| Acorn Partners LP | ANC Rental Corporation |
| Activant Solutions Inc. | Antero Resources Corporation |
| Acts Aero Tech Support | ANZ Securities, Inc. |
| Adagio IV CLO Limited | Apax Summer Bidco Limited |
| Advanced Graphic Printing, Inc. | Apollo Management Holdings, L.P. |
| AES Corporation | Appleby Global |
| AG First Farm Credit Bank | Aracruz |
| AGA Medical Corporation | Aramark Corporation |
| Agribank | Arapahoe International Limited |
| AIG CDS, Inc. | Area Giochi Holding S.p.A |
| AIG Financial Products Corp. | ARINC Incorporated |
| Airclaims Limited | Arizona Public Service Company |
| Aircraft Finance Trust | ArvinMeritor, Inc. |
| Alabama Power Company | Arysta Lifescience |
| Alcoa Inc. | AS Propulsion Capital BV |
| Alenco | Ashmore Energy International / AEI |
| Algoma Stell Inc. | Assurant, Inc. |
| Alix Partners LLP | Atlas Pipeline Partners |
| Allegheny Energy | Atmos Energy Corporation |
| Allen Matkins Leck Gamble Mallory and Natsis | Atrium Companies Inc. |
| Alliance Imaging, Inc. | Audio Visual Services Corporation |
| Alliance Laundry Holdings LLC | Autodesk Inc. |
| Alliance Laundry Systems | Avago Technologies Finance Pte. Ltd. |
| Alliance Resource Operating Partners, L.P. | Aveos |
| Alliant Energy Corporation | Avio |
| Allianz | Aviva Life and Annuity Company |
| Allied Holdings, Inc. | AVR Acquisitions B.V. |
| Allied Waste Industries Inc. | AVR Industrial Waste B.V. |
| Allied World Assurance Company Limited | AVR Industrie N.V. |
| Allison Transmission, Inc. | Axon Financial |
| Allsport Management SA | B & G Foods |
| Alltel Communications | BAE Systems Holdings Inc. |
| Alltel Corp. | Ball Corporation |
| Alpha D2 Limited | Ball Packaging Products Canada Corp. Inc. |
| Alpha III | Ballyrock ABS CDO 2007-1 Limited |
| Altos Hornos de Mexico SA de CV | Banca Italease S.p.A. |

## EXHIBIT A
Listing of Parties-in-Interest Reviewed for Relationships

Banco Santander
Bank of America Mellon
Bank of New York Trust Co., N.A.
Bar & Karrer AG
Bausch and Lomb
Bayview Financial, L.P.
Bayview Opportunity Master Fund, L.P.
BBVA Securities Inc.
BCM Ireland Holdings Limited
BCV Investments SCA
BEA Systems, Inc.
Beig Midco Limited
Beig Pikco Limited
Belmont Holdings Corp.
Berkman Wechsler Bloom & Co., Law Offices
Berry Plastics Corporation
Best Buy
BHM Exit Financing Facility
BHM Exit Term Loan
BHM Technologies, LLC
Biogen Iden Inc.
Biomet, Inc.
Black Lion Beverages III B.V.
BlackRock
Blackstone / Blackstone Capital partners V L.P.
Block Financial Corporation
BLT 39 LLC
BMO Capital Markets Corp.
BNC Mortgage Loan Trust
BNY Capital Markets, Inc.
Boardwalk Pipelines, LP
Bonten Media Group, Inc.
Booz Allen Hamilton Inc.
Bortstein Legal LLC
Boston Generating, LLC
BPC Holding Corporation (f/k/a BPC Acquisition Corp.)
Bracewell & Giuliani LLP
BreitBurn Operating L.P.
Bremer Financial Corporation
Brickman Group
British Airways Plc
British Sky Broadcasting Group plc
BRM Group, Ltd.
Brockton Contributory Retirement System
Brooks Family Partnership, LLC
Brownstein Hyatt Farber Schreck, LLP
Buckeye Partners, L.P.
Building Materials - Wells
Buildings Materials Holdings

Bulboaca & Associatii
Burger King Corporation
Cableuropa S.A.U.
Cablevision Systems Corp.
Cabrera Capital Markets, LLC
Cains
Caja de Ahorros y Monte de Piedad de Madrid
Cammell Laird Holdings Plc
Campbell Soup Company
Canadian National Resources Limited
Canary Wharf Management Limited
Capital Automotive L.P.
Capital IQ, Inc.
Capmark Financial Group Inc.
Carbone S.A.R.L.
Caribe Media Inc.
Carlsberg Breweries
Carolina First Bank
Casema Mezzanine
Casema/Euribor
Cassels Brock & Blackwell LLP
Castex Energy 1995, L.P.
Castex Energy 2007 L.P.
Cavalier Telephone
CBI Italian Receivables
CBI-Italian NPL
CBR Textile GMBH
CBS Corp.
CCMP Acquisition
CDC IXIS Financial Guaranty Services Inc.
CDW Corporation
CEAGO ABS CDO 2007-1, LLC
CEAGO ABS CDO 2007-1, Ltd.
Cebridge 2nd Lien PIK
Cedar Fair
Cede & Co.
CEI/Kensington Ltd.
Cellcap Securities Limited
Centennial Cellular Corp.
Centennial Communications Corp.
Center Energy Resources Corp.
Centerpoint Energy Resource
Centra Park, LLC
Central CATV Inc.
Central Illinois Light Company
Central Illinois Public Service Company
Centurytel, Inc.
Cenveo Corporation
Cequel Comm

**EXHIBIT A**
Listing of Parties-in-Interest Reviewed for Relationships

| | |
|---|---|
| Cereita Lawrence | Convenience Food System |
| Cessna | Converteam |
| CFS Holding NV | Cooperative Centrale Raiffeisen-Boerenleenban |
| Charise Carroll | Cooper-Standard Automotive Inc. |
| Charles Schwab & Co., Inc. | Corrections Corporation of America |
| Chart Industries, Inc. | Cortefiel, S.A. |
| Chequer Finance 1 S.A. | Coughlin Stoia Geller Rudman & Robbins, LLP |
| Chequer Finance 2 S.A. | Covanta Energy Corporation |
| Chequer Finance 3 S.A. | Coventry Health Care, Inc. |
| Chesapeake Appalachia, L.L.C. | Coviden Intl |
| Chesapeake Energy Corp. | Cox Communications, Inc. |
| Cheung Kong Bond Finance Limited | Cox Enterprises, Inc. |
| Chiomenta Studio Legale | Cox Radio, Inc. |
| Choctaw Investors B.V. | CPQ Midco II Corporation |
| Chorion (Project Planet) PIK | CRA Rogerscasey, LLC |
| Chun IP | Credit Agricole |
| CIFG | Crimson Exploration Inc. |
| CIFG Services, Inc. | CRJ 200 Whole Loan |
| Cilcorp Inc. | CROSSMAR, Inc. |
| Cinemark USA, Inc. | Crown Americas, Inc. |
| CIT Group (Master) | Crown Castle |
| Citic International Financial Holdings | CSC Holdings |
| Citrus Corporation | CSG Systems International, Inc. |
| City of Auburn | Curtis, Mallet-Prevost, Colt & Mosle LLP |
| City of Burbank | CWT Senior |
| City of Fremont | Dae Aviation Holdings, Inc. |
| City of Milwaukee, Wisconsin | Dana Holding Corporation |
| City of San Buenaventura | Danaher Corporation |
| City of South San Francisco | Danish Holdco |
| City of Tuolumne | Darden Restaurants Inc. |
| CKX Inc. | Darryl Steinberg |
| Claire's Stores, Inc. | Data Down Link Corporation |
| Cleveland Barrett | David H. Arlington Oil and Gas, Inc. |
| Clio European CLO B.V. | Davis & Gilbert LLP |
| Clondalkin Acquisition B.V. | Dayco |
| CME Group Inc. | DBP NPLS |
| Coditel Sarl | De Brauw Blackstone Westbroek |
| Colfax Corporation | Debitel (Netherlands) Holding B.V. |
| Collins & Aikman Products | Deer Park Road Corporation |
| Colonial Realty Limited Partnership | Deere & Company |
| Commerzbank Capital Markets Corp. | Del Monte Corporation |
| Community Health System | Delaware River Port Authority |
| Concord Development Properties Ltd. | Delek Benelux B.V. |
| Conocophillips | Delek Luxembourg Holding Sarl |
| Conseco Inc. | Delphi |
| Consolidated Container Company LLC | Delta Airlines |
| Constellation Energy Group, Inc. | Deutsche Bank Trust Company Americas |
| Continental AG / Continental Aktiengesellschaft | Deutsche Telekom AG |
| Continental Airlines Inc. | DHS Drilling Company |

**EXHIBIT A**

Listing of Parties-in-Interest Reviewed for Relationships

| | |
|---|---|
| Diageo Finance PLC | Envirosolutions Real Property Holdings, Inc. |
| Dido Erste Vermoegensverwaltun GS | EPCO Holdings Inc. |
| Digicel International Finance Limited | Equitable Resources, Inc. |
| Discover Financial Services | ERP Operating Limited Partnership |
| Diversified Software Systems, Inc. | Escaline S.a.r.l. |
| DK Acquisition Partners | E-Source, Inc. |
| Dollar General Corporation | Evergreen Law Group |
| Dominion Resources Inc. | Evergreen Solar, Inc. |
| Domtar Inc. | Exco Partners Operating Partnership L.P. |
| Dovenmuehle Mortgage Inc. | Exco Resources Inc. |
| Drake Management LLC | Express Energy Services Holding, LP |
| Dresser, Inc. | Extendicare Health Services Inc. |
| Duff & Phelps | Exterran Holdings, Inc. |
| Duncan Energy Parnters L.P. | FA Sub 3 Limited |
| Dynegy Holdings, Inc. | Fadesa Inmobiliaria, S.A. |
| Dynergy Power Marketing, Inc. | Faegre & Benson |
| DZ Financial Markets LLC | Fairpoint Communications, Inc. |
| E.On AG | Falcon Senior |
| Eagle Rock Energy Partners, L.P. | FCAR |
| Ebay Inc. | Federazione Italiana del Consorzi Agrari S.r.l. |
| E-Capital Profits Limited | Federconsorzi |
| Edam Acquisition Holdings B.V. | Ferretti |
| Edison Mission Energy | Fidelity Capital Markets Services |
| Edscha A.G. | Fidelity Investments |
| Educational Management Corp. | Financial Security Assurance |
| Edward D. Jones & Co., LP | Financiere Daunou |
| El Paso Corporation | Financiers CVT |
| El Paso Pipeline Partners | Finartex |
| Electrabel | Finmeccanica Finance SA |
| Electrabel S.A. | FINOVA Loan Administration |
| Electricite de France | Fire & Police Pension of Colorado |
| EMI Entertainment World, Inc. | First Chemical Holding |
| Emigrant Bank | First Chemical Mezzanine |
| Enbridge (U.S.) Inc. | First Chemical Senior |
| Enbridge Energy Partners | First Data Corporation |
| Endemol Mezz | First Franklin Mortgage Lona Trust 2006-FFA |
| Endemol Sen | First Trust Advisors L.P. |
| Enel SPA | FirstBank of Puerto Rico |
| Energy America LLC | FirstEnergy Corp |
| Energy XXI Gulf Coast, Inc. | Firth Rixson Mezz |
| E-NET Corporation | Flextronics International Ltd |
| Enron Corp. | Florida Gas Transmission Company, LLC |
| Entegra Holdings LLC | Florida Power & Light Company |
| Entegra TC LLC | Ford Motor Company |
| Entergy Corp. | Ford Motor Credit |
| Enterprise GP Holdings L.P. | Fortis Group |
| Enterprise Products LLC | Fortress Investment Group LLC |
| Enterprise Products Operating L.P. | FPL Energy Power Marketing, Inc. |
| Enterprise Products Operating, LLC | FPL Group Capital Inc. |

**EXHIBIT A**

Listing of Parties-in-Interest Reviewed for Relationships

| | |
|---|---|
| FR Acquisitions Corporation (Europe) Limited | Green Valley Ranch Gaming LLC |
| Fragomen, Del Rey, Bernsen & Loewy, LLP | Greenbrier Minerals, LLC |
| Freenet | Greenpoint Mortgage Funding Trust Series |
| Freescale Semiconductor, Inc. | Greenwich Insurance Company |
| Fresenius Medical Holdings Inc. | Grupo Iusacell |
| Fried Frank | Gulf Stream Asset Management |
| Frontier Drilling | H3C Holdings Ltd |
| Frost & Sullivan | Halbis Distressed Opportunity Master Fund Ltd. |
| Fulbright & Jaworski L.L.P. | Halliburton Company |
| Gables Marquis | Hanger Orthopedic Group, Inc. |
| Gala | Harbison Station Apts L.P. |
| Gala Group Finance Limited | HarbourView CDO III, Limited |
| Gala Mezz | Harrah?s Operating Co. Inc. |
| Gaming Invest Sarl | Harris Nesbit Corp. |
| Gaston Christian School, Inc. | Hawker Beechcraft |
| Gate Gourmet | HBK Investments LP |
| G-BNWE Aircraft Pty Ltd | HCA Inc. |
| G-BNWF Aircraft Pty Ltd | HD Supply |
| G-BNWG Aircraft Pty Ltd | Heating Finance PLC |
| G-BNWJ Aircraft Pty Ltd | Henry Schein, Inc. |
| G-BNWK Aircraft Pty Ltd | Herbert Smith CIS LLP |
| G-BNWK Aircraft Pty Ltd. | Heritage Fields |
| G-BNWL Aircraft Pty Ltd | Hexion |
| G-BNWS Aircraft Pty Ltd | HFF I, LLC |
| G-BNWT Aircraft Pty Ltd | Highbridge LD Acquisition LLC |
| Gemstone CDO VI Corp | Highbridge Principal Strategies ? Mezzanine Pa |
| Gemstone CDO VI Ltd | Highmount Exploration & Production LLC |
| GenenTech, Inc. | Hilite German GMBH & Co. KG |
| General Mills, Inc. | Hilite Intl 2nd Lien |
| General Nutrition Centers, Inc. | HMH Publishers LLC |
| Genovese Joblove & Battista, P.A. | HMH Publishing Mezzanine |
| Gentiva Health Services, Inc. | Horizon Merger Corporation |
| Genworth Financial inc. | Houghton Mifflin Harcourt Publishers Inc. |
| Genworth Financial, Inc. | HSBC Finance Corporation |
| Georgia Gulf | Hudson CLO 3 B.V. |
| Georgia Pacific Corporation | Huish Detergents Inc. (Huish) |
| Georgia-Pacific Expansion S.A.S | Huntsman International LLC |
| Gerald Pietroforte | HVB Capital Markets, Inc. |
| German Association of Savings Banks | Iasis Healthcare LLC |
| Gesconsult S.A. SG LLC | Ibertravel Vacations (MEZZ) |
| Ginn Clubs | Ibertravel Vacations Holding LS |
| Givaudan S.A. | Iconix Brand Group, Inc. |
| Global Cash Access, Inc. | Icopal |
| Globe Pub Management Limited | Idaho Housing and Finance Association |
| Government of Singapore | Idearc Inc. |
| Graham Packaging Company, L.P. | Illinois National Insurance |
| Graphic Packaging International Corp | Illinois Power Company |
| Great Lakes Dredge & Dock Corporation | IM US Hold Inverness Medical |
| Greektown Holdings LLC | IMO Carwash |

**EXHIBIT A**

Listing of Parties-in-Interest Reviewed for Relationships

Imperial Tobacco Entertainment Finance Limited
Incapital LLC
INEOS Group Limited
Inergy, L.P.
Infineon Technologies AG
Infonxx Inc.
Infospace Inc.
ING Financial Markets LLC
ING Groep
Innovia Films (Holding 3) Limited
Intelsat (Bermuda), Ltd.
Intelsat Corporation (FKA Panamsat)
Intelsat Jackson (FKA Bermuda)
Intelsat Subsidiary Holding Company
Intergen N.V.
Interline Brands, Inc.
Inter-Local Pension Fund Graphic Communications Conf
Internal Revenue Service
International Lease Finance Corporation
International Transmission Company
Intersil Corporation
Interstate Brands Corporation
Interstate Fibernet, Inc.
Interstate Power and Light Company
Intesa
Inverness Medical Innovations Inc.
INVESCO CLO
INVESCO Real Estate
Investment Corporation PTE, LTD.
Iowa Telecommunications Services, Inc.
Iridium Satellite LLC
Iron Mountain Incorporated
Island Medical Group
Islavista Spain S.A.
ISS Holding
iStar Financial Inc.
Italease Finance S.p.A.
ITC Holdings Corporation
ITC Midwest LLC
ITC Transco
Iusacell
J. Aron & Company
JA Solar Holdings Co., LTD.
Jenner and Block LLP
JFB Firth Rixson, Inc.
Journal Register
JSC Rosgosstrakh
Jung Development Co., Ltd.
Jung Developments (Infinity 2) Inc.

Jung Developments Inc.
Kabel Deutschland
Kahrl Roberts & Wutcher LLP
Kaupthing Bank
KBC Financial Products UK Limited
KBC Financial Products USA, Inc.
KBC Investments Cayman Islands V Limited
KBC Investments Limited
KBR Holdings, LLC
KDP Investment Advisors, Inc.
Kellerhals Hess
Kelson Finance LLC
Kelson Holding LLC
Kerasotes Theatres Inc.
Key Energy Services, Inc.
Keystone Inc.
KGB
KGT Inc.
Kimberly-Clark Corporation
Kinder Morgan Energy Partners L.P.
Kirch Holding GMBH & Co. KG
KKR Private Equity Investors L.P.
Klavins & Slaidins
Kleopatra Lux 2 Mezz
Kleopatra Lux 2 S.A.R.L
Kleopatra Senior
Knight Capital Group
Knight Debtco Ltd.
KPMG
Kubber Investments
Laboratory Corporation of America Holdings
Lake Las Vegas Resort (Laslas)
Lan Dale Asset Purchasing
Landale Liquidity Facility
Landsource
Lanxess AG
Las Vegas Resort
Las Vegas Sands, LLC
LaSalle Bank National Association
LaSalle Global Trust Services
Latshaw Drilling Company, LLC
Lavena Holding GMBH 3
Lavena Holding GMBH 4
Lavena Mezz
Lavena Senior
LB 2080 Kalakaua Owners LLC
LBT Loan Funding
LBT Varlik Yonetim Anonim Sirketi
LeaseDimensions

**EXHIBIT A**

Listing of Parties-in-Interest Reviewed for Relationships

| | |
|---|---|
| Legal & General Group Plc | Marathon Oil Company |
| Legendre Holdings 17 SA | Marina Bay-2nd Deal |
| Lehman Brothers Alpha Funds PLC | Marina District Finance Company, Inc. |
| Lehman Brothers First Trust Income Opportunity Fund In | Market Place Apts |
| Lehman Brothers High Yield Bond Fund | Marriott International Inc. |
| Lehman Brothers Income Funds | Massachusetts Mutual Life Insurance |
| Lehman Brothers Income Funds for Lehman Brothers Str | Massachusetts Water Resources Authority |
| Lehman Brothers Merchant Banking Partners IV LP | Materis SAS |
| Lehman Mortgage Trust | Maximilian Coreth |
| Lehman XS Trust | MC Communications, LLC |
| Level 3 Financing, Inc. | McJunkin Corporation |
| Lexington Insurance Company | McJunkin Red Man Holdings Corporation |
| LFIGXG LLC | Medassets |
| LH 1440 LLC | Medco Health Solutions Inc. |
| Liberator Bidco Limited | MEG Energy Corp. |
| Liberator Jr Mezz | Meitar, Liquornik, Geva & Leshman Brandwein |
| Liberator Mezz | MEP II S.A.R.L. |
| Liberator Senior Facilities Dtd | Merit Floors Inc. |
| Liberty Global Inc. | Merlin Entertainments Group Luxembourg 3 S.a |
| Liberty Mutual Group Inc. | Merlin Italian SNR |
| Libra CDO LLC | Merlin Row SNR |
| Libra CDO Ltd | Metavante Corporation |
| Lim Finance II, Inc. | Metropolitan West Asset Management, LLC |
| Lincoln National Corporation | Metropolitan West Total Return Bond Fund |
| Lincoln Variable Insurance | MF Global Finance / MF Global Finance Europe |
| Lincore Limited | MF Global Ltd. / Man Financial |
| Linden Advisors LP | Michael Stores |
| Linn Energy, LLC | Michigan Electric Transmission Co. |
| LKQ Corporation | Midamerican Energy Company |
| Lloyds TSB Bank plc | Midcontinent Express Pipeline LLC |
| Local Insight Media | MidCountry Bank |
| Local Insight Regatta Holdings, Inc. | Midwest Independent System Operator |
| Local Media Finance LLC | Millennium International, Ltd. |
| Locke Lord Bissell & Liddell LLP | Minera Del Norte S.A. |
| Loop Capital markets, LLC | Mirant Corporation |
| Luboja & Thau, LLP | Mirant North America, LLC |
| Lufthansa AG | Miron Berenshteyn |
| Lukoil Finance Limited | Misys PLC |
| LW Securities, Ltd. | Mizuho Financial Group |
| M.B.H. Emprunteur | MKP Capital Management, LLC |
| M.R. Beal & Company | MKP Vela CBO, LLC |
| Mach Gen LLC | MKP Vela CDO Ltd |
| Mackinaw Power Holdings, LLC | MMOR Consulting |
| Macquarie | Moana Properties |
| Man Group Finance Inc. | Moderna Finance |
| Manzoni/Pr?t D?Acquisition VLM | Momo-o, Matsuo & Namba |
| Mapco Express, Inc. | Moody's Corp. |
| Maples and Calder | Mountain Drilling Company |
| Maples Finance Limited | Movie Gallery, Inc. |

**EXHIBIT A**

Listing of Parties-in-Interest Reviewed for Relationships

| | |
|---|---|
| MSN | Nycomed Germany Holding GMBH |
| Mueller Water Products Inc. | Nycomed Holding A/S |
| Muriel Siebert & Co., Inc. | Occidental Power Services, Inc. |
| N.V. Luchthaven Schipol | Oceania Cruises, Inc. |
| Na'alehu Ventures | Oceania Vessel Finance, Ltd. |
| nabCapital Securities LLC | OCM Mezzanine Fund II Holdings, L.P. |
| Nakilat Inc. | OGE Energy Corp. |
| Namrun Finance S.A. | Ogier |
| National Rural Utilities Cooperative Finance Corporation | OHP Opportunity Limited Partnership |
| Natixis Bleichroeder Inc. | OI Canada Corporation |
| Natixis Environment & Infrastructures | Oklahoma Gas And Electric Company |
| NautaDutilh N.V. | Omnicare, Inc. |
| NCAT-New Center Asset Trust | OMX Timber Finance Investments |
| Neff Corp. | Oncor |
| Neggio Holding 3 GMBH | OneBeacon US Holdings |
| Nelnet, Inc. | Opal Leasing Limited |
| Neuberger Berman Advisers Management | Openwave Systems Inc. |
| Neuberger Berman Income Opportunity Fund Inc. | Oracle Corporation |
| Nevada Power Company | Orangina |
| New Center Asset Trust | Orbitz Worldwide |
| New Edge | O'Reilly Automotive, Inc. |
| New England Power Company | Orion Cable |
| New Generation Funding Trust 15, 16, 37, 38, 39 and 83 | Owens & Minor, Inc. |
| New Holdco BV | Owens Illinois Inc. |
| New Jersey Housing and Mortgage Finance Agency | Oz Management LP |
| New South Federal Savings Bank | Pacific International Finance Limited |
| New York Life Insurance Co | Pacific International Limited |
| New York Life Investment Management LLC | Pacific Investment Management LLC |
| New York State Office of Unclaimed Funds | Pacific Life Insurance Company |
| Newell Rubbermaid Inc. | PacifiCorp |
| Newpage Corporation | Pages Jaunes Groupe |
| NFI Luxco SCA | PanAmSat Corporation |
| NIBC Bank NV | Pangea Ltd |
| Nokia Corporation | Park Place Apartments L.P. |
| Nortek Holdings, Inc. | Parker Drilling Company |
| Northcrest, Inc. | Parmalat Participacoes Do Brasil Ltda |
| Northern State Power Company | Parmalat Participacoes Promissory Note |
| Northwest Airlines, Inc. | Partnerre Ltd. |
| Norton Rose LLP | Peabody Energy Corporation |
| Novartis Finance Corporation | Pebble Creek 2007-2, LLC |
| NPL | Pebble Creek 2007-2, LTD |
| NRG Energy, Inc. | Pecos Investors LLC |
| NSG Holdings LLC | Pekin & Pekin |
| nTAG Interactive Corporation | Penn National Gaming |
| NTL Cable Plc | Pension Plan and Trust |
| NTL Communications Ltd | Pepsi Bottling Group, Inc. |
| Nuance Communications, Inc. | Perstorp AB |
| NuStar Logistics, L.P. | Pertus Sechzehnt GmbH |
| Nybron Refi | Pertus Sechzehnte GBMH |

**EXHIBIT A**

Listing of Parties-in-Interest Reviewed for Relationships

| | |
|---|---|
| Petsec Energy Inc. | RBS Greenwich Capital |
| PGA Holdings, Inc. | Reddy Ice Corporation |
| PGRS 1407 BWAY LLC | Regal Cinemas, Inc. |
| Pharmerica Corporation | Regency Gas Services LP |
| Philip Morris International Inc | Regent Seven Seas Cruises |
| Philips Electronics NV | Regions |
| PHS Group PLC | Regulated Utilities |
| PHS Senior | Reliant Energy Inc. |
| Pinnacle Entertainment, Inc. | Renal Advantage, Inc. |
| Pinnacle Foods Finance LLC | Rent-A-Center, Inc. |
| Pinnacle West Capital Corp. | Resona Holdings |
| Pipeline Data, LLC | Restructured Asset Certificates with Enhanced R |
| Pivotal Promontory | Rexnord Corporation |
| Planet Acquisition Holdco 1 Ltd | Reynolds American |
| Planet Acquisition Holdco 2 Ltd | Reynolds American Defined Benefit Master Trus |
| Plastech Engineered Products, Inc. | RFG Holding (France) SAS |
| Plinius Investments B.V. | RFG Midco A/S |
| PNM Resources, Inc. | RH Donnelley |
| Police and Fire Retirement System of the City of Detroit | Richards, Layton & Finger, P.A. |
| Portfolio CDS Trust 18, 103-105, 162, 187, 191-196, 208 | Rick Fleischman |
| Portfolio Green German CMBS GMBH | RJ Reynolds Tobacco Holdings, Inc. |
| Portland General Electric Company | RJO Holdings Corp. |
| PQ Corporation | Rockies Express Pipeline LLC |
| Precis Corporation | Roofing Holding Inc. |
| Primedia Inc. | Royal & Sun Alliance Insurance Group Plc |
| Principal Financial Group, Inc. | Royal Bank of Canada |
| Profunds Advisors LLC 424 | RSA Insurance Group Plc |
| Project Cabellero | RWE AG |
| Project Knight Senior | Rye Select Broad Market Portfolio Limited |
| ProSiebenSat. | Rye Select Broad Market XL Portfolio Limited |
| Protection One Alarm Monitoring, Inc. | Saad Investments Company Limited |
| PSEG Power LLC | SABMiller / SAB Miller |
| Psychiatric Solutions Inc. | SABMiller Finance B.V. |
| PT Mnc Sky Vision | Sabre Holdings Corporation |
| PTG Grande Asset DEB KF | Sacher Funding Ltd. |
| PTG Tanco Kingfisher | Sailfish Structured Investment Management (G4 |
| Public Service Company of Colorado | Salt Lake Neighborhood Housing Services, Inc. |
| Public Service Enterprise Group Incorporated | Salvatore Barbuzza |
| Puget Sound Energy Inc. | Sandridge Energy, Inc. |
| Pyrrhuloxia, LP | Santander Investment Securities Inc. |
| Qantas Aircraft Leases | SBA Senior Finance |
| Qatar Liquefied Gas Company Limited | Schefenacker AG |
| QVC, Inc. | Schieder Moebel Holding GMBH |
| Qwest Services Corporation | Scotia Capital (USA) Inc. |
| Raja & Tann | Scott Aitken |
| Ras Laffan Liquefied Natural Gas Company Limited (II) | Sears Holdings Corp. |
| RasGas | Sears Roebuck Acceptance Corp. |
| Raymond James & Associates, Inc. | SEB Enskilda, Inc. |
| RBC Dain Rauscher Inc. | Securities Investor Protection Corporation |

**EXHIBIT A**

Listing of Parties-in-Interest Reviewed for Relationships

Semcrude LP
SemGroup Energy Partners, L.P.
Sengent, Inc. d/b/a ClariFI
Sentinel Management Group, Inc.
Sequa Corporation
Serena Software, Inc.
Serpering Investments B.V.
Service Corp Int'l
SG Americas Securities LLC
SGS International, Inc.
Shea-Edwards Limited Partnership
Sheridan Holdings, Inc.
Sherrill-Lubinksi Corporation
SHPS, Inc.
Siebert Capital Markets
Siemens AG
Sierra Pacific Power Company
Silicon Graphics Inc.
Silver Sprints Apts
Simpson Meadows
Sinclair Television Group, Inc.
Sisal Mezz
Sisal S.p.A
Sistema Universitario Ana G. Mendez
Six Flags Theme Parks Inc.
Sixth Gear
SLM Corporation
Smith Dollar
Soffer Turnberry/South Strip, LLC
Sola Ltd.
Solo Cup Company
Solutia Inc.
Somers Dublin Ltd. A/C KBC Pledged
Sourcecorp, Inc.
Southern California Edison
Southern Community Bank and Trust
Southern Community Financial Corporation
Southern Company
Southwestern Public Service Company
Sovereign Securities Corporation, LLC
Spanish Broadcasting Systems, Inc.
Spectra Energy Capital, LLC (f/k/a Duke Capital)
Spectra Energy Partners OLP, LP
Spiegel Inc.
Stahl Acquisition BV
Stallion Oilfield Services Ltd.
Stamford Associates L.P.
Stamford Law Corporation
Standard Credit Group LLC

Standard Life Bank Plc
Standard Pacific
Star Tribune Co.
Starwood Hotels & Resorts
State of Michigan, Department of Treasury
STF THSRC
Stone Tower Capital LLC
Stone Tower Debt Advisors LLC
Stony Brook Court
Structured Adjustable Rate Mortgage Loan Trus
Structured Asset Securities Corporation Mortgag
Structured Products Transaction Management C
Sullivan & Company Marketing
Sumitomo Trust & Banking
SunAmerica Asset Management
Sunoco Inc.
Sunoco Logistics Partners Operations, LP
Sunshine Holdings Limited
SunTrust Robinson Humphrey, Inc.
Supervalu Inc.
Swift Transportation Co., Inc.
Swiss Reinsurance Company
Symetra Financial Corporation
Synagro Technologies, Inc.
Synatech
Syncora
Syncora Holdings Ltd.
Syniverse Holdings Inc.
Syniverse Technologies
T&W Funding Company
Targa Resources, Inc.
Target Corporation
Tata Consultancy Services
TD Securities (USA) LLC
TDS Investor Corporation
Team Finance LLC
Teamsters Allied Benefit Funds
Technical & Scientific Application, Inc.
Telefonica Europe B.V.
Telefonica, S.A.
Tembec
Tembec Industries Inc.
Templeton Global
Teppco Partners, L.P.
Tesoro Corporation
Teva Hungary Pharmaceutical Marketing Private
Teva Pharmaceutical Works Company
TFS
Thalia CLO

**EXHIBIT A**
Listing of Parties-in-Interest Reviewed for Relationships

| | |
|---|---|
| Thalia Credit FAC | Turnberry/Centra Quad, LLC |
| The Adelphia Recovery Trust | Turnberry/Centra Sub, LLC |
| The Blackstone Group | Turnberry/South Strip, LP |
| The Carlyle Group | TXU / Texas Utilities |
| The Clorox Company | TXU Energy Company |
| The Hartford Financial Services Group, Inc. | Tyco Electronics |
| The Hertz Corporation | Tyco International Group S.A. |
| The Home Depot, Inc. | U.S. AgBank |
| The Lightstone Group | U.S. Shipping Partners L.P. |
| The McGraw-Hill Companies, Inc. | Unclaimed Property Recovery Service, Inc. |
| The Neiman Marcus Group, Inc. | Unicredito Italiano |
| The Options Clearing Corporation | United Air Lines |
| The Pemex Project Funding Master Trust | United Components, Inc. |
| The Pension Fund Group | United of Omaha Life Insurance |
| The Provisional French Administrator to Banque Lehman | United States Steel Corporation / US Steel Corp |
| The Rhodes Companies, LLC | United Surgical Partners International, Inc. |
| The Sports Authority, Inc. | UnitedHealth Group Inc |
| The Williams Companies | University of Pittsburgh |
| Ticknor Corner LLC | Univision Communications Inc. |
| Tobacco Settlement Financing Corporation | UPC Broadband Holding B.V. |
| TomTom N.V. | UPC Media |
| Town Sports International, Inc. | US Airways Group, Inc. |
| Toys R Us | US Investigations Services, Inc. |
| Tozzini Freire Advogados | USAA Capital Corporation |
| TPF Generation Holdings, LLC | USI Holdings Corp. |
| Trademarks LLC | USPF Holdings, LLC |
| Tradition (North America) Inc. | Utah Housing Corporation |
| Tradition Asiel Securities Inc. | Utendahl Capital Partners, L.P. |
| Tradition Services S.A. DE C.V. Mex | Valero Energy Corporation |
| Trans World Airlines Inc. | Van Der Moolen Specialists |
| Transamerica Asset Funding Corp. I | Van Gansewinkel Holding B.V. |
| Transdigm Inc | Varel Funding Corp. |
| Transocean Inc. | Varig S.A. (Vicao Aerea Rio-Grandense) |
| Travelport 2nd A&R | VBS Investment Bank |
| Travelport Holdings Ltd. | Venetian Macau Limited |
| Travelport Inc. | Venise Acquisition |
| Tribune Company | Venoco, Inc. |
| Tri-State Generation And Transmission Association, Inc. | Venstar Leasing |
| Tronox Worldwide | Verde CDO |
| Tronox Worldwide LLC | Verint Systems Inc. |
| Tropicana Entertainment | Verso Paper Holding LLC |
| TRW Automotive Holdings Corp. | Vertex Mortgage Services |
| TRW Automotive Inc. | Vertrue Incorporated |
| Tullett Prebon Holdings Corporation | Veyance Technologies, Inc. |
| Turnberry Associates | Virginia Electric And Power Company |
| Turnberry Retail Holding, L.P. | Virtix |
| Turnberry/Centra Crossroads, LLC | Vodafone Group Plc |
| Turnberry/Centra Development, LLC | Vornado Realty L.P. |
| Turnberry/Centra Office Sub, LLC | Vought Aircraft Industries, Inc. |

**EXHIBIT A**

Listing of Parties-in-Interest Reviewed for Relationships

Walmart Stores
Warburg Pincus Equity Partners L.P.
Washington Metro
Washington State Tobacco Settlement Authority
Waterfall European CLO S.A.
WCI Capital Corp.
WDAC Intermediate
Weetabix Mills
Wellmont Health System
Wellpoint Inc
Wells Fargo Bank Minnesota
Werra Papier
Wesco Aircraft Hardware Corp.
West Corporation
Westar Energy, Inc.
Wexford Capital LLC
Whippoorwill Associates Inc
White Mountains Insurance Group, Ltd.
William Capital Group, L.P.
Williams Partners L.P.
Wilmar Landco LLC
Wimar Opco
Wind Telecommunicazioni S.P.A.
Windwalker Hawaii
Winstar
Wintergreen Orchard House
Wisconsin Electric Power Company
Wisconsin Energy Corporation
Wisconsin Gas LLC (f/k/a Wisconsin Gas Company)
Wisconsin Power And Light Company
WMG Acquisition Corp.
Wolf Hollow 2nd Lien
Wolf Hollow I LP
Wolters Kluwer NV
Woodmark
World Directories
World Directories Acquisition Corp.
WWK Hawaii
Wyeth
Xcel Energy Inc.
Xerox Corporation
XL Capital
XL Specialty Insurance Company
XLCA Admin, LLC
XLCDS, LLC
Yankee Candle Company, Inc.
Yarpa Investmenti S.G.R. S.p.A. ? RP3 Fund
Yellowstone Club
Yellowstone Mtn Club

Young Broadcasting
YPSO France S.A.S.
YPSO Senior
Yuksung Korea Co., Ltd.
Yuma Hospital District
Zahniser Trust
Zephyrus Investments LLC

**Persons**

Paul J. Battista
Nathan W. Bear
James Brogan
JoAnne Buzzo
Ann Cairns
LaiMei Chan
Leticia Chau
Siu Lui Ching
Joanne Chormanski
David C. Cimo
Jeffry Ciongoli
Sarah Coombs
Francisco Perez
Ronn A. Pisapia
Neill Poole
Ronald Profili
Alex E. Rhinehart
David A. Rosenfeld
Robert M. Rothman
Samuel H. Rudman
Aida Sarmast
Susan Sayers
Christine Searl
Rony Seikaly
Madeline L. Shapiro
John M. Skoba
Kristine Smith
Jacquelyn Soffer
Jeffrey Soffer
Martha Solinger
Yvonne Stich
John Suckow
James J. Sullivan
Samir Tabet
Fred Telling
Pamela Tibbetts
Howard W. Tomlinson
Leo C. Trautman Jr.
Denise Troise

## EXHIBIT A

Listing of Parties-in-Interest Reviewed for Relationships

Wendy M. Uvino
David C. Walton
Grace Wang
Jeffrey A. Welikson
William P. White
E. Todd Whittemore
Martin Winter
KaKin Wong
Alan J. Worden
Gwen J. Zeisler
Mark L. Zusy
Karen B. Corrigan
Patrick J. Coughlin
Janet Crawshaw
Bedell Cristin
Patrick W. Daniels
Jason C. Davis
Linda Demizio
Maria DeSouza
Madeline Dimodica
Daniel Ehrmann
Andrew Fischtal
Jeffrey Fitts
Monique Miller Fong
William Fox
Lana Franks
John J. Genovese
Terry L. Gentry
William Gordon
Stephen Gott
Stephen Green
Edward Grieb
Jerry A. Grundhofer
Aaron Guth
Jonathan Harris
Sing Heung
Thomas Hommel
Stephen N. Hurley
Myung Soo Jung
Karim Kano
Michael Karfunkel
Declan Kelly
Francine Kittredge
Linda Klang
Marsha Kosseff
Ann Lee
Andrew Yeung
Robert J. Leist
Yin Ying Leung

Sylvia Lewis
Jin Liu
Mark Mazzatta
Jack McCarthy
Michele McHugh-Mazzatta
Richard McKinney
Shawnda D. Merriman
Mark T. Millkey
Edgen Murray
William Olshan

## EXHIBIT C6
Potential Parties-in-Interest Noted for Court Disclosure

**Closed Engagements**

| | | | |
|---|---|---|---|
| Allied Waste Industries Inc. | CF | Cox Communications, Inc. | FAS |
| Accellent Inc. | FAS | Curtis, Mallet-Prevost, Colt & Mosle LLP | FAS |
| Accredited Home Lenders, Inc. | FAS | Danaher Corporation | FAS |
| Accredited Home Lenders, Inc. | FRG | Darden Restaurants Inc. | FAS |
| Accuride Corporation | FAS | Deere & Company | FAS |
| Activant Solutions Inc. | FAS | Del Monte Corporation | FAS |
| AGA Medical Corporation | FAS | Delta Airlines | FAS |
| AIG Financial Products Corp. | FAS | Delta Airlines | FRG |
| Allegheny Energy | FRG | Deutsche Bank Trust Company Americas | FAS |
| Allied Waste Industries Inc. | FAS | Deutsche Bank Trust Company Americas | FRG |
| Alltel Corp. | FAS | Diversified Software Systems, Inc. | FAS |
| American Airlines Inc. | FAS | Dresser, Inc. | FAS |
| AmeriSourceBergen Corporation | FAS | Duncan Energy Parnters L.P. | FAS |
| Aramark Corporation | FAS | Dynegy Holdings, Inc. | FAS |
| ARINC Incorporated | CF | Ebay Inc. | FAS |
| Atrium Companies Inc. | FAS | Edgen Murray | FRG |
| Audio Visual Services Corporation | FAS | El Paso Corporation | FAS |
| Avio | FAS | Enron Corp. | FAS |
| B & G Foods | FAS | Enron Corp. | FRG |
| BAE Systems Holdings Inc. | FAS | Entergy Corp. | FRG |
| Ball Corporation | FAS | Fairpoint Communications, Inc. | FAS |
| Banco Santander | FAS | Fidelity Investments | FAS |
| Bank of America Mellon | FAS | First Data Corporation | FAS |
| Bank of America Mellon | FRG | Flextronics International Ltd | FAS |
| Barclays Wealth Management | FAS | Florida Power & Light Company | FAS |
| Berry Plastics Corporation | FAS | Ford Motor Company | FAS |
| Best Buy | FAS | Fortress Investment Group LLC | FAS |
| Biomet, Inc. | FAS | Fried Frank | FAS |
| BlackRock | FRG | Fulbright & Jaworski L.L.P. | FAS |
| Blackstone / Blackstone Capital partners V L.P. | FAS | Gala | FAS |
| Booz Allen Hamilton Inc. | FAS | Gate Gourmet | CF |
| Bracewell & Giuliani LLP | FRG | Gate Gourmet | FRG |
| Cablevision Systems Corp. | FAS | Georgia Pacific Corporation | FAS |
| Cammell Laird Holdings Plc | FRG | Graham Packaging Company, L.P. | FAS |
| CBS Corp. | FAS | Halliburton Company | FAS |
| CEI/Kensington Ltd. | FAS | Hawaiian Telcom, Inc. | FAS |
| Charles Schwab & Co., Inc. | FAS | HCA Inc. | FAS |
| Charter Communications | FAS | Herbst Gaming, Inc. | FAS |
| CIT Group (Master) | FAS | Hexion | FAS |
| CIT Group (Master) | FRG | Hudson CLO 3 B.V. | CF |
| CKX Inc. | CF | Hudson CLO 3 B.V. | FAS |
| CKX Inc. | FAS | Hudson CLO 3 B.V. | FRG |
| Claire's Stores, Inc. | FAS | Huish Detergents Inc. (Huish) | FAS |
| Conseco Inc. | FRG | Infospace Inc. | FAS |
| Consolidated Container Company LLC | FAS | Internal Revenue Service | FAS |
| Continental Airlines Inc. | FAS | Intersil Corporation | FAS |
| Covanta Energy Corporation | FRG | Iowa Telecommunications Services, Inc. | FAS |

## EXHIBIT C6

Potential Parties-in-Interest Noted for Court Disclosure

| | | | |
|---|---|---|---|
| Iridium Satellite LLC | FAS | The Carlyle Group | CF |
| Iridium Satellite LLC | FRG | Toys R Us | FAS |
| Iron Mountain Incorporated | FAS | Trans World Airlines Inc. | FAS |
| iStar Financial Inc. | FAS | Transdigm Inc | FAS |
| Jason C. Davis | FAS | TXU / Texas Utilities | FRG |
| Jenner and Block LLP | FAS | United States Steel Corporation | CF |
| Journal Register | FAS | United States Steel Corporation | FAS |
| Kimberly-Clark Corporation | FAS | United Surgical Partners International, Inc. | FAS |
| Kirch Holding GMBH & Co. KG | FAS | Univision Communications Inc. | FAS |
| LaSalle Bank National Association | FAS | US Investigations Services, Inc. | FAS |
| Lehman Brothers Alpha Funds PLC | FRG | Vornado Realty L.P. | FAS |
| Liberty Global Inc. | FAS | Vought Aircraft Industries, Inc. | FAS |
| LKQ Corporation | FAS | Warburg Pincus Equity Partners L.P. | FAS |
| Macquarie | FAS | West Corporation | FAS |
| Medco Health Solutions Inc. | FAS | Whippoorwill Associates Inc | FAS |
| Midamerican Energy Company | CF | Winstar | FAS |
| Midamerican Energy Company | FAS | Wyeth | FAS |
| Misys PLC | FAS | Xerox Corporation | FAS |
| Movie Gallery, Inc. | FAS | | |
| Movie Gallery, Inc. | FRG | | |
| Neff Corp. | CF | | |
| Neff Corp. | FAS | | |
| New Edge | FAS | | |
| Northwest Airlines, Inc. | FAS | | |
| Northwest Airlines, Inc. | FRG | | |
| NRG Energy, Inc. | FAS | | |
| NRG Energy, Inc. | FRG | | |
| Oncor | FAS | | |
| Oracle Corporation | FAS | | |
| Owens Illinois Inc. | FAS | | |
| Pangea Ltd | FRG | | |
| Penn National Gaming | FAS | | |
| Penn National Gaming | FRG | | |
| Petsec Energy Inc. | FRG | | |
| PQ Corporation | FAS | | |
| Psychiatric Solutions Inc. | CF | | |
| QVC, Inc. | FAS | | |
| Reliant Energy Inc. | FRG | | |
| Rent-A-Center, Inc. | FAS | | |
| Richards, Layton & Finger, P.A. | FAS | | |
| Sabre Holdings Corporation | CF | | |
| Sandridge Energy, Inc. | FAS | | |
| Schefenacker AG | FRG | | |
| Siemens AG | FAS | | |
| Silicon Graphics Inc. | FRG | | |
| Solo Cup Company | FAS | | |
| Solutia Inc. | FRG | | |
| Southern California Edison | FRG | | |
| Stephen Green | FAS | | |

## EXHIBIT C6

Potential Parties-in-Interest Noted for Court Disclosure

### Active Engagements

| | |
|---|---|
| Accuride Corporation | FAS |
| Accuride Corporation | FRG |
| AGA Medical Corporation | FAS |
| Allianz | FAS |
| Apollo Management Holdings, L.P. | FAS |
| Aramark Corporation | FAS |
| Barclays Wealth Management | FAS |
| Boston Generating, LLC | FRG |
| Cablevision Systems Corp. | FAS |
| Capmark | FRG |
| Cinemark USA, Inc. | FAS |
| CIT | FRG |
| Cooper Standard Automotive | FRG |
| Deutsche Bank Trust Company Americas | FRG |
| Dresser, Inc. | FAS |
| Education Media | FRG |
| Entergy Corp. | FAS |
| Entergy Corp. | FRG |
| Fortress Investment Group LLC | FAS |
| Fulbright & Jaworski L.L.P. | FAS |
| Gentiva Health Services, Inc. | CF |
| Graham Packaging Company, L.P. | FAS |
| HCA Inc. | FAS |
| Hexion | FAS |
| Infospace Inc. | FAS |
| Iridium Satellite LLC | FAS |
| JA Solar Holdings Co., LTD. | FAS |
| KKR Private Equity Investors L.P. | FAS |
| Landsource | FRG |
| Rent-A-Center, Inc. | FAS |
| RH Donnelley | FRG |
| Silicon Graphics Inc. | CF |
| Star Tribune Co. | FRG |
| The Carlyle Group | FAS |
| Toys R Us | FAS |
| Transdigm Inc | FAS |
| United States Steel Corporation / US Steel Corp | CF |
| Verint Systems Inc. | FAS |
| Vought Aircraft Industries, Inc. | FAS |
| Warburg Pincus Equity Partners L.P. | FRG |
| Whippoorwill Associates Inc | FAS |

Exhibit C7                                                                                          Page 1

**Lehman Brothers Holdings Inc.**
**Current Houlihan Advisory Engagement with Lehman Involvement**

| Client | Houlihan Role | Current Lehman Role [1] |
|--------|---------------|-------------------------|
| 1. Company A | Creditor Advisor (Mezzanine Lenders) | Lehman currently holds approximately $[redacted] million of the approximate $[redacted] billion of debt.  At the holding company, Lehman owns approximately $[redacted] million of a $[redacted] million revolver, $[redacted] million of a $[redacted] billion Term Loan A, and $[redacted] million of $[redacted] billion mezzanine loan. Lehman also owns approximately $[redacted] million of the receivables securitization. Lehman lent nearly $[redacted] million to a third party to purchase a portion of the Company A's holding company debt. |
| 2. Company B | Creditor Advisor | Lehman currently holds approximately $[redacted] million of funded debt ($[redacted] million term loan, $[redacted] million revolver). Company B has approximately $[redacted] billion of secured debt and $[redacted] billion of unsecured debt. Lehman also has derivative exposure to Company B for approximately $[redacted] million. |
| 3. Company C | Creditor Advisor | Lehman currently holds approximately $[redacted] million of revolver debt. Company C's debt totaled $[redacted] billion pre-restructuring. Company C also had an ISDA Master Agreement under which Company C filed a $[redacted] million claim against LBSF and LBHI. |
| 4. Company D | Creditor Advisor | Lehman currently holds approximately $[redacted] million of funded secured debt. Company D secured debt on these facilities totals $[redacted] billion. |
| 5. Company E | Creditor Advisor | Lehman currently holds $[redacted] million of funded term loans and $[redacted] million of an unfunded revolver commitment. Company E has $[redacted] million of these term loans and the revolver totals $[redacted] million. |
| 6. Company F | Creditor Advisor | Lehman currently has approximately $[redacted] million of unfunded revolver commitment, its total commitment. This revolver totals $[redacted] million for Company F. |

---

[1] Some of these Lehman positions may now, or in the future, be subject to sale or other commitments.