UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
:
In re : Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
:
------------------------------------------------------------------x    Ref. Docket Nos. 6711, 6717

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 22, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                    /s/ Paul Belobritsky
Sworn to before me this                     Paul Belobritsky
25th day of January, 2010

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

T:\Clients\LBH\Affidavits\Transfers 6711, 6712, 6717_Aff 01-22-10.doc

# EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                              | Chapter 11 Case No.
                                                   | 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,             |
                                                   | (Jointly Administered)
            Debtors.                               |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   ZAIS OPPORTUNITY MASTER FUND, LTD                ZAIS OPPORTUNITY MASTER FUND, LTD
          C/O SEWARD & KISSEL LLP                          ZAIS OPPORTUNITY MASTER FUND, LTD
          ATTN: JUSTIN L. SHEARER                          C/O DEUTSCHE BANK (CAYMAN), LTD.
          ONE BATTERY PARK PLAZA                           ELIZABETHAN SQUARE
          NEW YORK NY 10004-1485                           P.O. BOX 1984 GT
                                                           GRAND CAYMAN CAYMAN ISLANDS

Please note that your claim # 33613 in the above referenced case and in the amount of
       $80,590,294.22        has been transferred **(unless previously expunged by court order)**

          STONE LION PORTFOLIO LP
          TRANSFEROR: ZAIS OPPORTUNITY MASTER FUND, LTD
          STONE LION CAPITAL PARTNERS LP
          ATTN: CLAUDIA BORG
          461 FIFTH AVENUE, 14TH FLOOR
          NEW YORK NY 10017

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                              UNITED STATES BANKRUPTCY COURT
                              Southern District of New York
                              One Bowling Green
                              New York, NY 10004-1408

Send a copy of your objection to the transferee.   Refer to INTERNAL CONTROL NUMBER 6711       in your objection.
If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/22/2010                             Vito Genna, Clerk of Court

                                             /s/ Paul Belobritsky
                                             _____
                                             By: Epiq Bankruptcy Solutions, LLC
                                                 as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 22, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   ZAIS OPPORTUNITY MASTER FUND, LTD.
      C/O SEWARD & KISSEL LLP
      ATTN: JUSTIN L. SHEARER, ESQ.
      ONE BATTERY PARK PLAZA
      NEW YORK NY 10004-1485
```

Please note that your claim # 66107 in the above referenced case and in the amount of
$53,000,000.00         has been transferred **(unless previously expunged by court order)**

```
      STONE LION PORTFOLIO LP
      TRANSFEROR: ZAIS OPPORTUNITY MASTER FUND, LTD.
      STONE LION CAPITAL PARTNERS LP
      ATTN: CLAUDIA BORG
      461 FIFTH AVENUE, 14TH FLOOR
      NEW YORK NY 10017
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 6711      in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/22/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 22, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
|
In re                                    |    Chapter 11 Case No.
                                         |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |    08-13555 (JMP)
                                         |
                                         |    (Jointly Administered)
         Debtors.                        |
                                         |
_____|

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   ZAIS OPPORTUNITY MASTER FUND, LTD
              C/O SEWARD & KISSEL LLP
              ATTN: JUSTIN L. SHEARER, ESQ.
              ONE BATTERY PARK PLAZA
              NEW YORK NY 10004-1485

Please note that your claim # 66108-01 in the above referenced case and in the amount of
        $53,000,000.00         has been transferred **(unless previously expunged by court order)**

              STONE LION PORTFOLIO LP
              TRANSFEROR: ZAIS OPPORTUNITY MASTER FUND, LTD
              STONE LION CAPITAL PARTNERS LP
              ATTN: CLAUDIA BORG
              461 FIFTH AVENUE, 14TH FLOOR
              NEW YORK NY 10017

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6717      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/22/2010                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 22, 2010.

```
In re                                         |  Chapter 11 Case No.
                                              |
LEHMAN BROTHERS HOLDINGS INC., et al.,        |  08-13555 (JMP)
                                              |
                                              |  (Jointly Administered)
                Debtors.                      |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  ZAIS OPPORTUNITY MASTER FUND, LTD.            ZAIS OPPORTUNITY MASTER FUND, LTD.
     C/O SEWARD & KISSEL LLP                       ZAIS GROUP, LLC
     ATTN: JUSTIN L. SHEARER, ESQ.                 ATTN: RUSSELL C. PRINCE
     ONE BATTERY PARK PLAZA                        2 BRIDGE AVENUE, SUITE 322
     NEW YORK NY 10004-1485                        RED BANK NJ 07701
```

Please note that your claim # 33663-01 in the above referenced case and in the amount of
     $53,000,000.00          has been transferred **(unless previously expunged by court order)**

```
     STONE LION PORTFOLIO LP
     TRANSFEROR: ZAIS OPPORTUNITY MASTER FUND, LTD.
     STONE LION CAPITAL PARTNERS LP
     ATTN: CLAUDIA BORG
     461 FIFTH AVENUE, 14TH FLOOR
     NEW YORK NY 10017
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6717    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/22/2010                         Vito Genna, Clerk of Court

                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 22, 2010.

# EXHIBIT "B"

```
TIME: 11:19:55                                    LEHMAN BROTHERS HOLDING INC.
DATE: 01/22/10                                        CREDITOR LISTING                                         PAGE:  1

Name                                  Address
STONE LION PORTFOLIO LP               TRANSFEROR: ZAIS OPPORTUNITY MASTER FUND, LTD STONE LION CAPITAL PARTNERS LP ATTN: CLAUDIA BORG 461 FIFTH AVENUE, 14TH FLOOR NEW YORK NEW YORK
STONE LION PORTFOLIO LP               TRANSFEROR: ZAIS OPPORTUNITY MASTER FUND, LTD. STONE LION CAPITAL PARTNERS LP ATTN: CLAUDIA BORG 461 FIFTH AVENUE, 14TH FLOOR NEW YORK
ZAIS OPPORTUNITY MASTER FUND, LTD     ZAIS OPPORTUNITY MASTER FUND, LTD C/O DEUTSCHE BANK (CAYMAN), LTD. ELIZABETHAN SQUARE P.O. BOX 1984 GT GRAND CAYMAN   CAYMAN ISLANDS
ZAIS OPPORTUNITY MASTER FUND, LTD     C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485
ZAIS OPPORTUNITY MASTER FUND, LTD     C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485
ZAIS OPPORTUNITY MASTER FUND, LTD.    ZAIS OPPORTUNITY MASTER FUND, LTD. C/O ZAIS GROUP, LLC ATTN: RUSSELL C. PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701
ZAIS OPPORTUNITY MASTER FUND, LTD.    ZAIS GROUP, LLC ATTN: RUSSELL C. PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701
ZAIS OPPORTUNITY MASTER FUND, LTD.    C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485
ZAIS OPPORTUNITY MASTER FUND, LTD.    DEUTSCHE BANK (CAYMAN), LTD. ELIZABETHAN SQUARE PO BOX 1984 GT GRAND CAYMAN   CAYMAN ISLANDS


Total Number of Records Printed    9
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT "C"**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153