IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
|---|---|
| **LEHMAN BROTHERS HOLDINGS INC** | Case No. 08-13555 (JMP) Jointly Administered |
| **Lehman Brothers Holdings, Inc** | **Case No. 08-13555** |
| ("the Debtors") | Claim No.: <u>65987</u> |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(2) FOR FILED CREDITOR, FOREST HILLS TRADING LTD., IN THE AMOUNT OF $3,300,698.34, TO C.V.I G.V.F. (LUX) MASTER S.A.R.L.

**To Transferor:** Forest Hills Trading Ltd.
c/o Curacao International Trust Company
Kaya Flamboyan 9
PO Box 812
Netherlands, Antilles

PLEASE TAKE NOTICE that the transfer of <u>$3,300,698.34</u> of the above-captioned general unsecured claim has been transferred to:

**Transferee:** C.V.I G.V.F. (Lux) Master S.a.r.l.
c/o CarVal Investors UK Limited
Knowle Hill Park
Farimile Lane
Cobham
Surrey KT11 2PD
United Kingdom

The evidence of transfer of claim is attached hereto. A copy of the Proof of Claim and a copy of the Claims Agent website listing the claim are attached.

If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

---

*(FOR CLERK'S OFFICE USE ONLY):*
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2009.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

_____
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Ch-11 LEHMAN BROTHERS HOLDINGS, INC.

Debtor

Case No. 08-13555

Chapter 11

### NOTICE OF TRANSFER OF CLAIM
### PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of Forest Hills Trading Ltd. ("Assignor") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $3,300,698.34 | 65987 |

have been transferred and assigned to C.V.I. G.V.F. (Lux) Master S.a.r.l. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: C.V.I. G.V.F. (Lux) Master S.a.r.l.
Address: c/o CarVal Investors UK Limited
Knowle Hill Park
Fairmile Lane
Cobham
Surrey KT11 2PD
United Kingdom
BY CARVAL INVESTORS UK LIMITED
Signature: _____
Name: DAVID SHORT
Title: OPERATIONS MANAGER
Date:

ASSIGNOR: Forest Hills Trading, Ltd.
Address: C/O CURACAO INTERNATIONAL TRUST COMPANY
KAYA FLAMBOYAN 9
PO BOX 812
NETHERLANDS ANTILLES

Signature: _____
Name:
Title:
Date: January 11, 2010

JAY A. SCHOENFARBER
Attorney-in-Fact

Claim Search                                                                                                                Page 1 of 1

- Epiq Directory
- Contact Us
- Forms
- BSI

# Epiq Systems, Inc.

646 282 2400

Client Home                    Filed Claims & Schedules    Key Documents    Docket    Change Client

## Lehman Brothers Holdings Inc. (Chapter 11)

**Filed Claims and Schedules**

Claim # 65987          Name Starts With                          Debtor
Schedule #             Total Claim Value  Equals                 Scope  Claims and Schedules
                       Claim Date Range            to
Order By  Creditor Name                  Results Per Page  10           [Search] [Clear]

◀ Page 1 of 1 ▶                                                                Page [  ] Go

| Claim # | Schedule # | Creditor Name | Date | Total Claim Value | |
|---|---|---|---|---|---|
| 65987 | | FOREST HILLS TRADING, LTD<br>C/O CURACAO INTERNATIONAL TRUST COMPANY<br>KAYA FLAMBOYAN 9<br>PO BOX 812<br>CURACAO,<br>NETHERLANDS ANTILLES<br><br>Debtor: LEHMAN BROTHERS HOLDINGS, INC. | 12/22/2009 | $3,300,698.34<br>Claim Admin Amount: $0.00<br>Claim Secured Amount: $3,300,698.34<br>Claim Priority Amount: $0.00<br><br>Remarks: amends claim no. 10940<br>CLAIMED PARTIALLY UNLIQUIDATED | Image |

Claims 1-1 of 1

Epiq Bankruptcy Solutions, LLC ("Epiq") maintains this website for the public's convenience. While Epiq makes every attempt to assure the accuracy of the information contained herein, this website is not the website of the United States Bankruptcy Court and does not contain the complete, official record of the Bankruptcy Court. All documents filed with the Bankruptcy Court are available for inspection at the office of the Clerk of the Bankruptcy Court during its normal business hours or online on the Bankruptcy Court's website. Use of this website is also subject to our terms of use and end user license agreement. Please review our privacy statement for additional information regarding the data maintained on this website.
© 2010 Epiq Systems, Inc. All Rights Reserved.

- Home
- Contact
- Subscribe
- Site Map
- Disclaimer
- Terms of Use
- Privacy Statement
- Safe Harbor

| /United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | **PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)    0000065987 |
| Name of Debtor Against Which Claim is Held<br>Lehman Brothers Holdings Inc. | Case No. of Debtor<br>08-13555 (JMP) | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

**THIS SPACE IS FOR COURT USE ONLY**

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)<br><br>Forest Hills Trading Ltd.    With notice to:    With notice to:<br>c/o Curacao International Trust Company N.V.    Shelley Chapman, Esq.    EAC Management LP<br>Kaya Flamboyan 9    Willkie Farr &    654 Madison Avenue<br>PO Box 812    Gallagher LLP    New York, NY 10065<br>Willemstad, Curacao    787 Seventh Avenue    Attn: Ashley Thompson<br>Netherlands Antilles    New York, NY 10019<br><br>Telephone number: 212-500-2820    Email Address: thompson@eaclp.com | ✓ Check this box to indicate that this claim amends a previously filed claim.<br><br>Court Claim<br>Number: 10940<br>*(If known)*<br><br>Filed on: 9/9/2009 |
|---|---|
| Name and address where payment should be sent (if different from above)<br><br>Forest Hills Trading Ltd.<br>c/o Soros Fund Management LLC<br>888 Seventh Avenue<br>33rd Floor<br>New York, NY 10106<br>Attn: Jay Schoenfarber<br><br>Telephone number: 212-320-5584    Email Address: jay.schoenfarber@soros.com | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check this box if you are the debtor or trustee in this case. |

1. **Amount of Claim as of Date Case Filed:** $_____ See Attachment A
If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
☐ Check this box if all or part of your claim is based on a Derivative Contract.*
✓ Check this box if all or part of your claim is based on a Guarantee.*
*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.
✓ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. **Basis for Claim:** See Attachment A
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: See Attachment A
   3a. Debtor may have scheduled account as: See Attachment A
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff:    ☐ Real Estate    ☐ Motor Vehicle    ✓ Other
Describe: See Attachment A
Value of Property: $_____ Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____ Basis for perfection: _____
Amount of Secured Claim: $_____ Amount Unsecured: $_____

6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $See Attachment A
(See instruction #6 on reverse side.)

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements.
Attach redacted copies of documents providing evidence of perfection of a security interest. *(See definition of "redacted" on reverse side.)* If the documents are voluminous, attach a summary.
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain: See Attachment A

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

Amount entitled to priority:

$ See Attachment A

FILE FOR COURT USE ONLY

DEC 22 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC