McKENNA LONG & ALDRIDGE LLP
230 Park Avenue, Suite 1700
New York, New York 10169
Telephone: (212) 922-1800
Facsimile: (212) 922-1819

McKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, N.E., Suite 5300
Atlanta, Georgia 30308
Telephone: (404) 527-4000
Facsimile: (404) 527-4198

*Special Counsel for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                       :   Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :   08-13555 (JMP)
                                            :
                        Debtors.            :   (Jointly Administered)
                                            :
                                            :
---------------------------------------------------------------x

**FIFTH SUPPLEMENTAL DECLARATION OF CHARLES D. WEISS**
**IN CONNECTION WITH THE DEBTORS' ENGAGEMENT OF**
**McKENNA LONG & ALDRIDGE LLP AS SPECIAL COUNSEL**

CHARLES D. WEISS, hereby declares, pursuant to section 1746 of title 28 of the United States Code, as follows:

1.  I am a partner in the firm of McKenna Long & Aldridge LLP ("McKenna" or the "Firm"), a law firm with principal offices at 303 Peachtree Street, N.E., Suite 5300, Atlanta, Georgia 30308 and at 1900 K Street, N.W., Washington, DC 20006, and other offices in

ATLANTA:5196500.5

Albany, New York; Brussels, Belgium; Denver, Colorado; Los Angeles, California; New York, New York; Philadelphia, Pennsylvania; San Diego, California; and San Francisco, California.

2. Unless otherwise stated in this Fifth Supplemental Declaration, I have personal knowledge of the facts set forth herein. To the extent any information disclosed herein requires amendment or modification upon McKenna's completion of further review or as additional information becomes available to it, a supplemental declaration will be submitted to the Court reflecting such amended or modified information.

3. I initially submitted a declaration (the "Initial Declaration") in connection with the Application dated December 2, 2008 (the "Application") of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), for approval of the Debtors' employment and retention of McKenna as special counsel in the above-captioned chapter 11 cases at the Firm's normal hourly rates in effect from time to time and in accordance with the Firm's normal reimbursement policies, in compliance with sections 328(a), 329 and 504 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code") and to provide disclosure required under Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). The Debtors filed the Application requesting approval from this Court to retain and employ McKenna as special counsel during these chapter 11 cases to provide services with respect to commercial lending, loan restructuring, collection and litigation matters.

4. On December 9, 2008, I submitted a supplemental declaration in further support of the Application (the "First Supplemental Declaration").

5. By order entered December 18, 2008, the Court granted approval for the employment of McKenna as special counsel, *nunc pro tunc* to the Commencement Date. No objections to the Employment Application were filed, and, accordingly, the Court's order of December 18, 2008 became final.

6. On April 13, 2009, I submitted a second supplemental declaration in further support of the Application (the "Second Supplemental Declaration").

7. On September 1, 2009, I submitted a third supplemental declaration in connection with the Debtors' engagement of McKenna (the "Third Supplemental Declaration").

8. On October 13, 2009, I submitted a fourth supplemental declaration to provide additional information with respect to McKenna's connections to parties in interest (the "Fourth Supplemental Declaration").

9. This Fifth Supplemental Declaration provides additional information with respect to McKenna's connections to parties in interest disclosed in the Initial Declaration, the First Supplemental Declaration, the Second Supplemental Declaration, the Third Supplemental Declaration and the Fourth Supplemental Declaration.

10. McKenna is representing clients in an additional matter in which it is our understanding the Debtors are indirectly involved. This matter is wholly unrelated to the matters on which we are engaged as special counsel to Debtors.

11. McKenna is representing Delta Air Lines, Inc. ("Delta") in connection with a potential transaction involving, among other things, the sale by an indirect non-debtor subsidiary of the Debtors of a minority ownership interest in a separate entity.

12. This representation has been undertaken post-petition under terms pursuant to which McKenna would withdraw from the representation of such other clients in the event any

direct adverse litigation were to ensue between the Debtors and such other clients. Accordingly, these representations would not preclude McKenna from its ongoing representation of the Debtors as special counsel on the matters on which McKenna is engaged by the Debtors.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed on January 22, 2010.

_____
Declarant: Charles D. Weiss