**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
|  |  |
| :--- | :--- |
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
------------------------------------------------------------------------x   Ref. Docket No. 6699

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK      )
                           ) ss.:
COUNTY OF NEW YORK   )

SAMUEL GARCIA, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  I caused to be served the:

    a. "Notice of Filing of Motion for an Order Approving Certain Restrictions and Procedures Applicable to Transfers of the Debtors' Securities," dated January 19, 2010, to which is attached the "Debtors' Motion Pursuant to Sections 105(a) and 362 of the Bankruptcy Code for Approval of Certain Restrictions and Procedures Applicable to Transfers of the Debtors' Securities," dated January 19, 2010 [Docket No. 6699], (the "NOL Motion"), and

    b. "Notice of Filing of Motion for an Order Approving Certain Restrictions and Procedures Applicable to Transfers of the Debtors' Securities," dated January 19, 2010, annexed hereto as <u>Exhibit A</u>, (the "Notice of Filing of Motion"), and

    by causing true and correct copies of the:

    a. NOL Motion, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the attached <u>Exhibit B</u>, on January 19, 2010,

    b. NOL Motion, to be delivered via electronic mail to those parties listed on the attached <u>Exhibit C</u>, on January 19, 2010,

    c.   Notice of Filing of Motion, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the attached <u>Exhibit D</u>, on January 20, 2010, and

    d.   Notice of Filing of Motion, enclosed securely in a postage-prepaid envelope and delivered via first class mail to HSBC Bank, USA CTLA – Structured Finance, Attn: Thomas Musara, 10 East 40th Street, Floor 14, New York, NY 10016, on January 22, 2010.

3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Samuel Garcia
Samuel Garcia

Sworn to before me this
25th day of January, 2010
/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**EXHIBIT A**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                   :

**In re**                                 :        **Chapter 11 Case No.**
                                   :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :        **08-13555 (JMP)**
                                   :

                **Debtors.**         :        **(Jointly Administered)**
                                   :
------------------------------------------------------------------x

**NOTICE OF FILING OF MOTION FOR AN ORDER**
**APPROVING CERTAIN RESTRICTIONS AND PROCEDURES**
**<u>APPLICABLE TO TRANSFERS OF THE DEBTORS' SECURITIES</u>**

TO ALL PERSONS OR ENTITIES WITH SECURITIES OF LEHMAN BROTHERS
HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES WHOSE CASES UNDER
CHAPTER 11 OF TITLE 11 OF THE UNITED STATES CODE ARE, OR SUBSEQUENTLY
BECOME, JOINTLY ADMINISTERED WITH CASE NO. 08-13555 (JMP)[1]:

       PLEASE TAKE NOTICE that on September 15, 2008 (the "<u>Commencement</u>
<u>Date</u>") and periodically thereafter, Lehman Brothers Holdings, Inc. ("<u>LBHI</u>") and its subsidiaries
in the above-referenced chapter 11 cases, as debtors and debtors in possession (the "<u>Debtors</u>"
and, collectively with LBHI's wholly-owned non-debtor domestic subsidiaries, "<u>Lehman</u>"),
commenced a case under chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy</u>
<u>Code</u>").  Section 362(a) of the Bankruptcy Code operates as a stay of any act to obtain
possession of property of the Debtors' estates or of property from the Debtors' estates or to
exercise control over property of the Debtors' estates.

       PLEASE TAKE FURTHER NOTICE that on November 5, 2008, pursuant to that
certain *Order Pursuant to Sections 105(a) and 362 of the Bankruptcy Code Approving Certain*
*Transfers of Interests in the Debtors' Estates and Establishing Notification Procedures Relating*
*Thereto*, the United States Bankruptcy Court for the Southern District of New York (the
"<u>Bankruptcy Court</u>") found that Lehman's consolidated net operating loss tax carryforwards

---

[1] All capitalized terms not expressly defined herein shall have the meaning ascribed to them in the Motion.

("NOLs") and certain other tax attributes (together with NOLs, the "Tax Attributes") are property of the Debtors' estates and are protected by the automatic stay prescribed in section 362 of the Bankruptcy Code.

PLEASE TAKE FURTHER NOTICE that on January 19, 2010, the Debtors filed a motion (the "Motion") with the Bankruptcy Court, having jurisdiction over these chapter 11 cases, to consider entry of an order (the "Order") (i) finding that under certain circumstances the unrestricted accumulation of Securities (as hereinafter defined) could, following a chapter 11 plan of the Debtors (or successors thereto), severely limit the Debtors' (or their successors') ability to use the Tax Attributes for purposes of the Internal Revenue Code of 1986, as amended (the "Tax Code"); and (ii) approving the restrictions and procedures as set forth herein to preserve the Tax Attributes pursuant to sections 105(a) and 362(a) of the Bankruptcy Code.  **The Debtors are requesting that the relief be effective as of the date of the filing of the Motion** (the "Motion Date").  **IF THE REQUESTED RELIEF IS GRANTED, ANY ACQUISITION, DISPOSITION OR OTHER TRANSFER IN VIOLATION OF THE RESTRICTIONS SET FORTH IN THE ORDER SHALL BE NULL AND VOID *AB INITIO* AS AN ACT IN VIOLATION OF THE AUTOMATIC STAY UNDER SECTIONS 105(A) AND 362 OF THE BANKRUPTCY CODE.**

PLEASE TAKE FURTHER NOTICE that a copy of the Motion can be found on the Debtors' website: http://www.lehman-docket.com.

PLEASE TAKE FURTHER NOTICE that the following restrictions and procedures, if approved by the Bankruptcy Court, shall apply to the accumulation of and trading in THE DEBTORS' SECURITIES, effective *nunc pro tunc* to the date of the filing of the Motion:[2]

**1**    Notice of 382(l)(5) Plan; Amended Notice of 382(l)(5) Plan.

    **(a)**    Notice of 382(l)(5) Plan.  Upon filing a chapter 11 plan and disclosure statement that contemplates the potential utilization of section 382(l)(5) of the Tax Code (a "382(l)(5) Plan"), the Debtors may, if, after consultation with their attorneys and advisors and the attorneys and advisors for the Creditors' Committee, they determine that the application of section 382(l)(5) of the Tax Code is reasonably likely to be beneficial to the reorganized Debtors (or any successors thereto), (i) publish (or arrange for publication of) a notice and provide a written notice to the Notice Parties, disclosing the filing of such 382(l)(5) Plan and the potential issuance of a Sell-Down Notice (as defined in Paragraph 3(a) below) in connection therewith on the Debtors' website: http://www.lehman-docket.com and in the national editions of *The Wall Street Journal* and *The New York Times* (a "Notice of 382(l)(5) Plan"), (ii) identify the classes of Securities that are potentially subject to a Sell-Down Notice and (iii) identify the applicable

---

[2] Capitalized terms used in Paragraphs 1 – 7 have the meaning ascribed in Paragraph 7, if not otherwise defined herein.

Threshold Amounts (by class or other applicable breakdown) for status as a Substantial Securityholder.

**(b)** <u>Amended Notice of 382(l)(5) Plan</u>. The Debtors may determine subsequent to the date of the Notice of 382(l)(5) Plan or an Amended Notice of 382(l)(5) Plan (as defined below), to (i) adjust the Threshold Amount or (ii) identify additional classes of Securities that are potentially subject to a Sell-Down Notice. In that case, the Debtors shall publish and provide notice of such additional amount and/or such additional class of Securities in the same manner as the Notice of 382(l)(5) Plan and such notice shall be an "Amended Notice of 382(l)(5) Plan." The Amended Notice of 382(l)(5) Plan shall require (x) any person or Entity that previously filed a Notice of Substantial Securityholder Status to update information regarding such Substantial Securityholder's Beneficial Ownership of Securities and (y) any person or Entity that is a Substantial Securityholder as of the date of the most recent Amended Notice of 382(l)(5) Plan, but that was not previously required to file a Notice of Substantial Securityholder Status (an "<u>Additional Substantial Securityholder</u>"), to file with the Bankruptcy Court and serve upon the Debtors', the attorneys for the Debtors and the attorneys for the Creditors' Committee, a notice of such status in the manner prescribed in Paragraph 2 below within ten (10) days of the date of the Amended Notice of 382(l)(5) Plan.

**(c)** <u>Early Notice</u>. The Debtors reserve the right, in order to assist in determining their eligibility for section 382(l)(5) of the Tax Code, to request in a manner consistent with the publication of the Notice of 382(l)(5) Plan described above, information regarding the Beneficial Ownership of Securities prior to the filing of the Notice of 382(l)(5) Plan.

**2** <u>Notice of Substantial Securityholder Status</u>. Following a request for Beneficial Ownership information pursuant to (i) a Notice of 382(l)(5) Plan, (ii) an Amended Notice of 382(l)(5) Plan or (iii) Paragraph 1(c) above, any person or Entity that as of the date such request is made (the "<u>Request Date</u>") is or becomes a Substantial Securityholder shall file with the Bankruptcy Court and serve upon the Debtors, the attorneys for the Debtors and the attorneys for the Creditors' Committee, a notice of such status (a "<u>Notice of Substantial Securityholder Status</u>"), in the form annexed to the Motion as <u>Exhibit D</u>, within ten (10) days of the later of (i) the Request Date and (ii) the date such person becomes a Substantial Securityholder. At the holder's election, the Notice of Substantial Securityholder Status that is filed with the Bankruptcy Court (but not such notice served upon the Debtors, the attorneys for the Debtors or the attorneys for the Creditors' Committee) may be redacted to exclude such holder's taxpayer identification number and the aggregate dollar amount of Securities that such holder Beneficially Owns.

3

**3**     <u>Sell-Down Notices</u>.

**(a)**   <u>Sell-Down Notices</u>.  Following the issuance of a Notice of 382(l)(5) Plan, but no earlier than sixty (60) days prior to the then-scheduled hearing with respect to the 382(l)(5) Plan, if the Debtors determine it to be reasonably necessary to require the sale or transfer of all or a portion of the Beneficial Ownership of Securities held by a Substantial Securityholder on the basis that such sale or transfer is appropriate to reasonably ensure that the requirements of section 382(l)(5) of the Tax Code will be satisfied, and either the Creditors' Committee or the Bankruptcy Court similarly so determines, the Debtors may file a motion requesting that the Bankruptcy Court enter an order (the "<u>Sell-Down Order</u>") approving the issuance of a notice (the "<u>Sell-Down Notice</u>") that such Substantial Securityholder must sell, cause to sell or otherwise transfer all or a portion of its Beneficial Ownership of Securities (by class or other applicable breakdown) in excess of the Maximum Amount for such Substantial Securityholder (such excess amount, an "<u>Excess Amount</u>") to Permitted Transferees.  If the Bankruptcy Court enters a Sell-Down Order approving the Debtors' issuance of a Sell-Down Notice, the Debtors shall provide a copy of such Sell-Down Order to the applicable Substantial Securityholders.

**(b)**   <u>Requirement to Sell Down</u>.  Prior to (i) the effective date of the 382(l)(5) Plan or (ii) such earlier date set forth in the Sell-Down Order, which shall not be earlier than the day after the entry of the order confirming the 382(l)(5) Plan as may be specified by the Debtors (the "<u>Sell-Down Date</u>"), each Substantial Securityholder shall sell, cause to sell or otherwise transfer an amount of the Beneficial Ownership of Securities (if any) necessary to comply with the Sell-Down Notice (the "<u>Sell-Down</u>"); <u>provided</u>, <u>however</u>, that notwithstanding anything to the contrary in the Order and for the avoidance of doubt, no Substantial Securityholder shall be required to sell, cause to sell or otherwise transfer any Beneficial Ownership of Securities if such sale would result in such holder having Beneficial Ownership of an aggregate amount of Securities (by class or other applicable breakdown) that is less than such holder's Protected Amount (as hereinafter defined). Each Substantial Securityholder shall sell, cause to sell or otherwise transfer its Beneficial Ownership of Securities subject to the Sell-Down to Permitted Transferees; <u>provided however</u> that such Substantial Securityholder shall not have a reasonable basis to believe that any such Permitted Transferee would own, immediately after the contemplated transfer, an Excess Amount of Securities.

**(c)**   <u>Notice of Compliance</u>.  A Substantial Securityholder subject to the Sell-Down shall, within five (5) business days after the later of (i) entry of an order approving the 382(l)(5) Plan, (ii) the Sell-Down Date, and (iii) such other date specified in the Sell-Down Notice, as applicable, but in all events before the effective date of the 382(l)(5) Plan, and as a condition to

4

receiving Affected Equity, serve upon the Debtors, the attorneys for the Debtors and the attorneys for the Creditors' Committee, a notice substantially in the form annexed to the Motion as <u>Exhibit E</u> that such Substantial Securityholder has complied with the terms and conditions set forth in this Paragraph 3 and that such Substantial Securityholder does not and will not hold an Excess Amount of Securities as of the Sell-Down Date and at all times through the effective date of the 382(l)(5) Plan (the "<u>Notice of Compliance</u>").  Any Substantial Securityholder who fails to comply with this provision shall not receive Affected Equity with respect to any Excess Amount of Securities.

4    <u>Advance Approval of Acquisitions</u>.  Any proposed transfer or acquisition of Securities from and after the date of the Sell-Down Order shall be subject to the following advance approval procedures:

   **(a)**    <u>Acquisition of Securities</u>.  At least fifteen (15) business days prior to the proposed date of any transfer of Securities that would result in (i) an increase in the dollar amount of Securities Beneficially Owned by a Substantial Securityholder or (ii) any person or Entity becoming a Substantial Securityholder (a "<u>Proposed Securities Acquisition Transaction</u>"), such person, Entity, or Substantial Securityholder (each a "<u>Proposed Securities Transferee</u>") must file with the Bankruptcy Court and serve upon the Debtors, the attorneys for the Debtors and the attorneys for the Creditors' Committee, a Notice of Request to Purchase, Acquire, or Otherwise Accumulate a Security (a "<u>Securities Acquisition Request</u>"), in the form annexed to the Motion as <u>Exhibit F</u>, which describes specifically and in detail the intended acquisition of Securities, regardless of whether such transfer would be subject to the filing, notice, and hearing requirements of Bankruptcy Rule 3001.  At the Proposed Securities Transferee's election, the Securities Acquisition Request that is filed with the Bankruptcy Court (but not such request served upon the Debtors, the attorneys for the Debtors and the attorneys for the Creditors' Committee) may be redacted to exclude such transferee's taxpayer identification number and the aggregate dollar amount of Securities that such transferee Beneficially Owns and proposes to purchase or otherwise acquire.

   **(b)**    <u>Approval Procedures</u>.  The Debtors may determine, in furtherance of the purposes of the provisions herein and after consultation with the attorneys for the Creditors' Committee, whether or not to approve a Securities Acquisition Request.  A Securities Acquisition Request that is not approved in writing by the Debtors within ten (10) business days after the filing of a Securities Acquisition Request shall be deemed rejected.

5    <u>Equity Forfeiture Provision</u>.

   **(a)**    <u>Equity Forfeiture Provision</u>.  Any Substantial Securityholder that violates its obligations under the Sell-Down Notice shall, pursuant to the Order, be

precluded from receiving, directly or indirectly, any consideration consisting of a beneficial ownership of equity (as determined in accordance with the applicable rules of section 382 of the Tax Code, including Options, whether or not treated as exercised under Treasury Regulation section 1.382-4) of the Debtors (or any successor to the Debtors, including as determined for U.S. federal income tax purposes) that is attributable to the Excess Amount of Securities for such Substantial Securityholder, including any consideration in lieu thereof, <u>provided</u> that such Substantial Securityholder may be entitled to receive any other consideration to which such holder may be entitled by virtue of holding Securities (the "<u>Equity Forfeiture Provision</u>").  Any purported acquisition of, or other increase in the Beneficial Ownership of, equity of the Debtors (or any successor) that is precluded by the Equity Forfeiture Provision will be an acquisition of "<u>Forfeited Equity.</u>"  Any acquirer of Forfeited Equity shall, immediately upon becoming aware of such fact, return or cause to return the Forfeited Equity to the Debtors (or any successor to the Debtors) or, if all of the equity consideration properly issued to such acquirer and all or any portion of such Forfeited Equity shall have been sold prior to the time such acquirer becomes aware of such fact, such acquirer shall return or cause to return to the Debtors (or any successor to the Debtors) (i) any Forfeited Equity still held by such acquirer and (ii) the proceeds attributable to the sale of Forfeited Equity, calculated by treating the most recently sold equity as Forfeited Equity.  Any acquirer that receives Forfeited Equity and deliberately fails to comply with the preceding sentence shall be subject to such additional sanctions as the Bankruptcy Court may determine.  Any Forfeited Equity returned to the Debtors shall be distributed (including a transfer to charity) or extinguished, in the Debtors' sole discretion, in furtherance of the 382(l)(5) Plan.

**(b)**    <u>Notification Requirement</u>.  In effecting any sale or other transfer of Securities pursuant to a Sell-Down Notice, a Substantial Securityholder shall, to the extent that it is reasonably feasible to do so within the normal constraints of the market in which such sale takes place, notify the acquirer of such Securities of the existence of the Order and the Equity Forfeiture Provision (it being understood that, in all cases in which there is direct communication between a salesperson and a customer, including, without limitation, communication via telephone, e-mail, and instant messaging, the existence of the Order and the Equity Forfeiture Provision shall be included in such salesperson's summary of the transaction).

**6**    <u>Miscellaneous</u>.

**(a)**    <u>No Disclosure of Participation</u>.  To permit reliance by the Debtors on Treasury Regulation section 1.382-9(d)(3), any Substantial Securityholder that participates in formulating any chapter 11 plan of or on behalf of the Debtors (which shall include, without limitation, making any suggestions

or proposals to the Debtors or their advisors with regard to such a plan), shall not, and shall not be asked to, disclose (or otherwise make evident unless compelled to do so by an order of a court of competent jurisdiction or some other applicable legal requirement) to the Debtors that any Securities in which such Substantial Securityholder has a Beneficial Ownership are Newly Traded Securities.  For this purpose, the Debtors acknowledge and agree that the following activities shall not constitute participation in formulating a chapter 11 plan if, in pursuing such activities, the relevant Substantial Securityholder does not disclose (or otherwise make evident) to the Debtors that such Substantial Securityholder has Beneficial Ownership of Newly Traded Securities: filing an objection to a proposed disclosure statement or to confirmation of a proposed chapter 11 plan; voting to accept or reject a proposed chapter 11 plan; reviewing or commenting on a proposed business plan; providing information on a confidential basis to the attorneys for the Debtors or attorneys for the Creditors' Committee unconnected with the formulation of the chapter 11 plan; general membership on an official committee or an *ad hoc* committee; or taking any action required by the order of the Bankruptcy Court.

**(b)**    Confidentiality.  Except to the extent necessary to demonstrate to the Bankruptcy Court the need for the issuance of a Sell-Down Notice, other than information contained in the Notice of Substantial Securityholder Status that is public or in connection with an audit or other investigation by the Internal Revenue Service ("IRS") or other taxing authority, the Debtors shall keep such notices and any additional information provided by a Substantial Securityholder pursuant to the Order strictly confidential and shall not disclose the identity of the Substantial Securityholder to any other person or Entity; provided, however, that the Debtors may disclose the identity of the Substantial Securityholder to its counsel and professional advisors and/or the counsel and professional advisors of the Creditors' Committee and of any other person(s) that are subject to a nondisclosure agreement with the Debtors, each of whom shall keep all such notices strictly confidential and shall not disclose the identity of the Substantial Securityholder to any other person or Entity subject to further order of the Bankruptcy Court; and provided, further, that to the extent the Debtors reasonably determine such confidential information is necessary to demonstrate to the Bankruptcy Court the need for the issuance of a Sell-Down Notice, the Debtors shall seek to file such confidential information (determined by, among other things, whether such information was redacted in any public filing) under seal.

**(c)**    Exception.  No person or Entity shall be subject to the aforementioned provisions with respect to any transfer described in Treasury Regulation section 1.382-9(d)(5)(ii), provided that such transfer is not for a principal purpose of obtaining stock in the reorganized Debtors (or any successor) or permitting the transferee to benefit from the losses of the Debtors

within the meaning of Treasury Regulation section 1.382-9(d)(5)(iii); <u>provided</u>, <u>further</u>, that any such transferee who becomes a Substantial Securityholder shall file with the Bankruptcy Court, and serve upon the Debtors, the attorneys for the Debtors and the attorneys for the Creditors' Committee, a notice of such status in the manner prescribed in Paragraph 2 above within fifteen (15) business days of the later of (i) the day of the entry of the Order by the Bankruptcy Court and (ii) the date on which such person or Entity becomes a Substantial Securityholder.

**7**     <u>Definitions</u>.  For purposes of the Order, the following terms have the following meanings:

    **(a)**     <u>Affected Equity</u>.  "Affected Equity" means the stock or other equity of the reorganized Debtors (or their successors), including Options, to be issued and distributed pursuant to the 382(l)(5) Plan.

    **(b)**     <u>Applicable Percentage</u>.  "Applicable Percentage" means, if only one class of Affected Equity is to be issued pursuant to the terms of the 382(l)(5) Plan and holders within any class of Securities will receive a pro-rata distribution of the Affected Equity, 4.5% of the number of such shares or equity interests that the Debtors reasonably estimate will be issued at the effective date of such 382(l)(5) Plan, as determined for U.S. federal income tax purposes.  If more than one class of Affected Equity is to be distributed pursuant to the terms of the 382(l)(5) Plan or holders with a class of Securities may receive a disproportionate distribution of such Affected Equity relative to other holders in the same class, the Applicable Percentage shall be determined by the Debtors in their reasonable judgment in a manner consistent with the estimated range of values for the equity to be distributed reflected in the valuation analysis set forth in the 382(l)(5) Plan and disclosure statement, and shall be expressed in a manner that makes clear the number of shares or other equity interests in each class of Affected Equity that would constitute the Applicable Percentage.

    **(c)**     <u>Beneficial Ownership.</u>  "Beneficial Ownership" of a Security shall mean:

        (x) the beneficial ownership of a Security as determined in accordance with applicable rules under section 382 of the Tax Code (for such purpose, treating a Security as if it is stock), and, to the extent provided in those rules from time to time, shall include (A) direct and indirect ownership (determined without regard to the rule that treats stock of an Entity to which the constructive ownership rules apply as no longer owned by that Entity); and (B) ownership by a holder's family members and any group of persons acting pursuant to a formal or informal understanding to make a coordinated acquisition of Securities and/or stock; and

8

(y) the beneficial ownership of an Option (irrespective of the purpose for which such option was issued, created or acquired).

For the avoidance of doubt, beneficial ownership of a Security also includes the beneficial ownership of any right to receive any equity consideration to be distributed in respect of a Security pursuant to a chapter 11 plan or applicable bankruptcy court order. Variations of the term "Beneficial Ownership" shall have correlative meanings.

**(d)**  Creditors' Committee. The "Creditors' Committee" shall mean any official committee of holders of unsecured Securities appointed pursuant to section 1102 of the Bankruptcy Code in the Debtors' chapter 11 cases.

**(e)**  Entity. "Entity" shall have the meaning given to such term under Treasury Regulation section 1.382-3(a), including a group of persons who have a formal or informal understanding among themselves to make a coordinated acquisition.

**(f)**  Maximum Amount. "Maximum Amount" means for each person or Entity and by class or other applicable breakdown of Securities, the greater of (A) the applicable Threshold Amount and (B) the Protected Amount (if any) for such Substantial Securityholder.

**(g)**  Newly Traded Securities. "Newly Traded Securities" means Securities (i) with respect to which an Entity acquired Beneficial Ownership after the date that was 18 months before the Commencement Date; and (ii) that are not "ordinary course" claims, within the meaning of Treasury Regulations section 1.382-9(d)(2)(iv), of which the same Entity has always had Beneficial Ownership.

**(h)**  Notice Parties. "Notice Parties" shall mean (i) the Office of the United States Trustee for the Southern District of New York; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York, (vi) all parties who have requested notice in these chapter 11 cases in accordance with the amended order entered on February 13, 2009 governing case management and administrative procedures [Docket No. 2837]; (vii) parties who file notices of transfers of Securities under Bankruptcy Rule 3001(e)(2); and (viii) any indenture trustees or clearinghouses for Securities.

**(i)**  Option. An "Option" shall have the meaning given to such term under Treasury Regulation section 1.382-4(d)(9)(i), with respect to the acquisition of a Security or any consideration (including equity) distributed in respect of any Security pursuant to a chapter 11 plan or applicable bankruptcy court order.

9

**(j)**   Order.  The "Order" shall mean the order, entered by the Bankruptcy Court, authorizing the implementation of these restrictions and procedures.

**(k)**   Permitted Transferee.  A "Permitted Transferee" with respect to a Substantial Securityholder is a person that is not a Related Person and whose holding of a Security would not result in such Substantial Securityholder having Beneficial Ownership of such Security.

**(l)**   Protected Amount.  "Protected Amount" means the amount of Securities (by class or other applicable breakdown) of which a holder had Beneficial Ownership on the Motion Date, increased by the amount of Securities of which such holder acquires, directly or indirectly, Beneficial Ownership pursuant to trades entered into before the Motion Date that had not yet closed as of the Motion Date minus the amount of Securities of which such holder sells, directly or indirectly, Beneficial Ownership pursuant to trades entered into before the Motion Date that had not yet closed as of the Motion Date.

**(m)**   Related Person.  Persons (including Entities) are "Related Persons" if:  (A) the person bears a relationship to the other person described in section 267(b) or 707(b) of the Tax Code, or (B) the persons are members of a group acting in concert with respect to the acquisition of Securities or equity in the reorganized Debtors.

**(n)**   Security.  A "Security" shall be any claim against any of the Debtors, including, without limitation (i) any claim against any of the Debtors as a guarantor and (ii) the following classes of preferred stock of LBHI: (a) 5.94% Cumulative Preferred Stock, Series C; (b) 5.67% Cumulative Preferred Stock, Series D (c) 6.50% Cumulative Preferred Stock, Series F; (d) Floating Rate Cumulative Preferred Stock, Series G; and (e) 7.95% Non-Cumulative Perpetual Preferred Stock, Series J.   In calculating the amount of any Securities hereunder, any applicable intercreditor agreements, including subordination agreements, shall be given effect in accordance with their terms.  Nothing contained in this Paragraph 7(n) shall be deemed an admission of a party or be used by any party for any purpose other than compliance with the Order and shall not constitute an admission or evidence by any party with respect to Securities of the Debtors.

**(o)**   Substantial Securityholder.  A "Substantial Securityholder" is any person or Entity that Beneficially Owns an aggregate dollar amount of Securities, or any Entity controlled by such person or Entity through which such person or Entity Beneficially Owns Securities, of more than the Threshold Amount.

For the avoidance of doubt, section 382 of the Tax Code, the Treasury Regulations promulgated thereunder, and all relevant IRS and judicial

authority shall apply in determining whether the Securities of several persons and/or Entities must be aggregated when testing for Substantial Securityholder status, treating Securities as if they were stock.

**(p)** <u>Tax Code</u>.  "Tax Code" means the Internal Revenue Code of 1986, as amended from time to time, and the Treasury Regulations promulgated thereunder.

**(q)** <u>Threshold Amount</u>.  "Threshold Amount" means the amount of Securities, as set forth in the Notice of 382(l)(5) Plan (as revised by any Amended Notice of 382(l)(5) Plan, as applicable) sufficient, in the determination of the Debtors, to entitle the Beneficial Owner thereof to the Applicable Percentage of the Affected Equity.  The amount determined in the preceding sentence shall be disclosed in the Notice of 382(l)(5) Plan and may be adjusted thereafter as contemplated by this Order or any future order of the Bankruptcy Court.

**(r)** <u>Treasury Regulations</u>. "Treasury Regulations" means the U.S. Department of Treasury regulations promulgated under the Tax Code, as amended from time to time.

**8** <u>Noncompliance with the Trading Procedures</u>.  Any purchase, sale, or other transfer of Securities in violation of the procedures set forth herein shall be null and void *ab initio* and shall confer no rights on the transferee.

**9** <u>Debtors' Right to Waive</u>.  The Debtors may waive, in writing, any and all restrictions, stays, and notification procedures contained in this Motion.

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held before the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Customs House, Courtroom 601, One Bowling Green, New York, New York 10004, on **February 10, 2010 at 10:00 a.m.** (Eastern Time) or as soon thereafter as counsel may be heard (the "<u>Hearing</u>").

PLEASE TAKE FURTHER NOTICE that any objection or response to the Motion must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules for the United States Bankruptcy Court for the Southern District of New York, and (i) shall be filed with the Bankruptcy Court electronically in accordance with General Order M-242 (General Order M-242 and the User's Manual for the Electronic Case Filing System can be found at http://www.nysb.uscourts.gov, the official website for the Bankruptcy Court), by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format and (ii) shall be served in accordance with General Order M-242, upon (A) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (B) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, (Attn:  Shai Y. Waisman, Esq.), attorneys for the Debtors; (C) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall

11

Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Riffkin, and Tracy Hope Davis); (D) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.), attorneys for the official committee of unsecured creditors appointed in these cases; and (E) any person or entity entitled to receive notice of the Motion in these cases, so as to be actually filed and received no later than **February 3, 2010 at 4:00 p.m.** (Eastern Time) (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that if an objection to the Motion is not filed and received by the Objection Deadline, the relief requested shall be deemed unopposed, and the Bankruptcy Court may enter an order granting the relief sought without a hearing.

PLEASE TAKE FURTHER NOTICE that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

Dated: January 19, 2010
New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

12

**EXHIBIT B**

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
 NEW YORK, NY 10004


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT C**

Email Addresses

aaaronson@dilworthlaw.com
aalfonso@kayescholer.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adarwin@nixonpeabody.com
adg@adorno.com
Adiamond@DiamondMcCarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agolianopoulos@mayerbrown.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
alex.torres@infospace.com
amarder@msek.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
avi.gesser@dpw.com
awasserman@lockelord.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com

bankruptcy@morrisoncohen.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bdk@schlamstone.com
bguiney@pbwt.com
bhinerfeld@sbtklaw.com
bill.freeman@pillsburylaw.com
bmanne@tuckerlaw.com
BMiller@mofo.com
boneill@kramerlevin.com
bpershkow@profunds.com
Brian.Corey@greentreecreditsolutions.com
bromano@willkie.com
broy@rltlawfirm.com
bspector@jsslaw.com
btrust@mayerbrown.com
btupi@tuckerlaw.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
canelas@pursuitpartners.com
carlin@thshlaw.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
clynch@reedsmith.com
cmontgomery@salans.com
CMTB_LC11@chuomitsui.jp
cohenr@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
crmomjian@attorneygeneral.gov
crogers@orrick.com
cs@stevenslee.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cward@polsinelli.com
cweber@ebg-law.com

cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dckaufman@hhlaw.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deborah.saltzman@dlapiper.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dfriedman@kasowitz.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
dirk.roberts@ots.treas.gov
dkleiner@velaw.com
dkozusko@willkie.com
dladdin@agg.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
douglas.bacon@lw.com
dove.michelle@dorsey.com
DPiazza@HodgsonRuss.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com

dshemano@pwkllp.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efile@willaw.com
efleck@milbank.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ehret-vanhorn@mbaum.com
ekbergc@lanepowell.com
eli.mattioli@klgates.com
elizabeth.harris@klgates.com
ellen.halstead@cwt.com
eobrien@sbchlaw.com
eric.johnson@hro.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
fdellamore@jaspanllp.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
francois.janson@hklaw.com
frank.white@agg.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
GGraber@HodgsonRuss.com
giaimo.christopher@arentfox.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@mwe.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
heim.steve@dorsey.com

heiser@chapman.com
hirsch.robert@arentfox.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hweg@pwkllp.com
ian.levy@kobrekim.com
icatto@kirkland.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
jafeltman@wlrk.com
james.mcclammy@dpw.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
Jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
Jdrucker@coleschotz.com
jdyas@halperinlaw.net
jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us
jessica.fink@cwt.com
jfalgowski@reedsmith.com
jfinerty@pfeiferlaw.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgarrity@shearman.com
jgenovese@gjb-law.com
jguy@orrick.com

jhellman@zeislaw.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjureller@klestadt.com
jkehoe@sbtklaw.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@dl.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmr@msf-law.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
joli@crlpc.com
jorbach@hahnhessen.com
Joseph.Cordaro@usdoj.gov
joseph.scordato@dkib.com
joshua.dorchak@bingham.com
jowen769@yahoo.com
JPintarelli@mofo.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jtimko@allenmatkins.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
jwhitman@entwistle-law.com

k4.nomura@aozorabank.co.jp
karen.wagner@dpw.com
karol.denniston@dlapiper.com
KDWBankruptcyDepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
Ken.Coleman@allenovery.com
ken.higman@hp.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
Klippman@munsch.com
klyman@irell.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
KOstad@mofo.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
KReynolds@mklawnyc.com
kristin.going@dbr.com
krosen@lowenstein.com
krubin@ozcap.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
Landon@StreusandLandon.com
lawallf@pepperlaw.com
lberkoff@moritthock.com
Lee.Stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.kraidin@allenovery.com
LJKotler@duanemorris.com
lmarinuzzi@mofo.com
Lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lthompson@whitecase.com
lubell@hugheshubbard.com
lwhidden@salans.com
lwong@pfeiferlaw.com
mabrams@willkie.com
MAOFILING@CGSH.COM

Marc.Chait@standardchartered.com
margolin@hugheshubbard.com
Marianne.Mortimer@friedfrank.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
Marvin.Clements@ag.tn.gov
matthew.klepper@dlapiper.com
matthew.morris@lovells.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcordone@stradley.com
mcto@debevoise.com
mdorval@stradley.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mgordon@briggs.com
mgreger@allenmatkins.com
mhopkins@cov.com
michael.kim@kobrekim.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
MJR1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
MLandman@lcbf.com
mmendez@hunton.com
mmickey@mayerbrown.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mmurphy@co.sanmateo.ca.us
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mpfeifer@pfeiferlaw.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
MSchleich@fraserstryker.com
mshiner@tuckerlaw.com
mspeiser@stroock.com
mstamer@akingump.com

mvenditto@reedsmith.com
mwarren@mtb.com
Nasreen.Bulos@dubaiic.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
newyork@sec.gov
nfurman@scottwoodcapital.com
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
paronzon@milbank.com
patrick.potter@pillsburylaw.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
pnichols@whitecase.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
pwirt@ftportfolios.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rbeacher@daypitney.com
rbernard@bakerlaw.com
rbyman@jenner.com
rchoi@kayescholer.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com

RHS@mccallaraymer.com
richard.lear@hklaw.com
richard.levy@lw.com
ritkin@steptoe.com
RJones@BoultCummings.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rmunsch@munsch.com
rnetzer@willkie.com
rnies@wolffsamson.com
rnorton@hunton.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
Robin.Keller@Lovells.com
ronald.silverman@bingham.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
RTrust@cravath.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
Sally.Henry@skadden.com
sandyscafaria@eaton.com
Sara.Tapinekis@cliffordchance.com
sbernstein@hunton.com
scargill@lowenstein.com
schannej@pepperlaw.com
schapman@willkie.com
Schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
sharbeck@sipc.org

shari.leventhal@ny.frb.org
sheehan@txschoollaw.com
shgross5@yahoo.com
shumaker@pursuitpartners.com
shumaker@pursuitpartners.com
sidorsky@butzel.com
slerner@ssd.com
SLoden@DiamondMcCarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
SRee@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
steele@lowenstein.com
stephanie.wickouski@dbr.com
steve.ginther@dor.mo.gov
steven.perlstein@kobrekim.com
steven.wilamowsky@bingham.com
Streusand@StreusandLandon.com
suomi_murano@chuomitsui.jp
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@andersonkill.com
TGoren@mofo.com
thomas.califano@dlapiper.com

Thomas_Noguerola@calpers.ca.gov
thomaskent@paulhastings.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tslome@msek.com
ttracy@crockerkuno.com
twatanabe@mofo.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| ALLIANCE LAUNDRY EQUIPMENT RECEIVABLES 2005 LLC | ALLIANCE LAUNDRY SYSTEMS LLC SHEPARD STREET P.O. BOX 990 RIPON WI 54971-0990 |
| ALLIANCE LAUNDRY SYSTEMS LLC | SHEPARD STREET P.O. BOX 990 RIPON WI 54971-0990 |
| ANDROMEDA GLOBAL CREDIT FUND, LTD | 520 MADISON AVE, 18TH FLR ATTN: ROMULO GARZA NEW YORK NY 10022 |
| ANDROMEDA GLOBAL CREDIT FUND, LTD | CONSTELLATION CAPITAL MANAGEMENT, LLC 520 MADISON AVENUE, 18TH FLOOR NEW YORK NY 10022 |
| ANTHRACITE BALANCED COMPANY (R-26) LIMITED | 89 NEXUS WAY CAMANA BAY ATTN: SCOTT DAKERS/ INDERJIT SINGH GRAND CAYMAN KY1-9007 CAYMAN ISLANDS |
| ANTHRACITE BALANCED COMPANY (R-26) LIMITED | ALEX ROVIRA SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| ARISTEIA MASTER, L.P. | ATTN: ROBERT H. LYNCH, JR., MANAGER 136 MADISON AVENUE, 3RD FLOOR NEW YORK NY 10016 |
| ARISTEIA MASTER, L.P. | ATTN: ROBERT H. LYNCH, MANAGER 136 MADISON AVENUE, 3RD FLOOR NEW YORK NY 10016 |
| ARISTEIA MASTER, L.P. | C/O ARISTEIA CAPITAL, LLC 136 MADISON AVENUE, 3RD FLOOR ATTN: ROBERT H. LYNCH, JR., MANAGER NEW YORK NY 10016 |
| ASPEN CREEK FINANCIAL ADVISORS, LLC | ATTN: ROMULO GARZA 520 MADISON AVENUE, 18TH FLOOR NEW YORK NY 10022 |
| ASPEN CREEK FINANCIAL ADVISORS, LLC | ATTN:ROMULO GARZA 520 MADISON AVENUE, 18TH FLOOR NEW YORK NY 10022 |
| BANC OF AMERICA SECURITIES LLC | ONE BRYANT PARK NEW YORK NY 10036 |
| BANC OF AMERICA SECURITIES LLC | ONE BRYANT PARK ATTN: JON BARN NEW YORK NY 10036 |
| BANC OF AMERICA SECURITIES LLC | ONE BRYANT PARK ATTN: JON BARNES NEW YORK NY 10036 |
| BANC OF AMERICA SECURITIES LLC | 214 N TRYON STREET, NC1-027-14-01 ATTN: JON BARNES NEW YORK NY 10036 |
| BANC OF AMERICA SECURITIES LLC | DAVE HALESWORTH LIGHTHOUSE GROUP FUNDING, LLC 51 DEVRIES AVENUE SLEEPY HOLLOW NY 10591 |
| BANK OF AMERICA, N.A. | C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER, 3RD FLOOR ONE BRYANT PARK ATTN: GARY COHEN, RONALD TOROK NEW YORK NY 10036 |
| BARCLAYS BANK PLC | 745 SEVENTH AVENUE NEW YORK NY 10019 USA |
| BARCLAYS BANK PLC | KAPITALANLAGEGESELLSCHAFT MBH. (FUND AKM1) 745 SEVENTH AVENUE NEW YORK NY 10019 USA |
| BARCLAYS BANK PLC | KAPITALANLAGEGESELLSCHAFT MBH. (FUND BORGIA), C/O DRRT 745 SEVENTH AVENUE NEW YORK NY 10019 USA |
| BARCLAYS BANK PLC | 745 SEVENTH AVENUE ATTN: DAVID AUGHEY & JESSICA FAINMAN NEW YORK NY 10019 |
| BLACK RIVER EMERGING MARKETS CREDIT FUND LTD. | C/O BLACK RIVER ASSET MANAGEMENT LLC 12700 WHITEWATER DRIVE ATTN: MARK RABOGLIATTI MINNETONKA MN 55343 |
| BLUE ANGEL CLAIMS LLC | ATTN: ANTHONY YOSELOFF, MANAGER 65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY 10022 |
| BLUE ANGEL CLAIMS LLC | C/O DAVIDSON KEMPNER CAPITAL MANGEMENT LLC 65 EAST 55TH STREET, 19TH FLOOR ATTN: JENNIFER DONOVAN NEW YORK NY 10022 |
| BLUE ANGEL CLAIMS LLC | C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC 65 EAST 55TH STREET, 19TH FLOOR ATTN: JENNIFER DONOVAN NEW YORK NY 10022 |
| BLUE ANGEL CLAIMS LLC | C/O DAVIDSON KEMPNER CAPITAL MGMT LLC 65 EAST 55TH STREET, 19TH FLOOR ATTN: JENNIFER DONOVAN NEW YORK NY 10022 |
| BLUE ANGEL CLAIMS LLC | C/O DAVIDSON KEMPNER CAPITAL MGMT LLC 65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY 10022 |
| BLUE ANGEL CLAIMS LLC | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| BLUE ANGEL CLAIMS LLC | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| BOULBTEE (HELSINKI) AB | C/O EFM (SVERIGE) AB ATTN: MANAGING DIRECTOR AND CLIVE BOULTBEE BROOKS P.O. BOX 730 SE-721 20 VASTERAS SWEDEN SWEDEN |
| BOULTBEE (HELSINKI) AB | C/O EFM (SVERIGE) AB ATTN: MANAGING DIRECTOR AND CLIVE BOULTBEE BROOKS P.O. BOX 730 SE-721 20 VASTERAS SWEDEN SWEDEN |
| BOULTBEE (HELSINKI) AB | ATTN: ANTHONY YOSELOFF, MANAGER 65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY |

| Claim Name | Address Information |
| --- | --- |
| BOULTBEE (HELSINKI) AB | 10022 |
| BOULTBEE (HELSINKI)AB | 4092 HOLIDAY ST, NW CANTON OH 44718 |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) | C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) | C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | 11–13 BOULEVARD DE LA FOIRE LUXEMBOURG L 1528 LUXUMBOURG |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | C/O CARVAL INVESTORS UK LTD KNOWLE HILL PARK, FAIR MILE LANE COBHAM SURREY KT11 2PD UK |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| CBW LLC | CREDIT OFFSHORE MASTER FUND, LTD. AMANDA GOEHRING C/O ASHURST LLP 1 PENN PLAZA, 36TH FLOOR NEW YORK NY 10119 |
| CBW LLC | AMANDA GOEHRING C/O ASHURST LLP 1 PENN PLAZA, 36TH FLOOR NEW YORK NY 10119 |
| CBW LLC | RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER ATTN: MANAGING CLERK NEW YORK NY 10281-1003 |
| CITIGROUP FINANCIAL PRODUCTS INC. | C/O CITIBANK, N.A. ATTN: BRIAN BLESSING 1615 BRETT ROAD OPS III NEW CASTLE DE 19720 |
| CONTRARIAN FUNDS, LLC | ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830 |
| CREDIT SUISSE LOAN FUNDING LLC | ATTN: ASHWINEE SAWH 11 MADISON AVENUE, 2ND FLOOR NEW YORK NY 10010 |
| CREDIT SUISSE LOAN FUNDING LLC | ELEVEN MADISON AVENUE ATTN: PAUL GILMORE, ESQ. NEW YORK NY 10010 |
| CREDIT SUISSE SECURITIES (USA) LLC | ELEVEN MADISON AVENUE ATTN: TERRI LABARBERA NEW YORK NY 10010 |
| CVI GVF (LUX) MASTER S.A.R.L. | C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FAIRMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| D.E. SHAW COMPOSITE PORTFOLIOS, LLC | 120 WEST 45TH STREET, 39TH FLOOR NEW YORK NY 10036 |
| DEUTSCHE BANK AG, LONDON BRANCH | ATTN: HENG CHEAM AND CHRISTOPHER WONG 55/F CHEUNG KONG CENTER 2 QUEEN'S ROAD CENTRAL HONG KONG HONG KONG |
| DEUTSCHE BANK AG, LONDON BRANCH | DEUTCHE BANK AG, HONK KONG BRANCH 55/F CHEUNG KONG CENTER 2 QUEEN'S ROAD CENTRAL ATTN: HENG CHEAM AND MARIA CHANG HONG KONG HONG KONG |
| DEUTSCHE BANK AG, LONDON BRANCH | ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDON |
| DEUTSCHE BANK AG, LONDON BRANCH | ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | WINSTON & STRAWN LLP ATTN: DAVID NEIER, ESQ. 200 PARK AVENUE NEW YORK NY 10166 |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDON |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | ATTN: MICHAEL SUTTON / SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDON |
| ELLIOTT ASSOCIATES, L.P. | 712 5TH AVE, 35TH FLR ROSS ROSEN NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | 712 5TH AVENUE, 35TH FLR ATTN: ROSS ROSEN NEW YORK NY 10019 |
| ETON PARK FUND, L.P. | EATON PARK MASTER FUND, LTD. 399 PARK AVENUE, 1OTH FLR NEW YORK NY 10022 |
| ETON PARK FUND, L.P. | EATON PARK MASTER FUND, L.P. 399 PARK AVENUE, 1OTH FLOOR NEW YORK NY 10022 |
| FONDAZIONE ENASARCO | VIA ANTONIOTTO USIDIMARE ATTN: MARCO DIVITO ROMA 31,00154 ITALY |
| GFA I LLC | C/O ASHURST LLP 1 PENN PLAZA, 36TH FLOOR NEW YORK NY 10119 |
| GOLDENTREE MASTER FUND II, LTD | 300 PARK AVENUE, 21ST FLOOR ATTN: CHRISTOPHER J. DUNN NEW YORK NY 10022 |
| GOLDENTREE MASTER FUND, LTD | 300 PARK AVENUE, 21ST FLOOR ATTN: CHRISTOPHER J. DUNN NEW YORK NY 10022 |
| GOLDMAN SACHS INTERNATIONAL | C/O GOLDMAN, SACHS & CO. 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | C/O GOLDMAN, SACHS & CO. 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | C/O GOLDMAN, SACHS & CO. ATTN: A. CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |

| Claim Name | Address Information |
|---|---|
| GOLDMAN SACHS LENDING PARTNERS LLC | MICHAEL FRIEDMAN, ESQ. RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS LENDING PARTNERS LLC | MANAGING CLERK RICHARDS KIBBE & ORBE, LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS LENDING PARTNERS LLC | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| GOLDMAN SACHS LENDING PARTNERS LLC | MANAGING CLERK RICHARDS KIBBE & ORBE LLC ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| GOLDMAN, SACHS & CO. | 30 HUDSON STREET, 36TH FLOOR ATTN: ANDREW CADITZ JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | 30 HUDSON STREET, 36TH FLOOR ATTN: ADNREW CADITZ JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| GOLDMAN, SACHS & CO. | MANAGINC CLERK RICHARDS KIBBE & ORBE LLP ONE WOLRD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| GOLDMAN, SACHS & CO. | MANAGINC CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1801 |
| GTAM FUND I, LTD | 300 PARK AVENUE, 21ST FLOOR ATTN: CHRISTOPHER J. DUNN NEW YORK NY 10022 |
| HAIN CAPITAL GROUP, LLC | ATTN: ROBERT KOLTAI 201 ROUTE 17, SUITE 300 RUTHERFORD NJ 07070 |
| HYBRID CAPITAL K.K. | ATTN: TETSUYA MORIMOTO 1-19-1 KANDA-NISHIKICHO CHIYODA-KU TOKYO 101-0054 JAPAN |
| JPMORGAN CHASE BANK, N.A. | 4 NEW YORK PLAZA 16TH FLOOR NEW YORK NY 10004 |
| JPMORGAN CHASE BANK, N.A. | 1 CHASE MANHATTAN PLAZA, FLOOR 26 ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 NEW YORK NY 10004 |
| JPMORGAN CHASE BANK, N.A. | 4 NEW YORK PLAZA, 16TH FLOOR ATTN: ERIN M. FINEGAN NEW YORK NY 10004 |
| JPMORGAN CHASE BANK, N.A. | 4 NEW YORK PLAZA, 16TH FLOOR ATTN: JASON LEDDY, AUTHORIZED SIGNATORY NEW YORK NY 10004 |
| KING STREET CAPITAL MASTER FUND, LTD | 65 EAST 55TH STREET, 30TH FLOOR NEW YORK NY 10022 |
| KING STREET CAPITAL MASTER FUND, LTD | SCOTT L. ESBIN ESBIN & ALTER, LLP 497 SOUTH MAIN STREET NEW CITY NY 10956 |
| KING STREET CAPITAL MASTER FUND, LTD. | ESBIN & ALTER, LLP 497 SOUTH MAIN STREET ATTN: SCOTT L. ESBIN NEW YORK NY 10956 |
| KING STREET CAPITAL, LP | 65 EAST 55TH STREET, 30TH FLOOR NEW YORK NY 10022 |
| KING STREET CAPITAL, LP | SCOTT L. ESBIN ESBIN & ALTER, LLP 497 SOUTH MAIN STREET NEW CITY NY 10956 |
| KNIGHTHEAD MASTER FUND, L.P. | C/O KNIGHTHEAD CAPITAL MANAGEMENT ATTN: LAURA S. TORRADO 623 FIFTH AVENUE, 29TH FLOOR NEW YORK NY 10023 |
| KNIGHTHEAD MASTER FUND, LP | & CO INTERNATIONAL PLC C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC 623 5TH AVE., 29TH FLOOR NEW YORK NY 10022 |
| LBBW ASSET MANAGEMENT INVESTMENTGESELLSCHAFT MBH | KRONENSTR.20 STUTTGART 70173 GERMANY |
| LBBW ASSET MANAGEMENT INVESTMENTGESELLSCHAFT MBH | DOUGLAS P. BARTNER, ESQ. & SUSAN A. FENNESSEY, ESQ. SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| LONGACRE MASTER FUND II, LP | 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK NY 100193 |
| LONGACRE MASTER FUND, LTD. | 810 SEVENTH AVENUE 33RD FLOOR NEW YORK NY 10019 |
| LONGACRE OPPORTUNITY FUND, L.P. | 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK NY 10019 |
| LONGACRE OPPORTUNITY FUND, L.P. | 810 SEVENTH AVENUE 33RD FLOOR NEW YORK NY 100193 |
| LONGACRE OPPORTUNITY FUND, L.P. | 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK NY 100193 |
| LONGACRE OPPORTUNITY FUND, L.P. | RICHARDS KIBBE & ORBE LLP ATTN:  MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER, 3RD FLOOR ONE BRYANT PARK, ATTN: GARY COHEN, RONALD TOROK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER, 3RD FLOOR ONE BRYANT PARK ATT: GARY COHEN, RONALD TOROK NEW YORK NY 10036 |
| MERRILL LYNCH INTERNATIONAL | MERRILL LYNCH FINANCIAL CENTRE 2, KING EDWARD STREET LONDON EC1A 1HQ UNITED |

| Claim Name | Address Information |
|---|---|
| MERRILL LYNCH INTERNATIONAL | KINGDOM |
| MERRILL LYNCH INTERNATIONAL | BANK OF AMERICA MERRILL LYNCH FIN CENTRE 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDON |
| MERRILL LYNCH INTERNATIONAL | ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH JAPAN SECURITIES CO. LTD | NIHONBASHI 1-CHOME BUILDING 1-4-1 NIHONBASHI, CHUO-KU TOKYO 103-8230 JAPAN |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA ENGLAND |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | MICHAEL FRIEDMAN RICHARDS KIBBE & ORBE LLP ONE WOLRD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | MICHAEL FRIEDMAN, ESQ RICHARDS KIBB & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | MICHAEL FRIEDMAN, ESQ. RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | MICHAEL FRIEDMAN, ESQ. RICHARDS KIBBE & ORB LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | MICHAEL FRIEDMAN RICHARDS KIBBE & ORBE LLP ONE FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | RICHARDS KIBB & ORBE L.L.P. ONE WORLD FINANCIAL CENTER ATTN: MANAGING CLERK NEW YORK NY 10281-1003 |
| MORGAN STANLEY SENIOR FUNDING, INC. | C/O MORGAN STANLEY & CO. INC. 1585 BROADWAY ATTN: DONNA SOUZA NEW YORK NY 10036 |
| MOUNT KELLETT MASTER FUND II, L.P. | 623 FIFTH AVENUE, 18TH FLOOR NEW YORK NY 10022 |
| NOMURA INTERNATIONAL PLC | 25 BANK STREET ATTN: MATTHEW WADHAMS LONDON E14 5LS UNITED KINGDOM |
| OAKTREE HUNTINGTON INVESTMENT FUND, LP | C/O OAKTREE CAPITAL MANAGEMENT, LP 333 SOUTH GRAND AVE, 28TH FLOOR ATTN: ANNETTE SING LOS ANGELES CA 90071 |
| OAKTREE HUNTINGTON INVESTMENT FUND, LP | C/O OAKTREE CAPITAL MANAGEMENT, LP 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE HUNTINGTON INVESTMENT FUND, LP | C/O OAKTREE CAPITAL MANAGEMENT, LP 333 SOUTH GRAND AVE, 28TH FLOOR ATTN: PENNY ROBBINS LOS ANGELES CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIII DELAWARE, LP | C/O OAKTREE CAPITAL MANAGEMENT, LP 333 SOUTH GRAND AVE., 28TH FLOOR ATTN: PENNY ROBBINS LOS ANGELES CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIII DELAWARE, LP | C/O OAKTREE CAPITAL MANAGEMENT, LP 333 SOUTH GRAND AVE., 28TH FLOOR LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VII DELAWARE, LP | C/O OAKTREE CAPITAL MANAGEMENT, LP 333 SOUTH GRAND AVE., 28TH FLOOR LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VIIB DELAWARE, LP | C/O OAKTREE CAPITAL MANAGEMENT, LP 333 SOUTH GRAND AVE., 28TH FLOOR LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VIIB DELAWARE, LP | C/O OAKTREE CAPITAL MANAGEMENT, LP 333 SOUTH GRAND AVE., 28TH FLOOR ATTN: ANNETTE SING LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VIIB DELAWARE, LP | C/O OAKTREE CAPITAL MANAGEMENT, LP 333 SOUTH GRAND AVE., 28TH FLOOR ATTN: PENNY ROBBINS LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VIII DELAWARE, LP | C/O OAKTREE CAPITAL MANAGEMENT, LP 333 SOUTH GRAND AVE., 28TH FLOOR ATTN: ANNETTE SING LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VIII DELAWARE, LP | C/O OAKTREE CAPITAL MANAGEMENT, LP 333 SOUTH GRAND AVE., 28TH FLOOR LOS ANGELES CA 90071 |
| ONEX CREDIT PARTNERS, LLC | 910 SYLVAN AVENUE, SUITE 100 ENGLEWOOD CLIFFS NJ 07632 |
| PIMCO REAL RETURN FUN | A SERIES TRUST OF PIMCO BERMUDA TRUST BUTTERFIELD HOUSE, FORT STREET PO BOX 2330 GEORGETOWN GRAND CAYMAN CAYMAN ISLANDS |
| PIMCO REAL RETURN FUND | A SERIES TRUST OF PIMCO BERMUDA TRUST BUTTERFIELD HOUSE, FORT STREET PO BOX 2330 GEORGETOWN GRAND CAYMAN CAYMAN ISLANDS |
| POWER SECTOR ASSETS AND LIABILITIES MGMT CORP. | JOHN YEAP PINSENT MASONS 50TH FLOOR, CENTRAL PLAZA 18 HARBOUR ROAD HONG KONG SAR HONG KONG |
| POWER SECTOR ASSETS AND LIABILITIES MGMT CORP. | BANKMER BUILDING, 7TH FLOOR 6756 AYALA AVE. ATTN: MARIA LUZ L CAMINERO MAKATI CITY PHILIPPINES |

| Claim Name | Address Information |
|---|---|
| POWER SECTOR ASSETS AND LIABILITIES MGMT CORP. | ATTN: MARIA LUZ L CAMINERO, VP & GENERAL COUNSEL BANKMER BUILDING, 7TH FLOOR 6756 AYALA AVE. MAKATI CITY PHILIPPINES |
| PUBLIC EMPLOYEES' RETIREMENT ASSOCIATION OF COLORA | PERA LEGAL DEPARTMENT 1300 LOGAN STREET ATTN: GREG SMITH AND JENNIFER KABAT DENVER CO 80203-2386 |
| PUBLIC EMPLOYEES' RETIREMENT ASSOCIATION OF COLORA | PERA LEGAL DEPARTMENT 1300 LOGAN STREET ATTN: GREG SMITH, JENNIFER KABAT DENVER CO 80203-2386 |
| R3 CAPITAL PARTNERS MASTER, L.P. | 55 EAST 52ND STREET, 6TH FLOOR ATTN: ROSS ROSENFELT NEW YORK NY 10055 |
| SERENGETI OVERSEAS LTD. | C/O SERENGETI ASSET MANAGEMENT LP ATTN: S CHOUDHURY, 632 BROADWAY, 12TH FL NEW YORK NY 10012 |
| SERENGETI OVERSEAS LTD. | RICHARDS KIBBE & ORBE LLP ATTN:  MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| SERENGETI PARTNERS LP | C/O SERENGETI ASSET MANAGEMENT LP ATTN: S CHOUDHURY, 632 BROADWAY, 12TH FL NEW YORK NY 10012 |
| SERENGETI PARTNERS LP | RICHARDS KIBBE & ORBE LLP ATTN:  MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| SPCP GROUP, L.L.C. | TIM GLEDHILL/JERRY DE MELO SOLENT CAPITAL PARTNERS LLP 30 CHARLES II STREET LONDON SW1Y 4AE |
| SPCP GROUP, L.L.C. | ATTN: BRIAN JARMAIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830 |
| SPCP GROUP, L.L.C. | AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINR CAPITAL OFFSHORE FUND, LTD TWO GREENWICH PLAZA, ATTN: BRIAN A. JARMAIN GREENWICH CT 06830 |
| SPCP GROUP, L.L.C. | AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD TWO GREENWICH PLAZA, ATTN: BRIAN A. JARMAIN GREENWICH CT 06830 |
| SPCP GROUP, L.L.C. | AS AGENT FOR SILVER POINT CAPITAL FUNS, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD. TWO GREENWICH PLAZA ATTN: BRIAN A. JARMAIN GREENWICH CT 06830 |
| SPCP GROUP, L.L.C. | AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER CAPITAL OFFSHORE FUND, LTD TWO GREENWICH PLAZA, ATTN: BRIAN A. JARMAIN GREENWICH CT 06830 |
| SPCP GROUP, L.L.C. | ATTN: BRIAN JARMAIN 600 GREENWICH PLAZA GREENWICH CT 08630 |
| SPCP GROUP, L.L.C. | DAY PITNEY LLP ATTN: RONALD S. BEACHER, ESQ. 7 TIMES SQUARE NEW YORK NY 10036 |
| SPCP GROUP, L.L.C. | RONALD S. BLEACHER, ESQ. DAY PITNEY LLP 7 TIMES SQUARE NEW YORK NY 10036 |
| SPCP GROUP, L.L.C. | RONALD S. BEACHER, ESQ. DAY PITNEY LLP 7 TIMES SQUARE NEW YORK NY 10036 |
| SPCP GROUP, L.L.C. | RONALD S. BEACHER, ESQ. DAY PITNEY 7 TIMES SQUARE NEW YORK NY 10036 |
| STANDARD BANK PLC | 20 GRESHAM STREET LONDON EC2V 7JE UNITED KINGDOM |
| STONE LION CAPITAL PARTNERS L.P. | 461 5TH AVENUE, 14TH FLOOR NEW YORK NY 10017 |
| STRATEGIC VALUE MASTER FUND, LTD. | RICHARDS KIBBE & ORBE LLP ATTN:  MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| STRATEGIC VALUE MASTER FUND, LTD. | C/O STRATEGIC VALUE PARTNERS, LLC ATTN: MARC SILEO, 100 WEST PUTNAM AVENUE GREENWICH CT 06380 |
| SWISS RE FINANCIAL PRODUCTS COMPANY | C/O SWISS RE SERVICES LIMITED 30 ST. MARY AXE ATTN: NICHOLAS RAYMOND LONDON EC3A 8EP UNITED KINGDOM |
| SWISS RE FINANCIAL PRODUCTS CORPORATION | C/O SWISS RE SERVICES LIMITED 30 ST. MARY AXE ATTN: NICHOLAS RAYMOND LONDON EC3A 8EP UNITED KINGDOM |
| SWISS RE FINANCIAL PRODUCTS CORPORATION | C/O SWISS RE SERVICES LIMITED 30 ST. MARY AXE ATTN: NICHOLAS RAYMOND LONDON EC3A 8EP UNITED KINGDOM |
| THE ROYAL BANK OF SCOTLAND PLC | RBS GLOBAL BANKING & MARKETS 600 WASHINGTON BLVD. ATTN: JON WEISS STAMFORD CT 06901 |
| THE ROYAL BANK OF SCOTLAND, PLC | 600 WASHINGTON BOULEVARD ATTN: MATTHEW ROSENCRANS STAMFORD CT 06910 |
| THE ROYAL BANK OF SCOTLAND, PLC | RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER ATTN: MANAGING CLERK NEW YORK NY 10281-1003 |
| THE SEAPORT GROUP LLC PROFIT SHARING PLAN | 360 MADISON AVENUE, 22ND FLOOR ATTN: JON SILVERMAN NEW YORK NY 10017 |
| TPG-AXON PARTNERS (OFFSHORE), LTD. | C/O TPG-AXON CAPITAL MANAGEMENT, L.P. ATTN: MIA HARDING 888 SEVENTH AVENUE, 38TH FLOOR NEW YORK NY 10019 |

| Claim Name | Address Information |
|---|---|
| TPG-AXON PARTNERS (OFFSHORE), LTD. | CADWALADER, WICKERSHAM & TAFT LLP ATTN: STEVEN LOFCHIE ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| TPG-AXON PARTNERS, L.P. | C/O TPG-AXON CAPITAL MANAGEMENT, L.P. ATTN: MIA HARDING 888 SEVENTH AVENUE, 38TH FLOOR NEW YORK NY 10019 |
| TPG-AXON PARTNERS, L.P. | CADWALADER, WICKERSHAM & TAFT LLP ATTN: STEVEN LOFCHIE ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| VARDE INVESTMENT PARTNERS, LP | 8500 NROMANDALE LAKE BLVD., SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | 8500 NROMANDALE LAKE BLVD., SUITE 1500 ATTN: EDWINA P.J. STEFFER MINNEAPOLIS MN 55437 |
| VONWIN CAPITAL MANAGEMENT, L.P. | ROGER VON SPIEGEL, MANAGING DIRECTOR 261 FIFTH AVENUE, 22ND FLOOR NEW YORK NY 10016 |

**Total Creditor Count 169**

THE DEPOSITORY TRUST CO.
55 WATER STREET
25TH FLOOR
NEW YORK, NY 10004

CLEARSTREAM BANKING LUXEMBOURG
42 BOULEVARD JOHN F. KENNEDY
1855 LUXEMBOURG
LUXEMBOURG

EUROCLEAR BANK S.A./N.V.
1, BOULEVARD ROI ALBERT II
1210 BRUSSELS
BELGIUM

SEGAINTERSETTLE AG
BASLERSTRASSE 100
CH-4600 OLTEN
SWITZERLAND

THE BANK OF NEW YORK MELLON, AS INDENTURED
TRUSTEE
101 BARCLAY STREET, 8 WEST
NEW YORK, NY 10286

THE BANK OF NEW YORK MELLON - LONDON BRANCH
ATTN: SANAJAY JOBANPUTRA, VICE PRESIDENT, GLOBAL
CORPORATE TRUST
ONE CANADA SQUARE
LONDON, E14 5AL
ENGLAND

COVINGTON & BURLING LLP
C/O WILMINGTON TRUST COMPANY, AS INDENTURED
TRUSTEE
ATTN: MICHAEL B. HOPKINS, MARTIN E. BEELER
THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE
NEW YORK, NY 10018

BANK OF TAIPEI
NO.133, SEC. 2, YANPING N. RD.,
DATONG DISTRICT
TAIPEI, TAIWAN

BANK OF TAIWAN NEW YORK AGENCY
ATTN: LISA WANG
100 WALL STREET, 11TH FLOOR
NEW YORK, NY 10005

BANK OF TOKYO/ MIZUHO BANK
1-1-5, UCHISAIWAICHO,
CHIYODA-KU
TOKYO 100-0011
JAPAN

CITIBANK
111 WALL STREET
NEW YORK, NY 10048

FREDDIE MAC FOUNDATION INC
DELAWARE MANAGEMENT BUSINESS TRUST
2005 MARKET STREET #40
PHILADELPHIA, PA 19103-7094

FREDDIE MAC FOUNDATION
ATTN: DEL ANTOUN
8250 JONES BRANCH DRIVE - MAILSTOP A40
MC LEAN, VA 22102

HVB / VEREINSBANK AKTIEGESELLSCHAFT
AM TUCKERPARK
80538 MUNICH
GERMANY

SUMITOMO MITSUI BANKING CORP
101 PARK AVE
NEW YORK, NY 10178

SUMITOMO MITSUI BANKING CORP.
277 PARK AVENUE
NEW YORK, NY 10172

SUMITOMO MITSUI BANKING CORP.
ATTN: SEAN EDWARDS
HEAD OF LEGAL-EUROPE DIVISON
99 QUEEN VICTORIA STREET
LONDON, EC4V 4EH
UNITED KINGDOM

SUMITOMO TRUST & BANKING CO. LTD, THE
ASSET MANAGEMENT DEPT
GRAN TOKYO SOUTH TOWER
1-9-2
MARUNOUCHI
CHIYODA-KU
TOKYO, 100-6611
JAPAN

THE SUMITOMO TRUST BANKING CORP.
BY ALLIANCEBERNSTEIN L.P., AS
1345 AVENUE OF THE AMERICAS
NEW YORK, NY 10105

THE SUMITOMO TRUST BANKING CORP.
C/O SEWARD & KISSEL LLP
RONALD L COHEN, ESQ
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004-1485

US BANKCORP
ONE FEDERAL STREET
BOSTON, MA 02110

WELLS FARGO BANK NORTHWEST, NA
AS INDENTURED TRUSTEE
299 SOUTH MAIN STREET, 12TH FLOOR
ATTN: VAL T. ORTON
SALT LAKE CITY, UT 84111

WELLS FARGO BANK NS, AS TRUSTEE
C/O GALLIARD CAPITAL MANAGEMENT
LASALLE PLAZA, SUITE 2060
800 LASALLE AVENUE
MINNEAPOLIS, MN 55479

WELLS FARGO BANK N.A. AS TRUSTEE
C/O GALLIARD CAPITAL MANAGEMENT INC
ATTN: JOHN R CASWELL
800 LASALLE AVENUE, SUITE 1100
MINNEAPOLIS, MN 55402

WELLS FARGO BANK, NATIONAL ASSOCIATION, AS
INDENTURE TRUSTEE
C/O MINTZ LEVIN
ATTN: DANIEL S. BLECK
ONE FINANCIAL CENTER
BOSTON, MA 02111

WELLS FARGO BANK, N.A., AS TRUSTEE
9062 OLD ANNAPOLIS ROAD
COLUMBIA, MD 21045

WELLS FARGO BANK, NA, AS TRUSTEE
ATTN: MARY SOHLBERG
MAC N9311-161
625 MARQUETTE AVENUE
MINNEAPOLIS, MN 55479

WELLS FARGO SECURITIES INTERNATIONAL
(F/K/A WACHOVIA SECURITIES INTERNATIONAL LIMITED)
1 PLANTATION PLACE
30 FENCHURCH STREET
LONDON, EC3M 3BD
UNITED KINGDOM

WELLS FARGO SECURITIES, LLC
ATTN: DAVID RICE
WELLS FARGO LAW DEPARTMENT
NC0630
301 SOUTH COLLEGE STREET
CHARLOTTE, NC 28288

WELLS FARGO & COMPANY
(SUCCESSOR TO WACHOVIA CORPORATION)
550 CALIFORNIA STREET, 12TH FLOOR, SUITE 1200
SAN FRANCISCO, CA 94104

WILMINGTON TRUST COMPANY, AS INDENTURED TRUSTEE
ATTN: JULIE J. BECKER
50 SOUTH SIXTH STREET, SUITE 1290
DROP CODE: 1700/MINNESOTA
MINNEAPOLIS, MINNESOTA 55402-1544

WILMINGTON TRUST COMPANY, IN ITS CAPACITY AS
TRUSTEE
C/O MICHAEL A. FAGONE, ESQ.
BERSTEIN SHUR SWAYER & NELSON
100 MIDDLE STREET, P.O. BOX 9729
PORTLAND, ME 04104-5029

WILMINGTON TRUST SP SERVICES LONDON LIMITED
FIFTH FLOOOR
6 BROAD STREET PLACE
LONDON, EC2M 7JH
UNITED KINGDOM

WILMINGTON TRUST COMPANY, AS TRUSTEE
ATTN JOSH JONES
1100 N. MARKET STREET
WILMINGTON, DE 19890

EUROCLEAR FINLAND LTD
KIMMO KOSKINEN
REGISTRATION OFFICER, BOOK-ENTRY REGISTER
ACCOUNT OPERATOR SERVICES
P.O.BOX 1110
HELSINKI, FINLAND FI-00101

COMPUTERSHARE
LEVEL 3, 60 CARRINGTON STREET
SYDNEY, AUSTRALIA NSW 2000

CITIBANK, N.A.
WAFAA ORFY, VICE PRESIDENT
388 GREENWICH STREET-14TH FLOOR
NEW YORK, NEW YORK 10013

EUROCLEAR FINLAND LTD
PÄIVI PENTTILÄ, SENIOR BUSINESS MANAGER
ACCOUNT OPERATOR SERVICES
P.O.BOX 1110
HELSINKI, FINLAND FI-00101

U.S. BANK CORPORATE TRUST SERVICES
TIMOTHY PILLAR, VICE PRESIDENT
EP-MN-WS1D
60 LIVINGSTON AVENUE
ST. PAUL, MN  55107-2292

CLEARSTREAM INTERNATIONAL S.A.
DEUTSCHE BÖRSE GROUP
WERNER LAUERER, HEAD OF SECTION
CORPORATE ACTIONS FRANKFURT
42 AVENUE JF KENNEDY
LUXEMBOURG L-2967

TMI ASSOCIATES
TAKUSHI SAITO, ATTORNEY-AT-LAW,
23RD FLOOR, ROPPONGI HILLS MORI TOWER
10-1 ROPPONGI 6-CHOME, MINATO-KU,
TOKYO, JAPAN