UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                :
In re                           :    Chapter 11 Case No.
                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :    08-13555 (JMP)
                                :
        Debtors.                :    (Jointly Administered)
                                :
                                :
---------------------------------------------------------------x

AFFIDAVIT AND DISCLOSURE STATEMENT OF BRADLEY L. TILT,

ON BEHALF OF FABIAN & CLENDENIN

STATE OF UTAH          )
                       ) ss:
COUNTY OF SALT LAKE    )

Bradley L. Tilt, being duly sworn, upon his oath, deposes and says:

1. I am an attorney with Fabian & Clendenin, located at 215 South State, Suite 1200, Salt Lake City, Utah 84111-2323 (the "Firm").

2. Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide continued representation in ongoing litigation regarding defense of litigation over priority of interests in certain residential real property in Birschbach v. BNC Mortgage, Inc., et al., Utah's Third Judicial District Court, Salt Lake County, State of Utah, Civil No. 060900901, services to the Debtors, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is

NY2:\1926908\02\15@T802!.DOC\58399.0003

retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. To the best of my knowledge, the Firm does not perform services for any such person in connection with these chapter 11 cases, and the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4. Neither I, nor to the best of my knowledge any principal of or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5. Neither I, nor to the best of my knowledge any principal of or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6. The Debtors owe the Firm $2,909.92 for prepetition services.

7. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

FABIAN & CLENDENIN

By: _____
Bradley L. Tilt

Subscribed and sworn to before me
this 20th day of January, 2010

_____
Notary Public

NOTARY PUBLIC
RACHELLE J. MELLOR
215 South State, 12th Floor
Salt Lake City, Utah 84111
My Commission Expires
April 14, 2012
STATE OF UTAH

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                            :
In re                                       :    Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                            :
                          Debtors.          :    (Jointly Administered)
                                            :
                                            :
------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT. RETURN IT FOR FILING BY THE DEBTORS, TO:

    Weil, Gotshal & Manges LLP
    767 Fifth Avenue
    New York, New York 10153
    Attn:   Jennifer Sapp
              Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

   Fabian & Clendenin

   215 South State Street, Suite 1200

   Salt Lake City, UT  84111-2323

2. Date of retention:    December 11, 2006

3. Type of services provided (accounting, legal, etc.):

Legal services. Defense of litigation regarding priority of interests in certain residential real property.

4. Brief description of services to be provided:

Continued defense of litigation over priority of interests in certain residential real property in <u>Birschbach v. BNC Mortgage, Inc., et al.</u>, Utah's Third Judicial District Court, Salt Lake County, State of Utah, Civil No. 060900901

5. Arrangements for compensation (hourly, contingent, etc.)

<u>Hourly.</u>

   (a)   Average hourly rate (if applicable):

       $262.50

   (b)   Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

       $1,500

6. Prepetition claims against the Debtors held by the firm:

Amount of claim:    $2,909.92

Date claim arose:    monthly

Source of Claim:    fees and costs for legal services rendered

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

Name: <u>N/A</u>

Status: <u>N/A</u>

Amount of Claim: $<u>N/A</u>

Date claim arose: N/A

Source of claim: _____

_____

_____

_____

8. Stock of the Debtors currently held by the firm:

   Kind of shares: N/A

   No. of shares:  N/A

9. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

   Name: N/A

   Status: N/A

   _____

   Kind of shares: N/A

   No. of shares: N/A

10. Disclose the nature and provide a brief description of any interest adverse to
    the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

    None known.

    _____

    _____

    _____

11. Name of individual completing this form:

    Bradley L. Tilt