

FILED / RECEIVED

JAN 2 5 2010

EPIQ BANKRUPTCY SOLUTIONS, LLC

United States Bankruptcy Court for the  [Select Jurisdiction]

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. / No. 08-13555 (JMP) |
|---|---|
| Creditor Name and Address: | Hoette, Josef<br>Wagnerstr. 9<br>34414 Warburg  –  Germany |
| Court Claim Number (if known): | # 28263 |
| Date Claim Filed: | 9/22/2009 |
| Total Amount of Claim Filed: | $ 28,302.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.  I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: *1st December 2009*

Print Name: _____ Josef Hoette

Title (if applicable): _____

------------------------------------------------

## DEFINITIONS

**Debtor**
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

**Creditor**
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

**Proof of Claim**
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

**Court, Name of Debtor and Case Number:**
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

**Information about Creditor:**
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

**Information identifying the Claim that is to be withdrawn:**
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).**

This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.

FILED / RECEIVED

JAN 2 6 2010

EPIQ BANKRUPTCY SOLUTIONS, LLC

FILED / RECEIVED

JAN 2 6 2010

EPIQ BANKRUPTCY SOLUTIONS, LLC

United States Bankruptcy Court for the  [Select Jurisdiction]

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc./ No.08-13555 (JMP) |
| Creditor Name and Address: | Hoette-Niemann, Marion<br>Wagnerstr. 9<br>34414 Warburg  -  Germany |
| Court Claim Number (if known): | # 28264 |
| Date Claim Filed: | 9/22/2009 |
| Total Amount of Claim Filed: | $ 7,075.50 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.  I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: _1st December 2009_     _Marion Hotte Niemann_

Print Name:  Marion Hoette-Niemann

Title (if applicable): _____

---

## DEFINITIONS

**Debtor**
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

**Creditor**
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

**Proof of Claim**
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

**Court, Name of Debtor and Case Number:**
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

**Information about Creditor:**
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

**Information identifying the Claim that is to be withdrawn:**
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).**

| |
|---|
| **This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.** |

**FILED / RECEIVED**

JAN 2 6 2010

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

United States Bankruptcy Court for the  [Select Jurisdiction]

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc./ No.08-13555 (JMP) |
| Creditor Name and Address: | Hoette, Marcus<br>Wiener Str. 38<br>48145 Muenster - Germany |
| Court Claim Number (if known): | #28265 |
| Date Claim Filed: | 9/22/2009 |
| Total Amount of Claim Filed: | $ 2,830.20 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: _1st December 2009_ _____

Print Name:  Marcus Hoette

Title (if applicable): _____

--------------------------------------------------------------------------------

## DEFINITIONS

**Debtor**
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

**Creditor**
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

**Proof of Claim**
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

**Court, Name of Debtor and Case Number:**
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

**Information about Creditor:**
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

**Information identifying the Claim that is to be withdrawn:**
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).**

**This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.**

- Epiq Directory
- Contact Us
- Forms

BSI

## Epiq Systems, Inc.

**646 282 2400**

**Client Home**              **Filed Claims & Schedules**      **Key Documents**        **Docket**          **Change Client**

# Lehman Brothers Holdings Inc. (Chapter 11)

**Filed Claims and Schedules**

| | | | | |
|---|---|---|---|---|
| Claim # | | Name Starts With | Hoette | Debtor |
| Schedule # | | Total Claim Value | Equals | Scope | Claims and Schedules |
| | | Claim Date Range | | to |
| Order By | Creditor Name | Results Per Page | 10 | Search    Clear |

◀ Page 1 of 1 ▶                                           Page [ ] Go

| | Claim # | Schedule # | Creditor Name | Date | Total Claim Value | |
|---|---|---|---|---|---|---|
| ⊞ | 28263 | ✗ | HOETTE, JOSEF | 9/22/2009 ✗ | $28,302.00 | Image |
| ⊞ | 12392 | | HOETTE, JOSEF | 9/14/2009 | $28,302.00 | Image |
| ⊞ | 50318 | | HOETTE, JOSEF | 10/28/2009 | $28,302.00 | Image |
| ⊞ | 28265 | ✗ | HOETTE, MARCUS | 9/22/2009 ✗ | $2,830.20 | Image |
| ⊞ | 50320 | | HOETTE, MARCUS | 10/28/2009 | $2,830.20 | Image |
| ⊞ | 12390 | | HOETTE, MARCUS | 9/14/2009 | $2,830.20 | Image |
| ⊞ | 12391 | | HOETTE-NIEMANN, MARION | 9/14/2009 | $7,075.50 | Image |
| ⊞ | 50319 | | HOETTE-NIEMANN, MARION | 10/28/2009 | $7,075.50 | Image |
| ⊞ | 28264 | ✗ | HOETTE-NIEMANN, MARION | 9/22/2009 ✗ | $7,075.50 | Image |

Claims 1-9 of 9

Epiq Bankruptcy Solutions, LLC ("Epiq") maintains this website for the public's convenience. While Epiq makes every attempt to assure the accuracy of the information contained herein, this website is not the website of the United States Bankruptcy Court and does not contain the complete, official record of the Bankruptcy Court. All documents filed with the Bankruptcy Court are available for inspection at the office of the Clerk of the Bankruptcy Court during its normal business hours or online on the Bankruptcy Court's website. Use of this website is also subject to our terms of use and end user license agreement. Please review our privacy statement for additional information regarding the data maintained on this website.

© 2009 Epiq Systems, Inc. All Rights Reserved.

- Home
- Contact
- Subscribe
- Site Map
- Disclaimer
- Terms of Use
- Privacy Statement
- Safe Harbor

# H A N D   D E L I V E R Y

TIME

FILED / RECEIVED

JAN 2 6 2010

EPIQ BANKRUPTCY SOLUTIONS, LLC

DATE

R. Seabury

RECEIVED BY: