Presentment Date and Time: February 3, 2010 at 12:00 noon (Prevailing Eastern Time)
Objection Deadline: February 2, 2010 at 11:00 a.m. (Prevailing Eastern Time)
Hearing Date and Time (Only if Objection Filed): February 10, 2010 at 10:00 a.m. (Prevailing Eastern Time)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
                                          :
In re                                     :        **Chapter 11 Case No.**
                                          :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :        **08-13555 (JMP)**
                                          :
                     **Debtors.**         :        **(Jointly Administered)**
                                          :
                                          :
-------------------------------------------------------------------x

### NOTICE OF PRESENTMENT OF DEBTORS' MOTION, PURSUANT TO BANKRUPTCY RULE 1007(c), FOR SECOND EXTENSION OF THE TIME TO FILE MERIT LLC'S AND THE SOMERSET ENTITIES' SCHEDULES, STATEMENTS OF FINANCIAL AFFAIRS AND RELATED DOCUMENTS

PLEASE TAKE NOTICE that the undersigned will present the annexed motion (the "Motion") of the Debtors, pursuant to Bankruptcy Rule 1007(c), for a second extension of the time to file schedules, statements of financial affairs and related documents of Merit, LLC, LB Somerset LLC and LB Preferred Somerset LLC on **February 3, 2010 at 12:00 noon (Prevailing Eastern Time).**

PLEASE TAKE FURTHER NOTICE that unless a written objection to the Motion, with proof of service, is served and filed with the Clerk of the Court and a courtesy copy is delivered to (i) the Bankruptcy Judge's chambers and (ii) the undersigned, so as to be received by **February 2, 2010 at 11:00 a.m. (Prevailing Eastern Time)**, there will not be a hearing and the Order may be signed.

PLEASE TAKE FURTHER NOTICE that if a written objection is timely served and filed, a hearing (the "Hearing") will be held to consider the Motion on **February 10, 2010 at 10:00 a.m. (Prevailing Eastern Time)** before the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Customs House, Courtroom 601, One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

Dated: January 26, 2010
      New York, New York

                /s/ Shai Y. Waisman
                Shai Y. Waisman

                WEIL, GOTSHAL & MANGES LLP
                767 Fifth Avenue
                New York, New York 10153
                Telephone: (212) 310-8000
                Facsimile: (212) 310-8007

                Attorneys for Debtors
                and Debtors in Possession

**Presentment Date and Time: February 3, 2010 at 12:00 noon (Prevailing Eastern Time)**
**Objection Deadline: February 2, 2010 at 11:00 a.m. (Prevailing Eastern Time)**
**Hearing Date and Time (Only if Objection Filed): February 10, 2010 at 10:00 a.m. (Prevailing Eastern Time)**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
                                                            :
**In re**                                                   :    **Chapter 11 Case No.**
                                                            :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,               :    **08-13555 (JMP)**
                                                            :
                                        **Debtors.**        :    **(Jointly Administered)**
                                                            :
                                                            :
-------------------------------------------------------------------x

**DEBTORS' MOTION, PURSUANT TO BANKRUPTCY**
**RULE 1007(c), FOR SECOND EXTENSION OF THE TIME TO**
**FILE MERIT LLC'S AND THE SOMERSET ENTITIES' SCHEDULES,**
**STATEMENTS OF FINANCIAL AFFAIRS AND RELATED DOCUMENTS**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

            Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-

referenced chapter 11 cases, including LB Somerset LLC and LB Preferred Somerset LLC

(together, the "Somerset Entities") and Merit, LLC ("Merit," when referred to with the Somerset

Entities, the "New Debtor Entities"), as debtors and debtors in possession (collectively, the

"Debtors" and, with their non-debtor affiliates, "Lehman"), file this Motion and respectfully

represent:

## **Background**

1.      Commencing on September 15, 2008 and periodically thereafter (as applicable, the "Commencement Date"), LBHI and certain of its subsidiaries commenced with this Court voluntary cases under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").  The Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").  The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.      On September 17, 2008, the United States Trustee for the Southern District of New York (the "U.S. Trustee") appointed the statutory committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code (the "Creditors' Committee").

3.      On September 19, 2008, a proceeding was commenced under the Securities Investor Protection Act of 1970 ("SIPA") with respect to Lehman Brothers Inc. ("LBI").  A trustee appointed under SIPA is administering LBI's estate (the "SIPA Trustee").

4.      On January 19, 2009, the U.S. Trustee appointed Anton R. Valukas as examiner in the above-captioned chapter 11 cases (the "Examiner") and by order, dated January 20, 2009 [Docket No. 2583], the Court approved the U.S. Trustee's appointment of the Examiner.

## **Jurisdiction**

5.      This Court has subject matter jurisdiction to consider and determine this matter pursuant to 28 U.S.C. § 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

**Relief Requested**

6.      Bankruptcy Rule 1007(c) requires debtors to file their schedules, statements and other documents (the "Schedules") within 14 days after the commencement of a chapter 11 case. On December 17, 2009 [Case No. 09-17331 (JMP), Docket No. 10], the Court granted the Debtors' motion to extend the time to file Merit's Schedules for 30 days, through and including January 27, 2010. On January 14, 2010 [Case No. 09-17503 (JMP), Docket No. 17; Case No. 09-17505 (JMP), Docket No. 17], the Court granted the Debtors' motion to extend the time to file the Somerset Entities' Schedules for 30 days, through and including February 2, 2010. The Debtors request a brief extension to file the Schedules for each of the New Debtor Entities through and including February 12, 2010 (an additional 16 days for Merit and 10 days for the Somerset Entities), without prejudice to the Debtors' right to seek further extensions for cause shown, should it become necessary.

**Cause Exists to Further
Extend the Time to File the Schedules**

7.      Since the commencement of their chapter 11 cases, the New Debtor Entities have been transitioning into chapter 11 and have been diligently taking steps to come into compliance with their obligations as chapter 11 debtors under the Bankruptcy Code. In particular, the New Debtor Entities have been compiling and confirming their financial information to complete their respective Schedules as promptly as possible. Although the Debtors anticipated that an additional 30-days would be sufficient to complete the New Debtor Entities' Schedules, the Debtors believe that a brief extension through February 12, 2010 is necessary to confirm the accuracy of the information that they have been able to uncover in this short period of time.

8.      In order to prepare the Schedules, the Debtors and their employees have had to compile information from multiple sources of books, records, and other documents.  The data that has compiled must then be collated and cross-referenced with alternate sources and ledgers to ensure accuracy and consistency.  This process in particular has taken longer than expected and is not yet complete.  Moreover, the lack of any employees with direct knowledge to confirm information contained in the New Debtor Entities' books and records has made it difficult to complete the Schedules.  Alvarez and Marsal North America, LLC ("A&M"), the Debtors' restructuring advisors, have been diligently taking appropriate measures to independently verify the information contained in the New Debtor Entities' books and records to ensure that they are accurate and complete reflections of the New Debtor Entities' financial positions.

9.      The Debtors request that the Court extend the deadline to file the Schedules through and including February 12, 2010 for each of the New Debtor Entities (for a total of 60 days since the Commencement Date for Merit and a total of 54 days since the Commencement Date for the Somerset Entities), without prejudice to the Debtors' ability to request further extensions should it become necessary.

10.     This Court has authority to grant the requested extension under Bankruptcy Rule 1007(c), which provides that "[a]ny extension of time for the filing of the schedules and statements may be granted only on motion for cause shown and on notice to the United States trustee and to any committee . . . trustee, examiner, or other party as the court may direct."  Fed. R. Bankr. P. 1007(c).

11.     The Debtors submit that the disbursed nature of the information contained in the New Debtor Entities' books and records, the lack of employees with direct knowledge of

the New Debtor Entities' books and records, and the corresponding need for A&M professionals to engage in a comprehensive process of review and verification, all constitute good and sufficient cause for granting the requested brief extensions of time through and including February 12, 2010.

12.    Prior to filing this Motion, the Debtors informed the U.S. Trustee and the Creditors' Committee of the need for a brief extension to file the New Debtor Entities' Schedules.

13.    Other than the first extension motions identified above, no previous request for the relief sought herein has been made by the Debtors to this or any other court.

### Notice

14.    No trustee has been appointed in these chapter 11 cases.  The Debtors have served notice of this Motion in accordance with the procedures set forth in the amended order entered on February 13, 2009 governing case management and administrative procedures for these cases [Docket No. 2837] on (i) the U.S. Trustee; (ii) the attorneys for the Official Committee of Unsecured Creditors; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; and (vi) all parties who have requested notice in these chapter 11 cases.  The Debtors submit that no other or further notice need be provided.

WHEREFORE the Debtors respectfully request that the Court grant the relief requested herein and such other and further relief as it deems just and proper.

Dated:  January 26, 2010
       New York, New York

                            /s/ Shai Y. Waisman
                            Shai Y. Waisman

                            WEIL, GOTSHAL & MANGES LLP
                            767 Fifth Avenue
                            New York, New York 10153
                            Telephone: (212) 310-8000
                            Facsimile: (212) 310-8007

                            Attorneys for Debtors
                            and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
|  | : |  |
| Debtors. | : | **(Jointly Administered)** |
|  | : |  |
|  | : |  |

---------------------------------------------------------------x

### ORDER, PURSUANT TO BANKRUPTCY RULE 1007(c), GRANTING SECOND EXTENSION OF THE TIME TO FILE MERIT LLC'S AND THE SOMERSET ENTITIES' SCHEDULES, STATEMENTS OF FINANCIAL AFFAIRS AND RELATED DOCUMENTS

Upon the motion, dated January 26, 2010 (the "<u>Motion</u>"), of the above-referenced debtors (collectively, the "<u>Debtors</u>"), as debtors and debtors in possession, pursuant to Rule 1007(c) of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>") for an extension of the time within which LB Somerset LLC, LB Preferred Somerset LLC and Merit, LLC (collectively, the "<u>New Debtor Entities</u>") shall file their respective schedules, statements of financial affairs and related documents (collectively, the "<u>Schedules</u>"), all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided in accordance with the procedures set

forth in the amended order entered February 12, 2009 governing case management and

administrative procedures [Docket No. 2837] to (i) the United States Trustee for the

Southern District of New York; (ii) the attorneys for the Official Committee of

Unsecured Creditors; (iii) the Securities and Exchange Commission; (iv) the Internal

Revenue Service; (v) the United States Attorney for the Southern District of New York;

and (vi) all parties who have requested notice in these chapter 11 cases, and it appearing

that no other or further notice need be provided; and the Court having found and

determined that the relief sought in the Motion is in the best interests of the Debtors, their

estates and creditors, and all parties in interest and that the legal and factual bases set

forth in the Motion establish just cause for the relief granted herein; and after due

deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted; and it is further

ORDERED that, pursuant to Bankruptcy Rule 1007(c), the time for each

of the New Debtor Entities to file their respective Schedules is extended through and

including February 12, 2010, without prejudice to the Debtors' right to seek further

extensions upon a showing of cause therefor.

Dated: February __, 2010
        New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE