UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x
:
In re                                                                      :    Chapter 11 Case No.
                                                                           :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                                                           :
                Debtors.                                      :    (Jointly Administered)
                                                                           :
                                                                           :
----------------------------------------------------------------------x

**BRIDGE ORDER PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY
CODE AND BANKRUPTCY RULE 9006 EXTENDING THE TIME TO FILE
MERIT LLC'S AND THE SOMERSET ENTITIES' SCHEDULES,
STATEMENTS OF FINANCIAL AFFAIRS, AND RELATED DOCUMENTS**

       Upon the motion, dated January 26, 2010 (the "Motion"), of the above-referenced debtors (collectively, the "Debtors"), as debtors and debtors in possession, pursuant to Rule 1007(c) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for an extension of the time within which LB Somerset LLC, LB Preferred Somerset LLC and Merit, LLC (collectively, the "New Debtor Entities") shall file their respective schedules, statements of financial affairs, and related documents (collectively, the "Schedules"), all as more fully described in the Motion; and the Motion having been filed on notice of presentment for February 3, 2010, which is after the dates on which the New Debtor Entities' time to file their respective Schedules expire; and the Court having determined that it is appropriate to extend the New Debtor Entities' time to file their Schedules until such time as the Court considers and enters an order determining the Motion, it is hereby

ORDERED that each of the New Debtor Entities' time to file its respective Schedules is extended until such time as the Court has entered an order determining the Motion.

Dated: New York, New York
January 27, 2010

                                           *s/ James M. Peck*
                                           UNITED STATES BANKRUPTCY JUDGE