K&L GATES LLP  
Robert N. Michaelson, Esq.  
599 Lexington Avenue  
New York, NY 10022  
(212) 536-3900

-and-

Marc L. Barreca  
925 Fourth Avenue  
Suite 2900  
Seattle, Washington 98104  
(206) 623-7580

Adjourned Hearing Date: To Be Determined

Attorneys for Seattle Pacific University

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

------------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING WITH RESPECT TO MOTION OF SEATTLE PACIFIC UNIVERSITY FOR AN ORDER COMPELLING LEHMAN BROTHERS SPECIAL FINANCING INC. TO ASSUME OR REJECT EXECUTORY CONTRACTS PURSUANT TO 11 U.S.C. § 365(d)(2)**

**PLEASE TAKE NOTICE** that on January 13, 2010, the Court held an initial hearing (the "Hearing") on Seattle Pacific University's Motion for an Order Compelling Lehman Brothers Special Financing Inc. to Assume or Reject Executory Contracts Pursuant to 11 U.S.C. §365(d)(2) (Docket No. 5672) (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that the Court has continued the Hearing on the Motion to a date that has yet to be determined.

NY-714177 v1

**PLEASE TAKE FURTHER NOTICE** that the movant, Seattle Pacific University, shall file a notice of the adjourned hearing (the "Adjourned Hearing") with the Clerk of the Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, with a courtesy copy to the Chambers of the Honorable James M. Peck; and serve such notice upon: (i) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Richard P. Krasnow, Esq., Lori R. Fife, Esq., Shai W. Waisman, Esq. and Jacqueline Marcus, Esq.), attorneys for the Debtors; (ii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Riffkin and Tracy Hope Davis); (iii) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq. and Evan Fleck, Esq.), attorneys for the official committee of unsecured creditors; and (iv) all persons that have formally appeared and requested notice in the above-captioned Chapter 11 cases pursuant to Fed. R. Bankr. P. 2002, so that such notice is received 30 days prior to the Adjourned Hearing.

Dated: New York, New York
January 27, 2010

Respectfully submitted,

K&L GATES LLP

By: /s/   *Robert N. Michaelson*
    Robert N. Michaelson
    A Member of the Firm
599 Lexington Avenue
New York, NY 10022
(212) 536-3900 (telephone)
(212) 536-3901 (facsimile)