**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | : | **08-13555 (JMP)** |
|  | : |  |
| Debtors. | : | **(Jointly Administered)** |
|  | : |  |

------------------------------------------------------------------------x        **Ref. Docket Nos. 6730, 6731, 6746**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK          )
                                          ) ss.:
COUNTY OF NEW YORK     )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On January 25, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."


                                                                  /s/ Paul Belobritsky
                                                                  Paul Belobritsky

Sworn to before me this
27th day of January, 2010
/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**EXHIBIT "A"**

```
_____
                                       |
In re                                  |      Chapter 11 Case No.
                                       |
LEHMAN BROTHERS HOLDINGS INC., et al., |      08-13555 (JMP)
                                       |
                                       |      (Jointly Administered)
              Debtors.                 |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  GOLDMAN SACHS INTERNATIONAL
             TRANSFEROR: GOLDMAN, SACHS & CO.
             C/O GOLDMAN, SACHS & CO.
             30 HUDSON STREET, 36TH FLOOR
             JERSEY CITY NJ 07302

Please note that your claim # 42201-03 in the above referenced case and in the amount of
        $12,119,847.77        has been transferred **(unless previously expunged by court order)**

        TACONIC OPPORTUNITY FUND L.P.
        TRANSFEROR: GOLDMAN SACHS INTERNATIONAL
        C/O TACONIC CAPITAL ADVISORS
        450 PARK AVENUE
        ATTN: ALEXANDRA GRIGOS
        NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 6730        in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/25/2010

                            Vito Genna, Clerk of Court

                            /s/ Paul Belobritsky
                            _____
                            By: Epiq Bankruptcy Solutions, LLC
                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 25, 2010.

```
_____
                                          |
In re                                     |     Chapter 11 Case No.
                                          |
LEHMAN BROTHERS HOLDINGS INC., et al.,    |     08-13555 (JMP)
                                          |
                                          |     (Jointly Administered)
                 Debtors.                 |
                                          |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
     To:  GOLDMAN SACHS INTERNATIONAL
          TRANSFEROR: GOLDMAN, SACHS & CO.
          C/O GOLDMAN, SACHS & CO.
          30 HUDSON STREET, 36TH FLOOR
          JERSEY CITY NJ 07302
```

Please note that your claim # 42201-04 in the above referenced case and in the amount of
        $2,138,796.67       has been transferred **(unless previously expunged by court order)**

```
          TACONIC CAPITAL PARTNERS 1.5 LP
          TRANSFEROR: GOLDMAN SACHS INTERNATIONAL
          C/O TACONIC CAPITAL ADVISORS
          450 PARK AVENUE
          ATTN: ALEXANDRA GRIGOS
          NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6731       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/25/2010                    Vito Genna, Clerk of Court


                                    /s/ Paul Belobritsky

                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 25, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                                | Chapter 11 Case No.
                                                     |
LEHMAN BROTHERS HOLDINGS INC., et al.,               | 08-13555 (JMP)
                                                     |
                                                     | (Jointly Administered)
                          Debtors.                   |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   SHIN KONG LIFE INSURANCE COMPANY LIMITED
      DAVID W. PARHAM, BAKER & MCKENZIE LLP
      2300 TRAMMELL CROW CENTER
      2001 ROSS AVENUE
      DALLAS TX 75201

Please note that your claim # 1504 in the above referenced case and in the amount of
      $5,077,577.81        has been transferred **(unless previously expunged by court order)**

JPMORGAN CHASE BANK, N.A.
TRANSFEROR: SHIN KONG LIFE INSURANCE COMPANY LIMITED
1 Chase Manhattan Plaza, Floor 26
ATTN: SUSAN MCNAMARA
New York NY 10004

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6746      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/25/2010                           Vito Genna, Clerk of Court


                                           /s/ Paul Belobritsky
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 25, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  SHIN KONG LIFE INSURANCE
COMPANY LIMITED
37F, 66, SEC.1,
CHUNG-HSIAO W. RD.
TAIPEI
TAIWAN

SHIN KONG LIFE INSURANCE
DAVID W. PARHAM
BAKER & MCKENZIE LLP
2300 TRAMMELL CROW CENTER
2001 ROSS AVENUE
DALLAS TX 75201

Please note that your claim # 66085 in the above referenced case and in the amount of
$4,800,000.00    has been transferred (**unless previously expunged by court order**)

JPMORGAN CHASE BANK, N.A.
TRANSFEROR: SHIN KONG LIFE INSURANCE
1 Chase Manhattan Plaza, Floor 26
ATTN: SUSAN MCNAMARA
New York NY 10004

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6746    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/25/2010

Vito Genna, Clerk of Court

/s/ Paul Belobritsky

By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 25, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  SHIN KONG LIFE INSURANCE COMPANY LIMITED
    37F, 66, SEC. 1,
    CHUNG-HSIAO W. RD.
    TAIPEI
    TAIWAN

SHIN KONG LIFE INSURANCE COMPANY LIMITED
BAKER & MCKENZIE LLP
ATTN: DAVID W. PARHAM
2300 TRAMMELL CROW CENTER
2001 ROSS AVENUE
DALLAS TX 75201

Please note that your claim # 19267 in the above referenced case and in the amount of
    $5,077,577.81        has been transferred **(unless previously expunged by court order)**

JPMORGAN CHASE BANK, N.A.
TRANSFEROR: SHIN KONG LIFE INSURANCE COMPANY LIMITED
1 Chase Manhattan Plaza, Floor 26
ATTN: SUSAN MCNAMARA
New York NY 10004

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

    UNITED STATES BANKRUPTCY COURT
    Southern District of New York
    One Bowling Green
    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6746        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/25/2010                                Vito Genna, Clerk of Court

                                /s/ Paul Belobritsky

                                By: Epiq Bankruptcy Solutions, LLC
                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 25, 2010.

**EXHIBIT "B"**

TIME: 14:22:55
DATE: 01/25/10

PAGE: 1

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| GOLDMAN SACHS INTERNATIONAL | TRANSFEROR: GOLDMAN, SACHS & CO. C/O GOLDMAN, SACHS & CO. 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: SHIN KONG LIFE INSURANCE 1 Chase Manhattan Plaza, Floor 26 ATTN: SUSAN MCNAMARA New York NY 10004 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: SHIN KONG LIFE INSURANCE COMPANY LIMITED 1 Chase Manhattan Plaza, Floor 26 ATTN: SUSAN MCNAMARA New York NY 10004 |
| SHIN KONG LIFE INSURANCE | DAVID W. PARHAM BAKER & MCKENZIE LLP 2300 TRAMMELL CROW CENTER 2001 ROSS AVENUE DALLAS TX 75201 |
| SHIN KONG LIFE INSURANCE COMPANY LIMITED | 3TF, 66, SEC.1, CHUNG-HSIAO W. RD. TAIPEI TAIWAN |
| SHIN KONG LIFE INSURANCE COMPANY LIMITED | 3TF, 66, SEC.1, CHUNG-HSIAO W. RD. TAIPEI TAIWAN |
| SHIN KONG LIFE INSURANCE COMPANY LIMITED | BAKER & MCKENZIE LLP ATTN: DAVID W. PARHAM 2300 TRAMMELL CROW CENTER 2001 ROSS AVENUE DALLAS TX 75201 |
| SHIN KONG LIFE INSURANCE COMPANY LIMITED | DAVID W. PARHAM, BAKER & MCKENZIE LLP 2300 TRAMMELL CROW CENTER 2001 ROSS AVENUE DALLAS TX 75201 |
| TACONIC CAPITAL PARTNERS 1.5 LP | TRANSFEROR: GOLDMAN SACHS INTERNATIONAL C/O TACONIC CAPITAL ADVISORS 450 PARK AVENUE ATTN: ALEXANDRA GRIGOS NEW YORK NY 10022 |
| TACONIC OPPORTUNITY FUND L.P. | TRANSFEROR: GOLDMAN SACHS INTERNATIONAL C/O TACONIC CAPITAL ADVISORS 450 PARK AVENUE ATTN: ALEXANDRA GRIGOS NEW YORK NY 10022 |

Total Number of Records Printed   10

**EXHIBIT "C"**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153