**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------x
:
In re                                  :         **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :         **08-13555 (JMP)**
:
Debtors.      :         **(Jointly Administered)**
:
-------------------------------------------------------------------------x    **Ref. Docket Nos. 6751, 6754 - 6757**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
                            ) ss.:
COUNTY OF NEW YORK  )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On January 26, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                         /s/ Paul Belobritsky
                                         Paul Belobritsky

Sworn to before me this
27th day of January, 2010

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**EXHIBIT "A"**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  DUPONT CAPITAL MANAGEMENT          DUPONT CAPITAL MANAGEMENT
     ATTN: ROBIN P. SACHS               SARAH L. TRUM, ESQ.
     DELAWARE CORPORATE CENTER          DEWEY & LEBOEUF LLP
     ONE RIGHTER PARKWAY, SUITE 3200    1301 AVENUE OF THE AMERICAS
     WILMINGTON DE 19803                NEW YORK NY 10019

Please note that your claim # 59791-01 in the above referenced case and in the amount of
     $1,392,237.00       has been transferred (**unless previously expunged by court order**)

BARCLAYS BANK PLC
TRANSFEROR: DUPONT CAPITAL MANAGEMENT
745 Seventh Avenue
New York NY 10019
USA

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

     UNITED STATES BANKRUPTCY COURT
     Southern District of New York
     One Bowling Green
     New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6751     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/26/2010                    Vito Genna, Clerk of Court


                                    /s/ Paul Belobritsky
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re                                          |    Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         |    08-13555 (JMP)
                                               |
                                               |    (Jointly Administered)
                          Debtors.             |
                                               |
_____

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

     To:  EAC PARTNERS MASTER FUND LTD.                EAC PARTNERS MASTER FUND LTD.
          654 MADISON AVE                               JAMES RICHARDS
          SUITE 801                                     TRAVERS SMITH LLP
          NEW YORK NY 10065                             10 SNOW HILL
                                                        LONDON EC1A 2AL UNITED KINGDOM

Please note that your claim # 13030 in the above referenced case and in the amount of
     $241,324.43        has been transferred **(unless previously expunged by court order)**

          C.V.I G.V.F. (LUX) MASTER S.A.R.L.
          TRANSFEROR: EAC PARTNERS MASTER FUND LTD.
          C/O CARVAL INVESTORS UK LIMITED
          KNOWLE HILL PARK, FARIMILE LANE
          COBHAM, SURREY    KT11 2PD
          UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6756       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/26/2010                     Vito Genna, Clerk of Court


                                     /s/ Paul Belobritsky
                                     _____
                                     By: Epiq Bankruptcy Solutions, LLC
                                         as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 26, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                | Chapter 11 Case No.
                                     |
LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP)
                                     |
                                     | (Jointly Administered)
            Debtors.                 |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   EAC PARTNERS MASTER FUND LTD.                    EAC PARTNERS MASTER FUND LTD.
      654 MADISON AVE                                   JAMES RICHARDS
      SUITE 801                                         TRAVERS SMITH LP
      NEW YORK NY 10065                                 10 SNOW HILL
                                                        LONDON EC1A 2AL UNITED KINGDOM

Please note that your claim # 65988 in the above referenced case and in the amount of
    $255,446.75        has been transferred **(unless previously expunged by court order)**

        C.V.I G.V.F. (LUX) MASTER S.A.R.L.
        TRANSFEROR: EAC PARTNERS MASTER FUND LTD.
        C/O CARVAL INVESTORS UK LIMITED
        KNOWLE HILL PARK, FARIMILE LANE
        COBHAM, SURREY    KT11 2PD
        UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        Southern District of New York
        One Bowling Green
        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6757      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/26/2010                            Vito Genna, Clerk of Court


                                            /s/ Paul Belobritsky
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  FOREST HILLS TRADING, LTD                    FOREST HILLS TRADING, LTD
     C/O CURACAO INTERNATIONAL TRUST COMPANY NV    SHELLEY CHAPMAN, ESQ.
     KAYA FLAMBOYAN 9                              WILLKIE FARR & GALLAGHER LLP
     PO BOX 812                                    787 SEVENTH AVENUE
     WILLEMSTAD                                    NEW YORK NY 10019
     CURACAO
     NETHERLANDS ANTILLES

Please note that your claim # 65987 in the above referenced case and in the amount of
     $3,300,698.34        has been transferred **(unless previously expunged by court order)**

          C.V.I G.V.F. (LUX) MASTER S.A.R.L.
          TRANSFEROR: FOREST HILLS TRADING, LTD
          C/O CARVAL INVESTORS UK LIMITED
          KNOWLE HILL PARK, PARIMILE LANE
          COBHAM, SURREY    KT11 2PD
          UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6754        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/26/2010                           Vito Genna, Clerk of Court


                                           /s/ Paul Belobritsky
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 26, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  FOREST HILLS TRADING, LTD                          FOREST HILLS TRADING, LTD
     C/O CURACAO INTERNATIONAL TRUST COMPANY NV         SHELLY CHAPMAN
     KAYA FLAMBOYAN 9                                   WILLKIE FARR & GALLAGHER LLP
     PO BOX 812                                         787 SEVENTH AVENUE
     WILLEMSTAD, CURACAO                                NEW YORK NY 10019
     NETHERLANDS ANTILLES

Please note that your claim # 10940 in the above referenced case and in the amount of
     $3,131,882.60          has been transferred **(unless previously expunged by court order)**

          C.V.I G.V.F. (LUX) MASTER S.A.R.L.
          TRANSFEROR: FOREST HILLS TRADING, LTD
          C/O CARVAL INVESTORS UK LIMITED
          KNOWLE HILL PARK, FARIMILE LANE
          COBHAM, SURREY    KT11 2PD
          UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6755      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/26/2010                          Vito Genna, Clerk of Court

                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 26, 2010.

**EXHIBIT "B"**

TIME: 18:55:20
DATE: 01/26/10

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE:    1

| Name | Address |
| --- | --- |
| BANC OF AMERICA SECURITIES LLC | TRANSFEROR: MERRILL LYNCH INTERNATIONAL ONE BRYANT PARK ATTN: JON BARNES NEW YORK NY 10036 |
| BARCLAYS BANK PLC | TRANSFEROR: DUPONT CAPITAL MANAGEMENT 745 Seventh Avenue New York NY 10019 USA |
| C.V.I.G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: EAC PARTNERS MASTER FUND LTD. C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY   KT11  2PD UST |
| C.V.I.G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: FOREST HILLS TRADING, LTD C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY   KT11  2PD UNITED KINGDOM |
| DUPONT CAPITAL MANAGEMENT | ATTN: ROBIN P. SACHS DELAWARE CORPORATE CENTER ONE RIGHTER PARKWAY, SUITE 3200 WILMINGTON DE 19803 |
| DUPONT CAPITAL MANAGEMENT | SARAH L. TRUM, ESQ. DEWEY & LEBOEUF LLP 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| EAC PARTNERS MASTER FUND LTD. | 654 MADISON AVE SUITE 801 NEW YORK NY 10065 |
| EAC PARTNERS MASTER FUND LTD. | JAMES RICHARDS TRAVERS SMITH LLP 10 SNOW HILL LONDON   EC1A 2AL UNITED KINGDOM |
| EAC PARTNERS MASTER FUND LTD. | JAMES RICHARDS TRAVERS SMITH LP 10 SNOW HILL LONDON   EC1A 2AL UNITED KINGDOM |
| FOREST HILLS TRADING, LTD | C/O CURACAO INTERNATIONAL TRUST COMPANY NV KAYA FLAMBOYAN 9 PO BOX 812 WILLEMSTAD CURACAO   NETHERLANDS ANTILLES |
| FOREST HILLS TRADING, LTD | C/O CURACAO INTERNATIONAL TRUST COMPANY NV KAYA FLAMBOYAN 9 PO BOX 812 WILLEMSTAD, CURACAO NETHERLANDS ANTILLES |
| FOREST HILLS TRADING, LTD | ASHLEY THOMPSON EAC MANAGEMENT LP 654 MADISON AVENUE NEW YORK NY 10065 |
| FOREST HILLS TRADING, LTD | SHELLY CHAPMAN WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| MERRILL LYNCH INTERNATIONAL | ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: IYO BANK, LTD., THE MERRILL LYNCH FINANCIAL CENTRE 2, KING EDWARD STREET LONDON   EC1A 1HQ UNITED KINGDOM |

Total Number of Records Printed    15

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT "C"**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153