WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
:
**In re** : **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
:
Debtors. : **(Jointly Administered)**
:
------------------------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON JANUARY 29, 2010 AT 10:00 A.M.**

Location of Hearing: United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

**I. ADVERSARY PROCEEDINGS – EVIDENTIARY HEARING**

1. Bank of America v. Lehman Brothers Special Finance
    **[Adversary Case No. 08-01753]**

    **Evidentiary Hearing**

    Related Documents:

    A. Notice of Agenda for Hearing on December 10. 2009 **[Docket No. 6087]**

    Status: As directed by the Court at the hearing held on December 10, 2009 to consider competing motions for summary judgment by the parties, an **evidentiary hearing** will be going forward with respect to those issues identified by the Court on the record of such hearing.

US_ACTIVE:\43290432\02\43290432_2.DOC\58399.0003

Dated: January 28, 2010
      New York, New York

        /s/ Shai Y. Waisman
        Shai Y. Waisman

        WEIL, GOTSHAL & MANGES LLP
        767 Fifth Avenue
        New York, New York 10153
        Telephone: (212) 310-8000
        Facsimile: (212) 310-8007

        Attorneys for Debtors
        and Debtors in Possession