UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                              :    Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :    08-13555 (JMP)
                                                   :
                      Debtors.                     :    (Jointly Administered)
-----------------------------------------------------------------x

### ORDER STRIKING FROM THE RECORD WILLIAM KUNTZ'S NOTICE OF APPEAL OF THE ORDER AUTHORIZING LEHMAN COMMERCIAL PAPER INC. TO PURCHASE FAIRPOINT PARTICIPATION

Upon the Motion dated December 16, 2009 (the "Motion"), of Lehman Commercial Paper Inc. ("LCPI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors in possession (together, the "Debtors"), to strike from the record of these cases the notice of appeal (the "Notice of Appeal") filed by William Kuntz, III ("Kuntz") of the order of this Court, entered on October 16, 2009, authorizing LCPI to purchase a participation in the loan known as FairPoint Communications Term Loan A from Variable Funding Trust 2008-1 [Docket No. 5551] (the "FairPoint Order") or, in the alternative, to dismiss the appeal of the FairPoint Order; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice having been provided in accordance with the procedures set forth in the amended order entered February 13, 2009 governing case management and administrative procedures [Docket No. 2837] to (i) the United States Trustee for the Southern District of New York; (ii) the attorneys for the Official

Committee of Unsecured Creditors; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York and (vi) Kuntz, and it appearing that no other or further notice need be provided; and a hearing having been held to consider the relief requested in the Motion (the "Hearing"); and the Court having found and determined that the relief sought in the Motion is in the best interests of LCPI, its estate and creditors, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore,

THE COURT HEREBY FINDS, DETERMINES AND CONCLUDES THAT:

   A.   Kuntz's motion (the "Motion to Extend") [Docket No. 5718] to extend the period set forth in the Rule 8002(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") was filed after the expiration of the period set forth in Bankruptcy Rule 8002(c).

   B.   The Notice of Appeal [Docket No. 5853] was filed after the expiration of the period set forth in Bankruptcy Rule 8002(a).

   C.   Kuntz did not claim nor offer any facts to support any claim of excusable neglect with respect to the untimely filing of the Motion to Enlarge or the Notice of Appeal.

FOR ALL OF THE FOREGOING AND AFTER DUE DELIBERATION THE COURT ORDERS THAT:

   1.   The Motion is hereby granted.

   2.   The Motion to Extend is denied.

   3.   The Notice of Appeal is stricken from the record of these cases.

Dated:   New York, New York
         January 28, 2010

                                                       _s/ James M. Peck_____
                                                       HONORABLE JAMES M. PECK
                                                       UNITED STATES BANKRUPTCY JUDGE