Hearing Date and Time:  March 17, 2010 at 10:00 a.m. (Prevailing Eastern Time)
Objection Date and Time:  March 1, 2010 at 4:00 p.m. (Prevailing Eastern Time)

CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois  60603
Telephone:  (312) 845-3000
Facsimile:  (312) 701-2361
James E. Spiotto (admitted pro hac vice)
Ann E. Acker (admitted pro hac vice)
Franklin H. Top, III (admitted pro hac vice)

330 Madison Avenue, 34th Floor
New York, New York  10017
Craig M. Price

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE<br><br>LEHMAN BROTHERS HOLDINGS INC., ET AL.,<br><br>Debtors. | CHAPTER 11 CASE NO. 08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE OF MOTION OF U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, PURSUANT TO SECTION 105(A) OF THE BANKRUPTCY CODE AUTHORIZING (I) THE WITHDRAWAL OF NEUBERGER BERMAN FIXED INCOME LLC AS THE INVESTMENT MANAGER OF LEHMAN BROTHERS ABS ENHANCED LIBOR, LTD. ; (II) THE WITHDRAWAL OF THE DIRECTORS OF LEHMAN BROTHERS ABS ENHANCED LIBOR, LTD. AND THE REPLACEMENT OF SUCH DIRECTORS WITH DIRECTORS DESIGNATED BY TCW ASSET MANAGEMENT COMPANY; (III) THE TRANSFER OF THE RIGHTS TO MANAGE LEHMAN BROTHERS ABS ENHANCED LIBOR, LTD.'S PORTFOLIO TO TCW ASSET MANAGEMENT COMPANY; AND (IV) THE EXCHANGE OF UNITS IN LEHMAN BROTHERS ABS ENHANCED LIBOR FUND FOR SHARES IN LEHMAN BROTHERS ABS ENHANCED LIBOR, LTD.**

PLEASE TAKE NOTICE that a hearing on the annexed motion (the "*Motion*") of U.S. Bank National Association, as Trustee, pursuant to section 105(a) of title 11 of the United States Code, Authorizing (I) the Withdrawal of Neuberger Berman Fixed Income LLC as the

Investment Manager of Lehman Brothers ABS Enhanced Libor, Ltd.; (II) the Withdrawal of the Directors of Lehman Brothers ABS Enhanced Libor, Ltd. and the Replacement of such Directors with Directors Designated by TCW Asset Management Company; (III) the Transfer of the Rights to Manage Lehman Brothers ABS Enhanced Libor, Ltd.'s Portfolio to TCW Asset Management Company; and (IV) the Exchange of Units in Lehman Brothers ABS Enhanced Libor Fund for Shares in Lehman Brothers ABS Enhanced Libor, Ltd., as more fully described in the Motion, will be held before the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Customs House, Courtroom 601, One Bowling Green, New York, New York 10004 (the "*Bankruptcy Court*") on **March 17, 2010 at 10:00 a.m. (Prevailing Eastern Time)** (the "*Hearing*").

      PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion shall be in writing, shall conform to the Bankruptcy Rules and the Local Rules of the Bankruptcy Court for the Southern District of New York, shall set forth the name of the objecting party, the basis for the objection and the specific grounds thereof, shall be filed with the Bankruptcy Court electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's case filing system and by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with two hard copies delivered directly to Chambers), and shall be served upon:  (i) the Chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) Chapman and Cutler LLP, 330 Madison Avenue, 34th Floor, New York, New York 10017-5010, Attn: Craig M. Price, Esq.; and (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn:  Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin,

Esq., and Tracy Hope Davis, Esq., so as to be so filed and received by no later than **March 1, 2010 at 4:00 p.m. (Prevailing Eastern Time)** (the "*Objection Deadline*").

PLEASE TAKE FURTHER NOTICE that if an objection to the Motion is not received by the Objection Deadline, the relief requested shall be deemed unopposed, and the Bankruptcy Court may enter an order granting the relief sought without a hearing.

Dated: January 28, 2010
New York, New York

Respectfully submitted,

U.S. Bank National Association, not individually but as Trustee

By: /s/ Ann Acker
Ann Acker

James E. Spiotto
Ann Acker
Franklin H. Top, III
Chapman and Cutler LLP
111 West Monroe Street
Chicago, Illinois 60603
(312) 845-3000

Craig Price
Chapman and Cutler LLP
330 Madison Avenue, 34th Floor
New York, New York 10017

3