Hearing Date:   March 25, 2010
Objections Date: March 4, 2010

BOIES, SCHILLER & FLEXNER LLP

575 Lexington Avenue
New York, New York 10022
Tel: (212) 446-2300
Fax: (212) 446-2350
Jonathan D. Schiller
Hamish P. M. Hume
Jack G. Stern

Attorneys for Barclays Capital Inc.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>                                           Debtors. | Chapter 11 Case No.<br>08-13555 (JMP)<br>(Jointly Administered) |
| In re<br><br>LEHMAN BROTHERS INC.,<br><br>                                           Debtor. | Case No. 08-01420 (JMP)<br>(SIPA) |

**NOTICE OF HEARING ON MOTION OF BARCLAYS CAPITAL INC. TO ENFORCE
THE SALE ORDER AND SECURE DELIVERY OF ALL UNDELIVERED ASSETS**

PLEASE TAKE NOTICE that, upon the Memorandum of Barclays Capital Inc. in

Opposition to the Rule 60 Motions and in Support of Motion of Barclays Capital Inc. to Enforce

the Sale Order and Secure Delivery of All Undelivered Assets and the Appendix and all

declarations filed concurrently therewith, and pursuant to the Scheduling Order Concerning

Certain Motions Filed by LBHI, SIPA Trustee and Creditors Committee dated October 27, 2009

(the "Scheduling Order"), a hearing on the motion (the "Motion") of Barclays Capital Inc. for

entry of an order enforcing the Court's Order Under 11 U.S.C. §§ 105(a), 363, and 365 and

Federal Rules of Bankruptcy Procedure 2002, 6004 and 6006 Authorizing and Approving (A) the Sale of Purchased Assets Free and Clear of Liens and Other Interests and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases, dated September 20, 2008, and (ii) the Court's Order Approving, and Incorporating by Reference for Purposes of this Proceeding, an Order Authorizing the Sale of Purchased Assets and Other Relief in the Lehman Brothers Holdings Inc. Chapter 11 Proceeding, which Motion was filed contemporaneously herewith, will be held before the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Customs House, Courtroom 601, One Bowling Green, New York, New York 10004 (the "Bankruptcy Court") on **March 25, 2010 at 10:00 a.m.**

PLEASE TAKE FURTHER NOTICE that pursuant to the Scheduling Order, objections, if any, to the Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court for the Southern District of New York, shall set forth the name of the objecting party, the basis for the objection and specific grounds thereof, shall be filed with the Bankruptcy Court in accordance with General Order M-242 by registered users of the Bankruptcy Court's case filing system and by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), Microsoft Word, or any other Windows-based word processing format (with two hard copies delivered directly to Chambers), and shall be served upon: (i) the Chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004; (ii) Jones Day, 222 East 41st Street, New York, New York, 10017 (attn: Robert W. Gaffey, William J. Hine and Jayant W. Tambe) and Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (attn: Richard P. Krasnow, Lori R. Fife, Shai Y. Waisman, and Jacqueline Marcus), attorneys for Lehman Brothers Holdings, Inc.; (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall

Street, 21st Floor, New York, New York 10004 (attn: Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Riffkin, and Tracy Hope Davis; (iv) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York, 10005 (attn: Dennis F. Dunne, Dennis O'Donnell, and Evan Fleck) and Quinn Emanuel Urquhart Oliver & Hedges, LLP, 51 Madison Avenue, 22d Floor, New York, New York 10010 (attn: Susheel Kirpalani and James C. Tecce), attorneys for the Official Committee of Unsecured Creditors appointed in these cases; (v) Hughes, Hubbard & Reed, LLP, One Battery Park Plaza, New York, New York, 10004 (attn: William R. Maguire, Neil Oxford and Seth Rothman), attorneys for the SIP Trustee; (vi) Jenner & Block LLP, 919 Third Avenue, 37th Floor, New York, New York 10022 (attn: Anton R. Valukas, Vincent E. Lazar, Robert L Byman, David C. Layden and Patrick J. Trostle), attorneys for the Examiner; and (vii) Boies, Schiller & Flexner LLP, 575 Lexington Avenue, 7th Floor, New York, New York 10022 (attn: Jonathan D. Schiller, Hamish P.M. Hume and Jack G. Stern), attorneys for Barclays Capital Inc., so as to be filed and received no later than **March 4, 2010** (the "Objection Deadline);

PLEASE TAKE FURTHER NOTICE that only those objections that have been filed and served by the Objection Deadline in accordance with the procedures herein may be considered by the Court at the Hearing;

PLEASE TAKE FURTHER NOTICE that if no objection to the Motion is received by the Objection Deadline, the relief requested shall be deemed unopposed and the Bankruptcy Court may enter and order granting the relief sought without a hearing;

PLEASE TAKE FURTHER NOTICE that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

Dated:    New York, New York
          January 29, 2010

                              BOIES, SCHILLER & FLEXNER LLP


                              By:    /s/ Jonathan D. Schiller

                                  Jonathan D. Schiller
                                  Hamish P. M. Hume
                                  Jack G. Stern
                                  575 Lexington Avenue
                                  New York, New York 10022
                                  Tel: (212) 446-2300
                                  Fax: (212) 446-2350
                                  Email: JSchiller@bsfllp.com
                                         HHume@bsfllp.com
                                         JStern@bsfllp.com

                              *Attorneys for Barclays Capital Inc.*

4