**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>                                    Debtors. | Chapter 11 Case No.<br>08-13555 (JMP)<br>(Jointly Administered) |
| In re<br><br>LEHMAN BROTHERS INC.,<br><br>                                    Debtor. | Case No. 08-01420 (JMP) |

**DECLARATION OF HAMISH P.M. HUME IN SUPPORT OF MEMORANDUM OF BARCLAYS CAPITAL INC. IN OPPOSITION TO THE RULE 60 MOTIONS AND IN SUPPORT OF MOTION OF BARCLAYS CAPITAL INC. TO ENFORCE THE SALE ORDER AND SECURE DELIVERY OF ALL UNDELIVERED ASSETS**

Pursuant to 28 U.S.C. § 1746, HAMISH P.M. HUME hereby declares:

1. I am a partner in the law firm of Boies, Schiller & Flexner LLP, attorneys for Barclays Capital Inc. ("Barclays"). I am an attorney duly admitted to practice in the State of New York, and in this Court. I make this declaration based on my personal knowledge, the knowledge of those with whom I work, and the documents referred to herein. I make this declaration in support of the Memorandum of Barclays Capital Inc. in Opposition to the Rule 60 Motions and in Support of the Motion of Barclays Capital Inc. to Enforce the Sale Order and Secure Delivery of All Undelivered Assets.

2. Each Exhibit contained in the Appendix to Memorandum of Barclays Capital Inc. in Opposition to the Rule 60 Motions and in Support of the Motion of Barclays Capital Inc. to Enforce the Sale Order and Secure Delivery of All Undelivered Assets (the "Appendix"), which

is filed simultaneously herewith and incorporated herein by reference, is a true and correct copy of the document as described on the Index to the Appendix. Any omission of a portion of any lengthy document has been noted on the Index.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in New York, New York on January 28, 2010.

_____
Hamish P.M. Hume

2