**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>                    Debtors. | Chapter 11 Case No.<br>08-13555 (JMP)<br>(Jointly Administered) |
| In re<br><br>LEHMAN BROTHERS INC.,<br><br>                    Debtor. | Case No. 08-01420 (JMP) |

**INDEX TO APPENDIX TO MEMORANDUM OF BARCLAYS CAPITAL INC. IN
OPPOSITION TO THE RULE 60 MOTIONS AND IN SUPPORT OF MOTION OF
BARCLAYS CAPITAL INC. TO ENFORCE THE SALE ORDER AND SECURE
DELIVERY OF ALL UNDELIVERED ASSETS**

**BOIES, SCHILLER & FLEXNER LLP**
575 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

*Attorneys for Barclays Capital Inc.*

| BCI Exhibit No. | DESCRIPTION |
|---|---|
| | **Volume I** |
| 1 | Asset Purchase Agreement, dated as of September 16, 2008, between Lehman Brothers Holdings, Inc., Lehman Brothers, Inc., LB 745 LLC, and Barclays Capital, Inc. (Dep. Ex. 1) |
| 2 | First Amendment to Asset Purchase Agreement (Dep. Ex. 24) |
| 3 | Transfer and Assumption Agreement (Dep. Ex. 51) |
| 4 | Letter Agreement, dated September 17, 2008, between the Federal Reserve Bank of New York and Barclays Capital Inc. |
| 5 | Clarification Letter, dated September 20, 2008, between Lehman Brothers Holdings, Inc., Lehman Brothers, Inc., LB 745 LLC, and Barclays Capital, Inc. (Dep. Ex. 25) |
| 6 | Letter Agreement, dated September 22, 2008, between The Depository Trust & Clearing Corporation, Barclays Capital Inc., and James W. Giddens as Trustee for the Liquidation of Lehman Brothers, Inc. under the Securities Investor Protection Act (Dep. Ex. 52) |
| 7 | Services and Settlement Agreement, dated September 22, 2008, between JPMorgan Chase Bank, N.A., Barclays Capital Inc. and James W. Giddens as Trustee in the Securities Investor Protection Act ("SIPA") Liquidation of Lehman Brothers, Inc. |
| 8 | Master Repurchase Agreement, dated July 23, 1998, between Lehman Brothers, Inc. and Barclays Capital Inc. (Dep. Ex. 117) |
| 9 | Settlement Agreement, dated December 5, 2008, between JPMorgan Chase Bank, N.A., Barclays Capital Inc., James W. Giddens as Trustee in the Securities Investor Protection Act ("SIPA") Liquidation of Lehman Brothers, Inc. |
| 10 | September 15, 2008 Affidavit of Ian T. Lowitt Pursuant to Rule 1007-2 of the Local Bankruptcy Rules for the Southern District of New York in Support of First-Day Motions and Applications |
| 11 | September 17, 2008 Debtors' Motion to (A) Schedule a Sale Hearing; (B) Establish Sales Procedures; (C) Approve a Break-up Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets (Dep. Ex. 440) |
| 12 | September 18, 2008 Notice of Assumption and Assignment of, and Amounts Necessary to Cure Defaults Under Contracts and Leases to Be Assumed and Assigned to Successful Purchaser (Dep. Ex. 481B) |

| BCI Exhibit No. | DESCRIPTION |
|---|---|
| 13 | September 18, 2008 11:43 pm List of Non-IT Closing Date Contracts |
| 14 | September 19, 2008 1:07 am List of IT Closing Date Contracts |
| 15 | September 19, 2008 1:07 am List of Corporate Real Estate Closing Date Contracts |
| 16 | September 19, 2008 Order Under 11 U.S.C. §§ 105(A), 363, and 365 and Federal Rules Of Bankruptcy Procedure 2002, 6004 and 6006 Authorizing and Approving (A) the Sale of Purchased Assets Free and Clear of Liens and Other Interests and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases |
| 17 | September 19, 2008 Order Approving, and Incorporating by Reference for the Purposes of This Proceeding, an Order Authorizing the Sale of Purchased Assets and Other Relief in the Lehman Brothers Holdings Inc. Chapter 11 Proceeding |
| 18 | September 22, 2008 Notice of Filing of Purchase Agreement Approved by Order Under Under 11 U.S.C. §§ 105(a), 363, and 365 and Federal Rules of Bankruptcy Procedure 2002, 6004 and 6006 Authorizing and Approving (A) The Sale of Purchased Assets Free and Clear of Liens and Other Interests and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases, with exhibits (Dep. Ex. 26) |
| 19 | Excerpts from September 29, 2008 Joint Motion of the Debtors and Barclays Capital Inc. for Entry of an Order Authorizing to File Under Seal Certain Schedules to the Asset Purchase Agreement, with exhibits (Dep. Ex. 446) |
| 20 | Schedule B to the Clarification Letter dated September 20, 2008 between Lehman Brothers Holdings, Inc., Lehman Brothers, Inc., LB 745 LLC, and Barclays Capital, Inc. [filed under seal on December 18, 2008]<br><br>**[CONFIDENTIAL: filed in part under seal]** |
| 21 | September 29, 2008 Motion of Markit Group Limited to (1) Clarify So Much of the September 19, 2008 Order Authorizing and Approving the Sale of Assets as Relates to the Assumption and Assignment of the Data Services Agreement Between Lehman Brothers, Inc. and Markit Partners Limited or, (2) To the Extent Necessary, Modify So Much of that Order as Approved the Assignment of that Agreement to Purchaser Without Markit's Consent, with exhibits |
| 22 | October 1, 2008 List of Non-IT Closing Date Contracts |
| 23 | October 1, 2008 List of IT Closing Date Contracts |
| 24 | October 1, 2008 List of Corporate Real Estate Closing Date Contracts |

| BCI Exhibit No. | DESCRIPTION |
|---|---|
| 25 | October 30, 2008 Stipulation and Order (1) Clarifying that Data Services Agreement Between Lehman Brothers Inc. and Markit Group, Inc. Has Not Been Assumed and Assigned Pursuant to the September 20, 2008 Sale Order and (2) Withdrawing the Motion of Markit Group, Inc. for Clarification or Modification of the September 20 Order |
| 26 | October 6, 2008 – November 21, 2008 Omnibus Notices of Assumption and Assignment of Executory Contracts and Unexpired Leases |
| 27 | November 14, 2008 Appellants' Opening Brief in Bay Harbour Appeal |
| 28 | December 4, 2008 Interpleader Complaint, filed in *The Options Clearing Corp. v. Barclays Capital Inc., et al.*, Adv. Proc. No. 08-01759 (S.D.N.Y. Bankr.) |
| 29 | December 5, 2008 Motion under 11 U.S.C. §§ 105 and 363 and Fed. R. Bankr. P. 9019(A) For Entry of an Order Approving Settlement Agreement |
| **Volume II** | |
| 30 | December 5, 2008 Declaration Of Shari D. Leventhal in Support of Trustee's Motion for Entry of an Order Approving a Settlement Agreement (Dep. Ex. 444) |
| 31 | December 5, 2008 Declaration of Gerard LaRocca in Support of Trustee's Motion for Entry of an Order Approving Settlement |
| 32 | December 5, 2008 Declaration of Jeffrey M. Moore in Support of Trustee's Motion for Entry of an Order Approving Settlement Agreement |
| 33 | December 12, 2008 Answering Brief of Lehman Brothers Holdings Inc., *et al.* in Opposition to Bay Harbour Appeal |
| 34 | December 12, 2008 Brief of Appellee James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc. |
| 35 | December 12, 2008 Appellee Barclays Capital Inc.'s Memorandum of Law in Opposition to Bay Harbour *et al.*'s Appeal |
| 36 | December 14, 2008 Order Pursuant to SIPA Section 78 fff-2(f), 11 U.S.C. Sections 105(a) and 363(b) and Fed. R. Bank. P. 9019(s) Approving the Trustee's Implementation of the LBI Liquidation Order to Complete the Account Transfers for the Benefit of Customers, Including the Related Limited Settlement Agreement Completing the PIM Conversion for the Benefit of Private Investment Management Customers, and Terminating the Account Transfer Process |

| BCI Exhibit No. | DESCRIPTION |
|---|---|
| 37 | December 19, 2008 Limited Objection of Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., *et al.* to SIPA Trustee's Motion under 11 U.S.C. §§ 105 and 363 and Fed. R. Bankr. P. 9019(a) For Entry of an Order Approving Settlement Agreement (Dep. Ex. 458B) |
| 38 | December 19, 2008 Declaration of Saul E. Burian in Support of Limited Objection of Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., *et al.* to SIPA Trustee's Motion under 11 U.S.C. §§ 105 and 363 and Fed. R. Bankr. P. 9019(a) For Entry of an Order Approving Settlement Agreement |
| 39 | December 22, 2008 Order Approving Settlement Agreement Between Trustee, Barclays Capital Inc. and JPMorgan Chase Bank, N.A. |
| 40 | February 17, 2009 First Application of Hughes Hubbard & Reed LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from September 13, 2008 Through January 31, 2009, with exhibits |
| 41 | March 13, 2009 Opinion & Order in Bay Harbour Appeal (*In re Lehman Bros. Holdings Inc.*, 415 B.R. 77, 85 (S.D.N.Y. 2009) |
| 42 | May 29, 2009 Trustee's First Interim Report for the Period September 19, 2008 – May 29, 2009, with exhibits |
| 43 | June 6, 2009 Objection of Barclays Capital Inc. to Debtors' Motion for an Order Under Rule 2004 Authorizing Discovery of Barclays Capital Inc. |
| 44 | June 22, 2009 Declaration of Rajesh Ankalkoti in Support of Debtor's Motion for an Order, Pursuant to Fed. R. Bankr. P. 2004, Authorizing Discovery from Barclays Capital, Inc. |
| 45 | Excerpts from the October 6, 2009 Affidavit of Daniel McIsaac |
| 46 | December 21, 2009 Lehman Brothers Holdings Inc.'s Reponses and Objections to Barclays Capital Inc.'s Second Set of Interrogatories to Lehman Brothers Holdings Inc. |
| 47 | September 16, 2008 Hearing Transcript |
| 48 | September 17, 2008 Hearing Transcript |
| 49 | September 19, 2008 Hearing Transcript |
| **Volume III** | |
| 50 | December 22, 2008 Hearing Transcript |

| BCI Exhibit No. | DESCRIPTION |
|---|---|
| 51 | Excerpts from December 10, 2009 Hearing Transcript |
| 52 | December 11, 2009 Hearing Transcript |
| 53 | Excerpts from December 16, 2009 Hearing Transcript |
| 54 | Transcript of the Deposition of Robert Azerad, August 17, 2009 |
| 55 | Transcript of the Deposition of Steven Berkenfeld, August 6, 2009 **[CONFIDENTIAL: compensation information redacted]** |
| 56 | Transcript of the Deposition of Alastair Blackwell, August 7, 2009 **[CONFIDENTIAL: compensation information redacted]** |
| 57 | Transcript of the Deposition of Alvin Brown, 30(b)(6) Representative of Simpson Thacher & Bartlett LLP, January 8, 2010 |
| 58 | Transcript of the Deposition of Saul Burian, 30(b)(6) Representative of Houlihan Lokey Howard & Zukin Inc., December 17, 2009 |
| 59 | Transcript of the Deposition of Patrick Clackson, September 4, 2009 |
| 60 | Transcript of the Deposition of John Coghlan, August 13, 2009 **[CONFIDENTIAL: compensation information redacted]** |
| 61 | Transcript of the Deposition of Archibald Cox, September 11, 2009 |
| 62 | Transcript of the Deposition of Nancy Denig, August 21, 2009 **[CONFIDENTIAL: compensation information redacted]** |
| 63 | Transcript of the Deposition of Robert Diamond, September 11, 2009 |
| 64 | Transcript of the Deposition of Paul Exall, August 27, 2009 **[CONFIDENTIAL: compensation information redacted]** |
| 65 | Transcript of the Deposition of Eric Felder, July 31, 2009 **[CONFIDENTIAL: compensation information redacted]** |
| 66 | Transcript of the Deposition of Daniel Fleming, August 28, 2009 **[CONFIDENTIAL: compensation information redacted]** |
| | **Volume IV** |
| 67 | Transcript of the Deposition of James Fogarty, January 15, 2010 |

| BCI Exhibit No. | DESCRIPTION |
|---|---|
| 68 | Transcript of the Deposition of James Hraska, August 14, 2009<br><br>**[CONFIDENTIAL: compensation information redacted]** |
| 69 | Transcript of the Deposition of James Hraska, January 15, 2010 |
| 70 | Transcript of the Deposition of Jonathan Hughes, January 15, 2010 |
| 71 | Transcript of the Deposition of Elizabeth James, January 14, 2010 |
| 72 | Transcript of the Deposition of Marlo Karp, 30(b)(6) Representative of Deloitte & Touche LLP, January 20, 2010 |
| 73 | Transcript of the Deposition of Michael Keegan, August 28, 2009 |
| 74 | Transcript of the Deposition of Andrew Keller, 30(b)(6) Representative of Simpson Thacher & Bartlett, January 8, 2010 |
| 75 | Transcript of the Deposition of Martin Kelly, August 18, 2009<br><br>**[CONFIDENTIAL: compensation information redacted]** |
| 76 | Transcript of the Deposition of Martin Kelly, November 20, 2009 |
| 77 | Transcript of the Deposition of Stephen King, September 10, 2009 |
| 78 | Transcript of the Deposition of Alex Kirk, August 31, 2009<br><br>**[CONFIDENTIAL: compensation information redacted]** |
| 79 | Transcript of the Deposition of Michael Klein, September 12, 2009 |
| 80 | Transcript of the Deposition of James Kobak, 30(b)(6) Representative of the SIPC Trustee and Hughes Hubbard & Reed LLP, December 7, 2009 |
| 81 | Transcript of the Deposition of Philip Kruse, 30(b)(6) Representative of Alvarez & Marsal, December 17, 2010 |
| 82 | Transcript of the Deposition of Gerard LaRocca, August 19, 2008 |
| 83 | Transcript of the Deposition of Ian Lowitt, August 20, 2009<br><br>**[CONFIDENTIAL: compensation information redacted]** |
| | **Volume V** |
| 84 | Transcript of the Deposition of Bryan Marsal, December 22, 2009 |
| 85 | Transcript of the Deposition of Bart McDade, September 2, 2009<br><br>**[CONFIDENTIAL: compensation information redacted]** |

| BCI Exhibit No. | DESCRIPTION |
|---|---|
| 86 | Transcript of the Deposition of Hugh McGee, August 10, 2009<br>**[CONFIDENTIAL: compensation information redacted]** |
| 87 | Transcript of the Deposition of Harvey Miller, 30(b)(6) Representative of Weil Gotshal & Manges LLP, January 7, 2010 |
| 88 | Transcript of the Deposition of Dennis O'Donnell, 30(b)(6) Representative of Milbank Tweed Hadley & McCloy LLP, January 6, 2010 |
| 89 | Transcript of the Deposition of David Petrie, August 27, 2008 |
| 90 | Transcript of the Deposition of Noel Purcell, 30(b)(6) Representative of the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., January 13, 2010 |
| 91 | Transcript of the Deposition of Rich Ricci, September 8, 2009 |
| 92 | Transcript of the Deposition of Barry Ridings, 30(b)(6) Representative of Lazard Ltd., January 15, 2010 |
| 93 | Transcript of the Deposition of John Rodefeld, August 27, 2009 |
| 94 | Transcript of the Deposition of Gary Romain, September 10, 2009 |
| 95 | Transcript of the Deposition of Gary Romain, January 13, 2010 |
| 96 | Transcript of the Deposition of James Seery, September 3, 2009<br>**[CONFIDENTIAL: compensation information redacted]** |
| 97 | Transcript of the Deposition of Mark Shapiro, August 7, 2009<br>**[CONFIDENTIAL: compensation information redacted]** |
| 98 | Transcript of the Deposition of Paolo Tonucci, August 14, 2009<br>**[CONFIDENTIAL: compensation information redacted]** |
| 99 | Transcript of the Deposition of John Varley, September 3, 2009 |
| 100 | Transcript of the Deposition of John Varley, September 11, 2009 |
| 101 | Transcript of the Deposition of Jasen Yang, September 4, 2009 |
| 102 | June 12, 2008 SEC Form 3 of Herbert McDade III |
| 103 | Draft Minutes of the September 16, 2008 Meeting of the Board of Directors of Lehman Brothers Holdings Inc. and Lehman Brothers Inc. (Dep. Ex. 466A, LBHI 017761 – LBHI 017764) |

| BCI Exhibit No. | DESCRIPTION |
|---|---|
| 104 | Minutes of the September 16, 2008 Meeting of the Board of Directors of Lehman Brothers Holdings Inc. and Lehman Brothers Inc. (Dep. Ex. 489) |
| 105 | September 16, 2008 Project Long Island Board Discussion Materials (Dep. Ex. 391A, BCI-EX-00166522 – BCI-EX-00166536) |
| 106 | September 16, 2008 11:18 am Financial Schedule (Dep. Ex. 19) |
| 107 | September 16, 2008 Financial Schedules with Handwritten Notes (Dep. Ex. 417B, BCI-EX-00115898 – BCI-EX-00115900) |
| 108 | September 17, 2008 Draft Speaking Notes (BCI-EX-00166333 – BCI-EX-00166339) |
| 109 | September 17, 2008 Announcement |
| 110 | September 17, 2008 Investor Teleconference Transcript (Dep. Ex. 343A) |
| 111 | Kevin McCoy, *Barclays Will Buy Lehman Units, Save up to 10,000 Jobs*, USA Today, September 17, 2008 |
| 112 | Thomson StreetEvents, "Final Transcript: BCS-Barclays Plc Announces Agreement to Acquire Lehman Brothers," September 17, 2008 |
| 113 | Leigh Goodwin and Pawel Uszko, Fox-Pitt Kelton Cochran Caronia Waller, "Barclays: Company Update: A Lucky Deal," September 18, 2008 |
| 114 | Asheefa Sarangi and Patrick Lee, Societe Generale Cross Asset Research, "Barclays:  Bargain Basement Deal Transforms Barclays' Earnings Profile," September 18, 2008 |
| 115 | Christine Seib and Patrick Hosking, *Barclays' Deal Gives Hope to UK Staff of Lehman Brothers*, Times Online, September 18, 2008 |
| 116 | September 18, 2008 Payment Details ($3,999,999,999.00) (BCI-EX-00175998 – BCI-EX-00176002) |
| 117 | September 18, 2008 Payment Details ($5,000,000,000.00) (BCI-EX-00175973 – BCI-EX-00175977) |
| 118 | September 18, 2008 Payment Details ($9,000,000,000.00) (BCI-EX-00175978 – BCI-EX-00175982) |
| 119 | September 18, 2008 Payment Details ($9,000,000,001.00) (BCI-EX-00175983 – BCI-EX-00175987) |
| 120 | September 18, 2008 Payment Details ($9,000,000,002.00) (BCI-EX-00175988 – BCI-EX-00175992) |

| BCI Exhibit No. | DESCRIPTION |
|---|---|
| 121 | September 18, 2008 Payment Details ($9,000,000,003.00) (BCI-EX-00175993 – BCI-EX-00175997) |
| 122 | September 18, 2008 Ian Lowitt Employment Agreement (Dep. Ex. 216, BCI-EX-00077335 – BCI-EX-00077337) **[CONFIDENTIAL: filed under seal]** |
| 123 | September 19, 2008 4:21 am Financial Schedule (Dep. Ex. 290B, BCI-EX-00077542 – BCI-EX-00077543 |
| 124 | September 19, 2008 9:00 pm Summary of Lehman Call with Jim Seery (Dep. Ex. 468B, HLHZ0028090 – HLHZ0028091) |
| 125 | September 22, 2008 Paolo Tonucci Employment Agreement (Dep. Ex. 138A, BCI-EX-00077360 – BCI-EX-00077362) **[CONFIDENTIAL: filed under seal]** |
| 126 | September 24, 2008 Gerald Donini Employment Agreement (BCI-EX-00077302 – BCI-EX-00077304) **[CONFIDENTIAL: filed under seal]** |
| 127 | September 25, 2008 Mark Shapiro Employment Agreement (Dep. Ex. 55A, BCI-EX-00077347 – BCI-EX-00077349) **[CONFIDENTIAL: filed under seal]** |
| 128 | October 2, 2008 Alastair Blackwell Employment Agreement (Dep. Ex. 55B, BCI-EX-00077291 – BCI-EX-00077293) **[CONFIDENTIAL: filed under seal]** |
| 129 | October 6, 2008 Hugh McGee III Employment Agreement (Dep. Ex. 103, BCI-EX-00077338 – BCI-EX-00077340) **[CONFIDENTIAL: filed under seal]** |
| 130 | Michael Klein Handwritten Chart (Dep. Ex. 338B) |
| **Volume VI** | |
| 131 | October 8, 2008 Alvarez & Marsal Report to the Unsecured Creditors Committee of Lehman Brothers Holdings Inc. (Dep. Ex. 461A, AM004503 – AM004595) |
| 132 | Barclays PLC Results Announcement, 2008 (Dep. Ex. 22) |
| 133 | January 28, 2009 Gross Acquisition Balance Sheet (Dep. Ex. 377A, BCI-EX-00115843 – BCI-EX-00115846) |

| BCI Exhibit No. | DESCRIPTION |
|---|---|
| 134 | Excerpt of February 9, 2009 Barclays Form 6-K (Dep. Ex. 445) |
| 135 | Erik Ipsen, *Salvaging Lehman's Real Estate Empire*, Crain's New York, June 21, 2009 |
| 136 | Excerpts of June 30, 2009 Barclays PLC Interim Results Announcement |
| 137 | Financial Schedule 1 (Dep. Ex. 86B, BCI-EX-00099519 – BCI-EX-00099521) |
| 138 | Financial Schedule 2 (Dep. Ex. 87B, BCI-EX-00108700) |
| 139 | Financial Schedule 3 (Dep. Ex. 88B, BCI-EX-00109154 – BCI-EX-00109161) |
| 140 | Financial Schedules (Dep. Ex. 561A, LAZ-A-00004543 – LAZ-A-00004549) |
| 141 | [Exhibit omitted] |
| 142 | Acquisition Balance Sheet of OBS Compensation Accrual (Dep. Ex. 281B) |
| 143 | Saul Burian Handwritten Notes (Dep. Ex. 472B, HLHZ0038187 – HLHZ0038191) |
| 144 | Notes of Alvarez & Marsal Employee (Dep. Ex. 563B, AM 004887 – AM 004892) |
| 145 | Jim Hraska 30(b)(6) Deposition Notes (Dep. Ex. 562D) |
| 146 | Gary Romain Handwritten Deposition Notes (Dep. Ex. 399A) |
| 147 | Gary Romain Preparation Notes for January 13, 2010 Deposition (Dep. Ex. 534A) |
| 148 | Spreadsheet of LBI and Barclays Titles (BCI-EX-00297181) |
| 149 | Patrick Clackson Bio from Barclays Capital Inc. Website |
| 150 | Robert Diamond Bio from Barclays Capital Inc. Website |
| 151 | Gerard LaRocca Bio from DTCC Website |
| 152 | Chris Lucas Bio from Barclays PLC Website |
| 153 | Rich Ricci Bio from Barclays Capital Inc. Website |
| 154 | John Varley Bio from Barclays PLC Website |
| 155 | October 14, 2008 letter from W. Navins to J. Giddens, *et al.* |
| 156 | November 14, 2008 letter from J. Kobak to J. McDaniel, *et al.* (Dep. Ex. 455, HHR_00014574 – HHR_00014575) |

| BCI Exhibit No. | DESCRIPTION |
|---|---|
| 157 | December 29, 2008 letter from L. Granfield to J. Kobak, *et al.*, [Attachment omitted] |
| 158 | January 20, 2009 letter from J. Kobak to L. Granfield, *et al.* |
| 159 | January 27, 2009 letter from G. LaRocca to J. Giddens |
| 160 | February 10, 2009 letter from J. Tecce to L. Granfield, *et al.,* re *In re Lehman Brothers Holdings Inc., et al.,* Case No. 08-13555 (JMP) |
| 161 | February 19, 2009 letter from B. Marsal to R. Ricci, *et al.* |
| 162 | February 23, 2009 letter from J. Hughes to B. Marsal, *et al.* |
| 163 | March 6, 2009 letter from L. Granfield to J. Kobak, *et al.*, re *Securities Investor Protection Corporation v. Lehman Brothers Inc.*, No. 08-1420 (JMP) SIPA (Bankr. SDNY) (the "SIPA Proceeding"), [attachments omitted] |
| 164 | March 25, 2009 letter from J. Hughes to J. Giddens, *et al.* |
| 165 | March 27, 2009 letter from J. Kobak to L. Granfield, *et al.* |
| 166 | April 20, 2009 letter from J. Schiller to R. Gaffey, *et al.*, re *In re Lehman Brothers Holdings Inc., et al.,* Case No. 08-13555 (JMP) |
| 167 | April 22, 2009 letter from J. Kobak to J. Hughes, *et al.* |
| 168 | May 13, 2009 letter from J. Hughes to J. Giddens, *et al.*, re Undelivered Purchased Assets |
| 169 | June 8, 2009 letter from H. Hume to J. Kobak re *In re Lehman Brothers Holdings Inc., et al.,* Case No. 08-13555 (JMP) |
| 170 | June 11, 2009 letter from J. Kobak to H. Hume, *et al.*, re *In re Lehman Brothers Inc., et al,* Case No. 08-01420 (JMP) SIPA, with enclosures<br><br>**[CONFIDENTIAL: redacted in part]** |
| 171 | July 16, 2009 letter from J. Stern to R. Gaffey enclosing BCI-EX-00077272 – BCI-EX-00077286 |
| 172 | July 27, 2009 letter from J. Hughes to J. Kobak, *et al.* |
| 173 | July 30, 2009 letter from J. Kobak to J. Hughes, re LBI: The Barclays Acquisition |
| 174 | September 2, 2009 letter from C. Green to R. Gaffey, *et al.*, re *In re Lehman Brothers Holdings Inc., et al.,* Case No. 08-13555 (JMP), transmitting document production (Dep. Ex. 412B) |

| BCI Exhibit No. | DESCRIPTION |
|---|---|
| 175 | November 13, 2009 letter from C. Green to R. Gaffey, *et al.*, re *In re Lehman Brothers Holdings Inc., et al.*, Case No. 08-13555 (JMP) |
| 176 | December 10, 2009 letter from C. Green to R. Gaffey, *et al.*, re *In re Lehman Brothers Holdings Inc., et al.*, Case No. 08-13555 (JMP) |
| 177 | December 23, 2009 letter from C. Green to R. Gaffey, *et al.*, re *In re Lehman Brothers Holdings Inc., et al.*, Case No. 08-13555 (JMP) |
| 178 | January 12, 2010 letter from C. Green to R. Gaffey, *et al.*, re *In re Lehman Brothers Holdings Inc., et al.*, Case No. 08-13555 (JMP) (Dep. Ex. 547A) |
| 179 | January 13, 2010 letter from W. Nissen to V. Lazar, *et al.*, re The Options Clearing Corporation |
| 180 | September 16, 2008 1:26 am email from R. Haworth to D. Meredith-Jones, *et al.*, re Call at 6:30am UK, 1:30am EST, with attachment (BCI-EX-(S)-00210806 – BCI-EX-(S)-00210808) |
| 181 | September 16, 2008 1:49 am email from T. McCosker (G. Romain) to J. Stone, *et al.*, re Acquisition Summary, with attachment (BCI-EX-(S)-00023761 – BCI-EX-(S)-00023762) |
| 182 | September 16, 2008 1:50 am email from T. McCosker to R. Haworth, *et al.*, re Project Green presentation, with attachment (BCI-EX-(S)-00023763 - BCI-EX-(S)-00023765) |
| 183 | September 16, 2008 3:42 am email from A. Hodge to C. Machell, *et al.,* with attachments (Dep. Ex. 556, BCI-EX-(S)-00187355 – BCI-EX-(S)-00187357) |
| 184 | Email chain including September 16, 2008 5:10 am email from M. Kelly to I. Lowitt, *et al.* (Dep. Ex. 136A) |
| 185 | September 16, 2008 5:52 am email from P. Clackson to J. Walker re Fw: Board Deck, with attachment (Dep. Ex. 342A, BCI-EX-(S)-00023787 – BCI-EX-(S)-00023788) |
| 186 | September 16, 2008 2:53 pm email from P. Clackson to B. Castell, *et al.*, re FW: Scanned document from Douglas, Julie: Finance (NYK), with attachment (BCI-EX-(S)-00052192 – BCI-EX-(S)-00052193) |
| 187 | September 17, 2008 8:00 am email from B. Ridings to L. Fife, *et al.*, re Barclays: Lehman_Press_Release_ (Dep. Ex. 505, LAZ-C-00045462 – LAZ-C-00045463) |
| 188 | September 17, 2008 8:33 am email from K. McCooey to B. McDade re Private Investment Management |

| BCI Exhibit No. | DESCRIPTION |
| --- | --- |
| 189 | September 17, 2008 9:08 am email from R. Freeman to B. McDade, *et al.*, re Barclay's Conference Call Highlights From This Morning (Dep. Ex. 513) |
| 190 | September 17, 2008 9:10 am email from B. McDade to R. Freeman re Read: Barclay's Conference Call Highlights From This Morning |
| 191 | September 17, 2008 10:58 am email from J. Yang to J. Walker, *et al.*, re LBI Balance Sheet Tieout, with attachment (Dep. Ex. 388B, BCI-EX-(S)-0074256 – BCI-EX-(S)-0074257) |
| 192 | September 17, 2008 12:01 pm email from M. Shapiro to M. Weil re RE: hey |
| 193 | September 17, 2008 3:17 pm email from S. Lechner to E. Peterman, *et al.*, re Barclays Financing Question – time sensitive (WGM-LEHMAN-E 00000541 – WGM-LEHMAN-E 00000542) |
| 194 | September 17, 2008 4:48 pm email from G. Romain to P. Clackson, *et al*, re RE: Scanned document from Douglas, Julie: Finance (NYK), with attachment (BCI-EX-(S)-0023997 – BCI-EX-(S)-0023999) |
| 195 | September 17, 2008 5:28 pm email from G. Reilly to M. Kelly, *et al.*, re RE: Diligence Items (Dep. Ex. 148A) |
| 196 | Email chain including September 17, 2008 5:44 pm email from D. Flores to A. Bruhmuller and September 17, 2008 5:59 pm email from A. Bruhmuller to D. Flores, *et al.*, re Fw: Diligence Items (Dep. Ex. 563A, LAZ-C-00049400 – LAZ-C-00049405) |
| 197 | Email chain including September 17, 2008 7:07 pm email from P. Clackson to M. Evans, *et al.*, re $650m problem (Dep. Ex. 285B, BCI-EX-00077651) |
| 198 | September 17, 2008 7:42 pm email from A. Miller to A. Miller (Dep. Ex. 467B, HLHZ0016856 – HLHZ0016857) |
| 199 | September 17. 2008 8:23 pm email from A. Ogasawara to A. Bruhmuller, *et al.*, re Re: Lehman team, with attachment (LAZ-C-00048730 – LAC-C-00048733) |
| 200 | September 17, 2008 9:22 pm email from D. Descoteaux to A. Bruhmuller, *et al.*, re Re: Fw: Diligence Items (LAZ-C-00048795 – LAZ-C-00048798) |
| 201 | September 17, 2008 11:31 pm email from M. Wise to T. Binkley, *et al.*, re Re: **URGENT** Our employees are getting offers |
| 202 | Email chain including September 18, 2008 7:13 am email from B. Montaudy to M. Rudduck, *et al.* (Dep. Ex. 283A, BCI-EX-(S)-00047719 – BCI-EX-(S)-00047724) |

| BCI Exhibit No. | DESCRIPTION |
|---|---|
| 203 | September 18, 2008 3:07 pm email from R. Hauzenberg to G. Reilly, *et al.*, re LBI BS_916_VS.xls, with attachment |
| 204 | September 18, 2008 4:28 pm email from A. Krishnamurthy to M. Gelband |
| 205 | September 18, 2008 4:48 pm email from C. Corcoran to A. Collerton, *et al.*, re Revised contracts, with attachments (Dep. Ex. 101)<br><br>**[CONFIDENTIAL: filed under seal]** |
| 206 | September 18, 2008 6:23 pm email from J. Grenier to T. Sullivan re Balance Sheet Iterations, with attachment |
| 207 | September 18, 2008 7:02 pm email from M. Kelly to R. Krasnow re FW: LBI BS_917_V with adjustment.xls, with attachment (Dep. Ex. 509, LBHI 013444 – LBHI 013445) |
| 208 | Email chain including September 18, 2008 8:12 pm email from R. Ricci to M. Klein re Re: Call (Dep. Ex. 425, BCI-EX-00077378 – BCI-EX-00077379) |
| 209 | September 18, 2008 8:51 pm email from D. Flores to B. Ridings, *et al.*, re FW: LBI BS_917_V with adjustment.xls, with attachment (LAZ-C-00050090 – LAZ-C-00050097) |
| 210 | September 18, 2008 10:52 pm email from D. Descoteaux to B. Ridings, *et al*, re Re: LBI BS_917_V with adjustment.xls (LAZ-C-00050306 – LAZ-C-00050307) |
| 211 | September 18, 2008 11:32pm email from A. Blackwell to I. Lowitt, *et al*. (Dep. Ex. 67B) |
| 212 | Email chain including September 19, 2008 1:12 am email from M. Kelly to D. Coles, *et al.*, re RE: Consolidating Balance Sheet, with attachment (Dep. Ex. 561B) |
| 213 | September 19, 2008 4:15 am email from M. Evans to T. Kalaris, *et al.*, re Re: Leh HNW (BCI-EX-(S)-00030299 – BCI-EX-(S)-00030301) |
| 214 | September 19, 2008 4:16 am email from J. Rodefeld to T. Scott, *et al.*, re RE: Lehman funding – Transactions summary (Dep. Ex. 215, BCI-EX-(S)-00034528 - BCI-EX-(S)-00034529) |
| 215 | September 19, 2008 6:34 am email from I. Lowitt to C. O'Meara re Re: Meeting with Alex Kirk (Dep. Ex. 5) |
| 216 | September 19, 2008 10:18 am email from A. Yu to K. Wong, *et al.*, re FW: Seg Cash 15c3-1 (Dep. Ex. 159A) |

| BCI Exhibit No. | DESCRIPTION |
|---|---|
| 217 | September 19, 2008 10:50 am email from S. Byrne to L. James, *et al.*, re Barclays_LBI_Plan.xls, with attachments (Dep. Ex. 557, BCI-EX-(S)-00187751 – BCI-EX-(S)-00187752) |
| 218 | September 19, 2008 10:52 am email from J. Grogan to L. Granfield, *et al.*, re Proposed Sale Order Language (BCI-CG00063731 – BCI-CG00063732) |
| 219 | September 19, 2008 11:05 am email from L. Despins to D. Dunne, *et al.*, re FW: LEHMAN BARCLAYS (Dep. Ex. 474B, MTHM0005778) |
| 220 | Email chain including September 19, 2008 11:39 am email from J. McDaniel to S. Grosshandler, *et al.*, re URGENT Issue re: Barclays/Lehman transaction (WGM-LEHMAN-E 00000680 – WGM-LEHMAN-E 00000683) |
| 221 | September 19, 2008 12:26 pm email from C. Jones to P. Tonucci re FW: FINAL 15C3-3 RESERVE LOCK-UP AS OF 09/17/08 (Dep. Ex. 451, BCI-CG00033812) |
| **Volume VII** | |
| 222 | September 19, 2008 1:28 pm email from I. Veksler to T. Gisonda, *et al.*, re FW: Formatted changes LBI Exchange Postings.xls |
| 223 | September 19, 2008 2:27 pm email from I. Lowitt to B. McDade re cls money all snarfed up by citi. The 15c3 lockup looks ok at 1.3 bn. Good faith not. So we are short 1.7 bn. The TBA and FX settlement don't work. We did find 5 bn of exchange listed options which we are investigating. Ian (Dep. Ex. 219) |
| 224 | September 19, 2008 2:59 pm email from I. Veksler to R. Azerad re Update on CME |
| 225 | September 19, 2008 5:39 pm email from M. Klein to R. Ricci (Dep. Ex. 381, BCI-EX-00078268 – BCI-EX-00078270) |
| 226 | September 19, 2008 6:30 pm email from J. Hraska to J. Palchynsky, *et al.*, re RE: Urgent tri unwind (Dep. Ex. 69B) |
| 227 | September 19, 2008 8:12 pm email from M. Lubowitz to C. Bell re Fw: Revised Clarification Letter, with attachments (Dep. Ex. 499, WGM-LEHMAN-E 00002746 – WGM-LEHMAN-E 0002766) |
| 228 | September 19, 2008 8:27 pm email from D. Murgio to J. Grogan, *et al.*, re Re: Revised Clarification Letter, with attachments (WGM-LEHMAN-E 00009395 – WGM-LEHMAN-E 00009408) |
| 229 | September 20, 2008 12:13 am email from A. Rovira to E. Rosen re Options Clearing Corp (CGSH00033714 – CGSH00033715) |

| BCI Exhibit No. | DESCRIPTION |
|---|---|
| 230 | September 20, 2008 2:18 am email from A. Rovira to J. McDaniel, *et al.*, re OCC Transfer Documents, with attachment (CGSH00033740 – CGSG00033748) |
| 231 | September 20, 2008 2:32 am email from A. Rovira to J. Kobak, *et al.*, re Options Clearance Corporation Transfer Documents, with attachments (Dep. Ex. 452, HHR_00006072 – HHR_00006081) |
| 232 | September 20, 2008 10:34 am email from R. Azerad to P. Tonucci, *et al.*, re RE: Opening balance sheet, with attachment (Dep. Ex. 151A) |
| 233 | September 20, 2008 12:45 pm email from J. McDaniel to R. Berkovich, *et al.*, re LBI Property at OCC (CGSH00033921 – CGSH00033922) |
| 234 | September 20, 2008 1:00 pm email from J. Kobak to A. Rovira, *et al.*, re RE: Options Clearance Corporation Transfer Documents (HHR_00006052 – HHR_00006053) |
| 235 | September 20, 2008 1:09 pm email from E. Rosen to J. McDaniel, *et al.*, re Re: LBI Property at OCC (Dep. Ex. 453, HHR_00006049 – HHR_00006051) |
| 236 | September 20, 2008 1:15 pm email from J. McDaniel to E. Rosen, *et al.*, re RE: LBI Property at OCC (CGSH00034015 – CGSH00034017) |
| 237 | September 20, 2008 1:26 pm email from R. Miller to R. Messineo, *et al.*, re BARCLAYS REPURCHASE AGREEMENT COLLATERAL Fw: Delivering other assets to Barclays, with attachment (Dep. Ex. 506, WGM-LEHMAN-E 00006125 – WGM-LEHMAN-E 00006128) [portion of attachment omitted] |
| 238 | September 20, 2008 2:38 pm email from R. Messineo to V. Lewkow, *et al.*, re LEHMAN—Barclays, with attachments (Dep. Ex. 525, WGM-LEHMAN-E 00006149 - WGM-LEHMAN-E 00006168) |
| 239 | September 20, 2008 2:49 pm email from J. Murray to J. Murray re Fw: LEHMAN—Barclays, with attachments (HLHZ0020090 – HLHZ0020111) |
| 240 | Email chain including September 20, 2008 3:00 pm email from D. Murgio to C. Bell re Fw: LEHMAN—Barclays, with attachments (Dep. Ex. 500, HLHZ0020162 – HLHZ0020182) |
| 241 | September 20, 2008 3:04 pm email from J. Walker to P. Clackson, *et al.,* re FW: Scanned document from Douglas, Julia: Finance (NYK), with attachment (BCI-EX-(S)-00024313 – BCI-EX-(S)-00024314) |
| 242 | September 20, 2008 3:52 pm email from J. McDaniel to E. Rosen, *et al.*, re Issues re: LBI Accounts at OCC (BCI-CG00064287 – BCI-CG00064288) |

| BCI Exhibit No. | DESCRIPTION |
|---|---|
| 243 | September 20, 2008 4:48 pm email from G. Romain to J. Walker, *et al.*, re Balance sheet, with attachment (BCI-EX-(S)-00052419 – BCI-EX-(S)-00052420) |
| 244 | September 20, 2008 5:25 pm email from D. Murgio to V. Lewkow, *et al.*, re Collateral, with attachment (CGSH00048018 – CGSH00048022)<br><br>**[CONFIDENTIAL: filed in part under seal]** |
| 245 | September 20, 2008 6:29 pm email from R. Azerad to P. Tonucci, *et al.*, re Opening Balance Sheet, with attachment |
| 246 | September 20, 2008 6:41 pm email from R. Azerad to P. Tonucci, *et al.*, re Opening Balance Sheet (with cash of $7.0 bn), with attachment |
| 247 | September 20, 2008 8:40 pm email from B. Beldner to M. Kelly, *et al.*, re Balance Sheet, with attachment (Dep. Ex. 154A) |
| 248 | September 20, 2008 11:12 pm email from D. Murgio to R. Miller, *et al.*, re Re: Lehman (WGM-LEHMAN-E 00013873 – WGM-LEHMAN-E 00013874) |
| 249 | September 20, 2008 11:12 pm email from D. Leinwand to A. Keller, *et al*, re Revised Clarification Letter (Dep. Ex. 37, BCI-CG00024954 – BCI-CG00024973) |
| 250 | September 20, 2008 11:36 pm email from A. Blackwell to R. Azerad, *et al.*, re Re: Updated 15c3-3 (Dep. Ex. 78B) |
| 251 | Email chain including September 21, 2008 6:11 am email from P. Tonucci to R. Miller, *et al.,* and September 21, 2008 5:17 am email from M. Forrest to I. Lowitt, *et al.*, re schedule B, with attachment (Dep. Ex. 508, WGM-LEHMAN-E 00015980 – WGM-LEHMAN-E 00015983) [portion of attachment omitted] |
| 252 | September 21, 2008 8:12 am email from R. Miller to A. Keller, *et al,*, re Updated box numbers, with attachment (WGM-LEHMAN-E-00018183 - WGM-LEHMAN-E-00018185) [Portion of attachment omitted] |
| 253 | September 21, 2008 9:24 am email from D. Murgio to A. Peterson re Fw: Revised Clarification Letter, with attachment (Dep. Ex. 502, WGM-LEHMAN-E 00013889 – WGM-LEHMAN-E 00013899) |
| 254 | September 21, 2008 9:31 am email from S. Waisman to A. Keller, *et al.*, re Re: Here's what Lehman came up with in available unencumbered assets in the "box" (WGM-LEHMAN-E 00013875 – WGM-LEHMAN-E 00013879) |
| 255 | September 21, 2008 11:34 am email from B. Kelly to A. McComiskey, *et al.*, re BarCap, with attachment (Dep. Ex. 461B, HLHZ0011913 – HLHZ0011914) [portion of attachment omitted] |

| BCI Exhibit No. | DESCRIPTION |
|---|---|
| 256 | September 21, 2008 12:16 pm email from I. Veksler to R. Azerad, *et al.*, re Opening Balance Sheet v2.xls, with attachment |
| 257 | September 21, 2008 12:39 pm email from D. Murgio to A. Peterson re Fw: LEHMAN—Barclays, with attachments (Dep. Ex. 501, WGM-LEHMAN-E 00013962 – WGM-LEHMAN-E 00013982) |
| 258 | September 21, 2008 12:46 pm email from D. Murgio to B. Kelly, *et al.*, re Fw: Spreadsheet, with attachment (Dep. Ex. 516, MTHM0000139 – MTHM0000140) [portion of attachment omitted] |
| 259 | September 21, 2008 1:05 pm email from F. Pearn to T. Stack, *et al.*, re RE: Net Long Options – 9/18, with attachment (BCI-EX-(S)-00188042 – BCI-EX-(S)-00188048) |
| 260 | September 21, 2008 3:36 pm email from R. Azerad to M. Kelly, *et al.*, re RE: Updated Opening Balance Sheet, with attachment |
| 261 | September 21, 2008 3:53 pm email from E. Gilbert to D. O'Donnell, *et al.*, re RE: LEHMAN (URGENT—POSSIBLE EMERGENCY COMMITTEE CALL TODAY), with attachment (Dep. Ex. 476B, HLHZ0009125 – HLHZ0009144) |
| 262 | September 21, 2008 4:03 pm email from J. McDaniel to E. Rosen, *et al.*, re Understandings relating to the transfer of LBI's accounts at OCC, with attachment (BCI-CG00064703 – BCI-CG00064707) |
| 263 | September 21, 2008 4:07 pm email from F. Pearn to T. Stack, *et al.*, re FW: Net Long Options – 9/18, with attachments (BCI-EX-(S)-00131273 – BCI-EX-(S)-00131318) **[CONFIDENTIAL: filed in part under seal]** |
| 264 | September 21, 2008 4:11 pm email from G. Romain to J. Walker, *et al.*, re RE: Balance sheet, with attachment (BCI-EX-(S)-00110654 – BCI-EX-(S)-00110656) |
| 265 | September 21, 2008 4:15 pm email from S. Harbeck to J. McDaniel, *et al.*, re RE: Understandings relating to the transfer of LBI's accounts at OCC (BCI-CG 00064717 – BCI-CG 00064718) |
| 266 | September 21, 2008 4:20 pm email from N. Leyhane to J. Yang, *et al.*, re RE: Project Long Island Updated Assets – Cash Equities (BCI-EX-(S)-00056428 – BCI-EX-(S)-00056431) |
| 267 | September 21, 2008 4:37 pm email from J. McDaniel to S. Harbeck, *et al.*, re RE: Understandings relating to the transfer of LBI's accounts at OCC (BCI-CG00064722 - BCI-CG00064724) |

| BCI Exhibit No. | DESCRIPTION |
|---|---|
| 268 | September 21, 2008 5:02 pm email from S. Harbeck to J. McDaniel, *et al.,* re OCC/Barclays issue (CGSH00034576) |
| 269 | September 21, 2008 6:20 pm email from R. Azerad to G. Romain, *et al.*, re Updated Opening Balance Sheet, with attachment (Dep. Ex. 229) |
| 270 | September 21, 2008 7:54 pm email from R. Messineo to A. Frelinghuysen, *et al.*, re LEHMAN – Barclays, with attachment (Dep. Ex. 454, HHR_00007387 – HHR_00007397) |
| 271 | September 21, 2008 8:15 pm email from M. Kelly to R. Azerad re 15c3 Lockup.ppt, with attachment (Dep. Ex. 185) |
| 272 | September 21, 2008 9:12 pm email from R. Azerad to M. Kelly, *et al.*, re 15c3 Lockup (Revised), with attachment (Dep. Ex. 186) |
| 273 | September 21, 2008 10:07 pm email from J. Potenciano to C. O'Meara, *et al.*, re RE: Final 15c3-3 Reserve Formula as of 09/17/2008 (Dep. Ex. 187) |
| 274 | September 21, 2008 10:22 pm email from R. Azerad to M. Kelly, *et al.*, re RE: 15c3 (Dep. Ex. 188) |
| 275 | September 21, 2008 11:11 pm email from G. Romain to S. Grbic, *et al.*, re RE: Latest spreadsheet, with attachment (Dep. Ex. 536A, BCI-EX-(S)-00052476 – BCI-EX-(S)-00052479) |
| 276 | September 21, 2008 11:12 pm email from G. Romain to I. Mackinnon, *et al.*, re RE: Latest spreadsheet, with attachment (BCI-EX-(S)-00052480 – BCI-EX-(S)-00052483) |
| 277 | September 21, 2008 11:14 pm email from G. Romain to P. Clackson re Acquisition balance sheet, with attachment (BCI-EX-(S)-00052484 – BCI-EX-(S)-00052485) |
| 278 | September 22, 2008 12:37 am email from M. Lee to M. Kelly re RE: Final 15c303 Reserve Formula as of 09/17/2008 (Dep. Ex. 189) |
| 279 | September 22, 2008 1:07 am email from M. Kelly to A. Stucchio, *et al.* (Dep. Ex. 173A) |
| 280 | September 22, 2008 4:36 am email from R. Messineo to A. Frelinghuysen, *et al.*, re LEHMAN – Barclays, with attachment (HHR_00001696 – HHR_00001707) |
| 281 | September 22, 2008 5:26 am email from C. Bell to L. Despins, *et al.*, re Lehman/Barclays Clarification Letter, with attachment (Dep. Ex. 503, HLHZ0019919 – HLHZ0019930) |

| BCI Exhibit No. | DESCRIPTION |
|---|---|
| 282 | September 22, 2008 5:58 am email from D. Murgio to M. Mazzuchi re Re: clarification letter, with attachment (WGM-LEHMAN-E 00011083 - WGM-LEHMAN-E 00011093) |
| 283 | Email chain including September 22, 2008 6:02 am email from M. Mazzuchi to I. Montal, *et al.*, re Fw: Barclays Guaranty, with attachment (HHR_00014461 – HHR_0014472) |
| 284 | Email chain including September 22, 2008 6:15 am email from L. Despins to H. Miller re Barclays (Dep. Ex. 480B, HLHZ0009119 – HLHZ0009120) |
| 285 | Email chain including September 22, 2008 6:53 am email from J. Goldfield to N. Bajpai, *et al.*, and September 21, 2008 3:00 pm email from E. Gilbert to J. Goldfield, *et al.*, re Barclays Investor Call Transcript from Wednesday where they described how great the Lehman buy is / -$2bn goodwill after tax (Dep. Ex. 477B, CMTE0000911) |
| 286 | September 22, 2008 7:51 am email from M. Mazzuchi to J. McDaniel, *et al.*, re Re: urgent – OCC account assumption, with attachment (BCI-CG00065014 – BCI-CG00065019) |
| 287 | September 22, 2008 8:18 am email from H. Miller to L. Despins re Re: Barclays (WGM-LEHMAN-E 00011662) |
| 288 | September 22, 2008 9:38 am email from H. Miller to S. Burian, *et al.*, re Re: Lehman (WGM-LEHMAN-E 00016433) |
| 289 | September 22, 2008 10:38 am email from G. Romain to J. Trevelyan re RE: Long Island (BCI-EX-(S)-00052541 – BCI-EX-(S)-00052542) |
| 290 | September 22, 2008 3:38 pm email from S. King to L. James, *et al.* (BCI-EX-(S)-00110718 – BCI-EX-(S)-00110720) |
| 291 | September 22, 2008 4:50 pm email from E. Gilbert to J. Becker re Re: LEHMAN (URGENT—POSSIBLE EMERGENCY COMMITTEE CALL TODAY) (Dep. Ex. 478B, CMTE0002527 – CMTE0002528) |
| 292 | September 22, 2008 8:07 pm email from P. Clackson to R. Ricci re RE: Scared to death (BCI-EX-00079321) |
| 293 | September 23, 2008 7:26 am email from J. Yang to D. Regan, *et al.*, re RE: Project Long Island Updated Assets – Cash Equities (BCI-EX-(S)-00057527 – BCI-EX-(S)-00057532) |
| 294 | September 23, 2008 7:27 am email from S. King to R. Ricci, *et al.*, re Risk (BCI-EX-(S)-00024515) |

| BCI Exhibit No. | DESCRIPTION |
|---|---|
| 295 | September 23, 2008 9:15 am email from M. Evans to B. Diamond, *et al.*, re Summary of Current Spend – 08h30, 23 Sept 2008, with attachment (Dep. Ex. 284B, BCI-EX-(S)-00027190 – BCI-EX-(S)-00027197) |
| 296 | September 23, 2008 2:35 pm email from C. Kiplok to J. Buyers-Russo, *et al.*, re Fw: Futures Accounts, with attachment (HHR_00000276 – HHR_00000278) |
| 297 | September 24, 2008 11:16 am email from C. Lucas to J. Varley re Re: negative goodwill=economic profit? (Dep. Ex. 353A, BCI-EX-(S)-00053947) |
| 298 | September 24, 2008 3:30 pm email from C. Kiplok to J. Buyers-Russo, *et al.*, re LBI – Wire Transfer Instructions / Trustee Authorization (HHR_00005786 – HHR_00005787) |
| 299 | September 24, 2008 3:37 pm email from D. Traugot to A. Arora, *et al.*, re FW: Corporate Services Assets U S _9-24.xls, with attachment (CGSH00064547 – CGSH00064557) |
| 300 | September 24, 2008 5:50 pm email from C. Kiplok to J. Buyers-Russo, *et al.*, re LBI: Trustee Authorization / Collateral Move, with attachment (HHR_00000220 – HHR_00000222) [Attachment omitted] |
| 301 | September 24, 2008 7:53 pm email from M. Stewart to E. Bailey, *et al.*, re Questions on Barcap deal docs (Dep. Ex. 507) |
| 302 | September 25, 2008 10:28 am email from H. Miller to L. Despins, *et al.*, re Re: Schedules to Barclays APA (Dep. Ex. 462B, MTHM0005739) |
| 303 | September 25, 2008 10:59 am email from M. Shapiro to J. House re Status (BCI-EX-(S)-00002402) |
| 304 | September 25, 2008 11:45 am email from R. Miller to L. Granfield, *et al.*, re Re: Fw: Financing Facility Collateral List, with attachment (WGM-LEHMAN-E 00010378 – WGM-LEHMAN-E 00010381) [Attachment omitted] |
| 305 | September 25, 2008 12:02 pm email from D. McLaughlin to L. Fife, *et al.*, re Fw: Non-actionable box, with attachment (WGM-LEHMAN-E 00000792 – WGM-LEHMAN-E 00000795) [Attachment omitted] |
| 306 | September 25, 2008 12:04 pm email from R. Messineo to D. Murgio re Re: Fw: Lehman—Barclays: Securities Positions Sold, with attachment (WGM-LEHMAN-E 00010399 – WGM-LEHMAN-E 00010403) [Attachment omitted] |
| 307 | September 25, 2008 12:13 pm email from R. Miller to R. Azerad, *et al.*, re Re: Unencumbered collateral, with attachment (WGM-LEHMAN-E 00015607 – WGM-LEHMAN-E 00015609) [Attachment omitted] |

| BCI Exhibit No. | DESCRIPTION |
|---|---|
| 308 | September 25, 2008 12:36 pm email from R. Messineo to L. Fife, *et al.*, re Re: Fw: Non-actionable box, with attachment (WGM-LEHMAN-E 00015610 – WGM-LEHMAN-E 00015614) [Attachment omitted] |
| 309 | September 25, 2008 12:40 pm email from D. Murgio to V. Lewkow, *et al.*, re Re: Fw: Financing Facility Collateral List, with attachment (WGM-LEHMAN-E 00001414 – WGM-LEHMAN-E 00001420) [Attachment omitted] |
| 310 | September 25, 2008 4:47 pm email from P. Tonucci to D. Murgio, *et al.*, re Re: Financing Facility Collateral List [Schedule B], with attachment (WGM-LEHMAN-E 00006304 – WGM-LEHMAN-E 00006307) [Attachment omitted] |
| 311 | September 25, 2008 5:10 pm email from D. Murgio to R. Messineo, *et al.*, re Schedule A and first part of Schedule B, with attachments (WGM-LEHMAN-E 00010452 – WGM-LEHMAN-E 00010454) [Attachments omitted] |
| 312 | September 25, 2008 10:07 pm email from D. Murgio to R. Moore, *et al.*, re Schedules, with attachments (Dep. Ex. 460B, WGM-LEHMAN-E 000015992 – WGM-LEHMAN-E 00001593) [Attachments omitted] |
| 313 | September 26, 2008 10:42 am email from N. Purcell to D. Yu, *et al.*, re Lehman committee only call request (CMTE0000577 – CMTE0000580) |
| 314 | September 26, 2008 12:00 pm email from P. Tonucci to B. Marsal, *et al.*, re FW: Schedule B, with attachment (BCI-EX-(S)-00011738 – BCI-EX-(S)-00011742) |
| 315 | September 26, 2008 1:39 pm email from D. Murgio to L. Fife re Fw: Schedule B, with attachments (WGM-LEHMAN-E 00015821 – WGM-LEHMAN-E 00015827) [Attachment omitted] |
| 316 | September 26, 2008 1:42 pm email from C. Bell to S. Burian, *et al.*, re Schedule B to Clarification Letter_#1919526.XLS (HLHZ0026421 – HLHZ0026422) |
| 317 | September 26, 2008 1:48 pm email from L. Vecchio to C. Kiplok re FW: 636 collateral (Dep. Ex. 447, HHR_00009059) |
| 318 | September 26, 2008 2:21 pm email from D. de la Vega to C. Kiplok, with attachment (Dep. Ex. 448, HHR_00009050 – HHR_00009051) |
| 319 | September 26, 2008 8:23 pm email from D. Murgio to S. Waisman re Fw: Schedules Process Update, with attachments (WGM-LEHMAN-E 00010485 – WGM-LEHMAN-E 00010487) [Attachment omitted] |
| 320 | September 27, 2008 12:53 pm email from G. West to J. McCarthy, *et al.*, re Here is all we have at the moment that makes an effort to describe what Barclays got and didn't get, with attachments (WGM-LEHMAN-E 00005853 – WGM-LEHMAN-E 00005870) |

| BCI Exhibit No. | DESCRIPTION |
|---|---|
| 321 | September 28, 2008 10:54 am email from R. Azerad to J. Hraska, *et al.*, re Reconciliation Barclays – Lehman File, with attachment truncated (Dep. Ex. 146B, BCI-EX-(S)-00014389 – BCI-EX-(S)-00014390)<br><br>**[CONFIDENTIAL: filed in part under seal]** |
| 322 | September 28, 2008 10:50 pm email from D. Murgio to P. Tonucci, *et al.*, re Re: Schedules A and B for Filing – FINAL, with attachments (WGM-LEHMAN-E 00010539 – WGM-LEHMAN-E 00010540) [Attachment omitted] |
| 323 | September 29, 2008 10:37 am email from P. Tonucci to D. Murgio, *et al.,* re RE: Schedules A and B for Filing – FINAL (BCI-EX-(S)-00012484 – BCI-EX-(S)-00012486) |
| 324 | September 29, 2008 10:47am email from H. Miller to D. Murgio re RE: Schedules A and B for Filing – FINAL (WGM-LEHMAN-E 00016607) |
| 325 | September 29, 2008 11:40 am email from W. Gordon to W. Gordon, *et al.*, re FW: Here is all we have at the moment that makes and effort to describe what Barclays got and didn't get, with attachment (Dep. Ex. 464A, AM02287 – AM002305) |
| 326 | September 29, 2008 12:24 pm email from D. Murgio to H. Miller, *et al.*, re RE: Schedules A and B for Filing – FINAL, with attachment (WGM-LEHMAN-E 00020419 – WGM-LEHMAN-E 00020433) |
| 327 | September 29, 2008 3:52 pm email from A. Frelinghuysen to M. Witkin, *et al.*, re Transfer of Assets Pursuant to the Asset Purchase Agreement, with attachment (HHR_00000491 – HHR_00000493) [Attachment omitted] |
| 328 | September 29, 2008 8:19 pm email from M. Korycki to J. Fogarty, *et al.*, re Files for Tomorrows APA Schedules Meeting, with attachments (WGM-LEHMAN-E 00000868 – WGM-LEHMAN-E 00001147) [Attachment omitted] |
| 329 | September 29, 2008 11:40 pm email from W. Gordon to M. Korycki, *et al.*, re FW: Here is all we have at the moment that makes an effort to describe what Barclays got and didn't get, with attachments (AM002287 – AM002292) |
| 330 | October 1, 2008 7:48 pm email from C. Jones to L. Vecchio, *et al.*, re OCC Treasury Redemption |
| 331 | October 2, 2008 3:14 pm email from D. Boscarino to C. Kiplok re James W, with attachment (HHR_00009084 – HHR_00009085) |
| 332 | October 6, 2008 3:13pm email from C. Tully to D. Fleming, *et al.*, re FW: Lehman – JPM Chase Transactions, with attachment (Dep. Ex. 463B)<br><br>**[CONFIDENTIAL: redacted in part]** |

| BCI Exhibit No. | DESCRIPTION |
| --- | --- |
| 333 | October 21, 2008 8:07am email from G. Romain to P. Clackson, *et al.*, re Balance sheet update, with attachment (Dep. Ex. 538A, BCI-EX-(S)-00109996 - BCI-EX-(S)-00110002) |
| 334 | Email chain including October 21, 2008 4:50 pm email from W. Navin to K. Raisler re $19M Matured Treasuries, with attachments (BCI-EX-(S)-00139346 – BCI-EX-(S)-00139364)<br><br>**[CONFIDENTIAL: redacted in part]** |
| 335 | November 9, 2008 12:04 pm email from J. McDaniel to J. Giddens, *et al.*, re The Options Clearing Corporation—Request for Transfer of Deposited Securities to OCC, with attachment (HHR_00001142 – HHR_00001145) |
| 336 | Email chain including November 12, 2008 12:33 am email from A. Frelinghuysen to J. Vukek-Rao, *et al.*, re RE: LBI Trustee Authorization – Name Change (Brown Brothers) (HHR_00015196 – HHR_00015200) |
| 337 | Email chain including May 13, 2009 10:35am email from J. Stern to R. Gaffey, *et al.*, re Re: Lehman/Barclays |
| 338 | Email chain including May 28, 2009 10:23am email from J. Kobak to J. Hughes, *et al.*, re Rule 408 Settlement Discussions |
| **Volume VIII** | |
| 339 | January 8, 2010 Expert Report of Alan M. Johnson<br><br>**[CONFIDENTIAL: redacted in part]** |
| 340 | January 8, 2010 Expert Report of Anthony Leitner |
| 341 | January 8, 2010 Expert Report of Professor Paul Pfleiderer<br><br>**[CONFIDENTIAL: filed in part under seal]** |
| 342 | January 8, 2010 Expert Report of Anthony Saunders |
| 343 | January 8, 2010 Expert Report of Peter Vinella |
| 344 | January 25, 2010 Declaration of Alan M. Johnson |
| 345 | January 25, 2010 Declaration of Anthony Leitner |
| 346 | January 21, 2010 Declaration of Paul Pfleiderer |
| 347 | January 25, 2010 Declaration of Anthony Saunders |
| 348 | January 27, 2010 Declaration of Peter Vinella |

| BCI Exhibit No. | DESCRIPTION |
|---|---|
| 349 | September 28, 2009 Declaration of Marty Malloy |
| 350 | January 8, 2010 Declaration of Sharon Blake, with exhibits **[CONFIDENTIAL: redacted in part]** |
| 351 | January 8, 2010 Declaration of Eric Clark, with exhibit |
| 352 | January 8, 2010 Declaration of Daniel Dziemian |
| 353 | January 8, 2010 Declaration of Elizabeth James, with exhibits |
| 354 | January 8, 2010 Declaration of Craig Jones, with exhibits |
| 355 | January 20, 2010 Declaration of Archibald Cox |
| 356 | January 22, 2010 Declaration of Paul Exall **[CONFIDENTIAL: redacted in part]** |
| 357 | January 26, 2010 Declaration of Gary Romain |
| 358 | January 26, 2010 Declaration of Alan Kaplan |
| 359 | January 27, 2010 Declaration of James Hraska **[CONFIDENTIAL: filed in part under seal]** |
| 360 | January 27, 2010 Declaration of Eric Felder |
| 361 | January 27, 2010 Declaration of Michael Keegan |
| 362 | January 27, 2010 Declaration of Martin Kelly |
| 363 | January 27, 2010 Declaration of Stephen King |
| 364 | January 27, 2010 Declaration of Victor Lewkow |
| 365 | January 27, 2010 Declaration of Ian Lowitt, with exhibit |
| 366 | January 27, 2010 Declaration of Hugh McGee |
| 367 | January 27, 2010 Declaration of Kenneth Raisler |
| 368 | January 27, 2010 Declaration of Edward Rosen |
| 369 | January 27, 2010 Declaration of Paolo Tonucci |
| 370 | January 28, 2010 Declaration of James Seery, with exhibit |
| 371 | September 17, 2008 5:57 pm email from M. Kelly to J. Walker, *et al.*, with attachments [Attachments omitted] |

| BCI Exhibit No. | DESCRIPTION |
|---|---|
| 372 | September 18, 2008 11:56 pm email from K. Richard to J. Dolan, *et al.*, re FIRM ACCOUNT TRANSITION TO BARCLAYS |
| 373 | September 19, 2008 3:06 pm email from P. Clackson to R. Ricci re FW: Negative goodwill (Dep. Ex. 362A, BCI-EX-00078334) |
| 374 | September 22, 2008 Steven Berkenfeld Employment Agreement (Dep. Ex. 17, BCI-EX-00077288 – BCI-EX-00077290)<br><br>**[CONFIDENTIAL: filed under seal]** |
| 375 | September 26, 2008 4:13 p.m. from A. Frelinghuysen to M. Witkin, et al., re LBI Transfer Instructions / Trustee Authorization, with attachments (HHR_00019133 – HHR_00019135) |
| 376 | March 31, 2009 email from S. Hirshon to E. Kay, *et al.*, re RE: Lehman Brothers – DTC (DTCC 00540 – DTCC 00542) |
| 377 | August 25, 2009 Stipulation and Agreed Order with Respect to Non-Related Contracts Posted for Assumption and Assignment in Connection with Asset Purchase Agreement |
| 378 | December 10, 2009 letter from C. Green to R. Gaffey, *et al.*, re *In re Lehman Brothers Holdings Inc., et al.*, Case No. 08-13555 (JMP) |
| 379 | December 21, 2009 The Trustee's Objections and Responses to Barclays Capital Inc.'s Second Set of Interrogatories |
| 380 | June 23, 2008 Debtor's Reply in Further Support of Its Motion for an Order Pursuant to Fed. R. Bankr. P. 2004, Authorizing Discovery from Barclays Capital, Inc. |