UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>　　　　　　　　　　　　　　　　Debtors. | Chapter 11 Case No.<br>08-13555 (JMP)<br>(Jointly Administered) |
| In re<br><br>LEHMAN BROTHERS INC.,<br><br>　　　　　　　　　　　　　　　　Debtor. | Case No. 08-01420 (JMP) |

APPENDIX TO MEMORANDUM OF BARCLAYS CAPITAL INC. IN OPPOSITION
TO THE RULE 60 MOTIONS AND IN SUPPORT OF MOTION OF BARCLAYS
CAPITAL INC. TO ENFORCE THE SALE ORDER AND SECURE DELIVERY OF ALL
UNDELIVERED ASSETS

# APPENDIX VOLUME II

PORTIONS OF APPENDIX FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER

**BOIES, SCHILLER & FLEXNER LLP**
575 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

*Attorneys for Barclays Capital Inc.*

| BCI Exhibit No. | DESCRIPTION |
|---|---|
| 30 | December 5, 2008 Declaration Of Shari D. Leventhal in Support of Trustee's Motion for Entry of an Order Approving a Settlement Agreement (Dep. Ex. 444) |
| 31 | December 5, 2008 Declaration of Gerard LaRocca in Support of Trustee's Motion for Entry of an Order Approving Settlement |
| 32 | December 5, 2008 Declaration of Jeffrey M. Moore in Support of Trustee's Motion for Entry of an Order Approving Settlement Agreement |
| 33 | December 12, 2008 Answering Brief of Lehman Brothers Holdings Inc., *et al.* in Opposition to Bay Harbour Appeal |
| 34 | December 12, 2008 Brief of Appellee James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc. |
| 35 | December 12, 2008 Appellee Barclays Capital Inc.'s Memorandum of Law in Opposition to Bay Harbour *et al.*'s Appeal |
| 36 | December 14, 2008 Order Pursuant to SIPA Section 78 fff-2(f), 11 U.S.C. Sections 105(a) and 363(b) and Fed. R. Bank. P. 9019(s) Approving the Trustee's Implementation of the LBI Liquidation Order to Complete the Account Transfers for the Benefit of Customers, Including the Related Limited Settlement Agreement Completing the PIM Conversion for the Benefit of Private Investment Management Customers, and Terminating the Account Transfer Process |
| 37 | December 19, 2008 Limited Objection of Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., *et al.* to SIPA Trustee's Motion under 11 U.S.C. §§ 105 and 363 and Fed. R. Bankr. P. 9019(a) For Entry of an Order Approving Settlement Agreement (Dep. Ex. 458B) |
| 38 | December 19, 2008 Declaration of Saul E. Burian in Support of Limited Objection of Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., *et al.* to SIPA Trustee's Motion under 11 U.S.C. §§ 105 and 363 and Fed. R. Bankr. P. 9019(a) For Entry of an Order Approving Settlement Agreement |
| 39 | December 22, 2008 Order Approving Settlement Agreement Between Trustee, Barclays Capital Inc. and JPMorgan Chase Bank, N.A. |
| 40 | February 17, 2009 First Application of Hughes Hubbard & Reed LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from September 13, 2008 Through January 31, 2009, with exhibits |
| 41 | March 13, 2009 Opinion & Order in Bay Harbour Appeal (*In re Lehman Bros. Holdings Inc.*, 415 B.R. 77, 85 (S.D.N.Y. 2009) |

| BCI Exhibit No. | DESCRIPTION |
|---|---|
| 42 | May 29, 2009 Trustee's First Interim Report for the Period September 19, 2008 – May 29, 2009, with exhibits |
| 43 | June 6, 2009 Objection of Barclays Capital Inc. to Debtors' Motion for an Order Under Rule 2004 Authorizing Discovery of Barclays Capital Inc. |
| 44 | June 22, 2009 Declaration of Rajesh Ankalkoti in Support of Debtor's Motion for an Order, Pursuant to Fed. R. Bankr. P. 2004, Authorizing Discovery from Barclays Capital, Inc. |
| 45 | Excerpts from the October 6, 2009 Affidavit of Daniel McIsaac |
| 46 | December 21, 2009 Lehman Brothers Holdings Inc.'s Reponses and Objections to Barclays Capital Inc.'s Second Set of Interrogatories to Lehman Brothers Holdings Inc. |
| 47 | September 16, 2008 Hearing Transcript |
| 48 | September 17, 2008 Hearing Transcript |
| 49 | September 19, 2008 Hearing Transcript |