**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11 Case No.<br>08-13555 (JMP)<br>(Jointly Administered) |
| In re<br><br>LEHMAN BROTHERS INC.,<br><br>Debtor. | Case No. 08-01420 (JMP) |

**APPENDIX TO MEMORANDUM OF BARCLAYS CAPITAL INC. IN OPPOSITION TO THE RULE 60 MOTIONS AND IN SUPPORT OF MOTION OF BARCLAYS CAPITAL INC. TO ENFORCE THE SALE ORDER AND SECURE DELIVERY OF ALL UNDELIVERED ASSETS**

# APPENDIX VOLUME III

**PORTIONS OF APPENDIX FILED UNDER SEAL**
**PURSUANT TO PROTECTIVE ORDER**

**BOIES, SCHILLER & FLEXNER LLP**
575 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

*Attorneys for Barclays Capital Inc.*

| BCI Exhibit No. | DESCRIPTION |
|---|---|
| 50 | December 22, 2008 Hearing Transcript |
| 51 | Excerpts from December 10, 2009 Hearing Transcript |
| 52 | December 11, 2009 Hearing Transcript |
| 53 | Excerpts from December 16, 2009 Hearing Transcript |
| 54 | Transcript of the Deposition of Robert Azerad, August 17, 2009 |
| 55 | Transcript of the Deposition of Steven Berkenfeld, August 6, 2009 **[CONFIDENTIAL: compensation information redacted]** |
| 56 | Transcript of the Deposition of Alastair Blackwell, August 7, 2009 **[CONFIDENTIAL: compensation information redacted]** |
| 57 | Transcript of the Deposition of Alvin Brown, 30(b)(6) Representative of Simpson Thacher & Bartlett LLP, January 8, 2010 |
| 58 | Transcript of the Deposition of Saul Burian, 30(b)(6) Representative of Houlihan Lokey Howard & Zukin Inc., December 17, 2009 |
| 59 | Transcript of the Deposition of Patrick Clackson, September 4, 2009 |
| 60 | Transcript of the Deposition of John Coghlan, August 13, 2009 **[CONFIDENTIAL: compensation information redacted]** |
| 61 | Transcript of the Deposition of Archibald Cox, September 11, 2009 |
| 62 | Transcript of the Deposition of Nancy Denig, August 21, 2009 **[CONFIDENTIAL: compensation information redacted]** |
| 63 | Transcript of the Deposition of Robert Diamond, September 11, 2009 |
| 64 | Transcript of the Deposition of Paul Exall, August 27, 2009 **[CONFIDENTIAL: compensation information redacted]** |
| 65 | Transcript of the Deposition of Eric Felder, July 31, 2009 **[CONFIDENTIAL: compensation information redacted]** |
| 66 | Transcript of the Deposition of Daniel Fleming, August 28, 2009 **[CONFIDENTIAL: compensation information redacted]** |