**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>　　　　　　　　　　　　　　　　　Debtors. | Chapter 11 Case No.<br>08-13555 (JMP)<br>(Jointly Administered) |
| In re<br><br>LEHMAN BROTHERS INC.,<br><br>　　　　　　　　　　　　　　　　　Debtor. | Case No. 08-01420 (JMP) |

**APPENDIX TO MEMORANDUM OF BARCLAYS CAPITAL INC. IN OPPOSITION
TO THE RULE 60 MOTIONS AND IN SUPPORT OF MOTION OF BARCLAYS
CAPITAL INC. TO ENFORCE THE SALE ORDER AND SECURE DELIVERY OF ALL
UNDELIVERED ASSETS**

# APPENDIX VOLUME IV

**PORTIONS OF APPENDIX FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER**

**BOIES, SCHILLER & FLEXNER LLP**
575 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

*Attorneys for Barclays Capital Inc.*

| BCI Exhibit No. | DESCRIPTION |
|---|---|
| 67 | Transcript of the Deposition of James Fogarty, January 15, 2010 |
| 68 | Transcript of the Deposition of James Hraska, August 14, 2009<br>**[CONFIDENTIAL: compensation information redacted]** |
| 69 | Transcript of the Deposition of James Hraska, January 15, 2010 |
| 70 | Transcript of the Deposition of Jonathan Hughes, January 15, 2010 |
| 71 | Transcript of the Deposition of Elizabeth James, January 14, 2010 |
| 72 | Transcript of the Deposition of Marlo Karp, 30(b)(6) Representative of Deloitte & Touche LLP, January 20, 2010 |
| 73 | Transcript of the Deposition of Michael Keegan, August 28, 2009 |
| 74 | Transcript of the Deposition of Andrew Keller, 30(b)(6) Representative of Simpson Thacher & Bartlett, January 8, 2010 |
| 75 | Transcript of the Deposition of Martin Kelly, August 18, 2009<br>**[CONFIDENTIAL: compensation information redacted]** |
| 76 | Transcript of the Deposition of Martin Kelly, November 20, 2009 |
| 77 | Transcript of the Deposition of Stephen King, September 10, 2009 |
| 78 | Transcript of the Deposition of Alex Kirk, August 31, 2009<br>**[CONFIDENTIAL: compensation information redacted]** |
| 79 | Transcript of the Deposition of Michael Klein, September 12, 2009 |
| 80 | Transcript of the Deposition of James Kobak, 30(b)(6) Representative of the SIPC Trustee and Hughes Hubbard & Reed LLP, December 7, 2009 |
| 81 | Transcript of the Deposition of Philip Kruse, 30(b)(6) Representative of Alvarez & Marsal, December 17, 2010 |
| 82 | Transcript of the Deposition of Gerard LaRocca, August 19, 2008 |
| 83 | Transcript of the Deposition of Ian Lowitt, August 20, 2009<br>**[CONFIDENTIAL: compensation information redacted]** |