UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11 Case No.<br>08-13555 (JMP)<br>(Jointly Administered) |
| In re<br><br>LEHMAN BROTHERS INC.,<br><br>Debtor. | Case No. 08-01420 (JMP) |

**APPENDIX TO MEMORANDUM OF BARCLAYS CAPITAL INC. IN OPPOSITION TO THE RULE 60 MOTIONS AND IN SUPPORT OF MOTION OF BARCLAYS CAPITAL INC. TO ENFORCE THE SALE ORDER AND SECURE DELIVERY OF ALL UNDELIVERED ASSETS**

# APPENDIX VOLUME V

PORTIONS OF APPENDIX FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER

**BOIES, SCHILLER & FLEXNER LLP**
575 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

*Attorneys for Barclays Capital Inc.*

| BCI Exhibit No. | DESCRIPTION |
|---|---|
| 84 | Transcript of the Deposition of Bryan Marsal, December 22, 2009 |
| 85 | Transcript of the Deposition of Bart McDade, September 2, 2009 <br> **[CONFIDENTIAL: compensation information redacted]** |
| 86 | Transcript of the Deposition of Hugh McGee, August 10, 2009 <br> **[CONFIDENTIAL: compensation information redacted]** |
| 87 | Transcript of the Deposition of Harvey Miller, 30(b)(6) Representative of Weil Gotshal & Manges LLP, January 7, 2010 |
| 88 | Transcript of the Deposition of Dennis O'Donnell, 30(b)(6) Representative of Milbank Tweed Hadley & McCloy LLP, January 6, 2010 |
| 89 | Transcript of the Deposition of David Petrie, August 27, 2008 |
| 90 | Transcript of the Deposition of Noel Purcell, 30(b)(6) Representative of the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., January 13, 2010 |
| 91 | Transcript of the Deposition of Rich Ricci, September 8, 2009 |
| 92 | Transcript of the Deposition of Barry Ridings, 30(b)(6) Representative of Lazard Ltd., January 15, 2010 |
| 93 | Transcript of the Deposition of John Rodefeld, August 27, 2009 |
| 94 | Transcript of the Deposition of Gary Romain, September 10, 2009 |
| 95 | Transcript of the Deposition of Gary Romain, January 13, 2010 |
| 96 | Transcript of the Deposition of James Seery, September 3, 2009 <br> **[CONFIDENTIAL: compensation information redacted]** |
| 97 | Transcript of the Deposition of Mark Shapiro, August 7, 2009 <br> **[CONFIDENTIAL: compensation information redacted]** |
| 98 | Transcript of the Deposition of Paolo Tonucci, August 14, 2009 <br> **[CONFIDENTIAL: compensation information redacted]** |
| 99 | Transcript of the Deposition of John Varley, September 3, 2009 |
| 100 | Transcript of the Deposition of John Varley, September 11, 2009 |
| 101 | Transcript of the Deposition of Jasen Yang, September 4, 2009 |

| BCI Exhibit No. | DESCRIPTION |
|---|---|
| 102 | June 12, 2008 SEC Form 3 of Herbert McDade III |
| 103 | Draft Minutes of the September 16, 2008 Meeting of the Board of Directors of Lehman Brothers Holdings Inc. and Lehman Brothers Inc. (Dep. Ex. 466A, LBHI 017761 – LBHI 017764) |
| 104 | Minutes of the September 16, 2008 Meeting of the Board of Directors of Lehman Brothers Holdings Inc. and Lehman Brothers Inc. (Dep. Ex. 489) |
| 105 | September 16, 2008 Project Long Island Board Discussion Materials (Dep. Ex. 391A, BCI-EX-00166522 – BCI-EX-00166536) |
| 106 | September 16, 2008 11:18 am Financial Schedule (Dep. Ex. 19) |
| 107 | September 16, 2008 Financial Schedules with Handwritten Notes (Dep. Ex. 417B, BCI-EX-00115898 – BCI-EX-00115900) |
| 108 | September 17, 2008 Draft Speaking Notes (BCI-EX-00166333 – BCI-EX-00166339) |
| 109 | September 17, 2008 Announcement |
| 110 | September 17, 2008 Investor Teleconference Transcript (Dep. Ex. 343A) |
| 111 | Kevin McCoy, *Barclays Will Buy Lehman Units, Save up to 10,000 Jobs*, USA Today, September 17, 2008 |
| 112 | Thomson StreetEvents, "Final Transcript: BCS-Barclays Plc Announces Agreement to Acquire Lehman Brothers," September 17, 2008 |
| 113 | Leigh Goodwin and Pawel Uszko, Fox-Pitt Kelton Cochran Caronia Waller, "Barclays: Company Update: A Lucky Deal," September 18, 2008 |
| 114 | Asheefa Sarangi and Patrick Lee, Societe Generale Cross Asset Research, "Barclays: Bargain Basement Deal Transforms Barclays' Earnings Profile," September 18, 2008 |
| 115 | Christine Seib and Patrick Hosking, *Barclays' Deal Gives Hope to UK Staff of Lehman Brothers*, Times Online, September 18, 2008 |
| 116 | September 18, 2008 Payment Details ($3,999,999,999.00) (BCI-EX-00175998 – BCI-EX-00176002) |
| 117 | September 18, 2008 Payment Details ($5,000,000,000.00) (BCI-EX-00175973 – BCI-EX-00175977) |
| 118 | September 18, 2008 Payment Details ($9,000,000,000.00) (BCI-EX-00175978 – BCI-EX-00175982) |

| BCI Exhibit No. | DESCRIPTION |
|---|---|
| 119 | September 18, 2008 Payment Details ($9,000,000,001.00) (BCI-EX-00175983 – BCI-EX-00175987) |
| 120 | September 18, 2008 Payment Details ($9,000,000,002.00) (BCI-EX-00175988 – BCI-EX-00175992) |
| 121 | September 18, 2008 Payment Details ($9,000,000,003.00) (BCI-EX-00175993 – BCI-EX-00175997) |
| 122 | September 18, 2008 Ian Lowitt Employment Agreement (Dep. Ex. 216, BCI-EX-00077335 – BCI-EX-00077337) <br> **[CONFIDENTIAL: filed under seal]** |
| 123 | September 19, 2008 4:21 am Financial Schedule (Dep. Ex. 290B, BCI-EX-00077542 – BCI-EX-00077543 |
| 124 | September 19, 2008 9:00 pm Summary of Lehman Call with Jim Seery (Dep. Ex. 468B, HLHZ0028090 – HLHZ0028091) |
| 125 | September 22, 2008 Paolo Tonucci Employment Agreement (Dep. Ex. 138A, BCI-EX-00077360 – BCI-EX-00077362) <br> **[CONFIDENTIAL: filed under seal]** |
| 126 | September 24, 2008 Gerald Donini Employment Agreement (BCI-EX-00077302 – BCI-EX-00077304) <br> **[CONFIDENTIAL: filed under seal]** |
| 127 | September 25, 2008 Mark Shapiro Employment Agreement (Dep. Ex. 55A, BCI-EX-00077347 – BCI-EX-00077349) <br> **[CONFIDENTIAL: filed under seal]** |
| 128 | October 2, 2008 Alastair Blackwell Employment Agreement (Dep. Ex. 55B, BCI-EX-00077291 – BCI-EX-00077293) <br> **[CONFIDENTIAL: filed under seal]** |
| 129 | October 6, 2008 Hugh McGee III Employment Agreement (Dep. Ex. 103, BCI-EX-00077338 – BCI-EX-00077340) <br> **[CONFIDENTIAL: filed under seal]** |
| 130 | Michael Klein Handwritten Chart (Dep. Ex. 338B) |