# BCI EXHIBIT

# 102

SEC Form 3

**FORM 3**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**INITIAL STATEMENT OF BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0104 |
| Expires: | February 28, 2011 |
| Estimated average burden hours per response | 0.5 |

| 1. Name and Address of Reporting Person* <br><br> McDade Herbert III <br><br> (Last)    (First)    (Middle) <br> LEHMAN BROTHERS <br> 745 SEVENTH AVENUE <br><br> (Street) <br> NEW YORK    NY    10019 <br><br> (City)    (State)    (Zip) | 2. Date of Event Requiring Statement (Month/Day/Year) <br> 06/12/2008 | 3. Issuer Name and Ticker or Trading Symbol <br> LEHMAN BROTHERS HOLDINGS INC [ LEH ] | | |
|---|---|---|---|---|
| | | 4. Relationship of Reporting Person(s) to Issuer (Check all applicable) <br><br> ___ Director    ___ 10% Owner <br> X Officer (give title below)    ___ Other (specify below) <br><br> President and COO | 5. If Amendment, Date of Original Filed (Month/Day/Year) <br><br> 6. Individual or Joint/Group Filing (Check Applicable Line) <br> X Form filed by One Reporting Person <br> ___ Form filed by More than One Reporting Person | |

**Table I - Non-Derivative Securities Beneficially Owned**

| 1. Title of Security (Instr. 4) | 2. Amount of Securities Beneficially Owned (Instr. 4) | 3. Ownership Form: Direct (D) or Indirect (I) (Instr. 5) | 4. Nature of Indirect Beneficial Ownership (Instr. 5) |
|---|---|---|---|
| | | | |

**Table II - Derivative Securities Beneficially Owned**
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 4) | 2. Date Exercisable and Expiration Date (Month/Day/Year) | | 3. Title and Amount of Securities Underlying Derivative Security (Instr. 4) | | 4. Conversion or Exercise Price of Derivative Security | 5. Ownership Form: Direct (D) or Indirect (I) (Instr. 5) | 6. Nature of Indirect Beneficial Ownership (Instr. 5) |
|---|---|---|---|---|---|---|---|
| | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | |
| 2001 Performance Stock Units | (1) | (1) | Common Stock | 30,573.81 (2) | 0 | D | |
| 2002 Performance Stock Units | (1) | (1) | Common Stock | 20,957 (2) | 0 | D | |
| 2003 Performance Stock Units | (1) | (1) | Common Stock | 31,553.83 (2) | 0 | D | |
| 2003 Restricted Stock Units | (3) | (3) | Common Stock | 237,310.87 (2) | 0 | D | |
| 2004 Restricted Stock Units | (4) | (4) | Common Stock | 228,160.5 (2) | 0 | D | |
| 2005 Restricted Stock Units | (5) | (5) | Common Stock | 144,583.09 (2) | 0 | D | |
| 2006 Restricted Stock Units | (6) | (6) | Common | 235,706.57 | 0 | D | |

| | | | | Stock | (2) | | |
|---|---|---|---|---|---|---|---|
| 2007 Restricted Stock Units | (7) | (7) | Common Stock | 408,324.37 (2) | 0 | D |
| December 2005 Options | (8) | 12/08/2010 | Common Stock | 400,000 | 63.825 | D |
| July 2002 Options | 07/23/2007 | 07/22/2012 | Common Stock | 1,000,000 | 25.305 | D |
| Performance-Based Restricted Stock Units | (9) | (9) | Common Stock | 28,284.79 (2) | 0 | D |

**Explanation of Responses:**

1. The 2001 Performance Stock Units, 2002 Performance Stock Units and 2003 Performance Stock Units convert to Common Stock on November 30, 2008, provided that the recipient does not engage in competitive or detrimental activity following voluntary termination or detrimental activity following involuntary termination.

2. Total includes additional amounts received to date pursuant to dividend reinvestment.

3. The 2003 Restricted Stock Units convert to Common Stock on November 30, 2008, provided that the recipient does not engage in competitive or detrimental activity following voluntary termination or detrimental activity following involuntary termination.

4. The 2004 Restricted Stock Units convert to Common Stock on November 30, 2009, provided that the recipient does not engage in competitive or detrimental activity following voluntary termination or detrimental activity following involuntary termination.

5. The 2005 Restricted Stock Units convert to Common Stock on November 30, 2010, provided that the recipient does not engage in competitive or detrimental activity following voluntary termination or detrimental activity following involuntary termination.

6. The 2006 Restricted Stock Units convert to Common Stock on November 30, 2011, provided that the recipient does not engage in competitive or detrimental activity following voluntary termination or detrimental activity following involuntary termination.

7. 20% of the 2007 Restricted Stock Units vest on November 30, 2008, 20% vest on November 30, 2009 and 60% vest on November 30, 2010; all such RSUs convert to Common Stock on November 30, 2012.

8. Exercisable as of June 9, 2010, provided that commencing November 30, 2007 the options become exercisable any time the market price of the Issuer's Common Stock equals or exceeds a certain threshold.

9. Performance-Based Restricted Stock Units vest and convert to Common Stock on November 30, 2011, subject to accelerated vesting and issuance if and when target stock prices are achieved, but no earlier than one-third of the award on November 30 in each of 2009, 2010 and 2011.

| | |
|---|---|
| Jeffrey A. Welikson, Attorney-in-fact | 06/23/2008 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\* If the form is filed by more than one reporting person, see Instruction 5 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

# BCI EXHIBIT

# 103



# LEHMAN BROTHERS HOLDINGS INC.

### Minutes of the Board of Directors
### September 16, 2008

A meeting of the Board of Directors of Lehman Brothers Holdings Inc. (the "Corporation" or collectively with its subsidiaries, the "Firm") was held telephonically at 6 a.m. on September 16, 2008, pursuant to written notice.

TAR reviews the pieces  *is that it*

Reason for Board meeting of LBI and LBHI involves both companies

— Transaction for approval
— A&M for LBHI
— Update on other transaction-financing facility

There are still a few details that need to be done, but would like to announce before the opening. Tom Roberts says Lazard is here and there will be a resolution to retain Lazard for LBHI

*Tom Roberts*

*(p 2)*

1) Barclays will purchase building for approximately $1B to close within next week. Benefit for creditors. DIP financing for $500m – probably starting today to LBHI 1/2 revolver, 1/2 term

3) B/D – most assets will be transferred to Barclays along with approximately 10,000 employees. Saved the franchise and saved many jobs.  *assets*

Board asks about building proceeds (go to holding company). Expect Court approval hearing on Friday or next Monday. (Judge Peck has been assigned.) Board asks about employees to be retained at LBHI ~~substantively all employees of US B/D excludes~~ certain commercial R/E managers and other managers of LBHI ~~employees~~. Also Aurora and a couple of support groups that remain at LBHI.

Board asked about IMD – not in this transaction – that is a separate transaction. Board asks about how building price was determined - internal evaluation plus retained Cushman and expect their oral appraisal this morning. Board asks about DIP financing (secured by shares of NB – DIP will become due upon sale of NB). Also selling 2 data centers at appraised value (book is $450MM and they are owned by Holdings).

Mark Shafir describes asset transfer:   (b/s?) of $70B of assets and $70B of total
liabilities; plus building plus goodwill of $250 million.  A portion of Resis stay with us in
LBI ($3.5B plus some cash).   *(includes)*

Roberts resumes – Employment Agreement for 8 people are a condition to deal.
Agreements with Barclays – McGee, so interested parties involved in negotiations – then
Bart was asked – he was told by Barclays that his agreement was a condition precedent.
STB and Weil told Barclays no more discussions with Bart until all terms of Lehman deal
was completed – so we don't know how Bart/Barclays discussion will turn out.  They
will meet after this meeting.  Trying to preserve Bart's independence.

Mike Lubowitz – speaks to deal terms – most significant contract terms – going in Court
later today to get the process underway – closing must occur within 8 days by its terms –
et is quite tight – no MAE – no bring down of reps and warranties.  One significant
*Contract* condition – a percentage of top 200 or so *who* must indicate they will continue to work
past closing.  Percentage still open.  They have requested 75%.  Bart says we expect to be
able to make the 75% but we are trying to break it down to create more certainty.  Assets
will include Lehman Brothers name, and will license it back to rest of group, including
the Asset Management Group.  Very little else that will allow Barclays to walk.  Ability
*(for us)* to consider other bids – asked for 3% break-up fee (judge may have a problem with that).

Board asks about Lehman UK and Asia – They want it, but we are trying to figure out a
way to include those employees since some of those entities are in administration.

STB – benefits Alvin Brown from STB – We have proposed post-closing covenants to
protect benefits – but only commitment is that severance levels in place currently would
remain in place for balance of calendar year.  Excludes any liability for pension plans,
benefits plans, etc.  Defined benefit plan – termination or partial termination – its fully
funded or close to fully funded.  401k – similarly – partial term and accounts would vest,
non-qualified deferred comp. programs – remain unsecured obligations of LBHI.
SERP liability is approximately 70M.  Deferred comp; equity plans –are non-qualified.
Provision currently which we are trying to get eliminated that Barclays confidentiality
agreement goes away if the agreement terminates.  Draft employment letters for 8 senior
people – letter provides for at will employment for a period of time – salary and
guaranteed cash bonus and retention award – but these are just their opening proposal –
point is that there is some conflict on behalf of some people in the negotiation.

Board asks which other companies and employees remain behind / what happens to
them.  Mutual support agreement – over course of next week, they will be identifying the
Holdings support function that are critical to LBI and therefore will be making offers to
many LBHI employees.  Laurie Fife describes employees who will pre-transaction, be
moved from LBHI to LBI.  Approximately 2,000 employees will be moved to LBI this
morning.

Timeline for today:  whole transaction is subject to Court approval.  Anyone can come in
and offer more.  Sign this morning – then public announcement – then request Court

2

LBHI 017762

*[handwritten: O/D]*

*[handwritten, circled: approval of]*

approval today of break-up fee and set a hearing for the sale of _____ ?. Asking for hearing this week (which is not likely) and seek interim authority for DIP financing. That should get heard and approved this afternoon. Tonight organizational meeting with US trustee (creditors' committee should be appointed) – will brief creditors Committee on transaction tomorrow. We need to put LBI in SIPC proceeding for a very short period of time so the LBI assets are cleansed for the Buyer. Get clearance so we can simultaneously sell the assets of LBHI and LBI.

*[handwritten, circled: V]*

Board asks about break-up fee and what it applies to – Lazard bankruptcy expert – Barry White (VC of Lazard). Standard in 363 sales – highest and best price and greater than liquidation value. Thinks these are tests we can meet – but not a slam dunk because cherry-picking some of the assets. Will be a close call for the judge. Chances of a topping bid are very, very remote given that assets are wasting. He will testify at the hearing in support of approval of the sale of assets.

*[handwritten margin note: pls. check if its white or wright]*

*[handwritten: 9 / c]*

TAR: Asks for any comments; Board summarizes the consideration - $1B to LBHI for building; $250MM to LBI for naming; $450MM for data centers to LBHI for data centers. Since LBHI continues to own LBI – money will eventually accrue to the benefit of Holdings. For B/D operations – it's a wash – they are assuming liabilities basically equivalent to the assets of the B/D. For B/D Board, if we do not do this sale.

*[handwritten, circled: +]*

$70B of assets at LBI; $64B of liabilities, so paying the B/D 94% of assets. Plus assuming some employees' accounts. Ian says we can't fund the B/D today without this deal based on how funding (when?) yesterday. If we don't do this deal today, the B/D would have to declare bankruptcy tonight at which point all employees will leave and there will be nothing left.

*[handwritten, circled: went]*

TAR: Asks for any remaining questions and then asks for approval of the sale of certain assets since it requires both Boards.

Board asks about sale and lease-back of the Lehman Name.

Board asks about Barclays ability to solicit our employees if deal does not go forward. Plus 200 or so will have already been signed up (equivalent to a poison pill).

*[handwritten: to the]*

TAR asks for motion to approve this sale in principal with delegated authority to appropriate officers to negotiate final terms with authority of Executive Committee of Board to make final approval.

Board asks if Levander has any objections. He asks about the acceptability of the break-up fee.

TAR asks to release Bart and Skip to finalize the transaction. Board asks if transaction is subject to Barclays' Board or S/H approval (Board only and they are meeting now). Other matters in 8: Felder, Donini, Lowitt, Gelband, Yee

*[handwritten, circled: L]*

*[handwritten, circled: executive committee members]*

3

LBHI 017763

Roberts: resolution – B/D – approval of agreement with Barclays – execution of transaction and/taking of all appropriate actions in connection with outline today, including SIPC.

- LBHI – retention of Lazard on terms to be negotiated by Executive Committee – approval of agreement including / motions unanimously approved .

Shafir gave an update on IMD – 2 parties Hellman and Freidman and Bain Capital consortium – to purchase the entire business (100% of entire business). Negotiations have commenced and final due diligence P/E will probably be left behind. IMD is deteriorating, given the current situation. Shafir and ~~Barry~~ leave.

Holdings Issues:

- retention of Alvarez ~~and~~ Marsal. Laurie – It's very common in Chapter 11 cases to hire Chief Restructuring Officers (Brian Marsal) and to prepare restructuring plans, budgets, etc. Leaves employees to operate business and CRO will deal with the bankruptcy case. Interviewed yesterday by TAR and have worked with WGM in past. TAR asks for any questions and then a motion they be hired as restructuring advisor and Marsal to be hired as CRO. Board asks about compensation (hourly basis comparable to a law firm). Board asks about timeframe (not expected to be in Chapter 11 for a couple of years). Board asks about likelihood of there being residual value in LBHI. Very unlikely but don't know for sure. Levander asks Laurie to speak about A&M – standing, conflicts, alternatives. Laurie – they are 1 of the 2 leading firms in this area – very highly regarded, - very experienced. WGM recommends them very highly. Must be approved by Bankruptcy Court (who will require that they be free of conflicts). Levander speaks highly of them as well, but wanted a thorough discussion for the Board. Board asks about remaining employees – Lehman severance plan will apply.

TAR: two motions – hiring of Firm as Restructuring Advisor, hiring of Marsal as CRO.

**unanimously approved**

TAR goes through timeline for this morning.

4

LBHI 017764

# BCI EXHIBIT

# 104



# A. 39

# LEHMAN BROTHERS HOLDINGS INC.

### Minutes of the Board of Directors
### September 16, 2008

A meeting of the Board of Directors of Lehman Brothers Holdings Inc. (the "Corporation" or collectively with its subsidiaries, the "Firm") was held jointly with a meeting of the Board of Directors of Lehman Brothers Inc. ("LBI") telephonically at 6 a.m. on September 16, 2008, pursuant to written notice.

## PRESENT – LBHI BOARD MEMBERS

Mr. Michael L. Ainslie
Mr. John F. Akers
Mr. Roger S. Berlind
Mr. Thomas H. Cruikshank (also a LBI Board Member)
Ms. Marsha Johnson Evans
Mr. Richard S. Fuld, Jr. (also a LBI Board Member)
Sir Christopher Gent
Mr. Jerry A. Grundhofer
Mr. Roland A. Hernandez
Mr. Henry Kaufman
Mr. John D. Macomber

## PRESENT – OTHER LBI BOARD MEMBERS

Mr. Howard L. Clark, Jr.
Mr. Frederick Frank

## ALSO PRESENT BY INVITATION

Mr. Ian T. Lowitt
Mr. Herbert H. McDade III
Mr. Hugh E. McGee III
Mr. Thomas A. Russo
Mr. Mark Shafir
Mr. Jeffrey A. Welikson
Mr. Andrew J. Levander (Dechert)
Ms. Lori Fife (Weil Gotshal & Manges)
Mr. Michael Lubowitz (Weil Gotshal & Manges)
Mr. Thomas Roberts (Weil Gotshal & Manges)
Mr. Alvin Brown (Simpson Thacher & Bartlett)
Mr. John Finley (Simpson Thacher & Bartlett)
Mr. Andrew Keller (Simpson Thacher & Bartlett)
Mr. Barry W. Ridings (Lazard)

Mr. Russo introduced the meeting, stating that the Board of Directors of each of the Corporation and LBI is present because the matters to be considered involve both companies. Mr. Russo reported that the agenda items for the meeting are an asset sale transaction for consideration by both companies, the retention of Alvarez & Marsal for consideration by the Corporation, and a debtor-in-possession financing facility for the Corporation. Mr. Russo reported that there are still a few details to be resolved on the sale transaction, but the Firm is hoping to be in a position to announce the transaction before the U.S. markets open. He introduced Mr. Roberts of Weil, Gotshal & Manges to present the transaction.

## APPROVAL OF THE SALE OF CERTAIN ASSETS AND OF DEBTOR-IN-POSSESSION FINANCING

Mr. Roberts stated that Mr. Barry Ridings of Lazard is present at the meeting, and that the Board of Directors of the Corporation will be asked to consider the retention of Lazard by the Corporation. Mr. Roberts presented the proposed transaction with Barclays, as consisting of (1) the sale to Barclays of 745 Seventh Avenue and related data centers for approximately $1.45 billion, to close within the next week, (2) debtor-in-possession ("DIP") financing from Barclays of $500 million for the Corporation, half in the form of a term facility and half in the form of a revolving facility, which would probably start that day, and (3) the transfer of most assets of the U.S. broker dealer, along with approximately 10,000 employees, to Barclays. Mr. Roberts stated that this transaction would benefit the creditors of the Corporation and also save the franchise and many jobs.

The Directors asked which entity will receive the proceeds from the sale of 745 Seventh Avenue and are advised it is the Corporation indirectly through its subsidiary which owns that real estate. The Directors asked about the timeline and are advised that the Bankruptcy Court hearing to approve the transaction is expected to be held on Friday or Monday. The Directors asked about employees to be retained at the Corporation and are advised it will be certain commercial real estate managers and managers of other assets retained by the Corporation, as well as the employees of Aurora and certain support groups at the Corporation.

The Directors asked about the sale of the Investment Management Division ("IMD"), and are advised that it is not included in this transaction. The Directors asked how the sale price for 745 Seventh Avenue was determined, and are advised it was an internal evaluation but that the Corporation retained Cushman & Wakefield and is expecting its oral appraisal that morning. The Directors asked about the DIP financing, and are advised that it will be secured by shares of Neuberger Berman and will become due upon the sale of Neuberger Berman. The Directors are also advised that the transaction involves the sale of two data centers at appraised value, and that the two data centers have an aggregate book value of $450 million and are owned by the Corporation.

2

Mr. Shafir continued the description of the transaction, describing the assets and liabilities to be transferred to Barclays and stating that there would be an additional purchase price component of $250 million for goodwill.

Mr. Roberts resumed by describing that it is a condition to the transaction that eight specific Firm employees enter into employment agreements with Barclays. He stated that Mr. McGee was one of those employees, so interested Firm employees were involved in the transaction negotiations on behalf of the Firm. Mr. Roberts reported that Mr. McDade was subsequently advised by Barclays that his agreement to continued employment was a condition precedent to the transaction. Mr. Roberts reported that both Weil, Gotshal & Manges and Simpson Thacher & Bartlett then told Barclays there were to be no more discussions concerning Mr. McDade's employment until all terms of the Firm transaction were completed. Mr. Roberts reported that the discussions regarding Mr. McDade's employment were suspended to protect Mr. McDade's independence.

Mr. Lubowitz of Weil, Gotshal & Manges reported on the most significant contract terms for the proposed sale of assets. He described that the contract provides that closing must occur within eight days of signing, and that Weil, Gotshal & Manges expected to go into Bankruptcy Court later that day to get the Bankruptcy Court approval process underway. Mr. Lubowitz reported that the contract is quite tight in terms of Barclays' obligation to close. He stated that there is no MAE ("material adverse effect") clause, and there is no bringdown of the representations and warranties. He described that one significant condition of the proposed sale is that a minimum percentage of the Firm's top 200 employees must indicate that they will stay at Barclays post-closing. Mr. Lubowitz reported that Barclays has requested that such percentage be 75%, but that the percentage is still open. Mr. McDade stated that the Firm expects to be able to satisfy a 75% test but is trying to reduce the percentage to create more certainty. Mr. Lubowitz described that the assets being sold include the Lehman Brothers name, but that the name will be licensed back to the rest of the Firm, including the Asset Management Group. Mr. Lubowitz described that the contract allows the Corporation to consider other bids, but provides for a 3% break-up fee. The Directors asked about the break-up fee and about the status of the Firm's operations in the United Kingdom and Asia.

Mr. Brown of Simpson Thacher & Bartlett reported on the employee benefits aspects of the proposed sale of assets. He reported that the Firm proposed post-closing covenants to protect employee benefits, but that the only commitment Barclays would make is to keep current severance levels in place for the balance of the calendar year. Mr. Brown reported that Barclays would not assume any liability for the Firm's pension or benefit plans. He described the status of the Firm's pension plans, deferred compensation plans, and 401(k) plan. Mr. Brown reported that the Firm is attempting to eliminate a contract provision which provides that Barclays' confidentiality obligation terminates if the agreement terminates. Mr. Brown described the draft employment letters for eight specific Firm employees which are a condition to the deal. He described that the draft employment letters provide for at-will employment for a period of time, with salary and guaranteed cash bonus and a retention award.

3

The Directors asked about the Firm subsidiaries and employees which will remain with the Corporation. Ms. Fife described that approximately two thousand employees will be moved from the Corporation to LBI that morning in advance of the transaction with Barclays.

The Directors are briefed on the timeline for the day and on the fact that the Barclays transaction is subject to Bankruptcy Court approval, and that another party can make a topping bid. The Directors are advised that the plan is to sign the Barclays transaction that morning, then make a public announcement of the transaction, and then request Bankruptcy Court approval that day of the break-up fee and interim authority for the DIP financing. The Directors are advised that those matters should get heard and approved by the Bankruptcy Court that afternoon. The Directors are also advised that the Corporation will ask the Bankruptcy Court that day to set a hearing for approval of the sale, that there will be an organizational meeting with the U.S. Trustee that evening and that a creditors' committee should be appointed then. The Directors are advised that the creditors' committee will be briefed on the transaction the next day. The Directors are advised that it will be necessary to put LBI in a Securities Investor Protection Corporation ("SIPC") proceeding for a very short period of time to facilitate the sale of LBI assets to Barclays.

Mr. Ridings of Lazard advised the Directors that the applicable standards for this sale (under Section 363 of the Bankruptcy Code) are to obtain the highest and best price and a price greater than liquidation value. He advised the Directors that he believes these tests can be met, but that it will be a close decision for the Bankruptcy Court judge. He advised that the chances of a topping bid are very remote since the business is deteriorating. He advised that he will testify at the Bankruptcy Court hearing in support of approval of the proposed transaction with Barclays.

Mr. Russo asked for any questions or comments. The Directors summarized the consideration as follows: approximately $1 billion to the Corporation for 745 Seventh Avenue, $250 million to LBI for the Lehman Brothers name, and approximately $450 million to the Corporation for the data centers. For LBI, the transaction was described as a wash – with Barclays assuming liabilities, including employee liabilities and contract cure amounts, basically equivalent to the assets.

Mr. Lowitt advised that he believes that LBI would not be able to fund itself that day without this deal, based on how funding went yesterday. Mr. Lowitt stated that if the Firm does not do this deal that day, LBI would have to declare bankruptcy.

The Directors asked questions about the sale and license-back of the Lehman Brothers name, Barclays' ability to solicit Firm employees if the deal does not go forward, and the fact that Barclays will have already signed up approximately 200 of the Firm's employees. The Directors asked if Mr. Levander has any objections. Mr. Levander advised bankruptcy counsel about the acceptability of the break-up fee. Mr. Russo asked to release Messrs. McDade and McGee from the meeting to finalize the transaction. Messrs. McDade and McGee then left the meeting. The Directors asked if

4

the transaction is subject to approval by Barclays' board of directors or shareholders, and are advised that Barclays only requires board approval and that its board is meeting now. The Directors asked about the other members of the Firm's management executive committee who are included among the eight employees whose agreement to continue employment is a condition to the deal, and they are advised that Messrs. Felder, Donini, Lowitt, Gelband, and Lee are included.

Mr. Russo asked for a motion to approve this transaction in principle with authority delegated to appropriate officers to negotiate final terms and report back to the Executive Committee of the Board of Directors of the Corporation for final approval of the transaction.

Mr. Roberts summarized the Board approvals being requested as follows: the approval of the transaction with Barclays, the execution of documents and the taking of actions in connection with the outline presented that day, and the retention of Lazard on terms to be negotiated by management. After discussion, upon motion duly made and seconded, it was unanimously resolved

### Authorization of DIP Facility

WHEREAS, it is proposed that Lehman Brothers Holdings Inc. ("LBHI") enter into (i) a Debtor-in-Possession Credit Agreement for up to $500 million, to be dated on or about the date hereof (the "DIP Facility"), by and between, LBHI and Barclays Bank PLC (the "Agent"), (ii) a Pledge Agreement, to be dated on or about the date hereof (the "Pledge Agreement"), relating to LBHI's equity interest in the business of Neuberger & Berman by and between LBHI and the Agent, and (iii) all other documents, instruments and certificates required or appropriate in connection with execution, delivery or performance of such agreements (the items referred to in the foregoing clauses (i) - (iii) being individually a "Loan Document" and collectively, the "Loan Documents"), substantially on the material terms described to the Board of Directors by its legal counsel, Weil, Gotshal & Manges LLP ("Weil"), including a final maturity of the earlier of six months and the closing of the sale of the investment management division; now, therefore, be it

RESOLVED that (i) the execution, delivery and performance of the Loan Documents, substantially on the material terms described to the Board of Directors by Weil, on the date hereof, to provide debtor-in-possession financing in such aggregate principal amounts as so described, are authorized and approved in every respect, (ii) each transaction effected or to be effected pursuant to the terms and provisions of each of the Loan Documents is authorized and approved in every respect as being in the best interest of LBHI, and (iii) LBHI shall enter into each of the Loan Documents and consummate the transactions contemplated thereby; and further

5

**RESOLVED** that each of the Chief Executive Officer, the Chief Financial Officer, the Chief Restructuring Officer, the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary, any Assistant Secretary and any other person designated and so authorized to act (each, an "Authorized Officer") of LBHI is, individually authorized, empowered and directed, in the name and on behalf of LBHI to perform such acts and deeds and to negotiate, prepare, execute and deliver the Loan Documents substantially in accordance with the material terms described to the Board of Directors by its legal counsel, Weil, on the date hereof, with such changes, additions and modifications thereto as such Authorized Officer shall deem necessary or appropriate, the authority therefore to be conclusively evidenced by such Authorized Officer's execution and delivery thereof; and further

**RESOLVED** that each Authorized Officer of LBHI is individually authorized, empowered and directed to take such additional action from time to time and execute, certify, deliver, file and record with the appropriate judicial, public and governmental authorities or any other persons or entities from time to time such additional documents, instruments and agreements, including, without limitation, Uniform Commercial Code financing statements, intellectual property recordations, and any amendment, extension, waiver or consent in connection with the Loan Documents, as any such Authorized Officer may deem appropriate or desirable to implement the provisions and carry out the purposes of the foregoing resolutions and the Loan Documents authorized and approved thereby, the execution, certification, delivery, filing and recording of such agreements, documents and instruments and the taking of such action to be the conclusive evidence of the authority therefor granted.

<u>Authorization of Asset Purchase Agreement</u>

**WHEREAS**, it is proposed that Lehman Brothers Inc. ("LBI") sell substantially all of the assets comprising its U.S. and Canadian investment banking and capital markets businesses, including the fixed income and equities cash trading, brokerage, dealing, trading and advisory businesses, investment banking operations and LBI's business as a futures commission merchant, and that LBHI sell its assets primarily related to the conduct of such businesses and cause its appropriate subsidiaries to sell the headquarters building of LBHI and LBI at 745 Seventh Avenue and other real estate assets related to such businesses, pursuant to an Asset Purchase Agreement, to be dated on or about the date hereof (the "Asset Purchase Agreement") by and among Barclays Capital Inc. ("BarCap"), LBHI, LBI and LB 745 LLC; now, therefore, be it

RESOLVED that (i) the execution, delivery and performance of the Asset Purchase Agreement, substantially on the material terms described to the Board of Directors by its legal counsel, Weil and Simpson, Thacher & Bartlett LLP ("Simpson" and together with Weil, "Counsel"), on the date hereof, to sell the assets described above is authorized and approved in every respect, (ii) each transaction effected or to be effected pursuant to the terms and provisions of the Asset Purchase Agreement is authorized and approved in every respect as being in the best interest of LBHI, and (iii) LBHI shall enter the Asset Purchase Agreement and consummate the transactions contemplated thereby; and further

RESOLVED that each Authorized Officer of LBHI is, individually, authorized, empowered and directed, in the name and on behalf of LBHI, to perform such acts and deeds and to negotiate, prepare, execute and deliver the Asset Purchase Agreement substantially in accordance with the material terms described to the Board of Directors by Counsel, on the date hereof, with such changes, additions and modifications thereto as such Authorized Officer shall deem necessary or appropriate, the authority therefore to be conclusively evidenced by such Authorized Officer's execution and deliver thereof.

### Authorization of Retention of Lazard by LBHI

WHEREAS, it is proposed that LBHI, in conjunction with entering into the Asset Purchase Agreement and the Loan Documents as described herein, enter into a financial advisory agreement to be dated on or about September 16, 2008 (the "Financial Advisory Agreement") between LBHI and Lazard Ltd. ("Lazard") whereby, among other things, Lazard will serve as LBHI's financial advisor in connection with, and provide certain valuation services with respect to, the restructuring of LBHI's business; now, therefore, be it

RESOLVED that (i) Lazard be engaged by the Corporation to serve as its financial advisor pursuant to the Financial Advisory Agreement to be negotiated by Authorized Officers of the Corporation, (ii) each transaction effected or to be effected pursuant to the terms and provisions of the Financial Advisory Agreement is authorized and approved in every respect as being in the best interest of LBHI, and (iii) LBHI shall enter the Financial Advisory Agreement and consummate the transactions contemplated thereby; and further

RESOLVED that each Authorized Officer of LBHI is, individually, authorized, empowered and directed, in the name and on behalf of LBHI, to perform such acts and deeds and to negotiate, prepare, execute and deliver the Financial Advisory Agreement with such terms, conditions, changes, additions and modifications thereto as such

7

Authorized Officer shall consider necessary or appropriate, the authority
therefore to be conclusively evidenced by such Authorized Officer's
execution and deliver thereof.

### General Authority and Ratification of Past Actions for LBHI

**RESOLVED** that other appropriate officers of LBHI designated
by the Authorized Officers of LBHI, respectively, are authorized to
execute, or join in the execution of, agreements, documents and
instruments on behalf of LBHI, respectively, to attest or deliver
certificates on behalf of LBHI and to take such additional action on behalf
of LBHI as the Authorized Officers of LBHI may deem appropriate or
desirable, relating to any document that the Authorized Officers of LBHI
have been authorized to execute on behalf of LBHI pursuant to the
foregoing resolutions and to perform and carry out the purposes of the
Loan Documents, the Asset Purchase Agreement, the Engagement Letter
(as hereinafter defined) and the Financial Advisory Agreement, the
execution, certification, delivery, filing and recording of such agreements,
documents and instruments and the taking of such additional action to be
the conclusive evidence of the authority therefor granted; and further

**RESOLVED** that the authority given hereunder is retroactive and
any and all acts relating to the subject matter of the foregoing resolutions
performed prior to the passage of the foregoing resolutions by any of the
officers of LBHI are ratified, confirmed and approved in all respects.

Mr. Shafir updated the Directors on the potential sale of IMD, stating that Bain
Capital and Hellman & Friedman may together purchase a 100% interest in IMD. He
reported that negotiations have commenced, that final due diligence is underway, and that
Private Equity will probably be excluded from the transaction. He reported that the IMD
business is deteriorating, given the current situation. Messrs. Shafir and Ridings then left
the meeting.

### APPROVAL OF THE RETENTION OF ALVAREZ & MARSAL

Mr. Russo stated that the next agenda item was for the Board of Directors of the
Corporation to consider the engagement of Alvarez & Marsal as Restructuring Advisor,
including the election of Mr. Bryan Marsal as Chief Restructuring Officer of the
Corporation. Ms. Fife of Weil, Gotshal & Manges presented to the Board of the
Corporation and described that it is very common in Chapter 11 cases to hire chief
restructuring officers to prepare restructuring plans and budgets, and to deal with the
bankruptcy case generally, leaving the Corporation's employees the time to operate the
business. Ms. Fife reported that Weil, Gotshal & Manges has previously worked with
Alvarez & Marsal and with Mr. Marsal, and that Mr. Marsal was interviewed yesterday
by Mr. Russo. The Directors of the Corporation asked questions regarding the

8

compensation which would be paid, and were advised that it would be based on hourly fees comparable to a law firm. The Directors of the Corporation asked about the amount of time the Corporation will be in Chapter 11 proceedings and the possibility of there being residual value for the Corporation's stockholders. Mr. Levander asked Ms. Fife to speak about Alvarez & Marsal, including their reputation, their competitors, and potential conflicts with the Firm. Ms. Fife reported that Alvarez & Marsal is one of the two leading firms in this area, very highly regarded and very experienced. She stated that Weil, Gotshal & Manges recommends them very highly. Ms. Fife stated that the retention of Alvarez & Marsal would require approval by the Bankruptcy Court, and that the Bankruptcy Court will require that Alvarez & Marsal be free of conflicts. Mr. Levander stated that he holds a high opinion of Alvarez & Marsal as well. After discussion, upon motion duly made and seconded, it was unanimously resolved

## Authorization of Engagement Letter

**WHEREAS**, it is proposed that LBHI enter into an engagement letter to be dated on or about the date hereof (the "Engagement Letter") between LBHI and Alvarez & Marsal North America, LLC ("A&M") whereby, among other things, A&M will serve as LBHI's Restructuring Advisor, subject to such approval by the U.S. Bankruptcy Court for the Southern District of New York of the retention of A&M as may be required by law; now, therefore, be it

**RESOLVED** that (i) A&M be engaged by the Corporation to serve as its restructuring advisor pursuant to the Engagement Letter to be negotiated by Authorized Officers of the Corporation, (ii) each transaction effected or to be effected pursuant to the terms and provisions of the Engagement Letter is authorized and approved in every respect as being in the best interest of LBHI, and (iii) LBHI shall enter the Engagement Letter and consummate the transactions contemplated thereby; and further

**RESOLVED** that each Authorized Officer of LBHI is, individually, authorized, empowered and directed, in the name and on behalf of LBHI, to perform such acts and deeds and to negotiate, prepare, execute and deliver the Engagement Letter with such terms, conditions, changes, additions and modifications thereto as such Authorized Officer shall deem necessary or appropriate, the authority therefor to be conclusively evidenced by such Authorized Officer's execution and deliver thereof.

## Authorization of Retention of Bryan Marsal

**WHEREAS**, it is proposed that LBHI, in accordance with Article V, Section 21 of its By-Laws, retain and appoint Bryan P. Marsal of A&M as its Chief Restructuring Officer; now, therefore, be it

9

**RESOLVED** that Bryan P. Marsal be, and hereby is, appointed, effective immediately, to serve as the Chief Restructuring Officer of LBHI, having in such capacity the rank of Executive Vice President and authority and supervision over the restructuring of the business, operations, finances and activities of LBHI and its subsidiaries, including, without limitation, the sale of assets of LBHI and its subsidiaries, to serve as such until his successor is elected or appointed and qualified or, if earlier, until his death, resignation or removal from office.

Mr. Russo then reviewed the timeline for that morning.

There being no further business to come before the meeting, the meeting was, upon motion duly made and seconded, adjourned.

Respectfully submitted,

*Jeffrey A. Welikson*

Jeffrey A. Welikson
Secretary of the Meeting

10

# BCI EXHIBIT

# 105

Bourd Haterial, Etc



Highly Confidential

BCI-EX-00166522

( )

)

# Project Long Island
Board discussion materials

16 September 2008

## Executive Summary

- We are asking for approval to purchase the US broker dealer operations of Long Island

- This transaction strongly supports our strategy and would materially enhance the Barclays Capital US position, and further diversify our earnings stream by product and geography.

- In this transaction, we would hire the staff of the broker dealer and assume a portion of its assets and liabilities

  ➢ We intend today to seek permission from the US bankruptcy court to acquire the business

  ➢ We would acquire $75bn of assets and liabilities. The business would include RWA of $13.5bn

  ➢ We would offer $250m to acquire the business and we are buying $1.5bn worth of company-related property (HQ and data centres). The recognition of negative goodwill amounts to $3.0bn pre tax ($2bn post tax)

  ➢ We would issue 612m shares to fund the capital required to operate the broker dealer. This would be from either Sumitomo, ICD or the QIA. As a backup, we are arranging volume underwriting from CS, DB and JPM.

- This transaction structure mitigates some of the risks that we previously identified

  ➢ It significantly reduces the amount of assets we acquire

  ➢ We extract "clean" assets and contracts out of Long Island

  ➢ Our consolidated equity ratio rises by an estimated 60bps as a result of the amount of equity funding we intend to raise connected to the deal

- There are three primary risks outstanding

  ➢ If we do not get a fixed price from the major investors (Sumitomo, ICD, QIA) before announcement, we take the risk that the share issuance raises less than the $3.4bn current market value of these shares.

  ➢ We have performed accelerated due diligence and there will be a number of loose ends upon separation from Long Island (e.g. continuation of Group Services)

  ➢ We will be subject to a US legal process which is unpredictable

- **We are seeking Board approval for the transaction and to issue 612m Barclays shares**

Highly Confidential

## What are we buying?

- Acquiring the businesses previously undertaken in Long Island's US Broker Dealer entity

- The deal would include

  ➤ Both the Capital Markets and Investment Banking businesses including OTC derivative trading desks

  ➤ All regulatory licenses and approvals

  ➤ $1.5bn purchase of the HQ ($1bn) and data centres ($500m) at a 6% discount to current market value

  ➤ 5,810 front office staff and c. 3,000 back office support staff

- The deal would exclude

  ➤ Investment Management and Neuberger Berman

  ➤ Outstanding OTC derivative contracts

- The transaction will be effected through an asset transfer into Barclays Capital Inc

Page 3

BCI-EX-00166525

The transaction is now focused on adding the most valuable parts of LI to fill Baltimore's gaps



**Key Benefits**

(1)
- Significantly strengthen Barclays Capital's position in the US/Americas
- In line with Barclays Capital's strategy
- Area of highest impact of LI addition to Barclays franchise
- Adding significant new product capabilities

(2)
- With the merger of BofA and ML, the I-banking market is now dominated by Domestic Universal Banks that combine ability to lend with good M&A capabilities
- It is key for Barclays Capital to add this capability to remain competitive in the US Top Tier
- Both M&A and ECM capabilities in the US can then be extended to the rest of the World

(3)
Become a Top 5 player in the Americas in existing Capital Markets businesses

| | Baltimore | | | Long Island | | |
|---|---|---|---|---|---|---|
| | Americas | EMEA | Asia | Americas | EMEA | Asia |
| **Baltimore's IBIM gaps** | | | | | | |
| M&A | ✗ | ··· | ✓ | (2) | ··· (12) | ··· (13) |
| ECM | ✗ | ✗ | ✗ | | ✓ | ··· |
| Wealth Management | ✗ | ✓ | ✓ | | ··· | ✓ |
| **Baltimore's IBIM strengths** | | | | | | |
| Investment Banking – Debt | ✓ | ✓✓✓ | ✓ | (1) | ✓ | ··· |
| Capital Markets – FICC + Eq. linked | ✓ | ✓✓ | ✓ | (3) | ✓ | ··· |
| Asset Management | ✓✓✓ | ✓✓✓ | ✓✓✓ | ✓ | ✓ | ✓ |

▒ Included in deal

✓✓✓ Top 3 player    ✓✓ Top 5 player    ✓ Top 10 player    ··· Outside Top 10    ✗ No Capabilities

Source: Thomson, Coalition, S&P analysis

Page 4

BCI-EX-00166526

## Total Assets in New Transaction are $75bn

| $bn | Long Island Starting Position | Excluded Original Transaction | Excluded New Transaction | New Transaction Included GROSS | Description |
|---|---|---|---|---|---|
| Mortgage | 55.0 | 24.0 | 24.5 | | Secondary Mortgage Securities and ABS products |
| Real Estate | 18.6 | 8.6 | 10.0 | 0.0 | |
| Corporate Debt | 41.7 | 8.7 | 27.6 | 5.4 | Secondary US Corporate Debt |
| Corporate Equities | 43.2 | 10.5 | 23.4 | 9.3 | Cash Equities and Exchange traded business |
| Government & Agencies | 42.3 | 0.0 | 12.1 | 30.2 | US Government & Agencies business |
| CP and other MM instruments | 4.6 | 0.0 | 3.4 | 1.2 | |
| Derivatives and Other contracts | 46.3 | 0.0 | 43.5 | 2.8 | Include Future & Options business |
| Sub-total | 251.8 | 51.8 | 144.6 | 55.4 | |
| Other | 346.0 | 0.0 | 326.1 | 19.9 | |
| Total | 597.8 | 51.8 | 470.7 | 75.3 | |

Page 5

Highly Confidential

BCI-EX-00166527

## Income statement of the business we are acquiring

### P&L

| | 2006 (A) | 2007 (A) | H1 2008 (A) | 2008 (F) | 2009 (F) | 2010 (F) | 2011 (F) |
|---|---|---|---|---|---|---|---|
| Net interest income | 435,305 | 387,089 | 1,490,587 | 2,235,880 | 400,000 | 420,000 | 441,000 |
| Total Commissions | 1,234,235 | 1,455,142 | 1,070,779 | 1,228,873 | 1,290,317 | 1,354,832 | 1,422,574 |
| Total Firm trading | 2,019,024 | (2,901,603) | (5,586,898) | (5,503,553) | 1,000,000 | 1,050,000 | 1,102,500 |
| Other Income | 3,254,977 | 3,451,633 | 3,870,490 | 4,916,720 | 3,978,135 | 4,192,042 | 4,414,144 |
| NET REVENUE | 6,508,236 | 2,015,917 | (645,630) | 642,040 | 6,268,452 | 6,596,875 | 6,939,218 |
| Compensation | (3,213,924) | (995,891) | (735,313) | (3,583,000) | (3,762,150) | (3,950,258) | (4,147,770) |
| Other expenses | 1,066,296 | 1,190,806 | 883,690 | (1,325,536) | (1,391,812) | (1,461,403) | (1,534,473) |
| TOTAL EXPENSES | (4,280,220) | (2,186,697) | (1,619,003) | (4,908,536) | (5,153,962) | (5,411,661) | (5,682,244) |
| Income before taxes | 2,228,014 | (170,780) | (2,264,633) | (4,266,496) | 1,114,490 | 1,185,214 | 1,256,975 |
| Taxes | 912,844 | (243,456) | (996,538) | (1,877,258) | 490,375 | 521,494 | 553,069 |
| Profit after Tax | 1,315,170 | 114,267 | (1,268,095) | (2,389,238) | 624,114 | 663,720 | 703,906 |
| NET INCOME AFTER TAXES | 1,948,137 | 1,810,031 | (2,227,317) | (2,389,238) | 624,114 | 663,720 | 703,906 |
| | | | | | | | |
| Compensation breakdown | | | | | | | |
| Salaries | (718,806) | (805,820) | (607,874) | (1,307,000) | (1,372,350) | (1,440,988) | (1,513,016) |
| Benefits | (234,101) | (173,813) | (138,172) | (523,000) | (549,150) | (576,608) | (605,438) |
| Production Comp. | (175,890) | (205,554) | (146,688) | (261,000) | (274,050) | (287,753) | (302,140) |
| Bonus | (1,921,444) | 378,250 | 333,758 | (1,100,000) | (1,155,000) | (1,212,750) | (1,273,388) |
| Other (ie Long Term Comp ) | (183,242) | (188,959) | (176,339) | (392,000) | (411,600) | (432,180) | (453,789) |
| TOTAL COMPENSATION | (3,233,482) | (995,896) | (735,315) | (3,583,000) | (3,762,150) | (3,950,258) | (4,147,770) |
| COMP / REVENUE RATIO | 49.38% | 49.40% | -113.89% | | | | |
| EFFECTIVE TAX RATE | 40.97% | 142.56% | 44.00% | 44.00% | | | |

Estimated current monthly expenses of $400m

Page 6

Highly Confidential

BCI-EX-00166528

# The transaction improves our Group Equity ratio by 60bps and the Solus ratio by 41bps, assuming we raise $3.12bn of equity (10% discount to current)

| ($m) | Group | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Baltimore 2008f | Broker/Dealer 2008e | Equity raising @ 10% discount | Negative Gwill | Transaction costs | Combined |
| RWAs | 680,311 | 15,000 [1] | | | | 695,311 |
| Equity Tier 1 | 40,652 | | 3,124 [2] | 2,000 | (126) | 45,650 |
| "FSA" Tier 1 | 36,465 | | 3,124 | 2,000 | (126) | 41,463 |
| Tier 1 | 57,977 | | 3,124 | 2,000 | (126) | 62,975 |
| Gross Assets | 2,261,540 | 62,700 | | | (126) | 2,324,115 |
| Shareholder's (Common) Equity | 53,133 | | 3,124 | 2,000 | (126) | 58,131 |
| Minorities / prefs | 20,632 | | | - | | 20,632 |
| Total Equity | 73,765 | | 3,124 | 2,000 | (126) | 78,763 |
| Ratios | | | | | | |
| "FSA" Ratio | 5.35% | | | | | 5.96% |
| Equity Ratio | 5.98% | | | | | 6.57% |
| Tier 1 Ratio | 8.52% | | | | | 9.06% |

| Previous: | |
| --- | --- |
| | 5.29% |
| | 5.84% |
| | 8.61% |

| ($m) | Solus | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | BB Plc 2008f | Broker/Dealer 2008e | Equity raising | Negative Gwill | Capital deduction | Combined |
| RWAs | 553,860 | | | | | 553,860 |
| Equity Tier 1 | 23,927 | | 3,124 | 1,620 [3] | (2,474) | 26,197 |
| Ratios | | | | | | |
| Equity Ratio | 4.32% | | | | | 4.73% |

The equity ratio is significantly improved versus the prior deal due to – a lower RWA requirement; the absence of $6.6bn of negative NAV adjustments (own credit and deferred tax); and lower consideration to the vendor

1)
2) Equity raising based on available shares to issue under section 80 of 612,454,318 issued at price of £2.84 representing a ten percent headroom discount to the closing price of £3.16 on Monday 15th September
3) Post tax negative goodwill at Solus level based on 75% of negative goodwill recognised by BB Plc level taxed at 28%

Page 7

Highly Confidential

BCI-EX-00166529

# Value creation is driven by cost synergies and reflecting a low price



## Value Creation

## Financial Effects

| £m | 2008 | 2009 | 2010 | 2011 | 09-11 CAGR |
|---|---|---|---|---|---|
| Baltimore – Reported Attributable PAT | 3,547 | 4,575 | 5,542 | 6,096 | 15% |
| Long Island – Reported Attributable PAT | -1,146 | 384 | 393 | 421 | 8% |
| Synergies inc. transaction costs (post-tax) | | -15 | 383 | 391 | na |
| Total | 2,401 | 4,924 | 6,318 | 6,908 | 18% |
| Cash EPS (£) | | | | | |
| Pre | 0.50 | 0.58 | 0.70 | 0.77 | 15% |
| Post (post-restructuring costs) | | 0.58 | 0.74 | 0.81 | 18% |
| Accretion/(dilution) | | -0.1% | 5.7% | 5.1% | na |
| EP impact (£m) - post-integration charges | | 337 | 769 | 770 | na |
| ROCE (%) - post-integration charges | | 133.4% | 252.2% | 149.7% | na |

Highly Confidential

BCI-EX-00166530

# We will look to issue 612m shares to capitalise the purchased assets

## Capital Raising = £1.8bn

- We are seeking to raise £1.8bn ($3.4bn)

- We can issue up to 612m shares without shareholder approval [1]

## Reference Investors = £800m +

- We have approached the QIA, ICD and Sumitomo to subscribe to the equity raising

  - We are seeking commitments from these investors. The issue price cannot exceed a 5% discount to the Barclays share price at the time of the announcement

- It may be that , particularly for Sumitomo, the investors cannot commit in time for an announcement, in which case we will agree a bank underwriting (see below)

## Bank underwriters = up to £1bn

- We are seeking commitment from Credit Suisse, JPMCaz and Deutsche to execute a placing of up to 612m Barclays shares within 15 days [2]

- The banks will execute the issuance within ABI discount guidelines (<5% of price at time of pricing) and within UKLA guidelines (<10% of closing price on the day prior to issuance)

- The price is not guaranteed and so proceeds may fall below $3.4bn

1)  Un-issued authorised share capital limits the raising to 612m shares or £1,840m at close price of 316p on 19th September.
2)  Banks will have flexibility to execute on any day within 15 day period in order to allow them to 'feel' for market conditions and have the greatest opportunity to fill the issuance

Highly Confidential

BCI-EX-00166531

## Remaining Issues

Remaining issues/Risks and mitigants

- The proceeds of the equity raising cannot be guaranteed at announcement unless reference investors subscribe at a fixed price

- If Barclays share price falls, less capital is raised, however, the negative goodwill arising from the transaction will still improve Barclays equity ratio (by a minimum of 16bps if zero capital is raised)

- Transaction is subject to US legal process and the decision of the judge. There is no certainty that our proposed deal timetable will be followed by the judge

- Business separation issues – ring fencing/ identifying the key assets/ contracts. This is the limitation of accelerated due diligence

- Requisite US and UK regulatory clearances

Page 10

Highly Confidential

BCI-EX-00166532

APPENDIX

Highly Confidential

BCI-EX-00166533

# Transaction completion is anticipated for Friday, but will be subject to a judge's discretion and HSR process

| | W/C 15th September | | | | | |
|---|---|---|---|---|---|---|
| | T 16 | W 17 | TH 18 | F 19 | SA 20 | SU 21 |
| Barclays Board meeting | | | | | | |
| Underwriting commitment by banks | | | | | | |
| Signing of subscription agreement with strategic investors | | | | | | |
| Announcement by Barclays | | | | | | |
| Submission of Barclays proposal to court | | | | | | |
| Motion entered by Court | | | | | | |
| Court approval of Barclays proposal [1] | | | | | | |
| HSR submission and approval [2] | | | | | | |
| Sumitomo Board Meeting | | | | | | |
| Set up cash box | | | | | | |
| Sumitomo section 89 placing | | | | | | |
| Strategic investors subscription [3] | | | | | | |
| Completion [4] | | | | | | |
| Transfer of assets and liabilities to Barclays | | | | | | |
| Novation of contracts (employees, IT) | | | | | | |
| Day 1 trading under Barclays name | | | | | | |

Notes:
(1) Assumes that, given circumstances, court judge would allow for an expedited approval process, auction process subject to judge's discretion; could add up to 30 days to the process
(2) Could take up to 30 days depending on willingness of DOJ
(3) Assumes no standby underwriting by banks is required
(4) Subject to court and HSR approval

Highly Confidential

BCI-EX-00166534

# Americas market rankings clearly demonstrate LI's potential to enhance Baltimore's market position in the Americas...

### Americas Market Position

| | Commodities | EM | FI Rates | Securitized Products* | FI Credit* | Prime Services | FX |
|---|---|---|---|---|---|---|---|
| **Top 3** | MS | Citi | Goldman | CS | Goldman | Goldman | JPM |
| | Goldman | CS | JPM | Long Island | Long Island | MS | Citi |
| | Baltimore | UBS | BofA | JPM | JPM | JPM (Bear) | BofA |
| **5** | Merrill | JPM | Long Island | Deutsche | MS | Long Island | Deutsche |
| | JPM | Deutsche | MS | BofA | BofA | CS | MS |
| | #17 – Baltimore | #7 - Baltimore | #6 - Baltimore | #6 - Baltimore | #7 - Baltimore | #9 - Baltimore | #7 - Baltimore |

| | CMBS | IG Bonds | IG Loans | HY Bonds | Lev Loans | Equities |
|---|---|---|---|---|---|---|
| **Top 3** | Goldman | Citi | JPM | JPM | JPM | Goldman |
| | JPM | JPM | Citi | CS | BofA | MS |
| | BofA | Goldman | RBS | Citi | Citi | BofA |
| **5** | MS | Long Island | Wachovia | BofA | CS | Citi |
| | CS | MS | BNP | ML | DB | Long Island |
| | #17 – Baltimore | #10 - Baltimore | #9 - Baltimore | #15 - Baltimore | #17 - Baltimore | #13 - Baltimore |

* - Excluding writedowns/losses in 2007, 'normalized' years
Source: Business heads and COOs, Coalition, Strategy & Planning Americas analysis, Reuters, Thomson, Dealogic

Page 13

Highly Confidential

BCI-EX-00166535

## ...with excellent capability across the investment banking product set



**Market Positions (2007)**

| | | |
|---|---|---|
| **Primary** | **Primary Equity** | • Long Island: #6 in US ECM revenues<br>• Long Island is #1 in US in global IPOs |
| | **Primary Debt** | • Baltimore #7 in global All Debt – addition of L.I. moves us to #1 with 10.8%<br>• Baltimore #3 in Intl. Bonds – addition of L.I. moves us to clear #1 with 10.9% share<br>• Baltimore #10 in USD Intl. Bonds – addition of L.I. moves us to #1 with 12.1% share |
| **Secondary** | **M&A Advisory** | • Long Island: Top 5 US player<br>• Accelerates Baltimore's recent investments in EM advisory services |
| | **Equities** | • Long Island: Top 5 player in the US, minor player outside US<br>• Baltimore: Top 10 equity derivatives player globally |
| | **Fixed Income** | • Long Island: Top 5 player in the US<br>• Baltimore: Top 5 global player – addition of L.I. would create a Top 3 player in the US |
| | **FX** | • Long Island: Top 11 player in North America<br>• Baltimore: Top 5 player globally and in North America - addition of L.I. would push us into Top 3 |
| | **Commods** | • Long Island: Second tier player<br>• Baltimore: Top 3 player – L.I. would add little |
| | **EM** | • Neither Long Island nor Baltimore are top tier players in EM<br>• Combination of both would create at least a Top 10 player |

Source: Business heads and COOs, Coalition, Strategy & Planning Americas analysis, Reuters, Thomson, Dealogic

Page 14

Highly Confidential

BCI-EX-00166536

# BCI EXHIBIT

# 106

CONFIDENTIAL



9/16/08 Fann

**ASSETS**

| | |
|---|---|
| Gov & Ag | $40.0 |
| Commercial Paper | 1.1 |
| Mortgages | 2.7 |
| Total Corp Debt | 4.9 |
| Corp Equity | 8.8 |
| Derivatives | 4.5 |
| Cash | 0.7 |
| **Total** | **$62.7** |
| | |
| Collateralized ST Agr | 10.0 |
| Receivables | 0.0 |
| Other Assets | 0.0 |
| Inv In Con Subs | 0.0 |
| Due From Subs | 0.0 |
| **Total** | **10.0** |
| **Adj. Total Assets** | **$72.65** |

**LIABILITIES**

| | |
|---|---|
| ST Borrowings | $0.0 |
| Gov & Ag | 21.0 |
| Commercial Paper | 0.0 |
| Mortgages | 0.0 |
| Corp Debt | 2.1 |
| Corp Equities | 6.3 |
| Derivatives | 4.5 |
| **Total** | **$33.9** |
| | |
| Collateralized ST Fund | 34.5 |
| Payables | 0.0 |
| Deposits | 0.0 |
| Due To Subs | 0.0 |
| Sub Notes | 0.0 |
| **Total** | **34.5** |
| | |
| Cure pmt | 2.25 |
| Comp | 2.0 |
| **Total** | **68.4** |
| **Total** | **$72.65** |

# BCI EXHIBIT

# 107



SEP-18-2008  10:53    WEIL GOTSHAL AND MANGES    P.01/01

9/16/2008
11:18 AM

| ASSETS | | LIABILITIES | |
|---|---|---|---|
| Gov & Ag | $40.0 | ST Borrowings | 90.0 |
| Commercial Paper | 1.1 | Gov & Ag | 21.0 |
| Mortgages | 2.7 | Commercial Paper | 0.0 |
| Total Corp Debt | 4.9 | Mortgages | 0.0 |
| Corp Equity | 8.8 | Corp Debt | 2.1 |
| Derivatives | 4.5 | Corp Equities | 6.3 |
| Cash | 0.7 | Derivatives | 4.5 |
| Total | $62.7 | Total | $33.9 |
| Collateralized ST Agr | 10.0 | Collateralized ST Fund | 34.5 |
| Receivables | 0.0 | Payables | 0.0 |
| Other Assets | 0.0 | Deposits | 0.0 |
| Inv In Con Subs | 0.0 | Due To Subs | 0.0 |
| Due From Subs | 0.0 | Sub Notes | 0.0 |
| Total | 10.0 | Total | 34.5 |
| | | Total | 68.4 |
| | | Cure pmt | 2.25 |
| | | Comp | .20 |
| Adj. Total Assets | $72.65 | Total | $72.65 |

Δ π EXHIBIT #713
Deponent ___Cox___
Date 9/16/08 Rptr.KK
WWW.DIGIPOSE.COM

TOTAL P.01

Highly Confidential

BCI-EX-00115898

SEP-10-2008  10:5?    WEIL GOTSHAL AND MANGES    P.01/01

9/16/2008
11:16 AM

9/16/08 - FRIDAY

## ASSETS

| | |
|---|---|
| Gov & Ag | $40.0 |
| Commercial Paper | 1.1 |
| Mortgages | 2.7 |
| Total Corp Debt | 4.9 |
| Corp Equity | 8.8 |
| Derivatives | 4.5 |
| Cash | 0.7 |
| **Total** | **$62.7** |
| Collateralized ST Agr | 10.0 |
| Receivables | 0.0 |
| Other Assets | 0.0 |
| Inv In Cons Subs | 0.0 |
| Due From Subs | 0.0 |
| **Total** | **10.0** |
| **Adj. Total Assets** | **$72.65** |

~ 50
fav 1/1/08

## LIABILITIES

| | |
|---|---|
| ST Borrowings | $0.0 |
| Gov & Ag | 21.0 |
| Commercial Paper | 0.0 |
| Mortgages | 0.0 |
| Corp Debt | 2.1 |
| Corp Equities | 6.3 |
| Derivatives | 4.5 |
| **Total** | **$33.9** |
| Collateralized ST Fund | 34.5 |
| Payables | 0.0 |
| Deposits | 0.0 |
| Due To Subs | 0.0 |
| Sub Notes | 0.0 |
| **Total** | **34.5** |
| **Total** | **68.4** |
| Cure pmt | 2.25 |
| Comp | .2.0 |
| **Total** | **$72.66** |

TOTAL  P.01

Highly Confidential

BCI-EX-00115899

_FINAL_

9/16/2008
11:18 AM

## ASSETS

| | |
|---|---|
| Gov & Ag | $40.0 |
| Commercial Paper | 1.1 |
| Mortgages | 2.7 |
| Total Corp Debt | 4.9 |
| Corp Equity | 8.8 |
| Derivatives | 4.5 |
| Cash | 0.7 |
| **Total** | **$62.7** |
| Collateralized ST Agr | 10.0 |
| Receivables | 0.0 |
| Other Assets | 0.0 |
| Inv In Con Subs | 0.0 |
| Due From Subs | 0.0 |
| **Total** | **10.0** |
| **Adj. Total Assets** | **$72.65** |

-.500
72.15

## LIABILITIES

| | |
|---|---|
| ST Borrowings | $0.0 |
| Gov & Ag | 21.0 |
| Commercial Paper | 0.0 |
| Mortgages | 0.0 |
| Corp Debt | 2.1 |
| Corp Equities | 6.3 |
| Derivatives | 4.5 |
| **Total** | **$33.9** |
| Collateralized ST Fund | 34.5 |
| Payables | 0.0 |
| Deposits | 0.0 |
| Due To Subs | 0.0 |
| Sub Notes | 0.0 |
| **Total** | **34.5** |
| **Total** | **68.4** |
| Cure pmt | 2.25 |
| Comp | 2.0 |
| **Total** | **$72.65** |

4/12-1338  Zleit

Highly Confidential

BCI-EX-00115900

# BCI EXHIBIT

# 108

DRAFT

## Speaking Notes

1.  Welcome and thank you for joining the call.

2.  I am joined by Bob Diamond in New York, and by Chris Lucas in London.

3.  I am going to make a few comments to begin with, and then we are happy to take your questions.

4.  As you have seen, we have announced an agreement to acquire the core North American Investment Banking and Capital Markets business of Lehmans.

5.  That acquisition is subject to approvals that we are now seeking from the US bankruptcy court.

6.  When we look at transactions, we ask ourselves two questions.

7.  Does the transaction fit with our strategy?

8.  Does the transaction make economic sense to our shareholders?

1

Highly Confidential

BCI-EX-00166333

DRAFT

9.  The acquisition of the businesses that we have announced today is in line with our strategy of seeking higher growth through time by geographical diversification.

10. And it meets our financial tests, including delivering a strengthening of our capital ratios.

11. When we talked to you about our half-year results, we said that our objective in 2008 was very simple.

12. It was, and is, to manage the impact of the credit crunch, whilst maintaining strategic momentum.

13. This transaction fits within that framework.

14. The market backdrop is as challenging as anything we have ever seen.

15. Our intention, as we do our business around the Group, is to stay close to our customers and clients, and manage our risks…

16. …whilst keeping our eyes open to opportunities presented by the markets disruption which might be attractive for shareholders.

Highly Confidential

BCI-EX-00166334

DRAFT

17. Having the licence from our owners to take those opportunities is, we fully recognise, dependent on our businesses continuing to perform notwithstanding the difficult circumstances.

18. You will see that, as part of our announcement today, we have said that our trading performance in July and August was satisfactory.

19. Group profits were a bit below the run-rate of the first six months of the year, which is what we would expect during the high summer…

20. …but all our businesses were profitable.

21. It was against that backdrop - of strong relative financial performance - that we looked hard at the Lehman Brothers opportunity over the weekend.

22. I should say that we thought, some months back, that it was possible that this opportunity might arise; but we were clear that we would only be interested in pursuing the opportunity at the right price.

23. The knowledge that the opportunity might arise *also* caused us to manage our exposures to Lehman Brothers and we have minimal exposure to credit risk arising from the bankruptcy.

3

Highly Confidential

DRAFT

24.    We knew from our work over the summer that there was
       significant value in the business.

25.    And we knew that there might be a good economic
       opportunity available to us.

26.    Furthermore, we satisfied ourselves in the due diligence
       process, which took place at the back end of last week and over
       the weekend, that the franchise of much of Lehmans, and in
       particular the US broker dealer business, remained strong and
       healthy.

27.    I stress again that there are important approvals outstanding,
       including agreement from the United States bankruptcy court
       for the Southern District of New York.

28.    Subject to those, we have announced the acquisition of the
       high quality core of "old Lehmans", based around the US broker
       dealer operations.

29.    We have acquired the associated infrastructure.

30.    We will be taking on about 10,000 employees.

4

Highly Confidential

BCI-EX-00166336

DRAFT

31.    We are acquiring trading assets with a current estimated value of US$72 billion, and trading liabilities with a current estimated value of US$68 billion, for a cash consideration of US$250 million.

32.    In addition to acquiring these trading assets, we have made the decision to acquire three buildings: the Lehmans headquarters in New York and two data centres.

33.    We also mentioned in our announcement today that certain of our shareholders have expressed support for the transaction, and interest in increasing their shareholdings in Barclays.

34.    The transaction is capital ratio accretive without additional equity issuance.

35.    The source of that accretion is the negative goodwill from the transaction, which amounts to some US$2 billion post tax.

36.    The acquisition of these businesses and assets significantly enhances Barcap's position in the United States by a transaction that is de-risked by excluding the overwhelming majority of Lehman risk assets.

Highly Confidential

BCI-EX-00166337

DRAFT

37.    Before moving on this opportunity, we satisfied ourselves as to the fit between the two capital markets businesses in terms of activities and culture.

38.    The enlarged business will of course be part of IBIM reporting to Bob.

39.    The transaction meets our financial tests with significant margin for error.

40.    We expect it to be immediately economic profit positive.

41.    We expect it to be accretive to earnings, on an ongoing basis, in the first year, including the impact of equity raising.

42.    And the return on investment is very high.

43.    So to summarise, and before taking your questions:

44.    We have a transaction which, subject to the consent of the US Court, makes good sense strategically and financially.

45.    I think that the transaction plays to our strengths.

46.    The acquisition transforms our position in the largest global capital market.

6

DRAFT

47.    It creates capital ratio enhancement.

48.    And it meets, *and some*, the financial tests that we have, which are designed to ensure that we create shareholder benefit.

49.    With that I will open the call up to questions.

7

Highly Confidential

# BCI EXHIBIT

# 109



This announcement shall not constitute an offer to sell or the solicitation of an offer to buy any securities, nor shall there be any sale or purchase of securities in any jurisdiction in which such offer, solicitation or sale would be unlawful prior to registration or qualification under the securities laws of any such jurisdiction.

For immediate release                                    17 September 2008

### Barclays announces agreement to acquire Lehman Brothers
### North American investment banking and capital markets businesses

The Board of Barclays announces that Barclays has agreed, subject to US Court and relevant regulatory approvals, to acquire Lehman Brothers North American investment banking and capital markets operations and supporting infrastructure. The transaction will create a premier integrated global bulge bracket investment banking company with a leading presence in all major markets and across all major lines of business including: equity capital markets, debt capital markets, mergers and acquisitions, commodities trading and foreign exchange.

Barclays will acquire trading assets with a current estimated value of £40bn (US$72bn) and trading liabilities with a current estimated value of £38bn (US$68bn) for a cash consideration of £0.14bn (US$0.25bn).    Barclays will also acquire the New York headquarters of Lehman Brothers as well as its two data centres at close to their current market value.

In response to this opportunity, certain Barclays shareholders have expressed support for the transaction and interest in increasing their shareholdings in Barclays. The Board of Barclays expects these discussions to lead to a subscription of at least £0.6bn (US$1bn) of additional equity. The proposed transaction with Lehman Brothers and the additional equity would result in an enhancement of Barclays earnings and capital ratios.

Commenting on this announcement, John Varley, Barclays Group Chief Executive, said:

"The proposed acquisition of Lehman Brothers North American investment banking and capital market operations accelerates the execution of our strategy of diversification by geography and business in pursuit of profitable growth on behalf of our shareholders, in particular increasing the percentage of Barclays earnings sourced in North America. This transaction delivers the strategic benefits of a combination with Lehman Brothers core franchise, whilst meeting Barclays strict financial criteria, and strengthening our capital ratios."

Robert E Diamond Jr, Barclays President, said:

"This is a once in a lifetime opportunity for Barclays. We will now have the best team and most productive culture across the world's major financial markets, backed by the resources

1

of an integrated universal bank. We welcome the opportunity to add Lehman's people and
capabilities to the Barclays team."

Herbert H McDade III, Lehman Brothers Chief Operating Officer, said:

"Lehman Brothers strength has always been our client franchise. With this transaction, we
have the opportunity to continue the growth and development of our US investment
banking and capital market franchises with one of the leading financial institutions in the
world.  Together with Barclays, these businesses will be a part of a global financial services
powerhouse delivering a comprehensive suite of products and services to our clients."

2

CONFIDENTIAL

1. Transaction Structure

The Lehman Brothers operations to be acquired in the transaction (the 'Acquisition') have approximately 10,000 employees, trading assets currently estimated to have a value of £40bn (US$72bn), and liabilities currently estimated to have a value of £38bn (US$68bn). The Lehman Brothers operations include Lehman Brothers North American fixed income and equities sales, trading and research and investment banking businesses (the 'Lehman Brothers businesses'). Lehman Brothers will receive £0.14bn (US$0.25bn) in cash as consideration for the Lehman Brothers businesses.

Barclays has also agreed to acquire Lehman Brothers New York Head Office at 745 Seventh Avenue and two data centres in New Jersey for close to their current market value, estimated at £0.8bn (US$1.5bn). The combined consideration totals some £1.0bn (US$1.75bn).

The Acquisition is subject to a number of conditions including the approval of the United States Bankruptcy Court for the Southern District of New York. Lehman Brothers is filing an emergency motion with the Bankruptcy Court to seek a hearing to obtain approval for the Acquisition. The Acquisition is also subject to certain usual conditions including receipt of necessary regulatory approvals and US antitrust clearances. The agreement for the Acquisition may be terminated if it is not completed by 24 September 2008.

2. Transaction Benefits

The Acquisition will combine two strong client franchises and product offerings, with the potential to create significant value for Barclays shareholders. The Lehman Brothers businesses are a highly complementary fit for Barclays' investment banking business, Barclays Capital. The combined business will be a premier global investment bank with an increased presence in the US and an enhanced product offering. Among other benefits, the combination of the two businesses will:

- confirm Barclays Capital as a leading debt capital markets house globally;
- have a top 3 position in the US capital markets, the largest in the world;
- extend Barclays Capital's range of investment banking products, with the addition of Lehman Brothers strong US M&A and equity capital markets franchises; and
- strengthen Barclays Capital's hedge fund franchise through the addition of prime brokerage and cash equity capabilities.

The Acquisition will result in the proportion of Barclays revenues derived from the US rising significantly. Given the strong cultural fit, Barclays intends to achieve a rapid integration so as to minimise disruption to employees, clients and counterparties.

3. Barclays Current Trading

Barclays has traded satisfactorily in July and August. The monthly run rate for the Group's profit before tax in these months was slightly lower than the average for the first half of the year, reflecting usual seasonality. All businesses were profitable.

3

CONFIDENTIAL

BCI-EX-(S)-00025458

4. Employees and Management

Barclays believes the Lehman Brothers businesses have an excellent team of people whose skills, capabilities and culture provide a good fit with Barclays and its clients. Barclays looks forward to welcoming them to our team and working together to deliver the combination's full potential.

The acquired businesses will be merged into Barclays Capital, which forms part of Barclays Investment Banking and Investment Management of which Robert E Diamond Jr, is Chief Executive.

5. Share Issue

Further details of the expected issue of new shares in connection with the Acquisition will be published in due course.

6. Advisers

Barclays Capital, Credit Suisse Securities (Europe) Limited, Deutsche Bank AG, London Branch and JPMorgan Cazenove Limited are acting as financial advisers to Barclays. Credit Suisse Securities (Europe) Limited and JPMorgan Cazenove Limited are joint corporate brokers to Barclays. Clifford Chance LLP and Cleary Gottlieb Steen & Hamilton LLP are acting as legal advisers to Barclays.

7. Analyst and Investor conference call

A conference call for analysts and institutional investors will be hosted by John Varley, Barclays Group Chief Executive and Robert E Diamond Jr, Barclays President. The call will commence at 12.00pm (BST) 17 September 2008.

To access the live conference call please dial 0845 401 9092 (UK callers) or +44 20 3023 4419 (all other locations). Access code: "Barclays Announcement". A live webcast of the conference call will also be available at www.barclays.com/investorrelations.

A replay of the conference call and webcast will be available after the event. Access will be available via the Barclays investor relations website at the above address.

For further information please contact:

| | |
|---|---|
| Investor Relations | Media Relations |
| Mark Merson | Leigh Bruce |
| +44 (0) 20 7116 5752 | +44 (0) 7826 910292 / +44 (0) 20 7773 7371 |
| | |
| John McIvor | Simon Eaton |
| +44 (0) 20 7116 2929 | +44 (0) 7917 068479 / +44 (0)20 3134 2111 |
| | |
| | Peter Truell |
| | +1 212 412 7576 / +1 917 826 8636 |

4

CONFIDENTIAL

Barclays Capital, which is authorised and regulated in the United Kingdom by the Financial Services Authority, is acting for Barclays PLC and Barclays Bank PLC and for no one else as joint financial adviser in connection with the Acquisition and will not be responsible to any other person for providing the protections afforded to clients of Barclays Capital nor for advice in connection with the Acquisition or the contents of this announcement or any other matters referred to in this announcement.

Credit Suisse Securities (Europe) Limited ("Credit Suisse"), which is authorised and regulated in the United Kingdom by the Financial Services Authority, is acting as joint financial adviser and joint corporate broker to Barclays Bank PLC and Barclays PLC and is acting for no-one else in connection with the Acquisition, and will not be responsible to anyone other than Barclays Bank PLC and Barclays PLC for providing the protections afforded to customers of Credit Suisse nor for providing advice to any other person in relation to the Acquisition or any other matter referred to herein.

Deutsche Bank AG, London branch, is authorised under German Banking Law (competent authority: BaFin – Federal Financial Supervising Authority) and regulated by the Financial Services Authority for the conduct of UK business. Deutsche Bank AG, London branch, is acting as joint financial advisor for Barclays Bank PLC and Barclays PLC and no one else in connection with the Acquisition and will not be responsible to anyone other than Barclays Bank PLC and Barclays PLC for providing the protections afforded to the clients of Deutsche Bank AG, London branch, or for providing advice in connection with the Acquisition or any other matter referred to herein.

JPMorgan Cazenove Limited ("JPMC"), which is authorised and regulated in the United Kingdom by the Financial Services Authority, is acting as joint financial advisor and joint corporate broker to Barclays Bank PLC and Barclays PLC and no-one else in connection with the Acquisition, and will not be responsible to anyone other than Barclays Bank PLC and Barclays PLC for providing the protections afforded to customers of JPMC nor for providing advice to any other person in relation to the Acquisition or any other matter herein.

### Information on Barclays

Barclays is a major global financial services provider engaged in retail and commercial banking, credit cards, investment banking, wealth management and investment management services with an extensive international presence in Europe, the United States, Africa and Asia. With over 300 years of history and expertise in banking, Barclays operates in over 50 countries and employs approximately 147,000 people. Barclays moves, lends, invests and protects money for over 42 million customers and clients worldwide. For further information about Barclays, please visit our website www.barclays.com.

### Other information

The exchange rate used in this announcement is US$1.7935:£1.00 as published in the Financial Times on 16 September 2008. Nothing in this announcement is intended, or is to be construed, as a profit forecast or to be interpreted to mean that earnings per Barclays share for the current or future financial years, or those of the enlarged group, will necessarily match or exceed the historical published earnings per Barclays share.

This announcement shall not constitute an offer to sell or the solicitation of an offer to buy any securities, nor shall there be any sale or purchase of securities in any jurisdiction in which such offer,

5

CONFIDENTIAL

BCI-EX-(S)-00025460

solicitation or sale would be unlawful prior to registration or qualification under the securities laws of any such jurisdiction.

### Forward-looking statements

This announcement contains certain forward-looking statements with respect to certain of Barclays plans and its current goals and expectations relating to its future financial condition and performance and which involve a number of risks and uncertainties. Barclays cautions readers that no forward-looking statement is a guarantee of future performance and that actual results could differ materially from those contained in the forward-looking statements. These forward-looking statements can be identified by the fact that they do not relate only to historical or current facts. Forward-looking statements sometimes use words such as 'aim', 'anticipate', 'target', 'expect', 'estimate', 'intend', 'plan', 'goal', 'believe', or other words of similar meaning. Examples of forward-looking statements include, among others, statements regarding consummation of the proposed acquisition of the Lehman Brothers businesses by Barclays within the expected timeframe and on the expected terms (if at all), the benefits of the proposed acquisition of certain of the Lehman Brothers businesses by Barclays, including the achievement of synergy targets, Barclays future financial position, income growth, impairment charges, business strategy, projected costs, estimates of capital expenditure and revenue benefits, projected levels of growth in the banking and financial markets, the enlarged group's future financial and operating results, future financial position, projected costs, estimates of capital expenditure, and plans and objectives for future operations of Barclays and the enlarged group and other statements that are not historical fact.

By their nature, forward-looking statements involve risk and uncertainty because they relate to future events and circumstances, including, but not limited to, UK domestic and global economic and business conditions, the effects of continued volatility in credit markets, market-related risks such as changes in interest rates and exchange rates, the policies and actions of governmental and regulatory authorities, changes in legislation, the further development of standards and interpretations under International Financial Reporting Standards ('IFRS') applicable to past, current and future periods, evolving practices with regard to the interpretation and application of standards under IFRS, the outcome of pending and future litigation, the success of future acquisitions and other strategic transactions and the impact of competition — a number of which factors are beyond Barclays control. As a result, Barclays actual future results may differ materially from the plans, goals, and expectations set forth in Barclays forward-looking statements. Any forward-looking statements made herein by or on behalf of Barclays speak only as of the date they are made. Except as required by the FSA, the London Stock Exchange or applicable law, Barclays expressly disclaims any obligation or undertaking to release publicly any updates or revisions to any forward-looking statements contained in this announcement to reflect any changes in Barclays expectations with regard thereto or any changes in events, conditions or circumstances on which any such statement is based. The reader should, however, consult any additional disclosures that Barclays has made or may make in documents it has filed or may file with the SEC.

### Important information

The distribution of this announcement to persons not resident in the United States and the United Kingdom may be affected by the laws of the relevant jurisdictions. Such persons should inform themselves about and observe any applicable requirements.

Neither the content of Barclays website nor any website hyperlinks on such website are incorporated in, or form part of, this announcement.

6

CONFIDENTIAL

# BCI EXHIBIT

# 110



 **BARCLAYS**

Barclays Bank plc – Announcement

Wednesday 17 September 2008

**Barclays announces agreement to acquire Lehman Brothers North American investment banking and capital markets businesses**

John Varley

Good morning. I apologise if I have kept you waiting for a couple of minutes. But welcome to the call and thank you very much for joining us this morning. I am joined by Bob Diamond and Rich Ricci in New York and in London by Chris Lucas and Mark Merson.

What I am going to do is make a few comments to begin with and then we are happy in the usual way to take your questions. As you have seen, we have announced an agreement to acquire the core North American Investment Banking and Capital Market businesses of Lehman's. That acquisition is subject to approvals that we are now seeking from the US Bankruptcy Court.

When we look at transactions, we ask ourselves two questions. Does the transaction fit with our strategy? And does the transaction make economic sense to our shareholders? The acquisition of the businesses that we have announced today is in line with our strategy of seeking higher growth through time by geographical diversification. And it meets our financial tests, including delivering a strengthening of our capital ratios.

You will remember that when we talked to you about our Half Year Results, we said that our objective in 2008 was very simple. It was and is to manage the impact of the credit crunch whilst maintaining strategic momentum. And I think this transaction fits within that framework. The market backdrop is as challenging as anything we have ever seen. Our intention as we do our business around the Group is to stay close to our customers and clients and manage our risks whilst keeping our eye open to opportunities presented by the market disruption which might be attractive to our shareholders.

Having the licence from our owners to take those opportunities is, of course we fully recognise, dependent on our businesses continuing to perform, not withstanding the difficult circumstances. And you will see that as part of our announcement today, we have said that our trading performance in July and August was satisfactory. Group profits were a bit below the run rate of the first six months of the year which is what we would expect during the high summer. But all our businesses were profitable.

It was against that backdrop of strong relative financial performance that we looked hard at the Lehman Brothers opportunity over the last weekend. I should say that we thought some months back that it was possible that this opportunity might arise, but we were clear that we would only be interested in pursuing it at the right price. The knowledge that the opportunity might arise also caused us to manage our exposures to Lehman Brothers and we have minimum exposure arising out of the bankruptcy.

We knew from that work over the summer that there was a significant value opportunity in the business and we knew that there might be a good economic opportunity available to us. Furthermore we satisfied ourselves in the due diligence process which took place at the back end of last week and over the weekend, that the franchise of much of Lehman's and in particular the US broker/dealer business, remains strong and healthy.

I stress again that there are important approvals outstanding, including agreement from the United States Bankruptcy Court for the Southern District of New York. But subject to those, we have announced the following:

The acquisition of the core of old Lehman's based around the US broker/dealer operations, we have acquired the associated infrastructure. We will be taking on about 10,000 employees. We are acquiring trading assets with a current estimated value of 72 billion dollars and trading liabilities with a current estimated value of 68 billion dollars for a cash consideration of 250 million dollars.

In addition to acquiring these trading assets, we have made a decision to acquire three buildings. The Lehman's Headquarters in New York and two data centres.

We also mentioned in our announcement today that certain of our shareholders have expressed support for the transaction and an interest in increasing their shareholdings in Barclays. In fact the transaction is capital ratio accretive without additional equity issuance. And the source of that accretion is the negative goodwill from the transaction, which amounts to about 2 billion US dollars post tax.

The acquisition of these businesses and assets significantly enhances BarCap's position in the United States by a transaction that is de-risked by excluding the overwhelming majority of Lehman risk assets.

Before moving on this opportunity, we satisfied ourselves as to the fit between the two capital markets businesses in terms of activities and culture. And the large business would of course be part of IBIM, reporting to Bob. The transaction meets our financial test with significant margin for error. We expect it to be immediately economic profit positive. We expect it to be accretive to earnings on an ongoing basis in the first year, including the impact of equity raising. And the return on investment is very high.

So to summarise and before taking your questions, we have a transaction which subject to the consent of the US Court, makes good sense strategically and financially. I think that the transaction plays to our strengths. The acquisition transforms our position in the largest global capital market. It creates capital ratio enhancement and it meets and some, the financial tests that we have which are designed to ensure that we create shareholder benefit.

So with that I will open up to your questions. And just to remind you what we are concentrating on this morning is the transaction that we have announced. Could you in the usual way when you ask a question, say your name and which organisation you represent.

Question and Answer Session

Question 1 : Mike Trippett, Oriel Securities

John good morning. It's Mike Trippett. Just a couple of questions actually. One, could you give an idea of the risk weighting of the assets?

Answer : John

Shall we take that one first of all and I will ask Chris to comment.

Answer : Chris

Yes in terms of the assets, we have taken, with risk weighted asset the number is about 13.5 billion for the trading assets and then there is obviously that which relates to the buildings on top of that to get to a total of 15. That is the dollar number.

John

And you had a second question Mike?

Further Question : Mike

Yes the second question was just trying to get a sense of good assets, bad assets and impairments that would have been already taken either through the P&L or to AFS on the assets that you are acquiring?

John

Let me ask Chris to comment and Bob you may want to add. Chris you go first of all.

Answer : Chris

I should say that out of a total of 72.7 which is a net number, the vast majority of those assets are quoted equity Government and Agency paper, CP money market instruments and derivatives and a relatively sizeable cash and matched book. There is a small amount of mortgage paper which has been heavily written down and included in those numbers. So we have been through a process where we took the original marks, reviewed them and then took some further write downs, but that is against the very small portion, less than 5% of that book.

John

Bob anything you want to add?

**Further Answer : Bob**

Slightly repetitious but I think it is an important question and an important answer. Because of the way that this deal ended up happening through bankruptcy, a couple of things were important. First and foremost, as Chris said, we got to choose which inventory came with the deal. And primarily we chose things that were important to the underlying businesses. So for example, many of the positions that we took in equities, had to do with our cash equities business. I think the second thing that is important is we had just completed 72 hours of due diligence on every position. So when it came time to make the decision on what came, we personally had been doing due diligence and were able to establish the marks.

Further answer – Chris

Mike I should just say you did ask about AFS. These are entirely a trading book and therefore would go through the profit and loss account and the numbers I have given you reflect any of those adjustments.

**Mike**

Okay thank you very much.

Question 2 : Michael Helsby – Morgan Stanley

Hello, good afternoon. I was, it is not clear from looking at the Lehman quarterly numbers exactly what the generation, you know the underlying profit generation of net revenue generation of the businesses that you would be buying exactly is. I was wondering if you could give us a helping hand in terms of what you think the net revenue you have bought, ex-write downs and take Q3 as an example?

**Answer : John**

Well Michael, we won't give you a forecast, but we will try and give you a bit of help and I will ask Chris to make a comment or two.

**Answer : Chris**

I think, when we look at what we have acquired, which is predominately the broker/dealer business. If you take a normalised view of the Lehman business, that broker/dealer business is broadly about half of what we have seen historically. I think that is probably the best starting place I can give you.

**Michael**

That is better than what I heard. Thank you.

## Question 3 : Tom Rayner – Citigroup

Yes good morning everybody. Tom Rayner from Citi here. A couple of questions. One just following up on your comments on the capital and the 15 billion. Am I right, I have just done this very quickly. But you would need to increase equity by about a billion dollars, given the extra 15. You have a buffer between the trading assets and liabilities of four. And you are indicating your accretive, even without the new equity being raised. Are you assuming though that that four billion buffer is likely to come down? Because I guess it could come down from four all the way to one, and still be accretive for capital at the end of the day. Or is that very much, this is mark to market as of last night, all the toxic stuff is outside of this portfolio. We are expecting if anything maybe to run profits from these positions?

### Answer : John

The 'or is it' piece of your analysis Tom, is the right way of looking at it. So we absolutely expect to preserve that buffer and in the way that Chris has described we have marked, and the capital derived from the negative goodwill that arises from the transaction is actually more than is needed to support the 15 billion dollars of risk weighted assets. It is just the combination of that part of the transaction gives them an enhancement to the Tier 1 capital and equity Tier 1.

### Tom

I understand that. In fact if that buffer is preserved, that is a reasonably significant enhancement, is that right?

### Answer : Chris

Well yes you can do the arithmetic. But we have been careful in the way in which we have structured it Tom as you can see to ensure that it has that characteristic. You had a second one did you?

### Further Question – Tom

Yes please. I was just having a look at the Lehman Brothers Press Release today. It mentions their discussions to acquire select operations outside of North America. No real comments unless I missed it in your Statement at the beginning about the UK businesses. Can you add anything to that?

### Answer : John

Tom let me ask Bob to comment. What I would say generally is that beyond what we have announced, we think we have some options. But to be clear, we have no obligations. But I should ask Bob to give you something more specific.

Answer : Bob

Spot on. Tom an example of an opportunity would be this. Within the US broker/dealer one of the most exciting businesses which you will appreciate is the cash equities business. It is a absolute machine, it is extremely profitable. Jerry Danini and the team that run it have been there for a long time. Year after year it has got a completely integrated research sales, investment banking, it is fantastic. We wouldn't want to miss the opportunity to also add some of the talent from the UK and Europe to that team. But as John said, it is an option, none of it is required because of the deal. There are other areas in the UK and Europe for example, where BarCap already has a very strong position, we wouldn't have an interest in adding any staff. So it would most typically be around those areas where Lehman has strong position and BarCap had a weak one.  So it would be mostly around the equity and equity capital markets business.

**Further Question**

Is it not the case, if that is to happen given, I can see out my window what has been happening in the last couple of days, I mean if that's to happen, it has to happen reasonably quickly, or is it something you can take your time over?

Answer - Bob

You shouldn't assume we aren't already acting on the opportunities that we think are beneficial to us.

**Tom**

Okay, thanks a lot.

Question 4 : Simon Maughan, MF Global

Yeah hi, I just wondered is it just coincidence that you are acquiring assets that are roughly, a similar kind of size to the client receivables on the Lehman book?  I am just trying to get a figure because obviously the size of the assets you are getting are a tiny fraction of the overall balance sheet at Lehman, but obviously the size of the staff you are getting is pretty substantial and you haven't just bought a broker/dealer with no connected prop and own bank position. There are own bank positions in the 40 billion that you have acquired and you are just telling us that they are perfectly adequately marked, is that right?

John

Simon, I will ask Chris to comment to the detail, but I suppose what I would say to you is that you know, there is no coincidence in this transaction if you see what I mean. We have had, the circumstances in which we have been able to execute the transaction, mean that we have been able to be very deliberate in choosing either pro or con. So there isn't serendipity or coincidence in the transaction. The transaction is structured as we wanted it to be. It is of course subject to Court approval and we are respectful of the Court. But we have been very deliberate in our choices here.

**Further Question**

Just going back to the earlier question about what the revenues you are acquiring. You are getting a fraction of the balance sheet and you are kind of hinting that this business could generate up to half of Lehman revenues which would make a fantastic deal from that perspective?

**Answer : John**

And that is because we have not taken the entire balance sheet that creates that income. What we have taken is a portfolio of trading assets and liabilities that are first of all de-risked and secondly those that need to support the ongoing parts of the business that we have acquired. And therefore they are predominantly market making assets and liabilities and very tradable.

**Simon**

Thanks

**Question 5 : Tim Sykes - Execution**

Good morning gentlemen. Congratulations if you get it through. Philip Bourg will probably have to write a new book. The question I have really is about what it does to you as a Group. It is a tremendous deal essentially for EPS, but investment banking is going to become a more material part of your organisation and US Investment banking is going to become a more material part of the organisation. So I have got a couple of questions. Firstly did Lehman's have a system of economic capital? And the second question is, given that you are now a more material part of the US financial system, will the US regulatory protocols, for want of a better word, bite more acidulously into the way you run Barclays?

**Answer : John**

Well do you want to talk about the second question first and then let me try and give Tim some help on the first part of what he asks?

**Answer : Bob**

Tim on the economic capital. I am not sure I?

John

It was on the US regulatory issue and we will come to economic capital and shape of Group in a moment.

Answer : Bob

Tim, just rephrase what the question is on the regulatory issue, I am sorry.

**Tim**

The US regulatory has got more focus on ratios which potentially the UK regulators put less emphasis, such as equity to asset. And also there are obviously discussions afoot to focus on a higher level of capital backing for investment banking operations. Given that this is now more material for Barclays, will that have an impact on the way you have to look at capital adequacy first, not only the bit that you are buying, but the bit that you have?

Answer : Bob

Basically no. It doesn't change the way that Barclays would approach all of these things, because it is all moving on. But let me ask Rich Ricci, our Chief Operating Officer who is the guy who has gone through all that over the last couple of days to answer in specifics.

Answer : Rich

Good morning Tim. Your point is right, but our intention is to be combining this entity with Barclays Capital. Our assumptions going in is that we will be held to the same regulatory standards as we have in our current broker/dealer in the US Barclays Capital that Barclays has. So if anything, as you know, the regulatory standards in the US for some of those things will be more favourable, but our assumptions going in are that this will be consolidated and will be subject to the same regulatory standards we are currently.

Answer : Chris

Tim on your EP point, I was going to say in terms of EP we used our own view of the economic capital to support these businesses because that is what we understand and they look very similar in most respects to those that run within Barclays Capitals broker dealer in the US.

**Tim**

Okay and presumably you have already explained all this to the rating agencies and they are going to be confirmed?

Answer : Chris

We have clearly spoken to the rating agencies, they are considering, as they continually do, our ratings. But we have not heard of any change of view.

Tim

Great. Thank you.

### Question 6 : Peter Toeman : HSBC

Good morning. I just wanted to check with you. The deal looks outstandingly attractive because obviously if one looks at the normalised revenues that Lehman's tell us they produce, they would have made maybe 2.8 billion in Q3, maybe you are taking some 50% of that, that gets you to 1.4 billion. Maybe 5 billion dollars of revenues per year. But the addition to your WRA's is only sort of 15 billion dollars. Lehman's when it was operating had WRA's of about 200 billion. So I wonder if actually to attain the revenue stream that you have indicated, actually the WRA growth that the Lehman's has to be very quick from this point. Or is it possible to attain the 1.4 billion per quarter of revenues with just sort of 15 billion for trading WRA's?

John

Bob and Rich could you comment?

### Answer : Rich

Hi, its Rich. I think a couple of things, one it is a good question. The assets that we have obtained, you know a lot of them are, probably as indicated earlier in the call are more liquid, you know Government agency types. There are some that are ongoing trading positions we have acquired. Clearly what has happened over the last few days, as you can imagine, is as Lehman was in the processes of filing bankruptcy. A lot of their positions began to roll off the street as you would expect was concerned about Lehman's future and how they were dealing with them. So we saw a huge dip in WRA's. I think going forward, keeping in mind the issue that we are going to run only certain of their businesses, we are going to need to wrap up that business. But it is going to happen over time. As you know, I think there is a great opportunity on the revenue side that WRA ramp up is going to happen over time, but I don't think it does happen very quickly in situations like this.

### Answer : Chris

I would expect as Rich has said, some increase in WRA's, But what we would be doing is combining the business, that is of the broker/dealer, we will be using what is called consolidated supervised entity regime for capital treatment in US broker/dealers which enables us to aggregate risk positions for the capital purposes. So it won't be entirely additive. I am sure though as Rich as said, there will be some increase.

### Further question

Can I also ask you about revenue attrition in that although Lehman's seem to be a very good fit on the equity side in terms of fixed income markets that Barclays has been building out in the US for some time, so clearly in certain segments of fixed income markets like foreign exchange or corporate bonds, there must be quite a lot of overlap and how that will be treated and whether you expect that actually an element of revenue attrition will prevent you from getting the numbers, the sort of historic type of Lehman's revenue numbers?

John

Bob could you comment?

Answer : Bob

Yeah you know, it is a good question. But I am going to answer it slightly more broadly than you asked it. If you step back. This is a really unique, interesting opportunity. If you step back and look at the two organisations. Barclays Capital which has done extremely well over the last 11 years, it has real scale and depth in UK, Europe, Middle East, Africa and into Asia. Lehman has the same type of scale and depth even more in the US, but not in those areas. So if you look from a geographic point of view, it is a good balance and their US heft and depth is just what we are looking for. If you are looking at it by product, Lehman Brothers brings excellence, top tier excellence in MNA, equity sales and trading and equity capital markets in credits rating. Two of those three areas we are not in, one we are quite weak in. If you look at BarCap's strengths, it is commodities. Top three in the world, FX top three in the world, interest rate trading, top three in the world. In investment grade debt top three in the world. Areas that Lehman Brothers has traditionally been in, but weaker. The two firms combined become top three in both prime services and leverage finance, areas neither were top three in. There will be overlap, but I want to be disingenuous. We have a three month integration plan that we will take you through as we develop it over the next couple of weeks. And all the people have to be adult about this because we are going to get on with it quickly. But there is surprisingly little overlap because we are able to take just the US broker/dealer, not the entire operations and it was quite fortunate the way this worked out.

### Question 7 : Manus Costello – Merrill Lynch

Hi everyone. I have a couple of questions please. One is back to this point about the future of risk weighted asset growth. If I look at the number of employees you are taking on, is that any kind of indication of where risk weighted assets might go in the future? Just thinking in terms of the relative size of the work force, versus the current size of the BarCap workforce. Can I make any kind of extrapolation about WRA per employee for example?

Answer : John

I don't think that would be very safe or scientific way of doing it no.

**Further question**

Is there anything inherent in any of the businesses you are buying which means that it is less capital intensive?

Answer : John

Only to the extent that the businesses we are buying are predominantly more vanilla in terms of the assets and liabilities that they trade with and therefore they tend to have more offsets against other similar risk positions and also lower capital charges.

Further question

So all else being equal, you would expect the acquired businesses to be less capital intensive than the current BarCap businesses?

John

Do you want to comment on that Bob?

Answer : Bob

Yes, I would say that. In other words it is not additive. Absolutely. I don't want to say there is no growth, but it definitely will not be additive. Let me give you the two best examples. The M&A franchise from Lehman Brothers, this is a top tier global franchise. We already have the risk management and financing franchise. They integrate well and M&A is not capital intensive. It is an advisory business. It is the same for the equity capital markets business. It is really additive on all of the other things we have been doing which do tend to use balance sheets. So we have a unique opportunity to leverage fee related advisory related businesses at a time in the market which is quite appropriate.

Manus

Okay thank you.

Chris

I was just going to add just one thing just to give you some help. If we look at our existing capital position in risk weighted asset utilisation, the broker/dealer in the US is less than 10% of BarCap's total risk weighted asset usage. Did you have a second one?

Further question

Yes I just wondered, away from Lehman's, the rest of BarCap have been involved in something of a de-leveraging process during the first half of the year and I wondered if this impacts the thought process on that going forwards?

Answer : John

Well I mean the thought process as you know has been one of, we have tried to be very disciplined in the way in which we have managed the balance sheet. We talked at the Half Year about the capital ratios that we are seeking to run to. You should of course assume that those disciplines remain in place, but we have an opportunity here and in the way that Bob and Chris have described, through time we would expect to see some WRA growth in the businesses that we are acquiring. But the overall disciplines of capital management, never more important than today as you would tell us and we would agree. I mean of course those are unaffected by this transaction.

**Manus**

Okay, thank you very much.

Question 8 : Leigh Goodwin – Fox Pitt Kelton

Good morning gentlemen, afternoon. The question I had, many of them have been asked already, but I just wanted to follow up on capital. I mean it sounds as if this is going to be capital ratio accretive so to speak, even without the additional capital you will be raising. And so my question is, why are you raising the extra one billion of capital?

**Answer : John**

Well I think the way we look at it is that the business base of Barclays is growing as a result of this transaction in the way that we have been describing. We go into it with an expansive outlook, of course a risk adjusted outlook. Let me say that very clearly. But an expansive outlook and therefore it is right for us to be quite thoughtful about, so what feels like the right capital base to enable us to grow the business safely, but grow the business in the way that we contemplate and our assessment is not least because we have had some statements of support and inquiry as we said in our announcement today from certain of our shareholders, it is right to do those two things in tandem. Simple as that really.

**Further question**

Okay, but are you sort of signalling any backing away from the 5.25% target?

**Answer : John**

No. I mean that, remember though that is our target. And what we have said is that we intend to run ahead of target at a time of market turbulence such as we have seen and as you know, on a proforma basis, if you look at the equity ratio at the end of June, flexed for the capital raising that we did in June and July, that the resultant equity ratio on a proforma basis was 6.3%. So we are sort of running well ahead of target. But we did say that our expectation roughly was that half of what we raised would be directed at creating a margin between target and actual and roughly half over time will be directed at business growth. As it happens, the way in which the transaction is structured, actually creates without equity issuance, some capital ratio accretion as we spelt out.

Leigh

Okay, thank you very much.

### Question 9 : Sandy Chen – Panmure Gordon

Afternoon and a very well priced deal I say. There are two questions. One I missed the beginning of the call, but did you give a probability of approval with the US Bankruptcy Court for the deal?

Answer : John

It would be, and if I could put it this way impertinent of us to do that, we have to be respectful of the process of the Court. We have put a proposal which we hope the Court will think of as attractive to the protection of interest of creditors. I mean it is a big proposal within the overall bankruptcy and we will go in front of the Court as soon as we can and get a decision.

Further question

Okay. And then the second question related to the marks. Especially given the regulatory integration I guess that would occur rolling the Lehman's book that you have bought into the Barclays book, would you be able to comment on say relative marks on the RBS, ABS some of the CDO books that Lehman's? If you look at what they have been talking about in previous quarterly results, it would appear that they have taken significantly greater marks than some of their assets versus the Barclays ones. I don't know if you commented on that earlier?

Answer : John

No we haven't done Sandy and I will ask Chris to comment and Rich you might want to add.

Answer : Chris

Let me start Sandy. If we look at the portfolio of assets that we have acquired, it is less than 5% that you would regard as mortgage related. Those are marked down and then marked again through the due diligence process. So I think to do any direct comparison is actually very difficult for the reasons we have said before and the fact that the vast majority of the book is very high quality, easily tradable assets and liabilities.

John

Rich do you want to add anything?

Answer : Rich

Yes having gone through the due diligence on the weekend, again all our comments around risk is not generic proof true. I think we have come out of the process very comfortable and if anything confirmed our marks. The paper that any other institution holds, but Lehman in this particular case varies considerably and as Chris noted, I think the new entity will go into quite a cleansing process across all the asset classes. So we move forward comfortable with the marks of both entities.

Sandy

Thanks very much

Question 10 : James Alexander – M&G

Hi, I just wanted a question about the strategic rationale for buying Lehman's or the bits of Lehman's you are buying. It could be said that this is a bit of an old economy deal, given the carnage that investment banks have brought to the world over the last year or so. You couldn't just outline your vision for where investment banking is going to be over the next 2-3 years to explain why you decided to expand in this area, rather than global, retail and commercial banking?

Answer : John

James, I will start and then Bob will add. I think it is a new economy business model is what I would say to you. I mean it is very clear that advantage particularly in the stressed conditions of today, inures to those who have universal banking models with a capital markets business that is well integrated and I think you can see the differentiated performance of that business model, versus other business models very starkly in the experience of the last 12 months to be honest. If you ask me whether as a result of this transaction, we are in some sense de-emphasising the growth that we have been building in GRCB which again I think is pretty evident from the numbers that we showed for the first half, there is no de-emphasis at all. Our expectation is that the GRCB businesses will continue to grow quickly. That is absolutely the mandate that I have given Frits.

On the point about geography and asset allocation, just before asking Bob to add. I mean I do feel and I have said quite often actually in these sorts of conversations, that when I think about optimal asset allocation, I have felt for some time that we are underweight America. We, I would like us to see a greater percentage of our overall earnings come from the United States and this transaction enables us to do just that. But as you and I both know, if you are increasing your exposure to the United States, most especially if you are not a national player, by that I mean you are a foreign player, you have to choose your competitive ground very carefully. And it is no coincidence that we have chosen the businesses that we have chosen to grow in the United States through time, because we feel we have competitive advantage in them and in our capital markets business, it is very clear to us that the competitive advantage of Barclays Capital will be significantly amplified by this deal.

Bob do you want to add in the context of BarCap?

Answer : Bob

I do. But before I do, I just reiterate one of the things that John said, you know, John's vision for Barclays which has been very clear for a number of years, the universal banking model. We recognise that the Barclays Capital, BGI businesses benefit from being housed with the Global Retail and Commercial banking businesses. It is true in Spain, it is true in the UK, it is true in South Africa, it is going to be true in Russia and the other places where Frits is building. So you know, there is no competition here, we recognise that 1+1 can equal 3. And there is no change in emphasis on any of that. It is the universal banking model that allows us to get to those synergies.

In terms of investment banking, if you saw the Presentation I gave at the Lehman Brothers Conference, ironic as that is, last week, the pools of revenues in investment banking and investment management are large. They are just under a trillion. They are growing at double the rate of GDP, notwithstanding the fact that '08 will be a slow year. But most importantly they are beginning to consolidate. Investment banking and investment management is beginning to consolidate and watch this picture. We have been talking about it for two or three years. We have a strong position in wealth, in asset management and in investment banking. In each of those areas we are in the top five in the world, not net wealth, but in asset management and investment banking. Wealth, we are just outside the top ten. We are beginning to see serious consolidation. Five or six percentage points over the last year. JP Morgan, Merrills are not going to slow that down. Barclays acquiring Lehman Brothers is not going to slow that down. There is a great opportunity as these markets begin to consolidate.

James

That was a very full answer, thank you.

John

Sorry James. You asked, we gave it to you.

Question 11 : Joseph Shutt - Goldman

My question has been answered thank you.

Question 12 : John Kirk - Redburn

Good afternoon everyone. Most of my questions are done as well thanks. But just a couple. I am trying to understand. Ostensibly it appears you have a fantastically priced deal here and I am trying to understand why that is. And I suspect it is because you are in a situation of probably being the only bidder and also you are buying from what is effectively a forced seller. Is that a fair interpretation of what actually happened and is that why the price is so favourable to you?

Answer : John

Well as I said, we shouldn't be presumptuous about the deliberation of the Court, but you could read into what we said and into our remarks this morning that the businesses are strikingly

complementary and we are in a position where we can step up and do something substantial here which I hope the Court will conclude is very much in the interest of creditors because of the scale of what we are undertaking and offering. And there aren't a large number of people who would have that interest who would have that complementarity. I also think, I made some remarks to this effect in what I said at the beginning, I hope that we were reasonably well prepared and that we also had the benefit of the work we did last week and over the weekend. What it requires of course is speed because the system needs that. The clients of Lehman need that and the people of Lehman need that. So it is important that we have moved quickly.

**Further Question**

And sorry, can you confirm whether or not you were the only bidder for the business?

**Answer : John**

Well we can only comment about what we have done and we have put an application in front of the Court. So far as I am aware nobody else has done.

**Further Question**

Okay thanks. And then, apologies, a slightly more sensitive one. But clearly you have paid a very, apparently anyway, a very low price for the business. Are you planning to incentivise the 10,000 people you are planning to take on to remain with the bank? And the reason I ask is because clearly that could become a material part of the consideration actually.

**John**

I am going to ask Bob to comment. But let me just. There is an important I guess point of philosophy and point of culture and value that I would say up front. Again in my remarks I have said that our assimilation of the opportunity among other things was importantly based on whether the values and the vision of the two businesses were consistent with each other and compatible. And we do believe very strongly that the reason why we are optimistic about recruiting a large number of Lehman staff in the US broker dealer is because it is clear to us that they do share our vision and our values and that they are a client driven organisation who are excited by the sort of things that we think we can achieve over the course of the coming years.

Bob will you add to what I have said?

**Answer : Bob**

John that was absolutely spot on. The only thing I would add is that the people at Lehman understand that the culture of pay for performance, a culture where we don't make long term deals, where we don't get percentage deals, that applies to them as well and they are delighted with it. They want an environment where it is about pay for performance.

**John**

Okay thanks.

### Question 13 : Michael Rogers - Goldman

Yes with respect to the acquisition of Lehman's Brokerage side, has any consideration been given to Lehman Brothers International and Europe and how does that play in the overall part of the organisation?

### Answer : John

It may be that you didn't hear the answer that we gave to a similar question a bit earlier. But if I could just sort of try to summarise what 'Bob and I said. What we said is that we have opportunities but no obligations in that regard. So we have acquired assets and businesses in the United States. We are recruiting a large number of people in the United States. We now have the opportunity and it is an opportunity that we are looking at quickly and seriously to see what else might fit with the businesses that we are developing elsewhere around the world. But think of it as opportunity and not obligation.

### Further Question

Is that considered an obligation with respect to how the organisation is set up is that what you are saying?

### Answer : John

No I am just saying that even if you ask me as part of this package are we required to acquire businesses and assets for example in London or in mainland Europe or in Asia, the answer is no. But it is possible to think that they would be people whose activities would be complementary to the businesses that we are buying and where bringing them in, we might create synergies, of course it is possible to contemplate that. But Bob's team is looking at that as we speak.

### Michael

Thank you.

### Question 14 : Michael Chepnivitz - HSBC

How are you. Just one question. I realise or I appreciate that you are limited in what you can say about the approval process and the Court proceedings here, but in the actual Court hearing, presumably the creditors have their representatives there and procedurally is the outcome binary? Is it just accept or reject? Or would the creditors through their representatives have the right to say well in principle it looks like a very solid transaction, but could we ask for different terms?

### Answer : John

I think it really and I apologise for giving you a boring answer. I am not trying in any sense to be obstructive, but I just shouldn't presume on what takes place in Court, that would be an inappropriate thing for me to do. We are very clear that there is an opportunity here which we can execute on it. Achieves a number of things. It achieves potentially good returns for our shareholders through time. It creates a level of certainty about a big business in the market which I think is good for the system. It creates a much greater level of certainty for Lehman's clients in the United States. It creates a certainty for the people of Lehman's and I very much hope that the Court will conclude that it is very much in the interests of creditors, but that is their deliberation and we respect it.

Are there any further questions? I am conscious of the fact that we have almost been running an hour and so if there is one more question, we are happy to take it, if not we will wrap up.

Question 15 : Clifford S? - UBS

Hi, thanks for taking my question. I noticed that the assets and liabilities is less than the amount at Lehman Brothers inc. And I was wondering if you could talk a little bit about the entities from which you are purchasing the assets and whether or not given that Lehman Brothers inc is a regulated indemnity in the States, that it is not in Chapter 11, whether there might be any regulatory approvals in addition to the Court if you were taking a portion of those assets out of that non bankrupt entity?

Answer : John

I will ask Rich to comment. Of course here in the United Kingdom, because our lead regulator is the FSA, of course we have ensured that we have had the appropriate dialogue with the FSA and we are announcing in the way that we are because the FSA is comfortable with what we are doing. Let me turn to Rich to talk about the United States angle.

Answer : Rich

Yes we are purchasing assets from Lehman Brothers inc. And the same as in the UK, we do acquire approval from the SEC which we have obtained.

John Varley

Well thank you very much indeed for joining us. We are really grateful to you for giving us so much time this morning.

End

# BCI EXHIBIT

# 111



31 of 34 DOCUMENTS

Copyright 2008 Gannett Company, Inc.
All Rights Reserved
USA TODAY

September 17, 2008 Wednesday
FINAL EDITION

**SECTION:** MONEY; Pg. 2B

**LENGTH:** 345 words

**HEADLINE:** Barclays will buy Lehman units, save up to 10,000 jobs

**BYLINE:** Kevin McCoy

**BODY:**

British banking giant Barclays announced Tuesday night that it has agreed to buy Lehman Bros.' investment banking and trading operations, its New York headquarters and two data centers for about $1.75 billion.

Most of that is for the buildings. Barclays said it will pay $250 million in cash to acquire trading assets worth about $72 billion and liabilities of $68 billion.

The agreement will save up to 10,000 Lehman jobs two days after the nation's fourth-largest investment bank sought bankruptcy-court protection.

"This is a once-in-a-lifetime opportunity for Barclays," Robert Diamond Jr., Barclays president, said in a statement.

The deal needs OKs from the bankruptcy court and regulators and can be terminated if not completed by Wednesday.

Barclays was known to be interested in Lehman's core broker-dealer division, merger-and-acquisitions unit and other capital markets assets last weekend, when the two sides discussed an outright Lehman purchase. That larger deal collapsed when the U.S. government would not guarantee the purchase as it had JPMorgan Chase's takeover of Bear Stearns.

Lehman ultimately filed its $639 billion Chapter 11 bankruptcy petition -- the largest in history -- early Monday.

Sen. Charles Schumer, D-N.Y., said Tuesday he had urged Lehman CEO Richard Fuld, Fed Chairman Ben Bernanke and New York Fed President Tim Geithner "to do all they can to ensure a timely deal" to save Lehman jobs in the New York area.

Lehman's investment management division, which includes fund manager Neuberger Berman, is not included in the Barclays deal. Lehman previously said it was pursuing separate "advanced discussions" with unnamed potential buyers for that division. Private-equity firms are among the likely suitors, said Fred Cannon, a research analyst at Keefe

Page 2

Barclays will buy Lehman units, save up to 10,000 jobs USA TODAY September 17, 2008 Wednesday

Bruyette & Woods.

Lehman shares closed Tuesday at 30 cents, an increase of 9 cents.

Bankruptcy-court filings showed that JPMorgan Chase advanced Lehman $138 billion since Monday, enabling Lehman to continue trading and avoiding "a disruption of the financial markets."

Contributing: Matt Krantz

**LOAD-DATE:** September 17, 2008

# BCI EXHIBIT

# 112

## Thomson StreetEvents℠

### BCS - Barclays Plc Announces Agreement to Acquire Lehman Brothers

Event Date/Time: Sep. 17. 2008 / 7:00AM ET



www.streetevents.com     Contact Us     

© 2008 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the
prior written consent of Thomson Financial.

**FINAL TRANSCRIPT**

Sep. 17. 2008 / 7:00AM, BCS - Barclays Plc Announces Agreement to Acquire Lehman Brothers

## CORPORATE PARTICIPANTS

**John Varley**
*Barclays Bank Plc - Group Chief Executive*

**Chris Lucas**
*Barclays Bank Plc - Group Finance Director*

**Bob Diamond**
*Barclays plc - President Barclays plc and CEO Investment Banking & Investment Management*

**Rich Ricci**
*Barclays plc - COO Barclays Capital, Investment Banking & Investment Management*

**Mark Merson**
*Barclays plc - IR*

## CONFERENCE CALL PARTICIPANTS

**Mike Trippitt**
*Oriel Securities - Analyst*

**Michael Helsby**
*Morgan Stanley - Analyst*

**Tom Rayner**
*Citigroup - Analyst*

**Simon Maughan**
*MF Global - Analyst*

**Tim Sykes**
*Execution - Analyst*

**Peter Toeman**
*HSBC - Analyst*

**Manus Costello**
*Merrill Lynch - Analyst*

**Leigh Goodwin**
*Fox-Pitt Kelton - Analyst*

**Sandy Chen**
*Panmure Gordon - Analyst*

**James Alexander**
*M&G - Analyst*

**Joseph Shatz**
*Goldman Sachs - Analyst*

**Jon Kirk**
*Redburn - Analyst*

**Michael Rogers**
*Goldman Sachs - Analyst*

**Matthew Czepliewicz**
*HSBC - Analyst*

**Clifford Sosin**
*UBS - Analyst*

 www.streetevents.com    Contact Us 

© 2008 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

| Sep. 17. 2008 / 7:00AM, BCS - Barclays Plc Announces Agreement to Acquire Lehman Brothers |
| --- |

## PRESENTATION

**Operator**

Welcome to the Barclays analysts' conference call. I will now hand over to John Varley, Group Chief Executive.

---

**John Varley** - *Barclays Bank Plc - Group Chief Executive*

Good morning. I apologize that we've kept you waiting for a couple of minutes, but welcome to the call and thank you very much for joining us this morning. I'm joined by Bob Diamond and Rich Ricci in New York, and in London by Chris Lucas and Mark Merson. What I'm going to do is to make a few comments to begin with and then we are happy, in the usual way, to take your questions.

As you've seen, we've announced an agreement to acquire the core North American investment banking and capital markets businesses of Lehman's. That acquisition is subject to approvals that we're now seeking from the US Bankruptcy Court.

When we look at transactions, we ask ourselves two questions - does the transaction fit with our strategy and does the transaction make economic sense to our shareholders. The acquisition of the businesses that we've announced today is in line with our strategy of seeking higher growth through time by geographical diversification. And it meets our financial tests, including delivering a strengthening of our capital ratios.

You will remember that when we talked to you about our half year results, we said that our objective in 2008 was very simple. It was, and is, to manage the impact of the credit crunch whilst maintaining strategic momentum. And I think this transaction fits within that framework.

The market backdrop is as challenging as anything we've ever seen. Our intention, as we do our business around the Group, is to stay close to our customers and clients and manage our risks, whilst keeping our eye open to opportunities presented by the market disruption which might be attractive to our shareholders.

Having the license from our owners to take those opportunities is, of course, we fully recognize, dependent on our businesses continuing to perform, notwithstanding the difficult circumstances. And you'll see that as part of our announcement today we've said that our trading performance in July and August was satisfactory. Group profits were a bit below the run rate of the first six months of the year, which is what we would expect during the high summer, but all our businesses were profitable.

It was against that backdrop of strong relative financial performance that we looked hard at the Lehman Brothers opportunity over the last weekend. I should say that we thought some months back that it was possible that this opportunity might arise, but we were clear that we'd only be interested in pursuing it at the right price. The knowledge that the opportunity might arise also caused us to manage our exposures to Lehman Brothers, and we have minimal exposure arising out of the bankruptcy.

We knew, from that work over the summer, that there was a significant value opportunity in the business and we knew that there might be a good economic opportunity available to us. Furthermore, we satisfied ourselves in the due diligence process which took place at the back end of last week and over the weekend that the franchise of much of Lehman's, and in particular the US broker dealer business, remains strong and healthy.

I stress again that there are important approvals outstanding, including agreement from the United States Bankruptcy Court for the Southern District of New York. But subject to those, we've announced the following.

The acquisition of the core of old Lehman's, based around the US broker dealer operations. We've acquired the associated infrastructure. We'll be taking on about 10,000 employees. We're acquiring trading assets with a current estimated value of $72b and trading liabilities with a current estimated value of $68b for a cash consideration of $250m. In addition to acquiring

| THOMSON | www.streetevents.com | Contact Us |  |
| --- | --- | --- | --- |

© 2008 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Sep. 17. 2008 / 7:00AM, BCS - Barclays Plc Announces Agreement to Acquire Lehman Brothers

these trading assets, we've made a decision to acquire three buildings, the Lehman's headquarters in New York and two data centers.

We also mentioned in our announcement today that certain of our shareholders have expressed support for the transaction and an interest in increasing their shareholdings in Barclays. In fact, the transaction is capital ratio accretive without additional equity issuance. And the source of that accretion is the negative goodwill from the transaction, which amounts to about $2b post tax.

The acquisition of these businesses and assets significantly enhances BarCap's position in the United States, by a transaction that is de-risked by excluding the overwhelming majority of Lehman risk assets. Before moving on this opportunity, we satisfied ourselves as to the fit between the two capital markets businesses in terms of activities and culture. And the enlarged business will, of course, be part of IBIM, reporting to Bob.

The transaction meets our financial tests with significant margin for error. We expect it to be immediately economic profit positive. We expect it to be accretive to earnings on an ongoing basis in the first year, including the impact of equity raising. And the return on investment is very high.

So, to summarize, and before taking your questions, we have a transaction which, subject to the consent of the US Court, makes good sense strategically and financially. I think that the transaction plays to our strengths. The acquisition transforms our position in the largest global capital market. It creates capital ratio enhancement. And it meets, and some, the financial tests that we have, which are designed to ensure that we create shareholder benefit.

So, with that, I'll open up to your questions. And just to remind you what we're concentrating on this morning is the transaction that we've announced. Could you, in the usual way, when you ask a question say your name and which organization you represent?

## QUESTIONS AND ANSWERS

**Operator**

Thank you. (OPERATOR INSTRUCTIONS). The first question comes through from the line of Mike Trippitt from Oriel Securities. Please go ahead.

**Mike Trippitt** - *Oriel Securities - Analyst*

John, good morning. It's Mike Trippitt with Oriel.

**John Varley** - *Barclays Bank Plc - Group Chief Executive*

Morning, Mike.

**Mike Trippitt** - *Oriel Securities - Analyst*

I've just a couple of questions, actually. One, could you give an idea of the risk weighting of the assets?

THOMSON | www.streetevents.com | Contact Us 

© 2008 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Sep. 17. 2008 / 7:00AM, BCS - Barclays Plc Announces Agreement to Acquire Lehman Brothers

**John Varley** - *Barclays Bank Plc - Group Chief Executive*

Should we take that one first of all and I'll just ask Chris to comment.

**Chris Lucas** - *Barclays Bank Plc - Group Finance Director*

Yes. In terms of the assets we've taken, the risk-weighted asset number is about $13.5b for the trading assets. And then there's obviously that which relates to the buildings on top of that, to get to a total of $15b.

**Mike Trippitt** - *Oriel Securities - Analyst*

Okay. Thank you.

**Chris Lucas** - *Barclays Bank Plc - Group Finance Director*

Yes. That's the dollar number.

**John Varley** - *Barclays Bank Plc - Group Chief Executive*

That's the dollar number. And you had a second question, Mike?

**Mike Trippitt** - *Oriel Securities - Analyst*

Yes. The second question was just trying to get a sense of good assets, bad assets and impairments that would have been already taken, either through the P&L or to AFS, on the assets that you're acquiring.

**John Varley** - *Barclays Bank Plc - Group Chief Executive*

Let me ask Chris to comment and, Bob, you may want to add. Chris, you go first of all.

**Chris Lucas** - *Barclays Bank Plc - Group Finance Director*

Out of the total of $72.7b, which is a net number, the vast majority of those assets are quoted debt, quoted equity, government and agency paper, CP and money market instruments and derivatives and a relatively sizeable cash and matched book. There is a small amount of mortgage paper, which has been heavily written down and included in those numbers. So, we've been through a process where we took the original marks, reviewed them and then took some further write-downs, but that's against a very small portion, less than 5% of that book.

**John Varley** - *Barclays Bank Plc - Group Chief Executive*

Bob, anything you want to add?

**Bob Diamond** - *Barclays plc - President Barclays plc and CEO Investment Banking & Investment Management*

Yes. Slightly repetitious, but I think it's an important question and an important answer. Because of the way that this deal ended up happening, through bankruptcy, a couple of things were important. First and foremost, as Chris said, we got to choose which



© 2008 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

| Sep. 17. 2008 / 7:00AM, BCS - Barclays Plc Announces Agreement to Acquire Lehman Brothers |

inventory came with the deal, and primarily we chose things that were important to the underlying businesses. So, for example, many of the positions that we took in equities had to do with our cash equities business.

I think the second thing that's important is we had just completed 72 hours of due diligence on every position. So, when it came time to make the decision on what came, we personally had been doing due diligence and were able to establish the marks.

**Chris Lucas** - *Barclays Bank Plc - Group Finance Director*

Mike, I should just say you did ask about AFS. These are entirely a trading book and therefore would go through the profit and loss account. And the numbers I've given you reflect any of those adjustments.

**Mike Trippitt** - *Oriel Securities - Analyst*

Okay. Thank you very much.

**Operator**

Thank you. The next question comes through from the line of Michael Helsby from Morgan Stanley. Please go ahead.

**John Varley** - *Barclays Bank Plc - Group Chief Executive*

Hello, Michael.

**Michael Helsby** - *Morgan Stanley - Analyst*

Hello. Good afternoon. I was -- it's not clear, from looking at the Lehman quarterly numbers, exactly what the generation -- the underlying profit generation or net revenue generation of the businesses that you would be buying exactly is. I was wondering if you could give us a helping hand in terms of what you think the net revenue you've bought, ex-write-downs, in -- and just take Q3 as an example.

**John Varley** - *Barclays Bank Plc - Group Chief Executive*

Well, Michael, we won't give you a forecast, but we'll try and just give you a bit of help. And I'll ask Chris to make a comment or two.

**Michael Helsby** - *Morgan Stanley - Analyst*

Thank you.

**Chris Lucas** - *Barclays Bank Plc - Group Finance Director*

I think, when we look at what we've acquired, which is predominantly the broker dealer business, if you take a normalized view of the Lehman business, that broker dealer business is broadly about half of what we've seen historically. And I think that's probably the best starting place I can give you.

---

| **THOMSON** | www.streetevents.com | Contact Us |  |

© 2008 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

Sep. 17. 2008 / 7:00AM, BCS - Barclays Plc Announces Agreement to Acquire Lehman Brothers

**Michael Helsby** - *Morgan Stanley - Analyst*

That's the number that I had. Thank you.

---

**Operator**

Thank you. The next question comes through from the line of Tom Rayner from Citigroup. Please go ahead with your question.

---

**Tom Rayner** - *Citigroup - Analyst*

Yes. Good morning, everybody. Tom Rayner from Citi here.

---

**John Varley** - *Barclays Bank Plc - Group Chief Executive*

Hi, Tom.

---

**Tom Rayner** - *Citigroup - Analyst*

Hi, there. Hi, John. A couple of questions, one just following up on your comments on the capital and the $15b. Am I right, I've just done this very quickly, but you would need to increase equity by about $1b, given the extra $15b? You have a buffer between the trading assets and liabilities of $4b. And you're indicating you're accretive, even without the new equity being raised. Are you assuming, though, that that $4b buffer is likely to come down, because I guess it could come down from $4b all the way to $1b and still be accretive for capital at the end of the day? Or is that very much, this is marked-to-market as of last night, all the toxic stuff is outside of this portfolio, we're expecting if anything maybe to run profits from these positions?

---

**John Varley** - *Barclays Bank Plc - Group Chief Executive*

The or-is-it piece of your analysis, Tom, is the right way of looking at it.

---

**Tom Rayner** - *Citigroup - Analyst*

Right.

---

**John Varley** - *Barclays Bank Plc - Group Chief Executive*

So we absolutely expect to preserve that buffer and, in the way that Chris has described, we have marked —

---

**Chris Lucas** - *Barclays Bank Plc - Group Finance Director*

Yes, Tom. And the capital derived from the negative goodwill that arises from the transaction is actually more than is needed to support the $15b of risk-weighted assets. So, just the combination of that part of the transaction gives an enhancement to the Tier 1 capital and equity Tier 1.

---

**Tom Rayner** - *Citigroup - Analyst*

Yes, I understand that. In fact, if that buffer's preserved, that's a reasonably significant enhancement. Is that right?

---

| **THOMSON** | www.streetevents.com | Contact Us |  |

© 2008 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

| Sep. 17. 2008 / 7:00AM, BCS - Barclays Plc Announces Agreement to Acquire Lehman Brothers |
|---|

**John Varley** - *Barclays Bank Plc - Group Chief Executive*

Well, yes. You can do the arithmetic.

**Tom Rayner** - *Citigroup - Analyst*

Yes, sure.

**John Varley** - *Barclays Bank Plc - Group Chief Executive*

But we've been careful in the way in which we've structured it, Tom, as you can see, to ensure that it has that characteristic.

You had a second one, did you?

**Tom Rayner** - *Citigroup - Analyst*

Yes, please. I was just having a look at the Lehman Brothers press release today. It mentions there discussions to acquire select operations outside of North America. No real comments, unless I missed it in your statement at the beginning, about the UK businesses. Can you add anything to that and --?

**John Varley** - *Barclays Bank Plc - Group Chief Executive*

Tom, let me ask Bob to comment. What I would say generally is, beyond what we have announced, we think we have some options but, to be clear, we have no obligations. But I should ask Bob to give you something more specific.

**Bob Diamond** - *Barclays plc - President Barclays plc and CEO Investment Banking & Investment Management*

Spot on. Tom, an example of an opportunity would be this. Within the US broker dealer, one of the most exciting businesses, which you will appreciate, is the cash equities business. It's an absolute machine. It's extremely profitable. Gerry Donini and the team that run it have been there for a long time, year after year. It's got completely integrated research, sales, investment banking. It's fantastic. We wouldn't want to miss the opportunity to also add some of the talent from the UK and Europe to that team. But, as John said, it's at our option. None of it is required because of the deal.

There's other areas, in the UK and Europe, for example, where BarCap already has a very strong position. We wouldn't have an interest in adding any staff. So it would most typically be around those areas where Lehman has strong position and BarCap had a weak one. So it would be mostly around the equity and equity capital markets business.

**Tom Rayner** - *Citigroup - Analyst*

Is it not the case, if that is to happen, given that I could see out my window what's been happening in the last couple of days, if that's to happen it has to happen reasonably quickly, or is that something you can take your time over?

**Bob Diamond** - *Barclays plc - President Barclays plc and CEO Investment Banking & Investment Management*

You shouldn't assume we aren't already acting on the opportunities that we think are beneficial to us.

---

© 2008 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

**FINAL TRANSCRIPT**

| Sep. 17. 2008 / 7:00AM, BCS - Barclays Plc Announces Agreement to Acquire Lehman Brothers |
| --- |

**Tom Rayner** - *Citigroup - Analyst*

Okay. Thanks a lot.

**Operator**

Thank you. The next question comes through from the line of Simon Maughan from MS Global. Please go ahead.

**Simon Maughan** - *MF Global - Analyst*

Yes, hi. I just wondered, is it kind of coincidence that you're acquiring assets that are roughly -- a similar kind of size to the current receivables on Lehman book? I'm just trying to get a figure, because obviously the size of the assets that you're getting are a tiny fraction of the overall balance sheet at Lehman, but obviously the size of the staff that you're getting is pretty substantial. And you haven't just bought a broker dealer with no connected prop and own bank positions. There are own bank positions in the $40b that you've acquired, and you're just telling us that they're perfectly adequately marked. Is that right?

**John Varley** - *Barclays Bank Plc - Group Chief Executive*

Simon, I'll ask Chris to comment to the detail, but I suppose what I would say to you is that there is no coincidence in this transaction, if you see what I mean. We have had the circumstances in which we've been able to execute the transaction, meaning that we have been able to be very deliberate in choosing either pro or con. So, there isn't serendipity or coincidence in the transaction. The transaction is structured as we wanted it to be. It's of course subject to court approval and we're respectful of the court. But we have been very deliberate in our choices here.

**Simon Maughan** - *MF Global - Analyst*

I was just thinking, going back to the earlier question about the revenues you're acquiring, you're getting a fraction of the balance sheet and you're kind of hinting that this business could generate up to half of Lehman revenues, which would make -- it's a fantastic deal, from that perspective.

**John Varley** - *Barclays Bank Plc - Group Chief Executive*

And that's because we've not taken the entire balance sheet that creates that income. What we've taken is a portfolio of trading assets and liabilities that are, first of all, de-risked, and secondly, those that need to support the ongoing parts of the business that we have acquired. And therefore, they are predominantly market-making assets and liabilities and very tradable.

**Simon Maughan** - *MF Global - Analyst*

Thanks.

**Operator**

Thank you. The next question comes through from the line of Tim Sykes from Execution. Please go ahead with your question.



| www.streetevents.com | Contact Us |  |

© 2008 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

Sep. 17. 2008 / 7:00AM, BCS - Barclays Plc Announces Agreement to Acquire Lehman Brothers

**John Varley** - *Barclays Bank Plc - Group Chief Executive*

Morning, Tim.

**Tim Sykes** - *Execution - Analyst*

Good morning, gentlemen. Congratulations that you could get it through. (Inaudible) will probably have to write a new book. The question I have really is about what it does to you as a Group. Tremendous deal, potentially, for EPS, but investment banking is going to become a more material part of your organization, and US investment banking is going to become a more material part of the organization. So I've got a couple of questions. Firstly, did Lehman's have a system of economic capital?

And the second question is, given that you are now a more material part of the US financial system, will the US regulatory protocols, for want of a better word, bite more assiduously into the way you run Barclays?

**John Varley** - *Barclays Bank Plc - Group Chief Executive*

Bob, do you want to talk about the second question first and then let me try and give Tim some help on the first part of what he asked on the capital.

**Bob Diamond** - *Barclays plc - President Barclays plc and CEO Investment Banking & Investment Management*

Tim, on the economic capital, can you -- I'm not sure I --

**John Varley** - *Barclays Bank Plc - Group Chief Executive*

It was on the US regulatory issue, and we'll come to economic capital and shape of Group in a moment.

**Bob Diamond** - *Barclays plc - President Barclays plc and CEO Investment Banking & Investment Management*

Yes. Tim, just rephrase what the question is on the regulatory issue. I'm sorry.

**Tim Sykes** - *Execution - Analyst*

The US regulator has got some more focuses on ratios which potentially UK regulators put less emphasis, such as equity to assets. And also, there are obviously discussions afoot to focus on a higher level of capital backing for investment banking operations. Given that this is now more material for Barclays, will that have an impact on the way you have to look at capital adequacy for not only the bit that you're buying, but the bit that you have?

**Bob Diamond** - *Barclays plc - President Barclays plc and CEO Investment Banking & Investment Management*

Basically, no. It doesn't change the way Barclays would approach all of these things because it's all moving on. But let me have Rich Ricci, our Chief Operating Officer, who's the guy that's gone through all that over the last couple of days, answer it in specifics, Tim.



© 2008 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

Sep. 17. 2008 / 7:00AM, BCS - Barclays Plc Announces Agreement to Acquire Lehman Brothers

**Rich Ricci** - *Barclays plc - COO Barclays Capital, Investment Banking & Investment Management*

Morning, Tim. Your point is right but our intention is to be combining this entity with Barclays Capital. Our assumptions going in is that we'll be held to the same regulatory standards as we have in our current broker dealer in the US Barclays Capital at Barclays has.

So, if anything, as you know, the regulatory standards in the US for some of those things will be more favorable. But our assumptions going in are that this will be consolidated, will be subject to the same regulatory standards we have currently.

**John Varley** - *Barclays Bank Plc - Group Chief Executive*

Tim, on your EP point, I was going to say in terms of EP we used our own view of the economic capital to support these businesses, because that is what we understand. And they look very similar in most respects to those that run within Barclays Capital's broker dealer in the US.

**Tim Sykes** - *Execution - Analyst*

Okay. And presumably you've got -- you've already explained all this to the rating agencies and got clearance that your ratings are going to be confirmed?

**John Varley** - *Barclays Bank Plc - Group Chief Executive*

We've clearly spoken to the rating agencies. They are considering, as they continually do, our ratings, but we've not heard of any change of view.

**Tim Sykes** - *Execution - Analyst*

Great. Thank you.

**Operator**

Thank you. The next question comes through from the line of Peter Toeman from HSBC. Please go ahead.

**Peter Toeman** - *HSBC - Analyst*

Yes. Good morning.

**John Varley** - *Barclays Bank Plc - Group Chief Executive*

Hello, Peter.

**Peter Toeman** - *HSBC - Analyst*

Hi. I just wanted to check with you that -- the deal looks astoundingly attractive, because obviously if one looks at the normalized revenues that Lehman's tell us that they produce, they would have made maybe $2.8b in Q3. Maybe you're taking 50% of that, but it gets you to $1.4b, maybe $5b of revenues per year, but the addition to your WRAs is only $15b. Lehman, when it was operating, had WRAs of about $200b. So I wonder if, actually, to attain the revenue stream that you've indicated, actually the


© 2008 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

**FINAL TRANSCRIPT**

| Sep. 17. 2008 / 7:00AM, BCS - Barclays Plc Announces Agreement to Acquire Lehman Brothers |
| --- |

WRA growth at Lehman's business has to be very quick from this point, or is it possible to attain the $1.4b per quarter of revenues with just $15b of trading WRAs?

---

**John Varley** - *Barclays Bank Plc - Group Chief Executive*

Bob and Rich, could you comment?

---

**Rich Ricci** - *Barclays plc - COO Barclays Capital, Investment Banking & Investment Management*

Yes, hi. It's Rich. I think there's a couple of things. One, the -- it's a good question. The assets that we've obtained, a lot of them are, as we probably noted earlier in the call, are more liquid, government agency types. Some of them are ongoing trading positions we've acquired.

Clearly, what's happened over the last few days, as you can imagine, is as Lehman was in the processes of filing bankruptcy a lot of their positions began to roll off. The Street, as you'd expect, was concerned about Lehman's future and how they were dealing with them. So we saw a huge dip in RWAs.

Then, going forward, keeping in mind the issue that we're going to run only certain of their businesses, we're going to need to ramp up that business but it's going to happen over time. As you know, I think there is a great opportunity on the revenue side. That RWA ramp up is going to happen over time. I don't think it does happen very quickly in situations like this.

---

**John Varley** - *Barclays Bank Plc - Group Chief Executive*

I'd expect, as Rich has said, some increase in RWAs. But what we will be doing is combining the business, that is of the broker dealer, we'll be using the what's called Consolidated Supervised Entity regime for capital treatment in US broker dealers, which enables us to aggregate risk positions for capital purposes. So, it won't be entirely additive. I'm sure, though, as Rich has said, there will be some increase.

---

**Peter Toeman** - *HSBC - Analyst*

Right. Could I also ask about revenue attrition, in that although Lehman seems to be a very good fit on the equity side, in terms of fixed income markets Barclays has been building out in the US for some time. So, clearly, in certain segments of fixed income markets like foreign exchange or corporate bonds, there must be quite a lot of overlap. And how that will be treated and whether you expect that actually an element of revenue attrition will prevent you from getting the number, the sort of historic type Lehman's revenue numbers?

---

**John Varley** - *Barclays Bank Plc - Group Chief Executive*

Bob, could you comment?

---

**Bob Diamond** - *Barclays plc - President Barclays plc and CEO Investment Banking & Investment Management*

Yes. It's a good question, but I'm going to answer it slightly more broadly than you ask it. If you step back, this is a really unique, interesting opportunity. If you step back and look at the two organizations, Barclays Capital, which has done extremely well over the last 11 years, it has real scale and depth in UK, Europe, Middle East, Africa and into Asia. Lehman has the same type of scale and depth even more in the US, but not in those areas. If you look at it from a geographic point of view, it's a good balance. And their US heft and depth is just what we're looking for.

---


© 2008 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

| Sep. 17. 2008 / 7:00AM, BCS - Barclays Plc Announces Agreement to Acquire Lehman Brothers |
| --- |

If you look at it by product, Lehman Brothers brings excellence, top tier excellence, in M&A, equity sales and trading in equity capital markets, and credit trading. Two of those three areas we're not in. One we're quite weak in. If you look at BarCap's strengths, it's commodities top three in the world, FX top three in the world, interest rate trading top three in the world, and investment grade debt top three in the world, areas that Lehman Brothers has traditionally been in but weaker.

The two firms combined become top three in both prime services and leveraged finance, areas neither we're top three in. There will be overlap, but I don't want to be disingenuous. We have a three-month integration plan that we'll take you through as we develop it over the next couple of weeks. And all the people have to be adult about this because we're going to get on with it quickly. But there's surprisingly little overlap because we're able to take just the US broker dealer, not the entire operations. And it was quite fortunate the way this worked out.

**Peter Toeman** - *HSBC - Analyst*

Thanks.

**Operator**

Thank you. The next question comes through from the line of Manus Costello from Merrill Lynch. Please go ahead.

**Manus Costello** - *Merrill Lynch - Analyst*

Hi, everyone.

**John Varley** - *Barclays Bank Plc - Group Chief Executive*

Hello.

**Manus Costello** - *Merrill Lynch - Analyst*

I had a couple of questions, please. One is back to this point about the future risk-weighted asset growth. If I look at the number of employees you're taking on, is that any kind of indication of where risk-weighted assets might go in the future? Just thinking in terms of the relative size of the workforce versus the current size of the BarCap workforce, can I make any kind of extrapolation about RWA per employee, for example, or is there something (multiple speakers)?

**John Varley** - *Barclays Bank Plc - Group Chief Executive*

I don't think that would be a very safe or scientific way of doing it, no.

**Manus Costello** - *Merrill Lynch - Analyst*

Is there anything inherent in the businesses you're buying which means that it's less capital-intensive?

**Chris Lucas** - *Barclays Bank Plc - Group Finance Director*

Only to the extent that the businesses we're buying are predominantly more vanilla in terms of the assets and liabilities that they trade with, and therefore they tend to have more offsets against other similar risk positions and also lower capital charges.

© 2008 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Sep. 17. 2008 / 7:00AM, BCS - Barclays Plc Announces Agreement to Acquire Lehman Brothers

**Manus Costello** - *Merrill Lynch - Analyst*

So, all else being equal, you would expect the acquired businesses to be less capital-intensive than the current BarCap businesses?

**John Varley** - *Barclays Bank Plc - Group Chief Executive*

Do you want to comment on that, Bob?

**Bob Diamond** - *Barclays plc - President Barclays plc and CEO Investment Banking & Investment Management*

Yes. If you look at it in -- yes, I would say that. In other words, it's not additive, absolutely. I don't want to say there's nil growth, but it will definitely not be additive. Let me give you the two best examples.

The M&A franchise from Lehman Brothers is a top-tier global franchise. We already have the risk management and financing franchise. They integrate well. And M&A is not capital-intensive. It's an advisory business. It's the same for the equity capital markets business. It's really additive on all of the other things we've been doing, which do tend to use balance sheet. So we're -- we have a unique opportunity to leverage fee-related, advisory-related businesses at a time in the market which is quite appropriate.

**Manus Costello** - *Merrill Lynch - Analyst*

Okay. Thank you. May -- sorry, go on.

**John Varley** - *Barclays Bank Plc - Group Chief Executive*

Chris was just going to add.

**Chris Lucas** - *Barclays Bank Plc - Group Finance Director*

I was just going to add one thing, just to give you some help. If we look at our existing capital position and risk-weighted asset utilization, the broker dealer in the US is less than 10% of BarCap's total risk-weighted asset usage.

**Manus Costello** - *Merrill Lynch - Analyst*

Okay.

**John Varley** - *Barclays Bank Plc - Group Chief Executive*

You had a second one?

**Manus Costello** - *Merrill Lynch - Analyst*

Yes. I just wondered, away from Lehman's, the rest of BarCap have been involved in something of a de-leveraging process during the first half of the year and I wondered if this impacts the thought process on that going forwards.

| THOMSON | www.streetevents.com | Contact Us |  |

© 2008 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Sep. 17. 2008 / 7:00AM, BCS - Barclays Plc Announces Agreement to Acquire Lehman Brothers

**John Varley** - *Barclays Bank Plc - Group Chief Executive*

Well, the thought process, as you know, has been one of we've tried to be very disciplined in the way in which we manage the balance sheet. We talked at the half-year about the capital ratios that we're seeking to run to. You should of course assume that those disciplines remain in place. But we have an opportunity here, and in the way that Bob and Chris have described, though time we would expect to see some WRA growth in the businesses that we're acquiring. But the overall disciplines of capital management, never more important than today, as you would tell us and we would agree, of course those are unaffected by this transaction.

**Manus Costello** - *Merrill Lynch - Analyst*

Okay. Thank you very much.

**Operator**

Thank you. The next question comes through from the line of Leigh Goodwin from Fox-Pitt Kelton. Please go ahead.

**Leigh Goodwin** - *Fox-Pitt Kelton - Analyst*

Good morning, gentlemen, afternoon. The question I had, many of them have been asked already, but I just wanted to follow up on capital. It sounds as if this is going to be capital ratio accretive, so to speak, even without the additional capital that you're raising. So, my question is simply why are you raising the extra $1b of capital?

**John Varley** - *Barclays Bank Plc - Group Chief Executive*

Well, I think the way we look at it is that the business base of Barclays is growing as a result of this transaction, in the way that we've been describing. We go into it with an expansive outlook, of course, a risk-adjusted outlook, let me say that very clearly, but an expansive outlook. And therefore it's right for us to be quite thoughtful about what feels like the right capital base to enable us to grow the business safely but grow the business in a way that we contemplate.

And our assessment is not least because we've had some statements of support and enquiry, as we said in our announcement today, from certain of our shareholders. It's right to do those two things in tandem. Simple as that, really.

**Leigh Goodwin** - *Fox-Pitt Kelton - Analyst*

Okay. But do you -- are you signaling any backing away from the 5.25% target?

**John Varley** - *Barclays Bank Plc - Group Chief Executive*

No. No. That -- remember, though, that's our target. And what we've said is that we intend to run ahead of target at a time of market turbulence, such as we've seen. And as you know, on a pro forma basis, if you look at the equity ratio at the end of June, flexed for the capital raising that we did in June and July, then that -- the resultant equity ratio on a pro forma basis was 6.3%. So, we're running well ahead of target.

But we did say that our expectation roughly was that half of what we raised would be directed at creating a margin between target and actual, and roughly half over time would be directed at business growth. As it happens, the way in which the transaction is structured actually creates, without equity issuance, some capital ratio accretion, as we've spelt out.

© 2008 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

| Sep. 17. 2008 / 7:00AM, BCS – Barclays Plc Announces Agreement to Acquire Lehman Brothers |
| --- |

**Leigh Goodwin** - *Fox-Pitt Kelton - Analyst*

Okay. Thanks very much.

---

**Operator**

Thank you. The next question comes through from the line of Sandy Chen from Panmure Gordon. Please go ahead.

---

**John Varley** - *Barclays Bank Plc - Group Chief Executive*

Hello, Sandy.

---

**Sandy Chen** - *Panmure Gordon - Analyst*

Afternoon. And a very well priced deal, I would say. Two questions. One, I missed the beginning of the call, but did you give a probability of the approval with the US Bankruptcy Court for the deal?

---

**John Varley** - *Barclays Bank Plc - Group Chief Executive*

It would be, if I can put it this way, impertinent of us to do that. We have to be respectful of the process of the Court. We have put a proposal which we hope the Court will think of as attractive to the protection of interests of creditors. It is a big proposal within the overall bankruptcy. And we will go in front of the Court as soon as we can and get a decision.

---

**Sandy Chen** - *Panmure Gordon - Analyst*

Right. Okay. And then, the second question just relates to the marks. Especially given the regulatory integration, I guess, that would occur rolling the Lehman's book that you've bought into the Barclays book, would you be able to comment on, say, relative marks on the RMBS, ABS, some of the CDO books that Lehman's -- if you look at what they've been talking about in previous quarterly results, it would appear that they've taken significantly greater marks on some of their assets versus the Barclays marks. I don't know if you commented on that earlier.

---

**John Varley** - *Barclays Bank Plc - Group Chief Executive*

No, we haven't done, Sandy. And I'll ask Chris to comment, and Rich, you might want to add.

---

**Chris Lucas** - *Barclays Bank Plc - Group Finance Director*

Well, let me start, Sandy. If we look at the portfolio of assets that we've acquired, there's less than 5% that you would regard as mortgage-related. Those are marked down and then marked again through the due diligence process. So, I think to do any direct comparison is actually very difficult, for the reasons we've said before, and the fact that the vast majority of the book is very high-quality, easily tradable assets and liabilities.

---

**John Varley** - *Barclays Bank Plc - Group Chief Executive*

Rich, do you want to add anything?

---

© 2008 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Sep. 17. 2008 / 7:00AM, BCS - Barclays Plc Announces Agreement to Acquire Lehman Brothers

**Rich Ricci** - *Barclays plc - COO Barclays Capital, Investment Banking & Investment Management*

Yes. Having gone through the due diligence on the weekend, again, all our comments around risk is not generic proved true. I think we came out of the process very comfortable and, if anything, confirmed our marks. The paper that any other institution holds, but Lehman, in this particular case, it varies considerably. And as Chris noted, I think the new entity will now move into quite a cleansing process across all the asset classes. So, we move forward comfortable with the marks of both entities.

**Sandy Chen** - *Panmure Gordon - Analyst*

All right. Thanks very much.

**Operator**

Thank you. The next question comes through from the line of James Alexander from M&G. Please go ahead.

**James Alexander** - *M&G - Analyst*

Hi.

**John Varley** - *Barclays Bank Plc - Group Chief Executive*

Hello, James.

**James Alexander** - *M&G - Analyst*

Hello. Just wanted a question about the strategic rationale for buying Lehman's, or the bits of Lehman's you're buying. It could be said that this is a bit of an old economy deal, given the carnage that investment banks have brought to the world over the last year or so. You couldn't just outline your vision for where Investment Banking's going to be over the next two or three years, to explain why you've decided to expand in this area, rather than global and retail -- Global Retail and Commercial Banking?

**John Varley** - *Barclays Bank Plc - Group Chief Executive*

James, I'll start and then Bob will add. I think it's a new economy business model is what I'd say to you. It's very clear that advantage in -- particularly in the stressed conditions of today, inures to those who have universal banking models with a capital markets business that is well integrated. And I think you can see the differentiated performance of that business model versus other businesses models very starkly in the experience of the last 12 months, to be honest.

If you asked me whether, as a result of this transaction, we are in some sense deemphasizing the growth that we have been building in GRCB, which again I think is pretty evident from the numbers that we showed for the first half, there is no de-emphasis at all. Our expectation is that the GRCB businesses will continue to grow quickly. That's absolutely the mandate that I have given Fritz.

On the point about geography and asset allocation, just before asking Bob to add, the -- I do feel, and I have said quite often, actually, in these sorts of conversations, that when I think about optimal asset allocation, I have felt for some time that we are underweight America. We -- I would like us to see a greater percentage of our overall earnings come from the United States and this transaction enables us to do just that.

© 2008 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

| Sep. 17. 2008 / 7:00AM, BCS - Barclays Plc Announces Agreement to Acquire Lehman Brothers |
| --- |

But as you and I both know, if you're increasing your exposure to the United States, most especially if you're not a national player, by that I mean you're a foreign player, you have to choose your competitive ground very carefully. And it's no coincidence that we've chosen the businesses that we have chosen to grow in the United States through time because we feel we have competitive advantage in them. And in our Capital Markets business it's very clear to us that the competitive advantage of Barclays Capital will be significantly amplified by this deal.

Bob, do you want to add in the context of BarCap?

**Bob Diamond** - *Barclays plc - President Barclays plc and CEO Investment Banking & Investment Management*

I do. And -- but before I do, I'd just reiterate one of the things that John said. John's vision for Barclays, which has been very clear for a number of years, the universal banking model, we recognize that the Barclays Capital, BGI businesses benefit from being housed with the Global Retail and Commercial Banking businesses. It's true in Spain. It's true in the UK. It's true in South Africa. It's going to be true in Russia and the other places where Fritz is building. So there's no competition here. We recognize that one plus one can equal three and there's no change in emphasis on any of that. It's the universal banking model that allows us to get those synergies.

In terms of Investment Banking, I would -- if you saw the presentation I gave at the Lehman Brothers Conference, ironic as it is, last week, the pools of revenues in Investment Banking and Investment Management are large. They're just under 1 trillion. They're growing at double the rate of GDP, notwithstanding the fact that '08 will be a slow year.

But most importantly, they're beginning to consolidate. Investment Banking and Investment Management is beginning to consolidate. And watch this picture. We've been talking about it for two or three years. We have a strong position in Wealth, in Asset Management and in Investment Banking. In each of those areas, we're in the top five in the world, not Wealth, but in Asset Management and Investment Banking. Wealth we're just outside the top 10.

We're beginning to see serious consolidation. 5 or 6 percentage points over the last year. JP Morgan and Merrill is not going to slow that down. Barclays acquiring Lehman Brothers is not going to slow that down. There's a great opportunity as these markets begin to consolidate.

**James Alexander** - *M&G - Analyst*

Okay. Thanks. It was a very full answer. Thank you.

**John Varley** - *Barclays Bank Plc - Group Chief Executive*

Sorry, James. You asked. We gave it to you.

**Operator**

Thank you. The next question comes through from the line of Joseph Shatz from Goldman's. Please go ahead.

**John Varley** - *Barclays Bank Plc - Group Chief Executive*

Hello?

© 2008 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

| Sep. 17. 2008 / 7:00AM, BCS - Barclays Plc Announces Agreement to Acquire Lehman Brothers |
|---|

**Joseph Shatz** - *Goldman Sachs - Analyst*

Yes. Hi. My question's been answered. Thanks.

---

**Operator**

Thank you. The next question comes through from the line of Jon Kirk from Redburn. Please go ahead.

---

**Jon Kirk** - *Redburn - Analyst*

Good afternoon, everyone.

---

**John Varley** - *Barclays Bank Plc - Group Chief Executive*

Hi, Jon.

---

**Jon Kirk** - *Redburn - Analyst*

Most of my questions have been done as well, thanks, but just a couple. I'm trying to understand, ostensibly it appears that you've got a fantastically priced deal here and I'm trying to understand why that is. And I suspect it's because you're in a situation of probably being the only bidder, and also you are buying from what is effectively a forced seller. Is that a fair interpretation of what actually happened and is that why the price is so favorable to you?

---

**John Varley** - *Barclays Bank Plc - Group Chief Executive*

Well, as I said, we shouldn't be presumptuous about the deliberation of the Court. But you can read into what we said and into our remarks this morning that the businesses are strikingly complementary. And we are in a position where we can step up and do something substantial here, which I hope the Court will conclude is very much in the interest of creditors because of the scale of what we are undertaking and offering. And there aren't a large number of people who would have that interest, who would have that complementarity.

I think -- I also think that I made some remarks to this effect in what I said at the beginning. I hope that we were reasonably well prepared and that we also had the benefit of the work that we did over last week and over the weekend. What is required, of course, is speed, because the system needs that, the clients of Lehman need that and the people of Lehman need that. And so it's important that we have moved quickly.

---

**Jon Kirk** - *Redburn - Analyst*

Sorry. Can you confirm whether or not you were the only bidder for the business?

---

**John Varley** - *Barclays Bank Plc - Group Chief Executive*

Well, we can only comment about what we've done and we have put an application in front of the Court. So far as I'm aware, nobody else has done.

---

© 2008 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

| Sep. 17. 2008 / 7:00AM, BCS - Barclays Plc Announces Agreement to Acquire Lehman Brothers |
|---|

**Jon Kirk** - *Redburn - Analyst*

Okay. Okay, thanks. And then, apologies if this is a slightly more sensitive one, but clearly you've paid a very, apparently anyway, a very low price for the business. Are you planning to incentivize the 10,000 people that you are planning to take on to remain with the Bank? So, the reason I ask is because clearly that could become a material part of the consideration, actually.

**John Varley** - *Barclays Bank Plc - Group Chief Executive*

Yes. I'm going to ask Bob to comment. But let me just -- there's a sort of important, I guess, point of philosophy and point of culture and value that I would say up front.

Again, in my remarks, I said that our assimilation of the opportunity, among other things, was importantly based on whether the values and the vision of the two businesses were consistent with each other and compatible. And we do believe very strongly that the reason why we are optimistic about recruiting a large number of Lehman staff in the US broker dealer is because it's clear to us that they do share our vision and our values and that they are a client-driven organization who are excited by the sort of things that we think that we can achieve over the course of the coming years.

But Bob, will you add to what I've said?

**Bob Diamond** - *Barclays plc - President Barclays plc and CEO Investment Banking & Investment Management*

John, that was absolutely spot on. The only thing I would add is that the people at Lehman understand that the culture of pay for performance, a culture where we don't make long-term deals, where we don't give percentage deals, that applies to them as well and they're delighted with it. They want an environment where it's about pay for performance.

**Jon Kirk** - *Redburn - Analyst*

Okay. Thanks.

**Operator**

Thank you. The next question comes through from the line of [Michael Rogers] from Goldman's. Please go ahead.

**Michael Rogers** - *Goldman Sachs - Analyst*

Yes. With respect to the acquisition of Lehman's brokerage side, has any consideration been given to Lehman Brothers International Europe and how does that play in the overall part of the organization?

**John Varley** - *Barclays Bank Plc - Group Chief Executive*

It may be that you didn't hear the answer that we gave to a similar question a bit earlier, but if I could just try to summarize what Bob and I said. What we said is that we have opportunities but no obligations in that regard. So, we have acquired assets and businesses in the United States. We're recruiting a large number of people in the United States. We now have the opportunity. And it's an opportunity that we're looking at quickly and seriously, to see what else might fit with the businesses that we're developing elsewhere around the world. But think of it as opportunity, not obligation.

© 2008 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

| Sep. 17. 2008 / 7:00AM, BCS - Barclays Plc Announces Agreement to Acquire Lehman Brothers |
| --- |

**Michael Rogers** - *Goldman Sachs - Analyst*

Is that considered an obligation with respect to how the organization was set up? Is that what you're saying?

---

**John Varley** - *Barclays Bank Plc - Group Chief Executive*

No. I'm just saying that if you ask me, as part of this package, is -- are we required to acquire businesses and assets, for example, in London or in Mainland Europe or in Asia, the answer is no. But is it possible to think that there would be people whose activities would be complementary to the businesses that we are buying and where bringing them in we might create synergies, of course, it is possible to contemplate that. But Bob's team is looking at that as we speak.

---

**Michael Rogers** - *Goldman Sachs - Analyst*

Thank you.

---

**Operator**

Thank you. The next question comes through from the line of Matthew Czepliewicz from HSBC. Please go ahead.

---

**Matthew Czepliewicz** - *HSBC - Analyst*

Hi. Yes. Just one question. I realize -- I appreciate you're limited in what you can say about the approval process and the Court proceedings here. But in the actual court hearing, presumably the creditors have their representative there. And procedurally, is the outcome binary, is it just accept or reject, or would the creditors through their representative have the right to say well, in principle, it looks like a very solid transaction but could we ask for different terms?

---

**John Varley** - *Barclays Bank Plc - Group Chief Executive*

I think it really -- and I apologize for giving you a boring answer. I'm not trying in any sense to be obstructive, but I just shouldn't presume on what takes place in the Court. That would be an inappropriate thing for me to do.

We are very clear that there is an opportunity here which we can execute on it, achieves a number of things. It achieves, potentially, good returns for our shareholders through time. It creates a level of certainty about a big business in the market, which I think is good for the system. It creates a much greater level of certainty for Lehman's clients in the United States. It creates a certainty for the people of Lehman's. And I very much hope that the Court will conclude that it's very much in the interest of creditors, but that is their deliberation and we respect it.

Are there any further questions? I'm conscious of the fact that we're -- we've almost been running an hour. And so, if there's one more question, then we're happy to take it. If not, we'll wrap up.

---

**Operator**

The final question comes through from the line of Clifford Sosin from UBS. Please go ahead with your question.

---

© 2008 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

| Sep. 17. 2008 / 7:00AM, BCS - Barclays Plc Announces Agreement to Acquire Lehman Brothers |
| --- |

**Clifford Sosin** - *UBS - Analyst*

Hi. Thanks for taking my question. I noticed that the absolute amount of assets and the amount of liabilities is less than the amount that Lehman Brothers think. And I was wondering if you could talk a little bit about the entities from which you're purchasing the assets, and whether or not, given that Lehman Brothers Inc. is a regulated entity in the States, that it's not in Chapter 11, whether there might be any regulatory approvals in addition to the Court if you were taking a portion of those assets out of that non-bankrupt entity?

**John Varley** - *Barclays Bank Plc - Group Chief Executive*

I'll ask Rich to comment. Of course, here in the United Kingdom, because our lead regulator is the FSA, of course we've ensured that we've had the appropriate dialogue with the FSA. And we're announcing in the way that we are because the FSA is comfortable with what we're doing.

Let me turn to Rich to talk about the United States angle.

**Rich Ricci** - *Barclays plc - COO Barclays Capital, Investment Banking & Investment Management*

Yes. We are purchasing assets from Lehman Brothers Inc. And it's the same as the UK. We do require approval from the SEC, which we have obtained.

**John Varley** - *Barclays Bank Plc - Group Chief Executive*

Very good. Well, thank you very much indeed for joining us. We're really grateful to you for giving us so much time this morning.

**Operator**

Thank you for joining today's call. You may now replace your handsets.

**DISCLAIMER**

Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2008, Thomson Financial. All Rights Reserved.

© 2008 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

# BCI EXHIBIT

# 113

# Barclays

**European Banks**

BARC LN - 308p

**18 September, 2008**

| Company Rating: **OUTPERFORM** | **Company Update** | Sector Ranking: **Marketweight** |
|---|---|---|

The current disclosures for the companies covered in this report may be obtained by visiting www.fpk.com/x/publicresearchdisclosure.html or www.fpk.com/x/euro-disclosure.html.

## A lucky deal

Barclays' agreement to buy the US Lehman Brothers Investment Banking and Capital Markets divisions' assets looks very positive in our view. Barclays is paying USD250mn for Lehman Brothers' US Investment Banking and Capital Markets (equities, fixed income, research, sales and trading) divisions' net assets of USD4bn. The USD1.75bn consideration includes USD1.5bn for the Lehman Brothers' US headquarters and two data centres in New Jersey. The company is also taking on 10,000 of Lehman Brothers' staff.

- The deal fits with the company's strategy of expanding its group US market share. It will give Barclays a top three position in US capital markets. It will also put Barclays in the top five globally in both the investment banking and asset management sectors.

- Barclays has disclosed that the assets being acquired as part of the Lehman Brothers acquisition are relatively low risk as well as being at market values. These positions result principally from market making operations, not proprietary trading.

- The deal is expected to lift Barclays' quoted 1H08 equity Tier 1 capital ratio to around 6.75% from 6.30% (after July's capital raising), which looks adequate in a UK sector context.

- Barclays' management indicates it will get around 50% of the underlying Lehman net revenues of acquired operations, which would be around USD5bn p.a., with just a fraction of the risk-weighted assets (RWAs), i.e. USD15bn out of Lehman Brothers' USD200bn. We note that to meet a 12% ROI hurdle rate the units being acquired would need to generate just USD210mn profit after tax.

- Our target price remains at 405p as published in *Barclays: Enough is (probably) enough – upgrade to Outperform* on 30 June, 2008, where readers can find full details of our valuation methodology.

## Fundamental data for Barclays (price as at close on 16 September)*

| Price (p) | 308 | Performance | 1 week | 1 month | 3 months | YTD |
|---|---|---|---|---|---|---|
| Market cap. (£ mn) | 20,328 | Absolute | -16% | -9% | -0% | -32% |
| Shares (mn) | 6,600 | Rel. DJ Stoxx | -11% | -1% | +15% | -8% |
| Rating | O | Rel. DJ Stoxx Banks | -3% | +2% | +17% | +5% |

| | Attr. Profit (£ mn) | Recurring EPS (p) | NAV PS (p) | DPS (p) | P / CE | P / NAV | Div Yld |
|---|---|---|---|---|---|---|---|
| Dec 2006 | 4,533 | 66 | 210 | 31 | 4.6x | 1.5x | 10.1% |
| Dec 2007 | 4,417 | 67 | 247 | 34 | 4.6x | 1.2x | 11.0% |
| Dec 2008e | 4,041 | 56 | 271 | 34 | 5.5x | 1.1x | 11.0% |
| Dec 2009e | 4,997 | 61 | 300 | 34 | 5.0x | 1.0x | 11.0% |
| Dec 2010e | 5,407 | 66 | 333 | 34 | 4.6x | 0.9x | 11.0% |

| | | | | | | |
|---|---|---|---|---|---|---|
| Avg. RoE 2007-10e | 23% | Price target (p) | 405 | P / Gr Oper Profit 2008e | 2.1x |
| EPS growth 2007-10e | 0% | Upside | 31% | P / Net Oper Profit 2008e | 3.1x |

\* Not updated for the Lehman Brothers deal

Analyst: Leigh Goodwin/Pawel Uszko

+44 20 7663 6048/+44 20 7663 6095

leigh.goodwin@fpk.com/pawel.uszko@fpk.com

Fox-Pitt, Kelton Ltd

+44 20 7663 6000

*www.fpk.com*

Fox-Pitt Kelton Cochran Caronia Waller

# A lucky deal

**FPK** Fox-Pitt Kelton
Cochran Caronia Waller



*Source: Datastream*

## Strategic rationale

The deal fits with the company's strategy of expanding its group US market share. This deal will give Barclays a top three position in US capital markets. It will also provide the group with new capabilities and competitive advantages that are complementary to Barclays Capital's existing capabilities.

Barclays also believes that the investment banking and asset management sectors are consolidating globally now and this deal will put Barclays in the top five globally in each of these sectors. Barclays will be just outside the top 10 in wealth management and in our view it is possible that the company could look to make acquisitions in this area as well.

Barclays also said that it may well add European and UK cash equities business, which it described as 'the opportunity but not the obligation'. It sounded upbeat on the equities business in the UK.

## Acquired assets

Barclays has disclosed that the assets being acquired as part of the Lehman Brothers acquisition are relatively low risk as well as being at market values. These positions result principally from market making operations, not proprietary trading. The trading asset figure provided by Barclays of USD72bn is gross and we understand there are short positions in the USD68bn of liabilities offsetting a sizeable proportion of the assets.

The USD72bn of assets is made up as follows.

- USD40bn or so of government and agency debt.
- USD10bn or so of repos (these will all be collateralised and short term).
- USD1bn of commercial paper (mostly corporations).
- USD5bn of corporate debt and bonds – no Level 3 assets, mix of investment grade and high yield, all at market value.
- USD8.8bn of quoted equities.
- USD4.5bn of derivatives.
- USD0.7bn in cash.
- USD2.7bn of RMBS and ABS. The RMBS is written down very steeply, senior positions to 25 US cents, subordinated to 5 US cents

It is important to note that in the Chapter 11 situation, Barclays is acquiring assets and liabilities and hiring staff, rather than acquiring legal business entities with all of the baggage and creditor claims, etc. that are usually involved in business acquisitions. This makes everything a lot cleaner.

## A lucky deal


Fox-Pitt Kelton
Cochran Caronia Waller

## Capital effects

The RWAs of the acquired assets is around USD15bn (GBP8bn), which compares with Barclays' 1H08 RWAs of GBP353bn, so this deal would constitute a minor (2.25%) addition.

The company is guiding that the net 'to go' pro forma effect on capital ratios of the acquisition and the USD1bn (at least) of new equity is to raise the ratios by 40-50bp. The deal would be capital ratio accretive even before the extra USD1bn raising, as there is USD2bn negative goodwill post tax. So the extra capital being raised of 'at least' USD1bn is to allow for Barclays' 'expansive' outlook.

This is a positive development for Barclays and will lift the quoted 1H08 equity Tier 1 capital ratio to around 6.75% from 6.30% (after capital raising), which looks adequate in a UK sector context.

The company raised GBP4.5bn in July, raising its 1H08 equity Tier 1 to a pro forma level of 6.3%. At the time, the company said that half the capital raised would be used to expand the business and half to raise its capital ratios above its longer term target of 5.25%. The company says there is no change to the 5.25% longer term target equity Tier 1 ratio but reiterates that it will run ahead of this for some time during the current period of financial market and economic uncertainty.

## Earnings outlook

Barclays management indicates it will get around 50% of the underlying Lehman net revenues of acquired operations, which would be around USD5bn p.a., with just a fraction of the RWAs, i.e. USD15bn out of Lehman Brothers' USD200bn. This results from acquiring assets that produce very high ROE, e.g. advisory (M&A) and the broker-dealer business.

Barclays says the deal will be 'immediately' earnings enhancing, although no historical earnings are given and this will clearly be subject to assumptions about market conditions.

Trying to estimate how much profit the acquired entities made in 2007, we estimate USD1.5-1.8bn. Lehman Brothers Americas made USD2,624mn in PBT in 2007. If we exclude 'Other Americas' revenues of USD182mn (assumes this equals PBT so no costs), this leaves USD2,442mn in PBT attributable to US operations (Investment Banking, Capital Markets and Investment Management). If we then exclude the Investment Management PBT (assuming all PBT is attributable to the US) of USD791mn, we get to a conservative PBT estimate of USD1,651mn for the US Investment Banking and Capital Markets operations in 2007. Based on the assumption that Barclays will also get 50% of pre-tax earnings (as with revenues), this would leave us with a figure of USD825mn. This should be treated as an indication as, on the one hand, market conditions are now different to what they were in 2007 and, on the other, Barclays is buying assets (broker-dealer trading assets, advisory) that arguably generate more profits than the rest that were sitting on Lehman Brothers' books.

In any case, we note that to meet a 12% ROI hurdle rate the units being acquired would need to generate just USD210mn profit after tax.

The deal is subject to US court and regulatory approvals but FSA approval has been given. It may be possible that the US court, where creditors of Lehman Brothers are represented, could object to the terms. The agreement may be terminated if not completed by 24 September, 2008.

## Trading is 'satisfactory'

A trading update comments that Barclays traded 'satisfactorily' in July and August. The monthly PBT run-rate was slightly lower than the 1H08 rate of GBP459mn per month, which the company says reflects the usual seasonality. All businesses were profitable during July and August. From this we can deduce that there were no massive write-downs taken by Barclays Capital in this period.

A lucky deal



## Valuation

We are reiterating our Outperform rating on the stock as indicated in *Barclays: Enough is (probably) enough – upgrade to Outperform* on 30 June, 2008. The target price of 405p is based on the same earnings forecast and multiples as at 30 June 2008. Given that the Lehman Brothers deal is pending US court approval, we have not yet updated our forecasts for the impact of this acquisition.

We still see the stock as undervalued at a price/earnings multiple of 5.0x our 2009 forecast earnings given our outlook of growing earnings (arguably undershooting the potential growth including Lehman Brothers' operations), and relative to UK domestic players with declining earnings prospects but trading on higher P/E multiples (Lloyds TSB trading at a multiple of 6.0x our 2009 forecast earnings as at 16 September, 2008 close).

### Risks to our rating

The main risks to our Outperform rating are as follows.

- Credit markets deteriorate again, necessitating larger write-downs and increasing the pressure on the company to raise further new capital.
- The prospects for top-line growth could also weaken if the UK economy deteriorates further and faster than we anticipate. Barclays has a good quality franchise but all boats rise and fall with the tide.
- The company could make one or more unpopular acquisitions, or encounter execution problems during the integration of Lehman Brothers' operations.

A lucky deal



Fox-Pitt Kelton
Cochran Caronia Waller

## Disclosure information

### Global rating system

| | |
|---|---|
| Outperform (OP) | We expect the stock to outperform its sector over the next 12 months |
| In Line (IL) | We expect the stock to perform in line with its sector over the next 12 months |
| Underperform (UP) | We expect the stock to underperform its sector over the next 12 months |

### Global sector ranking

| | |
|---|---|
| Overweight (OW) | We expect the sector to outperform the relevant market index over the next 12 months |
| Marketweight (MW) | We expect the sector to perform in line with the relevant market index over the next 12 months |
| Underweight (UW) | We expect the sector to underperform the relevant market index over the next 12 months |

### FPK disclosure information

#### Barclays

#### Investment banking

- FPK or its affiliates may seek compensation for investment banking services from this company during the next three months.
- Neither FPK nor its affiliates owns 1% or more of any class of common equity securities of the subject company as determined by the beneficial ownership rules of Section 13(d) of the Securities Exchange Act of 1934.
- Neither FPK nor its affiliates managed or co-managed a public offering of the securities of this company during the past 12 months.
- Neither FPK nor its affiliates received compensation for financial services from this company during the past 12 months.

#### Trading

FPK and its affiliates do not make a market in these securities.

### Analyst disclosure information

The compensation earned by the analysts on this company is based, in part, on the overall profitability of FPK, which includes investment banking revenues.

### Distribution of ratings

| | % | With which FPK has had corporate involvement in the last 12 months (%) |
|---|---|---|
| Outperform | 36.8 | 2.2 |
| In Line | 49.5 | 2.6 |
| Underperform | 13.8 | 0.2 |

A lucky deal



Fox-Pitt Kelton
Cochran Caronia Waller

## Valuation methodology

### Banks sector

We focus on a sum-of-the-parts valuation where appropriate, estimating normalised earnings for each division, allocating capital and calculating a multiple reflecting the return earned and cost of equity. We separate the residual division and any equity portfolio from the operating divisions and allow for any deficit or excess in capital. We also monitor cash earnings, gross operating profit and net asset value multiples in addition to the dividend yield.

### Other disclosures

- Neither FPK nor its affiliates is a party to any other agreement relating to the provision of investment banking services whose existence may be disclosed without breach of applicable confidentiality requirements and in relation to which payment or a promise to pay has been made in the last 12 months.

- Neither FPK nor its affiliates is a party to an agreement with this company relating to the production of the research rating.

- FPK has established arrangements for the prevention and avoidance of conflicts of interest. A description of these arrangements is available at www.fpk.com.

- Research ratings relating to issuers covered by this material will generally be updated quarterly or as required by changing circumstances.

- Previous rating change in the last 12 months: 17 February, 2008 – Not Rated to In Line; 30 June, 2008 – In Line to Outperform.

- This material has not been disclosed to the issuer(s) prior to dissemination.

- This report was prepared by analysts Leigh Goodwin and Pawel Uszko.

Disclaimer: The information contained herein is only for authorised users. Additional information may be available upon request. Fox-Pitt Kelton Cochran Caronia Waller (USA) LLC ("FPK CCW"), Fox-Pitt, Kelton Limited ("FPKL"), Fox-Pitt, Kelton NV ("FPKNV") and Fox-Pitt, Kelton (Asia) Limited ("FPKA") are affiliated with Fox-Pitt Kelton Cochran Caronia Waller LLC (all FPK entities collectively, "FPK"), J.C. Flowers I LP, J. Christopher Flowers, Swiss Reinsurance Company, Gary W. Parr, and with each of their corresponding direct and indirect subsidiaries, members, directors, divisions, branches and affiliates (the "Affiliated Group"). Each of FPK CCW, FPKL, FPKNV and FPKA may trade for their own respective account(s) as market maker and/or arbitrageur in any securities or options of this issuer or issuers. In addition, FPK and its affiliates, directors, elected officers and employees may separately or jointly have either long or short positions in any securities or options of this issuer or issuers or may be otherwise affiliated with the issuer or issuers as directors, consultants or members of management (see the Disclosure information section of this report for additional information). This report was approved for publication by one or all of FPK CCW, FPKL and/or FPKA. FPK CCW is regulated in the United States of America by the Financial Industry Regulatory Authority ("FINRA"). FPKL is authorised and regulated in the United Kingdom by the Financial Services Authority ("FSA") and is a Member of the London Stock Exchange. FPKA is regulated in Hong Kong by the Securities and Futures Commission. FPKA Tokyo is an investment adviser regulated in Japan by the Financial Services Agency. This material is for your private information and is intended for investors who are not private customers within the meaning of the rules of the FSA. The information contained herein was obtained from sources which we believe to be reliable. We do not, however, guarantee the accuracy or completeness of such sources other than as noted in the Disclosure information section of this report. Neither the information nor the opinion expressed herein constitutes a solicitation for the purchase or sale of any securities or futures contracts, or options thereon. Such information is provided as of the date hereof and we undertake no responsibility for providing updates regarding changes occurring after such date.

Copyright 2008 FPK, FPK CCW, FPKL, FPKNV, FPKA and/or FPKA Tokyo

# BCI EXHIBIT

# 114

## SOCIETE GENERALE
Cross Asset Research

18/09/2008

### Equity Research

Commercial Banks (United Kingdom)

# BARCLAYS
Corporate news    Bargain basement deal transforms Barclays' earnings profile

**Buy** (12m)

Price 17/09/08 — 317.8p    12m target — 360.0p

Sector Weighting
**Neutral**

Preferred stock
**BNP Paribas**

Least preferred stock
**Deutsche**



1 year
Price — EFA 100

Source: SG Equity Research

Barclays
on www.sgresearch.socgen.com

- **Update**  Barclays has agreed to acquire Lehman Brothers North American investment banking and capital markets businesses for a cash consideration of US$1.75bn. The bank is paying $250m or 0.07x P/BV for the businesses and $1.5bn for Lehman's New York head office and two data centres. The deal will include 9,998 former Lehman employees and "de-risked" trading assets of $72bn ($50.5bn of which are government and agency paper, cash and repo's) and $68bn of trading liabilities. The assets are the minimum required to sustain revenues. Barclays has the support of key shareholders for this transaction and expects to raise $1bn of capital through an equity subscription.

- **Impact**  We are supportive of this opportunistic transaction given the strategic fit, relatively clean assets and what looks an attractive price. However, it transforms Barclays' earnings profile and is a departure from the recent focus on the Retail and Commercial business. We believe that this deal increases the risk of further inorganic activity in order to balance out the contribution of the capital markets business. On our preliminary estimates, the acquired businesses from Lehman should generate £800m of PBT (c.11% of group PBT) and the contribution to group profits from capital markets increases by 45%. Our initial work indicates the deal could be EPS accretive upon completion and the bank's core Tier I capital ratio should be comfortably ahead of the bank's 5.25% target on the back of: minimal additional RWAs of £15bn, negative goodwill ($3,750m) and the capital injection.

- **Target price & rating**  We have a Buy rating and 360p TP based on our pre-deal SOTP (c 13% upside), which we reiterate at this stage as we continue to analyse the impact of the new assets. Barclays was our preferred pick in the UK banking universe prior to the deal and remains so.

- **Next events & catalysts**  The shares will likely remain volatile due to the current turmoil in the financial markets. Although Barclays has stated that this deal already has the agreement of both the FSA and the SEC, the US bankruptcy court and creditors will be providing their input over the coming weeks and they may object to the price. Moody's may lower Barclays AA counterparty rating due to increased earnings volatility. The acquisition could be terminated if it is not completed by Sept 24.

| Share data | | | | |
|---|---|---|---|---|
| RIC BARC.L, Bloom BARC LN | | | | |
| 52-week range | | | | 665.5-260.5 |
| Book value 08 (£m) | | | | 28,767 |
| Market cap. 08 (£m) | | | | 22,687 |
| Free float (%) | | | | 100.0 |
| Performance (%) | 1m | 3m | 12m | |
| Ordinary shares | -9.1 | -6.7 | -45.3 | |
| Rel. Eurofirst 300 | 1.1 | 10.7 | -24.0 | |

| Financial data | 12/07 | 12/08e | 12/09e | 12/10e |
|---|---|---|---|---|
| Total income (£bn) | 23.00 | 22.39 | 23.90 | 25.79 |
| Group net profit (£bn) | 4.42 | 3.63 | 4.57 | 4.88 |
| EPS (adj.) (p) | 68.6 | 55.4 | 55.7 | 58.9 |
| Cost income ratio (%) | 57.4 | 58.2 | 58.4 | 58.3 |
| Dividend/share (p) | 34.0 | 34.0 | 34.0 | 34.0 |
| Payout (%) | 49.3 | 69.0 | 61.0 | 57.7 |
| Book value/s (p) | 352.9 | 352.8 | 373.2 | 394.3 |
| Tangible BV/s (p) | 227.2 | 243.0 | 260.7 | 277.3 |

| Ratios | 12/07 | 12/08e | 12/09e | 12/10e |
|---|---|---|---|---|
| P/E (x) | 4.5 | 5.6 | 5.5 | 5.2 |
| ROE (adj.) (%) | 20.4 | 15.7 | 15.3 | 15.4 |
| ROTE (%) | 32.0 | 23.4 | 22.1 | 21.9 |
| Core tier 1 ratio (%) | 5.0 | 5.6 | 5.7 | 5.8 |
| Dividend yield (%) | 11.0 | 11.0 | 11.0 | 11.0 |
| Return on RWA (%) | 1.4 | 1.1 | 1.1 | 1.1 |
| Price/book value (x) | 0.9 | 0.9 | 0.8 | 0.8 |
| Price/tangible bv (x) | 1.4 | 1.3 | 1.2 | 1.1 |

CAGR 07-10e: -4.9%


**Asheefa Sarangi**
(44) 20 7762 5294
asheefa.sarangi@sgcib.com


**Patrick Lee**
(44) 20 7762 4125
patrick.lee @sgcib.com

Please see important disclosures at the end of document

**SOCIETE GENERALE**
Cross Asset Research

**Barclays**

Equity Research



**Allocated capital/division 07**
- Barclays Capital 24%
- Barclaycard 18%
- UK Business Banking 17%
- UK Retail Banking 15%
- International 12%
- Central 11%
- Wealth Management 3%
- BGI 1%

**PBT/division 07**
- Barclays Capital 31%
- UK Business Banking 19%
- International 18%
- UK Retail Banking 17%
- BGI 10%
- Barclaycard 5%
- Wealth Management 3%
- Central -4%

**Revenues/region 07**
- Domestic 60%
- USA 20%
- Other Euro Zone 12%
- Others 8%

**Normalised data**

| | |
|---|---|
| Cost/inc ratio (%) | 57.0 |

**Equity derivatives research\***

| | |
|---|---|
| 3m realised volatility | 32.5% |
| 3m ATM implied volatility | 34.6% |
| Exp. Stock risk/sector risk | 114.0% |
| Exp. Sector risk/Mkt risk | 111.0% |
| Exp. Stock risk/Mkt risk | 127.0% |

\*Joubert (33) 1 42 13 85 24

**ADR  P: $23.2    Target: $25.6**

| (1 for 4 sh.) | 07 | 08e | 09e |
|---|---|---|---|
| P/E (x) | 4.2 | 5.3 | 5.9 |
| Yield (%) | 11.8 | 11.7 | 10.4 |
| P/BV (x) | 0.8 | 0.8 | 0.9 |
| £/$ | 2.00 | 1.99 | 1.77 |
| Bloomberg | | BCS US |

---

**Commercial Banks (United Kingdom)**          Price (17/09/08)    12m target

# Barclays                          **BUY**          317.8p          360.0p

| | 12/03 | 12/04 | 12/05 | 12/06 | 12/07 | 12/08e | 12/09e | 12/10e |
|---|---|---|---|---|---|---|---|---|
| **Valuation\*** | | | | | | | | |
| P/E (x) | 8.7 | 10.1 | 10.4 | 9.6 | 9.8 | 5.6 | 5.5 | 5.2 |
| Dividend yield (%) | 5.5 | 4.7 | 4.7 | 4.7 | 5.1 | 11.0 | 11.0 | 11.0 |
| Price/book value (x) | 1.9 | 2.2 | 2.1 | 2.2 | 1.9 | 0.9 | 0.8 | 0.8 |
| Price/tangible book value (x) | 2.7 | 3.1 | 3.6 | 3.4 | 3.0 | 1.3 | 1.2 | 1.1 |
| **Per share data (p)** | | | | | | | | |
| EPS (adj.) | 50.5 | 51.6 | 58.9 | 68.4 | 68.6 | 55.4 | 55.7 | 58.9 |
| Published EPS | 51.0 | 51.0 | 54.4 | 71.9 | 68.9 | 49.3 | 55.7 | 58.9 |
| Tangible book value/share | 164.7 | 164.7 | 156.2 | 191.2 | 227.2 | 243.0 | 260.7 | 277.3 |
| Book value/share | 236.9 | 352.8 | 394.3 | 303.0 | 352.9 | 352.8 | 373.2 | 394.3 |
| Dividend | 24.0 | 34.0 | 34.0 | 31.0 | 34.0 | 34.0 | 34.0 | 34.0 |
| **Income statement (£m)** | | | | | | | | |
| Net interest income | 6,833 | 9,963 | 11,101 | 9,143 | 9,610 | 9,963 | 10,495 | 11,101 |
| Trading income | 1,487 | 0 | 0 | 3,614 | 3,759 | 0 | 0 | 0 |
| Other non-interest income | 4,847 | 4,847 | 5,705 | 7,177 | 7,708 | 8,439 | 9,160 | 10,107 |
| Total income | 14,108 | 22,388 | 25,788 | 21,595 | 23,000 | 22,388 | 23,898 | 25,788 |
| Total expenses | -8,536 | -13,038 | -15,040 | -12,674 | -13,199 | -13,038 | -13,945 | -15,040 |
| Gross operating income (GOI) | 5,572 | 9,350 | 10,749 | 8,921 | 9,801 | 9,350 | 9,953 | 10,749 |
| Impairment and provisions | -1,093 | -1,093 | -1,571 | -2,154 | -2,795 | -3,325 | -2,575 | -2,947 |
| Other | 146 | 146 | 45 | 692 | 98 | 259 | 49 | 52 |
| Pre-tax profit | 4,580 | 6,067 | 7,853 | 7,136 | 7,076 | 6,067 | 7,427 | 7,853 |
| Taxation | -1,279 | -1,638 | -2,120 | -1,941 | -1,981 | -1,638 | -2,005 | -2,120 |
| Other | | | | | | | | |
| Group net profit/(loss) | 3,254 | 3,632 | 4,878 | 4,571 | 4,417 | 3,632 | 4,566 | 4,878 |
| SG adjusted net income | 3,223 | 4,078 | 4,878 | 4,345 | 4,397 | 4,078 | 4,566 | 4,878 |
| **Balance sheet (£m)** | | | | | | | | |
| Total assets | 715,600 | 1,395,015 | 1,609,180 | 996,787 | 1,227,361 | 1,395,015 | 1,478,091 | 1,609,180 |
| Loans & advances to customers | 207,259 | 376,332 | 446,078 | 282,300 | 345,398 | 376,332 | 410,098 | 446,078 |
| Non-performing loans (NPLs) | 4,115 | 7,267 | 8,527 | 5,088 | 6,297 | 7,267 | 7,689 | 8,527 |
| Intangible assets | 4,657 | 8,955 | 9,736 | 7,307 | 8,296 | 8,955 | 9,263 | 9,736 |
| Shareholders' equity | 15,287 | 28,767 | 32,797 | 19,799 | 23,291 | 28,767 | 30,733 | 32,797 |
| Tier I capital | 16,662 | 32,987 | 37,016 | 23,005 | 27,408 | 32,987 | 34,952 | 37,016 |
| Core Tier I capital | 14,115 | 23,379 | 27,408 | 15,785 | 17,674 | 23,379 | 25,344 | 27,408 |
| Risk weighted assets (RWAs) | 219,758 | 417,022 | 475,474 | 297,833 | 353,476 | 417,022 | 444,404 | 475,474 |
| **Accounting ratios** | | | | | | | | |
| ROTE (%) | 29.4 | 30.3 | 33.2 | 38.4 | 32.0 | 23.4 | 22.1 | 21.9 |
| ROE (adj.) (%) | 21.1 | 21.1 | 21.1 | 23.3 | 20.8 | 15.7 | 15.3 | 15.4 |
| Return on RWAs (%) | 1.47 | 1.47 | 1.41 | 1.53 | 1.35 | 1.06 | 1.06 | 1.06 |
| Net interest margin (%) | 1.2 | 1.2 | 1.2 | 1.2 | 1.3 | 1.2 | 1.1 | 1.1 |
| Cost income ratio (%) | 60.5 | 60.5 | 60.7 | 58.7 | 57.4 | 58.2 | 58.4 | 58.3 |
| Provision charge RWAs (bp) | 50 | 50 | 64 | 76 | 86 | 86 | 60 | 64 |
| Tax rate (%) | 27.9 | 27.0 | 27.0 | 27.2 | 28.0 | 27.0 | 27.0 | 27.0 |
| Total income yoy growth (%) | 24.6 | 0.0 | 22.9 | 24.6 | 6.5 | -2.7 | 6.7 | 7.9 |
| Total expenses yoy growth (%) | 34.0 | 0.0 | 23.3 | 20.4 | 4.1 | -1.2 | 7.0 | 7.8 |
| Gross operating income yoy growth (%) | 12.4 | 0.0 | 22.1 | 31.1 | 9.9 | -4.6 | 6.5 | 8.0 |
| Pre-tax profit yoy growth (%) | 42.9 | 0.0 | 15.3 | 35.2 | 0.8 | -14.3 | 22.4 | 5.7 |
| Reported net income yoy growth (%) | 45.9 | 0.0 | 5.9 | 32.6 | 3.4 | -17.8 | 25.7 | 6.8 |
| EPS (adj.) yoy growth (%) | 34.5 | 0.0 | 7.7 | 25.7 | 0.4 | -19.3 | 0.6 | 5.8 |
| RWA growth (%) | 27.2 | 0.0 | 22.5 | 10.7 | 18.7 | 18.0 | 6.6 | 7.0 |
| NPLs/net customer loans (%) | 2.0 | 2.0 | 1.9 | 1.8 | 1.8 | 1.9 | 1.9 | 1.9 |
| Provisions on NPL/NPLs (%) | 52.2 | 52.2 | 66.2 | 65.5 | 59.9 | 63.9 | 63.1 | 62.3 |
| Tier I capital ratio (%) | 7.6 | 7.6 | 7.0 | 7.7 | 7.8 | 7.9 | 7.9 | 7.8 |
| Core Tier I ratio (%) | 6.4 | 6.4 | 5.7 | 5.3 | 5.0 | 5.6 | 5.7 | 5.8 |
| Total solvency ratio (%) | 11.5 | 11.5 | 11.3 | 11.7 | 12.1 | 12.5 | 12.3 | 12.2 |
| Payout ratio (%) | 47.1 | 47.1 | 48.9 | 43.1 | 49.3 | 69.0 | 61.0 | 57.7 |
| **Profit before tax/division** | | | | | | | | |
| Total profit before tax | 4,580 | 6,067 | 7,853 | 7,135 | 7,076 | 6,067 | 7,427 | 7,853 |
| UK Banking | 2,265 | 2,664 | 2,834 | 2,545 | 2,653 | 2,664 | 2,698 | 2,834 |
| Barclaycard | 843 | 552 | 460 | 458 | 540 | 552 | 531 | 460 |
| Barclays Capital & BGI | 1,356 | 1,753 | 3,254 | 2,930 | 3,069 | 1,753 | 3,104 | 3,254 |
| International & WM | 351 | 1,381 | 1,749 | 1,461 | 1,242 | 1,381 | 1,494 | 1,749 |
| Central & Exceptionals | -235 | -282 | -444 | -259 | -428 | -282 | -401 | -444 |

> Following the Lehman's deal, Barclays Capital should represent c.45% of normalized EPS. We believe the group could seek to balance this out through deeper investment in the Retail and Commercial business.

In red: IFRS Data
\* Valuation ratios for past years are based on average historical prices and market capitalisations

**SOCIETE GENERALE**
Cross Asset Research

**Barclays**

Equity Research

**US THIRD PARTY FOREIGN AFFILIATE RESEARCH DISCLOSURES:**
SG and its affiliates beneficially own 1% or more of any class of common equity of BNP Paribas.
SG or its affiliates act as market maker or liquidity provider in the equities securities of BNP Paribas.
SG or its affiliates expect to receive or intend to seek compensation for investment banking services in the next 3 months from Barclays.

**IMPORTANT DISCLAIMER:** The information herein is not intended to be an offer to buy or sell, or a solicitation of an offer to buy or sell, any securities and including any expression of opinion, has been obtained from or is based upon sources believed to be reliable but is not guaranteed as to accuracy or completeness although Société Générale ("SG") believe it to be clear, fair and not misleading. SG, and their affiliated companies in the SG Group, may from time to time deal in, profit from the trading of, hold or act as market-makers or act as advisers, brokers or bankers in relation to the securities, or derivatives thereof, of persons, firms or entities mentioned in this document or be represented on the board of such persons, firms or entities. Employees of SG, and their affiliated companies in the SG Group, or individuals connected to then, other than the authors of this report, may from time to time have a position in or be holding any of the investments or related investments mentioned in this document. Each author of this report is not permitted to trade in or hold any of the investments or related investments which are the subject of this document. SG and their affiliated companies in the SG Group are under no obligation to disclose or take account of this document when advising or dealing with or for their customers. The views of SG reflected in this document may change without notice. To the maximum extent possible at law, SG does not accept any liability whatsoever arising from the use of the material or information contained herein. This research document is not intended for use by or targeted at private customers. Should a private customer obtain a copy of this report they should not base their investment decisions solely on the basis of this document but must seek independent financial advice.
**Important notice:** The circumstances in which materials provided by SG Fixed & Forex Research, SG Commodity Research, SG Convertible Research, SG Technical Research and SG Equity Derivatives Research have been produced are such (for example because of reporting or remuneration structures or the physical location of the author of the material) that it is not appropriate to characterise it as independent investment research as referred to in European MIF directive and that it should be treated as a marketing material even if it contains a research recommendation (« recommandation d'investissement à caractère promotionnel »). However, it must be made clear that all publications issued by SG will be clear, fair, and not misleading.
**Analyst Certification:** Each author of this research report hereby certifies that (i) the views expressed in the research report accurately reflect his or her personal views about any and all of the subject securities or issuers and (ii) no part of his or her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed in this report.
**Notice to French Investors:** This publication is issued in France by or through Société Générale ("SG") which is regulated by the AMF (Autorité des Marchés Financiers).
**Notice to UK investors:** This publication is issued in the United Kingdom by or through Société Générale ("SG") London Branch which is authorised and regulated by the Financial Services Authority ("FSA") for the conduct of its UK business.
**Notice To US Investors:** This report is intended only for major US institutional investors pursuant to SEC Rule 15a-6. Any US person wishing to discuss this report or effect transactions in any security discussed herein should do so with or through SG Americas Securities, LLC ("SGAS") 1221 Avenue of the Americas, New York, NY 10020. (212)-278-6000. THIS RESEARCH REPORT IS PRODUCED BY SOCIETE GENERALE AND NOT SGAS.
**Notice to Japanese Investors:** This report is distributed in Japan by Société Générale Securities (North Pacific) Ltd., Tokyo Branch, which is regulated by the Financial Services Agency of Japan. The products mentioned in this report may not be eligible for sale in Japan and they may not be suitable for all types of investors.
**Notice to Australian Investors:** Société Générale Australia Branch (ABN 71 092 516 286) (SG) takes responsibility for publishing this document. SG holds an AFSL no. 236651 issued under the Corporations Act 2001 (Cth) ("Act"). The information contained in this newsletter is only directed to recipients who are wholesale clients as defined under the Act.
**IMPORTANT DISCLOSURES:** Please refer to our website: http://www.sgresearch.socgen.com/compliance.rha
http://www.sgcib.com. Copyright: The Société Générale Group 2008. All rights reserved.

# BCI EXHIBIT

# 115

# TIMESONLINE

From The Times

September 18, 2008

# Barclays' deal gives hope to UK staff of Lehman Brothers

Christine Seib and Patrick Hosking

Barclays held out hope yesterday of a reprieve for the devastated UK staff of Lehman Brothers when the British bank said that it was in talks with teams from key divisions of the defunct investment bank.

Barclays snapped up Lehman Brothers' North American investment banking and capital markets businesses for $1.75 billion (£965 million) in the early hours of yesterday morning.

The deal, which will make Barclays the third-biggest investment bank in the United States, was hailed by analysts, who described the price as amazingly good.

Ten thousand American workers will transfer to Barclays in the US. About 5,000 people lost their jobs In the UK when the investment bank went into administration on Monday.

John Varley, chief executive of Barclays, said yesterday that he was looking "quickly and seriously to see what else might fit in with the businesses we are developing around the world".

Although Barclays is not thought to be interested in buying large chunks of Lehman's European and Asian businesses, it is eyeing entire teams of staff in divisions such as cash equities.

Bob Diamond, president of Barclays, said: "Within the US business, cash equities is an absolute machine, very profitable. We wouldn't want to miss the opportunity to add talent from the UK and Europe to that team."

Barclays is strong in commodities, foreign exchange, interest rates and investment-grade debt, while Lehman had a stronger presence in mergers and acquisitions, equities sales and trading and capital markets.

Mr Diamond said that any other teams picked up would "typically be where Lehman has a strong position and Barclays has a weak one". He said that there would be a small amount of overlap between the two banks. "I don't want to be disingenuous. We've got a three-month integration plan. All the people have to be adult about this because we want to get on with this quickly."

Barclays will spend $250 million on Lehman's US trading assets, worth $72 billion, and its $68 billion trading liabilities. It will pay a further $800 million for Lehman's New York headquarters and two buildings in New Jersey.

Mr Diamond revealed that Barclays had spent 72 hours doing due diligence on Lehman and found that only 5 per cent of the $72 billion assets were backed by mortgages. These risky assets had already been written down once and Barclays marked them to market a second time before announcing the deal, he said.

As a result, the $4 billion gap between the assets and liabilities acquired in the deal was more likely to go up than down, Mr Varley said: "We expect to preserve that buffer."

Barclays has been criticised for not marking down its assets as viciously as other banks, but Mr Diamond said that the process of going through Lehman's books had made Barclays more comfortable about its own writedown methods. "If anything, it confirmed our marks," he said.

The acquisition will boost Barclays' earnings in its first year. It immediately added between 30 and 40 basis points to the bank's vital Tier 1 capital ratio, which Barclays plumped up with a recent £4.5 billion rights issue.

Despite not needing extra capital, the bank said that it would raise a further £600 million from "certain Barclays shareholders". It did not give any details on the capital-raising, which is likely to be supported by one or more of the bank's new foreign investors: the Qatar Investment Authority, Qatar's Prime Minister and his family and Sumitomo Mitsui Banking Corporation, the Japanese financial group.

British fund managers said that they had not been asked by Barclays to participate in the capital-raising. Unless it is structured so that they can claw back new stock from the foreign investors, shareholders face a modest dilution of their holdings.

The Lehman deal did not meet with universal approval. One institutional investor expressed grave reservations about the wisdom of the deal. "This is just fantasy, isn't it? How exactly is the creation of a 'premier, bulge-bracket institution', to quote their words, going to achieve a high price/earnings ratio in view of what's been happening in the investment banking sector?" the investor said.

Although the shareholder considered the price relatively modest, he worried that Barclays was taking on a huge book of extra assets and liabilities. It would take only relatively small adverse movements in these two numbers for the deal to turn sour, he said. "They might have been better off picking over the bones of HBOS," the shareholder added.

But another top ten investor was sanguine: "It's pretty ballsy. They believe in themselves and it looks like they've got a good deal. We'll just have to live with the dilution."

Moody's put Barclays' bank debt and deposit ratings under review, along with its financial strength rating. It also put some of the bank's subsidiaries ratings under review, saying that they might be cut. It said that it would use its review to try to establish how Barclays would improve its revenues in the wake of the deal.

The deal must be approved by the US Bankruptcy Court for the Southern District of New York. If approval does not come by September 24, the deal could lapse.

**Number crunching**

**10,000** the number of American workers who will transfer to Barclays in the United States

**$250m** the amount Barclays will spend on Lehman's US trading assets

**$800m** the price it will pay for Lehman's New York headquarters and two buildings in New Jersey

**72** the number of hours' due diligence Barclays carried out on Lehman

Contact our advertising team for advertising and sponsorship in Times Online, The Times and The Sunday Times, or place your advertisement.

**Times Online Services:** Dating | Jobs | Property Search | Used Cars | Holidays | Births, Marriages, Deaths | Subscriptions | E-paper
**News International associated websites:** Globrix Property Search | Property Finder | Milkround

Copyright 2009 Times Newspapers Ltd.
This service is provided on Times Newspapers' standard Terms and Conditions. Please read our Privacy Policy.To inquire about a licence to reproduce material from Times Online, The Times or The Sunday Times, click here.This website is published by a member of the News International Group. News International Limited, 1 Virginia St, London E98 1XY, is the holding company for the News International group and is registered in England No 81701. VAT number GB 243 8054 69.

# BCI EXHIBIT

# 116

Payment Details

Page 1 of 1

**BARCLAYS**

He
User Name
Deadline: Global Deadline:

Today's Date:  Thursday, September 25, 2008
Current Time:  09:36:19 ET
Business Date: Thursday, September 25, 2008

| Home | Payment Initiation | Approval | Inquiry & Messages | Maintenance | Reporting |

Inquiry & Messages > Search Payment(s) > Search Summary> Payment Details - 068700026212

**Payment Details - 068700026212**

| | |
|---|---|
| Payment Type: | FED Payment 1000 |
| Value Date: | 18-SEP-08 |
| Amount: | 3,999,999,994.00/USD |
| CHIPS SSN: | |

**Debit Party >**

| | |
|---|---|
| Account ID: | DDA - 050019562 |
| Name: | SETTLEMENT ACCT MM CHIPS |
| | MONEY MARKET CHIPS |
| Address: | BARCLAYS BANK PLC |
| | NEW YORK NY 10038 |

**Intermediary Party >**

| | |
|---|---|
| Account ID: | DDA - 544755022 |
| Name: | BROKER DEALER SVCS |
| Address: | |

**Other Details >**

| | |
|---|---|
| Internal Memo: | |
| Charges: | OUR |
| Debit Reference: | 068700026212 |
| Beneficiary Reference: | EPI OF 08/09/18 |
| Order Party: | PER J RODEFELD |

| | |
|---|---|
| Status: | Complete |
| Repline ID: | |
| IMAD: | 0918K3QF393C003316 |

**Receiving Party >**

| | |
|---|---|
| Account ID: | ABA - 021000021 |
| Name: | JPMCHASE |
| Address: | JP MORGAN CHASE NEW YORK |
| | NEW YORK NY 10008 |

**Beneficiary Party >**

| | |
|---|---|
| Account ID: | |
| Name: | |
| Address: | |

| | |
|---|---|
| Bank/Non Bank: | Non-Bank |
| Input Source: | eServe |
| Payment Details: | REF LEHMAN BARCAP TRANSITION |
| Bank to Bank Info.: | /TIME/18:44 |

Summary    Collapse    Print View    Audit Trail    Original Instructions

Displaying Page 1 of 1

https://www.gpift.com/Common/payment/paymentDetail.asp?crypt=%93%AE%C1%C6%98%BE%C6%98%5BmpZy%89Sgce... 9/25/2008



**Payment Details > Audit Trail**

**Audit Trail - 0687000262IJ >**

Date/Time:

AS OF DATE- AS OF REASON-

ORG TRN-0687000262IJ ORG DATE -18-SEP-08 DR ADV-SP FC RECYC CNT-00

CR REF -EPI OF 08/09/18 CR VAL DATE-18-SEP-08 CR ADV- DEP PAY-P FUNDS-S

FED REF-00262IJ06870 CUS REG-4000 PO/ADV- CURR STAT-80 CHECK#-0000000

BUS DATE-18-SEP-08 SOURCE: SYSTEM-EPI SITE-BARL TYP-EPI ID-

PC: TRN- SENDERS ID- AUTHEN-

PH BY- PH NO- PH ENT-

CALL BK- FED REC ABA: REL TRN-

HISTORY INFORMATION ------------------------------------------------------

ERR:OK

GFP AUDIT INFO:GFP RECEIVE 08/09/18 22:39:52

80 4000 08/09/18 22:44:53 MSGS O 0317415 10 ORG

80 4000 08/09/18 22:44:38 WDC O 0355165 DAT1 FED LONG-ACK

80 4000 08/09/18 22:44:38 FTFD I 0003316 ACK

68 4000 08/09/18 22:43:23 FTFD O 0003316

63 4000 08/09/18 22:43:07 GFC I 1424355 OK - AEPI VED

45 4000 08/09/18 22:42:52 GFC O 1435952 RQ FEDOU

40 4000 08/09/18 22:42:49 ROOD,WILLIAM STOPS U798145 REL

29 4000 08/09/18 22:42:34 ROOD,WILLIAM LIMITQ U798145 REL

05 4000 08/09/18 22:40:07 MSGS O 0317401 10 ORG

05 4000 08/09/18 22:39:52 EPI I 0012673 PELYONS BBORK

SENDER ID- CBC REC: TM-063945 DTE-000000

DR: CUS ID #-501306 CUS ID BR-4690 CNTRY DOM-0100 MAC-

DR: CHP UID-053335 SWFT- RETL-F

DR:PDC-GPG210 ADV-GP0090 BCF-000020000002 TEAM- 102AMT-

DR PDC: CALLBACK MISC-MT6600 DR DEPTS: ORG-04059 PROC-04059 SUB-00797

DR1: 002 NNAL 10038 N ICN

DR2: SP

DR3: 0687000262IJ BNF//544755022 BROKER DEALER SVCS 40 NY Y CY

DR4: MINCHG- 20 ACPREADVSP- 09

CR: CUS ID #-501306 CUS ID BR-4628 CNTRY DOM-0100 CNTRY RISK- MAC-HUTRD

CR: CHP-00002 SWFT-CHASUS33 CST CTR- RETL-J

CR:PDC- ADV- MISC- REP- 00 BCF-000010000001 TEAM- N 07

CR: FED TITLE-JPMCHASE CR DEPTS: ORG-04059 PROC-04059 SUB-00797

CR1: 008 NL 10008 N YO IB

CR2: SP

CR3: 40 N

CR4: Y FTPC#

CHIP: STTHRU REL- TO FED ABA- MSC-00

Highly Confidential

BCI-EX-00175999

Payment Details :: Audit Trail

```
CHIP: DESIG REC NM- DESIG REC ABA-021000021
FRB: 0000 A
SWF: CFC: OK RQ
1-L CN O COV DT080919 YR 00 0.000
2-CRRISK-LEHMAN OK N 1 Y
3- 0.00 0.00 0.00
4- B 0.00 0.00 N N
5- N 0000000 0 4000 O CTR L355165 N N 02
6- 0000000000000 0000000000000COMPLETFED 3430752278700
9- 0
XREF DATA: //4000// / / / / /
PRE ADV:REJCD- BEN-A AC- AMT- 0.00
TIER1: BK-CRREB- DRREB- DRBEN- 20.00 CR100- CROTH-
TIER2:NOBK-CRREB- DRREB- DRBEN- 20.00 SCREB- SCBEN- 20.00
0.00 0.00 MINCHG- 20 CCMSB2B- FTPC#- F- Y Y I
MT103-26T: REM: 0
YN
N
DRFEDABA: DRCHPMBR: DRDDA: 000000000500
N
ERR:OK
GFP AUDIT INFO:GFP RECEIVE 08/09/18 18:39:52
80 4000 08/09/18 18:44:53 MSGS O 0317415 10 ORG
80 4000 08/09/18 18:44:38 WDC O 0355165 DAT1 FED LONG-ACK
80 4000 08/09/18 18:44:38 FTFD I 0003316 ACK
68 4000 08/09/18 18:43:23 FTFD O 0003316
63 4000 08/09/18 18:43:07 GFC I 1424355 OK - AEPI VED
45 4000 08/09/18 18:42:52 GFC O 1435952 RQ FEDOU
40 4000 08/09/18 18:42:49 ROOD,WILLIAM STOPS U798145 REL
29 4000 08/09/18 18:42:34 ROOD,WILLIAM LIMITQ U798145 REL
05 4000 08/09/18 18:40:07 MSGS O 0317401 10 ORG
05 4000 08/09/18 18:39:52 EPI I 0012673 PELYONS BBORK
*CAP* CR PRIOR: 4 DR PRIOR: 4 STACK: 0000 CALC DELAY: DR STACK: 0000
DRBILL: N CRBILL: N DRA/CINFO: N CRA/CINFO: N INTOUT: DRMTCAM: CRMTCAM:
B1REP: DRALTADDR: 0 CRALTADDR: 0
MOD ID: PELYONS BUMP: REBANK:
CR CURR: PREMIUM REBATE: 0.00 REBATE APPLIED: DR BENED:
REBATE AMOUNT: 0.00 REBATE PAID: MINIMUM THRESHOLD: 0.00
MAX THRESHOLD: 0.00 SOURCE THRESHOLD: 0.00
SYSCON CUTOFF: 0000 FLAG: N CURR RATE: PAYCODE: CTRY CODE: US
MT103 33B OCMT CURR: AMT: EXCH RATE: REVQ: N
TRAN AMT: 3,999,999,994.00 CORP ENT:BARC
```

Close

Highly Confidential

BCI-EX-00176000

Payment Details :: Audit Trail

Highly Confidential

BCI-EX-00176001

Payment Original Instructions                                                    Page 1 of 1



**Payment Details > Original Instruction for TRN - 0687000262IJ**

**ID 3950774 - FED Outgoing Instructions 0687000262IJ for 18-SEP-08 >**

```
(1500)02 P *
(1510)1000
(1520)
(2000)399999999400
(3100)026002574BARCLAYS BANK*
(3320)0687000262IJ*
(3400)021000021JPMCHASE*
(3600)CTR *
(4200)D544755022*
BROKER DEALER SVCS*
(4320)EPI OF 08/09/18*
(5000) *
PER J RODEFELD*
(5100)D050019562*
SETTLEMENT ACCT MM CHIPS*
MONEY MARKET CHIPS*
BARCLAYS BANK PLC*
NEW YORK NY 10038*·
(6000)REF LEHMAN BARCAP TRANSITION‡ BB?r ?? ???????• ??????9I118941080918K3QF393C00
```



https://www.gpift.com/Common/payment/paymentOrigInsDtl.asp?trnNum=0687000262IJ...    9/25/2008

Highly Confidential                                                    BCI-EX-00176002

# BCI EXHIBIT

# 117

Payment Details

Page 1 of 1

# BARCLAYS

**Today's Date:** Thursday, September 25, 2008
**Current Time:** 09:37:35 ET
**Business Date:** Thursday, September 25, 2008

User Name
Deadline: *Global Deadline:*

| Home | Payment Initiation | Approval | Inquiry & Messages | Maintenance | Reporting |

Inquiry & Messages > Search Payment(s) > Search Summary > Payment Details - 05915002621J

## Payment Details - 05915002621J

| | | |
|---|---|---|
| Payment Type: | FED Payment 1000 | Status: | Complete |
| Value Date: | 18-SEP-08 | Repline ID: | |
| Amount: | 5,000,000,000.00/USD | IMAD: | 0918I3QF393C002742 |
| CHIPS SSN: | | | |

### Debit Party >

| | | Receiving Party > | |
|---|---|---|---|
| Account ID: | DDA - 050019562 | Account ID: | ABA - 021000021 |
| Name: | SETTLEMENT ACCT MM CHIPS | Name: | JPMCHASE |
| Address: | MONEY MARKET CHIPS | Address: | JP MORGAN CHASE NEW YORK |
| | BARCLAYS BANK PLC | | NEW YORK NY 10008 |
| | NEW YORK NY 10038 | | |

### Intermediary Party >

| | | Beneficiary Party > | |
|---|---|---|---|
| Account ID: | DDA - 544755022. | Account ID: | |
| Name: | BROKER DEALER SVCS | Name: | - |
| Address: | | Address: | |

### Other Details >

| | | | |
|---|---|---|---|
| Internal Memo: | | Bank/Non Bank: | Non-Bank |
| Charges: | OUR | Input Source: | eServe |
| Debit Reference: | 05915002621J | Payment Details: | RE LEHMAN BARCAP TRANSITION |
| Beneficiary Reference: | EPI OF 08/09/18 | Bank to Bank Info.: | /TIME/12:20 |
| Order Party: | PER J RODEFELD | | |

| Summary | Collapse | Print View | Audit Trail | Original Instructions |

Displaying Page 1 of 1

https://www.gpift.com/Common/payment/paymentDetail.asp?crypt=%93%AE%C1%C6%98%BE%C6%98%5B$qT%7E%89S...    9/25/2008

Highly Confidential

BCI-EX-00175973



**Payment Details > Audit Trail**

**Audit Trail – 0591500262IJ >**

| Date/Time: |
| --- |
| AS OF DATE- AS OF REASON- |
| ORG TRN-0591500262IJ ORG DATE -18-SEP-08 DR ADV-SP FC RECYC CNT-00 |
| CR REF -EPI OF 08/09/18 CR VAL DATE-18-SEP-08 CR ADV- DEP PAY-P FUNDS-S |
| FED REF-00262IJ05915 CUS REG-4000 PO/ADV- CURR STAT-80 CHECK#-0000000 |
| BUS DATE-18-SEP-08 SOURCE: SYSTEM-EPI SITE-BARL TYP-EPI ID- |
| PC: TRN- SENDERS ID- AUTHEN- |
| PH BY- PH NO- PH ENT- |
| CALL BK- FED REC ABA: REL TRN- |
| HISTORY INFORMATION ------------------------------------------------------ |
| ERR:OK |
| GFP AUDIT INFO:GFP RECEIVE 08/09/18 16:07:12 |
| 80 4000 08/09/18 16:20:20 WDC O 0242317 DAT1 FED LONG-ACK |
| 80 4000 08/09/18 16:20:19 MSGS O 0293605 10 ORG |
| 80 4000 08/09/18 16:20:15 FTFD I 0002742 ACK |
| 68 4000 08/09/18 16:18:14 FTFD O 0002742 |
| 63 4000 08/09/18 16:18:00 GFC I 1311704 OK - AEPI VED |
| 45 4000 08/09/18 16:17:45 GFC O 1322065 RQ FEDOU |
| 40 4000 08/09/18 16:17:32 ROOD,WILLIAM STOPS U798145 REL |
| 29 4000 08/09/18 16:10:11 ROOD,WILLIAM LIMITQ U798145 REL |
| 05 4000 08/09/18 16:07:14 MSGS O 0292434 10 ORG |
| 05 4000 08/09/18 16:07:12 EPI I 0010455 PELYONS BBORK |
| SENDER ID- CBC REC: TM-120710 DTE-000000 |
| DR: CUS ID #-501306 CUS ID BR-4690 CNTRY DOM-0100 MAC- |
| DR: CHP UID-053335 SWFT- RETL-F |
| DR:PDC-GPG210 ADV-GPG0090 BCF-000020000002 TEAM- 102AMT- |
| DR PDC: CALLBACK MISC-MT6600 DR DEPTS: ORG-04059 PROC-04059 SUB-00797 |
| DR1: 002 NNAL 10038 N ICN |
| DR2: SP |
| DR3: 0591500262IJ BNF//544755022 BROKER DEALER SVCS 40 NY Y CY |
| DR4: MINCHG- 20 ACPREADVSP- 09 |
| CR: CUS ID #-501306 CUS ID BR-4628 CNTRY DOM-0100 CNTRY RISK- MAC-HUTRD |
| CR: CHP-00002 SWFT-CHASUS33 CST CTR- RETL-J |
| CR:PDC- ADV- MISC- REP- 00 BCF-000010000001 TEAM- N 07 |
| CR: FED TITLE-JPMCHASE CR DEPTS: ORG-04059 PROC-04059 SUB-00797 |
| CR1: 008 NL 10008 N YO IB |
| CR2: SP |
| CR3: 40 N |
| CR4: Y FTPC# |
| CHIP: STTHRU REL- TO FED ABA- MSC-00 |

https://www.gpift.com/Common/payment/PegaAuditTrail.asp?finen=40&TRN=05915002...    9/25/2008

Highly Confidential                                                    BCI-EX-00175974

Payment Details :: Audit Trail                                    Page 2 of 3

CHIP: DESIG REC NM- DESIG REC ABA-021000021

FRB: 0000 A

SWF: CFC: OK RQ

1-L CN O COV DT080919 YR 00 0.000

2-CRRISK-LEHMAN OK N 1 Y

3- 0.00 0.00 0.00

4- B 0.00 0.00 N N

5- N 0000000 0 4000 O CTR L242317 N N 02

6- 0000000000000 0000000000000COMPLETFED 3430729216136

9- 0

XREF DATA: / /4000/ / / / / / /

PRE ADV:REJCD- BEN-A AC- AMT- 0.00

TIER1: BK-CRREB- DRREB- DRBEN- 20.00 CR100- CROTH-

TIER2:NOBK-CRREB- DRREB- DRBEN- 20.00 SCREB- SCBEN- 20.00

0.00 0.00 MINCHG- 20 CCMSB2B- FTPC#- F- Y Y I

MT103-26T: REM: 0

YN

N

DRFEDABA: DRCHPMBR: DRDDA: 000000000500

N

ERR:OK

GFP AUDIT INFO:GFP RECEIVE 08/09/18 12:07:12

80 4000 08/09/18 12:20:20 WDC O 0242317 DAT1 FED LONG-ACK

80 4000 08/09/18 12:20:19 MSGS O 0293605 10 ORG

80 4000 08/09/18 12:20:15 FTFD I 0002742 ACK

68 4000 08/09/18 12:18:14 FTFD O 0002742

63 4000 08/09/18 12:18:00 GFC I 1311704 OK - AEPI VED

45 4000 08/09/18 12:17:45 GFC O 1322065 RQ FEDOU

40 4000 08/09/18 12:17:32 ROOD,WILLIAM STOPS U798145 REL

29 4000 08/09/18 12:10:11 ROOD,WILLIAM LIMITQ U798145 REL

05 4000 08/09/18 12:07:14 MSGS O 0292434 10 ORG

05 4000 08/09/18 12:07:12 EPI I 0010455 PELYONS BBORK

*CAP* CR PRIOR: 4 DR PRIOR: 4 STACK: 0000 CALC DELAY: DR STACK: 0000

DRBILL: N CRBILL: N DRA/CINFO: N CRA/CINFO: N INTOUT: DRMTCAM: CRMTCAM:

B1REP: DRALTADDR: 0 CRALTADDR: 0

MOD ID: PELYONS BUMP: REBANK:

CR CURR: PREMIUM REBATE: 0.00 REBATE APPLIED: DR BENED:

REBATE AMOUNT: 0.00 REBATE PAID: MINIMUM THRESHOLD: 0.00

MAX THRESHOLD: 0.00 SOURCE THRESHOLD: 0.00

SYSCON CUTOFF: 0000 FLAG: N CURR RATE: PAYCODE: CTRY CODE: US

MT103 33B OCMT CURR: AMT: EXCH RATE: REVQ: N

TRAN AMT: 5,000,000,000.00 CORP ENT:BARC



https://www.gpift.com/Common/payment/PegaAuditTrail.asp?finen=40&TRN=05915002...    9/25/2008

Highly Confidential

BCI-EX-00175975

https://www.gpift.com/Common/payment/PegaAuditTrail.asp?finen=40&TRN=05915002...    9/25/2008

Highly Confidential                                                    BCI-EX-00175976

Page 1 of 1



**Payment Details > Original Instruction for TRN - 0591500262IJ**

**ID 3949231 - FED Outgoing Instructions 0591500262IJ for 18-SEP-08 >**

```
(1500)02 P *
(1510)1000
(1520)
(2000)500000000000
(3100)026002574BARCLAYS BANK*
(3320)0591500262IJ*
(3400)021000021JPMCHASE*
(3600)CTR *
(4200)D544755022*
BROKER DEALER SVCS*
(4320)EPI OF 08/09/18*
(5000) *
PER J RODEFELD*
(5100)D050019562*
SETTLEMENT ACCT MM CHIPS*
MONEY MARKET CHIPS*
BARCLAYS BANK PLC*
NEW YORK NY 10038*
(6000)RE LEHMAN BARCAP TRANSITION| BB?ᵣ ?? ???????• ??????91052817080918K3QF393C000
```



Highly Confidential                                                        BCI-EX-00175977

# BCI EXHIBIT

# 118

Payment Details

Page 1 of 1

## BARCLAYS

Today's Date: Thursday, September 25, 2008
Current Time: 09:38:23 ET
Business Date: Thursday, September 25, 2008

User Name
Deadline: Global Deadline:

| Home | Payment Initiation | Approval | Inquiry & Messages | Maintenance | Reporting |

Inquiry & Messages > Search Payment(s) > Search Summary> Payment Details - 068660026211

### Payment Details - 068660026211

**Payment Type:** FED Payment 1000
**Value Date:** 18-SEP-08
**Amount:** 9,000,000,000.00/USD
**CHIPS SSN:**

**Status:** Complete
**Repline ID:**
**IMAD:** 0918K3QF393C003312

**Debit Party >**

**Account ID:** DDA - 050019562
**Name:** SETTLEMENT ACCT MM CHIPS
MONEY MARKET CHIPS
**Address:** BARCLAYS BANK PLC
NEW YORK NY 10038

**Receiving Party >**

**Account ID:** ABA - 021000021
**Name:** JPMCHASE
**Address:** JP MORGAN CHASE NEW YORK
NEW YORK NY 10008

**Intermediary Party >**

**Account ID:** DDA - 544755022
**Name:** BROKER DEALER SVCS
**Address:**

**Beneficiary Party >**

**Account ID:**
**Name:** -
**Address:**

**Other Details >**

**Internal Memo:**
**Charges:** OUR
**Debit Reference:** 068660026211
**Beneficiary Reference:** EPI OF 08/09/18
**Order Party:** PER J RODEFELD

**Bank/Non Bank:** Non-Bank
**Input Source:** eServe
**Payment Details:** REF LEHMAN BARCAP TRANSITION 1 OF 4
**Bank to Bank Info.:** /TIME/18:44

Summary   Collapse   Print View   Audit Trail   Original Instructions

Displaying Page 1 of 1

https://www.gpift.com/Common/payment/paymentDetail.asp?crypt=%93%AE%C1%C6%98%BE%C6%98%5BnpY%7F%89...   9/25/2008

Highly Confidential

Payment Details :: Audit Trail                                                Page 1 of 3



**Payment Details > Audit Trail**

**Audit Trail - 0686600262IJ >**

| Date/Time: |
|---|
| AS OF DATE- AS OF REASON- |
| ORG TRN-0686600262IJ ORG DATE -18-SEP-08 DR ADV-SP FC RECYC CNT-00 |
| CR REF -EPI OF 08/09/18 CR VAL DATE-18-SEP-08 CR ADV- DEP PAY-P FUNDS-S |
| FED REF-00262IJ06866 CUS REG-4000 PO/ADV- CURR STAT-80 CHECK#-0000000 |
| BUS DATE-18-SEP-08 SOURCE: SYSTEM-EPI SITE-BARL TYP-EPI ID- |
| PC: TRN- SENDERS ID- AUTHEN- |
| PH BY- PH NO- PH ENT- |
| CALL BK- FED REC ABA: REL TRN- |
| HISTORY INFORMATION ------------------------------------------------------- |
| ERR:OK |
| GFP AUDIT INFO:GFP RECEIVE 08/09/18 22:39:51 |
| 80 4000 08/09/18 22:44:53 MSGS O 0317411 10 ORG |
| 80 4000 08/09/18 22:44:38 WDC O 0355161 DAT1 FED LONG-ACK |
| 80 4000 08/09/18 22:44:38 FTFD I 0003312 ACK |
| 68 4000 08/09/18 22:41:22 FTFD O 0003312 |
| 63 4000 08/09/18 22:41:07 GFC I 1424317 OK - AEPI VED |
| 45 4000 08/09/18 22:40:52 GFC O 1435912 RQ FEDOU |
| 40 4000 08/09/18 22:40:36 ROOD,WILLIAM STOPS U798145 REL |
| 29 4000 08/09/18 22:40:06 MSGS O 0317397 10 ORG |
| 29 4000 08/09/18 22:40:02 ROOD,WILLIAM LIMITQ U798145 REL |
| 05 4000 08/09/18 22:39:51 EPI I 0012669 PELYONS BBORK |
| SENDER ID- CBC REC: TM-063944 DTE-000000 |
| DR: CUS ID #-501306 CUS ID BR-4690 CNTRY DOM-0100 MAC- |
| DR: CHP UID-053335 SWFT- RETL-F |
| DR:PDC-GPG210 ADV-GP0090 BCF-000002000002 TEAM- 102AMT- |
| DR PDC: CALLBACK MISC-MT6600 DR DEPTS: ORG-04059 PROC-04059 SUB-00797 |
| DR1: 002 NNAL 10038 N ICN |
| DR2: SP |
| DR3: 0686600262IJ BNF//544755022 BROKER DEALER SVCS 40 NY Y CY |
| DR4: MINCHG- 20 ACPREADVSP- 09 |
| CR: CUS ID #-501306 CUS ID BR-4628 CNTRY DOM-0100 CNTRY RISK- MAC-HUTRD |
| CR: CHP-00002 SWFT-CHASUS33 CST CTR- RETL-J |
| CR:PDC- ADV- MISC- REP- 00 BCF-000010000001 TEAM- N 07 |
| CR: FED TITLE-JPMCHASE CR DEPTS: ORG-04059 PROC-04059 SUB-00797 |
| CR1: 008 NL 10008 N YO IB |
| CR2: SP |
| CR3: 40 N |
| CR4: Y FTPC# |
| CHIP: STTHRU REL- TO FED ABA- MSC-00 |

Highly Confidential                                                    BCI-EX-00175979

Payment Details :: Audit Trail

```
CHIP: DESIG REC NM- DESIG REC ABA-021000021
FRB: 0000 A
SWF: CFC: OK RQ
1-L CN O COV DT080919 YR 00 0.000
2-CRRISK-LEHMAN OK N 1 Y
3- 0.00 0.00 0.00
4- B 0.00 0.00 N N
5- N 0000000 0 4000 O CTR L355161 N N 02
6- 0000000000000 0000000000000000COMPLETFED 3430752278602
9- 0
XREF DATA: / /4000/ / / / / / /
PRE ADV:REJCD- BEN-A AC- AMT- 0.00
TIER1: BK-CRREB- DRREB- DRBEN- 20.00 CR100- CROTH-
TIER2:NOBK-CRREB- DRREB- DRBEN- 20.00 SCREB- SCBEN- 20.00
0.00 0.00 MINCHG- 20 CCMSB2B- FTPC#- F- Y Y I
MT103-26T: REM: 0
YN
N
DRFEDABA: DRCHPMBR: DRDDA: 000000000500
N
ERR:OK
GFP AUDIT INFO:GFP RECEIVE 08/09/18 18:39:41
80 4000 08/09/18 18:44:53 MSGS O 0317411 10 ORG
80 4000 08/09/18 18:44:38 WDC O 0355161 DAT1 FED LONG-ACK
80 4000 08/09/18 18:44:38 FTFD I 0003312 ACK
68 4000 08/09/18 18:41:22 FTFD O 0003312
63 4000 08/09/18 18:41:07 GFC I 1424317 OK - AEPI VED
45 4000 08/09/18 18:40:52 GFC O 1435912 RQ FEDOU
40 4000 08/09/18 18:40:36 ROOD,WILLIAM STOPS U798145 REL
29 4000 08/09/18 18:40:06 MSGS O 0317397 10 ORG
29 4000 08/09/18 18:40:02 ROOD,WILLIAM LIMITQ U798145 REL
05 4000 08/09/18 18:39:51 EPI I 0012669 PELYONS BBORK
*CAP* CR PRIOR: 4 DR PRIOR: 4 STACK: 0000 CALC DELAY: DR STACK: 0000
DRBILL: N CRBILL: N DRA/CINFO: N CRA/CINFO: N INTOUT: DRMTCAM: CRMTCAM:
B1REP: DRALTADDR: 0 CRALTADDR: 0
MOD ID: PELYONS BUMP: REBANK:
CR CURR: PREMIUM REBATE: 0.00 REBATE APPLIED: DR BENED:
REBATE AMOUNT: 0.00 REBATE PAID: MINIMUM THRESHOLD: 0.00
MAX THRESHOLD: 0.00 SOURCE THRESHOLD: 0.00
SYSCON CUTOFF: 0000 FLAG: N CURR RATE: PAYCODE: CTRY CODE: US
MT103 33B OCMT CURR: AMT: EXCH RATE: REVQ: N
TRAN AMT: 9,000,000,000.00 CORP ENT:BARC
```

Close

Highly Confidential                                                                    BCI-EX-00175980

Highly Confidential

BCI-EX-00175981

Payment Original Instructions                                          Page 1 of 1



**Payment Details > Original Instruction for TRN - 0686600262IJ**

**ID 3950769 – FED Outgoing Instructions 0686600262IJ for 18-SEP-08 >**

```
(1500)02 P *
(1510)1000
(1520)
(2000)900000000000
(3100)026002574BARCLAYS BANK*
(3320)0686600262IJ*
(3400)021000021JPMCHASE*
(3600)CTR *
(4200)D544755022*
BROKER DEALER SVCS*
(4320)EPI OF 08/09/18*
(5000) *
PER J RODEFELD*
(5100)D050019562*
SETTLEMENT ACCT MM CHIPS*
MONEY MARKET CHIPS*
BARCLAYS BANK PLC*
NEW YORK NY 10038*
(6000)REF LEHMAN BARCAP TRANSITION 1 OF 4| BB?ᵣ ?? ???????• ??????9I118941080918K3Q
```



https://www.gpift.com/Common/payment/paymentOrigInsDtl.asp?trnNum=0686600262IJ...    9/25/2008

Highly Confidential                                                    BCI-EX-00175982

# BCI EXHIBIT

# 119

Payment Details

**BARCLAYS**

He
User Name
Deadline: | Global Deadline:

Today's Date: Thursday, September 25, 2008
Current Time:  09:38:58 ET
Business Date: Thursday, September 25, 2008

| Home | Payment Initiation | Approval | Inquiry & Messages | Maintenance | Reporting |

Inquiry & Messages > Search Payment(s) > Search Summary> Payment Details - 068670026212J

**Payment Details - 068670026212J**

| Payment Type: | FED Payment 1000 | Status: | Complete |
| Value Date: | 18-SEP-08 | Repline ID: | |
| Amount: | 9,000,000,001.00/USD | IMAD: | 0918K3QF393C003315 |
| CHIPS SSN: | | | |

**Debit Party >**                                          **Receiving Party >**

| Account ID: | DDA - 050019562 | Account ID: | ABA - 021000021 |
| Name: | SETTLEMENT ACCT MM CHIPS | Name: | JPMCHASE |
| Address: | MONEY MARKET CHIPS | Address: | JP MORGAN CHASE NEW YORK |
| | BARCLAYS BANK PLC | | NEW YORK NY 10008 |
| | NEW YORK NY 10038 | | |

**Intermediary Party >**                                   **Beneficiary Party >**

| Account ID: | DDA - 544755022 | Account ID: | |
| Name: | BROKER DEALER SVCS | Name: | - |
| Address: | | Address: | |

**Other Details >**

| Internal Memo: | | Bank/Non Bank: | Non-Bank |
| Charges: | OUR | Input Source: | eServe |
| Debit Reference: | 068670026212J | Payment Details: | REF LEHMAN BARCAP TRANSITION |
| Beneficiary Reference: | EPI OF 08/09/18 | Bank to Bank Info.: | /TIME/18:44 |
| Order Party: | PER J RODEFELD | | |

| Summary | Collapse | Print View | Audit Trail | Original Instructions |

Displaying Page 1 of 1

https://www.gpift.com/Common/payment/paymentDetail.asp?crypt=%93%AE%C1%C6%98%BE%C6%98%5BmpY%80%89...    9/25/2008

BCI-EX-00175983



**Payment Details > Audit Trail**

**Audit Trail - 0686700262IJ >**

| Date/Time: |
|---|
| AS OF DATE- AS OF REASON- |
| ORG TRN-0686700262IJ ORG DATE -18-SEP-08 DR ADV-SP FC RECYC CNT-00 |
| CR REF -EPI OF 08/09/18 CR VAL DATE-18-SEP-08 CR ADV- DEP PAY-P FUNDS-S |
| FED REF-00262IJ06867 CUS REG-4000 PO/ADV- CURR STAT-80 CHECK#-0000000 |
| BUS DATE-18-SEP-08 SOURCE: SYSTEM-EPI SITE-BARL TYP-EPI ID- |
| PC: TRN- SENDERS ID- AUTHEN- |
| PH BY- PH NO- PH ENT- |
| CALL BK- FED REC ABA: REL TRN- |
| HISTORY INFORMATION ------------------------------------------------------- |
| ERR:OK |
| GFP AUDIT INFO:GFP RECEIVE 08/09/18 22:39:51 |
| 80 4000 08/09/18 22:44:53 MSGS O 0317414 10 ORG |
| 80 4000 08/09/18 22:44:38 WDC O 0355164 DAT1 FED LONG-ACK |
| 80 4000 08/09/18 22:44:38 FTFD I 0003315 ACK |
| 68 4000 08/09/18 22:43:23 FTFD O 0003315 |
| 63 4000 08/09/18 22:43:07 GFC I 1424354 OK - AEPI VED |
| 45 4000 08/09/18 22:42:52 GFC O 1435948 RQ FEDOU |
| 40 4000 08/09/18 22:42:44 ROOD,WILLIAM STOPS U798145 REL |
| 29 4000 08/09/18 22:42:28 ROOD,WILLIAM LIMITQ U798145 REL |
| 05 4000 08/09/18 22:40:07 MSGS O 0317398 10 ORG |
| 05 4000 08/09/18 22:39:51 EPI I 0012670 PELYONS BBORK |
| SENDER ID- CBC REC: TM-063944 DTE-000000 |
| DR: CUS ID #-501306 CUS ID BR-4690 CNTRY DOM-0100 MAC- |
| DR: CHP UID-053335 SWFT- RETL-F |
| DR:PDC-GPG210 ADV-GP0090 BCF-000020000002 TEAM- 102AMT- |
| DR PDC: CALLBACK MISC-MT6600 DR DEPTS: ORG-04059 PROC-04059 SUB-00797 |
| DR1: 002 NNAL 10038 N ICN |
| DR2: SP |
| DR3: 0686700262IJ BNF//544755022 BROKER DEALER SVCS 40 NY Y CY |
| DR4: MINCHG- 20 ACPREADVSP- 09 |
| CR: CUS ID #-501306 CUS ID BR-4628 CNTRY DOM-0100 CNTRY RISK- MAC-HUTRD |
| CR: CHP-00002 SWFT-CHASUS33 CST CTR- RETL-J |
| CR:PDC- ADV- MISC- REP- 00 BCF-000010000001 TEAM- N 07 |
| CR: FED TITLE-JPMCHASE CR DEPTS: ORG-04059 PROC-04059 SUB-00797 |
| CR1: 008 NL 10008 N YO IB |
| CR2: SP |
| CR3: 40 N |
| CR4: Y FTPC# |
| CHIP: STTHRU REL- TO FED ABA- MSC-00 |

https://www.gpift.com/Common/payment/PegaAuditTrail.asp?finen=40&TRN=06867002...    9/25/2008

Highly Confidential                                                    BCI-EX-00175984

Payment Details :: Audit Trail                                                Page 2 of 3

```
CHIP: DESIG REC NM- DESIG REC ABA-021000021
FRB: 0000 A
SWF: CFC: OK RQ
1-L CN O COV DT080919 YR 00 0.000
2-CRRISK-LEHMAN OK N 1 Y
3- 0.00 0.00 0.00
4- B 0.00 0.00 N N
5- N 0000000 0 4000 O CTR L355164 N N 02
6- 0000000000000 0000000000000COMPLETFED 3430752278674
9- 0
XREF DATA: / /4000/ / / / / / /
PRE ADV:REJCD- BEN-A AC- AMT- 0.00
TIER1: BK-CRREB- DRREB- DRBEN- 20.00 CR100- CROTH-
TIER2:NOBK-CRREB- DRREB- DRBEN- 20.00 SCREB- SCBEN- 20.00
0.00 0.00 MINCHG- 20 CCMSB2B- FTPC#- F- Y Y I
MT103-26T: REM: 0
YN
N
DRFEDABA: DRCHPMBR: DRDDA: 000000000500
N
ERR:OK
GFP AUDIT INFO:GFP RECEIVE 08/09/18 18:39:51
80 4000 08/09/18 18:44:53 MSGS O 0317414 10 ORG
80 4000 08/09/18 18:44:38 WDC O 0355164 DAT1 FED LONG-ACK
80 4000 08/09/18 18:44:38 FTFD I 0003315 ACK
68 4000 08/09/18 18:43:23 FTFD O 0003315
63 4000 08/09/18 18:43:07 GFC I 1424354 OK - AEPI VED
45 4000 08/09/18 18:42:52 GFC O 1435948 RQ FEDOU
40 4000 08/09/18 18:42:44 ROOD,WILLIAM STOPS U798145 REL
29 4000 08/09/18 18:42:28 ROOD,WILLIAM LIMITQ U798145 REL
05 4000 08/09/18 18:40:07 MSGS O 0317398 10 ORG
05 4000 08/09/18 18:39:51 EPI I 0012670 PELYONS BBORK
*CAP* CR PRIOR: 4 DR PRIOR: 4 STACK: 0000 CALC DELAY: DR STACK: 0000
DRBILL: N CRBILL: N DRA/CINFO: N CRA/CINFO: N INTOUT: DRMTCAM: CRMTCAM:
B1REP: DRALTADDR: 0 CRALTADDR: 0
MOD ID: PELYONS BUMP: REBANK:
CR CURR: PREMIUM REBATE: 0.00 REBATE APPLIED: DR BENED:
REBATE AMOUNT: 0.00 REBATE PAID: MINIMUM THRESHOLD: 0.00
MAX THRESHOLD: 0.00 SOURCE THRESHOLD: 0.00
SYSCON CUTOFF: 0000 FLAG: N CURR RATE: PAYCODE: CTRY CODE: US
MT103 33B OCMT CURR: AMT: EXCH RATE: REVQ: N
TRAN AMT: 9,000,000,001.00 CORP ENT:BARC
```

Close

Highly Confidential                                                BCI-EX-00175985

Payment Details :: Audit Trail                                          Page 3 of 3

Highly Confidential

BCI-EX-00175986

Payment Original Instructions                                    Page 1 of 1



**Payment Details > Original Instruction for TRN - 0686700262IJ**

**ID 3950773 - FED Outgoing Instructions 0686700262IJ for 18-SEP-08 >**

```
(1500)02 P *
(1510)1000
(1520)
(2000)900000000100
(3100)026002574BARCLAYS BANK*
(3320)0686700262IJ*
(3400)021000021JPMCHASE*
(3600)CTR *
(4200)D544755022*
BROKER DEALER SVCS*
(4320)EPI OF 08/09/18*
(5000) *
PER J RODEFELD*
(5100)D050019562*
SETTLEMENT ACCT MM CHIPS*
MONEY MARKET CHIPS*
BARCLAYS BANK PLC*
NEW YORK NY 10038*
(6000)REF LEHMAN BARCAP TRANSITION| BB?ᵣ ?? ???????• ??????9I118941080918K3QF393C00
```

**Close**

https://www.gpift.com/Common/payment/paymentOrigInsDtl.asp?trnNum=0686700262IJ...    9/25/2008

Highly Confidential

BCI-EX-00175987

# BCI EXHIBIT

# 120

Payment Details

Page 1 of 1

## BARCLAYS

**Today's Date:** Thursday, September 25, 2008
**Current Time:** 09:39:29 ET
**Business Date:** Thursday, September 25, 2008

He
User Name
**Deadline:** *Global Deadline:*

| Home | Payment Initiation | Approval | Inquiry & Messages | Maintenance | Reporting |

Inquiry & Messages > Search Payment(s) > Search Summary> Payment Details - 06868002621J

### Payment Details - 06868002621J

| Payment Type: | FED Payment 1000 | Status: | Complete |
| Value Date: | 18-SEP-08 | Repline ID: | |
| Amount: | 9,000,000,002.00/USD | IMAD: | 0918K3QF393C003314 |
| CHIPS SSN: | | | |

**Debit Party >**

| Account ID: | DDA - 050019562 |
| Name: | SETTLEMENT ACCT MM CHIPS |
| | MONEY MARKET CHIPS |
| Address: | BARCLAYS BANK PLC |
| | NEW YORK NY 10038 |

**Receiving Party >**

| Account ID: | ABA - 021000021 |
| Name: | JPMCHASE |
| Address: | JP MORGAN CHASE NEW YORK |
| | NEW YORK NY 10008 |

**Intermediary Party >**

| Account ID: | DDA - 544755022 |
| Name: | BROKER DEALER SVCS |
| Address: | |

**Beneficiary Party >**

| Account ID: | |
| Name: | |
| Address: | |

**Other Details >**

| Internal Memo: | |
| Charges: | OUR |
| Debit Reference: | 06868002621J |
| Beneficiary Reference: | EPI OF 08/09/18 |
| Order Party: | PER J RODEFELD |

| Bank/Non Bank: | Non-Bank |
| Input Source: | eServe |
| Payment Details: | REF LEHMAN BARCAP TRANSITION |
| Bank to Bank Info.: | /TIME/18:44 |

Summary    Collapse    Print View    Audit Trail    Original Instructions

Displaying Page 1 of 1

https://www.gpit.com/Common/payment/paymentDetail.asp?crypt=%93%AE%C1%C6%98%AE%C6%98%5BmpY%81%89...    9/25/2008

Payment Details :: Audit Trail                                         Page 1 of 3



**Payment Details > Audit Trail**

**Audit Trail - 0686800262IJ >**

Date/Time:

AS OF DATE- AS OF REASON-

ORG TRN-0686800262IJ ORG DATE -18-SEP-08 DR ADV-SP FC RECYC CNT-00

CR REF -EPI OF 08/09/18 CR VAL DATE-18-SEP-08 CR ADV- DEP PAY-P FUNDS-S

FED REF-00262IJ06868 CUS REG-4000 PO/ADV- CURR STAT-80 CHECK#-0000000

BUS DATE-18-SEP-08 SOURCE: SYSTEM-EPI SITE-BARL TYP-EPI ID-

PC: TRN- SENDERS ID- AUTHEN-

PH BY- PH NO- PH ENT-

CALL BK- FED REC ABA: REL TRN-

HISTORY INFORMATION ------------------------------------------------------

ERR:OK

GFP AUDIT INFO:GFP RECEIVE 08/09/18 22:39:51

80 4000 08/09/18 22:44:53 MSGS O 0317413 10 ORG

80 4000 08/09/18 22:44:38 WDC O 0355163 DAT1 FED LONG-ACK

80 4000 08/09/18 22:44:38 FTFD I 0003314 ACK

68 4000 08/09/18 22:43:23 FTFD O 0003314

63 4000 08/09/18 22:43:07 GFC I 1424353 OK - AEPI VED

45 4000 08/09/18 22:42:52 GFC O 1435949 RQ FEDOU

40 4000 08/09/18 22:42:46 ROOD,WILLIAM STOPS U798145 REL

29 4000 08/09/18 22:42:30 ROOD,WILLIAM LIMITQ U798145 REL

05 4000 08/09/18 22:40:07 MSGS O 0317399 10 ORG

05 4000 08/09/18 22:39:51 EPI I 0012671 PELYONS BBORK

SENDER ID- CBC REC: TM-063944 DTE-000000

DR: CUS ID #-501306 CUS ID BR-4690 CNTRY DOM-0100 MAC-

DR: CHP UID-053335 SWFT- RETL-F

DR:PDC-GPG210 ADV-GP0090 BCF-000002000002 TEAM- 102AMT-

DR PDC: CALLBACK MISC-MT6600 DR DEPTS: ORG-04059 PROC-04059 SUB-00797

DR1: 002 NNAL 10038 N ICN

DR2: SP

DR3: 0686800262IJ BNF//544755022 BROKER DEALER SVCS 40 NY Y CY

DR4: MINCHG- 20 ACPREADVSP- 09

CR: CUS ID #-501306 CUS ID BR-4628 CNTRY DOM-0100 CNTRY RISK- MAC-HUTRD

CR: CHP-00002 SWFT-CHASUS33 CST CTR- RETL-J

CR:PDC- ADV- MISC- REP- 00 BCF-000010000001 TEAM- N 07

CR: FED TITLE-JPMCHASE CR DEPTS: ORG-04059 PROC-04059 SUB-00797

CR1: 008 NL 10008 N YO IB

CR2: SP

CR3: 40 N

CR4: Y FTPC#

CHIP: STTHRU REL- TO FED ABA- MSC-00

https://www.gpift.com/Common/payment/PegaAuditTrail.asp?finen=40&TRN=06868002...    9/25/2008

Highly Confidential

BCI-EX-00175989

Payment Details :: Audit Trail                                          Page 2 of 3

CHIP: DESIG REC NM- DESIG REC ABA-021000021

FRB: 0000 A

SWF: CFC: OK RQ

1-L CN O COV DT080919 YR 00 0.000

2-CRRISK-LEHMAN OK N 1 Y

3- 0.00 0.00 0.00

4- B 0.00 0.00 N N

5- N 0000000 0 4000 O CTR L355163 N N 02

6- 0000000000000 0000000000000COMPLETFED 3430752278654

9- 0

XREF DATA: //4000///////

PRE ADV:REJCD- BEN-A AC- AMT- 0.00

TIER1: BK-CRREB- DRREB- DRBEN- 20.00 CR100- CROTH-

TIER2:NOBK-CRREB- DRREB- DRBEN- 20.00 SCREB- SCBEN- 20.00

0.00 0.00 MINCHG- 20 CCMSB2B- FTPC#- F- Y Y I

MT103-26T: REM: 0

YN

N

DRFEDABA: DRCHPMBR: DRDDA: 000000000500

N

ERR:OK

GFP AUDIT INFO:GFP RECEIVE 08/09/18 18:39:51

80 4000 08/09/18 18:44:53 MSGS O 0317413 10 ORG

80 4000 08/09/18 18:44:38 WDC O 0355163 DAT1 FED LONG-ACK

80 4000 08/09/18 18:44:38 FTFD I 0003314 ACK

68 4000 08/09/18 18:43:23 FTFD O 0003314

63 4000 08/09/18 18:43:07 GFC I 1424353 OK - AEPI VED

45 4000 08/09/18 18:42:52 GFC O 1435949 RQ FEDOU

40 4000 08/09/18 18:42:46 ROOD,WILLIAM STOPS U798145 REL

29 4000 08/09/18 18:42:30 ROOD,WILLIAM LIMITQ U798145 REL

05 4000 08/09/18 18:40:07 MSGS O 0317399 10 ORG

05 4000 08/09/18 18:39:51 EPI I 0012671 PELYONS BBORK

*CAP* CR PRIOR: 4 DR PRIOR: 4 STACK: 0000 CALC DELAY: DR STACK: 0000

DRBILL: N CRBILL: N DRA/CINFO: N CRA/CINFO: N INTOUT: DRMTCAM: CRMTCAM:

B1REP: DRALTADDR: 0 CRALTADDR: 0

MOD ID: PELYONS BUMP: REBANK:

CR CURR: PREMIUM REBATE: 0.00 REBATE APPLIED: DR BENED:

REBATE AMOUNT: 0.00 REBATE PAID: MINIMUM THRESHOLD: 0.00

MAX THRESHOLD: 0.00 SOURCE THRESHOLD: 0.00

SYSCON CUTOFF: 0000 FLAG: N CURR RATE: PAYCODE: CTRY CODE: US

MT103 33B OCMT CURR: AMT: EXCH RATE: REVQ: N

TRAN AMT: 9,000,000,002.00 CORP ENT:BARC

Close

https://www.gpift.com/Common/payment/PegaAuditTrail.asp?finen=40&TRN=06868002...    9/25/2008

Highly Confidential                                                    BCI-EX-00175990

Payment Details :: Audit Trail                                                    Page 3 of 3

Highly Confidential                                              BCI-EX-00175991

Payment Original Instructions                                    Page 1 of 1



**Payment Details > Original Instruction for TRN - 0686800262IJ**

**ID 3950772 - FED Outgoing Instructions 0686800262IJ for 18-SEP-08 >**

```
(1500)02 P *
(1510)1000
(1520)
(2000)900000000200
(3100)026002574BARCLAYS BANK*
(3320)0686800262IJ*
(3400)021000021JPMCHASE*
(3600)CTR *
(4200)D544755022*
BROKER DEALER SVCS*
(4320)EPI OF 08/09/18*
(5000) *
PER J RODEFELD*
(5100)D050019562*
SETTLEMENT ACCT MM CHIPS*
MONEY MARKET CHIPS*
BARCLAYS BANK PLC*
NEW YORK NY 10038*
(6000)REF LEHMAN BARCAP TRANSITION⌐ BB?ꝛ ?? ???????• ??????9I118941080918K3QF393C00
```



Highly Confidential                                              BCI-EX-00175992

# BCI EXHIBIT

# 121

Payment Details

Page 1 of 1

**BARCLAYS**

He
User Name
Deadline: | Global Deadline:

Today's Date: Thursday, September 25, 2008
Current Time: 09:40:07 ET
Business Date: Thursday, September 25, 2008

| Home | Payment Initiation | Approval | Inquiry & Messages | Maintenance | Reporting |

Inquiry & Messages > Search Payment(s) > Search Summary> Payment Details - 068690026211

**Payment Details - 068690026211**

| Payment Type: | FED Payment 1000 | Status: | Complete |
| Value Date: | 18-SEP-08 | Repline ID: | |
| Amount: | 9,000,000,003.00/USD | IMAD: | 0918I3QF393C003313 |
| CHIPS SSN: | | | |

**Debit Party >**

| | | **Receiving Party >** | |
| Account ID: | DDA - 050019562 | Account ID: | ABA - 021000021 |
| Name: | SETTLEMENT ACCT MM CHIPS | Name: | JPMCHASE |
| Address: | MONEY MARKET CHIPS | Address: | JP MORGAN CHASE NEW YORK |
| | BARCLAYS BANK PLC | | NEW YORK NY 10008 |
| | NEW YORK NY 10038 | | |

**Intermediary Party >**

| | | **Beneficiary Party >** | |
| Account ID: | DDA - 544755022 | Account ID: | - |
| Name: | BROKER DEALER SVCS | Name: | |
| Address: | | Address: | |

**Other Details >**

| Internal Memo: | | Bank/Non Bank: | Non-Bank |
| Charges: | OUR | Input Source: | eServe |
| Debit Reference: | 068690026211 | Payment Details: | REF LEHMAN BARCAP TRANSITION |
| Beneficiary Reference: | EPI OF 08/09/18 | Bank to Bank Info.: | /TIME/18:44 |
| Order Party: | PER J RODEFELD | | |

Summary    Collapse    Print View    Audit Trail    Original Instructions

Displaying Page 1 of 1

https://www.gpift.com/Common/payment/paymentDetail.asp?crypt=%93%AE%C1%C6%98%BE%C6%98%5BmpY%82%89...    9/25/2008

Highly Confidential

BCI-EX-00175993

Payment Details :: Audit Trail                                              Page 1 of 3



**Payment Details > Audit Trail**

**Audit Trail - 0686900262IJ >**

| Date/Time: |
| --- |
| AS OF DATE- AS OF REASON- |
| ORG TRN-0686900262IJ ORG DATE -18-SEP-08 DR ADV-SP FC RECYC CNT-00 |
| CR REF -EPI OF 08/09/18 CR VAL DATE-18-SEP-08 CR ADV- DEP PAY-P FUNDS-S |
| FED REF-00262IJ06869 CUS REG-4000 PO/ADV- CURR STAT-80 CHECK#-0000000 |
| BUS DATE-18-SEP-08 SOURCE: SYSTEM-EPI SITE-BARL TYP-EPI ID- |
| PC: TRN- SENDERS ID- AUTHEN- |
| PH BY- PH NO- PH ENT- |
| CALL BK- FED REC ABA: REL TRN- |
| HISTORY INFORMATION ------------------------------------------------------ |
| ERR:OK |
| GFP AUDIT INFO:GFP RECEIVE 08/09/18 22:39:52 |
| 80 4000 08/09/18 22:44:53 MSGS O 0317412 10 ORG |
| 80 4000 08/09/18 22:44:38 WDC O 0355162 DAT1 FED LONG-ACK |
| 80 4000 08/09/18 22:44:38 FTFD I 0003313 ACK |
| 68 4000 08/09/18 22:43:23 FTFD O 0003313 |
| 63 4000 08/09/18 22:43:07 GFC I 1424352 OK - AEPI VED |
| 45 4000 08/09/18 22:42:52 GFC O 1435950 RQ FEDOU |
| 40 4000 08/09/18 22:42:47 ROOD,WILLIAM STOPS U798145 REL |
| 29 4000 08/09/18 22:42:31 ROOD,WILLIAM LIMITQ U798145 REL |
| 05 4000 08/09/18 22:40:07 MSGS O 0317400 10 ORG |
| 05 4000 08/09/18 22:39:52 EPI I 0012672 PELYONS BBORK |
| SENDER ID- CBC REC: TM-063944 DTE-000000 |
| DR: CUS ID #-501306 CUS ID BR-4690 CNTRY DOM-0100 MAC- |
| DR: CHP UID-053335 SWFT- RETL-F |
| DR:PDC-GPG210 ADV-GP0090 BCF-000020000002 TEAM- 102AMT- |
| DR PDC: CALLBACK MISC-MT6600 DR DEPTS: ORG-04059 PROC-04059 SUB-00797 |
| DR1: 002 NNAL 10038 N ICN |
| DR2: SP |
| DR3: 0686900262IJ BNF//544755022 BROKER DEALER SVCS 40 NY Y CY |
| DR4: MINCHG- 20 ACPREADVSP- 09 |
| CR: CUS ID #-501306 CUS ID BR-4628 CNTRY DOM-0100 CNTRY RISK- MAC-HUTRD |
| CR: CHP-00002 SWFT-CHASUS33 CST CTR- RETL-J |
| CR:PDC- ADV- MISC- REP- 00 BCF-000010000001 TEAM- N 07 |
| CR: FED TITLE-JPMCHASE CR DEPTS: ORG-04059 PROC-04059 SUB-00797 |
| CR1: 008 NL 10008 N YO IB |
| CR2: SP |
| CR3: 40 N |
| CR4: Y FTPC# |
| CHIP: STTHRU REL- TO FED ABA- MSC-00 |

https://www.gpift.com/Common/payment/PegaAuditTrail.asp?finen=40&TRN=06869002...    9/25/2008

Highly Confidential                                                      BCI-EX-00175994

Payment Details :: Audit Trail                                                Page 2 of 3

CHIP: DESIG REC NM- DESIG REC ABA-021000021

FRB: 0000 A

SWF: CFC: OK RQ

1-L CN O COV DT080919 YR 00 0.000

2-CRRISK-LEHMAN OK N 1 Y

3- 0.00 0.00 0.00

4- B 0.00 0.00 N N

5- N 0000000 0 4000 O CTR L355162 N N 02

6- 0000000000000 0000000000000COMPLETFED 3430752278630

9- 0

XREF DATA: / /4000/ / / / / / /

PRE ADV:REJCD- BEN-A AC- AMT- 0.00

TIER1: BK-CRREB- DRREB- DRBEN- 20.00 CR100- CROTH-

TIER2:NOBK-CRREB- DRREB- DRBEN- 20.00 SCREB- SCBEN- 20.00

0.00 0.00 MINCHG- 20 CCMSB2B- FTPC#- F- Y Y I

MT103-26T: REM: 0

YN

N

DRFEDABA: DRCHPMBR: DRDDA: 000000000500

N

ERR:OK

GFP AUDIT INFO:GFP RECEIVE 08/09/18 18:39:52

80 4000 08/09/18 18:44:53 MSGS O 0317412 10 ORG

80 4000 08/09/18 18:44:38 WDC O 0355162 DAT1 FED LONG-ACK

80 4000 08/09/18 18:44:38 FTFD I 0003313 ACK

68 4000 08/09/18 18:43:23 FTFD O 0003313

63 4000 08/09/18 18:43:07 GFC I 1424352 OK - AEPI VED

45 4000 08/09/18 18:42:52 GFC O 1435950 RQ FEDOU

40 4000 08/09/18 18:42:47 ROOD,WILLIAM STOPS U798145 REL

29 4000 08/09/18 18:42:31 ROOD,WILLIAM LIMITQ U798145 REL

05 4000 08/09/18 18:40:07 MSGS O 0317400 10 ORG

05 4000 08/09/18 18:39:52 EPI I 0012672 PELYONS BBORK

*CAP* CR PRIOR: 4 DR PRIOR: 4 STACK: 0000 CALC DELAY: DR STACK: 0000

DRBILL: N CRBILL: N DRA/CINFO: N CRA/CINFO: N INTOUT: DRMTCAM: CRMTCAM:

B1REP: DRALTADDR: 0 CRALTADDR: 0

MOD ID: PELYONS BUMP: REBANK:

CR CURR:·PREMIUM REBATE: 0.00 REBATE APPLIED: DR BENED:

REBATE AMOUNT: 0.00 REBATE PAID: MINIMUM THRESHOLD: 0.00

MAX THRESHOLD: 0.00 SOURCE THRESHOLD: 0.00

SYSCON CUTOFF: 0000 FLAG: N CURR RATE: PAYCODE: CTRY CODE: US

MT103 33B OCMT CURR: AMT: EXCH RATE: REVQ: N

TRAN AMT: 9,000,000,003.00 CORP ENT:BARC

Close

Highly Confidential                                                           BCI-EX-00175995

Payment Details :: Audit Trail

Highly Confidential

BCI-EX-00175996

Payment Original Instructions                                    Page 1 of 1



**Payment Details > Original Instruction for TRN - 0686900262IJ**

**ID 3950771 - FED Outgoing Instructions 0686900262IJ for 18-SEP-08 >**

```
(1500)02 P *
(1510)1000
(1520)          .
(2000)900000000300
(3100)026002574BARCLAYS BANK*
(3320)0686900262IJ*
(3400)021000021JPMCHASE*
(3600)CTR *
(4200)D544755022*
BROKER DEALER SVCS*
(4320)EPI OF 08/09/18*
(5000) *
PER J RODEFELD*
(5100)D050019562*
SETTLEMENT ACCT MM CHIPS*
MONEY MARKET CHIPS*
BARCLAYS BANK PLC*
NEW YORK NY 10038*
(6000)REF LEHMAN BARCAP TRANSITION  BB?ʀ ?? ???????• ??????9I118941080918K3QF393C00
```

Close

Highly Confidential                                    BCI-EX-00175997

# BCI EXHIBIT

# 122

# Filed Under Seal
# Pursuant To
# Protective Order

# BCI EXHIBIT

# 123

| $m | US broker dealer | | Rev attrition | | Synergies | | Proforma |
|---|---|---|---|---|---|---|---|
| | | | | | Rev | Cost | |
| Net revs (note 1) | 6,150 | | (1,000) | | 400 | | 5,550 |
| Comp | (3,075) | | 500 | | | (200) | (2,775) |
| Non-comp | (1,900) | | | | | 625 | (1,275) |
| PBT | 1,175 | | (500) | | 200 | 625 | 1,500 |
| Integration costs | | | | | | | (600) |

| Phasing ($m) | 2008 | 2009 | 2010 | Comments |
|---|---|---|---|---|
| Rev attrition | (250) | (1,000) | (1,000) | Prorated loss in 2008 |
| Comp on above | 125 | 500 | 500 | Comp at 50% |
| Rev synergies | - | 200 | 400 | 50% 2009, 100% 2010 |
| Comp on above | | (100) | (200) | Comp at 50% |
| Non comp synergies | | 300 | 625 | 49% 2009, 100% 2010. No comp impact |
| Total PBT impact | (125) | (100) | 325 | |
| Post acquisition PBT generated (note 2) | | 1,175 | 1,175 | |
| Integration costs | (450) | (150) | | |
| Negative goodwill | 2,400 | | | Based on $2.5bn pre-tax (Note 3) |
| Net PBT Impact | 1,625 | 925 | 1,500 | |

**Note 1: Estimation of Lehman's normalised run rate**

| | $m |
|---|---|
| Cap Mkts - FI | 5,000 |
| Cap Mkts - Eq | 4,000 |
| IB - Debt | 1,400 |
| IB - Equity | 900 |
| Advisory | 1,000 |
| | 12,300 |
| Based on review of 2005-2009Q1 financials | |
| US broker dealer (estimated at 50%) | 6,150 |

**Note 2: Post acquisition PBT**

| | $m |
|---|---|
| Net revenue | 950 |
| Comp costs | (475) |
| Non-comp costs | (475) |
| PBT | - |

**Note 3: Negative goodwill**

| | $m |
|---|---|
| Cost payment | 2,250 |
| Comp accrual ($2.0bn b/s less $1.5bn rec'd) | 500 |
| Cash consideration | 500 |
| Net goodwill | (250) |
| Tax | 2,500 |
| | (100) |

Final synergy and integration assumptions v2.xls

9/19/2008 4:21 AM

Highly Confidential

BCI-EX-00077542



EXHIBIT
290B
PENGAD 800-631-6989



| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 52 | | | | | Negative goodwill reserved | | | | | | |
| | | | | | | | | | | | 2,400 |

Final synergy and integration assumptions v2.xls

9/19/2008  4:21 AM

Highly Confidential

BCI-EX-00077543

# BCI EXHIBIT

# 124

**Lehman Call with Jim Seery**
**Thursday, September 19, 2008 – 9PM**

- Company had been shopping around in the past several weeks
- Bank of America seemd quite interested and did some serious and diligence (65 people, valuation, analyses, etc)
- Deal centered around commercial real estate
- Barclays came later, Koreans (KDB) were also a possibility
- Barclay diligence process was very different, much fewer people, didn't want real estate, nor the risk in it or the financing thereof
- The trade to Barclays was thought to be done, but due to several factors, mostly the Fed not supporting the Finco, as well as raucous environment from Merrill and Washington Mutual, deal fell through
- FSA also didn't want Barclays to take on the risk
- Filed that night, pushed into it by the Fed and SEC
- Soon after called Barclays to see if they could work out an asset sale
  - No chance to get BofA back involved as they were going through with Merrill
  - Koreans were long gone
- When they filed their book was left 'naked' as the hedges were pulled by the coutnerparties. Suffered a veritable 'bloodbath' to the tune of $1 billion.
- All desks, employees, banking (people), and equity business is going over, not derivatives though
- On 9/16/08 B/S $40 billion of governments, short of $21, net long of $19 billion matched against ST funds.
- Book is relatively flat and slightly down from the agreement, some exposures don't have hedges thoguh
- Mortgages now have no shorts, $6b originally, now about $2.7
- Exchange traded derivatives don't have cancellation rights, so they go to Barclays
- JP Morgan is the clearing bank
  - Demanded collateral for funds held overnight
  - They change in value and so the amount of collateral demanded has gone up
  - JP now has a lien on these assets
- Basically it is a ST agreement, effectively a reverse repo
- Barclays is taking assets of $72.6b, 68.4 in liabilities
  - Also, $2 in employee comp and $2.25 in cure
  - Assets transfer at close tomorrow
- A lot of client money is frozen in LBIE in London; PwC has effectively locked the place down
- Losses in derivatives books are mostly in LBSS
  - Sizeable exposure to derivatives
  - Reliant on holdings guarantee
  - Chase is holding $11b in excess collateral to cover the derivatives
- Deals like Imperial Sugar (PE) are in LB1
  - Not getting transferred
- LCPI had $9b funded (subject to damages), $3b unfunded



HLHZ0028090

- High Yield is not "joint & several" agent lends first and then gets funds
- When they receive payemtents they try to get it back out
- Transfer agent business pre-petition in credit if they want it, if not, on a case by case basis
  o Barclays is going to get people for the agent business
  o They do not want the liabilities on the revolvers
- LBI has an intercompany payable, need to find out these amounts, but not sure what they are
  o LCPI's is about $39b
- Exchange deposits should be part of the Prime Brokerage business
  o Trading assets are in LBI
  o Longer term assets, equity, long only positions, HF investments are in LBI
- Building value is $900m-$1b, not sure about the data centers
- Adjustment to cash amount, $3.3, assets sold as oopposed to mark
  o Barclays will refi, hopefully on appropriate terms
- What is left after the deal closes?
  o Massive loan book, don't know damages from not funded, none yet but could be possible
  o Funded from Interco to holdings, some in banks, some in JP Morgan vehicles
- What about IBD WIP and AR?
  o WIP goes, AR stays
- PE is mostly but not entirely assets, there are some liabilities, and ramifications on LC's
- No good answer on the international front
  o UK is a mess
  o Mumbai is still functioning, may have some value
  o Barclays shows some interest in Asia (Tokyo, HK)
  o Don't know about Australia
- There are some crucial people that need to stay employed for unwinds
- Neuberger Berman Fixed Income fund, basically a money mkt, had a run on the bank, will announce tomorrow or Monday that they are suspending redemption
  o They may not return par (.97)
  o No liquidity led to discounts on par
  o Highly confidential
- Bain & H&F bid on NB, extensive diligence
- We have excellent access to diligence materials
- NB is a wasting asset, $2b right now, maybe secure a stalking horse?
- $1.5 billion of unfunded capital commitments in P/E
- $2.3b (worth twice carry)of Lehman money in funds
  o Concerned with employees leaving and capital calls
- 2 or 3 funds were set up but never issued
  o Supposedly quite successful funds
  o Could be packaged

Call ended with Jim, discussed possible recovery and fee structure.

CONFIDENTIAL

HLHZ0028091

# BCI EXHIBIT

# 125

# Filed Under Seal Pursuant To Protective Order

# BCI EXHIBIT

# 126

# Filed Under Seal
# Pursuant To
# Protective Order

# BCI EXHIBIT

# 127

# Filed Under Seal Pursuant To Protective Order

# BCI EXHIBIT

# 128

# Filed Under Seal Pursuant To Protective Order

# BCI EXHIBIT

# 129

# Filed Under Seal Pursuant To Protective Order

# BCI EXHIBIT

# 130



EXHIBIT
338B
9/3/07 FF