UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>                                                         Debtors. | Chapter 11 Case No.<br>08-13555 (JMP)<br>(Jointly Administered) |
| In re<br><br>LEHMAN BROTHERS INC.,<br><br>                                                         Debtor. | Case No. 08-01420 (JMP) |

APPENDIX TO MEMORANDUM OF BARCLAYS CAPITAL INC. IN OPPOSITION
TO THE RULE 60 MOTIONS AND IN SUPPORT OF MOTION OF BARCLAYS
CAPITAL INC. TO ENFORCE THE SALE ORDER AND SECURE DELIVERY OF ALL
UNDELIVERED ASSETS

# APPENDIX VOLUME VI

PORTIONS OF APPENDIX FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER

**BOIES, SCHILLER & FLEXNER LLP**
575 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

*Attorneys for Barclays Capital Inc.*

| BCI Exhibit No. | DESCRIPTION |
|---|---|
| 131 | October 8, 2008 Alvarez & Marsal Report to the Unsecured Creditors Committee of Lehman Brothers Holdings Inc. (Dep. Ex. 461A, AM004503 – AM004595) |
| 132 | Barclays PLC Results Announcement, 2008 (Dep. Ex. 22) |
| 133 | January 28, 2009 Gross Acquisition Balance Sheet (Dep. Ex. 377A, BCI-EX-00115843 – BCI-EX-00115846) |
| 134 | Excerpt of February 9, 2009 Barclays Form 6-K (Dep. Ex. 445) |
| 135 | Erik Ipsen, *Salvaging Lehman's Real Estate Empire*, Crain's New York, June 21, 2009 |
| 136 | Excerpts of June 30, 2009 Barclays PLC Interim Results Announcement |
| 137 | Financial Schedule 1 (Dep. Ex. 86B, BCI-EX-00099519 – BCI-EX-00099521) |
| 138 | Financial Schedule 2 (Dep. Ex. 87B, BCI-EX-00108700) |
| 139 | Financial Schedule 3 (Dep. Ex. 88B, BCI-EX-00109154 – BCI-EX-00109161) |
| 140 | Financial Schedules (Dep. Ex. 561A, LAZ-A-00004543 – LAZ-A-00004549) |
| 141 | [Exhibit omitted] |
| 142 | Acquisition Balance Sheet of OBS Compensation Accrual (Dep. Ex. 281B) |
| 143 | Saul Burian Handwritten Notes (Dep. Ex. 472B, HLHZ0038187 – HLHZ0038191) |
| 144 | Notes of Alvarez & Marsal Employee (Dep. Ex. 563B, AM 004887 – AM 004892) |
| 145 | Jim Hraska 30(b)(6) Deposition Notes (Dep. Ex. 562D) |
| 146 | Gary Romain Handwritten Deposition Notes (Dep. Ex. 399A) |
| 147 | Gary Romain Preparation Notes for January 13, 2010 Deposition (Dep. Ex. 534A) |
| 148 | Spreadsheet of LBI and Barclays Titles (BCI-EX-00297181) |
| 149 | Patrick Clackson Bio from Barclays Capital Inc. Website |
| 150 | Robert Diamond Bio from Barclays Capital Inc. Website |
| 151 | Gerard LaRocca Bio from DTCC Website |
| 152 | Chris Lucas Bio from Barclays PLC Website |

| BCI Exhibit No. | DESCRIPTION |
|---|---|
| 153 | Rich Ricci Bio from Barclays Capital Inc. Website |
| 154 | John Varley Bio from Barclays PLC Website |
| 155 | October 14, 2008 letter from W. Navins to J. Giddens, *et al.* |
| 156 | November 14, 2008 letter from J. Kobak to J. McDaniel, *et al.* (Dep. Ex. 455, HHR_00014574 – HHR_00014575) |
| 157 | December 29, 2008 letter from L. Granfield to J. Kobak, *et al.*, [Attachment omitted] |
| 158 | January 20, 2009 letter from J. Kobak to L. Granfield, *et al.* |
| 159 | January 27, 2009 letter from G. LaRocca to J. Giddens |
| 160 | February 10, 2009 letter from J. Tecce to L. Granfield, *et al.*, re *In re Lehman Brothers Holdings Inc., et al.*, Case No. 08-13555 (JMP) |
| 161 | February 19, 2009 letter from B. Marsal to R. Ricci, *et al.* |
| 162 | February 23, 2009 letter from J. Hughes to B. Marsal, *et al.* |
| 163 | March 6, 2009 letter from L. Granfield to J. Kobak, *et al.*, re *Securities Investor Protection Corporation v. Lehman Brothers Inc.*, No. 08-1420 (JMP) SIPA (Bankr. SDNY) (the "SIPA Proceeding"), [attachments omitted] |
| 164 | March 25, 2009 letter from J. Hughes to J. Giddens, *et al.* |
| 165 | March 27, 2009 letter from J. Kobak to L. Granfield, *et al.* |
| 166 | April 20, 2009 letter from J. Schiller to R. Gaffey, *et al.*, re *In re Lehman Brothers Holdings Inc., et al.*, Case No. 08-13555 (JMP) |
| 167 | April 22, 2009 letter from J. Kobak to J. Hughes, *et al.* |
| 168 | May 13, 2009 letter from J. Hughes to J. Giddens, *et al.*, re Undelivered Purchased Assets |
| 169 | June 8, 2009 letter from H. Hume to J. Kobak re *In re Lehman Brothers Holdings Inc., et al.*, Case No. 08-13555 (JMP) |
| 170 | June 11, 2009 letter from J. Kobak to H. Hume, *et al.*, re *In re Lehman Brothers Inc., et al*, Case No. 08-01420 (JMP) SIPA, with enclosures<br>[CONFIDENTIAL: redacted in part] |
| 171 | July 16, 2009 letter from J. Stern to R. Gaffey enclosing BCI-EX-00077272 – BCI-EX-00077286 |

| BCI Exhibit No. | DESCRIPTION |
|---|---|
| 172 | July 27, 2009 letter from J. Hughes to J. Kobak, *et al.* |
| 173 | July 30, 2009 letter from J. Kobak to J. Hughes, re LBI: The Barclays Acquisition |
| 174 | September 2, 2009 letter from C. Green to R. Gaffey, *et al.*, re *In re Lehman Brothers Holdings Inc., et al.*, Case No. 08-13555 (JMP), transmitting document production (Dep. Ex. 412B) |
| 175 | November 13, 2009 letter from C. Green to R. Gaffey, *et al.*, re *In re Lehman Brothers Holdings Inc., et al.*, Case No. 08-13555 (JMP) |
| 176 | December 10, 2009 letter from C. Green to R. Gaffey, *et al.*, re *In re Lehman Brothers Holdings Inc., et al.*, Case No. 08-13555 (JMP) |
| 177 | December 23, 2009 letter from C. Green to R. Gaffey, *et al.*, re *In re Lehman Brothers Holdings Inc., et al.*, Case No. 08-13555 (JMP) |
| 178 | January 12, 2010 letter from C. Green to R. Gaffey, *et al.*, re *In re Lehman Brothers Holdings Inc., et al.*, Case No. 08-13555 (JMP) (Dep. Ex. 547A) |
| 179 | January 13, 2010 letter from W. Nissen to V. Lazar, *et al.*, re The Options Clearing Corporation |
| 180 | September 16, 2008 1:26 am email from R. Haworth to D. Meredith-Jones, *et al.*, re Call at 6:30am UK, 1:30am EST, with attachment (BCI-EX-(S)-00210806 – BCI-EX-(S)-00210808) |
| 181 | September 16, 2008 1:49 am email from T. McCosker (G. Romain) to J. Stone, *et al.*, re Acquisition Summary, with attachment (BCI-EX-(S)-00023761 – BCI-EX-(S)-00023762) |
| 182 | September 16, 2008 1:50 am email from T. McCosker to R. Haworth, *et al.*, re Project Green presentation, with attachment (BCI-EX-(S)-00023763 - BCI-EX-(S)-00023765) |
| 183 | September 16, 2008 3:42 am email from A. Hodge to C. Machell, *et al.,* with attachments (Dep. Ex. 556, BCI-EX-(S)-00187355 – BCI-EX-(S)-00187357) |
| 184 | Email chain including September 16, 2008 5:10 am email from M. Kelly to I. Lowitt, *et al.* (Dep. Ex. 136A) |
| 185 | September 16, 2008 5:52 am email from P. Clackson to J. Walker re Fw: Board Deck, with attachment (Dep. Ex. 342A, BCI-EX-(S)-00023787 – BCI-EX-(S)-00023788) |
| 186 | September 16, 2008 2:53 pm email from P. Clackson to B. Castell, *et al.*, re FW: Scanned document from Douglas, Julie: Finance (NYK), with attachment (BCI-EX-(S)-00052192 – BCI-EX-(S)-00052193) |

| BCI Exhibit No. | DESCRIPTION |
|---|---|
| 187 | September 17, 2008 8:00 am email from B. Ridings to L. Fife, *et al.*, re Barclays: Lehman_Press_Release_ (Dep. Ex. 505, LAZ-C-00045462 – LAZ-C-00045463) |
| 188 | September 17, 2008 8:33 am email from K. McCooey to B. McDade re Private Investment Management |
| 189 | September 17, 2008 9:08 am email from R. Freeman to B. McDade, *et al.*, re Barclay's Conference Call Highlights From This Morning (Dep. Ex. 513) |
| 190 | September 17, 2008 9:10 am email from B. McDade to R. Freeman re Read: Barclay's Conference Call Highlights From This Morning |
| 191 | September 17, 2008 10:58 am email from J. Yang to J. Walker, *et al.*, re LBI Balance Sheet Tieout, with attachment (Dep. Ex. 388B, BCI-EX-(S)-0074256 – BCI-EX-(S)-0074257) |
| 192 | September 17, 2008 12:01 pm email from M. Shapiro to M. Weil re RE: hey |
| 193 | September 17, 2008 3:17 pm email from S. Lechner to E. Peterman, *et al.*, re Barclays Financing Question – time sensitive (WGM-LEHMAN-E 00000541 – WGM-LEHMAN-E 00000542) |
| 194 | September 17, 2008 4:48 pm email from G. Romain to P. Clackson, *et al*, re RE: Scanned document from Douglas, Julie: Finance (NYK), with attachment (BCI-EX-(S)-0023997 – BCI-EX-(S)-0023999) |
| 195 | September 17, 2008 5:28 pm email from G. Reilly to M. Kelly, *et al.*, re RE: Diligence Items (Dep. Ex. 148A) |
| 196 | Email chain including September 17, 2008 5:44 pm email from D. Flores to A. Bruhmuller and September 17, 2008 5:59 pm email from A. Bruhmuller to D. Flores, *et al.*, re Fw: Diligence Items (Dep. Ex. 563A, LAZ-C-00049400 – LAZ-C-00049405) |
| 197 | Email chain including September 17, 2008 7:07 pm email from P. Clackson to M. Evans, *et al.*, re $650m problem (Dep. Ex. 285B, BCI-EX-00077651) |
| 198 | September 17, 2008 7:42 pm email from A. Miller to A. Miller (Dep. Ex. 467B, HLHZ0016856 – HLHZ0016857) |
| 199 | September 17. 2008 8:23 pm email from A. Ogasawara to A. Bruhmuller, *et al.*, re Re: Lehman team, with attachment (LAZ-C-00048730 – LAC-C-00048733) |
| 200 | September 17, 2008 9:22 pm email from D. Descoteaux to A. Bruhmuller, *et al.*, re Re: Fw: Diligence Items (LAZ-C-00048795 – LAZ-C-00048798) |
| 201 | September 17, 2008 11:31 pm email from M. Wise to T. Binkley, *et al.*, re Re: **URGENT** Our employees are getting offers |

| BCI Exhibit No. | DESCRIPTION |
|---|---|
| 202 | Email chain including September 18, 2008 7:13 am email from B. Montaudy to M. Rudduck, *et al.* (Dep. Ex. 283A, BCI-EX-(S)-00047719 – BCI-EX-(S)-00047724) |
| 203 | September 18, 2008 3:07 pm email from R. Hauzenberg to G. Reilly, *et al.*, re LBI BS_916_VS.xls, with attachment |
| 204 | September 18, 2008 4:28 pm email from A. Krishnamurthy to M. Gelband |
| 205 | September 18, 2008 4:48 pm email from C. Corcoran to A. Collerton, *et al.*, re Revised contracts, with attachments (Dep. Ex. 101)<br>**[CONFIDENTIAL: filed under seal]** |
| 206 | September 18, 2008 6:23 pm email from J. Grenier to T. Sullivan re Balance Sheet Iterations, with attachment |
| 207 | September 18, 2008 7:02 pm email from M. Kelly to R. Krasnow re FW: LBI BS_917_V with adjustment.xls, with attachment (Dep. Ex. 509, LBHI 013444 – LBHI 013445) |
| 208 | Email chain including September 18, 2008 8:12 pm email from R. Ricci to M. Klein re Re: Call (Dep. Ex. 425, BCI-EX-00077378 – BCI-EX-00077379) |
| 209 | September 18, 2008 8:51 pm email from D. Flores to B. Ridings, *et al.*, re FW: LBI BS_917_V with adjustment.xls, with attachment (LAZ-C-00050090 – LAZ-C-00050097) |
| 210 | September 18, 2008 10:52 pm email from D. Descoteaux to B. Ridings, *et al*, re Re: LBI BS_917_V with adjustment.xls (LAZ-C-00050306 – LAZ-C-00050307) |
| 211 | September 18, 2008 11:32pm email from A. Blackwell to I. Lowitt, *et al*. (Dep. Ex. 67B) |
| 212 | Email chain including September 19, 2008 1:12 am email from M. Kelly to D. Coles, *et al.*, re RE: Consolidating Balance Sheet, with attachment (Dep. Ex. 561B) |
| 213 | September 19, 2008 4:15 am email from M. Evans to T. Kalaris, *et al.*, re Re: Leh HNW (BCI-EX-(S)-00030299 – BCI-EX-(S)-00030301) |
| 214 | September 19, 2008 4:16 am email from J. Rodefeld to T. Scott, *et al.*, re RE: Lehman funding – Transactions summary (Dep. Ex. 215, BCI-EX-(S)-00034528 - BCI-EX-(S)-00034529) |
| 215 | September 19, 2008 6:34 am email from I. Lowitt to C. O'Meara re Re: Meeting with Alex Kirk (Dep. Ex. 5) |

| BCI Exhibit No. | DESCRIPTION |
|---|---|
| 216 | September 19, 2008 10:18 am email from A. Yu to K. Wong, *et al.*, re FW: Seg Cash 15c3-1 (Dep. Ex. 159A) |
| 217 | September 19, 2008 10:50 am email from S. Byrne to L. James, *et al.*, re Barclays_LBI_Plan.xls, with attachments (Dep. Ex. 557, BCI-EX-(S)-00187751 – BCI-EX-(S)-00187752) |
| 218 | September 19, 2008 10:52 am email from J. Grogan to L. Granfield, *et al.*, re Proposed Sale Order Language (BCI-CG00063731 – BCI-CG00063732) |
| 219 | September 19, 2008 11:05 am email from L. Despins to D. Dunne, *et al.*, re FW: LEHMAN BARCLAYS (Dep. Ex. 474B, MTHM0005778) |
| 220 | Email chain including September 19, 2008 11:39 am email from J. McDaniel to S. Grosshandler, *et al.*, re URGENT Issue re: Barclays/Lehman transaction (WGM-LEHMAN-E 00000680 – WGM-LEHMAN-E 00000683) |
| 221 | September 19, 2008 12:26 pm email from C. Jones to P. Tonucci re FW: FINAL 15C3-3 RESERVE LOCK-UP AS OF 09/17/08 (Dep. Ex. 451, BCI-CG00033812) |