# BCI EXHIBIT

# 180

| | |
|---|---|
| **From:** | Haworth, Richard: Barclays Capital (LDN) |
| **Sent:** | Tue, 16 Sep 2008 05:26:13 GMT |
| **To:** | Meredith-Jones, Daniel: ; Stone, John JP: Barclays PLC; Castell, Bill: ; Kohler, Reto: Planning (NYK); Kalaris, Tom: Barclays Capital (LDN); Fernquest, John: Planning (LDN) |
| **CC:** | Clackson, Patrick: Finance (LDN); Morton, Marcus: Finance (NYK); Walker, James: Finance (NYK) |
| **Subject:** | Call at 6.30am UK, 1.30am EST |

---

Please could you dial into the above call as an opportunity to speak with Patrick and/or James and resolve outstanding questions/clarification required around the numbers in order to complete the modelling. Attached the latest numbers as I have them

**Dial in**

+44 207 075 6547
Code – 484805#

<<...>> <<...>>

**HIGHLY CONFIDENTIAL**

BCI-EX-(S)-00210806

# Assets in New Transaction reduced by 90% to $55bn compared to Original transaction

| $bn | Long Island Starting Position | Excluded Original Transaction) | Original Transaction included | Excluded New Transaction | New Transaction included | Description |
|---|---|---|---|---|---|---|
| Mortgage | 55.0 | 24.0 | 31.0 | 24.5 | 6.5 | Secondary Mortgage Securities and ABS products |
| Real Estate | 18.6 | 8.6 | 10.0 | 10.0 | 0.0 | |
| Corporate Debt | 41.7 | 8.7 | 33.0 | 27.6 | 5.4 | Secondary US Corporate Debt |
| Corporate Equities | 43.2 | 10.5 | 32.7 | 23.4 | 9.3 | Cash, Equities and Exchange traded business |
| Government & Agencies | 42.3 | 0.0 | 42.3 | 12.1 | 30.2 | US Government & Agencies business |
| CP and other MM instruments | 4.6 | 0.0 | 4.6 | 3.4 | 1.2 | |
| Derivatives and Other contracts | 46.3 | 0.0 | 46.3 | 43.5 | 2.8 | Include Future & Options business |
| Sub-total | 251.8 | 51.8 | 200.0 | 144.6 | 55.4 | |
| Other | 346.0 | 0.0 | 346.0 | 326.1 | 19.9 | |
| Total | 597.8 | 51.8 | 546.0 | 490.6 | 75.3 | |

**LBI**
In US$ billions

| | 9/15/2008 estimate[1] | 8/31/08 | 11/30/2007 | 11/30/2006 |
|---|---|---|---|---|
| Cash and Cash Equivalents | 1.3 | 0.3 | 0.4 | 0.5 |
| Cash and Securities Segregated | 0.0 | 8.6 | 8.0 | 3.3 |
| Inventory | 64.0 | 55.3 | 85.6 | 73.9 |
| Matched Book | 10.0 | 155.9 | 177.1 | 148.1 |
| Receivables | 0.0 | 14.8 | 21.6 | 14.5 |
| Investments in Subsidiaries | 0.0 | 1.9 | 1.5 | 1.3 |
| Intercompany Receivables | 0.0 | 65.6 | 78.2 | 65.7 |
| Total Assets | 75.3 | 302.4 | 372.4 | 307.3 |
| | | | | |
| Short Positions | 56.0 | 46.5 | 52.4 | 58.4 |
| Matched Book | 10.0 | 108.0 | 110.0 | 88.1 |
| Payables | 0.0 | 22.9 | 26.3 | 19.3 |
| Intercompany Payables | 0.0 | 113.4 | 174.1 | 131.7 |
| Subordinated Notes | 7.0 | 7.4 | 5.2 | 5.8 |
| Total Liabilities | 73.0 | 298.2 | 367.9 | 303.3 |
| | | | | |
| Shareholders Equity | 2.3 | 4.2 | 4.4 | 4.0 |
| Total Liabilities & Shareholders Equity | 75.3 | 302.4 | 372.4 | 307.3 |
| | | | | |
| Commission | | 1.1 | 1.5 | 1.2 |
| Trading | | (5.6) | (2.9) | 2.0 |
| Other revenues | | 3.1 | 3.0 | 2.9 |
| Net interest income | | 1.5 | 0.4 | 0.4 |
| Net Revenue | | 0.1 | 2.0 | 6.5 |
| | | | | |
| Compensation and benefits | | 0.7 | 1.0 | 3.2 |
| Non-personnel expenses | | 0.9 | 1.2 | 1.1 |
| Total expenses | | 1.6 | 2.2 | 4.3 |
| | | | | |
| Income before taxes | | (1.5) | (0.2) | 2.2 |
| | | | | |
| Headcount | | 7,235 | 7,456 | 7,351 |

[1]   Shareholders equity impact assumed to be retained earnings roll-on; not to infer capital structures.

# BCI EXHIBIT

# 181

**From:**    McCosker, Tom: Finance (NYK)
**Sent:**    Tue, 16 Sep 2008 05:49:36 GMT
**To:**      Stone, Jonathan: Barclays Treasury (LDN); Haworth, Richard: Barclays Capital
             (LDN); Castell, Bill: ; Meredith-Jones, Daniel:
**CC:**      Romain, Gary: Finance (LDN); Clackson, Patrick: Finance (LDN)
**Subject:** Acquisition Summary

All,

Please find attached current summary (first tab).  The PC used was installed with an updated
version of Excel - in case you experience any difficulties opening, it is replicated below:

Inventory - net: $60.5bn (book value $64bn, Writedown $3.5bn)
7th Avenue office: $1bn
Other non-financial assets: $1.2bn
Short positions ($56bn)
Bonus accrual ($1.3bn)
External subordinated notes ($0.2bn)

Net assets: $5.2bn

Consideration: $1.5bn

Giving negative goodwill of $3.7bn

Regards,

Gary Romain (using Tom's email...)

HIGHLY CONFIDENTIAL                                                    BCI-EX-(S)-00023761

## Placeholder
## Document produced in native format

**HIGHLY CONFIDENTIAL**

**BCI-EX-(S)-00023762**

**Acquisition summary**

| | $bn |
|---|---|
| Inventory - carrying amount | 64 |
| Inventory - valuation adjustment | -3.5 |
| Inventory - total | 60.5 |
| 7th Avenue | 1 |
| Non-financial assets | 1.2 |
| Total assets | 62.7 |
| | |
| Short positions | -56 |
| Bonus accrual | -1.3 |
| External sub notes | -0.2 |
| Total liabilities | -57.5 |
| | |
| Net assets | 5.2 |
| | |
| Consideration | 1.5 |
| | |
| Negative goodwill | 3.7 |

NB: Net customer balances are not acquired/assumed

| | LBI | Barcap | | |
| | Direct / Allocated | LBI Ongoing | Assumed liability 6M | Saving to liquidator |
|---|---|---|---|---|
| Salary | 1,000 | 1,307 | 654 | 218 |
| Production Compensation | 200 | 261 | 131 | 44 |
| Payroll Taxes | 200 | 261 | 131 | 44 |
| Severance accrual | 100 | 131 | | |
| Other Comp & Benefits | 400 | 523 | 261 | 87 |
| Bonus | | 1,500 | 1,100 | 1,100 |
| Severance | | | 614 | 614 |
| **Total Comp Benefits** | **1,900** | **3,984** | **2,890** | **2,106** |
| | | | | |
| Brokerage, clearance and dist | 432 | 432 | 0 | 0 |
| Occupancy / Equipment | 156 | 300 | 150 | 150 |
| Technology & Comm | 300 | 725 | 363 | 363 |
| Professional Fees / Other | 312 | 475 | 238 | 238 |
| **Total non-comp** | **1,200** | **1,932** | **750** | **750** |
| | | | | |
| **Total** | **3,100** | **5,916** | **3,640** | **2,856** |

|  |  | $bn |
|---|---|---|
|  | US fixed assets | 2507 |
|  |  |  |
| less: | 745 7th avenue (building) | -440 |
|  | 745 7th avenue (improvements) | -128 |
|  | 745 7th Avenue (fixtures) | -24 |
|  | Littleton, CO | -33 |
|  | Scottsbluff, CO | -30 |
|  | 85 10th Avenue | -34 |
|  | Canada SkyPower | -307 |
|  | Townsend Chicago | -36 |
|  |  |  |
|  | Book value | 1475 |
|  |  |  |
|  | Valuation adjustment (20%) | -295 |
|  |  |  |
|  | Fair value | 1180 |

# BCI EXHIBIT

# 182

**From:**    McCosker, Tom: Finance (NYK)
**Sent:**    Tue, 16 Sep 2008 05:50:27 GMT
**To:**    Haworth, Richard: Barclays Capital (LDN)
**CC:**    Clackson, Patrick: Finance (LDN)
**Subject:** Project Green presentation

Project Green presentation.

-----Original Message-----
From: Rudofker, Beth [mailto:brudofke@lehman.com]
Sent: Tuesday, September 16, 2008 1:29 AM
To: McCosker, Tom: Finance (NYK)
Subject: Fw: LBI_09.14.08_v2.ppt

----- Original Message -----
From: Lyons, Timothy G
To: Osborne, Michael; Rudofker, Beth
Sent: Mon Sep 15 12:40:07 2008
Subject: FW: LBI_09.14.08_v2.ppt

From:    Coku, Edmond Z
Sent:    Monday, September 15, 2008 12:27 AM
To:    Lyons, Timothy G
Subject:    LBI_09.14.08_v2 <<LBI_09.14.08_v2.ppt>> .ppt

<<LBI_09.14.08_v2.ppt>>

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

This message is intended only for the personal and confidential use of the designated recipient(s) named
above. If you are not the intended recipient of this message you are hereby notified that any review,
dissemination, distribution or copying of this message is strictly prohibited. This communication is for
information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to
buy any financial product, an official confirmation of any transaction, or as an official statement of Lehman

**HIGHLY CONFIDENTIAL**                                                                          BCI-EX-(S)-00023763

Brothers. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice.

--------
IRS Circular 230 Disclosure:
Please be advised that any discussion of U.S. tax matters contained within this communication (including any attachments) is not intended or written to be used and cannot be used for the purpose of (i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**HIGHLY CONFIDENTIAL**

BCI-EX-(S)-00023764

## Placeholder
## Document produced in native format

HIGHLY CONFIDENTIAL

BCI-EX-(S)-00023765

Confidential Presentation

LEHMAN BROTHERS

# Project Green



# Business Description

## Substantially all of Lehman's U.S. Fixed Income and Equities Cash trading businesses, Investment Banking operations and Private Client Brokerage.

| Businesses | Fixed Income | Equities | Investment Banking | Investment Mgt | Corporate |
|---|---|---|---|---|---|
| | ◆ Treasuries | ◆ Cash trading | ◆ Equity origination | ◆ HNW brokerage | ◆ IT |
| | ◆ Agencies | ◆ Programs | ◆ Investment grade debt origination | ◆ Middle Market institutional (ICG) | ◆ Operations |
| | ◆ Asset Backed | ◆ Stat Arb | ◆ High yield origination | ◆ Private Equity | ◆ Other Corp |
| | ◆ Munis | ◆ Liquid Markets Prop | ◆ M&A advisory | | |
| | ◆ Corporates | ◆ Equity Strategies (proprietary trading) | | | |
| | ◆ CMBS | ◆ Research | | | |
| | ◆ Private Label CMOs | | | | |
| | ◆ FX cash | | | | |
| | ◆ Futures | | | | |
| | ◆ Research | | | | |

| Headcount | 1,115 | 861 | 1,237 | 1,257 | Ops: 1,005<br>IT:   607<br>Other: 462 |

LEHMAN BROTHERS

1

# LBI Balance Sheet

## Assets ($B)

| | 8/31/2008 | Comments |
|---|---|---|
| Cash & Cash Equivalents | $0.3 | Compared to $1.4B at 9/14 |
| Cash & Securities Segregated | 8.6 | |
| Inventory | 55.3 | Liquid securities books. Details on following page |
| Matched Book | 155.9 | Comprises $94B of reverse repos and $62B of borrows |
| Receivables | 14.8 | Includes clearing houses $3B, customers $6B, and fails $3B |
| Investments in Subsidiaries | 1.9 | |
| Intercompany Receivables | 65.6 | Refer to page 4 |
| **Total Assets** | **$302.3** | |

## Liabilities & Shareholders Equity ($B)

| | 8/31/2008 | Comments |
|---|---|---|
| Short Positions | $46.5 | Liquid Securities |
| Matched Book | 108.0 | Comprises $101B repos and $7B loans |
| Payables | 22.9 | Includes clearing houses $2B, Broker/Dealer $12B, fails $5B |
| Intercompany Payables | 113.4 | Refer to page 4 |
| Subordinated Notes | 7.4 | $6.5B due to LEH Holding |
| Shareholders Equity | 4.2 | |
| **Total Liabilities & Shareholders Equity** | **$302.3** | |

LEHMAN BROTHERS

2

# LBI Inventory Detail

## Total Securities & Other Financial Instruments Owned ($B)

| | 8/31/2008 |
|---|---|
| Government & Agencies | $30.2 |
| Commercial Paper & Other Mmkt Instruments | 1.2 |
| Mortgages & ABS | 6.5 |
| Corporate Debt & Other | 5.4 |
| Corporate Equities | 9.3 |
| Derivatives & other Contr. Agreements | 2.8 |
| **Total Securities & Other Fin. Instruments Owned** | **$55.3** |

LEHMAN BROTHERS

3

# LBI Intercompany Receivables/Payables

## Intercompany Receivables and Payables ($B)

| | LEH Holdings | LBIE | Other HoldCo Subsidiaries | Other LBI Subsidiaries | Total |
|---|---|---|---|---|---|
| **Receivables From:** | | | | | |
| Matched Book - repo | $0.3 | $2.1 | - | $9.7 | $12.1 |
| Matched Book - borrows | - | 44.8 | - | 4.5 | 49.3 |
| Other | - | 3.8 | - | 0.4 | 4.2 |
| Total | $0.3 | $50.7 | - | $14.6 | $65.6 |
| **Payable To:** | | | | | |
| Matched Book - repo | 20.7 | 13.5 | 8.9 | 1.6 | 44.7 |
| Matched Book - borrows | - | 39.2 | 20.7 | 2.0 | 61.9 |
| Other | 0.7 | - | 3.1 | 2.7 | 6.5 |
| Total | $21.4 | $52.7 | $32.7 | $6.3 | $113.1 |

LEHMAN BROTHERS

4

# LBI Indicative Revenues

## 2008 Annualized Run-rate Revenues ($M)

| | |
|---|---:|
| Interest Rate Products | 558 |
| High Yield, Incl. Origination | (95) |
| Foreign Exchange | 261 |
| CDO | (10) |
| Municipals | 131 |
| Real Estate | (60) |
| Securitized Products | 902 |
| High Grade, Incl. Origination | 685 |
| Other | (347) |
| **Fixed Income** | **2,025** |
| | |
| Liquid Markets Americas | 1,191 |
| Equity Strategies | 287 |
| Convertibles | 387 |
| Other | 257 |
| **Equities** | **2,123** |
| | |
| Prime Services | 1,179 |
| Private Investment Management | 457 |
| | |
| M&A Advisory | 534 |
| Principal Investments | (350) |
| Other | (357) |
| **Total Revenue** | **5,611** |

LEHMAN BROTHERS

5

# LBI Indicative P&L

## 2008 Annualized Run-rate Income Statement ($B)

| | |
|---|---|
| **Total revenues** | **$5.6** |
| | |
| Salary | 1.4 |
| Production compensation | 0.2 |
| Payroll taxes | 0.2 |
| Severance | 0.1 |
| Other comp & benefits | 0.4 |
| **Total comp, ex bonus** | **$2.3** |
| | |
| Brokerage & clearance | 0.2 |
| Occupancy/equipmnt | 0.2 |
| Communications | 0.2 |
| Professional fees/other | 0.6 |
| **Total non-personnel expense** | **$1.2** |
| | |
| **Pretax, excluding bonus** | **$2.1** |

LEHMAN BROTHERS

6

# Market Positioning

## Americas Fixed Income Rank [1]

| | Green | Brown | Pro Forma [2] |
|---|---|---|---|
| Treasuries | 2 | 8 | 1 |
| Agencies | 1 | 3 | 1 |
| Short-Term | 2 | 4 | 1 |
| High Grade Corporates | 1 | 12 | 1 |
| High Yield Corporates | 1 | 12 | 1 |
| Distressed | 3 | 9 | 2 |
| ABS | 4 | 6 | 2 |
| MBS | 1 | 7 | 1 |
| CMBS | 6 | 15 | 9 |
| EM (U.S.) (April '07) | 9 | 7 | 11 |
| EM (Latin America) (April '07) | 12 | 10 | 11 |
| Leveraged Loans | 8 | 4 | 3 |
| CDOs/Structured Credit | 5 | 11 | 2 |
| FX (April '07) | 12 | 7 | 5 |
| **Overall (Excl. Derivatives)** | 1 | 6 | 1 |

## Americas Equities Rank [1]

| | Green | Brown | Pro Forma |
|---|---|---|---|
| **Cash (Volume)** | | | |
| NASDAQ | 4 | - | 4 |
| NYSE | 8 | - | 8 |
| Greenwich | 2 | - | 2 |

## July 2008 YTD – IBD Fee Share Rank [3]

| | Green | | | | | Brown | | | | | Pro Forma [2] | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Origination | | | | | Origination | | | | | Origination | | | | |
| | M&A | Equity | Debt | HY | Total | M&A | Equity | Debt | HY | Total | M&A | Equity | Debt | HY | Total |
| 2008 YTD | 4 | 5 | 10 | 9 | 7 | 47 | 41 | 4 | 12 | 13 | 4 | 5 | 3 | 7 | 3 |
| 2007 | 7 | 8 | 4 | 7 | 7 | 82 | 49 | 11 | 15 | 18 | 7 | 8 | 4 | 5 | 6 |

Source: Greenwich market share results.
1.  Rank based on 2008 volume market share
    Pro forma market share after dis-synergies of 50% of smaller player market share in each product.
2.  Source: LB fee share model. Rank based on fee share July 2008 YTD).
3.  

LEHMAN BROTHERS

7

# BCI EXHIBIT

# 183

| From: | Hodge, Alasdair: CFG Mgmt (LDN) |
|---|---|
| Sent: | Tue, 16 Sep 2008 07:42:52 GMT |
| To: | Machell, Carole: Operations (LDN); Chapman, Paul: Operations (LDN); Freeborn, Philip: IT (LDN); Schwarz, Christoph: IT (LDN); Garcha, Sarvjeet: Treasury (LDN); Sterling, Harriet: Treasury (LDN); Morse, Stephen: Compliance (LDN); Whitehouse, Sharon: HR (LDN) |
| CC: | Logozzo, Joseph: Markets (NYK); Stack, Tim: Futures (NYK) |
| Subject: | URGENT-TIME SENSITIVE: Lehman Futures Business |

**Importance:** High

As you may have heard, we are evaluating the potential acquisition of the Lehman Futures business. We need to quickly assess and make a decision later today. Attached is a document including situation overview, benefits, risks, key transaction requirements and key next steps. Please review and reply with your thoughts and your area's relevant assessment as soon as possible.

Please work with Joe Logozzo & Tim Stack if you have any questions / concerns.

Al



EXHIBIT
556
1/14/10 ann
PENGAD 800-631-6989

HIGHLY CONFIDENTIAL

BCI-EX-(S)-00187355

BRIEFING MEMO - Page 1
September 15, 2008

| | |
|---|---|
| **To:** | Alasdair Hodge |
| **From:** | Tim Stack |
| **Subject:** | Potential Acquisition of Lehman Brothers' ("LB" or "Lehman") Futures |
| **Business** | |
| **Date:** | Monday, September 15, 2008 |

## OBJECTIVE:

Evaluate the possibility of acquiring Lehman Brothers' futures business in a very timely fashion with little impact to their clients. LB has indicated that the desired transaction is to happen **by Tuesday afternoon** in order to retain their most valuable clients. In order to achieve this result Barclays would have to follow a two-step transaction: 1) assume LB's clearing clients and guarantee their obligations under current documentation, including temporarily taking on Lehman staff and technology services, and 2) novating the clients to Barclays and permanently integrating them under Barclays' umbrella.

## SITUATION OVERVIEW:

On Friday September 12th, the Chicago Mercantile Exchange ("CME") approached Tim Stack at Barclays Capital regarding potentially taking over LB's proprietary and client futures positions. On Sunday night Lehman Brothers approached Barclays about the possibility of transferring all its customer futures accounts (segregated and secured) to Barclays. Jeff Jennings, the Head of LB's Global Futures Business, contacted Tim Stack via the CME to initiate the conversations. We have had follow-up meetings with Lehman's business and operations staff today. Barclays' team included representatives of Compliance, Operations, Futures business as well as external legal counsel from Sullivan & Cromwell ("S&C").

**Lehman Brothers' Futures Business Overview:** Lehman's futures business consists of ~100 institutional clients and total global futures revenues of approximately $250 million. Current client deposits are ~$4.6 billion in segregated funds and ~$1.8 bln in secured funds. These fund balances are 32% lower than the balances at the end of July where segregated funds totalled $6.4 billion and secured funds totalled $3.2 billion. We are awaiting their current net capital requirement, but expect it to be lower than their July month end requirement $424 million (8% x maintenance margin of $5.3 billion). Lehman's client base is skewed toward real money asset managers. Lehman Futures operates under two legal entities: LBI is the U.S. based FCM and accounts for 80% of their business; LBIE is their European based FCM which accounts for the balance. Lehman does have other legal entities on some of the Asian exchanges with omnibus accounts for the two primary legal entities.

## TRANSACTION BENEFITS AND RISKS:

**Benefits to Barclays:** Taking over the LB business will allow Barcap to double its business by adding annual revenues of ~$250 million. The addition of the LB client base provides a greater diversification to Barcap's current client base into real money asset managers, which is a priority for Barclays. The business is also complementary to our market position as Lehman is strongest in the U.S. while Barclays is strongest in Europe.

**Barclays' Positioning:**    The Barclays team was given indication by the LB team that at this stage Barclays is looking at the business on an exclusive basis. Given the turmoil in the financial industry and recent events surrounding B of A's take over of Merrill Lynch, we believe that the only other potential competitor for the business could be Goldman Sachs should we fail to reach an agreement on a transaction.

**Key Risk:**    Loss of key clients due to inability to execute an expedient transaction

HIGHLY CONFIDENTIAL

BRIEFING MEMO - Page 2
September 15, 2008

_____

KEY TRANSACTION REQUIREMENTS AND NEXT STEPS:

1) Legal Framework to Facilitate Transaction within LB's Chapter 11 Filing:
   • Given LB's Chapter 11 filing last night, Barclays must obtain an explicit protective order from the Bankruptcy Judge in order to have assurances against potential subsequent legal proceedings and avoid preference issues. Legal documents must be put in place and approved by bankruptcy court in order for Barclays to have temporary reliable access to the required technology services. These services include futures trading technology (Pats and Tradepipe), futures clearing systems (R&N and Clearvision), post-trade web portal and customized allocation, reporting and allocation solutions. We have engaged S&C as legal adviser and they are currently drafting the legal documentation for the potential approach to the court. It will be a challenge to have this in place by tomorrow afternoon.

2) Additional Capital Requirements:
   • Taking on $6.4 billion of client deposits is expected to require Barclays to increase net capital by approximately $300 million. This estimate is based on a previous requirement of $424 million on total client deposits of $9,6 billion. Since deposits have decreased 32%, we expect similar decrease in capital requirements (Barclays has asked Lehman for more detail on their current capital requirement). We require senior management approval related to such capital increase.

3) Cost and Temporary Access to Lehman Staff:
   • To effect step 1 of the potential transaction, Barclays would need to temporarily take on key Lehman front office, operations and IT staff and systems. LB indicated to us that total front office staff is comprised of 67 employees, including 16 sales-trading staff. Total client service staff is comprised of 34 people. Total clearing operations staff is 80 people. Total staff estimate is 181 people. We have to coordinate with Barclays Human Resources on putting in place an interim employee plan. [do we have enough info and want to talk about the potential Transition Services Agreement here?]

4) Key Transaction Setup Areas:
   • Barclays KYC, Credit and Compliance must approve all new clearing relationships. Frank Principe (KYC) and Doug Freedman (Compliance) are spearheading the effort and have agreed that only KYC Lite (sanction checks, OFAC, negative news) process will be followed for new Lehman clients. Compliance and KYC agreed they are comfortable with this as Lehman is a registered and regulated broker dealer. Credit will be involved in approving new accounts, but does not expect this to be an issue for a sizable majority of the accounts given their composition.

HIGHLY CONFIDENTIAL

BCI-EX-(S)-00187357

# BCI EXHIBIT

# 184

| From: | Tonucci, Paolo [paolo.tonucci@lehman.com]. | Sent:9/16/2008 5:57 AM. |
|---|---|---|
| To: | Lowitt, Ian T [ilowitt@lehman.com]; Kelly, Martin [martin.kelly@lehman.com]. | |
| Cc: | | |
| Bcc: | | |
| Subject: | Re:. | |

Fantastic. Great work.
Paolo

————————————————

—— Original Message ——
From: Lowitt, Ian T
To: Kelly, Martin
Cc: Tonucci, Paolo
Sent: Tue Sep 16 05:33:59 2008
Subject: Re:

You are a hero. Well done. Ian
——————Original Message——————
From: Martin Kelly
To: Ian Lowitt
Cc: Tonucci, Paolo
Sent: Sep 16, 2008 5:10 AM
Subject:

Well it took all night and lots of back and forth but the deal is done and ready for the Board. Final price did not change meaningfully - approx a $5b all in economic loss versus our marks and $3.6b of resi assets left behind. Assume we can fund this after everything else winds down but paolo you need to review this. Also, an extra $1b of comp beyond our accrual and assumption of all trade payables in LBI and LBHI. Took 745 for $1b and several data centers for $400mm. Bart reviewed all of it before final agreement. I'm going to try to get some sleep and will be in mid morning.

————————————————



EXHIBIT
136A
3.14.09 AW

# BCI EXHIBIT

# 185



**From:** Clackson, Patrick: Finance (LDN)
**Sent:** Tue, 16 Sep 2008 09:52:39 GMT
**To:** Walker, James: Finance (NYK)
**Subject:** Fw: Board Deck

**From:** Haworth, Richard: Barclays Capital (LDN)
**To:** Clackson, Patrick: Finance (LDN); Walker, James: Finance (NYK)
**Cc:** Ricci, Rich: Barclays Capital
**Sent:** Tue Sep 16 10:50:53 2008
**Subject:** Board Deck

I know the numbers have been moving until frustratingly late - need you to confirm you are happy
that they are right per the attached (all based off latest from your team). Key pieces to confirm:

1) Gross assets, WRAs, purchase price and negative goodwill per page 2
2) Specific staff numbers page 2
3) Balance sheet category breakdown of the $75bn, p5
4) Profit forecast page 6 (looks a little uninspiring and drives a negative EP/EPS in year 1 due to
this and the raising of the capital)

5) Synergies not shown (we have used the $0.6bn post tax, split -$0.6bn revenue and $1.35bn
cost savings (62% of Long Island 2007 cost base), plus $600m integration costs)

Thx

<<2008 09 16 - Board deck v4.ppt>>

**HIGHLY CONFIDENTIAL**

## Placeholder
## Document produced in native format

HIGHLY CONFIDENTIAL

BCI-EX-(S)-00023788

# Project Long Island

## Board discussion materials

### 16 September 2008

# Executive Summary

- We are asking for approval to purchase the US broker dealer operations of Long Island

- This transaction strongly supports our strategy and would materially enhance the Barclays Capital US position, and further diversify our earnings stream by product and geography.

- In this transaction, we would hire the staff of the broker dealer and assume a portion of its assets and liabilities

  - We intend today to seek permission from the US bankruptcy court to acquire the business
  - We would acquire $75bn of assets and liabilities. The business would include RWA of $13.5bn
  - We would offer $250m to acquire the business and we are buying $1.5bn worth of company-related property (HQ and data centres). The recognition of negative goodwill amounts to $3.0bn pre tax ($2bn post tax)
  - We would issue 612m shares to fund the capital required to operate the broker dealer.  This would be from either Sumitomo, ICD or the QIA.  As a backup, we are arranging volume underwriting from CS,DB and JPM.

- This transaction structure mitigates some of the risks that we previously identified

  - It significantly reduces the amount of assets we acquire
  - We extract "clean" assets and contracts out of Long Island
  - Our consolidated equity ratio rises by an estimated 60bps as a result of the amount of equity funding we intend to raise connected to the deal

- There are three primary risks outstanding

  - If we do not get a fixed price from the major investors (Sumitomo, ICD, QIA) before announcement, we take the risk that the share issuance raises less than the $3.4bn current market value of these shares.
  - We have performed accelerated due diligence and there will be a number of loose ends upon separation from Long Island (e.g. continuation of Group Services)
  - We will be subject to a US legal process which is unpredictable

- **We are seeking Board approval for the transaction and to issue 612m Barclays shares**

## What are we buying?

- Acquiring the businesses previously undertaken in Long Island's US Broker Dealer entity

- The deal would include

  - ⋏ Both the Capital Markets and Investment Banking businesses including OTC derivative trading desks

  - ⋏ All regulatory licenses and approvals

  - ⋏ $1.5bn purchase of the HQ ($1bn) and data centres ($500m) at a 6% discount to current market value

  - ⋏ 5,810 front office staff and c. 3,000 back office support staff

- The deal would exclude

  - ⋏ Investment Management and Neuberger Berman

  - ⋏ Outstanding OTC derivative contracts

- The transaction will be effected through an asset transfer into Barclays Capital Inc

Page 3

# The transaction is now focused on adding the most valuable parts of LI to fill Baltimore's gaps

Legend: ▨ Included in deal

| | Baltimore | | | Long Island | | |
|---|---|---|---|---|---|---|
| | Americas | EMEA | Asia | Americas | EMEA | Asia |
| **Baltimore's IBIM gaps** | | | | | | |
| M&A | ✗ | --- | ✓ | ✓✓ ② | --- (12) | --- (13) |
| ECM | ✗ | ✗ | ✗ | (2) | ✓ | --- |
| Wealth Management | ✗ | ✓ | ✓ | ✓ | --- | --- |
| **Baltimore's IBIM strengths** | | | | | | |
| Investment Banking - Debt | ✓ | ✓✓✓ | ✓ | ① ✓✓ ③ | ✓ | --- |
| Capital Markets – FICC + Eq. linked | ✓ | ✓✓✓ | ✓✓✓ | (3) | ✓ | --- |
| Asset Management | ✓✓✓ | ✓✓✓ | ✓✓✓ | ✓ | ✓ | --- |

Legend:
- ✓✓✓ Top 3 player
- ✓✓ Top 5 player
- ✓ Top 10 player
- --- Outside Top 10
- ✗ No Capabilities

## Key Benefits

**①**
- Significantly strengthen Barclays Capital's position in the US/Americas
- In line with Barclays Capital's strategy
- Area of highest impact of LI addition to Barclays franchise

Adding significant new product capabilities

**②**
- With the merger of BofA and ML, the I-banking market is now dominated by Domestic Universal Banks that combine ability to lend with good M&A capabilities
- It is key for Barclays Capital to add this capability to remain competitive in the US Top Tier
- Both M&A and ECM capabilities in the US can then be extended to the rest of the World

**③**
Become a Top 5 player in the Americas in existing Capital Markets businesses

Source: Thomson, Coalition, S&P analysis

# Total Assets in New Transaction are $75bn

| $bn | Long Island Starting Position | Excluded Original Transaction | Excluded New Transaction | New Transaction included | Description |
|---|---|---|---|---|---|
| Mortgage | 55.0 | 24.0 | 24.5 | 6.5 | Secondary Mortgage Securities and ABS products |
| Real Estate | 18.6 | 8.6 | 10.0 | 0.0 | |
| Corporate Debt | 41.7 | 8.7 | 27.6 | 5.4 | Secondary US Corporate Debt |
| Corporate Equities | 43.2 | 10.5 | 23.4 | 9.3 | Cash Equities and Exchange traded business |
| Government & Agencies | 42.3 | 0.0 | 12.1 | 30.2 | US Government & Agencies business |
| CP and other MM instruments | 4.6 | 0.0 | 3.4 | 1.2 | |
| Derivatives and Other contracts | 46.3 | 0.0 | 43.5 | 2.8 | Include Future & Options business |
| **Sub-total** | **251.8** | **51.8** | **144.6** | **55.4** | |
| Other | 346.0 | 0.0 | 326.1 | 19.9 | |
| **Total** | **597.8** | **51.8** | **470.7** | **75.3** | |

# Income statement of the business we are acquiring

| | 2006 (A) | 2007 (A) | H1 2008 (A) | 2008 (F) | 2009 (F) | 2010 (F) | 2011 (F) |
|---|---|---|---|---|---|---|---|
| | | | **P&L** | | | | |
| Net interest income | 435,305 | 387,089 | 1,490,587 | 2,235,880 | 460,000 | 420,000 | 441,000 |
| Total Commissions | 1,234,235 | 1,455,142 | 1,070,779 | 1,228,873 | 290,317 | 1,354,832 | 1,422,574 |
| Total Firm trading | 2,019,024 | (2,901,603) | (5,586,898) | (5,503,553) | 1,000,000 | 1,050,000 | 1,102,500 |
| Other Income | 3,254,977 | 3,451,633 | 3,870,490 | 4,916,720 | 3,978,135 | 4,192,042 | 4,414,144 |
| **NET REVENUE** | **6,508,236** | **2,015,917** | **(645,630)** | **642,040** | **6,268,452** | **6,596,875** | **6,939,218** |
| Compensation | (3,213,924) | (995,891) | (735,313) | (3,583,000) | (3,762,150) | (3,950,258) | (4,147,770) |
| Other expenses | 1,066,296 | 1,190,806 | 883,690 | (1,325,536) | (1,391,812) | (1,461,403) | (1,534,473) |
| **TOTAL EXPENSES** | **(4,280,220)** | **(2,186,697)** | **(1,619,003)** | **(4,908,536)** | **(5,153,962)** | **(5,411,661)** | **(5,682,244)** |
| Income before taxes | 2,228,014 | (170,780) | (2,264,633) | (4,266,496) | 1,114,490 | 1,185,214 | 1,256,975 |
| Taxes | 912,844 | (243,458) | (996,538) | (1,877,258) | 490,375 | 521,494 | 553,069 |
| **Profit after Tax** | **1,315,170** | **114,257** | **(1,268,095)** | **(2,389,238)** | **624,114** | **663,720** | **703,906** |
| **NET INCOME AFTER TAXES** | **1,948,137** | **1,810,031** | **(2,227,317)** | **(2,389,238)** | **624,114** | **663,720** | **703,906** |
| **Compensation breakdown** | | | | | | | |
| Salaries | (718,806) | (805,820) | (607,874) | (1,307,000) | (1,372,350) | (1,440,968) | (1,513,016) |
| Benefits | (234,101) | (173,813) | (138,172) | (523,000) | (549,150) | (576,608) | (605,438) |
| Production Comp. | (175,890) | (205,554) | (146,688) | (261,000) | (274,050) | (287,753) | (302,140) |
| Bonus | (1,921,444) | 378,250 | 333,758 | (1,100,000) | (1,155,000) | (1,212,750) | (1,273,388) |
| Other (ie: Long Term Comp) | (183,242) | (186,959) | (176,339) | (392,000) | (411,600) | (432,180) | (453,789) |
| **TOTAL COMPENSATION** | **(3,233,482)** | **(995,896)** | **(735,315)** | **(3,583,000)** | **(3,762,150)** | **(3,950,258)** | **(4,147,770)** |
| *COMP / REVENUE RATIO* | *49.38%* | *49.40%* | *-113.89%* | | | | |
| *EFFECTIVE TAX RATE* | *40.97%* | *142.56%* | *44.00%* | | | | |

Estimated current monthly expenses of $400m

# The transaction improves our Group Equity ratio by 60bps and the Solus ratio by 41bps, assuming we raise $3.12bn of equity (10% discount to current)

## Group

| ($m) | Baltimore 2008f | Broker/ Dealer 2008e | Equity raising @ 10% discount | Negative Gwill | Transaction costs | Combined |
|---|---|---|---|---|---|---|
| RWAs | 680,311 | 15,000 [1] | | | | 695,311 |
| Equity Tier 1 | 40,652 | | 3,124 [2] | 2,000 | (126) | 45,650 |
| "FSA" Tier 1 | 36,465 | | 3,124 | 2,000 | (126) | 41,463 |
| Tier 1 | 57,977 | | 3,124 | 2,000 | (126) | 62,975 |
| Gross Assets | 2,261,540 | 62,700 | | | (126) | 2,324,115 |
| Shareholder's (Common) Equity | 53,133 | | 3,124 | 2,000 | (126) | 58,131 |
| Minorities / prefs | 20,632 | | | | - | 20,632 |
| Total Equity | 73,765 | | 3,124 | 2,000 | (126) | 78,763 |
| Ratios | | | | | | |
| "FSA" Ratio | 5.36% | | | | | 5.96% |
| Equity Ratio | 5.98% | | | | | 6.57% |
| Tier 1 Ratio | 8.52% | | | | | 9.06% |

Previous:
5.29%
5.84%
8.61%

Previous:

## Solus

| ($m) | BB Plc 2008f | Broker/ Dealer 2008e | Equity raising | Negative Gwill | Capital deduction | Combined |
|---|---|---|---|---|---|---|
| RWAs | 553,860 | | | | | 553,860 |
| Equity Tier 1 | 23,927 | | 3,124 | 1,620 [3] | (2,474) | 26,197 |
| Ratios | | | | | | |
| Equity Ratio | 4.32% | | | | | 4.73% |

The equity ratio is significantly improved versus the prior deal due to – a lower RWA requirement; the absence of $6bn of negative NAV adjustments (own credit and deferred tax); and lower consideration to the vendor

1)
2) Equity raising based on available shares to issue under section 80 of 612,454,218 issued at price of £2.84 representing a ten percent headroom discount to the closing price of £3.16 on Monday 15th September
3) Post tax negative goodwill at Solus level based on 75% of negative goodwill recognised by BB Plc level taxed at 28%

# Value creation is driven by cost synergies and reflecting a low price

## Value Creation



## Financial Effects

| £m | 2008 | 2009 | 2010 | 2011 | 09-11 CAGR |
|---|---|---|---|---|---|
| Baltimore - Reported Attributable PAT | 3,547 | 4,575 | 5,642 | 6,096 | 15% |
| Long Island - Reported Attributable PAT | | 364 | 393 | 421 | 8% |
| Synergies inc. transaction costs (post-tax) | | | 383 | 391 | na |
| **Total** | **2,401** | **4,924** | **6,318** | **6,908** | **18%** |
| | | | | | |
| **Cash EPS (£)** | | | | | |
| Pre | 0.50 | 0.58 | 0.70 | 0.77 | 15% |
| Post (post-restructuring costs) | | 0.58 | 0.74 | 0.81 | 18% |
| Accretion/(dilution) | | -0.1% | 5.7% | 5.1% | na |
| | | | | | |
| EP impact (£m) - post-integration charges | | 337 | 759 | 770 | na |
| ROCE (%) - post-integration charges | | 133.4% | 252.2% | 143.7% | na |

# We will look to issue 612m shares to capitalise the purchased assets

## Capital Raising = £1.8bn

- We are seeking to raise £1.8bn ($3.4bn)
- We can issue up to 612m shares without shareholder approval [1]

## Reference investors = £800m +

- We have approached the QIA, ICD and Sumitomo to subscribe to the equity raising
  - We are seeking commitments from these investors. The issue price cannot exceed a 5% discount to the Barclays share price at the time of the announcement
- It may be that, particularly for Sumitomo, the investors cannot commit in time for an announcement, in which case we will agree a bank underwriting (see below)

## Bank underwriters = up to £1bn

- We are seeking commitment from Credit Suisse, JPMCaz and Deutsche to execute a placing of up to 612m Barclays shares within 15 days [2]
- The banks will execute the issuance within ABI discount guidelines (<5% of price at time of pricing) and within UKLA guidelines (<10% of closing price on the day prior to issuance)
- The price is not guaranteed and so proceeds may fall below $3.4bn

1) Un-issued authorised share capital limits the raising to 612m shares or £1,840m at close price of 316p on 15th September
2) Banks will have flexibility to execute on any day within 15 day period in order to allow them to 'feel' for market conditions and have the greatest opportunity to fill the issuance

# Remaining issues

Remaining issues/Risks and mitigants

- The proceeds of the equity raising cannot be guaranteed at announcement unless reference investors subscribe at a fixed price

- If Barclays share price falls, less capital is raised, however, the negative goodwill arising from the transaction will still improve Barclays equity ratio (by a minimum of 16bps if zero capital is raised)

- Transaction is subject to US legal process and the decision of the judge. There is no certainty that our proposed deal timetable will be followed by the judge

- Business separation issues – ring fencing/ identifying the key assets/ contracts. This is the limitation of accelerated due diligence

- Requisite US and UK regulatory clearances

APPENDIX

# Transaction completion is anticipated for Friday, but will be subject to a judge's discretion and HSR process

| | W/C 15th September | | | | | |
|---|---|---|---|---|---|---|
| | T 16 | W 17 | TH 18 | F 19 | SA 20 | SU 21 |
| Barclays Board meeting | | | | | | |
| Underwriting commitment by banks | | | | | | |
| Signing of subscription agreement with strategic investors | | | | | | |
| Announcement by Barclays | | | | | | |
| Submission of Barclays proposal to court | | | | | | |
| Motion entered by Court | | | | | | |
| Court approval of Barclays proposal [1] | | | | | | |
| HSR submission and approval [2] | | | | | | |
| Sumitomo Board Meeting | | | | | | |
| Set up cash box | | | | | | |
| Sumitomo section 89 placing | | | | | | |
| Strategic investors subscription [3] | | | | | | |
| Completion [4] | | | | | | |
| Transfer of assets and liabilities to Barclays | | | | | | |
| Novation of contracts (employees, IT) | | | | | | |
| Day 1 trading under Barclays name | | | | | | |

Notes:
(1) Assumes that, given circumstances, court judge would allow for an expedited approval process; auction process subject to judge's discretion; could add up to 30 days to the process
(2) Could take up to 30 days depending on willingness of DOJ
(3) Assumes no standby underwriting by banks is required
(4) Subject to court and HSR approval

# Americas market rankings clearly demonstrate LI's potential to enhance Baltimore's market position in the Americas…

## Americas Market Position

| | Commodities | EM | FI Rates | Securitized Products* | FI Credit* | Prime Services | FX |
|---|---|---|---|---|---|---|---|
| **Top 3** | MS | Citi | Goldman | CS | Goldman | Goldman | JPM |
| | Goldman | CS | JPM | Long Island | Long Island | MS | Citi |
| | Baltimore | UBS | BofA | JPM | JPM | JPM (Bear) | BofA |
| **5** | Merrill | JPM | Long Island | Deutsche | MS | Long Island | Deutsche |
| | JPM | Deutsche | MS | BofA | BofA | CS | MS |
| | #17 - Baltimore | #7 - Baltimore | #6 - Baltimore | #6 - Baltimore | #7 - Baltimore | #9 - Baltimore | #7 - Baltimore |

| | CMBS | IG Bonds | IG Loans | HY Bonds | Lev Loans | Equities |
|---|---|---|---|---|---|---|
| **Top 3** | Goldman | Citi | JPM | JPM | JPM | Goldman |
| | JPM | JPM | Citi | CS | BofA | MS |
| | BofA | Goldman | RBS | Citi | Citi | BofA |
| **5** | MS | Long Island | Wachovia | BofA | CS | Citi |
| | CS | MS | BNP | ML | DB | Long Island |
| | #17 - Baltimore | #10 - Baltimore | #9 - Baltimore | #15 - Baltimore | #17 - Baltimore | #13 - Baltimore |

\* - Excluding writedowns/losses in 2007; 'normalized' years
Source: Business heads and COOs, Coalition, Strategy & Planning Americas analysis, Reuters, Thomson, Dealogic

Page 13

# ...with excellent capability across the investment banking product set

## Market Positions (2007)

| | |
|---|---|
| **Primary** — Primary Equity | • Long Island: #6 in US ECM revenues<br>• Long Island is #1 in US in global IPOs |
| Primary Debt | • Baltimore #7 in global All Debt – addition of L.I. moves us to #1 with 10.8%<br>• Baltimore #3 in Intl. Bonds – addition of L.I. moves us to clear #1 with 10.9% share<br>• Baltimore #10 in USD Intl. Bonds – addition of L.I. moves us to #1 with 12.1% share |
| M&A Advisory | • Long Island: Top 5 US player<br>• Accelerates Baltimore's recent investments in EM advisory services |
| **Secondary** — Equities | • Long Island: Top 5 player in the US, minor player outside US<br>• Baltimore: Top 10 equity derivatives player globally |
| Fixed Income | • Long Island:  Top 5 player in the US<br>• Baltimore: Top 5 global player – addition of L.I. would create a Top 3 player in the US |
| FX | • Long Island: Top 11 player in North America<br>• Baltimore: Top 5 player globally and in North America – addition of L.I. would push us into Top 3 |
| Commods | • Long Island: Second tier player<br>• Baltimore:  Top 3 player – L.I. would add little |
| EM | • Neither Long Island nor Baltimore are top tier players in EM<br>• Combination of both would create at least a Top 10 player |

Source: Business heads and COOs, Coalition, Strategy & Planning Americas analysis, Reuters, Thomson, Dealogic

# BCI EXHIBIT

# 186

**From:**     Clackson, Patrick: Finance (LDN)
**Sent:**     Tue, 16 Sep 2008 18:53:00 GMT
**To:**       Castell, Bill:
**CC:**       Romain, Gary: Finance (LDN); Weidler, Chris: Finance (LDN); Walker, James:
              Finance (NYK)
**Subject:**  FW: Scanned document from Douglas, Julia: Finance (NYK)

---

Bill this is completion balance sheet from draft docks, LI side not Barcap, gives the final asset
split - neg good will from this method is sum of 2.25+2 = 4.25 - 1.35 (a/cing liab) = 2.9

---

**From:**    Douglas, Julia: Finance (NYK)
**Sent:**    Tuesday, September 16, 2008 2:46 PM
**To:**      Clackson, Patrick: Finance (LDN)
**Subject:**      Scanned document from Douglas, Julia: Finance (NYK)

<<...>>

**HIGHLY CONFIDENTIAL**                                                      BCI-EX-(S)-00052192

9/16/2008
11:18 AM

## ASSETS

| | |
|---|---|
| Gov & Ag | $40.0 |
| Commercial Paper | 1.1 |
| Mortgages | 2.7 |
| Total Corp Debt | 4.9 |
| Corp Equity | 8.8 |
| Derivatives | 4.5 |
| Cash | 0.7 |
| **Total** | **$62.7** |
| | |
| Collateralized ST Agr | 10.0 |
| Receivables | 0.0 |
| Other Assets | 0.0 |
| Inv In Con Subs | 0.0 |
| Due From Subs | 0.0 |
| **Total** | **10.0** |
| | |
| **Adj. Total Assets** | **$72.65** |

## LIABILITIES

| | |
|---|---|
| ST Borrowings | $0.0 |
| Gov & Ag | 21.0 |
| Commercial Paper | 0.0 |
| Mortgages | 0.0 |
| Corp Debt | 2.1 |
| Corp Equities | 6.3 |
| Derivatives | 4.5 |
| **Total** | **$33.9** |
| | |
| Collateralized ST Fund | 34.5 |
| Payables | 0.0 |
| Deposits | 0.0 |
| Due To Subs | 0.0 |
| Sub Notes | 0.0 |
| **Total** | **34.5** |
| | |
| **Total** | **68.4** |
| | |
| Cure pmt | 2.25 |
| Comp | 2.0 |
| | |
| **Total** | **$72.65** |

HIGHLY CONFIDENTIAL

BCI-EX-(S)-00052193

# BCI EXHIBIT

# 187

From: BARRY RIDINGS/IB/LAZARD
Sent: 9/17/2008 12:00:25 PM
To: "LORI FIFE" <LORI.FIFE@WEIL.COM>
CC: DAVID DESCOTEAUX/IB/LAZARD@LAZARD NYC;ARTHUR
BRUHMULLER/IB/LAZARD@LAZARD NYC
Subject: Barclays: Lehman_Press_Release_

    - Lehman_Press_Release_170908.url

Attachment: Lehman_Press_Release_170908.url



CONFIDENTIAL

LAZ-C-00045462

[InternetShortcut]
URL=http://www.investorrelations.barclays.co.uk/INV/A/Content/Files/Lehman_Press_Release_170908.pdf
Modified=406496D9BC18C901B1

CONFIDENTIAL

LAZ-C-00045463

# BCI EXHIBIT

# 188

**From:**    McCooey, Kevin
**Sent:**     Wed, 17 Sep 2008 12:33:12 GMT
**To:**       McDade, Bart
**Subject:**  Private Investment Management

Bart

This division has 350 representatives with revenues of $726 million - we
are all holding on by a string and everyone I speak with does not want
to leave - we currently have held on to 320 of 350 representatives.
Nobody wants to leave yet we are in limbo.  I have done my research - as
has everyone else - and through it all, we want to stay together on this
platform.

We just can not get an answer - are we part of this Private Equity Deal?
Why wouldn't Barclays want us - it's a natural fit?  The questions are
endless but we are begging for one thing - a glimmer of hope that when
all of this shakes out, we will have a role.  All of us have offers but
we do not want to leave - we have a profitable business, a cohesive
unit, and will rebuild this unit.

We need some sort of guidance

Kevin

Kevin C. McCooey
Vice President
Lehman Brothers
212.526.7354
kmccooey@lehman.com

# BCI EXHIBIT

# 189

Barclay's Conference Call Highlights From This Morning    file:///C:/Documents%20and%20Settings/aholladay/My%20Documents/ou...

| | |
|---|---|
| **From:** | Freeman, Roger |
| **Sent:** | Wed, 17 Sep 2008 13:08:51 GMT |
| **To:** | McDade, Bart; Donini, Gerald; Cunningham, Richard; Corcoran, Joseph J; Nagpal, Ajay; Whalen, Patrick J; Linde, Stuart M; Mattu, Ravi; Meyers, William (EQR); Gillin Lefever, Ann; Gresdo, Stephen J; Johnston, Eric; Everett, James; Abrahamsen, Ryan; Bertrand, Eric; Kramm, Alex; Truong, Steven M; Goldberg, Jason; Harting, Bruce W; Gelb, Jay; Berg, Eric; Jao, Andrea; Gross II, Richard G; Cornell, Robert; Chase, Gary; Freeman, Roger |
| **Subject:** | Barclay's Conference Call Highlights From This Morning |
| **Importance:** | High |

Feel free to follow-up if you have additional questions or to pass along
to anyone else who would be interested.

HISTORY OF DEAL
* Looked at LEH months ago, but they were only interested in it at the
right price
* Did intense due diligence late last week and over the weekend.
* They have approval from key shareholders who have committed to buy
more stock

RATIONALE FOR THE DEAL
* Strong franchise at a great price
* BARC believes the advantage goes to those with a universal banking
model with capital markets businesses that are well integrated
* BARC believes there will be continued consolidation, particularly
between investment banking and investment management and wants to have
strong global presence in wealth, asset management and investment
banking.

WHAT IS BEING ACQUIRED
* Trading assets of $72bn, liabilities of $68bn
* Risk-weighted assets being acquired are only $15bn, $13.5bn of which
is trading assets (suggesting a low 18% risk-weighting across the
trading assets) and $1.5bn for the real estate acquired.
* Of the $72bn in assets acquired, risks are quite low as the vast
majority are quoted equity and debt, government debt, agency debt,
derivatives and cash in addition to the matched book.
* There is a small amount of mortgage paper (< 5% of total assets), but
this has been heavily marked including once more in conjunction with
this transaction. Management noted that since it had done extensive due
diligence over the weekend, it was in a position to know exactly which
assets to bring over when it came time to making those decisions.
* When asked why the net assets acquired were such a small fraction of
the LEH balance sheet (essentially just a little more than 10%) relative
to the number of people being brought over, BARC indicated that a
significant number of positions have run off over the last week. In
essence, LEH saw dramatic balance sheet shrinkage over the last week. Of
course, the illiquid assets remain behind. BARC plans to ramp
risk-weighted assets back up, but it will happen over time, not
immediately.
* 10,000 employees
* Core of old LEH broker-dealer including all infrastructure
* LEH HQ and 2 data centers
* Cash consideration is $250mm
* Total consideration (incl real estate) of $1.75bn



1 of 2    12/21/2009 12:30 AM

Barclay's Conference Call Highlights From This Morning    file:///C:/Documents%20and%20Settings/aholladay/My%20Documents/ou...

REVENUES OF LEHMAN BUSINESSES BEING ACQUIRED
* BARC indicated that the revenue generating capacity of the businesses
being acquired is about half of what LEH has done historically.

RELATIVE STRENGTHS AND WEAKNESSES
* BARC noted LEH rel strength in (1) cash equities and origination
franchise (2) credit trading and research and (3) M&A. Specifically,
BARC labeled the US cash equities franchise as a "machine" and suggested
the integrated sales, trading, research and investment banking platform
at LEH is stellar and does not want to interfere with it. BARC was
highly complementary of existing cash equities management.
* BARC considers its own rates, currencies, commodities and IG debt
businesses as stronger than LEH's.
* Other businesses such as leveraged finance can together be stronger
players.

NON-US INTEREST
* BARC said it is in active discussions to bring equivalent talent in
the integrated sales, trading, research and investment banking platform
in Europe into the combined organization. They understand that they need
to act fast on this.

APPROVALS
* BARC has the blessing of the FSA and has already received approvals
from the SEC. Only outstanding approval is from the bankruptcy court,
and management wouldn't comment on the likely outcome of those
proceedings for obvious reasons.

INTEGRATION
BARC plans to move swiftly to integrate, suggesting it will be done over
a couple of weeks and expects everyone to be "adults" about it. That
said, management emphasized the highly complementary nature of the
transaction.

CAPITAL REQUIREMENTS
* This transaction, due to $2bn in after-tax negative goodwill is
accretive to capital ratios immediately.
* BARC is planning to raise $1bn in additional equity, half of which
will be to grow the business and half of which will be to build an extra
capital buffer relative to target ratios (presumably to shield against
potential future writedowns)
* Will be accretive to earnings in year 1 including the impact of the
additional capital raise
* BARC views this as a high ROE transaction

RETENTION
* BARC believes LEH and BARC have shared vision and values
* BARC believes in pay for performance and believes that is aligned with
LEH culture. No more specifics were discussed.


Regards,
Roger A. Freeman, CFA
Senior Vice President
Lehman Brothers U.S. Equity Research
Brokers, Asset Managers and Market Structure
745 7th Ave, 17th Floor
New York, NY 10019
Phone: (212) 526-4662
Fax: (646) 758-1454
E-Mail: roger.freeman@lehman.com

12/21/2009 12:30 AM

# BCI EXHIBIT

# 190

| | |
|---|---|
| **From:** | McDade, Bart |
| **Sent:** | Wed, 17 Sep 2008 13:10:38 GMT |
| **To:** | Freeman, Roger |
| **Subject:** | Read: Barclay's Conference Call Highlights From This Morning |

**Importance:** High

---

Your message

  To:    McDade, Bart; Donini, Gerald; Cunningham, Richard; Corcoran,
Joseph J; Nagpal, Ajay; Whalen, Patrick J; Linde, Stuart M; Mattu, Ravi;
Meyers, William (EQR); Gillin Lefever, Ann; Gresdo, Stephen J; Johnston,
Eric; Everett, James; Abrahamsen, Ryan; Bertrand, Eric; Kramm, Alex;
Truong, Steven M; Goldberg, Jason; Harting, Bruce W; Gelb, Jay; Berg,
Eric; Jao, Andrea; Gross II, Richard G; Cornell, Robert; Chase, Gary;
Freeman, Roger
  Subject: Barclay's Conference Call Highlights From This Morning
  Sent:   Wed, 17 Sep 2008 09:08:51 -0400

was read on Wed, 17 Sep 2008 09:10:38 -0400

# BCI EXHIBIT

# 191

**From:** Yang, Jasen: Markets (NYK)
**Sent:** Wed, 17 Sep 2008 14:58:19 GMT
**To:** Walker, James: Finance (NYK)
**CC:** King, Stephen: Markets (NYK)
**Subject:** LBI Balance Sheet Tieout

---

This is the balance sheet summary I'm trying to tie out to. Stephen thought you had something that he looked at and tied to this sheet "within a billion or so"-- let me know if you can figure what that is and if it'd be helpful.

We know that the listings we have of "Corp Obligations" and "Corp Stocks" do not tie out to the summary (we come out too low in each case), and we don't have listings for the "Derivatives" category. The CDs/Money Markets, Governments & Agencies, and Mortgages figures we are able to tie out with the asset listings we were given Monday (although we understand the from Clement Bernard that the "Governments & Agencies" book is shrinking as trades are unwound). Clement is trying to get us detail on the Derivatives line item.

<<...>>

Jasen Yang
Barclays Capital
Principal Mortgage Trading Group
200 Park Avenue
New York, New York 10166
jasen.yang@barclayscapital.com
Tel: (212) 412 7613
Fax: (212) 412 5861



EXHIBIT
388 B
9/10/09  WB

HIGHLY CONFIDENTIAL

Lehman Brother Inc
Balance Sheet by GAAP Asset Type
9/12/2008

| GAAP Asset Class 1 Name | Net Long Inventory |
| --- | --- |
| Total CD's and Other Mon Mkt Instr. Total | 1,014,274,052 |
| Total Corp. Obligations & Spot Total | 5,141,203,903 |
| Total Corporate Stocks & Options Total | 8,431,893,884 |
| Total Derivatives & Other Contr. Total | 4,838,239,449 |
| Total Governments & Agencies Total | 39,173,255,499 |
| Total Mortgages & Mortgage Backed Total | 6,556,460,589 |
| Grand Total | 65,155,327,276 |

Lehman Brother Inc
Balance Sheet by GAAP Asset Type
9/12/2008

| GAAP Asset Class 1 Name | Net Short Inventory |
| --- | --- |
| CD's & Other Money Market Total | 0 |
| Total Corp. Obligations & Spot Commodities Total | (2,003,710,797) |
| Total Corporate Stocks Total | (6,951,162,769) |
| Total Derivatives & Other Contr. Total | (4,535,705,348) |
| Total Governments & Agencies Total | (35,003,084,874) |
| Total Mortgages & Mortgage Backed Total | (15,959,609) |
| Grand Total | (48,509,623,397) |

HIGHLY CONFIDENTIAL

BCI-EX-(S)-00074257

# BCI EXHIBIT

# 192

**Unknown**

**Sent:** Monday, March 30, 2009 7:22 PM

| | |
|---|---|
| **From:** | Shapiro, Mark J. <mark.shapiro@lehman.com> |
| **Sent:** | Wednesday, September 17, 2008 4:01 PM (GMT) |
| **To:** | Mallory Weil <MWeil@Halstead.com> |
| **Subject:** | RE: hey |

Thanks. I had to quarterback the rescue over the weekend, so did not sleep for 3 days, but with Barclays taking it over, at least there are 10,000 jobs safe for now. Thanks for the email.

———

From: Mallory Weil [mailto:MWeil@Halstead.com]
Sent: Wednesday, September 17, 2008 10:56 AM
To: Shapiro, Mark J.
Cc: Gitelle, Sharon
Subject: hey

You ok over there? I say yes, since your job is perfect for this market. Just wanted to let you know that Sharon and I are thinking of you and hope all is well.

Mallory

Mallory Weil

Vice President

Halstead Property, LLC

212-381-6589 (w)

917-453-4696 (c)

mweil@halstead.com

———

This e mail is for the named addressees only. If you are not the intended recipient, please delete it from your files. If you do not wish to receive commercial emails from me in the future and like to "Opt-Out" please click email address at end of this email and hit send or reply back to your sender with subject "remove me from your list." All information is from sources deemed reliable but is subject to errors, omissions, change of price, prior sale or withdrawal without notice. No representation is made as to accuracy of any description. All measurements and square footage are approximate and all information should be confirmed by customer. All rights to content, photographs and graphics reserved to Broker.

MWeil@Halstead.com <mailto:MWeil@Halstead.com?subject=PLEASE REMOVE FROM YOUR LIST>

7/27/2009

137792

# BCI EXHIBIT

# 193



"Lechner, Scott"
<slechner@lehman.com>

09/17/2008 03:17 PM

To  <Eric.Peterman@weil.com>, <harvey.r.miller@weil.com>,
    <lori.fife@weil.com>, <shai.waisman@weil.com>,
    <jacqueline.marcus@weil.com>
cc  "McMurray, Locke R" <locke.mcmurray@lehman.com>,
    "Kimmel, Scott" <scott.kimmel@lehman.com>, "Feraca,
    John" <joferaca@lehman.com>, "Tonucci, Paolo"
    <paolo.tonucci@lehman.com>
bcc

Subject  Barclays Financing Question -- time sensitive

WEIL -- The firm is working on a 50 billion repo that needs to be done
with Barlcays.  Two points we need color on:

1) Plan is to do a plain vanilla triparty repo of assets -- Barclays
wants comfort from sipia that in a default they would be able to
liquidate free of a stay.  We were told by barclays that in other deals
Chase has gotten a waiver letter.  Ed Rosen at Cleary is looking into
getting this. Question is if anything Weil can do to facilitate. From
what I understand this is a huge point -- since it could kill deal if
they don't get comfort.

2) Question is how to unwind the repo if a deal gets done in a manner
that protects Barclays.  E.g. how do they actually purchase the assets.
One idea would have been on Friday when LBI goes into receivership that
Barclays take the assets as a foreclosing lender.  I would have thought
better approach was to include the assets they are purchasing in the
purchase agreement that is approved by the bankruptcy court and SIPIA.
Pls let me know thoughts. Thanks.

Scott C. Lechner
Senior Vice President, Office of the General Counsel
Lehman Brothers Inc.
745 Seventh Avenue, 19th Floor
New York, New York  10019
Telephone: 212-526-4477
Fax: 646-758-4203


Attorney Work Product - Privileged and Confidential

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - - -


This message is intended only for the personal and confidential use of the
designated recipient(s) named above.  If you are not the intended recipient of
this message you are hereby notified that any review, dissemination,
distribution or copying of this message is strictly prohibited.  This
communication is for information purposes only and should not be regarded as
an offer to sell or as a solicitation of an offer to buy any financial
product, an official confirmation of any transaction, or as an official
statement of Lehman Brothers.  Email transmission cannot be guaranteed to be
secure or error-free.  Therefore, we do not represent that this information is
complete or accurate and it should not be relied upon as such.  All
information is subject to change without notice.

--------
IRS Circular 230 Disclosure:
Please be advised that any discussion of U.S. tax matters contained within

WGM-LEHMAN-E 00000541

this communication (including any attachments) is not intended or written to
be used and cannot be used for the purpose of (i) avoiding U.S. tax related
penalties or (ii) promoting, marketing or recommending to another party any
transaction or matter addressed herein.

WGM-LEHMAN-E 00000542

# BCI EXHIBIT

# 194

**From:**     Romain, Gary: Finance (LDN)
**Sent:**     Wed, 17 Sep 2008 20:48:14 GMT
**To:**     Clackson, Patrick: Finance (LDN)
**CC:**     Walker, James: Finance (NYK); Weidler, Chris: Finance (LDN); Utley, Charles: Finance (NYK)
**Subject:** RE: Scanned document from Douglas, Julia: Finance (NYK)

Patrick,

I'm struggling with the negative goodwill calc from the mail below. The attached spreadsheet picks up the numbers in the completion balance sheet - is there any way you could have a quick look and let me know what differs between this and your calc?

Potential candidates = bonus accrual, retention mark adjustment, fixed assets other than data centres, further valuation adjustments to assets, ...

[Please ignore the S King column]

Many thanks,

Gary

-----Original Message-----
From: Clackson, Patrick: Finance (LDN)
Sent: Tuesday, September 16, 2008 2:59 PM
To: Castell, Bill:
Cc: Romain, Gary: Finance (LDN); Weidler, Chris: Finance (LDN); Walker, James: Finance (NYK)
Subject: RE: Scanned document from Douglas, Julia: Finance (NYK)

Also shd add building at c$1bn and datacentres at c$500m both at 6% discount

-----Original Message-----
From: Castell, Bill:
Sent: Tuesday, September 16, 2008 2:57 PM
To: Clackson, Patrick: Finance (LDN)
Cc: Romain, Gary: Finance (LDN); Weidler, Chris: Finance (LDN); Walker, James: Finance (NYK)
Subject: Re: Scanned document from Douglas, Julia: Finance (NYK)

Great thanks

-----Original Message-----
From: Clackson, Patrick : Barclays Capital
To: Castell, Bill : Barclays Corporate Development

CC: Romain, Gary : Barclays Capital; Weidler, Chris : ; Walker, James :
Sent: Tue Sep 16 19:52:59 2008
Subject: FW: Scanned document from Douglas, Julia: Finance (NYK)

Bill this is completion balance sheet from draft docks, LI side not Barcap, gives the final asset split - neg
good will from this method is sum of 2.25+2 = 4.25 - 1.35 (a/cing liab) = 2.9

---

From:    Douglas, Julia: Finance (NYK)
Sent:    Tuesday, September 16, 2008 2:46 PM
To:      Clackson, Patrick: Finance (LDN)
Subject:    Scanned document from Douglas, Julia: Finance (NYK)

<<Doc..pdf>>

HIGHLY CONFIDENTIAL

## Placeholder
## Document produced in native format

HIGHLY CONFIDENTIAL

BCI-EX-(S)-00023999

**Long Island - Acquisition Summary**

| | Clackson Schedule $bn | $bn | S King Schedule $bn | Difference $bn | |
|---|---|---|---|---|---|
| Govt & Agency | 40.00 | | 39.20 | 0.80 | |
| Commercial Paper | 1.10 | | 1.00 | 0.10 | |
| Mortgage-backed | 2.70 | | 3.30 | -0.60 | |
| Corp Debt | 4.90 | | 5.10 | -0.20 | |
| Corp Equity | 8.80 | | 8.40 | 0.40 | |
| Derivatives | 4.50 | | 4.80 | -0.30 | |
| Collateralised Finance | 10.00 | | | | |
| Cash | 0.70 | | | | |
| Financial Assets | | 72.70 | | | |
| | | | | | |
| 7th Avenue | 1.00 | | | | |
| Data Centres | 0.50 | | | | |
| Non-Financial assets | | 1.50 | | | |
| | | | | | |
| **Total Assets** | | **74.20** | | | |
| | | | | | |
| Govt & Agency | 21.00 | | 35.00 | -14.00 | (Collateralised finance increased correspondingly) |
| Corporate Debt | 2.10 | | 2.00 | 0.10 | |
| Corporate Equities | 6.30 | | 7.00 | -0.70 | |
| Derivatives | 4.50 | | 4.50 | 0.00 | |
| Collateralised Finance | 34.50 | | | | |
| Financial Liabilities | | 68.40 | | | |
| | | | | | |
| Bonus accrual | | 1.30 | | | |
| | | | | | |
| **Total Liabilities** | | **69.70** | | | |
| | | | | | |
| **Net assets** | | **4.50** | | | |
| | | | | | |
| **Consideration** | | **1.75** | | | |
| | | | | | |
| **Negative goodwill** | | **2.75** | | | |

# BCI EXHIBIT

# 195

## Unknown

**Sent:** Wednesday, March 25, 2009 10:21 AM

| | |
|---|---|
| **From:** | Reilly, Gerard [greilly@lehman.com] |
| **Sent:** | Wednesday, September 17, 2008 9:28 PM (GMT) |
| **To:** | Kelly, Martin [martin.kelly@lehman.com]; Flores, Daniel [Daniel.Flores@lehman.com] |
| **Cc:** | Taylor, Austin L [austin.taylor@lehman.com] |
| **Subject:** | RE: Diligence Items |

The first question is very difficult. My understanding of the deal is
that they will purchase our assets that remain in LBI on the closing
date which will not be the same as the assets on the 12th. That
purchase will be at a fixed discount on the assets that remain to
reflect the bulk size of the purchase. We can track our p/l by assets
category which give some indication of how much we have moved the marks.
We can also provide assets as of the 16th with marks so they can get
some perspective.

Let me know what we need. If I am off base and the expectation is to
track sales, cash, marks of the portfolio from the 12th to the close
that will be extremely difficult.

Gerry

> _____
> From:      Kelly, Martin
> Sent: Wednesday, September 17, 2008 4:52 PM
> To:  Flores, Daniel
> Cc:  Taylor, Austin L; Reilly, Gerard
> Subject:    RE: Diligence Items
>
> #1 is Gerry (cc'd). #2 is me - we are working on that now
>
>
> _____
> From:      Flores, Daniel
> Sent: Wednesday, September 17, 2008 3:47 PM
> To:  Kelly, Martin
> Cc:  Taylor, Austin L
> Subject:    Diligence Items
>
> Hi Martin,
>
> Just left you a vmail. Wanted to follow up on some of the items
> Lazard has requested that George Mack and I discussed with you
> yesterday. These are:
>
> 1. Price variance report for trading books going with deal to reflect
> changes between Friday 9/12 close and Monday 9/15 close
> 2. The balance sheet of what's being sold as well as what is remaining
> behind
>
> If you aren't the right person, please let me know who else I should
> contact.
>
> Regards,
> Daniel
>
> ------------------------------------



> Daniel E. Flores
> Lehman Brothers
> Restructuring Group
> (212) 526 8253 (Tel)
> (212) 520 9312 (Fax)
> daniel.flores@lehman.com
>
>

7/15/2009

464049

# BCI EXHIBIT

# 196



From: DAVID DESCOTEAUX/IB/LAZARD
Sent: 9/18/2008 12:05:47 PM
To: "BARRY RIDINGS" <BARRY.RIDINGS@LAZARD.COM>;"ARTHUR BRUHMULLER"
<ARTHUR.BRUHMULLER@LAZARD.COM>
Subject: Fw: Fw: Diligence Items

We'll have to figure out who goes to Lehman meeting discussed below
(assuming
its confirmed) vs creditor meeting


      ----- Original Message -----
      From: Arthur Bruhmuller
      Sent: 09/17/2008 11:17 PM EDT
      To: "Flores, Daniel" <Daniel.Flores@lehman.com>
      Cc: "Taylor, Austin L" <austin.taylor@lehman.com>; David Descoteaux
      Subject: Re: Fw: Diligence Items
That should work for us.  Face-to-face meetings preferred.  Will wait to
hear
from you to confirm.


Arthur M. Bruhmuller
Director
Lazard
30 Rockefeller Plaza
New York, New York  10112
212-632-6304 (TEL)
212-830-3613 (FAX)




"Flores, Daniel" <Daniel.Flores@lehman.com>
Sep 17 2008 11:05 PM

      To
      David Descoteaux/IB/Lazard@Lazard NYC, Arthur
Bruhmuller/IB/Lazard@Lazard NYC
      cc
      "Taylor, Austin L" <austin.taylor@lehman.com>
      Subject
      Re: Fw: Diligence Items


Trying to set up a call at 930 am (the one that should have happened
tonight)
and a mtg with ian and others at 1130.  Does that work?  Nothing is
confirmed
yet though.


CONFIDENTIAL                                        LAZ-C-00049400

----------------------------------

----- Original Message -----
From: David.Descoteaux@Lazard.com <David.Descoteaux@Lazard.com>
To: Arthur.Bruhmuller@Lazard.com <Arthur.Bruhmuller@Lazard.com>
Cc: Flores, Daniel
Sent: Wed Sep 17 21:22:50 2008
Subject: Re: Fw: Diligence Items

I think this is covered in your explanation below but so there is nothing
lost
in the cracks, we discussed at the hearing what has happened to the value
of the
Acquired Assets since the balance sheet date of the agreement.    B paid
$72b
but presumably that value has declined since.

|            | Arthur |                                                        |
|------------|--------|--------------------------------------------------------|
| To         | Bruhmuller/IB/Lazard | "Flores, Daniel" <Daniel.Flores@lehman.com>  |
| cc         |        | David Descoteaux/IB/Lazard@Lazard NYC                  |
|            | Sep 17 2008 05:59 |                                             |
| Subject    | PM     | Re: Fw: Diligence Items(Document link:                 |
| David      |        | Descoteaux)                                            |

We are trying to get a sense for how marks have evolved since Friday.

I think the first priority would be to see the inventory of what's being
sold,
how the marks have evolved and info on the buyer "discount".


Arthur M. Bruhmuller
Director

CONFIDENTIAL

Lazard
30 Rockefeller Plaza
New York, New York  10112
212-632-6304 (TEL)
212-830-3613 (FAX)

|  | "Flores, Daniel" |  |
| --- | --- | --- |
| To | <Daniel.Flores@le hman.com> | Arthur Bruhmuller/IB/Lazard@Lazard NYC |
| cc |  |  |
| Subject | Sep 17 2008 05:44 PM | Fw: Diligence Items |

What are your thoughts on this?


---------------------------------

----- Original Message -----
From: Reilly, Gerard
To: Kelly, Martin; Flores, Daniel
Cc: Taylor, Austin L
Sent: Wed Sep 17 17:27:55 2008
Subject: RE: Diligence Items

The first question is very difficult.  My understanding of the deal is
that they
will purchase our assets that remain in LBI on the closing date which
will not
be the same as the assets on the 12th.  That purchase will be at a fixed
discount on the assets that remain to reflect the bulk size of the
purchase.  We
can track our pl by assets category which give some indication of how
much we
have moved the marks.  We can also provide assets as of the 16th with
marks so
they can get some perspective.

Let me know what we need.  If I am off base and the expectation is to
track
sales, cash, marks of the portfolio from the 12th to the close that will
be

CONFIDENTIAL

extremely difficult.

Gerry

| | |
|---|---|
| From: | Kelly, Martin |
| Sent: | Wednesday, September 17, 2008 4:52 PM |
| To: | Flores, Daniel |
| Cc: | Taylor, Austin L; Reilly, Gerard |
| Subject: | RE: Diligence Items |

#1 is Gerry (cc'd). #2 is me - we are working on that now

| | |
|---|---|
| From: | Flores, Daniel |
| Sent: | Wednesday, September 17, 2008 3:47 PM |
| To: | Kelly, Martin |
| Cc: | Taylor, Austin L |
| Subject: | Diligence Items |

Hi Martin,

Just left you a vmail.  Wanted to follow up on some of the items Lazard has
requested that George Mack and I discussed with you yesterday.  These are:

1. Price variance report for trading books going with deal to reflect changes
between Friday 9/12 close and Monday 9/15 close
2. The balance sheet of what's being sold as well as what is remaining behind

If you aren't the right person, please let me know who else I should contact.

Regards,
Daniel

-----------------------------------------
Daniel E. Flores
Lehman Brothers
Restructuring Group
(212) 526 8253 (Tel)
(212) 520 9312 (Fax)
daniel.flores@lehman.com


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - -
- - - -

This message is intended only for the personal and confidential use of the

CONFIDENTIAL

LAZ-C 00048403

designated recipient(s) named above.  If you are not the intended
recipient of
this message you are hereby notified that any review, dissemination,
distribution or copying of this message is strictly prohibited.  This
communication is for information purposes only and should not be regarded
as an
offer to sell or as a solicitation of an offer to buy any financial
product, an
official confirmation of any transaction, or as an official statement of
Lehman
Brothers.  Email transmission cannot be guaranteed to be secure or error-
free.
Therefore, we do not represent that this information is complete or
accurate and
it should not be relied upon as such.  All information is subject to
change
without notice.


--------
IRS Circular 230 Disclosure:
Please be advised that any discussion of U.S. tax matters contained
within this
communication (including any attachments) is not intended or written to
be used
and cannot be used for the purpose of (i) avoiding U.S. tax related
penalties or
(ii) promoting, marketing or recommending to another party any
transaction or
matter addressed herein.



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - -
- - - -

This message is intended only for the personal and confidential use of
the
designated recipient(s) named above.  If you are not the intended
recipient of
this message you are hereby notified that any review, dissemination,
distribution or copying of this message is strictly prohibited.  This
communication is for information purposes only and should not be regarded
as an
offer to sell or as a solicitation of an offer to buy any financial
product, an
official confirmation of any transaction, or as an official statement of
Lehman
Brothers.  Email transmission cannot be guaranteed to be secure or error-
free.

Therefore, we do not represent that this information is complete or
accurate
and it should not be relied upon as such.  All information is subject to
change
without notice.


_____

IRS Circular 230 Disclosure:
Please be advised that any discussion of U.S. tax matters contained
within this
communication (including any attachments) is not intended or written to
be used
and cannot be used for the purpose of (i) avoiding U.S. tax related
penalties
or (ii) promoting, marketing or recommending to another party any
transaction
or matter addressed herein.

CONFIDENTIAL

LAZ-C-00049405

# BCI EXHIBIT

# 197

| | |
|---|---|
| From: | Ricci, Rich: Barclays Capital |
| Sent: | Wednesday, September 17, 2008 7:12 PM |
| To: | Clackson, Patrick: Finance (LDN); Evans, Michael: HR (LDN) |
| Cc: | Cox, Archie: Barclays Capital (NYK) |
| Subject: | RE: $650m problem |

Never agreed to it. Archie this is the problem. We can't have this clause I don't think.

| | |
|---|---|
| From: | Clackson, Patrick: Finance (LDN) |
| Sent: | Wednesday, September 17, 2008 7:07 PM |
| To: | Evans, Michael: HR (LDN); Ricci, Rich: Barclays Capital |
| Subject: | $650m problem |

This is a problem, they have $2bn in the agreement. I was relying on you guys telling me I needed $1.35bn which gave me $650m of the goodwill but the para below says we have to pay it to them/can't use

Archie says you have agreed to this

Help.....

From sale and pruchase agreement

(c)    On or after the Closing, Purchaser shall, or shall cause its Subsidiaries to, pay each Transferred Employee an annual bonus ("08 Annual Bonuses"), in respect of the 2008 Fiscal Year that, in the aggregate, are equal in amount to 100 percent of the bonus pool amounts accrued in respect of amounts payable for incentive compensation (but not base salary) and reflected on the financial schedule delivered to Purchaser on September 16, 2008 and initialed by an officer of each of Holdings and Purchaser (the "Accrued 08 FY Liability"). Such 08 Annual Bonuses shall be awarded on or before March 15, 2009 in such forms and proportions as are consistent with Purchaser's customary practices, so that the aggregate amount awarded shall equal the Accrued 08 FY Liability. Any amounts that would have been allocated in respect of any Transferred Employee who voluntarily terminates employment before such award is made shall instead be allocated among the remaining Transferred Employees (who include, for this purpose, those Transferred Employees who are terminated without cause by Purchaser or its affiliates prior to the time the awards are made) (collectively, the "Remaining Transferred Employees"). However, the Accrued 08 FY Liability shall be reduced if, prior to the time such awards are made, both (x) 10% of the Transferred Employees have voluntarily terminated their employment with the Purchaser and (y) such terminated Transferred Employees would have been expected to receive at least 10% of the 08 Annual Bonuses had no such Transferred Employee's employment in fact terminated. In that case, Purchaser may adjust the Accrued 08 FY Liability proportionately from its initial level, in the same proportion as the reduction in Transferred Employees below 90% of the initial number of Transferred Employees compared to 90% of the initial number of Transferred Employees, in a good faith and reasonably equitable manner to account for the Transferred Employees to whom 08 Annual Bonuses will not be payable, and thereby to reduce the aggregate 08 Annual Bonuses. Any such reduction shall take into account the length of service, seniority within the Business and contribution of the Remaining Transferred Employees, relative to the allocation of the Accrued 08 FY Liability, in accordance with the principles enumerated herein.



1

Highly Confidential

BCI-EX-00077651

# BCI EXHIBIT

# 198

From:            Miller, Ann Marie [AMMiller@HLHZ.com]
Sent:            Wednesday, September 17, 2008 7:42 PM
To:              Miller, Ann Marie

The Lehman operations to be acquired have about 10,000 employees, estimated trading assets of $72 billion, and $68 billion in liabilities. The businesses will be merged into Barclays Capital, which is headed by Diamond, a former executive of Credit Suisse First Boston and Morgan Stanley.

"This is a once in a lifetime opportunity for Barclays," Diamond said.

The deal needs to be approved by the U.S. bankruptcy court in New York and can be terminated if it is not completed by September 24. Lehman is filing an emergency motion to seek an approval.

Barclays deal does not include Lehman's investment management division, which includes fund manager Neuberger Berman. On Monday, a person familiar with the situation said a sale of that unit was also close to being announced.

Private equity firms Bain Capital, Hellman & Friedman and Clayton, Dubilier and Rice have placed bids for the unit, the person said. Lehman had planned to sell a majority stake in the investment management unit before filing for bankruptcy, but is now selling the whole unit.

NEW YORK/LONDON (Reuters) - British bank Barclays Plc (BARC.L: Quote, Profile, Research, Stock Buzz) is one step closer to acquiring Lehman Brothers' (LEH.N: Quote, Profile, Research, Stock Buzz) (LEH.P: Quote, Profile, Research, Stock Buzz) core U.S. business in a $1.75 billion deal, after a U.S. Judge approved bid procedures for the sale on Wednesday.

While the sale still needs court approval to be completed, U.S. bankruptcy Judge James Peck approved a $100 million break-up fee for Barclays if the deal falls through and scheduled a sale hearing for Friday.

The judge also indicated he would approve $450 million in interim debtor-in-possession financing that Lehman is seeking from Barclays to fund operations as it hurries to complete the sale.

"There is effectively one logical purchaser for these assets," Peck told a packed court room in Manhattan, adding that the sale was an "extraordinary" circumstance, that needed to be expedited for the sake of the global markets.

During the hearing, representatives from the U.S. Securities and Exchange Commission, Federal Reserve, and Commodities & Futures Trading Commission said they supported the bid procedures.

Earlier on Wednesday, Barclays also said in addition to the $1.75 billion offer it could also acquire some additional Lehman businesses in Europe or Asia.

John Varley, Barclays chief executive, said the bank had "opportunities but not the obligation" to buy more Lehman assets, after the U.S. investment bank filed for bankruptcy protection on Monday.

"We now have the opportunity, and it's an opportunity that we're looking at quickly and seriously, to see what else might fit with the businesses we're developing around the world," Varley told analysts on a conference call. Continued...

"It would most typically be around those areas where Lehman has strong positions and BarCap has a weak one, so mostly around equities and the equity capital markets business."

1



EXHIBIT
467B
12/17/09    N2
FENGAD 800-631-6989

He said an example would be Lehman's cash equities, where he "wouldn't want to miss the opportunity to add some of the talent from the UK and Europe to that (U.S.) team."

Meanwhile, CNBC reported that Lehman may sell its investment management division as soon as Wednesday.

Barclays' proposed U.S. purchase includes Lehman's North American sales, trading, and research and investment banking businesses, as well as its midtown Manhattan headquarters and two New Jersey data centers and could save about 10,000 jobs at Lehman.

According to court documents, U.S. employees of the firm will have the opportunity to continue their employment with Barclays on the same terms through December 31, 2008 and Barclays will assume an estimated $2.5 billion in liabilities linked to the potential cost of severance for Lehman employees.

If the deal does not go through, Lehman can pay Barclays a break-up fee of $100 million plus up to $25 million for expenses, according to court documents. If another bidder emerges for Lehman, they would have to bid at least $1.875 billion for those assets, according to the bid protections.

For Barclays, the deal will have an immediate positive impact, expected to add to earnings in the first year, and will provide a "very high" return on investment, Varley said.

The deal would also lift Barclays' capital ratio, even before the bank completes a planned capital injection alongside the deal, because of a negative goodwill adjustment from the deal amounting to about $2 billion after tax.

The bank said existing shareholders had expressed support for the deal and were expected to buy additional equity of at least 600 million pounds ($1.1 billion) into the bank. **Continued...**

In court filings, Lehman said Barclays has also agreed to buy 50 percent of each position in residential real estate mortgage securities at its Lehman Brothers Inc unit.

Lazard acted as financial adviser to Lehman Brothers in the sale of assets to Barclays.

For its continuing bankruptcy case, Lehman also intends to hire financial advisory firm Alvarez & Marsal and appoint restructuring expert Bryan Marsal as chief restructuring officer, a Lehman lawyer said at the hearing.

CONFIDENTIAL

HLHZ0016857

# BCI EXHIBIT

# 199

From: AKIKO OGASAWARA/IB/LAZARD
Sent: 9/18/2008 12:23:29 AM
To: ARTHUR BRUHMULLER/IB/LAZARD@LAZARD NYC
CC: MATTHEW WHITING/IB/LAZARD@LAZARD NYC
Subject: Re: Lehman team

Matt,

Attached is the summary balance sheet.


--------------------------------
Akiko Ogasawara
Lazard Frères & Co. LLC
30 Rockefeller Plaza
New York, NY 10020
212.632.6604 (office)
212.641.2783 (fax)
917.375.0447 (mobile)
akiko.ogasawara@lazard.com




Arthur Bruhmuller/IB/Lazard
Sep 17 2008 08:18 PM

      To
      Matthew Whiting/IB/Lazard@Lazard NYC
      cc
      Akiko Ogasawara/IB/Lazard@Lazard NYC
      Subject
      Re: Lehman team




No.  Plan is go there first thing tomorrow morning.

You may want to review bankruptcy documents I sent you earlier.  I
wouldn't
spend time on real estate valuation docs.

Akiko, please fax Matt the summary balance sheet of what is being sold so
he
can familiarize himself with it.

Thanks.

CONFIDENTIAL                                                      LAZ-C-00048730

Arthur M. Bruhmuller
Director
Lazard
30 Rockefeller Plaza
New York, New York  10112
212-632-6304 (TEL)
212-830-3613 (FAX)


Matthew Whiting/IB/Lazard
Sep 17 2008 08:12 PM

        To
        Arthur Bruhmuller/IB/Lazard@Lazard NYC, Akiko
Ogasawara/IB/Lazard@Lazard NYC
        cc

        Subject
        Re: Lehman team


I am in the car heading back from JFK.  Were we able to get a meeting
with the
Lehman team tonight?


        ----- Original Message -----
        From: Arthur Bruhmuller
        Sent: 09/17/2008 05:37 PM EDT
        To: David Descoteaux; Akiko Ogasawara; Sujeet Indap
        Cc: Barry Ridings; Matthew Whiting
        Subject: Lehman team
David, Akiko and Sujeet:

Matthew Whiting (x1377), VP in restructuring, is joining the team.

Please copy him on all info and correspondence going forward.

He is flying back from client meeting now and will check in with us later
when
he lands.

Thanks.

CONFIDENTIAL

Arthur M. Bruhmuller
Director
Lazard
30 Rockefeller Plaza
New York, New York  10112
212-632-6304 (TEL)
212-830-3613 (FAX)


Attachment: r1231568.tif

LAZ-C-00048732



CONFIDENTIAL

LAZ-C-00048733

# BCI EXHIBIT

# 200

From: DAVID DESCOTEAUX/IB/LAZARD
Sent: 9/18/2008 1:22:50 AM
To: ARTHUR BRUHMULLER/IB/LAZARD@LAZARD NYC
CC: "FLORES, DANIEL" <DANIEL.FLORES@LEHMAN.COM>
Subject: Re: Fw: Diligence Items

I think this is covered in your explanation below but so there is nothing
lost
in the cracks, we discussed at the hearing what has happened to the value
of
the Acquired Assets since the balance sheet date of the agreement.    B
paid
$72b but presumably that value has declined since.




Arthur Bruhmuller/IB/Lazard
Sep 17 2008 05:59 PM

        To
        "Flores, Daniel" <Daniel.Flores@lehman.com>
        cc
        David Descoteaux/IB/Lazard@Lazard NYC
        Subject
        Re: Fw: Diligence Items




We are trying to get a sense for how marks have evolved since Friday.

I think the first priority would be to see the inventory of what's being
sold,
how the marks have evolved and info on the buyer "discount".


Arthur M. Bruhmuller
Director
Lazard
30 Rockefeller Plaza
New York, New York  10112
212-632-6304 (TEL)
212-830-3613 (FAX)

CONFIDENTIAL                                                    LAZ-C-00048795

"Flores, Daniel" <Daniel.Flores@lehman.com>
Sep 17 2008 05:44 PM

    To
    Arthur Bruhmuller/IB/Lazard@Lazard NYC
    cc

    Subject
    Fw: Diligence Items


What are your thoughts on this?


--------------------------------

----- Original Message -----
From: Reilly, Gerard
To: Kelly, Martin; Flores, Daniel
Cc: Taylor, Austin L
Sent: Wed Sep 17 17:27:55 2008
Subject: RE: Diligence Items

The first question is very difficult.  My understanding of the deal is
that
they will purchase our assets that remain in LBI on the closing date
which will
not be the same as the assets on the 12th.  That purchase will be at a
fixed
discount on the assets that remain to reflect the bulk size of the
purchase.
We can track our pl by assets category which give some indication of how
much
we have moved the marks.  We can also provide assets as of the 16th with
marks
so they can get some perspective.

Let me know what we need.  If I am off base and the expectation is to
track
sales, cash, marks of the portfolio from the 12th to the close that will
be
extremely difficult.

Gerry

_____

From:    Kelly, Martin
Sent:    Wednesday, September 17, 2008 4:52 PM
To:    Flores, Daniel
Cc:    Taylor, Austin L; Reilly, Gerard
Subject:    RE: Diligence Items

CONFIDENTIAL                                                      LAZ-C-00048796

#1 is Gerry (cc'd). #2 is me - we are working on that now

---

From:     Flores, Daniel
Sent:     Wednesday, September 17, 2008 3:47 PM
To:       Kelly, Martin
Cc:       Taylor, Austin L
Subject:  Diligence Items

Hi Martin,

Just left you a vmail.  Wanted to follow up on some of the items Lazard has
requested that George Mack and I discussed with you yesterday.  These are:

1. Price variance report for trading books going with deal to reflect changes
between Friday 9/12 close and Monday 9/15 close
2. The balance sheet of what's being sold as well as what is remaining behind

If you aren't the right person, please let me know who else I should contact.

Regards,
Daniel

----------------------------------------
Daniel E. Flores
Lehman Brothers
Restructuring Group
(212) 526 8253 (Tel)
(212) 520 9312 (Fax)
daniel.flores@lehman.com


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - -
- - - -

This message is intended only for the personal and confidential use of the
designated recipient(s) named above.  If you are not the intended recipient of
this message you are hereby notified that any review, dissemination,
distribution or copying of this message is strictly prohibited.  This
communication is for information purposes only and should not be regarded as an
offer to sell or as a solicitation of an offer to buy any financial product, an
official confirmation of any transaction, or as an official statement of
Lehman

CONFIDENTIAL

LAZ-C-00048797

Brothers.  Email transmission cannot be guaranteed to be secure or error-
free.
Therefore, we do not represent that this information is complete or
accurate
and it should not be relied upon as such.  All information is subject to
change
without notice.


--------
IRS Circular 230 Disclosure:
Please be advised that any discussion of U.S. tax matters contained
within this
communication (including any attachments) is not intended or written to
be used
and cannot be used for the purpose of (i) avoiding U.S. tax related
penalties
or (ii) promoting, marketing or recommending to another party any
transaction
or matter addressed herein.

CONFIDENTIAL                                                      LAZ-C-00048798

# BCI EXHIBIT

# 201

**From:**    Wise, Monique
**Sent:**    Thu, 18 Sep 2008 03:31:17 GMT
**To:**    Binkley, Tracy A; Collerton, Anthony J
**CC:**    Johnson, Jack; McDade, Bart
**Subject:** Re: **URGENT** Our employees are getting offers

Based on what I am dealing with on this memo tonight, I do not see a memo from Bart *and Bob* before the court has approved.

What we could do rapidly is a memo from bart that lists the questions and say: we know you want to hear about this and know answers to questions. We will have them by the weekend.

--------------------------------

----- Original Message -----
From: Binkley, Tracy A
To: Collerton, Anthony J; Wise, Monique
Cc: Johnson, Jack
Sent: Wed Sep 17 23:17:00 2008
Subject: FW: **URGENT** Our employees are getting offers

I think getting out the Q&A would help and the proposed memo from Bart and Diamond. I'll try to push along both. Monique -- do you know if Barclays approved the Q&A?

Jack, the only Q& A that I believe needed edit was the one on severance. Can you give Monique /Sara Dawes the language you recommend? I defer to you on it.

From: Pittenger, Linda
Sent: Wednesday, September 17, 2008 4:46 PM
To: Binkley, Tracy A; Collerton, Anthony J
Cc: O'Connor, Bridget E
Subject:    **URGENT** Our employees are getting offers

Tracy and Anthony,

We have a situation here in technology that our folks in the US and Europe (those we need for continuity on global systems) are being courted and picked off by our competitors in droves. They are systemically picking through our inventory of talent and it is widespread. Our folks are telling the senior managers that they do not want to leave, but they know nothing about their future here.

What we need:

1. We need Bart to send a memo to the CEOs of the other financial institutions asking them to please give us our time to work this out and to not go after our employees until things have settled (30 days). Jamie Dimon sent a memo like this when the Bear Sterns event happened and I do remember Brady Duggan at Credit Suisse telling us to lay low and adhere to Jamie Dimon's request.

2. We  absolutely have to put a retention package in here very quickly or we will really be in trouble. Either that or get the offer letters that discuss compensation. I realize that you are busy, but this needs attention. You know I am not one to raise red flags...but I am raising this one. I am glad to put together a retention strategy here or work with the appropriate people either here or with Barclays. I am concerned.

Please advise.

Linda

**Lehman Brother Inc.**
**Balance Sheet as of September 17, 2008**
($ in millions)

## ASSETS:

| | 08/31/08 | 09/17/08 | Notes | Transaction Adjustments | Balance Sheet Transferred | Balance Sheet Remaining | Purchase Agreement |
|---|---|---|---|---|---|---|---|
| CASH & CASH EQUIVALENTS | 268 | 412 | | | 412 | | |
| CASH & SECURITIES SEGR. AND ON DEPOSIT | 8,550 | 4,740 | Per L. Nazimowksi $1.9B customer cash locked up for 15x3; $3.18B futures customer cash set aside in MMK Mutual funds; $1B of Good Faith Deposits with Exchanges per G/L. | | | 4,740 | 700 |
| **FINANCIAL INSTR. & OTHER INVENTORY POSITIONS OWNED** | | | | | | | |
| GOVERNMENTS & AGENCIES | 30,225 | 37,214 | Per A. Abedeen Financing File | | 37,214 | - | 40,000 |
| TOTAL COMM. PAPER & OTHER MMKT INSTRUMENTS | 1,158 | 938 | | | - | - | 1,100 |
| MORTGAGES & ASSET-BACKED SEC | 6,490 | 5,972 | | | | 2,986 | 2,700 |
| TOTAL CORPORATE DEBT & OTHER | 5,422 | 4,839 | | | | - | 4,900 |
| TOTAL CORPORATE EQUITIES | 9,256 | 6,758 | | | | - | 8,300 |
| DERIVATIVES AND OTHER CONTR. AGREEMENTS | 2,738 | 3,566 | | | | - | 4,500 |
| TOTAL SECURITIES & OTHER FIN INSTR. OWNED | 55,318 | 59,107 | Per H.Ziff Inventory File | | 56,321 | 2,986 | 62,000 |
| COLLATERALIZED SHORT-TERM AGREEMENTS | 155,876 | 30,337 | | | 30,337 | 0 | |
| RECEIVABLES | 14,383 | 20,920 | Per F.Tenoyan Rec from Clearing Organizations of $2.4B; Per H.Ziff G/S File FTD $12.5B; Per J. Protestono Customer Rec $14.3B | | | 29,920 | 10,000 |
| OTHER ASSETS | 363 | 317 | Per G/L. PPE $76mm; Goodwill $133mm | | 76 | 241 | |
| INVESTMENT IN CONS. SUBS | 1,924 | 1,592 | | | | 1,592 | |
| DUE FROM SUBSIDIARIES | | | | | | | |
| FTD with LBIE | 2,500 | 8,248 | | | | 8,248 | |
| FTD with LBHI | 2,061 | 874 | | | | 874 | |
| REVERSE REPO with LBIE | 1,603 | 13,822 | | | | 13,822 | |
| REVERSE REPO with LBSF | 7,985 | 6,504 | | | | 6,504 | |
| REVERSE REPO with LBHI | 352 | 6,341 | | | | 6,341 | |
| REVERSE REPO with LCPI | | 424 | | | | 424 | |
| REVERSE REPO with LB I Group | 129 | 122 | | | | 122 | |
| REVERSE REPO with LBF | 44,840 | 85 | | | | 85 | |
| STOCK BORROW with LBIE | 4,235 | 12,902 | | | | 12,902 | |
| STOCK BORROW with LBSF | 179 | 4,479 | | | | 4,479 | |
| STOCK BORROW with LBHI | - | 122 | | | | 122 | |
| STOCK BORROW with LB I Group | 140 | 2,081 | | 3,645 | | 5,726 | |
| RECEIVABLE with LBHI | 1,601 | - | | | | - | |
| RECEIVABLE with LBIE | | | | | | | |
| Other Receivables <$50mm | | 172 | | | | 172 | |
| | 65,034 | 56,176 | | | | 59,821 | |
| **TOTAL ASSETS** | 302,316 | 182,802 | | | 87,146 | 99,301 | 72,700 |

**Lehman Brother Inc.**
**Balance Sheet as of September 17, 2008**
($ in millions)

| LIABILITIES: | 08/31/08 | 09/17/08 | Notes | Transaction Adjustments | Balance Sheet Transferred | Balance Sheet Remaining | Purchase Agreement |
|---|---|---|---|---|---|---|---|
| S.T. BORROWINGS & CURRENT PORTION OF L.T. BORROWINGS | 308 | 531 | Per Treasury | | | 531 | 531 |
| FINL INSTR & OTHER INV POSNS SOLD BUT NOT PURCHASED | | | | | | | |
| GOVERNMENTS & AGENCIES | 35,955 | 20,024 | | | 20,024 | | 21,000 |
| TOTAL COMM PAPER & OTHER MMKT INSTRUMENTS | 19 | 24 | | | 24 | | - |
| MORTGAGES & ASSET-BACKED SEC | 2,170 | 1,740 | | | 1,740 | | 2,100 |
| TOTAL CORPORATE DEBT & OTHER | 6,264 | 5,619 | | | 5,619 | | 6,300 |
| TOTAL CORPORATE EQUITIES | 2,084 | 1,660 | | | 1,660 | | 4,300 |
| DERIV & OTHER CONTR AGREEMENTS | | | | | | | |
| TOTAL SEC.& OTHER FIN.INSTR.SOLD NOT PURCH. | 46,492 | 29,067 | | | 29,067 | | 33,900 |
| COLLATERALIZED SHORT-TERM FINANCING | 107,954 | 74,602 | Per A. Aberbes Financing File | | 53,829 | 20,773 | 34,500 |
| PAYABLES | | | | | | | |
| Cure payments/accounts payable | 701 | 605 | | 2,000 | 2,000 | 0 | |
| Bonus payable | - | - | | 1,645 | 2,250 | 0 | |
| OTHER | 22,455 | 16,341 | Per K/1 G/L Pay to Clearing Organizations $5.5B; Per H.Ziff GFFS File FTD $4.8B; Per J. Protenzano Customer Pay $1B; Per G/L Taxes $0.4B | | 0 | 16,341 | 4,300 |
| DUE TO SUBSIDIARIES | | | | | | | |
| FTR with LBIE | 290 | 10,720 | | | | 10,720 | |
| REPO with LBHI | 20,712 | 16,194 | | | | 16,194 | |
| REPO with LBIE | 13,460 | 5,032 | | | | 5,032 | |
| REPO with LBSF | 1,608 | 350 | | | | 350 | |
| REPO with Bankhaus | 1,351 | 1,351 | | | | 1,351 | |
| REPO with LBF | 1,391 | 273 | | | | 273 | |
| REPO with Lehman RE | 273 | - | | | | - | |
| REPO with LBB | 2,185 | - | | | | - | |
| REPO with LBCB | 2,918 | - | | | | - | |
| REPO with LOTC | 759 | - | | | | - | |
| STOCK LOAN with LBIE | 39,216 | 9,209 | | | | 9,209 | |
| STOCK LOAN with LBSF | 2,051 | 2,979 | | | | 2,979 | |
| STOCK LOAN with LB LUX | 20,664 | - | | | | - | |
| PAYABLE with LBIE | - | 4,571 | | | | 4,571 | |
| PAYABLE with LBCC | 554 | 606 | | | | 606 | |
| PAYABLE with LBSF | 100 | 737 | | | | 737 | |
| PAYABLE with LBJ | 283 | 444 | | | | 444 | |
| PAYABLE with LBCB | - | - | | | | - | |
| PAYABLE with LBHI | 707 | 122 | | | | 122 | |
| Other Receivables <$50mm | 4,895 | 731 | | | | 731 | |
| | 113,446 | 53,319 | | | | 53,319 | |
| TOTAL LIABILITIES | 298,121 | 181,516 | | | 87,146 | 98,015 | 72,700 |
| LONG-TERM DEBT: | | | Per Treasury $6.5B is intercompany | | | | |
| SENIOR NOTES | 7,043 | 7,051 | | | - | 7,051 | 7,051 |
| SUBORDINATED NOTES | - | - | | | | | |
| TOTAL LONG-TERM DEBT: | 7,043 | 7,051 | | | | 7,051 | 7,051 |
| TOTAL LONG-TERM DEBT: | 7,043 | 7,051 | | | | 7,051 | 7,051 |
| STOCKHOLDERS EQUITY | | | | | | | |
| ADDITIONAL PAID IN CAPITAL | 3,866 | 3,866 | | | | 3,866 | |
| RETAINED EARNINGS | 306 | (1,045) | | | | (1,045) | |
| OTHER STOCKHOLDERS EQUITY | 23 | 23 | | | | 23 | |
| TOTAL STOCKHOLDERS EQUITY, NET | 4,195 | 2,844 | | | | 2,844 | |
| TOTAL STOCKHOLDERS' EQUITY | | | | | | | |
| TOTAL LIABILITIES & STOCKHOLDERS' EQUITY | 302,316 | 184,360 | | | 87,146 | 100,859 | 72,700 |
| Out of Balance | - | (1,558) | | | | (1,558) | |

# BCI EXHIBIT

# 202

**From:** Romain, Gary: Finance (LDN)
**Sent:** Thu, 18 Sep 2008 12:12:19 GMT
**To:** Owen, Caroline: Finance (LDN); Rudduck, Mark: Markets (LDN); Montaudy, Beatrice: Finance (NYK); Yang, Jasen: Markets (NYK); Regan, David: Finance (LDN)
**CC:** Logozzo, Joseph: Markets (NYK); Moreira, Nicholas: EDG (NYK); Chapman, Paul: Operations (LDN); Rodefeld, John: Operations (NYK); Walker, James: Finance (NYK); Weidler, Chris: Finance (LDN); Utley, Charles: Finance (NYK); Morton, Marcus: Finance (NYK); Versluys, Roger: Finance (LDN)
**Subject:** Re: Long Island Asset Booking.

It's essential there is a coordinated approach to how assets are brought on to barclays balance sheet (which entities acquire which assets, how/where negative goodwill recognised, how ringfenced for acquisition accounting, etc).

Beatrice, can we catch up when I get in? I've heard nothing about an spv plan and generation of gain in plc - would require accounting consideration before could proceed. James, Chris, Charles, Marcus, Roger - fyi.

Regards,

Gary

---

**From:** Owen, Caroline: Finance (LDN)
**To:** Rudduck, Mark: Markets (LDN); Montaudy, Beatrice: Finance (NYK); Yang, Jasen: Markets (NYK); Regan, David: Finance (LDN); Romain, Gary: Finance (LDN)
**Cc:** Logozzo, Joseph: Markets (NYK); Moreira, Nicholas: EDG (NYK); Chapman, Paul: Operations (LDN); Rodefeld, John: Operations (NYK)
**Sent:** Thu Sep 18 12:54:58 2008
**Subject:** RE: Long Island Asset Booking.
Mark just left you voicemail, are you referring to a technical accounting viewpoint on this? We are up to our necks in the LEH unwind right now so my brain may have missed something in the mail.

if so Gary who is a good contact in NY?

Many thanks

C

---

**From:** Rudduck, Mark: Markets (LDN)
**Sent:** 18 September 2008 12:34
**To:** Montaudy, Beatrice: Finance (NYK); Yang, Jasen: Markets (NYK); Owen, Caroline: Finance (LDN); Regan, David: Finance (LDN)



EXHIBIT

283 A
KK 8/27/09

HIGHLY CONFIDENTIAL

BCI-EX-(S)-0004771⁹

**Cc:** Logozzo, Joseph: Markets (NYK); Moreira, Nicholas: EDG (NYK); Chapman, Paul: Operations (LDN); Rodefeld, John: Operations (NYK)
**Subject:** RE: Long Island Asset Booking.
**Importance:** High

We'd need to involve Finance re the potential sale to an SPV of PLC.

Caroline / Dave - pls can you co-ordinate a response with your colleagues in Finance.

Clearly the answer is also a function of the number of positions / trades / volumes that we're talking about. Do you have any figures Beatrice ?

I assume that it is many thousands of positions / trades, which would mean booking in any entity not set up to process equities would be a problem.

---

**From:** Montaudy, Beatrice: Finance (NYK)
**Sent:** 18 September 2008 12:20
**To:** Rudduck, Mark: Markets (LDN); Yang, Jasen: Markets (NYK)
**Cc:** Logozzo, Joseph: Markets (NYK); Moreira, Nicholas: EDG (NYK); Chapman, Paul: Operations (LDN); Rodefeld, John: Operations (NYK)
**Subject:** Re: Long Island Asset Booking.

Thank you, Mark. At this point we assume the balance sheet from Lehman is only US. If anyone has a better view that would be helpful. The admittedly desperate plan at this point would be to acquire through SPV of BBPLC in UK and sell to BCSL to recognize the MTM gain in BBPLC.

Is there anyway that could be achieved and if so what is the max period BBPLC Newco could hold the equities before transfer to another entity with proper EDG systems?

Thank you,

Beatrice

---

**From:** Rudduck, Mark: Markets (LDN)
**To:** Montaudy, Beatrice: Finance (NYK); Yang, Jasen: Markets (NYK)
**Cc:** Logozzo, Joseph: Markets (NYK); Moreira, Nicholas: EDG (NYK); Chapman, Paul: Operations (LDN); Rodefeld, John: Operations (NYK)
**Sent:** Thu Sep 18 06:48:55 2008
**Subject:** RE: Long Island Asset Booking.
I assume that you are talking about cash equity positions only ? Are they just US equities ? Pls clarify

The infrastructure for our equity business at Bar Cap is all set up so that we trade out of BCSL or BCI (for a certain subset of products).

We do not have an infrastructure in PLC that can support the booking of equities (system issues / feeds etc). Over the years there we have looked at what it would take to migrate the equities

HIGHLY CONFIDENTIAL

BCI-EX-(S)-0004772(

Exhibits 180 - 221    Pg 104 of 202

business to PLC, but the cost / effort has always outweighed the benefit (and the project would take many months).

I will call you to discuss further.

Rgds
Mark

---

**From:** Montaudy, Beatrice: Finance (NYK)
**Sent:** 18 September 2008 11:13
**To:** Rudduck, Mark: Markets (LDN); Yang, Jasen: Markets (NYK)
**Cc:** Logozzo, Joseph: Markets (NYK)
**Subject:** Re: Long Island Asset Booking.

Hello Mark,

The context to this question was that, during the asset purchase price negotiations, it was essential to the valuation calculation that the "discount" between the value of the assets acquired and the purchase price NOT be subject to the 46% marginal US tax rate applicable to BCI. The purchase price negotiations assumed the assets would be pirchased by BBPLC where all gains would be offset by BBPLC US tax losses and ONLY subject to a 28% UK tax. This assumption was based on the repeated and repeatedly reconfirmed aversions of the business and PCG people present at 745 7th on Tuesday am that "equities were de minimis" and all assets would be held for sale and liquidated quickly.

Obviously, the situation was not clear to anyone on Tuesday am but the assumptions made are still going forward in London.

US Tax recognized immediately Wed am that US Equities acquired to be used as part of BAU EDG activity would need to be booked in BCSL and gains subject to 46% tax as a result of current Transfwr pricing. The gain on the equities is day one 2.5 billion USD.

The info we need now ( if possible by 9am NY time) is how could these equity assets possibly be acquired by BBPLC or a UK SPV sub of BBPLC (as was essential to the purchase price valuation and is still currently the plan in London?) Is there any way, leaving aside the US tax risks now in doing so, that this could even be done logistically/system wise for 8.8 BILLION of longs and over 6 BILLION of shorts?? Can an immediate manual solution a la HYMF be devised for Friday?

Or do we now need to assume the equities MUST be aquired by BCSL?

I appreciate your quick response below as I know this is a stressed time.

Thank you,

Beatrice

---

**From:** Rudduck, Mark: Markets (LDN)
**To:** Yang, Jasen: Markets (NYK); Montaudy, Beatrice: Finance (NYK)
**Cc:** Logozzo, Joseph: Markets (NYK)
**Sent:** Thu Sep 18 04:20:49 2008
**Subject:** FW: Long Island Asset Booking.

HIGHLY CONFIDENTIAL

BCI-EX-(S)-00047721

Jasen, Beatrice,

I don't have all the context / background as to what exactly the proposal is / what info you're after.

To the extent that your questions relate to US trading operations, Joe Logozzo can answer the detail for Equities trading (including derivatives). In short though our equity derivative trading in the US is conducted out of BCSL, with CBs and some equities traded out of our US broker dealer, BCI.

To the extent that your questions relate to Global trading operations, there's a significant number of legal entities that we use over the globe in Equities so this would be a significant undertaking. I can help channel this if required ?

I'd be grateful if you'd clarify exactly what info you need and Joe or I will be happy to help.

Thks
Mark

---

**From:**  Joshi, Dixit: EDG (LDN)
**Sent:**  18 September 2008 09:03
**To:**  Rudduck, Mark: Markets (LDN)
**Subject:**    FW: Long Island Asset Booking.

Can we get onto this

---

**From:**  Yang, Jasen: Markets (NYK)
**Sent:**  Thursday, September 18, 2008 12:09 AM
**To:**   Warren, Doug: Credit Derivatives (NYK); Joshi, Dixit: EDG (LDN); Duff, Mimi: Fixed Income (NYK); Dearlove, Mark: Markets (LDN)

**Cc:**   King, Stephen: Markets (NYK); Grbic, Susan: Finance (NYK); Montaudy, Beatrice: Finance (NYK); King, Samantha J: M&A Tax  (LDN)

**Subject:**    FW: Long Island Asset Booking.

Doug, Dixit, Mimi, Mark,

   Can you guys take a look at the questions below from Tax and see if you can answer or get information from your COOs? Trying to determine limitations on ability to book assets through different legal entities.

Jasen

---

**From:**  Montaudy, Beatrice: Finance (NYK)
**Sent:**  Wednesday, September 17, 2008 4:52 PM
**To:**   Yang, Jasen: Markets (NYK)
**Cc:**   King, Stephen: Markets (NYK); Grbic, Susan: Finance (NYK); King, Samantha J: M&A Tax  (LDN)
**Subject:**    Long Island Asset Booking.

HIGHLY CONFIDENTIAL

Hello Jasen,

We have been advised Barclays will be acquiring the following asset classes from Lehman Brothers.

GOV & AGENCY
COMMERICAL PAPER
CORP. DEBT
CORP EQUITY
DERIVATIVES
MORTGAGES
COLLATERIZED ST AGREEMENTS

In order to support the tax analysis, we will need to know for each asset class the following information:

1. In what entity is Barclays currently conducting its activities in the acquired assets?

2. Are there any regulatory restrictions with respect to booking the assets in the London or NY branch of BBPlc?

3. Who will be responsible for trading the acquired assets? **By which Barclays entity is that person currently employed? Is there any regulatory reason why that person cannot be employed by the branch.**

4. How will Barclays be holding the assets after acquisition date? (Tax had been advised Monday that the plan was to sell all the acquired assets in a short time frame.) However, if the plan is now to hold acquired assets as inventory in connection with current Barclays' customer businesses that needs to be clarified and explained.

5. If Barclays does not have a current business to which the assets relate and the assets will be "warehoused" at BBplc that needs to be explained and any timeframes for holding at BBplc estimated.

6. If known, what is the current transfer pricing arrangement that covers this activity?

7. Are there any other issues, that prevent these assets from being booked in BBPLC London or in NY? (Funding, Capital, etc.)

Thank you for your assistance.

Please do not hesitate to contact either Susan or myself if there are any questions on what is meant by any of these items.

KR.

HIGHLY CONFIDENTIAL

BCI-EX-(S)-0004772:

Beatrice

HIGHLY CONFIDENTIAL

BCI-EX-(S)-00047724

# BCI EXHIBIT

# 203

**From:**    Hauzenberg, Rose
**Sent:**    Thu, 18 Sep 2008 19:07:17 GMT
**To:**    Reilly, Gerard; Kelly, Martin; Wong, Kristie
**Subject:** LBI BS_916_V3.xls

**Lehman Brother Inc.**
**Balance Sheet as of September 16, 2008**
($ in millions)

| ASSETS: | 08/31/08 | 09/16/08 | Notes | Transaction Adjustments | Balance Sheet Transferred | Balance Sheet Remaining |
|---|---|---|---|---|---|---|
| CASH & CASH EQUIVALENTS | 268 | 1,314 | | | | |
| CASH & SECURITIES SEGR. AND ON DEPOSIT | 8,550 | 5,369 | Per L. Nzannowitz $1.9B customer cash locked up for 15c3; $2.6B Futures customer cash set aside in MMK Mutual funds; $1B of Good Faith Deposits with Exchanges per GL. | | | |
| FINANCIAL INSTR. & OTHER INVENTORY POSITIONS OWNED | | | | | | |
| GOVERNMENTS & AGENCIES | 30,225 | 37,649 | | | | |
| TOTAL COMM PAPER & OTHER MMKT INSTRUMENTS | 1,158 | 960 | | | | |
| MORTGAGES & ASSET-BACKED SEC | 6,499 | 6,080 | | | | |
| TOTAL CORPORATE DEBT & OTHER | 5,422 | 4,892 | | | | |
| TOTAL CORPORATE EQUITIES | 9,256 | 7,462 | | | | |
| DERIVATIVES AND OTHER FIN INSTR.OWNED | 2,758 | 3,257 | | | | |
| TOTAL SECURITIES & OTHER FIN INSTR.OWNED | 55,318 | 60,300 | Per H.Ziff Inventory File | | | |
| COLLATERALIZED SHORT-TERM AGREEMENTS | 155,876 | 41,061 | Per A. Abedeen Financing File | | | |
| RECEIVABLES | 14,383 | 26,782 | Per P.Tenoyson Rec from Clearing Organizations of $2.23B; Per H.Ziff GFS File FTD $9.1B; Per J. Potenciano Customer Rec $14.6B | | | |
| OTHER ASSETS | 363 | 317 | Per G/L. PPE $76mm; Goodwill $131mm | | | |
| INVESTMENT IN CONS. SUBS | 1,924 | 1,592 | | | | |
| DUE FROM SUBSIDIARIES | | | | | | |
| FTD with LBIE | 2,500 | 9,579 | | | | |
| FTD with LBHI | | 900 | | | | |
| REVERSE REPO with LBIE | 2,061 | 15,421 | | | | |
| REVERSE REPO with LBSF | 1,603 | 7,918 | | | | |
| REVERSE REPO with LCPI | 7,985 | 6,331 | | | | |
| REVERSE REPO with LBHI | 352 | 424 | | | | |
| REVERSE REPO with LB I Group | | 122 | | | | |
| REVERSE REPO with LBF | 129 | - | | | | |
| STOCK BORROW with LBIE | 44,849 | 14,501 | | | | |
| STOCK BORROW with LBSF | 4,235 | 5,892 | | | | |
| STOCK BORROW with LB I Group | 179 | 122 | | | | |
| RECEIVABLE with LBHI | - | - | | | | |
| RECEIVABLE with LBIE | 140 | - | | | | |
| Other Receibales <$50mm | 1,601 | 284 | | | | |
| | 65,634 | 63,576 | | | | |
| **TOTAL ASSETS** | 302,316 | 200,311 | | | | |

**Lehman Brother Inc.**
**Balance Sheet as of September 16, 2008**
**($ in millions)**

| | 08/31/08 | 09/16/08 | Notes | Transaction Adjustments | Balance Sheet Transferred | Balance Sheet Remaining |
|---|---|---|---|---|---|---|
| **LIABILITIES:** | | | | | | |
| S.T. BORROWINGS & CURRENT PORTION OF L.T. BORROWINGS | 308 | 494 | Per Treasury | | | |
| FINL.INSTR & OTHER INV POSNS SOLD BUT NOT PURCHASED | | | | | | |
| GOVERNMENTS & AGENCIES | 35,955 | 21,561 | | | | |
| TOTAL COMM PAPER & OTHER MMKT INSTRUMENTS | 19 | 25 | | | | |
| MORTGAGES & ASSET-BACKED SEC | 2,170 | 1,771 | | | | |
| TOTAL CORPORATE DEBT & OTHER | 6,264 | 5,979 | | | | |
| TOTAL CORPORATE EQUITIES | 2,084 | 1,660 | | | | |
| DERIV & OTHER CONTR. AGREEMENTS | | | | | | |
| TOTAL SEC.& OTHER FIN.INSTR.SOLD NOT PURCH. | 46,492 | 30,996 | Per H.Ziff Inventory File | | | |
| COLLATERALIZED SHORT-TERM FINANCING | 107,954 | 70,199 | Per A. Abedeen Financing File | | | |
| PAYABLES | 22,878 | 21,589 | Per 8/31 G/L Pay to Clearing Organizations $1.4B; Per H.Ziff GFS File FTD $5.5B; Per J. Potenciano Customer Pay $13.34B; Per G/L Taxes $0./4B; Compensation $0.5B; Accruals $0.3B | | | |
| DUE TO SUBSIDIARIES | | | | | | |
| FTR with LBIE | 290 | 11,373 | | | | |
| REPO with LBHI | 20,732 | | | | | |
| REPO with LBIE | 13,469 | 19,373 | | | | |
| REPO with LBSF | 1,608 | 7,471 | | | | |
| REPO with Bankhaus | 1,351 | 1,351 | | | | |
| REPO with LBF | 1,391 | 1,351 | | | | |
| REPO with Lehman RE | 273 | 273 | | | | |
| REPO with LBB | 2,185 | - | | | | |
| REPO with LBCB | 2,918 | - | | | | |
| REPO with LOTC | 759 | - | | | | |
| STOCK LOAN with LBIE | 39,216 | 10,858 | | | | |
| STOCK LOAN with LBSF | 2,051 | 5,414 | | | | |
| STOCK LOAN with LB LUX | 20,664 | - | | | | |
| PAYABLE with LBIE | - | 4,558 | | | | |
| PAYABLE with LBCC | 554 | 606 | | | | |
| PAYABLE with LBSF | 100 | 585 | | | | |
| PAYABLE with LBJ | 283 | 364 | | | | |
| PAYABLE with LBCB | - | 122 | | | | |
| PAYABLE with LBHI | 707 | - | | | | |
| Other Receibals <$50mn | 4,895 | 1,098 | | | | |
| LONG-TERM DEBT: | | | | | | |
| SENIOR NOTES | 7,043 | 7,051 | Per Treasury $6.5B is intercompany | | | |
| SUBORDINATED NOTES | | | | | | |
| TOTAL LONG-TERM DEBT: | 7,043 | 7,051 | | | | |
| **TOTAL LIABILITIES** | 298,121 | 195,096 | | | | |
| **STOCKHOLDERS EQUITY** | | | | | | |
| ADDITIONAL PAID IN CAPITAL | 3,866 | 3,866 | | | | |
| RETAINED EARNINGS | 306 | (920) | | | | |
| OTHER STOCKHOLDERS EQUITY, NET | 23 | 23 | | | | |
| TOTAL STOCKHOLDERS EQUITY | 4,195 | 2,969 | | | | |
| **TOTAL LIABILITIES & STOCKHOLDERS' EQUITY** | 302,316 | 198,065 | | | | |
| Out of Balance | - | (2,246) | | | | |

# BCI EXHIBIT

# 204

**From:**   Krishnamurthy, Ananth
**Sent:**   Thu, 18 Sep 2008 20:28:54 GMT
**To:**   Gelband, Michael
**Subject:** Re:

---

Or CItic
Maybe you can run whole thing.
Let's spk today if you think this is possible
Bankrupty hearing is tomorrow
We'd need a stay till monday to put the bid together

-----Original Message-----
From: "Gelband, Michael" <mgelband@lehman.com>

Date: Thu, 18 Sep 2008 16:07:39
To: <ananth@3ainvestors.com>
Subject: Re:

Interesting idea!

----- Original Message -----
From: Krishnamurthy, Ananth <ananth@3ainvestors.com>
To: Gelband, Michael
Sent: Thu Sep 18 15:36:50 2008
Subject: Re:

Let's put a bid together with kdb or nomura.

-----Original Message-----
From: "Gelband, Michael" <mgelband@lehman.com>

Date: Thu, 18 Sep 2008 15:35:12
To: <ananth@3ainvestors.com>
Subject: Re:

You are a smart man.

----- Original Message -----
From: Krishnamurthy, Ananth <ananth@3ainvestors.com>
To: Gelband, Michael
Sent: Thu Sep 18 15:24:21 2008
Subject:

So it looks like Barclays is buying $72bn of trading assets less $68bn of liabilities or $4bn of net assets (assuming marked correctly) for $250mm!!! (the other $1.5bn is for the building and data centers).


They are getting a "negative goodwill adjustment" of $2bn.


And the bankruptcy trustee is saying they are the only logical buyer.  He's not saying it's a fair price.

What am I missing???

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Lehman Brothers. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice.

--------
IRS Circular 230 Disclosure:
Please be advised that any discussion of U.S. tax matters contained within this communication (including any attachments) is not intended or written to be used and cannot be used for the purpose of (i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Lehman Brothers. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice.

--------
IRS Circular 230 Disclosure:
Please be advised that any discussion of U.S. tax matters contained within this communication (including any attachments) is not intended or written to be used and cannot be used for the purpose of (i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

# BCI EXHIBIT

# 205

# Filed Under Seal Pursuant To Protective Order

# BCI EXHIBIT

# 206

**From:**    Grenier, John B
**Sent:**    Thu, 18 Sep 2008 22:23:43 GMT
**To:**    Sullivan, Tim [IBD]
**Subject:** Balance Sheet Iterations

Tim,

The first page of this file is the most recent BS, updated around 1:00
today, although I am sure some changes have been made since then. Page 3
is the balance sheet from Tuesday morning that I assume was used in the
negotiations. Let me know if this is what you are looking for.


Regards,
  <<Consolidated Balance Sheets.pdf>>
John Grenier
> LEHMAN BROTHERS
> Investment Banking | Restructuring & Finance Group
> 745 Seventh Avenue | New York, NY 10019
Work: 212.526.4884 | Fax: 917.265.0391
Cell: 917.548.0256 | john.grenier@lehman.com

9/18/2008
4:33 PM
BS 6 Thursday 9-18

## ASSETS

| | Per Contract Estimate | 9/16 Estimate |
|---|---|---|
| Gov & Ag | $40.0 | $37.6 |
| Commercial Paper | 1.1 | 1.0 |
| Mortgages | 2.7 | 2.7 |
| Total Corp Debt | 4.9 | 4.9 |
| Corp Equity | 8.8 | 7.5 |
| Derivatives | 4.5 | 3.2 |
| Cash | 0.7 | 0.7 |
| Total | $62.7 | $57.6 |
| Collateralized ST Agr | 10.0 | 10.0 |
| Receivables | 0.0 | 0.0 |
| Other Assets | 0.0 | 0.0 |
| Inv In Con Subs | 0.0 | 0.0 |
| Due From Subs | 0.0 | 0.0 |
| Total | 10.0 | 10.0 |
| Adj. Total Assets | $72.65 | $67.60 |

## LIABILITIES

| | Per Contract Estimate | 9/16 Estimate |
|---|---|---|
| ST Borrowings | $0.0 | $0.0 |
| Gov & Ag | 21.0 | 21.6 |
| Commercial Paper | 0.0 | 0.0 |
| Mortgages | 0.0 | 0.0 |
| Corp Debt | 2.1 | 1.8 |
| Corp Equities | 6.3 | 5.9 |
| Derivatives | 4.5 | 1.7 |
| Total | $33.9 | $31.0 |
| Collateralized ST Fund | 34.5 | 32.4 |
| Payables | 0.0 | 0.0 |
| Deposits | 0.0 | 0.0 |
| Due To Subs | 0.0 | 0.0 |
| Sub Notes | 0.0 | 0.0 |
| Total | 34.5 | 32.4 |
| Total | 68.4 | 63.4 |
| Cure pmt | 2.3 | 2.3 |
| Comp | 2.0 | 2.0 |
| Total | $72.65 | $67.60 |

*Change from Previous*

## ASSETS

| | Per Contract Estimate | 9/16 Estimate |
|---|---|---|
| Gov & Ag | $0.0 | ($2.4) |
| Commercial Paper | 0.0 | ($0.1) |
| Mortgages | 0.0 | $0.0 |
| Total Corp Debt | 0.0 | $0.0 |
| Corp Equity | 0.0 | ($1.3) |
| Derivatives | 0.0 | ($1.3) |
| Cash | 0.0 | $0.0 |
| **Total** | **$0.0** | **($5.1)** |
| Collateralized ST Agr | 0.0 | 0.0 |
| Receivables | 0.0 | 0.0 |
| Other Assets | 0.0 | 0.0 |
| Inv In Con Subs | 0.0 | 0.0 |
| Due From Subs | 0.0 | 0.0 |
| **Total** | **0.0** | **0.0** |
| **Adj. Total Assets** | **$0.00** | **($5.05)** |

## LIABILITIES

| | Per Contract Estimate | 9/16 Estimate |
|---|---|---|
| ST Borrowings | $0.0 | $0.0 |
| Gov & Ag | 0.0 | $0.6 |
| Commercial Paper | 0.0 | $0.0 |
| Mortgages | 0.0 | $0.0 |
| Corp Debt | 0.0 | ($0.3) |
| Corp Equities | 0.0 | ($0.4) |
| Derivatives | 0.0 | ($2.8) |
| **Total** | **$0.0** | **($2.9)** |
| Collateralized ST Fund | 0.0 | (2.2) |
| Payables | 0.0 | 0.0 |
| Deposits | 0.0 | 0.0 |
| Due To Subs | 0.0 | 0.0 |
| Sub Notes | 0.0 | 0.0 |
| **Total** | **0.0** | **(2.2)** |
| **Total** | **0.0** | **(5.1)** |
| Cure pmt | 0.0 | 0.0 |
| Comp | 0.0 | 0.0 |
| **Total** | **$0.00** | **($5.05)** |

9/18/2008
4:33 PM
BS 6 Thursday 9-18

9/18/2008
4:33 PM
BS 5 (Final Tues Morning)

## ASSETS

| | |
|---|---|
| Gov & Ag | $40.0 |
| Commercial Paper | 1.1 |
| Mortgages | 2.7 |
| Total Corp Debt | 4.9 |
| Corp Equity | 8.8 |
| Derivatives | 4.5 |
| Cash | 0.7 |
| Total | $62.7 |
| Collateralized ST Agr | 10.0 |
| Receivables | 0.0 |
| Other Assets | 0.0 |
| Inv In Con Subs | 0.0 |
| Due From Subs | 0.0 |
| Total | 10.0 |
| Adj. Total Assets | $72.65 |

## LIABILITIES

| | |
|---|---|
| ST Borrowings | $0.0 |
| Gov & Ag | 21.0 |
| Commercial Paper | 0.0 |
| Mortgages | 0.0 |
| Corp Debt | 2.1 |
| Corp Equities | 6.3 |
| Derivatives | 4.5 |
| Total | $33.9 |
| Collateralized ST Fund | 34.5 |
| Payables | 0.0 |
| Deposits | 0.0 |
| Due To Subs | 0.0 |
| Sub Notes | 0.0 |
| Total | 34.5 |
| Total | 68.4 |
| Cure pmt | 2.25 |
| Comp | 2.0 |
| Total | $72.65 |

Page 3

Change from Previous

9/18/2008
4:33 PM
BS 5 (Final Tues Morning)

## ASSETS

| | |
|---|---|
| Gov & Ag | $0.0 |
| Commercial Paper | 0.0 |
| Mortgages | (0.2) |
| Total Corp Debt | (0.1) |
| Corp Equity | 2.3 |
| Derivatives | 0.0 |
| Cash | 0.0 |
| **Total** | **1.9** |
| | |
| Collateralized ST Agr | 0.0 |
| Receivables | 0.0 |
| Other Assets | 0.0 |
| Inv In Con Subs | 0.0 |
| Due From Subs | 0.0 |
| **Total** | **0.0** |
| | |
| **Adj. Total Assets** | **$1.90** |

## LIABILITIES

| | |
|---|---|
| ST Borrowings | ($0.3) |
| Gov & Ag | (25.5) |
| Commercial Paper | 0.0 |
| Mortgages | (0.2) |
| Corp Debt | 0.0 |
| Corp Equities | 0.0 |
| Derivatives | 2.4 |
| **Total** | **($23.6)** |
| | |
| Collateralized ST Fund | 25.5 |
| Payables | 0.0 |
| Deposits | 0.0 |
| Due To Subs | 0.0 |
| Sub Notes | 0.0 |
| **Total** | **25.5** |
| | |
| **Total** | **1.9** |
| | |
| Cure pmt | 0.0 |
| Comp | 0.0 |
| | |
| **Total** | **$1.90** |

Page 4

9/18/2008
4:33 PM
BS 4

## ASSETS

| | |
|---|---|
| Gov & Ag | $40.0 |
| Commercial Paper | 1.1 |
| Mortgages | 2.9 |
| Total Corp Debt | 5.0 |
| Corp Equity | 8.9 |
| Derivatives | 4.6 |
| Cash | 0.7 |
| **Total** | **$63.2** |
| | |
| Collateralized ST Agr | 10.0 |
| Receivables | 0.0 |
| Other Assets | 0.0 |
| Inv In Con Subs | 0.0 |
| Due From Subs | 0.0 |
| **Total** | **10.0** |
| | |
| **Adj. Total Assets** | **$73.15** |

## LIABILITIES

| | |
|---|---|
| ST Borrowings | $0.0 |
| Gov & Ag | 35.0 |
| Commercial Paper | 0.0 |
| Mortgages | 0.0 |
| Corp Debt | 2.1 |
| Corp Equities | 6.3 |
| Derivatives | 4.5 |
| **Total** | **$47.9** |
| | |
| Collateralized ST Fund | 21.0 |
| Payables | 0.0 |
| Deposits | 0.0 |
| Due To Subs | 0.0 |
| Sub Notes | 0.0 |
| **Total** | **21.0** |
| | |
| **Total** | **68.9** |
| | |
| Cure pmt | 2.25 |
| Comp | 2.0 |
| | |
| **Total** | **$73.15** |

*Change from Previous*

9/18/2008
4:33 PM
BS 4

| ASSETS | | LIABILITIES | |
|---|---|---|---|
| Gov & Ag | $0.0 | ST Borrowings | ($0.3) |
| Commercial Paper | 0.0 | Gov & Ag | (11.5) |
| Mortgages | 0.0 | Commercial Paper | 0.0 |
| Total Corp Debt | 0.0 | Mortgages | (0.2) |
| Corp Equity | 0.0 | Corp Debt | 0.0 |
| Derivatives | 2.4 | Corp Equities | 0.0 |
| Cash | 0.0 | Derivatives | 2.4 |
|  | 0.0 |  |  |
| **Total** | **2.4** | **Total** | **($9.6)** |
| Collateralized ST Agr | 0.0 | Collateralized ST Fund | 12.0 |
| Receivables | 0.0 | Payables | 0.0 |
| Other Assets | 0.0 | Deposits | 0.0 |
| Inv In Con Subs | 0.0 | Due To Subs | 0.0 |
| Due From Subs | 0.0 | Sub Notes | 0.0 |
| **Total** | **0.0** | **Total** | **12.0** |
|  |  | **Total** | **2.4** |
|  |  | Cure pmt | 0.0 |
|  |  | Comp | 0.0 |
| **Adj. Total Assets** | **$2.40** | **Total** | **$2.40** |

9/18/2008
4:33 PM
BS 3

## ASSETS

| | |
|---|---|
| Gov & Ag | $40.0 |
| Commercial Paper | 1.1 |
| Mortgages | 2.9 |
| Total Corp Debt | 5.0 |
| Corp Equity | 8.9 |
| Derivatives | 2.2 |
| Cash | 0.7 |
| **Total** | **$60.8** |
| | |
| Collateralized ST Agr | 10.0 |
| Receivables | 0.0 |
| Other Assets | 0.0 |
| Inv In Con Subs | 0.0 |
| Due From Subs | 0.0 |
| **Total** | **10.0** |
| | |
| **Adj. Total Assets** | **$70.75** |

## LIABILITIES

| | |
|---|---|
| ST Borrowings | $0.0 |
| Gov & Ag | 46.5 |
| Commercial Paper | 0.0 |
| Mortgages | 0.0 |
| Corp Debt | 2.1 |
| Corp Equities | 6.3 |
| Derivatives | 2.1 |
| **Total** | **$57.0** |
| | |
| Collateralized ST Fund | 9.5 |
| Payables | 0.0 |
| Deposits | 0.0 |
| Due To Subs | 0.0 |
| Sub Notes | 0.0 |
| **Total** | **9.5** |
| | |
| **Total** | **66.5** |
| | |
| Cure pmt | 2.25 |
| Comp | 2.0 |
| | |
| **Total** | **$70.75** |

9/18/2008
4:33 PM
BS 3

*Change from Previous*

## ASSETS

| | |
|---|---|
| Gov & Ag | $0.0 |
| Commercial Paper | 0.0 |
| Mortgages | 0.0 |
| Total Corp Debt | 0.0 |
| Corp Equity | 0.0 |
| Derivatives | 0.0 |
| Cash | 0.0 |
| **Total** | **0.0** |
| Collateralized ST Agr | 0.0 |
| Receivables | 0.0 |
| Other Assets | 0.0 |
| Inv In Con Subs | 0.0 |
| Due From Subs | 0.0 |
| **Total** | **0.0** |
| **Adj. Total Assets** | **$0.00** |

## LIABILITIES

| | |
|---|---|
| ST Borrowings | ($0.3) |
| Gov & Ag | 0.0 |
| Commercial Paper | 0.0 |
| Mortgages | (0.2) |
| Corp Debt | 0.0 |
| Corp Equities | 0.0 |
| Derivatives | 0.0 |
| **Total** | **($0.5)** |
| Collateralized ST Fund | 0.5 |
| Payables | 0.0 |
| Deposits | 0.0 |
| Due To Subs | 0.0 |
| Sub Notes | 0.0 |
| **Total** | **0.5** |
| **Total** | **0.0** |
| Cure pmt | 0.0 |
| Comp | 0.0 |
| **Total** | **$0.00** |

Page 8

9/18/2008
4:33 PM
BS 2

## ASSETS

| | |
|---|---|
| Gov & Ag | $40.0 |
| Commercial Paper | 1.1 |
| Mortgages | 2.9 |
| Total Corp Debt | 5.0 |
| Corp Equity | 8.9 |
| Derivatives | 2.2 |
| Cash | 0.7 |
| **Total** | **$60.8** |
| Collateralized ST Agr | 10.0 |
| Receivables | 0.0 |
| Other Assets | 0.0 |
| Inv In Con Subs | 0.0 |
| Due From Subs | 0.0 |
| **Total** | **10.0** |
| **Adj. Total Assets** | **$70.75** |

## LIABILITIES

| | |
|---|---|
| ST Borrowings | $0.3 |
| Gov & Ag | 46.5 |
| Commercial Paper | 0.0 |
| Mortgages | 0.2 |
| Corp Debt | 2.1 |
| Corp Equities | 6.3 |
| Derivatives | 2.1 |
| **Total** | **$57.5** |
| Collateralized ST Fund | 9.0 |
| Payables | 0.0 |
| Deposits | 0.0 |
| Due To Subs | 0.0 |
| Sub Notes | 0.0 |
| **Total** | **9.0** |
| **Total** | **66.5** |
| Cure pmt | 2.25 |
| Comp | 2.0 |
| **Total** | **$70.75** |

Page 9

9/18/2008
4:33 PM
BS 1

## ASSETS

| | | Adj |
|---|---:|---:|
| Gov & Ag | $40.0 | 0.02 |
| Commercial Paper | 1.2 | 0.02 |
| Mortgages | 6.5 | 0.02 |
| Total Corp Debt | 5.4 | 0.02 |
| Corp Equity | 9.3 | 0.02 |
| Derivatives | 2.8 | 0.02 |
| Total | 65.2 | 0.14 |
| | | |
| Collateralized ST Agr | 10.0 | 0.02 |
| Receivables | 0.0 | 0.02 |
| Other Assets | 0.4 | 0.02 |
| Inv In Con Subs | 1.9 | 0.02 |
| Due From Subs | 0.0 | 0.02 |
| Total | 12.3 | 0.11 |
| | | |
| Goodwill | 0.25 | 0.25 |
| | | |
| Adj. Total Assets | $77.4 | $75.0 |

## LIABILITIES

| | | Adj |
|---|---:|---:|
| ST Borrowings | $0.3 | 0.30 |
| Gov & Ag | 36.0 | 46.00 |
| Commercial Paper | 0.0 | 0.00 |
| Mortgages | 0.2 | 0.20 |
| Corp Debt | 2.2 | 2.20 |
| Corp Equities | 6.3 | 6.30 |
| Derivatives | 2.1 | 2.10 |
| Total | 47.1 | 57.10 |
| | | |
| Collateralized ST Fund | 30.0 | 10.00 |
| Payables | 0.0 | 0.00 |
| Deposits | 0.0 | 0.00 |
| Due To Subs | 0.0 | 0.00 |
| Sub Notes | 0.0 | 0.00 |
| Total | 30.0 | 10.00 |
| | | |
| Total | 77.1 | 67.10 |
| | | |
| Cure pmt | 2.25 | 2.25 |
| Comp | 2.0 | 2.00 |
| | | |
| Total | $81.4 | 71.35 |

# BCI EXHIBIT

# 207

*Ex. 509*

**From:** Kelly, Martin
**Sent:** Thu, 18 Sep 2008 23:02:53 GMT
**To:** richard.krasnow@weil.com
**Subject:** FW: LBI BS_917_V with adjustment.xls

---

LBHI 013444

**Lehman Brother Inc.**
**Balance Sheet as of September 17, 2008**
($ in millions)

| ASSETS: | 08/31/08 | 09/17/08 | Notes | Transaction Adjustments | Balance Sheet Transferred | Balance Sheet Remaining | Purchase Agreement |
|---|---|---|---|---|---|---|---|
| CASH & CASH EQUIVALENTS | 268 | 412 | | | 412 | - | 700 |
| CASH & SECURITIES SEGR AND ON DEPOSIT | 8,550 | 4,740 | Per L. Nazimowals $1.9B customer cash locked up for 15(1-3);$1.9B Futures customer cash set aside in MnK / NMsual funds; $1B of Good Faith Deposits with Exchanges per G/L. | | - | 4,740 | |
| FINANCIAL INSTR. & OTHER INVENTORY POSITIONS OWNED | | | | | | | |
| GOVERNMENTS & AGENCIES | 30,225 | 37,214 | | | 37,214 | - | 40,000 |
| TOTAL COMM PAPER & OTHER MMKT INSTRUMENTS | 1,158 | 958 | | | 958 | - | 1,100 |
| MORTGAGES & ASSET-BACKED SEC | 6,499 | 5,972 | | | 2,986 | 2,986 | 2,700 |
| TOTAL CORPORATE DEBT & OTHER | 5,422 | 4,839 | | | 4,839 | - | 4,900 |
| TOTAL CORPORATE EQUITIES | 9,256 | 6,758 | | | 6,758 | - | 8,800 |
| DERIVATIVES AND OTHER CONTR. AGREEMENTS | 2,258 | 3,566 | Per H.Ziff Inventory File | | 3,566 | - | 4,500 |
| TOTAL SECURITIES & OTHER FIN INSTR.OWNED | 55,318 | 59,307 | | | 56,321 | 2,986 | 62,000 |
| COLLATERALIZED SHORT-TERM AGREEMENTS | 155,876 | 30,337 | Per A. Abodeer: Financing File; Per P.Tempyee Rec From Clearing Organizations of $2.4B; Per H.Ziff GFS File FTD $12.3B; Per J. Potenciano Customer Rec $14.3B | | 30,337 | 0 | 10,000 |
| RECEIVABLES | 14,383 | 29,920 | | | | 29,920 | |
| OTHER ASSETS | 363 | 317 | Per G/L: PFE $76mm, Goodwill $133mm | | 76 | 241 | |
| INVESTMENT IN CONS. SUBS | 1,924 | 1,592 | | | | 1,592 | |
| DUE FROM SUBSIDIARIES | | | | | | | |
| FTD with LBIE | 2,500 | 8,248 | | | | 8,248 | |
| FTD with LBHI | | 874 | | | | 874 | |
| REVERSE REPO with LBIE | 2,061 | 13,822 | | | | 13,822 | |
| REVERSE REPO with LBSF | 1,603 | 6,504 | | | | 6,504 | |
| REVERSE REPO with LCPI | 7,985 | 6,341 | | | | 6,341 | |
| REVERSE REPO with LBHI | 352 | 424 | | | | 424 | |
| REVERSE REPO with LB I Group | | 122 | | | | 122 | |
| REVERSE REPO with LBF | 129 | 85 | | | | 85 | |
| STOCK BORROW with LBIE | 44,849 | 12,902 | | | | 12,902 | |
| STOCK BORROW with LBSF | 4,235 | 4,479 | | | | 4,479 | |
| STOCK BORROW with LB I Group | 179 | 122 | | | | 122 | |
| RECEIVABLE with LBHI | | 2,081 | | 1,383 | | 3,464 | |
| RECEIVABLE with LBIE | 140 | | | | | | |
| Other: Receivables <$50mm | 1,601 | 172 | | | | 172 | |
| | 65,634 | 56,176 | | | | 57,559 | |
| TOTAL ASSETS | 302,316 | 182,802 | | | 87,146 | 97,039 | 72,700 |

**Lehman Brother Inc.**
**Balance Sheet as of September 17, 2008**
**($ in millions)**

| LIABILITIES: | 08/31/08 | 09/17/08 | Notes | Transaction Adjustments | Balance Sheet Transferred | Balance Sheet Remaining | Purchase Agreement |
|---|---|---|---|---|---|---|---|
| S.T. BORROWINGS & CURRENT PORTION OF L.T. BORROWINGS | 308 | 531 | Per Treasury | | | 531 | |
| FIN'L INSTR. & OTHER INV POS'NS SOLD BUT NOT PURCHASED | | | | | | | |
| GOVERNMENTS & AGENCIES | 35,955 | 20,024 | | | 20,024 | - | 21,000 |
| TOTAL COMM PAPER & OTHER MMKT INSTRUMENTS | 19 | 24 | | | 24 | - | |
| MORTGAGES & ASSET-BACKED SEC | 2,170 | 1,740 | | | 1,740 | - | 2,100 |
| TOTAL CORPORATE DEBT & OTHER | 6,264 | 5,619 | | | 5,619 | - | 6,300 |
| TOTAL CORPORATE EQUITIES | 2,084 | 1,660 | | | 1,660 | - | 4,500 |
| DERIV & OTHER CONTR. AGREEMENTS | 46,492 | 29,067 | | | 29,067 | - | 33,900 |
| TOTAL SEC. & OTHER FIN INSTR SOLD NOT PURCH. | | | | | | | |
| COLLATERALIZED SHORT-TERM FINANCING | 107,954 | 74,602 | Per A. Aberdeen Financing File | | 55,776 | 18,826 | 34,500 |
| PAYABLES | | | | | | | |
| COMPENSATION PAYABLE | 360 | 520 | | 1,000 | 1,520 | - | |
| TRADE LIABILITIES | 423 | 400 | | 383 | 783 | - | |
| OTHER | 22,095 | 16,026 | Per A,H,1 GG Pay to Clearing Organizations $0.3B. Per HZ/GGFS File FTD $4.1B. Per J. Patroccino Customer Pay $11B. Per GL Taxes $0.4B | | | 16,026 | 4,300 |
| DUE TO SUBSIDIARIES | | | | | | | |
| FTR with LBIE | 290 | 10,720 | | | | 10,720 | |
| REPO with LBHI | 20,732 | | | | | | |
| REPO with LBIE | 13,469 | 16,194 | | | | 16,194 | |
| REPO with LBSF | 1,608 | 5,032 | | | | 5,032 | |
| REPO with Bankhaus | 1,351 | 350 | | | | 350 | |
| REPO with LBF | 1,391 | 1,351 | | | | 1,351 | |
| REPO with Lehman RE | 273 | 273 | | | | 273 | |
| REPO with LBB | 2,185 | - | | | | | |
| REPO with LBCB | 2,918 | - | | | | | |
| REPO with LOTC | - | - | | | | | |
| STOCK LOAN with LBIE | 39,216 | 9,209 | | | | 9,209 | |
| STOCK LOAN with LBSF | 2,051 | 2,979 | | | | 2,979 | |
| STOCK LOAN with LB LUX | 20,664 | - | | | | | |
| PAYABLE with LBIE | 554 | 4,571 | | | | 4,571 | |
| PAYABLE with LBCC | 100 | 606 | | | | 606 | |
| PAYABLE with LBSF | 283 | 737 | | | | 737 | |
| PAYABLE with LBI | - | 444 | | | | 444 | |
| PAYABLE with LBCB | 707 | 122 | | | | 122 | |
| PAYABLE with LBHI | 4,895 | - | | | | | |
| Other Receivables <$50mm | | 731 | | | | 731 | |
| | 113,446 | 53,319 | | | - | 53,319 | |
| TOTAL LIABILITIES | 298,121 | 181,516 | | | 87,146 | 95,753 | 72,700 |
| LONG-TERM DEBT: | | | | | | | |
| SENIOR NOTES | | | | | | | |
| SUBORDINATED NOTES | 7,043 | 7,051 | Per Treasury $6.9B is intercompany | | | 7,051 | |
| TOTAL LONG-TERM DEBT: | 7,043 | 7,051 | | | | 7,051 | |
| TOTAL LIABILITIES | 298,121 | 181,516 | | | 87,146 | 95,753 | 72,700 |
| STOCKHOLDERS EQUITY | | | | | | | |
| ADDITIONAL PAID IN CAPITAL | 3,866 | 3,866 | | | 3,866 | 3,866 | |
| RETAINED EARNINGS | 306 | (1,045) | | | (1,045) | (1,045) | |
| OTHER STOCKHOLDERS EQUITY, NET | 23 | 23 | | | 23 | 23 | |
| TOTAL STOCKHOLDERS EQUITY | 4,195 | 2,844 | | | 2,844 | 2,844 | |
| TOTAL LIABILITIES & STOCKHOLDERS' EQUITY | 302,316 | 184,360 | | | 87,146 | 98,597 | 72,700 |
| Out of Balance | - | (1,558) | | | - | (1,558) | |

# BCI EXHIBIT

# 208

From:          michaelklein@michaelsklein.com
Sent:          Thursday, September 18, 2008 8:23 PM
To:            Ricci, Rich: Barclays Capital
Subject:       Re: Call

I am aware

We have an 830 call to discuss the issues

I am staying in ny to help out on the issue

Will work with london tonight by phone-head over when we close tomorrow night Sent via
BlackBerry by AT&T

-----Original Message-----
From: <rich.ricci@barclayscapital.com>

Date: Fri, 19 Sep 2008 01:12:35
To: <michaelklein@michaelsklein.com>
Subject: Re: Call


Big issues on bal sheet today vs what we thought we bought.

----- Original Message -----
From: michaelklein@michaelsklein.com <michaelklein@michaelsklein.com>
To: Ricci, Rich: Barclays Capital
Sent: Fri Sep 19 00:45:35 2008
Subject: Call

Rich

Let me know if you need anything

I am working through the contract/closing with lawyers/archie and europe issues for gerry.

I will fly over to europe tomorrow after we settle some of the open creditor issues before
the bankruptcy hearing

If I can help you at all, let me know-i am heading back to 200 park now

All the best
Sent via BlackBerry by AT&T

_____

This e-mail may contain information that is confidential, privileged or otherwise protected
from disclosure. If you are not an intended recipient of this e-mail, do not duplicate or
redistribute it by any means. Please delete it and any attachments and notify the sender that
you have received it in error. Unless specifically indicated, this e-mail is not an offer to
buy or sell or a solicitation to buy or sell any securities, investment products or other
financial product or service, an official confirmation of any transaction, or an official
statement of Barclays. Any views or opinions presented are solely those of the author and do

1

Confidential

Δ π EXHIBIT 425
Deponent KLEIN
Date 9/12/09 Rptr. KK
WWW.DEPOBOOK.COM

BCI-EX-00077378

10335673

not necessarily represent those of Barclays. This e-mail is subject to terms available at the following link: www.barcap.com/emaildisclaimer. By messaging with Barclays you consent to the foregoing.  Barclays Capital is the investment banking division of Barclays Bank PLC, a company registered in England (number 1026167) with its registered office at 1 Churchill Place, London, E14 5HP.  This email may relate to or be sent from other members of the Barclays Group.

2

Confidential                                                    BCI-EX-00077379

10335673

# BCI EXHIBIT

# 209

From: "FLORES, DANIEL" <DANIEL.FLORES@LEHMAN.COM>
Sent: 9/19/2008 12:51:43 AM
To: BARRY RIDINGS/IB/LAZARD@LAZARD NYC;DAVID DESCOTEAUX/IB/LAZARD@LAZARD
NYC;ARTHUR BRUHMULLER/IB/LAZARD@LAZARD NYC
Subject: FW: LBI BS_917_V with adjustment.xls

Attached is a cut of the balance sheet that stays and is transferred to
Barclays.
Please note that this is preliminary and will change so please do not
share with anyone yet.  I will send you the final version as soon as I
get it.


DF


> _____
> From:    Wong, Kristie
> Sent:    Thursday, September 18, 2008 6:20 PM
> To: Flores, Daniel
> Cc: Kelly, Martin
> Subject: FW: LBI BS_917_V with adjustment.xls
>
>
>
> _____
> From:    Hauzenberg, Rose
> Sent:    Thursday, September 18, 2008 6:20 PM
> To: Wong, Kristie
> Subject: LBI BS_917_V with adjustment.xls
>
>  <<LBI BS_917_V with adjustment.xls>>
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - -
- - - -

This message is intended only for the personal and confidential use of
the
designated recipient(s) named above.  If you are not the intended
recipient of
this message you are hereby notified that any review, dissemination,
distribution or copying of this message is strictly prohibited.  This
communication is for information purposes only and should not be regarded
as an
offer to sell or as a solicitation of an offer to buy any financial
product, an
official confirmation of any transaction, or as an official statement of
Lehman
Brothers.  Email transmission cannot be guaranteed to be secure or error-
free.
Therefore, we do not represent that this information is complete or
accurate
and it should not be relied upon as such.  All information is subject to
change
without notice.

CONFIDENTIAL

--------
IRS Circular 230 Disclosure:
Please be advised that any discussion of U.S. tax matters contained
within this
communication (including any attachments) is not intended or written to
be used
and cannot be used for the purpose of (i) avoiding U.S. tax related
penalties
or (ii) promoting, marketing or recommending to another party any
transaction
or matter addressed herein.
 - LBI BS_917_V with adjustment.xls

Attachment: LBI BS_917_V with adjustment.xls

CONFIDENTIAL

LAZ-C-00050091

| # | | Description | 08/31/08 | 09/17/08 | Notes |
|---|---|---|---|---|---|
| 1 | | Lehman Brother Inc. | | | |
| 2 | | Balance Sheet as of September 17, 2008 | | | |
| 3 | | ($ in millions) | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | ASSETS: | | | |
| 7 | | CASH & CASH EQUIVALENTS | 268 | 412 | |
| 8 | | CASH & SECURITIES SEGR. AND ON DEPOSIT | 8,550 | 4,740 | Per L Nazerwosk $1.9B customer cash locked up for 15A3, $1.9B future customer cash set aside in IMMX Mutual Funds, $1B of Good Faith Deposits with Exchanges per QL. |
| 9 | | | | | |
| 10 | | FINANCIAL INSTR. & OTHER INVENTORY POSITIONS OWNED | | | |
| 11 | | GOVERNMENTS & AGENCIES | 30,225 | 37,214 | |
| 12 | | TOTAL COMM. PAPER & OTHER MONEY MARKET INSTRUMENTS | 1,158 | 958 | |
| 13 | | MORTGAGES & ASSET-BACKED SEC | 6,499 | 5,972 | |
| 14 | | TOTAL CORPORATE DEBT & OTHER | 5,422 | 4,839 | |
| 15 | | TOTAL CORPORATE EQUITIES | 9,256 | 6,759 | |
| 16 | | DERIVATIVES AND OTHER CONTR. AGREEMENTS | 2,758 | 3,565 | |
| 17 | | TOTAL SECURITIES & OTHER FIN INSTR. OWNED | 55,318 | 59,307 | |
| 18 | | | | | |
| 19 | | COLLATERALIZED SHORT-TERM AGREEMENTS | 155,876 | 30,337 | Per A Abedeen Financing File |
| 20 | | RECEIVABLES | 14,383 | 29,920 | Per R Thompson Rec from Clearing Organizations of $2.4B; Per H2iff OJFS 9 file FTD $12.5B; Per J. Pietrodaino Customer Rec $14.3B |
| 21 | | OTHER ASSETS | 363 | 317 | Per QL. PPE $76mm, Goodwill $135mm |
| 22 | | INVESTMENT IN CONS. SUBS | 1,924 | 1,592 | |
| 23 | | DUE FROM SUBSIDIARIES | 2,500 | | |
| 24 | | FTD with LBIE | | 8,248 | |
| 25 | | FTD with LBHI | 2,061 | 874 | |
| 26 | | REVERSE REPO with LBIE | | 13,822 | |
| 27 | | REVERSE REPO with LBSF | 1,603 | 6,504 | |
| 28 | | REVERSE REPO with LCPI | 7,985 | 6,541 | |
| 29 | | REVERSE REPO with LBHI | 352 | 424 | |
| 30 | | REVERSE REPO with LB I Group | | 424 | |
| 31 | | REVERSE REPO with LBF | 129 | 112 | |
| 32 | | STOCK BORROW with LBIE | 44,849 | 12,902 | |
| 33 | | STOCK BORROW with LBSF | 4,235 | 4,479 | |
| 34 | | STOCK BORROW with LB I Group | 179 | 122 | |
| 35 | | STOCK BORROW with LBHI | | 2,081 | |
| 36 | | RECEIVABLE with LBHI | - | 122 | |
| 37 | | RECEIVABLE with LBIE | 140 | - | |
| 38 | | Other Receivables <$50mm | 1,601 | 172 | |
| 39 | | | 65,634 | 56,176 | |
| 40 | | | | | |
| 41 | | TOTAL ASSETS | 302,316 | 182,802 | |
| 42 | | | | | |
| 43 | | LIABILITIES: | | | |
| 44 | | | | | |
| 45 | | S.T. BORROWINGS & COLLATER. BORROWINGS | 308 | 531 | Per Treasury |
| 46 | | | | | |
| 47 | | FIN'L INSTR. & OTHER INV POSNS SOLD BUT NOT PURCHASED | | | |

CONFIDENTIAL

LAZ-C-00050092

| | I Transaction Adjustments | K Balance Sheet Transferred | M Balance Sheet Remaining | O Purchase Agreement |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | 412 | 4,740 | 700 |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | 37,214 | | 40,000 |
| 12 | | 958 | 2,986 | 1,100 |
| 13 | | 2,986 | - | 2,700 |
| 14 | | 4,839 | - | 4,900 |
| 15 | | 6,758 | - | 8,800 |
| 16 | | 3,566 | - | 4,500 |
| 17 | | 56,321 | 2,986 | 62,000 |
| 18 | | 30,337 | 0 | |
| 19 | | | 29,920 | 10,000 |
| 20 | | | | |
| 21 | | 76 | 241 | |
| 22 | | | 1,592 | |
| 23 | | | 8,248 | |
| 24 | | | 874 | |
| 25 | | | 13,822 | |
| 26 | | | 6,554 | |
| 27 | | | 6,341 | |
| 28 | | | 424 | |
| 29 | | | 122 | |
| 30 | | | 85 | |
| 31 | | | 12,902 | |
| 32 | | | 4,479 | |
| 33 | | | 122 | |
| 34 | | | 3,464 | |
| 35 | | | | |
| 36 | | | | |
| 37 | | | 172 | |
| 38 | | | 57,559 | |
| 39 | | | | |
| 40 | | | 97,039 | |
| 41 | 1,383 | | | |
| 42 | | 87,146 | | 72,700 |
| 43 | | | | |
| 44 | | | | |
| 45 | | | 531 | |
| 46 | | | | |
| 47 | | | | |

CONFIDENTIAL

LAZ-C-00050093

| # | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 48 | | GOVERNMENTS & AGENCIES | 35,955 | | 20,024 | |
| 49 | | TOTAL COMM PAPER & OTHER MKKT INSTRUMENTS | 19 | | 24 | |
| 50 | | MORTGAGES & ASSET-BACKED SEC | 2,170 | | 1,740 | |
| 51 | | TOTAL CORPORATE DEBT & OTHER | 6,264 | | 5,619 | |
| 52 | | TOTAL CORPORATE EQUITIES | 2,084 | | 1,660 | |
| 53 | | DERIV & OTHER CONTR AGREEMENTS | | | | |
| 54 | | TOTAL SEC & OTHER FIN INSTR SOLD NOT PURCH | 46,492 | | 29,067 | |
| 55 | | | | | | |
| 56 | | COLLATERLIZED SHORT-TERM FINANCING | 107,954 | | 74,602 | Per A. Abedeen Financing File |
| 57 | | PAYABLES | | | | |
| 58 | | COMPENSATION PAYABLE | 360 | | 520 | |
| 59 | | TRADE LIABILITIES | 423 | | 400 | |
| 60 | | OTHER | 22,095 | | 16,026 | Per OG, Taxes $0.4B |
| 61 | | | | | | |
| 62 | | DUE TO SUBSIDIARIES | | | | |
| 63 | | FTR with LBIE | 290 | | 10,720 | Per $21 OA Pay to Clearing Organizations $0.5B; Per H.Ziff QFS File FTD $4.2B; Per J. Provenzano Customer Pay $11B; Per OG, Taxes $0.4B / Per H.Ziff Inventory File |
| 64 | | REPO with LBHI | 20,732 | | - | |
| 65 | | REPO with LBH | 16,194 | | | |
| 66 | | REPO with LBIE | 13,469 | | 5,032 | |
| 67 | | REPO with LBSF | 1,608 | | 350 | |
| 68 | | REPO with Bankhaus | 1,351 | | 1,351 | |
| 69 | | REPO with LBF | 1,391 | | 1,351 | |
| 70 | | REPO with Lehman RE | 273 | | 273 | |
| 71 | | REPO with LBB | 2,185 | | - | |
| 72 | | REPO with LBCB | 2,918 | | - | |
| 73 | | REPO with LOTC | 759 | | - | |
| 74 | | STOCK LOAN with LBIE | 39,216 | | 9,209 | |
| 75 | | STOCK LOAN with LBSF | 2,051 | | 2,979 | |
| 76 | | STOCK LOAN with LB LUX | 20,094 | | - | |
| 77 | | PAYABLE with LBIE | 554 | | 4,571 | |
| 78 | | PAYABLE with LBCC | - | | 606 | |
| 79 | | PAYABLE with LBSF | 100 | | 737 | |
| 80 | | PAYABLE with LBI | 283 | | 444 | |
| 81 | | PAYABLE with LBCB | - | | 122 | |
| 82 | | PAYABLE with LBHI | 707 | | - | |
| 83 | | Other Receivables <$50mm | 4,895 | | 751 | |
| 84 | | | 113,446 | | 53,319 | |
| 85 | | | | | | |
| 86 | | LONG-TERM DEBT: | | | | |
| 87 | | SENIOR NOTES | | | | Per Treasury $6.5B is intercompany |
| 88 | | SUBORDINATED NOTES | | | | |
| 89 | | TOTAL LONG-TERM DEBT | 7,043 | | 7,051 | |
| 90 | | TOTAL LIABILITIES | 298,121 | | 181,516 | |
| 91 | STOCKHOLDERS EQUITY | | | | | |
| 92 | | ADDITIONAL PAID IN CAPITAL | 3,866 | | 3,866 | |
| 93 | | RETAINED EARNINGS | 306 | | (1,045) | |
| 94 | | OTHER STOCKHOLDERS EQUITY NET | 23 | | 23 | |
| 95 | | TOTAL STOCKHOLDERS EQUITY | 4,195 | | 2,844 | |
| 96 | | | | | | |
| 97 | | TOTAL LIABILITIES & STOCKHOLDERS' EQUITY | 302,316 | | 184,360 | |

CONFIDENTIAL

LAZ-C-00050094

| | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|
| 48 | | | 20,024 | | | | 21,000 |
| 49 | | | - | | | | |
| 50 | | | 24 | | | | |
| 51 | | | 1,740 | | | | 2,100 |
| 52 | | | 5,619 | | | | 6,300 |
| 53 | | | 1,660 | | | | 4,500 |
| 54 | | | 29,067 | | | | 33,900 |
| 55 | | | - | | | | 34,500 |
| 56 | | | 55,776 | | 18,826 | | |
| 57 | | | - | | - | | |
| 58 | 383 | | 1,520 | | | | |
| 59 | 1,000 | | 783 | | | | |
| 60 | | | | | 16,026 | | 4,500 |
| 61 | | | | | 10,720 | | |
| 62 | | | | | | | |
| 63 | | | | | 16,194 | | |
| 64 | | | | | 5,032 | | |
| 65 | | | | | 350 | | |
| 66 | | | | | 1,351 | | |
| 67 | | | | | 273 | | |
| 68 | | | | | - | | |
| 69 | | | | | - | | |
| 70 | | | | | 731 | | |
| 71 | | | | | 9,209 | | |
| 72 | | | | | 2,979 | | |
| 73 | | | | | 4,571 | | |
| 74 | | | | | 7,051 | | |
| 75 | | | | | 7,051 | | |
| 76 | | | | | 606 | | |
| 77 | | | | | 737 | | |
| 78 | | | | | 444 | | |
| 79 | | | | | 122 | | |
| 80 | | | | | - | | |
| 81 | | | | | | | |
| 82 | | | | | | | |
| 83 | | | | | 53,319 | | |
| 84 | | | | | | | |
| 85 | | | | | | | |
| 86 | | | | | | | |
| 87 | | | | | | | |
| 88 | | | | | | | |
| 89 | | | | | | | |
| 90 | | | 87,146 | | 95,753 | | 72,700 |
| 91 | | | | | | | |
| 92 | | | | | 3,866 | | |
| 93 | | | | | (1,045) | | |
| 94 | | | | | 23 | | |
| 95 | | | | | 2,844 | | |
| 96 | | | | | | | |
| 97 | | | 87,146 | | 98,597 | | 72,700 |

CONFIDENTIAL

LAZ-C-00050095

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 99 | | | | | | | | |
| 98 | Out of Balance | | - | | (1,558) | | | |

CONFIDENTIAL

CONFIDENTIAL

LAZ-C-00050097

# BCI EXHIBIT

# 210

From: DAVID DESCOTEAUX/IB/LAZARD
Sent: 9/19/2008 2:52:54 AM
To: BARRY RIDINGS/IB/LAZARD@LAZARD NYC;ARTHUR BRUHMULLER/IB/LAZARD@LAZARD
NYC;MATTHEW WHITING/IB/LAZARD@LAZARD NYC;
AKIKO OGASAWARA/IB/LAZARD
Subject: Re: LBI BS_917_V with adjustment.xls

This BGS will change but the main differences are as compares to the 72bn
assets version:

For B/S to Barclays
Total assets of 87bn.
Collateralized assets and liabs have gone up by about 20bn each. other
line
items have moved around a bit explaining the difference from the 72bn
starting
point.

Cash of 412m
PPE of 76m
Comp payables of 1.5bn

For B/S staying behind...
assets are 97bn.  Receivables of 29, due from subs of 57, investments in
sub
1.5, mortages of 3 and segregated customer cash of 4.7

Liabs 95bn. Collateralized ST financing of 18, payables of 16 and due to
subs
of 53.  Equity of 3


----- Original Message -----
From: "Flores, Daniel" [Daniel.Flores@lehman.com]
Sent: 09/18/2008 08:51 PM AST
To: Barry Ridings; David Descoteaux; Arthur Bruhmuller
Subject: FW: LBI BS_917_V with adjustment.xls


Attached is a cut of the balance sheet that stays and is transferred to
Barclays.
Please note that this is preliminary and will change so please do not
share with anyone yet.  I will send you the final version as soon as I
get it.

DF

>   _____
> From:      Wong, Kristie
> Sent:      Thursday, September 18, 2008 6:20 PM
> To: Flores, Daniel

CONFIDENTIAL

LAZ-C-00050306

```
> Cc: Kelly, Martin
> Subject: FW: LBI BS_917_V with adjustment.xls
>
>
>
> _____    _____
> From:       Hauzenberg, Rose
> Sent:       Thursday, September 18, 2008 6:20 PM
> To: Wong, Kristie
> Subject: LBI BS_917_V with adjustment.xls
>
>  <<LBI BS_917_V with adjustment.xls>>
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - -
- - - -
```

This message is intended only for the personal and confidential use of
the
designated recipient(s) named above.  If you are not the intended
recipient of
this message you are hereby notified that any review, dissemination,
distribution or copying of this message is strictly prohibited.  This
communication is for information purposes only and should not be regarded
as an
offer to sell or as a solicitation of an offer to buy any financial
product, an
official confirmation of any transaction, or as an official statement of
Lehman
Brothers.  Email transmission cannot be guaranteed to be secure or error-
free.
Therefore, we do not represent that this information is complete or
accurate
and it should not be relied upon as such.  All information is subject to
change
without notice.

--------
IRS Circular 230 Disclosure:
Please be advised that any discussion of U.S. tax matters contained
within this
communication (including any attachments) is not intended or written to
be used
and cannot be used for the purpose of (i) avoiding U.S. tax related
penalties
or (ii) promoting, marketing or recommending to another party any
transaction
or matter addressed herein.

CONFIDENTIAL                                                    LAZ-C-00050307

# BCI EXHIBIT

# 211

| From: | Blackwell. Alastair [ablackwe@lehman.com]. | Sent:9/18/2008 11:32 PM. |
|---|---|---|
| To: | Lowitt, Ian T [ilowitt@lehman.com]; Tonucci. Paolo [paolo.tonucci@lehman.com]. | |
| Cc: | . | |
| Bcc: | . | |
| Subject: Fw:. | | |

-------------------------

----- Original Message -----
From: Hraska, James W
To: Blackwell, Alastair
Sent: Thu Sep 18 23:28:40 2008
Subject: RE:

Without margin we are 1.5B short
With margin we owe them 7B

We have 14b in the box so this is what we are trying to do

Take a loan from chase
Book a tri to them and fill with cash

Still hope

----Original Message----
From: Blackwell, Alastair
Sent: Thursday, September 18, 2008 11:25 PM
To: Hraska, James W
Subject:

What's the latest

-------------------------



# BCI EXHIBIT

# 212

FW: Consolidating Balance Sheet                                      file:///C:/Documents%20and%20Settings/BGiglio/My%20Document...



**From:**    Kelly, Martin
**Sent:**    Fri, 19 Sep 2008 05:12:20 GMT
**To:**      Wong, Kristie
**Subject:** FW: Consolidating Balance Sheet

---

The guy below has a bad email address for you - also pelase copy this
version back into the drive

From: Kelly, Martin
Sent: Friday, September 19, 2008 1:12 AM
To: 'Coles, David J.'; kristy.wong@lehman.com
Cc: Suckow, John K.; Fogarty, James P.
Subject: RE: Consolidating Balance Sheet

David - please see latest draft attached

From: Coles, David J. [mailto:DColes@alvarezandmarsal.com]
Sent: Thursday, September 18, 2008 9:57 PM
To: kristy.wong@lehman.com
Cc: Suckow, John K.; Fogarty, James P.; Kelly, Martin
Subject: Consolidating Balance Sheet

Kristy:

Some colleagues and I met with Martin Kelly on Tuesday and discussed the
consolidated balance sheet and the likely post-Bar Cap sale BS.  Martin
suggested we could get some information from you.  Do you have a current
consolidating BS file by entity that you could send or grant us access
to.  If you have some time to meet tomorrow that would also be very much
appreciated.

Thanks,

David

file:///C:/Documents%20and%20Settings/BGiglio/My%20Document...

David J. Coles

Alvarez & Marsal North America, LLC.

600 Lexington Avenue

New York, NY 10021

(917) 402-2456 C

(631) 614-4342 EFax

(212) 759-4433 Office

*********************************************************************
**************
This message is intended only for the use of the addressee(s) and may contain information
that is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient(s), you are
hereby notified that any dissemination of this communication is strictly prohibited.
If you have received this communication in error, please erase all copies of the
message and its attachments and notify us immediately.

This email has been scanned by the MessageLabs Email Security System.
*********************************************************************
**************

1/14/2010 11:34 PM

**Lehman Brother Inc.**
**Balance Sheet as of September 17, 2008**
($ in millions)

**ASSETS:**

| | 08/31/08 | 09/17/08 | Notes | Transaction Adjustments | Balance Sheet Transferred | Balance Sheet Remaining | Purchase Agreement |
|---|---|---|---|---|---|---|---|
| CASH & CASH EQUIVALENTS | 268 | 412 | | | 412 | | - |
| CASH & SECURITIES SEGR. AND ON DEPOSIT | 8,550 | 4,740 | Per L Nazmowitz $3.9B customer cash locked up for 15c3; $1.9B Futures customer cash set aside in MMK Mutual funds; $1B of Good Faith Deposit with Exchanges per GFL | | - | 4,740 | 700 |
| FINANCIAL INSTR. & OTHER INVENTORY POSITIONS OWNED | | | | | | | |
| GOVERNMENTS & AGENCIES | 30,225 | 37,214 | | | 37,214 | - | 40,000 |
| TOTAL COMM PAPER & OTHER MMKT INSTRUMENTS | 1,158 | 958 | | | 958 | - | 1,100 |
| MORTGAGES & ASSET-BACKED SEC | 6,499 | 5,972 | | | 2,986 | 2,986 | 2,700 |
| TOTAL CORPORATE DEBT & OTHER | 5,422 | 4,839 | | | 4,839 | - | 4,900 |
| TOTAL CORPORATE EQUITIES | 9,256 | 6,758 | | | 6,758 | - | 8,800 |
| DERIVATIVES AND OTHER CONTR. AGREEMENTS | 2,758 | 3,566 | | | 3,566 | - | 4,500 |
| TOTAL SECURITIES & OTHER FIN INSTR OWNED | 55,318 | 59,307 | Per H Ziff Inventory File | | 56,321 | 2,986 | 62,000 |
| COLLATERALIZED SHORT-TERM AGREEMENTS | 155,876 | 30,337 | Per A. Abddeen Financing File | | 30,337 | 0 | 10,000 |
| RECEIVABLES | 14,383 | 29,920 | Per P Teneyson Rec from Clearing Organizations of $2.4B; Per H Ziff GFS File FTD $12.5B; Per J. Potenciano Customer Rec $14.3B | | | 29,920 | |
| OTHER ASSETS | 363 | 317 | Per GFL PPE $76mm; Goodwill $133mm | | 76 | 241 | |
| INVESTMENT IN CONS. SUBS | 1,924 | 1,592 | | | | 1,592 | |
| DUE FROM SUBSIDIARIES | | | | | | | |
| FTD with LBIE | 2,500 | 8,248 | | | | 8,248 | |
| FTD with LBHI | 874 | 874 | | | | 874 | |
| REVERSE REPO with LBIE | 2,061 | 13,822 | | | | 13,822 | |
| REVERSE REPO with LBSF | 1,603 | 6,504 | | | | 6,504 | |
| REVERSE REPO with LCPI | 7,985 | 6,341 | | | | 6,341 | |
| REVERSE REPO with LBHI | 352 | 424 | | | | 424 | |
| REVERSE REPO with LB I Group | 129 | 122 | | | | 122 | |
| REVERSE REPO with LBF | | 85 | | | | 85 | |
| STOCK BORROW with LBIE | 44,849 | 12,902 | | | | 12,902 | |
| STOCK BORROW with LBSF | 4,235 | 4,479 | | | | 4,479 | |
| STOCK BORROW with LB I Group | 179 | 122 | | | | 122 | |
| RECEIVABLE with LBHI | - | 2,081 | | 3,645 | | 5,726 | |
| RECEIVABLE with LBIE | 140 | - | | | | - | |
| Other Receivables <$50mm | 1,601 | 172 | | | | 172 | |
| | 65,634 | 56,176 | | | | 59,821 | |
| **TOTAL ASSETS** | 302,316 | 182,802 | | | 87,146 | 99,301 | 72,700 |

**Lehman Brother Inc.**
**Balance Sheet as of September 17, 2008**
**($ in millions)**

| | 08/31/08 | 09/17/08 | Notes | Transaction Adjustments | Balance Sheet Transferred | Balance Sheet Remaining | Purchase Agreement |
|---|---|---|---|---|---|---|---|
| **LIABILITIES:** | | | | | | | |
| S.T. BORROWINGS & CURRENT PORTION OF L.T. BORROWINGS | 308 | 531 | | | | 531 | |
| FINL INSTR & OTHER INV POSNS SOLD BUT NOT PURCHASED | | | | | | | |
| GOVERNMENTS & AGENCIES | 35,955 | 20,024 | Per Treasury | | 20,024 | - | 21,000 |
| MORTGAGES & ASSET-BACKED SEC | 19 | 24 | | | 24 | - | |
| TOTAL COMM PAPER & OTHER MKT INSTRUMENTS | 2,170 | 1,740 | | | 1,740 | - | 2,100 |
| TOTAL CORPORATE DEBT & OTHER | 6,264 | 5,619 | | | 5,619 | - | 6,300 |
| TOTAL CORPORATE EQUITIES | 2,084 | 1,660 | | | 1,660 | - | 4,500 |
| DERIV & OTHER CONTR. AGREEMENTS | | | | | | | |
| TOTAL SEC. & OTHER FIN. INSTR. SOLD NOT PURCH. | 46,492 | 29,067 | Per H.2/Inventory File | | 29,067 | - | 33,900 |
| | | | | | | | 34,500 |
| COLLATERALIZED SHORT-TERM FINANCING | 107,954 | 74,602 | Per A. Abedeen Financing File | | 53,829 | 20,773 | |
| PAYABLES | | | | | | | |
| Bonus payable | | | | 2,000 | 2,000 | - | |
| Cure payments/accounts payable | 701 | 605 | | 1,645 | 2,250 | - | |
| OTHER | 22,455 | 16,341 | Per 8/31 G/L Pay to Clearing Organizations $0.5B; Per H.2/if GFS File FTD $4.2B; Per J. Poinciane Customer Pay $11B; Per G/L Taxes $0.4B | | 0 | 16,341 | 4,300 |
| | | | | | 0 | | |
| DUE TO SUBSIDIARIES | | | | | | | |
| FTR with LBIE | 290 | 10,720 | | | | 10,720 | |
| REPO with LBHI | 20,732 | 16,194 | | | | 16,194 | |
| REPO with LBIE | 13,469 | 5,032 | | | | 5,032 | |
| REPO with LBSF | 1,608 | 350 | | | | 350 | |
| REPO with Bankhaus | 1,351 | 1,351 | | | | 1,351 | |
| REPO with LBF | 1,391 | 273 | | | | 273 | |
| REPO with Lehman RE | 273 | - | | | | - | |
| REPO with LBB | 2,185 | - | | | | - | |
| REPO with LBCB | 2,918 | | | | | | |
| REPO with LOTC | 759 | | | | | | |
| STOCK LOAN with LBIE | 39,216 | 9,209 | | | | 9,209 | |
| STOCK LOAN with LBSF | 2,051 | 2,979 | | | | 2,979 | |
| STOCK LOAN with LB LUX | 20,664 | | Per Treasury $6.5B is intercompany | | | | |
| PAYABLE with LBIE | 554 | 4,571 | | | | 4,571 | |
| PAYABLE with LBCC | 100 | 606 | | | | 606 | |
| PAYABLE with LBSF | 283 | 737 | | | | 737 | |
| PAYABLE with LBJ | - | 444 | | | | 444 | |
| PAYABLE with LBCB | 707 | 122 | | | | 122 | |
| PAYABLE with LBHI | 4,895 | - | | | | - | |
| Other Receivables <$50mm | | 731 | | | | 731 | |
| | 113,446 | 53,319 | | | - | 53,319 | |
| **LONG-TERM DEBT:** | | | | | | | |
| SENIOR NOTES | 7,043 | 7,051 | | | | 7,051 | |
| SUBORDINATED NOTES | | | | | | | |
| TOTAL LONG-TERM DEBT: | 7,043 | 7,051 | | | | 7,051 | |
| **TOTAL LIABILITIES** | 298,121 | 181,516 | | | 87,146 | 98,015 | 72,700 |
| **STOCKHOLDERS' EQUITY** | | | | | | | |
| ADDITIONAL PAID IN CAPITAL | 3,866 | 3,866 | | | | 3,866 | |
| RETAINED EARNINGS | 306 | (1,045) | | | | (1,045) | |
| OTHER STOCKHOLDERS EQUITY, NET | 23 | 23 | | | | 23 | |
| TOTAL STOCKHOLDERS EQUITY | 4,195 | 2,844 | | | | 2,844 | |
| **TOTAL LIABILITIES & STOCKHOLDERS' EQUITY** | 302,316 | 184,360 | | | 87,146 | 100,859 | 72,700 |
| Out of Balance | - | (1,558) | | | - | (1,558) | |

# BCI EXHIBIT

# 213

**From:**   Evans, Michael: HR (LDN)
**Sent:**   Fri, 19 Sep 2008 08:15:17 GMT
**To:**   Kalaris, Tom: Barclays Capital (LDN); Ricci, Rich: Barclays Capital;
McGarahan, Frank: Wealth Mgmt (LDN)
**Subject:** Re: Leh HNW

This is how these guys are paid they will have as good or better offers so we should grab them
we get something that would take a long time to grow from green field

**From**: Kalaris, Tom: Barclays Capital (LDN)
**To**: Ricci, Rich: Barclays Capital; Evans, Michael: HR (LDN); McGarahan, Frank: Wealth Mgmt
(LDN)
**Sent**: Fri Sep 19 04:42:12 2008
**Subject**: Leh HNW

Here are the touch points:

1. business looks reasonably profitable
   12 month run rate on rev =$640 (adj for being separate from NB)
   12 month run rate on exp= $494

2. I like Petersen

3. model isn't one we like, but when are we going to get a chance to buy something that has 300
inv reps;  they do a lot of PE and asset management

4. five highest paid guys: $  17.9mm; 4.0mm; 2.0mm; 1.8mm; 1.4mm;

5. street is buying people at 2 x rev forgivable loan; JPM did 1 x rev for the BS PC---we probably
should do the same. Roughly 200 mm in total--over 7 yrs = p/lhit of 28mm a year we lock in 80
guys....the top guy we give a $15mm loan to

6. One guy has almost 10 % of the revenue (see above)

7. avg payout 33%

Reactions ?

TK

-------------------

See comment below from headhunter:

**HIGHLY CONFIDENTIAL**                                                                 BCI-EX-(S)-00030299

**Industry norms**

- o 42-45% of gross revenues on an ongoing basis (some judgement calls on what the team pays for with that money, by the way – eg: admin support)
- o At places like Smith Barney, the % would be as low as 23% on business done with private bankers/bank with a 3% 'longevity' bonus if broker has been there for more than 5 or so years
- o Recruiting packages have ranged from 150% -250% of 12 months trailing revenues with the EFLs of 5-7 years length. The norm has been 150% but Morgan Stanley has paid at the top end and we think CS has too. (We know CS paid $50M to the Zinman team to move them from Smith Barney – they have $7.5B in AUMs).
- o These are often structured with a 'front' and a 'back' end. The broker gets 100% on Day 1 (on trailing 12 mos revenues) – if he performs over the trailing revenue level, he gets a make up; if he underperforms, there is no clawback.
- o We know that Goldman's levels are a lot lower, reflecting the platform value.

**Current knowledge of retention packages**

- o We have been told that, as of now, only Merrill has put in place retention packages for top brokers. These have been 100% of trailing revenues with a 5-7 year EFL. We haven't heard that anyone else has put anything in place yet.

**We were told that CS has picked up the top 4-5 teams from Lehman already.**
**Neuberger comp**
Paid 30% on gross revenues in first year, 10% thereafter. For some revenues, will pay up to 20% in perpetuity so the top end brokers were getting a 30%/20% level.

**Some Color**
➔ One of our contacts has told us that he has had lost of producers calling him for advice on what to do. Most inclined to abandon ship.

➔ Leadership:

o Jack Petersen – head of US: only been in seat for couple of yrs, though was in deputy role for a yr before that before Marantz retired. Had led a successful production team at MS, did a reasonably gd job since at Lehmans given that he had no b/grnd in mgnt but still green I wld say.

o Mark Stevenson & Steve Alper: co-run NY. Stevenson was sole head until 18 months ago or so. They preside over a sales force that needs lots of mgnt oversight as they frequently bump into their institutional trading counterparts at Lehmans. V different personalities, Stevenson commands a lot of loyalty and if he were to go somewhere to run a branch a lot of ppl wld follow him. He is your typical relationship guy, gd guy, 20+ yrs at Lehmans, your prototypical branch manager model, not the kind of guy to build an AM business but perfectly fine to run a brokerage office. Used to run the biggest producing team at Lehmans. Alper is a 15 yr veteran at lehmans and v few wld follow him, just different personality.

**HIGHLY CONFIDENTIAL**

➔ Business: used to be a $1bn revs business in gd times and 75% of that came from
trading for middle market institutions that were not covered by the institutional desks of
Lehmans so only 25% of the brokers were truly focused on private clients.

➔ Top producers:
o Marty Shariroff: one of the top producers on the street, has made $40-50mn for years.
(we have some bio info if needed)

I will keep an ear out and an eye on blackberry tonight if you need other info.
Good luck!

HIGHLY CONFIDENTIAL                                                     BCI-EX-(S)-00030301

# BCI EXHIBIT

# 214

**From:**    Rodefeld, John: Operations (NYK)
**Sent:**    Fri, 19 Sep 2008 08:16:53 GMT

**To:**    Scott, Teri: Finance (NYK); LaRocca, Gerard: Barclays Capital (NYK); Walker, James: Finance (NYK); Westwood, Jai: Barclays Capital (NYK); Haley, John: Operations (NYK); Drubel, Elaine: Finance (NYK); Beckenhaupt, Jim: Operations (NYK); Gavenda, TJ: Finance (NYK); Hughey, Matthew: Finance (NYK); Grbic, Susan: Finance (NYK); Morton, Marcus: Finance (NYK); Machell, Carole: Operations (LDN); Chapman, Paul: Operations (LDN)

**CC:**    Garcha, Sarvjeet: Treasury (LDN); Stone, Jonathan: Barclays Treasury (LDN); Storey, Miles: Barclays Treasury (LDN); Sillett, Jez: Barclays Treasury (LDN); Dearlove, Mark: Markets (LDN); Garcha, Sarvjeet: Treasury (LDN); Petrie, David: Markets (NYK); Wadlow, Scott: Treasury (LDN); Akhtar, Yaseen: Treasury (NYK); Maher, Brian: Treasury (SGP)

**Subject:** RE: Lehman funding - Transactions summary

---

Tri-party for 15.8 million between Barclays/Chase/LB confirmed as closed out. We have wired $45 billion to Chase (account of LB) to satisfy LB Discount Window borrow on Thursday versus collateral received with value of approx $49.6 billion.

jr

---

**From:**    Scott, Teri: Finance (NYK)
**Sent:**    Thursday, September 18, 2008 6:16 PM
**To:**    LaRocca, Gerard: Barclays Capital (NYK); Walker, James: Finance (NYK); Westwood, Jai: Barclays Capital (NYK); Haley, John: Operations (NYK); Drubel, Elaine: Finance (NYK); Rodefeld, John: Operations (NYK); Beckenhaupt, Jim: Operations (NYK); Gavenda, TJ: Finance (NYK); Hughey, Matthew: Finance (NYK); Grbic, Susan: Finance (NYK); Morton, Marcus: Finance (NYK)

**Cc:**    Garcha, Sarvjeet: Treasury (LDN)
**Subject:**    FW: Lehman funding  - Transactions summary
**Importance:**    High

---

FYI

---

**From:**    Scott, Teri: Finance (NYK)
**Sent:**    Thursday, September 18, 2008 6:10 PM
**To:**    Stone, Jonathan: Barclays Treasury (LDN)
**Cc:**    Storey, Miles: Barclays Treasury (LDN); Sillett, Jez: Barclays Treasury (LDN); Dearlove, Mark: Markets (LDN); Garcha, Sarvjeet: Treasury (LDN); Petrie, David: Markets (NYK); Wadlow, Scott: Treasury (LDN); Akhtar, Yaseen: Treasury (NYK); Maher, Brian: Treasury (SGP)

**Subject:**    Lehman funding  - Transactions summary
**Importance:**    High

Jon,



**EXHIBIT**
215
KK 8/9/09

In speaking with Dave Petrie and Kevin Walker, the following summarizes the 2 trades with Lehman.

Barclays established a tri-party arrangement w/ JP Morgan Chase, Lehman, BBPLC on Monday

1) $15.8b tri party with Lehman - overnight

- Trade has been on since Monday, initially at $2b Mon, $10b Tues and $15.8B Wed
- Collateral held at JPM Chase.  Ops were unable to re-hypothecate from this account and will be working to be able to get collateral into BONY to then re-hypothecate
- Reverse done on PLC NY Branch (Rick Frisbee)
- John Haley (US Ops) have advised that the transaction was unwound today, pending outcome of funding described in 2 below.

2) $47b intraday requirement - one week term

- Lehman have collateral against 3 Fed programmes : OMO, PDCF and TSLF
- Fed would like Barclays to step into these transactions
- PLC to send cash to BCI, upto $47b
- BCI will place cash with Lehman a/c at JPM Chase as part of reverse repo
- Fed will release collateral and pass to BCI
- BCI will place collateral with Fed against PDCF programme. Dave Petrie has received assurances from Fed that they will honour this transaction
- **A list of cusips to be excluded has been provided to ensure collateral we are not purchasing, is excluded in this transfer.**
- There is an intraday overdraft cap, but Fed have agreed to a temp increase if required
- The Repo desk is looking to replace the PDCF, Fed borrowing over the next 2 weeks

Operations will be sending me a summary of today's end position with Lehman once all the trades have settled.  I expect sometime after 8PM NY Time, and I will forward onto this group.

Regarding the following:

- Funding the actual acquisition - I have spoken to Rupert and to our local Head of Tax and understand there is a group addressing this.  I have asked to be include in the discussion, this way, we ensure we stay hooked up/in sync.
- Assessing funding needs/process after deal closes - BarCap Treasury will liaise/coordinate with the Mark's team.

Regards
Teri

**$47bn deal flow:**
  << OLE Object: Picture (Metafile) >>

HIGHLY CONFIDENTIAL

BCI-EX-(S)-00034529

# BCI EXHIBIT

# 215

08-13555-mg    Doc 6821-6    Filed 01/29/10    Entered 01/29/10 01:16:15    Exhibit
Re: Meeting with Alex Kirk    Exhibits 180 - 221    Pg 164 of 202

Page 1 of 1

| | |
|---|---|
| **From:** | Lowitt, Ian T <ilowitt@lehman.com> |
| **Sent:** | Friday, September 19, 2008 10:34 AM (GMT) |
| **To:** | O'Meara, Chris M (NY) <comeara@lehman.com> |
| **Subject:** | Re: Meeting with Alex Kirk |

---

We worked all night to find what inventory we have available to sell. Meet me in martins office. Gerry has the details.  Ian
------Original Message------
From: Chris O'Meara
To: Ian Lowitt
Sent: Sep 19, 2008 6:24 AM
Subject: Meeting with Alex Kirk

Ian - Bart asked some LEH folks to meet with Alex Kirk about the Barclays deal at 7am today.  We will get him up to speed on where we stand, especially on the matter of inventory being sold.  He will then coordinate with the LEH business heads to ensure they are in agreement.  FYI.  C



# BCI EXHIBIT

# 216

**Unknown**

**Sent:** Sunday, March 22, 2009 3:40 AM

| | |
|---|---|
| **From:** | Yu, Anna [anna.yu@lehman.com] |
| **Sent:** | Friday, September 19, 2008 2:18 PM (GMT) |
| **To:** | Wong, Kristie [Kristie.Wong@lehman.com]; Hauzenberg, Rose [rhauzenb@lehman.com]; Beldner, Brett [brett.beldner@lehman.com]; Kelly, Martin [martin.kelly@lehman.com]; Tonucci, Paolo [paolo.tonucci@lehman.com] |
| **Cc:** | Tennyson, Peter A [ptennyso@lehman.com]; Stucchio, Anthony [astucchi@lehman.com] |
| **Subject:** | FW: Seg Cash 15c3-1 |

All - The 15c3-1 seg cash remaining is currently $1 bn.  Tony is waiting on the answer back from the SEC regarding the transferrability of seg cash funds from Lehman to Barclays.

The **futures seg cash and margin receivables breakout will not be available for another hour** as the RISC system is down.  Pete is monitoring the situation and will advise on these balances once RISC is up and running again.

Anna

---

**From:** Glatt, Ilana
**Sent:** Friday, September 19, 2008 10:11 AM
**To:** Yu, Anna; Mancuso, Frank P; Christie, Matthew
**Subject:** Seg Cash 15c3-1

Attached is the bank account statement for our 15c3-1 Seg Cash as of yesterday. We have $1bn left with Wells Fargo Bank. There is no lien on this account.

FYI, as of 8/31, LBI had seg cash of $8.5bn. $3.3bn was 15c-31 balances and $5.2bn was from RISC/Pete Tennyson.

<<...>>



EXHIBIT
159A
8.14.09 AW

7/15/2009

69233

# BCI EXHIBIT

# 217

| **From:** | Byrne, Sean: Futures Sales (NYK) |
|---|---|
| **Sent:** | Fri, 19 Sep 2008 14:50:36 GMT |
| **To:** | James, Liz: Futures Sales (NYK); Stack, Tim: Futures (NYK); Guest, Alexandra: Compliance (NYK); Grant, Peter: Operations (NYK); Burke, Tim: Operations (NYK); Cohen, Ben: IT (NYK); King, Brian: IT (NYK); Kantor, Richard: Prime Brokerage (NYK) |
| **Subject:** | Barclays_LBI_Plan.xls |

---

<<...>>

This is an outline of what was discussed yesterday with Lehman.   Please review.   We should assign individuals to each task and add/edit as needed.

Thank you,
Sean



HIGHLY CONFIDENTIAL

BCI-EX-(S)-00187751

**Exchanges**
Notify Global  Exchanges


**Operations:**

U.S. Clearing for LBI clients:
 Client business in CME  835 and NYBOT 858 to be directed to BCI
 Segregated and Secured bank accounts to be directed to BCI
 Client Collateral
 CME and NYBOT Default Funds to be rebated to LBI.  Approximately $67mm in CME and $4.6mm in NYBO
 Other U.S exchanges?

Status of non-U.S. Clearing for LBI Omnibus account by BCI
 Canada
 Brazil
 Mexico
 Eurex
 LCH
 ICE
 Other European entities?
 SAFEX
 SGX
 SFE
 HKFE
 TSE
 TFX
 OSE
 TOCOM
 Korea
 Taiwan
 Malaysia
 Other Asian Exchanges


 Account set-up, reg reporting, brokerage
LBI statements to be changed over to BCI ?
90 days for clients  to sign BCI clearing documents. Give-up documents?
Reg reports combined or reported separately
Managing brokerage post-merger?


**Post trade IT**

Clear Vision
 Licenses
 Data Center
 SW & HW Support staff full-t time/consultants


R&N
 Licenses

     Data Center
     SW & HW Support staff full-t time/consultants

Smart Flow
     Development
     Data Center
     SW & HW Support staff full-t time/consultants


Custom reconciliations/allocations?


**Trading IT**

CME I Link Sessions?


Pats
     Licenses
     Data Center
     SW & HW Support staff full-t time/consultants

Trade Pipe

     Development
     Data Center
     SW & HW Support staff full-t time/consultants

FIX

     Development
     Data Center
     SW & HW Support staff full-t time/consultants


DMA
     Development
     Data Center
     SW & HW Support staff full-t time/consultants


Eqi First?  Other?

T

## Notify Global Exchanges, Clearinghouses & Regulatory Bodies

**Regulatory and industry agencies**                    Comment

CFTC
FSA
FIA
NFA
DSRO- Barclays - NYMEX
DSRO- LBI


**Clearinghouses**
TCC
LCH


**Exchanges**
CME
CBT
NYMEX/COMEX
ICE U.S.
CCE
KCBT                                    LBI clears MF Global?
MGE                                     LBI clears MF Global?
Canada - MFE, TSE & Winniped            LBI clears BMO
Brazil                                  LBI clears Santander?
Mexico
Eurex
Euronext/Liffe
Euronext- other
ICE Europe
IDEM
Turkey
MEFF                                    LBI clears Santander?
Portugal
Nordic/OM
Greece
Russia
SAFEX
SGX
SFE / NZ
HKFE
TSE
TFX
OSE
TOCOM
Korea
Taiwan

Malaysia
Other European entities?
Other Asian Exchanges

**Carrying Brokers**
Pru - Barclays
RBC - Barclays
MF - LBI
BMO - LBI
Santander - BCI & LBI

**LBI NCM Memberships**

Eurex
Liffe
Other

BCI Responsibility                    LBI Responsibility

**U.S. Positions & trades**
Client business in CME 835 and NYBOT 858 to become subfirm of BCI?
Other U.S. clearing memberships for LBI to be directed to BCI
LBI carrying brokers to be directed to BCI
Confirm LBI and LBIE House positions are flat
Status of LBIE Customer accounts with LBI

**U.S. cash and collateral**
LBI Segregated and Secured bank accounts, MMF and Collateral to be directed to BCI
List of all seg, secured, MMF and collateral locations
List of all client margin (seg & secured cash, MMF, collatera)

USD- Chase
Collateral - Chase
Non USD - Harris
MMF- Dan Flemming?

House Margin & Collateral
CME and NYBOT Default Funds.
Margin with other U.S. clearinghouses/exchanges ( Customer & House)
Margin with carrying brokers ( Customer & House)

**Status of clearing for LBI Omnibus account by BCI**
CME
CBT
NYMEX/COMEX
ICE U.S.
CCE
KCBT
MGE
Canada - MFE, TSE & Winniped
Brazil
Mexico
Eurex
Euronext/Liffe
Euronext- other
ICE Europe
IDEM
Turkey
MEFF
Portugal
Nordic/OM
Greece
Russia
SAFEX
SGX
SFE / NZ
HKFE
TSE
TFX
OSE

TOCOM
Korea
Taiwan
Malaysia
Pru - Barclays
RBC - Barclays
Santander - BCI & LBI

Other European entities?
Other Asian Exchanges
Other carrying brokers?


**Accounts, Brokerage & Client Service**
Set up of LBI Omnibus account with BCI
Set up of LBI subaccounts in Ops
Set up of LBI short codes in Ops
Set up of LBI subaccounts in BARX
Set up of LBI short codes in BARX

Seg/ Secured Letters for LBI
LBI statements to be changed over to BCI ?

                                                            Title
                                                            Address
                                                            Paper
                                                            Compliance/Disclaimer


LBI web portal to be changed over to BCI ?

                                                            Title
                                                            Address
                                                            Compliance/Disclaimer


90 days for clients to sign BCI documents.

                                                            clearing docs
                                                            give-up docs

Reg reports combined or reported separately
Exchange & clearinghouse reports combined or reported separately
LBI client brokerage

                                                            Location
                                                            Software

LBI Exchange Brokerage

                                                            Atom

All LBI individual licenses and registrations to be changed to BCI

                                                            series 7
                                                            series 3
                                                            series 24
                                                            series 63

series 4
other?

**Comment**

**BCI Responsibility**

Approximately $67mm in CME and $4.6mm in NYBOT

Done

Liz James

Peter Grant
Peter Grant

TBD
TBD
TBD
to be agreed

Alex Guest

Alex Guest

possible for FIA to assign LBI docs to new entity?

Alex Guest
Alex Guest
Alex Guest

Alex Guest
Alex Guest
Alex Guest
Alex Guest
Alex Guest

Alex Guest
Alex Guest

**LBI Responsibility**

Greg Friel?
Greg Friel?
Greg Friel?

Tom Gisonda

**Post trade IT**                                                    Comments

**Clear Vision**
    Licenses
    Data Center
    Software Support employees/consultants
    Hardware Support employees/consultants

**R&N**
    Licenses
    Data Center
    Connectivity
    Software Support employees/consultants
    Hardware Support employees/consultants

**Smart Flow**
    Development
    Data Center
    Connectivity
    Software Support employees/consultants
    Hardware Support employees/consultants

**Web Portal**
    Development
    Data Center
    Connectivity
    Software Support employees/consultants
    Hardware Support employees/consultants

**Custom Reports/Allocations/Reconciliations**
    Development
    Data Center
    Connectivity
    Software Support employees/consultants
    Hardware Support employees/consultants

**Exchange/Industry Operational Logins**
            NYMEX
            NYBOT
            Montreal
            ATOMS
            EGUS
            Firm  Soft

BCI Responsibility          LBI Responsibility

**Trading IT**                                    **Comments**


CME I Link Sessions?

Pats
    Licenses
    Data Center
    Connectivity
    Software Support employees/consultants
    Hardware Support employees/consultants


Trade Pipe

    Development
    Data Center
    Connectivity
    Software Support employees/consultants
    Hardware Support employees/consultants


FIX

    Development
    Data Center
    Connectivity
    Software Support employees/consultants
    Hardware Support employees/consultants


DMA
    Development
    Data Center
    Connectivity
    Software Support employees/consultants
    Hardware Support employees/consultants


Eqi First?
Other?


Exchange Systems

CME Firm  Soft
other?

**BCI Responsibility**                    **LBI Responsibility**

# BCI EXHIBIT

# 218

| | |
|---|---|
| **From:** | james.grogan@weil.com |
| **Sent:** | Friday, September 19, 2008 10:52 AM |
| **To:** | lgranfield@cgsh.com; jmoss@cgsh.com; efarkas@cgsh.com; dilan@cgsh.com; dmclaughlin@cgsh.com; ljacoby@cgsh.com; LRaben@cgsh.com; lschweitzer@cgsh.com; twilhelm@cgsh.com |
| **Subject:** | Proposed Sale Order Language |

Please review this as soon as you can and let me know if you agree to include this -- it looks like clarifying language that should not be problematic.

Also, with whom should I coordinate today in finalizing the sale order?
Thanks.

James Grogan*
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Direct: 212.310.8967
Fax: 212.310.8007


*Admitted to practice in Texas



From: "Attanasio, Lee S." [lattanasio@Sidley.com]
Sent: 09/19/2008 10:34 AM AST
To: Shai Waisman
Cc: <wnavin@theocc.com>; "McDaniel, James R." <jmcdaniel@sidley.com>; "Rovira, Alex R." <ARovira@Sidley.com>; Richard Krasnow
Subject: Proposed Sale Order Language

Shai,

Further to my voicemail and email of yesterday, we would request the following language be added to the Sale Order.



Notwithstanding the foregoing, as of the Closing Date, all obligations to The Options Clearing Corporation ("OCC") with respect to Purchased Assets that are within the possession or control of OCC shall have been assigned to the Purchaser, and the Purchaser shall have assumed all of such obligations including, without limitation, all obligations with respect to short option positions, futures contracts, and stock loan or borrow positions that are transferred to the accounts of Purchaser at OCC as of the Closing Date in accordance with the Purchase Agreement. From and after the Closing Date, all securities, cash, collateral and other property transferred to accounts of the Purchaser at OCC shall be subject to all rights of OCC therein in accordance with the By-Laws and Rules of OCC including, without limitation, the security interests and setoff rights of OCC with respect thereto.

CONFIDENTIAL

BCI-CG00063731

Please contact me at your earliest convenience so that we can discuss how these
issues will be addressed. I am reachable throughout the day by email or on my
mobile: 917-941-3819. Thanks.


------------------------------------------------------------------------------
--------------------
IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations,
we inform you
that, unless expressly stated otherwise, any U.S. federal tax advice contained
in this
communication, including attachments, was not intended or written to be used,
and cannot be
used, by any taxpayer for the purpose of avoiding any penalties that may be
imposed on such
taxpayer by the Internal Revenue Service.  In addition, if any such tax advice
is used or referred
to by other parties in promoting, marketing or recommending any partnership or
other entity,
investment plan or arrangement, then (i) the advice should be construed as
written in connection
with the promotion or marketing by others of the transaction(s) or matter(s)
addressed in this
communication and (ii) the taxpayer should seek advice based on the taxpayer's
particular
circumstances from an independent tax advisor.

*****************************************************************************
*******************
This e-mail is sent by a law firm and may contain information that is
privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any
attachments and notify us
immediately.
*****************************************************************************
*******************

CONFIDENTIAL

BCI-CG00063732

# BCI EXHIBIT

# 219

| | |
|---|---|
| From: | Despins, Luc <LDespins@milbank.com> |
| Sent: | Friday, September 19, 2008 11:05 AM |
| To: | Dunne, Dennis <DDunne@milbank.com>; Aronzon, Paul S. <PAronzon@milbank.com>; Bell, Crayton L. <CBell@milbank.com>; sburian@lhbz.com; bgeer@lhbz.com |
| Cc: | esiegert@lhbz.com |
| Subject: | FW: LEHMAN BARCLAYS |

---

## Redacted

---

**From:** Golden, Daniel [mailto:dgolden@AkinGump.com]
**Sent:** Friday, September 19, 2008 9:57 AM
**To:** Despins, Luc; Siegert, Eric
**Subject:** FW: LEHMAN BARCLAYS

i think you guys should be aware of these facts that i am getting from goldman and advise whether you know if this stuff is true and if true, is there anything to be done about this

**From:** Tormey, Thomas [mailto:Thomas.Tormey@gs.com]
**Sent:** Friday, September 19, 2008 9:37 AM
**To:** Golden, Daniel
**Subject:** RE: LEHMAN BARCLAYS

Sure....another thing that is being sold here is Lehman intellectual property associated with IB including the intellectual property related to the index business (ie know how re compiling the index and how it is managed) .. we believe this has significant value

**From:** Golden, Daniel [mailto:dgolden@AkinGump.com]
**Sent:** Friday, September 19, 2008 9:32 AM
**To:** Tormey, Thomas
**Subject:** RE: LEHMAN BARCLAYS

can i share this with committee counsel and financial advisor?

**From:** Tormey, Thomas [mailto:Thomas.Tormey@gs.com]
**Sent:** Friday, September 19, 2008 8:51 AM
**To:** Golden, Daniel
**Subject:** LEHMAN BARCLAYS

Danny--details of our argument are that the estate should only be authorized to sell Barclays those assets which are necessary to obtain the US investment banking and broker dealer business. The proposed sale goes way beyond this in that it allows Barclays to cherry pick owned inventory, investment and other assets at a windfall discount to FMV (the discount is at least several billion dollars). It is hard to tell precise numbers here because we have no due diligence. But one way to look at it is based on last Q there were only $21b of customer liabilities on LBI balance sheet; if Barclays is taking these and $21b of associated assets it is buying 51b of other stuff for 47b. No showing has been made that all or even a material part of this 51b of other stuff is necessary to run the IB business. I hear you that we may get steamrolled but there will be other deals here and we feel that it is important to make this specific point. Let me know your thoughts and whether you can include. Thanks

Thomas A. Tormey
Goldman, Sachs & Co.
One New York Plaza, NY, NY 10004
Tel: (212) 902-7733

© Copyright 2008 The Goldman Sachs Group, Inc. All rights reserved. See http://www.gs.com/disclaimer/email-salesandtrading.html for important risk disclosure, conflicts of interest and other terms and conditions relating to this e-mail and your reliance on information contained in it. This message may contain confidential or privileged information. If you are not the intended recipient, please advise us immediately and delete this message. See http://www.gs.com/disclaimer/email/ for further information on confidentiality and the risks of non-secure electronic communication. If you cannot access these links, please notify us by reply message and we will send the contents to you.

IRS Circular 230 Notice Requirement: This communication is not given in the form of a covered opinion, within the meaning of Circular 230 issued

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you h

IRS Circular 230 Notice Requirement: This communication is not given in the form of a covered opinion, within the meaning of Circula 230 issued by th

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have r



MTHM0005778

# BCI EXHIBIT

# 220



**Shai Waisman/NY/WGM/US**
09/19/2008 02:13 PM

To  "Lori R. Fife" <lori.fife@weil.com>, "Jacqueline Marcus"
<jacqueline.marcus@weil.com>, "James Grogan"
<james.grogan@weil.com>, Ronit Berkovich/NY/WGM/US

cc

bcc

Subject  Fw: URGENT Options Clearing Corp Issue re:
Barclays/Lehman transaction

Another sale order change

Shai Y. Waisman
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
P. 212.310.8274
F. 212.310.8007

---

**From:** "Attanasio, Lee S." [lattanasio@Sidley.com]
**Sent:** 09/19/2008 02:10 PM AST
**To:** <marcus.fife@weil.com>; Ronit Berkovich
**Cc:** Shai Waisman; "McDaniel, James R." <jmcdaniel@sidley.com>; "Rovira, Alex R." <ARovira@Sidley.com>
**Subject:** FW: URGENT Options Clearing Corp Issue re: Barclays/Lehman transaction

Please see below email chain. We represent The Options Clearing Corporation and had proposed
(initially to Shai) some language that we would like included in the Sale Order. At Shai's suggestion, we
have now run the language by Barclay's counsel and have received their sign off. Cleary suggested that
with this sign off, we provide the language to you. Please add the language below to (what was, at least)
paragraph N of the Sale Order.

If you have any questions, let me know (Alex Rovira of our office will also be at court this afternoon).

Thanks for your assistance on this.

Lee

> **From:** Edward J ROSEN [mailto:erosen@cgsh.com]
> **Sent:** Friday, September 19, 2008 01:55 PM
> **To:** McDaniel, James R.; Attanasio, Lee S.; Thomas J MOLONEY; wnavin@theocc.com
> **Cc:** jonathan.hughes@barcap.com; alan.kaplan@barcap.com; Lisa M SCHWEITZER; Lindsee
> GRANFIELD
> **Subject:** Re: URGENT Options Clearing Corp Issue re: Barclays/Lehman transaction

> Jim - This language is not objectionable to Barclays

> Edward J. Rosen
> Cleary Gottlieb Steen & Hamilton LLP
> One Liberty Plaza, New York NY 10006

t: +1 212 225 2820 | f: +1 212 225 3999
www.clearygottlieb.com | erosen@cgsh.com

Seth
GROSSHANDLER/NY/Cgsh

19 September 2008  11:47 AM

To "McDaniel, James R." <jmcdaniel@sidley.com>
cc "Attanasio, Lee S." <lattanasio@Sidley.com>, wnavin@theocc.com, Edward J ROSEN/NY/Cgsh, Thomas J MOLONEY/NY/Cgsh@cgsh
Subject Re: URGENT Options Clearing Corp issue re: Barclays/Lehman transaction Link

Jim, I'm on a different side of a wall at Cleary, but am passing this on to Ed Rosen and Tom Moloney, who are working for Barclays

Seth Grosshandler
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza, New York NY 10006
t: +1 212 225 2542 | f: +1 212 225 3999
www.clearygottlieb.com | sgrosshandler@cgsh.com

"McDaniel, James R." <jmcdaniel@sidley.com>

19 September 2008  11:39 AM

To sgrosshandler@cgsh.com
cc wnavin@theocc.com, "Attanasio, Lee S." <lattanasio@Sidley.com>
Subject URGENT Issue re: Barclays/Lehman transaction

Seth: Below is language that OCC would like to have inserted in the Sale Order that we expect to be issued in the LBI SIPA proceeding this afternoon.  OCC's concern is simply to protect its usual rights, security interests, etc. under its rules with respect to all positions and collateral transferred that are being transferred from LBI accounts at OCC to Barclays accounts at OCC. Allan Borkow and Jason _____ at Barclays referred us to you.  Please give me a buzz.

The following would be inserted at the end of paragraph N. of the Sale Order:

Notwithstanding the foregoing, as of the Closing Date, all obligations to The Options Clearing Corporation ("OCC") with respect to Purchased Assets that are within the possession or control of OCC shall have been assigned to the Purchaser, and the Purchaser shall have assumed all of such obligations including, without limitation, all obligations with respect to short option positions, futures contracts, and stock loan or borrow positions that are transferred to the accounts of Purchaser at OCC as of the Closing Date in accordance with the Purchase Agreement.  From and after the Closing Date, all securities, cash, collateral and other property transferred to

WGM-LEHMAN-E 00000681

accounts of the Purchaser at OCC shall be subject to all rights of OCC therein in accordance
with the By-Laws and Rules of OCC including, without limitation, the security interests and setoff
rights of OCC with respect thereto.

Thanks,
Jim

James R. McDaniel
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(312)853-2665
Fax: (312)853-7036

----------------------------------------------------------------------------------------------

IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform you
that, unless expressly stated otherwise, any U.S. federal tax advice contained in this
communication, including attachments, was not intended or written to be used, and cannot be
used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on such
taxpayer by the Internal Revenue Service.  In addition, if any such tax advice is used or referred
to by other parties in promoting, marketing or recommending any partnership or other entity,
investment plan or arrangement, then (i) the advice should be construed as written in connection
with the promotion or marketing by others of the transaction(s) or matter(s) addressed in this
communication and (ii) the taxpayer should seek advice based on the taxpayer's particular
circumstances from an independent tax advisor.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
This e-mail is sent by a law firm and may contain
information that is privileged or confidential.
If you are not the intended recipient, please delete the
e-mail and any attachments and notify us
immediately.
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

This message is being sent from a law firm and may contain
confidential or privileged information.  If you are not

WGM-LEHMAN-E 00000682

the intended recipient, please advise the sender
immediately by reply e-mail and delete this message and
any attachments without retaining a copy.

WGM-LEHMAN-E 00000683

# BCI EXHIBIT

# 221

Tonucci, Paolo
___

| | |
|---|---|
| **From:** | Jones, Craig L |
| **Sent:** | 19 September 2008 12 26 |
| **To:** | Tonucci, Paolo |
| **Subject:** | FW  FINAL 15C3-3 RESERVE LOCK-UP AS OF 09/17/08 |
| | |
| **Attachments:** | Microsoft Office Excel Worksheet |

___

| | |
|---|---|
| **From:** | Potenciano, Joel |
| **Sent:** | Friday, September 19, 2008 8:55 AM |
| **To:** | Abate, Joseph; Arancio, John; Barfield, Jon W; Birnbaum, Michael, Birney, Janet; Brown, Stephen; Buonocore, Salvatore; Burke, William T; Cash Management LBI/LBHI; Critchett, Emily; D'Agostino, Anthony; Denig, Nancy; Engel, Steven J; Flores, Teresa; Fondacaro, Jack; Forsyth, David; Garner, Anna; Golaszewski, Richard; Grutsch, Christopher; Hawes, George (CORP); Hiller, Arthur; Jacob, Jobby, Jones, Craig L; Kavalipurapu, Seshu B; Legotte, Lenny; Li, Christopher; Lin, Dennis; Liz, John; Lohuis, David W; Maher, Michael R; McLaughlin, Kendall J; NY Funding & Investments; NY Liquidity Forecasting; Rejas, Janice; RepoTS; Restrepo, Michael; Rick, Neal; Rivera, Anthony; Shapiro, Brian; Shirreffs, Brett; Stucchio, Anthony; Sudarsan, Daniram; Van Schalck, George V; Vasisth, Anish; Vecchio, Laura M; Webb, Michael A; Yuan, Jeffrey |
| **Cc:** | Jones, Craig L |
| **Subject:** | FINAL 15C3-3 RESERVE LOCK-UP AS OF 09/17/08 |

Below is the **FINAL 15C3-3 RESERVE LOCK-UP AS OF 09/17/08 (in 000s)**. The decrease of $1 billion in the lock-up was approved by the Mike Macchiaroli of the SEC.

| *Customer:* | | |
|---|---|---|
| | 769,000 | all in qualified securities |
| | - | cash with JPMorgan Chase |
| | 1,000,000 | cash with Wells Fargo |
| | - | cash with HSBC |
| | 1,769,000 | Total |

| *PAIB:* | | |
|---|---|---|
| | 492,000 | all in qualified securities |

The next lock-up will be finalized tentatively on, *Monday, September 22nd.*

With kind regards,
Joel K. Potenciano
LEHMAN BROTHERS
Telephone  +1 (212) 320-6786
Fax  +1 (646) 885 9383
E-mail  joel.potenciano@lehman.com

1

