UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>                                                       Debtors. | Chapter 11 Case No.<br>08-13555 (JMP)<br>(Jointly Administered) |
| In re<br><br>LEHMAN BROTHERS INC.,<br><br>                                                       Debtor. | Case No. 08-01420 (JMP) |

**APPENDIX TO MEMORANDUM OF BARCLAYS CAPITAL INC. IN OPPOSITION TO THE RULE 60 MOTIONS AND IN SUPPORT OF MOTION OF BARCLAYS CAPITAL INC. TO ENFORCE THE SALE ORDER AND SECURE DELIVERY OF ALL UNDELIVERED ASSETS**

# APPENDIX VOLUME VII

**PORTIONS OF APPENDIX FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER**

**BOIES, SCHILLER & FLEXNER LLP**
575 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

*Attorneys for Barclays Capital Inc.*

| BCI Exhibit No. | DESCRIPTION |
|---|---|
| 222 | September 19, 2008 1:28 pm email from I. Veksler to T. Gisonda, *et al.*, re FW: Formatted changes LBI Exchange Postings.xls |
| 223 | September 19, 2008 2:27 pm email from I. Lowitt to B. McDade re cls money all snarfed up by citi. The 15c3 lockup looks ok at 1.3 bn. Good faith not. So we are short 1.7 bn. The TBA and FX settlement don't work. We did find 5 bn of exchange listed options which we are investigating. Ian (Dep. Ex. 219) |
| 224 | September 19, 2008 2:59 pm email from I. Veksler to R. Azerad re Update on CME |
| 225 | September 19, 2008 5:39 pm email from M. Klein to R. Ricci (Dep. Ex. 381, BCI-EX-00078268 – BCI-EX-00078270) |
| 226 | September 19, 2008 6:30 pm email from J. Hraska to J. Palchynsky, *et al.*, re RE: Urgent tri unwind (Dep. Ex. 69B) |
| 227 | September 19, 2008 8:12 pm email from M. Lubowitz to C. Bell re Fw: Revised Clarification Letter, with attachments (Dep. Ex. 499, WGM-LEHMAN-E 00002746 – WGM-LEHMAN-E 0002766) |
| 228 | September 19, 2008 8:27 pm email from D. Murgio to J. Grogan, *et al.*, re Re: Revised Clarification Letter, with attachments (WGM-LEHMAN-E 00009395 – WGM-LEHMAN-E 00009408) |
| 229 | September 20, 2008 12:13 am email from A. Rovira to E. Rosen re Options Clearing Corp (CGSH00033714 – CGSH00033715) |
| 230 | September 20, 2008 2:18 am email from A. Rovira to J. McDaniel, *et al.*, re OCC Transfer Documents, with attachment (CGSH00033740 – CGSG00033748) |
| 231 | September 20, 2008 2:32 am email from A. Rovira to J. Kobak, *et al.*, re Options Clearance Corporation Transfer Documents, with attachments (Dep. Ex. 452, HHR_00006072 – HHR_00006081) |
| 232 | September 20, 2008 10:34 am email from R. Azerad to P. Tonucci, *et al.*, re RE: Opening balance sheet, with attachment (Dep. Ex. 151A) |
| 233 | September 20, 2008 12:45 pm email from J. McDaniel to R. Berkovich, *et al.*, re LBI Property at OCC (CGSH00033921 – CGSH00033922) |
| 234 | September 20, 2008 1:00 pm email from J. Kobak to A. Rovira, *et al.*, re RE: Options Clearance Corporation Transfer Documents (HHR_00006052 – HHR_00006053) |
| 235 | September 20, 2008 1:09 pm email from E. Rosen to J. McDaniel, *et al.*, re Re: LBI Property at OCC (Dep. Ex. 453, HHR_00006049 – HHR_00006051) |

| BCI Exhibit No. | DESCRIPTION |
|---|---|
| 236 | September 20, 2008 1:15 pm email from J. McDaniel to E. Rosen, *et al.*, re RE: LBI Property at OCC (CGSH00034015 – CGSH00034017) |
| 237 | September 20, 2008 1:26 pm email from R. Miller to R. Messineo, *et al.*, re BARCLAYS REPURCHASE AGREEMENT COLLATERAL Fw: Delivering other assets to Barclays, with attachment (Dep. Ex. 506, WGM-LEHMAN-E 00006125 – WGM-LEHMAN-E 00006128) [portion of attachment omitted] |
| 238 | September 20, 2008 2:38 pm email from R. Messineo to V. Lewkow, *et al.*, re LEHMAN—Barclays, with attachments (Dep. Ex. 525, WGM-LEHMAN-E 00006149 - WGM-LEHMAN-E 00006168) |
| 239 | September 20, 2008 2:49 pm email from J. Murray to J. Murray re Fw: LEHMAN—Barclays, with attachments (HLHZ0020090 – HLHZ0020111) |
| 240 | Email chain including September 20, 2008 3:00 pm email from D. Murgio to C. Bell re Fw: LEHMAN—Barclays, with attachments (Dep. Ex. 500, HLHZ0020162 – HLHZ0020182) |
| 241 | September 20, 2008 3:04 pm email from J. Walker to P. Clackson, *et al.,* re FW: Scanned document from Douglas, Julia: Finance (NYK), with attachment (BCI-EX-(S)-00024313 – BCI-EX-(S)-00024314) |
| 242 | September 20, 2008 3:52 pm email from J. McDaniel to E. Rosen, *et al.*, re Issues re: LBI Accounts at OCC (BCI-CG00064287 – BCI-CG00064288) |
| 243 | September 20, 2008 4:48 pm email from G. Romain to J. Walker, *et al.*, re Balance sheet, with attachment (BCI-EX-(S)-00052419 – BCI-EX-(S)-00052420) |
| 244 | September 20, 2008 5:25 pm email from D. Murgio to V. Lewkow, *et al.*, re Collateral, with attachment (CGSH00048018 – CGSH00048022)<br>**[CONFIDENTIAL: filed in part under seal]** |
| 245 | September 20, 2008 6:29 pm email from R. Azerad to P. Tonucci, *et al.*, re Opening Balance Sheet, with attachment |
| 246 | September 20, 2008 6:41 pm email from R. Azerad to P. Tonucci, *et al.*, re Opening Balance Sheet (with cash of $7.0 bn), with attachment |
| 247 | September 20, 2008 8:40 pm email from B. Beldner to M. Kelly, *et al.*, re Balance Sheet, with attachment (Dep. Ex. 154A) |
| 248 | September 20, 2008 11:12 pm email from D. Murgio to R. Miller, *et al.*, re Re: Lehman (WGM-LEHMAN-E 00013873 – WGM-LEHMAN-E 00013874) |

| BCI Exhibit No. | DESCRIPTION |
|---|---|
| 249 | September 20, 2008 11:12 pm email from D. Leinwand to A. Keller, *et al*, re Revised Clarification Letter (Dep. Ex. 37, BCI-CG00024954 – BCI-CG00024973) |
| 250 | September 20, 2008 11:36 pm email from A. Blackwell to R. Azerad, *et al.*, re Re: Updated 15c3-3 (Dep. Ex. 78B) |
| 251 | Email chain including September 21, 2008 6:11 am email from P. Tonucci to R. Miller, *et al.,* and September 21, 2008 5:17 am email from M. Forrest to I. Lowitt, *et al.*, re schedule B, with attachment (Dep. Ex. 508, WGM-LEHMAN-E 00015980 – WGM-LEHMAN-E 00015983) [portion of attachment omitted] |
| 252 | September 21, 2008 8:12 am email from R. Miller to A. Keller, *et al,*, re Updated box numbers, with attachment (WGM-LEHMAN-E-00018183 - WGM-LEHMAN-E-00018185) [Portion of attachment omitted] |
| 253 | September 21, 2008 9:24 am email from D. Murgio to A. Peterson re Fw: Revised Clarification Letter, with attachment (Dep. Ex. 502, WGM-LEHMAN-E 00013889 – WGM-LEHMAN-E 00013899) |
| 254 | September 21, 2008 9:31 am email from S. Waisman to A. Keller, *et al.*, re Re: Here's what Lehman came up with in available unencumbered assets in the "box" (WGM-LEHMAN-E 00013875 – WGM-LEHMAN-E 00013879) |
| 255 | September 21, 2008 11:34 am email from B. Kelly to A. McComiskey, *et al.*, re BarCap, with attachment (Dep. Ex. 461B, HLHZ0011913 – HLHZ0011914) [portion of attachment omitted] |
| 256 | September 21, 2008 12:16 pm email from I. Veksler to R. Azerad, *et al.*, re Opening Balance Sheet v2.xls, with attachment |
| 257 | September 21, 2008 12:39 pm email from D. Murgio to A. Peterson re Fw: LEHMAN—Barclays, with attachments (Dep. Ex. 501, WGM-LEHMAN-E 00013962 – WGM-LEHMAN-E 00013982) |
| 258 | September 21, 2008 12:46 pm email from D. Murgio to B. Kelly, *et al.*, re Fw: Spreadsheet, with attachment (Dep. Ex. 516, MTHM0000139 – MTHM0000140) [portion of attachment omitted] |
| 259 | September 21, 2008 1:05 pm email from F. Pearn to T. Stack, *et al.*, re RE: Net Long Options – 9/18, with attachment (BCI-EX-(S)-00188042 – BCI-EX-(S)-00188048) |
| 260 | September 21, 2008 3:36 pm email from R. Azerad to M. Kelly, *et al.*, re RE: Updated Opening Balance Sheet, with attachment |

| BCI Exhibit No. | DESCRIPTION |
|---|---|
| 261 | September 21, 2008 3:53 pm email from E. Gilbert to D. O'Donnell, *et al.*, re RE: LEHMAN (URGENT—POSSIBLE EMERGENCY COMMITTEE CALL TODAY), with attachment (Dep. Ex. 476B, HLHZ0009125 – HLHZ0009144) |
| 262 | September 21, 2008 4:03 pm email from J. McDaniel to E. Rosen, *et al.*, re Understandings relating to the transfer of LBI's accounts at OCC, with attachment (BCI-CG00064703 – BCI-CG00064707) |
| 263 | September 21, 2008 4:07 pm email from F. Pearn to T. Stack, *et al.*, re FW: Net Long Options – 9/18, with attachments (BCI-EX-(S)-00131273 – BCI-EX-(S)-00131318)<br>**[CONFIDENTIAL: filed in part under seal]** |
| 264 | September 21, 2008 4:11 pm email from G. Romain to J. Walker, *et al.*, re RE: Balance sheet, with attachment (BCI-EX-(S)-00110654 – BCI-EX-(S)-00110656) |
| 265 | September 21, 2008 4:15 pm email from S. Harbeck to J. McDaniel, *et al.*, re RE: Understandings relating to the transfer of LBI's accounts at OCC (BCI-CG 00064717 – BCI-CG 00064718) |
| 266 | September 21, 2008 4:20 pm email from N. Leyhane to J. Yang, *et al.*, re RE: Project Long Island Updated Assets – Cash Equities (BCI-EX-(S)-00056428 – BCI-EX-(S)-00056431) |
| 267 | September 21, 2008 4:37 pm email from J. McDaniel to S. Harbeck, *et al.*, re RE: Understandings relating to the transfer of LBI's accounts at OCC (BCI-CG00064722 - BCI-CG00064724) |
| 268 | September 21, 2008 5:02 pm email from S. Harbeck to J. McDaniel, *et al.,* re OCC/Barclays issue (CGSH00034576) |
| 269 | September 21, 2008 6:20 pm email from R. Azerad to G. Romain, *et al.*, re Updated Opening Balance Sheet, with attachment (Dep. Ex. 229) |
| 270 | September 21, 2008 7:54 pm email from R. Messineo to A. Frelinghuysen, *et al.*, re LEHMAN – Barclays, with attachment (Dep. Ex. 454, HHR_00007387 – HHR_00007397) |
| 271 | September 21, 2008 8:15 pm email from M. Kelly to R. Azerad re 15c3 Lockup.ppt, with attachment (Dep. Ex. 185) |
| 272 | September 21, 2008 9:12 pm email from R. Azerad to M. Kelly, *et al.*, re 15c3 Lockup (Revised), with attachment (Dep. Ex. 186) |
| 273 | September 21, 2008 10:07 pm email from J. Potenciano to C. O'Meara, *et al.*, re RE: Final 15c3-3 Reserve Formula as of 09/17/2008 (Dep. Ex. 187) |

| BCI Exhibit No. | DESCRIPTION |
|---|---|
| 274 | September 21, 2008 10:22 pm email from R. Azerad to M. Kelly, *et al.*, re RE: 15c3 (Dep. Ex. 188) |
| 275 | September 21, 2008 11:11 pm email from G. Romain to S. Grbic, *et al.*, re RE: Latest spreadsheet, with attachment (Dep. Ex. 536A, BCI-EX-(S)-00052476 – BCI-EX-(S)-00052479) |
| 276 | September 21, 2008 11:12 pm email from G. Romain to I. Mackinnon, *et al.*, re RE: Latest spreadsheet, with attachment (BCI-EX-(S)-00052480 – BCI-EX-(S)-00052483) |
| 277 | September 21, 2008 11:14 pm email from G. Romain to P. Clackson re Acquisition balance sheet, with attachment (BCI-EX-(S)-00052484 – BCI-EX-(S)-00052485) |
| 278 | September 22, 2008 12:37 am email from M. Lee to M. Kelly re RE: Final 15c303 Reserve Formula as of 09/17/2008 (Dep. Ex. 189) |
| 279 | September 22, 2008 1:07 am email from M. Kelly to A. Stucchio, *et al.* (Dep. Ex. 173A) |
| 280 | September 22, 2008 4:36 am email from R. Messineo to A. Frelinghuysen, *et al.*, re LEHMAN – Barclays, with attachment (HHR_00001696 – HHR_00001707) |
| 281 | September 22, 2008 5:26 am email from C. Bell to L. Despins, *et al.*, re Lehman/Barclays Clarification Letter, with attachment (Dep. Ex. 503, HLHZ0019919 – HLHZ0019930) |
| 282 | September 22, 2008 5:58 am email from D. Murgio to M. Mazzuchi re Re: clarification letter, with attachment (WGM-LEHMAN-E 00011083 - WGM-LEHMAN-E 00011093) |
| 283 | Email chain including September 22, 2008 6:02 am email from M. Mazzuchi to I. Montal, *et al.*, re Fw: Barclays Guaranty, with attachment (HHR_00014461 – HHR_0014472) |
| 284 | Email chain including September 22, 2008 6:15 am email from L. Despins to H. Miller re Barclays (Dep. Ex. 480B, HLHZ0009119 – HLHZ0009120) |
| 285 | Email chain including September 22, 2008 6:53 am email from J. Goldfield to N. Bajpai, *et al.*, and September 21, 2008 3:00 pm email from E. Gilbert to J. Goldfield, *et al.*, re Barclays Investor Call Transcript from Wednesday where they described how great the Lehman buy is / -$2bn goodwill after tax (Dep. Ex. 477B, CMTE0000911) |
| 286 | September 22, 2008 7:51 am email from M. Mazzuchi to J. McDaniel, *et al.*, re Re: urgent – OCC account assumption, with attachment (BCI-CG00065014 – BCI-CG00065019) |

| BCI Exhibit No. | DESCRIPTION |
|---|---|
| 287 | September 22, 2008 8:18 am email from H. Miller to L. Despins re Re: Barclays (WGM-LEHMAN-E 00011662) |
| 288 | September 22, 2008 9:38 am email from H. Miller to S. Burian, *et al.*, re Re: Lehman (WGM-LEHMAN-E 00016433) |
| 289 | September 22, 2008 10:38 am email from G. Romain to J. Trevelyan re RE: Long Island (BCI-EX-(S)-00052541 – BCI-EX-(S)-00052542) |
| 290 | September 22, 2008 3:38 pm email from S. King to L. James, *et al.* (BCI-EX-(S)-00110718 – BCI-EX-(S)-00110720) |
| 291 | September 22, 2008 4:50 pm email from E. Gilbert to J. Becker re Re: LEHMAN (URGENT—POSSIBLE EMERGENCY COMMITTEE CALL TODAY) (Dep. Ex. 478B, CMTE0002527 – CMTE0002528) |
| 292 | September 22, 2008 8:07 pm email from P. Clackson to R. Ricci re RE: Scared to death (BCI-EX-00079321) |
| 293 | September 23, 2008 7:26 am email from J. Yang to D. Regan, *et al.*, re RE: Project Long Island Updated Assets – Cash Equities (BCI-EX-(S)-00057527 – BCI-EX-(S)-00057532) |
| 294 | September 23, 2008 7:27 am email from S. King to R. Ricci, *et al.*, re Risk (BCI-EX-(S)-00024515) |
| 295 | September 23, 2008 9:15 am email from M. Evans to B. Diamond, *et al.*, re Summary of Current Spend – 08h30, 23 Sept 2008, with attachment (Dep. Ex. 284B, BCI-EX-(S)-00027190 – BCI-EX-(S)-00027197) |
| 296 | September 23, 2008 2:35 pm email from C. Kiplok to J. Buyers-Russo, *et al.*, re Fw: Futures Accounts, with attachment (HHR_00000276 – HHR_00000278) |
| 297 | September 24, 2008 11:16 am email from C. Lucas to J. Varley re Re: negative goodwill=economic profit? (Dep. Ex. 353A, BCI-EX-(S)-00053947) |
| 298 | September 24, 2008 3:30 pm email from C. Kiplok to J. Buyers-Russo, *et al.*, re LBI – Wire Transfer Instructions / Trustee Authorization (HHR_00005786 – HHR_00005787) |
| 299 | September 24, 2008 3:37 pm email from D. Traugot to A. Arora, *et al.*, re FW: Corporate Services Assets U S _9-24.xls, with attachment (CGSH00064547 – CGSH00064557) |
| 300 | September 24, 2008 5:50 pm email from C. Kiplok to J. Buyers-Russo, *et al.*, re LBI: Trustee Authorization / Collateral Move, with attachment (HHR_00000220 – HHR_00000222) [Attachment omitted] |

| BCI Exhibit No. | DESCRIPTION |
|---|---|
| 301 | September 24, 2008 7:53 pm email from M. Stewart to E. Bailey, *et al.*, re Questions on Barcap deal docs (Dep. Ex. 507) |
| 302 | September 25, 2008 10:28 am email from H. Miller to L. Despins, *et al.*, re Re: Schedules to Barclays APA (Dep. Ex. 462B, MTHM0005739) |
| 303 | September 25, 2008 10:59 am email from M. Shapiro to J. House re Status (BCI-EX-(S)-00002402) |
| 304 | September 25, 2008 11:45 am email from R. Miller to L. Granfield, *et al.*, re Re: Fw: Financing Facility Collateral List, with attachment (WGM-LEHMAN-E 00010378 – WGM-LEHMAN-E 00010381) [Attachment omitted] |
| 305 | September 25, 2008 12:02 pm email from D. McLaughlin to L. Fife, *et al.*, re Fw: Non-actionable box, with attachment (WGM-LEHMAN-E 00000792 – WGM-LEHMAN-E 00000795) [Attachment omitted] |
| 306 | September 25, 2008 12:04 pm email from R. Messineo to D. Murgio re Re: Fw: Lehman—Barclays: Securities Positions Sold, with attachment (WGM-LEHMAN-E 00010399 – WGM-LEHMAN-E 00010403) [Attachment omitted] |
| 307 | September 25, 2008 12:13 pm email from R. Miller to R. Azerad, *et al.*, re Re: Unencumbered collateral, with attachment (WGM-LEHMAN-E 00015607 – WGM-LEHMAN-E 00015609) [Attachment omitted] |
| 308 | September 25, 2008 12:36 pm email from R. Messineo to L. Fife, *et al.*, re Re: Fw: Non-actionable box, with attachment (WGM-LEHMAN-E 00015610 – WGM-LEHMAN-E 00015614) [Attachment omitted] |
| 309 | September 25, 2008 12:40 pm email from D. Murgio to V. Lewkow, *et al.*, re Re: Fw: Financing Facility Collateral List, with attachment (WGM-LEHMAN-E 00001414 – WGM-LEHMAN-E 00001420) [Attachment omitted] |
| 310 | September 25, 2008 4:47 pm email from P. Tonucci to D. Murgio, *et al.*, re Re: Financing Facility Collateral List [Schedule B], with attachment (WGM-LEHMAN-E 00006304 – WGM-LEHMAN-E 00006307) [Attachment omitted] |
| 311 | September 25, 2008 5:10 pm email from D. Murgio to R. Messineo, *et al.*, re Schedule A and first part of Schedule B, with attachments (WGM-LEHMAN-E 00010452 – WGM-LEHMAN-E 00010454) [Attachments omitted] |
| 312 | September 25, 2008 10:07 pm email from D. Murgio to R. Moore, *et al.*, re Schedules, with attachments (Dep. Ex. 460B, WGM-LEHMAN-E 000015992 – WGM-LEHMAN-E 00001593) [Attachments omitted] |
| 313 | September 26, 2008 10:42 am email from N. Purcell to D. Yu, *et al.*, re Lehman committee only call request (CMTE0000577 – CMTE0000580) |

| BCI Exhibit No. | DESCRIPTION |
|---|---|
| 314 | September 26, 2008 12:00 pm email from P. Tonucci to B. Marsal, *et al.*, re FW: Schedule B, with attachment (BCI-EX-(S)-00011738 – BCI-EX-(S)-00011742) |
| 315 | September 26, 2008 1:39 pm email from D. Murgio to L. Fife re Fw: Schedule B, with attachments (WGM-LEHMAN-E 00015821 – WGM-LEHMAN-E 00015827) [Attachment omitted] |
| 316 | September 26, 2008 1:42 pm email from C. Bell to S. Burian, *et al.*, re Schedule B to Clarification Letter_#1919526.XLS (HLHZ0026421 – HLHZ0026422) |
| 317 | September 26, 2008 1:48 pm email from L. Vecchio to C. Kiplok re FW: 636 collateral (Dep. Ex. 447, HHR_00009059) |
| 318 | September 26, 2008 2:21 pm email from D. de la Vega to C. Kiplok, with attachment (Dep. Ex. 448, HHR_00009050 – HHR_00009051) |
| 319 | September 26, 2008 8:23 pm email from D. Murgio to S. Waisman re Fw: Schedules Process Update, with attachments (WGM-LEHMAN-E 00010485 – WGM-LEHMAN-E 00010487) [Attachment omitted] |
| 320 | September 27, 2008 12:53 pm email from G. West to J. McCarthy, *et al.*, re Here is all we have at the moment that makes an effort to describe what Barclays got and didn't get, with attachments (WGM-LEHMAN-E 00005853 – WGM-LEHMAN-E 00005870) |
| 321 | September 28, 2008 10:54 am email from R. Azerad to J. Hraska, *et al.*, re Reconciliation Barclays – Lehman File, with attachment truncated (Dep. Ex. 146B, BCI-EX-(S)-00014389 – BCI-EX-(S)-00014390) **[CONFIDENTIAL: filed in part under seal]** |
| 322 | September 28, 2008 10:50 pm email from D. Murgio to P. Tonucci, *et al.*, re Re: Schedules A and B for Filing – FINAL, with attachments (WGM-LEHMAN-E 00010539 – WGM-LEHMAN-E 00010540) [Attachment omitted] |
| 323 | September 29, 2008 10:37 am email from P. Tonucci to D. Murgio, *et al.,* re RE: Schedules A and B for Filing – FINAL (BCI-EX-(S)-00012484 – BCI-EX-(S)-00012486) |
| 324 | September 29, 2008 10:47am email from H. Miller to D. Murgio re RE: Schedules A and B for Filing – FINAL (WGM-LEHMAN-E 00016607) |
| 325 | September 29, 2008 11:40 am email from W. Gordon to W. Gordon, *et al.*, re FW: Here is all we have at the moment that makes and effort to describe what Barclays got and didn't get, with attachment (Dep. Ex. 464A, AM02287 – AM002305) |

| BCI Exhibit No. | DESCRIPTION |
|---|---|
| 326 | September 29, 2008 12:24 pm email from D. Murgio to H. Miller, *et al.*, re RE: Schedules A and B for Filing – FINAL, with attachment (WGM-LEHMAN-E 00020419 – WGM-LEHMAN-E 00020433) |
| 327 | September 29, 2008 3:52 pm email from A. Frelinghuysen to M. Witkin, *et al.*, re Transfer of Assets Pursuant to the Asset Purchase Agreement, with attachment (HHR_00000491 – HHR_00000493) [Attachment omitted] |
| 328 | September 29, 2008 8:19 pm email from M. Korycki to J. Fogarty, *et al.*, re Files for Tomorrows APA Schedules Meeting, with attachments (WGM-LEHMAN-E 00000868 – WGM-LEHMAN-E 00001147) [Attachment omitted] |
| 329 | September 29, 2008 11:40 pm email from W. Gordon to M. Korycki, *et al.*, re FW: Here is all we have at the moment that makes an effort to describe what Barclays got and didn't get, with attachments (AM002287 – AM002292) |
| 330 | October 1, 2008 7:48 pm email from C. Jones to L. Vecchio, *et al.*, re OCC Treasury Redemption |
| 331 | October 2, 2008 3:14 pm email from D. Boscarino to C. Kiplok re James W, with attachment (HHR_00009084 – HHR_00009085) |
| 332 | October 6, 2008 3:13pm email from C. Tully to D. Fleming, *et al.*, re FW: Lehman – JPM Chase Transactions, with attachment (Dep. Ex. 463B)<br><br>**[CONFIDENTIAL: redacted in part]** |
| 333 | October 21, 2008 8:07am email from G. Romain to P. Clackson, *et al.*, re Balance sheet update, with attachment (Dep. Ex. 538A, BCI-EX-(S)-00109996 - BCI-EX-(S)-00110002) |
| 334 | Email chain including October 21, 2008 4:50 pm email from W. Navin to K. Raisler re $19M Matured Treasuries, with attachments (BCI-EX-(S)-00139346 – BCI-EX-(S)-00139364)<br><br>**[CONFIDENTIAL: redacted in part]** |
| 335 | November 9, 2008 12:04 pm email from J. McDaniel to J. Giddens, *et al.*, re The Options Clearing Corporation—Request for Transfer of Deposited Securities to OCC, with attachment (HHR_00001142 – HHR_00001145) |
| 336 | Email chain including November 12, 2008 12:33 am email from A. Frelinghuysen to J. Vukek-Rao, *et al.*, re RE: LBI Trustee Authorization – Name Change (Brown Brothers) (HHR_00015196 – HHR_00015200) |
| 337 | Email chain including May 13, 2009 10:35am email from J. Stern to R. Gaffey, *et al.*, re Re: Lehman/Barclays |

| BCI Exhibit No. | DESCRIPTION |
|---|---|
| 338 | Email chain including May 28, 2009 10:23am email from J. Kobak to J. Hughes, *et al.*, re Rule 408 Settlement Discussions |