**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11 Case No.<br>08-13555 (JMP)<br>(Jointly Administered) |
| In re<br><br>LEHMAN BROTHERS INC.,<br><br>Debtor. | Case No. 08-01420 (JMP) |

**APPENDIX TO MEMORANDUM OF BARCLAYS CAPITAL INC. IN OPPOSITION TO THE RULE 60 MOTIONS AND IN SUPPORT OF MOTION OF BARCLAYS CAPITAL INC. TO ENFORCE THE SALE ORDER AND SECURE DELIVERY OF ALL UNDELIVERED ASSETS**

# APPENDIX VOLUME VIII

**PORTIONS OF APPENDIX FILED UNDER SEAL**
**PURSUANT TO PROTECTIVE ORDER**

**BOIES, SCHILLER & FLEXNER LLP**
575 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

*Attorneys for Barclays Capital Inc.*

| BCI Exhibit No. | DESCRIPTION |
|---|---|
| 339 | January 8, 2010 Expert Report of Alan M. Johnson <br> **[CONFIDENTIAL: redacted in part]** |
| 340 | January 8, 2010 Expert Report of Anthony Leitner |
| 341 | January 8, 2010 Expert Report of Professor Paul Pfleiderer <br> **[CONFIDENTIAL: filed in part under seal]** |
| 342 | January 8, 2010 Expert Report of Anthony Saunders |
| 343 | January 8, 2010 Expert Report of Peter Vinella |
| 344 | January 25, 2010 Declaration of Alan M. Johnson |
| 345 | January 25, 2010 Declaration of Anthony Leitner |
| 346 | January 21, 2010 Declaration of Paul Pfleiderer |
| 347 | January 25, 2010 Declaration of Anthony Saunders |
| 348 | January 27, 2010 Declaration of Peter Vinella |
| 349 | September 28, 2009 Declaration of Marty Malloy |
| 350 | January 8, 2010 Declaration of Sharon Blake, with exhibits <br> **[CONFIDENTIAL: redacted in part]** |
| 351 | January 8, 2010 Declaration of Eric Clark, with exhibit |
| 352 | January 8, 2010 Declaration of Daniel Dziemian |
| 353 | January 8, 2010 Declaration of Elizabeth James, with exhibits |
| 354 | January 8, 2010 Declaration of Craig Jones, with exhibits |
| 355 | January 20, 2010 Declaration of Archibald Cox |
| 356 | January 22, 2010 Declaration of Paul Exall <br> **[CONFIDENTIAL: redacted in part]** |
| 357 | January 26, 2010 Declaration of Gary Romain |
| 358 | January 26, 2010 Declaration of Alan Kaplan |
| 359 | January 27, 2010 Declaration of James Hraska <br> **[CONFIDENTIAL: filed in part under seal]** |

| BCI Exhibit No. | DESCRIPTION |
|---|---|
| 360 | January 27, 2010 Declaration of Eric Felder |
| 361 | January 27, 2010 Declaration of Michael Keegan |
| 362 | January 27, 2010 Declaration of Martin Kelly |
| 363 | January 27, 2010 Declaration of Stephen King |
| 364 | January 27, 2010 Declaration of Victor Lewkow |
| 365 | January 27, 2010 Declaration of Ian Lowitt, with exhibit |
| 366 | January 27, 2010 Declaration of Hugh McGee |
| 367 | January 27, 2010 Declaration of Kenneth Raisler |
| 368 | January 27, 2010 Declaration of Edward Rosen |
| 369 | January 27, 2010 Declaration of Paolo Tonucci |
| 370 | January 28, 2010 Declaration of James Seery, with exhibit |
| 371 | September 17, 2008 5:57 pm email from M. Kelly to J. Walker, *et al.*, with attachments [Attachments omitted] |
| 372 | September 18, 2008 11:56 pm email from K. Richard to J. Dolan, *et al.*, re FIRM ACCOUNT TRANSITION TO BARCLAYS |
| 373 | September 19, 2008 3:06 pm email from P. Clackson to R. Ricci re FW: Negative goodwill (Dep. Ex. 362A, BCI-EX-00078334) |
| 374 | September 22, 2008 Steven Berkenfeld Employment Agreement (Dep. Ex. 17, BCI-EX-00077288 – BCI-EX-00077290)<br>**[CONFIDENTIAL: filed under seal]** |
| 375 | September 26, 2008 4:13 p.m. from A. Frelinghuysen to M. Witkin, et al., re LBI Transfer Instructions / Trustee Authorization, with attachments (HHR_00019133 – HHR_00019135) |
| 376 | March 31, 2009 email from S. Hirshon to E. Kay, *et al.*, re RE: Lehman Brothers – DTC (DTCC 00540 – DTCC 00542) |
| 377 | August 25, 2009 Stipulation and Agreed Order with Respect to Non-Related Contracts Posted for Assumption and Assignment in Connection with Asset Purchase Agreement |
| 378 | December 10, 2009 letter from C. Green to R. Gaffey, *et al.*, re *In re Lehman Brothers Holdings Inc., et al.*, Case No. 08-13555 (JMP) |

| BCI Exhibit No. | DESCRIPTION |
|---|---|
| 379 | December 21, 2009 The Trustee's Objections and Responses to Barclays Capital Inc.'s Second Set of Interrogatories |
| 380 | June 23, 2008 Debtor's Reply in Further Support of Its Motion for an Order Pursuant to Fed. R. Bankr. P. 2004, Authorizing Discovery from Barclays Capital, Inc. |