# BCI EXHIBIT

# 343

# EXPERT REPORT OF PETER VINELLA

**in the matters of**

**In Re: Lehman Brothers Holdings, Inc., et al., Debtors**

**and**

**In Re: Lehman Brothers, Inc., Debtor**

**January 8, 2010**

# Table of Contents

I.      SUMMARY OF CONCLUSIONS ................................................................ 3

II.     QUALIFICATIONS ................................................................................... 8

III.    COMPENSATION .................................................................................... 8

IV.     SOURCES FOR REPORT ......................................................................... 9

V.      KEY FACTUAL MISCONCEPTIONS IN THE McISAAC AFFIDAVIT ........ 9

VI.     MR. McISAAC'S RECOMMENDED RESERVE ACCOUNT ADJUSTMENTS ........ 13

        A.    FID Accounts .......................................................................... 14

        B.    Alleged Account Coding Errors ................................................ 15

        C.    Assets Subject to LBIE Administration .................................... 18

        D.    Customer Cash Claimed by LBIE ............................................. 19

        E.    OCC Deposit ........................................................................... 20

        F.    Customer Property Seized During the Transfer Process .......... 21

VII.    MR. McISAAC'S DISCUSSION OF "ITEMS CURRENTLY UNDER
        INVESTIGATION" ................................................................................. 22

        A.    Alleged JPMC Overdraft .......................................................... 22

        B.    Alleged Unsecured Debits in the Reserve Requirement Formula .......... 24

        C.    Alleged Customer Securities Included in the Barclays Repo .......... 25

        D.    Alleged Assets Detained by Foreign Banks .............................. 26

EXHIBIT A:    CURRICULUM VITAE OF PETER VINELLA ............................ 28

EXHIBIT B:    ADDITIONAL BACKGROUND ............................................... 38

EXHIBIT C:    DOCUMENTS REVIEWED ................................................... 42

EXHIBIT D:    LBI FOCUS REPORT, Form X-17a5 (July 31, 2008) ............ 45

EXHIBIT E:    LBI FOCUS REPORT, Form X-17a5 (August 31, 2008) .......... 46

EXHIBIT F:    LEHMAN BROTHERS INC. CONSOLIDATED 15c3-3 RESERVE
FORMULA      ....................................................................................... 47

At the request of Barclays Capital, Inc. ("Barclays"), I offer the following report in response to the Affidavit of Daniel McIsaac dated October 5, 2009 (the "McIsaac Affidavit"), which has been designated by James W. Giddens, as Trustee (the "Trustee") for the Securities Investor Protection Act ("SIPA") Liquidation of Lehman Brothers, Inc. ("LBI"), as an expert report in support of The Trustee's Motion for the Relief Pursuant to Sale Orders or, Alternatively, for Certain Limited Relief Under Rule 60(b) filed September 15, 2009 (the "Rule 60 Motion").

This report contains a statement of my opinions to date and the basis and reasons therefore, the data or other information considered in forming my opinions, exhibits which provide a summary of or support for my opinions, and my qualifications.

The opinions expressed herein are solely mine and are based on the information I have reviewed and the work I have performed to date. Should additional documents or other information be provided to me, my opinions as expressed herein could change, and therefore, I reserve the right to revise my report accordingly.

## I.    SUMMARY OF CONCLUSIONS

The McIsaac Affidavit asserts that there was and is a deficit in LBI's Rule 15c3-3 Reserve Account as of September 19, 2008[1] based on a series of assertions that I find

---

[1]    Throughout his affidavit, Mr. McIsaac makes references to adjustments to the Reserve Account as well as to the adjustments to the Reserve Requirement (what he often calls the "Reserve Formula"). While related concepts, these are not exactly the same.

The Reserve Requirement is the minimum Reserve Account balance allowed by regulation. Most firms, including LBI, add a "cushion" to the Reserve Requirement to ensure that it was

(footnote continued on next page)

flawed, speculative, inadequately explained, and unsupported by the limited evidence he

identifies. Mr. McIsaac's failure to adequately explain the basis for his opinions makes it

difficult to fully assess their validity, but even the limited information provided in his

affidavit does make clear that his analysis is flawed in a number of respects:

*First,* in his discussion of LBI's operations and reporting during the week of

September 15, Mr. McIsaac does not appear to take into account the fact that LBI was

successfully able to fund LBI's balance sheet, meet all cash requirements, and close its

books each day during the week of September 15 until September 19 when JP Morgan

Chase ("JPMC"), LBI's clearing bank, prohibited LBI staff from accessing its accounts.[2]

*Second,* to the extent Mr. McIsaac seeks to justify his opinions and conclusions by

comparing LBI's Reserve Requirement as of September 19 to those computed prior to

September 15 or to historical averages, this comparison is not relevant.[3]

On September 15, Lehman Brothers Holdings, Inc. ("LBHI"), LBI's holding

company, filed for bankruptcy and Lehman Brothers Europe, Inc. ("LBIE"), LBI's

affiliate European broker-dealer, filed for administration.[4] This led to a significant exodus

---

sufficiently funded. The Reserve Requirement plus the cushion is commonly called the "Lockup Requirement". Firms also frequently leave an excess in their Reserve Accounts above and beyond their calculated Lockup Requirements.

Therefore, an adjustment to the Reserve Account is required only when there is an upward adjustment to the Reserve Requirement that exceeds the cushion in the Lockup Requirement plus any excess in the account itself (the sum of which is referred to here as the "Cushion").

[2] Interviews with Barclays employees and former LBI employees

[3] *See* paragraph 25, McIsaac Affidavit and Ex 3, McIsaac Affidavit

[4] Interviews with Barclays employees and former LBI employees

of customers and customer assets from LBI, which, logically, should have led to a significantly lower Reserve Requirement.

If a comparison between the Reserve Requirement as of September 19 and other LBI Reserve Requirements were even relevant, more appropriate reference points would be the Reserve Requirements as of September 16 and September 17, which were calculated under the observation of the SEC and the Financial Industry Regulatory Authority ("FINRA").[5] These more recent calculations more accurately reflected the declining customer base and indeed show declining Reserve Requirements.[6]

*Third,* on a related note, although customer accounts (numbering in the tens of thousands) were transferred from LBI to other broker-dealers in the weeks prior to SIPA Liquidation, Mr. McIsaac does not provide any analysis regarding whether the corresponding reduction to the Reserve Requirement as of September 19 as a result of those transfers was overstated, understated, or completely correct.

*Fourth,* Mr. McIsaac's affidavit asserts that the LBI Reserve Requirement as of September 19 was inaccurately calculated. Yet, in his analysis of the flaws in that calculation, he considers only factors that would increase the Reserve Requirement.[7]

---

[5]    Interviews with former LBI employees and Ex F

[6]    *See* Ex F

[7]    For a description of the specifics of the Reserve Requirement formula ("Reserve Formula"), *see* paragraph 21-22, pages 7-8, McIsaac Affidavit and Ex. 2, McIsaac Affidavit

Specifically, he focuses almost entirely on credit items that he alleges should be increased, thus increasing the Reserve Requirement. He also considers (albeit to a lesser extent) debit items that he alleges should be reduced, which would also increase the Reserve Requirement. However, Mr. McIsaac fails to provide the results of any analysis he performed, if any, as to possible errors associated with credits and debits that would have *reduced* the Reserve Requirement.

As such, his analysis is more of an exercise to confirm that the calculation of the Reserve Requirement as of September 19 was flawed than an attempt to accurately estimate the Reserve Requirement itself.

*Fifth,* on a related note, Mr. McIsaac chooses not to perform a calculation of LBI's Reserve Requirement independently as of the date of the SIPA Liquidation, although he had access to the necessary data to do so.[8] He did not even try to provide a reasonably rigorous approximation in his affidavit.

While he points to a few concrete issues that, if substantiated, could indeed increase the Reserve Requirement as of September 19, Mr. McIsaac also discusses many speculative and unsupported issues that, if accurate, could (in his opinion) materially increase the credit component of the Reserve Requirement formula, hence, increasing the Reserve Requirement. All the while, Mr. McIsaac ignores other issues that, if incorrect as of September 19 would have had the opposite effect, such as insufficient adjustments for

---

[8]    This data is maintained in the LBI systems under the control of the Trustee

Report of Peter U. Vinella                    Page 6 of 47                    January 8, 2010

the aforementioned substantial number of transferred customer accounts during the relevant time frame or coding errors that would have permitted a decrease in the Reserve Requirement.

With respect to Mr. McIsaac's specific opinion that LBI's Reserve Requirement as of September 19 required upward adjustments of $4.9 billion, resulting in a deficit in the Reserve Account of $3.7 billion; his opinion suffers from the following additional flaws:[9]

*First,* Mr. McIsaac often relies on speculative assertions for which he offers either no factual support or minimal and inadequate factual support. If Mr. McIsaac substantiates those assertions, I reserve the right to update my opinions accordingly.

*Second,* Mr. McIsaac fails to address the fact that LBI routinely kept a sizable Cushion in its Reserve Account to account for errors and does not determine whether any or all of the purported shortfalls he identifies would have been covered by the Cushion.[10]

In addition to making specific proposed adjustments to LBI's Reserve Requirement on allegedly known items, he also asserts that there are a number of additional items "under investigation" that may or may not have resulted in errors in the Reserve Requirement calculation. Mr. McIsaac's opinion with respect to said items under

---

[9]    *See* paragraph 49, page 18, McIsaac Affidavit

[10]    *See* Ex F and interviews with former LBI employees

investigation is supported by little or no factual evidence, and he does not even conclude that such adjustments will ever be necessary.

As such, this portion of Mr. McIsaac's affidavit is pure speculation on hypothetical situations. If Mr. McIsaac ever concludes that such adjustments do, in fact, need to be made and provides the factual basis for his conclusion, I reserve the right to update my report accordingly.

## II.    QUALIFICATIONS

My name is Peter U. Vinella. I am currently a Managing Director at LECG, LLC ("LECG"), an expert services and advisory firm. I have more than 25 years' experience working in the financial services industry, both as a senior executive in large financial institutions and as a consultant. I am intimately familiar with broker-dealer operations in general as well as many critical aspects of this matter under consideration. This is based on my experience as a senior executive at two major broker-dealers, as the president and CEO (and other positions) of Wilmington Trust Conduit Services ("WTCS"), and in several relevant previous consulting engagements. My curriculum vitae is attached as Exhibit A, and additional background particularly relevant to this matter is attached as Exhibit B.

## III.    COMPENSATION

I have been retained in this matter with compensation at my standard hourly rate of $650.00. Other members of my firm also have performed work at their standard hourly rates under my direction. We also are reimbursed for out-of-pocket expenses.

## IV.    SOURCES FOR REPORT

My evaluation draws upon my knowledge of financial markets, experience

working in the financial services industry, and my specific knowledge of broker-dealer

operations, particularly as it relates to customer accounts and assets, end-of-day

processing, and repurchase agreements ("Repos").

In this matter, I reviewed a number of documents, including, but not limited to,

the McIsaac Affidavit and exhibits, the Adversary Complaint filed by the Trustee on

November 16, 2009 ("Adversary Complaint"), the Rule 60 Motion, the Asset Purchase

Agreement between Barclays and Lehman dated September 16, 2008 ("APA"), as well as

the subsequent amendment ("APA Amendment") and clarification letter ("Clarification

Letter"), which together comprised the single purchase agreement.

I also interviewed several ex-LBI and Barclays employees and reviewed various

LBI and Barclays internal reports.

## V.    KEY FACTUAL MISCONCEPTIONS IN THE McISAAC AFFIDAVIT

I address in Sections VI and VII below Mr. McIsaac's specific assertions

regarding his proposed adjustments to LBI's Reserve Requirement and additional matters

under investigation. Before addressing those points, however, I have the following

overarching observations regarding the McIsaac Affidavit:

*First,* one of the key premises of Mr. McIsaac's affidavit is that the state of LBI's

operations following the default of LBHI on September 15 made it virtually impossible to

adequately compute its Reserve Requirement and, by inference, to maintain its balance

sheet, meet all cash requirements, and successfully close its books during the week of September 15.[11] [12] This does not appear to be correct.

Rather, it is my understanding from discussions with former LBI personnel that, due in part to liquidity provided through Repos with the Federal Reserve Bank of New York ("FRBNY") and with Barclays, LBI was successfully able to fund LBI's balance sheet, meet all cash requirements, and close its books each day during the week of September 15 until September 19, when JPMC prohibited LBI staff from accessing its accounts.[13] Additionally, LBI was able to successfully transfer tens of thousands of customer accounts and unwind tens of billions of dollars worth of tri-party Repo positions that week.[14] Moreover, it was able to successfully compute its Reserve Requirement at least through September 17.[15] All of the activity was performed under the observation of representatives from the SEC and FINRA, who were onsite at LBI's offices during the week of September 15.[16]

*Second,* in his affidavit, Mr. McIsaac points to LBI's Reserve Requirement as of September 12 as well as past Reserve Requirements prior to the week of September 15

---

[11]  *See* paragraphs 27-31, pages 10-12, McIsaac Affidavit

[12]  The operations came to halt on September 19 as a result of JMPC shutting off access to its systems. Interviews with former LBI employees

[13]  Interviews with Barclays employees and former LBI employees

[14]  Interviews with former LBI employees

[15]  *See* Ex F

[16]  Interviews with Barclays employees and former LBI employees

that range between \$3 and \$6 billion.[17] [18] To the extent that Mr. McIsaac uses past Reserve Requirements as a justification for his ultimate conclusion that the proper Reserve Requirement as of September 19 should have been at least \$4.9 billion, the comparison is unjustified.

Neither the historical average Reserve Requirements nor the Reserve Requirement as of September 12 are reasonable reference points to the Reserve Requirement as of September 19 because they reflect calculations made prior to a significant exodus of customers that occurred after the bankruptcy of LBHI and the administration of LBIE on September 15.[19] Instead, the Reserve Requirement calculations as of September 16 and September 17 would be a more accurate reference point (to the extent that a reference point is even appropriate) because they reflected the declining customer base.[20]

The last clean Reserve Requirement calculation performed by LBI as of September 17 and observed by the SEC and FINRA did, indeed, show a significant drop of approximately \$4 billion from the one computed as of September 12, and was

---

[17]  *See* paragraph 27, page 10, McIsaac Affidavit

[18]  *See* footnote 4, page 11, McIsaac Affidavit

[19]  Interviews with former LBI employees

[20]  *See* Ex F

substantially less than the adjusted Reserve Requirement of at least $4.9 billion proposed by Mr. McIsaac in his affidavit.[21]

*Third,* Mr. McIsaac does not include in his affidavit any analysis of the impact of customer accounts (numbering in the tens of thousands) that were transferred from LBI to other broker-dealers in the weeks prior to SIPA Liquidation, including some of the Private Asset Management ("PAM") accounts.[22] To the extent the September 19 Reserve Requirement did not accurately reflect the magnitude of these departures, a downward adjustment to Mr. McIsaac's total proposed Reserve Requirement adjustments would be expected.[23]

*Fourth,* I note that the LBI Lockup Requirement was $2.77 billion as of September 16 and $1.77 billion as of September 17, including a $225 million cushion added in the formula.[24][25] Given the continuing exodus of clients, including PAM accounts which began to be transferred from LBI to other broker-dealers on September

---

[21]  *See* paragraph 49, page 16, McIsaac Affidavit

[22]  Interviews with former LBI employees

[23]  The maximum Reserve Requirement is calculated based on the amount of customer assets held at a broker-dealer. As such, as billions of dollars of assets left LBI, one would expect a significant drop in the Reserve Requirement. Mr. McIsaac does not mention this drop in assets in his affidavit

[24]  *See* Ex F

[25]  The calculations played an important part in keeping LBI afloat during the week of September 15. Given its cash needs, LBI's senior management directed that Reserve Requirements be calculated daily and that excesses in the Reserve Account be deposited in LBI's general operating account. This began on September 17 (for the calculation as of September 16) since LBI had just finished locking up the Reserve Account on September 16 for the Reserve Requirement calculation as of September 12. These calculations and subsequent withdrawals were observed closely by the SEC and FINRA. Interviews with former LBI employees

Report of Peter U. Vinella              Page 12 of 47              January 8, 2010

18, there should have been an additional significant drop in the Reserve Requirement as of September 18.[26] One would expect that the Reserve Requirement would have been even lower as of September 19, without regard, of course, to the issues Mr. McIsaac identifies in his affidavit.

## VI.    MR. McISAAC'S RECOMMENDED RESERVE ACCOUNT ADJUSTMENTS

I now turn to Mr. McIsaac's specific testimony regarding adjustments to the Reserve Requirement.

In paragraph 49 of his affidavit, Mr. McIsaac recommends a number of specific adjustments to LBI's Reserve Requirement as of September 19, totaling $4.9 billion in upward adjustments. With respect to this figure, Mr. McIsaac notably does not attempt to independently compute LBI's Reserve Requirement.[27] Instead, Mr. McIsaac identifies a series of "incidents", all of which focus on allegedly necessary *credits* to the Reserve Requirement that, collectively, "will result in a shortfall of customer property".[28] Those "incidents" are:

1.    The treatment of Fixed Income Division prime broker client accounts (the "FID Accounts") (McIsaac Affidavit at ¶¶ 32-35);

2.    Purported account coding errors (*ibid.* at ¶¶ 36-38);

---

[26]    Interviews with former LBI employees

[27]    *See* paragraph 31, page 12, McIsaac Affidavit

[28]    Note that I believe that Mr. McIsaac uses the term "customer property" in the context of a SIPA Liquidation as opposed to "customer assets" under SEC Rule 15c3

3.      The treatment of assets subject to LBIE administration (*ibid.* ¶¶ 39-40);

4.      The treatment of customer cash claimed by LBIE (*ibid.* ¶¶ 41-44);

5.      The treatment of a $507 million deposit made with the Options Clearing
Corporation ("OCC") (*ibid.* at ¶¶ 45); and,

6.      The treatment of customer property seized during the transfer process
(*ibid.* ¶¶ 46-47).

I address each of these matters below.

### A.    FID Accounts

Mr. McIsaac asserts that assets associated with certain FID Accounts held at JPMC were "at risk" on September 19 and should have been included as a credit in the Reserve Requirement calculation.[29] Those assets were purportedly seized by JPMC on September 19 and totaled "$891 million" [sic] ($630 million in securities and $258 million in cash).[30] Mr. McIsaac provides no factual support for (1) his figures, (2) his description of the makeup of the assets, or (3) the nature of the seizure. Without this factual support, Mr. McIsaac's assertions are speculative at best. When and if Mr. McIsaac provides the basis for his assertions on this point, I reserve the right to amend my report regarding this matter.

---

[29]    *See* paragraphs 32-35, page 13, McIsaac Affidavit

[30]    *Ibid.* The correct sum would be $888 million

As a related point, if LBI were required to continue to fund a Reserve Account after the SIPA Liquidation began, it would be important to determine whether JPMC ever returned the assets. Mr. McIsaac provides no factual information regarding that possibility, but does acknowledge the existence of a dispute between LBI's estate and JPMC regarding the assets, which at minimum raises the possibility that the assets might be returned in the future.[31]

### B.    Alleged Account Coding Errors

Mr. McIsaac claims that the incorrect coding of customer accounts as non-customer accounts and related problems improperly reduced LBI's Reserve Requirements. He specifically cites a few examples that he claims led to a $747 million shortfall in the Reserve Requirement as of September 19. Mr. McIsaac's analysis is flawed for several reasons.

*First*, Mr. McIsaac relies upon the example of Woodlands Bank.[32] In that case, an LBI affiliate was coded as a non-customer, but apparently had not signed the subordination letter required to exempt it from customer status. According to Mr. McIsaac, this error resulted in an alleged $534 million shortfall in the Reserve Requirement. However, Mr. McIsaac provides no factual support for his assertions regarding the amount or nature of the funds at issue. Nor does he appear to have investigated Woodland Bank's actual status as a customer or non-customer. As such, Mr.

---

[31]    *See* paragraph 33, page 13, McIsaac Affidavit
[32]    *See* paragraph 37, page 14, McIsaac Affidavit

McIsaac's assertions on Woodland Bank are speculative at best. Should Mr. McIsaac provide factual support for his conclusions, I reserve the right to amend my report regarding this matter.

*Second*, Mr. McIsaac asserts that other unidentified non-customer accounts were miscoded as customer accounts that produced debits greater than credits. If corrected, they would have produced a higher Reserve Requirement.[33] However, without (1) identifying the accounts, (2) providing factual information regarding the coding of the accounts, (3) providing the net asset balances of the accounts, and (4) stating the amount of the purportedly necessary adjustment to the Reserve Requirement as of September 19, Mr. McIsaac's assertions again amount to pure speculation. If, in the future, the factual basis for Mr. McIsaac's assertions is identified, I reserve the right to amend my report to address those assertions.

*Third*, in a footnote, Mr. McIsaac asserts that there were unidentified non-customers who executed subordination letters, but nonetheless filed claims with the Trustee. Mr. McIsaac asserts that, should these non-customers prevail, the Reserve Requirement would again have to be adjusted upwards.[34] Once again, without identifying the non-customers and providing the nature of their claims against the estate and the amount of assets at issue, Mr. McIsaac's assertions are speculative. I again reserve the right to amend my report should Mr. McIsaac provide factual support for this claim.

---

[33]    *See* paragraph 38, page 15, McIsaac Affidavit

[34]    *See* footnote 7, page 15, McIsaac Affidavit

Report of Peter U. Vinella            Page 16 of 47            January 8, 2010

*Fourth,* Mr. McIsaac also claims that other errors detected in "LBI's service providers' allocation program used in the calculation of the Reserve Requirement caused additional shortfalls" in the reserve amount.[35] Mr. McIsaac provides a single memorandum as support for this assertion: a December 30, 2008 memorandum from LBI to Broadridge, LBI's ADP outsource provider (the "Broadridge Memo"), which discusses an alleged error arising from a rather arcane error condition regarding the alleged duplicate allocation of "streetside positions."[36] Mr. McIsaac then includes an ambiguous claim that "correction of these errors results in the addition of $213 million to the Reserve Account."[37]

It is unclear from the McIsaac Affidavit whether this purportedly necessary $213 million correction arises from only the alleged error described in the Broadridge Memo, from other unidentified alleged coding errors, or from some combination thereof.

Regardless of what Mr. McIsaac intended to convey, the only support provided for this $213 million assertion is the Broadridge Memo.[38] This memorandum and its attachments do not quantify the resulting alleged error in any way that would support Mr. McIsaac's claim of a $213 million shortfall in the Reserve Account. Should Mr. McIsaac provide support for his assertion, I reserve the right to amend my report accordingly.

---

[35]  *See* paragraph 38, page 15, McIsaac Affidavit

[36]  *See* Ex 28, McIsaac Affidavit

[37]  *See* paragraph 38, page 15, McIsaac Affidavit

[38]  The memorandum contained in Ex 28 of the McIsaac Affidavit contains a number of appendices. When reviewed in detail, it is unclear where the $213 million figure arises from

Report of Peter U. Vinella                Page 17 of 47                January 8, 2010

*Fifth*, Mr. McIsaac addresses only coding errors that in his view require increases to the Reserve Requirement. There is no apparent attempt by Mr. McIsaac to identify or quantify coding errors that would require downward adjustments to the Reserve Requirement.

### C.    Assets Subject to LBIE Administration

Mr. McIsaac asserts that when LBIE went into insolvency proceedings in the UK on September 15, $439 million in LBI customers' securities held by LBIE became at risk, and as a result, that amount should have been added to any subsequent Reserve Requirement calculations. [39]

It is my understanding from discussions with LBI managers that LBI routinely added LBI customer assets held by LBIE to the Lockup Requirement calculations as a prudent safeguard.[40] Mr. McIsaac does not provide any information as to whether this amount was actually left out of the Reserve Requirement calculation or whether the assets were returned to LBI, which would make the entire matter moot.[41] Once again, Mr.

---

[39]    *See* paragraphs 39-40, pages 15-16, McIsaac Affidavit

[40]    Interviews with former LBI employees

[41]    Ex. 29 to the McIsaac Affidavit provides a report presumably of LBI securities held at LBIE. However, the exhibit does not reflect the source system of the report or explain how it demonstrates that the funds were not included in the Reserve Requirement calculation (*see* Ex. 29, McIsaac Affidavit). In fact, I was told by former LBI operations managers that LBI customers' LBIE positions were maintained on the ITS system and their value was included in LBI's Lockup Requirement (interviews with former LBI employees). Given this fact, I would require substantially more information from Mr. McIsaac showing that the LBIE positions were not reflected in the Reserve Requirement to confirm the accuracy of his claims on this point

McIsaac's assertion is speculative. I reserve the right to amend my report should Mr.
McIsaac provide the basis for his assertion.

### D.    Customer Cash Claimed by LBIE

Mr. McIsaac claims that another $2.3 billion should have been included as a
credit in the Reserve Requirement calculation to reflect money held by LBI and allegedly
owed to LBIE's customers.[42] There are several problems with this assertion:

*First,* the few emails cited by Mr. McIsaac in support of his assertion suggest that
there was not an actual obligation to LBIE customers, but there was instead an incorrect
code assigned to the transaction that was subsequently corrected, leaving this large LBIE
cash balance (as opposed to a customer balance) at LBI.[43]

*Second,* it is not clear who LBI's counterparties were in the transactions that are
the subject of the emails cited by Mr. McIsaac. Typically, in such situations, there would
be a series of *back-to-back* trades in which (a) LBIE would execute a transaction with its
customer and then (b) LBIE would execute a subsequent transaction with LBI for the
same securities under the same terms. In such a case, LBIE would be LBI's counterparty,
not LBIE's customer. These are known in the industry as "intercompany trades".[44] If

---

[42]    *See* paragraphs 41-44, pages 16 and 17, McIsaac Affidavit

[43]    The transaction did involve LBIE customer assets. However, LBI confirmed that the LBIE
customer was satisfied before the obligation to LBIE was removed from the Reserve
Requirement calculation. Goel email, September 11, 2008, 12:09 p.m., Ex. 36, McIsaac
Affidavit, and interviews with former LBI employees

[44]    In the context of this alleged problem, the intercompany trade was one between two affiliated,
non-consolidating broker-dealers, LBIE and LBI. Such transactions between such affiliated
broker-dealers are exempt from SEC Rule 15c3 treatment. *See* SEC Rule 15c3-3(a).1

Report of Peter U. Vinella                Page 19 of 47                January 8, 2010

these were intercompany trades, LBIE would be a non-customer under SEC Rule 15c3-3, and any resulting obligation to LBIE was properly excluded from the Reserve Requirement calculations.[45] In fact, I was told by several former LBI managers that these were, indeed, intercompany trades between affiliated broker-dealers.[46]

Furthermore, while it was not required to do so, LBI typically increased its Reserve Requirement when such intercompany trades involved LBIE or LBI customers in order to ensure regulatory compliance, as it originally did in this case.[47] Once it was confirmed that the customer obligation had been fulfilled and the only remaining obligation was between LBIE and LBI, that obligation was properly removed from the Reserve Requirement calculation manually, as noted by Mr. McIsaac (although it appears the reason for this was "unclear" to him).[48]

### E.    OCC Deposit

Mr. McIsaac observes that a $507 million deposit that LBI made at the OCC to "secure customer-related obligations of LBI" was correctly reflected as a debit in LBI's Reserve Requirement calculation.[49] He takes issue not with the original treatment of said deposit as a debit, but with the fact that it should be removed from the Reserve

---

[45] SEC Rule 15c3 excludes broker-dealers from being customers (*see Ibid.*)
[46] Interviews with former LBI employees
[47] Interviews with former LBI employees
[48] *Ibid.* and paragraph 43, page 16, McIsaac Affidavit
[49] *See* paragraph 45, page 17, McIsaac Affidavit

Requirement calculation as of September 19 because the Trustee and Barclays are currently in a dispute over the rights to these funds.[50]

According to Mr. McIsaac, if the Trustee is not able to recover these funds, this amount should be removed from the debit side of the Reserve Requirement calculation.[51] Barclays was not even granted rights to these funds until the approval of the APA on September 20, so this dispute could not have affected the validity of the debit in calculations of the Reserve Requirement as of any prior date.

### F.    Customer Property Seized During the Transfer Process

Finally, Mr. McIsaac asserts that $82 million associated with the liquidation of foreign money market funds allegedly seized by Citibank during the week of September 15 should have been added to the Reserve Requirement, but was not.[52] Again, he merely states that this amount was not added to the Reserve Requirement as fact, but does not provide any supporting evidence. Thus, again, Mr. McIsaac's conclusions are highly speculative. Should Mr. McIsaac provide further information in support of his assertion, I reserve the right to amend my report.

---

[50]    *Ibid.*

[51]    *Ibid.*

[52]    *See* paragraphs 47-48, pages 17-18, McIsaac Affidavit

## VII.    MR. McISAAC'S DISCUSSION OF "ITEMS CURRENTLY UNDER INVESTIGATION"

In addition to the $4.9 billion in adjustments that Mr. McIsaac claims should be made to LBI's Reserve Requirement as of September 19, he also asserts that there are a number of additional items "under investigation" that may or may not have had a material impact on the Reserve Requirement as of September 19. Those items are:

1.    An alleged overdraft at JPMC (McIsaac Affidavit at ¶¶ 51-54);

2.    Purported inclusion of unsecured debits in the Reserve Requirement formula (*ibid.* at ¶¶ 55-56);

3.    Alleged customer securities purportedly included in the Barclays Repo (*ibid.* at ¶¶ 57-58);

4.    Alleged assets detained by foreign banks (*ibid.* at ¶¶ 59-60); and,

5.    Other alleged unspecified matters relating to LBI's debit items for stock borrows and the market valuation of customer securities (*ibid.* at ¶¶ 61-62).

I address each of these matters below.

### A.    Alleged JPMC Overdraft

Mr. McIsaac claims that an alleged large overdraft at JPMC on September 19 should have been included in the credit side of the Reserve Requirement calculation as of

September 19, as per FINRA requirements.[53] Mr. McIsaac's sole support for this claim is a series of emails discussing the alleged overdraft.[54]

There is no factual support provided to show whether the issue was ever resolved. This absence of support is significant because it appears from reading the emails that the LBI staff at the time did not believe there was truly an overdraft.[55] Moreover, former LBI senior operations managers have stated that they believed the reported overdraft was due to a JPMC problem stemming from delays in effecting a $45 billion term Repo with Barclays and a $7 billion box loan from JPMC the night before.[56] In fact, they stated that later the morning of September 19, the mistaken overdraft had been resolved, though JPMC apparently continued to freeze LBI accounts.[57]

Because Mr. McIsaac provides so little support for his assertions and the support he does provide appears to suggest that there was not a problem, there is insufficient evidence to support his conclusions. Additionally, his assertions are contradicted by former LBI personnel.

---

[53]  *See* paragraph 51, page 19 and Ex.38, McIsaac Affidavit

[54]  *See* Ex. 38, McIsaac Affidavit

[55]  *Ibid.* Also, interviews with former LBI employees

[56]  A possible cause of the overdraft was a problem with correctly pledging the box loan to Barclays the night before. *See* Declaration of Shari Leventhal. This could have possibly caused JPMC's systems to incorrectly treat the Repo as terminated and enter a $45 billion debit in LBI's accounts

[57]  Interviews with former LBI employees

Should Mr. McIsaac provide further information regarding the resolution of the alleged overdraft and its treatment by LBI, I reserve the right to amend my report.

### B.    Alleged Unsecured Debits in the Reserve Requirement Formula

Mr. McIsaac correctly cites the FINRA interpretation of SEC Rule 15c3-3 that requires customer debits included in the Reserve Requirement calculation, such as margin loans, to be fully secured by customer collateral.[58] From this requirement, however, Mr. McIsaac states without citations or corroborating evidence that during some undefined period prior to September 19, there was some question as to LBI's Reserve Requirement calculations and whether unsecured or under-secured debits were improperly included in said calculations.[59]

Without further information as to the nature of and justifications for this claim, Mr. McIsaac's assertions are mere supposition. Mr. McIsaac's assertions are particularly questionable given that LBI filed a monthly and quarterly Financial and Operational Combined Uniform Single Report ("FOCUS Report") with the regulators through July 2008, all of which appear to be in good order.[60] [61] Further, as discussed previously,

---

[58]    *See* paragraphs 55-56, pages 20-21, McIsaac Affidavit

[59]    *Ibid.*

[60]    Interviews with former LBI employees

[61]    LBI had prepared the August 2008 FOCUS Report that was to be submitted September 24, 2008. *Ibid.* and *see* Ex D and Ex E.

during the week of September 15, LBI performed at least two Reserve Requirement calculations under the observation of representatives from the SEC and FINRA.[62] [63]

Should Mr. McIsaac provide further information regarding this issue and its treatment by LBI, I reserve the right to amend my report.

### C.    Alleged Customer Securities Included in the Barclays Repo

Mr. McIsaac claims that it is possible that customer assets were included among the collateral delivered by LBI in the $45 billion term Repo with Barclays and that, if that had occurred, such assets had to be included as credits in the Reserve Requirement calculation.[64]

Because Mr. McIsaac does not provide any information confirming the facts of his premise, he cannot conclude either that customer assets were indeed used as part said Repo or, if they were, that they were not properly treated in the Reserve Requirement calculation.

Should Mr. McIsaac provide further information regarding this issue and its treatment by LBI, I reserve the right to amend my report.

---

[62]    *Ibid.*

[63]    I was told that FINRA was at LBI was performing their annual audit and the SEC arrived in early September when LBHI's stock started to take a beating. From the time of their arrival, the regulators worked closely with LBI staff in resolving potential problems. Interviews with former LBI employees

[64]    *See* paragraph 58, page 21, McIsaac Affidavit

**D.    Alleged Assets Detained by Foreign Banks**

Mr. McIsaac states, without citation, that some unidentified foreign banks holding

LBI customer securities failed or refused to turn over those assets to the Trustee when

requested and that investigation is continuing into whether such accounts were correctly

treated as good control locations as set forth in SEC Rule 15c3.[65][66] Without further

information regarding this situation, it is impossible to determine the accuracy of Mr.

McIsaac's opinion on this point.

Should Mr. McIsaac provide further information regarding this issue and its

treatment by LBI, I reserve the right to amend my report.

---

[65]    *See* paragraphs 59-60, pages 21 and 22, McIsaac Affidavit

[66]    *See* SEC Rule 15c3-3(f)

This concludes my report.


Respectfully,


Peter Vinella

## EXHIBIT A: CURRICULUM VITAE OF PETER VINELLA

### SUMMARY

Peter U. Vinella is a managing director in LECG's Emeryville office and has more than 25 years of experience in the financial industry as a consultant and as an executive with major financial institutions. His areas of expertise include: trading and investment management, risk management, quantitative analysis, operations, trading and investment-related accounting, technology (including software development), trust administration, and fund administration. Peter has first-hand experience with a wide variety of investment products including: equities, debt instruments, repo and SEC lending, listed and OTC derivatives, credit default swaps, commercial and consumer loans, and structured credit products such as CDOs and MBS. Peter has also developed business plans and strategic marketing plans for a number major financial institutions and vendors including: JP Morgan, Daiwa Securities, Smith Barney, ADP, Sun Microsystems, Perot Systems, and Sybase. Additionally, Peter has extensive experience in international markets and has worked extensively outside of the US.

Prior to joining LECG, Peter was a founder, owner, and CEO of Wilmington Trust Conduit Services (WTCS), a subsidiary of Wilmington Trust Corporation, the Federal Reserve regulated bank holding company of Wilmington Trust Company. Peter was responsible for overseeing all aspects of WTCS, including business administration, sales, operations, research, production technology, and software development. WTCS provided a broad array of administrative, trustee, custodial, operations, accounting, and risk management services to issuers and managers of and investors in credit and structured credit transactions. WTCS also provided fund administration services to hedge funds and private equity funds investing in loans, distressed assets, and structured products.

Prior to joining Wilmington Trust in 2006, Peter was the founder and CEO of PVA International/Toucan Partners, a New York-based consultancy focused on capital markets and risk management. During Peter's 11-year tenure, PVA/Toucan was engaged in more than 100 projects with more than 50 clients on four continents, including money center banks, international brokerages, central banks, government agencies, and investment managers.

Beginning his career in finance in the early 1980's at the risk management boutique, BARRA, Peter has also held a number of senior positions at major Wall Street firms, including trader and trading manager, chief information officer, and head of fixed

income research. Earlier in his career, Peter founded Berkeley Investment Technologies (BIT), an early pioneer in algorithm trading as well as one the first financial services firms to employ UNIX-based distributed systems, relational database management systems, object-oriented architecture, and realtime analytical systems.

Peter holds a bachelor's degree in applied mathematics from the University of California at Berkeley and attended the university's Applied Mathematics PhD program for four years. He was also taught mathematics at California State University at Hayward and was a NASA Junior Research Fellow.

Peter has co-authored two books with Jeanette Jin (the COO of WTCS) on governance and operational risk management, one published through Risk Water and the other in manuscript form. Peter has also authored numerous articles in the areas of finance, technology, and mathematics. Additionally, Peter is often quoted in the mainstream and industry press, including ABC Nightly News with Peter Jennings. He has worked with the US Congress and GAO on a variety of issues including TARP/ESSA, program trading, derivatives regulations, and the impact of September 11th on the US financial system.

## EDUCATION

PhD Program, Graduate Department of Mathematics, UC Berkeley, September 1978–January 1984

AB, Applied Mathematics, UC Berkeley, October 1973–June 1978

## PROFESSIONAL EXPERIENCE

### LECG, LLC, Emeryville, California

### Managing Director, January 2009–Present

Member of the senior professional team providing expert testimony and advisory services primarily in the areas of financial services and technology.

### Wilmington Trust Conduit Services, LLC, New York, New York

### President and CEO, September 2006–January 2009

A founder and owner of WTCS, responsible for overseeing all aspects of Wilmington Trust Conduit Services, a roughly 125-person operation that was a subsidiary of Wilmington Trust Corporation, the bank holding company of Wilmington Trust Company, a regional bank located in Wilmington, DE providing retail banking, wealth management services, and corporate trust services to clients in the US and Europe.

WTCS provided a broad array of administrative, trust, custodial, operations, accounting, reporting, and risk management services to issuers and managers of and investors in credit and structured credit transactions.

Also was responsible for overseeing WTCS's technology and software development effort that consisted of a staff of 10 production support engineers and 45 developers, 35 of which were located in Tianjin, China.

### Toucan Partners / PVA International, Inc., New York, New York

### CEO, August 1995–September 2006

Founder and CEO of a 30-person, $3-5MM per-year management consulting firm focusing on critical capital market issues concerning trading, risk management, operations, and technology. Managed and/or took part in over 100 projects for over 50 premier financial institutions on four continents, many with project budgets of over $60MM.

Major assignments included: the pre-acquisition assessment and valuation and post-acquisition integration planning in regard to Bankers Trust's acquisition of Nat West Markets equity and OTC derivatives businesses; supervising the launch of a primary dealership for Société Générale; acting as the interim CEO in a joint venture with subsidiary of CEMEX; acting as the interim CEO of an online treasury service joint venture between JP Morgan, Citi, and Cargill, and developing a 5-year, strategic fixed income business plan for ADP, which resulted in approximately $300MM of acquisitions.

Oversaw and led the development of a comprehensive project delivery and management methodology that included outsourcing risk and cost analysis, vendor vetting and selection, and project risk management.

### Smith Barney Shearson, New York, New York

### Trading Manager and Arbitrage Trader, Taxable Fixed Income Department, March 1994–August 1995

Reported to the head of Capital Markets was responsible for identifying and executing proprietary trades, primarily in the interest rate cash and derivatives markets. Developed the necessary analytic tools and support systems. Liaised with the sales force and clients to communicate trade ideas. Was responsible for developing a new business unit, the Portfolio Strategies Group, within the Division as well as launching the Interest Rate

Derivatives Trading and Sales unit. Also responsible for training the sales staff and MBA recruits in fixed income and derivatives trading and quantitative analysis.

*Chief Information Officer, Capital Markets Division, March 1993–March 1994*

Reported to the head of Capital Markets and was responsible for overseeing the planning, implementation, and delivery of technology-based services supporting the global capital markets businesses. Was responsible for managing a $250MM budget.

Additionally, lead the planning, budgeting, and fitting out of four major trading floors comprising more than 1200 trading seats.

Managed the post-acquisition integration of the Shearson fixed income businesses, operations, and technologies. This included implementing comprehensive MBS trading and research capabilities.

### Berkeley Investment Technologies, Inc./Nameloc/Drexel Burnham Lambert, Berkeley, CA, Lafayette, CA, and New York, New York

*Background*

Co-founded and managed an independent consultancy, Berkeley Investment Technologies ("BIT"), specializing in risk management, quantitative analytics, automated statistical-based trading, and trading systems development, primarily in equity cash and derivatives markets.

In the fall of 1988, BIT became an independent operating unit within Drexel Burnham Lambert ("DBL") providing advanced technology services to DBL's primary dealer. Over time, BIT expanded these services to included fixed income research and extended these expanded services to other DBL fixed income trading desks as well as its institutional clients. Its clients included over 200 top-tier institutional investment managers, such as Fidelity, Putnam, the World Bank, and the Bundesbank.

The company was later integrated into another DBL legal entity, Nameloc, which was essentially an internal hedge fund run by several DBL traders. Finally BIT, along with other the assets of Nameloc, was spun-off just prior to DBL's bankruptcy and the company, again, operated under the BIT brand. At the time of my departure in 1993, the company had stabilized at 45 employees and about $7MM in annual revenues.

*Executive Vice President, BIT, Director of Business Development, February 1990-March 1993*

Co-managed the daily operations of the firm. Directed all sales and marketing activities. Acted as the primary management consultant and client liaison as well as the principal software architect and quantitative analyst. Oversaw all software development.

*Executive Vice President, Nameloc, March 1989- February 1990*

Responsible for managing the technology, fixed income research, and business development activities of an internal DBL hedge fund with $50MM in trading capital.

*Head of Taxable Fixed Income Research, DBL, January 1990–February 1990*

Responsible for overseeing the day-to-day analysis, operations, and technology of DBL's Fixed Income Research Department, which had a staff of more than 150 professionals, 200 institutional clients, and an annual budget of over $70MM.

*Principal and Senior Scientist, BIT, February 1986-March 1989*

Managed the daily operations of the firm. Principal quantitative analyst and lead software developer.

## BARRA, Berkeley, CA

### Senior Quantitative Analyst, July 1984–February 1986

Performed a number of quantitative analysis and software development duties focusing on the computer application of Modern Portfolio Theory. Specialized in international equity markets including, those in the UK and Japan.

## California State University Hayward, Hayward, CA

### Lecturer/Assistant Professor Mathematics and Computer Science. September 1982–June 1984

Taught both graduate and undergraduate courses in pure and applied mathematics.

## University of California Berkeley, Berkeley, CA

### Teaching Assistant, September 1980–January 1981

Taught undergraduate calculus courses for non-majors.

## NASA Ames, Mountain View, CA

### Junior Research Fellow, Computation Fluid Dynamics Division, January 1980–January 1981

Research topic was the application of holographic interferometry to modeling transonic airflow.

**Data Dynamics, Mountain View, CA**

**Senior Mathematician, June 1978–January 1980**

Civilian contractor to the National Security Administration and the United States Air Force responsible for the creation and implementation of mathematical models and algorithms simulating satellite orbits and n-body celestial mechanics.

## EXPERT TESTIMONY AND CONSULTING

Several related Controladora Comercial Mexicana matters – as an expert witness, prepared an affidavit on behalf of the defendants in regard to the defendant's defaulting on a number of exotic derivative transactions. Spoke to the appropriateness of such transactions, their inherent risk and return, and general market practices regarding derivatives sales to corporate clients. The affidavit was filed in regard to the following suits:

> *Barclays Bank PLC v. Controladora Comercial Mexicana S.A.B. DE C.V.*, September, 2009 (Supreme Court of the State of New York, County of New York).

> *J. Aron and Company v. Controladora Comercial Mexicana S.A.B. DE C.V.*, September, 2009 (Supreme Court of the State of New York, County of New York).

> *JPMorgan Chase v. Controladora Comercial Mexicana S.A.B. DE C.V.*, September, 2009 (Supreme Court of the State of New York, County of New York).

> *Merrill Lynch Capital Markets AG and Merrill Lynch Capital Services, Inc. v. Controladora Comercial Mexicana S.A.B. DE C.V.*, September, 2009 (Supreme Court of the State of New York, County of New York).

*Cantor Fitzgerald, L.P. v. Iris Cantor, Market Data Corporation, Rodney Fisher, and CFI.*, August 1999 (Delaware Court of Chancery, Wilmington, DE). Testified in court on behalf of the defendants in regards to the alleged theft and improper use of intellectual property. Specifically, Iris Cantor, et al. were accused of improperly copying the designs and specifications of an automated bond and financial futures trading system.

*O'Connor and Associates v. David Garbaze, et al.*, August 1988 (Federal Court, Chicago, IL). Testified in court on behalf of the defendants in regards to the alleged theft and

improper use of intellectual property by ex-employees. Specifically, Mr. Garbaze, et al. were accused of improperly copying and using option valuation and risk management algorithms along with system designs and specifications.

## CONGRESSIONAL TESTIMONY AND ADVISORY SERVICES

General Accountability Office. November 2008 to December 2008. Facilitated several conferences with GAO staff, helping to educate them on various economic and operational aspects of structured financial products in connection with the Troubled Asset Purchase Program.

General Accountability Office. November 2001 to March 2002. Performed research and analysis for the GAO with regard to the September 11 terrorist attacks and the resulting impact on the US financial system and infrastructure.

House Subcommittee on Communications Technology and the Internet. November 2001. Prepared a whitepaper on the vulnerability of the US financial system to terrorists attack. Read into the Congressional Record by Congressman Ed Markey (D-MA).

House Subcommittee on Telecommunications. September 1995. Testified before the committee on the uses of over-the-counter derivatives in regards to possible regulation.

## PAST PROFESSIONAL MEMBERSHIPS

Securities Industry and Financial Markets Association

European Securitization Forum

Loan Syndication and Trading Association

International Swaps and Derivatives Association (member of the FpML Loan Working Committee)

## REPRESENTATIVE PUBLICATIONS

*Corporate Governance and Operational Risk Management* – A Practical Guide, Peter Vinella and Jeanette Jin, J. Wiley and Sons (not released)

Operational Risk – *Practical Approaches to Implementation*, Ellen Davis, Editor, Peter Vinella and Jeanette Jin, (Chapter 6), Risk Books, March, 2005

Reprint of the Operational Risk 101 Series (Translated into Chinese), Peter Vinella, Banking Today (Hong Kong), November, 2005

Reprint of the Operational Risk 101 Series, Peter Vinella, Derivatives Portal (online journal), June, 2005

Reprint of the Operational Risk 101 Series, Peter Vinella, Banking Risk (online journal), June, 2005

Operational Risk 101 – Management by Fact (part 6 of a series), Peter Vinella, GT News, April, 2005

Operational Risk 101 – Roles and Responsibilities (part 5 of a series), Peter Vinella, GT News, March, 2005

Solicited Comments to the Draft Agency White Paper on the Sound Practices to Strengthen the Resilience of the U.S. Financial U.S. System, Peter Vinella, GT News, March, 2005

Operational Risk 101 – Tackling Basel II (part 4 of a series), Peter Vinella, GT News, February, 2005

Operational Risk 101 – Operational Risk in terms of Operational Performance (part 3 of a series), Peter Vinella, GT News, January, 2005

Operational Risk 101 – Demystifying KPI and KRI (part 2 of a series), Peter Vinella, GT News, December, 2004

Operational Risk 101 – Basic Definitions (part 1 of a series), Peter Vinella, GT News, November, 2004

Describing a Formal Foundation for KPI and KRI, Peter Vinella, Operational Risk, November, 2004

*Protecting the US Financial System from Terrorist Attacks,* Peter Vinella, Bank Systems & Technology (Reprint). Read into the Congressional Record by U.S. Congressman Edward Markey during a hearing the House Subcommittee on Finance and Telecommunications, March, 2002

Protecting the US Financial System from Terrorist Attacks, Peter Vinella, GTNews (Reprint), February, 2002

*The Trading and Risk Management ASP Directory,* Peter Vinella, Derivatives Strategy, December, 2000

Online Risk Management: A Theory of eVolution, Peter Vinella, MiddleOffice, Spring, 2000

*One Too Many,* Peter Vinella, FOW, March, 2000

*No Title,* Peter Vinella, FOW, December, 1999

*Whoaaaah,* Peter Vinella, MiddleOffice, Winter, 1999

*Bank Bashing,* Peter Vinella, FOW, October, 1999

*Rio Aggrandisement,* Peter Vinella, FOW, September, 1999

*Joseph Jett's Phantom Bets,* Peter Vinella, Derivatives Strategy, May, 1999

*Mathematica for Dummies,* Peter Vinella, Derivatives Strategy, February, 1999

So You're in the Market for a Risk Management System, Peter Vinella, FOW, September, 1998

*Black and White on Wall Street Review,* Peter Vinella, Derivatives Strategy, April, 1998

*JP Morgan's FourFifteen,* Peter Vinella, Derivatives Strategy, December, 1996

*Suggestion for Financial Derivative Regulation and Legislation,* Peter Vinella, PVA Whitepaper. Presented to the US House of Representatives Subcommittee on Finance and Telecommunications, June, 1994

REPRESENTATIVE PRESENTATIONS

Panelist, *The Future of Structure Products "What's Next?"*, European CLO and Structured Product Summit, October, 2008, Monte Carlo, Monaco

Panelist, *Investor Reporting and Deal Surveillance*, Global ACBP & SIVs Summit, September, 2007, Paris, France

Panelist, *Basel II Impact on CDOs, Credit Derivatives & Structured Credit Products in Europe*, European CDOs, Credit Derivatives & Structured Credit Products Summit, September, 2007, London, England

Panelist, *Views on the Loan Market and Trends in Collateral*, CDO World 2007, March, 2007, New York, NY

Conference Co-Chair and Panelist, *The CDO Secondary Market: Liquidity and Transparency*, European CLO and Structured Product Summit, October, 2008, Monte Carlo, Monaco

Panelist, 7th Annual CDO Summit, December, 2007, Dana Point, CA

Panelist, 6th Annual CDO Summit, December, 2006, Dana Point, CA

*Corporate Governance as a Key Value Driver,* SAS Financial Services Executive Summit, June, 2005, Cary, NC

Integrating Corporate Governance and Operational Risk Management, Enterprise Risk Management Symposium, May, 2005, Chicago, IL

*Establishing a Formal System of Internal Control for Modeling Operational Risk,* the Financial Engineering Practitioners Seminar (Columbia University), March, 2005, New York, NY

*Op Risk Management and Streamlining Trade Processing,* BEA Financial Services Seminar, February, 2004, New York, NY

*September 11th and the Possible Regulatory Response* , Wall Street & Technology's Disaster Recovery & Business Continuity Conference , February, 2002, New York, NY

The Need to Apply Quality Systems to Risk Management Practices, 3rd Annual Derivatives Expo, May, 2001, New York, NY

Panelist, 2000 Derivatives Hall Fame Roundtable, August, 2000, New York, NY

Personal Remarks, Managed Funds Association – Annual Forum, July, 2000, Chicago, IL

Panelist, Derivatives Strategies ASP Roundtable, May, 2000, New York, NY

*Will the Internet Put You Out of Work? (Oh Yeah and Sooner Than You Think),* 9th Annual International Derivatives Exhibition, March, 2000, Frankfurt, Germany

*The Global Risk Management Decision,* Merrill Lynch Risk Conference, January, 1999, New York, NY

*Risk Management Issues – Part 2,* Informix Risk Management Seminar, November, 1998, New York, NY

*Risk Management Issues,* Informix Executive Dinner, December, 1997, New York, NY

Presentation to the FIS Sales Force and Account Management Team, ADP/ICI impact Product Premier, September, 1996, New York, NY

*Betting the Ranch,* Risk Management Seminar – Securities Industry Institute, Wharton Business School, University of Pennsylvania, March, 1996, Philadelphia, PA

*Automated Trading and Pre-Trade Compliance,* NASDR Technology Forum, December, 1995, Washington D.C.

## EXHIBIT B:  ADDITIONAL BACKGROUND

As additional biographical background relevant to this matter, WTCS was a subsidiary of Wilmington Trust Corporation, a bank-holding company headquartered in Wilmington, Delaware and supervised by the Federal Reserve. Our affiliate bank, Wilmington Trust Company ("WTC"), is a large regional bank with a significant global corporate trust business that provides a variety of operational and administrative services to financial institutions and corporations, including trust and agency services to issuers of debt securities and structured financial products, along with custody, cash management, entity management, and retirement plan services.

WTCS was formed in 2006 to augment WTC's services by providing collateral administration and advanced reporting services to issuers and managers of, and investors in, structured credit products such as collateralized debt obligations ("CDOs") and mortgage-backed securities ("MBS").

Services provided by WTCS included many at issue in this matter, including, but not limited to: depository and cash management, custody and safekeeping, document escrow, performance and risk reporting, and governing document compliance, along with acting as paying agent, transfer agent, and registrar. Additionally, these services were delivered via a bespoke technology platform that was widely considered to be the most advanced in the industry.

During its tenure, WTCS supported 18 structured credit transactions and six hedge funds and hedge fund-like structures, representing approximately $12 billion in assets. Moreover, the firm had mandates for more than 40 additional transactions that never materialized due to the severe condition of the financial markets.

As a founder and co-owner of WTCS (and its President and CEO), I was intimately involved in all aspects of its operations and technology, including acting as the chief operations and technology architect as well as overseeing day-to-day operations.

Prior to founding WTCS, I was the CEO of a well-respected consultancy, PVA International, Inc., that was in engaged in more than 150 projects with major financial institutions over a ten-year period. My clients included a number of large broker-dealers in addition to other bulge bracket financial institutions, and these engagements involved many issues pertinent to this matter.

Representative engagements included:

Bankers Trust: I played the lead role during the due diligence and post-merger integration planning of Bankers Trust's acquisition of NatWest Markets's equity and derivatives operations from National Westminster Bank. The work involved a review of the staff, systems, and facilities along with a detailed review of all proprietary and customer positions and trading accounts, unsettled items, reconciliation breaks, and regulatory compliance reporting. The work also involved planning the integration of the acquisition into Banker Trust's existing US broker-dealer and its international affiliates.

Société Générale: over the course of six years, I worked extensively at the North American branch of a large French bank, Société Générale, first acting as an interim CIO leading the formulation of a five-year strategic technology plan, and then acting as the overall program manager and chief business analyst in the bank's formation of a SEC-registered broker-dealer and the post-merger integration of a US broker-dealer, Cowan

and Company. This work required a detailed understanding of broker-dealer operations,

including, but not limited to, customer accounts, SEC Rule 15c3-3, and Repos.

Daiwa Securities: over the course of two years, I played a lead advisory role on

several projects designed to expand Daiwa Securities's services to its US and Japanese

clients. This included the implementation of a new back-office processing system, the

launch of a *de novo* prime broker operation, and the evaluation of establishing a managed

account business for high-net-worth individuals.

Automated Data Processing ("ADP"): over the course of three years, I played the

lead advisory role on several projects to expand ADP's presence in the fixed-income

markets. This work involved a detailed review of BPS, ADP's principal back-office

system.

Banc of America Securities: I played a lead advisory role on the assessment of a

vendor package chosen by Banc of America Securities staff to replace ADP's BPS. The

work entailed performing extensive interviews with numerous operations staff, defining

thousands of requirements, including customer accounts and SEC Rule 15c3-3

requirements, and evaluating the vendor package vis-à-vis the requirements.

JP Morgan Securities: I evaluated JP Morgan Securities's business plan and

operational design for the launch of a *de novo* prime broker operation. Additionally, I

designed a basic program trading system for the execution and settlement of the prime

broker's customer transactions.

ABN AMRO Securities: over the course of two years, I played a lead advisory

role on several projects related to the founding of a new global fixed-income investment

bank for ABN AMRO. This work involved the integration of several affiliated US and

offshore broker-dealers and the implementation of a new back-office operation system,

which required a detailed understanding of broker-dealer operations.

I also gained significant related experience during my tenure at Smith Barney, a

US broker-dealer that is now part of Citigroup.[67] As the Chief Information Officer of the

Capital Markets division, I was responsible for overseeing the technology aspects of the

division's launch and subsequent prime broker operations, as well as overseeing all the

technology that supported investment banking and institutional trading and sales.

Subsequently, I was in charge of the integration of fixed income operations

following the acquisition of the Shearson retail broker operations from LBI. This

included supervising the move of hundreds of thousands of customer accounts from LBI

to Smith Barney as well as the conversion of Smith Barney's mortgaged-back securities

trading operations to MTS, which was LBI's fixed income back-office processing

system.

Also pertinent to the matter, I was a senior executive of an affiliate of Drexel

Burnham Lambert, Inc., the last major broker-dealer to fail in the US prior to LBI, and, as

a result, I am well aware of many of the operational challenges faced by LBI.

---

[67] I worked in the institutional division of Smith Barney. Although the retail business is now
part of a joint venture between Citigroup and Morgan Stanley, the institutional division has
remained with Citigroup

## EXHIBIT C: DOCUMENTS REVIEWED

"Securities Exchange Act of 1934 Rule 15c3-3". *Securities Lawyer's Deskbook*,
University of Cincinnati College of Law (Retrieved 1/5/2010).
http://www.law.uc.edu/CCL/34ActRls/rule15c3-3.html.

"Securities Exchange Act of 1934 Rule 15c3-1". *Securities Lawyer's Deskbook*,
University of Cincinnati College of Law (Retrieved 1/5/2010).
http://www.law.uc.edu/CCL/34ActRls/rule15c3-1.html.

"Securities Exchange Act of 1934 Rule 17a-11". *Securities Lawyer's Deskbook*,
University of Cincinnati College of Law (Retrieved 1/5/2010).
http://www.law.uc.edu/CCL/34ActRls/rule17a-11.html.

"Repurchase and Reverse Repurchase Transactions". Federal Reserve Bank of New York
(August 2007). http://www.newyorkfed.org/aboutthefed/fedpoint/fed04.html.

"Financial Responsibility of Broker-Dealers". *Guide to Broker-Dealer Registration*, U.S.
Securities and Exchange Commission (April 2008).
http://www.sec.gov/divisions/marketreg/bdguide.htm#VII.

"Transfer and Assumption Agreement between [TBD]". (September 20, 2008).

"Affidavit of Daniel McIsaac". Daniel McIsaac, United States Bankruptcy Court
Southern District of New York, Case No. 08-01420 (JMP) SIPA (October 5, 2009).

"Adversary Complaint". United States Bankruptcy Court Southern District of New York,
Case No. 08-01420 (JMP) SIPA (November 16, 2009).

"Asset Purchase Agreement Among Lehman Brothers Holding Inc. Lehman Brothers Inc.
LB 745 LLC. and Barclays Capital Inc". (September 16, 2008).

Master Repurchase Agreement between Lehman Brothers, Inc. and Barclays Capital, Inc.
dated as of July 23, 1998.

"First Amendment to Asset Purchase Agreement". (September 19, 2008).

"Clarification Letter (between LBHI, LBI, LB 745, and Barclays) and Schedules A and
B". (September 20, 2008).

DTC Letter - Winding Down of Accounts.pdf.. (September 22, 2008).


LBHI Subsidiary Bankruptcy Filings as of 2009.05.28.doc.

"The Trustee's Motion for Relief Pursuant to the Sale Order, Alternatively, For Certain
Relief Under Rule 60(b)" (Rule 60 Motion). (September 15, 2009).

Letter Agreement Between Fed and Barclays Capital.pdf. (September 17, 2008).

"Settlement Agreement" (among JPMorgan Chase, Barclays Capital, Inc., and James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc.). (December 5, 2008).

"Services and Settlement Agreement" (among JPMorgan Chase, Barclays Capital, Inc., and James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc.) and Annexes. (September 22, 2008)

"Settlement Agreement" (among James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc., the DTCC et al., and Barclays Capital, Inc.) and Annexes. (February 11, 2009)

"Limited Settlement Agreement Related to the Transfer of Private Investment Management Accounts from Lehman Brothers Inc. to Barclays Capital Inc. Between James W. Giddens as Trustee for Lehman Brothers Inc. and Barclays Capital Inc." and Schedules and Exhibits. (December, 10 2009).

AMENDMENT REPO AGREEMENT between Lehman Brothers Inc. and Barclays Capital Inc. (September 15 2008).

"Debtors' Motion to (A) Schedule A Sale Hearing; (B) Establish Sales Procedures; (C) Approve a Break-Up Fee; and (D) Approve the Sale of the Purchased Asserts and the Assumption and Assignment of Contracts Relating to the Purchased Assets" in re Lehman Brothers Holdings Inc. Chapter 11 Proceeding. United States Bankruptcy Court Southern District Of New York, Case No. 08-13555 (JMP) (December 2008).

"Declaration of Shari D. Leventhal in Support of Trustee's Motion for Entry of an Order Approving a Settlement Agreement" in Securities Investor Protection Corporation v. Lehman Brothers, Inc. United States Bankruptcy Court Southern District Of New York.

Sale Hearing Transcript in re Lehman Brothers Holdings Inc. Chapter 11 Proceeding. United States Bankruptcy Court Southern District Of New York, Case No. 08-13555 (JMP) (September 19, 2008).

"Order Approving, and Incorporating By Reference for the Purposes of this Proceeding, an Order Authorizing the Sale of Purchased Assets and Other Relief in the Lehman Brothers Holdings, Inc. Chapter 11 Proceeding". James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers, Inc., United States Bankruptcy Court Southern District Of New York, Adversary Proceeding No. 18-1419 (JMP) (September 19, 2008).

"Order Under 11 U.S.C. §§ 105(a), 363, and 365 and Federal Rules of Bankruptcy Procedure 2002, 6004, and 6006 Authorizing and Approving (A) the Sale of Purchased Assets Free and Clear of Liens and Other Interests and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases" in re Lehman Brothers Holdings, Inc. Chapter 11 Bankruptcy Proceeding. United States Bankruptcy Court Southern District Of New York, Chapter 11 Case No. 08-13555 (JMP) (September 19, 2008).

"Trustee Interim Report". James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers, Inc. (May 29, 2009).

"Trustee's Second Interim Report for the Period May 30, 2009 Through November 11, 2009". James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers, Inc. (November 11, 2009).

"Motion for Order Approving Trustee's Allocation of Property of the Estate" in re Lehman Brothers Inc." James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers, Inc., United States Bankruptcy Court Southern District Of New York, Case No. 08-01420 (JMP) SIPA.

"The Lehman Crisis: An Unhappy Anniversary". Jeremy J. Siegel, BusinessWeek (September 20, 2009). http://www.businessweek.com/investor/content/sep2009/pi20090918_770685.htm.

"Barclays to acquire Lehman capital markets: source". David Weidner, Russ Britt, and Simon Kennedy, MarketWatch (September 16, 2008). http://www.marketwatch.com/story/barclays-to-buy-lehmans-core-us-business.

"Lehman Brothers". The Deal Magazine (September 30, 2008). http://www.thedeal.com/newsweekly/crisis-on-wall-street/lehman-brothers-2.php.

"LEHMAN BROTHERS HOLDINGS INC. ANNOUNCES IT INTENDS TO FILE CHAPTER 11 BANKRUPTCY PETITION". Monique Wise and Shaun Butler, Lehman Brothers. (September 15, 2008). http://www.lehman.com/press/pdf_2008/091508_lbhi_chapter11_announce.pdf.

"Tri-party vs. HIC Repos". TreasuryDirect (May 17, 1990). http://www.treasurydirect.gov/instit/statreg/gsareg/gsareg_gsr033i.htm.

"The Federal Reserve's Primary Dealer Credit Facility". Tobias Adrian, Christopher R. Burke, and James J. McAndrews, Federal Reserve Bank of New York Current Issues In Economics and Finance 15, no. 4 (August 2009). http://www.newyorkfed.org/research/current_issues/ci15-4.pdf.

"Financial Turmoil Timeline". Federal Reserve Bank of New York (Retrieved 1/5/2010). http://www.newyorkfed.org/research/global_economy/Crisis_Timeline.pdf.

"About DTCC: Our Business". The Depository Trust and Clearance Corporation (Retrieved 1/5/2010). http://www.dtcc.com/about/business/.

"Fedwire Securities Services". The Board of Governors of the Federal Reserve System (November 6, 2009). http://www.federalreserve.gov/paymentsystems/fedsecs_about.htm.

**EXHIBIT D:  LBI FOCUS REPORT, Form X-17a5 (July 31, 2008)**

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION

**FORM X-17A-5**

## FOCUS REPORT
(FINANCIAL AND OPERATIONAL COMBINED UNIFORM SINGLE REPORT)
PART II CSE ☐11

(Please read instructions before preparing Form)

This report is being filed pursuant to (Check Applicable Block(s)):

1) Rule 17a-5(a)  |x| 16      2) Rule 17a-5(b) ☐ 17      3) Rule 17a-11 ☐ 18

4) Special request by designated examining authority ☐ 19      5) Other ☐ 26

NAME OF BROKER-DEALER

Lehman Brothers Inc. _____ 13

ADDRESS OF PRINCIPAL PLACE OF BUSINESS (Do not use P.O. Box No.)

745 Seventh Avenue _____ 20
(No. and Street)

New York ___ 21    NY ___ 22    10019 ___ 23
(City)        (State)      (Zip Code)

SEC. FILE NO.

8-12324 _____ 14
FIRM ID NO.

132518466 _____ 15
FOR PERIOD BEGINNING (MM/DD/YY)

08/01/08 _____ 24
AND ENDING (MM/DD/YY)

08/31/08 _____ 25

NAME AND TELEPHONE NUMBER OF PERSON TO CONTACT IN REGARD TO THIS REPORT    (Area code) - Telephone No.

Anthony Stucchio _____ 30      (212) 320-6783 _____ 31

NAME(S) OF SUBSIDIARIES OR AFFILIATES CONSOLIDATED IN THIS REPORT      OFFICIAL USE

_____ 32      _____ 33
_____ 34      _____ 35
_____ 36      _____ 37
_____ 38      _____ 39

DOES RESPONDENT CARRY ITS OWN CUSTOMER ACCOUNTS ?    YES |x| 40    NO ☐ 41

CHECK HERE IF RESPONDENT IS FILING AN AUDITED REPORT ☐ 42

**EXECUTION:**

The registrant/broker or dealer submitting this Form and its attachments and the person(s) by whom it is executed represent hereby that all information contained therein is true, correct and complete. It is understood that all required items, statements, and schedules are considered integral parts of this Form and that the submission of any amendment represents that all unamended items, statements, and schedules remain true, correct and complete as previously submitted.

Dated the _____ day of _____ 20 _____

Manual Signatures of:

1) _____
Principal Executive Officer or Managing Partner

2) _____
Principal Financial Officer or Partner

3) _____
Principal Operations Officer or Partner

ATTENTION - Intentional misstatements or omissions of facts constitute Federal Criminal Violations. (See 18 U.S.C. 1001 and 15 U.S.C. 78:f (a) )

FINRA

*Draft Never signed or filed*

*WTB*

FINANCIAL AND OPERATIONAL COMBINED UNIFORM SINGLE REPORT

PART II CSE

| BROKER OR DEALER | | | | |
|---|---|---|---|---|
| Lehman Brothers Inc. | N 2 |  |  | 100 |

STATEMENT OF FINANCIAL CONDITION

as of (MM/DD/YY)  08/31/08  [99]

SEC FILE NO.  8-12324  [98]

Consolidated  [198]

Unconsolidated  X  [199]

### ASSETS

| | Allowable | | Nonallowable | | Total | |
|---|---|---|---|---|---|---|
| 1. Cash ........................ $ | 252,190,000 | 200 | | $ | 252,190,000 | 750 |
| 2. Cash segregated in compliance with federal and other regulations ......... | 3,016,629,000 | 210 | | | 3,016,629,000 | 760 |
| 3. Receivable from brokers or dealers and clearing organizations: | | | | | | |
| A. Failed to deliver: | | | | | | |
|   1. Includable in "Formula for Reserve Requirements" ................ | 272,902,000 | 220 | | | | |
|   2. Other ......................... | 2,912,105,000 | 230 | | | 3,185,007,000 | 770 |
| B. Securities borrowed: | | | | | | |
|   1. Includable in "Formula for Reserve Requirements" ................ | 824,539,000 | 240 | | | | |
|   2. Other ......................... | 110,272,430,000 | 250 | | | 111,096,969,000 | 780 |
| C. Omnibus accounts: | | | | | | |
|   1. Includable in "Formula for Reserve Requirements" ................ | | 260 | | | | |
|   2. Other ......................... | | 270 | | | | 790 |
| D. Clearing Organizations: | | | | | | |
|   1. Includable in "Formula for Reserve Requirements" ................ | 24,717,000 | 280 | | | | |
|   2. Other ......................... | 1,163,900,000 | 290 | | | 1,188,617,000 | 800 |
| E. Other ......................... | 1,823,833,000 | 300 | $ 163,485,000 | 550 | 1,787,318,000 | 810 |
| 4. Receivables from customers: | | | | | | |
| A. Securities accounts: | | | | | | |
|   1. Cash and fully secured accounts ..... | 6,137,047,000 | 310 | | | | |
|   2. Partly secured accounts ............ | | 320 | | 560 | | |
|   3. Unsecured Accounts | | | 54,150,000 | 570 | | |
| B. Commodity accounts ............... | 343,107,000 | 330 | 18,188,000 | 580 | | |
| C. Allowance for doubtful accounts ........ ( | ) | 335 | ( 3,659,000 | 590 | 6,548,833,000 | 820 |
| 5. Receivables from non-customers: | | | | | | |
| A. Cash and fully secured accounts ....... | 2,864,251,000 | 340 | | | | |
| B. Partly secured and unsecured accounts . | | 350 | | 600 | 2,864,251,000 | 830 |
| 6. Securities purchased under agreements to resell ...................... | 105,731,207,000 | 360 | | 605 | 105,731,207,000 | 840 |
| 7. Derivative Receivables: ............... | 3,468,489,000 | 291 | | | 3,468,489,000 | 801 |
| 8. Trade Date Receivable: .............. | | 292 | | | | 802 |
| 9. Securities and spot commodities owned, at market value: | 59,161,175,000 | 849 | | | 59,161,175,000 | 850 |
|   Includes encumbered securities of | | | | | | |
|   ........ $ | 57,367,545,000 | 120 | | | | |

Page 1

OMIT PENNIES

FINANCIAL AND OPERATIONAL COMBINED UNIFORM SINGLE REPORT
PART II CSE

| BROKER OR DEALER | |
|---|---|
| Lehman Brothers Inc. | as of    08/31/08 |

### STATEMENT OF FINANCIAL CONDITION

#### ASSETS (continued)

| | Allowable | Nonallowable | Total |
|---|---|---|---|
| 10. Securities owned not readily marketable: | | | |
| A. At Cost ...... $ [130] $ | [440] $ | 843,532,000 [610] $ | 843,532,000 [860] |
| 11. Other investments not readily marketable: | | | |
| A. At Cost ...... $ [140] | | | |
| B. At estimated fair value .............. | [450] | [620] | [870] |
| 12. Securities borrowed under subordination agreements and partners' individual and capital securities accounts, at market value: | | | |
| A. Exempted securities ....$ [150] | | | |
| B. Other ......$ [160] | [460] | [630] | [880] |
| 13. Secured demand notes-market value of collateral: | | | |
| A. Exempted securities ....$ [170] | | | |
| B. Other ......$ [180] | [470] | [640] | [890] |
| 14. Memberships in exchanges: | | | |
| A. Owned, at market value ......$ 62,774,000 [190] | | | |
| B. Owned at cost .......................... | | 28,341,000 [650] | |
| C. Contributed for use of company, at market value .................... | | [660] | 28,341,000 [900] |
| 15. Investment in and receivables from affiliates, subsidiaries and associated partnerships .............. | 19,000,000 [480] | 2,097,661,000 [670] | 2,116,661,000 [910] |
| 16. Property, furniture, equipment, leasehold improvements and rights under lease agreements: | | | |
| At cost (net of accumulated depreciation and amortization) ......... | [490] | 76,640,000 [680] | 76,640,000 [920] |
| 17. Other Assets: | | | |
| A. Dividends and interest receivable ....... | 80,570,000 [500] | 5,991,000 [690] | |
| B. Free shipments ................... | [510] | [700] | |
| C. Loans and advances ............... | [520] | 10,829,000 [710] | |
| D. Miscellaneous .................... | 129,125,000 [530] | 331,297,000 [720] | |
| E. Collateral accepted under SFAS 140 | 456,058,000 [536] | | |
| F. SPE Assets ............... | [537] | | 1,013,870,000 [930] |
| 18.    TOTAL ASSETS ............... $ | 298,753,274,000 [540] $ | 3,626,455,000 [740] $ | 302,379,729,000 [940] |

OMIT PENNIES

FINANCIAL AND OPERATIONAL COMBINED UNIFORM SINGLE REPORT

PART II CSE

| BROKER OR DEALER | as of | 08/31/08 |
|---|---|---|
| Lehman Brothers Inc. | | |

## STATEMENT OF FINANCIAL CONDITION
## LIABILITIES AND OWNERSHIP EQUITY

| Liabilities | | Total |
|---|---|---|
| 19. Bank loans payable: | | |
| A. Includable in "Formula for Reserve Requirements" . . . . . . . . . . . . . . . . . | $ | 195,571,000 [1460] |
| B. Other . . . . . . . . . . . . . . . . . . . . . | | 85,036,000 [1470] |
| 20. Securities sold under repurchase agreements. | | 145,192,438,000 [1480] |
| 21. Payable to brokers or dealers and clearing organizations: | | |
| A. Failed to receive: | | |
| 1. Includable in "Formula for Reserve Requirements" . . . . . . . . . . . . . . . | | 200,726,000 [1490] |
| 2. Other . . . . . . . . . . . . . . . . . . . . | | 4,996,100,000 [1500] |
| B. Securities loaned: | | |
| 1. Includable in "Formula for Reserve Requirements" . . . . . . . . . . . . . . . | | 324,190,000 [1510] |
| 2. Other . . . . . . . . . . . . . . . . . . . . | | 67,838,137,000 [1520] |
| C. Omnibus accounts: | | |
| 1. Includable in "Formula for Reserve Requirements" . . . . . . . . . . . . . . . | | [1530] |
| 2. Other . . . . . . . . . . . . . . . . . . . . | | [1540] |
| D. Clearing organizations: | | |
| 1. Includable in "Formula for Reserve Requirements" . . . . . . . . . . . . . . . | | 16,634,000 [1550] |
| 2. Other . . . . . . . . . . . . . . . . . . . . | | 1,098,967,000 [1560] |
| E. Other . . . . . . . . . . . . . . . . . . . . . | | 616,776,000 [1570] |
| 22. Payable to customers: | | |
| A. Securities accounts - including free credits of . . . . . $ 2,014,086,000 [950] | | 7,963,114,000 [1580] |
| B. Commodities accounts . . . . . . . . . . . . | | 4,960,732,000 [1590] |
| 23. Payable to non customers: . . . . . . . . . . | | |
| A. Securities accounts . . . . . . . . . . . . . | | 1,371,586,000 [1600] |
| B. Commodities accounts . . . . . . . . . . . | | 3,636,479,000 [1610] |
| 24. Derivative Payables: . . . . . . . . . . . . | | 2,402,076,000 [1561] |
| 25. Trade Date Payable: . . . . . . . . . . . . | | 974,048,000 [1562] |
| 26. Securities sold not yet purchased at market value - including arbitrage of . . . . . $ [960] | | 44,437,350,000 [1620] |
| 27. Accounts payable and accrued liabilities and expenses: | | |
| A. Drafts payable . . . . . . . . . . . . . . . . . | | [1630] |
| B. Accounts payable . . . . . . . . . . . . . . . | | [1640] |
| C. Income taxes payable . . . . . . . . . . . . | | 358,993,000 [1650] |
| D. Deferred income taxes . . . . . . . . . . . . | | [1660] |
| E. Accrued expenses and other liabilities . . | | 3,988,874,000 [1670] |
| F. Other . . . . . . . . . . . . . . . . . . . . . . | | 50,843,000 [1680] |
| G. Obligation to return securities . . . . . . . | | 456,058,000 [1686] |
| H. SPE Liabilities . . . . . . . . . . . . . . . . | | [1687] |

OMIT PENNIES

FINANCIAL AND OPERATIONAL COMBINED UNIFORM SINGLE REPORT
PART II CSE

| BROKER OR DEALER | | |
|---|---|---|
| Lehman Brothers Inc. | as of | 08/31/08 |

STATEMENT OF FINANCIAL CONDITION
LIABILITIES AND OWNERSHIP EQUITY (continued)

| Liabilities | Total | |
|---|---|---|
| 28. Notes and mortgages payable: | | |
| A. Unsecured | $ | 1690 |
| B. Secured | | 1700 |
| 29. Liabilities subordinated to claims of general creditors: | | |
| A. Cash borrowings: | 6,898,607,000 | 1710 |
| 1. from outsiders $ | 970 | |
| 2. Includes equity subordination(15c3-1(d)) of $ 850,000,000 | 980 | |
| B. Securities borrowings, at market value: from outsiders $ | 990 | 1720 |
| C. Pursuant to secured demand note collateral agreements: | | 1730 |
| 1. from outsiders $ | 1000 | |
| 2. Includes equity subordination(15c3-1(d)) of $ | 1010 | |
| D. Exchange memberships contributed for use of company, at market value | | 1740 |
| E. Accounts and other borrowings not qualified for net capital purposes | 121,740,000 | 1750 |
| 30. TOTAL LIABILITIES | $ 298,185,075,000 | 1760 |
| **Ownership Equity** | | |
| 31. Sole proprietorship | $ | 1770 |
| 32. Partnership - limited partners $ 1020 | | 1780 |
| 33. Corporation: | | 1791 |
| A. Preferred stock | | 1792 |
| B. Common stock | | 1792 |
| C. Additional paid- in capital | 3,865,871,000 | 1793 |
| D. Retained Earnings | 328,783,000 | 1794 |
| E. Total | 4,194,654,000 | 1795 |
| F. Less capital stock in treasury | ( ) | 1796 |
| 34. TOTAL OWNERSHIP EQUITY | $ 4,194,654,000 | 1800 |
| 35. TOTAL LIABILITIES AND OWNERSHIP EQUITY | $ 302,379,729,000 | 1810 |

OMIT PENNIES

Page 4

FINANCIAL AND OPERATIONAL COMBINED UNIFORM SINGLE REPORT

PART II CSE

| BROKER OR DEALER | | |
|---|---|---|
| Lehman Brothers Inc. | as of | 08/31/08 |

## COMPUTATION OF NET CAPITAL

1. Total ownership equity (from Statement of Financial Condition - Item 1800) . . . . . . . . . . . . . . . . . . $ 4,194,654,000 [3480]

2. Deduct: Ownership equity not allowable for Net Capital . . . . . . . . . . . . . . . . . . . . . . . . . . ( ) [3490]

3. Total ownership equity qualified for Net Capital . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4,194,654,000 [3500]

4. Add:

   A. Liabilities subordinated to claims of general creditors allowable in computation of net capital . . . . . 6,898,607,000 [3520]

   B. Other (deductions) or allowable credits (List) . . . . . . . . . . . . . . . . . . . . . . . . . . . . [3525]

5. Total capital and allowable subordinated liabilities . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 11,093,261,000 [3530]

6. Deductions and/or charges:

   A. Total non-allowable assets from

     Statement of Financial Condition (Notes B and C) . . . . . . . . . . . . $ 3,626,455,000 [3540]

     1. Additional charges for customers' and

       non-customers' security accounts . . . . . . . . . . . . . . . . . . . . . 667,000 [3550]

     2. Additional charges for customers' and

       non-customers' commodity accounts . . . . . . . . . . . . . . . . . . . . 61,102,000 [3560]

   B. Aged fail-to-deliver: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19,503,000 [3570]

     1. number of items . . . . . . . . . . . . . . . 263 [3450]

   C. Aged short security differences-less

     reserve of . . . . . . . . . . . . . . . . . $ [3460] 64,343,000 [3580]

     number of items . . . . . . . . . . . . . . . 67 [3470]

   D. Secured demand note deficiency . . . . . . . . . . . . . . . . . . . . . . . . [3590]

   E. Commodity futures contracts and spot commodities -

     proprietary capital charges . . . . . . . . . . . . . . . . . . . . . . . . . . [3600]

   F. Other deductions and/or charges . . . . . . . . . . . . . . . . . . . . . . . . 592,444,000 [3610]

   G. Deductions for accounts carried under

     Rule 15c3-1(a)(6), (a)(7) and (c)(2)(x) . . . . . . . . . . . . . . . . . . . . . [3615]

   H. Total deductions and/or charges . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ( 4,364,514,000 ) [3620]

7. Other additions and/or allowable credits (List) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [3630]

8. Tentative Net Capital . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 6,728,747,000 [3640]

9. Total Market Risk Exposure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 2,503,569,000 [3635]

10. Total Credit Risk Exposure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 285,763,000 [3679]

11. Net Capital . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 3,939,415,000 [3750]

OMIT PENNIES

FINANCIAL AND OPERATIONAL COMBINED UNIFORM SINGLE REPORT
PART II CSE

| BROKER OR DEALER | as of | 08/31/08 |
|---|---|---|
| Lehman Brothers Inc. | | |

## COMPUTATION OF NET CAPITAL REQUIREMENT

Part A

12. 2% of combined aggregate debit items as shown in Formula for Reserve Requirements pursuant
to Rule 15c3-3 prepared as of the date of net capital computation including both
brokers or dealers and consolidated subsidiaries' debits ............................ $ _____ 520,219,000 [3870]

13. Minimum dollar net capital requirement of reporting broker or dealer and minimum net capital
requirement of subsidiaries ...................................................... $ _____ 595,492,000 [3880]

14. Net capital requirement (greater of line 12 or 13) ................................ $ _____ 595,492,000 [3760]

15. Excess net capital (line 11 less 14) ............................................. $ _____ 3,343,923,000 [3910]

16. Percentage of Net Capital to Aggregate Debits (line 11 divided by line 18 page 10) ........... % _____ 53.64 [3851]

17. Percentage of Net Capital, after anticipated capital withdrawals, to Aggregate Debits
item 11 less item 4880 page 19 divided by line 18 page 10) ....................... % _____ 50.26 [3854]

18. Net capital in excess of the greater of:
5% of combined aggregate debit items or 120% of minimum net capital requirement ............ $ _____ 3,224,824,600 [3920]

## OTHER RATIOS

Part B

19. Percentage of debt to debt-equity total computed in accordance with Rule 15c3-1 (d) ........... % _____ 54.53 [3860]

20. Options deductions/Net Capital ratio (1000% test) total deductions exclusive of liquidating
equity under Rule 15c3-1(a)(6), (a)(7) and (c)(2)(x) divided by Net Capital ............... % _____ [3852]

FINANCIAL AND OPERATIONAL COMBINED UNIFORM SINGLE REPORT
PART II CSE

| BROKER OR DEALER | For the period (MMDDYY) from | 08/01/08 | 3932 | to | 08/31/08 | 3933 |
| Lehman Brothers Inc. | Number of months included in this statement | | | | 1 | 3931 |

## STATEMENT OF INCOME (LOSS)
## REVENUE

1. Commissions:
   a. Commissions on transactions in listed equity securities executed on an exchange . . . . . . . . . . . . . . . . . $ _____ 62,361,000 | 3935
   b. Commissions on transactions in exchange listed equity securities executed over-the-counter . . . . . . . . . . _____ | 3937
   c. Commissions on listed option transactions . . . . . . . . . . . . . . . . . _____ 12,733,000 | 3938
   d. Commissions on commodity transactions . . . . . . . . . . . . . . . . . _____ 6,052,000 | 3991
   e. All other securities commissions . . . . . . . . . . . . . . . . . _____ 14,410,000 | 3939
   f. Total commissions . . . . . . . . . . . . . . . . . _____ 95,556,000 | 3940

2. Gains or losses on Derivative Trading Desks
   a. Interest Rate/Fixed Income Products . . . . . . . . . . . . . . . . . $ _____ | 3921
   b. Currency . . . . . . . . . . . . . . . . . _____ | 3922
   c. Equity Products . . . . . . . . . . . . . . . . . _____ | 3923
   d. Commodity Products . . . . . . . . . . . . . . . . . _____ | 3924
   e. Other . . . . . . . . . . . . . . . . . _____ | 3925
   f. Total gains or (losses) . . . . . . . . . . . . . . . . . _____ | 3926

3. Gains or losses on Firm Securities Trading Accounts with Associated Hedges
   a. Interest Rate/Fixed Income . . . . . . . . . . . . . . . . . $ _____ (1,017,193,000) | 3901
   b. Currency . . . . . . . . . . . . . . . . . _____ 8,588,000 | 3902
   c. Equity . . . . . . . . . . . . . . . . . _____ 100,296,000 | 3903
   d. Commodity . . . . . . . . . . . . . . . . . _____ | 3904
   e. Other . . . . . . . . . . . . . . . . . _____ (66,807,000) | 3951
   f. Total gains or (losses) . . . . . . . . . . . . . . . . . _____ (975,116,000) | 3950

4. Gains or losses on Firm Securities Investment Accounts: . . . . . . . . . . . . . . . . . $ _____ (6,281,000) | 3952

5. Profit from underwriting and selling groups . . . . . . . . . . . . . . . . . $ _____ 137,083,000 | 3955
   a. Includes underwriting income from equity securities . . . . . . . . . . $ 21,488,000 | 4237

6. Margin Interest . . . . . . . . . . . . . . . . . $ _____ 37,580,000 | 3960

7. Other Interest . . . . . . . . . . . . . . . . . $ _____ 923,553,000 | 3953

8. Revenue from Sale of Investment Company Shares . . . . . . . . . . . . . . . . . $ _____ 887,000 | 3970

9. Fees for account supervision, investment advisory and administrative services . . . . . . . . . . . . . . . . . $ _____ 9,161,000 | 3975

10. Revenue from research services . . . . . . . . . . . . . . . . . $ _____ | 3980

11. Other revenue . . . . . . . . . . . . . . . . . $ _____ | 3995

12. Total revenue . . . . . . . . . . . . . . . . . $ _____ 222,423,000 | 4030

### FINANCIAL AND OPERATIONAL COMBINED UNIFORM SINGLE REPORT
### PART II CSE

| BROKER OR DEALER | For the period (MMDDYY) from | 08/01/08 | 3932 | to | 08/31/08 | 3933 |
| Lehman Brothers Inc. | Number of months included in this statement | | | | 1 | 3931 |

### STATEMENT OF INCOME (LOSS)
### EXPENSES

| | | | |
|---|---|---:|---|
| 13. Registered Representatives Compensation | $ | 53,086,000 | 4110 |
| 14. Clerical and administrative employees' expenses | | 28,585,000 | 4040 |
| 15. Floor brokerage paid to certain brokers(see definition) | | 11,658,000 | 4055 |
| 16. Commissions and clearance paid to all other brokers(see definition) | | | 4145 |
| 17. Clearance paid to non-brokers(see definition) | | 8,568,000 | 4135 |
| 18. Communications | | 13,893,000 | 4060 |
| 19. Occupancy and equipment costs | | 14,317,000 | 4080 |
| 20. Promotional costs | | 7,861,000 | 4150 |
| 21. Interest Expense | | 769,382,000 | 4075 |
| a. Includes interest on accounts subject to subordination agreements ........... $ 19,109,000 | 4070 | | |
| 22. Losses in error account and bad debts | | | 4170 |
| 23. Data processing costs(including service bureau service charges) | | 11,502,000 | 4186 |
| 24. Non-recurring charges | | | 4190 |
| 25. Regulatory fees and expenses | | 4,911,000 | 4195 |
| 26. Other expenses | | 23,689,000 | 4100 |
| 27. Total expenses | | 947,452,000 | 4200 |

### NET INCOME

| | | | |
|---|---|---:|---|
| 28. Income (loss) before Federal income taxes and items below (Item 12 less Item 27) | $ | (725,029,000) | 4210 |
| 29. Provision for Federal income taxes(for parent only) | | (308,230,000) | 4220 |
| 30. Equity in earnings (losses) of unconsolidated subsidiaries not included above | | (601,566,000) | 4222 |
| a. After Federal income taxes of $ (428,272,000) | 4238 | | |
| 31. Extraordinary gains (losses) | | | 4224 |
| a. After Federal income taxes of, $ | 4239 | | |
| 32. Cumulative effect of changes in accounting principles | | | 4225 |
| 33. Net income (loss) after Federal income taxes and extraordinary item | | (1,018,365,000) | 4230 |

### MONTHLY INCOME

| | | | |
|---|---|---:|---|
| 34. Income(current month only) before provision for Federal income taxes and extraordinary items | $ | (725,029,000) | 4211 |

FINANCIAL AND OPERATIONAL COMBINED UNIFORM SINGLE REPORT

PART II CSE

| BROKER OR DEALER | | |
|---|---|---|
| Lehman Brothers Inc. | as of | 08/31/08 |

AGGREGATE SECURITIES AND OTC DERIVATIVE POSITIONS

| Aggregate Securities and Commodities Positions | | LONG | | SHORT | |
|---|---|---|---|---|---|
| 1. U.S. Treasury securities | $ | 7,616,577,000 | 8200 | $ 30,206,833,000 | 8201 |
| 2. U.S. Government agency and government sponsored entities | $ | 18,998,674,000 | 8210 | $ 5,632,166,000 | 8211 |
| 3. Securities issued by states and political subdivisions in the U.S | $ | 3,255,819,000 | 8220 | $ 66,788,000 | 8221 |
| 4. Foreign securities: | | | | | |
| a. Debt securities | $ | 2,128,909,000 | 8230 | $ 424,237,000 | 8231 |
| b. Equity securities | $ | 240,295,000 | 8235 | $ 212,590,000 | 8236 |
| 5. Money Market Instruments | $ | 7,770,235,000 | 8240 | $ 4,000 | 8241 |
| 6. Private Label Mortgage Backed Securities | $ | 4,312,188,000 | 8250 | $ 18,543,000 | 8251 |
| 7. Other Asset Back Securities | $ | 2,185,938,000 | 8260 | $ | 8261 |
| 8. Corporate obligations | $ | 4,479,207,000 | 8270 | $ 1,824,745,000 | 8271 |
| 9. Stocks and warrants (other than arbitrage positions) | $ | 9,015,769,000 | 8280 | $ 6,051,444,000 | 8281 |
| 10. Arbitrage | $ | | 8290 | $ | 8291 |
| 11. Derivatives including Options | $ | 3,468,489,000 | 8295 | $ 2,402,076,000 | 8296 |
| 12. Spot Commodities | $ | 1,096,000 | 8330 | $ | 8331 |
| 13. Investments with no ready market : | | | | | |
| a. Equity | $ | | 8340 | $ | 8341 |
| b. Debt | $ | | 8345 | $ | 8346 |
| c. Other (include limited partnership interests) | $ | | 8350 | $ | 8351 |
| 14. Other securities or commodities | $ | | 8360 | $ | 8361 |
| 15. Total | $ | 63,473,196,000 | 8370 | $ 46,839,426,000 | 8371 |

FINANCIAL AND OPERATIONAL COMBINED UNIFORM SINGLE REPORT

PART II CSE

| BROKER OR DEALER | | |
|---|---|---|
| Lehman Brothers Inc | as of | 08/31/08 |

## COMPUTATION FOR DETERMINATION OF RESERVE REQUIREMENTS
## FOR BROKER-DEALERS UNDER RULE 15c3-3
### (See Rule 15c3-3, Exhibit A and Related Notes)

### CREDIT BALANCES

1. Free credit balances and other credit balances in customers' security accounts (see Note A, Exhibit A, Rule 15c3-3) ............................ $ 7,812,906,000 **4340**
2. Monies borrowed collateralized by securities carried for the accounts of customers (see Note B) .................................................. 652,258,000 **4350**
3. Monies payable against customers' securities loaned (see Note C) ................ 324,190,000 **4360**
4. Customers' securities failed to receive (see Note D) ........................... 217,360,000 **4370**
5. Credit balances in firm accounts which are attributable to principal sales to customers ....................................................... 2,568,925,000 **4380**
6. Market value of stock dividends, stock splits and similar distributions receivable outstanding over 30 calendar days ................................ 16,910,000 **4390**
7. Market value of short security count differences over 30 calendar days old ........ **4400**
8. Market value of short securities and credits (not to be offset by longs or by debits) in all suspense accounts over 30 calendar days ........................ 150,872,000 **4410**
9. Market value of securities which are in transfer more than 40 calendar days and have not been confirmed to be in transfer by the transfer agent or the issuer during the 40 days ............................................... **4420** **4425**
10. Other (List) ................................................................... **4425**
11. TOTAL CREDITS ............................................................. $ 11,743,421,000 **4430**

### DEBIT BALANCES

12. Debit balances in customers' cash and margin accounts excluding unsecured accounts and accounts doubtful of collection net of deductions pursuant to Note E, Exhibit A, Rule 15c3-3 ......................................... $ 5,812,977,000 **4440**
13. Securities borrowed to effectuate short sales by customers and securities borrowed to make delivery on customers' securities failed to deliver .................................................. 864,419,000 **4450**
14. Failed to deliver of customers' securities not older than 30 calendar days ........ 297,619,000 **4460**
15. Margin required and on deposit with the Options Clearing Corporation for all option contracts written or purchased in customer accounts (see Note F) .................... 369,709,000 **4465**
16. Margin related to security futures products written, purchased or sold in customer accounts required and on deposit with a clearing agency or a derivative clearing organization (see note G) .................................. **4467**
17. Other (List) ................................................................... **4469**
18. Aggregate debit items ...................................................... $ 7,344,724,000 **4470**
19. Less 3% (for alternative method only - see Rule 15c3-1(f)(5)(i)) .................. ( 220,341,720 ) **4471**
20. TOTAL 15c3-3 DEBITS ...................................................... 7,124,382,280 **4472**

### RESERVE COMPUTATION

21. Excess of total debits over total credits (line 20 less line 11) .................... $ **4480**
22. Excess of total credits over total debits (line 11 less line 20) .................... 4,619,038,720 **4490**
23. If computation permitted on a monthly basis, enter 105% of excess of total credits over total debits ..................................... **4500**
24. Amount held on deposit in "Reserve Bank Account(s)", including value of qualified securities, at end of reporting period ..................... 3,337,000,000 **4510**
25. Amount of deposit (or withdrawal) including $ 1,621,000,000 **4515** value of qualified securities ..................... 1,621,000,000 **4520**
26. New amount in Reserve Bank Account(s) after adding deposit or subtracting withdrawal including $ 1,958,000,000 **4525** value of qualified securities ..................... $ 4,958,000,000 **4530**
27. Date of deposit (MMDDYY) ............................................... 09/02/08 **4540**

OMIT PENNIES

### FREQUENCY OF COMPUTATION

28. Daily **4332**    Weekly  x  **4333**    Monthly **4334**

FINANCIAL AND OPERATIONAL COMBINED UNIFORM SINGLE REPORT

PART II CSE

| BROKER OR DEALER | | |
|---|---|---|
| Lehman Brothers Inc. | as of | 08/31/08 |

## COMPUTATION FOR DETERMINATION OF PAIB RESERVE REQUIREMENTS
## FOR BROKER-DEALERS

**CREDIT BALANCES**

1. Free credit balances and other credit balances in proprietary accounts of introducing brokers (PAIB) . . . . . . . . . . . . . . . . . . . . $ 1,859,112,000 [2110]
2. Monies borrowed collateralized by securities carried for PAIB . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4,994,000 [2120]
3. Monies payable against PAIB securities loaned (see Note 2- PAIB) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 167,000,000 [2130]
4. PAIB securities failed to receive . . . . . . . . . . . . . . . . . . . . . 1,860,000 [2140]
5. Credit balances in firm accounts which are attributable to principal sales to PAIB . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 115,186,000 [2150]
6. Other (List) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [2160]
7. TOTAL PAIB CREDITS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 2,148,152,000 [2170]

**DEBIT BALANCES**

8. Debit balances in PAIB excluding unsecured accounts and accounts doubtful of collection . . . . . . . . . . . . . . . . . . . . $ 1,119,497,000 [2180]
9. Securities borrowed to effectuate short sales by PAIB and securities borrowed to make delivery on PAIB securities failed to deliver . . . . . . . . . . . . . . . . . . . . . . . . 714,085,000 [2190]
10. Failed to deliver of PAIB securities not older than 30 calendar days . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 717,000 [2200]
11. Margin required and on deposit with the Options Clearing Corporation for all option contracts written or purchased in PAIB accounts . . . . . . . . . . . . . . . . . . . . . . [2210]
12. Margin related to security futures products written purchased or sold in PAIB accounts required and on deposit with a clearing agency or a derivative clearing organization . . . . . . . . . . . . . . . . . . . [2215]
13. Other (List) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [2220]
14. TOTAL PAIB DEBITS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 1,834,299,000 [2230]

**RESERVE COMPUTATION**

15. Excess of total PAIB debits over total PAIB credits (line 14 less line 7) . . . . . . . . . . . $ [2240]
16. Excess of total PAIB credits over total PAIB debits (line 7 less line 14) . . . . . . . . . . . 313,853,000 [2250]
17. Excess debits in customer reserve formula computation . . . . . . . . . . . . . . . . . . . . [2260]
18. PAIB Reserve Requirement (line 16 less line 17) . . . . . . . . . . . . . . . . . . . . . . . . 313,853,000 [2270]
19. Amount held on deposit in "Reserve Bank Account(s)", including
    $ 390,000,000 [2275] value of qualified securities, at end of reporting period . . . . . . 390,000,000 [2280]
20. Amount of deposit (or withdrawal) including
    $ 32,000,000 [2285] value of qualified securities . . . . . . . . . . . . . . . . . . . 32,000,000 [2290]
21. New amount in Reserve Bank Account(s) after adding deposit or subtracting
    $ 422,000,000 [2295] value of qualified securities . . . . . . . . . . . . . . . . $ 422,000,000 [2300]
22. Date of deposit (MMDDYY) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 09/02/08 [2310]

**FREQUENCY OF COMPUTATION**                                                    OMIT PENNIES

23.  Daily _____ [2315]  Weekly  X [2320]  Monthly _____ [2330]

Page 11

FINANCIAL AND OPERATIONAL COMBINED UNIFORM SINGLE REPORT
PART II CSE

| BROKER OR DEALER | | |
| --- | --- | --- |
| Lehman Brothers Inc. | as of | 08/31/08 |

## Information for Possession or Control Requirements Under Rule 15c3-3

State the market valuation and the number of items of:

1. Customers' fully paid securities and excess margin securities not in the respondent's possession
   or control as of the report date (for which instructions to reduce to possession or control had
   been issued as of the report date) but for which the required action was not taken by respondent
   within the time frames specified under Rule 15c3-3, Notes A and B . . . . . . . . . . . . . . . . . . . . . . . . $ _____ 3,687,000 | 4586 |

   A. Number of items . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23 | 4587 |

2. Customers' fully paid securities and excess margin securities for which instructions to reduce
   to possession or control had not been issued as of the report date, excluding items arising
   from "temporary lags which result from normal business operations" as permitted under
   Rule 15c3-3, Notes B, C and D . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4588 |

   A. Number of items . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 4589 |
   OMIT PENNIES

3. The system and procedures utilized in complying with the requirement to maintain physical possession or
   control of customers' fully paid and excess margin securities have been tested and are functioning in a
   manner adequate to fulfill the requirements of Rule 15c3-3 . . . Yes ___ X ___ | 4584 | No _____ | 4585 |

### NOTES

A—Do not include in item one customers' fully paid and excess margin securities required by Rule 15c3-3 to be in
   possession or control but for which no action was required by the respondent as of the report date or required action
   was taken by respondent within the time frames specified under Rule 15c3-3.

B—State separately in response to items one and two whether the securities reported in response thereto were
   subsequently reduced to possession or control by the respondent.

C—Be sure to include in item two only items not arising from "temporary lags which result from normal business
   operations" as permitted under Rule 15c3-3.

D—Item two must be responded to only with report which is filed as of the date selected for the broker's or dealer's
   annual audit of financial statements. whether or not such date is the end of a calendar quarter. The response to item
   two should be filed within 60 calendar days after such date, rather than with the remainder of this report. This
   information may be required on a more frequent basis by the Commission or the designated examining authority
   in accordance with Rule 17a-5(a)(2)(iv).

SUPPLEMENT TO
FINANCIAL AND OPERATIONAL COMBINED UNIFORM SINGLE REPORT
PART II CSE

| BROKER OR DEALER | | |
|---|---|---|
| Lehman Brothers Inc. | as of | 08/31/08 |

## STATEMENT OF SEGREGATION REQUIREMENTS AND FUNDS IN SEGREGATION
## FOR CUSTOMERS TRADING ON U.S. COMMODITY EXCHANGES

SEGREGATION REQUIREMENTS (Section 4d(2) of the CEAct)

| | | | |
|---|---|---|---|
| 1. Net ledger balance | | | |
| A. Cash | $ | 3,165,780,000 | 7010 |
| B. Securities (at market) | | 2,510,135,000 | 7020 |
| 2. Net unrealized profit (loss) in open futures contracts traded on a contract market | | (257,129,000) | 7030 |
| 3. Exchange traded options | | | |
| A. Add market value of open option contracts purchased on a contract market | | 1,502,507,000 | 7032 |
| B. Deduct market value of open option contracts granted (sold) on a contract market | ( | 1,384,571,000) | 7033 |
| 4. Net equity (deficit) (add lines 1, 2, and 3) | | 5,536,722,000 | 7040 |
| 5. Accounts liquidating to a deficit and accounts with debit balances | | | |
| - gross amount | 214,163,000 7045 | | |
| Less: amount offset by customer owned securities | ( 208,222,000) 7047 | 5,941,000 | 7050 |
| 6. Amount required to be segregated (add lines 4 and 5) | $ | 5,542,663,000 | 7060 |

FUNDS IN SEGREGATED ACCOUNTS

| | | | |
|---|---|---|---|
| 7. Deposited in segregated funds bank accounts | | | 7070 |
| A. Cash | | | |
| B. Securities representing investments of customers' funds (at market) | | 1,878,103,000 | 7080 |
| C. Securities held for particular customers or option customers in lieu of cash (at market) | | 1,723,381,000 | 7090 |
| 8. Margins on deposit with derivatives clearing organizations of contract markets | | | |
| A. Cash | $ | | 7100 |
| B. Securities representing investments of customers' funds (at market) | | 1,719,305,000 | 7110 |
| C. Securities held for particular customers or option customers in lieu of cash (at market) | | 786,754,000 | 7120 |
| 9. Net settlement from (to) derivatives clearing organizations of contract markets | | (121,014,000) | 7130 |
| 10. Exchange traded options | | | |
| A. Value of open long option contracts | | 1,502,507,000 | 7132 |
| B. Value of open short option contracts | ( | 1,384,571,000) | 7133 |
| 11. Net equities with other FCMs | | | |
| A. Net liquidating equity | | (7,674,000) | 7140 |
| B. Securities representing investments of customers' funds (at market) | | | 7160 |
| C. Securities held for particular customers or option customers in lieu of cash (at market) | | | 7170 |
| 12. Segregated funds on hand (describe: | ) | | 7150 |
| 13. Total amount in segregation (add lines 7 through 12) | | 6,096,791,000 | 7180 |
| 14. Excess (deficiency) funds in segregation (subtract line 6 from line 13) | $ | 554,128,000 | 7190 |

Page 13

SUPPLEMENT TO
FINANCIAL AND OPERATIONAL COMBINED UNIFORM SINGLE REPORT
PART II CSE

| BROKER OR DEALER | | |
|---|---|---|
| Lehman Brothers Inc. | as of | 08/31/08 |

### STATEMENT OF SEGREGATION REQUIREMENTS AND FUNDS IN SEGREGATION
### FOR CUSTOMERS' DEALER OPTIONS ACCOUNTS

1. Amount required to be segregated in accordance
   with Commission regulation 32.6        $ _____ ☐ 7200

2. Funds in segregated accounts
      A. Cash        $ _____ ☐ 7210
      B. Securities (at market)        _____ ☐ 7220
      C. Total        _____ ☐ 7230

3. Excess (deficiency) funds in segregation
   (subtract line 2.C from line 1)        $ _____ ☐ 7240

SUPPLEMENT TO
FINANCIAL AND OPERATIONAL COMBINED UNIFORM SINGLE REPORT
PART II CSE

| BROKER OR DEALER | | |
|---|---|---|
| Lehman Brothers Inc. | as of | 08/31/08 |

STATEMENT OF SECURED AMOUNTS AND FUNDS HELD IN SEPARATE ACCOUNTS
FOR FOREIGN FUTURES AND FOREIGN OPTIONS CUSTOMERS
PURSUANT TO COMMISSION REGULATION 30.7

FOREIGN FUTURES AND FOREIGN OPTIONS SECURED AMOUNTS - SUMMARY

I. Check the appropriate box to identify the amount shown on line 1 below.

| X | 7300 | Secured amounts in only U.S. - domiciled customers' accounts |
| | 7310 | Secured amounts in U.S. and foreign - domiciled customers' accounts |
| | 7320 | Net liquidating equities in all accounts of customers trading on foreign boards of trade |
| | 7330 | Amount required to be set aside pursuant to law, rule or regulation of a foreign government or a rule of a self-regulatory organization authorized thereunder. |

II. Has the FCM changed the method of calculating the amount to be set aside in separate accounts since the last financial report it filed ?

| | Yes | 7340 | If yes, explain the change below |
| X | No | 7350 | |

1. Amount to be set aside in separate section
   30.7 accounts      $      2,003,408,000   7360

2. Total funds in separate section 30.7 accounts
   (page 16, line 8)      2,625,126,000   7370

3. Excess (deficiency) - (subtract line 1 from line 2)      $      621,718,000   7380

SUPPLEMENT TO
FINANCIAL AND OPERATIONAL COMBINED UNIFORM SINGLE REPORT
PART II CSE

| BROKER OR DEALER | | |
|---|---|---|
| Lehman Brothers Inc. | as of | 08/31/08 |

STATEMENT OF SECURED AMOUNTS AND FUNDS HELD IN SEPARATE ACCOUNTS
FOR FOREIGN FUTURES AND FOREIGN OPTIONS CUSTOMERS
PURSUANT TO COMMISSION REGULATION 30.7

FUNDS DEPOSITED IN SEPARATE REGULATION 30.7 ACCOUNTS

1. Cash in banks
  A. Banks located in the United States    $ _____ [7500]
  B. Other banks designated by the Commission
    Name(s):   Lehman Brother's Bank  [7510]   152,000 [7520] $ _____ 152,000 [7530]
2. Securities
  A. In safekeeping with banks located in the United States  $ _____ 1,659,737,000 [7540]
  B. In safekeeping with other banks designated by the Commission
    Name(s): _____ [7550] _____ [7560] _____ 1,659,737,000 [7570]
3. Equities with registered futures commission merchants
  A. Cash   $ _____ [7580]
  B. Securities _____ [7590]
  C. Unrealized gain (loss) on open futures contracts _____ [7600]
  D. Value of long option contracts _____ [7610]
  E. Value of short option contracts ( _____ ) [7615] _____ [7620]
4. Amounts held by clearing organizations of foreign boards of trade
  Name(s): _____ [7630]
  A. Cash   $ _____ [7640]
  B. Securities _____ [7650]
  C. Amount due to (from) clearing organizations – daily variation _____ [7660]
  D. Value of long option contracts _____ [7670]
  E. Value of short option contracts ( _____ ) [7675] _____ [7680]
5. Amounts held by members of foreign boards of trade
  Name(s):   Lehman Brothers PTE, Ltd.  [7690]
  A. Cash   $ _____ 456,179,000 [7700]
  B. Securities _____ 509,058,000 [7710]
  C. Unrealized gain (loss) on open futures contracts _____ [7720]
  D. Value of long option contracts _____ [7730]
  E. Value of short option contracts ( _____ ) [7735] _____ 965,237,000 [7740]
6. Amounts with other depositories designated by a foreign board of trade
  Name(s): _____ [7750] _____ [7760]
7. Segregated funds on hand (describe: _____ ) _____ [7765]
8. Total funds in separate section 30.7 accounts (to page 15 line 2)   $ _____ 2,625,126,000 [7770]

A. If any securities shown are other than the types of securities referred to in CFTC Regulation 1.25, attach
  a separate schedule detailing the obligations shown on each such line.

SUPPLEMENT TO
FINANCIAL AND OPERATIONAL COMBINED UNIFORM SINGLE REPORT
PART II CSE

| BROKER OR DEALER | | |
|---|---|---|
| Lehman Brothers Inc. | as of | 08/31/08 |

## COMPUTATION OF CFTC MINIMUM NET CAPITAL REQUIREMENT

Net Capital required
A. Risk-Based Requirement

i. Amount of Customer Risk
   Maintenance Margin requirement .......... 4,738,685,000 `7415`

ii. Enter 8% of line A.i .......... 379,094,800 `7425`

iii. Amount of Non-Customer Risk
    Maintenance Margin requirement .......... 1,140,803,000 `7435`

iv. Enter 4% of line A.iii .......... 45,632,120 `7445`

v. Add lines A.ii and A.iv. .......... 424,726,920 `7455`

B. Minimum Dollar Amount Requirement .......... 500,000 `7465`
   (Enter $500,000 if a member of NFA)

C. Other NFA Requirement .......... 5,000,000 `7475`

D. Minimum CFTC Net Capital Requirement.
   Enter the greatest of lines A, B or C .......... 424,726,920 `7490`

Note:    If amount on Line D (7490) is greater than minimum net capital requirement computed on
         Line 3760 (Page 6) then enter this greater amount on Line 3760. The greater of the amount
         required by SEC or CFTC is the minimum net capital requirement..

CFTC Early Warning Level .......... 467,199,612 `7495`
Note:    If the minimum CFTC Net Capital Requirement computed on Line (7490) is the:
         (1) Risk Based Requirement, enter 110% of Line A (7455) or
         (2) Minimum Dollar Amount Requirement, enter 150% of Line B (7465) or
         (3) Other NFA Requirement, enter 150% of Line C (7475).

# FINANCIAL AND OPERATIONAL COMBINED UNIFORM SINGLE REPORT
## PART II CSE

| BROKER OR DEALER | | |
|---|---|---|
| Lehman Brothers Inc. | as of | 08/31/08 |

Ownership Equity and Subordinated Liabilities maturing or proposed to be
withdrawn within the next six months and accruals, (as defined below),
which have not been deducted in the computation of Net Capital.

| Type of Proposed withdrawal or Accrual (See below for code to enter) | | Name of Lender or Contributor | | Insider or Outsider ? (In or Out) | | Amount to be withdrawn (cash amount and/or Net Capital Value of Securities) | | (MMDDYY) Withdrawal or Maturity Date | | Expect to Renew (Yes or No) | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 4600 | LB ESEP PLAN | 4601 | IN | 4602 | 148,657,000 | 4603 | | 4604 | NO | 4605 |
| 4 | 4610 | Rule 144a | 4611 | OUT | 4612 | 99,311,000 | 4613 | | 4614 | NO | 4615 |
| | 4620 | | 4621 | | 4622 | | 4623 | | 4624 | | 4625 |
| | 4630 | | 4631 | | 4632 | | 4633 | | 4634 | | 4635 |
| | 4640 | | 4641 | | 4642 | | 4643 | | 4644 | | 4645 |
| | 4650 | | 4651 | | 4652 | | 4653 | | 4654 | | 4655 |
| | 4660 | | 4661 | | 4662 | | 4663 | | 4664 | | 4665 |
| | 4670 | | 4671 | | 4672 | | 4673 | | 4674 | | 4675 |
| | 4680 | | 4681 | | 4682 | | 4683 | | 4684 | | 4685 |
| | 4690 | | 4691 | | 4692 | | 4693 | | 4694 | | 4695 |

TOTAL    $    247,968,000  4699*

OMIT PENNIES

* To agree with the total on Recap (Item No. 4880)

Instructions: Detail listing must include the total of items maturing during the six month period following the
report date, regardless of whether or not the capital contribution is expected to be renewed. The
schedule must also include proposed capital withdrawals scheduled within the six month
period following the report date including the proposed redemption of stock and payments of
liabilities secured by fixed assets (which are considered allowable assets in the capital computation
pursuant to Rule 15c3-1(c)(2)(iv)), which could be required by the lender on demand or in less
than six months.

| WITHDRAWAL CODE: | DESCRIPTION |
|---|---|
| 1 | Equity Capital |
| 2 | Subordinated Liabilities |
| 3 | Accruals |
| 4 | 15c3-1(c)(2)(iv) Liabilities |

FINANCIAL AND OPERATIONAL COMBINED UNIFORM SINGLE REPORT
Capital Withdrawals
PART II CSE

| BROKER OR DEALER | | as of | 08/31/08 |
|---|---|---|---|
| Lehman Brothers Inc. | | | |

## RECAP

Ownership Equity and Subordinated Liabilities maturing or proposed to
be withdrawn within the next six months and accruals, which have
not been deducted in the computation of Net Capital.

**1. Equity Capital**

A. Partnership Capital:

| | | | |
|---|---|---|---|
| 1. General Partners | $ | | 4700 |
| 2. Limited | | | 4710 |
| 3. Undistributed Profits | | | 4720 |
| 4. Other (describe below) | | | 4730 |
| 5. Sole Proprietorship | | | 4735 |

B. Corporation Capital:

| | | |
|---|---|---|
| 1. Common Stock | | 4740 |
| 2. Preferred Stock | | 4750 |
| 3. Retained Earnings (Dividends and Other) | | 4760 |
| 4. Other (describe below) | | 4770 |

**2. Subordinated Liabilities:**

| | | |
|---|---|---|
| A. Secured Demand Notes | | 4780 |
| B. Cash Subordinations | | 4790 |
| C. Debentures | | 4800 |
| D. Other (describe below) | 146,657,000 | 4810 |

**3. Other Anticipated Withdrawals**

| | | |
|---|---|---|
| A. Bonuses | | 4820 |
| B. Voluntary Contributions to Pension or Profit Sharing Plans | | 4860 |
| C. Other (describe below) | 99,311,000 | 4870 |
| Total | $    247,968,000 | 4880 |

**4. Description of Other**

## STATEMENT OF CHANGES IN OWNERSHIP EQUITY
### (SOLE PROPRIETORSHIP, PARTNERSHIP OR CORPORATION)

| | | | |
|---|---|---|---|
| 1. Balance, beginning of period | $ | 4,097,232,000 | 4240 |
| A. Net income (loss) | | (1,018,365,000) | 4250 |
| B. Additions (Includes non-conforming capital of $ | 4262 ) | 1,115,787,000 | 4260 |
| C. Deductions (Includes non-conforming capital of $ | 4272 ) | | 4270 |
| 2. Balance, end of period (From Item 1800) | $ | 4,194,654,000 | 4290 |

## STATEMENT OF CHANGES IN LIABILITIES SUBORDINATED
### TO CLAIMS OF GENERAL CREDITORS

| | | | |
|---|---|---|---|
| 3. Balance, beginning of period | $ | 6,898,607,000 | 4300 |
| A. Increases | | | 4310 |
| B. Decreases | ( | ) | 4320 |
| 4. Balance, end of period (From Item 3520) | $ | 6,898,607,000 | 4330 |

OMIT PENNIES

## FINANCIAL AND OPERATIONAL COMBINED UNIFORM SINGLE REPORT
### PART II CSE

| BROKER OR DEALER | | |
|---|---|---|
| Lehman Brothers Inc. | as of | 08/31/08 |

### FINANCIAL AND OPERATIONAL DATA

| | Valuation | Number |
|---|---|---|
| 1. Month end total number of stock record breaks unresolved over three business days. | | |
| A. breaks long ............................................. $ | [4890] | [4900] |
| B. breaks short ........................................... $ | [4910] | [4920] |

2. Is the firm in compliance with Rule 17a-13 regarding periodic count and
verification of securities positions and locations at least once in each
calendar quarter ? (Check one) ......................... Yes [X] [4930]    No [ ] [4940]

A) If response is negative attach explanation of steps being taken to comply with Rule 17a-13.

3. Personnel employed at end of reporting period:

| | |
|---|---|
| A. Income producing personnel | 5,132 [4950] |
| B. Non-income producing personnel (all other) ...................... | 1,803 [4960] |
| C. Total | 6,935 [4970] |
| 4. Actual number of tickets executed during current month of reporting period ...... | 52,051,000 [4980] |
| 5. Number of corrected customer confirmations mailed after settlement date ...... | [4990] |

| | No. of Items | Debit (Short Value) | No. of Items | Credit (Long Value) |
|---|---|---|---|---|
| 6. Money differences ................ | [5000] | $ [5010] | [5020] | $ [5030] |
| 7. Security suspense accounts ........ | [5040] | $ [5050] | [5060] | $ [5070] |
| 8. Security difference accounts ....... | [5080] | $ [5090] | [5100] | $ [5110] |
| 9. Commodity suspense accounts ...... | [5120] | $ [5130] | [5140] | $ [5150] |
| 10. Open transactions with correspondents, other brokers, clearing organizations, depositories and interoffice and intercompany accounts which could result in a charge-unresolved amounts over 30 calendar days | [5160] | $ [5170] | [5180] | $ [5190] |
| 11. Bank account reconciliations-unresolved amounts over 30 calendar days ...... | [5200] | $ [5210] | [5220] | $ [5230] |
| 12. Open transfers over 40 calendar days, not confirmed ................. | [5240] | $ [5250] | [5260] | $ [5270] |
| 13. Transactions in reorganization accounts-over 60 calendar days ............ | [5280] | $ [5290] | [5300] | $ [5310] |
| 14. Total ........................ | [5320] | $ [5330] | [5340] | $ [5350] |

| | No. of Items | Ledger Amount | Market Value |
|---|---|---|---|
| 15. Failed to deliver 5 business days or longer (21 business days or longer in the case of Municipal Securities) ...... | [5360] | $ [5361] | $ [5362] |
| 16. Failed to receive 5 business days or longer (21 business days or longer in the case of Municipal Securities) ...... | [5363] | $ [5364] | $ [5365] |

17. Security concentrations (See instructions in Part I):

| | |
|---|---|
| A. Proprietary positions ......................................... $ | [5370] |
| B. Customers' accounts under Rule 15c3-3 ......................... $ | [5374] |
| 18. Total of personal capital borrowings due within six months ............ $ | [5378] |
| 19. Maximum haircuts on underwriting commitments during the period ...... $ | 69,158,000 [5380] |
| 20. Planned capital expenditures for business expansion during next six months ...... $ | [5382] |
| 21. Liabilities of other individuals or organizations guaranteed by respondent ...... $ | [5384] |
| 22. Lease and rentals payable within one year ..................... $ | [5386] |
| 23. Aggregate lease and rental commitments payable for entire term of the lease | |
| A. Gross ..................................................... $ | [5388] |
| B. Net ....................................................... $ | [5390] |

OMIT PENNIES

FINANCIAL AND OPERATIONAL COMBINED UNIFORM SINGLE REPORT

PART II CSE

| BROKER OR DEALER | |
|---|---|
| Lehman Brothers Inc. | as of          08/31/08 |

## FINANCIAL AND OPERATIONAL DATA
### Operational Deductions From Capital (Note A)

| | I No. of Items | II Debits (Short Value) | III Credits (Long Value) | IV Deductions In Computing Net Capital |
|---|---|---|---|---|
| 1. Money suspense and balancing differences ..... | 620 [5610] $ | 5,505 [5810] $ | 176,766 [6010] $ | 460,000 [6012] |
| 2. Security suspense and differences with related money balances          L | 24 [5620] | 4,577 [5820] | 4,594 [6020] | [6022] |
|          S | 25 [5625] | 2,092 [5825] | 769 [6025] | 55,000 [6027] |
| 3. Market value of short and long security suspense and differences without related money (other than reported in line 4, below) ..... | 14 [5630] | 5,499 [5830] | 481 [6030] | [6032] |
| 4. Market value of security record breaks ..... | [5640] | [5840] | [6040] | [6042] |
| 5. Unresolved reconciling differences with others: | | | | |
| A. Correspondents and Broker/Dealers .......... L | [5650] | [5850] | [6050] | [6052] |
|          S | 58 [5655] | 63,603 [5855] | [6055] | 63,603,000 [6057] |
| B. Depositories ..... | [5660] | [5860] | [6060] | [6062] |
| C. Clearing Organizations (Items 1. through 8.) ..... L | 86 [5670] | [5870] | 273,348 [6070] | [6072] |
|          S | 97 [5675] | 74,613 [5875] | [6075] | 740,000 [6077] |
| D. Inter-company Accounts ..... | [5680] | [5880] | [6080] | [6082] |
| E. Bank Accounts and Loans ..... | 191 [5890] | 2,987 [5890] | 6,084 [6090] | 2,987,000 [6092] |
| F. Other ..... | [5700] | [5900] | [6100] | [6102] |
| G. (Offsetting) Items A. through F. | [5720] ( | [5920] ( | )[6120] | |
| TOTAL Line 5 | 432 [5730] | 141,203 [5930] | 279,432 [6130] | 67,330,000 [6132] |
| 6. Commodity Differences ..... | [5740] | [5940] | [6140] | [6142] |
| 7. Open transfers and reorganization account items over 40 days not confirmed or verified ..... | [5760] | [5960] | [6160] | [6162] |
| 8. TOTAL (Line 1.-7.) ..... | 1,115 [5770] $ | 158,876 [5970] $ | 462,042 [6170] $ | 67,845,000 [6172] |
| 9. Lines 1.-6. resolved subsequent to report date ..... | [5775] $ | [5975] $ | 149,202 [6175] $ | [6177] |
| 10. Aged Fails    —to deliver ..... | 263 [5780] $ | 148,553 [5980] $ | 149,202 [6180] $ | 19,503,000 [6182] |
|          —to receive ..... | 32 [5785] $ | 11,406 [5985] $ | 8,954 [6185] $ | 724,000 [6187] |
| | | (Omit 000's) | (Omit 000's) | (Omit Pennies) |

NOTE A - This section must be completed as follows:
1. All member organizations must complete column IV, lines 1. through 8. and 10., reporting deductions from capital as of the report date whether resolved subsequently or not (see instructions relative to each line item).
2. a. Columns I., II and III of lines 1. through 8. and 10. must be completed when a Part I filing is required.
   b. Columns I, II and III of lines 1. through 8. must be completed with a Part II filing, only if the total deduction on line 8 column IV equals or exceeds 25% of excess net capital as of the prior month end reporting date. All columns of line 10. require completion.
3. A response to line 9., cols. I through IV and the "Potential Operational Charges Not Deducted From Capital" schedule on p. 3 are required only if:
   a. the parameters cited in 2.b. above exist, and
   b. the total deduction, line 8, column IV, for the current month exceeds the total deductions for the prior month by 50% or more.
4. All columns and line items (1. through 10.) must be answered if required. If respondent has nothing to report enter -0-.

### Other Operational Data (Items 1., 2. and 3. below require an answer)

Item 1. Have the accounts enumerated on line 5.A. through F. above been reconciled with statements received from others within 35 days for lines 5.A. through D. and 65 days for lines 5.E. and F. to the report date and have all reconciling difference been appropriately comprehended in the computation of net capital at the report date? If this has not been done in all respects, answer No.

Yes          X    [5600]

No          [5601]

Item 2. Do the respondent's books reflect a concentrated position (See Instruction) in commodities? If yes report the totals ($000 omitted) in accordance with the specific instructions: If No answer -0- for:

A. Firm Trading and Investment Accounts          A.          [5602]

B. Customers' and Non-Customers' and Other Accounts          B.          [5603]

Item 3. Does respondent have any planned operational changes? (Answer Yes or No based on specific instructions.)

Yes          [5604]

No          X    [5605]

FINANCIAL AND OPERATIONAL COMBINED UNIFORM SINGLE REPORT

PART II CSE

| BROKER OR DEALER | | | |
|---|---|---|---|
| Lehman Brothers Inc. | | as of | 08/31/08 |

### FINANCIAL AND OPERATIONAL DATA
#### Potential Operational Charges Not Deducted From Capital (Note B)

| | I | II | III | IV |
|---|---|---|---|---|
| | No. of Items | Debits (Short Value) | Credits (Long Value) | Deductions In Computing Net Capital |
| 1. Money suspense and balancing differences . . . . | | 6210 $ | 6410 $ | 6610 $ | 6612 |
| 2. Security suspense and differences with related money balances . . . . . . . . . . . . . . . . . . . L | | 6220 | 6420 | 6620 | 6622 |
| S | | 6225 | 6425 | 6625 | 6627 |
| 3. Market value of short and long security suspense and differences without related money (other than reported in line 4., below) . . . . . . . . | | 6230 | 6430 | 6630 | 6632 |
| 4. Market value of security record breaks . . . . . . . . . | | 6240 | 6440 | 6640 | 6642 |
| 5. Unresolved reconciling differences with others: | | | | |
| A. Correspondents and Broker/Dealers . . . . L | | 6250 | 6450 | 6650 | 6652 |
| S | | 6255 | 6455 | 6655 | 6657 |
| B. Depositories . . . . . . . . . . . . . . . . | | 6260 | 6460 | 6660 | 6662 |
| C. Clearing Organizations . . . . . . . . . . . . L | | 6270 | 6470 | 6670 | 6672 |
| S | | 6275 | 6475 | 6675 | 6677 |
| D. Inter-company Accounts . . . . . . . . . . . | | 6280 | 6480 | 6680 | 6682 |
| E. Bank Accounts and Loans . . . . . . . . . | | 6290 | 6490 | 6690 | 6692 |
| F. Other . . . . . . . . . . . . . . . . . | | 6300 | 6500 | 6700 | 6702 |
| G. (Offsetting) Items A. through F. . . . . . . . . . . . | | 6310 ( | )6510 ( | 6710 ) | |
| TOTAL (Line 5.) . . . . . . . . . . . . . . | | 6330 | 6530 | 6730 | 6732 |
| 6. Commodity Differences . . . . . . . . . . . . . . . | | 6340 | 6540 | 6740 | 6742 |
| TOTAL (Line 1.-6.) . . . . . . . . . . . . . . | | 6370 $ | 6570 $ | 6770 $ | 6772 |
| | | (Omit .000's) | (Omit .000's) | (Omit Pennies) |

NOTE B:- This section must be completed as follows:
1. All line items (1. through 6.) and columns (I through IV) must be completed only if:
   a. the total deductions on line 8., column IV, of the "Operational Deductions From Capital" schedule equal or exceed 25% of excess net capital as of the prior month end reporting date; and
   b. the total deduction on line 8., column IV, for the current month exceeds the total deductions for the prior month by 50% or more. If respondent has nothing to report enter -0-.
2. Include only suspense and difference items open at the report date which were NOT required to be deducted in the computation of net capital AND which were not resolved seven (7) business days subsequent to the report date.
3. Include in column IV only additional deductions not comprehended in the computation of net capital at the report date.
4. Include on line 5. A. through F. unfavorable differences offset by favorable differences (see instructions for line 5) at the report date if resolution of the favorable items resulted in additional deductions in the computation of net capital subsequent to the report date.
5. Exclude from lines 5. A. through F. new reconciling differences disclosed as a result of reconciling with the books of account statements received subsequent to the report date.
6. Line items 1. through 5. above correspond to similar line items in the "Operational Deductions From Capital" schedule (page 2) and the same instructions should be followed except as stated in Note (B-1 through 5.) above.

CSE SUPPLEMENTARY REPORTING SCHEDULE

## SCHEDULE 1 - FINRA SUPPLEMENTARY CAPITAL INFORMATION

| BROKER OR DEALER | | |
|---|---|---|
| Lehman Brothers Inc. | as of | 08/31/08 |

1. **Market Risk Exposure**
   A. Total Value at Risk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 688,053,000 [3634]
   Value at Risk Components
       1. Fixed income VAR . . . . . . . . . . . . . . . . . . . . . $ 421,274,000 [3636]
       2. Currency VAR . . . . . . . . . . . . . . . . . . . . . . . . $ 153,443,000 [3637]
       3. Commodities VAR . . . . . . . . . . . . . . . . . . . . . $ _____ [3638]
       4. Equities VAR . . . . . . . . . . . . . . . . . . . . . . . . $ 113,336,000 [3639]
       5. Credit derivatives VAR . . . . . . . . . . . . . . . . . $ _____ [3641]
   B. Diversification Benefit . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 210,831,000 [3642]
   C. Total Diversified VAR (1A less 1B) . . . . . . . . . . . . . . . . . . . $ 477,222,000 [3643]
   D. Multiplication Factor . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3.85 [3645]
   E. Subtotal (1C multiply by 1D) . . . . . . . . . . . . . . . . . . . . . . . $ 1,837,304,700 [3655]

2. Deduction for specific risk, unless included in 1 above . . . . . . . . . . . $ 561,165,000 [3646]

3. Risk Deduction using scenario analysis . . . . . . . . . . . . . . . . . . . . . $ 105,099,000 [3647]
       a. Fixed income . . . . . . . . . . . . . . . . . . . . $ _____ [3648]
       b. Currency . . . . . . . . . . . . . . . . . . . . . . . $ _____ [3649]
       c. Commodities . . . . . . . . . . . . . . . . . . . . $ _____ [3651]
       d. Equities . . . . . . . . . . . . . . . . . . . . . . . $ 105,099,000 [3652]
       e. Credit derivatives . . . . . . . . . . . . . . . . . $ _____ [3653]

4. Residual Marketable Securities (15c3-1(c)(2)(vi)) . . . . . . . . . . . . . $ _____ [3665]

5. Total Market Risk Exposure(add lines 1E,2,3 and 4 ) . . . . . . . . . . . $ 2,503,568,700 [3677]

6. **Credit Risk Exposure**
   A. Credit Risk Charge(counter party) . . . . . . . . . . . . . . . . . . . . $ 285,763,000 [3676]
   B. Counter party concentration charge . . . . . . . . . . . . . . . . . . . $ _____ [3659]
       1. Credit risk weight <20% . . . . . . . . . . . . . . . . _____ [3656]
       2. Credit risk weight > 20% and <50% . . . . . . . . . _____ [3657]
       3. Credit risk weight >50% . . . . . . . . . . . . . . . . _____ [3658]
   C. Portfolio concentration charge . . . . . . . . . . . . . . . . . . . . . . . $ _____ [3678]

7. Total Credit Risk Exposure (add lines 6A, 6B and 6C) . . . . . . . . . . . $ 285,763,000 [3688]

Schedule I

CSE SUPPLEMENTARY REPORTING SCHEDULE

Schedule II

| BROKER OR DEALER | |
|---|---|
| Lehman Brothers Inc. | as of  08/31/08 |

GEOGRAPHIC DISTRIBUTION OF OTC DERIVATIVES EXPOSURES FOR TEN LARGEST COUNTRIES

| | Country | Credit Rating Category | Current Net Exposure | Net Replacement Value | Gross Replacement Value Receivable | Payable |
|---|---|---|---|---|---|---|
| 1 | UNITED STATES | iAAA | 1,137,721,000 | 62,644,000 | 1,264,249,000 | (1,201,605,000) |
| 2 | UNITED KINGDOM | iAAA | 192,763,000 | 180,465,000 | 331,465,000 | (150,999,000) |
| 3 | CANADA | iAAA | 62,121,000 | 59,039,000 | 71,170,000 | (12,131,000) |
| 4 | FRANCE | iAAA | 44,809,000 | 11,405,000 | 63,634,000 | (52,229,000) |
| 5 | UNITED ARAB EMIRATES | iA+ | 40,100,000 | 36,625,000 | 40,100,000 | (3,474,000) |
| 6 | GERMANY | iAAA | 37,500,000 | 53,225,000 | 58,973,000 | (5,749,000) |
| 7 | SWEDEN | iAAA | 16,386,000 | 5,750,000 | 16,386,000 | (10,636,000) |
| 8 | SWITZERLAND | iAAA | 16,217,000 | (47,051,000) | 45,421,000 | (92,472,000) |
| 9 | HONG KONG | iAA | 14,929,000 | 13,236,000 | 14,929,000 | (1,693,000) |
| 10 | AUSTRALIA | iAAA | 14,148,000 | (30,329,000) | 30,438,000 | (60,768,000) |
| | GRAND TOTAL | | 1,576,694,000 | 345,009,000 | 1,936,765,000 | (1,591,756,000) |
| | | | 7801 | 7802 | 7803 | 7804 |

Schedule II

CSE SUPPLEMENTARY REPORTING SCHEDULE

Schedule III

| BROKER OR DEALER | |
|---|---|
| Lehman Brothers Inc. | as of  08/31/08 |

### CREDIT-CONCENTRATION REPORT FOR FIFTEEN LARGEST CURRENT NET EXPOSURES IN DERIVATIVES

| | Counterparty Identifier | Country | Industry Segment | Rating | Gross Replacement Value Receivable (Gross Gain) | Payable (Gross Loss) | Net Replacement Value | Current Net Exposure | Total Credit Exposure | Aggregate Maximum Potential Exposure |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | FORTIS SECURITIES | UNITED STATES | BROKER/DEALER | | 148,785,000 | | 148,785,000 | 148,785,000 | 148,785,000 | 438,961,000 |
| 2 | WELLS FARGO BANK | UNITED STATES | BANKS | AA | 719,000 | (178,207,000) | (177,488,000) | 131,069,000 | 131,069,000 | 69,813,000 |
| 3 | GOLDMAN SACHS | UNITED STATES | BROKER/DEALER | | 99,253,000 | | 99,253,000 | 99,253,000 | 99,253,000 | 212,607,000 |
| 4 | BARCLAYS BANK | UNITED KINGDOM | BANKS | AA | 144,569,000 | | 144,569,000 | 70,695,000 | 70,695,000 | 196,856,000 |
| 5 | BNP PARIBAS SECURITIES | UNITED STATES | SECURITIES CORPORATION | | 60,016,000 | | 60,016,000 | 60,016,000 | 60,016,000 | 140,189,000 |
| 6 | ROYAL BANK OF CANADA | CANADA | BANKS | AA | 59,187,000 | | 59,187,000 | 59,187,000 | 59,187,000 | 147,840,000 |
| 7 | CREDIT SUISSE SECURITIES | UNITED STATES | BROKER/DEALER | | 46,913,000 | (165,000) | 46,748,000 | 46,913,000 | 46,913,000 | 123,368,000 |
| 8 | UBS SECURITIES | UNITED STATES | BROKER/DEALER | | 46,546,000 | | 46,546,000 | 46,546,000 | 46,546,000 | 99,891,000 |
| 9 | AIG INTERNATIONAL | UNITED STATES | INSURANCE | A+ | 46,304,000 | | 46,304,000 | 46,304,000 | 46,304,000 | 104,846,000 |
| 10 | BANC OF AMERICA | UNITED STATES | BROKER/DEALER | | 45,055,000 | | 45,055,000 | 45,055,000 | 45,055,000 | 108,245,000 |
| 11 | ABU DHABI INVESTMENT | INTERNATIONAL | CORPORATE | | 39,720,000 | | 39,720,000 | 39,720,000 | 39,720,000 | 83,779,000 |
| 12 | ROYAL BANK OF SCOTLAND (THE) | UNITED KINGDOM | BANKS | AA | 20,056,000 | (12,045,000) | 8,011,000 | 39,606,000 | 39,606,000 | 145,326,000 |
| 13 | BANK OF AMERICA | UNITED STATES | NATIONAL ASSOCIATION | | 36,634,000 | (37,073,000) | (1,439,000) | 35,634,000 | 35,634,000 | 191,278,000 |
| 14 | CITIMORTGAGE | UNITED STATES | FINANCIAL | | 29,156,000 | | 29,156,000 | 29,156,000 | 29,156,000 | 51,796,000 |
| 15 | MORGAN STANLEY | UNITED STATES | INTERNATIONAL PLC | | 27,345,000 | | 27,345,000 | 27,345,000 | 27,345,000 | 68,588,000 |
| | | | Totals | | 849,258,000 | (227,490,000) | 621,768,000 | 925,284,000 | 925,284,000 | 2,183,383,000 |
| | | | | | 7810 | 7811 | 7812 | 7813 | 7814 | 7815 |

Schedule III

CSE SUPPLEMENTARY REPORTING SCHEDULE

Schedule IV

| BROKER OR DEALER | |
|---|---|
| Lehman Brothers Inc. | as of    08/31/08 |

### PORTFOLIO SUMMARY OF OTC DERIVATIVES EXPOSURES BY INTERNAL CREDIT RATING

| | Credit Rating Category | Credit Rating | Current Net Exposure | Net Replacement Value | Gross Replacement Value Receivable | Payable | Aggregate Maximum Potential Exposure |
|---|---|---|---|---|---|---|---|
| 1 | iAAA | iAAA | 95,235,000 | (176,622,000) | 95,235,000 | (271,857,000) | 425,374,000 |
| 2 | iAA | iAA | 960,226,000 | 248,380,000 | 1,078,257,000 | (829,877,000) | 3,677,720,000 |
| 3 | iA | iA | 58,580,000 | (11,295,000) | 66,966,000 | (78,261,000) | 239,424,000 |
| 4 | iA- | iA- | 10,988,000 | (26,523,000) | 10,988,000 | (37,511,000) | 83,658,000 |
| 5 | iA+ | iA+ | 329,033,000 | 237,960,000 | 424,552,000 | (186,593,000) | 1,311,614,000 |
| 6 | iBBB | iBBB | 13,015,000 | 23,763,000 | 83,421,000 | (59,657,000) | 106,309,000 |
| 7 | iBBB- | iBBB- | 8,376,000 | (34,998,000) | 11,297,000 | (46,295,000) | 121,622,000 |
| 8 | iBBB+ | iBBB+ | 29,738,000 | (222,000) | 29,738,000 | (28,960,000) | 132,517,000 |
| 9 | iBB | iBB | 49,141,000 | (576,000) | 66,329,000 | (66,905,000) | 173,545,000 |
| 10 | iBB- | iBB- | 55,801,000 | 26,336,000 | 63,578,000 | (37,242,000) | 165,681,000 |
| 11 | iBB+ | iBB+ | 5,114,000 | (53,228,000) | 5,114,000 | (58,341,000) | 45,104,000 |
| 12 | iB | iB | 1,039,000 | 55,077,000 | 61,356,000 | (6,279,000) | 6,646,000 |
| 13 | iB- | iB- | 19,981,000 | 23,811,000 | 31,734,000 | (7,923,000) | 124,505,000 |
| 14 | iB+ | iB+ | 16,691,000 | (21,734,000) | 16,515,000 | (38,249,000) | 34,237,000 |
| 15 | iCCC | iCCC | 217,000 | (26,511,000) | 1,147,000 | (27,658,000) | 18,951,000 |
| 16 | Not Rated | Not Rated | 4,462,000 | (14,818,000) | 4,557,000 | (19,375,000) | 18,991,000 |
| | Totals: | | 1,677,637,000 | 248,800,000 | 2,050,784,000 | (1,801,983,000) | 6,685,898,000 |
| | | | 7820 | 7821 | 7822 | 7823 | 7824 |

Schedule IV

## CSE SUPPLEMENTARY REPORTING SCHEDULE

Schedule V

| BROKER OR DEALER | | | |
|---|---|---|---|
| Lehman Brothers Inc. | | as of | 08/31/08 |

### PORTFOLIO SUMMARY OF OTC DERIVATIVES EXPOSURES BY INDUSTRY SEGMENT

| | Industry Segment | Current Net Exposure | Net Replacement Value | Gross Replacement Value Receivable | Payable | Aggregate Maximum Potential Exposure |
|---|---|---|---|---|---|---|
| 1 | BANKS | 709,558,000 | 298,439,000 | 926,322,000 | (627,883,000) | 3,144,820,000 |
| 2 | BROKER/DEALER | 545,323,000 | 392,032,000 | 533,137,000 | (141,105,000) | 1,744,918,000 |
| 3 | OTHER FINANCIAL | 129,139,000 | (20,351,000) | 152,481,000 | (172,832,000) | 469,749,000 |
| 4 | MUTUAL FUND | 87,897,000 | (178,122,000) | 87,897,000 | (266,019,000) | 398,278,000 |
| 5 | HEDGE FUND | 71,655,000 | (70,801,000) | 204,566,000 | (275,367,000) | 346,715,000 |
| 6 | INSURANCE | 50,810,000 | 16,552,000 | 50,810,000 | (34,258,000) | 132,374,000 |
| 7 | PENSION/RETIREMENT FUND | 45,689,000 | (133,107,000) | 48,789,000 | (181,895,000) | 185,143,000 |
| 8 | GOVT ENTITY | 17,315,000 | (37,753,000) | 17,315,000 | (55,068,000) | 107,652,000 |
| 9 | HIGH NET WORTH INDIVIDUALS | 15,935,000 | 22,466,000 | 25,151,000 | (2,684,000) | 110,000,000 |
| 10 | INDUSTRIAL SERVICES | 2,251,000 | (12,203,000) | 2,251,000 | (14,454,000) | 13,489,000 |
| 11 | MUNICIPAL ISSUER | 2,065,000 | (28,352,000) | 2,065,000 | (30,418,000) | 32,760,000 |
| | Totals : | 1,677,637,000 | 248,800,000 | 2,050,784,000 | (1,801,983,000) | 6,685,898,000 |
| | | 7830 | 7831 | 7832 | 7833 | 7834 |

Schedule V





Generated by hwang3 (Bin Wang) on 10/08/2008 10:07 AM

All Memo

**LEHMAN BROTHERS INC.**

**Part IICSE for 2008-08**

I0550 : Non-Allow-Rec Fr B/D and CI Org-Other

Includes $143,354,000 of securities related intercompany receivables.

Last modified by hwang3 on 9/29/08 11:46 AM

I0670 : NonAllow-Invst in&Rec Fr Affil/Subs/Ptrshps

Includes $4,101,000 on $97,836,000 of swap notional on Master Limited Partnerships.

Last modified by hwang3 on 9/29/08 11:53 AM

I1570 : Total-Payable to B/D's-Other

Includes $417,101,000 of securities related intercompany payables.

Last modified by hwang3 on 9/29/08 11:54 AM

I3580 : Aged Short Sec Differences

Includes $60,020,000 of short market value for Brady oil warrants.

Last modified by hwang3 on 9/29/08 11:55 AM

I3610 : Other Deductions And/Or Charges

| | |
|---|---:|
| Reverse Repo Deficits | 161,212,000.00 |
| Repo Deficits | 2,441,000.00 |
| SB / RR vs. Box | 24,147,000.00 |
| Borrow vs. Pledge | 2,658,000.00 |
| Stock borrow deficits | 56,505,000.00 |
| Prepaid borrows | .00 |
| Capital deficiencies on guarantee subsidiaries | 5,503,000.00 |
| TBA exposure deficits | 107,620,000.00 |
| 1% of borrow vs. Letter of Credit | 1,000.00 |
| Rule 319 | 4,500,000.00 |
| Stock loan deficits | 468,000.00 |
| Suspense | 3,502,000.00 |
| 1% of contract value of FTD / SB | .00 |
| vs. FTR | 49,693,000.00 |
| FTR deficits | 724,000.00 |
| Rule 431 deficiencies | 13,703,000.00 |
| Short MV Affiliate Debt Charge | 4,638,000.00 |
| Agency Lending | 57,391,000.00 |
| DK Fails | 910,000.00 |
| Commodity Customer Funds Invested | 96,828,000.00 |
| | 592,444,000.00 |

I3870 : 2% Of Aggregate Debit Items - Alt Method

Minimum was based on the CFTC Net Capital Requirement and includes $95,492,000 in overcollateralized reverse repurchase agreements in accordance with 15c3-1(a)(9)(i).

Last modified by hwang3 on 9/29/08 12:11 PM

I3880 : Min Dollar Net Capital Req - Alt Method

Minimum was based on the CSE Net Capital Requirement and includes $95,492,000 in overcollateralized reverse repurchase agreements in accordance with 15c3-1(a)(9)(i).

Last modified by hwang3 on 9/29/08 12:11 PM

I4380 : Cred Bal Firm a/c From Prin Sales to Cust

Includes $1,146,?03,000 of repo financing vs. customer fail to delivers.

I4810 : Subordinated Liabilities-Other

LB ESEP Plan                      148,657,000.00
                                  148,657,000.00

I4870 : Anticpated Withdrawals-Other

RULE 144                           99,311,000.00
                                   99,311,000.00

**EXHIBIT E:  LBI FOCUS REPORT, Form X-17a5 (August 31, 2008)**

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION

| FORM X-17A-5 | FOCUS REPORT (FINANCIAL AND OPERATIONAL COMBINED UNIFORM SINGLE REPORT) PART II CSE [11] |
|---|---|
| | (Please read instructions before preparing Form) |

This report is being filed pursuant to (Check Applicable Block(s)):

1) Rule 17a-5(a)  [x] 16        2) Rule 17a-5(b)  [ ] 17        3) Rule 17a-11  [ ] 18

4) Special request by designated examining authority  [ ] 19        5) Other  [ ] 26

NAME OF BROKER-DEALER

Lehman Brothers Inc. _____ [13]

ADDRESS OF PRINCIPAL PLACE OF BUSINESS (Do not use P.O. Box No.)

745 Seventh Avenue _____ [20]
(No. and Street)

New York [21]    NY [22]    10019 [23]
(City)        (State)    (Zip Code)

SEC. FILE NO.

8-12324 _____ [14]
FIRM ID NO.

132518466 _____ [15]
FOR PERIOD BEGINNING (MM/DD/YY)

08/01/08 _____ [24]
AND ENDING (MM/DD/YY)

08/31/08 _____ [25]

NAME AND TELEPHONE NUMBER OF PERSON TO CONTACT IN REGARD TO THIS REPORT    (Area code) - Telephone No.

Anthony Stucchio _____ [30]    (212) 320-6783 _____ [31]

NAME(S) OF SUBSIDIARIES OR AFFILIATES CONSOLIDATED IN THIS REPORT        OFFICIAL USE

_____ [32]        _____ [33]
_____ [34]        _____ [35]
_____ [36]        _____ [37]
_____ [38]        _____ [39]

DOES RESPONDENT CARRY ITS OWN CUSTOMER ACCOUNTS ?    YES [x] 40    NO [ ] 41

CHECK HERE IF RESPONDENT IS FILING AN AUDITED REPORT        [ ] 42

**EXECUTION:**

The registrant/broker or dealer submitting this Form and its attachments and the person(s) by whom it is executed represent hereby that all information contained therein is true, correct and complete. It is understood that all required items, statements, and schedules are considered integral parts of this Form and that the submission of any amendment represents that all unamended items, statements and schedules remain true, correct and complete as previously submitted.

*Draft — Never signed or filed*

*WTP*

Dated the _____ day of _____ 20 _____

Manual Signatures of:

1) _____
   Principal Executive Officer or Managing Partner

2) _____
   Principal Financial Officer or Partner

3) _____
   Principal Operations Officer or Partner

ATTENTION - Intentional misstatements or omissions of facts constitute Federal Criminal Violations. (See 18 U.S.C. 1001 and 15 U.S.C. 78:f (a) )

FINRA

FINANCIAL AND OPERATIONAL COMBINED UNIFORM SINGLE REPORT

PART II CSE

| BROKER OR DEALER | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Lehman Brothers Inc. | N | 2 | | | | | | 100 |

STATEMENT OF FINANCIAL CONDITION

as of (MM/DD/YY)  08/31/08  [99]

SEC FILE NO.  8-12324  [98]

Consolidated [      ] 198

Unconsolidated [  X  ] 199

### ASSETS

| | Allowable | | Nonallowable | | Total | |
|---|---|---|---|---|---|---|
| 1. Cash .......................... $ | 252,190,000 | 200 | $ | | 252,190,000 | 750 |
| 2. Cash segregated in compliance with federal and other regulations .......... | 3,016,629,000 | 210 | | | 3,016,629,000 | 760 |
| 3. Receivable from brokers or dealers and clearing organizations: | | | | | | |
| A. Failed to deliver: | | | | | | |
|   1. Includable in "Formula for Reserve Requirements" | 272,902,000 | 220 | | | | |
|   2. Other ................. | 2,912,105,000 | 230 | | | 3,185,007,000 | 770 |
| B. Securities borrowed: | | | | | | |
|   1. Includable in "Formula for Reserve Requirements" ................. | 824,539,000 | 240 | | | | |
|   2. Other ................. | 110,272,430,000 | 250 | | | 111,096,969,000 | 780 |
| C. Omnibus accounts: | | | | | | |
|   1. Includable in "Formula for Reserve Requirements" ................. | | 260 | | | | |
|   2. Other ................. | | 270 | | | | 790 |
| D. Clearing Organizations: | | | | | | |
|   1. Includable in "Formula for Reserve Requirements" ................. | 24,717,000 | 280 | | | | |
|   2. Other ................. | 1,163,900,000 | 290 | | | 1,188,617,000 | 800 |
| E. Other ................. | 1,623,833,000 | 300 | $ | 163,485,000 | 550 | 1,787,318,000 | 810 |
| 4. Receivables from customers: | | | | | | |
| A. Securities accounts: | | | | | | |
|   1. Cash and fully secured accounts ..... | 6,137,047,000 | 310 | | | | |
|   2. Partly secured accounts ............. | | 320 | | | 560 | |
|   3. Unsecured Accounts | | | 54,150,000 | 570 | | |
| B. Commodity accounts ................. | 343,107,000 | 330 | 18,188,000 | 580 | | |
| C. Allowance for doubtful accounts ........ ( | ) | 335 | ( 3,659,000 | ) | 590 | 6,548,833,000 | 820 |
| 5. Receivables from non-customers: | | | | | | |
| A. Cash and fully secured accounts ....... | 2,864,251,000 | 340 | | | | |
| B. Partly secured and unsecured accounts. | | 350 | | 600 | 2,864,251,000 | 830 |
| 6. Securities purchased under agreements to resell ................. | 105,731,207,000 | 360 | | 605 | 105,731,207,000 | 840 |
| 7. Derivative Receivables: ................. | 3,468,489,000 | 291 | | | 3,468,489,000 | 801 |
| 8. Trade Date Receivable: ................. | | 292 | | | | 802 |
| 9. Securities and spot commodities owned, at market value: | 59,161,175,000 | 849 | | | 59,161,175,000 | 850 |
|   Includes encumbered securities of | | | | | | |
|   ........... $ 57,367,545,000  [120] | | | | | | |

OMIT PENNIES

FINANCIAL AND OPERATIONAL COMBINED UNIFORM SINGLE REPORT

PART II CSE

| BROKER OR DEALER | |
|---|---|
| Lehman Brothers Inc. | as of    08/31/08 |

## STATEMENT OF FINANCIAL CONDITION

### ASSETS (continued)

| | Allowable | Nonallowable | Total |
|---|---|---|---|
| 10. Securities owned not readily marketable: | | | |
| A. At Cost ...... $ [130] $ | [440] $ | 843,532,000 [610] $ | 843,532,000 [860] |
| 11. Other investments not readily marketable: | | | |
| A. At Cost ...... $ [140] | | | |
| B. At estimated fair value ............... | [450] | [620] | [870] |
| 12. Securities borrowed under subordination agreements and partners' individual and capital securities accounts, at market value: | | | |
| A. Exempted securities .... $ [150] | | | |
| B. Other ...... $ [160] | [460] | [630] | [880] |
| 13. Secured demand notes- market value of collateral: | | | |
| A. Exempted securities .... $ [170] | | | |
| B. Other ...... $ [180] | [470] | [640] | [890] |
| 14. Memberships in exchanges: | | | |
| A. Owned, at market value ...... $ 62,774,000 [190] | | | |
| B. Owned at cost ................... | | 28,341,000 [650] | |
| C. Contributed for use of company, at market value .................. | | [660] | 28,341,000 [900] |
| 15. Investment in and receivables from affiliates, subsidiaries and associated partnerships ............ | 19,000,000 [480] | 2,097,661,000 [670] | 2,116,661,000 [910] |
| 16. Property, furniture, equipment, leasehold improvements and rights under lease agreements: | | | |
| At cost (net of accumulated depreciation and amortization) ......... | [490] | 76,640,000 [680] | 76,640,000 [920] |
| 17. Other Assets: | | | |
| A. Dividends and interest receivable ....... | 80,570,000 [500] | 5,991,000 [690] | |
| B. Free shipments .............. | [510] | [700] | |
| C. Loans and advances ............ | [520] | 10,829,000 [710] | |
| D. Miscellaneous ............ | 129,125,000 [530] | 331,297,000 [720] | |
| E. Collateral accepted under SFAS 140 .... | 456,058,000 [536] | | |
| F. SPE Assets ................. | [537] | | 1,013,870,000 [930] |
| 18. TOTAL ASSETS ................. $ | 298,753,274,000 [540] $ | 3,626,455,000 [740] $ | 302,379,729,000 [940] |

Page 2

OMIT PENNIES

FINANCIAL AND OPERATIONAL COMBINED UNIFORM SINGLE REPORT

PART II CSE

| BROKER OR DEALER | as of | 08/31/08 |
|---|---|---|
| Lehman Brothers Inc. | | |

## STATEMENT OF FINANCIAL CONDITION
## LIABILITIES AND OWNERSHIP EQUITY

| Liabilities | Total | |
|---|---|---|
| 19. Bank loans payable: | | |
| A. Includable in "Formula for Reserve Requirements" | $ 195,571,000 | 1460 |
| B. Other | 85,036,000 | 1470 |
| 20. Securities sold under repurchase agreements. | 145,192,438,000 | 1480 |
| 21. Payable to brokers or dealers and clearing organizations: | | |
| A. Failed to receive: | | |
| 1. Includable in "Formula for Reserve Requirements" | 200,726,000 | 1490 |
| 2. Other | 4,996,100,000 | 1500 |
| B. Securities loaned: | | |
| 1. Includable in "Formula for Reserve Requirements" | 324,190,000 | 1510 |
| 2. Other | 67,838,137,000 | 1520 |
| C. Omnibus accounts: | | |
| 1. Includable in "Formula for Reserve Requirements" | | 1530 |
| 2. Other | | 1540 |
| D. Clearing organizations: | | |
| 1. Includable in "Formula for Reserve Requirements" | 16,634,000 | 1550 |
| 2. Other | 1,098,967,000 | 1560 |
| E. Other | 616,776,000 | 1570 |
| 22. Payable to customers: | | |
| A. Securities accounts - including free credits of . . . . . $ 2,014,086,000 950 | 7,963,114,000 | 1580 |
| B. Commodities accounts | 4,960,732,000 | 1590 |
| 23. Payable to non customers: | | |
| A. Securities accounts | 1,371,586,000 | 1600 |
| B. Commodities accounts | 3,636,479,000 | 1610 |
| 24. Derivative Payables: | 2,402,076,000 | 1561 |
| 25. Trade Date Payable: | 974,048,000 | 1562 |
| 26. Securities sold not yet purchased at market value - including arbitrage of . . . . . $ 960 | 44,437,350,000 | 1620 |
| 27. Accounts payable and accrued liabilities and expenses: | | |
| A. Drafts payable | | 1630 |
| B. Accounts payable | | 1640 |
| C. Income taxes payable | 358,993,000 | 1650 |
| D. Deferred income taxes | | 1660 |
| E. Accrued expenses and other liabilities | 3,988,874,000 | 1670 |
| F. Other | 50,843,000 | 1680 |
| G. Obligation to return securities | 456,058,000 | 1686 |
| H. SPE Liabilities | | 1687 |

OMIT PENNIES

FINANCIAL AND OPERATIONAL COMBINED UNIFORM SINGLE REPORT
PART II CSE

| BROKER OR DEALER | | |
|---|---|---|
| Lehman Brothers Inc. | as of | 08/31/08 |

### STATEMENT OF FINANCIAL CONDITION
### LIABILITIES AND OWNERSHIP EQUITY (continued)

| Liabilities | | Total | |
|---|---|---:|---|
| 28. Notes and mortgages payable: | | | |
| A. Unsecured . . . . . . . . . . . . . . . . . . . . . . | $ | | 1690 |
| B. Secured . . . . . . . . . . . . . . . . . . . . . . . | | | 1700 |
| 29. Liabilities subordinated to claims of general creditors: | | | |
| A. Cash borrowings: . . . . . . . . . . . . . . . . . . | | 6,898,607,000 | 1710 |
| 1. from outsiders $ | 970 | | |
| 2. Includes equity subordination(15c3-1(d)) of . . . . . . . . $ 850,000,000 | 980 | | |
| B. Securities borrowings, at market value: from outsiders $ | 990 | | 1720 |
| C. Pursuant to secured demand note collateral agreements: . . . . . . . . . . . . . . . . | | | 1730 |
| 1. from outsiders $ | 1000 | | |
| 2. Includes equity subordination(15c3-1(d)) of . . . . . . . . $ | 1010 | | |
| D. Exchange memberships contributed for use of company, at market value . . . . . . . | | | 1740 |
| E. Accounts and other borrowings not qualified for net capital purposes . . . . . . . . . | | 121,740,000 | 1750 |
| 30.    TOTAL LIABILITIES . . . . . . . . . . . . . . . . | $ | 298,185,075,000 | 1760 |
| **Ownership Equity** | | | |
| 31. Sole proprietorship . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | | 1770 |
| 32. Partnership - limited partners . . . . . . . . . . . . . . . . . . . . . $ 1020 | | | 1780 |
| 33. Corporation: . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| A. Preferred stock . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 1791 |
| B. Common stock . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 1792 |
| C. Additional paid- in capital . . . . . . . . . . . . . . . . . . . . | | 3,865,871,000 | 1793 |
| D. Retained Earnings . . . . . . . . . . . . . . . . . . . . . | | 328,783,000 | 1794 |
| E. Total . . . . . . . . . . . . . . . . . . . . . . . . . . | | 4,194,654,000 | 1795 |
| F. Less capital stock in treasury . . . . . . . . . . . . . . . . . . . | ( | ) | 1796 |
| 34. TOTAL OWNERSHIP EQUITY . . . . . . . . . . . . . . . | $ | 4,194,654,000 | 1800 |
| 35. TOTAL LIABILITIES AND OWNERSHIP EQUITY . . . . . . . . . . . . . . . | $ | 302,379,729,000 | 1810 |

OMIT PENNIES

FINANCIAL AND OPERATIONAL COMBINED UNIFORM SINGLE REPORT

PART II CSE

| BROKER OR DEALER | | |
|---|---|---|
| Lehman Brothers Inc. | as of | 08/31/08 |

## COMPUTATION OF NET CAPITAL

| | | | |
|---|---|---|---|
| 1. Total ownership equity (from Statement of Financial Condition - Item 1800) | $ | 4,194,654,000 | 3480 |
| 2. Deduct: Ownership equity not allowable for Net Capital | ( | ) | 3490 |
| 3. Total ownership equity qualified for Net Capital | | 4,194,654,000 | 3500 |
| 4. Add: | | | |
| A. Liabilities subordinated to claims of general creditors allowable in computation of net capital | | 6,898,607,000 | 3520 |
| B. Other (deductions) or allowable credits (List) | | | 3525 |
| 5. Total capital and allowable subordinated liabilities | $ | 11,093,261,000 | 3530 |
| 6. Deductions and/or charges: | | | |
| A. Total non-allowable assets from | | | |
| Statement of Financial Condition (Notes B and C)  $  3,626,455,000  3540 | | | |
| 1. Additional charges for customers' and | | | |
| non-customers' security accounts | | 667,000 | 3550 |
| 2. Additional charges for customers' and | | | |
| non-customers' commodity accounts | | 61,102,000 | 3560 |
| B. Aged fail-to-deliver: | | 19,503,000 | 3570 |
| 1. number of items  263  3450 | | | |
| C. Aged short security differences-less | | | |
| reserve of  $  3460 | | 64,343,000 | 3580 |
| number of items  67  3470 | | | |
| D. Secured demand note deficiency | | | 3590 |
| E. Commodity futures contracts and spot commodities - | | | |
| proprietary capital charges | | | 3600 |
| F. Other deductions and/or charges | | 592,444,000 | 3610 |
| G. Deductions for accounts carried under | | | |
| Rule 15c3-1(a)(6), (a)(7) and (c)(2)(x) | | | 3615 |
| H. Total deductions and/or charges | ( | 4,364,514,000 | ) 3620 |
| 7. Other additions and/or allowable credits (List) | | | 3630 |
| 8. Tentative Net Capital | $ | 6,728,747,000 | 3640 |
| 9. Total Market Risk Exposure | $ | 2,503,569,000 | 3635 |
| 10. Total Credit Risk Exposure | $ | 285,763,000 | 3679 |
| 11. Net Capital | $ | 3,939,415,000 | 3750 |

OMIT PENNIES

FINANCIAL AND OPERATIONAL COMBINED UNIFORM SINGLE REPORT

PART II CSE

| BROKER OR DEALER | | as of | 08/31/08 |
|---|---|---|---|
| Lehman Brothers Inc. | | | |

## COMPUTATION OF NET CAPITAL REQUIREMENT

**Part A**

12. 2% of combined aggregate debit items as shown in Formula for Reserve Requirements pursuant
to Rule 15c3-3 prepared as of the date of net capital computation including both
brokers or dealers and consolidated subsidiaries' debits ............................................. $ 520,219,000 [3870]

13. Minimum dollar net capital requirement of reporting broker or dealer and minimum net capital
requirement of subsidiaries ............................................................................. $ 595,492,000 [3880]

14. Net capital requirement (greater of line 12 or 13) ....................................................... $ 595,492,000 [3760]

15. Excess net capital (line 11 less 14) ...................................................................... $ 3,343,923,000 [3910]

16. Percentage of Net Capital to Aggregate Debits (line 11 divided by line 18 page 10) .................... % 53.64 [3851]

17. Percentage of Net Capital, after anticipated capital withdrawals, to Aggregate Debits
item 11 less Item 4880 page 19 divided by line 18 page 10) ............................................. % 50.26 [3854]

18. Net capital in excess of the greater of:
5% of combined aggregate debit items or 120% of minimum net capital requirement .................... $ 3,224,824,600 [3920]

## OTHER RATIOS

**Part B**

19. Percentage of debt to debt-equity total computed in accordance with Rule 15c3-1 (d) .................. % 54.53 [3860]

20. Options deductions/Net Capital ratio (1000% test) total deductions exclusive of liquidating
equity under 15c3-1(a)(6), (a)(7) and (c)(2)(x) divided by Net Capital .............................. % [3852]

FINANCIAL AND OPERATIONAL COMBINED UNIFORM SINGLE REPORT
PART II CSE

| BROKER OR DEALER | For the period (MMDDYY) from | 08/01/08 | 3932 | to | 08/31/08 | 3933 |
|---|---|---|---|---|---|---|
| Lehman Brothers Inc. | Number of months included in this statement: | | | | 1 | 3931 |

## STATEMENT OF INCOME (LOSS)
### REVENUE

| | | | |
|---|---|---:|---|
| 1. Commissions: | | | |
| a. Commissions on transactions in listed equity securities executed on an exchange | $ | 62,361,000 | 3935 |
| b. Commissions on transactions in exchange listed equity securities executed over-the-counter | | | 3937 |
| c. Commissions on listed option transactions | | 12,733,000 | 3938 |
| d. Commissions on commodity transactions | | 6,052,000 | 3991 |
| e. All other securities commissions | | 14,410,000 | 3939 |
| f. Total commissions | | 95,556,000 | 3940 |
| | | | |
| 2. Gains or losses on Derivative Trading Desks | | | |
| a. Interest Rate/Fixed Income Products | $ | | 3921 |
| b. Currency | | | 3922 |
| c. Equity Products | | | 3923 |
| d. Commodity Products | | | 3924 |
| e. Other | | | 3925 |
| f. Total gains or (losses) | | | 3926 |
| | | | |
| 3. Gains or losses on Firm Securities Trading Accounts with Associated Hedges | | | |
| a. Interest Rate/Fixed Income | $ | (1,017,193,000) | 3901 |
| b. Currency | | 8,588,000 | 3902 |
| c. Equity | | 100,296,000 | 3903 |
| d. Commodity | | | 3904 |
| e. Other | | (66,807,000) | 3951 |
| f. Total gains or (losses) | | (975,116,000) | 3950 |
| 4. Gains or losses on Firm Securities Investment Accounts: | $ | (6,281,000) | 3952 |
| 5. Profit from underwriting and selling groups | $ | 137,083,000 | 3955 |
| a. includes underwriting income from equity securities | $ 21,488,000 | 4237 | |
| 6. Margin Interest | $ | 37,580,000 | 3960 |
| 7. Other Interest | $ | 923,553,000 | 3953 |
| 8. Revenue from Sale of Investment Company Shares | $ | 887,000 | 3970 |
| 9. Fees for account supervision, investment advisory and administrative services | $ | 9,161,000 | 3975 |
| 10. Revenue from research services | $ | | 3980 |
| 11. Other revenue | $ | | 3995 |
| 12. Total revenue | $ | 222,423,000 | 4030 |

## FINANCIAL AND OPERATIONAL COMBINED UNIFORM SINGLE REPORT
### PART II CSE

| BROKER OR DEALER | For the period (MMDDYY) from | 08/01/08 | 3932 | to | 08/31/08 | 3933 |
|---|---|---|---|---|---|---|
| Lehman Brothers Inc. | Number of months included in this statement | | | | 1 | 3931 |

## STATEMENT OF INCOME (LOSS)
### EXPENSES

| | | | |
|---|---|---:|---|
| 13. Registered Representatives Compensation | .................................................... | $          53,086,000 | 4110 |
| 14. Clerical and administrative employees' expenses | .................................................... | 28,585,000 | 4040 |
| 15. Floor brokerage paid to certain brokers(see definition) | .................................................... | 11,658,000 | 4055 |
| 16. Commissions and clearance paid to all other brokers(see definition) | .................................................... | | 4145 |
| 17. Clearance paid to non-brokers(see definition) | .................................................... | 8,568,000 | 4135 |
| 18. Communications | .................................................... | 13,893,000 | 4060 |
| 19. Occupancy and equipment costs | .................................................... | 14,317,000 | 4080 |
| 20. Promotional costs | .................................................... | 7,861,000 | 4150 |
| 21. Interest Expense | .................................................... | 769,382,000 | 4075 |
|    a. Includes interest on accounts subject to subordination agreements .......... $          19,109,000 | 4070 | | |
| 22. Losses in error account and bad debts | .................................................... | | 4170 |
| 23. Data processing costs(including service bureau service charges) | .................................................... | 11,502,000 | 4186 |
| 24. Non-recurring charges | .................................................... | | 4190 |
| 25. Regulatory fees and expenses | .................................................... | 4,911,000 | 4195 |
| 26. Other expenses | .................................................... | 23,689,000 | 4100 |
| 27. Total expenses | .................................................... | 947,452,000 | 4200 |

## NET INCOME

| | | | |
|---|---|---:|---|
| 28. Income (loss) before Federal income taxes and items below (Item 12 less Item 27) | ............... $ | (725,029,000) | 4210 |
| 29. Provision for Federal income taxes(for parent only) | .................................................... | (308,230,000) | 4220 |
| 30. Equity in earnings (losses) of unconsolidated subsidiaries not included above | ............... | (601,566,000) | 4222 |
|    a. After Federal income taxes of ............................................... $          (428,272,000) | 4238 | | |
| 31. Extraordinary gains (losses) | .................................................... | | 4224 |
|    a. After Federal income taxes of ............................................... $ | 4239 | | |
| 32. Cumulative effect of changes in accounting principles | .................................................... | | 4225 |
| 33. Net income (loss) after Federal income taxes and extraordinary item | ............... | (1,018,365,000) | 4230 |

## MONTHLY INCOME

| | | | |
|---|---|---:|---|
| 34. Income(current month only) before provision for Federal income taxes and extraordinary items | ............ $ | (725,029,000) | 4211 |

### FINANCIAL AND OPERATIONAL COMBINED UNIFORM SINGLE REPORT

#### PART II CSE

| BROKER OR DEALER | as of | 08/31/08 |
|---|---|---|
| Lehman Brothers Inc. | | |

### AGGREGATE SECURITIES AND OTC DERIVATIVE POSITIONS

| | Aggregate Securities and Commodities Positions | LONG | | SHORT | |
|---|---|---|---|---|---|
| 1. | U.S. Treasury securities | $ 7,616,577,000 | 8200 | $ 30,206,833,000 | 8201 |
| 2. | U.S. Government agency and government sponsored entities | $ 18,998,674,000 | 8210 | $ 5,632,166,000 | 8211 |
| 3. | Securities issued by states and political subdivisions in the U.S | $ 3,255,819,000 | 8220 | $ 66,788,000 | 8221 |
| 4. | Foreign securities: | | | | |
| | a. Debt securities | $ 2,128,909,000 | 8230 | $ 424,237,000 | 8231 |
| | b. Equity securities | $ 240,295,000 | 8235 | $ 212,590,000 | 8236 |
| 5. | Money Market Instruments | $ 7,770,235,000 | 8240 | $ 4,000 | 8241 |
| 6. | Private Label Mortgage Backed Securities | $ 4,312,188,000 | 8250 | $ 18,543,000 | 8251 |
| 7. | Other Asset Back Securities | $ 2,185,938,000 | 8260 | $ | 8261 |
| 8. | Corporate obligations | $ 4,479,207,000 | 8270 | $ 1,824,745,000 | 8271 |
| 9. | Stocks and warrants (other than arbitrage positions) | $ 9,015,769,000 | 8280 | $ 6,051,444,000 | 8281 |
| 10. | Arbitrage | $ | 8290 | $ | 8291 |
| 11. | Derivatives including Options | $ 3,468,489,000 | 8295 | $ 2,402,076,000 | 8296 |
| 12. | Spot Commodities | $ 1,096,000 | 8330 | $ | 8331 |
| 13. | Investments with no ready market : | | | | |
| | a. Equity | $ | 8340 | $ | 8341 |
| | b. Debt | $ | 8345 | $ | 8346 |
| | c. Other (include limited partnership interests) | $ | 8350 | $ | 8351 |
| 14. | Other securities or commodities | $ | 8360 | $ | 8361 |
| 15. | Total | $ 63,473,196,000 | 8370 | $ 46,839,426,000 | 8371 |

### FINANCIAL AND OPERATIONAL COMBINED UNIFORM SINGLE REPORT
PART II CSE

| BROKER OR DEALER | | |
|---|---|---|
| Lehman Brothers Inc | as of | 08/31/08 |

### COMPUTATION FOR DETERMINATION OF RESERVE REQUIREMENTS
### FOR BROKER-DEALERS UNDER RULE 15c3-3
(See Rule 15c3-3, Exhibit A and Related Notes)

**CREDIT BALANCES**

1. Free credit balances and other credit balances in customers'
   security accounts (see Note A, Exhibit A, Rule 15c3-3) . . . . . . . . . . . . $ 7,812,906,000 `4340`
2. Monies borrowed collateralized by securities carried for the accounts
   of customers (see Note B) . . . . . . . . . . . . . . . . . . . . . . . . . . . 652,258,000 `4350`
3. Monies payable against customers' securities loaned (see Note C) . . . . . . . . 324,190,000 `4360`
4. Customers' securities failed to receive (see Note D) . . . . . . . . . . . . . 217,360,000 `4370`
5. Credit balances in firm accounts which are attributable to
   principal sales to customers . . . . . . . . . . . . . . . . . . . . . . . . 2,568,925,000 `4380`
6. Market value of stock dividends, stock splits and similar distributions
   receivable outstanding over 30 calendar days . . . . . . . . . . . . . . . . 16,910,000 `4390`
7. Market value of short security count differences over 30 calendar days old . . . . . `4400`
8. Market value of short securities and credits (not to be offset by longs or by
   debits) in all suspense accounts over 30 calendar days . . . . . . . . . . . . 150,872,000 `4410`
9. Market value of securities which are in transfer in excess of 40 calendar days
   and have not been confirmed to be in transfer by the transfer agent or
   the issuer during the 40 days . . . . . . . . . . . . . . . . . . . . . . . . `4420`
10. Other (List) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . `4425`
11. TOTAL CREDITS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 11,743,421,000 `4430`

**DEBIT BALANCES**

12. Debit balances in customers' cash and margin accounts excluding unsecured
    accounts and accounts doubtful of collection net of deductions pursuant to
    Note E, Exhibit A, Rule 15c3-3 . . . . . . . . . . . . . . . . . . . . . . $ 5,812,977,000 `4440`
13. Securities borrowed to effectuate short sales by customers and
    securities borrowed to make delivery on customers'
    securities failed to deliver . . . . . . . . . . . . . . . . . . . . . . . . 864,419,000 `4450`
14. Failed to deliver of customers' securities not older than 30 calendar days . . . . . 297,619,000 `4460`
15. Margin required and on deposit with the Options
    Clearing Corporation for all option contracts
    written or purchased in customer accounts (see Note F) . . . . . . . . . . . 369,709,000 `4465`
16. Margin related to security futures products written, purchased or sold in customer
    accounts required and on deposit with a clearing agency or
    a derivative clearing organization (see note G) . . . . . . . . . . . . . . . `4467`
17. Other (List) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . `4469`
18. Aggregate debit items . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 7,344,724,000 `4470`
19. Less 3% (for alternative method only - see Rule 15c3-1(f)(5)(i)) . . . . . . . . ( 220,341,720) `4471`
20. TOTAL 15c3-3 DEBITS . . . . . . . . . . . . . . . . . . . . . . . . . . . 7,124,382,280 `4472`

**RESERVE COMPUTATION**

21. Excess of total debits over total credits (line 20 less line 11) . . . . . . . . $ `4480`
22. Excess of total credits over total debits (line 11 less line 20) . . . . . . . . 4,619,038,720 `4490`
23. If computation permitted on a monthly basis, enter 105% of
    excess of total credits over total debits . . . . . . . . . . . . . . . . . . `4500`
24. Amount held on deposit in "Reserve Bank Account(s)", including
    value of qualified securities, at end of reporting period . . . . . . . . . . 3,337,000,000 `4510`
25. Amount of deposit (or withdrawal) including
    "$ 1,621,000,000 `4515` value of qualified securities . . . . . . . . . . . 1,621,000,000 `4520`
26. New amount in Reserve Bank Account(s) after adding deposit or subtracting withdrawal including
    $ 1,958,000,000 `4525` value of qualified securities . . . . . . . . . . $ 4,958,000,000 `4530`
27. Date of deposit (MMDDYY) . . . . . . . . . . . . . . . . . . . . . . . . . 09/02/08 `4540`

OMIT PENNIES

### FREQUENCY OF COMPUTATION

28. Daily _____ `4332`    Weekly ___X___ `4333`    Monthly _____ `4334`

FINANCIAL AND OPERATIONAL COMBINED UNIFORM SINGLE REPORT

PART II CSE

| BROKER OR DEALER | | |
|---|---|---|
| Lehman Brothers Inc. | as of | 08/31/08 |

## COMPUTATION FOR DETERMINATION OF PAIB RESERVE REQUIREMENTS
## FOR BROKER-DEALERS

**CREDIT BALANCES**

| | | |
|---|---|---|
| 1. Free credit balances and other credit balances in proprietary accounts of introducing brokers (PAIB) .......................... $ | 1,859,112,000 | 2110 |
| 2. Monies borrowed collateralized by securities carried for PAIB | 4,994,000 | 2120 |
| 3. Monies payable against PAIB securities loaned (see Note 2- PAIB) | 167,000,000 | 2130 |
| 4. PAIB securities failed to receive ............................ | 1,860,000 | 2140 |
| 5. Credit balances in firm accounts which are attributable to principal sales to PAIB. | 115,186,000 | 2150 |
| 6. Other (List) | | 2160 |
| 7. TOTAL PAIB CREDITS ....................................... $ | 2,148,152,000 | 2170 |

**DEBIT BALANCES**

| | | |
|---|---|---|
| 8. Debit balances in PAIB excluding unsecured accounts and accounts doubtful of collection ..................... $ | 1,119,497,000 | 2180 |
| 9. Securities borrowed to effectuate short sales by PAIB and securities borrowed to make delivery on PAIB securities failed to deliver | 714,085,000 | 2190 |
| 10. Failed to deliver of PAIB securities not older than 30 calendar days | 717,000 | 2200 |
| 11. Margin required and on deposit with the Options Clearing Corporation for all option contracts written or purchased in PAIB accounts | | 2210 |
| 12. Margin related to security futures products written purchased or sold in PAIB accounts required and on deposit with a clearing agency or a derivative clearing organization | | 2215 |
| 13. Other (List) | | 2220 |
| 14. TOTAL PAIB DEBITS ....................................... $ | 1,834,299,000 | 2230 |

**RESERVE COMPUTATION**

| | | |
|---|---|---|
| 15. Excess of total PAIB debits over total PAIB credits (line 14 less line 7) ......... $ | | 2240 |
| 16. Excess of total PAIB credits over total PAIB debits (line 7 less line 14) | 313,853,000 | 2250 |
| 17. Excess debits in customer reserve formula computation | | 2260 |
| 18. PAIB Reserve Requirement (line 16 less line 17) | 313,853,000 | 2270 |
| 19. Amount held on deposit in "Reserve Bank Account(s)", including $ 390,000,000 2275 value of qualified securities, at end of reporting period | 390,000,000 | 2280 |
| 20. Amount of deposit (or withdrawal) including $ 32,000,000 2285 value of qualified securities | 32,000,000 | 2290 |
| 21. New amount in Reserve Bank Account(s) after adding deposit or subtracting $ 422,000,000 2295 value of qualified securities | 422,000,000 | 2300 |
| 22. Date of deposit (MMDDYY) | 09/02/08 | 2310 |

**FREQUENCY OF COMPUTATION**                                                    OMIT PENNIES

| | | | | | | |
|---|---|---|---|---|---|---|
| 23. Daily | | 2315 | Weekly | X | 2320 | Monthly | 2330 |

FINANCIAL AND OPERATIONAL COMBINED UNIFORM SINGLE REPORT
PART II CSE

| BROKER OR DEALER | | |
|---|---|---|
| Lehman Brothers Inc. | as of | 08/31/08 |

### Information for Possession or Control Requirements Under Rule 15c3-3

State the market valuation and the number of items of:

1. Customers' fully paid securities and excess margin securities not in the respondent's possession
   or control as of the report date (for which instructions to reduce to possession or control had
   been issued as of the report date) but for which the required action was not taken by respondent
   within the time frames specified under Rule 15c3-3. Notes A and B .......................... $ _____ 3,687,000 | 4586
   A. Number of items ................................................................ 23 | 4587
2. Customers' fully paid securities and excess margin securities for which instructions to reduce
   to possession or control had not been issued as of the report date, excluding items arising
   from "temporary lags which result from normal business operations" as permitted under
   Rule 15c3-3. Notes B,C and D ...................................................... | 4588
   A. Number of items ............................................................. $ _____ | 4589

OMIT PENNIES

3. The system and procedures utilized in complying with the requirement to maintain physical possession or
   control of customers' fully paid and excess margin securities have been tested and are functioning in a
   manner adequate to fulfill the requirements of Rule 15c3-3 ... Yes _____ X | 4584    No _____ | 4585

NOTES

A—Do not include in item one customers' fully paid and excess margin securities required by Rule 15c 3-3 to be in
   possession or control but for which no action was required by the respondent as of the report date or required action
   was taken by respondent within the time frames specified under Rule 15c3-3.

B—State separately in response to items one and two whether the securities reported in response thereto were
   subsequently reduced to possession or control by the respondent.

C—Be sure to include in item two only items not arising from "temporary lags which result from normal business
   operations" as permitted under Rule 15c3-3.

D—Item two must be responded to only with report which is filed as of the date selected for the broker's or dealer's
   annual audit of financial statements, whether or not such date is the end of a calendar quarter. The response to item
   two should be filed within 60 calendar days after such date, rather than with the remainder of this report. This
   information may be required on a more frequent basis by the Commission or the designated examining authority
   in accordance with Rule 17a-5(a)(2)(iv).

SUPPLEMENT TO
FINANCIAL AND OPERATIONAL COMBINED UNIFORM SINGLE REPORT
PART II CSE

| BROKER OR DEALER | | |
|---|---|---|
| Lehman Brothers Inc. | as of | 08/31/08 |

## STATEMENT OF SEGREGATION REQUIREMENTS AND FUNDS IN SEGREGATION
## FOR CUSTOMERS TRADING ON U.S. COMMODITY EXCHANGES

SEGREGATION REQUIREMENTS (Section 4d(2) of the CEAct)

| | | | |
|---|---|---|---|
| 1. Net ledger balance | | | |
| A. Cash | $ | 3,165,780,000 | 7010 |
| B. Securities (at market) | | 2,510,135,000 | 7020 |
| 2. Net unrealized profit (loss) in open futures contracts traded on a contract market | | (257,129,000) | 7030 |
| 3. Exchange traded options | | | |
| A. Add market value of open option contracts purchased on a contract market | | 1,502,507,000 | 7032 |
| B. Deduct market value of open option contracts granted (sold) on a contract market | ( | 1,384,571,000) | 7033 |
| 4. Net equity (deficit) (add lines 1, 2, and 3) | | 5,536,722,000 | 7040 |
| 5. Accounts liquidating to a deficit and accounts with debit balances | | | |
| - gross amount | 214,163,000 [7045] | | |
| Less: amount offset by customer owned securities | ( 208,222,000 ) [7047] | 5,941,000 | 7050 |
| 6. Amount required to be segregated (add lines 4 and 5) | $ | 5,542,663,000 | 7060 |

FUNDS IN SEGREGATED ACCOUNTS

| | | | |
|---|---|---|---|
| 7. Deposited in segregated funds bank accounts | | | |
| A. Cash | | | 7070 |
| B. Securities representing investments of customers' funds (at market) | | 1,678,103,000 | 7080 |
| C. Securities held for particular customers or option customers in lieu of cash (at market) | | 1,723,381,000 | 7090 |
| 8. Margins on deposit with derivatives clearing organizations of contract markets | | | |
| A. Cash | $ | | 7100 |
| B. Securities representing investments of customers' funds (at market) | | 1,719,305,000 | 7110 |
| C. Securities held for particular customers or option customers in lieu of cash (at market) | | 786,754,000 | 7120 |
| 9. Net settlement from (to) derivatives clearing organizations of contract markets | | (121,014,000) | 7130 |
| 10. Exchange traded options | | | |
| A. Value of open long option contracts | | 1,502,507,000 | 7132 |
| B. Value of open short option contracts | ( | 1,384,571,000) | 7133 |
| 11. Net equities with other FCMs | | | |
| A. Net liquidating equity | | (7,674,000) | 7140 |
| B. Securities representing investments of customers' funds (at market) | | | 7160 |
| C. Securities held for particular customers or option customers in lieu of cash (at market) | | | 7170 |
| 12. Segregated funds on hand (describe: | ) | | 7150 |
| 13. Total amount in segregation (add lines 7 through 12) | | 6,096,791,000 | 7180 |
| 14. Excess (deficiency) funds in segregation (subtract line 6 from line 13) | $ | 554,128,000 | 7190 |

Page 13

SUPPLEMENT TO
FINANCIAL AND OPERATIONAL COMBINED UNIFORM SINGLE REPORT
PART II CSE

| BROKER OR DEALER | | |
|---|---|---|
| Lehman Brothers Inc. | as of | 08/31/08 |

## STATEMENT OF SEGREGATION REQUIREMENTS AND FUNDS IN SEGREGATION
## FOR CUSTOMERS' DEALER OPTIONS ACCOUNTS

1. Amount required to be segregated in accordance
   with Commission regulation 32.6            $ _____ 7200

2. Funds in segregated accounts

   A. Cash         $ _____ 7210

   B. Securities (at market)         _____ 7220

   C. Total         _____ 7230

3. Excess (deficiency) funds in segregation

   (subtract line 2.C from line 1)         $ _____ 7240

Page 14

SUPPLEMENT TO
FINANCIAL AND OPERATIONAL COMBINED UNIFORM SINGLE REPORT
PART II CSE

| BROKER OR DEALER | | |
|---|---|---|
| Lehman Brothers Inc. | as of | 08/31/08 |

STATEMENT OF SECURED AMOUNTS AND FUNDS HELD IN SEPARATE ACCOUNTS
FOR FOREIGN FUTURES AND FOREIGN OPTIONS CUSTOMERS
PURSUANT TO COMMISSION REGULATION 30.7

FOREIGN FUTURES AND FOREIGN OPTIONS SECURED AMOUNTS - SUMMARY

I. Check the appropriate box to identify the amount shown on line 1, below.

- [X] 7300    Secured amounts in only U.S. - domiciled customers' accounts
- [ ] 7310    Secured amounts in U.S. and foreign - domiciled customers' accounts
- [ ] 7320    Net liquidating equities in all accounts of customers
            trading on foreign boards of trade
- [ ] 7330    Amount required to be set aside pursuant to law, rule
            or regulation of a foreign government or a rule of a
            self-regulatory organization authorized thereunder.

II. Has the FCM changed the method of calculating the amount to be set aside in separate
accounts since the last financial report it filed?

- [ ] Yes 7340    If yes, explain the change below
- [X] No 7350

1. Amount to be set aside in separate section
   30.7 accounts                                            $         2,003,408,000  7360

2. Total funds in separate section 30.7 accounts
   (page 16, line 8)                                                  2,625,126,000  7370

3. Excess (deficiency) - (subtract line 1 from line 2)     $           621,718,000  7380

SUPPLEMENT TO
FINANCIAL AND OPERATIONAL COMBINED UNIFORM SINGLE REPORT
PART II CSE

| BROKER OR DEALER | as of | 08/31/08 |
|---|---|---|
| Lehman Brothers Inc. | | |

STATEMENT OF SECURED AMOUNTS AND FUNDS HELD IN SEPARATE ACCOUNTS
FOR FOREIGN FUTURES AND FOREIGN OPTIONS CUSTOMERS
PURSUANT TO COMMISSION REGULATION 30.7

FUNDS DEPOSITED IN SEPARATE REGULATION 30.7 ACCOUNTS

1. Cash in banks
   A. Banks located in the United States — $ _____ [7500]
   B. Other banks designated by the Commission
      Name(s): Lehman Brother's Bank [7510] — 152,000 [7520] $ _____ 152,000 [7530]
2. Securities
   A. In safekeeping with banks located in the United States — $ 1,659,737,000 [7540]
   B. In safekeeping with other banks designated by the Commission
      Name(s): [7550] — [7560] 1,659,737,000 [7570]
3. Equities with registered futures commission merchants
   A. Cash — $ _____ [7580]
   B. Securities — _____ [7590]
   C. Unrealized gain (loss) on open futures contracts — _____ [7600]
   D. Value of long option contracts — _____ [7610]
   E. Value of short option contracts — ( _____ ) [7615] — _____ [7620]
4. Amounts held by clearing organizations of foreign boards of trade
      Name(s): _____ [7630]
   A. Cash — $ _____ [7640]
   B. Securities — _____ [7650]
   C. Amount due to (from) clearing organizations - daily variation — _____ [7660]
   D. Value of long option contracts — _____ [7670]
   E. Value of short option contracts — ( _____ ) [7675] — _____ [7680]
5. Amounts held by members of foreign boards of trade
      Name(s): Lehman Brothers PTE, Ltd. [7690]
   A. Cash — $ 456,179,000 [7700]
   B. Securities — 509,058,000 [7710]
   C. Unrealized gain (loss) on open futures contracts — _____ [7720]
   D. Value of long option contracts — _____ [7730]
   E. Value of short option contracts — ( _____ ) [7735] — 965,237,000 [7740]
6. Amounts with other depositories designated by a foreign board of trade
      Name(s): _____ [7750] — [7760]
7. Segregated funds on hand (describe: _____ ) — [7765]
8. Total funds in separate section 30.7 accounts (to page 15 line 2) — $ 2,625,126,000 [7770]

A. If any securities shown are other than the types of securities referred to in CFTC Regulation 1.25, attach
   a separate schedule detailing the obligations shown on each such line.

SUPPLEMENT TO

FINANCIAL AND OPERATIONAL COMBINED UNIFORM SINGLE REPORT

PART II CSE

| BROKER OR DEALER | | |
|---|---|---|
| Lehman Brothers Inc. | as of | 08/31/08 |

### COMPUTATION OF CFTC MINIMUM NET CAPITAL REQUIREMENT

Net Capital required

A.  Risk-Based Requirement

| | | | |
|---|---|---|---|
| i. Amount of Customer Risk Maintenance Margin requirement. | 4,738,685,000 | 7415 | |
| ii. Enter 8% of line A.i | | 379,094,800 | 7425 |
| iii. Amount of Non-Customer Risk Maintenance Margin requirement | 1,140,803,000 | 7435 | |
| iv. Enter 4% of line A.iii | | 45,632,120 | 7445 |
| v. Add lines A.ii and A.iv. | | 424,726,920 | 7455 |

B.  Minimum Dollar Amount Requirement          500,000  7465

(Enter $500,000 if a member of NFA)

C.  Other NFA Requirement          5,000,000  7475

D.  Minimum CFTC Net Capital Requirement.          424,726,920  7490

Enter the greatest of lines A, B or C

Note:     If amount on Line D (7490) is greater than minimum net capital requirement computed on
Line 3760 (Page 6) then enter this greater amount on Line 3760. The greater of the amount
required by SEC or CFTC is the minimum net capital requirement.

CFTC Early Warning Level          467,199,612  7495

Note:     If the minimum CFTC Net Capital Requirement computed on Line D (7490) is the:

(1) Risk Based Requirement, enter 110% of Line A (7455) or

(2) Minimum Dollar Amount Requirement, enter 150% of Line B (7465) or

(3) Other NFA Requirement, enter 150% of Line C (7475).

FINANCIAL AND OPERATIONAL COMBINED UNIFORM SINGLE REPORT

PART II CSE

| BROKER OR DEALER | | |
|---|---|---|
| Lehman Brothers Inc. | as of | 08/31/08 |

Ownership Equity and Subordinated Liabilities maturing or proposed to be
withdrawn within the next six months and accruals, (as defined below),
which have not been deducted in the computation of Net Capital.

| Type of Proposed withdrawal or Accrual (See below for code to enter) | | Name of Lender or Contributor | | Insider or Outsider ? (In or Out) | | Amount to be withdrawn (cash amount and/or Net Capital Value of Securities) | | (MMDDYY) Withdrawal or Maturity Date | | Expect to Renew (Yes or No) | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 4600 | LB ESOP PLAN | 4601 | IN | 4602 | 148,657,000 | 4603 | | 4604 | NO | 4605 |
| 4 | 4610 | Rule 144a | 4611 | OUT | 4612 | 99,311,000 | 4613 | | 4614 | NO | 4615 |
| | 4620 | | 4621 | | 4622 | | 4623 | | 4624 | | 4625 |
| | 4630 | | 4631 | | 4632 | | 4633 | | 4634 | | 4635 |
| | 4640 | | 4641 | | 4642 | | 4643 | | 4644 | | 4645 |
| | 4650 | | 4651 | | 4652 | | 4653 | | 4654 | | 4655 |
| | 4660 | | 4661 | | 4662 | | 4663 | | 4664 | | 4665 |
| | 4670 | | 4671 | | 4672 | | 4673 | | 4674 | | 4675 |
| | 4680 | | 4681 | | 4682 | | 4683 | | 4684 | | 4685 |
| | 4690 | | 4691 | | 4692 | | 4693 | | 4694 | | 4695 |

TOTAL    $    247,968,000  4699*

OMIT PENNIES

* To agree with the total on Recap (Item No. 4880)

Instructions: Detail listing must include the total of items maturing during the six month period following the
report date, regardless of whether or not the capital contribution is expected to be renewed. The
schedule must also include proposed capital withdrawals scheduled within the six month
period following the report date including the proposed redemption of stock and payments of
liabilities secured by fixed assets (which are considered allowable assets in the capital computation
pursuant to Rule 15c3-1(c) (2) (iv)), which could be required by the lender on demand or in less
than six months.

| WITHDRAWAL CODE: | DESCRIPTION |
|---|---|
| 1 | Equity Capital |
| 2. | Subordinated Liabilities |
| 3. | Accruals |
| 4. | 15c3-1(c) (2) (iv) Liabilities |

FINANCIAL AND OPERATIONAL COMBINED UNIFORM SINGLE REPORT
Capital Withdrawals
PART II CSE

| BROKER OR DEALER | | as of | 08/31/08 |
| --- | --- | --- | --- |
| Lehman Brothers Inc. | | | |

## RECAP

Ownership Equity and Subordinated Liabilities maturing or proposed to
be withdrawn within the next six months and accruals, which have
not been deducted in the computation of Net Capital.

### 1. Equity Capital

| | | |
| --- | --- | --- |
| A. Partnership Capital: | | |
| 1. General Partners | $ _____ | 4700 |
| 2. Limited | _____ | 4710 |
| 3. Undistributed Profits | _____ | 4720 |
| 4. Other (describe below) | _____ | 4730 |
| 5. Sole Proprietorship | _____ | 4735 |
| B. Corporation Capital: | | |
| 1. Common Stock | _____ | 4740 |
| 2. Preferred Stock | _____ | 4750 |
| 3. Retained Earnings (Dividends and Other) | _____ | 4760 |
| 4. Other (describe below) | _____ | 4770 |

### 2. Subordinated Liabilities

| | | |
| --- | --- | --- |
| A. Secured Demand Notes | _____ | 4780 |
| B. Cash Subordinations | _____ | 4790 |
| C. Debentures | _____ | 4800 |
| D. Other (describe below) | 148,657,000 | 4810 |

### 3. Other Anticipated Withdrawals

| | | | |
| --- | --- | --- | --- |
| A. Bonuses | | _____ | 4820 |
| B. Voluntary Contributions to Pension or Profit Sharing Plans | | _____ | 4860 |
| C. Other (describe below) | | 99,311,000 | 4870 |
| Total | $ | 247,968,000 | 4880 |

### 4. Description of Other

_____
_____
_____

## STATEMENT OF CHANGES IN OWNERSHIP EQUITY
### (SOLE PROPRIETORSHIP, PARTNERSHIP OR CORPORATION)

| | | | |
| --- | --- | --- | --- |
| 1. Balance, beginning of period | | $ 4,097,232,000 | 4240 |
| A. Net income (loss) | | (1,018,365,000) | 4250 |
| B. Additions (Includes non-conforming capital of | $ _____ 4262 ) | 1,115,787,000 | 4260 |
| C. Deductions (Includes non-conforming capital of | $ _____ 4272 ) | _____ | 4270 |
| 2. Balance, end of period (From Item 1800) | | $ 4,194,654,000 | 4290 |

## STATEMENT OF CHANGES IN LIABILITIES SUBORDINATED
## TO CLAIMS OF GENERAL CREDITORS

| | | | |
| --- | --- | --- | --- |
| 3. Balance, beginning of period | | $ 6,898,607,000 | 4300 |
| A. Increases | | _____ | 4310 |
| B. Decreases | | ( _____ ) | 4320 |
| 4. Balance, end of period (From Item 3520) | | $ 6,898,607,000 | 4330 |

OMIT PENNIES

Page 19

## FINANCIAL AND OPERATIONAL COMBINED UNIFORM SINGLE REPORT
### PART II CSE

| BROKER OR DEALER | | |
|---|---|---|
| Lehman Brothers Inc. | as of | 08/31/08 |

### FINANCIAL AND OPERATIONAL DATA

| | | Valuation | Number |
|---|---|---|---|
| 1. Month end total number of stock record breaks unresolved over three business days. | | | |
| A. breaks long | $ | 4890 | 4900 |
| B. breaks short | $ | 4910 | 4920 |

2. Is the firm in compliance with Rule 17a-13 regarding periodic count and verification of securities positions and locations at least once in each calendar quarter ? (Check one)   Yes [ X ] 4930   No [ ] 4940

A) If response is negative attach explanation of steps being taken to comply with Rule 17a-13.

3. Personnel employed at end of reporting period:

| | | |
|---|---|---|
| A. Income producing personnel | 5,132 | 4950 |
| B. Non-income producing personnel (all other) | 1,803 | 4960 |
| C. Total | 6,935 | 4970 |
| 4. Actual number of tickets executed during current month of reporting period | 52,051,000 | 4980 |
| 5. Number of corrected customer confirmations mailed after settlement date | | 4990 |

| | No. of Items | Debit (Short Value) | No. of Items | Credit (Long Value) |
|---|---|---|---|---|
| 6. Money differences | 5000 | $ 5010 | 5020 | $ 5030 |
| 7. Security suspense accounts | 5040 | $ 5050 | 5060 | $ 5070 |
| 8. Security difference accounts | 5080 | $ 5090 | 5100 | $ 5110 |
| 9. Commodity suspense accounts | 5120 | $ 5130 | 5140 | $ 5150 |
| 10. Open transactions with correspondents, other brokers, clearing organizations, depositories and inter-office and intercompany accounts which could result in a charge-unresolved amounts over 30 calendar days | 5160 | $ 5170 | 5180 | $ 5190 |
| 11. Bank account reconciliations-unresolved amounts over 30 calendar days | 5200 | $ 5210 | 5220 | $ 5230 |
| 12. Open transfers over 40 calendar days, not confirmed | 5240 | $ 5250 | 5260 | $ 5270 |
| 13. Transactions in reorganization accounts-over 60 calendar days | 5280 | $ 5290 | 5300 | $ 5310 |
| 14. Total | 5320 | $ 5330 | 5340 | $ 5350 |

| | No. of Items | Ledger Amount | Market Value |
|---|---|---|---|
| 15. Failed to deliver 5 business days or longer (21 business days or longer in the case of Municipal Securities) | 5360 | $ 5361 | 5362 |
| 16. Failed to receive 5 business days or longer (21 business days or longer in the case of Municipal Securities) | 5363 | $ 5364 | 5365 |

17. Security concentrations (See instructions in Part I):

| | | |
|---|---|---|
| A. Proprietary positions | $ | 5370 |
| B. Customers' accounts under Rule 15c3-3 | $ | 5374 |
| 18. Total of personal capital borrowings, due within six months | $ | 5378 |
| 19. Maximum haircuts on underwriting commitments during the period | $ 69,158,000 | 5380 |
| 20. Planned capital expenditures for business expansion during next six months | $ | 5382 |
| 21. Liabilities of other individuals or organizations guaranteed by respondent | $ | 5384 |
| 22. Lease and rentals payable within one year | $ | 5386 |
| 23. Aggregate lease and rental commitments payable for entire term of the lease | | |
| A. Gross | $ | 5388 |
| B. Net | $ | 5390 |

OMIT PENNIES

FINANCIAL AND OPERATIONAL COMBINED UNIFORM SINGLE REPORT
PART II CSE

| BROKER OR DEALER | | |
|---|---|---|
| Lehman Brothers Inc. | as of | 08/31/08 |

FINANCIAL AND OPERATIONAL DATA
Operational Deductions From Capital (Note A)

| | I No. of Items | II Debits (Short Value) | III Credits (Long Value) | IV Deductions In Computing Net Capital |
|---|---|---|---|---|
| 1. Money suspense and balancing differences ...... | 620 [5610] | $ 5,505 [5810] | $ 176,766 [6010] | $ 460,000 [6012] |
| 2. Security suspense and differences with related money balances ............... L | 24 [5620] | 4,577 [5820] | 4,594 [6020] | [6022] |
| S | 25 [5625] | 2,092 [5825] | 769 [6025] | 55,000 [6027] |
| 3. Market value of short and long security suspense and differences without related money (other than reported in line 4. below) | 14 [5630] | 5,499 [5830] | 481 [6030] | [6032] |
| 4. Market value of security record breaks ...... | [5640] | [5840] | [6040] | [6042] |
| 5. Unresolved reconciling differences with others: | | | | |
| A. Correspondents and Broker/Dealers ........ L | [5650] | [5850] | [6050] | [6052] |
| S | 58 [5655] | 63,603 [5855] | [6055] | 63,603,000 [6057] |
| B. Depositories ................ | [5660] | [5860] | [6060] | [6062] |
| C. Clearing Organizations ............ L | 86 [5670] | [5870] | 273,348 [6070] | [6072] |
| S | 97 [5675] | 74,613 [5875] | [6075] | 740,000 [6077] |
| D. Inter-company Accounts ........ | [5680] | [5880] | [6080] | [6082] |
| E. Bank Accounts and Loans ........ | 191 [5690] | 2,987 [5890] | 6,084 [6090] | 2,987,000 [6092] |
| F. Other .................... | [5700] | [5900] | [6100] | [6102] |
| G. (Offsetting) Items A. through F. | ( [5720] | ( [5920] | ( )[6120] | |
| TOTAL Line 5 | 432 [5730] | 141,203 [5930] | 279,432 [6130] | 67,330,000 [6132] |
| 6. Commodity Differences ................ | [5740] | [5940] | [6140] | [6142] |
| 7. Open transfers and reorganization account items over 40 days not confirmed or verified ......... | [5760] | [5960] | [6160] | [6162] |
| 8. TOTAL (Line 1.–7.) .............. | 1,115 [5770] | $ 158,876 [5970] | $ 462,042 [6170] | $ 67,845,000 [6172] |
| 9. Lines 1.–6. resolved subsequent to report date ............... | [5775] | $ [5975] | $ [6175] | $ [6177] |
| 10. Aged Fails  –to deliver ......... | 263 [5780] | $ 148,563 [5980] | $ 149,202 [6180] | $ 19,503,000 [6182] |
| –to receive ......... | 32 [5785] | $ 11,406 [5985] | $ 8,954 [6185] | $ 724,000 [6187] |
| | | (Omit 000's). | (Omit 000's) | (Omit Pennies) |

NOTE A.– This section must be completed as follows:
1. All member organizations must complete column IV, lines 1. through 8. and 10., reporting deductions from capital as of the report date whether resolved subsequently or not (see instructions relative to each line item).
2. a. Columns I, II and III of lines 1. through 8. and 10. must be completed when a Part I filing is required.
   b. Columns I, II and III of lines 1. through 8. must be completed with a Part I filing, only if the total deduction on line 8 column IV equals or exceeds 25% of excess net capital as of the prior month end reporting date. All columns of line 10. require completion.
3. A response to line 9., cols. I through IV and the "Potential Operational Charges Not Deducted From Capital" schedule on p. 3 are required only if:
   a. the parameters cited in 2.b. above exist, and
   b. the total deduction, line 8, column IV, for the current month exceeds the total deductions for the prior month by 50% or more.
4. All columns and line items (1. through 10.) must be answered if required. If respondent has nothing to report enter -0-.

Other Operational Data (Items 1., 2. and 3. below require an answer)

Item 1. Have the accounts enumerated on line 5.A. through F. above been reconciled with statements received from others within 35 days for lines 5.A. through D. and 65 days for lines 5.E. and F. prior to the report date and have all reconciling differences been appropriately comprehended in the computation of net capital at the report date? If this has not been done in all respects, answer No.

| | | |
|---|---|---|
| Yes | X | [5600] |
| No | | [5601] |

Item 2. Do the respondent's books reflect a concentrated position (See Instruction) in commodities? If yes report the totals ($000 omitted) in accordance with the specific instructions: If No answer -0- for:

| | | |
|---|---|---|
| A. Firm Trading and Investment Accounts | A. | [5602] |
| B. Customers' and Non-Customers' and Other Accounts | B. | [5603] |

Item 3. Does respondent have any planned operational changes? (Answer Yes or No based on specific instructions.)

| | | |
|---|---|---|
| Yes | | [5604] |
| No | X | [5605] |

FINANCIAL AND OPERATIONAL COMBINED UNIFORM SINGLE REPORT
PART II CSE

| BROKER OR DEALER Lehman Brothers Inc. | as of | 08/31/08 |
|---|---|---|

### FINANCIAL AND OPERATIONAL DATA
#### Potential Operational Charges Not Deducted From Capital (Note B)

| | I No. of Items | II Debits (Short Value) | III Credits (Long Value) | IV Deductions In Computing Net Capital |
|---|---|---|---|---|
| 1. Money suspense and balancing differences . . . . . . | 6210 $ | 6410 $ | 6610 $ | 6612 |
| 2. Security suspense and differences with related money balances . . . . . . . . . . . . . . . . L | 6220 | 6420 | 6620 | 6622 |
| S | 6225 | 6425 | 6625 | 6627 |
| 3. Market value of short and long security suspense and differences without related money (other than reported in line 4., below) . . . . . . . . | 6230 | 6430 | 6630 | 6632 |
| 4. Market value of security/ record breaks . . . . . . . . . | 6240 | 6440 | 6640 | 6642 |
| 5. Unresolved reconciling differences with others: | | | | |
| A. Correspondents and Broker/Dealers . . . . . . . . . L | 6250 | 6450 | 6650 | 6652 |
| S | 6255 | 6455 | 6655 | 6657 |
| B. Depositories . . . . . . . . . . . . . . . . . . . | 6260 | 6460 | 6660 | 6662 |
| C. Clearing Organizations . . . . . . . . . . . . . . L | 6270 | 6470 | 6670 | 6672 |
| S | 6275 | 6475 | 6675 | 6677 |
| D. Inter-company Accounts . . . . . . . . . . . . . . . | 6280 | 6480 | 6680 | 6682 |
| E. Bank Accounts and Loans . . . . . . . . . . . . . | 6290 | 6490 | 6690 | 6692 |
| F. Other . . . . . . . . . . . . . . . . . . . . . . . | 6300 | 6500 | 6700 | 6702 |
| G. (Offsetting) Items A. through F. . . . . . . . . . . | 6310 ( | )6510 ( | )6710 | |
| TOTAL (Line 5.) | 6330 | 6530 | 6730 | 6732 |
| 6. Commodity Differences . . . . . . . . . . . . . . | 6340 | 6540 | 6740 | 6742 |
| TOTAL (Line 1.-6.) . . . . . . . . . . . . . . . . | 6370 $ | 6570 $ | 6770 $ | 6772 |

(Omit 000's)    (Omit 000's)    (Omit Pennies)

NOTE B - This section must be completed as follows:
1. All line items (1. through 6.) and columns (I through IV) must be completed only if:
   a. the total deductions on line 8., column IV, of the "Operational Deductions From Capital" schedule equal or exceed 25% of excess net capital as of the prior month end reporting date; and
   b. the total deduction on line 8., column IV, for the current month exceeds the total deductions for the prior month by 50% or more. If respondent has nothing to report enter -0-.
2. Include only suspense and difference items open at the report date which were NOT required to be deducted in the computation of net capital AND which were not resolved seven (7) business days subsequent to the report date.
3. Include in column IV only additional deductions not comprehended in the computation of net capital at the report date.
4. Include on line 5. A. through F. unfavorable differences offset by favorable differences (see instructions for line 5) at the report date if resolution of the favorable items resulted in additional deductions in the computation of net capital subsequent to the report date.
5. Exclude from lines 5. A. through F. new reconciling differences disclosed as a result of reconciling with the books of account statements received subsequent to the report date.
6. Line items 1. through 5. above correspond to similar line items in the "Operational Deductions From Capital" schedule (page 2) and the same instructions should be followed except as stated in Note (B-1 through 5.) above.

CSE SUPPLEMENTARY REPORTING SCHEDULE

## SCHEDULE 1 - FINRA SUPPLEMENTARY CAPITAL INFORMATION

| BROKER OR DEALER | | |
|---|---|---|
| Lehman Brothers Inc. | as of | 08/31/08 |

1. **Market Risk Exposure**

   A. Total Value at Risk ........................................ $ 688,053,000 `3634`

   Value at Risk Components

       1. Fixed income VAR ........................... $ 421,274,000 `3636`

       2. Currency VAR ................................ $ 153,443,000 `3637`

       3. Commodities VAR ........................... $ _____ `3638`

       4. Equities VAR ................................. $ 113,336,000 `3639`

       5. Credit derivatives VAR ...................... $ _____ `3641`

   B. Diversification Benefit ..................................... $ 210,831,000 `3642`

   C. Total Diversified VAR (1A less 1B) ........................ $ 477,222,000 `3643`

   D. Multiplication Factor ...................................... 3.85 `3645`

   E. Subtotal (1C multiply by 1D) ............................. $ 1,837,304,700 `3655`

2. Deduction for specific risk, unless included in 1 above ....... $ 561,165,000 `3646`

3. Risk Deduction using scenario analysis .................... $ 105,099,000 `3647`

       a. Fixed income ........................ $ _____ `3648`

       b. Currency ........................... $ _____ `3649`

       c. Commodities ........................ $ _____ `3651`

       d. Equities ............................. $ 105,099,000 `3652`

       e. Credit derivatives .................. $ _____ `3653`

4. Residual Marketable Securities (15c3-1(c)(2)(vi)) ............ $ _____ `3665`

5. Total Market Risk Exposure(add lines 1E,2,3 and 4 ) ........ $ 2,503,568,700 `3677`

6. **Credit Risk Exposure**

   A. Credit Risk Charge(counter party) ...................... $ 285,763,000 `3676`

   B. Counter party concentration charge ..................... $ _____ `3659`

       1. Credit risk weight <20% .............. _____ `3656`

       2. Credit risk weight > 20% and <50% ... _____ `3657`

       3. Credit risk weight >50% ............. _____ `3658`

   C. Portfolio concentration charge .......................... $ _____ `3678`

7. Total Credit Risk Exposure (add lines 6A, 6B and 6C) ........ $ 285,763,000 `3688`

Schedule 1

CSE SUPPLEMENTARY REPORTING SCHEDULE

Schedule II

| BROKER OR DEALER | |
|---|---|
| Lehman Brothers Inc. | as of  08/31/08 |

GEOGRAPHIC DISTRIBUTION OF OTC DERIVATIVES EXPOSURES FOR TEN LARGEST COUNTRIES

| | Country | Credit Rating Category | Current Net Exposure | Net Replacement Value | Gross Replacement Value | |
|---|---|---|---|---|---|---|
| | | | | | Receivable | Payable |
| 1 | UNITED STATES | AAA | 1,137,721,000 | 62,644,000 | 1,264,249,000 | (1,201,605,000) |
| 2 | UNITED KINGDOM | AAA | 192,763,000 | 180,465,000 | 331,465,000 | (150,999,000) |
| 3 | CANADA | AAA | 62,121,000 | 59,039,000 | 71,170,000 | (12,131,000) |
| 4 | FRANCE | AAA | 44,809,000 | 11,405,000 | 63,634,000 | (52,229,000) |
| 5 | UNITED ARAB EMIRATES | A+ | 40,100,000 | 36,625,000 | 40,100,000 | (3,474,000) |
| 6 | GERMANY | AAA | 37,500,000 | 53,225,000 | 58,973,000 | (5,749,000) |
| 7 | SWEDEN | AAA | 16,386,000 | 5,750,000 | 16,386,000 | (10,636,000) |
| 8 | SWITZERLAND | AAA | 16,217,000 | (47,051,000) | 45,421,000 | (92,472,000) |
| 9 | HONG KONG | AA | 14,929,000 | 13,236,000 | 14,929,000 | (1,693,000) |
| 10 | AUSTRALIA | AAA | 14,148,000 | (30,329,000) | 30,438,000 | (60,768,000) |
| | GRAND TOTAL | | 1,576,694,000 | 345,009,000 | 1,936,765,000 | (1,591,756,000) |
| | | | 7801 | 7802 | 7803 | 7804 |

Schedule II

CSE SUPPLEMENTARY REPORTING SCHEDULE

Schedule III

| BROKER OR DEALER | |
|---|---|
| Lehman Brothers Inc. | as of  08/31/08 |

### CREDIT-CONCENTRATION REPORT FOR FIFTEEN LARGEST CURRENT NET EXPOSURES IN DERIVATIVES

| | Counterparty Identifier | Country | Industry Segment | Rating | Gross Replacement Value Receivable (Gross Gain) | Payable (Gross Loss) | Net Replacement Value | Current Net Exposure | Total Credit Exposure | Aggregate Maximum Potential Exposure |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | FORTIS SECURITIES | UNITED STATES | BROKER/DEALER | | 148,785,000 | | 148,785,000 | 148,785,000 | 148,785,000 | 438,961,000 |
| 2 | WELLS FARGO BANK | UNITED STATES | BANKS | AA | 719,000 | (178,207,000) | (177,488,000) | 131,069,000 | 131,069,000 | 69,813,000 |
| 3 | GOLDMAN SACHS | UNITED STATES | BROKER/DEALER | A | 99,253,000 | | 99,253,000 | 99,253,000 | 99,253,000 | 212,607,000 |
| 4 | BARCLAYS BANK | UNITED KINGDOM | BANKS | AA | 144,569,000 | | 144,569,000 | 70,695,000 | 70,695,000 | 196,856,000 |
| 5 | BNP PARIBAS SECURITIES CORPORATION | UNITED STATES | BROKER/DEALER | | 60,016,000 | | 60,016,000 | 60,016,000 | 60,016,000 | 140,189,000 |
| 6 | ROYAL BANK OF CANADA | CANADA | BANKS | AA | 59,187,000 | | 59,187,000 | 59,187,000 | 59,187,000 | 147,840,000 |
| 7 | CREDIT SUISSE | UNITED STATES | BROKER/DEALER | A | 46,913,000 | (165,000) | 46,748,000 | 46,913,000 | 46,913,000 | 123,368,000 |
| 8 | UBS SECURITIES | UNITED STATES | BROKER/DEALER | A | 46,546,000 | | 46,546,000 | 46,546,000 | 46,546,000 | 99,891,000 |
| 9 | AIG INTERNATIONAL | UNITED STATES | INSURANCE | A+ | 46,304,000 | | 46,304,000 | 46,304,000 | 46,304,000 | 104,846,000 |
| 10 | BANC OF AMERICA | UNITED STATES | BROKER/DEALER | | 45,055,000 | | 45,055,000 | 45,055,000 | 45,055,000 | 108,245,000 |
| 11 | ABU DHABI INVESTMENT | | CORPORATE/OTHER | | 39,720,000 | | 39,720,000 | 39,720,000 | 39,720,000 | 83,779,000 |
| 12 | ROYAL BANK OF SCOTLAND (THE) | UNITED KINGDOM | BANKS | AA | 20,056,000 | (12,045,000) | 8,011,000 | 39,606,000 | 39,606,000 | 145,326,000 |
| 13 | BANK OF AMERICA NATIONAL ASSOCIATION | UNITED STATES | BANKS | | 35,634,000 | (37,073,000) | (1,439,000) | 35,634,000 | 35,634,000 | 191,278,000 |
| 14 | CITIMORTGAGE | UNITED STATES | OTHER FINANCIAL | | 29,156,000 | | 29,156,000 | 29,156,000 | 29,156,000 | 51,796,000 |
| 15 | MORGAN STANLEY & CO INTERNATIONAL PLC | UNITED KINGDOM | BROKER/DEALER | | 27,345,000 | | 27,345,000 | 27,345,000 | 27,345,000 | 68,588,000 |
| | | | Totals | | 849,258,000 | (227,490,000) | 621,768,000 | 925,284,000 | 925,284,000 | 2,183,383,000 |
| | | | | | 7810 | 7811 | 7812 | 7813 | 7814 | 7815 |

Schedule III

CSE SUPPLEMENTARY REPORTING SCHEDULE

Schedule IV

| BROKER OR DEALER | | |
|---|---|---|
| Lehman Brothers Inc. | as of | 08/31/08 |

PORTFOLIO SUMMARY OF OTC DERIVATIVES EXPOSURES BY INTERNAL CREDIT RATING

| | Credit Rating Category | Credit Rating | Current Net Exposure | Net Replacement Value | Gross Replacement Value Receivable | Payable | Aggregate Maximum Potential Exposure |
|---|---|---|---|---|---|---|---|
| 1 | iAAA | iAAA | 95,235,000 | (176,622,000) | 95,235,000 | (271,857,000) | 425,374,000 |
| 2 | iAA | iAA | 980,226,000 | 248,380,000 | 1,078,257,000 | (829,877,000) | 3,677,720,000 |
| 3 | iA | iA | 58,580,000 | (11,295,000) | 66,966,000 | (78,261,000) | 239,424,000 |
| 4 | iA- | iA- | 10,988,000 | (26,523,000) | 10,988,000 | (37,511,000) | 83,658,000 |
| 5 | iA+ | iA+ | 329,033,000 | 237,960,000 | 424,552,000 | (186,593,000) | 1,311,614,000 |
| 6 | iBBB | iBBB | 13,015,000 | 23,763,000 | 83,421,000 | (59,657,000) | 106,309,000 |
| 7 | iBBB- | iBBB- | 8,376,000 | (34,998,000) | 11,297,000 | (46,295,000) | 121,622,000 |
| 8 | iBBB+ | iBBB+ | 29,738,000 | (222,000) | 29,738,000 | (29,960,000) | 132,517,000 |
| 9 | iBB | iBB | 49,141,000 | (576,000) | 66,329,000 | (66,905,000) | 173,545,000 |
| 10 | iBB- | iBB- | 55,801,000 | 26,336,000 | 63,578,000 | (37,242,000) | 165,681,000 |
| 11 | iBB+ | iBB+ | 5,114,000 | (53,228,000) | 5,114,000 | (58,341,000) | 45,104,000 |
| 12 | iB | iB | 1,039,000 | 55,077,000 | 61,356,000 | (6,279,000) | 6,646,000 |
| 13 | iB- | iB- | 19,981,000 | 23,811,000 | 31,734,000 | (7,923,000) | 124,505,000 |
| 14 | iB+ | iB+ | 16,691,000 | (21,734,000) | 16,515,000 | (38,249,000) | 34,237,000 |
| 15 | iCCC | iCCC | 217,000 | (26,511,000) | 1,147,000 | (27,658,000) | 18,951,000 |
| 16 | Not Rated | Not Rated | 4,462,000 | (14,818,000) | 4,557,000 | (19,375,000) | 18,991,000 |
| | | Totals: | 1,677,637,000 | 248,800,000 | 2,050,784,000 | (1,801,983,000) | 6,685,898,000 |
| | | | 7820 | 7821 | 7822 | 7823 | 7824 |

Schedule IV

CSE SUPPLEMENTARY REPORTING SCHEDULE

Schedule V

| BROKER OR DEALER | | |
|---|---|---|
| Lehman Brothers Inc. | | as of  08/31/08 |

## PORTFOLIO SUMMARY OF OTC DERIVATIVES EXPOSURES BY INDUSTRY SEGMENT

| | Industry Segment | Current Net Exposure | Net Replacement Value | Gross Replacement Value Receivable | Payable | Aggregate Maximum Potential Exposure |
|---|---|---|---|---|---|---|
| 1 | BANKS | 709,566,000 | 298,439,000 | 926,322,000 | (627,883,000) | 3,144,820,000 |
| 2 | BROKER/DEALER | 545,323,000 | 392,032,000 | 533,137,000 | (141,105,000) | 1,744,918,000 |
| 3 | OTHER FINANCIAL | 129,139,000 | (20,351,000) | 152,481,000 | (172,832,000) | 469,749,000 |
| 4 | MUTUAL FUND | 87,897,000 | (178,122,000) | 87,897,000 | (266,019,000) | 398,278,000 |
| 5 | HEDGE FUND | 71,655,000 | (70,801,000) | 204,566,000 | (275,367,000) | 346,715,000 |
| 6 | INSURANCE | 50,810,000 | 16,552,000 | 50,810,000 | (34,258,000) | 132,374,000 |
| 7 | PENSION/RETIREMENT FUND | 45,689,000 | (133,107,000) | 48,789,000 | (181,895,000) | 185,143,000 |
| 8 | GOVT ENTITY | 17,315,000 | (37,753,000) | 17,315,000 | (55,068,000) | 107,652,000 |
| 9 | HIGH NET WORTH INDIVIDUALS | 15,935,000 | 22,466,000 | 25,151,000 | (2,684,000) | 110,000,000 |
| 10 | INDUSTRIAL SERVICES | 2,251,000 | (12,203,000) | 2,251,000 | (14,454,000) | 13,489,000 |
| 11 | MUNICIPAL ISSUER | 2,065,000 | (28,352,000) | 2,065,000 | (30,418,000) | 32,760,000 |
| | Totals : | 1,677,637,000 | 248,800,000 | 2,050,784,000 | (1,801,983,000) | 6,685,898,000 |
| | | 7830 | 7831 | 7832 | 7833 | 7834 |

Schedule V





Generated by hwang3 (Bici Wang) on 10/09/2008 10:07 AM

Ali Memo

**LEHMAN BROTHERS INC.**

**Part IICSE for 2008-08**

I0550 : Non-Allow-Rec Fr B/D and CI Org-Other

Includes $143,354,000 of securities related intercompany receivables.

Last modified by hwang3 on 9/29/08 11:46 AM

I0670 : NonAllow-Invst in&Rec Fr Affil/Subs/Ptrshps

Includes $4,101,000 on $97,836,000 of swap notional on Master Limited Partnerships.

Last modified by hwang3 on 9/29/08 11:53 AM

I1570 : Total-Payable to B/D's-Other

Includes $417,101,000 of securities related intercompany payables.

Last modified by hwang3 on 9/29/08 11:54 AM

I3580 : Aged Short Sec Differences

Includes $60,020,000 of short market value for Brady oil warrants.

Last modified by hwang3 on 9/29/08 11:55 AM

I3610 : Other Deductions And/Or Charges

| | |
|---|---|
| Reverse Repo Deficits | 161,212,000.00 |
| Repo Deficits | 2,441,000.00 |
| SB / RR vs. Box | 24,147,000.00 |
| Borrow vs. Pledge | 2,658,000.00 |
| Stock borrow deficits | 56,505,000.00 |
| Prepaid borrows | .00 |
| Capital deficiencies on guarantee subsidiaries | .00 |
|  | 5,503,000.00 |
| TBA exposure deficits | 107,620,000.00 |
| 1% of borrow vs. Letter of Credit | 1,000.00 |
| Rule 319 | 4,500,000.00 |
| Stock loan deficits | 468,000.00 |
| Suspense | 3,502,000.00 |
| 1% of contract value of FTD / SB | .00 |
| vs. FTR | 49,693,000.00 |
| FTR deficits | 724,000.00 |
| Rule 431 deficiencies | 13,703,000.00 |
| Short MV Affiliate Debt Charge | 4,638,000.00 |
| Agency Lending | 57,391,000.00 |
| DK Fails | 910,000.00 |
| Commodity Customer Funds Invested | 96,828,000.00 |
|  | 592,444,000.00 |

I3870 : 2% Of Aggregate Debit Items - Alt Method

Minimum was based on the CFTC Net Capital Requirement and includes $95,492,000 in overcollateralized reverse repurchase agreements in accordance with 15c3-1(a)(9)(i).

Last modified by hwang3 on 9/29/08 12:11 PM

I3880 : Min Dollar Net Capital Req - Alt Method

Minimum was based on the CSE Net Capital Requirement and includes $95,492,000 in overcollateralized reverse repurchase agreements in accordance with 15c3-1(a)(9)(i).

Last modified by hwang3 on 9/29/08 12:11 PM

I4380 : Cred Bal Firm a/c From Prin Sales to Cust

Includes $1,146,103,000 of repo financing vs. customer fail to delivers.

Last modified by twong1 on 9/29/08 12:14 PM

I4810 : Subordinated Liabilities-Other

LB ESEP Plan                    148,657,000.00
                               148,657,000.00

I4870 : Anticpated Withdrawals-Other

RULE 144                        99,311,000.00
                                99,311,000.00

**EXHIBIT F:  LEHMAN BROTHERS INC. CONSOLIDATED 15c3-3 RESERVE
FORMULA**

**LEHMAN BROTHERS INC.**
**CONSOLIDATED 15c-3-3 RESERVE FORMULA**
**AS OF SEPTEMBER 17, 2008**
*(in 000's)*

| | BD UNIT | GOVT UNIT | TOTAL | TOTAL | VARIANCE | 9/17/2008 | 9/16/2008 | 9/12/2008 | 9/5/2008 |
|---|---|---|---|---|---|---|---|---|---|
| **CREDITS:** | | | | | | | | | |
| CUSTOMER CREDITS | 7,461,597 | 1,858,789 | 9,320,386 | 12,977,999 | (3,657,613) | 9,320,386 | 12,977,999 | 7,578,585 | 6,524,942 |
| CUSTOMER BANK LOAN | 1,343,769 | | 1,343,769 | 1,463,533 | (119,764) | 1,343,769 | 1,463,533 | 660,564 | 21,838 |
| CUSTOMER STOCK LOAN | 1,050,110 | 2,213,758 | 3,263,868 | 3,255,760 | 8,108 | 3,263,868 | 3,255,760 | 1,076,324 | 250,170 |
| CUSTOMER FAIL TO RECEIVE | 4,413,353 | 1,383,276 | 5,796,629 | 3,921,845 | 1,874,784 | 5,796,629 | 3,921,845 | 1,264,894 | 311,154 |
| FIRM SHORT VS CUSTOMER LONG | 2,841,201 | 1,993,907 | 4,835,108 | 5,415,808 | (580,700) | 4,835,108 | 5,415,808 | 1,846,695 | 495,015 |
| CUSTOMER DIVIDENDS AND INTEREST | 5,322 | | 5,322 | 3,648 | 1,675 | 5,322 | 3,648 | 5,034 | 15,944 |
| SECURITY COUNT DIFFERENCE | | | | | | | | | |
| SUSPENSE ACCOUNT CREDITS AND SMV | 135,230 | 54,535 | 189,765 | 288,883 | (99,118) | 189,765 | 288,883 | 303,506 | 120,397 |
| AGED TRANSFER AND REORGANIZATION | | | | | | | | | |
| OTHER | | | | | | | | | |
| **TOTAL CREDITS** | 17,250,582 | 7,504,265 | 24,754,847 | 27,327,476 | (2,572,629) | 24,754,847 | 27,327,476 | 12,735,601 | 7,749,461 |
| **DEBITS:** | | | | | | | | | |
| CUSTOMER DEBITS | 11,900,739 | 4,735,603 | 16,636,342 | 17,039,881 | (403,539) | 16,636,342 | 17,039,881 | 4,716,809 | 2,793,709 |
| CUSTOMER STOCK BORROW | 1,699,645 | 326,573 | 2,026,218 | 2,347,063 | (320,845) | 2,026,218 | 2,347,063 | 1,667,369 | 860,201 |
| CUSTOMER FAIL TO DELIVER | 2,763,193 | 2,153,726 | 4,916,919 | 5,454,883 | (537,963) | 4,916,919 | 5,454,883 | 985,419 | 232,408 |
| CUSTOMER MARGIN WITH OCC | 349,858 | | 349,858 | 487,071 | (137,213) | 349,858 | 487,071 | 657,782 | 621,700 |
| OTHER | | | | | | | | | |
| **TOTAL DEBITS** | 16,713,435 | 7,215,902 | 23,929,337 | 25,328,898 | (1,399,560) | 23,929,337 | 25,328,898 | 7,627,369 | 4,508,017 |
| LESS 2% OF AGGREGATE DEBIT ITEMS | (501,403) | (216,477) | (717,880) | (759,867) | 41,986 | (717,880) | (759,867) | (228,822) | (135,241) |
| **TOTAL DEBITS** | 16,212,032 | 6,999,425 | 23,211,457 | 24,569,031 | (1,357,574) | 23,211,457 | 24,569,031 | 7,398,547 | 4,372,776 |
| EXCESS OF CREDITS OVER DEBITS | 1,038,550 | 504,840 | 1,543,390 | 2,758,444 | (1,215,055) | 1,543,390 | 2,758,444 | 5,337,053 | 3,376,684 |
| EXCESS OF DEBITS OVER CREDITS | | | | | | | | | |
| CUSHION | | | 225,609 | 10,554 | 215,055 | 225,609 | 10,554 | 300,947 | 303,316 |
| PRELIMINARY AMOUNT SEGREGATED | | | 1,768,999 | 2,768,998 | (1,000,000) | 1,768,999 | 2,768,998 | 5,638,000 | 3,677,000 |
| RR/SEC. BORROWED - 2% DEDUCTION | | | | | | | | 53,000 | 14,000 |
| **ADJUSTED REGULATORY LOCK-UP** | | | 1,769,000 | 2,769,000 | (1,000,000) | 1,769,000 | 2,769,000 | 5,691,000 | 3,691,000 |

**LEHMAN BROTHERS INC.**
***CONSOLIDATED 15c3-3 PAIB RESERVE FORMULA***
***AS OF SEPTEMBER 17, 2008***
*(in 000's)*

| | 9/17/2008 TOTAL | 9/16/2008 TOTAL | 9/12/2008 | 9/5/2008 |
|---|---|---|---|---|
| **CREDITS:** | | | | |
| PAIB CREDITS | 1,926,229 | 1,992,955 | 1,928,151 | 1,864,188 |
| PAIB BANK LOAN | 3,560 | 3,560 | 3,934 | - |
| PAIB STOCK LOAN | 312,247 | 312,247 | 388,700 | 162,932 |
| PAIB FAIL TO RECEIVE | 31,031 | 31,031 | 8,500 | 385 |
| FIRM SHORT VS PAIB LONG | 394,506 | 394,506 | 194,659 | 150,409 |
| PAIB DIVIDENDS AND INTEREST | - | - | - | - |
| SECURITY COUNT DIFFERENCE | - | - | - | - |
| SUSPENSE ACCOUNT CREDITS AND SMV | - | - | - | - |
| AGED TRANSFER AND REORGANIZATION | - | - | - | - |
| OTHER | - | - | - | - |
| **TOTAL CREDITS** | 2,667,573 | 2,734,299 | 2,523,944 | 2,177,914 |
| **DEBITS:** | | | | |
| PAIB DEBITS | 1,600,943 | 1,623,572 | 1,420,683 | 1,132,427 |
| PAIB STOCK BORROW | 560,229 | 560,229 | 681,137 | 704,239 |
| PAIB FAIL TO DELIVER | 40,281 | 40,281 | 1,717 | 3,690 |
| PAIB MARGIN WITH OCC | - | - | - | - |
| OTHER | - | - | - | - |
| AGGREGATE DEBITS | 2,201,453 | 2,224,082 | 2,103,537 | 1,840,356 |
| TOTAL DEBITS | 2,201,453 | 2,224,082 | 2,103,537 | 1,840,356 |
| EXCESS OF CREDITS OVER DEBITS | 466,120 | 510,217 | 420,407 | 337,559 |
| EXCESS OF DEBITS OVER CREDITS | - | - | - | - |
| CUSHION | 25,880 | 15,506 | 100,593 | 100,441 |
| PRELIMINARY AMOUNT SEGREGATED | 492,000 | 525,723 | 521,000 | 438,000 |
| RR/SEC. BORROWED - 2% DEDUCTION | - | - | 10,000 | 9,000 |
| ADJUSTED REGULATORY LOCK-UP | 492,000 | 525,723 | 531,000 | 447,000 |

**LEHMAN BROTHERS INC.**
**CUSTOMER RESERVE FORMULA**
**BROKER DEALER UNIT**
**AS OF SEPTEMBER 17, 2008**
*(in 000's)*
*(ITS ONLY)*

| | 09/17/08 | 09/16/08 | VARIANCE |
|---|---:|---:|---:|
| **CUSTOMER CREDITS:** | | | |
| Customer Accts (ITS) | 3,358,915 | 3,439,411 | (80,496) |
| Customer Accts | 0 | 0 | 0 |
| Securities Related Intercompany Payables | 189,086 | 189,086 | 0 |
| Phlx Options Payables | 0 | 0 | 0 |
| NonReg Commodity Credits | 52,000 | 52,000 | 0 |
| Bank Overdrafts | 0 | 0 | 0 |
| Bank Overdrafts(Commodity) | 176,487 | 97,367 | 79,120 |
| Other | 0 | 0 | 0 |
| Total | 3,776,488 | 3,777,864 | (1,376) |
| | | | 0 |
| **CUSTOMER BANK LOAN** | 0 | 0 | 0 |
| **CUSTOMER STOCK LOAN** | 0 | 0 | 0 |
| **CUSTOMER FAIL TO RECEIVE (ITS)** | 2,202,479 | 1,157,840 | 1,044,639 |
| **CUSTOMER FAIL TO RECEIVE** | 0 | 0 | 0 |
| **CUSTOMER BANK LOAN (OCC MARGIN)** | 0 | 0 | 0 |
| **CUSTOMER BANK LOAN (ITS-REPO)** | 613,236 | 572,167 | 41,069 |
| **FIRM SHORT VS. CUSTOMER LONG (ITS)** | 20,633 | 17,732 | 2,901 |
| **FIRM SHORT VS. CUSTOMER LONG** | 0 | 0 | 0 |
| **SUSPENSE CREDITS** | 0 | 0 | 0 |
| **TOTAL CREDITS** | 6,612,836 | 5,525,603 | 1,087,233 |
| | | | |
| **CUSTOMER DEBITS:** | | | |
| Customer Accts (ITS) | 4,258,469 | 3,242,845 | 1,015,623 |
| Customer Accts | 0 | 0 | 0 |
| Philadelphia Options Cust. Receivables | 0 | 0 | 0 |
| Total | 4,258,469 | 3,242,845 | 1,015,623 |
| **CUSTOMER MARGIN WITH OCC** | 0 | 0 | 0 |
| **CUSTOMER STOCK BORROW (ITS)** | 497,654 | 281,006 | 216,648 |
| **CUSTOMER STOCK BORROW** | 0 | 0 | 0 |
| **CUSTOMER FAIL TO DELIVER (ITS)** | 1,200,926 | 1,241,142 | (40,215) |
| **CUSTOMER FAIL TO DELIVER** | 0 | 0 | 0 |
| **AGGREGATE DEBITS** | 5,957,049 | 4,764,993 | 1,192,056 |
| **LESS 3% OF AGGREGATE DEBIT ITEMS** | 178,711 | 142,950 | 35,761 |
| **TOTAL DEBITS** | 5,778,338 | 4,622,043 | 1,156,295 |
| **EXCESS OF CREDITS OVER DEBITS** | 834,498 | 903,560 | (69,062) |

**LEHMAN BROTHERS INC.**
**CUSTOMER RESERVE FORMULA**
**BROKER DEALER UNIT**
**AS OF SEPTEMBER 17, 2008**
*(in 000's)*
*(ADP ONLY)*

| | 09/17/08 | 09/16/08 | VARIANCE |
|---|---|---|---|
| **CUSTOMER CREDITS:** | | | |
| Customer Accts (ITS) | 0 | 0 | 0 |
| Customer Accts | 3,622,505 | 5,374,917 | (1,752,412) |
| OMNI Conv payable Accts | 0 | 0 | 0 |
| Phlx Options Payables | 0 | 0 | 0 |
| NonReg Commodity Credits | 0 | 0 | 0 |
| Bank Overdrafts | 62,604 | 294,945 | (232,341) |
| Other | 0 | 0 | 0 |
| Total | 3,685,109 | 5,669,862 | (1,984,753) |
| | | | |
| **CUSTOMER BANK LOAN** | 730,533 | 891,366 | (160,833) |
| **CUSTOMER STOCK LOAN** | 1,050,110 | 1,057,051 | (6,941) |
| **CUSTOMER FAIL TO RECEIVE (ITS)** | 0 | 0 | 0 |
| **CUSTOMER FAIL TO RECEIVE** | 2,210,873 | 1,261,752 | 949,122 |
| **CUSTOMER BANK LOAN (OCC MARGIN)** | 0 | 0 | 0 |
| **CUSTOMER BANK LOAN (ITS-REPO)** | 0 | 0 | 0 |
| **FIRM SHORT VS. CUSTOMER LONG (ITS)** | 0 | 0 | 0 |
| **FIRM SHORT VS. CUSTOMER LONG** | 2,820,568 | 2,494,136 | 326,432 |
| **CUSTOMER DIVIDEND & INTEREST** | 5,322 | 3,648 | 1,675 |
| **SUSPENSE CREDITS** | 135,230 | 143,415 | (8,185) |
| **OTHER** | 0 | 0 | 0 |
| | | | |
| **TOTAL CREDITS** | 10,637,746 | 11,521,230 | (883,484) |
| | | | |
| | | | |
| **CUSTOMER DEBITS:** | | | |
| Customer Accts (ITS) | 0 | 0 | 0 |
| Customer Accts | 7,642,271 | 7,868,522 | (226,251) |
| Philadelphia Options Cust. Receivables | 0 | 0 | 0 |
| Total | 7,642,271 | 7,868,522 | (226,251) |
| | | | |
| **CUSTOMER MARGIN WITH OCC** | 349,858 | 487,071 | (137,213) |
| **CUSTOMER STOCK BORROW (ITS)** | 0 | 0 | 0 |
| **CUSTOMER STOCK BORROW** | 1,201,991 | 1,157,235 | 44,756 |
| **CUSTOMER FAIL TO DELIVER (ITS)** | 0 | 0 | 0 |
| **CUSTOMER FAIL TO DELIVER** | 1,562,267 | 1,204,792 | 357,475 |
| | | | |
| **AGGREGATE DEBITS** | 10,756,386 | 10,717,620 | 38,766 |
| **LESS 3% OF AGGREGATE DEBIT ITEMS** | 322,692 | 321,529 | 1,163 |
| | | | |
| **TOTAL DEBITS** | 10,433,694 | 10,396,091 | 37,603 |
| | | | |
| **EXCESS OF DEBITS OVER CREDITS** | 0 | 0 | 0 |
| | | | |
| **EXCESS OF CREDITS OVER DEBITS** | 204,052 | 1,125,139 | (921,087) |

**LEHMAN BROTHERS INC.**
**CUSTOMER RESERVE FORMULA**
**BROKER DEALER UNIT**
**AS OF SEPTEMBER 17, 2008**
*(in 000's)*
*(COMBINED)*

|  | 09/17/08 | 09/16/08 | VARIANCE |
|---|---|---|---|
| **CUSTOMER CREDITS:** |  |  |  |
| Customer Accts (ITS) | 3,358,915 | 3,439,411 | (80,496) |
| Customer Accts | 3,622,505 | 5,374,917 | (1,752,412) |
| Securities Related Intercompany Payables | 189,086 | 189,086 | 0 |
| Phlx Options Payables | 0 | 0 | 0 |
| NonReg Commodity Credits | 52,000 | 52,000 | 0 |
| Bank Overdrafts | 62,604 | 294,945 | (232,341) |
| Bank Overdrafts (Commodity) | 176,487 | 97,367 | 79,120 |
| Other | 0 | 0 | 0 |
| Total | 7,461,597 | 9,447,726 | (1,986,129) |
|  |  |  |  |
| **CUSTOMER BANK LOAN** | 730,533 | 891,366 | (160,833) |
| **CUSTOMER STOCK LOAN** | 1,050,110 | 1,057,051 | (6,941) |
| **CUSTOMER FAIL TO RECEIVE (ITS)** | 2,202,479 | 1,157,840 | 1,044,639 |
| **CUSTOMER FAIL TO RECEIVE** | 2,210,873 | 1,261,752 | 949,122 |
| **CUSTOMER BANK LOAN (OCC MARGIN)** | 0 | 0 | 0 |
| **CUSTOMER BANK LOAN (ITS-REPO)** | 613,236 | 572,167 | 41,069 |
| **FIRM SHORT VS. CUSTOMER LONG (ITS)** | 20,633 | 17,732 | 2,901 |
| **FIRM SHORT VS. CUSTOMER LONG** | 2,820,568 | 2,494,136 | 326,432 |
| **CUSTOMER DIVIDEND & INTEREST** | 5,322 | 3,648 | 1,675 |
| **SUSPENSE CREDITS** | 135,230 | 143,415 | (8,185) |
| **OTHER** | 0 | 0 | 0 |
|  |  |  |  |
| **TOTAL CREDITS** | 17,250,582 | 17,046,833 | 203,749 |
|  |  |  |  |
| **CUSTOMER DEBITS:** |  |  |  |
| Customer Accts (ITS) | 4,258,469 | 3,242,845 | 1,015,623 |
| Customer Accts | 7,642,271 | 7,868,522 | (226,251) |
| Philadelphia Options Cust. Receivables | 0 | 0 | 0 |
| Total | 11,900,739 | 11,111,367 | 789,372 |
|  |  |  |  |
| **CUSTOMER MARGIN WITH OCC** | 349,858 | 487,071 | (137,213) |
| **CUSTOMER STOCK BORROW (ITS)** | 497,654 | 281,006 | 216,648 |
| **CUSTOMER STOCK BORROW** | 1,201,991 | 1,157,235 | 44,756 |
| **CUSTOMER FAIL TO DELIVER (ITS)** | 1,200,926 | 1,241,142 | (40,215) |
| **CUSTOMER FAIL TO DELIVER** | 1,562,267 | 1,204,792 | 357,475 |
|  |  |  |  |
| **AGGREGATE DEBITS** | 16,713,435 | 15,482,613 | 1,230,823 |
| **LESS 3% OF AGGREGATE DEBIT ITEMS** | 501,403 | 464,478 | 36,925 |
|  |  |  |  |
| **TOTAL DEBITS** | 16,212,032 | 15,018,135 | 1,193,898 |
|  |  |  |  |
| **EXCESS OF CREDITS OVER DEBITS** | 1,038,550 | 2,028,698 | (990,148) |
|  |  |  |  |
| **EXCESS OF DEBITS OVER CREDITS** | 0 | 0 | 0 |

**LEHMAN BROTHERS INC.**
**RULE 15c3-3 RESERVE FORMULA**
**(000'S)**

AS OF SEPTEMBER 17, 2008

|  | 09/17/08 |
|---|---|
| *CUSTOMER CREDITS:* | |
| Customer Accounts | 3,281,275 |
| Securities Related Intercompany Payables | 189,086 |
| ITS Unsecured Shorts | 77,639 |
| Non Commodity Reg | 52,000 |
| Commodity Overdrafts | 176,487 |
| Bank Overdrafts | 0 |
| Tefra Withholdings | 0 |
| Aged Checks | 0 |
| Subtotal | 3,776,488 |
| | |
| *CUSTOMER STOCK LOAN* | 0 |
| *CUSTOMER FAIL TO RECEIVE* | 2,202,479 |
| *CUSTOMER BANK LOAN (OCC MARGIN)* | 0 |
| *CUSTOMER BANK LOAN (ITS-REPO)* | 613,236 |
| *FIRM SHORT VS. CUSTOMER LONG* | 20,633 |
| *SUSPENSE CREDITS* | 0 |
| | |
| **TOTAL CREDITS** | 6,612,836 |
| | |
| *CUSTOMER DEBITS:* | |
| Customer Accounts | 4,258,469 |
| OMNI Rec Formula | 0 |
| Philadelphia Options Cust. Receivables | 0 |
| Subtotal | 4,258,469 |
| | |
| *CUSTOMER MARGIN WITH OCC* | 0 |
| | |
| *CUSTOMER STOCK BORROW* | 497,654 |
| *CUSTOMER FAIL TO DELIVER* | 1,200,926 |
| *AGGREGATE DEBITS* | 5,957,049 |
| Less 3% | 178,711 |
| *TOTAL DEBITS* | 5,778,338 |
| | |
| *EXCESS CREDITS OVER DEBITS* | 834,499 |

**15c3-3 CUSTOMER RESERVE COMPUTATION**
**BROKER DEALER UNIT**
**AS OF SEPTEMBER 17, 2008**
*(in 000'S)*

| | 09/17/08 | 9/16/2008 | 9/12/2008 | 9/5/2009 |
|---|---|---|---|---|
| **1. CUSTOMER CREDITS** | | | | |
| CUSTOMER SECURITY ACCOUNTS | 7,896,569 | 10,394,669 | 8,426,751 | 4,634,649 |
| CUSTOMER ADJUSTMENTS | 524,910 | 520,574 | (2,763,246) | 2,000 |
| UNMAPPED CUSTOMER PAYABLE | 80 | 3,707 | 3,707 | 2,757 |
| CUSTOMER NETTING LBI (incl. 941-20159 & 941-20160) | (340,792) | (1,440,465) | (767,443) | (297,804) |
| CUSTOMER NETTING NB | (85,792) | (89,225) | (87,776) | (85,739) |
| MONEY CONTROL ADJUSTMENTS | - | - | - | - |
| NON-BROKER DEALER AFFILIATES TYPE 5 | 290 | 289 | 291 | 304 |
| BOOKKEEPING ADJUSTMENTS | - | - | - | - |
| CUSTOMER ADJUSTMENTS VS. ADP OMNI (097-00084) | - | - | - | - |
| NON-NETWORK OFFSHR MUTUAL FUNDS | - | - | - | - |
| BANK OVERDRAFTS | 62,604 | 294,945 | 70,244 | 52,177 |
| NON-BROKER DEALER AFFILIATES - OTHER TYPES | 290,539 | 211,676 | 183,000 | 284,964 |
| HOUSE ACCOUNTS | 4,540 | 450 | 512 | 494 |
| TEFRA WITHHOLDING PAYABLE | 69 | 164 | 187 | 823 |
| LEGAL LEDGER CONTRA ACCOUNTS | 115 | 115 | 115 | 115 |
| BREAK VS. CUSTOMER LONG | 10,958 | 19,699 | 115 | 355 |
| FIRM LONG VS. CUSTOMER SHORT | (196,453) | (196,515) | (130,037) | (87,155) |
| NONCUST LONG VS. CUSTOMER SHORT | (4,533,257) | (4,062,070) | (716,611) | (498,931) |
| REVERSE REPO VS. CUSTOMER SHORT | - | - | - | - |
| PAIB LONG VS. CUSTOMER SHORT | (15,031) | (15,638) | (1,670) | (2,187) |
| SHORT & CREDIT INTEREST | 23,658 | 21,801 | 20,788 | 14,890 |
| MONEY FUND SETTLEMENTS 098-00003 & 098-70001 | 477 | 638 | 2 | 2 |
| UNALLOCATED CUSTOMER SHORT | 41,625 | 5,048 | 2,023 | 989 |
| | | - | - | - |
| TOTAL CUSTOMER CREDITS | 3,685,109 | 5,669,862 | 4,240,951 | 4,022,704 |
| | | - | - | - |
| **2. CUSTOMER BANK LOAN** | | - | - | - |
| OCC MARGIN | - | - | - | - |
| OCC MARGIN DEFICIT | - | - | - | - |
| OCC COMMINGLED MARGIN (NONCUST BANK LOAN) | - | - | - | - |
| STOCK BORROW VS. CUST BANK LOAN | 1,719 | 2,993 | 35,113 | - |
| STOCK BORROW VS. FIRM BANK LOAN | - | - | - | - |
| STOCK BORROW PLEDGE Q VS. FIRM BANK LOAN | - | - | - | - |
| STOCK BORROW PLEDGE NQ VS. FIRM BANK LOAN | - | - | - | - |
| STOCK BORROW L/C VS FIRM BANK LOAN | - | - | - | - |
| FAIL TO DELIVER VS. FIRM BANK LOAN | - | - | - | - |
| CUSTOMER BANK LOAN VS. NON-CUST LONG | - | 742 | - | - |
| CUSTOMER LONG VS. CUSTOMER BANK LOAN | 728,814 | 887,631 | 331,607 | - |
| CUST BANK LOAN - CUST NOT LONG | - | - | - | - |
| NONCUST BANK LOAN - NONCUSTOMER NOT LONG | - | - | - | - |
| FIRM BANK LOAN - FIRM NOT LONG | - | - | - | - |
| | | | | |
| TOTAL CUSTOMER BANK LOAN | 730,533 | 891,366 | 366,720 | - |
| | | - | - | - |
| **3. CUSTOMER STOCK LOAN** | | | | |
| STOCK LOAN | 34,285,910 | 34,584,887 | 38,381,735 | 44,889,868 |
| STOCK LOAN MTM | (3,473,662) | (2,509,431) | (2,540,921) | (2,675,823) |
| STOCK LOAN WITH CLEARING ORG | - | - | - | - |
| STOCK LOAN FREE OF MONEY | 4,859,061 | 5,124,112 | 6,651,469 | 8,665,924 |
| STOCK LOAN MTM DEFICIT | 468 | 468 | 468 | 468 |
| STOCK LOAN BOB ADJUSTMENT | - | - | - | - |
| UNALLOCATED STOCK LOAN ADJ | - | - | - | - |
| STOCK LOAN VS. STOCK BORROW L/C | - | - | - | - |

*15c3-3 CUSTOMER RESERVE COMPUTATION*
*BROKER DEALER UNIT*
*AS OF SEPTEMBER 17, 2008*
(in 000'S)

| | 09/17/08 | 9/16/2008 | 9/12/2008 | 9/5/2009 |
|---|---|---|---|---|
| *STOCK LOAN PLEDGE VS. STOCK BORROW L/C* | - | - | - | - |
| *STOCK LOAN VS. REVERSE REPO* | - | - | - | - |
| *STOCK LOAN PLEDGE VS. REVERSE REPO* | - | - | - | - |
| *STOCK LOAN VS. PAIB LONG* | (7,091) | (7,465) | (2,834) | (12,787) |
| *STOCK LOAN PLEDGE VS. PAIB LONG* | (305,156) | (331,415) | (385,866) | (150,145) |
| *STOCK LOAN VS. STOCK BORROW* | (25,717,466) | (26,694,891) | (29,303,462) | (37,401,227) |
| *STOCK LOAN VS. STOCK BORROW PLEDGE Q.* | (211,751) | (217,792) | (250,604) | (323,599) |
| *STOCK LOAN VS. STOCK BORROW PLEDGE NQ* | (1,287,738) | (1,417,262) | (1,884,943) | (2,574,946) |
| *STOCK LOAN PLEDGE VS. STOCK BORROW* | (927,219) | (987,853) | (1,822,715) | (2,632,142) |
| *STOCK LOAN PLEDGE VS. STOCK BORROW PLEDGE Q.* | (12,511) | (13,744) | (45,546) | (39,939) |
| *STOCK LOAN PLEDGE VS. STOCK BORROW PLEDGE NQ* | (78,912) | (82,454) | (168,201) | (107,138) |
| *STOCK LOAN VS. NONCUSTOMER LONG* | (1,757,732) | (1,756,642) | (1,751,845) | (1,791,844) |
| *STOCK LOAN PLEDGE VS. NONCUSTOMER LONG* | (1,607,286) | (1,648,271) | (1,997,870) | (1,339,365) |
| *STOCK LOAN VS. FIRM LONG* | (1,831,161) | (1,977,137) | (2,759,139) | (3,630,115) |
| *STOCK LOAN PLEDGE VS. FIRM LONG* | (877,644) | (1,008,059) | (1,262,314) | (651,627) |
| | | | | |
| *TOTAL CUSTOMER STOCK LOAN* | 1,050,110 | 1,057,051 | 857,412 | 225,563 |
| **4. CUSTOMER FAIL TO RECEIVE** | | | | |
| *FAIL TO RECEIVE* | 4,807,612 | 3,416,367 | 2,124,866 | 476,400 |
| *CNS FAIL TO RECEIVE* | 117,513 | 200,641 | 174,581 | 173,055 |
| *MISC FAIL TO RECEIVE ADJUSTMENTS* | - | - | - | - |
| *OMNI FAIL TO RECEIVE ADJUSTMENTS* | - | - | - | - |
| *FAIL TO RECEIVE MTM ADJUSTMENT* | - | - | - | - |
| *FAIL TO RECEIVE ADJ. PAM MONEY MARKET FUND* | 117,755 | 6,907 | 319,376 | 103,901 |
| *FAIL TO RECEIVE VS. FAIL TO DELIVER* | (318,240) | (241,259) | (164,495) | (31,340) |
| *FAIL TO RECEIVE VS. REVERSE REPO* | - | - | - | - |
| *FAIL TO RECEIVE VS. MTM DEFICIT* | - | - | - | - |
| *FAIL TO RECEIVE VS. STOCK BORROW* | (679,547) | (514,537) | (616,514) | (40,865) |
| *FAIL TO RECEIVE VS. STOCK BORROW PLEDGE Q.* | (11,543) | (7,719) | (3,098) | (717) |
| *FAIL TO RECEIVE VS. STOCK BORROW PLEDGE NQ* | - | - | - | - |
| *FAIL TO RECEIVE VS. STOCK BORROW L/C* | - | - | - | - |
| *FAIL TO RECEIVE VS. FAIL TO DELIVER CNS* | (22,822) | (90,303) | (10,219) | (5,312) |
| *FAIL TO RECEIVE VS. FIRM LONG* | (438,387) | (498,168) | (257,236) | (221,927) |
| *FAIL TO RECEIVE VS. NONCUSTOMER LONG* | (1,236,475) | (843,794) | (547,505) | (139,926) |
| *FAIL TO RECEIVE VS. PAIB LONG* | (30,983) | (22,810) | (7,596) | (234) |
| *FAIL TO RECEIVE VS. UNALLOCATED / BREAK* | - | - | - | - |
| *CNS FAIL TO RECEIVE VS. FIRM LONG* | (37,864) | (90,387) | (57,078) | (71,013) |
| *CNS FAIL TO RECEIVE VS. NONCUSTOMER LONG* | (24,075) | (17,835) | (45,119) | (32,879) |
| *CNS FAIL TO RECEIVE VS. PAIB LONG* | (48) | (285) | (904) | (151) |
| *CNS FAIL TO RECEIVE ADJUSTMENT* | - | - | - | - |
| *CNS FAIL TO RECEIVE VS. STOCK BORROW* | (27,639) | (28,032) | (37,672) | (31,285) |
| *CNS FAIL TO RECEIVE VS. STOCK BORROW PLEDGE Q.* | (1,260) | (115) | (1,248) | (11,020) |
| *CNS FAIL TO RECEIVE VS. STOCK BORROW PLEDGE NQ* | - | - | - | - |
| *CNS FAIL TO RECEIVE VS. STOCK BORROW L/C* | - | - | - | - |
| *CNS FAIL TO RECEIVE VS. REVERSE REPO* | - | - | - | - |
| *CNS FAIL TO RECEIVE VS. FAIL TO DELIVER* | (3,124) | (6,919) | (10,221) | (434) |
| | | | | |
| *TOTAL CUSTOMER FAIL TO RECEIVE* | 2,210,873 | 1,261,752 | 859,918 | 166,254 |
| | | | | |
| | - | - | - | - |
| **5. FIRM SHORT VS CUSTOMER LONG** | | | | |
| *TOTAL FIRM SHORT* | - | - | - | - |
| *FIRM OMNI SHORT* | - | - | - | - |
| *FIRM SHORT VS. CUSTOMER LONG* | 175,193 | 258,198 | 158,591 | 96,289 |
| *NONCUSTOMER SHORT VS. CUSTOMER LONG* | 1,812,793 | 1,507,576 | 457,358 | 123,015 |
| *REPO VS. CUSTOMER LONG* | 637,972 | 525,926 | 549,501 | 128,466 |

*15c3-3 CUSTOMER RESERVE COMPUTATION*
*BROKER DEALER UNIT*
*AS OF SEPTEMBER 17, 2008*
(in 000'S)

|  | 09/17/08 | 9/16/2008 | 9/12/2008 | 9/5/2009 |
|---|---|---|---|---|
| *PAIB SHORT VS. CUSTOMER LONG* | 175,948 | 182,823 | 113,511 | 98,922 |
| *REPO VS. UNALLOCATED* | 394 | 505 | 142 | 323 |
| *FIRM SHORT VS. UNALLOCATED* | 1,786 | 761 | 515 | 2 |
| *NONCUSTOMER SHORT VS. UNALLOCATED* | 16,482 | 18,347 | 1,863 | 1,873 |
| | | | | |
| *TOTAL FIRM SHORT VS. CUSTOMER LONG* | 2,820,568 | 2,494,136 | 1,281,481 | 448,890 |
| | | - | - | - |
| **6.  CUSTOMER DIVIDEND & INTEREST** | | - | | |
| *DIVIDEND & INT PAYABLES* | 28,907 | 25,205 | 8,242 | 21,645 |
| *ADJUSTMENTS FROM DIVIDEND DEPT.* | (23,584) | (21,557) | (3,208) | (5,701) |
| | | - | | |
| *TOTAL CUSTOMER DIVIDENDS & INTEREST* | 5,322 | 3,648 | 5,034 | 15,944 |
| | | | | |
| **7.  SECURITY COUNT DIFFERENCE - 7 DAYS** | | - | | - |
| | | - | | |
| **8.  SUSPENSE ACCOUNTS** | | - | | |
| *SUSPENSE CREDITS & SMV:* | 39,897 | 39,897 | 8,093 | 5,442 |
| *CUSTOMER UNAPPLIED 090-01234* | 10,121 | 18,307 | 13,064 | 6,799 |
| *ABANDONED PROPERTY / SOFT DOLLARS / COMM. REBAT* | 85,212 | 85,212 | 85,212 | 85,212 |
| | | | | |
| *TOTAL SUSPENSE ACCOUNTS* | 135,230 | 143,415 | 106,369 | 97,453 |
| | | - | | |
| **9.  AGED TRANSFERS & REORGANIZATION** | | - | | |
| *TRANSFER SHORTS OVER 40 DAYS* | - | - | | |
| *REORG/REDEMPTION SMV OVER 7 DAYS* | | - | | |
| | | - | | |
| *TOTAL AGED TRANSFERS & REORGANIZATION* | - | - | | |
| | | - | | |
| **10.  OTHER** | | - | | |
| *OTHER CREDITS* | - | - | | |
| | | - | | |
| *TOTAL OTHER* | - | - | | |
| | | - | | |
| *TOTAL CREDITS* | 10,637,746 | 11,521,230 | 7,717,884 | 4,976,807 |
| | | | | |
| **12.  CUSTOMER DEBITS** | | | | |
| *CUSTOMER SECURITY ACCOUNTS* | 5,255,412 | 6,677,400 | 4,039,364 | 2,766,447 |
| *CUSTOMER NETTING LBI (incl. 941-20159 & 941-20160)* | (340,792) | (1,440,465) | (767,443) | (297,804) |
| *CUSTOMER NETTING NB* | (85,792) | (89,225) | (87,776) | (85,739) |
| *MONEY CONTROL ADJUSTMENT* | | | | |
| *CUSTOMER ADJUSTMENT (VARIOUS and LBHI Debits)* | 3,292,639 | 3,256,465 | - | - |
| *CUSTOMER ADJUSTMENTS VS. ADP OMNI (097-00084)* | - | - | | |
| *BOOKKEEPING ADJUSTMENTS* | - | - | | |
| *INV ADVISORY FEES RELATED TO NB MARGIN DEBITS* | - | - | | |
| *MONEY FUND RECEIVABLE* | (310,045) | (360,604) | (550,169) | (98,465) |
| *MARGIN INTEREST* | 33,784 | 31,321 | 30,096 | 21,664 |
| *UNSECURED DEBITS* | (3,310) | (5,044) | (1,210) | (1,566) |
| *PARTLY SECURED DEBITS* | (12) | (12) | (12) | (13) |
| *NON-PURPOSE LOANS* | (199,614) | (201,314) | (211,854) | (212,210) |
| *RULE 144 UNSECURED DEBITS* | - | - | | |
| *SECURITY CONCENTRATION* | | - | | |
| | | - | | |
| *TOTAL CUSTOMER DEBITS* | 7,642,271 | 7,868,522 | 2,450,996 | 2,092,314 |
| | | - | | |

*15c3-3 CUSTOMER RESERVE COMPUTATION*
*BROKER DEALER UNIT*
*AS OF SEPTEMBER 17, 2008*
*(in OOO'S)*

| | 09/17/08 | 9/16/2008 | 9/12/2008 | 9/5/2009 |
|---|---|---|---|---|
| **13.    CUSTOMER STOCK BORROW** | | | | |
| STOCK BORROW | 37,598,427 | 38,389,086 | 43,660,760 | 53,294,026 |
| STOCK BORROW MTM | (2,245,818) | (1,333,905) | (1,309,085) | (2,843,078) |
| STOCK BORROW L.O.C. | 104 | 111 | 114 | 112 |
| STOCK BORROW VS. CUST SHORT ADJ. | - | - | - | - |
| STOCK BORROW FREE OF MONEY | 6,532,351 | 6,984,820 | 8,524,833 | 10,076,709 |
| STOCK BORROW L/C VS SECURED BK LOAN | - | - | - | - |
| STOCK BORROW L/C VS. CUSTOMER SHORT | - | - | - | - |
| STOCK BORROW NQ VS. CUSTOMER SHORT | (5,287) | (6,981) | (5,871) | (4,230) |
| STOCK BORROW L/C VS. FIRM BANK LOAN | - | - | - | - |
| STOCK BORROW NQ VS. FIRM BANK LOAN | - | - | - | - |
| STOCK BORROW VS STOCK LOAN | (25,717,466) | (26,694,891) | (29,303,462) | (37,401,227) |
| STOCK BORROW VS. STOCK LOAN PLEDGE | (927,219) | (987,853) | (1,822,715) | (2,632,142) |
| STOCK BORROW PLEDGE Q. VS. STOCK LOAN | (211,751) | (217,792) | (250,604) | (323,599) |
| STOCK BORROW PLEDGE NQ VS. STOCK LOAN | (1,287,738) | (1,417,262) | (1,884,943) | (2,574,946) |
| STOCK BORROW PLEDGE Q. VS. STOCK LOAN PLEDGE | (12,511) | (13,744) | (45,546) | (39,939) |
| STOCK BORROW PLEDGE NQ VS. STOCK LOAN PLEDGE | (78,912) | (82,454) | (168,201) | (107,138) |
| STOCK BORROW L/C VS. STOCK LOAN | - | - | - | - |
| STOCK BORROW L/C VS. STOCK LOAN PLEDGE | - | - | - | - |
| STOCK BORROW L/C VS. FIRM SHORT | - | - | - | - |
| STOCK BORROW L/C VS. NONCUSTOMER SHORT | - | - | - | - |
| STOCK BORROW VS. FIRM SHORT | (4,453,710) | (4,988,373) | (5,471,070) | (5,174,543) |
| STOCK BORROW VS. NONCUSTOMER SHORT | (1,998,573) | (2,094,945) | (2,145,942) | (1,969,509) |
| STOCK BORROW PLEDGE Q. VS FIRM SHORT | (167,637) | (196,953) | (270,618) | (277,424) |
| STOCK BORROW PLEDGE Q. VS. NONCUSTOMER SHORT | (142,574) | (135,771) | (158,018) | (168,400) |
| STOCK BORROW PLEDGE NQ VS. FIRM SHORT | (218,546) | (228,156) | (324,010) | (257,049) |
| STOCK BORROW PLEDGE NQ VS. NONCUSTOMER SHORT | (71,895) | (76,082) | (95,927) | (120,937) |
| STOCK BORROW VS. THE BOX | (330,587) | (348,251) | (1,645,436) | (724,517) |
| STOCK BORROW PLEDGE Q. VS. THE BOX | (44,481) | (30,435) | (99,360) | (66,652) |
| STOCK BORROW PLEDGE NQ VS. THE BOX | (10,789) | (16,031) | (29,705) | (15,400) |
| STOCK BORROW L/C VS. THE BOX | - | - | - | - |
| STOCK BORROW VS. FAIL REC CNS | (27,639) | (28,032) | (37,672) | (31,285) |
| STOCK BORROW PLEDGE Q. VS. F/R CNS | (1,260) | (115) | (1,248) | (11,020) |
| STOCK BORROW L/C VS. F/R CNS | - | - | - | - |
| STOCK BORROW L/C VS. REPO | - | - | - | - |
| STOCK BORROW VS. REPO | (3,598,010) | (4,024,715) | (4,306,900) | (7,092,036) |
| STOCK BORROW PLEDGE Q. VS. REPO | (15,864) | (30,541) | (55,120) | (58,479) |
| STOCK BORROW PLEDGE NQ VS. REPO | (101,878) | (128,204) | (157,954) | (130,309) |
| STOCK BORROW VS. UNALLOCATED | - | - | - | (1,212) |
| STOCK BORROW PLEDGE Q. VS. UNALLOCATED | (53) | (49) | (49) | (59) |
| STOCK BORROW PLEDGE NQ VS. UNALLOCATED | - | - | - | - |
| STOCK BORROW L/C VS. UNALLOCATED | - | - | - | - |
| STOCK BORROW VS. PAIB SHORT | (559,816) | (605,421) | (676,933) | (699,795) |
| STOCK BORROW PLEDGE Q. VS. PAIB SHORT | (413) | (1,094) | (4,204) | (4,444) |
| STOCK BORROW PLEDGE NQ VS. PAIB SHORT | (7,181) | (6,476) | (15,863) | (18,298) |
| STOCK BORROW L/C VS. PAIB SHORT | - | - | - | - |
| STOCK BORROW L/C VS. FAIL TO RECEIVE | - | - | - | - |
| STOCK BORROW VS. FAIL TO RECEIVE | (679,547) | (514,537) | (616,514) | (40,865) |
| STOCK BORROW PLEDGE Q. VS. FAIL TO RECEIVE | (11,543) | (7,719) | (3,098) | (717) |
| STOCK BORROW PLEDGE NQ. VS. FAIL TO RECEIVE | (193) | - | (8,213) | - |
| | | | | - |
| TOTAL CUSTOMER STOCK BORROW | 1,201,991 | 1,157,235 | 1,271,426 | 581,598 |
| | | - | - | - |
| | | - | - | - |
| **14.    CUSTOMER FAIL TO DELIVER:** | | - | - | - |

*15c3-3 CUSTOMER RESERVE COMPUTATION*
*BROKER DEALER UNIT*
*AS OF SEPTEMBER 17, 2008*
(in 000'S)

| | 09/17/08 | 9/16/2008 | 9/12/2008 | 9/5/2009 |
|---|---|---|---|---|
| *FAIL TO DELIVER* | 4,421,730 | 3,317,870 | 856,445 | 240,125 |
| *CNS FAIL TO DELIVER* | 1,076,629 | 902,644 | 243,203 | 160,203 |
| *MISC FAIL TO RECEIVE ADJUSTMENTS* | - | - | (11,225) | - |
| *OMNI FAIL TO RECEIVE ADJUSTMENTS* | - | - | - | - |
| *FAIL TO DELIVER MTM ADJUSTMENT* | - | - | - | - |
| *FAIL TO DELIVER ADJUSTMENT* | - | - | - | - |
| *FAIL TO DELIVER VS. FAIL TO RECEIVE* | (318,240) | (241,259) | (164,495) | (31,340) |
| *FAIL TO DELIVER VS. FAIL TO RECEIVE CNS* | (3,124) | (6,919) | (10,221) | (434) |
| *FAIL TO DELIVER OVER 30 DAYS* | (826) | (826) | (826) | (826) |
| *FAIL TO DELIVER VS. FIRM SHORT* | (527,043) | (285,248) | (52,597) | (20,494) |
| *FAIL TO DELIVER VS. PAIB SHORT* | (28,027) | (15,443) | (1,702) | (2,824) |
| *FAIL TO DELIVER VS. REPO* | (506,780) | (335,953) | (38,000) | (7,497) |
| *FAIL TO DELIVER VS. THE BOX* | (766,031) | (743,883) | (316,248) | (88,819) |
| *FAIL TO DELIVER VS. NON-CUSTOMER SHORT* | (973,664) | (644,766) | (70,352) | (17,284) |
| *FAIL TO DELIVER VS. UNALLOCATED/ BREAK* | (1,694) | (3,629) | (3,770) | (1,058) |
| *CNS FAIL TO DELIVER VS. FIRM SHORT* | (382,913) | (275,500) | (63,175) | (9,214) |
| *CNS FAIL TO DELIVER VS. NONCUSTOMER SHORT* | (276,660) | (186,222) | (5,215) | (986) |
| *CNS FAIL TO DELIVER VS. PAIB SHORT* | (12,254) | (6,138) | (15) | (866) |
| *CNS FAIL TO DELIVER VS. THE BOX* | (113,558) | (175,499) | (127,307) | (112,595) |
| *CNS FAIL TO DELIVER VS. REPO* | (2,342) | (801) | (345) | (3,791) |
| *CNS FAIL TO DELIVER VS. CUSTOMER BANK LOAN* | (50) | (3,302) | - | - |
| *CNS FAIL TO DELIVER VS. UNALLOC/BREAK* | (64) | (31) | (28) | (286) |
| *CNS FAIL TO DELIVER VS. FAIL TO RECEIVE* | (22,822) | (90,303) | (10,219) | (5,312) |
| | | | | |
| *TOTAL CUSTOMER FAIL TO DELIVER* | 1,562,267 | 1,204,792 | 223,907 | 96,702 |
| | - | - | - | - |
| **15. CUSTOMER MARGIN WITH OCC** | | | | |
| *OCC MARGIN* | - | - | - | - |
| *OCC PROPRIETARY QUALIFIED COLLATERAL* | 349,858 | 487,071 | 657,782 | 621,700 |
| *OCC COMMINGLED MARGIN (CUST. BANK LOAN)* | - | - | - | - |
| | | | | |
| *TOTAL CUSTOMER MARGIN WITH OCC* | 349,858 | 487,071 | 657,782 | 621,700 |
| | - | - | - | - |
| **16. OTHER** | | | | |
| *OTHER CUSTOMER DEBITS* | - | - | - | - |
| | | | | |
| *TOTAL OTHER* | - | - | - | - |
| | - | - | - | - |
| **17. AGGREGATE DEBIT ITEMS** | 10,756,386 | 10,717,620 | 4,604,111 | 3,392,313 |
| **18. LESS 3%** | (322,692) | (321,529) | (138,123) | (101,769) |
| **19. TOTAL 15c3-3 DEBITS** | 10,433,694 | 10,396,091 | 4,465,988 | 3,290,544 |
| | - | - | - | - |
| **20. EXCESS - DEBITS OVER CREDITS** | - | - | - | - |
| **21. DEFICIT - CREDITS OVER DEBITS** | (204,052) | (1,125,139) | (3,251,896) | (1,686,263) |

*LEHMAN BROTHERS INC.*
*CUSTOMER RESERVE FORMULA*
*GOVERNMENT DEALER UNIT (MTS)*
*AS OF SEPTEMBER 17, 2008*
*(in 000's)*

|  | 09/17/08 |
|---|---|
| **CREDITS :** | |
| CUSTOMER CREDITS | 1,858,789 |
| CUSTOMER BANK LOAN | 0 |
| CUSTOMER STOCK LOAN | 2,213,758 |
| CUSTOMER FAIL TO RECEIVE | 1,383,276 |
| FIRM SHORT VS CUSTOMER LONG | 1,993,907 |
| CUSTOMER DIVIDENDS AND INTEREST | 0 |
| SECURITY COUNT DIFFERENCE | 0 |
| SUSPENSE ACCOUNT CREDITS AND SMV | 54,535 |
| AGED TRANSFER AND REORGANIZATION | 0 |
| OTHER | 0 |
| **TOTAL CREDITS** | 7,504,265 |
| **DEBITS:** | |
| CUSTOMER DEBITS | 4,735,603 |
| CUSTOMER STOCK BORROW | 326,573 |

| | |
|---|---:|
| *CUSTOMER FAIL TO DELIVER* | 2,153,726 |
| *CUSTOMER MARGIN WITH OCC* | 0 |
| *OTHER* | 0 |
| | |
| *AGGREGATE DEBITS* | 7,215,902 |
| *LESS 3% OF AGGREGATE DEBIT ITEMS* | 216,477 |
| *TOTAL DEBITS* | 6,999,425 |
| | |
| *EXCESS OF CREDITS OVER DEBITS* | 504,840 |

*15c3-3 P.A.I.B COMPUTATION*
**BROKER DEALER UNIT**
*AS OF SEPTEMBER 17, 2008*
*(in OOO'S)*

|  | 09/17/08 |
|---|---|
| **1.   P.A.I.B. CREDITS:** | |
| PAIB CREDITS | 2,224,075 |
| BREAK VS. PAIB LONG | 367 |
| PAIB CREDIT ADJ | - |
| PAIB DEFERRED COMMISSIONS AND IA FEES | 15,370 |
| PAIB LONG VS CUSTOMER SHORT | 15,031 |
| FIRM LONG vs PAIB SHORT | (3,278) |
| NONCUST LONG VS. PAIB SHORT | (149,388) |
| UNALLOCATED PAIB SHORT | - |
| PAIB SHORT VS CUSTOMER LONG | (175,948) |
| | |
| P.A.I.B. CREDITS: | 1,926,229 |
| | |
| **2.   PAIB BANK LOAN:** | |
| | |
| OCC MARGIN | - |
| OCC MARGIN DEFECIT | - |
| PAIB LONG VS. FIRM BANK LOAN | - |
| PAIB LONG VS. CUST BANK LOAN | 3,560 |
| PAIB LONG VS. PAIB BANK LOAN | - |
| PAIB BANK LOAN - PAIB NOT LONG | - |
| CUST BANK LOAN- CUSTOMER NOT LONG | - |
| FIRM BANK LOAN- CUSTOMER NOT LONG | - |
| | |
| TOTAL P.A.I.B. BANK LOAN | 3,560 |
| | |
| **3.   PAIB STOCK LOAN:** | |
| | |
| STOCK LOAN VS PAIB LONG | 7,091 |
| STOCK LN PLDG VS. PAIB LONG | 305,156 |
| | |
| TOTAL CUSTOMER STOCK LOAN | 312,247 |
| **4.   PAIB FAIL TO RECEIVE:** | |
| | |
| FAIL TO RECEIVE VS PAIB LONG | 30,983 |
| CNS FAIL TO RECEIVE VS PAIB LONG | 48 |
| | |
| TOTAL P.A.I.B. FAIL TO RECEIVE | 31,031 |
| | |
| **5.   FIRM SHORT VS PAIB LONG:** | |
| | |
| REPO VS PAIB LONG | 339,572 |
| NONCUST SHORT VS. PAIB LONG | 35,915 |
| FIRM SHORT VS PAIB LONG | 19,019 |

### 15c3-3 P.A.I.B COMPUTATION
### BROKER DEALER UNIT
### AS OF SEPTEMBER 17, 2008
*(in OOO'S)*

| | 09/17/08 |
|---|---|
| *TOTAL FIRM SHORT VS P.A.I.B. LONG* | 394,506 |
| **6.    PAIB DIVIDEND & INTEREST:** | |
| *STOCK DIVIDENDS > 30 DAYS* | - |
| *MONEY CONTROL ADJUSTMENT* | - |
| *DIVIDEND & INT PAYABLES > 7 DAYS* | - |
| *TOTAL P.A.I.B. DIVIDENDS & INTEREST* | - |
| **7.    SECURITY COUNT DIFFERENCE > 7 DAYS:** | - |
| **8.    SUSPENSE CREDITS & SMV > 7 DAYS:** | - |
| **9.    AGED TRANSFERS & REORGANIZATION:** | |
| *TRANSFER SHORTS OVER 40 DAYS* | - |
| *REORG/REDEMPTION SMV OVER 7 DAYS* | - |
| *TOTAL AGED TRANSFERS & REORGANIZATION* | - |
| **10.    OTHER:** | |
| *OTHER CREDITS* | - |
| *TOTAL OTHER* | - |
| *TOTAL PAIB CREDITS* | 2,667,573 |
| **12.    P.A.I.B. DEBITS:** | |
| *CUSTOMER SECURITY ACCOUNTS* | 1,777,039 |
| *VARIOUS PAIB DEBIT ADJ* | (176,096) |
| *UNSECURED DEBITS* | - |
| *PARTLY SECURED DEBITS* | - |
| *RULE 144 UNSECURED DEBITS* | - |
| *SECURITY CONCENTRATION* | - |
| *BREAK VS CUSTOMER LONG* | - |
| *P.A.I.B. DEBITS:* | 1,600,943 |
| **13.    PAIB STOCK BORROW:** | |

*15c3-3 P.A.I.B COMPUTATION*
**BROKER DEALER UNIT**
**AS OF SEPTEMBER 17, 2008**
*(in OOO'S)*

|  | 09/17/08 |
|---|---|
| STOCK BORROW VS PAIB SHORT | 559,816 |
| STOCK BORROW Q. VS. PAIB SHORT | 413 |
| STOCK BORROW NQ VS. PAIB SHORT | - |
| STOCK BORROW L/C VS PAIB SHORT | - |
| | |
| TOTAL P.A.I.B. STOCK BORROW | 560,229 |

**14.    PAIB FAIL TO DELIVER:**

| | |
|---|---|
| FAIL TO DELIVER OVER 30 DAYS | - |
| FAIL TO DELIVER VS PAIB SHORT | 28,027 |
| CNS FAIL TO DELIVER VS PAIB SHORT | 12,254 |
| CNS FAIL TO DELIVER VS THE BOX | - |
| CNS FAIL TO DELIVER VS REPO | - |
| CNS FAIL TO DELIVER VS UNALLOC./BREAK | - |
| CNS FAIL TO DELIVER VS FAIL TO RECEIVE | - |
| | |
| TOTAL P.A.I.B. FAIL TO DELIVER | 40,281 |

**15.    PAIB MARGIN WITH OCC**

| | |
|---|---|
| OCC MARGIN | - |
| CUSTOMER LONG SEG VS. CUST. BANK LOAN | - |
| OCC COMMINGLED MARGIN (CUST. BANK LOAN) | - |
| | |
| TOTAL P.A.I.B. MARGIN WITH OCC | - |

**16.    OTHER**

| | |
|---|---|
| OTHER PAIB DEBITS | - |
| | |
| TOTAL OTHER | - |

**17.    TOTAL PAIB DEBITS**          2,201,453

**20.    EXCESS - DEBITS OVER CREDITS**          -

**21.    DEFICIT - CREDITS OVER DEBITS**          466,120