# BCI EXHIBIT

# 344

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11 Case No.<br>08-13555 (JMP)<br>(Jointly Administered) |
| In re<br><br>LEHMAN BROTHERS INC.,<br><br>Debtor. | Case No. 08-01420 (JMP) |

## DECLARATION OF ALAN M. JOHNSON

I, Alan M. Johnson, declare as follows:

1.     I am an executive compensation consultant with my firm, Johnson Associates, Inc.  I have been retained by Barclays Capital Inc. ("Barclays") as an expert in these cases.  I base this Declaration on my personal knowledge and upon review of pertinent documents.

2.     On January 8, 2010, I submitted my expert report in these matters:  a document entitled the Expert Report on Compensation Issues.  That report accurately sets forth my opinions in these matters.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in ___New York City___ on January 25, 2010.

_____
Alan M. Johnson

# BCI EXHIBIT

# 345

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>    LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>                       Debtors. | Chapter 11 Case No.<br>08-13555 (JMP)<br>(Jointly Administered) |
| In re<br><br>    LEHMAN BROTHERS INC.,<br><br>                       Debtor. | Case No. 08-01420 (JMP) |

### DECLARATION OF ANTHONY J. LEITNER

I, Anthony J. Leitner, declare as follows:

1.      I am a consultant with my firm, A J Leitner & Associates, LLC.  I have been retained by Barclays Capital Inc. ("Barclays") as an expert in these cases.  I base this Declaration on my personal knowledge and upon review of pertinent documents.

2.      On January 8, 2010, I submitted my expert report in these matters:  a document entitled Report of Anthony J. Leitner.  That report accurately sets forth my opinions in these matters.

I declare under penalty of perjury that the foregoing is true and correct. Executed in the City Marco Island, Florida this 25th day of January, 2010.

_____
Anthony J. Leitner

# BCI EXHIBIT

# 346

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
                                                              :
In re:                                                        :    Chapter 11
LEHMAN BROTHERS HOLDINGS INC, et al.,                         :    Case No. 08-13555 (JMP)
                                                                   (Jointly Administered)
                                  Debtors.                    :
                                                              :
------------------------------------------------------------------- X
                                                              :
                                                              :
In re: LEHMAN BROTHERS INC.,                                  :    Case No. 08-01420 (JMP)
                                  Debtor.                     :
                                                              :
------------------------------------------------------------------- X

## DECLARATION OF PAUL PFLEIDERER

I, PAUL PFLEIDERER, declare as follows:

1.       I am the C.O.G. Miller Distinguished Professor of Finance at the Graduate School

of Business of Stanford University, and a Professor of Law (by courtesy) at Stanford Law

School, Stanford Graduate School of Business Trust Faculty Fellow for 2009-2010, and Co-

Director of the Wealth Management Executive Program at Stanford.  I have been retained by

Barclays Capital Inc. ("Barclays") as an expert in these cases.  I base this Declaration on my

personal knowledge and upon review of pertinent documents.

1

2.      On January 8, 2010, I submitted my expert report in this matter, a document entitled the Expert Report of Professor Paul Pfleiderer, which accurately sets forth my opinions in this matter.

3.      Since my report, with the assistance of analysts at Finance Scholars Group working at my direction, I have further analyzed the securities provided to Barclays pursuant to the repurchase agreement that Barclays entered into on September 18, 2008, in which Barclays replaced the New York Federal Reserve Bank as the repo buyer.  Specifically, I analyzed which of these securities reasonably could be classified within one of the following asset classes: (i) certificates of deposit; (ii) mortgage related securities; (iii) mortgage loans; (iv) interests in mortgage related securities or mortgage loans;(v) eligible bankers' acceptances; (vi) qualified foreign government securities; and (vii) securities that are direct obligations of, or that are fully guaranteed by, the United States or any agency of the United States.  I concluded that approximately 30% of the total market value of the securities Barclays received (at Barclays' exit-price marks) was attributable to assets that were not in any of the asset classes listed above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Palo Alto, California on January 21, 2010.

_____
Paul Pfleiderer

2

# BCI EXHIBIT

# 347

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>                          Debtors. | Chapter 11 Case No.<br>08-13555 (JMP)<br>(Jointly Administered) |
| In re<br><br>LEHMAN BROTHERS INC.,<br><br>                          Debtor. | Case No. 08-01420 (JMP) |

## DECLARATION OF ANTHONY SAUNDERS

        I, Anthony Saunders, declare as follows:

    1.    I am the John M. Schiff Professor of Finance and former Chairman of the Department of Finance at the Stern School of Business at New York University.  I have been retained by Barclays Capital Inc. ("Barclays") as an expert in these cases.  I base this Declaration on my personal knowledge and upon review of pertinent documents.

    2.    On January 8, 2010, I submitted my expert report in these matters:  a document entitled the Expert Report of Anthony Saunders.  That report accurately sets forth my opinions in these matters.

        I declare under penalty of perjury that the foregoing is true and correct.  Executed in New York, New York, on January 25, 2010.

                                                                _____
                                                           Anthony Saunders

# BCI EXHIBIT

# 348

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

    LEHMAN BROTHERS HOLDINGS INC., *et al.*,

                               Debtors.

Chapter 11 Case No.
08-13555 (JMP)
(Jointly Administered)

In re

    LEHMAN BROTHERS INC.,

                               Debtor.

Case No. 08-01420 (JMP)

## DECLARATION OF PETER VINELLA

        I, Peter Vinella, declare as follows:

    1.      I am a managing director of LEGG, LLC. I have been retained by Barclays Capital Inc. ("Barclays") as an expert in these cases. I base this Declaration on my personal knowledge and upon review of pertinent documents.

    2.      On January 8, 2010, I submitted my expert report in these matters: a document entitled the Expert Report of Peter Vinella. That report accurately sets forth my opinions in these matters.

        I declare under penalty of perjury that the foregoing is true and correct.

Executed in _____ on January 27, 2010.

_____
Peter Vinella

# BCI EXHIBIT

# 349

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                          :
                                                :
LEHMAN BROTHERS INC.,                           :        Case No.:  08-01420(JMP)SIPA
                                                :
                        Debtor.                 :
-----------------------------------------------------------x

## DECLARATION OF MARTY MALLOY

I, MARTY MALLOY, declare:

1.      I am over the age of 21 and, if called to testify at trial, could competently testify
to the following based on my personal knowledge. At all relevant times I have been employed as
a Managing Director at Barclays Capital Inc. ("Barclays").

2.      I have read paragraph 92 of the Debtor's Motion for an Order, Pursuant to Fed. R.
Civ. P. 60 and Fed. R. Bankr. P. 9024, Modifying the September 20, 2008 Sale Order and
Granting Other Relief. Among other things, that paragraph discusses a document identified as
Exhibit 144A, which is an email that I sent to my colleague Gerard Larocca at 11:51:08 a.m. on
Friday, September 19, 2008. The Debtor's Motion asserts that Exhibit 144A shows that
"Barclays internally valued the 'excess collateral' it had received at '7.19' billion, constituting a
'margin' of '14%.'"

3.      That assertion is incorrect. Exhibit 144A does not represent or reflect any
valuation by Barclays. Rather, I was simply reporting to Mr. Larocca the nominal value BONY
had assigned to the collateral it had received in connection with a September 18, 2008, repo
transaction. Referring to a BONY document I had received shortly before, I extracted the
relevant figures and performed some mathematical calculations, adding up the numbers provided
by BONY and subtracting the $45 billion that Barclays had advanced.

4.    In preparing that email, I conducted no independent valuation and made no effort to validate BONY's numbers, which in any event I believed to be a preliminary list. I was not vouching for BONY's numbers. To the contrary, given that many of the securities to which BONY assigned nominal values were highly illiquid and would have required substantial analytical work to value accurately — work that BONY had simply not had time to do— I did not believe that the BONY numbers represented an accurate assessment of what the collateral was worth.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28 day of September, 2009, at New York, New York.

Marty Malloy

2

# BCI EXHIBIT

# 350

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtor. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

## DECLARATION OF SHARON BLAKE

I, Sharon Blake, declare:

1.       I am over the age of 18 and, if called to testify at trial, could competently testify

to the following based on my personal knowledge. This declaration reflects the best of my

recollection of the relevant events, as supported by my review of corporate records.

2.       Prior to and including September 19, 2008, I was employed as an Associate in the

Global Cash & Collateral Management department at Lehman Brothers, Inc. ("LBI"). At LBI,

my responsibilities included, among other things, monitoring and processing margin and clearing

funds deposited with the Options Clearing Corporation ("OCC").

3.       On the morning of September 19, 2008, OCC reports showed that LBI's posted

margin and clearing funds exceeded OCC's margin and clearing fund requirements across all

LBI accounts by $401 million (which I will refer to as the "excess margin"). *See* E-mail chain

from S. Blake to C. Jones et al. (9/19/2008 10:19 a.m. EDT) (attached as Exhibit 1 {Blake email

chain}); E-mail from C. Jones to F. Pearn et al. (9/21/2008 2:19 p.m. EDT) (attaching OCC

reports) (attached as Exhibit 2).

4.       After reviewing the OCC reports, I contacted Colleen Olsen, an employee at OCC

with whom I regularly dealt, by telephone and requested that a portion of the excess margin be

1

released to LBI. The response I received from Ms. Olsen was that this was not possible, as the OCC was unwilling to release any of the margin posted by LBI in respect of the OCC accounts.

5.    Upon receiving the above response from the OCC, I circulated an email internally to several colleagues within LBI informing them that the margin excess in the accounts had been reduced to zero. *See* Exhibit 1. I also conveyed to one of my superiors, Craig Jones, the information I had received from the OCC. The OCC did not, at any point on Friday, September 19, 2008, release to LBI any of the margin held in its accounts.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of January, 2010, at New York, New York.

_Sharon Blake_ · 01/08/10

Sharon Blake

2

**From:** Blake, Sharon F
**Sent:** Fri, 19 Sep 2008 14:19:43 GMT
**To:** Jones, Craig L; Shafer, Tamir
**CC:** Chalco, Maria; Shafer, Tamir; Keith, Carol; O'Connor, Brian (NY); Golaszewski, Richard
**Subject:** FW: Occ for today/REVISED COPY.

---

All,

Please see today's requirements:

Customer:  Excess  0
Firm:          Excesst 0
Net:          Excess   0



*Sharon Blake*
*Associate:Global Cash & Collateral Management*
*Email: Sblake@ Lehman.com*
*Voice (201) 499-6434*
*Fax: (201) 333-7199*

---

**From:** Blake, Sharon F
**Sent:** Friday, September 19, 2008 9:32 AM
**To:** Chalco, Maria; O'Connor, Brian (NY); Shafer, Tamir
**Cc:** Jones, Craig L; Golaszewski, Richard
**Subject:** Occ for today

All,

Please see today's requirements:

Customer:  Excess  66mm
Firm:          Excesst 335mm
Net:          Excess   401mm



The Current Available Letters of Credit for today

Picture (Metafile)

Please see LBI Securities which are currently pledged at OCC

Picture (Metafile)

In addition to the Treasuries, we also have the following Letters of Credit posted as of yesterday to meet our requirement of the previous business day

Picture (Metafile)

*Sharon Blake*
*Associate:Global Cash & Collateral Management*
*Email: Sblake@ Lehman.com*
*Voice (201) 499-6434*
*Fax: (201) 333-7199*

| | Total Requirement | Today's excess/(deficit) |
|---|---|---|
| Customer | 548,827,983.73 | 0.00 |
| Firm | 1,546,223,619.63 | 0.00 |
| **Net** | **2,095,051,603.36** | **0.00** |

| | Total Requirement | Today's excess/(deficit) |
|---|---|---|
| Customer | 476,554,355.00 | 66,000,000.00 |
| Firm | 606,817,181.00 | 335,000,000.00 |
| **Net** | **1,083,371,536.00** | **401,000,000.00** |

| Security | Market Value | | Collateral Value | Rate | Cusip | T-Bills Face Amount | | Mat Date | Roll Date |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | **CUSTOMER ACCT** | | | | |
| UST BOND | $ | 98,223,399.00 | $ 93,311,229.05 | 3.625 | 912810fd5 | $ | 59,175,000.00 | 4/15/2028 | |
| UST BOND | $ | 143,480,917.35 | $ 136,306,871.48 | 2.375 | 912810fh4 | $ | 119,445,000.00 | 1/15/2025 | |
| UST BOND | $ | 210,607,250.00 | $ 199,704,487.50 | 2.375 | 912810fh4 | $ | 175,000,000.00 | 01/15/2025 | |
| UST BOND | $ | 59,832,564.00 | $ 56,840,935.80 | 2 | 912810FS2 | $ | 55,560,000.00 | 1/15/2026 | |
| | $ | 413,920,731.35 | $ 486,164,523.83 | | | | | | |
| | | | | | **FIRM ACCT** | | | | |
| UST BOND | $ | 33,230,580.00 | $ 31,569,051.00 | 1.75 | 912810PV4 | $ | 34,000,000.00 | 1/15/2028 | |
| UST NOTE | $ | 147,480,917.35 | $ 139,662,860.48 | 3.875 | 912810fh6 | $ | 86,585,000.00 | 4/15/2029 | |
| Total | $ | 180,711,497.35 | $ 171,231,911.48 | | | | | | |
| | | | | | **MARKET MAKER ACCT** | | | | |
| UST BOND | $ | 83,829,024.90 | $ 79,637,573.66 | 1.75 | 912810PV4 | $ | 85,770,000.00 | 1/15/2028 | |
| UST BOND | $ | 31,544,299.80 | $ 29,967,084.81 | 2.375 | 912810fh4 | $ | 26,260,000.00 | 01/15/2025 | |
| Total | $ | 115,373,324.70 | $ 109,604,658.47 | | | | | | |
| | | | $ 767,001,093.78 | | | | | | |

| Current Available LC's |
|---|
| $ 36,600,000.00 |

| Firm Outstanding | Cust Outstanding | Total Outstanding |
|---|---|---|
| $ 262,998,500.00 | $ 68,998,500.00 | $ 331,997,000.00 |

# **EXHIBIT 2**

| | |
|---|---|
| **From:** | Jones, Craig L |
| **Sent:** | Sun, 21 Sep 2008 18:19:08 GMT |
| **To:** | Pearn, Francis J; Tennyson, Peter A; Butryn, Kirk; Blackwell, Alastair; Reilly, Gerard; Stucchio, Anthony |
| **CC:** | McInerney, Lily |
| **Subject:** | RE: Net Long Options - 9/18 |

————————————————————————————————————

Attached are the current statements for the OCC.

-----Original Message-----
From: Pearn, Francis J
Sent: Sunday, September 21, 2008 1:14 PM
To: Tennyson, Peter A; Jones, Craig L; Butryn, Kirk; Blackwell,
Alastair; Reilly, Gerard; Stucchio, Anthony
Cc: McInerney, Lily
Subject: FW: Net Long Options - 9/18

Who can get the OCC information and statement for Friday and determine
if these contracts are still outstanding?

-----Original Message-----
From: Tim.Stack@barclayscapital.com
[mailto:Tim.Stack@barclayscapital.com]
Sent: Sunday, September 21, 2008 1:12 PM
To: Pearn, Francis J
Cc: McInerney, Lily; Richard.Koncfal@barclayscapital.com;
Liz.James@barclayscapital.com; alexandra.guest@barclayscapital.com
Subject: RE: Net Long Options - 9/18

This is for the futures options contracts that were liquidated as you
say on Thursday and will now be flat.

This does not include the OCC exchange positions..ie the VIX futures and
all the equity option positions. We need the OCC statement...
-----Original Message-----
From: Pearn, Francis J [mailto:francis.pearn@lehman.com]
Sent: Sunday, September 21, 2008 1:05 PM
To: Stack, Tim: Futures (NYK)
Cc: McInerney, Lily
Subject: RE: Net Long Options - 9/18


Tim
I'm getting some information that leads me to think that all the
exchange traded option contracts were liquidated by the exchanges on
Friday.  Here is a spreadsheet that shows $0 House account balances as
of the 19th at a number of exchanges.  I am imploring Operations to get
us a definitive answer as to whether these contracts have in fact been

HIGHLY CONFIDENTIAL
BCI-EX-(S)-00138455

liquidated and will come back to you immediately upon hearing from them.
Thanks. Frank


-----Original Message-----
From: Tim.Stack@barclayscapital.com
[mailto:Tim.Stack@barclayscapital.com]
Sent: Sunday, September 21, 2008 12:05 PM
To: Stephen.King@barclayscapital.com; Pearn, Francis J; McInerney, Lily;
Reilly, Gerard; Mincak, Christopher; Jasen.Yang@barclayscapital.com
Cc: Shi, Jerry; Liz.James@barclayscapital.com
Subject: RE: Net Long Options - 9/18

Frank
I have just been speaking to Stephen
Can you please call me on this one at 2124121834.
Thanks
Tim

-----Original Message-----
From: King, Stephen: Markets (NYK)
Sent: Sunday, September 21, 2008 11:26 AM
To: Pearn, Francis J; McInerney, Lily; Reilly, Gerard; Mincak,
Christopher, Yang, Jasen: Markets (NYK)
Cc: Shi, Jerry; Stack, Tim: Futures (NYK)
Subject: RE: Net Long Options - 9/18


Just tried to call.

-----Original Message-----
From: Pearn, Francis J [mailto:francis.pearn@lehman.com]
Sent: Sunday, September 21, 2008 11:22 AM
To: King, Stephen: Markets (NYK); McInerney, Lily; Reilly, Gerard;
Mincak, Christopher; Yang, Jasen: Markets (NYK)
Cc: Shi, Jerry; Stack, Tim: Futures (NYK)
Subject: Re: Net Long Options - 9/18

Stephen
I spoke with Gerry Reilly this morning and am reaching out to Lily and
Chris to get the most recent exchange traded option info. I am at 516
741 4541 if you want to speak. I will give you an update once Lily and I
connect.


Frank

----- Original Message -----
From: Stephen.King@barclayscapital.com
<Stephen.King@barclayscapital.com>
To: McInerney, Lily; Reilly, Gerard; Mincak, Christopher;
Jasen.Yang@barclayscapital.com <Jasen.Yang@barclayscapital.com>
Cc: Pearn, Francis J; Shi, Jerry; Tim.Stack@barclayscapital.com
<Tim.Stack@barclayscapital.com>

Sent: Sun Sep 21 11:18:47 2008
Subject: RE: Net Long Options - 9/18

Lily,

What's I'm trying to be sure about is that we have a clear list of all exchange traded positions (options, futures, etc) as of Friday close. Need this today. Very important. Also, I need to know what the net margin is at the relevant clearing house, and whether that reflects the Friday close marks.

What is you number? Either tim or I will call you.

thx

-----Original Message-----
From: McInerney, Lily [mailto:lily.mcinerney@lehman.com]
Sent: Sunday, September 21, 2008 11:10 AM
To: King, Stephen: Markets (NYK); Reilly, Gerard; Mincak, Christopher; Yang, Jasen: Markets (NYK)
Cc: Pearn, Francis J; Shi, Jerry
Subject: RE: Net Long Options - 9/18

Only equity exchange traded options as of 9/18 were included.

-----Original Message-----
From: Stephen.King@barclayscapital.com
[mailto:Stephen.King@barclayscapital.com]
Sent: Sunday, September 21, 2008 9:12 AM
To: Reilly, Gerard; Mincak, Christopher; Jasen.Yang@barclayscapital.com
Cc: Pearn, Francis J; McInerney, Lily; Shi, Jerry
Subject: RE: Net Long Options - 9/18

Don't forget we only want the exchange traded options, not the otc.

-----Original Message-----
From: Reilly, Gerard [mailto:greilly@lehman.com]
Sent: Sunday, September 21, 2008 9:11 AM
To: Mincak, Christopher; Yang, Jasen: Markets (NYK); King, Stephen: Markets (NYK)
Cc: Pearn, Francis J; McInerney, Lily; Shi, Jerry
Subject: RE: Net Long Options - 9/18

Chris

Does this include all equity exchange traded options?

-----Original Message-----
From: Mincak, Christopher
Sent: Friday, September 19, 2008 5:41 PM
To: 'Jasen.Yang@barclayscapital.com'; Stephen.King@barclayscapital.com
Cc: Pearn, Francis J; McInerney, Lily; Shi, Jerry; Reilly, Gerard
Subject: RE: Net Long Options - 9/18

I've included short options, longs/shorts as of yesterday's close, 9/18.

HIGHLY CONFIDENTIAL

-----Original Message-----
From: Jasen.Yang@barclayscapital.com
[mailto:Jasen.Yang@barclayscapital.com]
Sent: Friday, September 19, 2008 5:23 PM
To: Mincak, Christopher; Stephen.King@barclayscapital.com
Cc: Pearn, Francis J; McInerney, Lily; Shi, Jerry; Reilly, Gerard
Subject: RE: Net Long Options - 9/18

is there a short options book as well?

these are current as of yesterday's close?

thanks,

jasen

-----Original Message-----
From: Mincak, Christopher [mailto:christopher.mincak@lehman.com]
Sent: Friday, September 19, 2008 4:45 PM
To: King, Stephen: Markets (NYK); Yang, Jasen: Markets (NYK)
Cc: Pearn, Francis J; McInerney, Lily; Shi, Jerry; Reilly, Gerard
Subject: Net Long Options - 9/18

Attached are the options.  Awaiting the risk report from Risk.

Chris
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - - - - - -

This message is intended only for the personal and confidential use of
the designated recipient(s) named above.  If you are not the intended
recipient of this message you are hereby notified that any review,
dissemination, distribution or copying of this message is strictly
prohibited.  This communication is for information purposes only and
should not be regarded as an offer to sell or as a solicitation of an
offer to buy any financial product, an official confirmation of any
transaction, or as an official statement of Lehman Brothers.  Email
transmission cannot be guaranteed to be secure or error-free. Therefore,
we do not represent that this information is complete or accurate and it
should not be relied upon as such.  All information is subject to change
without notice.

- - - - - - - -
IRS Circular 230 Disclosure:
Please be advised that any discussion of U.S. tax matters contained
within this communication (including any attachments) is not intended or
written to be used and cannot be used for the purpose of (i) avoiding
U.S. tax related penalties or (ii) promoting, marketing or recommending
to another party any transaction or matter addressed herein.


This e-mail may contain information that is confidential, privileged or
otherwise protected from disclosure. If you are not an intended
recipient of this e-mail, do not duplicate or redistribute it by any
means. Please delete it and any attachments and notify the sender that

you have received it in error. Unless specifically indicated, this
e-mail is not an offer to buy or sell or a solicitation to buy or sell
any securities, investment products or other financial product or
service. an official confirmation of any transaction, or an official
statement of Barclays. Any views or opinions presented are solely those
of the author and do not necessarily represent those of Barclays. This
e-mail is subject to terms available at the following link:
www.barcap.com/emaildisclaimer. By messaging with Barclays you consent
to the foregoing.  Barclays Capital is the investment banking division
of Barclays Bank PLC, a company registered in England (number 1026167)
with its registered office at 1 Churchill Place, London, E14 5HP.  This
email may relate to or be sent from other members of the Barclays Group.

------------------------------------
- - - - - - - -

This message is intended only for the personal and confidential use of
the designated recipient(s) named above.  If you are not the intended
recipient of this message you are hereby notified that any review,
dissemination, distribution or copying of this message is strictly
prohibited.  This communication is for information purposes only and
should not be regarded as an offer to sell or as a solicitation of an
offer to buy any financial product, an official confirmation of any
transaction, or as an official statement of Lehman Brothers.  Email
transmission cannot be guaranteed to be secure or error-free. Therefore,
we do not represent that this information is complete or accurate and it
should not be relied upon as such.  All information is subject to change
without notice.

- - - - - - -
IRS Circular 230 Disclosure:
Please be advised that any discussion of U.S. tax matters contained
within this communication (including any attachments) is not intended or
written to be used and cannot be used for the purpose of (i) avoiding
U.S. tax related penalties or (ii) promoting, marketing or recommending
to another party any transaction or matter addressed herein.

This e-mail may contain information that is confidential, privileged or
otherwise protected from disclosure. If you are not an intended
recipient of this e-mail, do not duplicate or redistribute it by any
means. Please delete it and any attachments and notify the sender that
you have received it in error. Unless specifically indicated, this
e-mail is not an offer to buy or sell or a solicitation to buy or sell
any securities, investment products or other financial product or
service, an official confirmation of any transaction, or an official
statement of Barclays. Any views or opinions presented are solely those
of the author and do not necessarily represent those of Barclays. This
e-mail is subject to terms available at the following link:
www.barcap.com/emaildisclaimer. By messaging with Barclays you consent
to the foregoing.  Barclays Capital is the investment banking division
of Barclays Bank PLC, a company registered in England (number 1026167)
with its registered office at 1 Churchill Place, London, E14 5HP.  This
email may relate to or be sent from other members of the Barclays Group.

------------------------------------

--------

This message is intended only for the personal and confidential use of
the designated recipient(s) named above.  If you are not the intended
recipient of this message you are hereby notified that any review,
dissemination, distribution or copying of this message is strictly
prohibited.  This communication is for information purposes only and
should not be regarded as an offer to sell or as a solicitation of an
offer to buy any financial product, an official confirmation of any
transaction, or as an official statement of Lehman Brothers.  Email
transmission cannot be guaranteed to be secure or error-free. Therefore,
we do not represent that this information is complete or accurate and it
should not be relied upon as such.  All information is subject to change
without notice.

--------
IRS Circular 230 Disclosure:
Please be advised that any discussion of U.S. tax matters contained
within this communication (including any attachments) is not intended or
written to be used and cannot be used for the purpose of (i) avoiding
U.S. tax related penalties or (ii) promoting, marketing or recommending
to another party any transaction or matter addressed herein.

This e-mail may contain information that is confidential, privileged or
otherwise protected from disclosure. If you are not an intended
recipient of this e-mail, do not duplicate or redistribute it by any
means. Please delete it and any attachments and notify the sender that
you have received it in error. Unless specifically indicated, this
e-mail is not an offer to buy or sell or a solicitation to buy or sell
any securities, investment products or other financial product or
service, an official confirmation of any transaction, or an official
statement of Barclays. Any views or opinions presented are solely those
of the author and do not necessarily represent those of Barclays. This
e-mail is subject to terms available at the following link:
www.barcap.com/emaildisclaimer. By messaging with Barclays you consent
to the foregoing.  Barclays Capital is the investment banking division
of Barclays Bank PLC, a company registered in England (number 1026167)
with its registered office at 1 Churchill Place, London, E14 5HP.  This
email may relate to or be sent from other members of the Barclays Group.

------------------------------------
--------

This message is intended only for the personal and confidential use of
the designated recipient(s) named above.  If you are not the intended
recipient of this message you are hereby notified that any review,
dissemination. distribution or copying of this message is strictly
prohibited.  This communication is for information purposes only and
should not be regarded as an offer to sell or as a solicitation of any
offer to buy any financial product, an official confirmation of any
transaction, or as an official statement of Lehman Brothers.  Email
transmission cannot be guaranteed to be secure or error-free. Therefore,
we do not represent that this information is complete or accurate and it
should not be relied upon as such.  All information is subject to change

without notice.

--------
IRS Circular 230 Disclosure:
Please be advised that any discussion of U.S. tax matters contained
within this communication (including any attachments) is not intended or
written to be used and cannot be used for the purpose of (i) avoiding
U.S. tax related penalties or (ii) promoting, marketing or recommending
to another party any transaction or matter addressed herein.

_____

This e-mail may contain information that is confidential, privileged or
otherwise protected from disclosure. If you are not an intended
recipient of this e-mail, do not duplicate or redistribute it by any
means. Please delete it and any attachments and notify the sender that
you have received it in error. Unless specifically indicated, this
e-mail is not an offer to buy or sell or a solicitation to buy or sell
any securities, investment products or other financial product or
service, an official confirmation of any transaction, or an official
statement of Barclays. Any views or opinions presented are solely those
of the author and do not necessarily represent those of Barclays. This
e-mail is subject to terms available at the following link:
www.barcap.com/emaildisclaimer. By messaging with Barclays you consent
to the foregoing. Barclays Capital is the investment banking division
of Barclays Bank PLC, a company registered in England (number 1026167)
with its registered office at 1 Churchill Place, London, E14 5HP. This
email may relate to or be sent from other members of the Barclays Group.

_____
--------

This message is intended only for the personal and confidential use of
the designated recipient(s) named above.  If you are not the intended
recipient of this message you are hereby notified that any review,
dissemination, distribution or copying of this message is strictly
prohibited.  This communication is for information purposes only and
should not be regarded as an offer to sell or as a solicitation of an
offer to buy any financial product, an official confirmation of any
transaction, or as an official statement of Lehman Brothers.  Email
transmission cannot be guaranteed to be secure or error-free.
Therefore, we do not represent that this information is complete or
accurate and it should not be relied upon as such.  All information is
subject to change without notice.

--------
IRS Circular 230 Disclosure:
Please be advised that any discussion of U.S. tax matters contained
within this communication (including any attachments) is not intended or
written to be used and cannot be used for the purpose of (i) avoiding
U.S. tax related penalties or (ii) promoting, marketing or recommending
to another party any transaction or matter addressed herein.

_____

This e-mail may contain information that is confidential, privileged or
otherwise protected from disclosure. If you are not an intended

BCI-EX-(S)-00138461

recipient of this e-mail, do not duplicate or redistribute it by any
means. Please delete it and any attachments and notify the sender that
you have received it in error. Unless specifically indicated, this
e-mail is not an offer to buy or sell or a solicitation to buy or sell
any securities, investment products or other financial product or
service, an official confirmation of any transaction, or an official
statement of Barclays. Any views or opinions presented are solely those
of the author and do not necessarily represent those of Barclays. This
e-mail is subject to terms available at the following link:
www.barcap.com/emaildisclaimer. By messaging with Barclays you consent
to the foregoing.  Barclays Capital is the investment banking division
of Barclays Bank PLC, a company registered in England (number 1026167)
with its registered office at 1 Churchill Place, London, E14 5HP.  This
email may relate to or be sent from other members of the Barclays Group.

HIGHLY CONFIDENTIAL

BCI-EX-(S)-00138462

THE OPTIONS CLEARING CORPORATION
COLLATERAL INVENTORY BY CMO

ACTIVITY DATE: 09/19/2008 CYCLE-13
SYSTEM DATE: 09/19/2008 SYSTEM TIME: 21:22:22
REPORT-13:    C2C00000035300000000000192008

CMO PAGE 1

CMO:    LEHMAN BROTHERS INC.

TOTALS BY CURRENCY    USD

| COLLATERAL TYPE | RECORD QTY | FACE VALUE | QUANTITY | CONTRACT QTY |
|---|---|---|---|---|
| LETTERS OF CREDIT | 7 | 252,200,000.00 | | |
| CASH | 6 | 1,081,685,547.47 | | |
| GOVERNMENTS (GN & GE) | 15 | 814,295,000 | | |
| MONEY MARKET FUNDS (SHRS) | 0 | | 0 | |
| VALUED SECURITIES | 0 | | 0 | |
| SPECIFIC DEPOSITS | 273 | | 7,753,700 | |
| ESCROW DEPOSITS | 20 | | | 3,116 |

****CONTINUED ON NEXT PAGE****

EBP0450

HIGHLY CONFIDENTIAL

BCI-EX-(S)-00138485

```
THE OPTIONS CLEARING CORPORATION          ACTIVITY DATE: 09/19/2008 CYCLE-12:                    CMO PAGE 2
COLLATERAL INVENTORY BY CMO               SYSTEM DATE: 09/19/2008 SYSTEM TIME: 21:02:22
                                          REPORT-12:    C2C00000035300000C0000919208

CMO:         LEHMAN BROTHERS INC.

COLLATERAL TYPE:    LETTERS OF CREDIT
```

| ASSET MANAGER | LC# | RSTR | ISSUE DATE | EXP DATE | FACE VALUE | FV CURN | MARKET VALUE | COLLATERAL VALUE |
|---|---|---|---|---|---|---|---|---|
| ANZBHK33XXX | SC4743/8200 | | | 03/01/2009 | | 0.00 USD | 0.00 | 0.00 |
| ANZBGB33XXX | SC4744/8200 | | 09/01/2008 | 03/01/2009 | | 0.00 USD | 0.00 | 0.00 |
| BNPAUS3NXXX | 91903950 | | 08/28/2008 | 03/01/2009 | 800,000.00 | USD | 800,000.00 | 800,000.00 |
| | OG  CMM    AT ID | | | | | | | |
| | OCC 00684 C | | | | 800,000.00 | | 800,000.00 | 800,000.00 |
| BNPAUS3NXXX | 91903955 | | 08/28/2008 | 03/01/2009 | 251,400,000.00 | USD | 251,400,000.00 | 251,400,000.00 |
| | OR  CMM    AT ID | | | | | | | |
| | OCC 00674 F | | | | 500,000.00 | | 500,000.00 | 500,000.00 |
| | OCC 00674 M | | | | 211,550,000.00 | | 211,550,000.00 | 211,550,000.00 |
| | OCC 00684 F | | | | 39,350,000.00 | | 39,350,000.00 | 39,350,000.00 |
| BGYKUS33XXX | S011193 | | 09/01/2008 | 03/01/2009 | | 0.00 USD | 0.00 | 0.00 |
| NYVBUS31XXX | SB237405 | | 09/03/2008 | 03/01/2009 | | 0.00 USD | 0.00 | 0.00 |
| LOYCHGB1NYB | MVS82008730 | | 09/01/2008 | 03/01/2009 | | 0.00 USD | 0.00 | 0.00 |
| USD TOTAL | | | | | 252,200,000.00 | | 252,200,000.00 | 252,200,000.00 |

```
GRAND TOTAL                                          252,200,000.00          252,200,000.00   252,200,000.00
=======================================================================================================
```

ENR0450                                    ****CONTINUED ON NEXT PAGE****

HIGHLY CONFIDENTIAL

BCI-EX-(S)-0018486

THE OPTIONS CLEARING CORPORATION
COLLATERAL INVENTORY BY CMO

CMO:
CLEARING MEMBER: LEHMAN BROTHERS INC.
OCC 00074

COLLATERAL TYPE: CASH

ACTIVITY DATE: 09/19/2008 CYCLE-12:
SYSTEM DATE: 09/19/2008 SYSTEM TIME: 21:02:22
REPORT-ID: C2C000C0353000740C0C109192008

CMO PAGE 3
CM PAGE 1

| AT ID | ASSET MANAGER | SEG CASH | FACE VALUE | PV CURR | MARKET VALUE | COLLATERAL VALUE |
|-------|---------------|----------|------------|---------|--------------|------------------|
| C | BCFAUS6SXXX | | 162,681,324.65 | USD | 162,681,324.65 | 162,681,324.65 |
| F | BCFAUS6SXXX | | 578,689,010.23 | USD | 578,689,010.23 | 578,689,010.23 |
| M | BCFAUS6SXXX | | 255,919,157.59 | USD | 255,919,157.59 | 255,919,157.59 |
| USD TOTAL | | | 997,289,492.47 | | 997,289,492.47 | 997,289,492.47 |
| CM TOTAL | | | 997,289,492.47 | | 997,289,492.47 | 997,289,492.47 |

****CONTINUED ON NEXT PAGE****

ESP0450

HIGHLY CONFIDENTIAL

BCI-EX-(S)-00138487

THE OPTIONS CLEARING CORPORATION
COLLATERAL INVENTORY BY CMO

ACTIVITY DATE: 09/19/2008 CYCLE-ID
SYSTEM DATE: 09/19/2008 SYSTEM TIME: 21:02:22
REPORT-ID: C2C0000C0353000740C0C10919208

CMO PAGE 4
CM PAGE 2

CMO:
CLEARING MEMBER: LEHMAN BROTHERS INC.
OCC: 000074

COLLATERAL TYPE: GOVERNMENTS (GS & GE)

| ASSET MANAGER | PLGR ACCT | CUSIP | GOV CT TYPE | COUPON RATE | MAT DATE | SUB TYPC | FACE VALUE | FV CURN | MARKET VALUE | COLLATERAL VALUE |
|---|---|---|---|---|---|---|---|---|---|---|
| AT C ID: | | | | | | | | | | |
| CBAUSB33XXX | | 912810FP25 | GS BOND | 3.625 | 04/15/2028 | PR | 59,175,000 | USD | 96,971,025.50 | 92,029,374.23 |
| CBAUSB33XXX | | 912810FR4 | GS BOND | 2.375 | 01/15/2025 | PR | 175,000,000 | USD | 207,135,250.00 | 196,778,487.50 |
| CBAUSB33XXX | | 912810FS2 | GS BOND | 2.000 | 01/15/2026 | PR | 55,560,000 | USD | 58,872,487.20 | 55,928,862.84 |
| AT F ID: | | | | | | | | | | |
| CBAUSB33XXX | | 912810FP6 | GS BOND | 3.875 | 04/15/2029 | PR | 86,585,000 | USD | 144,882,082.95 | 137,635,078.80 |
| CBAUSB33XXX | | 912810FR4 | GS BOND | 2.375 | 01/15/2025 | PR | 119,445,000 | USD | 141,378,488.38 | 134,309,751.08 |
| CBAUSB33XXX | | 912810FR4 | GS BOND | 2.375 | 01/15/2025 | PR | 26,260,000 | USD | 31,082,123.80 | 29,528,017.61 |
| CBAUSB33XXX | | 912810FP4 | GS BOND | 1.750 | 01/15/2028 | PR | 34,000,000 | USD | 32,725,580.00 | 31,084,551.00 |
| AT M ID: | | | | | | | | | | |
| CBAUSB33XXX X | | 912810FP4 | GS BOND | 1.750 | 01/15/2028 | PR | 85,770,000 | USD | 82,542,474.90 | 78,415,351.16 |
| AT Z ID: | | | | | | | | | | |
| CBAUSB33XXX | | 912795G08B | GS BILL | | 10/02/2008 | PR | 19,000,000 | USD | 18,996,200.00 | 18,901,219.00 |
| CBAUSB33XXX | | 912795G9H6 | GS BILL | | 12/04/2008 | PR | 42,000,000 | USD | 41,865,800.00 | 41,660,451.00 |
| CBAUSB33XXX | | 912795G9J6 | GS BILL | | 12/11/2008 | PR | 41,000,000 | USD | 40,831,600.00 | 40,607,092.00 |
| CBAUSB33XXX | | 912795G36 | GS BILL | | 12/18/2008 | PR | 14,500,000 | USD | 14,466,650.00 | 14,394,316.75 |
| CBAUSB33XXX | | 912795G44 | GS BILL | | 12/26/2008 | PR | 25,000,000 | USD | 24,897,500.00 | 24,773,012.50 |
| CBAUSB33XXX | | 912795J93 | GS BILL | | 01/29/2009 | PR | 28,000,000 | USD | 27,868,400.00 | 27,729,058.00 |
| CBAUSB33XXX | | 912795KC9 | GS BILL | | 02/26/2009 | PR | 3,000,000 | USD | 2,981,400.00 | 2,966,493.00 |
| GS TOTAL | | | | | | | 814,295,000 | | 967,466,259.70 | 926,832,116.47 |
| GS TOTAL | | | | | | | 0 | | 0.00 | 0.00 |
| USD TOTAL | | | | | | | 814,295,000 | | 967,466,259.70 | 926,832,116.47 |
| CM TOTAL | | | | | | | 814,295,000 | | 967,466,259.70 | 926,832,116.47 |

****CONTINUED ON NEXT PAGE****

ENF04S0

HIGHLY CONFIDENTIAL

BCI-EX-(S)-00138488

THE OPTIONS CLEARING CORPORATION                    ACTIVITY DATE: 09/19/2008 CYCLE-13:           CMO PAGE 5
COLLATERAL INVENTORY BY CMO                         SYSTEM DATE: 09/19/2008 SYSTEM TIME: 21:02:22   CM  PAGE 3
                                                    REPORT-ID:     C2000000053006740C0C0101092008

CMO:
CLEARING MEMBER:       LEHMAN BROTHERS INK.
                       CCC 00074

COLLATERAL TYPE:       MONEY MARKET FUNDS

           ASSET       PLGR                SEC     SEC
AT  ID     MANAGER     ACCT     CUSIP      SYMB    CUSN        SHARE QTY      MARKET VALUE    COLLATERAL VALUE

NO DATA

                                                                    ****CONTINUED ON NEXT PAGE****

ENF0450

HIGHLY CONFIDENTIAL

BCI-EX-(S)-00138489

THE OPTIONS CLEARING CORPORATION
COLLATERAL INVENTORY BY CMO

ACTIVITY DATE: 09/19/2008 CYCLE-ID:
SYSTEM DATE: 09/19/2008 SYSTEM TIME: 21:02:22
REPORT-ID:    C200000005310007400101091520208

CMO PAGE 6
CM  PAGE 4

CMO:
CLEARING MEMBER:    LEHMAN BROTHERS INC.
                   OCC 00074

COLLATERAL TYPE:    VALUED SECURITIES

| AT | ID | ASSET MANAGER | PLGR ACCT | CUSIP | SEC RSTR SYMB | SEC CUSN CLASS | DQ TYPE | QUANTITY | MARKET VALUE |
|----|----|----|----|----|----|----|----|----|----|

NO DATA

****CONTINUED ON NEXT PAGE****

ENP0450

**HIGHLY CONFIDENTIAL**

BCI-EX-(S)-00138490

# Remainder of Exhibit
# Filed Under Seal