# CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of January, 2010, a true and correct copy of the foregoing Motion of U.S. Bank National Association, as Trustee, was served electronically through the Court's ECF System on parties requesting electronic service and by U.S. Mail, First Class, Postage Prepaid, on the parties shown below.

| | |
|---|---|
| Honorable James M. Peck<br>United States Bankruptcy Court for the<br>    Southern District of New York<br>Courtroom 601<br>One Bowling Green<br>New York, NY  10004 | Richard P. Krasnow, Esq.<br>Lori R. Fife, Esq.<br>Shai Y. Waisman, Esq.<br>Jackqueline Marcus, Esq.<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153 |
| Andy Velez-Rivera<br>Paul Schwartzberg<br>Brian Masumoto<br>Linda Riffkin<br>Tracy Hope Davis<br>Office of the United States Trustee for the<br>    Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, NY  10004 | Dennis F. Dunne, Esq.<br>Dennis O'Donnell, Esq.<br>Evan Fleck, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY  10005 |
| Lindsee P. Granfield, Esq.<br>Lisa Schweiger, Esq.<br>Cleary Gotliebb LLP<br>One Liberty Plaza<br>New York, NY  10006 | Robinson B. Lacy, Esq.<br>Hydee R. Feldstein, Esq.<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY  10004 |
| Trust Company of the West<br>1251 Avenue of the Americas<br>Suite 4700<br>New York, NY  10020<br>Attn:  Beth Clarke | Epiq Bankruptcy Solutions, LLC<br>Claims Agent<br>(f/k/a Bankruptcy Services LLC)<br>757 Third Avenue, 3rd Floor<br>New York, NY  10017 |
| Donald Weiss<br>K&L Gates LLP<br>70 West Madison Street, Suite 3100<br>Chicago, IL  60602-4207 | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY  10019 |
| State Street Cayman Trust Company Ltd.<br>P.O. Box 3113 SMB<br>Windward Three, 5th Floor<br>Regatta Office Park<br>Grand Cayman, Cayman Islands | Neuberger Berman Fixed Income LLC<br>605 Third Avenue, 21st Floor<br>New York, NY  10158 |

| | |
|---|---|
| Talis Seja | Maples and Calder |
| Nixon Peabody LLP | P.O. Box 309 |
| 100 Summer Street | Ugland House |
| Boston, MA  02110 | Grand Cayman KY1-1104 |
| | Cayman Islands |

                                                     ___/s/ Craig Price_____
                                                          Craig Price