**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
|  |  |  |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | 08-13555 (JMP) |
| Debtors. | : | (Jointly Administered) |

-----------------------------------------------------------------x    Ref. Docket Nos. 6764 - 6767

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                     ) ss.:
COUNTY OF NEW YORK   )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 26, 2010, I caused to be served the:

    a. "Notice of Thirty-Ninth Supplemental List of Ordinary Course Professionals," dated January 26, 2010 [Docket No. 6764],

    b. "Declaration and Disclosure Statement of Jason Shapiro, on Behalf of Rising Realty," dated January 21, 2010 [Docket No. 6765],

    c. "Affidavit and Disclosure Statement of Bradley L. Tilt, on Behalf of Fabian & Clendenin," dated January 20, 2010 [Docket No. 6766],

    d. "Affidavit and Disclosure Statement of Robert C. Zinnershine on Behalf of Seyfarth Shaw LLP," dated January 20, 2010 [Docket No. 6767],

by causing true and correct copies to be:

    a) delivered via electronic mail to those parties listed on the annexed Exhibit A, and as indicated upon those parties listed on the annexed Exhibit B, and

    b) enclosed securely in a separate postage-prepaid envelope and delivered via overnight mail to the Office of The United States Trustee, Attn: Andrew D. Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Rifkin, Tracy Hope Davis, 33 Whitehall Street, 21st Floor, New York, NY 10004.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

|  |  |
|---|---|
| Sworn to before me this<br>27th day of January, 2010 | /s/ Eleni Kossivas<br>Eleni Kossivas |

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

# EXHIBIT A

Email Addresses
ddunne@milbank.com
dodonnell@milbank.com
efleck@milbank.com
gbray@milbank.com
paronzon@milbank.com
wfoster@milbank.com

**EXHIBIT B**

**Exhibit B – Additional Parties**

1. Rising Realty: jbobzin@firstamreo.com (Docket No. 6765 only)

2. Fabian & Clendenin: btilt@fabianlaw.com (Docket No. 6766 only)

3. Seyfarth Shaw LLP: rzinnershine@seyfarth.com (Docket No. 6767 only)