**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------------x
                                                                            )
In re:                                                                      )  Chapter 11
                                                                            )
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                                    )  Case No. 08-13555 (JMP)
                                                                            )
                                                                            )
                                                                            )
       Debtors                                                              )  (Jointly Administered)
----------------------------------------------------------------------------x

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| CCP Credit Acquisition Holdings, LLC | The Royal Bank of Scotland plc |
| Name of Transferee | Name of Transferor |

| | |
|---|---|
| Name and Address where notices to transferee should be sent: | **Case No. 08-13885** |
| Lisa Murray<br>375 Park Avenue<br>13th Floor<br>New York, NY 10152<br>Phone number: 212-672-4617<br>Fax number: 646-652-5342 | Court Claim # (if known): 66014, amending Claims 63362 (in the amount of $1,620,404.00), 17289 (in the amount of $3,215,036.00) and 2226 (in the amount of $3,215,036.00) |
| | Amount of Claim as set forth in the amended Claim 66014: $1,191,363.00 |
| | Date Claim Filed: 12/24/2009 |
| Marisol Chappell<br>Phone number: 212-672-4676<br>Fax number: 212-672-5004 | Original Claimant: BP Capital Energy Equity International Holdings I, L.P. |
| With a copy to:<br>Andrews Kurth LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Attn: David Hoyt | Name and Address where transferee payments should be sent:<br>JPMorgan Chase Bank, New York<br>ABA #: 021000021<br>Account Name: CCP Credit Acquisition Holdings, LLC<br>A/C # 695 245 563 |

NYC:205032.1

EXHIBIT B

## FORM OF EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, The Royal Bank of Scotland plc ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to CCP Credit Acquisition Holdings, LLC ("Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, a portion, equal to 31.8433735% or $379,370.17[1] of its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) represented by claim number 2226 against Lehman Brothers Commodity Services Inc. (the "Debtor"), the debtor in Case No. 08-13885 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") and the relevant portion of any and all proofs of claim filed by Seller or its predecessor-in-interest with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF PARTIAL TRANSFER OF CLAIM is executed this 6 day of January 2010.

THE ROYAL BANK OF SCOTLAND PLC
By: RBS Securities Inc., its agent

By: _____
Name: KAREN BREWER
Title: VICE PRESIDENT

---

[1] For the avoidance of doubt, the calculation of this amount is based on the amount reflected in the most recent amendment to the relevant proof of claim.

567124.1/2620-00240                      14

CCP CREDIT ACQUISITION HOLDINGS, LLC

By:
Name:
Title:

## FORM OF EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:  THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, The Royal Bank of Scotland plc ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to CCP Credit Acquisition Holdings, LLC ("Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, a portion, equal to 31.8433735% or $379,370.17[2] of its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) represented by claim number 17289 against Lehman Brothers Commodity Services Inc. (the "Debtor"), the debtor in Case No. 08-13885 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") and the relevant portion of any and all proofs of claim filed by Seller or its predecessor-in-interest with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF PARTIAL TRANSFER OF CLAIM is executed this 6 day of January 2010.

THE ROYAL BANK OF SCOTLAND PLC

By: RBS Securities Inc., its agent

By: _____
Name:
Title:    KAREN BREWER
         VICE PRESIDENT

---

[2] For the avoidance of doubt, the calculation of this amount is based on the amount reflected in the most recent amendment to the relevant proof of claim.

567124.1/2620-00240                         16

CCP CREDIT ACQUISITION HOLDINGS, LLC

By: _____
Name:
Title:

## FORM OF EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, The Royal Bank of Scotland plc ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to CCP Credit Acquisition Holdings, LLC ("Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, a portion, equal to 31.8433735% or $379,370.17[3] of its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) represented by claim number 63362 against Lehman Brothers Commodity Services Inc. (the "Debtor"), the debtor in Case No. 08-13885 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") and the relevant portion of any and all proofs of claim filed by Seller or its predecessor-in-interest with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF PARTIAL TRANSFER OF CLAIM is executed this __6__ day of January 2010.

THE ROYAL BANK OF SCOTLAND PLC
By: RBS Securities Inc., its agent

By: _____
Name:
Title:     KAREN BREWER
           VICE PRESIDENT

---

[3]   For the avoidance of doubt, the calculation of this amount is based on the amount reflected in the most recent amendment to the relevant proof of claim.

CCP CREDIT ACQUISITION HOLDINGS, LLC

By:
Name:
Title:

## FORM OF EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, The Royal Bank of Scotland plc ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to CCP Credit Acquisition Holdings, LLC ("Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, a portion, equal to 31.8433735% or $379,370.17[4] of its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) represented by claim number 66014 against Lehman Brothers Commodity Services Inc. (the "Debtor"), the debtor in Case No. 08-13885 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") and the relevant portion of any and all proofs of claim filed by Seller or its predecessor-in-interest with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF PARTIAL TRANSFER OF CLAIM is executed this 6 day of January 2010.

THE ROYAL BANK OF SCOTLAND PLC
By: RBS Securities Inc., its agent

By: _____
Name:
Title:    · KAREN BREWER
          VICE PRESIDENT

---

[4] For the avoidance of doubt, the calculation of this amount is based on the amount reflected in the most recent amendment to the relevant proof of claim.

567124.1/2620-00240                    20

CCP CREDIT ACQUISITION HOLDINGS, LLC

By: _____
Name:
Title: