**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------x
                                                                               )
In re:                                                                         ) Chapter 11
                                                                               )
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                                       ) Case No. 08-13555 (JMP)
                                                                               )
                                                                               )
                                                                               )
     Debtors                                                                   ) (Jointly Administered)
-------------------------------------------------------------------------------x

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| CCP Credit Acquisition Holdings, LLC | The Royal Bank of Scotland plc |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

   Lisa Murray
   375 Park Avenue
   13th Floor
   New York, NY 10152
   Phone number: 212-672-4617
   Fax number: 646-652-5342

   Marisol Chappell
   Phone number: 212-672-4676
   Fax number: 212-672-5004

With a copy to:
Andrews Kurth LLP
450 Lexington Avenue
New York, NY 10017
Attn: David Hoyt

**Case No. 08-13555**
Court Claim # (if known): 66010, amending Claims 17293 (in the amount of $18,157,000.00) and 2222 (in the amount of $18,157,000.00)

Amount of Claim as set forth in the amended Claim 66010: $13,488,793.00

Date Claim Filed: 12/24/2009

Original Claimant: T. Boone Pickens

Name and Address where transferee payments should be sent:

   JPMorgan Chase Bank, New York
   ABA #: 021000021
   Account Name: CCP Credit Acquisition Holdings, LLC
   A/C # 695 245 563

NYC:205038.1

# FORM OF EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

    For value received, the adequacy and sufficiency of which are hereby acknowledged, The Royal Bank of Scotland plc ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to CCP Credit Acquisition Holdings, LLC ("Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, a portion, equal to 31.8433735% or $4,295,286.73[4] of its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) represented by claim number 2222 against Lehman Brothers Holdings Inc. (the "Debtor"), the debtor in Case No. 08-13555 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") and the relevant portion of any and all proofs of claim filed by Seller or its predecessor-in-interest with the Bankruptcy Court in respect of the foregoing claim.

    Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

    IN WITNESS WHEREOF, this EVIDENCE OF PARTIAL TRANSFER OF CLAIM is executed this 6 day of January 2010.

THE ROYAL BANK OF SCOTLAND PLC

By: RBS Securities Inc., its agent

By: _____
Name:
Title:   KAREN BREWER
       VICE PRESIDENT

---

[4] For the avoidance of doubt, the calculation of this amount is based on the amount reflected in the most recent amendment to the relevant proof of claim.

CCP CREDIT ACQUISITION HOLDINGS, LLC

By: *[signature]*
Name:
Title:

# FORM OF EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, The Royal Bank of Scotland plc ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to CCP Credit Acquisition Holdings, LLC ("Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, a portion, equal to 31.8433735% or $4,295,286.73[5] of its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) represented by claim number 17293 against Lehman Brothers Holdings Inc. (the "Debtor"), the debtor in Case No. 08-13555 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") and the relevant portion of any and all proofs of claim filed by Seller or its predecessor-in-interest with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF PARTIAL TRANSFER OF CLAIM is executed this 6 day of January 2010.

THE ROYAL BANK OF SCOTLAND PLC

By: RBS Securities Inc., its agent

By: _____
Name:
Title:   KAREN BREWER
         VICE PRESIDENT

---

[5]   For the avoidance of doubt, the calculation of this amount is based on the amount reflected in the most recent amendment to the relevant proof of claim.

567148.1/2620-00240                          22

CCP CREDIT ACQUISITION HOLDINGS, LLC

By: *[signature]*
Name:
Title:

## FORM OF EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, The Royal Bank of Scotland plc ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to CCP Credit Acquisition Holdings, LLC ("Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, a portion, equal to 31.8433735% or $4,295,286.73[6] of its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) represented by claim number 66010 against Lehman Brothers Holdings Inc. (the "Debtor"), the debtor in Case No. 08-13555 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") and the relevant portion of any and all proofs of claim filed by Seller or its predecessor-in-interest with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF PARTIAL TRANSFER OF CLAIM is executed this  6  day of January 2010.

THE ROYAL BANK OF SCOTLAND PLC

By: RBS Securities Inc., its agent

By: _____
Name:
Title:    KAREN BREWER
          VICE PRESIDENT

---

[6]   For the avoidance of doubt, the calculation of this amount is based on the amount reflected in the most recent amendment to the relevant proof of claim.

567148.1/2620-00240                           24

CCP CREDIT ACQUISITION HOLDINGS, LLC

By: _____
Name:
Title: