**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
                                                                     )
In re:                                                               )  Chapter 11
                                                                     )
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                             )  Case No. 08-13555 (JMP)
                                                                     )
                                                                     )
                                                                     )
        Debtors                                                      )  (Jointly Administered)
---------------------------------------------------------------------x

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Centerbridge Special Credit Partners, L.P. | The Royal Bank of Scotland plc |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

  Lisa Murray
  375 Park Avenue
  13th Floor
  New York, NY 10152
  Phone number: 212-672-4617
  Fax number: 646-652-5342

  Scott Hopson
  Phone number: 212-672-4626
  Fax number: 212-672-5004 & 212-672-4526

  With a copy to:
  Andrews Kurth LLP
  450 Lexington Avenue
  New York, NY 10017
  Attn: David Hoyt

**Case No. 08-13885**

Court Claim # (if known): 66015, amending Claims 17291 (in the amount of $16,888,998.00) and 2224 (in the amount of $16,888,998.00)

Amount of Claim as set forth in the amended Claim 66015: $11,964,224.00

Date Claim Filed: 12/24/2009

Original Claimant: BP Capital Energy Equity Fund, L.P.

Name and Address where transferee payments should be sent:

  JPMorgan Chase Bank, New York
  ABA #: 021000021
  A/C # 811 127 232
  Account Name: Centerbridge Special Credit Partners, L.P.
  Ref: BP/Lehman Claims to Centerbridge Special Credit Partners, L.P.

NYC:205049.1

**EXHIBIT B**

**FORM OF EVIDENCE OF PARTIAL TRANSFER OF CLAIM**

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, The Royal Bank of Scotland plc ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Centerbridge Special Credit Partners, L.P. ("Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, a portion, equal to 11.5301205% or $1,379,489.44[1] of its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) represented by claim number 2224 against Lehman Brothers Commodity Services Inc. (the "Debtor"), the debtor in Case No. 08-13885 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") and the relevant portion of any and all proofs of claim filed by Seller or its predecessor-in-interest with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF PARTIAL TRANSFER OF CLAIM is executed this  6  day of January 2010.

THE ROYAL BANK OF SCOTLAND PLC
By: RBS Securities Inc., its agent

By: _____
Name:
Title:     KAREN BREWER
           VICE PRESIDENT

---

[1] For the avoidance of doubt, the calculation of this amount is based on the amount reflected in the most recent amendment to the relevant proof of claim.

567184.1/2620-00240                             14

CENTERBRIDGE SPECIAL CREDIT
PARTNERS, L.P.

By:
Name:
Title:

**FORM OF EVIDENCE OF PARTIAL TRANSFER OF CLAIM**

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, The Royal Bank of Scotland plc ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Centerbridge Special Credit Partners, L.P. ("Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, a portion, equal to 11.5301205% or $1,379,489.44[2] of its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) represented by claim number 17291 against Lehman Brothers Commodity Services Inc. (the "Debtor"), the debtor in Case No. 08-13885 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") and the relevant portion of any and all proofs of claim filed by Seller or its predecessor-in-interest with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF PARTIAL TRANSFER OF CLAIM is executed this 6 day of January 2010.

THE ROYAL BANK OF SCOTLAND PLC

By: RBS Securities Inc., its agent

By: _____
Name:
Title:      KAREN BREWER
            VICE PRESIDENT

---

[2]   For the avoidance of doubt, the calculation of this amount is based on the amount reflected in the most recent amendment to the relevant proof of claim.

CENTERBRIDGE SPECIAL CREDIT
PARTNERS, L.P.

By: _____
Name:
Title:

## FORM OF EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, The Royal Bank of Scotland plc ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Centerbridge Special Credit Partners, L.P. ("Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, a portion, equal to 11.5301205% or $1,379,489.44[3] of its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) represented by claim number 66015 against Lehman Brothers Commodity Services Inc. (the "Debtor"), the debtor in Case No. 08-13885 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") and the relevant portion of any and all proofs of claim filed by Seller or its predecessor-in-interest with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF PARTIAL TRANSFER OF CLAIM is executed this 6 day of January 2010.

THE ROYAL BANK OF SCOTLAND PLC

By: RBS Securities Inc., its agent

By: _____
Name:
Title:   KAREN BREWER
         VICE PRESIDENT

---

[3]   For the avoidance of doubt, the calculation of this amount is based on the amount reflected in the most recent amendment to the relevant proof of claim.

567184.1/2620-00240                                      18

CENTERBRIDGE SPECIAL CREDIT
PARTNERS, L.P.

By: _____
Name:
Title: