Hearing Date and Time: February 10, 2010 at 10:00 a.m. (Eastern Time)
Objection Date and Time: February 5, 2010 at 4:00 p.m. (Eastern Time)

CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
Richard Levin
Attorneys for Credit Suisse AG

CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2416
Facsimile: (212) 225-39999
Sean A. O'Neal
Attorneys for Goldman, Sachs & Co.,
Merrill Lynch & Co. Inc.,
Morgan Stanley & Co.
and The Royal Bank of Scotland plc

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman
Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>　　　　　　Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE OF MOTION OF THE DEBTORS AND CERTAIN CREDITORS TO CLARIFY OR AMEND THE DEBTORS' SUPPLEMENTAL NOTICE AND THE BAR DATE ORDER WITH RESPECT TO LEHMAN PROGRAMS SECURITIES ISSUED BY LBHI**

PLEASE TAKE NOTICE that a hearing on the annexed Motion of the Debtors and Credit Suisse AG, Goldman, Sachs & Co., Merrill Lynch & Co. Inc., Morgan Stanley & Co. and The Royal Bank of Scotland plc ("Moving Creditors") for an order clarifying or amending (i) the Debtors' Supplemental Notice and (ii) the Bar Date Order, with respect only to the securities identified on Schedule A attached to the Motion,[1] all as more fully described in the Motion, will be held before the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Customs House, Courtroom 601, One Bowling Green, New York, New York 10004 (the "Bankruptcy Court"), on **February 10, 2010 at 10:00 a.m. (Eastern Time)** (the "Hearing").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion shall be in writing, shall conform to the Bankruptcy Rules and the Local Rules of the Bankruptcy Court for the Southern District of New York, shall set forth the name of the objecting party, the basis for the objection and the specific grounds thereof, shall be filed with the Bankruptcy Court electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's case filing system and by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with two hard copies delivered directly to Chambers), and shall be served upon: (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York

2

10153, Attn: Shai Y. Waisman, Esq., attorneys for the Debtors; (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.; (iv) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq., attorneys for the Official Committee of Unsecured Creditors appointed in these cases; (v) Cravath, Swaine & Moore LLP, 828 Eighth Avenue, New York, New York 10019, Attn: Richard Levin; attorneys for Credit Suisse AG; and (vi) Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006, Attn: Sean A. O'Neal, attorneys for Goldman, Sachs & Co., Merrill Lynch & Co. Inc., Morgan Stanley & Co. and the Royal Bank of Scotland plc so as to be so filed and received by no later than **February 5, 2010 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that if an objection to the Motion is not received by the Objection Deadline, the relief requested shall be deemed unopposed, and the Bankruptcy Court may enter an order granting the relief sought without a hearing.

---

[1] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed thereto in the Motion.

3

PLEASE TAKE FURTHER NOTICE that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

Dated: January 29, 2010

| **CRAVATH, SWAINE & MOORE LLP** | **CLEARY GOTTLIEB STEEN & HAMILTON LLP** |
|---|---|
| By  /s/ Richard Levin<br>    Richard Levin<br>    Cravath, Swaine & Moore LLP<br>    825 Eighth Avenue<br>    New York, NY 10019<br>    Telephone: (212) 474-1000<br>    Facsimile: (212) 474-3700<br>    Attorneys for Credit Suisse AG | By  /s/ Sean A. O'Neal<br>    Sean A. O'Neal<br>    Cleary Gottlieb Steen & Hamilton LLP<br>    One Liberty Plaza<br>    New York, NY 10006<br>    Telephone: (212) 225-2416<br>    Facsimile: (212) 225-39999<br>    Attorneys for Goldman, Sachs & Co., Merrill Lynch & Co. Inc., Morgan Stanley & Co. and The Royal Bank of Scotland plc |

**WEIL, GOTSHAL & MANGES LLP**

By  /s/ Shai Y. Waisman
    Shai Y. Waisman
    Weil, Gotshal & Manges LLP
    767 Fifth Avenue
    New York, NY 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007
    Attorneys for Debtors
    and Debtors in Possession