**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br>Debtors. | Chapter 11 Case<br>No. 08-13555 (JMP)<br>(Jointly Administered) |

**ORDER CLARIFYING THE DEBTORS' SUPPLEMENTAL NOTICE AND THE BAR DATE ORDER WITH RESPECT TO CLAIMS RELATING TO LEHMAN PROGRAMS SECURITIES ISSUED BY LBHI**

Upon the motion, dated January 29, 2010 (the "Motion"),[1] of the Debtors and Credit Suisse AG, Goldman, Sachs & Co., Merrill Lynch & Co. Inc., Morgan Stanley & Co. and The Royal Bank of Scotland plc ("Moving Creditors") for an order clarifying or amending (i) the Debtors' Supplemental Notice and (ii) the Bar Date Order, with respect only to the securities identified on Schedule A attached hereto, as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided in accordance with the procedures set forth in the amended order entered February 13,

---

[1] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed thereto in the Motion

2009 governing case management and administrative procedures [Docket No. 2837] (the "Case Management Order") to (i) the United States Trustee for the Southern District of New York; (ii) the attorneys for the Official Committee of Unsecured Creditors; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) the relevant clearing agencies and (vii) all parties who have requested notice in these chapter 11 cases, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates and creditors, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the Motion is granted; and it further

ORDERED that, notwithstanding anything to the contrary in the Bar Date Order, the LPS Bar Date Notice or the Supplemental Notice, the Debtors and all parties in interest in these chapter 11 cases shall be authorized and directed to rely upon, and utilize the records of the clearing agencies (as of the record date specified by the Court for voting and the date of a distribution for any distributions), for purposes of providing and distributing notices and ballots in these chapter 11 cases, tabulating ballots related to any plan and making distributions in these chapter 11 cases, in each case solely with respect to claims against LBHI relating to LBHI Issued LPS, and it further

ORDERED that, nothing in this Order shall apply to securities other than the securities identified on Schedule A attached hereto (or added to Schedule A pursuant to the procedure described in this Order).  Securities may be added to Schedule A following the entry of the Order if (i) any party provides LBHI with documentation that, in LBHI's reasonable

2

discretion, establishes that a security was (a) included on the Final List of LPS, (b) outstanding as of September 15, 2008 and (c) was actually issued by LBHI, and (ii) the security is included on LBHI's books and records as of September 15, 2008. For the avoidance of doubt, LBHI shall not be required to add any security to Schedule A if such security is not included on its books and records as of September 15, 2008.

ORDERED that, notwithstanding anything to the contrary in the Bar Date Order, the LPS Bar Date Notice or the Supplemental Notice, holders of claims against LBHI relating to LBHI Issued LPS shall not be required to file proofs of claim or notices pursuant to Bankruptcy Rule 3001(e) in respect of such claims; and it is further

ORDERED that, notwithstanding anything to the contrary in the Bar Date Order, the LPS Bar Date Notice or the Supplemental Notice, any proofs of claim previously filed or to be filed in respect of claims against LBHI relating to LBHI Issued LPS shall be disregarded for purposes of providing notices in these chapter 11 cases, distributing ballots in these chapter 11 cases and making distributions in these chapter 11 cases; and it is further

ORDERED, that the Debtors shall use good faith efforts to amend the Schedules of Liabilities as set forth in the Supplemental Notice; and it is further

ORDERED that the Debtors shall publish a notice to all creditors consistent with this Order on www.lehman-docket.com; and it is further

ORDERED that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

ORDERED that the requirement to file a separate memorandum of points and authorities with the motion is waived; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the interpretation and/or implementation of this Order.

Dated: February ____, 2010

_____
UNITED STATES BANKRUPTCY JUDGE

# Schedule A

Securities Identified by ISIN

| | |
|---|---|
| CA524908PR55 | XS0252835110 |
| CA524908TV22 | XS0254171191 |
| CA524908VR81 | XS0257022714 |
| CH0026915527 | XS0262321986 |
| CH0026985082 | XS0268648952 |
| JP584117A3C0 | XS0272543900 |
| JP584117A5A9 | XS0274585305 |
| JP584117A762 | XS0274591535 |
| JP584117B760 | XS0282937985 |
| JP584117C768 | XS0287044969 |
| XS0073472606 | XS0288056913 |
| XS0082350587 | XS0288579260 |
| XS0128857413 | XS0289254509 |
| XS0138439616 | XS0289619529 |
| XS0151868444 | XS0290041960 |
| XS0167792026 | XS0290745180 |
| XS0178222179 | XS0291967296 |
| XS0179304869 | XS0299141332 |
| XS0181712364 | XS0300055547 |
| XS0183944643 | XS0307745744 |
| XS0185590139 | XS0326006540 |
| XS0189741001 | XS0336095749 |
| XS0193035358 | XS0345259435 |
| XS0196298219 | XS0348395814 |
| XS0205185456 | XS0362467150 |
| XS0210414750 | XS0224535483 |
| XS0213899510 | XS0247679573 |
| XS0224346592 | XS0252834576 |

5