WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard W. Slack
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
:
**In re** : **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* : **08-13555 (JMP)**
:
**Debtors.** : **(Jointly Administered)**
:
:
----------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF MOTION PURSUANT TO SECTIONS 105(A), 362
AND 365 OF THE BANKRUPTCY CODE TO COMPEL PERFORMANCE OF
BOARD OF EDUCATION OF THE CITY OF CHICAGO'S OBLIGATIONS UNDER
AN EXECUTORY CONTRACT AND TO ENFORCE THE AUTOMATIC STAY**

**PLEASE TAKE NOTICE** that Lehman Brothers Special Financing Inc.'s Motion

Pursuant to Sections 105(a), 362 and 365 of the Bankruptcy Code to Compel Performance of

Board of Education of the City of Chicago's Obligations Under an Executory Contract and to

Enforce the Automatic Stay [Docket No. 5470], is hereby withdrawn with prejudice.

Dated: February 1, 2010
      New York, New York

/s/ Robert J. Lemons
Richard W. Slack
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession