**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>　　　　　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>Jointly Administered<br><br>**SUPPLEMENTAL CERTIFICATE OF SERVICE** |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

　　　　BRYANT M. YU hereby certifies the following under the penalties of perjury:

　　　　I am over the age of 18 years, not a party to this action and reside at 27 Millman Drive, East Brunswick, NJ 08816.

　　　　On the 30th day of January, 2010, I served the

- **Motion of the Debtors and Certain Creditors to Clarify or Amend the Debtors' Supplemental Notice and the Bar Date Order with Respect to Claims Relating to the Lehman Programs Securities Issued by LBHI [Docket No. 6858]**

- **Notice of Motion of the Debtors and Certain Creditors to Clarify or Amend the Debtors' Supplemental Notice and the Bar Date Order with Respect to Lehman Programs Securities issued by LBHI [Docket No. 6858]**

- **[Proposed] Order Clarifying the Debtors' Supplemental Notice and the Bar Date Order with Respect to Claims Relating to Lehman Programs Securities Issued by LBHI [Docket No. 6858]**

upon

        Susheel Kirpalani, Esq.
        Robert K. Dakis, Esq.
        Quinn Emanuel Urquhart Oliver & Hedges, LLP
        51 Madison Avenue
        22nd Floor
        New York, New York 10010

by delivering a true copy of the above-listed documents to a courier for FEDERAL EXPRESS, an overnight delivery service, for delivery the next business day, to wit: Monday, February 1, 2010;

and upon the entities listed in the attached Service List, by depositing true copies of the above-listed documents in properly addressed, postage prepaid, INTERNATIONAL MAIL wrappers in a depository under the exclusive care and custody of the United States Postal Service located within the State, City and County of New York.

        Dated, this 1st day of February, 2010, at New York, New York.

                                    s/ Bryant M. Yu
                                    Bryant M. Yu
                                    Law Clerk

**SERVICE LIST**

CLEARSTREAM BANKING LUXEMBOURG
42 BOULEVARD JOHN F. KENNEDY
1855 LUXEMBOURG
LUXEMBOURG

FIESAL ABRAHIM
CDS CLEARING AND DEPOSITORY SERVICES INC.
WERNER LAUERER
HEAD OF SECTION
CORPORATE ACTIONS FRANKFURT
CLEARSTREAM INTERNATIONAL S.A.
DEUTSCHE BÖRSE GROUP
42 AVENUE JF KENNEDY
L-2967 LUXEMBOURG

EUROCLEAR BANK S.A./N.V.
1, BOULEVARD ROI ALBERT II
1210 BRUSSELS
BELGIUM

TAKUSHI SAITO, ATTORNEY-AT-LAW, TMI ASSOCIATES
23RD FLOOR, ROPPONGI HILLS MORI TOWER
10-1 ROPPONGI 6-CHOME, MINATO-KU, TOKYO, JAPAN

KIMMO KOSKINEN
REGISTRATION OFFICER, BOOK-ENTRY REGISTER
ACCOUNT OPERATOR SERVICES
EUROCLEAR FINLAND LTD
P.O.BOX 1110

SEGAINTERSETTLE AG
BASLERSTRASSE 100
CH-4600 OLTEN
SWITZERLAND

COMPUTERSHARE
LEVEL 3, 60 CARRINGTON STREET
SYDNEY NSW 2000, AUSTRALIA

PÄIVI PENTTILÄ
SENIOR BUSINESS MANAGER
ACCOUNT OPERATOR SERVICES
EUROCLEAR FINLAND LTD
P.O.BOX 1110
FI-00101 HELSINKI, FINLAND

AOZORA BANK, LTD.
ATTN: SUSAN MINEHAN, SENIOR COUNSEL
1-3-1 KUDAN MINAMI
CHIYODA-KU
TOKYO, 102-8660
JAPAN

AOZORA BANK, LTD.
ATTN: KOJI NOMURA, JOINT GENERAL MANAGER
FINANCIAL INSTITUTIONS DIVISION
1-3-1 KUDAN MINAMI
CHIYODA-KU
TOKYO, 102-8660
JAPAN

GSEF AL NAWRAS (CAYMAN) LIMITED
C/O NASREEN BULOS, LEGAL COUNSEL GLOBAL EQUITIES
DUBAI INTERNATIONAL CAPITAL LLC
DIFC BUILDING 2, 4TH FLOOR
SHEIKH ZAYED ROAD, PO BOX 72888
DUBAI,
UNITED ARAB EMIRATES

LEHMAN BROTHERS BANKHAUS AKTIENGESELLSCHAFT
VERTRETEN DURCH IHREN VORSTAND
(MICHAEL BONACKER,HANS-MARTIN BURY, HELMUT OLIVIER
DR. PATRICK SCHMITZ-MORKRAMER, CHRISTIAN SPIELER)
RATHENAUPLATZ 1
60313 FRANKFURT AM MAIN,
GERMANY

MICHAEL C. FREGE
IN SEINER EIGENSCHAFT ALS INSOLVENZVERWALTER UBER
DAS VERMOGEN DER LEHMAN BROTHERS BANKHAUS AKTIENGESELLSCHAFT
BARCKHAUSSTR. 12-16
60325 FRANKFURT AM MAIN,
GERMANY

MORI HAMADA & MATSUMOTO
ATTN: KEN MIURA, ESQ.
(COUNSEL TO NIPPON LIFE INSURANCE COMPANY)
MARUNOUCHI KITAGUCHI BUILDING
1-6-5 MARUNOUCHI, CHIYODA-KU
TOKYO 100-8222,
JAPAN

MORRISON & FOERSTER LLP
ATTN: TSUGUMICHI WATANABE, ESQ.
SHIN-MARUNOUCHI BUILDING, 29TH FLOOR
5-1, MARUNOUCHI 1 -CHOME
CHIYODA-KU
TOKYO, 100-6529
JAPAN

NAGASHIMA OHNO & TSUNEMATSU
ATTN: MASAKI KONISHI, ESQ.
(COUNSEL TO THE CHUO MITSUI TRUST AND BANKING CO.)
KIOICHO BUILDING 3-12, KIOICHO
CHIYODA-KU
TOKYO 102-0094,
JAPAN

THE CHUO MITSUI TRUST AND BANKING CO., LTD
33-1, SHIBA 3-CHOME
MINATO-KU
TOKYO 105-8574,
JAPAN

THE SUMITOMO TRUST & BANKING CO., LTD
ATTN: MR. MASAYA YAMASHIRO, SENIOR MANAGER
GRANTOKYO, SOUTH TOWER
1-9-2, MARUNOUCHI, CHIYODA-KU
TOKYO 100-6611,
JAPAN

VINSON & ELKINS RLLP
ATTN: JEFFREY E. ELDREDGE
(COUNSEL TO GSEF AL NAWRAS (CAYMAN) LIMITED)
CITY POINT, 33RD FLOOR
ONE ROPEMAKED STREET
LONDON EC2Y 9UE,
UK

WHITE & CASE LLP
ATTN: MICHAEL RUETZEL, ULF KREPPEL, KATARINA STAHL
(COUNSEL TO GERMAN ASSOCIATION OF SAVINGS BANKS)
BOCKENHEIMER LANDSTRASSE 20
60323 FRANKFURT AM MAIN,
GERMANY