# United States Bankruptcy Court

## Southern District of New York

In re Lehman Brothers Holdings Inc.    Case Nos. 08-13555
Jointly Administered

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| TACONIC MARKET DISLOCATION MASTER FUND II L.P. | JPMORGAN CHASE BANK, N.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Court Claim #: 23646 in the aggregate amount of $1,202,546.00

Amount of Transferred Claim: $226,920.43 which is 18.87% of $1,202,546.00

The balance of Court Claim #23646 in the amount of $975,625.57 (81.13% of the Court Claim #23646) has been transferred by Transferor to Taconic Market Dislocation Fund II LP, an affiliate of Transferee. A separate Notice of Transfer is being simultaneously filed with this Court for such portion.

Name and Address where notices to Transferee should be sent:

Taconic Market Dislocation Fund II LP
c/o Taconic Capital Advisors L.P.
450 Park Avenue
New York, NY 10022
Attn: Tim Andriks
Tel: 212-318-3606
Email: TAndriks@taconiccap.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Taconic Market Dislocation Master Fund II L.P.
By: Taconic Capital Advisors L.P., its investment adviser

By: [signature]
Name: Jon Jachman
Title: Principal

Date: 1/29/10

EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

and to: Taconic Market Dislocation Master Fund II L.P.
Taconic Market Dislocation Fund II L.P.

JPMorgan Chase Bank, N.A., a National Banking Association under the laws of the United States, located at 4 New York Plaza, 16th Floor, New York, NY 1004 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to (i) Taconic Market Dislocation Master Fund II L.P., its successors and assigns, with offices at 450 Park Avenue, New York, NY 10022 ("TMD Master"), and (ii) Taconic Market Dislocation Fund II LP, its successors and assigns, with offices at 450 Park Avenue, New York, NY 10022 ("TMD" and together with TMD Master, the "Buyer"), 100% of all rights, title and interest in and to the claim of Seller against Lehman Brothers Special Financing Inc. (Claim No.: 23646) in the original amount of $1,202,546.00 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim (18.87% owned by TMD Master and 81.13% owned by TMD).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Agreement by their duly authorized representatives as of the 31 day of December, 2009.

WITNESS:_____
Name:_____

JPMorgan Chase Bank, N.A.
By:_____
Name:_____
       Erin M. Elwegan
Title:_____
       Authorized Signatory

WITNESS:_____
Name:_____

Taconic Market Dislocation Master Fund II L.P.
By: Taconic Capital Advisors L.P., its investment advisor

By:_____
Name: Jon Jachman
Title: Principal

- 11 -