DECHERT LLP
Shmuel Vasser
James O. Moore
1095 Avenue of the Americas
New York, New York 10036-6797
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

*Counsel to Aviva Investors North America, Inc.*
*and Victoria Reinsurance Company Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
                                                               :
In re:                                                         :    Chapter 11
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,:    Case No. 08-13555 (JMP)
                                                               :
                    Debtors.                                   :    Jointly Administered
                                                               :
---------------------------------------------------------------X

**NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF JOINT MOTION OF**
**AVIVA INVESTORS NORTH AMERICA, INC. AND VICTORIA**
**REINSURANCE COMPANY LTD. TO PERMIT LATE CLAIM FILING**
**PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(B)(1)**

PLEASE TAKE NOTICE that, based on the Motion of the Debtors and

Certain Creditors to Clarify or Amend the Debtors' Supplemental Notice and the Bar Date

Order with Respect to Claims Relating to the Lehman Programs Securities Issued by LBHI

[Docket No. 6858] and in anticipation of such motion being granted, the Joint Motion of

Aviva Investors North America, Inc. and Victoria Reinsurance Company Ltd. to Permit

Late Claim Filing Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) [Docket

No. 6718] is hereby withdrawn without prejudice.

Dated:  February 2, 2010
        New York, New York

                                                /s/ Shmuel Vasser
                                            Shmuel Vasser
                                            James O. Moore
                                            Dechert LLP
                                            1095 Avenue of the Americas
                                            New York, New York 10036-6797
                                            Telephone: (212) 698-3500
                                            Facsimile: (212) 698-3599
                                            shmuel.vasser@dechert.com
                                            james.moore@dechert.com

                                            *Counsel to Aviva Investors North America, Inc.*
                                            *and Victoria Reinsurance Company Ltd.*