**Presentment Date and Time: February 9, 2010 at 12:00 noon (Prevailing Eastern Time)**
**Objection Deadline: February 8, 2010 at 11:00 a.m. (Prevailing Eastern Time)**
**Hearing Date and Time (Only if Objection Filed): February 10, 2010 at 10:00 a.m. (Prevailing Eastern Time)**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                                              :           **Chapter 11 Case No.**
                                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*    :           **08-13555 (JMP)**
                                                                   :
                                               **Debtors.**        :           **(Jointly Administered)**
                                                                   :
                                                                   :
------------------------------------------------------------------x

**NOTICE OF PRESENTMENT OF STIPULATION, AGREEMENT**
**AND ORDER BETWEEN LEHMAN BROTHERS HOLDINGS INC. AND**
**CERTAIN INDIVIDUAL FOREIGN CREDITORS DEEMING PROOFS OF**
**CLAIMS RECEIVED AFTER THE APPLICABLE BAR DATE TO BE TIMELY FILED**

      **PLEASE TAKE NOTICE** that the undersigned will present the annexed Stipulation,
Agreement and Order (the "Stipulation, Agreement and Order") between Lehman Brothers
Holdings Inc. and the certain creditors identified on Schedule "A" to the Stipulation, Agreement
and Order to the Honorable James M. Peck, United States Bankruptcy Judge, for signature on
**February 9, 2010 at 12:00 noon (Prevailing Eastern Time).**

      **PLEASE TAKE FURTHER NOTICE** that unless a written objection to the proposed
Stipulation, Agreement and Order, with proof of service, is served and filed with the Clerk of the
Court and a courtesy copy is delivered to (i) the Bankruptcy Judge's chambers and (ii) the
undersigned, so as to be received by **February 8, 2010 at 11:00 a.m. (Prevailing Eastern Time)**,
there will not be a hearing and the Order may be signed.

      **PLEASE TAKE FURTHER NOTICE** that if a written objection is timely served and
filed, a hearing (the "Hearing") will be held to consider the Stipulation, Agreement and Order on
**February 10, 2010 at 10:00 a.m. (Prevailing Eastern Time)** before the Honorable James M.
Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton
Customs House, Courtroom 601, One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

Dated: February 2, 2010
      New York, New York

                                /s/ Shai Y. Waisman
                                Shai Y. Waisman

                                WEIL, GOTSHAL & MANGES LLP
                                767 Fifth Avenue
                                New York, New York 10153
                                Telephone: (212) 310-8000
                                Facsimile: (212) 310-8007

                                Attorneys for Debtors
                                and Debtors in Possession

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                            :

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC., et al.** | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

------------------------------------------------------------------x

**STIPULATION, AGREEMENT AND ORDER**
**BETWEEN LEHMAN BROTHERS HOLDINGS INC. AND CERTAIN**
**INDIVIDUAL FOREIGN CREDITORS DEEMING PROOFS OF CLAIMS**
**RECEIVEDAFTER THE APPLICABLE BAR DATE TO BE TIMELY FILED**

TO THE HONORABLE JAMES M. PECK,
UNITED STATES BANKRUPTCY JUDGE:

           Lehman Brothers Holdings Inc. ("LBHI") and each of the parties identified on

Schedule "A" attached hereto who are individuals and who are citizens of Italy (the "Creditors"

and, together with LBHI, the "Parties"), by and through their respective counsel, hereby enter

into this Stipulation, Agreement and Order and represent and agree as follows:

RECITALS

          A.      Commencing on September 15, 2008 (the "Commencement Date") and

periodically thereafter, as applicable, LBHI and certain of its subsidiaries (collectively, the

"Debtors") commenced with this Court voluntary cases under chapter 11 of title 11 of the United

States Code (the "Bankruptcy Code").  The Debtors' chapter 11 cases have been consolidated for

procedural purposes only and are being jointly administered pursuant to Rule 1015(b) of the

Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").  The Debtors are authorized to

operate their businesses and manage their properties as debtors in possession pursuant to sections

1107(a) and 1108 of the Bankruptcy Code.

B.      By order dated July 2, 2009 (the "Bar Date Order"), the Court established

November 2, 2009 at 5:00 p.m. as the deadline (the "Securities Programs Bar Date") for filing

proofs of claim against any of the Debtors in these chapter 11 cases based on certain notes (i)

issued by LBHI and its affiliates to retail investors located outside of the United States and (ii)

included on a list published on www.lehman-docket.com on July 17, 2009 (the "Lehman

Programs Securities").

C.      The Creditors, individuals located outside the United States, timely obtained

blocking numbers and completed the proofs of claim identified on Schedule "A" attached hereto

(the "Claims") and mailed them via first class mail on the applicable date set forth on Schedule

"A".  For reasons not attributable to the Creditors and wholly outside the Creditors' control, the

Claims were not delivered to Epiq Bankruptcy Solutions LLC (the "Claims Agent") until shortly

after the Securities Programs Bar Date had passed.

D.      Promptly after the Securities Programs Bar Date, counsel for the Creditors

contacted Debtors' counsel to discuss the circumstances surrounding the significantly delayed

arrival of the Claims.  Counsel to the Creditors promptly provided all additional information

requested by the Debtors.

E.      The Debtors have reviewed the Claims, the circumstances surrounding the

mailing of the Claims by the Creditors and the delayed receipt of the Claims by the Claims

Agent and believe the Creditors have demonstrated excusable neglect such that the Claims should be considered timely filed.

F.      The Parties hereto have agreed to the terms set forth below.

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THEIR UNDERSIGNED COUNSEL, AND UPON COURT APPROVAL HEREOF, IT SHALL BE ORDERED THAT**:

STIPULATION

1.      The Recitals form an integral part of this Stipulation, Agreement and Order and are incorporated fully here.

2.      The Claims shall be deemed to have been timely filed.

3.      The rights of the Debtors and any other party in interest to object to the Claims on any ground other than the timing and method of filing are expressly preserved and unaffected by this Stipulation, Agreement and Order.

4.      This Stipulation, Agreement and Order shall not become effective against LBHI unless and until it is "so ordered" by the Court.

5.      This Stipulation, Agreement and Order may not be modified other than by a signed writing executed by the Parties hereto or by further order of the Court.

6.      Each person who executes this Stipulation, Agreement and Order represents that he or she has the authority to execute this document on behalf of his or her respective client(s).

7.      This Stipulation, Agreement and Order may be executed in counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument, and it shall constitute sufficient proof of this Stipulation, Agreement and Order to present any copy, copies or facsimiles signed by the party hereto to be charged.

8.      The Court shall retain jurisdiction to resolve any disputes or controversies arising from or related to this Stipulation, Agreement and Order.


Dated: February 2, 2010

**WEIL, GOTSHAL & MANGES LLP**


/s/ Shai Y. Waisman                              /s/ Angelo D'Alessandro
Shai Y. Waisman                                  Avv. Angelo D'Alessandro
767 Fifth Avenue                                 Via Ottaviano, 9
New York, New York 10153                         00192 Rome, Italy
Telephone: (212) 310-8000                        Telephone: +39 06 39912281
Facsimile: (212) 310-8007                        Facsimile: +39 06 39745518


Attorneys for Debtors                            /s/ Pietro Paolo Mennea
and Debtors in Possession                        Avv. Pietro Paolo Mennea
                                                 Via Silla, 9
                                                 00192 Rome, Italy
                                                 Telephone: +39 06 39735493
                                                 Facsimile: +39 06 39735496


                                                 Attorneys for the Creditors




                    SO ORDERED this _____ day of February, 2010


                    _____
                    UNITED STATES BANKRUPTCY JUDGE

Schedule A

| Creditor | Claim No. | Date Claim was Postmarked |
|---|---|---|
| Salvatore Facella Sensi Della Penna | 64937 | October 9, 2009 |
| Salvatore Facella Sensi Della Penna | 65237 | October 9, 2009 |
| Salvatore Facella Sensi Della Penna | 65768 | October 9, 2009 |
| Franco Mura | 65203 | October 10, 2009 |
| Franco Mura | 65204 | October 10, 2009 |
| Luigi Isola | 65672 | October 6, 2009 |