**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
:
In re                                                              :     Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,   :     08-13555 (JMP)
:
Debtors.                           :     (Jointly Administered)
:
----------------------------------------------------------------x    Ref. Docket Nos. 6771-6775, 6778,
6779

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                            ) ss.:
COUNTY OF NEW YORK  )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 27, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Paul Belobritsky
Paul Belobritsky

Sworn to before me this
2nd day of February, 2010

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

# EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  POSCO INVESTMENT CO., LTD.
         B.J. KIM
         ROOM 5508, CENTRAL PLAZA, 18 HARBOUR RD
         WAICHAI
         HONG KONG

Please note that your claim # 8105 in the above referenced case and in the amount of
        $10,000,000.00         has been transferred **(unless previously expunged by court order)**

         DEUTSCHE BANK AG, LONDON BRANCH
         TRANSFEROR: POSCO INVESTMENT CO., LTD.
         C/O DEUTSCHE BANK AG, HONG KONG BRANCH
         55/F CHEUNG KONG CENTER
         2 QUEEN'S ROAD CENRAL
         ATTN: HENG CHEAM, CHRISTOPHER WONG
         HONG KONG
         HONG KONG

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6771    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/27/2010                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 27, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          | Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,          | 08-13555 (JMP)
                                               |
           Debtors.                             | (Jointly Administered)

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  POSCO INVESTMENT CO., LTD.
         B.J. KIM
         ROOM 5508, CENTRAL PLAZA, 18 HARBOUR RD
         WAICHAI
         HONG KONG

Please note that your claim # 508 in the above referenced case and in the amount of
      $10,000,000.00         has been transferred **(unless previously expunged by court order)**

         DEUTSCHE BANK AG, LONDON BRANCH
         TRANSFEROR: POSCO INVESTMENT CO., LTD.
         C/O DEUTSCHE BANK AG, HONG KONG BRANCH
         55/F CHEUNG KONG CENTER
         2 QUEEN'S ROAD CENTRAL
         ATTN: HENG CHEAM, CHRISTOPHER WONG
         HONG KONG
         HONG KONG

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                              UNITED STATES BANKRUPTCY COURT
                              Southern District of New York
                              One Bowling Green
                              New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6771       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/27/2010                            Vito Genna, Clerk of Court

                                            /s/ Paul Belobritsky
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 27, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   POSCO INVESTMENT CO., LTD.
      ATTN: B.J. KIM, MANAGER
      ROOM 5508, CENTRAL PLAZA, 18 HARBOUR RD
      WAICHAI
      HONG KONG
```

Please note that your claim # 7493 in the above referenced case and in the amount of
    $10,000,000.00         has been transferred **(unless previously expunged by court order)**

```
      DEUTSCHE BANK AG, LONDON BRANCH
      TRANSFEROR: POSCO INVESTMENT CO., LTD.
      C/O DEUTSCHE BANK AG, HONG KONG BRANCH
      55/F CHEUNG KONG CENTER
      2 QUEEN'S ROAD CENTRAL
      ATTN: HENG CHEAM, CHRISTOPHER WONG
      HONG KONG
      HONG KONG
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 6771      in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/27/2010                           Vito Genna, Clerk of Court

                                           /s/ Paul Belobritsky
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 27, 2010.

```
_____
                                              |
In re                                         |   Chapter 11 Case No.
                                              |
                                              |   08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,        |
                                              |   (Jointly Administered)
                                              |
            Debtors.                          |
                                              |
_____
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  POSCO INVESTMENT CO., LTD.
         B.J. KIM
         ROOM 5508, CENTRAL PLAZA, 18 HARBOUR RD
         WAICHAI
         HONG KONG
```

Please note that your claim # 8104 in the above referenced case and in the amount of
        $10,000,000.00        has been transferred **(unless previously expunged by court order)**

```
         DEUTSCHE BANK AG, LONDON BRANCH
         TRANSFEROR: POSCO INVESTMENT CO., LTD.
         DEUTSCHE BANK AG, HONG KONG BRANCH
         55/F CHEUNG KONG CENTER
         2 QUEEN'S ROAD CENTRAL
         ATTN: HENG CHEAM, CHRISTOPHER WONG
         HONG KONG
         HONG KONG
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                              UNITED STATES BANKRUPTCY COURT
                              Southern District of New York
                              One Bowling Green
                              New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6771       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/27/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 27, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To: CORE LABORATORIES LP
        ATTN: GENERAL COUNSEL
        6316 WINDFERN RD.
        HOUSTON TX 77040

Please note that your claim # 10230 in the above referenced case and in the amount of
     $90,070,515.00        has been transferred **(unless previously expunged by court order)**

        DEUTSCHE BANK AG, LONDON BRANCH
        TRANSFEROR: CORE LABORATORIES LP
        ATTN: MATTHEW WEINSTEIN
        60 WALL ST., 3RD FLOOR
        NEW YORK NY 10005

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 6772      in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/27/2010                        Vito Genna, Clerk of Court

                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on January 27, 2010.

```
In re                                          |  Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         |  08-13555 (JMP)
                                               |
                                               |  (Jointly Administered)
              Debtors.                         |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   CORE LABORATORIES LP
              ATTN: GENERAL COUNSEL
              6316 WINDFERN RD.
              HOUSTON TX 77040

Please note that your claim # 65891 in the above referenced case and in the amount of
        $85,000,000.00        has been transferred **(unless previously expunged by court order)**

              DEUTSCHE BANK AG, LONDON BRANCH
              TRANSFEROR: CORE LABORATORIES LP
              ATTN: MATTHEW WEINSTEIN
              60 WALL ST., 3RD FLOOR
              NEW YORK NY 10005

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6773    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/27/2010                            Vito Genna, Clerk of Court


                                            /s/ Paul Belobritsky
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on January 27, 2010.

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  DEUTSCHE LUFTHANSA AG
     C/O BAKER & MCKENZIE LLP
     ATTENTION: IRA REID, ESQ.
     1114 AVENUE OF THE AMERICAS
     NEW YORK NY 10036
```

Please note that your claim # 4103 in the above referenced case and in the amount of
     $19,923,889.67          has been transferred **(unless previously expunged by court order)**

```
         DEUTSCHE BANK AG, LONDON BRANCH
         TRANSFEROR: DEUTSCHE LUFTHANSA AG
         ATTN: MICHAEL SUTTON, PHILIPP ROEVER
         WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
         LONDON    EC2N 2DB
         UNITED KINGDON
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                      UNITED STATES BANKRUPTCY COURT
                      Southern District of New York
                      One Bowling Green
                      New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6774       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/27/2010                              Vito Genna, Clerk of Court

                                              /s/ Paul Belobritsky
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 27, 2010.

```
In re                                    |   Chapter 11 Case No.
                                         |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |   08-13555 (JMP)
                                         |
                                         |   (Jointly Administered)
            Debtors.                     |
                                         |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:   DEUTSCHE LUFTHANSA AG
          C/O BAKER & MCKENZIE LLP
          ATTENTION: IRA A. REID
          1114 AVENUE OF THE AMERICAS
          NEW YORK NY 10036
```

Please note that your claim # 14086 in the above referenced case and in the amount of
        $19,923,889.67         has been transferred **(unless previously expunged by court order)**

```
          DEUTSCHE BANK AG, LONDON BRANCH
          TRANSFEROR: DEUTSCHE LUFTHANSA AG
          ATTN: MICHAEL SUTTON, PHILIPP ROEVER
          WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
          LONDON    EC2N 2DB
          UNITED KINGDON
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                      UNITED STATES BANKRUPTCY COURT
                      Southern District of New York
                      One Bowling Green
                      New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6775      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/27/2010                          Vito Genna, Clerk of Court

                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 27, 2010.

```
In re                                          |   Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         |   08-13555 (JMP)
                                               |
                                               |   (Jointly Administered)
            Debtors.                           |
                                               |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
        To:  ANCHORAGE CROSSOVER CREDIT OFFSHORE MASTER FUND, LTD.
             C/O ANCHORAGE ADVISORS, L.L.C.
             0 BROADWAY, 6TH FLOOR
             ATTENTION: KATHRYN PRUESS
             NEW YORK NY 10012
```

Please note that your claim # 22214 in the above referenced case and in the amount of
        $13,819,124.04         has been transferred **(unless previously expunged by court order)**

```
        CBW LLC                                                    CBW LLC
        TRANSFEROR: ANCHORAGE CROSSOVER CREDIT OFFSHORE MASTER FUND, LTD.   MANAGING CLERK
        AMANDA GOEHRING                                            RICHARDS KIBBE & ORBE LLP
        C/O ASHURST LLP                                            ONE WORLD FINANCIAL CENTER
        1 PENN PLAZA, 36TH FLOOR                                   NEW YORK NY 10281-1003
        NEW YORK NY 10119
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6778     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/27/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 27, 2010.

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: ANCHORAGE CROSSOVER CREDIT OFFSHORE MASTER FUND, LTD
    C/O ANCHORAGE ADVISORS, L.L.C.
    ATTN: KATHRYN PRUESS
    610 BROADWAY, 6TH FLOOR
    NEW YORK NY 10012

ANCHORAGE CROSSOVER CREDIT OFFSHORE MASTER F
SIDLEY AUSTIN LLP
ATTN: ALEX ROVIRA
787 SEVENTH AVENUE
NEW YORK NY 10019

Please note that your claim # 20581 in the above referenced case and in the amount of
       $13,819,124.04        has been transferred **(unless previously expunged by court order)**

CBW LLC
TRANSFEROR: ANCHORAGE CROSSOVER CREDIT OFFSHORE MASTER FUND, LTD
AMANDA GOEHRING
C/O ASHURST LLP
1 PENN PLAZA, 36TH FLOOR
NEW YORK NY 10119

CBW LLC
MANAGING CLERK
RICHARDS KIBBE & ORBE LLP
ONE WOLRD FINANCIAL CENTER
NEW YORK NY 10281-1003

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 6779    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/27/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on January 27, 2010.

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  ANCHORAGE CROSSOVER CREDIT OFFSHORE MASTER FUND, LTD        ANCHORAGE CROSSOVER CREDIT OFFSHORE MASTER F
     SIDLEY AUSTIN LLP                                           C/O ANCHORAGE ADVISORS, L.L.C.
     ATTN: ALEX ROVIRA                                           ATTN: KATHRYN PRUESS
     787 SEVENTH AVENUE                                          610 BROADWAY, 6TH FLOOR
     NEW YORK NY 10019                                           NEW YORK NY 10012
```

Please note that your claim # 20581 in the above referenced case and in the amount of
$13,819,124.04        has been transferred **(unless previously expunged by court order)**

```
     CBW LLC                                                     CBW LLC
     MANAGING CLERK                                              TRANSFEROR: ANCHORAGE CROSSOVER CREDIT OFFSH
     RICHARDS KIBBE & ORBE LLP                                   AMANDA GOEHRING
     ONE WOLRD FINANCIAL CENTER                                  C/O ASHURST LLP
     NEW YORK NY 10281-1003                                      1 PENN PLAZA, 36TH FLOOR
                                                                 NEW YORK NY 10119
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 6779       in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/27/2010                         Vito Genna, Clerk of Court

                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 27, 2010.

**EXHIBIT "B"**

```
TIME: 11:48:14                                    LEHMAN BROTHERS HOLDING INC.                                           PAGE:   1
DATE: 01/27/10                                        CREDITOR LISTING

Name                                          Address
ANCHORAGE CROSSOVER CREDIT OFFSHORE MASTER    SIDLEY AUSTIN LLP ATTN: ALEX ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019
ANCHORAGE CROSSOVER CREDIT OFFSHORE MASTER    SIDLEY AUSTIN LLP ATTN: LEE ATTANASIO 787 SEVENTH AVENUE NEW YORK NY 10019
ANCHORAGE CROSSOVER CREDIT OFFSHORE MASTER    C/O ANCHORAGE ADVISORS, L.L.C. ATTN: KATHRYN PRUESS 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012
ANCHORAGE CROSSOVER CREDIT OFFSHORE MASTER    C/O ANCHORAGE ADVISORS, L.L.C. ATTN: KATHRYN PRUESS 610 BROADWAY, 6TH FLOOR ATTENTION: KATHRYN PRUESS NEW YORK NY 10012
CBW LLC                                       MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WOLRD FINANCIAL CENTER NEW YORK NY 10281-1003
CBW LLC                                       MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
CBW LLC                                       TRANSFEROR: ANCHORAGE CROSSOVER CREDIT OFFSHORE MASTER FUND, LTD AMANDA GOEHRING C/O ASHURST LLP 1 PENN PLAZA, 36TH FLOOR NEW YORK N1
CBW LLC                                       TRANSFEROR: ANCHORAGE CROSSOVER CREDIT OFFSHORE MASTER FUND, LTD. AMANDA GOEHRING C/O ASHURST LLP 1 PENN PLAZA, 36TH FLOOR NEW YORK NY
CORE LABORATORIES LP                          ATTN: GENERAL COUNSEL 6316 WINDFERN RD. HOUSTON TX 77040
CORE LABORATORIES LP                          TRANSFEROR: CORE LABORATORIES LP ATTN: MATTHEW WEINSTEIN 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH               TRANSFEROR: DEUTSCHE LUFTHANSA AG ATTN: MICHAEL SUTTON, PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNIT
DEUTSCHE BANK AG, LONDON BRANCH               TRANSFEROR: POSCO INVESTMENT CO., LTD. C/O DEUTSCHE BANK AG, HONG KONG BRANCH 55/F CHEUNG KONG CENTER 2 QUEEN'S ROAD CENRAL ATTN: HE
DEUTSCHE BANK AG, LONDON BRANCH               TRANSFEROR: POSCO INVESTMENT CO., LTD. C/O DEUTSCHE BANK AG, HONG KONG BRANCH 55/F CHEUNG KONG CENTER 2 QUEEN'S ROAD CENTRAL ATTN: HENG
DEUTSCHE BANK AG, LONDON BRANCH               TRANSFEROR: POSCO INVESTMENT CO., LTD. DEUTSCHE BANK AG, HONG KONG BRANCH 55/F CHEUNG KONG CENTER 2 QUEEN'S ROAD CENTRAL ATTN: HENG
DEUTSCHE LUFTHANSA AG                         C/O BAKER & MCKENZIE LLP ATTENTION: IRA A. REID 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036
DEUTSCHE LUFTHANSA AG                         C/O BAKER & MCKENZIE LLP ATTENTION: IRA REID, ESQ. 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036
POSCO INVESTMENT CO., LTD.                    ATTN: B.J. KIM, MANAGER ROOM 5508, CENTRAL PLAZA, 18 HARBOUR RD WAICHAI HONG KONG
POSCO INVESTMENT CO., LTD.                    B.J. KIM ROOM 5508, CENTRAL PLAZA, 18 HARBOUR RD WAICHAI HONG KONG

Total Number of Records Printed     18
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT "C"**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153