**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                                                 :
In re                                                            :    Chapter 11 Case No.
                                                                 :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :    08-13555 (JMP)
                                                                 :
                         Debtors.                        :    (Jointly Administered)
                                                                 :
------------------------------------------------------------------x    Ref. Docket Nos. 6780, 6783-6789,
                                                                       6794, 6795, 6799, 6800

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK         )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 28, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                              /s/ Paul Belobritsky
Sworn to before me this                                       Paul Belobritsky
2nd day of February, 2010

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

# EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   EFG BANK AG                              EFG BANK AG
      BAHNHOFSTRASSE 16                        GREENBERG TRAURIG LLP
      ATTN: ISABEL FARAGALLI                   ATTN: MARIA DECONZA
      P.O. BOX 2255                            200 PARK AVENUE
      ZURICH    8022                           NEW YORK NY 10166
      SWITZERLAND
```

Please note that your claim # 55837-01 in the above referenced case and in the amount of
          $100,000.00          has been transferred **(unless previously expunged by court order)**

```
      THE ROYAL BANK OF SCOTLAND, PLC
      TRANSFEROR: EFG BANK AG
      135 BISHOPSGATE
      ATTN: ANDREW SCOTLAND, OONAGH HOYLAND
      LONDON    EC2M 3UR
      ENGLAND
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6780    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/28/2010                          Vito Genna, Clerk of Court

                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 28, 2010.

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  FCDB LBU LLC C/O FORTRESS INVESTMENT GROUP
         ATTN: JAMES K. NOBLE
         1345 AVENUE OF THE AMERICAS
         NEW YORK NY 10105
```

Please note that your claim # 62931-11 in the above referenced case and in the amount of
    $1,029,010.02        has been transferred **(unless previously expunged by court order)**

```
         BANC OF AMERICA SECURITIES LLC
         TRANSFEROR: FCDB LBU LLC C/O FORTRESS INVESTMENT GROUP
         214 N TYRON STREET
         NC1-027-14-01
         ATTN: JON BARNES
         CHARLOTTE NC 28255
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6783     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/28/2010                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 28, 2010.

|  |  |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   MERRILL LYNCH INTERNATIONAL                    MERRILL LYNCH INTERNATIONAL
      MERRILL LYNCH FINANCIAL CENTRE                 CADWALADER, WICKERSHAM & TAFT LLP
      ATTN ANNIKA WESTLING                           ATTN JILL KAYLOR
      2 KING EDWARD STREET                           ONE WORLD FINANCIAL CENTER
      LONDON    EC1A 1HQ                             NEW YORK NY 10281
      UNITED KINGDOM
```

Please note that your claim # 59408 in the above referenced case and in the amount of
         $11,968,631.00        has been transferred **(unless previously expunged by court order)**

```
      BANC OF AMERICA SECURITIES LLC
      TRANSFEROR: MERRILL LYNCH INTERNATIONAL
      214 N TYRON STREET
      NC1-027-14-01
      ATTN: JON BARNES
      CHARLOTTE NC 28255
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6784       in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/28/2010                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 28, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  FCDB LBU LLC C/O FORTRESS INVESTMENT GROUP
         ATTN: JAMES K. NOBLE
         1345 AVENUE OF THE AMERICAS
         NEW YORK NY 10105

Please note that your claim # 62931-12 in the above referenced case and in the amount of
      $13,182,176.99        has been transferred **(unless previously expunged by court order)**

         BANC OF AMERICA SECURITIES LLC
         TRANSFEROR: FCDB LBU LLC C/O FORTRESS INVESTMENT GROUP
         214 N TYRON STREET
         NC1-027-14-01
         ATTN: JON BARNES
         CHARLOTTE NC 28255

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                          UNITED STATES BANKRUPTCY COURT
                          Southern District of New York
                          One Bowling Green
                          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6785     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/28/2010                        Vito Genna, Clerk of Court

                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 28, 2010.

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:    BANC OF AMERICA SECURITIES LLC
       TRANSFEROR: FCDB LBU LLC C/O FORTRESS INVESTMENT GROUP
       214 N TYRON STREET
       NC1-027-14-01
       ATTN: JON BARNES
       CHARLOTTE NC 28255
```

Please note that your claim # 62931-11 in the above referenced case and in the amount of
       $1,029,010.02        has been transferred **(unless previously expunged by court order)**

```
       MERRILL LYNCH INTERNATIONAL
       TRANSFEROR: BANC OF AMERICA SECURITIES LLC
       WARWICK SOURT
       2 KING EDWARD STREET
       ATTN: JAMES RUSSELL
       LONDON     EC1A 1HQ
       UNITED KINGDON
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                       UNITED STATES BANKRUPTCY COURT
                       Southern District of New York
                       One Bowling Green
                       New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6786        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/28/2010                          Vito Genna, Clerk of Court

                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 28, 2010.

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
|  | (Jointly Administered) |
| Debtors. |  |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  BANC OF AMERICA SECURITIES LLC
     TRANSFEROR: FCDB LBU LLC C/O FORTRESS INVESTMENT GROUP
     214 N TYRON STREET
     NC1-027-14-01
     ATTN: JON BARNES
     CHARLOTTE NC 28255
```

Please note that your claim # 62931-12 in the above referenced case and in the amount of $13,182,176.99   has been transferred **(unless previously expunged by court order)**

```
     MERRILL LYNCH INTERNATIONAL
     TRANSFEROR: BANC OF AMERICA SECURITIES LLC
     WARWICK COURT
     2 KING EDWARD STREET
     ATTN: JAMES RUSSELL
     LONDON    EC1A 1HQ
     UNITED KINGDON
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6787   in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/28/2010                    Vito Genna, Clerk of Court


                                    /s/ Paul Belobritsky
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                         as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 28, 2010.

```
In re                                          |  Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         |  08-13555 (JMP)
                                               |
                                               |  (Jointly Administered)
                 Debtors.                      |
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  HSH NORDBANK AG, LUXEMBOURG BRANCH
             C/O OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
             ATTN: WILLIAM M. SILVERMAN, ESQ AND STEVEN B. SOLL, ESQ.
             230 PARK AVENUE
             NEW YORK NY 10169

Please note that your claim # 58995 in the above referenced case and in the amount of
       $14,236,000.00         has been transferred **(unless previously expunged by court order)**

             BARCLAYS BANK PLC
             TRANSFEROR: HSH NORDBANK AG, LUXEMBOURG BRANCH
             745 Seventh Avenue
             New York NY 10019
             USA

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 6794       in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/28/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 28, 2010.

                                          Pg 10 of 18

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                              | Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,             | 08-13555 (JMP)
                                                   |
                                                   | (Jointly Administered)
        Debtors.                                   |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   HSH NORDBANK AG, LUXEMBOURG BRANCH
              C/O OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
              ATTN: WILLIAM M. SILVERMAN, ESQ AND STEVEN B. SOLL, ESQ.
              230 PARK AVENUE
              NEW YORK NY 10169

Please note that your claim # 65846 in the above referenced case and in the amount of
        $14,310,995.25         has been transferred **(unless previously expunged by court order)**

              BARCLAYS BANK PLC
              TRANSFEROR: HSH NORDBANK AG, LUXEMBOURG BRANCH
              745 Seventh Avenue
              New York NY 10019
              USA

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                              UNITED STATES BANKRUPTCY COURT
                              Southern District of New York
                              One Bowling Green
                              New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 6794     in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/28/2010                              Vito Genna, Clerk of Court


                                              /s/ Paul Belobritsky
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 28, 2010.

|                                    |                              |
|------------------------------------|------------------------------|
| In re                              | Chapter 11 Case No.          |
|                                    | 08-13555 (JMP)               |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered)  |
|                                    |                              |
| Debtors.                           |                              |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  HSH NORDBANK AG, LUXEMBOURG BRANCH
     C/O OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
     ATTN: WILLIAM M. SILVERMAN, ESQ AND STEVEN B. SOLL, ESQ.
     230 PARK AVENUE
     NEW YORK NY 10169
```

Please note that your claim # 65847 in the above referenced case and in the amount of
     $14,532,420.82        has been transferred **(unless previously expunged by court order)**

```
     BARCLAYS BANK PLC
     TRANSFEROR: HSH NORDBANK AG, LUXEMBOURG BRANCH
     745 Seventh Avenue
     New York NY 10019
     USA
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6795         in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/28/2010                              Vito Genna, Clerk of Court


                                              /s/ Paul Belobritsky
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 28, 2010.

```
In re                                    | Chapter 11 Case No.
                                         |
LEHMAN BROTHERS HOLDINGS INC., et al.,   | 08-13555 (JMP)
                                         |
                                         | (Jointly Administered)
              Debtors.                   |
                                         |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   HSH NORDBANK AG, LUXEMBOURG BRANCH
          C/O OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
          ATTN: WILLIAM M. SILVERMAN, ESQ AND STEVEN B. SOLL, ESQ.
          230 PARK AVENUE
          NEW YORK NY 10169

Please note that your claim # 58996 in the above referenced case and in the amount of
        $14,236,000.00         has been transferred **(unless previously expunged by court order)**

          BARCLAYS BANK PLC
          TRANSFEROR: HSH NORDBANK AG, LUXEMBOURG BRANCH
          745 Seventh Avenue
          New York NY 10019
          USA

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 6795      in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/28/2010                         Vito Genna, Clerk of Court


                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 28, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  EFG BANK AG                             EFG BANK AG
     BAHNHOFSTRASSE 16                       GREENBERG  TRAURIG LLP
     ATTN: ISABEL FARAGALLI                  ATTN: MARIA DECONZA
     P.O. BOX 2255                           200 PARK AVENUE
     ZURICH    8022                          NEW YORK NY 10166
     SWITZERLAND
```

Please note that your claim # 55837-02 in the above referenced case and in the amount of
       $4,272,900.00       has been transferred **(unless previously expunged by court order)**

```
     MERRILL LYNCH INTERNATIONAL
     TRANSFEROR: EFG BANK AG
     WARWICK COURT
     2 KING EDWARD STREET
     ATTN: JAMES RUSSELL
     LONDON     EC1A 1HQ
     UNITED KINGDON
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                      UNITED STATES BANKRUPTCY COURT
                      Southern District of New York
                      One Bowling Green
                      New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6799       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/28/2010                            Vito Genna, Clerk of Court


                                            /s/ Paul Belobritsky
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 28, 2010.

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
|  | (Jointly Administered) |
| Debtors. |  |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  BARCLAYS BANK PLC                              BARCLAYS BANK PLC
     ATTN: MARK MANSKI, MANAGING DIRECTOR           LINDSEE P. GRANFIELD, ESQ.
     200 PARK AVE.                                  CLEARY GOTTLIEB STEEN & HAMILTON LLP
     NEW YORK NY 10166                              ONE LIBERTY PLAZA
                                                    NEW YORK NY 10006
```

Please note that your claim # 60700-01 in the above referenced case and in the amount of
         $7,607,619.94         has been transferred **(unless previously expunged by court order)**

```
     KNIGHTHEAD CAPITAL MANAGEMENT
     TRANSFEROR: BARCLAYS BANK PLC
     623 FIFTH AVENUE, 29TH FLOOR
     ATTN: LAURA TORRADO
     NEW YORK NY 10033
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 6800     in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/28/2010                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 28, 2010.

**EXHIBIT "B"**

```
TIME: 13:52:32                                    LEHMAN BROTHERS HOLDING INC.                                         PAGE:    1
DATE: 01/28/10                                         CREDITOR LISTING

Name                                    Address
BANC OF AMERICA SECURITIES LLC          TRANSFEROR: FCDB LBU LLC C/O FORTRESS INVESTMENT GROUP 214 N TYRON STREET NC1-027-14-01 ATTN: JON BARNES CHARLOTTE NC 28255
BANC OF AMERICA SECURITIES LLC          TRANSFEROR: MERRILL LYNCH INTERNATIONAL 214 N TYRON STREET NC1-027-14-01 ATTN: JON BARNES CHARLOTTE NC 28255
BARCLAYS BANK PLC                       ATTN: MARK MANSKI, MANAGING DIRECTOR 200 PARK AVE. NEW YORK NY 10166
BARCLAYS BANK PLC                       LINDSEE P. GRANFIELD, ESQ. CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006
EFG BANK AG                             TRANSFEROR: HSH NORDBANK AG, LUXEMBOURG BRANCH 745 Seventh Avenue New York NY 10019 USA
EFG BANK AG                             GREENBERG TRAURIG LLP ATTN: MARIA DECONZA 200 PARK AVENUE NEW YORK NY 10166
FCDB LBU LLC C/O FORTRESS INVESTMENT GROUP  BAHNHOFSTRASSE 16 ATTN: ISABEL FARAGALLI P.O. BOX 2255 ZURICH 8022 SWITZERLAND
HSH NORDBANK AG, LUXEMBOURG BRANCH      C/O OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C. ATTN: WILLIAM M. SILVERMAN, ESQ AND STEVEN B. SOLL, ESQ. 230 PARK AVENUE NEW YORK NY 1
KNIGHTHEAD CAPITAL MANAGEMENT           TRANSFEROR: BARCLAYS BANK PLC 623 FIFTH AVENUE, 29TH FLOOR ATTN: LAURA TORRADO NEW YORK NY 10033
MERRILL LYNCH INTERNATIONAL             MERRILL LYNCH, DUBLIN ATTN DAVE PURDOM & JOHN PRINCE BLOCK D, CENTRAL PARK, LEOPARDSTOWN DUBLIN 18    IRELAND
MERRILL LYNCH INTERNATIONAL             BANK OF AMERICA MERRILL LYNCH ATTN FREDERICK MORRIS ONE BRYANT PARK, 3RD FLOOR NEW YORK NY 10036
MERRILL LYNCH INTERNATIONAL             CADWALADER, WICKERSHAM & TAFT LLP ATTN JILL KAYLOR ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MERRILL LYNCH INTERNATIONAL             MERRILL LYNCH FINANCIAL CENTRE ATTN ANNIKA WESTLING 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM
MERRILL LYNCH INTERNATIONAL             TRANSFEROR: BANC OF AMERICA SECURITIES LLC WARWICK COURT 2 KING EDWARD STREET ATTN: JAMES RUSSELL LONDON EC1A 1HQ UNITED KINGDOM
MERRILL LYNCH INTERNATIONAL             TRANSFEROR: BANC OF AMERICA SECURITIES LLC WARWICK SOURT 2 KING EDWARD STREET ATTN: JAMES RUSSELL LONDON EC1A 1HQ UNITED KINGDOM
MERRILL LYNCH INTERNATIONAL             TRANSFEROR: EFG BANK AG WARWICK COURT 2 KING EDWARD STREET ATTN: JAMES RUSSELL LONDON EC1A 1HQ UNITED KINGDOM
THE ROYAL BANK OF SCOTLAND, PLC         TRANSFEROR: EFG BANK AG 135 BISHOPSGATE ATTN: ANDREW SCOTLAND, OONAGH HOYLAND LONDON EC2M 3UR ENGLAND

Total Number of Records Printed    18
```

# EXHIBIT "C"

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153