THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x
                                                     :

In re                                                 :

LEHMAN BROTHERS HOLDINGS INC., et al.,   :

        Debtors.                                     :

-------------------------------------------------------- x

DnB NOR BANK ASA,                       :

        Appellant,                            :     Case No. 1:09-cv-09140-DLC

        -v-                                      :

LEHMAN BROTHERS HOLDINGS INC. and    :
THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF LEHMAN       :
BROTHERS HOLDINGS INC.,

        Appellees.                            :

-------------------------------------------------------- x

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 2/2/10

## ORDER REMANDING APPEAL OF DNB NOR BANK ASA

Upon the appeal (the "Appeal") of DnB NOR Bank ASA ("DnB NOR") of the order of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), dated September 25, 2009, denying DnB NOR's Motion Pursuant to 11 U.S.C. §§503(b), 507(b), for Allowance and Payment of Administrative Expense Claim and Allowing Setoff of Such Claim; and upon the letter to the Court, dated February 1, 2010, of Lehman Brothers Holdings Inc. ("LBHI," together with its affiliated debtors, the "Debtors") informing the Court of a settlement of the Appeal and other matters between the Debtors and DnB NOR (the "Settlement") and requesting that the Court remand the Appeal to the Bankruptcy

Court to enable it to consider the Settlement in full; and the Debtors' request having been joined by all parties to the Appeal; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Appeal is remanded to the Bankruptcy Court solely for the purpose of allowing the Bankruptcy Court to consider the Settlement.

Dated: February 2, 2010
New York, New York

_____
UNITED STATES DISTRICT COURT JUDGE