B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re Lehman Brothers Holdings Inc.          Case No. 08-13555 (JMP)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| Taconic Market Dislocation Fund II L.P. | Goldman Sachs Lending Partners LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Taconic Market Dislocation Fund II L.P.
c/o Taconic Capital Advisors LP
450 Park Avenue, 8th Floor
NY, NY 10022

Court Claim # (if known): 23559
Amount of Claim: $2,755,931.43
Date Claim Filed: 09/21/2009

Phone: 212-209-3119
Last Four Digits of Acct #: _____

Phone: 212-357-6240
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**Taconic Market Dislocation Fund II L.P.**

By: Taconic Capital Advisors LP, as Investment Advisor

By: _/s/ Jon Jachman_          Date: 1/29/10
    Jon Jachman, Principal
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

572967.1/153-05404

Exhibit A-2

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Goldman Sachs Lending Partners LLC ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Taconic Market Dislocation Fund II L.P. ("Assignee") its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the amount of $6,490,400 against Lehman Brothers Holdings Inc. ("LBHI") (the "Debtor"), the debtor in Case No. 08 13555 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and a pro rata portion of any and all proofs of claim filed by the Assignor's predecessor-in-interest with the Bankruptcy Court in respect of the foregoing claim, as set forth in Schedule 1 hereto.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim, recognizing Assignee as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 26 day of Jan 2010.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
Name: Wendy Myers
Title: Authorized Signatory

TACONIC MARKET DISLOCATION FUND II L.P.
By: Taconic Capital Advisors LP, as Investment Advisor

By: _____
Name:
Title:

13

571476.5/153-09405

<u>Exhibit A-2</u>

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Goldman Sachs Lending Partners LLC ("<u>Assignor</u>") hereby unconditionally and irrevocably sells, transfers and assigns to Taconic Market Dislocation Fund II L.P. ("<u>Assignee</u>") its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the amount of $6,490,400 against Lehman Brothers Holdings Inc. ("<u>LBHI</u>") (the "<u>Debtor</u>"), the debtor in Case No. 08 13555 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "<u>Bankruptcy Court</u>"), and a pro rata portion of any and all proofs of claim filed by the Assignor's predecessor-in-interest with the Bankruptcy Court in respect of the foregoing claim, as set forth in Schedule 1 hereto.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim, recognizing Assignee as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 26 day of Jan 2010.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
Name:
Title:


TACONIC MARKET DISLOCATION FUND II L.P.
By: Taconic Capital Advisors LP, as Investment Advisor

By: _____
Name: Jon Jachman
Title: Principal

13

571476.5/153-09405

Schedule 1 to the Evidence of Transfer

| With respect to the LBSF Claim and related LBHI Claim in the Amount of | Prior Seller | Proof of Claim Nos. |
|---|---|---|
| $2,755,931.43 | III Finance Ltd. | 23559 |
| $1,849,381.69 | III Relative Value Credit Strategies Hub Fund Ltd. | 16738 |
| $283,637.80 | III Global Ltd. | 16742 |
| $393,557.21 | III Credit Bias Hub Fund Ltd. | 23517 |
| $542,963.80 | III Relative Value/Macro Hub Fund Ltd. | 16740 |
| $417,311.72 | III Select Credit Hub Fund Ltd. | 16744 |
| $247,616.35 | III Enhanced Credit Bias Hub Fund Ltd. | 23520 |