Ludwig Merckle · Am Hochstraß 111 · 89081 Ulm-Grimmelfingen

Lehman Brothers Holdings
Claims Processing Center
c/o Epiq Bankrupty Solutions, LC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

Fax  001 646 282 2501

22.12.2009
+49    Telefon (07 31) 402 - 16 21
Telefax (07 31) 402 - 55 55
ludwig.merckle@merckle.de

**Deletion of claims**

Dear Sir or Madam,

claims. Please delete claim No. 37236 and claim No. 57311. ...... At the moment I am registered with 3

The correct claim is No. 65560 - which I wrote you on November, 10th.

Best regards,

Ludwig Merckle

---

2010
February 3rd

Could you please confirm, that you deleted
the claim Nr. 57311

Merckle 3.2.10