**ARENT FOX LLP**
Mary Joanne Dowd, Esq.
1050 Connecticut Avenue, NW
Washington, DC  20036
Telephone:  (202) 857-6000
Facsimile:  (202) 857-6395
Email:  dowd.mary@arentfox.com

Counsel for Georgetown University

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------x

In re:                                                                         **Chapter 11**

**LEHMAN BROTHERS HOLDINGS, INC.,**              **Case No. 08-13555 (JMP)**
*et al.*,

                                                                                      **Jointly Administered**
                      **Debtors.**
---------------------------------------------------------x

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that Christopher J. Giaimo, Esq., formerly a partner of Arent Fox LLP, ended his affiliation with Arent Fox LLP and has no involvement with this matter.

**PLEASE TAKE FURTHER NOTICE** that Mary Joanne Dowd, a partner with Arent Fox LLP also represents Georgetown University and enters her appearance.

Dated:    Washington, DC
              February 3, 2010

                                                                ARENT FOX LLP
                                                                *Counsel for Georgetown University*

                                                                By:    */s/ Mary Joanne Dowd*
                                                                          Mary Joanne Dowd, Esq.
                                                                          1050 Connecticut Avenue, NW
                                                                          Washington, DC  20036
                                                                          Telephone:  (202) 857-6000
                                                                          Facsimile:  (202) 857-6395
                                                                          Email:  dowd.mary@arentfox.com