

Stockholm, 15th September, 2008

Lehman Brothers Special Financing Inc.
c/o Lehman Brothers Inc.
Attn: Transaction Management, Documentation Manager
745 Seventh Avenue, 28th Floor
New York, NY 10019
USA

Faxno: (212) 526-7672

Dear Sir or Madam

**ISDA Master Agreement between Lehman Brothers Special Financing Inc. and Swedbank AB (publ) dated as of 29th November 2004 (the "Master Agreement")**

We refer to the above-referenced Master Agreement. Please note that capitalised terms used but not defined in this letter have the meaning given to them in the Master Agreement.

An Event of Default has occurred and is continuing in respect of Lehman Brothers Special Financing Inc. under Section 5(a)(vii) of the Master Agreement by reason of Lehman Brothers Holding Inc's Chapter 11 Bankruptcy petition today, the 15th September, 2008. Lehman Brothers Holding Inc. is a Credit Support Provider for the purposes of Section 5(a)(vii) under the Master Agreement.

Accordingly, and pursuant to Section 6(a) of the Master Agreement, we hereby designate 15th September, 2008 as the Early Termination Date in respect of the Master Agreement. The Early Termination Date is applicable to the Master Agreement and all Transactions thereunder.

Any payment or delivery obligations under the Master Agreement falling due between the date of this notice and the Early Termination Date shall with reference to Section 6(c)(ii) of the Master Agreement not be made.

We will in accordance with the Master Agreement determine any amounts owing by either Lehman Brothers Special Financing Inc. as the Defaulting Party or us as the Non-defaulting Party under Sections 6(e) and (d) of the Master Agreement in respect of the Early Termination Date or by Lehman Brothers Special Financing Inc. as the Defaulting Party under Section 11 of the Master Agreement. We will notify you of such determination in accordance with Section 6(d)(i).

We expressly reserve all rights and remedies available to Swedbank AB (publ) under the Master Agreement and applicable law generally.

Yours faithfully

**Swedbank AB (publ)**

By: *[signature]* *[signature]*
Name: Per Aspegren    Clas Burénius
Title: Head of Capital Markets    Legal advisor.

Swedbank AB (publ)    Visitors    Tel +46 8 585 918 00    Reg. Office Stockholm, Sweden    www.swedbank.se
SE-105 34 Stockholm, Sweden    Regeringsgatan 13    Fax +46 8 585 912 12    Org. No. 502017-7753