

Stockholm, 17th September, 2008

Lehman Brothers Holding Inc.
Att: Documentation Manager
25 Bank Street
London E14 5LE
England

Dear Sir or Madam,

ISDA Master Agreement between Lehman Brothers Holding Inc and Swedbank AB (publ) dated as of 29th November, 2004 (the "Master Agreement")

We refer to the above-referenced Master Agreement. Please note that capitalised terms used but not defined in this letter have the meaning given to them in the Master Agreement.

An Event of Default has occurred and is continuing in respect of Lehman Brothers Holding Inc under Section 5(a)(vii) of the Master Agreement by reason of Lehman Brothers Holding Inc's Chapter 11 Bankruptcy petition 15th September, 2008.

We refer to our letter of 15th September, 2008 in which we designated this mentioned date, as being the Early Termination Date in respect of the Master Agreement. It has come to our attention that said notice was not effectively delivered as of 15th September, 2008. Accordingly, please disregard the said notice. This letter constitutes a notice designating 18th September, 2008 as the Early Termination Date according to Section 6(a) of the Master Agreement. This Early Termination Date is applicable to the Master Agreement and all Transactions thereunder.

Any payment or delivery obligations under the Master Agreement falling due between the date of this notice and the Early Termination Date shall with reference to Section 6(c)(ii) of the Master Agreement not be made.

We will in accordance with the Master Agreement determine any amounts owing by either Lehman Brothers Holding Inc as the Defaulting Party or us as the Non-defaulting Party under Sections 6(e) and (d) of the Master Agreement in respect of the Early Termination Date or by Lehman Brothers Holding Inc as the Defaulting Party under Section 11 of the Master Agreement. We will notify you of such determination in accordance with Section 6(d)(i).

We expressly reserve all rights and remedies available to Swedbank AB (publ) under the Master Agreement and applicable law generally.

Yours faithfully

Swedbank AB (publ)

By: _____  _____
Name: Mirianne Jansson   Clas Burenius
Title: Transaction Manager   Legal Adviser

Swedbank AB (publ)         Visitors              Tel +46 8 585 918 00    Reg. Office Stockholm, Sweden    www.swedbank.se
SE-105 34 Stockholm, Sweden   Regeringsgatan 13    Fax +46 8 585 912 12    Org. No. 502017-7753