WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard W. Slack
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
**In re**  :  **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :  **08-13555 (JMP)**
: 
Debtors.  :  **(Jointly Administered)**
: 
: 
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF LEHMAN BROTHERS SPECIAL
FINANCING INC.'S (I) MOTION PURSUANT TO SECTIONS 105(A), 362
AND 365 OF THE BANKRUPTCY CODE TO COMPEL PERFORMANCE OF
CAPITAL AUTOMOTIVE L.P.'S OBLIGATIONS UNDER AN EXECUTORY CONTRACT
AND TO ENFORCE THE AUTOMATIC STAY AND (II) MOTION TO STRIKE CAPITAL
AUTOMOTIVE L.P.'S OBJECTION TO DEBTORS' MOTION TO COMPEL PERFORMANCE**

**PLEASE TAKE NOTICE** that the hearing on relief requested in Lehman Brothers Special Financing Inc.'s (i) Motion Pursuant to Sections 105(a), 362 and 365 of the Bankruptcy Code to Compel Performance of Capital Automotive L.P.'s Obligations Under an Executory Contract and to Enforce the Automatic Stay [Docket No. 5650] and (ii) Motion to Strike Capital Automotive L.P.'s Objection to Debtors' Motion to Compel Performance [Docket No. 6364] (the "Motions"), which were scheduled for February 10, 2010 at 10:00 a.m., **have been adjourned without date**.

Dated: February 3, 2010
      New York, New York

/s/ Robert J. Lemons
Richard W. Slack
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession