STAGG, TERENZI, CONFUSIONE & WABNIK LLP
401 Franklin Avenue
Suite 300
Garden City, NY 11530
Telephone: (516) 812-4500
Facsimile: (516) 812-4600
Ronald M. Terenzi

Attorneys for Laurel Cove Development, LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

| | : | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-----------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF**
**MOTION FOR AN ORDER: (i) DIRECTING DEBTOR TO ASSUME OR**
**REJECT AN EXECUTORY CONTRACT; (ii) AND GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that the Motion of Laurel Cove Development, LLC

FOR AN ORDER: (i) Directing Debtor To Assume Or Reject An Executory Contract; (ii) and

Granting Related Relief [Docket No. 3755] is hereby withdrawn with prejudice.

Dated: February 3, 2010
    New York, New York

_____
Ronald M. Terenzi (RMT 6416)

STAGG, TERENZI, CONFUSIONE & WABNIK LLP
401 FRANKLIN AVENUE
SUITE 300
GARDEN CITY, NY 11530
TELEPHONE: (516) 812-4500
FACSIMILE: (516) 812-4600

Attorneys for Laurel Cove Development, LLC

US_ACTIVE:\43223706\01\58399.0003