**DAY PITNEY LLP**
(MAIL TO) P. O. BOX 1945, MORRISTOWN, NJ 07962-1945
(DELIVERY TO) 200 CAMPUS DRIVE, MORRISTOWN, NJ 07932-0950
Telephone:    (973) 966-6300
Facsimile:    (973) 966-1015

- and -

7 Times Square
New York, New York 10036-7311
Telephone:    (212) 297-5800
Facsimile:    (212) 916-2940
SCOTT A. ZUBER, ESQ. (SZ-9728)
HERBERT K. RYDER, ESQ. (HR-5137)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **LEHMAN BROTHERS HOLDINGS, INC.,** *et al.*, | **Case No. :  08-13555 (JMP)** |
| Debtors. | **(Jointly Administered)** |

**AMENDED NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR
SECURITY, PURSUANT TO FED. R. BANKR. P. 3001(e)(2)**

A CLAIM HAS BEEN FILED IN THIS CASE by Public Utility District No. 1 of Chelan County Washington (the "Initial Claimant"), against Lehman Brothers Holdings, Inc., in the amount of $444,376.00, (designated as Claim No. 1280), which claim was amended to the amount of $440,084.00 (designated as Claim No. 7603) (as modified, the "Claim").  The claim was transferred from the Initial Claimant to the Transferor (as that term is defined below) on or about September 1, 2009 (*See* Document Numbers 5079 and 5080 on the docket.)  Assignee (as that term is defined below) hereby gives notice, pursuant to Fed. R. Bankr. P. 3001(e)(2), of the transfer, other than for security, of the Claim.  Assignee hereby files this notice to amend the notices filed by the Assignor on December 2, 2009. (*See* Document Numbers 6011 and 6013 on the docket.)   Copies of the Evidences of Transfer of Claim (the "Evidences of Transfer") are attached hereto as Exhibit "A" and are incorporated by reference.

83227116.1

| **Name of Assignee:** | **Name of Transferor:** |
|---|---|
| SPCP Group, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd. | Longacre Opportunity Fund, L.P. |

**Names and Addresses where notices to Assignee should be sent:**

Adam J. DePanfilis
Silver Point Capital, LP
660 Steamboat Road
Greenwich, CT 06830

With a copy to:

Day Pitney LLP
7 Times Square
New York, New York 10036
Attn:   Ronald S. Beacher, Esq.
Telephone     (212) 297-5812

**Name and Address where Assignee payments should be sent:**

SPCP Group, L.L.C.
Two Greenwich Plaza
Greenwich, Connecticut 06830
Attn:   Brian A. Jarmain
Telephone:     (203) 542-4032

**Name and Address where notices to Transferor should be sent:**

Bradley Max
Longacre Opportunity Fund, L.P.
810 Seventh Avenue, 33rd Floor
New York, NY  10019

83227116.1                                    2

      The Transferor has waived its right, pursuant to Fed. R. Bankr. P. 3001 (e)(2), to receive from the Clerk of the Court notice of filing of the Evidence of Transfer and its right to object to such transfer within the twenty (20) day period. The Transferor has stipulated that: (i) an order may be entered recognizing the transfer of the Claim as an unconditional transfer; and (ii) the Assignee is the valid owner of the Claim.

Dated: Florham Park, New Jersey
       February 2, 2010

**DAY PITNEY LLP**

By:    /s/ Scott A. Zuber
     Scott A. Zuber (SZ-9728)
(Mail To) P.O. Box 1945, Morristown, NJ 07962-1945
(Delivery To) 200 Campus Drive, Morristown, NJ 07932
Telephone:   (973) 966-6300
Facsimile:   (973) 966-1015

*Attorneys for SPCP Group, L.L.C., as Agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd.*