WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
                                                                  :
**In re**                                                         :          **Chapter 11 Case No.**
                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                      :          **08-13555 (JMP)**
                                                                  :
                                              **Debtors.**        :          **(Jointly Administered)**
                                                                  :
                                                                  :
----------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF DEBTORS'**
**MOTION PURSUANT TO SECTIONS 105(a) AND 362 OF THE**
**BANKRUPTCY CODE FOR AN ORDER**
**ENFORCING THE AUTOMATIC STAY AGAINST AND**
**COMPELLING PAYMENT OF POST-PETITION FUNDS BY SWEDBANK AB**

        **PLEASE TAKE NOTICE** that the hearing the Debtors' Motion Pursuant to

Sections 105(a) and 362 of the Bankruptcy Code for an Order Enforcing the Automatic Stay

Against and Compelling Payment of Post-Petition Funds by Swedbank AB (publ) [Docket No.

6734] (the "Motion"), which was scheduled for February 10, 2010, at 10:00 a.m., **has been**

**adjourned to March 17, 2010 at 10:00 a.m. (prevailing Eastern Time)**, or as soon thereafter

as counsel may be heard.  The Hearing will be held before the Honorable James M. Peck, United

States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York,

New York, Room 601, and such Hearing may be further adjourned from time to time without

further notice other than an announcement at the Hearing.

Dated: January 4, 2010
          New York, New York


                                    /s/ Richard P. Krasnow
                                    Richard P. Krasnow
                                    WEIL, GOTSHAL & MANGES LLP
                                    767 Fifth Avenue
                                    New York, New York 10153
                                    Telephone: (212) 310-8000
                                    Facsimile: (212) 310-8007

                                    Attorneys for Debtors
                                    and Debtors in Possession