**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
: 
In re     :   Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :   08-13555 (JMP)
:
Debtors.    :   (Jointly Administered)
:
:
-----------------------------------------------------------------------x

### ORDER, PURSUANT TO BANKRUPTCY RULE 1007(c), GRANTING SECOND EXTENSION OF THE TIME TO FILE MERIT LLC'S AND THE SOMERSET ENTITIES' SCHEDULES, STATEMENTS OF FINANCIAL AFFAIRS AND RELATED DOCUMENTS

Upon the motion, dated January 26, 2010 (the "Motion"), of the above-referenced debtors (collectively, the "Debtors"), as debtors and debtors in possession, pursuant to Rule 1007(c) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for an extension of the time within which LB Somerset LLC, LB Preferred Somerset LLC and Merit, LLC (collectively, the "New Debtor Entities") shall file their respective schedules, statements of financial affairs and related documents (collectively, the "Schedules"), all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided in accordance with the procedures set

forth in the amended order entered February 12, 2009 governing case management and administrative procedures [Docket No. 2837] to (i) the United States Trustee for the Southern District of New York; (ii) the attorneys for the Official Committee of Unsecured Creditors; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; and (vi) all parties who have requested notice in these chapter 11 cases, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates and creditors, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

        ORDERED that the Motion is granted; and it is further

        ORDERED that, pursuant to Bankruptcy Rule 1007(c), the time for each of the New Debtor Entities to file their respective Schedules is extended through and including February 12, 2010, without prejudice to the Debtors' right to seek further extensions upon a showing of cause therefor.

Dated: New York, New York
       February 4, 2010                  _s/ James M. Peck_
                                          Honorable James M. Peck
                                          United States Bankruptcy Judge