WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
**In re**                                                      :  **Chapter 11 Case No.**
                                                               :
**LEHMAN BROTHERS HOLDINGS INC., et al.,**                     :  **08-13555 (JMP)**
                                                               :
                                            **Debtors.**       :  **(Jointly Administered)**
                                                               :
---------------------------------------------------------------x

**SECOND SUPPLEMENTAL AFFIDAVIT OF BARRY W. RIDINGS**
**IN CONNECTION WITH THE EMPLOYMENT AND RETENTION OF**
**LAZARD FRÈRES & CO. LLC AS INVESTMENT BANKER TO THE DEBTORS**

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NEW YORK )

Barry W. Ridings, being duly sworn according to law, upon his oath, deposes and says:

1. I am a Managing Director and Vice Chairman of Investment Banking of the firm Lazard Frères & Co. LLC ("Lazard"), which has its principal office at 30 Rockefeller Plaza, New York, New York 10020. I am authorized to execute this second supplemental affidavit (the "Second Supplemental Affidavit") on behalf of Lazard. Unless otherwise stated in this Second Supplemental Affidavit, I have personal knowledge of the facts set forth herein or have been informed of such matters by professionals of Lazard.

2. On November 13, 2008, Lehman Brothers Holdings Inc. ("<u>LBHI</u>") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors in possession (together, the "<u>Debtors</u>"), filed an application for authorization to employ and retain Lazard as investment banker to the Debtors *nunc pro tunc* to September 15, 2008, pursuant to sections 327(a) and 328(a) of title 11 of the United States Code and rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "<u>Application</u>") [Docket No. 1513].

3. On December 17, 2008, the United States Bankruptcy Court for the Southern District of New York entered an order approving the Application and the Debtors' employment and retention of Lazard [Docket No. 2275].

4. Pursuant to the engagement letter between LBHI, on behalf of itself and its controlled subsidiaries, dated October 20, 2008 (the "<u>Engagement Letter</u>"), and filed as <u>Exhibit B</u> to the Application, Lazard was entitled to receive a monthly compensation in the amount of $400,000 per month for the 24-month period commencing on October 1, 2008 through (and including) September 1, 2010 and in the amount of $250,000 per month thereafter until the earlier of the effective date of a plan of reorganization of the Debtors or termination of the Engagement Letter pursuant to section to Section 10 thereof (the "<u>Monthly Compensation</u>").

5. I am submitting this Second Supplemental Affidavit to disclose that after consultation with the Debtors, the statutory committee of unsecured creditors appointed in the Debtors' chapter 11 cases, and their professionals, Lazard has agreed to reduce its Monthly Compensation to $200,000 per month effective as of December 1, 2009.

6. Notwithstanding the above, all the of the terms and conditions of Lazard's Engagement Letter remain in effect.

I declare under the penalty of perjury that the forgoing is true and correct, to the best of my knowledge.

LAZARD FRERES & CO. LLC

By: _____
Name: Barry W. Ridings
Title: Managing Director and
Vice Chairman of Investment Banking

Sworn and subscribed to before me, a notary
public for the State of New York, County of
New York this 3 day of FEBRUARY 2010

_____
Notary Public

HANNA MURNANE
Notary Public, State of New York
No. 41-4729327
Qualified in Queens County
Commission Expires March 30, 20 10