UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
In re: Lehman Brothers Holdings, Inc.

                              Debtor

-----------------------------------------------------------x

                              Plaintiff

                            v.

                            Defendant

-----------------------------------------------------------x

Case No.: 08-13555
Chapter 11

Adversary Proceeding No.: _____

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Sara Discepolo, Esq., request admission, *pro hac vice*, before the Honorable James M. Peck, to represent Simeon Moreno, a claimant/creditor in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Massachusetts and, if applicable, the bar of the U.S. District Court for the District of Massachusetts.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: 2-5-10
Waltham, Massachusetts

/s/ Sara Discepolo, Esq.
*Mailing Address:*
1050 Winter Street
Suite 1000
Waltham, MA 02451
E-mail address: Sara_Discepolo@verizon.net
Telephone number: (617) 549-4537

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

In re: Lehman Brothers Holdings, Inc.                     Case No.: 08-13555
                                                          Chapter 11

                              Debtor

-------------------------------------------------------------x

                                                          Adversary Proceeding No.: _____

                              Plaintiff

                          v.

                              Defendant

-------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Sara Discepolo, Esq._____, to be admitted, *pro hac vice*, to represent Simeon Moreno_____, (the "Client") a claimant/creditor_____ in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Massachusetts_____ and, if applicable, the bar of the U.S. District Court for the _____ District of Massachusetts_____, it is hereby

**ORDERED**, that Sara Discepolo_____, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
_____, New York        /s/ _____
                                UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: Lehman Brothers Holdings, Inc.<br><br>Debtor | Case No.: 08-13555<br><br>Chapter 11 |
|---|---|
| Plaintiff,<br><br>v.<br><br>Defendant. | ADVERSARY PROCEEDING NO. _____ |

## CERTIFICATE OF SERVICE

    I, Sara Discepolo, do hereby certify that I have this day, February 5, 2010, served via electronic filing and via first class mail, postage prepaid, Motion For Admission to Practice, *Pro Hac Vice,* with Proposed Order on the following parties:

Harvey Miller, Esq. (Lehman Brothers Holdings, Inc.)
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

And a Courtesy Copy to Chambers

                                                   /s/ Sara Discepolo