UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |
| In re<br><br>LEHMAN BROTHERS INC.,<br><br>Debtor. | SIPA Proceeding Case No.<br><br>08-01420 (JMP) |

**Affidavit of Service**

State of New York    )
                     ) ss.:
County of New York   )

ADDISON HOLLADAY, being duly sworn, deposes and says:

1. I am not a party to this action and I am over 18 years of age.

2. I am employed by the law firm of Boies, Schiller & Flexner LLP, 575 Lexington Avenue, New York, New York 10022, attorneys for Barclays Capital, Inc.

3. On January 29, 2010 I served true copies of the Motion of Barclays Capital Inc. to Enforce the Sale Order and Secure Delivery of All Undelivered Assets, with Notice of Hearing and Proposed Order; the Memorandum of Barclays Capital Inc. in Opposition to the Rule 60 Motions and in Support of Motion of Barclays Capital Inc. to Enforce the Sale Order and Secure Delivery of All Undelivered Assets, with Appendix of Exhibits; and the Declaration of Hamish P.M. Hume (all dated January 29, 2010) via the court's CM/ECF system and by causing said copies to be personally delivered to the following parties:

    a.    Office of the United States Trustee
           for the Southern District of New York
           33 Whitehall Street, 21st Floor
           New York, NY 10004
           Attn: Andy Velez-Rivera

  b.  Jenner & Block
     353 N. Clark Street
     Chicago, IL 60654-3456
     Attn: David Layden

     *Court-Appointed Examiner*

  c.  Jones Day
     22 East 41st Street
     New York, NY 10017
     Attn: Robert Gaffey

     *Attorneys for the Debtors*

  d.  Quinn Emanuel Urquhart Oliver & Hedges LLP
     51 Madison Avenue, 22nd Floor
     New York, NY 10010
     Attn: James Tecce

     *Attorneys for the Official Committee of Unsecured Creditors*

  e.  Hughes Hubbard & Reed LLP
     One Battery Park Plaza
     New York, NY 10004
     Attn: James W. Giddens

     *Attorneys for the SIPA Trustee*

_____
ADDISON HOLLADAY

Sworn to before me this
5th day of February, 2010

_____
Notary Public

WENDY A. ESPINAL
Notary Public, State of New York
No. 01ES6084904
Qualified in Queens County
Commission Expires Dec. 16, 2010