Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
Tel: (212) 872.1000
Robert A. Johnson

*Counsel for Dynegy Power Marketing Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re:                                                      :
                                                            :   Chapter 11
                                                            :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al*                  :   Case Nos. 08-13555 (JMP)
                                                            :   (Jointly Administered)
                                           Debtors.         :
------------------------------------------------------------x

PLEASE TAKE NOTICE that Dynegy Marketing Power Inc. appears in this action by its undersigned counsel, Akin Gump Strauss Hauer & Feld, LLP.

Dated: New York, New York          Respectfully submitted,
       February 5, 2010

                                   /s/ Robert A. Johnson
                                   Robert A. Johnson (RJ 6553)
                                   Akin Gump Strauss Hauer & Feld LLP
                                   One Bryant Park
                                   New York, NY  10036
                                   Tel.: (212) 872.1000
                                   rajohnson@akingump.com
                                   *Counsel to Dynegy Power Marketing Inc.*