Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
Tel: (212) 872.1000
Robert A. Johnson

*Counsel for Dynegy Power Marketing Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                           :
                                                                 :    Chapter 11
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al*   :    Case Nos. 08-13555 (JMP)
                                                                 :    (Jointly Administered)
                              Debtors.                           :
-----------------------------------------------------------------x

### NOTICE OF HEARING ON MOTION OF DYNEGY POWER MARKETING INC. FOR AN ORDER AUTHORIZING THE FILING UNDER SEAL OF A CERTAIN EXHIBIT TO THE MOTION OF DYNEGY POWER MARKETING INC. FOR ENTRY OF AN ORDER THAT ITS TIMELY FILED GUARANTEE QUESTIONNAIRE BE DEEMED A TIMELY FILED PROOF OF CLAIM, OR, IN THE ALTERNATIVE, TO PERMIT A LATE CLAIM FILING PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(b)(1)

PLEASE TAKE NOTICE that a hearing to consider the relief requested in the Motion for entry of an Order authorizing the filing under seal of Exhibit A to the motion of Dynegy Power Marketing Inc. ("Dynegy") that its timely filed Guarantee Questionnaire be deemed a timely filed proof of claim or, in the alternative, to permit a late claim filing Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) in the above-captioned, jointly administered chapter 11 cases (the "Motion") by and through their undersigned counsel, shall be held before the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Courtroom 601, One Bowling Green, New York, New York

10004 (the "Bankruptcy Court") on March 17, 2010 at 10:00 a.m. (prevailing Eastern Time), or as soon thereafter as counsel may be heard.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion and the relief requested therein shall be made in writing, shall state with particularity the grounds thereof, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, and shall be filed with the Bankruptcy Court electronically in accordance with General Order M-242 (General Order M-242 and the User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov, the official website for the Bankruptcy Court) by registered users of the Bankruptcy Court's case filing system, and by all other parties in interest, on a 3.5 inch disk or CD-ROM, preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format (with two hard copies delivered directly to Chambers) and served in accordance with General Order M-242 or otherwise so as to be actually received no later than March 10, 2010 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline") by: (a) counsel to the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Harvey R. Miller, Esq., Richard P. Krasnow, Esq., Lori R. Fife, Esq., Shai Y. Waisman, Esq., and Jacqueline Marcus, Esq.; (b) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York, 10004, Attn: Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Riffkin, and Tracy Hope Davis; (c) counsel to the statutory committee of unsecured creditors appointed in these chapter 11 cases, Millbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005, Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., Evan Fleck, Esq.; (d) counsel for Dynegy, Akin Gump Strauss Hauer & Feld, LLP, One Bryant Park, New York, New York 10036, Attn: Robert A. Johnson, Esq.

PLEASE TAKE FURTHER NOTICE that only those objections that have been filed and served by the Objection Deadline in accordance with the procedures herein may be considered by the Court at the hearing.

PLEASE TAKE FURTHER NOTICE that objecting parties are required to attend the hearing, and failure to appear may result in relief being granted or denied upon default.

PLEASE TAKE FURTHER NOTICE that the Court may grant the relief requested in the Motion without a hearing if no objections to the Motion are timely filed and served.

Dated: February 5, 2010

AKIN GUMP STRAUSS HAUER & FELD LLP

By: /s/ Robert A. Johnson
Robert A. Johnson
One Bryant Park
New York, NY 10036
Telephone: (212) 872.1000
Facsimile: (212) 862.1002
*Counsel for Dynegy Power Marketing In*