UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re: :
 :
 : **Chapter 11**
 :
LEHMAN BROTHERS HOLDINGS INC., *et al* : Case Nos. 08-13555 (JMP)
 : (Jointly Administered)
Debtors. :
------------------------------------------------------------x

### ORDER AUTHORIZING THE FILING UNDER SEAL OF A CERTAIN EXHIBIT TO THE MOTION OF DYNEGY POWER MARKETING INC. FOR ENTRY OF AN ORDER THAT ITS TIMELY FILED GUARANTEE QUESTIONNAIRE BE DEEMED A TIMELY FILED PROOF OF CLAIM, OR, IN THE ALTERNATIVE, TO PERMIT A LATE CLAIM FILING PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(b)(1)

Upon consideration of the motion (the "Seal Motion") of Dynegy Power Marketing Inc. ("Dynegy") for entry of an order authorizing Dynegy to file under seal Exhibit 1 to the Declaration of Angela J. Koenn, attached as Exhibit A to the Motion of Dynegy for Entry Of An Order That its Timely Filed Guarantee Questionnaire be deemed a timely filed proof of claim or, in the alternative, to permit a late claim filing pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) (the "Motion"); it is hereby

ORDERED that pursuant to section 107(b) of the Bankruptcy Code and Rule 9018 of the Federal Rules of Bankruptcy Procedure, Dynegy's Exhibit 1 shall be sealed and all parties that receive copies of Exhibit 1 shall not disclose and shall keep confidential the contents of Exhibit 1.

Dated: New York, New York
      March ___, 2010

                                              _____
                                              **JAMES M. PECK**
                                              **UNITED STATES BANKRUPTCY JUDGE**