# EXHIBIT A

Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
Tel: (212) 872.1000
Robert A. Johnson, Esq.

*Counsel for Dynegy Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x
**In re:**                                                    :
                                                              :    **Chapter 11**
                                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al*                    :    **Case Nos. 08-13555 (JMP)**
                                                              :    **(Jointly Administered)**
                                          **Debtor.**         :
------------------------------------------------------------- x

**DECLARATION OF ANGELA J. KOENN IN SUPPORT OF MOTION OF DYNEGY POWER MARKETING INC. FOR ENTRY OF AN ORDER THAT ITS TIMELY FILED GUARANTEE QUESTIONNAIRE BE DEEMED A TIMELY FILED PROOF OF CLAIM, OR, IN THE ALTERNATIVE, TO PERMIT A LATE CLAIM FILING PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(b)(1)**

I, Angela J. Koenn, hereby declare as follows:

1.   I am Senior Corporate Counsel in the Commercial and Operations Group at Dynegy Inc. Dynegy Power Marketing Inc. ("Dynegy") is an indirect wholly owned subsidiary of Dynegy Inc., and I provide counsel and legal services to Dynegy Inc. and its subsidiaries.

2.   I submit this declaration in support of Dynegy's motion requesting that this Court either deem the timely filing of a Guarantee Questionnaire (as defined in the Motion) as an "informal" proof of claim or, in the alternative, permit Dynegy to file a claim after the applicable bar date (the "Motion").

3.   I make this declaration as to facts based on my personal knowledge or as to facts contained in the business records of Dynegy as to which I am competent to testify.

4. Dynegy and Lehman Brothers Commodity Services Inc. ("LBCS") are parties to that certain ISDA Master Agreement dated as of May 17, 2007 (the "LBCS Master Agreement").

5. Pursuant to a Guarantee of Lehman Brothers Holdings Inc. dated as of May 17, 2007 (the "Guarantee Agreement"), the obligations of LBCS under the LBCS Master Agreement were fully and unconditionally guaranteed by Lehman Brothers Holdings Inc. ("LBHI").

6. Annexed hereto as **Exhibit 1** is a true and correct copy of the LBCS Master Agreement which includes the Guarantee Agreement.

7. In my role as Senior Corporate Counsel, my responsibilities include drafting and negotiating commodities trading agreements. Duties relating to filing claims in bankruptcy and insolvency proceedings are not common, every day responsibilities in our department.

8. On September 15, 2008, Dynegy learned that Lehman Brothers had filed for Chapter 11 Bankruptcy protection.

9. Shortly thereafter, Dynegy requested the assistance of Locke Lord Bissell & Liddell LLP ("Locke Lord") to prepare and file a claim to protect Dynegy's interests under the LBCS Master Agreement (the "LBCS Claim").

10. Dynegy asked Locke Lord to be responsible for taking all of the necessary steps to prepare and file the LBCS Claim.

11. Subsequent to hiring Locke Lord for this purpose, I provided the firm with all relevant documents and exchanged intermittent emails responding to requests for information to allow Locke Lord to prepare and file the LBCS Claim.

12. I believed that any procedures necessary to file the LBCS Claim, including those arising under the Guarantee Agreement, would be attended to by Locke Lord. I have subsequently learned that although Locke Lord timely filed a proof of claim on behalf of Dynegy

against LBCS on Sept. 22, 2009, the firm did not file a proof of claim against LBCS's parent company and guarantor LBHI as required by the case management order. Locke Lord filed timely Guarantee Questionnaires in the estates of both LBCS and LBHI on Oct. 22, 2009.

13. Annexed hereto as **Exhibit 2** is a true and correct copy of the proof of claim filed on behalf of Dynegy against LBCS.

14. Annexed hereto as **Exhibit 3** is a true and correct copy of the Guarantee Questionnaire against LBCS.

15. Annexed hereto as **Exhibit 4** is a true and correct copy of the Guarantee Questionnaire against LBHI.

16. In mid-January 2010, we discovered that no formal proof of claim had been filed against LBHI.

17. Upon discovery of the error, we promptly consulted with Akin Gump Strauss Hauer & Feld LLP to resolve this issue.

18. I submit this declaration pursuant to 28 U.S.C. § 1746 and declare under penalty or perjury that the foregoing is true and correct.

Dated: February 4, 2010

_/s/ Angela J. Koenn_
Angela J. Koenn
Senior Corporate Counsel
Dynegy Inc.

3