# EXHIBIT 1

Dynegy ISDA Master Contract
To Be Filed Under Seal