# EXHIBIT 2

**United States Bankruptcy Court/Southern District of New York**
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# PROOF OF CLAIM

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al. | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |
| Name of Debtor Against Which Claim is Held | Case No. of Debtor |
| Lehman Brothers Commodity Services, Inc.    08-13885 | |

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)        0000030414

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

**THIS SPACE IS FOR COURT USE ONLY**

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)

Dynegy Power Marketing, Inc.
c/o Elizabeth C. Freeman
Locke Lord Bissell & Liddell LLP
600 Travis, Suite 3400
Houston, TX 77002

Telephone number: (713) 226-1607    Email Address: efreeman@lockelord.com

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____
(If known)

Filed on: _____

**Name and address where payment should be sent (if different from above)**

Dynegy Power Marketing, Inc.
100 Louisiana Street, Suite 5800
Houston, TX 77002

Telephone number: (713) 507-6400    Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1.    Amount of Claim as of Date Case Filed:** $ 3,697,653.44

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
☒ Check this box if all or part of your claim is based on a Derivative Contract.*
☐ Check this box if all or part of your claim is based on a Guarantee.*

*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

**2.    Basis for Claim:** Termination of ISDA 2002 Master Agreement dated May 17, 2007
(See instruction #2 on reverse side.)

**3.    Last four digits of any number by which creditor identifies debtor:** _____
3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

**4.    Secured Claim (See instruction #4 on reverse side.)**
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff:  ☐ Real Estate    ☐ Motor Vehicle    ☐ Other

Describe: _____

Value of Property: $_____ Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____ Basis for perfection: _____

Amount of Secured Claim: $_____ Amount Unsecured: $3,697,653.44  ☐

**6.    Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $_____**
(See instruction #6 on reverse side.)

**5.    Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).  If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**Amount entitled to priority:**

$_____

**7.    Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
**8.    Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**FOR COURT USE ONLY**

FILED / RECEIVED

**SEP 2 2 2009**

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date: | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| 09/21/2009 ☐ | Elizabeth C. Freeman, Attorney for Creditor |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## **EXHIBIT A**

Due to the voluminous nature of the supporting documents, copies are not being filed with this Proof of Claim. This summary is being submitted instead. Copies of the documentation may be obtained by requesting a copy from Claimant's counsel.



**DYNEGY**

Dynegy Power Marketing, Inc.
1000 Louisiana Street, Suite 5800
Houston, Texas 77002
Phone 713.507.6400
www.dynegy.com

December 4, 2008

VIA FACSIMILE (212) 526-7187, U.S.CERTIFIED MAIL, OVERNIGHT MAIL AND
ELECTRONIC MAIL AT COMMODITIESMARGIN@LEHMAN.COM

Lehman Brothers Commodity Services, Inc.
c/o Lehman Brothers, Inc.
Transaction Management Group
Corporate Advisory Division
745 Seventh Avenue
New York, NY 10019

Attention:  Document Manager
            General Counsel

Re:  Termination Payment Calculation under the ISDA 2002 Master Agreement dated May 17,
     2007 ("ISDA"), as the same may have been amended, and the following Confirmations by
     and between Dynegy Power Marketing, Inc. ("Dynegy") and Lehman Brothers Commodity
     Services, Inc. ("Lehman") that are part of and made pursuant to the ISDA:    (1)
     Confirmation dated July 26, 2007; (2)  Confirmation dated September 21, 2008 (executed
     September 26, 2007); (3) Confirmation dated February 1, 2008; and (4) Confirmation dated
     February 26, 2008.  The ISDA with all Confirmations made pursuant thereto referred to
     herein as the "Agreement."

Ladies and Gentlemen:

By letter dated September 15, 2008, Dynegy terminated the Agreement described above effective
as of September 15, 2008 after the applicable Lehman entities named above, or related to those
named above, filed for protection under Chapter 11 of the U.S. Bankruptcy Code, such filing
constituting grounds for termination under the Agreement.  Enclosed please find a memorandum
containing calculations of the termination payment due under the Agreement.  Pursuant to 11
U.S.C. § 362(b)(17), Dynegy intends to offset margin provided to it by Lehman, in the amount of
$11,900,000.00 against the obligations described herein.

       As the result of such calculations, Lehman owes Dynegy $3,697,653.44 in full and final
satisfaction of its obligations under the Agreement.  The payment of such amounts set forth


**DYNEGY**

above shall not constitute a waiver of limitation of Dynegy's rights and defenses with respect to the Agreement or any other request, demand or claim [including the right to file additional proofs of claim with respect to the Agreement and any related guarantees.] Dynegy reserves the right to amend the termination payment calculation.

This letter is for notification purposes and nothing herein should be construed as an attempt to violate the automatic stay provisions in Lehman's Chapter 11 case.

In the event that any of the capacity which was the subject of a Confirmation described above was either sold or assigned by you to any third party, Dynegy hereby requests that you provide it with a list of the parties to whom such capacity was sold. Dynegy has no obligation to any such third party, however, a list of any such third parties would be useful in clarifying respective capacity rights with the MISO.

Please direct any inquiries concerning this letter to the undersigned at (713) 767-8634 and at the address set forth above.

Sincerely,

DYNEGY POWER MARKETING, INC.

By:_____

Eric P. Watts

Sr. Vice President

**H
A
N
D**

**D
E
L
I
V
E
R
Y**

```
FILED / RECEIVED

SEP 2 2 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC
```

3:56

RECEIVED BY:                    DATE                    TIME