EXHIBIT C

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                          :        **Chapter 11 Case No.**
                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :        **08-13555 (JMP)**
                                               :
                          **Debtors.**         :        **(Jointly Administered)**
---------------------------------------------------------------x

**AMENDED SCHEDULES OF ASSETS AND LIABILITIES FOR**

**LEHMAN BROTHERS COMMODITY SERVICES INC.**

**CASE NO. 08-13885 (JMP)**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

_____Southern_____ **District Of** New York_____

In re __Lehman Brothers Commodity Services Inc._____,          Case No. 08-13885 (JMP)_____
          Debtor

                                                                  Chapter 11_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | | 1 | $          0.00 | | |
| B - Personal Property | | 10 | $  6,522,809,738.94 + undetermined amounts | | |
| C - Property Claimed as Exempt | | 1 | | | |
| D - Creditors Holding Secured Claims | | 1 | | $          Undetermined | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | | 13 | | $          Undetermined | |
| F - Creditors Holding Unsecured Nonpriority Claims | | 4 | | $          Undetermined | |
| G - Executory Contracts and Unexpired Leases | | 17 | | | |
| H - Codebtors | | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $          N/A |
| J - Current Expenditures of Individual Debtors(s) | No | | | | $          N/A |
| **TOTAL** | | 48 | $  6,522,809,738.94 + undetermined amounts | $          Undetermined | |

B6G (Official Form 6G) (12/07)

In re   **Lehman Brothers Commodity Services Inc.**          ,        Case No.   **08-13885 (JMP)**
_____Debtor_____                                                      **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| See attached rider G: Derivative Contracts | |
| See attached rider G: Insurance Agreements | |
| See attached rider G: Vendor Contracts | |
| | |
| | |
| | |
| | |

Lehman Brothers Commodity Services Inc

Case No. 08-13885 (JMP)

Executory Contracts and Unexpired Leases

G: Derivative Contracts

| Contract Counterparty | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Contract Description |
|---|---|---|---|---|---|---|---|---|
| CORAL POWER LLC | Two Houston Center | 909 Fannin, Plaza Level 1 | | Houston | TX | 77010 | United States | Derivative Master Account Number 103105COR7 |
| CPC CORPORATION,TAIWAN | CPC Corporation, Taiwan | | | Taipei City | | 11010 | Taiwan | Derivative Master Account Number 082607CPCC |
| Credit Suisse Energy LLC | 11 Madison Avenue | | | New York | NY | 10010 | UNITED STATES | Derivative Master Account Number 051706CRED |
| Credit Suisse International | Credit Suisse International | | | London | | E14 4QJ | United Kingdom | Derivative Master Account Number 79280CSFL |
| CrossAlta Gas Storage & Services Ltd. | 1600, 700-2nd St SW | | | Calgary | AB | T2P 2W1 | Canada | Derivative Master Account Number 122106CROS |
| DAYTON POWER & LIGHT COMPANY | 1065 Woodman Dr. | | | Dayton | OH | 45432 | United States | Derivative Master Account Number 020606DAY5 |
| DB Energy Trading LLC | | | | | | | 0 | Derivative Master Account Number 102706DBEN |
| DC ENERGY LLC | 8065 Leesburg Pike, Fifth Floor | | | Vienna | VA | 22182 | UNITED STATES | Derivative Master Account Number 012507DCEN |
| DELTA AIRLINES INC | Administrative Bldg. Dept. 856 | 1030 Delta Blvd | | Atlanta | GA | 30354 | United States | Derivative Master Account Number 111906DELT |
| Deutsche Bank AG | 60 Wall Street, 36th Floor | | | New York | NY | 10005-2858 | UNITED STATES | Derivative Master Account Number 65994DBAG |
| Deutsche Lufthansa AG | Lufthansa Aviation Center | Airporting | | Frankfurt/Main | | 60546 | Germany | Derivative Master Account Number 022006DEUT |
| Dexia Banque Internationale a Luxembourg SA | Banque Internationale a Luxembourg SA | | | Luxembourg | | L 1470 | Luxembourg | Derivative Master Account Number 041296BIL |
| DnB NOR Bank ASA | 20, St. Dunstan#appos Hill | | | London | | C3R 8HY | UNITED KINGDOM | Derivative Master Account Number 092796DNBB |
| Dominion Retail, Inc. | 120 Tredegar Street | | | Richmond | VA | 23219 | UNITED STATES | Derivative Master Account Number 121905DOMI |
| Drawbridge Global Macro Master Commodities Ltd | 1345 Avenue of the Americas, 47th Floor | | | New York | NY | 10105 | UNITED STATES | Derivative Master Account Number 073107DRAW |
| Drax Power Limited | c/o Norton Rose LLP | 3 More London Riverside | | London | | SE1 2AQ | United Kingdom | Derivative Master Account Number 071806DRAX |
| Drax Power Limited | c/o Norton Rose LLP | 3 More London Riverside | | London | | SE1 2AQ | UNITED KINGDOM | Derivative Master Account Number 071806DRAX |
| DRESDNER BANK AG | 30 Gresham Street | | | London | | EC2P 2XY | United Kingdom | Derivative Master Account Number 031307DRES |
| DTE Energy Trading, Inc. | DTE Energy Trading, Inc. | 414 S. Main Street; Suite 200 | | | | 48104 | | 0 Derivative Master Account Number 041906DTEE |
| Duke Energy Carolinas LLC-ISDA | Duke Energy Carolinas, LLC | Regular mail: 139 East Fourth St., EA 606 | Overnight: 221 East Fourth St., AT II-5th Floor | Cincinnati | OH | 45201 | United States | Derivative Master Account Number 021307DUKE |
| Duke Energy Indiana, Inc. | 139 East Fourth Street, EA 606 | | | Cincinnati | OH | 45201-0960 | United States | Derivative Master Account Number 050306PSIE |
| Duke EnergyOhio, Inc. | 139 East Fourth Street, EA 503, PO Box 906 | | | Cincinnati | OH | 45201-0960 | United States | Derivative Master Account Number 063004CGEC |
| DUQUESNE POWER LP | 411 Seventh Avenue M/D 8-2 | | | Pittsburgh | PA | 15219 | UNITED STATES | Derivative Master Account Number 111805DUQU |
| Duquesne Power, LLC (EEI) | 411 Seventh Avenue M/D 8-2 | | | Pittsburgh | PA | 15219 | UNITED STATES | Derivative Master Account Number 013006DUQU |
| DYNEGY POWER MARKETING INC | 1000 Louisiana, Suite 5800 | | | Houston | TX | 77210-5050 | UNITED STATES | Derivative Master Account Number 102605DYN5 |
| E.ON ENERGY TRADING AG | Karlstr. 68 | Munich 80335 | | | | | Germany | Derivative Master Account Number 071306EONS |
| E.ON UK PLC (ISDA) | E.ON UK Plc | Westwood Way | Westwood Business Park | Coventry | | CV4 8LG | United Kingdom | Derivative Master Account Number 020107EONU |
| EDF Trading Limited | 71 High Holborn | | | London | | WC1V 6ED | United Kingdom | Derivative Master Account Number 060706EDFT |
| edison mission marketing & trading inc. (ISDA) | 160 Federal Street, 4th Floor | | | Boston | MA | 02110-1776 | United States | Derivative Master Account Number 031006EDIS |
| EL PASO ELECTRIC COMPANY INC. (WSPP) | P.O. Box 982 | | | El Paso | TX | 79960 | United States | Derivative Master Account Number 021407ELPA |
| Electrabel SA | Boulevard du Regent, 8 | | | | | | Belgium | Derivative Master Account Number 081904ELEC |
| ELECTRABEL SA(EFET Power) | Boulevard du Regent, 8 | | | | | | Belgium | Derivative Master Account Number 041907ELEC |
| ELECTRIC RELIABILITY COUNCIL OF TEXAS INC | 7620 Metro Center Drive | | | Austin | TX | 78744 | United States | Derivative Master Account Number 051106ERC5 |
| ELEKTRIZITATS-GESELLSCHAFT LAUFENBURG AG | Elektrizitaets-Gesellschaft Laufenburg AG | Lerzenstrasse 10 | Dietikon | | | 8953 | Switzerland | Derivative Master Account Number 071206ELEK |
| Elliott Associates, L.P. | Barnett Way | | | Gloucester | | GL43RS | England | Derivative Master Account Number 82093EALP |
| ELLIOTT INTERNATIONAL L.P. | c/o Elliott Management Corporation | 712 Fifth Avenue, 35th Floor | | New York | NY | 10019 | UNITED STATES | Derivative Master Account Number 091297WESG |
| EMIRATES NATIONAL OIL COMPANY(SINGAPORE) PRIVATE L | 3 Temasek Ave., Ste. 24-02 | | | Centennial Twr. | | 39190 | Singapore | Derivative Master Account Number 101606EMIR |
| ENBRIDGE GAS SERVICES INC. (NAESB) | 3000 Fifth Avenue PLace | 425 - 1st Street S.W. | | Calgary | AL | T2P 3L8 | Canada | Derivative Master Account Number 102207ENBR |
| EnBW Trading GmbH | Durlacher Allee 93 | 76131 Karlsruhe | 76180 Karlsruhe | Deutschland | | | Germany | Derivative Master Account Number 071306ENBW |