# EXHIBIT D

*Counsel for Dynegy Power Marketing Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                                         :
                                                               :     **Chapter 11**
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al*   :     **Case Nos. 08-13555 (JMP)**
                                                               :     **(Jointly Administered)**
                      **Debtor.**             :
---------------------------------------------------------------x


**PROPOSED ORDER PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(b)(1) GRANTING MOTION OF DYNEGY POWER MARKETING INC. FOR ENTRY OF ORDER THAT ITS TIMELY FILED GUARANTEE QUESTIONNAIRE BE CONSIDERED A TIMELY FILED PROOF OF CLAIM**

Upon consideration of the motion (the "Motion") of Dynegy Power Marketing Inc. ("Claimant") requesting that the its timely filed Guarantee Questionnaire be considered a timely filed proof of claim, and due notice thereof having been provided as set forth in the *Amended Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures dated February 13, 2009* entered in these proceedings; and it appearing that no other or further notice of the Motion need be provided; and having considered the Motion and any objections thereto; and the Court having further found that:

A.       The Claimants have shown that the Guarantee Questionnaire filed by Dynegy against LBHI meets the elements of a valid informal proof of claim; and it is hereby ORDERED as follows:

1. The Motion is granted in its entirety. To the extent any objections to the Motion have not been withdrawn or otherwise resolved, they are hereby overruled.

2. The Guarantee Questionnaire is deemed timely filed by Dynegy against LBHI as a timely informal proof of claim.

3. The Debtor will retain all of its rights to object to the proof of claim.

Dated: _____
   New York, New York

                                                                  _____
                                                                  Honorable James M. Peck,
                                                                  UNITED STATES BANKRUPTCY JUDGE