# EXHIBIT E

*Counsel for Dynegy Power Marketing Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                                                          :
                                                                                     :           **Chapter 11**
                                                                                     :
LEHMAN BROTHERS HOLDINGS INC., *et al*   :           **Case Nos. 08-13555 (JMP)**
                                                                                     :           **(Jointly Administered)**
                                                          **Debtor.**       :
---------------------------------------------------------------x

**PROPOSED ORDER PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(b)(1) GRANTING MOTION OF DYNEGY POWER MARKETING INC. TO FILE A LATE PROOF OF CLAIM**

Upon consideration of the motion (the "Motion") of Dynegy Power Marketing Inc. ("Claimant") seeking permission to file a late proof of claim pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1), and due notice thereof having been provided as set forth in the *Amended Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures dated February 13, 2009* entered in these proceedings; and it appearing that no other or further notice of the Motion need be provided; and having considered the Motion and any objections thereto; and the Court having further found that:

A.    Claimant acted in good faith, its failure to file a proof of claim by the Bar Date was a result of excusable neglect; and

B.    The Debtor will not be prejudiced by granting the relief requested in the Motion; and after due deliberation and sufficient cause appearing therefor; it is hereby ORDERED as follows:

1. The Motion is granted in its entirety. To the extent any objections to the Motion have not been withdrawn or otherwise resolved, they are hereby overruled.

2. The Claimant shall be entitled to file its late proof of claim.

3. The Debtor will retain all of its rights to object to the Claim.

Dated: _____
      New York, New York

                                                                 _____
                                                                 Honorable James M. Peck,
                                                                 UNITED STATES BANKRUPTCY JUDGE