JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Jayant W. Tambe
Aviva W. Sisitsky
Nidhi Nina Yadava

Attorneys for Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
In re:                                                         :   Chapter 11
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :   Case No. 08-13555 (JMP)
                                                               :
                                                               :   (Jointly Administered)
                                                               :
                            Debtors.                           :
                                                               :
-------------------------------------------------------------- x

**NOTICE OF SUBPOENA ISSUED PURSUANT TO ORDER GRANTING THE
DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION
OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF
<u>PERSONS AND ENTITIES</u>**

Pursuant to the Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities, entered on November 23, 2009 (the "Order"),[1] the Court granted Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases (together, the "Debtors") authority to issue subpoenas requiring persons or entities to produce documents to the Debtors and/or submit to examinations by the Debtors.

---

[1] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Order.

As required by the Order, the Debtors hereby file: (i) notice of the subpoena, naming the witness and setting forth the date, time and place of any examination (attached hereto as Exhibit A); and (ii) a declaration of service (attached hereto as Exhibit B).

Dated: February 5, 2010
New York, NY

JONES DAY

s/ [signature]

Jayant W. Tambe
Aviva W. Sisitsky
Nidhi Nina Yadava
JONES DAY
222 East 41st Street
New York, New York 10017
Telephone:  (212) 326-3939
Facsimile:   (212) 755-7306

*Attorneys for Debtors and Debtors in Possession*

# EXHIBIT A

## NOTICE OF SUBPOENA

| Name of Witness: | Intel Corporation |
|---|---|
| Date of Service of Subpoena: | February 4, 2009 |
| Subject of Subpoena: | Production of documents pursuant to Fed. R. Bankr. P. 2004 |
| Date, Time and Place of any Examination | Documents to be produced by March 8, 2010 at 10:00 A.M. (EST) at Jones Day, 1755 Embarcadero Road, Palo Alto, California 94303 |

# EXHIBIT B

# DECLARATION OF SERVICE

I, Nidhi Nina Yadava, hereby certify that on February 4, 2010, I caused a true and correct copy of a SUBPOENA FOR RULE 2004 EXAMINATION, and exhibits thereto, to be served via electronic mail and UPS upon the following counsel for INTEL CORPORATION:

>Craig Goldblatt
>Wilmer Hale Pickering Hale and Dorr LLP
>1875 Pennsylvania Avenue, NW
>Washington, DC 20006
>craig.goldblatt@wilmerhale.com

I certify under penalty of perjury that the foregoing is true and correct.

Dated: February 5, 2010
New York, NY

JONES DAY

s/ [signature]

Nidhi Nina Yadava
JONES DAY
222 East 41st Street
New York, New York 10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306

*Attorney for Debtors and Debtors in Possession*