Form 210A (10/06)

# United States Bankruptcy Court

Southern  District Of  New York

In re  Lehman Brothers Holdings     Case No.  08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Hua An International Balanced Fund | Anthracite Balanced Company (46) Limited |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:   Zhang Haimo
Hua An Fund Management Co Ltd,
2F, New Shanghai International Tower,
360 South Pudong Road, Shanghai
200120  P.R. China

Court Claim# (if known): 11014
Amount of Claim: $42,760,579.90
Date Claim Field: 09/09/2009

Phone:  +86 2138 9699 08
Last Four Digits of Acct.#:

Phone:  +1 345 914 7525
Last Four Digits of Acct.#:

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acc.#:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  _/s/ ZHANG HAIMO_     Date: 16th Dec 2009
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

UKActive 14063982.1