UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re : Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., et al., : 08-13555 (JMP)

Debtors. : (Jointly Administered)
-----------------------------------------------------------x

## NOTICE OF APPEAL

WILLIAM KUNTZ, III, HAVING RETURNED TO THE UNITED STATES FROM THE COMMONWEALTH OF THE BAHAMAS ON THE 6TH OF FEB, 2010 WHO APPEARS HERE PRO SE, HEREBY APPEALS THE ORDER DATED AND DOCKETED ON THE 28TH OF JAN, 2010

| | | |
|---|---|---|
| 6807 | 1/28/2010 | Order Signed on 1/28/2010 Striking from the Record William Kuntzs Notice of Appeal of the Order Authorizing Lehman Commercial Paper Inc. to Purchase Fairpoint Participation. (Related Doc # [5718]) (Nulty, Lynda) |
| | | Debtor: Lehman Brothers Holdings Inc. |

TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK, ON THIS THE 8TH OF FEB, 2010

RESPECTFULLY

William Kuntz, III
kuntzwm1@yahoo.com
India St
PO Box 1801
Nantucket Island, Massachusetts 02554-1801 USofA

508-435-5858

Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Richard P. Krasnow, Esq., attorneys for the Debtor

Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.;

Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Attn:Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq., attorneys for the OfficialCommittee of Unsecured Creditors appointed in these cases