COBLENTZ, PATCH, DUFFY & BASS LLP
Gregg M. Ficks
One Ferry Building, Suite 200
San Francisco, California  94111-4213
Telephone:  (415) 391-4800
Facsimile:  (415) 989-1663

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*<br><br>Debtor. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |
| In re<br><br>LEHMAN BROTHERS INC.,<br><br>Debtor. | Case No. 08-01420 (JMP) SIPA |

**VERIFIED STATEMENT OF COBLENTZ, PATCH, DUFFY & BASS LLP PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019(a)**

   This Verified Statement is filed by the law firm of Coblentz, Patch, Duffy & Bass LLP ("Coblentz"), located at One Ferry Building, Suite 200, San Francisco, California, 94111, pursuant to Federal Rule of Bankruptcy Procedure 2019 as follows:

   1. The above-captioned Debtors ("Debtors") filed petitions for relief under Chapter 11 of the Bankruptcy Code on September 15, 2008.

   2. The above-captioned SIPA proceeding was commenced on September 19, 2008.

   3. Coblentz represents the following creditors (the "Creditors") in these proceedings:

13270.004.1269518v1

    a. Kevin Kalkhoven (minimum claim amount $2,500,890.35);

    b. Pettit Revocable Trust (minimum claim amount $2,500,890.35); and

    c. Sally Tischler (minimum claim amount $1,000,267.08).

  4. The addresses designated for each of the Creditors are listed on <u>Exhibit A</u> attached hereto.

  5. Each of the Creditors holds claims against Debtors and these estates arising out of applicable agreements, law, or equity pursuant to their respective relationships and agreements with Debtors.

  6. Each of the Creditors has retained Coblentz, and Coblentz maintains a client relationship with each of them, for the purpose of representing each of them regarding their respective claims in these proceedings.[1]

  7. Coblentz is representing each of the Creditors individually, and not as a committee of any kind.

  8. Coblentz reserves the right to supplement or amend this Statement, as and when appropriate.

/ / /

/ / /

/ / /

/ / /

---

[1] Coblentz also previously filed claims on behalf of Openwave Communications, Inc.("Openwave") in these proceedings. Openwave's claims in these proceedings have been resolved.

13270.004.1269518v1  - 2 -

9. To the best of my knowledge, information, and belief, as of the time of Coblentz's engagement by the Creditors and at all times thereafter, Coblentz did not hold, and does not hold, any claims against, or interests in, Debtors.

Dated: February 8, 2010
      San Francisco, California

                      COBLENTZ, PATCH, DUFFY & BASS LLP

                      By:   /s/ Gregg M. Ficks
                              Gregg M. Ficks
                              One Ferry Building, Suite 200
                              San Francisco, California  94111-4213
                              Telephone:  (415) 391-4800
                              Facsimile:  (415) 989-1663

# EXHIBIT A

**Kevin Kalkhoven**
c/o James A. Cox
Ernst & Young LLP
560 Mission Street, Suite 1600
San Francisco, CA  94105

with copy to:

Gregg M. Ficks, Esq.
Coblentz, Patch, Duffy & Bass LLP
One Ferry Building, Suite 200
San Francisco, California  94111-4213


**Pettit Revocable Trust**
c/o James A. Cox
Ernst & Young LLP
560 Mission Street, Suite 1600
San Francisco, CA  94105

with copy to:

Gregg M. Ficks, Esq.
Coblentz, Patch, Duffy & Bass LLP
One Ferry Building, Suite 200
San Francisco, California  94111-4213


**Sally Tischler**
c/o James A. Cox
Ernst & Young LLP
560 Mission Street, Suite 1600
San Francisco, CA  94105

with copy to:

Gregg M. Ficks, Esq.
Coblentz, Patch, Duffy & Bass LLP
One Ferry Building, Suite 200
San Francisco, California  94111-4213