Robert A. Johnson
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)

*Counsel to Dynegy Power Marketing, Inc.*

**UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
In re:                                                       :
                                                             :    **Chapter 11**
                                                             :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al*                   :    **Case Nos. 08-13555 (JMP)**
                                                             :    **(Jointly Administered)**
                                         Debtors.            :
------------------------------------------------------------ x

## CERTIFICATE OF SERVICE

STATE OF NEW YORK  )
COUNTY OF NEW YORK  )

        ISABELLE R. LIBERMAN

1.    I am employed in the County of New York, State of New York. I am over the age of 18 and not a party to the within action; my business address is: One Bryant Park, New York, NY 10036.

2.    I certify that on February 5, 2010, true and correct copies of (1) Notice of Appearance of Akin Gump Strauss Hauer & Feld LLP on behalf of Dynegy Power Marketing Inc.; (2) Dynegy Power Marketing Inc.'s Motion for Entry Of An Order That its Timely Filed Guarantee Questionnaire be Considered a Timely Filed Proof of Claim, or, in the Alternative, to Permit a Late Claim Filing Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) (without exhibits, pending Seal Motion); and (3) Dynegy's Power Marketing Inc.'s Motion for Entry of an Order Authorizing the Filing Under Seal of a Certain Exhibit to its Motion for Entry of an Order That its Timely Filed Guarantee Questionnaire be Considered a Timely Filed Proof of Claim, or, in the Alternative, to Permit a Late Claim Filing Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) to be served via United States, Regular First Class Mail email on the parties listed on the Master Service List as defined in the Amended Order Implementing Certain Notice and Case Management Procedures in the above-captioned matter.

3.    I certify that on February 5, 2010, true and correct copies of (1) Notice of Appearance of Akin Gump Strauss Hauer & Feld LLP on behalf of Dynegy Power Marketing Inc.; (2) Dynegy Power Marketing Inc.'s Motion for Entry Of An Order That its Timely Filed Guarantee Questionnaire be Considered a Timely Filed Proof of Claim, or, in the Alternative, to Permit a Late Claim Filing Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1); and (3) Dynegy's Power Marketing Inc.'s Motion for Entry of an Order Authorizing the Filing Under Seal of a Certain Exhibit to its Motion for Entry of an Order That its Timely Filed Guarantee Questionnaire be Considered a Timely Filed Proof of Claim, or, in the Alternative, to Permit a Late Claim Filing Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) to be served via United States, Regular First Class Mail email on Service List B (below).

New York, New York
Dated: February 8, 2010

*Isabelle L*
Isabelle R. Liberman

**Service List B**

Harvey R. Miller, Esq.
Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Andy Velez-Rivera
Paul Schwartzberg
Brian Masumoto
Linda Riffkin
Tracy Hope Davis
Office of the United States Trustee for the Southern District of New York
33 Whitehall Street
21st Floor
New York, New York, 10004

Dennis F. Dunne, Esq
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Millbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005