UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                            :
In re                                       :    Chapter 11
                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    Case No. 08-13555 (JMP)
                                            :
                        Debtors.            :    (Jointly Administered)
------------------------------------------------------------------x

## ORDER AUTHORIZING EXAMINER
## TO FILE THE EXAMINER'S REPORT UNDER SEAL

Upon the *Ex Parte* Motion for Leave to File the Examiner's Report Temporarily Under Seal (the "Motion"); and the Court having reviewed the Motion; it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); it appearing that venue of this proceeding and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED:

1. The Motion is granted.

2. The Examiner is authorized to file a copy of his Report under seal by delivering it to Chambers and to the Clerk of the Court's attention with a letter referencing this Order. The Report shall remain under seal and confidential and shall not be made available to any person or entity until further order of this Court.

3. On the date the Examiner files his Report under seal as authorized by this Order, the Examiner shall file on the docket in the above-captioned cases a notice that he has filed his Report under seal with the Court.

4. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: _____, 2010
New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE