JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
Robert L. Byman (Admitted *Pro Hac Vice*)
Daniel R. Murray (Admitted *Pro Hac Vice*)

919 Third Avenue, 37th Floor
New York, New York 10022-3908
Telephone: (212) 891-1600
Facsimile: (212) 891-1699
Patrick J. Trostle
Heather D. McArn

Attorneys for Anton R. Valukas, Esq., Examiner

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
:
In re : Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC., *et al*., : Case No. 08-13555 (JMP)
:
                    Debtors. : (Jointly Administered)
------------------------------------------------------------------------x

### NOTICE OF FILING OF
### EXAMINER'S REPORT UNDER SEAL

PLEASE TAKE NOTICE that Anton R. Valukas, Esq., the Examiner appointed for Lehman Brothers Holdings Inc. and its affiliated debtors in the above-captioned bankruptcy cases, has filed with the Court ***under seal*** the Report of Examiner Anton R. Valukas, pursuant to the Court's Order Authorizing Examiner to File the Examiner's Report Under Seal. [Docket No. 7024].

Dated: February 8, 2010
New York, New York

Respectfully submitted,

By: */s/ Robert L. Byman*

JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
Robert L. Byman (Admitted *Pro Hac Vice*)
Daniel R. Murray (Admitted *Pro Hac Vice*)

919 Third Avenue, 37th Floor
New York, New York 10022-3908
Telephone: (212) 891-1600
Facsimile: (212) 891-1699
Patrick J. Trostle
Heather D. McArn

Attorneys for Anton R. Valukas, Esq., Examiner