# Exhibit 1

# JENNER&BLOCK

**ROBERT L. BYMAN**
Tel 312 923-2679
Fax 312 840-7679
rbyman@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Tel 312-222-9350
www.jenner.com

Chicago
Los Angeles
New York
Washington, DC

January 19, 2010

*Via Overnight Express*

To the Attached Service List

*Re:   Lehman Brothers' Bankruptcy Examination, Case No. 08-13555 (Bankr. S.D.N.Y.)*

Dear Counsel:

Each of you has produced documents to the Examiner under a form of confidentiality agreement or stipulation. With each individual's copy of this letter, I enclose a CD containing the documents that individual's client has produced under designation of confidentiality which the Examiner currently intends to cite in his Report. Of course, we are not at liberty to share with any of you documents designated as confidential and produced by any other party.

We continue to draft, and we may add further documents; if so, we will forward those to you as soon as practicable.

We believe that the large majority of the documents we intend to cite are not in fact confidential. We would appreciate your prompt review of your documents so that we can reduce, or perhaps even eliminate the necessity for the Court to resolve any issues. In the event that we were to get 100% affirmative response that no document requires confidential treatment by February 1, we would be able to file the Report publicly; if anything less, we will file under seal and suggest to the Court an expedited procedure to resolve the confidentiality issues.

Please let us know at your earliest convenience which of your documents, if any, you maintain must be held confidential. You need not take the time now to explain the reasoning – that will come later when we ask the Court to make the calls. For now we simply need to know what documents are at issue.

Producing Parties Service List
January 19, 2010
Page -2-


Thank you in advance for your cooperation.

Sincerely,

Robert L. Byman

cc:     Anton R. Valukas

## Service List

Jonathan D. Polkes
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
*Attorneys for Debtors*

Jack G. Stern
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, NY 10022
(212) 446-2300
*Attorneys for Barclays Capital, Inc.*

Lindsee P. Granfield
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000
*Attorneys for Barclays Capital, Inc.*

Claudia L. Hammerman
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000
*Attorneys for Citigroup, Inc. (including, without limitation, Citibank, N.A.)*

Robert J. Rosenberg
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022
(212) 906-1200
*Attorneys for Ernst & Young LLP*

# Service List

David I. Gross
Counsel and Vice President
The Federal Reserve Bank of New York
33 Liberty Street
New York, New York 10045
(212) 720-5000

David C. Esseks
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York 10020
(212) 610-6326
*Attorneys for HSBC Bank USA, N.A.*

Amy R. Wolf
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, New York 10019
(212) 403-1000
*Attorneys for JPMorgan Chase Bank, N.A.*

Thomas G. Rafferty
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
(212) 474-1000
*Attorneys for Lazard Ltd.*

Dirk S. Roberts
Deputy Chief Counsel for Litigation
OFFICE OF CHIEF COUNSEL
OFFICE OF THRIFT SUPERVISION
1700 G Street N.W.
Washington, D.C. 20552
(202) 906-6000
*Counsel for Office of Thrift Supervision*

## Service List

Jonathan Koevary
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
(212) 373-3278
*Attorneys for Perella Weinberg Partners LP*

Danna Drori
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
(212) 637-2689
*Southern District of New York*
*Attorney for the United States Department of the Treasury*

James B. Kobak, Jr.
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004
(212) 837-6000
*Attorneys for James W. Giddens, Trustee for*
*the Liquidation of Lehman Brothers, Inc.*

David C. Bryan
WACHTELL, LIPTON, ROSEN & KATZ
51 W 52nd St.
New York, NY 10019
(212) 403-1000
*Attorneys for Tishman Speyer Real Estate Venture VII, L.P.*