UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                :
In re                                           :    Chapter 11 Case No.
                                                :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    08-13555 (JMP)
                                                :
                    Debtors.                    :    (Jointly Administered)
                                                :
-------------------------------------------------------------------x    Ref. Docket Nos. 6988 - 6990

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

SAMUEL GARCIA, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 4, 2010, I caused to be served the:

    a) "Notice of Adjournment of Debtors' Motion Pursuant to Sections 105(a) and 362 of the Bankruptcy Code for an Order Enforcing the Automatic Stay Against and Compelling Payment of Post-Petition Funds by Skandinaviska Enskilda Banken AB," dated January 4, 2010 [Docket No. 6988], (the "Skandinaviska Enskilda Banken AB Notice"),

    b) "Notice of Adjournment of Debtors' Motion Pursuant to Sections 105(a) and 362 of the Bankruptcy Code for an Order Enforcing the Automatic Stay Against and Compelling Payment of Post-Petition Funds by First National Bank," dated January 4, 2010 [Docket No. 6989], (the "First National Bank Notice"), and

    c) "Notice of Adjournment of Debtors' Motion Pursuant to Sections 105(a) and 362 of the Bankruptcy Code for an Order Enforcing the Automatic Stay Against and Compelling Payment of Post-Petition Funds by Swedbank AB," dated January 4, 2010 [Docket No. 6990], (the "Swedbank AB Notice"),

    by causing true and correct copies of the:

    a) Skandinaviska Enskilda Banken AB Notice, First National Bank Notice, and Swedbank AB Notice, to be delivered by email to those parties listed on the attached Exhibit "A",

b) Skandinaviska Enskilda Banken AB Notice, First National Bank Notice, and Swedbank AB Notice, to be delivered by facsimile to those parties listed on the attached Exhibit "B",

c) Skandinaviska Enskilda Banken AB Notice, First National Bank Notice, and Swedbank AB Notice, enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to those parties listed on the attached Exhibit "C",

d) Skandinaviska Enskilda Banken AB Notice, to be delivered by electronic mail to arovira@sidley.com,

e) Skandinaviska Enskilda Banken AB Notice, enclosed securely in a separate postage-prepaid envelope and delivered by overnight mail to Sidley Austin LLP, Attn: Alex R. Rovira, Esq., 787 Seventh Avenue, New York, New York 10019,

f) First National Bank Notice, to be delivered by electronic mail to those parties listed on the annexed Exhibit "D",

g) First National Bank Notice, to be enclosed securely in a separate postage-prepaid envelope and delivered by overnight mail to Seward & Kissel LLP, Attn: Jack Yoskowitz, Esq. and Justin L. Shearer, Esq., One Battery Park Plaza, New York, New York 10004,

h) Swedbank AB Notice, to be delivered by electronic mail to mkauffman@salans.com, and

i) Swedbank AB Notice, to be enclosed securely in a separate postage-prepaid envelope and delivered by overnight mail to SALANS LLP, Attn: Claude D. Montgomery, Esq., Lee P. Whidden, Esq. and Michael Kauffman, Esq., 620 Fifth Avenue, New York, NY 10020.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Samuel Garcia
Samuel Garcia

Sworn to before me this
5th day of February, 2010
/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

T:\Clients\LBH\Affidavits\Ntc(s) of Adjournment - Skandinaviska Enskilda Banken, First National Bank & Swedbank AB_DI 6988-6990_AFF_2-4-10.doc

# Exhibit "A"

**Email Addresses**

aaaronson@dilworthlaw.com
aalfonso@kayescholer.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adarwin@nixonpeabody.com
adg@adorno.com
Adiamond@DiamondMcCarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agolianopoulos@mayerbrown.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
alex.torres@infospace.com
amarder@msek.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
avi.gesser@dpw.com
awasserman@lockelord.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bdk@schlamstone.com
bguiney@pbwt.com
bhinerfeld@sbtklaw.com
bill.freeman@pillsburylaw.com
bmanne@tuckerlaw.com
BMiller@mofo.com
boneill@kramerlevin.com
bpershkow@profunds.com
Brian.Corey@greentreecreditsolutions.com
bromano@willkie.com
broy@rltlawfirm.com
bspector@jsslaw.com
btrust@mayerbrown.com
btupi@tuckerlaw.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
canelas@pursuitpartners.com
carlin@thshlaw.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
clynch@reedsmith.com
cmontgomery@salans.com
CMTB_LC11@chuomitsui.jp
cohenr@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
crmomjian@attorneygeneral.gov
crogers@orrick.com
cs@stevenslee.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com

| | |
|---|---|
| cward@polsinelli.com | drosner@goulstonstorrs.com |
| cweber@ebg-law.com | drosner@kasowitz.com |
| cweiss@ingramllp.com | dshemano@pwkllp.com |
| dallas.bankruptcy@publicans.com | dtatge@ebglaw.com |
| daniel.guyder@allenovery.com | dwdykhouse@pbwt.com |
| david.bennett@tklaw.com | dwildes@stroock.com |
| david.crichlow@pillsburylaw.com | dworkman@bakerlaw.com |
| david.heller@lw.com | easmith@venable.com |
| davids@blbglaw.com | echang@steinlubin.com |
| davidwheeler@mvalaw.com | ecohen@russell.com |
| dbalog@intersil.com | efile@willaw.com |
| dbarber@bsblawyers.com | efleck@milbank.com |
| dbaumstein@whitecase.com | efriedman@friedumspring.com |
| dbesikof@loeb.com | egeekie@schiffhardin.com |
| dcimo@gjb-law.com | eglas@mccarter.com |
| dckaufman@hhlaw.com | ehollander@whitecase.com |
| dcoffino@cov.com | ehret-vanhorn@mbaum.com |
| dcrapo@gibbonslaw.com | ekbergc@lanepowell.com |
| ddavis@paulweiss.com | eli.mattioli@klgates.com |
| ddrebsky@nixonpeabody.com | elizabeth.harris@klgates.com |
| ddunne@milbank.com | ellen.halstead@cwt.com |
| deborah.saltzman@dlapiper.com | eobrien@sbchlaw.com |
| deggermann@kramerlevin.com | eric.johnson@hro.com |
| deggert@freebornpeters.com | eschaffer@reedsmith.com |
| demetra.liggins@tklaw.com | eschwartz@contrariancapital.com |
| deryck.palmer@cwt.com | esmith@dl.com |
| dfelder@orrick.com | ezujkowski@emmetmarvin.com |
| dflanigan@polsinelli.com | ezweig@optonline.net |
| dfriedman@kasowitz.com | fbp@ppgms.com |
| dgrimes@reedsmith.com | fdellamore@jaspanllp.com |
| dhayes@mcguirewoods.com | feldsteinh@sullcrom.com |
| dheffer@foley.com | ffm@bostonbusinesslaw.com |
| diconzam@gtlaw.com | fhyman@mayerbrown.com |
| dirk.roberts@ots.treas.gov | fishere@butzel.com |
| dkleiner@velaw.com | francois.janson@hklaw.com |
| dkozusko@willkie.com | frank.white@agg.com |
| dladdin@agg.com | fsosnick@shearman.com |
| dlemay@chadbourne.com | fyates@sonnenschein.com |
| dlipke@vedderprice.com | gabriel.delvirginia@verizon.net |
| dludman@brownconnery.com | gbray@milbank.com |
| dmcguire@winston.com | GGraber@HodgsonRuss.com |
| dmurray@jenner.com | giaimo.christopher@arentfox.com |
| dneier@winston.com | giddens@hugheshubbard.com |
| dodonnell@milbank.com | gkaden@goulstonstorrs.com |
| douglas.bacon@lw.com | glenn.siegel@dechert.com |
| dove.michelle@dorsey.com | gmoss@riemerlaw.com |
| DPiazza@HodgsonRuss.com | gravert@mwe.com |
| dravin@wolffsamson.com | gspilsbury@jsslaw.com |
| drose@pryorcashman.com | guzzi@whitecase.com |
| drosenzweig@fulbright.com | harrisjm@michigan.gov |

harveystrickon@paulhastings.com
heim.steve@dorsey.com
heiser@chapman.com
hirsch.robert@arentfox.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hweg@pwkllp.com
ian.levy@kobrekim.com
icatto@kirkland.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
jafeltman@wlrk.com
james.mcclammy@dpw.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
Jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
Jdrucker@coleschotz.com
jdyas@halperinlaw.net
jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us
jessica.fink@cwt.com
jfalgowski@reedsmith.com
jfinerty@pfeiferlaw.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgarrity@shearman.com

jgenovese@gjb-law.com
jguy@orrick.com
jhellman@zeislaw.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjureller@klestadt.com
jkehoe@sbtklaw.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@dl.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmr@msf-law.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
joli@crlpc.com
jorbach@hahnhessen.com
Joseph.Cordaro@usdoj.gov
joseph.scordato@dkib.com
joshua.dorchak@bingham.com
jowen769@yahoo.com
JPintarelli@mofo.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jtimko@allenmatkins.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jweiss@gibsondunn.com
jwest@velaw.com

| | |
|---|---|
| jwh@njlawfirm.com | mabrams@willkie.com |
| jwhitman@entwistle-law.com | MAOFILING@CGSH.COM |
| k4.nomura@aozorabank.co.jp | Marc.Chait@standardchartered.com |
| karen.wagner@dpw.com | margolin@hugheshubbard.com |
| karol.denniston@dlapiper.com | Marianne.Mortimer@friedfrank.com |
| KDWBankruptcyDepartment@kelleydrye.com | mark.deveno@bingham.com |
| keckhardt@hunton.com | mark.ellenberg@cwt.com |
| keith.simon@lw.com | mark.houle@pillsburylaw.com |
| Ken.Coleman@allenovery.com | mark.sherrill@sutherland.com |
| ken.higman@hp.com | martin.davis@ots.treas.gov |
| kgwynne@reedsmith.com | Marvin.Clements@ag.tn.gov |
| kiplok@hugheshubbard.com | matthew.klepper@dlapiper.com |
| kkelly@ebglaw.com | matthew.morris@lovells.com |
| Klippman@munsch.com | mbenner@tishmanspeyer.com |
| klyman@irell.com | mberman@nixonpeabody.com |
| kmayer@mccarter.com | mbienenstock@dl.com |
| kobak@hugheshubbard.com | mbossi@thompsoncoburn.com |
| korr@orrick.com | mcademartori@sheppardmullin.com |
| KOstad@mofo.com | mcordone@stradley.com |
| kovskyd@pepperlaw.com | mcto@debevoise.com |
| kpiper@steptoe.com | mdorval@stradley.com |
| kressk@pepperlaw.com | meltzere@pepperlaw.com |
| KReynolds@mklawnyc.com | metkin@lowenstein.com |
| kristin.going@dbr.com | mgordon@briggs.com |
| krosen@lowenstein.com | mgreger@allenmatkins.com |
| krubin@ozcap.com | mhopkins@cov.com |
| kurt.mayr@bgllp.com | michael.kim@kobrekim.com |
| lacyr@sullcrom.com | mimi.m.wong@irscounsel.treas.gov |
| Landon@StreusandLandon.com | mitchell.ayer@tklaw.com |
| lawallf@pepperlaw.com | mjacobs@pryorcashman.com |
| lberkoff@moritthock.com | mjedelman@vedderprice.com |
| Lee.Stremba@troutmansanders.com | MJR1@westchestergov.com |
| lgranfield@cgsh.com | mkjaer@winston.com |
| lhandelsman@stroock.com | mlahaie@akingump.com |
| linda.boyle@twtelecom.com | MLandman@lcbf.com |
| lisa.kraidin@allenovery.com | mmendez@hunton.com |
| LJKotler@duanemorris.com | mmickey@mayerbrown.com |
| lmarinuzzi@mofo.com | mmooney@deilylawfirm.com |
| Lmay@coleschotz.com | mmorreale@us.mufg.jp |
| lmcgowen@orrick.com | mmurphy@co.sanmateo.ca.us |
| lml@ppgms.com | mneier@ibolaw.com |
| lnashelsky@mofo.com | monica.lawless@brookfieldproperties.com |
| loizides@loizides.com | mpage@kelleydrye.com |
| lromansic@steptoe.com | mpfeifer@pfeiferlaw.com |
| lscarcella@farrellfritz.com | mpucillo@bermanesq.com |
| lschweitzer@cgsh.com | mrosenthal@gibsondunn.com |
| lthompson@whitecase.com | mruetzel@whitecase.com |
| lubell@hugheshubbard.com | mschimel@sju.edu |
| lwhidden@salans.com | MSchleich@fraserstryker.com |
| lwong@pfeiferlaw.com | mshiner@tuckerlaw.com |

mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
Nasreen.Bulos@dubaiic.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
newyork@sec.gov
nfurman@scottwoodcapital.com
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
paronzon@milbank.com
patrick.potter@pillsburylaw.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
pnichols@whitecase.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
pwirt@ftportfolios.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rbeacher@daypitney.com
rbernard@bakerlaw.com
rbyman@jenner.com
rchoi@kayescholer.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com

rgraham@whitecase.com
rhett.campbell@tklaw.com
RHS@mccallaraymer.com
richard.lear@hklaw.com
richard.levy@lw.com
ritkin@steptoe.com
RJones@BoultCummings.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rmunsch@munsch.com
rnetzer@willkie.com
rnies@wolffsamson.com
rnorton@hunton.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
Robin.Keller@Lovells.com
ronald.silverman@bingham.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
RTrust@cravath.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
Sally.Henry@skadden.com
sandyscafaria@eaton.com
Sara.Tapinekis@cliffordchance.com
sbernstein@hunton.com
scargill@lowenstein.com
schannej@pepperlaw.com
schapman@willkie.com
Schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com

sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
sheehan@txschoollaw.com
shgross5@yahoo.com
shumaker@pursuitpartners.com
shumaker@pursuitpartners.com
sidorsky@butzel.com
slerner@ssd.com
SLoden@DiamondMcCarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
SRee@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
steele@lowenstein.com
stephanie.wickouski@dbr.com
steve.ginther@dor.mo.gov
steven.perlstein@kobrekim.com
steven.wilamowsky@bingham.com
Streusand@StreusandLandon.com
suomi_murano@chuomitsui.jp
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@andersonkill.com
TGoren@mofo.com

thomas.califano@dlapiper.com
Thomas_Noguerola@calpers.ca.gov
thomaskent@paulhastings.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tslome@msek.com
ttracy@crockerkuno.com
twatanabe@mofo.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp

**Exhibit "B"**

08-13555-mg    Doc 7027    Filed 02/08/10    Entered 02/08/10 16:55:32    Main Document
Pg 10 of 15

| Name | Fax |
|---|---|
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE ANDREW D VELEZ-RIVERA | 212-668-2255 |

**Exhibit "C"**

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004

# Exhibit "D"

**Additional Parties**

shearer@sewkis.com
yoskowitz@sewkis.com