gNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                                                 Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,          Case No. 08-13555 (JMP)

                                      Debtors.
------------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF GREGORY R. PRESTON

UPON the motion of Gregory R. Preston dated November 30, 2009, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Gregory R. Preston is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       February 8, 2010

                                                           *s/ James M. Peck*
                                                           UNITED STATES BANKRUPTCY JUDGE