Barbra R. Parlin
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, New York 10019-6123
(212) 513-3210

*Attorneys for Various Parties*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------x

In re:                                                                    Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., *et al*.,    Case No. 08-13555-JMP


                                        Debtors.          (Jointly Administered)
--------------------------------------------------------x

<u>**NOTICE OF CHANGE OF ADDRESS FOR ATTORNEYS**</u>

    PLEASE TAKE NOTICE that Holland & Knight LLP has changed its address, effective

February 1, 2010, from 195 Broadway, New York, New York 10007 to 31 West 52nd Street,

New York, New York 10019-6123.  Telephone, facsimile numbers and email addresses remain

the same.  All pleadings and correspondence should be directed to the new physical address.

Date:  New York, New York
        February 8, 2010


                                HOLLAND & KNIGHT LLP

                                By:____/s/ Barbra R. Parlin_____
                                        Barbra R. Parlin
                                        31 West 52nd Street
                                        New York, New York 10019-6123
                                        (212) 513-3210

                                *Attorneys for parties listed on Exhibit A hereto*

# 9138661_v1

## EXHIBIT A

1.      SBA Communications Corporation
5900 Broken Sound Parkway NW
Boca Raton, FL 33487

Swap counterparty with Lehman Brothers OTC Derivatives with Lehman Brothers
Holding, Inc.  Working Capital Line of Credit borrower in which Lehman Brothers
Commercial Paper, Inc., is the Co-Syndication agent and
Lehman Brothers, Inc. is a bookrunner.

2.      US Bank
U.S. Bank National Association
Mail Station EP-MN-WS1D
60 Livingston Ave.
St. Paul, MN  55107

US Bank as successor to First Union National Bank as Trustee for Connector 2000
Association, Inc, Toll Reserve Bonds. Repurchase Agreement Counterparty
to Lehman Brothers, Inc. and Lehman Brothers Holdings, Inc., as Credit Support
Provider.

3.      Singapore Airlines, Limited
08-D Airline House
25 Airline Road
Singapore 819829

Forward Contract Counterparty to Lehman Brothers Commodity Services, Inc., and
Lehman Brothers Holdings, Inc., as Credit Support Provider.

4.      HSBC Realty Credit Corporation (USA)
1441 Brickell Avenue--16th Floor
Miami, Florida 33131

Co-Lending agreement counterparty with Lehman Brothers Holdings, Inc., as Split
Note Holder and as agent for Split Note Holders.

5.      Carlton Willard Homes, Inc.
100 Old Billerica Road
Bedford, Massachusetts 01730

Swap counterparty with Lehman Brothers Special Financing, Inc. and Lehman
Brothers Holdings, Inc., as Credit Support Provider.

6.     Monument Realty LLC
1700 K Street NW
Suite 600
Washington, DC 20006

Monument Realty LLC and various joint ventures involving its affiliates have loans from Lehman Brothers Holdings Inc. Various Lehman affiliates are partners with Monument affiliates in multiple real estate ventures.

7.     Caisse de dépôt et placement du Québec
Centre CDP Capital
1000, place Jean-Paul-Riopelle
Montréal, Québec
Canada H2Z 2B3

The Caisse de dépôt et placement du Québec is a financial institution that manages funds primarily for public and private pension and insurance plans. As at December 31, 2007, it held $155.4 billion of net assets. One of the leading institutional fund managers in Canada, the Caisse invests in the main financial markets as well as in private equity and real estate.

8.     Argent Classic Convertible Arbitrage Fund Ltd.
c/o M&C Corporate Services Limited
PO Box 309GT
Ugland House
South Church Street, Georgetown
Grand Cayman, Cayman Islands

Margin Lending Agreement, Global Master Securities Lending Agreement, and International Prime Brokerage Agreement with Lehman Brothers International (Europe) Customer Account Agreement Prime Brokerage Agreement with Lehman Brothers, Inc.

9.     PricewaterhouseCoopers
3109 Dr. M.L. King, Jr. Blvd.
Tampa, Florida 33607

PricewaterhouseCoopers formerly subleased the 7th Floor of 1301 Avenue of the Americas, New York, New York to Lehman Brothers, Inc., among other things.

10.    Kantatsu Co. Ltd.
       1150-23 Kataoka
       Yaita-shi, Tochigi-ken 329-1571
       Japan
       Attn.: Keiju Akutsu, Director/President

       Kantatsu is a swap counterparty to Lehman Japan, which transaction was guaranteed by
       Lehman Brothers Holdings, Inc.

11.    Teachers' Retirement System of the State of Illinois
       2815 Washington Street
       Springfield, Illinois 62702
       Attn.:  Tassi Maton

       TRSI is a swap counterparty of various Lehman entities