**HOLLAND & KNIGHT LLP**
31 West 52nd Street
New York, New York 10019
Tel.: (212) 513-3200
Fax: (212) 385-9010

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
In re:                                                      Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., *et al.*,    Case No. 08-13555-JMP


                             Debtors.         (Jointly Administered)
------------------------------------------------------------x

## FOURTH AMENDED
## VERIFIED STATEMENT OF HOLLAND & KNIGHT LLP
## PURSUANT TO FED. R. BANKR. P. 2019(a)

Holland & Knight LLP ("Counsel") hereby submits this amended verified statement ("Amended Verified Statement") pursuant to Fed. R. Bankr. P. 2019(a), and avers as follows:

1. Counsel appears in these cases on behalf of the entities listed on Exhibit A hereto (the "Entities").

2. Each of the Entities may hold claims against and/or interests in the Debtors arising out of applicable agreements, law or equity pursuant to their relationship with the Debtors.

3. Each of the Entities separately requested that Counsel represent them in connection with the Debtors' chapter 11 cases.

1

4. The undersigned herby verifies under oath that this Amended Verified Statement is true and accurate, to the best of the undersigned's knowledge and belief. Counsel reserves the right to revise and supplement this statement.

Dated: New York, New York
       February 8, 2010

                                  HOLLAND & KNIGHT LLP

                                  By: /s/ Barbra R. Parlin
                                       Barbra R. Parlin
                                  31 West 52nd Street
                                  New York, New York 10019
                                  Tel.: (212) 513-3200
                                  Fax: (212) 385-9010

# EXHIBIT A

1. SBA Communications Corporation
   5900 Broken Sound Parkway NW
   Boca Raton, FL 33487

   Swap counterparty with Lehman Brothers OTC Derivatives with Lehman Brothers Holding, Inc. Working Capital Line of Credit borrower in which Lehman Brothers Commercial Paper, Inc., is the Co-Syndication agent and
   Lehman Brothers, Inc. is a bookrunner.

2. US Bank
   U.S. Bank National Association
   Mail Station EP-MN-WS1D
   60 Livingston Ave.
   St. Paul, MN 55107

   US Bank as successor to First Union National Bank as Trustee for Connector 2000 Association, Inc, Toll Reserve Bonds. Repurchase Agreement Counterparty
   to Lehman Brothers, Inc. and Lehman Brothers Holdings, Inc., as Credit Support Provider.

3. Singapore Airlines, Limited
   08-D Airline House
   25 Airline Road
   Singapore 819829

   Forward Contract Counterparty to Lehman Brothers Commodity Services, Inc., and Lehman Brothers Holdings, Inc., as Credit Support Provider.

4. HSBC Realty Credit Corporation (USA)
   1441 Brickell Avenue--16th Floor
   Miami, Florida 33131

   Co-Lending agreement counterparty with Lehman Brothers Holdings, Inc., as Split Note Holder and as agent for Split Note Holders.

5. Carlton Willard Homes, Inc.
   100 Old Billerica Road
   Bedford, Massachusetts 01730

   Swap counterparty with Lehman Brothers Special Financing, Inc. and Lehman Brothers Holdings, Inc., as Credit Support Provider.

6.     Monument Realty LLC
1700 K Street NW
Suite 600
Washington, DC 20006

Monument Realty LLC and various joint ventures involving its affiliates have loans from Lehman Brothers Holdings Inc. Various Lehman affiliates are partners with Monument affiliates in multiple real estate ventures.

7.     Caisse de dépôt et placement du Québec
Centre CDP Capital
1000, place Jean-Paul-Riopelle
Montréal, Québec
Canada H2Z 2B3

The Caisse de dépôt et placement du Québec is a financial institution that manages funds primarily for public and private pension and insurance plans. As at December 31, 2007, it held $155.4 billion of net assets. One of the leading institutional fund managers in Canada, the Caisse invests in the main financial markets as well as in private equity and real estate.

8.     Argent Classic Convertible Arbitrage Fund Ltd.
c/o M&C Corporate Services Limited
PO Box 309GT
Ugland House
South Church Street, Georgetown
Grand Cayman, Cayman Islands

Margin Lending Agreement, Global Master Securities Lending Agreement, and International Prime Brokerage Agreement with Lehman Brothers International (Europe) Customer Account Agreement Prime Brokerage Agreement with Lehman Brothers, Inc.

9.     PricewaterhouseCoopers
3109 Dr. M.L. King, Jr. Blvd.
Tampa, Florida 33607

PricewaterhouseCoopers formerly subleased the 7th Floor of 1301 Avenue of the Americas, New York, New York to Lehman Brothers, Inc., among other things.

10.    Kantatsu Co. Ltd.
    1150-23 Kataoka
    Yaita-shi, Tochigi-ken 329-1571
    Japan
    Attn.: Keiju Akutsu, Director/President

    Kantatsu is a swap counterparty to Lehman Japan, which transaction was guaranteed by Lehman Brothers Holdings, Inc.

11.    Teachers' Retirement System of the State of Illinois
    2815 Washington Street
    Springfield, Illinois 62702
    Attn.: Tassi Maton

    TRSI is a swap counterparty of various Lehman entities

\# 5738200_v5

5