KLESTADT & WINTERS, LLP
Tracy L. Klestadt
Samir P. Gebrael
292 Madison Avenue, 17th Floor
New York, NY 10017
Telephone: (212) 972-3000
Facsimile: (212) 972-2245

*Counsel to Tensor Opportunity Limited*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                             :
In re LEHMAN BROTHERS HOLDINGS    :    Case No. 08-13555 (JMP)
INC., *et al.*                                 :    (Jointly Administered)
                                                             :
              Debtors.                         :
                                                             :
------------------------------------------------------------x

# ORDER DEEMING TENSOR OPPORTUNITY LIMITED
# PROOF OF CLAIM TIMELY FILED

Upon consideration of the motion (the "Motion") of Tensor Opportunity Limited ("TOL" or "Movant") for entry of an order (this "Order"), pursuant to 11 U.S.C. § 105 of the United States Bankruptcy Code (the "Bankruptcy Code") and Rule 9006(b)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), deeming the Proof of Claim (defined below) timely filed; and for such further relief as the Court may deem just and proper; and it appearing that the relief requested by the Motion is appropriate; and due notice of the Motion having been given; and it appearing that no other or further notice of the Motion need be provided; and a hearing on the Motion having been held on March 17, 2010; and the Court having found and determined that it should exercise its discretion in accordance with the relief requested in the Motion and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT**, the Motion is granted pursuant to section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9006(b)(1), and the proof of claim dated February 2, 2010, filed on February 3, 2010, against Lehman Brothers Holdings Inc. on behalf of Tensor Opportunity Limited (the "<u>Proof of Claim</u>"), is hereby deemed timely filed.

Dated: New York, New York

_____ \_\_\_, 2010

By: _____
    HONORABLE JAMES M. PECK
    UNITED STATES BANKRUPTCY JUDGE