Duane Morris LLP  **Hearing Date (as adjourned): March 17, 2010 at 10:00 a.m.**
A Delaware Limited Liability Partnership  **Objection Deadline: February 3, 2010 at 4:00 p.m.**
1540 Broadway
New York, NY 10036
Tel: (212) 692.1000
Fax: (212) 208.4521
Lawrence J. Kotler, Esq.
ljkotler@duanemorris.com
Patricia H. Piskorski Heer, Esq.
phheer@duanemorris.com

30 South 17th Street
Philadelphia, PA 19103-4196
Rudolph J. Di Massa, Jr., Esq.
DiMassa@duanemorris.com

*Counsel for Pennsylvania Public School Employees'
Retirement System*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
In re:                                                   :   Chapter 11
                                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al*   :   Case Nos. 08-13555 (JMP)
                                                         :   (Jointly Administered)
                                        Debtor.          :
------------------------------------------------------------ x

**NOTICE OF HEARING ON MOTION OF PENNSYLVANIA PUBLIC SCHOOL
EMPLOYEES' RETIREMENT SYSTEM FOR ENTRY OF AN ORDER THAT ITS
TIMELY FILED GUARANTEE QUESTIONNAIRE BE CONSIDERED A TIMELY
FILED PROOF OF CLAIM, OR, IN THE ALTERNATIVE, TO PERMIT A LATE
CLAIM FILING PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 9006(b)(1)**

PLEASE TAKE NOTICE that on January 7, 2010, Pennsylvania Public School Employees' Retirement System ("PSERS"), by and through its undersigned counsel, filed a motion for entry of an Order that its Timely Filed Guarantee Questionnaire be Considered a Timely Filed Proof of Claim or, in the Alternative, to Permit a Late Claim Filing Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) (the "Motion"),

PLEASE TAKE FURTHER NOTICE that the hearing to consider the Motion, originally scheduled for February 10, 2010, shall be held before the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Courtroom 601, One Bowling Green, New York, New York 10004 (the "Bankruptcy Court") on **March 17, 2010 at 10:00 a.m.** (prevailing Eastern Time), or as soon thereafter as counsel may be heard.

PLEASE TAKE FURTHER NOTICE that only those objections that have been filed and served by the Objection Deadline, or as specifically extended in relation to certain parties,[1] in accordance with the procedures herein may be considered by the Court at the hearing.

PLEASE TAKE FURTHER NOTICE that objecting parties are required to attend the hearing, and failure to appear may result in relief being granted or denied upon default.

**DUANE MORRIS LLP**

Dated: February 8, 2010

By: */s/ Patricia H. Piskorski Heer*
Patricia H. Piskorski Heer, Esq.
Lawrence J. Kotler, Esq.
Rudolph J. Di Massa, Jr., Esq.
1540 Broadway
New York, NY 10036
Telephone: (212) 692.1000
Facsimile: (212) 208.4521
*Counsel for Pennsylvania Public School Employees' Retirement System*

---

[1] The objection deadline for the Committee was extended until February 5, 2010.