UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
                                                      :

In re                                                 :   Chapter 11

LEHMAN BROTHERS HOLDINGS, INC.,   :   Case No. 08-13555 (JMP)
*et al.*,
                                                :   (Jointly Administered)

                       Debtors.   :

--------------------------------------------------------x

## THIRD AMENDED
## APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

Diana G. Adams, the United States Trustee for Region 2, under 11 U.S.C. §§ 1102(a) and (b), hereby appoints the following creditors to the Official Committee of Unsecured Creditors of Lehman Brothers Holdings, Inc.:

1. Wilmington Trust Company, as
   Indenture Trustee
   520 Madison Avenue, 33d Floor
   New York, New York 10022
   Attn: James J. McGiniey, Managing Debtor
   Phone Number (212) 415-0522
   Fax Number (212) 415-0513

2. The Bank of NY Mellon
   101 Barclay - 8 W
   New York, New York 10286
   Attn: Gerard Facendola, Vice President Corporate Trust
   Phone Number (212) 815-5373

3. Mizuho Corporate Bank, Ltd. as Agent
   1251 Avenue of the Americas
   New York, New York 10020-1104
   Attn: Noel P. Purcell, Senior Vice President
   Phone Number (212) 282-3486
   Fax Number (212) 282-4490

4. Metlife
10 Park Avenue, P.O. Box 1902
Morristown, New Jersey  07962-1902
Attn: David Yu, Director
Phone Number (973) 355-4581
Fax Number (973) 355-4230

5. The Vanguard Group Inc.
P.O. Box 2600, V31
Valley Forge, Pennsylvania  19482
Attn: Stewart Hosansky, Principal/Senior Analyst
Phone Number (800) 523-1036 x13346
Fax Number (610) 407-2875

6. U.S. Bank. N.A.
Corporate Trust Services
One Federal Street, 3d Floor
Boston, MA 02110
Attn: Laura L. Moran, Vice President
Phone Number (617) 603-6429
Fax Number (617) 603-6640

7. Elliott Management Corp.
712 Fifth Avenue
New York, NY 10019
Attn: Ed Joel
Phone Number (212) 506-2999
Fax Number (212) 974-2092

Dated:    New York, New York           Respectfully submitted,
          February 9, 2010             DIANA G. ADAMS
                                       UNITED STATES TRUSTEE

                              By:      */s/ Andrew D. Velez-Rivera*
                                       Trial Attorney
                                       33 Whitehall Street, 21st Floor
                                       New York, New York 10004
                                       Tel. No. (212) 510-0500
                                       Fax No. (212) 668-2255