LOVELLS LLP
Matthew P. Morris Esq.
590 Madison Avenue
New York, NY 10022
Telephone: (212) 909-0600
Facsimile: (212) 909-0660

*Attorney for Standard Chartered Bank (Hong Kong) Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al., Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NUMBER 62895

PLEASE TAKE NOTICE, that Standard Chartered Bank (Hong Kong) Limited (the "**Claimant**"), through the undersigned counsel, hereby withdraws Proof of Claim No. 62895 filed against Lehman Brothers Holdings, Inc. in the above matter on November 2, 2009, and that the claims registry maintained by Epiq Bankruptcy Solutions LLC should be updated accordingly.

PLEASE TAKE FURTHER NOTICE, that Claimant does not waive or withdraw any other claims asserted in these cases.

Dated: February 9, 2010
New York, New York

                          LOVELLS LLP

                          By: /s/ *Matthew P. Morris*_____
                              Matthew P. Morris Esq.
                              590 Madison Avenue
                              New York, NY 10022
                              Telephone: (212) 909-0600
                              Facsimile: (212) 909-0660

                              *Attorney for Standard Chartered Bank (Hong Kong) Limited*