WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                                                  :
**In re**                                         :    **Chapter 11 Case No.**
                                                  :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,      :    **08-13555 (JMP)**
                                                  :
         **Debtors.**                             :    **(Jointly Administered)**
                                                  :
------------------------------------------------------------------------x
                                                  :
**In re**                                         :
                                                  :    **Case No.**
**LEHMAN BROTHERS INC.**,                         :
                                                  :    **08-01420 (JMP) (SIPA)**
         **Debtor.**                              :
                                                  :
------------------------------------------------------------------------x

**NOTICE OF CANCELLATION OF FEBRUARY 10, 2010**
**OMNIBUS HEARING AND ADJOURNED HEARING DATES**

**PLEASE TAKE NOTICE** that, at the direction of the Court, the omnibus hearing scheduled for February 10, 2010 has been **cancelled**.

**PLEASE TAKE FURTHER NOTICE** that the following matters, which were previously scheduled for February 10, 2010, have been adjourned to **February 19, 2010 at 10:00 a.m. (Prevailing Eastern Time)**:

- Motion of the Debtors and Certain Creditors to Clarify or Amend the Debtors' Supplemental Notice and the Bar Date Order with Respect to Claims Relating to the Lehman Programs Securities Issued by LBHI **[Docket No. 6858]**

- Debtor's Motion for Authorization to Prepay Notes Issued by Variable Funding Trusts **[Docket No. 6713]**

- Motion of Lehman Brothers Holdings Inc. for Authority to Compromise Certain Claims Pursuant to Deed in Lieu of Foreclosure Agreement **[Docket No. 6714]**

**PLEASE TAKE FURTHER NOTICE** that the following matters, which were previously scheduled for February 10, 2010, have been adjourned to **March 17, 2010 at 10:00 a.m. (Prevailing Eastern Time)**:

Chapter 11 Cases

- Case Conference -- Debtors' Report on Cross-Border Insolvency Protocol

- Debtors' Motion for Approval of Certain Restrictions and Procedures Applicable to Transfers of the Debtors' Securities **[Docket No. 6699]**

- Motion of Lehman Brothers Holdings Inc. to Amend the Order Authorizing Debtors to Establish Procedures to Sell or Abandon De Minimis Assets **[Docket No. 6710]**

- Debtors' Motion for Approval of Claim Objection Procedures and Settlement Procedures **[Docket No. 6374]**

- Motion of Merrill Lynch International for Relief from the Automatic Stay **[Docket No. 5958]**

- Motion of Pacific Life Insurance Company to File Proof of Claim After Claims Bar Date **[Docket No. 5599]**

- Joint Motion of Sea Port Group Securities and Berner Kantonalbank to Deem Proofs of Claim to be Timely Filed by Securities Programs Bar Date **[Docket No. 6150]**

Securities Investor Protection Corporation Proceedings

- Trustee's Motion for an Order Approving a Transition Services Agreement with Barclays Capital Inc. **[Case No. 08-1420; Docket No. 2555]**

**PLEASE TAKE FURTHER NOTICE** that the following matters, which were previously scheduled for February 10, 2010, have been adjourned to **March 17, 2010 at 2:00 p.m. (Prevailing Eastern Time)**:

- Michigan State Housing Development Authority v. Lehman Brothers Derivative Products Inc., et al. **[Adversary Case No. 09-01728]** – Pre-trial Conference

- Berenshteyn v. Lehman Brothers Holdings Inc. **[Adversary Case No. 08-01654]** – Pre-trial conference

**PLEASE TAKE FURTHER NOTICE** that the hearings will be held before the Honorable James M. Peck, United States Bankruptcy Judge, One Bowling Green, Room 601, New York, New York 10004, and such hearings may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: February 9, 2010
      New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

Dated: February 9, 2010
      New York, New York

/s/ Jeffrey S. Margolin
James B. Kobak, Jr.
Jeffrey S. Margolin

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, Trustee for
the SIPA Liquidation of Lehman Brothers Inc.