UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re : Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., et al., . 08-13555 (JMP)

Debtors. : (Jointly Administered)

-----------------------------------------------------------x

Misc Proof.
of Mailings

**Certificate of Mailing #1 (From: Kunz, Bx 1801, Nantucket, MA 02554-1801; To: US Trustee, 33 Whitehall 22nd, NY NY 10004; $1.15, Dec 05 '09)**

**Certificate of Mailing #2 (From: Wm Kunz, Bx 1801, Nantucket, MA 02554; To: Milbank Tweed, 1 Chase Plaza, NY NY 10005; $1.15, Dec 05 '09)**

**Certificate of Mailing #3 (From: Kunz, Bx 1801, Nantucket, MA 02554; To: Brian McCullen, 3839 PSNC, Willoughby 355, NY NY 10022; $1.15, Dec 05 '09)**



**UNITED STATES POSTAL SERVICE**

Home |

Track & Confirm

## Track & Confirm

### Search Results

Label/Receipt Number: EH83 6902 468U S
Class: Express Mail®
Status: Delivered

Your item was delivered at 12:52 PM on November 16, 2009 in NEW YORK, NY 10004. The item was signed for by K CAPPIELLO.

Enter Label/Receipt Number.

Detailed Results:

* Delivered, November 16, 2009, 12:52 pm, NEW YORK, NY 10004
* Notice Left, November 16, 2009, 11:06 am, NEW YORK, NY 10004
* Out for Delivery or Available at PO Box, November 16, 2009, 10:21 am, NEW YORK, NY 10004
* Sorting Complete, November 16, 2009, 9:51 am, NEW YORK, NY 10004
* Arrival at Post Office, November 16, 2009, 6:03 am, NEW YORK, NY 10004
* Processed through Sort Facility, November 15, 2009, 8:13 am, NEW YORK, NY 10199
* Processed through Sort Facility, November 14, 2009, 3:24 pm, SHREWSBURY, MA 01546
* Acceptance, November 14, 2009, 10:55 am, ASHLAND, MA 01721

Notification Options

EH 836902468 US

**EXPRESS MAIL** — Customer Copy
Label 11-B, March 2004
Post Office To Addressee

**ORIGIN (POSTAL SERVICE USE ONLY)**
PO ZIP Code: 01721
Day of Delivery: 2nd
Postage: $17.50
Date Accepted: Mo. 11 Day 14 09
Scheduled Date of Delivery: Month 11 Day 16
Time Accepted: 10:54 AM
Scheduled Time of Delivery: 3 PM
Flat Rate or Weight: 0 lbs. 8.3 ozs.
Total Postage & Fees: $17.50
Acceptance Emp. Initials: BC

FROM: Wm Kunz
Bx 1801
Amherst MA 01002

TO: Clerk US Bnkruptcy Court
1 Bowling Green
NY NY
10004+

FOR PICKUP OR TRACKING
Visit www.usps.com
Call 1-800-222-1811



**UNITED STATES POSTAL SERVICE**

Home |

Track & Confirm

## Track & Confirm

### Search Results

Label/Receipt Number: 7009 0820 0000 8934 7382
Class: **First-Class Mail®**
Service(s): **Certified Mail™**
Status: **Delivered**

Your item was delivered at 11:58 AM on October 27, 2009 in NEW YORK, NY 10153.

Detailed Results:

* **Delivered, October 27, 2009, 11:58 am, NEW YORK, NY 10153**
* **Acceptance, October 23, 2009, 2:19 pm, ELIZABETHTOWN, NY 12932**

Track & Confirm

Enter Label/Receipt Number.

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA





**UNITED STATES POSTAL SERVICE**

Home |

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: 7009 0820 0000 8934 6736
Service(s): **Certified Mail**™
Status: **Delivered**

Your item was delivered at 11:35 AM on December 1, 2009 in NEW YORK, NY 10004.

Enter Label/Receipt Number.

Detailed Results:
- **Delivered, December 01, 2009, 11:35 am, NEW YORK, NY 10004**
- **Arrival at Unit, December 01, 2009, 10:15 am, NEW YORK, NY 10004**

Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   Go >

Site Map   Customer Service   Forms   Gov't Services   Careers   Privacy Policy   Terms of Use   Business Customer

Copyright© 2010 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA




UNITED STATES POSTAL SERVICE

Home |

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: EG09 7488 005U S
Class: Express Mail®
Status: Delivered

Your item was delivered at 12:48 PM on January 19, 2010 in NEW YORK, NY 10004. The item was signed for by K CAPPIELLO.

Track & Confirm

Enter Label/Receipt Number.

Detailed Results:

* Delivered, January 19, 2010, 12:48 pm, NEW YORK, NY 10004
* Forwarded, January 19, 2010, 6:28 am, NEW YORK, NY
* Undeliverable as Addressed, January 19, 2010, 6:28 am, NEW YORK, NY
* Arrival at Post Office, January 19, 2010, 6:06 am, NEW YORK, NY 10014
* Processed through Sort Facility, January 17, 2010, 8:54 am, NEW YORK, NY 10199
* Processed through Sort Facility, January 16, 2010, 8:18 pm, ALBANY, NY 12288
* Processed through Sort Facility, January 16, 2010, 3:00 pm, PLATTSBURGH, NY 12901
* Acceptance, January 16, 2010, 10:50 am, WESTPORT, NY 12993

Notification Options

---

EG 097488005 US

**ORIGIN (POSTAL SERVICE USE ONLY)**
PO ZIP Code: 12993
Day of Delivery: ☑ Next ☐ 2nd ☐ 2nd Del. Day
Postage: $18.30
Date Accepted: 1-16-10
Scheduled Date of Delivery: 1-19-10
Return Receipt Fee: $
Time Accepted: 10:51 ☑ AM ☐ PM
Scheduled Time of Delivery: ☐ Noon ☑ 3 PM ☐ Military
COD Fee: $
Insurance Fee: $
Flat Rate ☑ or Weight: 1 lbs 4 ozs
2nd Day ☐ 3rd Day ☐
Total Postage & Fees: $18.30
Int'l Alpha Country Code:
Acceptance Emp. Initials: MC

FROM: (PLEASE PRINT) PHONE ( )
Wm Kunz
Bx 1801
Nantucket, MA 02554

**EXPRESS MAIL** Customer Copy
Label 11-B, March 2004
UNITED STATES POSTAL SERVICE® Post Office To Addressee

**DELIVERY (POSTAL USE ONLY)**
Delivery Attempt / Mo. Day / Time / ☐ AM ☐ PM / Employee Signature
Delivery Attempt / Mo. Day / Time / ☐ AM ☐ PM / Employee Signature
Delivery Date / Mo. Day / Time / ☐ AM ☐ PM / Employee Signature

**CUSTOMER USE ONLY**
PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.
Federal Agency Acct. No. or Postal Service Acct. No.
☐ WAIVER OF SIGNATURE (Domestic Mail Only)

NO DELIVERY ☐ Weekend ☐ Holiday   Mailer Signature

TO: (PLEASE PRINT) PHONE ( )
Clerk - U.S Bankruptcy
1 Bowling Green
N.Y., NY  10004

ZIP + 4: 10014+

FOR PICKUP OR TRACKING
Visit www.usps.com
Call 1-800-222-1811    EMS



**UNITED STATES POSTAL SERVICE**

Home |

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: 7008 1830 0001 7329 7673
Class: First-Class Mail®
Service(s): Certified Mail™
Status: Delivered

Your item was delivered at 11:27 AM on December 24, 2009 in NEW YORK, NY 10004.

Detailed Results:

- Delivered, December 24, 2009, 11:27 am, NEW YORK, NY 10004
- Arrival at Unit, December 24, 2009, 9:55 am, NEW YORK, NY 10004
- Acceptance, December 19, 2009, 10:46 am, NANTUCKET, MA 02554

Track & Confirm

Enter Label/Receipt Number.

### Notification Options

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.   Go >

Site Map   Customer Service   Forms   Gov't Services   Careers   Privacy Policy   Terms of Use   Business Customer

Copyright© 2010 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA





**UNITED STATES POSTAL SERVICE**

Home |

Track & Confirm

## Track & Confirm

### Search Results

Label/Receipt Number: 7008 1830 0001 7329 7666
Class: **First-Class Mail®**
Service(s): **Certified Mail™**
Status: **Delivered**

Your item was delivered at 1:23 PM on December 22, 2009 in NEW YORK, NY 10153.

Detailed Results:
* **Delivered, December 22, 2009, 1:23 pm, NEW YORK, NY 10153**
* **Acceptance, December 19, 2009, 9:13 am, NANTUCKET, MA 02554**

Enter Label/Receipt Number.

Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   Go >

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

