JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306
Benjamin Rosenblum

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
In re:                                                         :   Chapter 11
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.,*                       :   Case No. 08-13555 (JMP)
                                                               :
                    Debtors.                                   :   (Jointly Administered)
                                                               :
---------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARINGS ON
(I) MOTION TO COMPEL PERFORMANCE BY AIG CDS, INC.
OF ITS OBLIGATIONS UNDER AN EXECUTORY CONTRACT AND
TO ENFORCE THE AUTOMATIC STAY, AND (II) MOTION TO COMPEL
PERFORMANCE BY NORTON GOLD FIELDS LIMITED OF ITS OBLIGATIONS
UNDER AN EXECUTORY CONTRACT AND TO ENFORCE THE AUTOMATIC STAY**

**PLEASE TAKE NOTICE** that the hearings on the (a) the *Motion of Debtor and Debtor In Possession Pursuant to Sections 105(a), 362 and 365 of the Bankruptcy Code, to Compel Performance by AIG CDS, Inc. of Its Obligations Under an Executory Contract and to Enforce the Automatic Stay* (Docket No. 4728), and (b) the *Motion of Debtors and Debtors In Possession Pursuant To Section 105(a), 362, and 365 of the Bankruptcy Code to Compel Performance by Norton Gold Fields Limited of Its Obligations Under an Executory Contract and to Enforce the Automatic Stay* (Docket No. 5897), which were both scheduled for February 10, 2010 at 10:00 a.m., have each been adjourned until **March 17, 2010 at 10:00 a.m.** (Prevailing Eastern Time).

- 2 -

Dated: February 9, 2010                               Respectfully submitted,
       New York, New York

          /s/ Benjamin Rosenblum
Benjamin Rosenblum
JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION