UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>**LEHMAN BROTHERS HOLDINGS, INC.,** et al.,<br><br>Debtors. | Case No. 08-13555 (JMP)<br>Chapter 11<br><br>(Jointly Administered) |

**ORDER DENYING WITHOUT PREJUDICE THE MOTION OF THE
CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM
FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 362 AND 553
FOR RELIEF FROM THE AUTOMATIC STAY TO EFFECT SETOFF**

Upon consideration of the motion of the California Public Employees' Retirement System ("CalPERS") for an order pursuant to Sections 362 and 553 of Title 11 of the United States Code (the "Bankruptcy Code") for relief from the automatic stay to effect setoff (the "Motion"); and this Court having jurisdiction to consider and rule on the Motion and the relief requested therein; after due notice of the Motion having been given and the Court having held a hearing at which interested parties were presented with an opportunity to be, and the Debtors, CalPERS, and the Official Committee for the Unsecured Creditors were in fact, heard; and after due deliberation, it is hereby

ORDERED that the Motion is DENIED without prejudice to raising this issue again at some appropriate future date, to the extent that the circumstances of this bankruptcy changes in a material way, and it is further

ORDERED that this court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and/or interpretation of this Order.

Dated: New York, New York
       February 9, 2010

                                             _s/ James M. Peck_
                                             HONORABLE JAMES M. PECK
                                             UNITED STATES BANKRUPTCY JUDGE

-1-

US_ACTIVE:\43299052\01\58399.0003

-2-

The undersigned consent and stipulate to entry of the above order:

| | |
|---|---|
| Dated: February 3, 2010<br>New York, New York | WEIL, GOTSHAL & MANGES LLP<br><br>   s/ Eleanor H. Gilbane<br>Eleanor H. Gilbane,<br>Attorneys for Debtors and Debtors in Possession |
| Dated: February 3, 2010<br>Sacramento, California | FELDERSTEIN, FITZGERALD, WILLOUGHBY<br>& PASCUZZI, LLP<br><br>   s/ Steven H. Felderstein<br>Steven H. Felderstein,<br>Attorneys for California Public Employees'<br>Retirement System |