**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
:
In re                                          :     Chapter 11 Case No.
                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :     08-13555 (JMP)
                                               :
                Debtors.                       :     (Jointly Administered)
                                               :
----------------------------------------------------------------x     Ref. Docket Nos. 6801, 6803, 6810, 6829

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 1, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Paul Belobritsky
Paul Belobritsky

Sworn to before me this
10th day of February, 2010

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

T:\Clients\LBH\Affidavits\Transfers 6801, 6803, 6810, 6829_Aff 02-01-10.doc

**EXHIBIT "A"**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                                    | Chapter 11 Case No.
                                                         |
LEHMAN BROTHERS HOLDINGS INC., et al.,                   | 08-13555 (JMP)
                                                         |
                                                         | (Jointly Administered)
            Debtors.                                     |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:   FCDB LBU 2009 LLC
          C/O FORTRESS INVESTMENT GROUP LLC
          ATTN: JAMES K. NOBLE III
          1345 AVENUE OF THE AMERICAS, 46TH FLOOR
          NEW YORK NY 10105
```

Please note that your claim # 62870-01 in the above referenced case and in the amount of
         $969,548.00         has been transferred **(unless previously expunged by court order)**

```
          BARCLAYS BANK PLC
          TRANSFEROR: FCDB LBU 2009 LLC
          745 Seventh Avenue
          New York NY 10019
          USA
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 6829       in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/01/2010                            Vito Genna, Clerk of Court


                                            /s/ Paul Belobritsky
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 1, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                              | Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,             | 08-13555 (JMP)
                                                   |
                                                   | (Jointly Administered)
          Debtors.                                 |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
   To:  K2 DIVERSIFIED PORTABLE ALPHA FUND II, LTD.         K2 DIVERSIFIED PORTABLE ALPHA FUND II, LTD.
        C/O WALKERS SPV LIMITED                             K2/D&S MANAGEMENT CO., LLC
        WALKER HOUSE-87 MARY STREET                         ATTN: JOHN T. FERGUSON
        GEORGETOWN, GRAND CAYMAN      KY1-9002              300 ATLANTIC STREET, 12TH FLOOR
        CAYMAN ISLANDS                                      STAMFORD CT 06901
```

Please note that your claim # 32498 in the above referenced case and in the amount of
        $674,515.52        has been transferred **(unless previously expunged by court order)**

```
        LONGACRE OPPORTUNITY FUND, L.P.
        TRANSFEROR: K2 DIVERSIFIED PORTABLE ALPHA FUND II, LTD.
        810 SEVENTH AVENUE, 33RD FLOOR
        ATTN: VLADIMIR JELISAVCIC
        NEW YORK NY 10019
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6801    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/01/2010                          Vito Genna, Clerk of Court

                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 1, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re | Chapter 11 Case No.
| 
LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP)
| 
| (Jointly Administered)
Debtors. |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: K2 DIVERSIFIED PORTABLE ALPHA FUND II LTD
C/O WALKERS SPV LIMITED
WALKER HOUSE - 87 MARY STREET
GEORGE TOWN, GRAND CAYMAN   KY1-9002
CAYMAN ISLANDS

K2 DIVERSIFIED PORTABLE ALPHA FUND II LTD
K2/D&S MANAGEMENT CO, LLC
ATTENTION JOHN T FERGUSON
300 ATLANTIC STREET, 12TH FLOOR
STAMFORD CT 06901

Please note that your claim # 30540 in the above referenced case and in the amount of
$674,515.52      has been transferred (**unless previously expunged by court order**)

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: K2 DIVERSIFIED PORTABLE ALPHA FUND II LTD
810 SEVENTH AVENUE, 33RD FLOOR
ATTN: VLADIMIR JELISAVCIC
NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 6803    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/01/2010                             Vito Genna, Clerk of Court

                                             /s/ Paul Belobritsky
                                             _____
                                             By: Epiq Bankruptcy Solutions, LLC
                                                 as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 1, 2010.

# EXHIBIT "B"

```
TIME: 16:55:16                                    LEHMAN BROTHERS HOLDING INC.                                                   PAGE:   1
DATE: 02/01/10                                         CREDITOR LISTING

Name                                          Address
BARCLAYS BANK PLC                             TRANSFEROR: FCDB LBU 2009 LLC 745 Seventh Avenue New York NY 10019 USA
CCP CREDIT ACQUISITION HOLDINGS, LLC          RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER ATTN: MANAGING CLERK NEW YORK NY 10281-1003
CCP CREDIT ACQUISITION HOLDINGS, LLC          TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC 375 PARK AVENUE, 13TH FLOOR ATTN: LISA MURRAY BEW YORK NY 10152
FCDB LBU 2009 LLC                             C/O FORTRESS INVESTMENT GROUP LLC ATTN: JAMES K. NOBLE III 1345 AVENUE OF THE AMERICAS, 46TH FLOOR NEW YORK NY 10105
K2 DIVERSIFIED PORTABLE ALPHA FUND II LTD     K2/D&S MANAGEMENT CO, LLC ATTENTION JOHN T FERGUSON 300 ATLANTIC STREET, 12TH FLOOR STAMFORD CT 06901
K2 DIVERSIFIED PORTABLE ALPHA FUND II LTD     K2 C/O WALKERS SPV LIMITED WALKER HOUSE - 87 MARY STREET GEORGE TOWN - GRAND CAYMAN KY1-9002 C
K2 DIVERSIFIED PORTABLE ALPHA FUND II LTD     C/O WALKERS SPV LIMITED WALKER HOUSE - 87 MARY STREET GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS
K2 DIVERSIFIED PORTABLE ALPHA FUND II,        LTDK2/D&S MANAGEMENT CO., LLC ATTN: JOHN T. FERGUSON 300 ATLANTIC STREET, 12TH FLOOR STAMFORD CT 06901
K2 DIVERSIFIED PORTABLE ALPHA FUND II,        LTDC/O WALKERS SPV LIMITED WALKER HOUSE-87 MARY STREET GEORGETOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS
LONGACRE OPPORTUNITY FUND, L.P.               TRANSFEROR: K2 DIVERSIFIED PORTABLE ALPHA FUND II LTD 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK NY 10019
LONGACRE OPPORTUNITY FUND, L.P.               TRANSFEROR: K2 DIVERSIFIED PORTABLE ALPHA FUND II, LTD. 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK NY 10019
THE ROYAL BANK OF SCOTLAND, PLC               TRANSFEROR: BP CAP ENERGY EQUITY FUND MASTER II. LP 600 WASHINGTON BOULEVARD ATTN: MATTHEW ROSENCRANS STAMFORD CT 06910
THE ROYAL BANK OF SCOTLAND, PLC               TRANSFEROR: BP CAP, ENERGY EQUITY INTL HLDGS 1, LP 600 WASHINGTON BOULEVARD ATTN: MATTHEW ROSENCRANS STAMFORD CT 06910
THE ROYAL BANK OF SCOTLAND, PLC               TRANSFEROR: BP CAP. ENERGY EQUITY FUND MASTER II, LP 600 WASHINGTON BOULEVARD ATTN: MATTHEW ROSENCRANS STAMFORD CT 06910
THE ROYAL BANK OF SCOTLAND, PLC               TRANSFEROR: BP CAP. ENERGY EQUITY INTL. HLDGS. 1, LP 600 WASHINGTON BOULEVARD ATTN: MATTHEW ROSENCRANS STAMFORD CT 06910
THE ROYAL BANK OF SCOTLAND, PLC               TRANSFEROR: BP CAP. ENERGY EQUITY INTL. HLDGS. I, LP 600 WASHINGTON BOULEVARD ATTN: MATTHEW ROSENCRANS STAMFORD CT 06910
THE ROYAL BANK OF SCOTLAND, PLC               TRANSFEROR: BP CAPITAL ENERGY EQUITY FUND, L.P. 600 WASHINGTON BOULEVARD ATTN: MATTHEW ROSENCRANS STAMFORD CT 06910
THE ROYAL BANK OF SCOTLAND, PLC               TRANSFEROR: BP CAPITAL ENERGY FUND L.P. 600 WASHINGTON BOULEVARD ATTN: MATTHEW ROSENCRANS STAMFORD CT 06910
THE ROYAL BANK OF SCOTLAND, PLC               TRANSFEROR: BP CAPITAL ENERGY FUND, L.P. 600 WASHINGTON BOULEVARD ATTN: MATTHEW ROSENCRANS STAMFORD CT 06910
THE ROYAL BANK OF SCOTLAND, PLC               TRANSFEROR: PICKENS, T. BOONE 600 WASHINGTON BOULEVARD ATTN: MATTHEW ROSENCRANS STAMFORD CT 06910

Total Number of Records Printed       20
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT "C"**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153