**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------x
: 
In re                            :        **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :        **08-13555 (JMP)**
: 
                **Debtors.**     :        **(Jointly Administered)**
: 
-------------------------------------------------------------------------x   **Ref. Docket Nos. 6835-6857, 6859-6872, 6881-6883, 6887, 6892-6895**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
                         ) ss.:
COUNTY OF NEW YORK  )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On February 2, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."


                                    /s/ Paul Belobritsky
                                    Paul Belobritsky

Sworn to before me this
10th day of February, 2010
/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

# EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

|                                        |                                 |
| In re                                  | Chapter 11 Case No.             |
|                                        |                                 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP)                  |
|                                        |                                 |
|                                        | (Jointly Administered)          |
|                      Debtors.          |                                 |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   THE ROYAL BANK OF SCOTLAND, PLC
      TRANSFEROR: BP CAP. ENERGY EQUITY INTL. HLDGS. I, LP
      600 WASHINGTON BOULEVARD
      ATTN: MATTHEW ROSENCRANS
      STAMFORD CT 06910

THE ROYAL BANK OF SCOTLAND, PLC
RICHARDS KIBBE & ORBE LLP
ONE WORLD FINANCIAL CENTER
ATTN: MANAGING CLERK
NEW YORK NY 10281-1003

Please note that your claim # 66014-01 in the above referenced case and in the amount of $379,370.17      has been transferred **(unless previously expunged by court order)**

CCP CREDIT ACQUISITION HOLDINGS, LLC
TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC
375 PARK AVENUE, 13TH FLOOR
ATTN: LISA MURRAY
NEW YORK NY 10152

CCP CREDIT ACQUISITION HOLDINGS, LLC
DAVID HOYT
ANDREWS KURTH LLP
450 LEXINGTON AVENUE
NEW YORK NY 10017

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6835      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/02/2010                        Vito Genna, Clerk of Court

                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                |
In re                           |   Chapter 11 Case No.
                                |
LEHMAN BROTHERS HOLDINGS INC., et al., |   08-13555 (JMP)
                                |
                                |   (Jointly Administered)
                    Debtors.    |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   THE ROYAL BANK OF SCOTLAND, PLC               THE ROYAL BANK OF SCOTLAND, PLC
      TRANSFEROR: BP CAPITAL ENERGY EQUITY FUND, L.P.  RICHARDS KIBBE & ORBE LLP
      600 WASHINGTON BOULEVARD                        ONE WORLD FINANCIAL CENTER
      ATTN: MATTHEW ROSENCRANS                        ATTN: MANAGING CLERK
      STAMFORD CT 06910                               NEW YORK NY 10281-1003
```

Please note that your claim # 66015-01 in the above referenced case and in the amount of
      $3,809,812.53        has been transferred **(unless previously expunged by court order)**

```
      CCP CREDIT ACQUISITION HOLDINGS, LLC            CCP CREDIT ACQUISITION HOLDINGS, LLC
      TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC     DAVID HOYT
      375 PARK AVENUE, 13TH FLOOR                     ANDREWS KURTH LLP
      ATTN: LISA MURRAY                               450 LEXINGTON AVENUE
      NEW YORK NY 10152                               NEW YORK NY 10017
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6836       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/02/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 2, 2010.
```

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                 |
In re                            |    Chapter 11 Case No.
                                 |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                                 |
                                 |    (Jointly Administered)
                                 |
                    Debtors.     |
_____|
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

| | |
|---|---|
| To:  THE ROYAL BANK OF SCOTLAND, PLC<br>TRANSFEROR: BP CAP. ENERGY EQUITY FUND MASTER II, LP<br>600 WASHINGTON BOULEVARD<br>ATTN: MATTHEW ROSENCRANS<br>STAMFORD CT 06910 | THE ROYAL BANK OF SCOTLAND, PLC<br>RICHARDS KIBBE & ORBE LLP<br>ONE WORLD FINANCIAL CENTER<br>ATTN: MANAGING CLERK<br>NEW YORK NY 10281-1003 |

Please note that your claim # 66013-01 in the above referenced case and in the amount of
$2,608,065.59        has been transferred **(unless previously expunged by court order)**

| | |
|---|---|
| CCP CREDIT ACQUISITION HOLDINGS, LLC<br>TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC<br>375 PARK AVENUE, 13TH FLOOR<br>ATTN: LISA MURRAY<br>NEW YORK NY 10152 | CCP CREDIT ACQUISITION HOLDINGS, LLC<br>DAVID HOYT<br>ANDREWS KURTH LLP<br>450 LEXINGTON AVENUE<br>NEW YORK NY 10017 |

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6837        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/02/2010

Vito Genna, Clerk of Court

/s/ Paul Belobritsky
_____
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                        |
In re                                   |     Chapter 11 Case No.
                                        |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |     08-13555 (JMP)
                                        |
                                        |     (Jointly Administered)
                       Debtors.         |
                                        |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   THE ROYAL BANK OF SCOTLAND, PLC
              TRANSFEROR: BP CAPITAL ENERGY FUND L.P.
              600 WASHINGTON BOULEVARD
              ATTN: MATTHEW ROSENCRANS
              STAMFORD CT 06910

Please note that your claim # 66017-01 in the above referenced case and in the amount of
        $2,122,464.97        has been transferred **(unless previously expunged by court order)**

CCP CREDIT ACQUISITION HOLDINGS, LLC          CCP CREDIT ACQUISITION HOLDINGS, LLC
TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC   DAVID HOYT
375 PARK AVENUE, 13TH FLOOR                   ANDREWS KURTH LLP
ATTN: LISA MURRAY                             450 LEXINGTON AVENUE
NEW YORK NY 10152                             NEW YORK NY 10017

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6838      in your objection.
If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/02/2010                              Vito Genna, Clerk of Court


                                              /s/ Paul Belobritsky
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re                                      |    Chapter 11 Case No.
                                           |
LEHMAN BROTHERS HOLDINGS INC., et al.,     |    08-13555 (JMP)
                                           |
                                           |    (Jointly Administered)
                                           |
                 Debtors.                  |
                                           |
_____

            NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
                        BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  THE ROYAL BANK OF SCOTLAND, PLC                    THE ROYAL BANK OF SCOTLAND, PLC
     TRANSFEROR: PICKENS, T. BOONE                      RICHARDS KIBBE & ORBE LLP
     600 WASHINGTON BOULEVARD                           ONE WORLD FINANCIAL CENTER
     ATTN: MATTHEW ROSENCRANS                           ATTN: MANAGING CLERK
     STAMFORD CT 06910                                  NEW YORK NY 10281-1003


Please note that your claim # 66016-01 in the above referenced case and in the amount of
     $4,295,286.73       has been transferred **(unless previously expunged by court order)**


     CCP CREDIT ACQUISITION HOLDINGS, LLC               CCP CREDIT ACQUISITION HOLDINGS, LLC
     TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC        DAVID HOYT
     375 PARK AVENUE, 13TH FLOOR                        ANDREWS KURTH LLP
     ATTN: LISA MURRAY                                  450 LEXINGTON AVENUE
     NEW YORK NY 10152                                  NEW YORK NY 10017


No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6839      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/02/2010                         Vito Genna, Clerk of Court


                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  THE ROYAL BANK OF SCOTLAND, PLC
     TRANSFEROR: BP CAPITAL ENERGY EQUITY FUND, L.P.
     600 WASHINGTON BOULEVARD
     ATTN: MATTHEW ROSENCRANS
     STAMFORD CT 06910

THE ROYAL BANK OF SCOTLAND, PLC
RICHARDS KIBBE & ORBE LLP
ONE WORLD FINANCIAL CENTER
ATTN: MANAGING CLERK
NEW YORK NY 10281-1003

Please note that your claim # 66009-01 in the above referenced case and in the amount of
     $3,809,812.53        has been transferred **(unless previously expunged by court order)**

CCP CREDIT ACQUISITION HOLDINGS, LLC
TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC
375 PARK AVENUE, 13TH FLOOR
ATTN: LISA MURRAY
NEW YORK NY 10152

CCP CREDIT ACQUISITION HOLDINGS, LLC
DAVID HOYT
ANDREWS KURTH LLP
450 LEXINGTON AVENUE
NEW YORK NY 10017

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6840      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/02/2010                          Vito Genna, Clerk of Court

                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                               |
In re                          |       Chapter 11 Case No.
                               |
LEHMAN BROTHERS HOLDINGS INC., et al., |   08-13555 (JMP)
                               |
                               |       (Jointly Administered)
                  Debtors.     |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  THE ROYAL BANK OF SCOTLAND, PLC                    THE ROYAL BANK OF SCOTLAND, PLC
     TRANSFEROR: BP CAP. ENERGY EQUITY INTL. HLDGS. I, LP    RICHARDS KIBBE & ORBE LLP
     600 WASHINGTON BOULEVARD                            ONE WORLD FINANCIAL CENTER
     ATTN: MATTHEW ROSENCRANS                            ATTN: MANAGING CLERK
     STAMFORD CT 06910                                   NEW YORK NY 10281-1003

Please note that your claim # 66012-01 in the above referenced case and in the amount of
    $379,370.17        has been transferred **(unless previously expunged by court order)**

     CCP CREDIT ACQUISITION HOLDINGS, LLC               CCP CREDIT ACQUISITION HOLDINGS, LLC
     TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC        DAVID HOYT
     375 PARK AVENUE, 13TH FLOOR                        ANDREWS KURTH LLP
     ATTN: LISA MURRAY                                  450 LEXINGTON AVENUE
     NEW YORK NY 10152                                  NEW YORK NY 10017

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6841      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/02/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                        |
In re                                   |    Chapter 11 Case No.
                                        |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                                        |
                                        |    (Jointly Administered)
                    Debtors.            |
_____ |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  THE ROYAL BANK OF SCOTLAND, PLC                     THE ROYAL BANK OF SCOTLAND, PLC
     TRANSFEROR: BP CAP. ENERGY EQUITY FUND MASTER II, LP  RICHARDS KIBBE & ORBE LLP
     600 WASHINGTON BOULEVARD                             ONE WORLD FINANCIAL CENTER
     ATTN: MATTHEW ROSENCRANS                             ATTN: MANAGING CLERK
     STAMFORD CT 06910                                    NEW YORK NY 10281-1003

Please note that your claim # 66008-01 in the above referenced case and in the amount of
     $2,608,065.59        has been transferred **(unless previously expunged by court order)**

     CCP CREDIT ACQUISITION HOLDINGS, LLC                 CCP CREDIT ACQUISITION HOLDINGS, LLC
     TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC          DAVID HOYT
     375 PARK AVENUE, 13TH FLOOR                          ANDREWS KURTH LLP
     ATTN: LISA MURRAY                                    450 LEXINGTON AVENUE
     NEW YORK NY 10152                                    NEW YORK NY 10017

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6842       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/02/2010                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  THE ROYAL BANK OF SCOTLAND, PLC              THE ROYAL BANK OF SCOTLAND, PLC
     TRANSFEROR: BP CAPITAL ENERGY FUND L.P.      RICHARDS KIBBE & ORBE LLP
     600 WASHINGTON BOULEVARD                     ONE WORLD FINANCIAL CENTER
     ATTN: MATTHEW ROSENCRANS                     ATTN: MANAGING CLERK
     STAMFORD CT 06910                            NEW YORK NY 10281-1003

Please note that your claim # 66011-01 in the above referenced case and in the amount of
     $2,122,464.97        has been transferred **(unless previously expunged by court order)**

     CCP CREDIT ACQUISITION HOLDINGS, LLC         CCP CREDIT ACQUISITION HOLDINGS, LLC
     TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC  DAVID HOYT
     375 PARK AVENUE, 13TH FLOOR                  ANDREWS KURTH LLP
     ATTN: LISA MURRAY                            450 LEXINGTON AVENUE
     NEW YORK NY 10152                            NEW YORK NY 10017

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6843      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/02/2010

                              Vito Genna, Clerk of Court


                              /s/ Paul Belobritsky
                              _____
                              By: Epiq Bankruptcy Solutions, LLC
                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | |
| | (Jointly Administered) |
| Debtors. | |

---

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   THE ROYAL BANK OF SCOTLAND, PLC
      TRANSFEROR: PICKENS, T. BOONE
      600 WASHINGTON BOULEVARD
      ATTN: MATTHEW ROSENCRANS
      STAMFORD CT 06910

THE ROYAL BANK OF SCOTLAND, PLC
RICHARDS KIBBE & ORBE LLP
ONE WORLD FINANCIAL CENTER
ATTN: MANAGING CLERK
NEW YORK NY 10281-1003

Please note that your claim # 66010-01 in the above referenced case and in the amount of
      $4,295,286.73        has been transferred **(unless previously expunged by court order)**

CCP CREDIT ACQUISITION HOLDINGS, LLC
TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC
375 PARK AVENUE, 13TH FLOOR
ATTN: LISA MURRAY
NEW YORK NY 10152

CCP CREDIT ACQUISITION HOLDINGS, LLC
DAVID HOYT
ANDREWS KURTH LLP
450 LEXINGTON AVENUE
NEW YORK NY 10017

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6844      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/02/2010

Vito Genna, Clerk of Court

/s/ Paul Belobritsky

By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                |
In re                           |   Chapter 11 Case No.
                                |
LEHMAN BROTHERS HOLDINGS INC., et al., |   08-13555 (JMP)
                                |
                                |   (Jointly Administered)
                                |
               Debtors.         |
                                |
_____|

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  THE ROYAL BANK OF SCOTLAND, PLC                    THE ROYAL BANK OF SCOTLAND, PLC
     TRANSFEROR: BP CAPITAL ENERGY EQUITY FUND, L.P.     RICHARDS KIBBE & ORBE LLP
     600 WASHINGTON BOULEVARD                            ONE WORLD FINANCIAL CENTER
     ATTN: MATTHEW ROSENCRANS                            ATTN: MANAGING CLERK
     STAMFORD CT 06910                                   NEW YORK NY 10281-1003

Please note that your claim # 66015-02 in the above referenced case and in the amount of
     $1,379,489.44        has been transferred **(unless previously expunged by court order)**

     CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP            CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP
     TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC         DAVID HOYT
     375 PARK AVENUE, 13TH FLOOR                         ANDREWS KURTH LLP
     ATTN: LISA MURRAY                                   450 LEXINGTON AVENUE
     NEW YORK NY 10152                                   NEW YORK NY 10017

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6845      in your objection.
If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/02/2010                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                               |
In re                          |     Chapter 11 Case No.
                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |  08-13555 (JMP)
                               |
                               |     (Jointly Administered)
                 Debtors.      |
                               |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   THE ROYAL BANK OF SCOTLAND, PLC                    THE ROYAL BANK OF SCOTLAND, PLC
      TRANSFEROR: BP CAP. ENERGY EQUITY INTL. HLDGS. I, LP    RICHARDS KIBBE & ORBE LLP
      600 WASHINGTON BOULEVARD                           ONE WORLD FINANCIAL CENTER
      ATTN: MATTHEW ROSENCRANS                           ATTN: MANAGING CLERK
      STAMFORD CT 06910                                  NEW YORK NY 10281-1003

Please note that your claim # 66014-02 in the above referenced case and in the amount of
     $137,365.59        has been transferred **(unless previously expunged by court order)**

      CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP           CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP
      TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC        DAVID HOYT
      375 PARK AVENUE, 13TH FLOOR                        ANDREWS KURTH LLP
      ATTN: LISA MURRAY                                  450 LEXINGTON AVENUE
      NEW YORK NY 10152                                  NEW YORK NY 10017

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6846        in your objection.
If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/02/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                    |
In re                               |    Chapter 11 Case No.
                                    |
LEHMAN BROTHERS HOLDINGS INC., et al.,    |    08-13555 (JMP)
                                    |
                                    |    (Jointly Administered)
                                    |
              Debtors.              |
                                    |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  THE ROYAL BANK OF SCOTLAND, PLC                    THE ROYAL BANK OF SCOTLAND, PLC
     TRANSFEROR: BP CAP. ENERGY EQUITY FUND MASTER II, LP    RICHARDS KIBBE & ORBE LLP
     600 WASHINGTON BOULEVARD                           ONE WORLD FINANCIAL CENTER
     ATTN: MATTHEW ROSENCRANS                           ATTN: MANAGING CLERK
     STAMFORD CT 06910                                  NEW YORK NY 10281-1003

Please note that your claim # 66013-02 in the above referenced case and in the amount of
     $944,350.65        has been transferred **(unless previously expunged by court order)**

     CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP           CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP
     TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC        DAVID HOYT
     375 PARK AVENUE, 13TH FLOOR                        ANDREWS KURTH LLP
     ATTN: LISA MURRAY                                  450 LEXINGTON AVENUE
     NEW YORK NY 10152                                  NEW YORK NY 10017

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6847      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/02/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   SPARDA-BANK HESSEN EG, OSLOER STRASSE 2          SPARDA-BANK HESSEN EG, OSLOER STRASSE 2
      FRANKFURT AM MAIN    60327                       SNP SCHLAWIEN NAAB PARTNERSCHAFT
      GERMANY                                          ATTN MR NORBERT PAHL
                                                       DARMSTAEDTER LANDSTRASSE 184
                                                       FRANKFURT AM MAIN 60598 GERMANY

Please note that your claim # 25353 in the above referenced case and in the amount of
$26,131,021.25        has been transferred **(unless previously expunged by court order)**

DEUTSCHE BANK AG, LONDON BRANCH
TRANSFEROR: SPARDA-BANK HESSEN EG, OSLOER STRASSE 2
ATTN: MICHAEL SUTTON
WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
LONDON    EC2N 2DB
UNITED KINGDON

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6848        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/02/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

> To:  THE ROYAL BANK OF SCOTLAND, PLC
>      TRANSFEROR: BP CAPITAL ENERGY FUND L.P.
>      600 WASHINGTON BOULEVARD
>      ATTN: MATTHEW ROSENCRANS
>      STAMFORD CT 06910

Please note that your claim # 66017-02 in the above referenced case and in the amount of
    $768,520.23        has been transferred **(unless previously expunged by court order)**

| | |
|---|---|
| CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP | CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP |
| TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC | DAVID HOYT |
| 375 PARK AVENUE, 13TH FLOOR | ANDREWS KURTH LLP |
| ATTN: LISA MURRAY | 450 LEXINGTON AVENUE |
| NEW YORK NY 10152 | NEW YORK NY 10017 |

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

> UNITED STATES BANKRUPTCY COURT
> Southern District of New York
> One Bowling Green
> New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6849        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/02/2010                                Vito Genna, Clerk of Court


                                                /s/ Paul Belobritsky
                                                _____
                                                By: Epiq Bankruptcy Solutions, LLC
                                                    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                 |
In re                            |    Chapter 11 Case No.
                                 |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                                 |
                                 |    (Jointly Administered)
                                 |
                    Debtors.     |
                                 |
_____|

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  THE ROYAL BANK OF SCOTLAND, PLC                    THE ROYAL BANK OF SCOTLAND, PLC
     TRANSFEROR: PICKENS, T. BOONE                       RICHARDS KIBBE & ORBE LLP
     600 WASHINGTON BOULEVARD                            ONE WORLD FINANCIAL CENTER
     ATTN: MATTHEW ROSENCRANS                            ATTN: MANAGING CLERK
     STAMFORD CT 06910                                   NEW YORK NY 10281-1003

Please note that your claim # 66016-02 in the above referenced case and in the amount of
     $1,555,274.08        has been transferred **(unless previously expunged by court order)**

CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP                CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP
TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC             DAVID HOYT
375 PARK AVENUE, 13TH FLOOR                             ANDREWS KURTH LLP
ATTN: LISA MURRAY                                       450 LEXINGTON AVENUE
NEW YORK NY 10152                                       NEW YORK NY 10017

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6850      in your objection.
If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/02/2010                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 2, 2010.

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
_____
                                       |
  In re                                |    Chapter 11 Case No.
                                       |
  LEHMAN BROTHERS HOLDINGS INC., et al.,|    08-13555 (JMP)
                                       |
                                       |    (Jointly Administered)
                   Debtors.            |
                                       |
_____|
```

             NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
                          BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  SPARDA-BANK HESSEN EG                    SPARDA-BANK HESSEN EG
             OSLOER STRASSE 2                          SNP SCHLAWIEN  NAAB PARTNERSCHAFT
             FRANKFURT AM MAIN    60327                ATTN: MR. NORBERT PAHL
             GERMANY                                   DARMSTAEDTER LANDSTRASSE 184
                                                       FRANKFURT AM MAIN 60598 GERMANY

Please note that your claim # 34376 in the above referenced case and in the amount of
        $26,131,021.25        has been transferred (**unless previously expunged by court order**)

             DEUTSCHE BANK AG, LONDON BRANCH
             TRANSFEROR: SPARDA-BANK HESSEN EG
             ATTN: MICHAEL SUTTON
             WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
             LONDON    EC2N 2DB
             UNITED KINGDON

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                     UNITED STATES BANKRUPTCY COURT
                     Southern District of New York
                     One Bowling Green
                     New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6851        in your objection.
If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/02/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  THE ROYAL BANK OF SCOTLAND, PLC                    THE ROYAL BANK OF SCOTLAND, PLC
     TRANSFEROR: BP CAPITAL ENERGY EQUITY FUND, L.P.     RICHARDS KIBBE & ORBE LLP
     600 WASHINGTON BOULEVARD                            ONE WORLD FINANCIAL CENTER
     ATTN: MATTHEW ROSENCRANS                            ATTN: MANAGING CLERK
     STAMFORD CT 06910                                   NEW YORK NY 10281-1003

Please note that your claim # 66009-02 in the above referenced case and in the amount of
     $1,379,489.44       has been transferred **(unless previously expunged by court order)**

     CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP            CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP
     TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC         DAVID HOYT
     375 PARK AVENUE, 13TH FLOOR                         ANDREWS KURTH LLP
     ATTN: LISA MURRAY                                   450 LEXINGTON AVENUE
     NEW YORK NY 10152                                   NEW YORK NY 10017

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6852       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/02/2010                           Vito Genna, Clerk of Court


                                           /s/ Paul Belobritsky
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re                                    |

LEHMAN BROTHERS HOLDINGS INC., et al.,   |

                        Debtors.          |

_____      |

                                         |  Chapter 11 Case No.

                                         |  08-13555 (JMP)

                                         |  (Jointly Administered)

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  THE ROYAL BANK OF SCOTLAND, PLC              THE ROYAL BANK OF SCOTLAND, PLC
     TRANSFEROR: BP CAP. ENERGY EQUITY FUND MASTER II, LP    RICHARDS KIBBE & ORBE LLP
     600 WASHINGTON BOULEVARD                     ONE WORLD FINANCIAL CENTER
     ATTN: MATTHEW ROSENCRANS                      ATTN: MANAGING CLERK
     STAMFORD CT 06910                             NEW YORK NY 10281-1003

Please note that your claim # 66008-03 in the above referenced case and in the amount of
     $944,350.65        has been transferred **(unless previously expunged by court order)**

CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP          CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP
TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC       DAVID HOYT
375 PARK AVENUE, 13TH FLOOR                       ANDREWS KURTH LLP
ATTN: LISA MURRAY                                 450 LEXINGTON AVENUE
NEW YORK NY 10152                                 NEW YORK NY 10017

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6854      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/02/2010                         Vito Genna, Clerk of Court

                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                          |
In re                                     |    Chapter 11 Case No.
                                          |
LEHMAN BROTHERS HOLDINGS INC., et al.,    |    08-13555 (JMP)
                                          |
                                          |    (Jointly Administered)
                                          |
                        Debtors.          |
                                          |
_____|
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  SPARKASSE SAARBRUECKEN
         ATTN: BORIS CHRISTMANN
         NEUMARKT 17
         SAARBRUCKEN    DE-66117
         GERMANY

Please note that your claim # 27004 in the above referenced case and in the amount of
    $14,499,476.23        has been transferred **(unless previously expunged by court order)**

         DEUTSCHE BANK AG, LONDON BRANCH
         TRANSFEROR: SPARKASSE SAARBRUECKEN
         ATTN: MICHAEL SUTTON
         WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
         LONDON    EC2N 2DB
         UNITED KINGDON

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                   UNITED STATES BANKRUPTCY COURT
                   Southern District of New York
                   One Bowling Green
                   New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6855        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/02/2010                           Vito Genna, Clerk of Court


                                           /s/ Paul Belobritsky
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                     |
In re                                |     Chapter 11 Case No.
                                     |
LEHMAN BROTHERS HOLDINGS INC., et al.,|    08-13555 (JMP)
                                     |
                                     |     (Jointly Administered)
                                     |
                Debtors.             |
                                     |
_____|
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  THE ROYAL BANK OF SCOTLAND, PLC              THE ROYAL BANK OF SCOTLAND, PLC
     TRANSFEROR: BP CAPITAL ENERGY FUND L.P.      RICHARDS KIBBE & ORBE LLP
     600 WASHINGTON BOULEVARD                     ONE WORLD FINANCIAL CENTER
     ATTN: MATTHEW ROSENCRANS                     ATTN: MANAGING CLERK
     STAMFORD CT 06910                            NEW YORK NY 10281-1003

Please note that your claim # 66011-02 in the above referenced case and in the amount of
     $768,520.23         has been transferred **(unless previously expunged by court order)**

         CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP          CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP
         TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC       DAVID HOYT
         375 PARK AVENUE, 13TH FLOOR                       ANDREWS KURTH LLP
         ATTN: LISA MURRAY                                 450 LEXINGTON AVENUE
         NEW YORK NY 10152                                 NEW YORK NY 10017

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6856      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/02/2010                            Vito Genna, Clerk of Court


                                            /s/ Paul Belobritsky
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

|                                                 |   |
|-------------------------------------------------|---|
| In re                                           | Chapter 11 Case No. |
|                                                 |   |
| LEHMAN BROTHERS HOLDINGS INC., et al.,          | 08-13555 (JMP) |
|                                                 |   |
|                                                 | (Jointly Administered) |
|                                                 |   |
| Debtors.                                        |   |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  THE ROYAL BANK OF SCOTLAND, PLC          THE ROYAL BANK OF SCOTLAND, PLC
     TRANSFEROR: PICKENS, T. BOONE            RICHARDS KIBBE & ORBE LLP
     600 WASHINGTON BOULEVARD                 ONE WORLD FINANCIAL CENTER
     ATTN: MATTHEW ROSENCRANS                 ATTN: MANAGING CLERK
     STAMFORD CT 06910                        NEW YORK NY 10281-1003

Please note that your claim # 66010-02 in the above referenced case and in the amount of
     $1,555,274.08         has been transferred **(unless previously expunged by court order)**

          CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP          CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP
          TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC       DAVID HOYT
          375 PARK AVENUE, 13TH FLOOR                       ANDREWS KURTH LLP
          ATTN: LISA MURRAY                                 450 LEXINGTON AVENUE
          NEW YORK NY 10152                                 NEW YORK NY 10017

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6857          in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/02/2010

                              Vito Genna, Clerk of Court


                              /s/ Paul Belobritsky
                              _____
                              By: Epiq Bankruptcy Solutions, LLC
                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                          |
In re                                     |    Chapter 11 Case No.
                                          |
LEHMAN BROTHERS HOLDINGS INC., et al.,    |    08-13555 (JMP)
                                          |
                                          |    (Jointly Administered)
                                          |
            Debtors.                      |
_____|

            **NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
                       **BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  THE ROYAL BANK OF SCOTLAND, PLC                     THE ROYAL BANK OF SCOTLAND, PLC
         TRANSFEROR: BP CAPITAL ENERGY EQUITY FUND, L.P.     RICHARDS KIBBE & ORBE LLP
         600 WASHINGTON BOULEVARD                            ONE WORLD FINANCIAL CENTER
         ATTN: MATTHEW ROSENCRANS                            ATTN: MANAGING CLERK
         STAMFORD CT 06910                                   NEW YORK NY 10281-1003

Please note that your claim # 66015-03 in the above referenced case and in the amount of
    $5,189,301.98        has been transferred **(unless previously expunged by court order)**

         SPCP GROUP, LLC                                     SPCP GROUP, LLC
         TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC         DAVID HOYT
         2 GREENWICH PLAZA, 1ST FLOOR                        ANDREWS KURTH LLP
         ATTN: ADAM DEPANFILIS                               450 LEXINGTON AVENUE
         GREENWICH CT 06830                                  NEW YORK NY 10017

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6859      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/02/2010                            Vito Genna, Clerk of Court


                                            /s/ Paul Belobritsky
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re                                              |      Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,             |      08-13555 (JMP)
                                                   |
                                                   |      (Jointly Administered)
                     Debtors.                      |
_____        |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  THE ROYAL BANK OF SCOTLAND, PLC                          THE ROYAL BANK OF SCOTLAND, PLC
     TRANSFEROR: BP CAP. ENERGY EQUITY INTL. HLDGS. I, LP      RICHARDS KIBBE & ORBE LLP
     600 WASHINGTON BOULEVARD                                  ONE WORLD FINANCIAL CENTER
     ATTN: MATTHEW ROSENCRANS                                  ATTN: MANAGING CLERK
     STAMFORD CT 06910                                         NEW YORK NY 10281-1003

Please note that your claim # 66014-03 in the above referenced case and in the amount of
     $516,735.76        has been transferred **(unless previously expunged by court order)**

        SPCP GROUP, LLC                                        SPCP GROUP, LLC
        TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC            DAVID HOYT
        2 GREENWICH PLAZA, 1ST FLOOR                           ANDREWS KURTH LLP
        ATTN: ADAM DEPANFILIS                                  450 LEXINGTON AVENUE
        GREENWICH CT 06830                                     NEW YORK NY 10017

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6860      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/02/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: THE ROYAL BANK OF SCOTLAND, PLC
TRANSFEROR: BP CAP. ENERGY EQUITY FUND MASTER II, LP
600 WASHINGTON BOULEVARD
ATTN: MATTHEW ROSENCRANS
STAMFORD CT 06910

THE ROYAL BANK OF SCOTLAND, PLC
RICHARDS KIBBE & ORBE LLP
ONE WORLD FINANCIAL CENTER
ATTN: MANAGING CLERK
NEW YORK NY 10281-1003

Please note that your claim # 66013-03 in the above referenced case and in the amount of $3,552,416.24     has been transferred **(unless previously expunged by court order)**

SPCP GROUP, LLC
TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC
2 GREENWICH PLAZA, 1ST FLOOR
ATTN: ADAM DEPANFILIS
GREENWICH CT 06830

SPCP GROUP, LLC
DAVID HOYT
ANDREWS KURTH LLP
450 LEXINGTON AVENUE
NEW YORK NY 10017

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6861     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/02/2010                              Vito Genna, Clerk of Court

                                              /s/ Paul Belobritsky
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  THE ROYAL BANK OF SCOTLAND, PLC
             TRANSFEROR: BP CAPITAL ENERGY FUND L.P.
             600 WASHINGTON BOULEVARD
             ATTN: MATTHEW ROSENCRANS
             STAMFORD CT 06910

Please note that your claim # 66017-03 in the above referenced case and in the amount of
        $2,890,985.20        has been transferred **(unless previously expunged by court order)**

        SPCP GROUP, LLC                              SPCP GROUP, LLC
        TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC  DAVID HOYT
        2 GREENWICH PLAZA, 1ST FLOOR                 ANDREWS KURTH LLP
        ATTN: ADAM DEPANFILIS                        450 LEXINGTON AVENUE
        GREENWICH CT 06830                           NEW YORK NY 10017

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        Southern District of New York
        One Bowling Green
        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6862    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/02/2010

                        Vito Genna, Clerk of Court


                        /s/ Paul Belobritsky
                        _____
                        By: Epiq Bankruptcy Solutions, LLC
                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re                              |  Chapter 11 Case No.
|                                    |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP)
|                                    |
|                                    |  (Jointly Administered)
|          Debtors.                  |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  DIE SPARKASSE BREMEN AG                        DIE SPARKASSE BREMEN AG
     AM BRILL 1-3                                   BARTON NACHAMIE, ESQ.
     ATTN: DR. JOHANNES KUENZLA                     TOLDTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.
     BREMEN   28795                                 425 PARK AVENUE
     GERMANY                                        NEW YORK NY 10022

Please note that your claim # 10117 in the above referenced case and in the amount of
     $29,106,324.47       has been transferred **(unless previously expunged by court order)**

          DEUTSCHE BANK AG, LONDON BRANCH
          TRANSFEROR: DIE SPARKASSE BREMEN AG
          ATTN: MICHAEL SUTTON
          WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
          LONDON    EC2N 2DB
          UNITED KINGDON

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6863      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/02/2010                         Vito Genna, Clerk of Court


                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                   |
In re                              |    Chapter 11 Case No.
                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                                   |
                                   |    (Jointly Administered)
          Debtors.                 |
                                   |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  THE ROYAL BANK OF SCOTLAND, PLC          THE ROYAL BANK OF SCOTLAND, PLC
     TRANSFEROR: PICKENS, T. BOONE             RICHARDS KIBBE & ORBE LLP
     600 WASHINGTON BOULEVARD                  ONE WORLD FINANCIAL CENTER
     ATTN: MATTHEW ROSENCRANS                  ATTN: MANAGING CLERK
     STAMFORD CT 06910                         NEW YORK NY 10281-1003
```

Please note that your claim # 66016-03 in the above referenced case and in the amount of
$5,850,560.82      has been transferred (**unless previously expunged by court order)**

```
     SPCP GROUP, LLC                           SPCP GROUP, LLC
     TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC    DAVID HOYT
     2 GREENWICH PLAZA, 1ST FLOOR              ANDREWS KURTH LLP
     ATTN: ADAM DEPANFILIS                     450 LEXINGTON AVENUE
     GREENWICH CT 06830                        NEW YORK NY 10017
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6864      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/02/2010

```
                              Vito Genna, Clerk of Court


                              /s/ Paul Belobritsky
                              _____
                              By: Epiq Bankruptcy Solutions, LLC
                                  as claims agent for the debtor(s).
```

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                         |
In re                                    |    Chapter 11 Case No.
                                         |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |    08-13555 (JMP)
                                         |
                                         |    (Jointly Administered)
                                         |
                Debtors.                 |
                                         |
_____|
```

<div align="center">

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

</div>

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   THE ROYAL BANK OF SCOTLAND, PLC                    THE ROYAL BANK OF SCOTLAND, PLC
      TRANSFEROR: BP CAPITAL ENERGY EQUITY FUND, L.P.     RICHARDS KIBBE & ORBE LLP
      600 WASHINGTON BOULEVARD                            ONE WORLD FINANCIAL CENTER
      ATTN: MATTHEW ROSENCRANS                            ATTN: MANAGING CLERK
      STAMFORD CT 06910                                   NEW YORK NY 10281-1003

Please note that your claim # 66009-03 in the above referenced case and in the amount of
      $5,189,301.98        has been transferred (**unless previously expunged by court order**)

      SPCP GROUP, LLC                                    SPCP GROUP, LLC
      TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC        DAVID HOYT
      2 GREENWICH PLAZA, 1ST FLOOR                       ANDREWS KURTH LLP
      ATTN: ADAM DEPANFILIS                              450 LEXINGTON AVENUE
      GREENWICH CT 06830                                 NEW YORK NY 10017

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

      UNITED STATES BANKRUPTCY COURT
      Southern District of New York
      One Bowling Green
      New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6865      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/02/2010

                                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   THE ROYAL BANK OF SCOTLAND, PLC                              THE ROYAL BANK OF SCOTLAND, PLC
      TRANSFEROR: BP CAP. ENERGY EQUITY INTL. HLDGS. I, LP         RICHARDS KIBBE & ORBE LLP
      600 WASHINGTON BOULEVARD                                     ONE WORLD FINANCIAL CENTER
      ATTN: MATTHEW ROSENCRANS                                     ATTN: MANAGING CLERK
      STAMFORD CT 06910                                            NEW YORK NY 10281-1003

Please note that your claim # 66012-02 in the above referenced case and in the amount of
    $516,735.76        has been transferred **(unless previously expunged by court order)**

SPCP GROUP, LLC                                     SPCP GROUP, LLC
TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC         DAVID HOYT
2 GREENWICH PLAZA, 1ST FLOOR                        ANDREWS KURTH LLP
ATTN: ADAM DEPANFILIS                               450 LEXINGTON AVENUE
GREENWICH CT 06830                                  NEW YORK NY 10017

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        Southern District of New York
        One Bowling Green
        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6866        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/02/2010                            Vito Genna, Clerk of Court


                                            /s/ Paul Belobritsky
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  THE ROYAL BANK OF SCOTLAND, PLC              THE ROYAL BANK OF SCOTLAND, PLC
     TRANSFEROR: BP CAP. ENERGY EQUITY FUND MASTER II, LP     RICHARDS KIBBE & ORBE LLP
     600 WASHINGTON BOULEVARD                      ONE WORLD FINANCIAL CENTER
     ATTN: MATTHEW ROSENCRANS                       ATTN: MANAGING CLERK
     STAMFORD CT 06910                              NEW YORK NY 10281-1003

Please note that your claim # 66008-04 in the above referenced case and in the amount of
     $3,552,416.24        has been transferred **(unless previously expunged by court order)**

     SPCP GROUP, LLC                                SPCP GROUP, LLC
     TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC    DAVID HOYT
     2 GREENWICH PLAZA, 1ST FLOOR                   ANDREWS KURTH LLP
     ATTN: ADAM DEPANFILIS                          450 LEXINGTON AVENUE
     GREENWICH CT 06830                             NEW YORK NY 10017

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6867      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/02/2010                            Vito Genna, Clerk of Court


                                            /s/ Paul Belobritsky
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                       |
In re                                  |    Chapter 11 Case No.
                                       |
LEHMAN BROTHERS HOLDINGS INC., et al., |    08-13555 (JMP)
                                       |
                                       |    (Jointly Administered)
                                       |
            Debtors.                   |
                                       |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   THE ROYAL BANK OF SCOTLAND, PLC                    THE ROYAL BANK OF SCOTLAND, PLC
      TRANSFEROR: BP CAPITAL ENERGY FUND L.P.            RICHARDS KIBBE & ORBE LLP
      600 WASHINGTON BOULEVARD                           ONE WORLD FINANCIAL CENTER
      ATTN: MATTHEW ROSENCRANS                           ATTN: MANAGING CLERK
      STAMFORD CT 06910                                  NEW YORK NY 10281-1003

Please note that your claim # 66011-03 in the above referenced case and in the amount of
     $2,890,985.20        has been transferred **(unless previously expunged by court order)**

      SPCP GROUP, LLC                                    SPCP GROUP, LLC
      TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC        DAVID HOYT
      2 GREENWICH PLAZA, 1ST FLOOR                       ANDREWS KURTH LLP
      ATTN: ADAM DEPANFILIS                              450 LEXINGTON AVENUE
      GREENWICH CT 06830                                 NEW YORK NY 10017

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6868      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/02/2010

                                      Vito Genna, Clerk of Court


                                      /s/ Paul Belobritsky
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                     |
In re                                |     Chapter 11 Case No.
                                     |
LEHMAN BROTHERS HOLDINGS INC., et al.,|    08-13555 (JMP)
                                     |
                                     |     (Jointly Administered)
             Debtors.                |
                                     |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  THE ROYAL BANK OF SCOTLAND, PLC                THE ROYAL BANK OF SCOTLAND, PLC
     TRANSFEROR: PICKENS, T. BOONE                  RICHARDS KIBBE & ORBE LLP
     600 WASHINGTON BOULEVARD                       ONE WORLD FINANCIAL CENTER
     ATTN: MATTHEW ROSENCRANS                       ATTN: MANAGING CLERK
     STAMFORD CT 06910                              NEW YORK NY 10281-1003

Please note that your claim # 66010-03 in the above referenced case and in the amount of
     $5,850,560.82          has been transferred **(unless previously expunged by court order)**

     SPCP GROUP, LLC                                SPCP GROUP, LLC
     TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC    DAVID HOYT
     2 GREENWICH PLAZA, 1ST FLOOR                   ANDREWS KURTH LLP
     ATTN: ADAM DEPANFILIS                          450 LEXINGTON AVENUE
     GREENWICH CT 06830                             NEW YORK NY 10017

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6869        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/02/2010

                                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                       |
In re                                  |    Chapter 11 Case No.
                                       |
LEHMAN BROTHERS HOLDINGS INC., et al., |    08-13555 (JMP)
                                       |
                                       |    (Jointly Administered)
                                       |
               Debtors.                |
                                       |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
      To:  CO-OPERATIVE BANK P.L.C., THE
           F/K/A BRITANNIA BUILDING SOCIETY
           ATTN: DAVE MCCARTHY
           BRITANNIA HOUSE
           CHEADLE ROAD
           LEAK    ST13 5RG
           UNITED KINGDOM
```

Please note that your claim # 14416 in the above referenced case and in the amount of
    $120,803,467.49        has been transferred **(unless previously expunged by court order)**

```
           DEUTSCHE BANK AG, LONDON BRANCH
           TRANSFEROR: CO-OPERATIVE BANK P.L.C., THE
           ATTN: MICHAEL SUTTON
           WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
           LONDON    EC2N 2DB
           UNITED KINGDON
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
           UNITED STATES BANKRUPTCY COURT
           Southern District of New York
           One Bowling Green
           New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6870        in your objection.
If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/02/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                |
In re                           |    Chapter 11 Case No.
                                |
LEHMAN BROTHERS HOLDINGS INC., et al., |   08-13555 (JMP)
                                |
                                |    (Jointly Administered)
            Debtors.            |
                                |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

           To:  VR-LIW GMBH, ON BEHALF OF DEUTSCHE APOTHEKER-UND ARZTEBANK
                GUNNAR MANGEL-GENERAL MANAGER
                POSTFACH 1604
                59006 HAMM
                GERMANY

Please note that your claim # 11386 in the above referenced case and in the amount of
     $13,203,282.73        has been transferred **(unless previously expunged by court order)**

           DEUTSCHE BANK AG, LONDON BRANCH
           TRANSFEROR: VR-LIW GMBH, ON BEHALF OF DEUTSCHE APOTHEKER-UND ARZTEBANK
           ATTN: MICHAEL SUTTON
           WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
           LONDON    EC2N 2DB
           UNITED KINGDON

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6871        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/02/2010                           Vito Genna, Clerk of Court


                                           /s/ Paul Belobritsky
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  VR-LIW GMBH, ON BEHALF OF DEUTSCHE APOTHEKER-UND ARZTEBANK
     GUNNAR MANGEL-GENERAL MANAGER
     POSTFACH 1604
     59006 HAMM
     GERMANY
```

Please note that your claim # 11387 in the above referenced case and in the amount of
$66,065,736.19        has been transferred **(unless previously expunged by court order)**

```
     DEUTSCHE BANK AG, LONDON BRANCH
     TRANSFEROR: VR-LIW GMBH, ON BEHALF OF DEUTSCHE APOTHEKER-UND ARZTEBANK
     ATTN: MICHAEL SUTTON
     WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
     LONDON    EC2N 2DB
     UNITED KINGDON
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6872        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/02/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                       |
In re                                  |   Chapter 11 Case No.
                                       |
LEHMAN BROTHERS HOLDINGS INC., et al., |   08-13555 (JMP)
                                       |
                                       |   (Jointly Administered)
                                       |
                   Debtors.            |
                                       |
_____|
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  TUDOR GLOBAL EMERGING MARKETS PORTFOLIO L.P.          TUDOR GLOBAL EMERGING MARKETS PORTFOLIO L.P.
     TUDOR INVESTMENT CORPORATION, PROCESS AGENT            SHEARMAN & STERLING LLP
     ATTN: STEPHEN N. WALDMAN                               AZAM H. AZIZ, ESQ. & SOLOMON J. NOH, ESQ.
     1275 KING ST.                                          599 LEXINGTON AVENUE
     GREENWICH CT 06831                                     NEW YORK NY 10022

Please note that your claim # 27682 in the above referenced case and in the amount of
     $648,605.28        has been transferred **(unless previously expunged by court order)**

     GOLDMAN SACHS LENDING PARTNERS LLC                     GOLDMAN SACHS LENDING PARTNERS LLC
     TRANSFEROR: TUDOR GLOBAL EMERGING MARKETS PORTFOLIO L.P.   MANAGING CLERK
     30 HUDONS STREET, 36TH FLOOR                            RICHARDS KIBBE & ORBE LLP
     Jersey City NJ 07302                                    ONE WORLD FINANCIAL CENTER
                                                             NEW YORK NY 10281-1003

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6881      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/02/2010                       Vito Genna, Clerk of Court


                                       /s/ Paul Belobritsky
                                       _____
                                       By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  TUDOR GLOBAL EMERGING MARKETS PORTFOLIO L.P.
     C/O TUDOR INVESTMENT CORPORATION
     ATTN: STEPHEN N. WALDMAN
     1275 KING ST.
     GREENWICH CT 06831

Please note that your claim # 65990 in the above referenced case and in the amount of
     $834,831.38      has been transferred (**unless previously expunged by court order**)

GOLDMAN SACHS LENDING PARTNERS LLC                    GOLDMAN SACHS LENDING PARTNERS LLC
TRANSFEROR: TUDOR GLOBAL EMERGING MARKETS PORTFOLIO L.P.    MANAGING CLERK
30 HUDSON STREET, 36TH FLOOR                          RICHARDS KIBBE & ORBE LLP
Jersey City NJ 07302                                  ONE WORLD FINANCIAL CENTER
                                                      NEW YORK NY 10281-1003

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6882      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/02/2010                    Vito Genna, Clerk of Court


                                    /s/ Paul Belobritsky
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                       |
In re                                  |      Chapter 11 Case No.
                                       |
LEHMAN BROTHERS HOLDINGS INC., et al., |      08-13555 (JMP)
                                       |
                                       |      (Jointly Administered)
                                       |
                  Debtors.             |
                                       |
_____
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   TUDOR GLOBAL EMERGING MARKETS PORTFOLIO L.P.          TUDOR GLOBAL EMERGING MARKETS PORTFOLIO L.P.
      C/O TUDOR INVESTMENT CORPORATION                     AZAM H. AZIZ ESQ., SOLOMON J. NOH ESQ.,
      ATTN: STEPHEN N. WALDMAN                             SHEARMAN & STERLING LLP
      1275 KING ST.                                        599 LEXINGTON AVENUE
      GREENWICH CT 06831                                   NEW YORK NY 10022

Please note that your claim # 66143 in the above referenced case and in the amount of
      $776,154.03          has been transferred **(unless previously expunged by court order)**

GOLDMAN SACHS LENDING PARTNERS LLC                         GOLDMAN SACHS LENDING PARTNERS LLC
TRANSFEROR: TUDOR GLOBAL EMERGING MARKETS PORTFOLIO L.P.   MANAGING CLERK
c/o Goldman, Sachs & Co. Attn: A. Caditz                   RICHARDS KIBBE & ORBE LLP
30 Hudson Street, 36th Floor                               ONE WORLD FINANCIAL CENTER
Jersey City NJ 07302                                       NEW YORK NY 10281-1003

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                  UNITED STATES BANKRUPTCY COURT
                  Southern District of New York
                  One Bowling Green
                  New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6883       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/02/2010                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  MERRILL LYNCH INTERNATIONAL                           MERRILL LYNCH INTERNATIONAL
     TRANSFEROR: IYO BANK, LTD., THE                       ONE BRYANT PARK
     MERRILL LYNCH FINANCIAL CENTRE                        NEW YORK NY 10036
     2, KING EDWARD STREET
     LONDON    EC1A 1HQ
     UNITED KINGDOM

Please note that your claim # 45557 in the above referenced case and in the amount of
       $4,754,058.56       has been transferred **(unless previously expunged by court order)**

          BANC OF AMERICA SECURITIES LLC
          TRANSFEROR: MERRILL LYNCH INTERNATIONAL
          214 N TRYON STREET, NCA-027-14-01
          ATTN: JON BARNES
          CHARLOTTE NC 28255

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6887    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/02/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                      |
In re                                 |    Chapter 11 Case No.
                                      |
LEHMAN BROTHERS HOLDINGS INC., et al.,|    08-13555 (JMP)
                                      |
                                      |    (Jointly Administered)
              Debtors.                |
                                      |                         .
_____|

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  FCDB LBU LLC C/O FORTRESS INVESTMENT GROUP
             ATTN: JAMES K. NOBLE
             1345 AVENUE OF THE AMERICAS
             NEW YORK NY 10105

Please note that your claim # 62931-13 in the above referenced case and in the amount of
        $1,919,618.02        has been transferred **(unless previously expunged by court order)**

        BANC OF AMERICA SECURITIES LLC
        TRANSFEROR: FCDB LBU LLC C/O FORTRESS INVESTMENT GROUP
        214 N TRYON STREET, NC1-027-14-01
        ATTN: JON BARNES
        NEW YORK NY 10036

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF**
**YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        Southern District of New York
        One Bowling Green
        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6892      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL**
**BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/02/2010                      Vito Genna, Clerk of Court


                                      /s/ Paul Belobritsky
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                    |
In re                               |       Chapter 11 Case No.
                                    |
LEHMAN BROTHERS HOLDINGS INC., et al., |    08-13555 (JMP)
                                    |
                                    |       (Jointly Administered)
                Debtors.            |
                                    |
_____|

        **NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
                BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  MERRILL LYNCH INTERNATIONAL                    MERRILL LYNCH INTERNATIONAL
             MERRILL LYNCH FINANCIAL CENTRE                 CADWALADER, WICKERSHAM & TAFT LLP
             ATTN: MS. ANNIKA WESTLING                      ONE WORLD FINANCIAL CENTER
             2 KING EDWARD STREET                           ATTN: MS JILL KAYLOR
             LONDON    EC1A 1HQ                             NEW YORK NY 10281
             UNITED KINGDOM


Please note that your claim # 59410 in the above referenced case and in the amount of
     $4,799,936.00       has been transferred **(unless previously expunged by court order)**



             BANC OF AMERICA SECURITIES LLC
             TRANSFEROR: MERRILL LYNCH INTERNATIONAL
             214 N TRYON STREET, NC1-027-14-01
             ATTN: JON BARNES
             CHARLOTTE NC 28255




No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6893       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/02/2010                         Vito Genna, Clerk of Court


                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  PROGRAMMA DINAMICO S.P.A.
         ATTENTION: STEFANO CECCACCI
         VIALE LIEGI NO. 44
         ROME    00198
         ITALY

Please note that your claim # 19274 in the above referenced case and in the amount of
      $17,755,614.70        has been transferred **(unless previously expunged by court order)**

         GOLDMAN SACHS LENDING PARTNERS LLC
         TRANSFEROR: PROGRAMMA DINAMICO S.P.A.
         200 WEST STREET
         NEW YORK NY 10282-2198

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

         UNITED STATES BANKRUPTCY COURT
         Southern District of New York
         One Bowling Green
         New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6894        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/02/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re                                          | Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         | 08-13555 (JMP)
                                               |
                                               | (Jointly Administered)
                  Debtors.                     |
_____

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  BANC OF AMERICA SECURITIES LLC
             TRANSFEROR: FCDB LBU LLC C/O FORTRESS INVESTMENT GROUP
             214 N TRYON STREET, NC1-027-14-01
             ATTN: JON BARNES
             NEW YORK NY 10036

Please note that your claim # 62931-13 in the above referenced case and in the amount of
        $1,919,618.02        has been transferred **(unless previously expunged by court order)**

        MERRILL LYNCH INTERNATIONAL
        TRANSFEROR: BANC OF AMERICA SECURITIES LLC
        214 N TRYON STREET, NC1-027-14-01
        CHARLOTTE NC 28255

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF**
**YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        Southern District of New York
        One Bowling Green
        New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6895        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL**
**BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/02/2010                      Vito Genna, Clerk of Court


                                      /s/ Paul Belobritsky
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 2, 2010.

**EXHIBIT "B"**

TIME: 14:48:08
DATE: 02/02/10

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE:  1

| Name | Address |
|---|---|
| BANC OF AMERICA SECURITIES LLC | TRANSFEROR: FCDB LBU LLC C/O FORTRESS INVESTMENT GROUP 214 N TRYON STREET, NC1-027-14-01 ATTN: JON BARNES NEW YORK NY 10036 |
| BANC OF AMERICA SECURITIES LLC | TRANSFEROR: MERRILL LYNCH INTERNATIONAL 214 N TRYON STREET, NC1-027-14-01 ATTN: JON BARNES CHARLOTTE NC 28255 |
| BANC OF AMERICA SECURITIES LLC | TRANSFEROR: MERRILL LYNCH INTERNATIONAL 214 N TRYON STREET, NCA-027-14-01 ATTN: JON BARNES CHARLOTTE NC 28255 |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | TRANSFEROR: DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC 375 PARK AVENUE, 13TH FLOOR ATTN: LISA MURRAY NEW YORK NY 10152 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP | DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP | TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC 375 PARK AVENUE, 13TH FLOOR ATTN: LISA MURRAY NEW YORK NY 10152 |
| CO-OPERATIVE BANK P.L.C., THE | F/K/A BRITANNIA BUILDING SOCIETY ATTN: DAVE MCCARTHY BRITANNIA HOUSE CHEADLE ROAD LEAK ST13 5RG UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CO-OPERATIVE BANK P.L.C., THE ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: DIE SPARKASSE BREMEN AG ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SPARDA-BANK HESSEN EG, OSLOER STRASSE 2 ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SPARDA-BANK HESSEN EG ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SPARKASSE SAARBRUECKEN ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: VR-LIW GMBH, ON BEHALF OF DEUTSCHE APOTHEKER-UND AERZTEBANK ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DIE SPARKASSE BREMEN AG | AM BRILL 1-3 ATTN: DR. JOHANNES KUENZLA BREMEN 28195 GERMANY |
| DIE SPARKASSE BREMEN AG | BARTON NACHAMIE, ESQ. TOLTZMAN, NACHAMIE, SPIZZ & OHNS, P.C. 425 PARK AVENUE NEW YORK NY 10022 |
| FCDB LBU LLC C/O FORTRESS INVESTMENT GROUP | ATTN: JAMES K. NOBLE MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: JAMES K. NOBLE 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: PROGRAMMA DINAMICO S.P.A. 200 WEST STREET NEW YORK NY 10282-2198 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: TUDOR GLOBAL EMERGING MARKETS PORTFOLIO L.P. 30 HUDSON STREET, 36TH FLOOR Jersey City NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: TUDOR GLOBAL EMERGING MARKETS PORTFOLIO L.P. 30 HUDSON STREET, 36TH FLOOR Jersey City NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: TUDOR GLOBAL EMERGING MARKETS PORTFOLIO L.P. c/o Goldman, Sachs & Co. Attn: A. Cadizz 30 Hudson Street, 36th Floor Jersey |
| MERRILL LYNCH INTERNATIONAL | MERRILL LYNCH, DUBLIN BLOCK D, CENTRAL PARK, LEOPARDSTOWN ATTN: MR DAVE PURDOM/ MR JOHN PRINCE DUBLIN 18 IRELAND |
| MERRILL LYNCH INTERNATIONAL | MERRILL LYNCH FINANCIAL CENTRE ATTN: MS. ANNIKA WESTLING 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL LYNCH INTERNATIONAL | ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH INTERNATIONAL | BANK OF AMERICA MERRILL LYNCH ONE BRYANT PARK, 3RD FLOOR ATTN: MR FREDERICK MORRIS NEW YORK NY 10036 |
| MERRILL LYNCH INTERNATIONAL | CADWALADER, WICKERSHAM & TAFT LLP ONE WORLD FINANCIAL CENTER ATTN: MS JILL KAYLOR NEW YORK NY 10281 |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: BANC OF AMERICA SECURITIES LLC 200 WEST STREET NEW YORK NY 10282-2198 |
| PROGRAMMA DINAMICO S.P.A. | TRANSFEROR: IYO BANK, LTD., THE MERRILL LYNCH FINANCIAL CENTRE 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM |
| SPARDA-BANK HESSEN EG | ATTENTION: STEFANO CECCACCI VIALE LIEGI NO. 44 ROME 00198 ITALY |
| SPARDA-BANK HESSEN EG | SNP SCHLAWIEN NAAB PARTNERSCHAFT ATTN: MR. NORBERT PAHL DARMSTAEDTER LANDSTRASSE 184 FRANKFURT AM MAIN 60598 GERMANY |
| SPARDA-BANK HESSEN EG, OSLOER STRASSE 2 | OSLOER STRASSE 2 FRANKFURT AM MAIN 60327 GERMANY |
| SPARDA-BANK HESSEN EG, OSLOER STRASSE 2 | SNP SCHLAWIEN NAAB PARTNERSCHAFT ATTN: MR NORBERT PAHL DARMSTAEDTER LANDSTRASSE 184 FRANKFURT AM MAIN 60598 GERMANY |
| SPARKASSE SAARBRUECKEN | ATTN: BORIS CHRISTMANN NEUMARKT 17 SAARBRUCKEN DE-66117 GERMANY |
| SFCP GROUP, LLC | DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| THE ROYAL BANK OF SCOTLAND, PLC | TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC 2 GREENWICH PLAZA, 1ST FLOOR ATTN: ADAM DEPANFILIS GREENWICH CT 06830 |
| THE ROYAL BANK OF SCOTLAND, PLC | RICHARD WALTON ORBE LLP ONE WORLD FINANCIAL CENTER ATTN: MANAGING CLERK NEW YORK NY 10281-1003 |
| THE ROYAL BANK OF SCOTLAND, PLC | TRANSFEROR: BP CAP. ENERGY EQUITY INTL PLC 600 WASHINGTON BOULEVARD ATTN: MATTHEW ROSENCRANS STAMFORD CT 06910 |
| THE ROYAL BANK OF SCOTLAND, PLC | TRANSFEROR: BP CAP. ENERGY EQUITY INTL. HLDGS. I, LP 600 WASHINGTON BOULEVARD ATTN: MATTHEW ROSENCRANS STAMFORD CT 06910 |
| THE ROYAL BANK OF SCOTLAND, PLC | TRANSFEROR: BP CAPITAL ENERGY FUND L.P. 600 WASHINGTON BOULEVARD ATTN: MATTHEW ROSENCRANS STAMFORD CT 06910 |
| THE ROYAL BANK OF SCOTLAND, PLC | TRANSFEROR: BP CAPITAL ENERGY FUND L.P. 600 WASHINGTON BOULEVARD ATTN: MATTHEW ROSENCRANS STAMFORD CT 06910 |
| THE ROYAL BANK OF SCOTLAND, PLC | TRANSFEROR: PICKENS, T. BOONE 600 WASHINGTON BOULEVARD ATTN: MATTHEW ROSENCRANS STAMFORD CT 06910 |
| TUDOR GLOBAL EMERGING MARKETS PORTFOLIO L. | TRANSFEROR: SHEARMAN & STERLING LLP AZAN H. AZIZ, ESQ. & SOLOMON J. NOH, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| TUDOR GLOBAL EMERGING MARKETS PORTFOLIO L. | E/O TUDOR INVESTMENT CORPORATION ATTN: STEPHEN N. WALDMAN 1275 KING ST. GREENWICH CT 06831 |
| TUDOR GLOBAL EMERGING MARKETS PORTFOLIO L. | AZAN H. AZIZ ESQ., SOLOMON J. NOH ESQ., SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| TUDOR GLOBAL EMERGING MARKETS PORTFOLIO L. | TUDOR INVESTMENT CORPORATION, PROCESS AGENT ATTN: STEPHEN N. WALDMAN 1275 KING ST. GREENWICH CT 06831 |
| VR-LIW GMBH, ON BEHALF OF DEUTSCHE APOTHEKER | FOERDERBERUFGENOSSENSCHAFT GENERAL MANAGER POSTFACH 1604 59006 HAMM GERMANY |

Total Number of Records Printed      48

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT "C"**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153