**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
|  | : |  |
| In re | : | **Chapter 11 Case No.** |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | : | **08-13555 (JMP)** |
|  | : |  |
| Debtors. | : | **(Jointly Administered)** |
|  | : |  |

------------------------------------------------------------------------x  **Ref. Docket Nos. 6896-6913, 6923-**
**6926, 6928-6946**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
                          ) ss.:
COUNTY OF NEW YORK  )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On February 3, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

 

                                   /s/ Paul Belobritsky
                                   Paul Belobritsky

Sworn to before me this
10th day of February, 2010
/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**EXHIBIT "A"**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                    |
In re                               |    Chapter 11 Case No.
                                    |
LEHMAN BROTHERS HOLDINGS INC., et al.,|   08-13555 (JMP)
                                    |
                                    |    (Jointly Administered)
                                    |
              Debtors.              |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   PROGRAMMA DINAMICO S.P.A.
              ATTENTION: STEFANO CECCACCI
              VIALE LIEGI NO. 44
              ROME    00198
              ITALY

Please note that your claim # 19276 in the above referenced case and in the amount of
        $17,800,197.56        has been transferred **(unless previously expunged by court order)**

        GOLDMAN SACHS LENDING PARTNERS LLC
        TRANSFEROR: PROGRAMMA DINAMICO S.P.A.
        200 WEST STREET
        NEW YORK NY 10282-2198

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6896    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/03/2010                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 3, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
|  | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., |  |
|  | (Jointly Administered) |
| Debtors. |  |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

> To:  PROGRAMMA DINAMICO S.P.A.
> ATTENTION: STEFANO CECCACCI
> VIALE LIEGI NO. 44
> ROME    00198
> ITALY

Please note that your claim # 19275 in the above referenced case and in the amount of
$17,755,614.70        has been transferred **(unless previously expunged by court order)**

> GOLDMAN SACHS LENDING PARTNERS LLC
> TRANSFEROR: PROGRAMMA DINAMICO S.P.A.
> 200 WEST STREET
> NEW YORK NY 10282-2198

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

> UNITED STATES BANKRUPTCY COURT
> Southern District of New York
> One Bowling Green
> New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6897        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/03/2010                                    Vito Genna, Clerk of Court

                                                    /s/ Paul Belobritsky
                                                    _____
                                                    By: Epiq Bankruptcy Solutions, LLC
                                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 3, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  PROGRAMMA DINAMICO S.P.A.
         ATTENTION: STEFANO CECCACCI
         VIALE LIEGI NO. 44
         ROME      00198
         ITALY

Please note that your claim # 18658 in the above referenced case and in the amount of
      $17,800,197.56        has been transferred **(unless previously expunged by court order)**

         GOLDMAN SACHS LENDING PARTNERS LLC
         TRANSFEROR: PROGRAMMA DINAMICO S.P.A.
         200 WEST STREET
         NEW YORK NY 10282-2198

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6898      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/03/2010                        Vito Genna, Clerk of Court

                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 3, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  MERRILL LYNCH INTERNATIONAL
             TRANSFEROR: BANC OF AMERICA SECURITIES LLC
             214 N TRYON STREET, NC1-027-14-01
             CHARLOTTE NC 28255

Please note that your claim # 62931-13 in the above referenced case and in the amount of
        $1,919,618.02        has been transferred **(unless previously expunged by court order)**

        BANC OF AMERICA SECURITIES LLC
        TRANSFEROR: MERRILL LYNCH INTERNATIONAL
        214 N TRYON STREET, NC1-027-14-01
        ATTN: JON BARNES
        CHARLOTTE NC 28255

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        Southern District of New York
        One Bowling Green
        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6899      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/03/2010                                Vito Genna, Clerk of Court


                                                /s/ Paul Belobritsky
                                                _____
                                                By: Epiq Bankruptcy Solutions, LLC
                                                    as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 3, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                        |
In re                                   |    Chapter 11 Case No.
                                        |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                                        |
                                        |    (Jointly Administered)
                Debtors.                |
                                        |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

      To:  JPMORGAN CHASE BANK, N.A.
           TRANSFEROR: BLUE CHIP MULTI-STRATEGY MASTER FUND LP
           4 NEW YORK PLAZA, 16TH FLOOR
           ATTN: ERIN M. FINEGAN
           New York NY 10004

Please note that your claim # 23646-01 in the above referenced case and in the amount of
      $975,625.57          has been transferred **(unless previously expunged by court order)**

           TACONIC MARKET DISLOCATION FUND II LP
           TRANSFEROR: JPMORGAN CHASE BANK, N.A.
           C/O TACONIC CAPITAL ADVISORS LP
           450 PARK AVENUE
           ATTN: TIM ANDRIKS
           NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6900      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/03/2010                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 3, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                         |
In re                                    |    Chapter 11 Case No.
                                         |
                                         |    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,   |
                                         |    (Jointly Administered)
                                         |
                                         |
                Debtors.                 |
                                         |
_____ |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  JPMORGAN CHASE BANK, N.A.
             TRANSFEROR: BLUE CHIP MULTI-STRATEGY MASTER FUND LP
             4 NEW YORK PLAZA, 16TH FLOOR
             ATTN: ERIN M. FINEGAN
             New York NY 10004

Please note that your claim # 23646 in the above referenced case and in the amount of
        $226,920.43         has been transferred **(unless previously expunged by court order)**

        TACONIC MARKET DISLOCATION MASTER FUND II LP
        TRANSFEROR: JPMORGAN CHASE BANK, N.A.
        C/O TACONIC CAPITAL ADVISORS LP
        450 PARK AVENUE
        ATTN: TIM ANDRIKS
        NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6901      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/03/2010                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 3, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                    |
In re                               |    Chapter 11 Case No.
                                    |
LEHMAN BROTHERS HOLDINGS INC., et al., |  08-13555 (JMP)
                                    |
                                    |    (Jointly Administered)
                Debtors.            |
                                    |
_____|

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  JPMORGAN CHASE BANK, N.A.
             TRANSFEROR: BLUE CHIP MULTI-STRATEGY MASTER FUND LP
             4 NEW YORK PLAZA, 16TH FLOOR
             ATTN: ERIN M. FINEGAN
             New York NY 10004

Please note that your claim # 23647-01 in the above referenced case and in the amount of
     $973,320.67          has been transferred **(unless previously expunged by court order)**

        TACONIC MARKET DISLOCATION FUND II LP
        TRANSFEROR: JPMORGAN CHASE BANK, N.A.
        C/O TACONIC CAPITAL ADVISORS LP
        450 PARK AVENUE
        ATTN: TIM ANDRIKS
        NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6902       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/03/2010                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 3, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                        |
In re                                   |    Chapter 11 Case No.
                                        |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                                        |
                                        |    (Jointly Administered)
                                        |
                  Debtors.              |
                                        |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

         To:  JPMORGAN CHASE BANK, N.A.
              TRANSFEROR: BLUE CHIP MULTI-STRATEGY MASTER FUND LP
              4 NEW YORK PLAZA, 16TH FLOOR
              ATTN: ERIN M. FINEGAN
              New York NY 10004

Please note that your claim # 23647 in the above referenced case and in the amount of
     $226,384.33       has been transferred **(unless previously expunged by court order)**

         TACONIC MARKET DISLOCATION MASTER FUND II LP
         TRANSFEROR: JPMORGAN CHASE BANK, N.A.
         C/O TACONIC CAPITAL ADVISORS LP
         450 PARK AVENUE
         ATTN: TIM ANDRIKS
         NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6903       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/03/2010                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 3, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                        |
In re                                   |    Chapter 11 Case No.
                                        |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                                        |
                                        |    (Jointly Administered)
                                        |
                    Debtors.            |
_____ |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  JPMORGAN CHASE BANK, N.A.
             TRANSFEROR: HAKONE FUND II LLC
             4 NEW YORK PLAZA, 16TH FLOOR
             ATTN: ERIN M. FINEGAN
             New York NY 10004

Please note that your claim # 23648-01 in the above referenced case and in the amount of
        $295,136.34       has been transferred **(unless previously expunged by court order)**

        TACONIC MARKET DISLOCATION FUND II LP
        TRANSFEROR: JPMORGAN CHASE BANK, N.A.
        C/O TACONIC CAPITAL ADVISORS LP
        450 PARK AVENUE
        ATTN: TIM ANDRIKS
        NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6904       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/03/2010                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 3, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  CITIGROUP GLOBAL MARKETS LTD
     CITIGROUP CENTRE, CANADA SQUARE
     ATTENTION: PETER FISHER-JONES
     CANARY WHARF
     LONDON     E14 5LB
     UNITED KINGDOM

CITIGROUP GLOBAL MARKETS LTD
DOUGLAS R DAVIS
PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LL
1285 AVENUE OF THE AMERICAS
NEW YORK NY 10019-6064

Please note that your claim # 60593 in the above referenced case and in the amount of
     $7,819,071.00       has been transferred **(unless previously expunged by court order)**

MORGAN STANLEY & CO. INTERNATIONAL PLC
TRANSFEROR: CITIGROUP GLOBAL MARKETS LTD
25, CABOT SQUARE
CANARY WHARF
LONDON     E14 4QA
ENGLAND

MORGAN STANLEY & CO. INTERNATIONAL PLC
MANAGING CLERK
RICHARDS KIBBE & ORBE LLP
ONE WORLD FINANCIAL CENTER
NEW YORK NY 10281-1003

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6905       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/03/2010

                              Vito Genna, Clerk of Court


                              /s/ Paul Belobritsky
                              _____
                              By: Epiq Bankruptcy Solutions, LLC
                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 3, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  JPMORGAN CHASE BANK, N.A.
             TRANSFEROR: HAKONE FUND II LLC
             4 NEW YORK PLAZA, 16TH FLOOR
             ATTN: ERIN M. FINEGAN
             New York NY 10004

Please note that your claim # 23648 in the above referenced case and in the amount of
        $68,645.66        has been transferred **(unless previously expunged by court order)**

        TACONIC MARKET DISLOCATION MASTER FUND II LP
        TRANSFEROR: JPMORGAN CHASE BANK, N.A.
        C/O TACONIC CAPITAL ADVISORS LP
        450 PARK AVENUE
        ATTN: TIM ANDRIKS
        NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6906        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/03/2010                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 3, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                |
In re                           |    Chapter 11 Case No.
                                |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                                |
                                |    (Jointly Administered)
                                |
           Debtors.             |
                                |
_____|
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  JPMORGAN CHASE BANK, N.A.
             TRANSFEROR: HAKONE FUND II LLC
             4 NEW YORK PLAZA, 16TH FLOOR
             ATTN: ERIN M. FINEGAN
             New York NY 10004

Please note that your claim # 23649-01 in the above referenced case and in the amount of
        $294,438.62        has been transferred (**unless previously expunged by court order**)

        TACONIC MARKET DISLOCATION FUND II LP
        TRANSFEROR: JPMORGAN CHASE BANK, N.A.
        C/O TACONIC CAPITAL ADVISORS LP
        450 PARK AVENUE, ATTN: TIM ANDRIKS
        NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6907        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/03/2010                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 3, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  JPMORGAN CHASE BANK, N.A.
             TRANSFEROR: HAKONE FUND II LLC
             4 NEW YORK PLAZA, 16TH FLOOR
             ATTN: ERIN M. FINEGAN
             New York NY 10004

Please note that your claim # 23649 in the above referenced case and in the amount of
        $68,483.38        has been transferred **(unless previously expunged by court order)**

        TACONIC MARKET DISLOCATION MASTER FUND II LP
        TRANSFEROR: JPMORGAN CHASE BANK, N.A.
        C/O TACONIC CAPITAL ADVISORS LP
        450 PARK AVENUE, ATTN: TIM ANDRIKS
        NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        Southern District of New York
        One Bowling Green
        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6908        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/03/2010                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 3, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | |
| | (Jointly Administered) |
| Debtors. | |

_____

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  JPMORGAN CHASE BANK, N.A.
             TRANSFEROR: QUANTITATIVE ENHANCED DECISIONS MASTER FUND LP
             4 NEW YORK PLAZA, 16TH FLOOR
             ATTN: ERIN M. FINEGAN
             New York NY 10004

Please note that your claim # 23650-01 in the above referenced case and in the amount of
        $6,217,425.95        has been transferred **(unless previously expunged by court order)**

            TACONIC MARKET DISLOCATION FUND II LP
            TRANSFEROR: JPMORGAN CHASE BANK, N.A.
            C/O TACONIC CAPITAL ADVISORS LP
            450 PARK AVENUE, ATTN: TIM ANDRIKS
            NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6909        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/03/2010                    Vito Genna, Clerk of Court


                                    /s/ Paul Belobritsky
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 3, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   JPMORGAN CHASE BANK, N.A.
              TRANSFEROR: QUANTITATIVE ENHANCED DECISIONS MASTER FUND LP
              4 NEW YORK PLAZA, 16TH FLOOR
              ATTN: ERIN M. FINEGAN
              New York NY 10004

Please note that your claim # 23650 in the above referenced case and in the amount of
        $1,446,109.05        has been transferred **(unless previously expunged by court order)**

        TACONIC MARKET DISLOCATION MASTER FUND II LP
        TRANSFEROR: JPMORGAN CHASE BANK, N.A.
        C/O TACONIC CAPITAL ADVISORS LP
        450 PARK AVENUE, ATTN: TIM ANDRIKS
        NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6910        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/03/2010                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 3, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
|
In re                                    |    Chapter 11 Case No.
|
LEHMAN BROTHERS HOLDINGS INC., et al.,   |    08-13555 (JMP)
|
|    (Jointly Administered)
|
Debtors.                |
_____|

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  JPMORGAN CHASE BANK, N.A.
         TRANSFEROR: QUANTITATIVE ENHANCED DECISIONS MASTER FUND LP
         4 NEW YORK PLAZA, 16TH FLOOR
         ATTN: ERIN M. FINEGAN
         New York NY 10004

Please note that your claim # 23651-01 in the above referenced case and in the amount of
     $6,202,735.74       has been transferred **(unless previously expunged by court order)**

          TACONIC MARKET DISLOCATION FUND II LP
          TRANSFEROR: JPMORGAN CHASE BANK, N.A.
          C/O TACONIC CAPITAL ADVISORS LP
          450 PARK AVENUE, ATTN: TIM ANDRIKS
          NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6911     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/03/2010               Vito Genna, Clerk of Court

                           /s/ Paul Belobritsky
                           _____
                           By: Epiq Bankruptcy Solutions, LLC
                           as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 3, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   JPMORGAN CHASE BANK, N.A.
              TRANSFEROR: QUANTITATIVE ENHANCED DECISIONS MASTER FUND LP
              4 NEW YORK PLAZA, 16TH FLOOR
              ATTN: ERIN M. FINEGAN
              New York NY 10004

Please note that your claim # 23651 in the above referenced case and in the amount of $1,442,692.26       has been transferred (**unless previously expunged by court order**)

              TACONIC MARKET DISLOCATION MASTER FUND II LP
              TRANSFEROR: JPMORGAN CHASE BANK, N.A.
              C/O TACONIC CAPITAL ADVISORS LP
              450 PARK AVENUE, ATTN: TIM ANDRIKS
              NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6912       in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/03/2010                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 3, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re                                          |    Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         |    08-13555 (JMP)
                                               |
                                               |    (Jointly Administered)
                                               |
                    Debtors.                   |
                                               |
_____

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  THE ROYAL BANK OF SCOTLAND, PLC                    THE ROYAL BANK OF SCOTLAND, PLC
     TRANSFEROR: BP CAP. ENERGY EQUITY INTL. HLDGS. I, LP   RICHARDS KIBBE & ORBE LLP
     600 WASHINGTON BOULEVARD                           ONE WORLD FINANCIAL CENTER
     ATTN: MATTHEW ROSENCRANS                           ATTN: MANAGING CLERK
     STAMFORD CT 06910                                  NEW YORK NY 10281-1003

Please note that your claim # 66012-03 in the above referenced case and in the amount of
      $137,365.59        has been transferred **(unless previously expunged by court order)**

     CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP            CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP
     TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC         DAVID HOYT
     375 PARK AVENUE, 13TH FLOOR                         ANDREWS KURTH LLP
     ATTN: LISA MURRAY                                   450 LEXINGTON AVENUE
     NEW YORK NY 10152                                   NEW YORK NY 10017

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6913      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/03/2010                              Vito Genna, Clerk of Court


                                              /s/ Paul Belobritsky
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 3, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                        |
In re                                   |    Chapter 11 Case No.
                                        |
                                        |    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,  |
                                        |    (Jointly Administered)
                                        |
                    Debtors.            |
                                        |
_____|
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  WAIT, JARETT
             C/O FIG LLC
             1345 AVENUE OF THE AMERICAS, 47TH FLOOR
             NEW YORK NY 10105

Please note that your claim # 27981 in the above referenced case and in the amount of
        $8,500,000.00        has been transferred (**unless previously expunged by court order**)

             FIG LLC
             TRANSFEROR: WAIT, JARETT
             1345 AVENUE OF THE AMERICAS
             NEW YORK NY 10105

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6923      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/03/2010                         Vito Genna, Clerk of Court


                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 3, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                               |
In re                          |    Chapter 11 Case No.
                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |    08-13555 (JMP)
                               |
                               |    (Jointly Administered)
                    Debtors.   |
                               |
_____
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

> To:  GOLDMAN SACHS LENDING PARTNERS LLC
>      TRANSFEROR: III FINANCE LTD.
>      c/o Goldman, Sachs & Co. Attn: A. Caditz
>      30 Hudson Street, 36th Floor
>      Jersey City NJ 07302

Please note that your claim # 23516-01 in the above referenced case and in the amount of
   $28,024,694.17       has been transferred **(unless previously expunged by court order)**

> TACONIC OPPORTUNITY FUND LP
> TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC
> C/O TACONIC CAPITAL ADVISORS LP
> 450 PARK AVENUE, ATTN: TIM ANDRIKS
> 8TH FLOOR
> NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF**
**YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

> UNITED STATES BANKRUPTCY COURT
> Southern District of New York
> One Bowling Green
> New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6924      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL**
**BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/03/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 3, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                         |
In re                                    |    Chapter 11 Case No.
                                         |
                                         |    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,   |
                                         |    (Jointly Administered)
                                         |
              Debtors.                   |
                                         |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

> To:  GOLDMAN SACHS LENDING PARTNERS LLC
>      TRANSFEROR: III RELATIVE VALUE CREDIT STRATEGIES HUB FUND LTD
>      c/o Goldman, Sachs & Co. Attn: A. Caditz
>      30 Hudson Street, 36th Floor
>      Jersey City NJ 07302

Please note that your claim # 16739-01 in the above referenced case and in the amount of
   $18,806,112.33     has been transferred **(unless previously expunged by court order)**

> TACONIC OPPORTUNITY FUND LP
> TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC
> C/O TACONIC CAPITAL ADVISORS LP
> 450 PARK AVENUE, ATTN: TIM ANDRIKS
> 8TH FLOOR
> NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

> UNITED STATES BANKRUPTCY COURT
> Southern District of New York
> One Bowling Green
> New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6925     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/03/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 3, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                        |
In re                                   |    Chapter 11 Case No.
                                        |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                                        |
                                        |    (Jointly Administered)
                                        |
                Debtors.                |
                                        |
_____|

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  GOLDMAN SACHS LENDING PARTNERS LLC
             TRANSFEROR: III GLOBAL LTD
             c/o Goldman, Sachs & Co. Attn: A. Caditz
             30 Hudson Street, 36th Floor
             Jersey City NJ 07302

Please note that your claim # 16743-01 in the above referenced case and in the amount of
     $2,884,274.39        has been transferred **(unless previously expunged by court order)**

        TACONIC OPPORTUNITY FUND LP
        TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC
        C/O TACONIC CAPITAL ADVISORS LP
        450 PARK AVENUE, ATTN: TIM ANDRIKS
        8TH FLOOR
        NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6926        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/03/2010                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 3, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re | | Chapter 11 Case No. |
| | | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | | 08-13555 (JMP) |
| | | |
| | | (Jointly Administered) |
| | | |
| Debtors. | | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  GOLDMAN SACHS LENDING PARTNERS LLC
        TRANSFEROR: III CREDIT BIAS HUB FUND LTD
        c/o Goldman, Sachs & Co. Attn: A. Caditz
        30 Hudson Street, 36th Floor
        Jersey City NJ 07302

Please note that your claim # 23518-01 in the above referenced case and in the amount of
      $4,002,030.03      has been transferred **(unless previously expunged by court order)**

        TACONIC OPPORTUNITY FUND LP
        TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC
        C/O TACONIC CAPITAL ADVISORS LP
        450 PARK AVENUE, ATTN: TIM ANDRIKS
        8TH FLOOR
        NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        Southern District of New York
        One Bowling Green
        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6928    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/03/2010                  Vito Genna, Clerk of Court

                  /s/ Paul Belobritsky
                  _____
                  By: Epiq Bankruptcy Solutions, LLC
                      as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 3, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  GOLDMAN SACHS LENDING PARTNERS LLC
         TRANSFEROR: III RELATIVE VALUE/MACRO HUB FUND LTD.
         c/o Goldman, Sachs & Co. Attn: A. Caditz
         30 Hudson Street, 36th Floor
         Jersey City NJ 07302

Please note that your claim # 16741-01 in the above referenced case and in the amount of
     $5,521,325.43      has been transferred **(unless previously expunged by court order)**

         TACONIC OPPORTUNITY FUND LP
         TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC
         C/O TACONIC CAPITAL ADVISORS LP
         450 PARK AVENUE, ATTN: TIM ANDRIKS
         8TH FLOOR
         NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

         UNITED STATES BANKRUPTCY COURT
         Southern District of New York
         One Bowling Green
         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6929      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/03/2010                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 3, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  GOLDMAN SACHS LENDING PARTNERS LLC
              TRANSFEROR: III SELECT CREDIT HUB FUND LTD
              c/o Goldman, Sachs & Co. Attn: A. Caditz
              30 Hudson Street, 36th Floor
              Jersey City NJ 07302

Please note that your claim # 16745-01 in the above referenced case and in the amount of
     $4,243,586.48        has been transferred **(unless previously expunged by court order)**

            TACONIC OPPORTUNITY FUND LP
            TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC
            C/O TACONIC CAPITAL ADVISORS LP
            450 PARK AVENUE, ATTN: TIM ANDRIKS
            8TH FLOOR
            NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6930     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/03/2010                    Vito Genna, Clerk of Court

                       /s/ Paul Belobritsky

                       By: Epiq Bankruptcy Solutions, LLC
                         as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 3, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                         |
In re                                    |    Chapter 11 Case No.
                                         |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |    08-13555 (JMP)
                                         |
                                         |    (Jointly Administered)
                                         |
                    Debtors.             |
                                         |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  GOLDMAN SACHS LENDING PARTNERS LLC
     TRANSFEROR: III ENHANCED CREDIT BIAS HUB FUND LTD
     c/o Goldman, Sachs & Co. Attn: A. Caditz
     30 Hudson Street, 36th Floor
     Jersey City NJ 07302
```

Please note that your claim # 23519-01 in the above referenced case and in the amount of
$2,517,977.17          has been transferred **(unless previously expunged by court order)**

```
     TACONIC OPPORTUNITY FUND LP
     TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC
     C/O TACONIC CAPITAL ADVISORS LP
     450 PARK AVENUE, ATTN: TIM ANDRIKS
     8TH FLOOR
     NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6931          in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/03/2010                    Vito Genna, Clerk of Court


                                    /s/ Paul Belobritsky
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 3, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                    |
In re                               |    Chapter 11 Case No.
                                    |
LEHMAN BROTHERS HOLDINGS INC., et al.,|   08-13555 (JMP)
                                    |
                                    |    (Jointly Administered)
                                    |
            Debtors.                |
                                    |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  GOLDMAN SACHS LENDING PARTNERS LLC
             TRANSFEROR: III FINANCE LTD.
             c/o Goldman, Sachs & Co. Attn: A. Caditz
             30 Hudson Street, 36th Floor
             Jersey City NJ 07302

Please note that your claim # 23559-01 in the above referenced case and in the amount of
        $28,024,694.17        has been transferred **(unless previously expunged by court order)**

        TACONIC OPPORTUNITY FUND LP
        TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC
        C/O TACONIC CAPITAL ADVISORS LP
        450 PARK AVENUE, ATTN: TIM ANDRIKS
        8TH FLOOR
        NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6932      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/03/2010                    Vito Genna, Clerk of Court


                                    /s/ Paul Belobritsky
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 3, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS LENDING PARTNERS LLC
     TRANSFEROR: III RELATIVE VALUE CREDIT STRATEGIES HUB FUND LTD
     c/o Goldman, Sachs & Co. Attn: A. Caditz
     30 Hudson Street, 36th Floor
     Jersey City NJ 07302

Please note that your claim # 16738-01 in the above referenced case and in the amount of
        $18,806,112.33        has been transferred (**unless previously expunged by court order**)

TACONIC OPPORTUNITY FUND LP
TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC
C/O TACONIC CAPITAL ADVISORS LP
450 PARK AVENUE, ATTN: TIM ANDRIKS
8TH FLOOR
NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6933        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/03/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 3, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                        |
In re                                   |    Chapter 11 Case No.
                                        |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                                        |
                                        |    (Jointly Administered)
                                        |
                Debtors.                |
                                        |
_____ |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

> To:  GOLDMAN SACHS LENDING PARTNERS LLC
>      TRANSFEROR: III GLOBAL LTD
>      c/o Goldman, Sachs & Co. Attn: A. Caditz
>      30 Hudson Street, 36th Floor
>      Jersey City NJ 07302

Please note that your claim # 16742-01 in the above referenced case and in the amount of
        $2,884,274.39        has been transferred **(unless previously expunged by court order)**

> TACONIC OPPORTUNITY FUND LP
> TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC
> C/O TACONIC CAPITAL ADVISORS LP
> 450 PARK AVENUE, ATTN: TIM ANDRIKS
> 8TH FLOOR
> NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

> UNITED STATES BANKRUPTCY COURT
> Southern District of New York
> One Bowling Green
> New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6934        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/03/2010                              Vito Genna, Clerk of Court


                                             /s/ Paul Belobritsky
                                             _____
                                             By: Epiq Bankruptcy Solutions, LLC
                                                 as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 3, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  GOLDMAN SACHS LENDING PARTNERS LLC
         TRANSFEROR: III CREDIT BIAS HUB FUND LTD
         c/o Goldman, Sachs & Co. Attn: A. Caditz
         30 Hudson Street, 36th Floor
         Jersey City NJ 07302

Please note that your claim # 23517-01 in the above referenced case and in the amount of
    $4,002,030.03      has been transferred **(unless previously expunged by court order)**

         TACONIC OPPORTUNITY FUND LP
         TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC
         C/O TACONIC CAPITAL ADVISORS LP
         450 PARK AVENUE, ATTN: TIM ANDRIKS
         8TH FLOOR
         NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

         UNITED STATES BANKRUPTCY COURT
         Southern District of New York
         One Bowling Green
         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6935      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/03/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 3, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS LENDING PARTNERS LLC
     TRANSFEROR: III RELATIVE VALUE/MACRO HUB FUND LTD.
     c/o Goldman, Sachs & Co. Attn: A. Caditz
     30 Hudson Street, 36th Floor
     Jersey City NJ 07302

Please note that your claim # 16740-01 in the above referenced case and in the amount of
      $5,521,325.43       has been transferred (**unless previously expunged by court order**)

     TACONIC OPPORTUNITY FUND LP
     TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC
     C/O TACONIC CAPITAL ADVISORS LP
     450 PARK AVENUE, ATTN: TIM ANDRIKS
     8TH FLOOR
     NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

     UNITED STATES BANKRUPTCY COURT
     Southern District of New York
     One Bowling Green
     New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6936       in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/03/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 3, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                       |
In re                                  |   Chapter 11 Case No.
                                       |
                                       |   08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al., |
                                       |   (Jointly Administered)
                                       |
                   Debtors.            |
                                       |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

       To:  GOLDMAN SACHS LENDING PARTNERS LLC
           TRANSFEROR: III SELECT CREDIT HUB FUND LTD
           c/o Goldman, Sachs & Co. Attn: A. Caditz
           30 Hudson Street, 36th Floor
           Jersey City NJ 07302

Please note that your claim # 16744-01 in the above referenced case and in the amount of
       $4,243,586.48        has been transferred **(unless previously expunged by court order)**

           TACONIC OPPORTUNITY FUND LP
           TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC
           C/O TACONIC CAPITAL ADVISORS LP
           450 PARK AVENUE, ATTN: TIM ANDRIKS
           8TH FLOOR
           NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

           UNITED STATES BANKRUPTCY COURT
           Southern District of New York
           One Bowling Green
           New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6937      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/03/2010                     Vito Genna, Clerk of Court

                                 /s/ Paul Belobritsky
                                _____
                               By: Epiq Bankruptcy Solutions, LLC
                                   as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 3, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

     To:  GOLDMAN SACHS LENDING PARTNERS LLC
          TRANSFEROR: III ENHANCED CREDIT BIAS HUB FUND LTD.
          c/o Goldman, Sachs & Co. Attn: A. Caditz
          30 Hudson Street, 36th Floor
          Jersey City NJ 07302

Please note that your claim # 23520-01 in the above referenced case and in the amount of
     $2,517,977.17       has been transferred **(unless previously expunged by court order)**

          TACONIC OPPORTUNITY FUND LP
          TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC
          C/O TACONIC CAPITAL ADVISORS LP
          450 PARK AVENUE, ATTN: TIM ANDRIKS
          8TH FLOOR
          NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6938       in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/03/2010                              Vito Genna, Clerk of Court


                                             /s/ Paul Belobritsky
                                             _____
                                             By: Epiq Bankruptcy Solutions, LLC
                                                 as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 3, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  GOLDMAN SACHS LENDING PARTNERS LLC
         TRANSFEROR: III FINANCE LTD.
         c/o Goldman, Sachs & Co. Attn: A. Caditz
         30 Hudson Street, 36th Floor
         Jersey City NJ 07302

Please note that your claim # 23516-02 in the above referenced case and in the amount of
    $641,001.18        has been transferred **(unless previously expunged by court order)**

         TACONIC MARKET DISLOCATION MASTER FUND II LP
         TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC
         C/O TACONIC CAPITAL ADVISORS LP
         450 PARK AVENUE, ATTN: TIM ANDRIKS
         8TH FLOOR
         NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

         UNITED STATES BANKRUPTCY COURT
         Southern District of New York
         One Bowling Green
         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6939        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/03/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 3, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  GOLDMAN SACHS LENDING PARTNERS LLC
         TRANSFEROR: III RELATIVE VALUE CREDIT STRATEGIES HUB FUND LTD
         c/o Goldman, Sachs & Co. Attn: A. Caditz
         30 Hudson Street, 36th Floor
         Jersey City NJ 07302

Please note that your claim # 16739-02 in the above referenced case and in the amount of
     $430,147.08       has been transferred **(unless previously expunged by court order)**

         TACONIC MARKET DISLOCATION MASTER FUND II LP
         TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC
         C/O TACONIC CAPITAL ADVISORS LP
         450 PARK AVENUE, ATTN: TIM ANDRIKS
         8TH FLOOR
         NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

         UNITED STATES BANKRUPTCY COURT
         Southern District of New York
         One Bowling Green
         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6940       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/03/2010                         Vito Genna, Clerk of Court


                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 3, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                       |
In re                                  |   Chapter 11 Case No.
                                       |
LEHMAN BROTHERS HOLDINGS INC., et al., |   08-13555 (JMP)
                                       |
                                       |   (Jointly Administered)
                                       |
              Debtors.                 |
                                       |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   GOLDMAN SACHS LENDING PARTNERS LLC
      TRANSFEROR: III GLOBAL LTD
      c/o Goldman, Sachs & Co. Attn: A. Caditz
      30 Hudson Street, 36th Floor
      Jersey City NJ 07302

Please note that your claim # 16743-02 in the above referenced case and in the amount of
      $65,971.22        has been transferred **(unless previously expunged by court order)**

      TACONIC MARKET DISLOCATION MASTER FUND II LP
      TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC
      C/O TACONIC CAPITAL ADVISORS LP
      450 PARK AVENUE, ATTN: TIM ANDRIKS
      8TH FLOOR
      NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

      UNITED STATES BANKRUPTCY COURT
      Southern District of New York
      One Bowling Green
      New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6941        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/03/2010                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 3, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                    |
In re                               |    Chapter 11 Case No.
                                    |
                                    |    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,  |
                                    |    (Jointly Administered)
                                    |
          Debtors.                  |
                                    |
_____|

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

     To:  GOLDMAN SACHS LENDING PARTNERS LLC
          TRANSFEROR: III CREDIT BIAS HUB FUND LTD
          c/o Goldman, Sachs & Co. Attn: A. Caditz
          30 Hudson Street, 36th Floor
          Jersey City NJ 07302

Please note that your claim # 23518-02 in the above referenced case and in the amount of
       $91,537.34        has been transferred **(unless previously expunged by court order)**

          TACONIC MARKET DISLOCATION MASTER FUND II LP
          TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC
          C/O TACONIC CAPITAL ADVISORS LP
          450 PARK AVENUE, ATTN: TIM ANDRIKS
          8TH FLOOR
          NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6942      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/03/2010                    Vito Genna, Clerk of Court


                                    /s/ Paul Belobritsky
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 3, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

> To:  GOLDMAN SACHS LENDING PARTNERS LLC
>      TRANSFEROR: III RELATIVE VALUE/MACRO HUB FUND LTD.
>      c/o Goldman, Sachs & Co. Attn: A. Caditz
>      30 Hudson Street, 36th Floor
>      Jersey City NJ 07302

Please note that your claim # 16741-02 in the above referenced case and in the amount of
       $126,287.77        has been transferred **(unless previously expunged by court order)**

> TACONIC MARKET DISLOCATION MASTER FUND II LP
> TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC
> C/O TACONIC CAPITAL ADVISORS LP
> 450 PARK AVENUE, ATTN: TIM ANDRIKS
> 8TH FLOOR
> NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

> UNITED STATES BANKRUPTCY COURT
> Southern District of New York
> One Bowling Green
> New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6943        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/03/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 3, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

            To:  GOLDMAN SACHS LENDING PARTNERS LLC
                 TRANSFEROR: III SELECT CREDIT HUB FUND LTD
                 c/o Goldman, Sachs & Co. Attn: A. Caditz
                 30 Hudson Street, 36th Floor
                 Jersey City NJ 07302

Please note that your claim # 16745-02 in the above referenced case and in the amount of
        $97,062.40       has been transferred **(unless previously expunged by court order)**

            TACONIC MARKET DISLOCATION MASTER FUND II LP
            TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC
            C/O TACONIC CAPITAL ADVISORS LP
            450 PARK AVENUE, ATTN: TIM ANDRIKS
            8TH FLOOR
            NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6944       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/03/2010                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 3, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re                                          |     Chapter 11 Case No.
                                               |
                                               |     08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,         |
                                               |     (Jointly Administered)
                                               |
              Debtors.                         |
                                               |
_____

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

          To:  GOLDMAN SACHS LENDING PARTNERS LLC
               TRANSFEROR: III ENHANCED CREDIT BIAS HUB FUND LTD
               c/o Goldman, Sachs & Co. Attn: A. Caditz
               30 Hudson Street, 36th Floor
               Jersey City NJ 07302

Please note that your claim # 23519-02 in the above referenced case and in the amount of
          $57,593.00       has been transferred **(unless previously expunged by court order)**

          TACONIC MARKET DISLOCATION MASTER FUND II LP
          TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC
          C/O TACONIC CAPITAL ADVISORS LP
          450 PARK AVENUE, ATTN: TIM ANDRIKS
          8TH FLOOR
          NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6945      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/03/2010                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 3, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          |    Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         |    08-13555 (JMP)
                                               |
                                               |    (Jointly Administered)
                       Debtors.                |
                                               |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  GOLDMAN SACHS LENDING PARTNERS LLC
             TRANSFEROR: III FINANCE LTD.
             c/o Goldman, Sachs & Co. Attn: A. Caditz
             30 Hudson Street, 36th Floor
             Jersey City NJ 07302

Please note that your claim # 23559-02 in the above referenced case and in the amount of
        $641,001.18        has been transferred **(unless previously expunged by court order)**

        TACONIC MARKET DISLOCATION MASTER FUND II LP
        TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC
        C/O TACONIC CAPITAL ADVISORS LP
        450 PARK AVENUE, ATTN: TIM ANDRIKS
        8TH FLOOR
        NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        Southern District of New York
        One Bowling Green
        New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6946        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/03/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 3, 2010.

**EXHIBIT "B"**

TIME: 12:06:45
DATE: 02/10/10

PAGE: 1

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| BANC OF AMERICA SECURITIES LLC | TRANSFEROR: MERRILL LYNCH INTERNATIONAL 214 N TRYON STREET, NC1-027-14-01 ATTN: JON BARNES CHARLOTTE NC 28255 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP | TRANSFEROR: DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP | TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC 375 PARK AVENUE, 13TH FLOOR ATTN: LISA MURRAY NEW YORK NY 10152 |
| CITIGROUP GLOBAL MARKETS LTD | TRANSFEROR: CITIGROUP CENTRE, CANADA SQUARE ATTENTION: PETER FISHER-JONES CANARY WHARF LONDON E14 5LB UNITED KINGDOM |
| CITIGROUP GLOBAL MARKETS LTD | TRANSFEROR: DOUGLAS R DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| FIG LLC | TRANSFEROR: WAIT, JARETT 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: III CREDIT BIAS HUB FUND LTD c/o Goldman, Sachs & Co. Attn: A. Caditz 30 Hudson Street, 36th Floor Jersey City NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: III ENHANCED CREDIT BIAS HUB FUND LTD c/o Goldman, Sachs & Co. Attn: A. Caditz 30 Hudson Street, 36th Floor Jersey City NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: III ENHANCED CREDIT BIAS HUB FUND LTD. c/o Goldman, Sachs & Co. Attn: A. Caditz 30 Hudson Street, 36th Floor Jersey City NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: III FINANCE LTD. c/o Goldman, Sachs & Co. Attn: A. Caditz 30 Hudson Street, 36th Floor Jersey City NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: III GLOBAL LTD c/o Goldman, Sachs & Co. Attn: A. Caditz 30 Hudson Street, 36th Floor Jersey City NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: III RELATIVE VALUE CREDIT STRATEGIES HUB FUND LTD c/o Goldman, Sachs & Co. Attn: A. Caditz 30 Hudson Street, 36th Floor Jersey City NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: III RELATIVE VALUE/MACRO HUB FUND LTD. c/o Goldman, Sachs & Co. Attn: A. Caditz 30 Hudson Street, 36th Floor Jersey City NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: III SELECT CREDIT HUB FUND LTD c/o Goldman, Sachs & Co. Attn: A. Caditz 30 Hudson Street, 36th Floor Jersey City NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: GOLDMAN-SACHS LENDING PARTNERS LLC c/o Goldman, Sachs & Co. Attn: A. Caditz 30 Hudson Street, 36th Floor Jersey City NJ 07302 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: PROGRAMMA DINAMICO S.P.A. 200 WEST STREET NEW YORK NY 10282-2198 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: BLUE CHIP MULTI-STRATEGY MASTER FUND LP 4 NEW YORK PLAZA, 16TH FLOOR ATTN: ERIN M. FINEGAN New York NY 10004 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: HAXONE FUND II LLC 4 NEW YORK PLAZA, 16TH FLOOR ATTN: ERIN M. FINEGAN New York NY 10004 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: QUANTITATIVE ENHANCED DECISIONS MASTER FUND LP 4 NEW YORK PLAZA, 16TH FLOOR ATTN: ERIN M. FINEGAN New York NY 10004 |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: BANC OF AMERICA SECURITIES LLC 214 N TRYON STREET, NC1-027-14-01 CHARLOTTE NC 28255 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | TRANSFEROR: CITIGROUP GLOBAL MARKETS LTD 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA ENGLAND |
| PROGRAMMA DINAMICO S.P.A. | ATTENTION: STEFANO CECCACCI VIA LIEGI NO. 44 ROME 00198 ITALY |
| TACONIC MARKET DISLOCATION FUND II LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O TACONIC CAPITAL ADVISORS LP 450 PARK AVENUE ATTN: TIM ANDRIKS NEW YORK NY 10022 |
| TACONIC MARKET DISLOCATION FUND II LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O TACONIC CAPITAL ADVISORS LP 450 PARK AVENUE, ATTN: TIM ANDRIKS 8TH FLOOR NEW YORK NY 10022 |
| TACONIC MARKET DISLOCATION MASTER FUND II | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O TACONIC CAPITAL ADVISORS LP 450 PARK AVENUE, ATTN: TIM ANDRIKS 8TH FLOOR NEW YORK NY 10022 |
| TACONIC MARKET DISLOCATION MASTER FUND II | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O TACONIC CAPITAL ADVISORS LP 450 PARK AVENUE, 8TH FL ATTN: TIM ANDRIKS NEW YORK NY 10022 |
| TACONIC MARKET DISLOCATION MASTER FUND II | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O TACONIC CAPITAL ADVISORS LP 450 PARK AVENUE, ATTN: TIM ANDRIKS 8TH FLOOR NEW YORK NY 10022 |
| TACONIC OPPORTUNITY FUND LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O TACONIC CAPITAL ADVISORS LP 450 PARK AVENUE, ATTN: TIM ANDRIKS 8TH FLOOR NEW YORK NY 10281-1003 |
| THE ROYAL BANK OF SCOTLAND, PLC | RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| THE ROYAL BANK OF SCOTLAND, PLC | TRANSFEROR: BP CAP. ENERGY EQUITY INTL. HLDGS. I, LP 600 WASHINGTON BOULEVARD ATTN: MATTHEW ROSENCRANS STAMFORD CT 06910 |
| WAIT, JARETT | C/O FIG LLC 1345 AVENUE OF THE AMERICAS, 47TH FLOOR NEW YORK NY 10105 |

Total Number of Records Printed    31

**EXHIBIT "C"**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153