United States Bankruptcy Court for the Southern District of New York

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | LEHMAN BROTHERS HOLDINGS, INC. (CASE# 08-13555(JMP) |
|---|---|
| Creditor Name and Address: | GOMEZ HOLDINGS, INC.<br>PO BOX 194242<br>SAN JUAN, PUERTO RICO 0019-4242 |
| Court Claim Number (if known): | 34700 DUPLICATE CLAIM. |
| Date Claim Filed: | SENT ON SEPT 21, 2009 AND RECEIVED ON SEPT 23, 2009 |
| Total Amount of Claim Filed: | COURT ERROR IN PROCESSING AMENDED CLAIM |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: JANUARY 28, 2010

Print Name: *NESTOR L CAMACHO*
Title (if applicable): *TREASURER*

---

## DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

*Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).*

**This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.**

 # Gómez Holdings, Inc.

January 28, 2010

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
Mr. Paul Belobristky, Case Manager
FDR Station, PO Box 5076
New York, NY 10150-5076

Re: Lehman Brothers Holdings, Inc.
Case No.: 08-13555 (JMP)

Dear Mr. Belobristky:

We make reference to your letter of January 20, 2010 (by mistake it was dated October 20, 2009) in response of ours dated December 14, 2009.

Enclosed you will find the claim withdrawal form for claim number 34700 which is a duplicate claim as indicated in our letter of December 14, 2009 (copy enclosed).

Best regards,

*[signature]*

Néstor L Camacho
Treasurer



# Gómez Holdings, Inc.

December 14, 2009

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

Re: Lehman Brothers Holdings, Inc.
    Case No.: 08-13555 (JMP)

Gentlemen:

We make reference to your letters dated December 2, 2009.

Please take note that the amended proof of claim mailed on September 21, 2009 and received by you on September 23, 2009 refers to Claim No. 4240.

Therefore, the new claim numbers, 34699 and 34700 for $509,460 and $500,000, respectively, should be consolidated in just one claim for a total of $509,460.

Regards,

Néstor L Camacho
Treasurer

- Epiq Directory
- Contact Us
- Forms
- BSI

# Epiq Systems, Inc.

646 282 2400

Client Home    Filed Claims & Schedules    Key Documents    Docket    Change Client

## Lehman Brothers Holdings Inc. (Chapter 11)

Filed Claims and Schedules

Claim # 34700

Name Starts With

Debtor

Schedule #

Total Claim Value  Equals

Scope  Claims and Schedules

Claim Date Range  to

Order By  Creditor Name

Results Per Page  10

[Search]  [Clear]

◁ Page 1 of 1 ▷    Page

| Claim # | Schedule # | Creditor Name | Date | Total Claim Value | |
|---------|------------|---------------|------|-------------------|---|
| 34700 | | GOMEZ HOLDINGS, INC<br>PO BOX 194242<br>SAN JUAN, PR 00919-4242<br><br>Debtor: LEHMAN BROTHERS HOLDINGS, INC. | 9/23/2009 | $500,000.00<br>Claim Unsecured Amount:  $500,000.00<br><br>Remarks: POSSIBLE DUPLICATE CLAIM | Image |

Claims 1-1 of 1

Epiq Bankruptcy Solutions, LLC ("Epiq") maintains this website for the public's convenience. While Epiq makes every attempt to assure the accuracy of the information contained herein, this website is not the website of the United States Bankruptcy Court and does not contain the complete, official record of the Bankruptcy Court. All documents filed with the Bankruptcy Court are available for inspection at the office of the Clerk of the Bankruptcy Court during its normal business hours or online on the Bankruptcy Court's website. Use of this website is also subject to our terms of use and end user license agreement. Please review our privacy statement for additional information regarding the data maintained on this website.

© 2010 Epiq Systems, Inc. All Rights Reserved.

- Home
- Contact
- Subscribe
- Site Map
- Disclaimer
- Terms of Use
- Privacy Statement
- Safe Harbor

GOMEZ
PO BOX 194242
SAN JUAN PR 00919-4242



7008 2810 0002 1246 7565





1000    10150

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
Mr. Paul Belobristky, Case Manager
FDR Station, PO Box 5076
New York, NY 10150-5076

RECEIVED
FEB 08 2010

101503076 B026