United States Bankruptcy Court for the Southern District of New York

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | LEHMAN BROTHERS HOLDINGS, INC. 08-13555 |
|---|---|
| Creditor Name and Address: | CASSA DI RISPARMIO DI SALUZZO SPA<br>CORSO ITALIA,86<br>SALUZZO (CUNEO), 12037 ITALY |
| Court Claim Number (if known): | 51640 |
| Date Claim Filed: | 10/28/2009 |
| Total Amount of Claim Filed: | $ 221,851.85 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: January 27, 2010

Print Name: Cassa di Risparmio di Saluzzo SpA  Giovanni Andreis

Title (if applicable): The Chairman

---

### DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

### ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

*Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).*

**This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.**

United States Bankruptcy Court for the Southern District of New York

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | LEHMAN BROTHERS HOLDINGS, INC. 08-13555 |
|---|---|
| Creditor Name and Address: | CASSA DI RISPARMIO DI SALUZZO SPA<br>CORSO ITALIA,86<br>SALUZZO (CUNEO), 12037 ITALY |
| Court Claim Number (if known): | 51641 |
| Date Claim Filed: | 10/28/2009 |
| Total Amount of Claim Filed: | $ 1,113,390.51 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: January 27, 2010

Print Name: Cassa di Risparmio di Saluzzo SpA
Giovanni Andreis

Title (if applicable): The Chairman

---

## DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

### ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).

This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.



| | "Black, Linda" <lbla@epiqsystems.com> | Per | "daniela.andreis@crsaluzzo.it" <daniela.andreis@crsaluzzo.it> |
|---|---|---|---|
| | 25/01/2010 18.26 | CC | |
| | | CCR | |
| | | Oggetto | Lehman Filed claims |

I received a message from the phone group that you want to withdraw your claim.

If you choose to withdraw your claim please fill out the attached form and send to the following address:

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

Thank you,

**LINDA BLACK**
**Project Coordinator**
Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd
Beaverton, OR  97005
Phone: 503.350.5944
Fax: 503.350.5944
Email: lblack@epiqsystems.com

Innovative technology solutions for litigation, bankruptcy and financial transactions
Chicago | Kansas City | London | Los Angeles | Miami | New York | Philadelphia | Portland | Washington DC

ClaimWithdrawalForm.pdf

**Cassa di Risparmio di Saluzzo** S.P.A.

Sede Legale in Saluzzo • Corso Italia, 86 • Tel. 0175.2441 • Fax 0175.47150 • e-mail: cr.saluzzo@crsaluzzo.it

January 27, 2010

**Lehman Brothers Holdings Claims Processing**
**c/o Epiq Bankruptcy Solutions, LLC**
**FDR Station, P.O. Box 5076**
**New York, NY 10150-5076**

As suggested by Linda Black, (Project Coordinator), e-mail dated 01/25/2010 time 18:26 hereby attached, we send you a withdrawal of our proof of claim.

Best Regards

CASSA DI RISPARMIO DI SALUZZO S.p.A.
Carlo Ruata
Chief Executive Officer

See attached two claim withdrawal forms

C.F./P. IVA 00243830049 • C.ABI 6295 • S.W.I.F.T./BIC CODE CRSAIT22 • N. Reg. Ditte C.C.I.A.A. Cuneo 164110 del 27/1/92
Capitale Sociale € 33.280.000,00 interamente versato • Iscritta Uff. Reg. Imprese di Cuneo al n. 00243830049 (già iscritta al n. CN 203-4144)

Cassa
di Risparmio
di Saluzzo S.P.A.

Sede Legale in Saluzzo - C.so Italia n. 86
Tel. (0175) 244.1 - Fax (0175) 47150
Telex 210473 CRSAL
S.W.I.F.T CRSAIT 22
C.F. e P. Iva 00243830049 - C. ABI 6295



RR 0153 1982 0 IT

Mod. 06