UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
: 
In re                                                           :   Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :   08-13555 (JMP)
                                                                :
                            Debtors.                      :   (Jointly Administered)
                                                                :
                                                                :
---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

**PLEASE TAKE NOTICE** that Tucson Electric Company hereby withdraws with prejudice its Proofs of Claim Nos. 4572, 4573 and 17845, 18970 for the total amount of $30,000 on the claims register maintained by Epiq Bankruptcy Solutions, LLC, which were filed on May 26, 2009 and September 18, 2009 respectively.

Dated: February 3, 2010

_____
Todd C. Hixon
Manager, Legal Services
Tucson Electric Power Company
One South Church, Suite 200
Tucson, Arizona 85702
Phone: (520) 884-3667
Fax: (520) 884-3601

US_ACTIVE:\43271244\01\58399.0003

**Tucson Electric Power Company**
Post Office Box 711, Tucson, Arizona 85702
MAIL STOP ID  UE201-JS



CERTIFIED MAIL

7006 2150 0003 7937 4338

RETURN RECEIPT REQUESTED

LEHMAN BROTHERS HOLDINGS
   CLAIMS PROCESSING
C/O EPIQ BANKRUPTCY SOLUTIONS LLC
FDR STATION
PO BOX 5076
NEW YORK NY  10150-5076

RECEIVED FEB 0 3 2010

101505076 B026