Dennis F. Dunne
Evan R. Fleck
Dennis C. O'Donnell
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000

Counsel for Official Committee of Unsecured Creditors
of Lehman Brothers Holdings Inc., et al.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                                              :
In re:                                                        :    Chapter 11 Case No.
                                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,                        :    08-13555 (JMP)
                                                              :
                    Debtors.                                  :    (Jointly Administered)
                                                              :
------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) SS.:
COUNTY OF NEW YORK     )

      RENA K. CERON, being duly sworn, deposes and says:

      I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases.  I am employed by the law firm of Milbank, Tweed, Hadley & M$^c$Cloy LLP, Counsel for Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al. in the above-captioned case.

      On the 22nd of January, 2010, I caused a copy of the following document:

SIXTH SUPPLEMENTAL DECLARATION OF P. ERIC SIEGERT IN
SUPPORT OF APPLICATION OF OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR ORDER, UNDER 11 U.S.C. §§ 328(a)
AND 1103, FED. R. BANKR. P. 2014 AND 5002, AND S.D.N.Y. LBR
2014-1, AUTHORIZING RETENTION AND EMPLOYMENT OF
HOULIHAN LOKEY HOWARD & ZUKIN CAPITAL, INC.,

to be served upon the parties identified on Exhibit A attached hereto by electronic mail, to be served upon the parties listed on Exhibit B attached hereto by facsimile, and to be served upon the parties listed on Exhibit C attached hereto by United States Postal Service for delivery by first class mail.

      /s/ Rena K. Ceron
      RENA K. CERON

SWORN TO AND SUBSCRIBED before me this 9th day of February, 2010

    /s/ Charmaine Thomas
Charmaine Thomas
Notary Public, State of New York
No. 01TH6151374
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 18, 2010

## Exhibit A

Richard.krasnow@weil.com; Lori.fife@weil.com; Shai.waisman@weil.com; Jacqueline.marcus@weil.com; aaaronson@dilworthlaw.com; aalfonso@kayescholer.com; abraunstein@riemerlaw.com; acaton@kramerlevin.com; acker@chapman.com; adarwin@nixonpeabody.com; adg@adorno.com; Adiamond@DiamondMcCarthy.com; aeckstein@blankrome.com; aentwistle@entwistle-law.com; afriedman@irell.com; agbanknewyork@ag.tn.gov; aglenn@kasowitz.com; agold@herrick.com; agolianopoulos@mayerbrown.com; ahammer@freebornpeters.com; aisenberg@saul.com; akantesaria@oppenheimerfunds.com; alex.torres@infospace.com; amarder@msek.com; AMcMullen@BoultCummings.com; amenard@tishmanspeyer.com; Andrew.Brozman@cliffordchance.com; andrew.lourie@kobrekim.com; angelich.george@arentfox.com; ann.reynaud@shell.com; anthony_boccanfuso@aporter.com; aoberry@bermanesq.com; apo@stevenslee.com; aquale@sidley.com; araboy@cov.com; arahl@reedsmith.com; arheaume@riemerlaw.com; arlbank@pbfcm.com; arosenblatt@chadbourne.com; arthur.rosenberg@hklaw.com; arwolf@wlrk.com; aseuffert@lawpost-nyc.com; ashmead@sewkis.com; asnow@ssbb.com; atrehan@mayerbrown.com; aunger@sidley.com; austin.bankruptcy@publicans.com; avenes@whitecase.com; avi.gesser@dpw.com; awasserman@lockelord.com; azylberberg@whitecase.com; bankr@zuckerman.com; bankruptcy@goodwin.com; bankruptcy@morrisoncohen.com; bankruptcymatters@us.nomura.com; barbra.parlin@hklaw.com; bbisignani@postschell.com; bdk@schlamstone.com; bguiney@pbwt.com; bhinerfeld@sbtklaw.com; bill.freeman@pillsburylaw.com; bmanne@tuckerlaw.com; BMiller@mofo.com; boneill@kramerlevin.com; bpershkow@profunds.com; Brian.Corey@greentreecreditsolutions.com; bromano@willkie.com; broy@rltlawfirm.com; bspector@jsslaw.com; btrust@mayerbrown.com; btupi@tuckerlaw.com; bturk@tishmanspeyer.com; bwolfe@sheppardmullin.com; bzabarauskas@crowell.com; cahn@clm.com; canelas@pursuitpartners.com; carlin@thshlaw.com; carol.weinerlevy@bingham.com; cbelisle@wfw.com; cbelmonte@ssbb.com; cbrotstein@bm.net; cgoldstein@stcwlaw.com; chammerman@paulweiss.com; charles@filardi-law.com; charles_malloy@aporter.com; chipford@parkerpoe.com; chris.donoho@lovells.com; clynch@reedsmith.com; cmontgomery@salans.com; CMTB_LC11@chuomitsui.jp; cohenr@sewkis.com; cp@stevenslee.com; cpappas@dilworthlaw.com; crmomjian@attorneygeneral.gov; crogers@orrick.com; cs@stevenslee.com; cschreiber@winston.com; cshore@whitecase.com; cshulman@sheppardmullin.com; ctatelbaum@adorno.com; cward@polsinelli.com; cweber@ebg-law.com; cweiss@ingramllp.com; dallas.bankruptcy@publicans.com; daniel.guyder@allenovery.com; david.bennett@tklaw.com; david.crichlow@pillsburylaw.com; david.heller@lw.com; davids@blbglaw.com; davidwheeler@mvalaw.com; dbalog@intersil.com; dbarber@bsblawyers.com; dbaumstein@whitecase.com; dbesikof@loeb.com; dcimo@gjb-law.com; dckaufman@hhlaw.com; dcoffino@cov.com; dcrapo@gibbonslaw.com; ddavis@paulweiss.com; ddrebsky@nixonpeabody.com; deborah.saltzman@dlapiper.com; deggermann@kramerlevin.com; deggert@freebornpeters.com; demetra.liggins@tklaw.com; deryck.palmer@cwt.com; dfelder@orrick.com; dflanigan@polsinelli.com; dfriedman@kasowitz.com; dgrimes@reedsmith.com; dhayes@mcguirewoods.com; dheffer@foley.com; diconzam@gtlaw.com; dirk.roberts@ots.treas.gov; dkleiner@velaw.com; dkozusko@willkie.com; dladdin@agg.com; dlemay@chadbourne.com; dlipke@vedderprice.com; dludman@brownconnery.com; dmcguire@winston.com; dmurray@jenner.com; dneier@winston.com; douglas.bacon@lw.com; dove.michelle@dorsey.com; DPiazza@HodgsonRuss.com; dravin@wolffsamson.com; drose@pryorcashman.com; drosenzweig@fulbright.com; drosner@goulstonstorrs.com;

drosner@kasowitz.com; dshemano@pwkllp.com; dtatge@ebglaw.com; dwdykhouse@pbwt.com; dwildes@stroock.com; dworkman@bakerlaw.com; easmith@venable.com; echang@steinlubin.com; ecohen@russell.com; efile@willaw.com; efriedman@friedumspring.com; egeekie@schiffhardin.com; eglas@mccarter.com; ehollander@whitecase.com; ehret-vanhorn@mbaum.com; ekbergc@lanepowell.com; eli.mattioli@klgates.com; elizabeth.harris@klgates.com; ellen.halstead@cwt.com; eobrien@sbchlaw.com; eric.johnson@hro.com; eschaffer@reedsmith.com; eschwartz@contrariancapital.com; esmith@dl.com; ezujkowski@emmetmarvin.com; ezweig@optonline.net; fbp@ppgms.com; fdellamore@jaspanllp.com; feldsteinh@sullcrom.com; ffm@bostonbusinesslaw.com; fhyman@mayerbrown.com; fishere@butzel.com; francois.janson@hklaw.com; frank.white@agg.com; fsosnick@shearman.com; fyates@sonnenschein.com; gabriel.delvirginia@verizon.net; GGraber@HodgsonRuss.com; giaimo.christopher@arentfox.com; giddens@hugheshubbard.com; gkaden@goulstonstorrs.com; glenn.siegel@dechert.com; gmoss@riemerlaw.com; gravert@mwe.com; gspilsbury@jsslaw.com; guzzi@whitecase.com; harrisjm@michigan.gov; harvey.miller@weil.com; harveystrickon@paulhastings.com; heim.steve@dorsey.com; heiser@chapman.com; hirsch.robert@arentfox.com; hollace.cohen@troutmansanders.com; holsen@stroock.com; howard.hawkins@cwt.com; hseife@chadbourne.com; hsnovikoff@wlrk.com; hweg@pwkllp.com; ian.levy@kobrekim.com; icatto@kirkland.com; igoldstein@dl.com; ilevee@lowenstein.com; info2@normandyhill.com; ira.herman@tklaw.com; isgreene@hhlaw.com; israel.dahan@cwt.com; iva.uroic@dechert.com; jacobsonn@sec.gov; jacqueline.marcus@weil.com; jafeltman@wlrk.com; james.mcclammy@dpw.com; jamestecce@quinnemanuel.com; jar@outtengolden.com; jason.jurgens@cwt.com; jay.hurst@oag.state.tx.us; jay@kleinsolomon.com; Jbecker@wilmingtontrust.com; jbeemer@entwistle-law.com; jbird@polsinelli.com; jbromley@cgsh.com; jcarberry@cl-law.com; jchristian@tobinlaw.com; Jdrucker@coleschotz.com; jdyas@halperinlaw.net; jeff.wittig@coair.com; jeffrey.sabin@bingham.com; jeldredge@velaw.com; jen.premisler@cliffordchance.com; jennifer.demarco@cliffordchance.com; jennifer.gore@shell.com; jeremy.eiden@state.mn.us; jessica.fink@cwt.com; jfalgowski@reedsmith.com; jfinerty@pfeiferlaw.com; jflaxer@golenbock.com; jfox@joefoxlaw.com; jfreeberg@wfw.com; jg5786@att.com; jgarrity@shearman.com; jgenovese@gjb-law.com; jguy@orrick.com; jhellman@zeislaw.com; jherzog@gklaw.com; jhiggins@fdlaw.com; jhorgan@phxa.com; jhuggett@margolisedelstein.com; jhuh@ffwplaw.com; jim@atkinslawfirm.com; jjureller@klestadt.com; jkehoe@sbtklaw.com; jlamar@maynardcooper.com; jlawlor@wmd-law.com; jlee@foley.com; jlevitin@cahill.com; jlipson@crockerkuno.com; jliu@dl.com; jlovi@steptoe.com; jlscott@reedsmith.com; jmaddock@mcguirewoods.com; jmazermarino@msek.com; jmcginley@wilmingtontrust.com; jmelko@gardere.com; jmerva@fult.com; jmr@msf-law.com; john.monaghan@hklaw.com; john.rapisardi@cwt.com; joli@crlpc.com; jorbach@hahnhessen.com; Joseph.Cordaro@usdoj.gov; joseph.scordato@dkib.com; joshua.dorchak@bingham.com; jowen769@yahoo.com; JPintarelli@mofo.com; jpintarelli@mofo.com; jporter@entwistle-law.com; jprol@lowenstein.com; jrabinowitz@rltlawfirm.com; jrsmith@hunton.com; jschwartz@hahnhessen.com; jsheerin@mcguirewoods.com; jshickich@riddellwilliams.com; jsmairo@pbnlaw.com; jtimko@allenmatkins.com; jtougas@mayerbrown.com; judy.morse@crowedunlevy.com; jwallack@goulstonstorrs.com; jwang@sipc.org; jweiss@gibsondunn.com; jwest@velaw.com; jwh@njlawfirm.com; jwhitman@entwistle-law.com; k4.nomura@aozorabank.co.jp; karen.wagner@dpw.com; karol.denniston@dlapiper.com; KDWBankruptcyDepartment@kelleydrye.com; keckhardt@hunton.com; keith.simon@lw.com; Ken.Coleman@allenovery.com; ken.higman@hp.com; kgwynne@reedsmith.com; kiplok@hugheshubbard.com; kkelly@ebglaw.com; Klippman@munsch.com; klyman@irell.com; kmayer@mccarter.com;

kobak@hugheshubbard.com; korr@orrick.com; KOstad@mofo.com; kovskyd@pepperlaw.com; kpiper@steptoe.com; kressk@pepperlaw.com; KReynolds@mklawnyc.com; kristin.going@dbr.com; krosen@lowenstein.com; krubin@ozcap.com; kurt.mayr@bgllp.com; lacyr@sullcrom.com; Landon@StreusandLandon.com; lawallf@pepperlaw.com; lberkoff@moritthock.com; Lee.Stremba@troutmansanders.com; lgranfield@cgsh.com; lhandelsman@stroock.com; linda.boyle@twtelecom.com; lisa.kraidin@allenovery.com; LJKotler@duanemorris.com; lmarinuzzi@mofo.com; Lmay@coleschotz.com; lmcgowen@orrick.com; lml@ppgms.com; lnashelsky@mofo.com; loizides@loizides.com; lori.fife@weil.com; lromansic@steptoe.com; lscarcella@farrellfritz.com; lschweitzer@cgsh.com; lthompson@whitecase.com; lubell@hugheshubbard.com; lwhidden@salans.com; lwong@pfeiferlaw.com; mabrams@willkie.com; MAOFILING@CGSH.COM; Marc.Chait@standardchartered.com; margolin@hugheshubbard.com; Marianne.Mortimer@friedfrank.com; mark.deveno@bingham.com; mark.ellenberg@cwt.com; mark.houle@pillsburylaw.com; mark.sherrill@sutherland.com; martin.davis@ots.treas.gov; Marvin.Clements@ag.tn.gov; matthew.klepper@dlapiper.com; matthew.morris@lovells.com; mbenner@tishmanspeyer.com; mberman@nixonpeabody.com; mbienenstock@dl.com; mbossi@thompsoncoburn.com; mcademartori@sheppardmullin.com; mcordone@stradley.com; mcto@debevoise.com; mdorval@stradley.com; meltzere@pepperlaw.com; metkin@lowenstein.com; mgordon@briggs.com; mgreger@allenmatkins.com; mhopkins@cov.com; michael.kim@kobrekim.com; mimi.m.wong@irscounsel.treas.gov; mitchell.ayer@tklaw.com; mjacobs@pryorcashman.com; mjedelman@vedderprice.com; MJR1@westchestergov.com; mkjaer@winston.com; mlahaie@akingump.com; MLandman@lcbf.com; mmendez@hunton.com; mmickey@mayerbrown.com; mmooney@deilylawfirm.com; mmorreale@us.mufg.jp; mmurphy@co.sanmateo.ca.us; mneier@ibolaw.com; monica.lawless@brookfieldproperties.com; mpage@kelleydrye.com; mpfeifer@pfeiferlaw.com; mpucillo@bermanesq.com; mrosenthal@gibsondunn.com; mruetzel@whitecase.com; mschimel@sju.edu; MSchleich@fraserstryker.com; mshiner@tuckerlaw.com; mspeiser@stroock.com; mstamer@akingump.com; mvenditto@reedsmith.com; mwarren@mtb.com; Nasreen.Bulos@dubaiic.com; ncoco@mwe.com; neal.mann@oag.state.ny.us; ned.schodek@shearman.com; newyork@sec.gov; nfurman@scottwoodcapital.com; Nherman@morganlewis.com; nissay_10259-0154@mhmjapan.com; nlepore@schnader.com; notice@bkcylaw.com; oipress@travelers.com; omeca.nedd@lovells.com; patrick.potter@pillsburylaw.com; paul.turner@sutherland.com; pbattista@gjb-law.com; pbosswick@ssbb.com; pdublin@akingump.com; peisenberg@lockelord.com; peter.gilhuly@lw.com; peter.simmons@friedfrank.com; peter@bankrupt.com; pfeldman@oshr.com; phayden@mcguirewoods.com; pmaxcy@sonnenschein.com; pnichols@whitecase.com; ppascuzzi@ffwplaw.com; ppatterson@stradley.com; psp@njlawfirm.com; ptrostle@jenner.com; pwirt@ftportfolios.com; pwright@dl.com; r.stahl@stahlzelloe.com; raj.madan@bingham.com; ramona.neal@hp.com; ranjit.mather@bnymellon.com; rbeacher@daypitney.com; rbernard@bakerlaw.com; rbyman@jenner.com; rchoi@kayescholer.com; rdaversa@orrick.com; relgidely@gjb-law.com; rfleischer@pryorcashman.com; rfrankel@orrick.com; rfriedman@silvermanacampora.com; rgmason@wlrk.com; rgraham@whitecase.com; rhett.campbell@tklaw.com; RHS@mccallaraymer.com; richard.krasnow@weil.com; richard.lear@hklaw.com; richard.levy@lw.com; ritkin@steptoe.com; RJones@BoultCummings.com; RLevin@cravath.com; rmatzat@hahnhessen.com; rmunsch@munsch.com; rnetzer@willkie.com; rnies@wolffsamson.com; rnorton@hunton.com; robert.bailey@bnymellon.com; robert.dombroff@bingham.com; robert.henoch@kobrekim.com; robert.malone@dbr.com; Robert.yalen@usdoj.gov; robertdakis@quinnemanuel.com; Robin.Keller@Lovells.com; ronald.silverman@bingham.com; rreid@sheppardmullin.com; rroupinian@outtengolden.com; rrussell@andrewskurth.com; rterenzi@stcwlaw.com; RTrust@cravath.com;

rwasserman@cftc.gov; rwyron@orrick.com; s.minehan@aozorabank.co.jp;
sabin.willett@bingham.com; sabramowitz@velaw.com; sagolden@hhlaw.com;
Sally.Henry@skadden.com; sandyscafaria@eaton.com; Sara.Tapinekis@cliffordchance.com;
sbernstein@hunton.com; scargill@lowenstein.com; schannej@pepperlaw.com;
schapman@willkie.com; Schepis@pursuitpartners.com; schnabel.eric@dorsey.com;
schristianson@buchalter.com; scottshelley@quinnemanuel.com;
scousins@armstrongteasdale.com; sdnyecf@dor.mo.gov; sehlers@armstrongteasdale.com;
sfelderstein@ffwplaw.com; sfineman@lchb.com; sfox@mcguirewoods.com;
sgordon@cahill.com; sgubner@ebg-law.com; shai.waisman@weil.com; sharbeck@sipc.org;
shari.leventhal@ny.frb.org; sheehan@txschoollaw.com; shgross5@yahoo.com;
shumaker@pursuitpartners.com; shumaker@pursuitpartners.com; sidorsky@butzel.com;
slerner@ssd.com; SLoden@DiamondMcCarthy.com; smayerson@ssd.com;
smillman@stroock.com; smulligan@bsblawyers.com; snewman@katskykorins.com;
sory@fdlaw.com; spiotto@chapman.com; splatzer@platzerlaw.com; squigley@lowenstein.com;
SRee@lcbf.com; sselbst@herrick.com; sshimshak@paulweiss.com; steele@lowenstein.com;
stephanie.wickouski@dbr.com; steve.ginther@dor.mo.gov; steven.perlstein@kobrekim.com;
steven.wilamowsky@bingham.com; Streusand@StreusandLandon.com;
suomi_murano@chuomitsui.jp; susan.schultz@newedgegroup.com;
susheelkirpalani@quinnemanuel.com; swolowitz@mayerbrown.com; szuch@wiggin.com;
tannweiler@greerherz.com; tarbit@cftc.gov; tbrock@ssbb.com; tduffy@andersonkill.com;
TGoren@mofo.com; thomas.califano@dlapiper.com; Thomas_Noguerola@calpers.ca.gov;
thomaskent@paulhastings.com; timothy.brink@dlapiper.com; timothy.palmer@bipc.com;
tjfreedman@pbnlaw.com; tkarcher@dl.com; tkiriakos@mayerbrown.com;
tlauria@whitecase.com; tmacwright@whitecase.com; tmayer@kramerlevin.com;
tnixon@gklaw.com; toby.r.rosenberg@irscounsel.treas.gov; tslome@msek.com;
ttracy@crockerkuno.com; twatanabe@mofo.com; twheeler@lowenstein.com;
ukreppel@whitecase.com; vdagostino@lowenstein.com; Villa@StreusandLandon.com;
vmilione@nixonpeabody.com; vrubinstein@loeb.com; wanda.goodloe@cbre.com;
WBallaine@lcbf.com; wbenzija@halperinlaw.net; wcurchack@loeb.com;
william.m.goldman@dlapiper.com; wiltenburg@hugheshubbard.com; wisotska@pepperlaw.com;
woconnor@crowell.com; wsilverm@oshr.com; wswearingen@llf-law.com;
wtaylor@mccarter.com; wzoberman@bermanesq.com; yamashiro@sumitomotrust.co.jp;
robertdakis@quinnemanuel.com; lynne.gugenheim@cna.com; Karla.Lammers@cna.com

**Exhibit B**

Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.
OFFICE OF THE UNITED STATES TRUSTEE
Fax:  (212) 668-2256

INTERNAL REVENUE SERVICE
Fax:  (212) 436-1931

**Exhibit C**

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Richard P. Krasnow, Esq.
     Lori R. Fife, Esq.
     Shai Y. Waisman, Esq.
     Jacqueline Marcus, Esq.

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Andy Velez-Rivera, Esq.
     Paul Schwartzberg, Esq.
     Brian Masumoto, Esq.
     Linda Riffkin, Esq.
     Tracy Hope Davis, Esq.