Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,   Case No. 08-13555 (JMP)
 (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Canpartners Investments IV, L.L.C. | Deutsche Bank AG, London |

Name and Address where notices to transferee should be sent:

Canpartners Investments IV, L.L.C.
2000 Avenue of the Stars, 11th Floor
Los Angeles, CA 90067
Tel: 310-272-1402
Fax: 310-272-1343
Attention: Richard Park
E-mail: rpark@canyonpartners.com

Court Claim # (if known): 17744
Total Amount of Claim: $1,461,098.49
Date Claim Filed: September 18, 2009
Transferred Portion: 100% or $1,461,098.49

Tel: N/A

Last Four Digits of Acct. #: N/A        Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Tel: 310-272-1402
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____/s/_____        Date: Feb 1, 2010
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210A/B – Transfer of LBHI Claim # 17744

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the
Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")

CASE NAME: In re Lehman Brothers Holdings Inc., et al.,

CASE NO. Chapter 11, Case No. 08-13555 (JMP) (Jointly administered)

CLAIM NO. 17744

It is hereby certified that **Deutsche Bank AG, London Branch** ("Seller"), has assigned all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, the Claim in the principal amount of USD 1,461,098.49 to:

**Canpartners Investments IV, L.L.C.**
2000 Avenue of the Stars, 11th Floor
Los Angeles, CA 90067
Tel: 310-272-1402
Fax: 310-272-1343
Attention: Richard Park
E-mail: rpark@canyonpartners.com

("Buyer") by assignment agreement dated 23 December 2009.

Seller hereby waives any objection to the transfer of the Transferred Proportion of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Portion of the Claim and recognizing Buyer as the sole owner and holder of the Transferred Portion of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Portion of the Claim, and all payments or distributions of money or property in respect of the Transferred Portion of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 8 day of January 2009 2010.

Deutsche Bank AG, London Branch                Canpartners Investments IV, L.L.C.

                                                B

Name:                                           Name: **Victoria Palmer**
Title: Gavin Colquhoun                          Title: **Authorized Signatory**
       Managing Director

Michael Sutton
Managing Director