Joshua Dorchak
**BINGHAM MCCUTCHEN LLP**
399 Park Avenue
New York, New York 10022
(212) 705-7000

*Attorneys for Promerica Hedge, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
In re                                                          :
                                                               :
LEHMAN BROTHERS INC.,          : Case No. 08-01420 (JMP) SIPA
                                                               :
        Debtor.                                                :
                                                               :
---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM NO. 7002611

PLEASE TAKE NOTICE that Promerica Hedge, LLC, through its undersigned counsel, hereby withdraws general unsecured claim number 7002611 filed by it in the above-captioned SIPA proceeding, and that the official claims register in the above-captioned proceeding should be modified accordingly.

Dated:  August 22, 2013        **BINGHAM MCCUTCHEN LLP**
        New York, New York

                               By: /s/ Joshua Dorchak
                                   Joshua Dorchak
                                   joshua.dorchak@bingham.com
                                   399 Park Avenue
                                   New York, New York 10022
                                   (212) 705-7000

                               *Attorneys for Promerica Hedge, LLC*

A/75688898.1