---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.  PARTIES RECEIVING THIS NOTICE OF THE TRUSTEE'S ONE HUNDRED TWENTY-SEVENTH OMNIBUS OBJECTION TO GENERAL CREDITOR CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT THE TRUSTEE'S COUNSEL, STUART MITCHELL, ESQ., AT (212) 837-6809.**

---

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone:  (212) 837-6000
Facsimile:  (212) 422-4726

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS INC.,<br><br>Debtor. | Case No. 08-01420 (JMP) SIPA |

**NOTICE OF HEARING ON THE TRUSTEE'S ONE HUNDRED TWENTY-SEVENTH OMNIBUS OBJECTION TO GENERAL CREDITOR CLAIMS**
**(NO LIABILITY CLAIMS)**

**PLEASE TAKE NOTICE** that on August 22, 2013, James W. Giddens (the "Trustee"), as trustee for the liquidation of the business of Lehman Brothers Inc. (the "Debtor" or "LBI"), under the Securities Investor Protection Act of 1970, as amended, 15 U.S.C. §§ 78aaa *et seq.* ("SIPA"), by and through his undersigned counsel, filed his one hundred twenty-seventh omnibus objection to general creditor claims (the "One Hundred Twenty-Seventh Omnibus

Objection to General Creditor Claims"), and that a hearing to consider the Trustee's One Hundred Twenty-Seventh Omnibus Objection to General Creditor Claims will be held before the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Customs House, Courtroom 601, One Bowling Green, New York, New York 10004 (the "Bankruptcy Court"), on **October 24, 2013 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing").

　　　　　**PLEASE TAKE FURTHER NOTICE** that responses, if any, to entry of the order must (i) be in writing; (ii) state the name and address of the responding party and nature of the claim or interest of such party; (iii) state with particularity the legal and factual bases of such response; (iv) conform to the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules; (v) be filed with the Bankruptcy Court, together with proof of service, electronically, in accordance with General Order M-399 by registered users of the Court's Electronic Case Filing system, and by all other parties in interest, on a 3.5 inch disk, compact disk, or flash drive, preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format no later than **September 12, 2013 at 4:00 p.m. (Prevailing Eastern Time)** (the "Response Deadline"); and (vi) be served on (a) Hughes Hubbard & Reed LLP, One Battery Park Plaza, New York, New York, 10004, Attn: Meaghan C. Gragg, Esq.; (b) Securities Investor Protection Corporation, 805 Fifteenth Street, N.W., Suite 800, Washington, DC 20005, Attn: Kenneth J. Caputo, Esq.; and (c) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Maurice Horwitz, Esq. and Lori R. Fife, Esq., with a courtesy copy to the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601.

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and served with respect to the Trustee's One Hundred Twenty-Seventh Omnibus Objection to General Creditor Claims or any claim set forth thereon, the Trustee may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Trustee's One Hundred Twenty-Seventh Omnibus Objection to General Creditor Claims, which may be entered with no further notice or opportunity to be heard offered to any party.

Dated: New York, New York
       August 22, 2013

HUGHES HUBBARD & REED LLP

By: /s/ James B. Kobak, Jr.
James B. Kobak, Jr.
Christopher K. Kiplok
Meaghan C. Gragg
One Battery Park Plaza
New York, New York 10004
Telephone:  (212) 837-6000
Facsimile:  (212) 422-4726
Email:  kobak@hugheshubbard.com


Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of
Lehman Brothers Inc.

**Hearing Date and Time:  October 24, 2013 at 10:00 a.m. (Prevailing Eastern Time)**
**Response Date and Time:  September 12, 2013 at 4:00 p.m. (Prevailing Eastern Time)**

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | |
| LEHMAN BROTHERS INC., | Case No.  08-01420 (JMP) |
| Debtor. | |

**THE TRUSTEE'S ONE HUNDRED TWENTY-SEVENTH OMNIBUS OBJECTION**
**TO GENERAL CREDITOR CLAIMS (NO LIABILITY CLAIMS)**

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.  PARTIES RECEIVING THIS ONE HUNDRED TWENTY-SEVENTH OMNIBUS OBJECTION TO GENERAL CREDITOR CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT THE TRUSTEE'S COUNSEL, STUART MITCHELL, ESQ., AT (212) 837-6809.**

TO THE HONORABLE JAMES M. PECK,
UNITED STATES BANKRUPTCY JUDGE:

James W. Giddens (the "Trustee"), as Trustee for the liquidation of the business of

Lehman Brothers Inc. (the "Debtor" or "LBI") under the Securities Investor Protection Act of

1970 as amended, 15 U.S.C. §§ 78aaa *et seq*. ("SIPA"),[1] by and through his undersigned counsel,

respectfully represents as follows:

### **RELIEF REQUESTED**

1.      The Trustee files this one hundred twenty-seventh omnibus objection to general

creditor claims (the "One Hundred Twenty-Seventh Omnibus Objection to General Creditor

Claims") pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy

Code"), as made applicable to this proceeding pursuant to sections 78fff(b) and 78fff-1(a) of

SIPA, Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"),

and this Court's order approving procedures for the filing of omnibus objections to general

creditor claims filed in this SIPA proceeding (the "General Creditor Claim Objection Procedures

Order," ECF No. 5441), seeking disallowance and expungement of the claims listed on Exhibit

A annexed hereto.  The Trustee's proposed order (the "Proposed Order") is annexed hereto as

Exhibit C.

2.      The proofs of claim identified on Exhibit A (collectively, the "No Liability

Claims") were filed by vendors (the "Vendor Claimants") seeking to collect amounts in

connection with services rendered or goods provided to Lehman entities other than LBI.  None of

the Vendor Claimants provides any evidence that they delivered goods or services to or for the

benefit of LBI.  The Trustee has determined, based on the books and records of the LBI estate

---

1.   For convenience, subsequent references to SIPA may omit "15 U.S.C."

(the "<u>Books and Records</u>") that the Vendor Claimants do not have any right to payment from

LBI for the amounts claimed.  Therefore, the Trustee requests that the No Liability Claims be

disallowed and expunged in their entirety.

## JURISDICTION

3.      Following removal to this Court for all purposes as required for SIPA cases by

section 78eee(b)(4) of SIPA, this Court has "all of the jurisdiction, powers, and duties conferred

by [SIPA] upon the court to which the application for the issuances of the protective decree was

made."  15 U.S.C. § 78eee(b)(4).

4.      Venue is proper in this Court pursuant to SIPA section 78eee(a)(3) and 15 U.S.C.

section 78aa.

## BACKGROUND

5.      On September 19, 2008 (the "<u>Filing Date</u>"), the Honorable Gerard E. Lynch,

United States District Court, Southern District of New York, entered the Order Commencing

Liquidation of LBI (the "<u>LBI Liquidation Order</u>," ECF. No. 1) pursuant to the provisions of

SIPA in the case captioned *Securities Investor Protection Corporation v. Lehman Brothers Inc.*,

Case No. 08-CIV-8119 (GEL).  The LBI Liquidation Order, *inter alia*, (i) appointed the Trustee

for the liquidation of the business of LBI pursuant to section 78eee(b)(3) of SIPA; and (ii)

removed the case to this Court for all purposes as required for SIPA cases by section 78eee(b)(4)

of SIPA, in the case captioned *In re Lehman Brothers Inc.*, Case No. 08-01420 (JMP) (the "<u>SIPA</u>

<u>Proceeding</u>").

6.      On November 7, 2008, the Court entered the Order Approving Form and Manner

of Publication and Mailing of Notice of Commencement; Specifying Procedures and Forms for

Filing, Determination, and Adjudication of Claims; Fixing a Meeting of Customers and Other

Creditors; and Fixing Interim Reporting Pursuant to SIPA (the "Claims Process Order," ECF No. 241). Beginning on December 1, 2008, consistent with SIPA section 78fff-2(a)(1), the Trustee mailed more than 905,000 claims packages with filing information to former LBI customers and other potential claimants (the "Claims Process Notice") and posted claims filing information on the Trustee's website (www.lehmantrustee.com) and SIPC's website (www.sipc.org). The Trustee also published notice of the claims process in The New York Times, The Wall Street Journal and The Financial Times.

7.      Pursuant to SIPA section 78fff-2(a)(3) and the Claims Process Order, customer claims seeking maximum protection under SIPA must have been received by the Trustee on or before January 30, 2009. All customer claims and general creditor claims must have been received by the Trustee by June 1, 2009 and no claims of any kind will be allowed unless received by the Trustee on or before June 1, 2009. A copy of the LBI Claims Process Order was made publically available at www.lehmantrustee.com. The Trustee's website allowed claimants filing electronically to upload documents as part of their claim submission and thereby comply with the instructions to include supporting documentation set forth in the proof of claim.

8.      On November 15, 2012, the Court entered the General Creditor Claim Objection Procedures Order, which authorizes the Trustee, among other things, to file omnibus objections to no more than 200 general creditor claims at a time, on various grounds, including the grounds that the claims subject to the omnibus objection seek recovery of amounts for which LBI is not liable.

## THE NO LIABILITY CLAIMS SHOULD BE DISALLOWED AND EXPUNGED

9.      A filed proof of claim is "deemed allowed, unless a party in interest . . . objects." 11 U.S.C. § 502(a). If an objection refuting at least one of the claim's essential allegations is

asserted, the claimant has the burden to demonstrate the validity of the claim.  *See In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No. 02-41729 (REG), 2007 Bankr. LEXIS 660, at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).  Moreover, section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a claim may not be allowed to the extent that "such claim is unenforceable against the debtor and property of the debtor, under any agreement or applicable law."  11 U.S.C. § 502(b)(1).

10.    Based on an analysis by the Trustee's professionals of the general creditor claims filed on the claims register in this case and maintained by the Trustee's claim agent, and the Books and Records, as described in the declaration of Timothy Hurley, a Principal of Deloitte Financial Advisory Services LLP, annexed hereto as <u>Exhibit B</u>, the Trustee has identified the claims on <u>Exhibit A</u> as claims for which LBI is not liable, as the No Liability Claims seek to collect amounts due for expenses which are not attributable to LBI.  The No Liability Claims include invoices, purchase orders and other supporting documentation (collectively, the "<u>Invoices</u>") which either (i) do not appear on the Books and Records; (ii) appear on the Books and Records as constituting obligations of a Lehman entity other than LBI; or (iii) appear on the Books and Records as cancelled.  Based either on the absence of the Invoices from the Books and Records or the evidence in the Books and Records that the Invoices were either associated with another Lehman entity or cancelled, the Trustee has determined that the obligations reflected in the Invoices are unrelated to LBI.

11.    If the No Liability Claims remain on the claims register, the potential exists for recoveries by parties who do not hold valid claims against the LBI Estate.  Thus, the Trustee

requests that the Court enter an order disallowing and expunging in their entirety the No Liability Claims listed on Exhibit A.

## **RESERVATION OF RIGHTS**

12.     The Trustee reserves all rights to object on any other basis to any No Liability Claim or any portion of any No Liability Claim for which the Court does not grant the relief requested herein.

## **NOTICE**

13.     Notice of this One Hundred Twenty-Seventh Omnibus Objection to General Creditor Claims has been provided to (i) each claimant listed on Exhibit A via overnight mail; and (ii) the list of parties requesting notice of pleadings in accordance with the Court's Amended Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures and Related Relief entered by the Court on July 13, 2010 (ECF No. 3466), and will be immediately available for inspection upon filing with the Court at the Trustee's website, www.lehmantrustee.com.  The Trustee submits that no other or further notice need be provided.

## **NO PRIOR RELIEF REQUESTED**

14.     No previous request for the relief requested herein has been made by the Trustee to this or any other Court.

## CONCLUSION

For the reasons stated herein, the Trustee respectfully requests entry of an order granting

the relief requested herein and such other and further relief as is just.

Dated:    New York, New York
          August 22, 2013

HUGHES HUBBARD & REED LLP

By: /s/ James B. Kobak, Jr.
James B. Kobak, Jr.
Christopher K. Kiplok
Meaghan C. Gragg
One Battery Park Plaza
New York, New York 10004
Telephone:  (212) 837-6000
Facsimile:  (212) 422-4726
Email:  kobak@hugheshubbard.com

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of
Lehman Brothers Inc.

**EXHIBIT A**

## IN RE LEHMAN BROTHERS INC., CASE NO: 08-01420 (JMP) SIPA
## ONE HUNDRED TWENTY-SEVENTH OMNIBUS OBJECTION: EXHIBIT A- NO LIABILITY CLAIMS

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 1 | A FIRE PROTECTIONS PLUS, INC.<br>1115 SE 9TH COURT<br>HIALEAH, FL  33010 | 1039 | 1/15/2009 | $160.50 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 2 | AIRCRAFT INFORMATION SERVICES INC<br>26072 MERIT CIRCLE<br>SUITE 123<br>LAGUNA HILLS, CA  92653 | 411 | 12/23/2008 | $1,308.25 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 3 | ANDY FRAIN SERVICES, INC<br>ROSIE RIVERA<br>761 SHORELINE DRIVE<br>AURORA, IL  60504 | 7000011 | 12/4/2008 | $2,885.12 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 4 | BONDCALC CORPORATION<br>DONALD C WISS<br>492 1ST STREET<br>BROOKLYN, NY  11215-2606 | 7002269 | 5/29/2009 | $10,404.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 5 | BONDDESK GROUP LLC<br>GAIL M. DOLTON<br>ONE LOVELL AVENUE<br>MILL VALLEY, CA  94941 | 7002015 | 5/26/2009 | $12,784.75 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 6 | BORIS, LADD<br>125 WEST 96TH STREET, #3A<br>NEW YORK, NY  10025 | 7000168 | 12/22/2008 | $900.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 7 | BREMKAMP, DETLEV<br>FERDINAND-MARIA-STRASSE 35<br>MUENCHEN  D80639<br>GERMANY | 1256 | 1/21/2009 | $78,877.95 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |

\* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00\*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 8 | CALIFORNIA STATE TREASURER'S OFFICE<br>CHRISTINA SARRON<br>915 CAPITOL MALL, ROOM 260<br>SACRAMENTO, CA 95814 | 8000644 | 12/31/2008 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 9 | CANADIAN ENERDATA, LTD<br>86 RINGWOOD DRIVE<br>SUITE 201<br>STOUFFVILLE, ON L4A 1C3<br>CANADA | 753 | 1/7/2009 | $6,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 10 | CASEY PROFESSIONAL SERVICES, LLC<br>JOHN ROSENBAUM<br>4060 PARADISE DRIVE<br>TIBURON, CA 94920 | 7001306 | 3/10/2009 | $175,775.75 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 11 | CAUSEY DEMGEN & MOORE INC<br>WILLIAM D GLASSO<br>1801 CALIFORNIA ST, STE#4650<br>DENVER, CO 80202 | 7000102 | 12/11/2008 | $500.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 12 | COFFEE DISTRIBUTING CORP.<br>BARBARA R. NEWMAN<br>P.O. BOX 766<br>200 BROADWAY<br>GARDEN CITY PARK, NY 11040 | 7001065 | 1/30/2009 | $419.65 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 13 | COFFEE DISTRIBUTING CORP.<br>BARBARA R. NEWMAN<br>P.O. BOX 766<br>200 BROADWAY<br>GARDEN CITY PARK, NY 11040 | 7001074 | 1/30/2009 | $1,167.18 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 14 | COFFEE DISTRIBUTING CORP.<br>BARBARA R. NEWMAN<br>P.O. BOX 766<br>200 BROADWAY<br>GARDEN CITY PARK, NY 11040 | 7001083 | 1/30/2009 | $321.82 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 15 | COFFEE DISTRIBUTING CORP<br>BARBARA R. NEWMAN<br>PO BOX 766<br>200 BROADWAY<br>GARDEN CITY PARY, NY 11040 | 7001024 | 1/30/2009 | $2,130.32 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 16 | CORPKIT LEGAL SUPPLIES<br>46 TAFT AVE<br>ISLIP, NY 11751 | 4287 | 2/17/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 17 | CPP INC<br>1055 JOAQUIN RD.<br>2ND FLOOR<br>MOUNTAIN VIEW, CA 94043-1243 | 1982 | 1/28/2009 | $3,991.40 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 18 | DATAMONITOR INC<br>LEE DANSON<br>CHARLES HOUSE<br>108110 FINCHLEY ROAD<br>LONDON<br>UNITED KINGDOM | 9006302 | 2/17/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 19 | EURASIA GROUP LTD<br>CARA P SVIOKLA<br>475 FIFTH AVENUE<br>14TH FLOOR<br>NEW YORK, NY 10017 | 7000126 | 12/16/2008 | $176,466.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 20 | EXECTRANSPORT INC<br>145 WEST 24TH STREET<br>NEW YORK, NY 10011 | 1150 | 1/20/2009 | $108.12 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 21 | EXECTRANSPORT INC<br>REMA FOUNTAIN<br>3817 CRESCENT ST<br>LONG ISLAND CITY, NY 11101-3601 | 9001349 | 1/20/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 22 | GLOBAL CROSSING TELECOMMUNICATIONS INC.<br>200 GALLERIA OFFICE CTR<br>SUITE 400<br>SOUTHFIELD, MI 48034 | 4164 | 3/16/2009 | $55,112.13 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 23 | HAMED AHMED KAZIM<br>PO BOX 864<br>DUBAI  864864<br>UNITED ARAB EMIRATES | 7000303 | 1/11/2009 | $20,875.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 24 | INTERNATIONAL EMISSIONS TRADING ASSOCIA<br>24 RUE MERLE D'AUBIGNE<br>GENEVA  1207<br>SWITZERLAND | 8000336 | 12/15/2008 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 25 | ISI EMERGING MARKETS<br>SUNNY SINGH<br>225 PARK AVENUE, SOUTH<br>7TH FLOOR FINANCE<br>NEW YORK, NY  11420 | 7000186 | 12/23/2008 | $30,811.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 26 | JOHN WILEY & SONS INC<br>PO BOX 34587<br>NEWARK, NJ  07189-4587 | 604 | 1/2/2009 | $625.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 27 | LANDAMERICA ASSESSMENT CORP.<br>1320 HARBOR BAY PARKWAY<br>SUITE 260<br>ALAMEDA, CA  94502-7230 | 224 | 12/15/2008 | $19,300.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 28 | MUSSER, PHILIP A.<br>NEW FRONTIER STRATEGY<br>315 KENTUCKY AVENUE<br>ALEXANDRIA, VA  22305 | 320 | 12/19/2008 | $15,885.48 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 29 | PEGASUS TRANSPORT SERVICE, INC.<br>463 BARELL AVENUE<br>CARLSTADT, NJ  07072 | 3562 | 2/12/2009 | $782.34 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 30 | PEKIN & BAYAR<br>27 OLD GLOUCESTER STREET<br>LONDON  WC1N 3XX<br>UNITED KINGDOM | 3748 | 3/2/2009 | $11,270.29 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 31 | PROPERTY INFORMATION MANAGEMENT SERVICES 10 DRAGOON HOUSE HUSSAR COURT WATERLOOVILLE HAMPSHIRE, HANTS  PO7 7SF UNITED KINGDOM | 461 | 12/26/2008 | $61,121.03 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 32 | RELIABLE UPDATES SERVICES CORP 330 EAST 38TH STREET #18A NEW YORK, NY  10016 | 1243 | 1/21/2009 | $3,833.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 33 | ROSE PRESS INC 8 NORTH 14TH AVE MT VERNON, NY  10550 | 550 | 12/29/2008 | $4,123.10 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 34 | SOCIETY OF HISPANIC PROFESSIONAL ENGINEERS, INC 5400 E. OLYMPIC BL #210 LOS ANGELES, CA  90022 | 4318 | 4/13/2009 | $18,750.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 35 | TAC AMERICAS, INC 210 MEADOWLANDS PARKWAY SECAUCUS, NJ  07094 | 8000124 | 12/8/2008 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 36 | TAXI & TOURINGCAR LAGERBERG B.V. POSTBUS 148 2420 AC NIEUWKOOP SMEDERIJ 4 AMSTELVEEN  1185 ZR THE NETHERLANDS | 4197 | 1/2/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 37 | TOBRON OFFICE FURNITURE CORP 135 WEST 18TH STREET NEW YORK, NY  10011-4104 | 1214 | 1/20/2009 | $7,205.40 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 38 | VONWIN CAPITAL MANAGEMENT, L.P. TRANSFEROR: PRIMARY GLOBAL RESEARCH LLC ROGER VON SPIEGEL, MANAGING DIRECTOR 261 FIFTH AVENUE, 22ND FLOOR NEW YORK, NY  10016 | 7000045 | 12/4/2008 | $30,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 39 | WISS JANNEY ELSTNER ASSOCIATES INC 330 PFINGSTEN ROAD NORTHBROOK, IL  60062 | 4135 | 3/6/2009 | $4,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| | Total | | | $757,894.58 | |

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

**EXHIBIT B**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | |
| LEHMAN BROTHERS INC., | Case No. 08-01420 (JMP) SIPA |
| Debtor. | |

**DECLARATION OF TIMOTHY HURLEY IN SUPPORT OF**
**THE TRUSTEE'S ONE HUNDRED TWENTY-SEVENTH OMNIBUS OBJECTION TO**
**GENERAL CREDITOR CLAIMS (NO LIABILITY CLAIMS)**

Pursuant to 28 U.S.C. § 1746, I, Timothy Hurley, hereby declare as follows:

1.     I am a Principal of Deloitte Financial Advisory Services LLP ("Deloitte FAS").

James W. Giddens (the "Trustee"), as trustee for the SIPA liquidation of Lehman Brothers Inc.

("LBI"), has duly authorized me to make and submit this declaration (the "Declaration") in

support of the Trustee's one hundred twenty-seventh omnibus objection to general creditor

claims (the "One Hundred Twenty-Seventh Omnibus Objection to General Creditor Claims").[1]

2.     The facts set forth in this Declaration are based upon my personal knowledge,

upon information and belief, and/or upon certain proofs of claim, certain information from the

LBI general claims register as maintained by the Trustee's claim agent, and certain of the books

and records of the LBI estate (the "Books and Records") analyzed by me or other personnel

under my supervision and direction.  If called and sworn as a witness, I could and would testify

competently to the matters set forth herein.

3.     In the context of my services for the Trustee, I am involved in assisting with the

Trustee's general creditor claim reconciliation process.  Accordingly, I and personnel under my

---

1.   Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the motion.

supervision and direction have analyzed the claims asserted against the LBI estate listed in

Exhibit A annexed to the One Hundred Twenty-Seventh Omnibus Objection to General Creditor

Claims (the "Proofs of Claim"), certain information from the LBI general claims register as

maintained by Trustee's claims agent, and the Books and Records.

    4.    Based on our analysis referred to in paragraphs 2 and 3 above, the invoices,

purchase orders, and other supporting documents included with the Proofs of Claim (the

"Invoices") either (i) do not appear in the Books and Records, (ii) appear in the Books and

Records and are associated with a Lehman entity other than LBI, or (iii) appear in the Books and

Records as cancelled.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 21, 2013

By: /s/ Timothy Hurley
Timothy Hurley
Principal, Deloitte Financial Advisory Services
LLP

**EXHIBIT C**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | |
| LEHMAN BROTHERS INC., | Case No. 08-01420 (JMP) SIPA |
| Debtor. | |

## [PROPOSED] ORDER GRANTING THE TRUSTEE'S ONE HUNDRED TWENTY-SEVENTH OMNIBUS OBJECTION TO GENERAL CREDITOR CLAIMS (NO LIABILITY CLAIMS)

Upon the one hundred twenty-seventh omnibus objection to claims, dated August 22, 2013 (the "One Hundred Twenty-Seventh Omnibus Objection to General Creditor Claims"),[1] of James W. Giddens (the "Trustee"), as trustee for the liquidation of Lehman Brothers Inc. (the "Debtor" or "LBI") under the Securities Investor Protection Act of 1970, as amended, 15 U.S.C. §§ 78aaa *et seq.* ("SIPA"), seeking entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), as made applicable to this proceeding pursuant to sections 78fff(b) and 78fff-1(a) of SIPA, and Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), disallowing and expunging the No Liability Claims on the grounds that LBI does not have any liability, in whole or in part, all as more fully described in the One Hundred Twenty-Seventh Omnibus Objection to General Creditor Claims; and due and proper notice of the One Hundred Twenty-Seventh Omnibus Objection to General Creditor Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the One Hundred Twenty-Seventh Omnibus Objection to General Creditor Claims is in the best interests of LBI, its estate,

---

1. Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the motion.

its customers and creditors, and all parties in interest and that the legal and factual bases set forth

in the One Hundred Twenty-Seventh Omnibus Objection to General Creditor Claims establish

just cause for the relief granted herein; and after due deliberation and sufficient cause appearing

therefor, it is

      **ORDERED** that the relief requested in the One Hundred Twenty-Seventh

Omnibus Objection to General Creditor Claims is granted; and it is further

      **ORDERED** that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on <u>Exhibit 1</u> (collectively, the "<u>No Liability Claims</u>") are disallowed and expunged in their

entirety with prejudice; and it is further

      **ORDERED** that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to the implementation and/or interpretation of this Order.

Dated: New York, New York
      October __, 2013

                        _____
                        HONORABLE JAMES M. PECK,
                        UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT 1**

## IN RE LEHMAN BROTHERS INC., CASE NO: 08-01420 (JMP) SIPA
## ONE HUNDRED TWENTY-SEVENTH OMNIBUS OBJECTION: EXHIBIT 1- NO LIABILITY CLAIMS

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 1 | A FIRE PROTECTIONS PLUS, INC. 1115 SE 9TH COURT HIALEAH, FL 33010 | 1039 | 1/15/2009 | $160.50 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 2 | AIRCRAFT INFORMATION SERVICES INC 26072 MERIT CIRCLE SUITE 123 LAGUNA HILLS, CA 92653 | 411 | 12/23/2008 | $1,308.25 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 3 | ANDY FRAIN SERVICES, INC ROSIE RIVERA 761 SHORELINE DRIVE AURORA, IL 60504 | 7000011 | 12/4/2008 | $2,885.12 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 4 | BONDCALC CORPORATION DONALD C WISS 492 1ST STREET BROOKLYN, NY 11215-2606 | 7002269 | 5/29/2009 | $10,404.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 5 | BONDDESK GROUP LLC GAIL M. DOLTON ONE LOVELL AVENUE MILL VALLEY, CA 94941 | 7002015 | 5/26/2009 | $12,784.75 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 6 | BORIS, LADD 125 WEST 96TH STREET, #3A NEW YORK, NY 10025 | 7000168 | 12/22/2008 | $900.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 7 | BREMKAMP, DETLEV FERDINAND-MARIA-STRASSE 35 MUENCHEN D80639 GERMANY | 1256 | 1/21/2009 | $78,877.95 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |

\* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00\*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

| NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|
| 8  CALIFORNIA STATE TREASURER'S OFFICE CHRISTINA SARRON 915 CAPITOL MALL, ROOM 260 SACRAMENTO, CA  95814 | 8000644 | 12/31/2008 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 9  CANADIAN ENERDATA, LTD 86 RINGWOOD DRIVE SUITE 201 STOUFFVILLE, ON  L4A 1C3 CANADA | 753 | 1/7/2009 | $6,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 10  CASEY PROFESSIONAL SERVICES, LLC JOHN ROSENBAUM 4060 PARADISE DRIVE TIBURON, CA  94920 | 7001306 | 3/10/2009 | $175,775.75 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 11  CAUSEY DEMGEN & MOORE INC WILLIAM D GLASSO 1801 CALIFORNIA ST, STE#4650 DENVER, CO  80202 | 7000102 | 12/11/2008 | $500.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 12  COFFEE DISTRIBUTING CORP. BARBARA R. NEWMAN P.O. BOX 766 200 BROADWAY GARDEN CITY PARK, NY  11040 | 7001065 | 1/30/2009 | $419.65 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 13  COFFEE DISTRIBUTING CORP. BARBARA R. NEWMAN P.O. BOX 766 200 BROADWAY GARDEN CITY PARK, NY  11040 | 7001074 | 1/30/2009 | $1,167.18 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 14  COFFEE DISTRIBUTING CORP. BARBARA R. NEWMAN P.O. BOX 766 200 BROADWAY GARDEN CITY PARK, NY  11040 | 7001083 | 1/30/2009 | $321.82 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 15 | COFFEE DISTRIBUTING CORP BARBARA R. NEWMAN PO BOX 766 200 BROADWAY GARDEN CITY PARY, NY 11040 | 7001024 | 1/30/2009 | $2,130.32 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 16 | CORPKIT LEGAL SUPPLIES 46 TAFT AVE ISLIP, NY 11751 | 4287 | 2/17/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 17 | CPP INC 1055 JOAQUIN RD. 2ND FLOOR MOUNTAIN VIEW, CA 94043-1243 | 1982 | 1/28/2009 | $3,991.40 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 18 | DATAMONITOR INC LEE DANSON CHARLES HOUSE 108110 FINCHLEY ROAD LONDON UNITED KINGDOM | 9006302 | 2/17/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 19 | EURASIA GROUP LTD CARA P SVIOKLA 475 FIFTH AVENUE 14TH FLOOR NEW YORK, NY 10017 | 7000126 | 12/16/2008 | $176,466.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 20 | EXECTRANSPORT INC 145 WEST 24TH STREET NEW YORK, NY 10011 | 1150 | 1/20/2009 | $108.12 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 21 | EXECTRANSPORT INC REMA FOUNTAIN 3817 CRESCENT ST LONG ISLAND CITY, NY 11101-3601 | 9001349 | 1/20/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 22 | GLOBAL CROSSING TELECOMMUNICATIONS INC. 200 GALLERIA OFFICE CTR SUITE 400 SOUTHFIELD, MI 48034 | 4164 | 3/16/2009 | $55,112.13 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 23 | HAMED AHMED KAZIM PO BOX 864 DUBAI 864864 UNITED ARAB EMIRATES | 7000303 | 1/11/2009 | $20,875.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 24 | INTERNATIONAL EMISSIONS TRADING ASSOCIA 24 RUE MERLE D'AUBIGNE GENEVA 1207 SWITZERLAND | 8000336 | 12/15/2008 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 25 | ISI EMERGING MARKETS SUNNY SINGH 225 PARK AVENUE, SOUTH 7TH FLOOR FINANCE NEW YORK, NY 11420 | 7000186 | 12/23/2008 | $30,811.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 26 | JOHN WILEY & SONS INC PO BOX 34587 NEWARK, NJ 07189-4587 | 604 | 1/2/2009 | $625.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 27 | LANDAMERICA ASSESSMENT CORP. 1320 HARBOR BAY PARKWAY SUITE 260 ALAMEDA, CA 94502-7230 | 224 | 12/15/2008 | $19,300.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 28 | MUSSER, PHILIP A. NEW FRONTIER STRATEGY 315 KENTUCKY AVENUE ALEXANDRIA, VA 22305 | 320 | 12/19/2008 | $15,885.48 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 29 | PEGASUS TRANSPORT SERVICE, INC. 463 BARELL AVENUE CARLSTADT, NJ 07072 | 3562 | 2/12/2009 | $782.34 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 30 | PEKIN & BAYAR 27 OLD GLOUCESTER STREET LONDON WC1N 3XX UNITED KINGDOM | 3748 | 3/2/2009 | $11,270.29 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 31 | PROPERTY INFORMATION MANAGEMENT SERVICES 10 DRAGOON HOUSE HUSSAR COURT WATERLOOVILLE HAMPSHIRE, HANTS PO7 7SF UNITED KINGDOM | 461 | 12/26/2008 | $61,121.03 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 32 | RELIABLE UPDATES SERVICES CORP 330 EAST 38TH STREET #18A NEW YORK, NY 10016 | 1243 | 1/21/2009 | $3,833.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 33 | ROSE PRESS INC 8 NORTH 14TH AVE MT VERNON, NY 10550 | 550 | 12/29/2008 | $4,123.10 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 34 | SOCIETY OF HISPANIC PROFESSIONAL ENGINEERS, INC 5400 E. OLYMPIC BL #210 LOS ANGELES, CA 90022 | 4318 | 4/13/2009 | $18,750.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 35 | TAC AMERICAS, INC 210 MEADOWLANDS PARKWAY SECAUCUS, NJ 07094 | 8000124 | 12/8/2008 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 36 | TAXI & TOURINGCAR LAGERBERG B.V.<br>POSTBUS 148<br>2420 AC NIEUWKOOP<br>SMEDERIJ 4<br>AMSTELVEEN  1185 ZR<br>THE NETHERLANDS | 4197 | 1/2/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 37 | TOBRON OFFICE FURNITURE CORP<br>135 WEST 18TH STREET<br>NEW YORK, NY  10011-4104 | 1214 | 1/20/2009 | $7,205.40 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 38 | VONWIN CAPITAL MANAGEMENT, L.P.<br>TRANSFEROR: PRIMARY GLOBAL RESEARCH LLC<br>ROGER VON SPIEGEL, MANAGING DIRECTOR<br>261 FIFTH AVENUE, 22ND FLOOR<br>NEW YORK, NY  10016 | 7000045 | 12/4/2008 | $30,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 39 | WISS JANNEY ELSTNER ASSOCIATES INC<br>330 PFINGSTEN ROAD<br>NORTHBROOK, IL  60062 | 4135 | 3/6/2009 | $4,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| | Total | | | $757,894.58 | |

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).