**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | |
| LEHMAN BROTHERS INC., | Case No. 08-01420 (JMP) SIPA |
| Debtor. | Ref. Docket No. 7078 |

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK      )
                                          ) ss.:
COUNTY OF NEW YORK   )

KERRY O'NEIL, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On August 22, 2013, I caused to be served the "Notice of Hearing on the Trustee's Objection to the General Creditor Claim of Lawrence Fogarazzo, et al. (Claim No. 5837)," dated August 22, 2013, to which was attached "The Trustee's Objection to the General Creditor Claim of Lawrence Fogarazzo, et al. (Claim No. 5837)," dated August 22, 2013 [Docket No. 7078], by causing true and correct copies to be:

    i.   enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit A</u>, and

    ii.  delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

3.  .All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Kerry O'Neil*
Kerry O'Neil

Sworn to before me this
22nd day of August
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

LEHMAN BROTHERS INC.
SERVICE LIST

**Master Service List:**

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

OFFICE OF THE UNITED STATES TRUSTEE
TRACY HOPE DAVIS, ELISABETTA G GASPARINI, ANDREA B. SCHWARTZ
U.S. FEDERAL OFFICE BUILDING
201 VARICK STREET, SUITE 1006
NEW YORK, NY  10014

**Additional Service List:**

CURTIS V. TRINKO, ESQ.
WAI K. CHAN, ESQ.
16 WEST 46 STREET, 7TH FLOOR
NEW YORK, NEW YORK 10036

**EXHIBIT B**

LEHMAN BROTHERS INC.
EMAIL SERVICE LIST

**Master Service List:**

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
adoberman@profunds.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
alicia.chang@davispolk.com
alum@ftportfolios.com
amarder@msek.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
andrew.brozman@cliffordchance.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermandevalerio.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
aunger@sidley.com
austin.bankruptcy@publicans.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com

bankruptcy@morrisoncohen.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
benita.dryden@invesco.com
bguiney@pbwt.com
bmanne@tuckerlaw.com
bmiller@mofo.com
bmorag@cgsh.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bspector@jsslaw.com
btrust@mayerbrown.com
btupi@tuckerlaw.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cave@hugheshubbard.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cgoldstein@stcwlaw.com
cgrant@mayerbrown.com
chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@hoganlovells.com
clynch@reedsmith.com
cmontgomery@salans.com
cmtb_lc11@chuomitsui.jp
cohenr@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com

LEHMAN BROTHERS INC.
EMAIL SERVICE LIST

cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@hinshawlaw.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcameron@stradley.com
dcimo@gjb-law.com
dcoffino@cov.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
dimassa@duanemorris.com
dirk.roberts@ots.treas.gov
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dladdin@agg.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com

dnolan@andersonkill.com
dodonnell@milbank.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshemano@pwkllp.com
dspelfogel@foley.com
dswan@mcguirewoods.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
eagel@bragarwexler.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efile@willaw.com
efleck@milbank.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehret-vanhorn@mbaum.com
ekbergc@lanepowell.com
elevine@eisemanlevine.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emcguinn@elotinc.net
eobrien@sbchlaw.com
eric.johnson@hro.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
ethan@ethanbrecherlaw.com
evelyn.martinez@invesco.com
evelyn.rodriguez@dlapiper.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
fjacobson@sonnenschein.com
frank.white@agg.com
fsosnick@shearman.com
fyates@sonnenschein.com

Lehman Brothers Inc.
Email Service List

gabriel.delvirginia@verizon.net
gabriel.delvirginia@verizon.net
gbray@milbank.com
george_kielman@freddiemac.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glee@mofo.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
goldenberg@ssnyc.com
gpratt@joneswaldo.com
gravert@mwe.com
gspilsbury@jsslaw.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
heim.steve@dorsey.com
heiser@chapman.com
hestioko@ffwplaw.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hugh.hill@hoganlovells.com
igoldstein@proskauer.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.greene@hoganlovells.com
ira.herman@tklaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
james.warnot@linklaters.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com

jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jchristian@tobinlaw.com
jdrucker@coleschotz.com
jdwarner@warnerandscheuerman.com
jdyas@halperinlaw.net
jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfreeberg@wfw.com
jg5786@att.com
jgarrity@shearman.com
jgenovese@gjb-law.com
jgold@andersonkill.com
jguy@orrick.com
jharbour@hunton.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhorwitt@zeislaw.com
jhuggett@margolisedelstein.com
jibaru@nyc.rr.com
jim@atkinslawfirm.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@ktmc.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitan@proskauer.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@proskauer.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com

Lehman Brothers Inc.
Email Service List

| | |
|---|---|
| john.monaghan@hklaw.com | kowens68@yahoo.com |
| john.rapisardi@cwt.com | kpiper@steptoe.com |
| joli@crlpc.com | kressk@pepperlaw.com |
| jorbach@hahnhessen.com | kreynolds@mklawnyc.com |
| joseph.cordaro@usdoj.gov | krosen@lowenstein.com |
| joshua.dorchak@bingham.com | kuehn@bragarwexler.com |
| jowen769@yahoo.com | kurt.mayr@bgllp.com |
| jpintarelli@mofo.com | lacyr@sullcrom.com |
| jporter@entwistle-law.com | lal-shibib@andersonkill.com |
| jprol@lowenstein.com | landon@streusandlandon.com |
| jrabinowitz@rltlawfirm.com | lathompson@co.sanmateo.ca.us |
| jrsmith@hunton.com | lawallf@pepperlaw.com |
| jschwartz@hahnhessen.com | lberkoff@moritthock.com |
| jsheerin@mcguirewoods.com | lee.stremba@troutmansanders.com |
| jsher@shertremonte.com | lgranfield@cgsh.com |
| jshickich@riddellwilliams.com | lhandelsman@stroock.com |
| jsmairo@pbnlaw.com | linda.boyle@twtelecom.com |
| jstoll@mayerbrown.com | linda.schoemaker@infospace.com |
| jteitelbaum@tblawllp.com | lisa.kraidin@allenovery.com |
| jthoman@hodgsonruss.com | ljkotler@duanemorris.com |
| jtimko@shutts.com | lmarinuzzi@mofo.com |
| judy.morse@crowedunlevy.com | lmay@coleschotz.com |
| jwallack@goulstonstorrs.com | lmcgowen@orrick.com |
| jwang@sipc.org | lml@ppgms.com |
| jwcohen@daypitney.com | lnashelsky@mofo.com |
| jweiss@gibsondunn.com | loizides@loizides.com |
| jwest@velaw.com | lori.fife@weil.com |
| jwh@njlawfirm.com | lromansic@steptoe.com |
| jwishnew@mofo.com | lscarcella@farrellfritz.com |
| jyenzer@haincapital.com | lschweitzer@cgsh.com |
| k4.nomura@aozorabank.co.jp | lsilverstein@potteranderson.com |
| karen.wagner@dpw.com | lubell@hugheshubbard.com |
| kbeverly-graham@eisemanlevine.com | lwhidden@salans.com |
| kcaputo@sipc.org | mabrams@willkie.com |
| kdwbankruptcydepartment@kelleydrye.com | maofiling@cgsh.com |
| keith.simon@lw.com | maofiling@cgsh.com |
| ken.coleman@allenovery.com | marc.chait@standardchartered.com |
| ken.higman@hp.com | margolin@hugheshubbard.com |
| kerry.moynihan@hro.com | mark.deveno@bingham.com |
| kgwynne@reedsmith.com | mark.ellenberg@cwt.com |
| kiplok@hugheshubbard.com | mark.hellerer@pillsburylaw.com |
| kkelly@ebglaw.com | mark.sherrill@sutherland.com |
| klyman@irell.com | martin.davis@ots.treas.gov |
| kmayer@mccarter.com | marvin.clements@ag.tn.gov |
| kobak@hugheshubbard.com | masaki_konishi@noandt.com |
| kovskyd@pepperlaw.com | matt@willaw.com |

LEHMAN BROTHERS INC.
EMAIL SERVICE LIST

matthew.dyer@prommis.com
matthew.klepper@dlapiper.com
maurice.horwitz@weil.com
mbeeler@cov.com
mberman@nixonpeabody.com
mbienenstock@proskauer.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcarney@mckoolsmith.com
mcordone@stradley.com
mcto@debevoise.com
mdorval@stradley.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mhopkins@cov.com
michael.frege@cms-hs.com
michele@willaw.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mmendez@hunton.com
mmervis@proskauer.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mprimoff@kayescholer.com
mpucillo@bermandevalerio.com
mrosenthal@gibsondunn.com
mruetzel@frankfurt.whitecase.com
mruetzel@whitecase.com
mschimel@sju.edu
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msilberstein@dealysilberstein.com
mspeiser@stroock.com

mstamer@akingump.com
mtamasco@schnader.com
mvenditto@reedsmith.com
mwarren@mtb.com
nasreen.bulos@dubaiic.com
nathan.garnett@infospace.com
nathan.spatz@pillsburylaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
newyork@sec.gov
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
nrosenbaum@mofo.com
oipress@travelers.com
paronzon@milbank.com
patrick.oh@freshfields.com
patrick.potter@pillsburylaw.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.simmons@friedfrank.com
peter@bankrupt.com
phayden@mcguirewoods.com
pkizel@lowenstein.com
pmaxcy@sonnenschein.com
ppartee@hunton.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
raj11@optonline.net
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com

LEHMAN BROTHERS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| rfriedman@silvermanacampora.com | schristianson@buchalter.com |
| rgmason@wlrk.com | scott.koerner@snrdenton.com |
| rgraham@whitecase.com | scottshelley@quinnemanuel.com |
| rhett.campbell@tklaw.com | scousins@armstrongteasdale.com |
| rhs@mccallaraymer.com | sdnyecf@dor.mo.gov |
| richard.lear@hklaw.com | seba.kurian@invesco.com |
| richard.levy@lw.com | sehlers@armstrongteasdale.com |
| richard.tisdale@friedfrank.com | sfelderstein@ffwplaw.com |
| ritkin@steptoe.com | sfineman@lchb.com |
| rjones@boultcummings.com | sfox@mcguirewoods.com |
| rlevin@cravath.com | sgordon@cahill.com |
| rmatzat@hahnhessen.com | sgubner@ebg-law.com |
| rmcneill@potteranderson.com | shannon.nagle@friedfrank.com |
| rnetzer@willkie.com | sharbeck@sipc.org |
| rnies@wolffsamson.com | shari.leventhal@ny.frb.org |
| rnorton@hunton.com | shgross5@yahoo.com |
| robert.bailey@bnymellon.com | sidorsky@butzel.com |
| robert.dombroff@bingham.com | slerman@ebglaw.com |
| robert.hirsh@arentfox.com | slerner@ssd.com |
| robert.malone@dbr.com | sloden@diamondmccarthy.com |
| robert.yalen@usdoj.gov | smayerson@ssd.com |
| robin.keller@lovells.com | smillman@stroock.com |
| ronald.silverman@bingham.com | smulligan@bsblawyers.com |
| rreid@sheppardmullin.com | snewman@katskykorins.com |
| rroupinian@outtengolden.com | sory@fdlaw.com |
| rrussell@andrewskurth.com | spiotto@chapman.com |
| rterenzi@stcwlaw.com | splatzer@platzerlaw.com |
| russj4478@aol.com | sree@lcbf.com |
| rwasserman@cftc.gov | sscott@jaspanllp.com |
| rwyron@orrick.com | sselbst@herrick.com |
| rziegler@mayerbrown.com | sshimshak@paulweiss.com |
| s.minehan@aozorabank.co.jp | steele@lowenstein.com |
| sabin.willett@bingham.com | stephen.rimes@invesco.com |
| sabramowitz@velaw.com | steve.ginther@dor.mo.gov |
| sagolden@hhlaw.com | steven.troyer@commerzbank.com |
| sally.henry@skadden.com | steven.wilamowsky@bingham.com |
| sam.alberts@snrdenton.com | streusand@streusandlandon.com |
| sandyscafaria@eaton.com | stumbiolo@cravath.com |
| sara.tapinekis@cliffordchance.com | susan.schultz@newedgegroup.com |
| sarah.campbell@cliffordchance.com | susheelkirpalani@quinnemanuel.com |
| scargill@lowenstein.com | swolowitz@mayerbrown.com |
| schager@ssnyc.com | szuch@wiggin.com |
| schannej@pepperlaw.com | tannweiler@greerherz.com |
| schepis@pursuitpartners.com | tarbit@cftc.gov |
| schiffer@trilc.com | tbrock@ssbb.com |
| schnabel.eric@dorsey.com | tduffy@andersonkill.com |

LEHMAN BROTHERS INC.
EMAIL SERVICE LIST

tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas_noguerola@calpers.ca.gov
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tjmckenna@gaineyandmckenna.com
tkarcher@proskauer.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
wilten@hugheshubbard.com
wisotska@pepperlaw.com
wjd@dealysilberstein.com
wmarcari@ebglaw.com
woconnor@crowell.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermandevalerio.com
yamashiro@sumitomotrust.co.jp
zrosenbaum@lowenstein.com

**Additional Service List:**

ctrinko@trinko.com