**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re <br><br> LEHMAN BROTHERS INC., <br><br> Debtor. | Case No. 08-01420 (JMP) SIPA <br><br> Ref. Docket No. 7081 |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                                      ) ss.:
COUNTY OF NEW YORK  )

KERRY O'NEIL, being duly sworn, deposes and says:

1. I am employed as Noticing Supervisor by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 22, 2013, I caused to be served the "Seventeenth Application of Norton Rose Fulbright LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from May 1, 2013 Through July 30, 2013," dated August 21, 2013 [Docket No. 7081], by causing true and correct copies to be:

    i.   enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

    ii.  delivered via electronic mail to those parties listed on the annexed Exhibit B, and

    iii. delivered via facsimile mail to the party listed on the annexed Exhibit C.

3. .All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                         */s/ Kerry O'Neil*
Sworn to before me this                                                      Kerry O'Neil
22nd day of August
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBI\Affidavits\Norton Rose Seventeenth Fee App_DI 7081_AFF_8-22-13.doc

# EXHIBIT A

**INTERNAL REVENUE SERVICE**
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**OFFICE OF THE UNITED STATES TRUSTEE**
TRACY HOPE DAVIS, ELISABETTA G GASPARINI, ANDREA B SCHWARTZ
U.S. FEDERAL OFFICE BUILDING
201 VARICK STREET, SUITE 1006
NEW YORK, NY   10014

# EXHIBIT B

LEHMAN BROTHERS INC.
MASTER EMAIL SERVICE LIST

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
adoberman@profunds.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
alicia.chang@davispolk.com
alum@ftportfolios.com
amarder@msek.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
andrew.brozman@cliffordchance.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermandevalerio.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
aunger@sidley.com
austin.bankruptcy@publicans.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
benita.dryden@invesco.com
bguiney@pbwt.com
bmanne@tuckerlaw.com
bmiller@mofo.com
bmorag@cgsh.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bspector@jsslaw.com
btrust@mayerbrown.com
btupi@tuckerlaw.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cave@hugheshubbard.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cgoldstein@stcwlaw.com
cgrant@mayerbrown.com
chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@hoganlovells.com

Lehman Brothers Inc.
Master Email Service List

clynch@reedsmith.com
cmontgomery@salans.com
cmtb_lc11@chuomitsui.jp
cohenr@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@hinshawlaw.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcameron@stradley.com
dcimo@gjb-law.com
dcoffino@cov.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com

dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
dimassa@duanemorris.com
dirk.roberts@ots.treas.gov
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dladdin@agg.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dnolan@andersonkill.com
dodonnell@milbank.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshemano@pwkllp.com
dspelfogel@foley.com
dswan@mcguirewoods.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
eagel@bragarwexler.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efile@willaw.com
efleck@milbank.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehret-vanhorn@mbaum.com

Lehman Brothers Inc.
Master Email Service List

ekbergc@lanepowell.com
elevine@eisemanlevine.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emcguinn@elotinc.net
eobrien@sbchlaw.com
eric.johnson@hro.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
ethan@ethanbrecherlaw.com
evelyn.martinez@invesco.com
evelyn.rodriguez@dlapiper.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
fjacobson@sonnenschein.com
frank.white@agg.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gabriel.delvirginia@verizon.net
gbray@milbank.com
george_kielman@freddiemac.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glee@mofo.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
goldenberg@ssnyc.com
gpratt@joneswaldo.com
gravert@mwe.com
gspilsbury@jsslaw.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
heim.steve@dorsey.com
heiser@chapman.com
hestioko@ffwplaw.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hugh.hill@hoganlovells.com
igoldstein@proskauer.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.greene@hoganlovells.com
ira.herman@tklaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
james.warnot@linklaters.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jchristian@tobinlaw.com
jdrucker@coleschotz.com
jdwarner@warnerandscheuerman.com
jdyas@halperinlaw.net
jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us

LEHMAN BROTHERS INC.
MASTER EMAIL SERVICE LIST

| | |
|---|---|
| jfalgowski@reedsmith.com | jowen769@yahoo.com |
| jflaxer@golenbock.com | jpintarelli@mofo.com |
| jfreeberg@wfw.com | jporter@entwistle-law.com |
| jg5786@att.com | jprol@lowenstein.com |
| jgarrity@shearman.com | jrabinowitz@rltlawfirm.com |
| jgenovese@gjb-law.com | jrsmith@hunton.com |
| jgold@andersonkill.com | jschwartz@hahnhessen.com |
| jguy@orrick.com | jsheerin@mcguirewoods.com |
| jharbour@hunton.com | jsher@shertremonte.com |
| jherzog@gklaw.com | jshickich@riddellwilliams.com |
| jhiggins@fdlaw.com | jsmairo@pbnlaw.com |
| jhorgan@phxa.com | jstoll@mayerbrown.com |
| jhorwitt@zeislaw.com | jteitelbaum@tblawllp.com |
| jhuggett@margolisedelstein.com | jthoman@hodgsonruss.com |
| jibaru@nyc.rr.com | jtimko@shutts.com |
| jim@atkinslawfirm.com | judy.morse@crowedunlevy.com |
| jjtancredi@daypitney.com | jwallack@goulstonstorrs.com |
| jjureller@klestadt.com | jwang@sipc.org |
| jkehoe@ktmc.com | jwcohen@daypitney.com |
| jlamar@maynardcooper.com | jweiss@gibsondunn.com |
| jlawlor@wmd-law.com | jwest@velaw.com |
| jlee@foley.com | jwh@njlawfirm.com |
| jlevitan@proskauer.com | jwishnew@mofo.com |
| jlevitin@cahill.com | jyenzer@haincapital.com |
| jlipson@crockerkuno.com | k4.nomura@aozorabank.co.jp |
| jliu@proskauer.com | karen.wagner@dpw.com |
| jlovi@steptoe.com | kbeverly-graham@eisemanlevine.com |
| jlscott@reedsmith.com | kcaputo@sipc.org |
| jmaddock@mcguirewoods.com | kdwbankruptcydepartment@kelleydrye.com |
| jmazermarino@msek.com | keith.simon@lw.com |
| jmelko@gardere.com | ken.coleman@allenovery.com |
| jmerva@fult.com | ken.higman@hp.com |
| jmmurphy@stradley.com | kerry.moynihan@hro.com |
| jmr@msf-law.com | kgwynne@reedsmith.com |
| john.monaghan@hklaw.com | kiplok@hugheshubbard.com |
| john.rapisardi@cwt.com | kkelly@ebglaw.com |
| joli@crlpc.com | klyman@irell.com |
| jorbach@hahnhessen.com | kmayer@mccarter.com |
| joseph.cordaro@usdoj.gov | kobak@hugheshubbard.com |
| joshua.dorchak@bingham.com | kovskyd@pepperlaw.com |

Lehman Brothers Inc.
Master Email Service List

| | |
|---|---|
| kowens68@yahoo.com | mark.hellerer@pillsburylaw.com |
| kpiper@steptoe.com | mark.sherrill@sutherland.com |
| kressk@pepperlaw.com | martin.davis@ots.treas.gov |
| kreynolds@mklawnyc.com | marvin.clements@ag.tn.gov |
| krosen@lowenstein.com | masaki_konishi@noandt.com |
| kuehn@bragarwexler.com | matt@willaw.com |
| kurt.mayr@bgllp.com | matthew.dyer@prommis.com |
| lacyr@sullcrom.com | matthew.klepper@dlapiper.com |
| lal-shibib@andersonkill.com | maurice.horwitz@weil.com |
| landon@streusandlandon.com | mbeeler@cov.com |
| lathompson@co.sanmateo.ca.us | mberman@nixonpeabody.com |
| lawallf@pepperlaw.com | mbienenstock@proskauer.com |
| lberkoff@moritthock.com | mbossi@thompsoncoburn.com |
| lee.stremba@troutmansanders.com | mcademartori@sheppardmullin.com |
| lgranfield@cgsh.com | mcarney@mckoolsmith.com |
| lhandelsman@stroock.com | mcordone@stradley.com |
| linda.boyle@twtelecom.com | mcto@debevoise.com |
| linda.schoemaker@infospace.com | mdorval@stradley.com |
| lisa.kraidin@allenovery.com | meltzere@pepperlaw.com |
| ljkotler@duanemorris.com | metkin@lowenstein.com |
| lmarinuzzi@mofo.com | mfeldman@willkie.com |
| lmay@coleschotz.com | mgordon@briggs.com |
| lmcgowen@orrick.com | mgreger@allenmatkins.com |
| lml@ppgms.com | mhopkins@cov.com |
| lnashelsky@mofo.com | michael.frege@cms-hs.com |
| loizides@loizides.com | michele@willaw.com |
| lori.fife@weil.com | miller@taftlaw.com |
| lromansic@steptoe.com | mimi.m.wong@irscounsel.treas.gov |
| lscarcella@farrellfritz.com | mitchell.ayer@tklaw.com |
| lschweitzer@cgsh.com | mjacobs@pryorcashman.com |
| lsilverstein@potteranderson.com | mjedelman@vedderprice.com |
| lubell@hugheshubbard.com | mjr1@westchestergov.com |
| lwhidden@salans.com | mkjaer@winston.com |
| mabrams@willkie.com | mlahaie@akingump.com |
| maofiling@cgsh.com | mlandman@lcbf.com |
| maofiling@cgsh.com | mmendez@hunton.com |
| marc.chait@standardchartered.com | mmervis@proskauer.com |
| margolin@hugheshubbard.com | mmooney@deilylawfirm.com |
| mark.deveno@bingham.com | mmorreale@us.mufg.jp |
| mark.ellenberg@cwt.com | mneier@ibolaw.com |

Lehman Brothers Inc.
Master Email Service List

| | |
|---|---|
| monica.lawless@brookfieldproperties.com | phayden@mcguirewoods.com |
| mpage@kelleydrye.com | pkizel@lowenstein.com |
| mprimoff@kayescholer.com | pmaxcy@sonnenschein.com |
| mpucillo@bermandevalerio.com | ppartee@hunton.com |
| mrosenthal@gibsondunn.com | ppascuzzi@ffwplaw.com |
| mruetzel@frankfurt.whitecase.com | ppatterson@stradley.com |
| mruetzel@whitecase.com | psp@njlawfirm.com |
| mschimel@sju.edu | ptrostle@jenner.com |
| msegarra@mayerbrown.com | r.stahl@stahlzelloe.com |
| mshiner@tuckerlaw.com | raj.madan@bingham.com |
| msilberstein@dealysilberstein.com | raj11@optonline.net |
| mspeiser@stroock.com | rajohnson@akingump.com |
| mstamer@akingump.com | ramona.neal@hp.com |
| mtamasco@schnader.com | ranjit.mather@bnymellon.com |
| mvenditto@reedsmith.com | rdaversa@orrick.com |
| mwarren@mtb.com | relgidely@gjb-law.com |
| nasreen.bulos@dubaiic.com | rfleischer@pryorcashman.com |
| nathan.garnett@infospace.com | rfrankel@orrick.com |
| nathan.spatz@pillsburylaw.com | rfriedman@silvermanacampora.com |
| ncoco@mwe.com | rgmason@wlrk.com |
| neal.mann@oag.state.ny.us | rgraham@whitecase.com |
| ned.schodek@shearman.com | rhett.campbell@tklaw.com |
| newyork@sec.gov | rhs@mccallaraymer.com |
| nherman@morganlewis.com | richard.lear@hklaw.com |
| nissay_10259-0154@mhmjapan.com | richard.levy@lw.com |
| nlepore@schnader.com | richard.tisdale@friedfrank.com |
| notice@bkcylaw.com | ritkin@steptoe.com |
| nrosenbaum@mofo.com | rjones@boultcummings.com |
| oipress@travelers.com | rlevin@cravath.com |
| paronzon@milbank.com | rmatzat@hahnhessen.com |
| patrick.oh@freshfields.com | rmcneill@potteranderson.com |
| patrick.potter@pillsburylaw.com | rnetzer@willkie.com |
| paul.turner@sutherland.com | rnies@wolffsamson.com |
| pbattista@gjb-law.com | rnorton@hunton.com |
| pbosswick@ssbb.com | robert.bailey@bnymellon.com |
| pdublin@akingump.com | robert.dombroff@bingham.com |
| peisenberg@lockelord.com | robert.hirsh@arentfox.com |
| peter.gilhuly@lw.com | robert.malone@dbr.com |
| peter.simmons@friedfrank.com | robert.yalen@usdoj.gov |
| peter@bankrupt.com | robin.keller@lovells.com |

Lehman Brothers Inc.
Master Email Service List

ronald.silverman@bingham.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
rziegler@mayerbrown.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
sally.henry@skadden.com
sam.alberts@snrdenton.com
sandyscafaria@eaton.com
sara.tapinekis@cliffordchance.com
sarah.campbell@cliffordchance.com
scargill@lowenstein.com
schager@ssnyc.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schiffer@trilc.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
scott.koerner@snrdenton.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
seba.kurian@invesco.com
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com

sidorsky@butzel.com
slerman@ebglaw.com
slerner@ssd.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
sree@lcbf.com
sscott@jaspanllp.com
sselbst@herrick.com
sshimshak@paulweiss.com
steele@lowenstein.com
stephen.rimes@invesco.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.wilamowsky@bingham.com
streusand@streusandlandon.com
stumbiolo@cravath.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@andersonkill.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas_noguerola@calpers.ca.gov
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tjmckenna@gaineyandmckenna.com
tkarcher@proskauer.com
tkiriakos@mayerbrown.com

Lehman Brothers Inc.
Master Email Service List

tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
wilten@hugheshubbard.com
wisotska@pepperlaw.com
wjd@dealysilberstein.com
wmarcari@ebglaw.com
woconnor@crowell.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermandevalerio.com
yamashiro@sumitomotrust.co.jp
zrosenbaum@lowenstein.com

**EXHIBIT C**

LEHMAN BROTHERS INC.
MASTER SERVICE FAX LIST

**OFFICE OF THE US TRUSTEE**
ATTN: ANDREW D VELEZ-RIVERA
(212) 668-2255