HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>    LEHMAN BROTHERS INC.,<br><br>                                  Debtor. | Case No. 08-01420 (JMP) SIPA |

**NOTICE OF WITHDRAWAL OF TRUSTEE'S ONE HUNDRED FOURTH
OMNIBUS OBJECTION TO GENERAL CREDITOR CLAIMS
(NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that James W. Giddens (the "Trustee"), as Trustee for the liquidation of the business of Lehman Brothers Inc., is withdrawing without prejudice the One Hundred Fourth Omnibus Objection to General Creditor Claims (No Liability Claims) (the "Objection," ECF No.6768) solely with respect to the claims listed on Exhibit A annexed hereto. Claim Nos. 5686, 5671, and 7002006 have been withdrawn by the respective claimants and thus, the Objection with respect to these claims is now moot.

Dated: New York, New York
August 22, 2013

HUGHES HUBBARD & REED LLP

/s/ Jeffrey S. Margolin
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin
Meaghan C. Gragg
One Battery Park Plaza
New York, New York 10004
Telephone:  (212) 837-6000
Facsimile:  (212) 422-4726
Email:  kobak@hugheshubbard.com

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of
Lehman Brothers Inc.

# EXHIBIT A

### Claims for Which the Trustee's One Hundred Fourth Omnibus Objection to General Creditor Claims (No Liability Claims) Is Withdrawn Without Prejudice

| Claimant Name | Claim Number |
|---|---|
| EDWARD D. JONES & CO., L.P. | 5686 |
| SCOTT & STRINGFELLOW, LLC | 5671 |
| SMH CAPITAL INC. | 7002006 |