WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
                                    :

**In re**                                  :        **Chapter 11 Case No.**

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :        **08-13555 (JMP)**

                    **Debtors.**            :        **(Jointly Administered)**

---------------------------------------------------------------------x

**MONTHLY REPORT OF ASSETS DISPOSED OF PURSUANT**
**TO THE** *DE MINIMIS* **ASSET SALE OR ABANDONMENT PROCEDURES**

In compliance with the Order Pursuant to Sections 105, 363, and 554(a) of the Bankruptcy Code Establishing Procedures for *De Minimis* Asset Sales and Abandonments entered by the United States Bankruptcy Court for the Southern District of New York on June 17, 2009 [Docket No. 4021], the above-captioned debtors and debtors in possession have disposed of the assets described on Exhibit A (sales) and Exhibit B (abandonments) attached hereto following notice to the Interested Parties[1] and

---

[1] Capitalized terms that are used but not defined herein shall have the meanings ascribed to them in the Sale and Abandonment Order.

the expiration of the applicable Notice Period without objection by an Interested Party.

Dated: February 12, 2010
New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# Exhibit A

(Schedule of Assets Disposed of Pursuant to the *De Minimis* Sale Procedures)

| Description of the Asset | Location of the Asset | Purchaser | Relationship Between Purchaser and the Debtors | Lien or Encumbrance Holders | Terms and Conditions of the Noticed *De Minimis* Sale |
|---|---|---|---|---|---|
| Residential Real Property | 10003 South Lanke Vista Circle, Ft. Lauderdale, Fl. | Steven Todd | none | none | $615,000.00 |
| Residential Real Property | 15945 Voyageurs Place, Wellington, Fl. | Ghislaine Morisseau | none | none | $310,000.00 |
| Residential Real Property | 519 Macon Street, Brooklyn, NY | Darren Cox | none | none | $425,000.00 |
| Residential Real Property | 3 North Hill Drive, Lynnfield, Ma. | Mark A. Bailey | none | none | $800,000.00 |

## **Exhibit B**

(Schedule of Assets Disposed of Pursuant to the *De Minimis* Abandonment Procedures)

| Description of the Assets | Inventory | Reason for the Abandonment | Parties to Whom the Assets Were Abandoned |
|---|---|---|---|
| Backpack - Black | 44 | These assets were stored at a warehouse at a cost to the Debtors' estates of $4,000 per month. The Debtors had originally hoped to monetize these assets through sales to the public. These efforts, however, were largely unsuccessful. | These assets were distributed among he Metropolitan Council on Jewish Poverty, The American National Red Cross, and The Salvation Army. |
| Backpack - Black Nylon | 142 | | |
| Backpack - Cinch Green | 164 | | |
| Barrington Captain's Bag - Custom Lining | 73 | | |
| Black Backpack w/ Mesh Sides | 33 | | |
| Black Cinch Sak | 60 | | |
| Briefcase - Black Nylon | 138 | | |
| Briefcase - Green Nylon | 46 | | |
| Canvas Weekender - Black | 84 | | |
| Duffle - Ballistic Duffle Bag - Black | 565 | | |
| Duffle - Barrel Duffle with Logo Ribbon Straps (Green/Blue) | 441 | | |
| Duffle - Black Packable Duffle | 27 | | |
| Duffle - Canvas Duffle Bag - Blue/Green | 296 | | |
| Duffle - Canvas Duffle Bag - Green - Lehman Ribbon - Round Ends | 695 | | |
| Duffle - Gemline Black Duffle | 20 | | |
| Duffle - Green Nylon Duffle Bag - L | 163 | | |
| Duffle - Green Nylon Duffle Bag - S | 1384 | | |
| Duffle - Main Street Duffle / Green Accents | 270 | | |
| Duffle - Navy Blue Barrel Duffle w/Logo Ribbon Straps | 107 | | |
| Duffle - Neotech Black Duffle | 364 | | |
| Duffle - Ballistic Duffle Bag - Black w/ Gray Trim | 117 | | |
| Messenger Bag - Black | 197 | | |
| Swiss Army Laptop Carrier | 343 | | |
| Tote - Canvas Tote Bag - Natural - Green Bottom | 558 | | |
| Tote - Conference Tote | 2765 | | |
| Tote - Executive Sports Tote - Natural w/ Ribbon Tie | 65 | | |
| ~~Tote - Green Tote Bag - Blue~~ | ~~290~~ | | |

| | | | |
|---|---|---|---|
| Bottom - Leather Handle | | | |
| Tote - Hampton Tote | 143 | | |
| Tote - Harbour Tote | 216 | | |
| Tote - Lands End Zip Top Tote | 20 | | |
| Tote - Natural Tote Bag - Green Bottom - Leather Handle | 436 | | |
| Tote - Natural Tote Bag - Green Handle - Pocket | 645 | | |
| Tote - Park Avenue Tote | 249 | | |
| Tote - Ribbon Tote | 805 | | |
| Tote - Scarsdale Tote with Plaid Lining | 298 | | |
| Tote - Sprint Tote | 247 | | |
| Tote - Square Sports Tote | 19 | | |
| Tote - Suede Shopper Tote | 753 | | |
| Tote - Urban Passage Tote | 702 | | |
| Vineyard Vines Tote with LEH Blue Ribbon | 19 | | |
| Vineyard Vines Tote with LEH Light Green Ribbon | 11 | | |
| Mini Maglite | 8 | | |
| Mini Speakers | 200 | | |
| Adidas Black Golf Windvest - L | 49 | | |
| Adidas Black Golf Windvest - M | 3 | | |
| Adidas Black Golf Windvest - XXL | 9 | | |
| Charles River - Fleece - Black L | 50 | | |
| Charles River - Fleece - Black M | 25 | | |
| Charles River - Fleece - Black XL | 74 | | |
| Charles River - Fleece - Black XXL | 38 | | |
| Charles River - Fleece - Black/Grey L | 49 | | |
| Charles River - Fleece - Black/Grey M | 6 | | |
| Charles River - Fleece - Black/Grey XL | 115 | | |
| Charles River - Fleece - Black/Grey XXL | 10 | | |
| F&G Black Merino V-Neck Vest - L | 40 | | |

| | |
|---|---|
| F&G Black Merino V-Neck Vest - M | 7 |
| F&G Black Merino V-Neck Vest - XL | 49 |
| F&G Black Merino V-Neck Vest - XXL | 5 |
| Lands End Therma Chek Fleece Blue - L | 49 |
| Lands End Therma Chek Fleece Blue - M | 7 |
| Lands End Therma Chek Fleece Blue - XL | 46 |
| Lands End Therma Chek Fleece Blue - XXL | 44 |
| NEJ Fleece - L | 187 |
| NEJ Fleece - M | 219 |
| NEJ Fleece - XL | 220 |
| Poncho - Charles River Pacific Navy Poncho | 722 |
| Poncho - Green | 409 |
| Poncho - Rain Mac | 261 |
| Adidas Black Golf Windvest - XL | 93 |
| American Design Enduro Cool Golf Shirt - L | 15 |
| American Design Enduro Cool Golf Shirt - M | 2 |
| American Design Enduro Cool Golf Shirt - XL | 12 |
| American Design Enduro Cool Golf Shirt - XXL | 5 |
| American Design Golf Shirt - Green - M | 6 |
| American Design Golf Shirt - Green - L | 13 |
| American Design Golf Shirt - Green - XL | 4 |
| Ashworth Golf Shirt White - L | 84 |
| Ashworth Golf Shirt White - M | 41 |
| Ashworth Golf Shirt White - S | 18 |
| Ashworth Golf Shirt White - XL | 100 |
| Ashworth Golf Shirt White - XXL | 74 |
| Cutter & Buck Golf Shirt - Hunter Green S | 51 |
| ~~Cutter & Buck Golf Shirt -~~ | ~~189~~ |

| | | | |
|---|---|---|---|
| Hunter Green L | | | |
| Cutter & Buck Golf Shirt - Hunter Green M | 141 | | |
| Cutter & Buck Golf Shirt - Hunter Green XL | 98 | | |
| Cutter & Buck Golf Shirt - Hunter Green XXL | 65 | | |
| Cutter & Buck Golf Shirt - Hunter Green XXXL | 2 | | |
| Fairway & Greene Solid Lisle Shirt - Green - L | 140 | | |
| Fairway & Greene Solid Lisle Shirt - Green - M | 36 | | |
| Fairway & Greene Solid Lisle Shirt - Green - Small | 4 | | |
| Fairway & Greene Solid Lisle Shirt - Green - XL | 141 | | |
| Fairway & Greene Solid Lisle Shirt - Green - XXL | 8 | | |
| Fairway & Greene Solid Lisle Shirt - White - L | 133 | | |
| Fairway & Greene Solid Lisle Shirt - White - M | 78 | | |
| Fairway & Greene Solid Lisle Shirt - White - S | 24 | | |
| Fairway & Greene Solid Lisle Shirt - White - XL | 43 | | |
| Fairway & Greene Solid Lisle Shirt - White - XXL | 44 | | |
| Fairway & Greene Solid Lisle Shirt - White - XXXL | 3 | | |
| Long Sleeved T-Shirt - Gray - M | 49 | | |
| Long Sleeved T-Shirt - Gray - L | 22 | | |
| Long Sleeved T-Shirt - Gray - S | 41 | | |
| Long Sleeved T-Shirt - Gray - XL | 87 | | |
| Long Sleeved T-Shirt - White - L | 147 | | |
| Long Sleeved T-Shirt - White - M | 136 | | |
| Long Sleeved T-Shirt - White - XL | 183 | | |
| Long Sleeved T-Shirt - White - XXL | 73 | | |
| Short Sleeved T-Shirt - Gray - L | 296 | | |

08-13555-mg    Doc 7087    Filed 02/12/10    Entered 02/12/10 12:22:12    Main Document
Pg 8 of 11

| | | | |
|---|---|---|---|
| Short Sleeved T-Shirt - Gray - XL | 231 | | |
| Short Sleeved T-Shirt - Gray - XXL | 64 | | |
| Short Sleeved T-Shirt - Gray - XXXL | 52 | | |
| Short Sleeved T-Shirt - Green - XXL | 18 | | |
| Short Sleeved T-Shirt - Green L | 597 | | |
| Short Sleeved T-Shirt - Green M | 55 | | |
| Short Sleeved T-Shirt - Green S | 209 | | |
| Short Sleeved T-Shirt - Green XL | 77 | | |
| Short Sleeved T-Shirt - White w/ Gray Logo - XL | 165 | | |
| Short Sleeved T-Shirt - White w/ Green Logo - L | 85 | | |
| Short Sleeved T-Shirt - White w/ Green Logo - M | 92 | | |
| Short Sleeved T-Shirt - White w/ Green Logo - S | 16 | | |
| Short Sleeved T-Shirt - White w/ Green Logo - XL | 225 | | |
| Short Sleeved T-Shirt - White w/ Green Logo - XXL | 13 | | |
| Deep Forest Hooded Sweatshirt - XL | 15 | | |
| Light Steel Hooded Sweatshirt - XL | 26 | | |
| Light Steel Hooded Sweatshirt - XXL | 4 | | |
| Vineyard Vines LEH Light Blue Tie | 12 | | |
| Vineyard Vines LEH Light Green Tie | 55 | | |
| Vineyard Vines LEH Yellow Tie | 1 | | |
| Vineyard Vines Tote with LEH Light Blue Ribbon | 105 | | |
| Baby Barbell Rattle | 23 | | |
| Baby Light Blue Baseball Hat | 129 | | |
| Baby Pink Baseball Hat | 88 | | |
| Barrington Leather Snap Frame - Black 4 x 6 | 60 | | |
| Barrington Leather Snap Frames 4 x 6 TAN | 39 | | |

| | | | |
|---|---|---|---|
| Barrington Money Clip | 9 | | |
| Baseball Hat - Dark Green w/Lime Green under Brim | 15 | | |
| Baseball Hat - Khaki w/Dark Green under Brim | 141 | | |
| Baseball Hat - White w/Light Blue Under Brim | 1083 | | |
| Binoculars - Bushnell | 18 | | |
| Book - China Inc | 90 | | |
| Book - Little Black Book of Wine | 699 | | |
| Book - Modern Contemporary Art | 8 | | |
| Book - One Billion Customers | 89 | | |
| Book - PLANE IMAGE: A Brice Marden Retrospect | 45 | | |
| Book - Theory of Financial Risk and Derivative Pricing | 12 | | |
| Boxed Wine Accessories | 96 | | |
| Coaster - Diamond Shape Cork | 1500 | | |
| Frame - Brown Leather Frame - 5 x 7 | 28 | | |
| Golf Ball - Pinnacle Golf Ball - Thank you Set | 215 | | |
| Gordon Sinclair Tumbler | 173 | | |
| Lady Clare Tray | 395 | | |
| Lands End Half Apron | 144 | | |
| Lands End Stadium Blanket | 42 | | |
| LB - Golf Shoe Bag Kit - USA | 66 | | |
| Lehman Coffee Mug Bistro - White | 52 | | |
| Links of London Silver Box - No Logo | 64 | | |
| Links of London Silver Puzzle | 72 | | |
| Luggage Tag - White Plastic | 280 | | |
| New England Patriots Baseball Hat-Navy | 19 | | |
| New England Patriots Baseball Hat-Red | 20 | | |
| Silver Foil Place Cards (100/pk) | 6200 | | |
| Silver Tangle | 388 | | |
| Ski Pass Pouch | 27 | | |
| Stress Ball - Green Embossed | 3375 | | |
| Stress Ball - DNA | 3625 | | |
| Stress Ball - Green | 3150 | | |

| | | | |
|---|---|---|---|
| Tool Kit | 89 | | |
| Troika Aluminum LED Flash Light | 29 | | |
| Troika On Time Desk Clock | 72 | | |
| Umbrella - Green Compact Golf | 160 | | |
| Umbrella - Long Vented | 32 | | |
| Umbrella - Ribbon Logo | 26 | | |
| Waterford Marquis Traviso Crystal Clock | 47 | | |
| Barrington Black Leather Folding Jotter | 9 | | |
| Barrington Card Holder | 10 | | |
| Barrington Correspondent | 9 | | |
| Barrington Jr Snap Portfolio | 96 | | |
| Barrington Junior Book Jacket | 19 | | |
| Barrington Junior Portfolio - Black | 14 | | |
| Barrington Large Portfolio - Black | 39 | | |
| Barrington Leather Passport Case | 5 | | |
| Conference Pen - Lehman | 591 | | |
| Corporate Pocket Jotter | 92 | | |
| Graphic Image Writing Journal | 356 | | |
| Hunter Green Leather Envelope | 200 | | |
| LB Mini Notebook | 123 | | |
| Links of London - Portfolio | 18 | | |
| Notepad Box - Canvas - Green | 33 | | |
| Paperweight - Chancellor Paperweight | 5 | | |
| Paperweight - Raika Leather Paperweight | 5 | | |
| Portfolio - Green Nylon | 35 | | |
| Swiss Army Pen | 16 | | |
| Baby - Lehman Onesie | 20 | | |
| Lehman Nerf Football | 106 | | |
| N1 Nerf Football | 85 | | |
| Stix & Stonz Magnet Game | 900 | | |
| Teddy Bear - Boy | 5 | | |
| Teddy Bear - Girl | 98 | | |
| Vineyard Vines LEH Light Blue Sash | 6 | | |
| Women's F&G Stretch Snap Shirt - Blue - XL | 1 | | |
| Vineyard Vines LEH Navy | 47 | | |

| | | | |
|---|---|---|---|
| Sash | | | |
| Vineyard Vines LEH Pink Sash | 43 | | |
| Vineyard Vines LEH Red Sash | 28 | | |
| Women's F&G Stretch Snap Shirt - Blue - L | 14 | | |
| Women's F&G Stretch Snap Shirt - Blue - M | 12 | | |
| Women's F&G Stretch Snap Shirt - Blue - S | 12 | | |