UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                           :
                                                                :    Chapter 11
                                                                :
LEHMAN BROTHERS HOLDING, *et al.*,    :    Case No.: 08-13555 (JMP)
                                                                :
                              Debtors.              :    (Jointly Administered)
                                                                :
------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF APPEARANCE
### AND REQUEST FOR REMOVAL FROM ECF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby withdraws its appearance in this case on behalf of PT Bank Negara Indonesia (Pesero), Tbk. ("BNI") and requests that BNI be removed from the Court's mailing matrix on ECF and any other service list in this case. BNI is represented by other counsel in this matter.

Dated: February 11, 2010
       New York, New York

_____
Yolanda Kanes
Tannenbaum Helpern
Syracuse & Hirschtritt LLP
900 Third Avenue – 13th Floor
New York, NY 10022
(212) 508-6700
kanes@thshlaw.com