Hearing Date and Time:  October 24, 2013 at 10:00 a.m. (Prevailing Eastern Time)
Response Date and Time:  September 12, 2013 at 4:00 p.m. (Prevailing Eastern Time)

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.  PARTIES RECEIVING THIS NOTICE OF THE TRUSTEE'S ONE HUNDRED TWENTY-EIGHTH OMNIBUS OBJECTION TO GENERAL CREDITOR CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT THE TRUSTEE'S COUNSEL, STUART MITCHELL, ESQ., AT (212) 837-6809.**

---

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone:  (212) 837-6000
Facsimile:  (212) 422-4726

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS INC.,<br><br>Debtor. | Case No. 08-01420 (JMP) SIPA |

**NOTICE OF HEARING ON THE TRUSTEE'S ONE HUNDRED TWENTY-EIGHTH OMNIBUS OBJECTION TO GENERAL CREDITOR CLAIMS**
**(NON-LBI EMPLOYEE CLAIMS)**

    **PLEASE TAKE NOTICE** that on August 22, 2013, James W. Giddens (the "Trustee"), as trustee for the liquidation of the business of Lehman Brothers Inc. (the "Debtor" or "LBI"), under the Securities Investor Protection Act of 1970, as amended, 15 U.S.C. §§ 78aaa *et seq.* ("SIPA"), by and through his undersigned counsel, filed his one hundred twenty-eighth omnibus objection to general creditor claims (the "One Hundred Twenty-Eighth Omnibus

Objection to General Creditor Claims"), and that a hearing to consider the Trustee's One

Hundred Twenty-Eighth Omnibus Objection to General Creditor Claims will be held before the

Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy

Court, Alexander Hamilton Customs House, Courtroom 601, One Bowling Green, New York,

New York 10004 (the "Bankruptcy Court"), on **October 24, 2013 at 10:00 a.m. (Prevailing**

**Eastern Time)** (the "Hearing").

        **PLEASE TAKE FURTHER NOTICE** that responses, if any, to entry of the

order must (i) be in writing; (ii) state the name and address of the responding party and nature of

the claim or interest of such party; (iii) state with particularity the legal and factual bases of such

response; (iv) conform to the Federal Rules of Bankruptcy Procedure and Local Bankruptcy

Rules; (v) be filed with the Bankruptcy Court, together with proof of service, electronically, in

accordance with General Order M-399 by registered users of the Court's Electronic Case Filing

system, and by all other parties in interest, on a 3.5 inch disk, compact disk, or flash drive,

preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word

processing format no later than **September 12, 2013 at 4:00 p.m. (Prevailing Eastern Time)**

(the "Response Deadline"); and (vi) be served on (a) Hughes Hubbard & Reed LLP, One Battery

Park Plaza, New York, New York, 10004, Attn: Meaghan C. Gragg, Esq.; (b) Securities Investor

Protection Corporation, 805 Fifteenth Street, N.W., Suite 800, Washington, DC 20005, Attn:

Kenneth J. Caputo, Esq.; and (c) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York,

New York 10153, Attn: Maurice Horwitz, Esq. and Lori R. Fife, Esq., with a courtesy copy to

the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York

10004, Courtroom 601.

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and served

with respect to the Trustee's One Hundred Twenty-Eighth Omnibus Objection to General

Creditor Claims or any claim set forth thereon, the Trustee may, on or after the Response

Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed

order annexed to the Trustee's One Hundred Twenty-Eighth Omnibus Objection to General

Creditor Claims, which may be entered with no further notice or opportunity to be heard offered

to any party.

Dated: New York, New York
       August 22, 2013

                                            HUGHES HUBBARD & REED LLP

                                            By: /s/  James B. Kobak, Jr.
                                            James B. Kobak, Jr.
                                            Christopher K. Kiplok
                                            Meaghan C. Gragg
                                            Karen M. Chau
                                            One Battery Park Plaza
                                            New York, New York 10004
                                            Telephone:  (212) 837-6000
                                            Facsimile:  (212) 422-4726
                                            Email:  kobak@hugheshubbard.com

                                            Attorneys for James W. Giddens,
                                            Trustee for the SIPA Liquidation of
                                            Lehman Brothers Inc.
                                                    .

Hearing Date and Time:  October 24, 2013 at 10:00 a.m. (Prevailing Eastern Time)
Response Date and Time:  September 12, 2013 at 4:00 p.m. (Prevailing Eastern Time)

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>              LEHMAN BROTHERS INC.,<br><br>                             Debtor. | Case No.  08-01420 (JMP) |

**THE TRUSTEE'S ONE HUNDRED TWENTY-EIGHTH OMNIBUS OBJECTION TO**
**GENERAL CREDITOR CLAIMS (NON-LBI EMPLOYEE CLAIMS)**

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED
PROOFS OF CLAIM.  PARTIES RECEIVING THIS ONE HUNDRED TWENTY-
EIGHTH OMNIBUS OBJECTION TO GENERAL CREDITOR CLAIMS SHOULD
REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR
CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE
EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER
THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT THE TRUSTEE'S COUNSEL,
STUART MITCHELL, ESQ., AT (212) 837-6809.**

TO THE HONORABLE JAMES M. PECK,
UNITED STATES BANKRUPTCY JUDGE:

James W. Giddens (the "Trustee"), as Trustee for the liquidation of the business of

Lehman Brothers Inc. ("LBI") under the Securities Investor Protection Act of 1970 as amended,

15 U.S.C. §§ 78aaa *et seq*. ("SIPA"),[1] by and through his undersigned counsel, respectfully

represents as follows:

## **RELIEF REQUESTED**

1.      The Trustee files this one hundred twenty-eighth omnibus objection to general

creditor claims (the "One Hundred Twenty-Eighth Omnibus Objection to General Creditor

Claims") pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy

Code"), as made applicable to this proceeding pursuant to sections 78fff(b) and 78fff-1(a) of

SIPA, Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"),

and this Court's order approving procedures for the filing of omnibus objections to proofs of

claim filed in this SIPA proceeding (the "General Creditor Claim Objection Procedures Order,"

ECF No. 5441), seeking disallowance and expungement of the claims listed on Exhibit A

annexed hereto.  The Trustee's proposed order (the "Proposed Order") is annexed hereto as

Exhibit C.

2.      The proofs of claim identified on Exhibit A (collectively, the "Non-LBI

Employee Claims"), are claims by former employees of the debtors in the Chapter 11

proceedings of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated Debtors (respectively,

the "Chapter 11 Debtors" and the "Chapter 11 Proceeding") seeking compensation including, but

---

1.   For convenience, subsequent references to SIPA will omit "15 U.S.C."

not limited to, wages, severance, and accrued vacation (the "Claimed Compensation").  None of

the claimants listed on the Non-LBI Employee Claims (the "Non-LBI Employees") were

employed by LBI during the periods for which the Non-LBI Employees seek Claimed

Compensation.[2]

3.         Therefore, the Trustee respectfully requests that each of the Non-LBI Employee

Claims be disallowed and expunged in their entirety from LBI's claims register.

## JURISDICTION

4.         Following removal to this Court for all purposes as required for SIPA cases by

section 78eee(b)(4) of SIPA, this Court has "all of the jurisdiction, powers, and duties conferred

by [SIPA] upon the court to which the application for the issuances of the protective decree was

made."  15 U.S.C. § 78eee(b)(4).

5.         Venue is proper in this Court pursuant to SIPA section 78eee(a)(3) and 15 U.S.C.

section 78aa.

## BACKGROUND

6.         On September 19, 2008 (the "Filing Date"), the Honorable Gerard E. Lynch,

United States District Court, Southern District of New York, entered the Order Commencing

Liquidation of LBI (the "LBI Liquidation Order," ECF. No. 1) pursuant to the provisions of

SIPA in the case captioned *Securities Investor Protection Corporation v. Lehman Brothers Inc.*,

Case No. 08-CIV-8119 (GEL).  The LBI Liquidation Order, *inter alia*, (i) appointed the Trustee

for the liquidation of the business of LBI pursuant to section 78eee(b)(3) of SIPA; and (ii)

---

2.    Each of the Non-LBI Employees was instead employed by one of the Chapter 11 Debtors.  Accordingly, the
Non-LBI Employees have filed claims in the Chapter 11 Proceeding which are substantively duplicative, in
whole or in part, of each of the Non-LBI Employee Claims (the "Duplicative Chapter 11 Claims").  Each of the
Duplicative Chapter 11 Claims has been allowed in the Chapter 11 Proceeding.

removed the case to this Court for all purposes as required for SIPA cases by section 78eee(b)(4)

of SIPA, in the case captioned *In re Lehman Brothers Inc.*, Case No. 08-01420 (JMP) (the "SIPA

Proceeding").

7.      On November 7, 2008, the Court entered the Order Approving Form and Manner

of Publication and Mailing of Notice of Commencement; Specifying Procedures and Forms for

Filing, Determination, and Adjudication of Claims; Fixing a Meeting of Customers and Other

Creditors; and Fixing Interim Reporting Pursuant to SIPA (the "Customer Claims Process

Order," ECF No. 241).  Beginning on December 1, 2008, consistent with SIPA section 78fff-

2(a)(1), the Trustee mailed more than 905,000 claims packages with filing information to former

LBI customers and other potential claimants (the "Claims Process Notice") and posted claims

filing information on the Trustee's website (www.lehmantrustee.com) and SIPC's website

(www.sipc.org).  The Trustee also published notice of the claims process in The New York

Times, The Wall Street Journal and The Financial Times.

8.      Pursuant to SIPA section 78fff-2(a)(3) and the Customer Claims Process Order,

customer claims seeking maximum protection under SIPA must have been received by the

Trustee on or before January 30, 2009.  All customer claims and general creditor claims must

have been received by the Trustee by June 1, 2009 and no claims of any kind will be allowed

unless received by the Trustee on or before June 1, 2009.  A copy of the LBI Customer Claims

Process Order was made publically available at www.lehmantrustee.com.  The Trustee's website

allowed claimants filing electronically to upload documents as part of their claim submission and

thereby comply with the instructions to include supporting documentation set forth in the Proof

of Claim.

9.      In accordance with the Customer Claims Process Order, in cases where the Trustee denied a claim for protection as a customer and converted the claim to a general creditor claim, the Trustee notified the claimant consistent with the procedures set forth in the Customer Claims Process Order.  The claimant was afforded the opportunity to object and have the matter heard by the Court if the claimant was aggrieved by the Trustee's denial of customer treatment and conversion of the claim to a general creditor claim.  If a claimant did not object to the Trustee's conversion of the claim consistent with the procedures set forth in the Customer Claims Process Order, the Trustee's conversion of the claim to a general creditor claim became final.  No determination was made as to the validity or allowed amount of such converted and reclassified claims.

10.     On November 15, 2012, the Court entered the Procedures Order, which authorizes the Trustee, among other things, to file omnibus objections to no more than 200 claims against the general estate at a time, on various grounds, including the grounds that the claims subject to the omnibus objection seek recovery of amounts for which LBI is not liable.

## THE NON-LBI EMPLOYEE CLAIMS SHOULD BE DISALLOWED AND EXPUNGED

11.     A filed proof of claim is "deemed allowed, unless a party in interest . . . objects." 11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  *See In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No. 02-41729 (REG), 2007 Bankr. LEXIS 660, at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).  Moreover, section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a claim may not be allowed to

5

the extent that "such claim is unenforceable against the debtor and property of the debtor, under any agreement or applicable law."  11 U.S.C. § 502(b)(1).

12.     Based on analysis by the Trustee's counsel of each of the general creditor proofs of claim (the "Proofs of Claim") listed in Exhibit A, including the terms of any employment contracts attached to the proofs of claim filed in connection with the Proofs of Claim, certain information from the LBI general claims register as maintained by the Trustee's claims agent, and records of the LBI estate, as further described in the declaration of Jacob H. Gartman, an associate at Hughes Hubbard & Reed LLP, annexed hereto as Exhibit B (the "Gartman Declaration"), the Trustee has identified the Non-LBI Employee Claims listed on Exhibit A as claims for which LBI is not liable, as the Non-LBI Employees were not employed by LBI during the periods in which the Claimed Compensation was awarded or earned.[3]

13.     A claim against a Lehman entity other than LBI does not result in a claim against, or a right to payment from, LBI.  Neither LBI's records nor the Non-LBI Employee Claims themselves establish any ground for liability on the part of LBI for the Non-LBI Employee Claims.  If the Non-LBI Employee Claims remain on the claims register, the potential exists for recoveries by parties who do not hold valid claims against the LBI Estate.  Thus, the Trustee requests that the Court enter an order disallowing and expunging in their entirety the Non-LBI Employee Claims listed on Exhibit A.

---

3.   Instead, as discussed above in footnote 2,  each of the Non-LBI Employees was employed by one of the Chapter 11 Debtors.  The Non-LBI Employees have filed claims duplicative of each of the Non-LBI Employee Claims in the Chapter 11 Proceeding, and each of these Duplicative Chapter 11 Claims has been allowed in the Chapter 11 Proceeding.  *See* Gartman Declaration ¶ 5.

## RESERVATION OF RIGHTS

14.     The Trustee reserves all rights to object on any other basis to any Non-LBI

Employee Claim or any portion of any Non-LBI Employee Claim for which the Court does not

grant the relief requested herein.

## NOTICE

15.     Notice of this One Hundred Twenty-Eighth Objection to General Creditor Claims

has been provided to (i) each claimant listed on Exhibit A via overnight mail; and (ii) the list of

parties requesting notice of pleadings in accordance with the Court's Amended Order Pursuant to

Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing

Certain Notice and Case Management Procedures and Related Relief entered by the Court on

July 13, 2010 (ECF No. 3466), and will be immediately available for inspection upon filing with

the Court at the Trustee's website, www.lehmantrustee.com.  The Trustee submits that no other

or further notice need be provided.

## NO PRIOR RELIEF REQUESTED

16.     No previous request for the relief requested herein has been made by the Trustee

to this or any other Court.

## CONCLUSION

For the reasons stated herein, the Trustee respectfully requests entry of an order granting the relief requested herein and such other and further relief as is just.

Dated:    New York, New York
         August 22, 2013

                         HUGHES HUBBARD & REED LLP

                         /s/ James B. Kobak, Jr.
                         James B. Kobak, Jr.
                         Christopher K. Kiplok
                         Meaghan C. Gragg
                         Karen M. Chau
                         One Battery Park Plaza
                         New York, New York 10004
                         Telephone:  (212) 837-6000
                         Facsimile:  (212) 422-4726
                         Email:  kobak@hugheshubbard.com


                         Attorneys for James W. Giddens,
                         Trustee for the SIPA Liquidation of
                         Lehman Brothers Inc.

**EXHIBIT A**

# IN RE LEHMAN BROTHERS INC., CASE NO: 08-01420 (JMP) SIPA

## ONE HUNDRED TWENTY-EIGHTH OMNIBUS OBJECTION: EXHIBIT A – NON-LBI EMPLOYEE CLAIMS

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 1 | ALLEN, MARCIA M<br>362 THIRD STREET<br>JERSEY CITY, NJ  07302 | 7001034 | 1/30/2009 | $36,140.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI.  THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 2 | ARNO, ALEXANDER<br>71 5TH STREET<br>WOOD RIDGE, NJ  07075 | 8000803 | 12/30/2008 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI.  THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 3 | ASHE, KATHLEEN MARY<br>219 TRENTON BLVD.<br>SEA GIRT, NJ  08750 | 7001088 | 1/30/2009 | $84,134.58 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI.  THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |

---

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 4 | BABOOLAL, STEPHEN<br>99 GREENPOINT AVE<br>BROOKLYN, NY  11222-2248 | 3101 | 1/30/2009 | $40,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI.  THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 5 | BENDAHAN, HECTOR<br>39-33 57TH STREET<br>APT 1C<br>WOODSIDE, NY  11377 | 1854 | 1/28/2009 | $9,540.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI.  THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 6 | BORNEBUSCH, MARC<br>805 MAYFLOWER COURT<br>MIDDLETOWN, NJ  07748 | 8001610 | 1/27/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI.  THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |

---

*Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 7 | BURKE, JAMES K.<br>43 ELMWOOD AVE.<br>RYE, NY 10580 | 2124 | 11/14/2008 | $70,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI. THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 8 | CALAMARI, MICHAEL<br>26 BARRY ROAD<br>SCARSDALE, NY 10583 | 7001093 | 1/30/2009 | $69,807.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI. THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 9 | CANTELLO, PAUL<br>37 SYLVESTER AVENUE<br>HAWTHORNE, NJ 07506 | 7000368 | 1/16/2009 | $20,761.21 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI. THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |

---

*Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 10 | CHAN, DUON 2147 BAY RIDGE PARKWAY BROOKLYN, NY 11204 | 8000701 | 1/2/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI.  THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 11 | CHAN, RAMON A 55 GREEN DRIVE EAST HANOVER, NJ 07936 | 7000062 | 12/9/2008 | $37,179.48 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI.  THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 12 | CHIDAMBARAM, SETHURAMAN 6414 RAVENS CREST DRIVE PLAINSBORO, NJ 08536 | 8003425 | 2/2/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI.  THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |

---

*Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 13 | CHIN, NEVILLE<br>61 RIDGEWAY AVENUE<br>STATEN ISLAND, NY  10314-4703 | 450 | 12/26/2008 | $30,799.86 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI.  THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 14 | CULLMANN, DAVID<br>430 WEST 34TH STREET<br>APT. 16A<br>NEW YORK, NY  10001 | 2182 | 1/29/2009 | $46,153.85 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI.  THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 15 | CUNNINGHAM, MARGERY O<br>1515 31ST STREET NW<br>WASHINGTON, DC  20007 | 7000981 | 1/30/2009 | $162,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI.  THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |

*Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 16 | DONTAMSETTY, VANI<br>9 HAGER STREET<br>EAST BRUNSWICK, NJ  08816 | 172 | 12/15/2008 | $37,500.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI.  THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 17 | DUTTA, MUKESH<br>169 BLOOMFIELD AVENUE<br>ISELIN, NJ  08830 | 7000043 | 12/7/2008 | $20,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI.  THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 18 | DUTTA, MUKESH<br>169 BLOOMFIELD AVENUE<br>ISELIN, NJ  08830 | 7000044 | 12/7/2008 | $15,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI.  THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |

---

*Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 19 | FISHER, ALEX<br>25 LAUREL AVE<br>LIVINGSTON, NJ  07039 | 8000638 | 12/30/2008 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI.  THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 20 | FLETCHER, ROBERT E<br>3 DUTCH LANE<br>SCOTCH PLAINS, NJ  07076 | 7000655 | 1/28/2009 | $35,208.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI.  THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 21 | FOURNIER, RENAUD R.<br>7002 BOULEVARD EAST<br>APT 32C<br>GUTTENBERG, NJ  07093 | 7000725 | 1/29/2009 | $82,500.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI.  THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |

*Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 22 | FOURNIER, RENAUD R 7002 BOULEVARD EAST APT 32C GUTTENBERG, NJ 07093 | 8002081 | 1/29/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI. THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 23 | GITLIN, MICHAEL H. 3900 GREYSTONE AVENUE 43B BRONX, NY 10463 | 7000941 | 1/30/2009 | $52,280.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI. THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 24 | GREEN, LOUISE 44 EAST AVENUE MIDDLETOWN, NY 10940 | 3573 | 2/5/2009 | $36,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI. THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |

_____
*Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 25 | HANIFF, MELISSA B.<br>700 GROVE STREET<br>APT 5N<br>JERSEY CITY, NJ  07310 | 7000109 | 12/14/2008 | $27,692.32 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI.  THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 26 | HEACOX, STEPHANIE A.<br>1189 PROSPECT AVENUE<br>BROOKLYN, NY  11218 | 7000023 | 12/4/2008 | $36,442.30 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI.  THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 27 | HUYNH, PHUOC T.<br>31 TALISMAN DRIVE<br>DIX HILLS, NY  11746-5326 | 3236 | 2/2/2009 | $93,500.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI.  THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |

---

*Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

9

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 28 | JEFFRIES, FRANCINE<br>7 PLEASANT AVENUE<br>MONTCLAIR, NJ 07042 | 946 | 1/12/2009 | $49,650.82 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI. THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 29 | LAGUERRE, MARTIN<br>53 TAMARACK WAY<br>PLEASANTVILLE, NY 10570-1515 | 447 | 12/26/2008 | $57,115.41 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI. THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 30 | LEE, ZHONG<br>660 CHURCH STREET<br>ORADELL, NJ 07649-2006 | 1204 | 1/20/2009 | $120,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI. THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |

---

*Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 31 | LEYTMAN, ALEXANDER<br>131 GREENWOOD DRIVE<br>MILLBURN, NJ 07041 | 8003351 | 1/30/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI. THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 32 | LIEBMAN, JILL B<br>250 EAST 40TH STREET APT 33D<br>NEW YORK, NY 10016 | 1126 | 1/20/2009 | $32,875.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI. THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 33 | MADDEN, SALLI B<br>2576 BROADWAY<br>NEW YORK, NY 10025 | 8000105 | 12/7/2008 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI. THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |

---

*Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 34 | MAGOULA, ANNA G. 7520 RIDGE BLVD APT 1C BROOKLYN, NY 11209 | 7000681 | 1/29/2009 | $18,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI. THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 35 | MATULAC, DERRICK J 74 HAWTHORNE AVENUE BLOOMFIELD, NJ 07003 | 7000296 | 1/9/2009 | $23,798.06 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI. THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 36 | MILACK, JOANNA 41 BRIXTON ROAD NORTH MERRICK, NY 11566 | 494 | 12/29/2008 | $19,038.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI. THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |

---

*Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 37 | MILLER, CHRISTINA X<br>100 DUDLEY STREET<br>APT 2341<br>JERSEY CITY, NJ 07302 | 7001375 | 4/19/2009 | $66,500.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI. THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 38 | NANCE, STEVIEANN<br>49 PRINCE ST APT 15<br>NEW YORK, NY 10012 | 4397 | 4/29/2009 | $12,269.23 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI. THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 39 | NASH, ANTHONY A.<br>32 FAIRWAY PLACE<br>COLD SPRING HARBOR, NY 11724 | 486 | 12/29/2008 | $55,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI. THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |

---

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 40 | PATEL, PRITESH B<br>19 RAYDOL AVE<br>SECAUCUS, NJ 07094-3212 | 7000630 | 1/27/2009 | $94,615.39 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI.  THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 41 | PEVZNER, EVGENIA<br>35-51 85TH STEEET<br>APT 3H<br>JACKSON HEIGHTS, NY 11372 | 1636 | 1/26/2009 | $54,350.98 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI.  THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 42 | PLACE, JENNIFER<br>599 WEST END AVENUE<br>APT 4A<br>NEW YORK, NY 10024 | 8000208 | 12/9/2008 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI.  THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |

---

*Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 43 | PUGLIA, DANIELLE<br>20 EVAN PLACE<br>STATEN ISLAND, NY  10312 | 554 | 12/29/2008 | $6,224.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI.  THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 44 | PULIDO-CROWE, OLGA A.<br>45 CATALPA DRIVE<br>ATHERTON, CA  94027 | 2139 | 1/29/2009 | $346,469.73 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI.  THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 45 | RAMPINO, CAROL M<br>1949 KIMBALL STREET<br>BROOKLYN, NY  11234 | 7002174 | 5/28/2009 | $100,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI.  THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |

---

*Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 46 | RAYMOND, RICK 1209 EAST 55TH STREET BROOKLYN, NY 11234 | 496 | 12/29/2008 | $13,750.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI. THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 47 | REDDY, LAKSHMI 4720 CENTER BLVD APT 2605 LONG ISLAND CITY, NY 11109 | 9004542 | 1/30/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI. THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 48 | ROBINSON, RENEE 195 WILLOUGHBY AVENUE, #1502 BROOKLYN, NY 11205 | 7000662 | 1/27/2009 | $9,208.02 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI. THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |

---

*Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 49 | RONG, ERIC<br>190-19 50TH AVENUE<br>FRESH MEADOWS, NY 11365 | 8000116 | 12/7/2008 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI. THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 50 | SAXMAN, MICHAEL B<br>2 DIAMOND DRIVE<br>PLAINVIEW, NY 11803 | 7002518 | 5/30/2009 | $72,500.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI. THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 51 | SCARBOROUGH, CARMEN A.<br>100 CASALS PLACE, APT. 24B<br>BRONX, NY 10475-3033 | 299 | 12/18/2008 | $33,961.56 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI. THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |

---

*Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 52 | SCENTI, LOUIS J<br>81 COLONIAL AVENUE<br>LARCHMONT, NY  10538 | 7000155 | 12/20/2008 | $61,200.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI.  THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 53 | SHEIKH, JAMIEL H<br>3255 32ND STREET<br>ASTORIA, NY  11106 | 7000583 | 1/27/2009 | $50,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI.  THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 54 | SINGHAL, SHILPA<br>370 BOWLER COURT<br>PISCATAWAY, NJ  08854 | 7001331 | 3/23/2009 | $21,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI.  THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |

---

*Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 55 | STARK, HILARY M<br>14 INDIAN POINT LN<br>RIVERSIDE, CT  06878-2613 | 29 | 12/8/2008 | $36,400.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI.  THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 56 | SWABSIN, CYNTHIA R<br>56 FOREST AVE<br>VERONA, NJ  07044 | 7000693 | 1/29/2009 | $98,666.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI.  THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 57 | VASQUEZ, JUAN<br>335 CHESTNUT STREET, GROUND FLOOR<br>NEWARK, NJ  07105 | 1152 | 1/20/2009 | $9,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI.  THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |

*Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 58 | VOLPE, DARCY L.<br>28 THIRD STREET<br>NORWALK, CT  06855 | 3475 | 2/5/2009 | $100,961.53 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI.  THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 59 | ZENG, PING<br>241 TERRACE AVENUE<br>#2<br>JERSEY CITY, NJ  07307 | 7000175 | 12/22/2008 | $28,750.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI.  THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| | Total | | | $2,633,942.33 | |

---

*Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

**EXHIBIT B**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | |
| LEHMAN BROTHERS INC., | Case No. 08-01420 (JMP) SIPA |
| Debtor. | |

**DECLARATION OF JACOB H. GARTMAN IN SUPPORT OF**
**THE TRUSTEE'S ONE HUNDRED TWENTY-EIGHTH OMNIBUS OBJECTION TO**
**GENERAL CREDITOR CLAIMS (NON-LBI EMPLOYEE CLAIMS)**

Pursuant to 28 U.S.C. § 1746, I, Jacob H. Gartman, hereby declare as follows:

1.      I am an attorney and an associate at the firm of Hughes Hubbard & Reed LLP ("Hughes Hubbard"), attorneys for James W. Giddens (the "Trustee"), as trustee for the liquidation of the business of Lehman Brothers, Inc. ("LBI" or the "Debtor") under the Securities Investor Protection Act of 1970, as amended ("SIPA").

2.      I submit this declaration (the "Declaration") in support of the one hundred twenty-eighth omnibus objection to general creditor claims (the "One Hundred Twenty-Eighth Omnibus Objection to General Creditor Claims").[1]

3.      On behalf of the Trustee, I have analyzed each of the general creditor proofs of claim (the "Proofs of Claim") listed in Exhibit A annexed to the One Hundred Twenty-Eighth Omnibus Objection to General Creditor Claims, including the terms of any employment contracts attached to the proofs of claim filed in connection with the Proofs of Claim, certain information from the LBI general claims register as maintained by the Trustee's claims agent,

---

1.   Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

certain information from the Lehman Brothers Holdings Inc. ("LBHI") claims register as

publically available through Epiq Systems at www.lehman-docket.com, and records of the LBI

estate.

4.      Based on the analysis referenced above in paragraphs 2 and 3, the Trustee has

determined that the Proofs of Claim listed on Exhibit A are claims for compensation including,

but not limited to, wages, severance, and accrued vacation (the "Claimed Compensation") for

which LBI is not liable, as the claimants listed on the Proofs of Claim (the "Non-LBI

Employees") were not employed by LBI during the periods in which Claimed Compensation was

awarded or earned.  Instead, each of the Non-LBI Employees was employed by one of the

debtors in the Chapter 11 proceedings of LBHI and its affiliated Debtors (collectively, the

"Chapter 11 Proceeding").

5.      Further based on the analysis referenced above in paragraphs 2 and 3, the Trustee

has determined that the Proofs of Claim listed on Exhibit A either are exact duplicates or in

substance duplicates of claims which were filed by Non-LBI Employees in the Chapter 11

Proceeding and which have been allowed in the Chapter 11 Proceeding.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: August 22, 2013

                                        /s/ Jacob H. Gartman
                                        Jacob H. Gartman
                                        Associate, Hughes Hubbard & Reed LLP

**EXHIBIT C**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | |
| LEHMAN BROTHERS INC., | Case No. 08-01420 (JMP) SIPA |
| Debtor. | |

**[PROPOSED] ORDER GRANTING THE TRUSTEE'S ONE HUNDRED TWENTY-EIGHTH OMNIBUS OBJECTION TO GENERAL CREDITOR CLAIMS (NON-LBI EMPLOYEE CLAIMS)**

Upon the one hundred twenty-eighth omnibus objection to claims, dated August 22, 2013 (the "One Hundred Twenty-Eighth Omnibus Objection to General Creditor Claims"),[1] of James W. Giddens (the "Trustee"), as trustee for the liquidation of Lehman Brothers Inc. (the "Debtor" or "LBI") under the Securities Investor Protection Act of 1970, as amended, 15 U.S.C. §§ 78aaa *et seq.* ("SIPA"), seeking entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), as made applicable to this proceeding pursuant to sections 78fff(b) and 78fff-1(a) of SIPA, and Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), disallowing and expunging the Non-LBI Employee Claims on the grounds that LBI does not have any liability, in whole or in part, all as more fully described in the One Hundred Twenty-Eighth Omnibus Objection to General Creditor Claims; and due and proper notice of the One Hundred Twenty-Eighth Omnibus Objection to General Creditor Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the One Hundred

---

1.    Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

Twenty-Eighth Omnibus Objection to General Creditor Claims is in the best interests of LBI, its

estate, its customers and creditors, and all parties in interest and that the legal and factual bases

set forth in the One Hundred Twenty-Eighth Omnibus Objection to General Creditor Claims

establish just cause for the relief granted herein; and after due deliberation and sufficient cause

appearing therefor, it is

      **ORDERED** that the relief requested in the One Hundred Twenty-Eighth

Omnibus Objection to General Creditor Claims is granted; and it is further

      **ORDERED** that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on <u>Exhibit 1</u> (collectively, the "<u>Non-LBI Employee Claims</u>") are disallowed and expunged

in their entirety with prejudice; and it is further

      **ORDERED** that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to the implementation and/or interpretation of this Order.

Dated: New York, New York
     October __, 2013

                      _____
                      HONORABLE JAMES M. PECK,
                      UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT 1**

IN RE LEHMAN BROTHERS INC., CASE NO: 08-01420 (JMP) SIPA

ONE HUNDRED TWENTY-EIGHTH OMNIBUS OBJECTION: EXHIBIT 1 – NON-LBI EMPLOYEE CLAIMS

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 1 | ALLEN, MARCIA M<br>362 THIRD STREET<br>JERSEY CITY, NJ  07302 | 7001034 | 1/30/2009 | $36,140.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI.  THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 2 | ARNO, ALEXANDER<br>71 5TH STREET<br>WOOD RIDGE, NJ  07075 | 8000803 | 12/30/2008 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI.  THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 3 | ASHE, KATHLEEN MARY<br>219 TRENTON BLVD.<br>SEA GIRT, NJ  08750 | 7001088 | 1/30/2009 | $84,134.58 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI.  THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |

---

*Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 4 | BABOOLAL, STEPHEN<br>99 GREENPOINT AVE<br>BROOKLYN, NY 11222-2248 | 3101 | 1/30/2009 | $40,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI. THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 5 | BENDAHAN, HECTOR<br>39-33 57TH STREET<br>APT 1C<br>WOODSIDE, NY 11377 | 1854 | 1/28/2009 | $9,540.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI. THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 6 | BORNEBUSCH, MARC<br>805 MAYFLOWER COURT<br>MIDDLETOWN, NJ 07748 | 8001610 | 1/27/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI. THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |

*Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 7 | BURKE, JAMES K. 43 ELMWOOD AVE. RYE, NY 10580 | 2124 | 11/14/2008 | $70,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI. THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 8 | CALAMARI, MICHAEL 26 BARRY ROAD SCARSDALE, NY 10583 | 7001093 | 1/30/2009 | $69,807.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI. THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 9 | CANTELLO, PAUL 37 SYLVESTER AVENUE HAWTHORNE, NJ 07506 | 7000368 | 1/16/2009 | $20,761.21 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI. THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |

---

∗Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 10 | CHAN, DUON<br>2147 BAY RIDGE PARKWAY<br>BROOKLYN, NY 11204 | 8000701 | 1/2/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI. THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 11 | CHAN, RAMON A<br>55 GREEN DRIVE<br>EAST HANOVER, NJ 07936 | 7000062 | 12/9/2008 | $37,179.48 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI. THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 12 | CHIDAMBARAM, SETHURAMAN<br>6414 RAVENS CREST DRIVE<br>PLAINSBORO, NJ 08536 | 8003425 | 2/2/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI. THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |

---

*Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 13 | CHIN, NEVILLE<br>61 RIDGEWAY AVENUE<br>STATEN ISLAND, NY  10314-4703 | 450 | 12/26/2008 | $30,799.86 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI.  THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 14 | CULLMANN, DAVID<br>430 WEST 34TH STREET<br>APT. 16A<br>NEW YORK, NY  10001 | 2182 | 1/29/2009 | $46,153.85 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI.  THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 15 | CUNNINGHAM, MARGERY O<br>1515 31ST STREET NW<br>WASHINGTON, DC  20007 | 7000981 | 1/30/2009 | $162,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI.  THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |

_____

*Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 16 | DONTAMSETTY, VANI<br>9 HAGER STREET<br>EAST BRUNSWICK, NJ  08816 | 172 | 12/15/2008 | $37,500.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI.  THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 17 | DUTTA, MUKESH<br>169 BLOOMFIELD AVENUE<br>ISELIN, NJ  08830 | 7000043 | 12/7/2008 | $20,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI.  THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 18 | DUTTA, MUKESH<br>169 BLOOMFIELD AVENUE<br>ISELIN, NJ  08830 | 7000044 | 12/7/2008 | $15,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI.  THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |

---

*Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 19 | FISHER, ALEX<br>25 LAUREL AVE<br>LIVINGSTON, NJ 07039 | 8000638 | 12/30/2008 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI. THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 20 | FLETCHER, ROBERT E<br>3 DUTCH LANE<br>SCOTCH PLAINS, NJ 07076 | 7000655 | 1/28/2009 | $35,208.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI. THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 21 | FOURNIER, RENAUD R.<br>7002 BOULEVARD EAST<br>APT 32C<br>GUTTENBERG, NJ 07093 | 7000725 | 1/29/2009 | $82,500.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI. THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |

*Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 22 | FOURNIER, RENAUD R<br>7002 BOULEVARD EAST<br>APT 32C<br>GUTTENBERG, NJ 07093 | 8002081 | 1/29/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI. THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 23 | GITLIN, MICHAEL H.<br>3900 GREYSTONE AVENUE<br>43B<br>BRONX, NY 10463 | 7000941 | 1/30/2009 | $52,280.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI. THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 24 | GREEN, LOUISE<br>44 EAST AVENUE<br>MIDDLETOWN, NY 10940 | 3573 | 2/5/2009 | $36,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI. THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |

---

*Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 25 | HANIFF, MELISSA B. 700 GROVE STREET APT 5N JERSEY CITY, NJ 07310 | 7000109 | 12/14/2008 | $27,692.32 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI.  THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 26 | HEACOX, STEPHANIE A. 1189 PROSPECT AVENUE BROOKLYN, NY 11218 | 7000023 | 12/4/2008 | $36,442.30 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI.  THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 27 | HUYNH, PHUOC T. 31 TALISMAN DRIVE DIX HILLS, NY 11746-5326 | 3236 | 2/2/2009 | $93,500.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI.  THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |

---

*Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

9

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 28 | JEFFRIES, FRANCINE<br>7 PLEASANT AVENUE<br>MONTCLAIR, NJ  07042 | 946 | 1/12/2009 | $49,650.82 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI.  THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 29 | LAGUERRE, MARTIN<br>53 TAMARACK WAY<br>PLEASANTVILLE, NY  10570-1515 | 447 | 12/26/2008 | $57,115.41 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI.  THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 30 | LEE, ZHONG<br>660 CHURCH STREET<br>ORADELL, NJ  07649-2006 | 1204 | 1/20/2009 | $120,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI.  THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |

---

*Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 31 | LEYTMAN, ALEXANDER<br>131 GREENWOOD DRIVE<br>MILLBURN, NJ 07041 | 8003351 | 1/30/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI. THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 32 | LIEBMAN, JILL B<br>250 EAST 40TH STREET APT 33D<br>NEW YORK, NY 10016 | 1126 | 1/20/2009 | $32,875.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI. THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 33 | MADDEN, SALLI B<br>2576 BROADWAY<br>NEW YORK, NY 10025 | 8000105 | 12/7/2008 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI. THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |

---

*Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 34 | MAGOULA, ANNA G.<br>7520 RIDGE BLVD<br>APT 1C<br>BROOKLYN, NY  11209 | 7000681 | 1/29/2009 | $18,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI.  THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 35 | MATULAC, DERRICK J<br>74 HAWTHORNE AVENUE<br>BLOOMFIELD, NJ  07003 | 7000296 | 1/9/2009 | $23,798.06 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI.  THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 36 | MILACK, JOANNA<br>41 BRIXTON ROAD<br>NORTH MERRICK, NY  11566 | 494 | 12/29/2008 | $19,038.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI.  THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |

---

*Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 37 | MILLER, CHRISTINA X<br>100 DUDLEY STREET<br>APT 2341<br>JERSEY CITY, NJ  07302 | 7001375 | 4/19/2009 | $66,500.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI.  THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 38 | NANCE, STEVIEANN<br>49 PRINCE ST APT 15<br>NEW YORK, NY  10012 | 4397 | 4/29/2009 | $12,269.23 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI.  THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 39 | NASH, ANTHONY A.<br>32 FAIRWAY PLACE<br>COLD SPRING HARBOR, NY  11724 | 486 | 12/29/2008 | $55,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI.  THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |

---

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 40 | PATEL, PRITESH B 19 RAYDOL AVE SECAUCUS, NJ 07094-3212 | 7000630 | 1/27/2009 | $94,615.39 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI.  THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 41 | PEVZNER, EVGENIA 35-51 85TH STEEET APT 3H JACKSON HEIGHTS, NY 11372 | 1636 | 1/26/2009 | $54,350.98 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI.  THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 42 | PLACE, JENNIFER 599 WEST END AVENUE APT 4A NEW YORK, NY 10024 | 8000208 | 12/9/2008 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI.  THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |

*Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 43 | PUGLIA, DANIELLE<br>20 EVAN PLACE<br>STATEN ISLAND, NY 10312 | 554 | 12/29/2008 | $6,224.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI. THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 44 | PULIDO-CROWE, OLGA A.<br>45 CATALPA DRIVE<br>ATHERTON, CA 94027 | 2139 | 1/29/2009 | $346,469.73 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI. THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 45 | RAMPINO, CAROL M<br>1949 KIMBALL STREET<br>BROOKLYN, NY 11234 | 7002174 | 5/28/2009 | $100,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI. THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |

<hr>

∗Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 46 | RAYMOND, RICK 1209 EAST 55TH STREET BROOKLYN, NY 11234 | 496 | 12/29/2008 | $13,750.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI. THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 47 | REDDY, LAKSHMI 4720 CENTER BLVD APT 2605 LONG ISLAND CITY, NY 11109 | 9004542 | 1/30/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI. THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 48 | ROBINSON, RENEE 195 WILLOUGHBY AVENUE, #1502 BROOKLYN, NY 11205 | 7000662 | 1/27/2009 | $9,208.02 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI. THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |

---

*Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 49 | RONG, ERIC 190-19 50TH AVENUE FRESH MEADOWS, NY  11365 | 8000116 | 12/7/2008 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI.  THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 50 | SAXMAN, MICHAEL B 2 DIAMOND DRIVE PLAINVIEW, NY  11803 | 7002518 | 5/30/2009 | $72,500.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI.  THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 51 | SCARBOROUGH, CARMEN A. 100 CASALS PLACE, APT. 24B BRONX, NY  10475-3033 | 299 | 12/18/2008 | $33,961.56 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI.  THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |

*Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 52 | SCENTI, LOUIS J<br>81 COLONIAL AVENUE<br>LARCHMONT, NY  10538 | 7000155 | 12/20/2008 | $61,200.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI.  THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 53 | SHEIKH, JAMIEL H<br>3255 32ND STREET<br>ASTORIA, NY  11106 | 7000583 | 1/27/2009 | $50,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI.  THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 54 | SINGHAL, SHILPA<br>370 BOWLER COURT<br>PISCATAWAY, NJ  08854 | 7001331 | 3/23/2009 | $21,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI.  THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |

*Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 55 | STARK, HILARY M<br>14 INDIAN POINT LN<br>RIVERSIDE, CT  06878-2613 | 29 | 12/8/2008 | $36,400.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI.  THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 56 | SWABSIN, CYNTHIA R<br>56 FOREST AVE<br>VERONA, NJ  07044 | 7000693 | 1/29/2009 | $98,666.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI.  THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 57 | VASQUEZ, JUAN<br>335 CHESTNUT STREET, GROUND FLOOR<br>NEWARK, NJ  07105 | 1152 | 1/20/2009 | $9,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI.  THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 58 | VOLPE, DARCY L. 28 THIRD STREET NORWALK, CT 06855 | 3475 | 2/5/2009 | $100,961.53 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI. THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| 59 | ZENG, PING 241 TERRACE AVENUE #2 JERSEY CITY, NJ 07307 | 7000175 | 12/22/2008 | $28,750.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED COMPENSATION WAS NOT EARNED OR AWARDED PURSUANT TO EMPLOYMENT WITH LBI. THE CLAIMED COMPENSATION HAS BEEN ALLOWED AS A CLAIM AGAINST ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 PROCEEDINGS OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS. |
| | Total | | | $2,633,942.33 | |

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).