

## InverCaixa

Avda. Diagonal, 621, 7a
08028 Barcelona
Tel. 93 404 77 00
Fax 93 490 24 48

### EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk of the Court
      United States Bankruptcy Court
      Southern District of New York ("Bankruptcy Court")
      New York, New York

RE:   Lehman Brothers OTC Derivatives, Inc. ("Debtor")
      Case No. 08-13893 (JMP)

Claim #: 17554

InverCaixa Gestion SGIIC SAU A/C Foncaixa Garantia Europa Proteccion IV FI, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

InverCaixa Gestion SGIIC SAU

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller in the principal amount of U.S. $215,546.76 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions to Buyer, with Spanish tax identification number (C.I.F.) A- 08818965 and with domicile for these purposes c/o Maria de Molina, n 6, 3rd Floor, Madrid 28006 Spain, Attn: Aranzazu Gonzalez Benitez, Tel. No. 34-91-7005284, agonzalez@invercaixa.es, and to give all notices and other communications, in respect of the Claim to Buyer, c/o Baker & McKenzie LLP, 1114 Avenue of the Americas, New York, NY 10036, Attn: Ira A. Reid, Tele. No. 212-891-3976, ira.a.reid@bakernet.com.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated February 12th, 2010.



INVERCAIXA GESTION SGIIC SAU

By: Asunción Ortega Enrísq
CHIEF EXECUTIVE OFFICER

NYCDMS/1147233.1