**EXHIBIT 1**

## IN RE LEHMAN BROTHERS INC., CASE NO: 08-01420 (JMP) SIPA

### EIGHTY-NINTH OMNIBUS OBJECTION TO GENERAL CREDITOR CLAIMS:
### EXHIBIT 1 - INSUFFICIENT DOCUMENTATION CLAIMS

|   | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 1 | BISSON-LEHMAN, MICHELLE M<br>14921 SOUTH WEST 147 STREET<br>MIAMI, FL  33196-2337 | 7000226 | 12/31/2008 | UNSPECIFIED* | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |
| 2 | BLACK & DECKER CORPORATION, THE, ET AL<br>701 EAST JOPPA ROAD<br>TREASURY DEPT., MAIL STOP NO. TW288<br>ATTN: REBECCA KAHLER<br>TOWSON, MD  21286 | 3599 | 1/30/2009 | UNSPECIFIED* | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |
| 3 | BLACK & DECKER CORPORATION, THE, ET AL<br>701 EAST JOPPA ROAD<br>TREASURY DEPT., MAIL STOP NO. TW288<br>ATTN: REBECCA KAHLER<br>TOWSON, MD  21286 | 3600 | 1/30/2009 | UNSPECIFIED* | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |
| 4 | BLACK & DECKER INC.<br>C/O THE BLACK & DECKER CORPORATION<br>701 EAST JOPPA ROAD<br>TREASURY DEPT., MAIL STOP NO. TW288<br>ATTN: REBECCA KAHLER<br>TOWSON, MD  21286 | 3601 | 1/30/2009 | UNSPECIFIED* | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |
| 5 | CATONE, RAYMOND N<br>1324 CHENILLE CIRCLE<br>WESTON, FL  33327 | 7000474 | 1/23/2009 | $38,810.00 | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |
| 6 | CENTER FOR INFORMATION AND<br>CRISIS SERVICES - MINDY GONZALEZ<br>PO BOX 3588<br>LANTANA, FL  33465-3588 | 7000130 | 12/17/2008 | UNSPECIFIED* | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |
| 7 | COMBE, PETER H<br>10 PARKSIDE AVENUE<br>LONDON  SW19 5ES<br>UNITED KINGDOM | 222 | 12/15/2008 | $100,000.00 | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |

1

\* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 8 | HEATH, MICHEAL A<br>13 EAST PEACHAM RD<br>BARNET, VT  05821 | 7002206 | 5/13/2009 | $33,750.00 | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |
| 9 | KINYON, RALPH A<br>MONETA GROUP<br>A/C MIKE JOHNSON<br>100 SOUTH BRENTWOOD BLVD SUITE 500<br>CLAYTON, MO  63105 | 3324 | 2/2/2009 | $10,000.00 | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |
| 10 | LEHMAN, DAVID J<br>14921 SW 147 STREET<br>MIAMI, FL  33196-2337 | 7000227 | 12/31/2008 | UNSPECIFIED* | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |
| 11 | LYE, TAN HOCK & HO NYAT YEING<br>24A DUNBAR WALK<br>SINGAPORE 459307<br>SINGAPORE  459307<br>SINGAPORE | 7002116 | 5/28/2009 | $500,000.00 | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |
| 12 | LYNDON, STEPHANIE<br>58 NATHAN HALE DRIVE<br>STAMFORD, CT  06902 | 609 | 1/2/2009 | UNSPECIFIED* | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |
| 13 | MILNE, LAWRENCE J.<br>10907 RAVENNA RD<br>TWINSBURG, OH  44087 | 4385 | 4/27/2009 | $524.93 | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |
| 14 | MILONE, MARIE A<br>8112 BAY 16TH STREET<br>BROOKLYN, NY  11214 | 8002740 | 1/30/2009 | UNSPECIFIED* | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |
| 15 | MOHAN NARAINDAS SHAMDASANI<br>2 PEACH GARDEN #02-02<br>SINGAPORE  437603<br>SINGAPORE | 7002182 | 5/28/2009 | $300,000.00 | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |
| 16 | MORRISON, MICHAEL P.<br>PRIVATE EQUITY ACCOUNT<br>191 N. WACKER DRIVE<br>SUITE 3700<br>CHICAGO, IL  60606 | 4264 | 4/6/2009 | UNSPECIFIED* | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |
| 17 | NORTON, RICHARD J<br>2214 CEDAR CIRCLE<br>CARROLLTON, TX  75006 | 7000234 | 12/27/2008 | $100,000.00 | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |

2

\* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 18 | PAOLI, GUNTHER<br>VIA CRISPI 2/C<br>LAIVES (BZ)  39050<br>ITALY | 7001401 | 5/4/2009 | $195,000.00 | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |
| 19 | PARKS, RAY JR<br>6001 WOODVILLE DR<br>DAYTON, OH  45414 | 7000338 | 1/14/2009 | $20,000.00 | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |
| 20 | PETRAN, CURTIS PETTIT JR.<br>CURTIS P PETRAN<br>29 GREEN STREET<br>JAMAICA PLAIN, MA  02130 | 7000034 | 12/5/2008 | $1,000,000.00 | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |
| 21 | ROMERO, GEOVANNI<br>247 SW 8 ST #333<br>MIAMI, FL  33130 | 8003304 | 1/30/2009 | UNSPECIFIED* | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |
| 22 | SEIDENSTEIN, RICHARD WALTER<br>10 CHURTON PLACE<br>LONDON  SW1V 2LN<br>UNITED KINGDOM | 8001438 | 1/24/2009 | UNSPECIFIED* | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |
| 23 | SHAY ASSET/ADJUSTABLE RATE MORTGAGE PORTFOLIO<br>C/O BISYS<br>ATTN: JUDI BELL<br>3435 STELZER RD. SUITE 1000<br>COLUMBUS, OH  43219-8006 | 1841 | 1/28/2009 | UNSPECIFIED* | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |
| 24 | SPOKONY, MICHAEL D<br>39 COMMISSIONERS ROAD<br>WOODSTOWN, NJ  08098-2301 | 7002532 | 6/1/2009 | UNSPECIFIED* | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |
| 25 | TELE ATLAS NORTH AMERICA, INC<br>11 LAFAYETTE STREET<br>LEBANON, NH  03766 | 373 | 12/23/2008 | UNSPECIFIED* | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |
| 26 | ZEE MEDICAL SERVICE<br>16631 BURKE LANE<br>HUNTINGTON BEACH, CA  92647 | 491 | 12/29/2008 | $268.03 | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |
| | Total | | | $2,298,352.96 | |

3

---

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

**EXHIBIT 2**

# IN RE LEHMAN BROTHERS INC., CASE NO: 08-01420 (JMP) SIPA

## EIGHTY-NINTH OMNIBUS OBJECTION TO GENERAL CREDITOR CLAIMS:
## EXHIBIT 2 - WITHDRAWN CLAIMS

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 1 | ANTONCIC, MADELYN<br>3413 DENT PLACE, NW<br>WASHINGTON, DC  20007 | 7000706 | 1/29/2009 | $13,736,931.00 | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |
| 2 | MADDEN, KAREN ANN<br>301 E 21 ST<br>APT 11C<br>NEW YORK, NY  10010 | 7001186 | 1/30/2009 | $96,922.98 | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |
| 3 | WESTPAC BANKING CORPORATION<br>CHARLES BERRY<br>ARNOLD & PORTER LLP<br>399 PARK AVENUE<br>NEW YORK, NY  10022 | 7000647 | 1/28/2009 | $575,362.00 | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |
| | Total | | | $14,409,215.98 | |