**EXHIBIT 1**

## IN RE LEHMAN BROTHERS INC., CASE NO: 08-01420 (JMP) SIPA
## ONE HUNDRED SECOND OMNIBUS OBJECTION: EXHIBIT 1- SATISFIED CLAIMS

|   | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 1 | BARBIER, SILVANA<br>C/O MARCO BARBIER<br>22 SADDLE RIDGE ROAD<br>DOVER, MA  02030-1640 | 516 | 12/29/2008 | $650,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED ACCOUNT AND ASSETS WERE TRANSFERRED TO BARCLAYS CAPITAL INC. |
| 2 | BRAY, MR CARTER FRANKLIN AND MRS ANNE MARIE JTWROS<br>8767 STRATFORD CROSSING<br>BROOKLYN PARK, MN  55443-3842 | 4229 | 3/27/2009 | $474.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED ACCOUNT AND ASSETS WERE TRANSFERRED TO BARCLAYS CAPITAL INC. |
| 3 | BRODSKY, KATHERINE<br>PO BOX 5236<br>MANCHESTER, NH  03108-5236 | 2320 | 1/29/2009 | $250,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED ACCOUNT AND ASSETS WERE TRANSFERRED TO BARCLAYS CAPITAL INC. |
| 4 | COMMUNITY FOUNDATION OF MIDDLE TENN.<br>3833 CLEGHORN AVENUE<br>#[REDACTED]<br>NASHVILLE, TN  37215 | 2036 | 1/29/2009 | $750,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED ACCOUNT AND ASSETS WERE TRANSFERRED TO BARCLAYS CAPITAL INC. |

---

\* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 5 | COONEY, BARBARA ACF<br>ELIZABETH D COONEY U/IL/UTMA<br>2238 N FREEMONT<br>CHICAGO, IL  60614-3614 | 3603 | 2/2/2009 | $194,500.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED ACCOUNT AND ASSETS WERE TRANSFERRED TO BARCLAYS CAPITAL INC. |
| 6 | CYGLER, ETHEL<br>10 PAAMONI STREET<br>TEL AVIV  62918<br>ISRAEL | 966 | 1/13/2009 | $255,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED ACCOUNT AND ASSETS WERE TRANSFERRED TO BARCLAYS CAPITAL INC. |
| 7 | DOUGLAS, DAVID A.<br>LEHMAN BROTHERS ASIA LTD<br>25/F TWO INTL FINANCE CENTRE<br>HONG KONG<br>CHINA | 3494 | 2/5/2009 | $260,909.44 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED ACCOUNT AND ASSETS WERE TRANSFERRED TO BARCLAYS CAPITAL INC. |
| 8 | GEORGE E BARTYOL III TRUST UAD 5/6/1967 FBO<br>VICTORIA B VALLELY<br>RICHARD BOVE TTEE<br>1828 SPRUCE STREET, SUITE 400<br>PHILADELPHIA, PA  19103-6603 | 2194 | 1/29/2009 | $250,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED ACCOUNT AND ASSETS WERE TRANSFERRED TO BARCLAYS CAPITAL INC. |
| 9 | HASSANZADEH, MANBOOBEH N<br>14826 BROOKHAVEN PLACE<br>CHESTERFIELD, MO  63017-7970 | 822 | 1/9/2009 | $56,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED ACCOUNT AND ASSETS WERE TRANSFERRED TO BARCLAYS CAPITAL INC. |

\* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

2

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 10 | MADAVI, SYRUS P AND FARNAZ TTEES THE MADAVI FAMILY 2005 TRUST 500 WESTRIDGE DRIVE PORTOLA VALLEY, CA 94028-7721 | 772 | 1/8/2009 | $25,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED ACCOUNT AND ASSETS WERE TRANSFERRED TO BARCLAYS CAPITAL INC. |
| 11 | MICHIGAN DEPT OF TREASURY UNCLAIMED PROPERTY DIVISION PO BOX 30756 LANSING, MI 48909-8256 | 635 | 1/2/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED ACCOUNT AND ASSETS WERE TRANSFERRED TO BARCLAYS CAPITAL INC. |
| 12 | SHERRER, THELMA C. 93 COVE NECK ROAD OYSTER BAY, NY 11771-1821 | 533 | 12/29/2008 | $700,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED ACCOUNT AND ASSETS WERE TRANSFERRED TO BARCLAYS CAPITAL INC. |
| 13 | SILVER, MICHAEL H & KITTREDGE, FRANCINE S TTEES ARTICLE II (D) Q-TIP-NON-GST EX TR DTD 8/26/1991 480 PARK AVENUE APT 14C NEW YORK, NY 10022-1613 | 5287 | 5/29/2009 | $1,814,619.58 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED ACCOUNT AND ASSETS WERE TRANSFERRED TO BARCLAYS CAPITAL INC. |
| 14 | SINANAN, AMRIT AND FLORENCE JTWROS 58 ROSALIND DRIVE PALMISTE SAN FERNANDO TRINIDAD & TOBAGO | 1250 | 1/21/2009 | $1,325,157.68 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED ACCOUNT AND ASSETS WERE TRANSFERRED TO BARCLAYS CAPITAL INC. |

\* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

3

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 15 | SMITH, ANGUS F<br>RITTENHOUSE PLAZA<br>1901 WALNUT STREET, APT 9A<br>PHILADELPHIA, PA 19103-4642 | 1601 | 1/26/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED ACCOUNT AND ASSETS WERE TRANSFERRED TO BARCLAYS CAPITAL INC. |
| 16 | SOCIEDAD ADMINISTRADORA DE INVERSION NACION<br>NKA SOCIEDAD ADMINISTRADORA DE INVERSION INTERBOLSA SA<br>CALLE 7 39-215 OF 408<br>MEDELLIN<br>COLOMBIA | 2311 | 1/29/2009 | $2,000.44 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED ACCOUNT AND ASSETS WERE TRANSFERRED TO BARCLAYS CAPITAL INC. |
| 17 | SPRING BULBS CORP<br>PO BOX 788<br>MONTEVIDEO 11100<br>URUGUAY | 915 | 1/12/2009 | $5,335.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED ACCOUNT AND ASSETS WERE TRANSFERRED TO BARCLAYS CAPITAL INC. |
| 18 | SUTTON, SHARON<br>2039 EAST 4TH STREET<br>BROOKLYN, NY 11223-3052 | 452 | 12/26/2008 | $1,870.95 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED ACCOUNT AND ASSETS WERE TRANSFERRED TO BARCLAYS CAPITAL INC. |

---

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

4

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 19 | SWINDELL, ROBERT H AND ELIZABETH O. JTWROS<br>NB INCOME PLUS<br>269 OLD CHURCH ROAD<br>GREENWICH, CT  06830-4818 | 3330 | 2/2/2009 | $13,256.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED ACCOUNT AND ASSETS WERE TRANSFERRED TO RIDGE CLEARING AND OUTSOURCING SOLUTIONS, INC. AS CLEARING BROKER FOR NEUBERGER BERMAN GROUP LLC'S PRIVATE ASSET MANAGEMENT. |
| 20 | WAGNER,HARRY TTEE<br>SIMA WAGNER REVOCABLE TRUST<br>DTD 11/22/00<br>23 TAMARA COURT<br>MELVILLE, NY  11747-4147 | 376 | 12/23/2008 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED ACCOUNT AND ASSETS WERE TRANSFERRED TO BARCLAYS CAPITAL INC. |
| 21 | ZALISK, RICHARD J TTEE<br>RICHARD J ZALISK TRUST<br>UTD DTD 7/27/99<br>1436 FAIRWAY DR<br>LOS ALTOS, CA  94024-5310 | 1133 | 1/20/2009 | $450,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED ACCOUNT AND ASSETS WERE TRANSFERRED TO BARCLAYS CAPITAL INC. |
| | Total | | | $7,004,123.09 | |

---

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

5

**EXHIBIT 2**

# IN RE LEHMAN BROTHERS INC., CASE NO: 08-01420 (JMP) SIPA
## ONE HUNDRED SECOND OMNIBUS OBJECTION: EXHIBIT 2- ADJOURNED CLAIM

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 1 | EDDI, ELY<br>C/O DIGITAL DATA DEVICES INC<br>304 RARITAN CENTER PARKWAY<br>EDISON, NJ  08837-3609 | 4579 | 5/18/2009 | $248,900.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED ACCOUNT AND ASSETS WERE TRANSFERRED TO BARCLAYS CAPITAL INC. |
| | Total | | | $248,900.00 | |