**EXHIBIT 1**

## In re Lehman Brothers Inc., Case No: 08-01420 (JMP) SIPA

### Ninety-Sixth Omnibus Objection to General Creditor Claims:
### Exhibit 1 - Insufficient Documentation Claims

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 1 | ADAMS STATE BANK<br>KARL W. GRAMANN<br>PO BOX 106<br>ADAMS, NE 68301 | 7000258 | 1/6/2009 | $100,000.00 | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |
| 2 | ATOS ORIGIN SA<br>CAVALSES CECILE CECILE<br>LES MIROIRS C<br>18 AVENUE D'ALSACE<br>PARIS LA D+FENSE 92926<br>FRANCE | 7000106 | 12/12/2008 | $103,695.00 | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |
| 3 | AUVINET, THIERRY<br>FLAT 9 SPICE COURT<br>ASHER WAY<br>LONDON E1W 2JD<br>UNITED KINGDOM | 7000512 | 1/21/2009 | $39,250.00 | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |
| 4 | BANAJA, HATIM D<br>556 VANDERBIL AVE<br>#2<br>BROOKLYN, NY 11238 | 7000786 | 1/29/2009 | $321.54 | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |
| 5 | BLACK & DECKER CORPORATION, THE, ET AL<br>701 EAST JOPPA ROAD<br>TREASURY DEPT., MAIL STOP NO. TW288<br>ATTN: REBECCA KAHLER<br>TOWSON, MD 21286 | 3598 | 1/30/2009 | UNSPECIFIED* | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |
| 6 | BQC INC<br>HARRY JACOBVITZ<br>88 FAUNCE CORNER ROAD<br>SUITE 245<br>N DARTMOUTH, MA 02747 | 7000041 | 12/7/2008 | $384.00 | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |
| 7 | BROOKS, TODD<br>9 STEPHEN MATHER ROAD<br>DARIEN, CT 06820 | 7000220 | 12/30/2008 | UNSPECIFIED* | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |
| 8 | BYRNE, J PATRICK<br>4209 LAWN AVE<br>WESTERN SPRINGS, IL 60558 | 7000252 | 12/5/2008 | $85,000.00 | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 9 | CARLSON, RAYMOND M<br>59 LONGVIEW RD<br>PORT WASHINGTON, NY 11050 | 7001243 | 2/23/2009 | $317,297.00 | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |
| 10 | DORIAN CAPITAL LTD<br>180 BROMPTON ROAD<br>LONDON SW3 1HQ<br>UNITED KINGDOM | 987 | 1/14/2009 | $35,000.00 | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |
| 11 | ESTATE OF CYNTHIA LANCASTER HERLEHY<br>JOHN P HENRY<br>5209 RUNNIN RIVER DR.<br>REAGAN LANCASTER, ADMN<br>PLANO, TX 75093-7558 | 7000926 | 1/30/2009 | $183,000.00 | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |
| 12 | FAY, JUSTIN W<br>216 JEFFERSON STREET<br>APT 1<br>HOBOKEN, NJ 07030 | 7000322 | 1/13/2009 | $6,839.00 | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |
| 13 | GUPTA, KRANTI AND SARITA<br>JTWROS<br>20 CAPE ANDOVER<br>NEWPORT BEACH, CA 92660-8402 | 7000502 | 1/26/2009 | $16,287.00 | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |
| 14 | HANSON, JON<br>TOP FLAT<br>26 ROZEL ROAD<br>CLAPHAM<br>LONDON SW4 0EZ<br>UNITED KINGDOM | 8001607 | 1/27/2009 | UNSPECIFIED* | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |
| 15 | HERNANDEZ, PABLO JAVIER<br>432 LUENGA AVENUE<br>CORAL GABLES, FL 33146 | 7000686 | 1/29/2009 | $68,582.76 | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |
| 16 | HON, LOO JUAN<br>APT BLK 306<br>HOUGANG AVE 5 # 09-365<br>S530306<br>SINGAPORE | 4730 | 5/26/2009 | $10,000.00 | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |

2

*Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 17 | IVORY, JULIE SARA<br>10 ELM TREE LANE<br>LEAVENHEATH<br>SUFFOLK  CO6 4UL<br>UNITED KINGDOM | 8004207 | 6/1/2009 | UNSPECIFIED* | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |
| 18 | JONES-MUCKETT, JONI<br>2078 OLIVER STREET<br>RAHWAY, NJ  07065 | 4861 | 5/28/2009 | UNSPECIFIED* | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |
| 19 | JUNCADELLA, EDUARDO PABLO<br>ALEM 855 PISO 8<br>FITZ ROY 2055<br>BUENOS AIRES  1001<br>ARGENTINA | 7001011 | 1/30/2009 | $65,120.00 | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |
| 20 | KIAT, LOO SEOW<br>APT BLK 306<br>HOUGANG AVE 5 # 09-365<br>530306<br>SINGAPORE | 4733 | 5/26/2009 | $10,000.00 | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |
| 21 | LOH KIA JING/CHIEW PHEK KUIN ALICE<br>27 SEA BREEZE AVENUE<br>487546<br>SINGAPORE | 4751 | 5/26/2009 | $100,000.00 | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |
| 22 | MARCEY, PAMELA DOLORES<br>45584 TRESTLE TERRACE<br>STERLING, VA  20166 | 7000053 | 12/8/2008 | $6,210.00 | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |
| 23 | MONTGOMERY AREA LIBRARY<br>P.O. BOX 53<br>MONTGOMERY, MN  56069-0053 | 1102 | 1/16/2009 | UNSPECIFIED* | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |
| 24 | MORFOGEN, PAUL A.<br>444 ROCKAWAY VALLEY ROAD<br>BOONTON, NJ  07005-9190 | 2617 | 1/30/2009 | UNSPECIFIED* | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |

3

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 25 | MURPHY, JENNIFER L<br>JENNIFER LEIGH MURPHY<br>587 HUNT LANE<br>MANHASSET, NY  11030 | 7000762 | 1/24/2009 | UNSPECIFIED* | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |
| 26 | MUZZALUPO, LAURA ANDREA<br>ARENALES 1511, PISO 20 B<br>VICENTE LOPEZ<br>BUENOS AIRES  1602<br>ARGENTINA | 7000978 | 1/30/2009 | $479.00 | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |
| 27 | NEWLAND, PETER ANTHONY<br>256 SEDLESCOMBE ROAD NORTH<br>ST LEONARDS-ON-SEA<br>EAST SUSSEX  TN37 7JL<br>UNITED KINGDOM | 7000196 | 12/28/2008 | UNSPECIFIED* | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |
| 28 | PLAISANT, MICHAEL RALPH<br>58 CREST CIRCLE<br>MATAWAN, NJ  07747 | 7000305 | 1/11/2009 | $400.00 | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |
| 29 | ROGIN, ROBERT J<br>P.O. BOX 162527<br>AUSTIN, TX  78716 | 7001227 | 2/10/2009 | $100,000.00 | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |
| 30 | ROSS, GARY F<br>110-45 71ST RD<br>APT 3S<br>FOREST HILLS, NY  11375 | 7000862 | 1/30/2009 | $34.97 | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |
| 31 | SANII, FATI<br>1619 3RD AVENUE<br>APARTMENT 21A<br>NEW YORK CITY, NY  10128 | 7001193 | 1/30/2009 | $20,000.00 | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |
| 32 | SARKISIAN, MARIA K<br>2750 WHEATSTONE STREET<br>#99<br>C/O MARIBEL DURO<br>SAN DIEGO, CA  92111 | 7000801 | 1/29/2009 | $100,000.00 | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |

*Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 33 | SCHNEIDER, MICHAEL D<br>229 MELBOURNE AVE<br>MAMARONECK, NY 10543 | 7000348 | 1/14/2009 | $200,000.00 | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |
| 34 | SLATER TRUST<br>DIANE MARY PRICE<br>9 GARCIA COURT<br>SACRAMENTO, CA 95831 | 7002558 | 6/1/2009 | $66,682.90 | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |
| 35 | TANASEYBERT LLC<br>BERNIE SALAZAR<br>525 WEST 52ND STREET<br>NEW YORK, NY 10019 | 7000070 | 12/9/2008 | $20,461.00 | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |
| 36 | TMS/ITS SETT A/C FOR SOLUTIONS<br>FOR WEALTH CAPITAL MANAGEMENT<br>M&C CORPORATE SERVICES LTD<br>PO BOX 309GT UGLAND HOUSE<br>SOUTH CHUCH STREET<br>CAYMAN ISLANDS | 3580 | 2/13/2009 | $458,074.48 | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |
| 37 | TRANSBEAM INC<br>ERIC KASHI<br>20 WEST 36TH STREET<br>2ND FLOOR<br>NEW YORK, NY 10018 | 7000078 | 12/10/2008 | $650.00 | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |
| 38 | UTAH STATE TREASURER'S OFFICE<br>UNCLAIMED PROPERTY DIVISION<br>341 SOUTH MAIN ST. 5TH FL.<br>CORINNE OLT<br>SALT LAKE CITY, UT 84111-2707 | 2239 | 1/13/2009 | UNSPECIFIED* | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |
| 39 | WAH, LEE SIU<br>3 FLORISSA PARK SINGAPORE 789586<br>SINGAPORE 789586<br>SINGAPORE | 7002335 | 5/30/2009 | $10,000.00 | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |

*Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 40 | WANG, XIAOZHENG HELEN<br>NORMURA SECURITIES BEIJING REP. OFF<br>RM 3001, CHINA WORLD TOWER 1<br>CHAOYANG DISTRICT<br>BEIJING  100004<br>CHINA | 8000218 | 12/10/2008 | UNSPECIFIED* | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |
| 41 | ZIONS FIRST NATIONAL BANK<br>RICHARD J SULLIVAN III<br>717 17TH STREET, SUITE 301<br>DENVER, CO  80202 | 9008149 | 9/15/2008 | UNSPECIFIED* | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |
| | Total (not including unspecified amounts): | | | $2,123,768.65 | |

6

---

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

**EXHIBIT 2**

# IN RE LEHMAN BROTHERS INC., CASE NO: 08-01420 (JMP) SIPA

## NINETY-SIXTH OMNIBUS OBJECTION: EXHIBIT 2- WITHDRAWN CLAIM

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 1 | FORTIS INVESTMENT MANAGEMENT UK LIMITED ON BEHALF OF ITS CLIENTS VINCENT M. DESSARD 14 AVENUE DE L'ASTRONOMIE BRUSSELS, NY  B1210 UNITED KINGDOM | 7002232 | 5/29/2009 | $353,280.00 | CLAIMS LACKS SUFFICIENT DOCUMENTATION. |
| | Total | | | $353,280.00 | |