**EXHIBIT 1**

## In re Lehman Brothers Inc., Case No: 08-01420 (JMP) SIPA
## One Hundred Eighth Omnibus Objection: Exhibit 1- No Liability Claims

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 1 | BANSBACH, LOUIS PHILIP III<br>650 S CHERRY STREET, SUITE 1005<br>GLENDALE, CO  80246 | 7002562 | 6/1/2009 | $200,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 2 | BLUM, STAN<br>18695 SCHOONER DR.<br>BOCA RATON, FL  33496-5093 | 182 | 12/15/2008 | $10,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 3 | CATAMACO HOLDINGS LIMITED II<br>1000 EAST ISLAND BLVD<br>APARTMENT 505<br>MIAMI, FL  33160-5607 | 1068 | 1/16/2009 | $78,979.17 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 4 | FOREMAN, MYRA AND WILLIAM<br>9769 CHAPELCROFT ST.<br>PHILADELPHIA, PA  19115-2601 | 2250 | 12/19/2008 | $22,969.41 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 5 | FRADIN, RUSSELL P. & JUDITH B., TEN IN COM<br>200 OLD GREEN BAY ROAD<br>WINNETKA, IL  60093-1561 | 3000 | 1/30/2009 | $247,500.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 6 | GOONEWARDENE, NIHAL<br>8800 TWIN CREEK CT.<br>POTOMAC, MD  20854-4472 | 4451 | 5/4/2009 | $10,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 7 | HOMESITE INSURANCE COMPANY OF CONNECTICUT<br>C/O SRB CORPORATION<br>100 SUMMER STREET, 13TH FLOOR<br>BOSTON, MA  02110 | 5315 | 5/29/2009 | $418,785.96 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 8 | INGWER, IRWIN IRA<br>7 WESTBOURNE LANE<br>MELVILLE, NY  11747 | 3214 | 1/30/2009 | $15,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 9 | IRA FBO DR ROBERT CALVO<br>ROBERT CALVO<br>224 GREGORY COURT<br>MOORESTOWN, NJ  08057 | 7000416 | 1/21/2009 | $100,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 10 | MELMAN, DR. MORTON<br>IRA CUSTODIAN<br>309 WASHINGTON STREET<br>APT 4304 RIVERWALK<br>CONSHOHOCKEN, PA  19428-4900 | 1101 | 1/16/2009 | $15,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 11 | MICHAEL CANN MD INC MED GRP A/C #[REDACTED]<br>CITY NATIONAL BANK<br>555 S. FLOWER ST., 10TH FLR. # 710-01<br>LOS ANGELES, CA  90071 | 4123 | 3/6/2009 | $2,586.85 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 12 | MONTANA (STATE OF) BOARD OF INVESTMENTS<br>ATTN CARROLL SOUTH, EXECUTIVE DIRECTOR<br>P.O. BOX 200126<br>HELENA, MT  59620-0126 | 2382 | 1/29/2009 | $200,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 13 | MONTANA (STATE OF) BOARD OF INVESTMENTS<br>CARROLL SOUTH, EXECUTIVE DIRECTOR<br>PO BOX 200126<br>HELENA, MT  59620-0126 | 2374 | 1/29/2009 | $5,000,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 14 | MONTANA BOARD OF INVESTMENTS<br>ATTN CARROLL SOUTH, EXECUTIVE DIRECTOR<br>P.O. BOX 200126<br>HELENA, MT  59620-0126 | 2381 | 1/29/2009 | $100,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 15 | ORANGE COUNTY TRANSPORTATION AUTHORITY [REDACTED] SHORT TERM OPERATION ACCT/BSAM PATRICIA JAKUBIAK/P F MANAGER 550 SOUTH MAIN STREET ORANGE, CA  92868-4506 | 3582 | 2/13/2009 | $1,951,500.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 16 | OWENS, MICHAEL L & KRISTIN K TTEES OF THE MKO REVOCABLE TRUST DTD 8/23/94 9837 E MARIPOSA GRANDE DR SCOTTSDALE, AZ  85255-3633 | 963 | 1/13/2009 | $500,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 17 | PEDRA, DAVID M. DBA LUDLOW ADP CLEARING AND OUTSOURCING FAO WESTBOROUGH HOLDINGS 101 GREAT ROAD SUITE 384 BEDFORD, MA  01730-2715 | 4249 | 3/30/2009 | $30,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 18 | PILGRIM INSURANCE COMPANY C/O SRB CORPORATION 100 SUMMER STREET, 13TH FLOOR BOSTON, MA  02110 | 5321 | 5/29/2009 | $22,368.36 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 19 | ROGAN, PAUL PO BOX 1687 CRYSTAL BAY, NV  89402-1687 | 3446 | 1/30/2009 | $1,000,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 20 | SHERR, LYNN, IRA ROLLOVER CUSTODIAN 860 U.N. PLAZA NEW YORK, NY  10017-1810 | 5897 | 6/1/2009 | $101,030.15 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 21 | SHERR, LYNN, IRA ROLLOVER CUSTODIAN 860 U.N. PLAZA NEW YORK, NY  10017-1810 | 5898 | 6/1/2009 | $55,503.85 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| | Total | | | $10,081,223.75 | |