**EXHIBIT 1**

08-01420-mg    Doc 7096-1    Filed 08/22/13    Entered 08/22/13 15:00:07    Exhibits
Pg 1 of 9

## I**N** **RE** L**EHMAN** B**ROTHERS** I**NC**., C**ASE** N**O**: 08-01420 (JMP) SIPA
## O**NE** H**UNDRED** S**IXTH** O**MNIBUS** O**BJECTION**: E**XHIBIT** 1 – N**O** L**IABILITY** - LBHI S**TOCK**

|   | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 1 | 99¢ ONLY STORES<br>BRUCE CAMERON<br>VICE PRESIDENT, FINANCE AND TREASURY<br>4000 UNION PACIFIC AVENUE<br>CITY OF COMMERCE, CA  90023 | 4818 | 5/28/2009 | $1,000,003.85 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED STOCK CONSTITUTES AN EQUITY INTEREST IN LBHI. |
| 2 | ABRAHAM S. LUDWIG TRUST<br>ABRAHAM S. LUDWIG<br>6242 WATER LILLY LA.<br>BOYNTON BEACH, FL  33437-4928 | 1493 | 1/23/2009 | $10,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED STOCK CONSTITUTES AN EQUITY INTEREST IN LBHI. |
| 3 | ABRAHAM S. LUDWIG TRUST<br>ABRAHAM S. LUDWIG<br>6242 WATER LILLY LA.<br>BOYNTON BEACH, FL  33437-4928 | 1491 | 1/23/2009 | $12,500.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED STOCK CONSTITUTES AN EQUITY INTEREST IN LBHI. |
| 4 | ERWIN F. WORKMAN, JR. TRUST DTD 5/3/2004<br>PO BOX 6148<br>HILTON HEAD ISLAND, SC  29938-6148 | 1570 | 1/26/2009 | $53,199.86 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED STOCK CONSTITUTES AN EQUITY INTEREST IN LBHI. |
| 5 | FALS, JAIME A.<br>808 BRICKELL KEY DRIVE # 1701<br>MIAMI, FL  33131-2688 | 1542 | 1/26/2009 | $22,031.75 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED STOCK CONSTITUTES AN EQUITY INTEREST IN LBHI. |

___

\* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 6 | FOX, MARVIN<br>1788 BRUSH HILL<br>GLENVIEW, IL  60025 | 7000775 | 1/29/2009 | $25,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED STOCK CONSTITUTES AN EQUITY INTEREST IN LBHI. |
| 7 | HAWLEY, RICHARD L<br>5480 156TH AVE. S.E.<br>BELLEVUE, WA  98006-5112 | 1011 | 1/15/2009 | $25,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED STOCK CONSTITUTES AN EQUITY INTEREST IN LBHI. |
| 8 | HENDER, SHARON<br>3232 AMHERST CIR<br>IDAHO FALLS, ID  83404 | 1479 | 1/23/2009 | $7,471.68 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED STOCK CONSTITUTES AN EQUITY INTEREST IN LBHI. |
| 9 | HERRON, RICHARD A. & JANE J.<br>5342 FISCHER ISLAND DRIVE<br>MIAMI BEACH, FL  33109-0303 | 1985 | 1/28/2009 | $200,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED STOCK CONSTITUTES AN EQUITY INTEREST IN LBHI. |
| 10 | JORDAN, FRANCIS P<br>3 ABNEY CIR<br>CHARLESTON, WV  25314 | 5984 | 6/4/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED STOCK CONSTITUTES AN EQUITY INTEREST IN LBHI. |

---

\* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

2

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 11 | LEON C. QUANDT TRUST<br>LEON C. QUANDT, TRUSTEE<br>2220 RENWICK DRIVE<br>SPRINGFIELD, IL 62704 | 508 | 12/29/2008 | $20,320.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED STOCK CONSTITUTES AN EQUITY INTEREST IN LBHI. |
| 12 | LOVEJOY, ANGELICA<br>54254 STONEWAY<br>ELKHART, IN 46514 | 7001117 | 1/30/2009 | $4,374.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED STOCK CONSTITUTES AN EQUITY INTEREST IN LBHI. |
| 13 | MCNABOE, JOHN, C F<br>BRENDAN CHARLES MCNABOE<br>UGMA/FL<br>6846 CYPRESS COVE CIRCLE<br>JUPITER, FL 33458-3790 | 3770 | 3/4/2009 | $52,053.46 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED STOCK CONSTITUTES AN EQUITY INTEREST IN LBHI. |
| 14 | MENCHEL, JAN & MARILYN<br>JTWROS<br>80-03 HOLLIS HILLS TERRACE<br>QUEENS VILLAGE, NY 11427-1016 | 210 | 12/15/2008 | $26,591.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED STOCK CONSTITUTES AN EQUITY INTEREST IN LBHI. |
| 15 | MENCHEL, JAN<br>IRA ROLLOVER CUSTODIAN<br>80-03 HOLLIS HILLS TERRACE<br>QUEENS VILLAGE, NY 11427-1016 | 251 | 12/16/2008 | $25,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED STOCK CONSTITUTES AN EQUITY INTEREST IN LBHI. |

---

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 16 | MENCHEL, MARILYN<br>8003 HOLLIS HILLS TERRECE<br>QUEENS VILLAGE, NY 11427 | 211 | 12/15/2008 | $25,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED STOCK CONSTITUTES AN EQUITY INTEREST IN LBHI. |
| 17 | METALS ANALYSTS GROUP OF NY<br>420 EAST 80TH STREET<br>APT # 7H<br>NEW YORK, NY 10075-1054 | 3503 | 2/6/2009 | $5,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED STOCK CONSTITUTES AN EQUITY INTEREST IN LBHI. |
| 18 | MRS. PATRICIA D. QUANDT TRUST<br>PATRICIA D. QUANDT<br>2220 RENWICK DRIVE<br>SPRINGFIELD, IL 62704 | 507 | 12/29/2008 | $20,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED STOCK CONSTITUTES AN EQUITY INTEREST IN LBHI. |
| 19 | MULVEY, DIANE M.<br>930 INDIGO POINT<br>GULF STREAM, FL 33483 | 4552 | 1/20/2009 | $37,500.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED STOCK CONSTITUTES AN EQUITY INTEREST IN LBHI. |
| 20 | MULVEY, THOMAS A.<br>930 INDIGO POINT<br>GULF STREAM, FL 33483 | 1142 | 1/20/2009 | $37,500.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED STOCK CONSTITUTES AN EQUITY INTEREST IN LBHI. |

\* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 21 | POYASTRO, MIGUEL & LEZLIE<br>340 ISLA DORADA BLVD.<br>CORAL GABLES, FL 33143-6513 | 3547 | 2/9/2009 | $200,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED STOCK CONSTITUTES AN EQUITY INTEREST IN LBHI. |
| 22 | STEPTOE/JOHNSON INV FBO JAMES WILSON AC# [REDACTED]<br>CITY NATIONAL BANK<br>555 S. FLOWER ST., 10TH FLR. # 710-01<br>LOS ANGELES, CA 90071 | 3870 | 3/6/2009 | $25,859.08 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED STOCK CONSTITUTES AN EQUITY INTEREST IN LBHI. |
| 23 | STEPTOE/JOHNSON MV FBO E.B. WILDMAN AC#[REDACTED]<br>CITY NATIONAL BANK<br>555 S. FLOWER ST., 10TH FLR. # 710-01<br>LOS ANGELES, CA 90071 | 3888 | 3/6/2009 | $10,149.80 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED STOCK CONSTITUTES AN EQUITY INTEREST IN LBHI. |
| 24 | STEPTOE/JOHNSON WV FBO M. KOZAKEWICH AC#[REDACTED]<br>CITY NATIONAL BANK<br>555 S. FLOWER ST., 10TH FLR. # 710-01<br>LOS ANGELES, CA 90071 | 3886 | 3/6/2009 | $10,064.30 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED STOCK CONSTITUTES AN EQUITY INTEREST IN LBHI. |
| 25 | STEPTOE/JOHNSON WV FBO M.E.JONES AC#[REDACTED]<br>CITY NATIONAL BANK<br>555 S. FLOWER ST., 10TH FLR. # 710-01<br>LOS ANGELES, CA 90071 | 3885 | 3/6/2009 | $5,150.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED STOCK CONSTITUTES AN EQUITY INTEREST IN LBHI. |

---

\* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

5

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 26 | STEPTOE/JOHNSON WV FBO R.C. LIGHT AC#[REDACTED]<br>CITY NATIONAL BANK<br>555 S. FLOWER ST., 10TH FLR. # 710-01<br>LOS ANGELES, CA 90071 | 3887 | 3/6/2009 | $5,170.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED STOCK CONSTITUTES AN EQUITY INTEREST IN LBHI. |
| 27 | STEPTOE/JOHNSON WV FBO W. WILLIAMS AC#[REDACTED]<br>CITY NATIONAL BANK<br>555 S. FLOWER ST., 10TH FLR. # 710-01<br>LOS ANGELES, CA 90071 | 3869 | 3/6/2009 | $14,830.50 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED STOCK CONSTITUTES AN EQUITY INTEREST IN LBHI. |
| 28 | STONEHAM SAVINGS BANK #[REDACTED]<br>ATTN: RUTH J. ROGERS<br>359 MAIN STREET<br>P.O. BOX 71<br>STONEHAM, MA 02180-3513 | 527 | 12/29/2008 | $124,750.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED STOCK CONSTITUTES AN EQUITY INTEREST IN LBHI. |
| 29 | SUSSMAN FAMILY TRUST NON-EXEMPT TRUST B, THE<br>C/O LENORE SUSSMAN<br>632 NORTH FOOTHILL ROAD<br>BEVERLY HILLS, CA 90210 | 2204 | 1/29/2009 | $50,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED STOCK CONSTITUTES AN EQUITY INTEREST IN LBHI. |
| | Total | | | $2,054,519.28 | |

---

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

# EXHIBIT 2

**IN RE LEHMAN BROTHERS INC., CASE NO: 08-01420 (JMP) SIPA**

**ONE HUNDRED SIXTH OMNIBUS OBJECTION: EXHIBIT 2 – WITHDRAWN CLAIM**

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 1 | GROSSMAN, HENRY<br>IRA ROLLOVER CUSTODIAN<br>3500 MYSTIC POINTE DRIVE<br>SUITE 3306<br>AVENTURA, FL 33180-2585 | 549 | 12/29/2008 | $200,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED STOCK CONSTITUTES AN EQUITY INTEREST IN LBHI. |
| | Total | | | $200,000.00 | |