**EXHIBIT 1**

## In re Lehman Brothers Inc., Case No: 08-01420 (JMP) SIPA
### One Hundred Fifth Omnibus Objection: Exhibit A – Insufficient Documentation Claims – D&O Claims

|   | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 1 | BEESON, LISA<br>745 SEVENTH AVENUE<br>NEW YORK, NY  10020 | 5895 | 6/1/2009 | UNSPECIFIED* | CLAIM LACKS SUFFICIENT DOCUMENTATION.  MOREOVER, THE CLAIM IS CONTINGENT AND, THEREFORE, SUBJECT TO MANDATORY DISALLOWANCE UNDER THE BANKRUPTCY CODE. |
| 2 | BLAIR, NATASHA<br>745 SEVENTH AVENUE<br>3RD FL<br>NEW YORK, NY  10019 | 5829 | 6/1/2009 | UNSPECIFIED* | CLAIM LACKS SUFFICIENT DOCUMENTATION.  MOREOVER, THE CLAIM IS CONTINGENT AND, THEREFORE, SUBJECT TO MANDATORY DISALLOWANCE UNDER THE BANKRUPTCY CODE. |
| 3 | HASH, STEVEN<br>745 SEVENTH AVENUE<br>NEW YORK, NY  10019 | 5891 | 6/1/2009 | UNSPECIFIED* | CLAIM LACKS SUFFICIENT DOCUMENTATION.  MOREOVER, THE CLAIM IS CONTINGENT AND, THEREFORE, SUBJECT TO MANDATORY DISALLOWANCE UNDER THE BANKRUPTCY CODE. |
| 4 | LAZARUS, DAVID<br>25 ETON ROAD<br>SCARSDALE, NY  10583 | 5826 | 6/1/2009 | UNSPECIFIED* | CLAIM LACKS SUFFICIENT DOCUMENTATION.  MOREOVER, THE CLAIM IS CONTINGENT AND, THEREFORE, SUBJECT TO MANDATORY DISALLOWANCE UNDER THE BANKRUPTCY CODE. |
| 5 | O'REILLY, DAVID<br>263 BARNCROFT ROAD<br>STAMFORD, CT  06902 | 5903 | 6/1/2009 | UNSPECIFIED* | CLAIM LACKS SUFFICIENT DOCUMENTATION.  MOREOVER, THE CLAIM IS CONTINGENT AND, THEREFORE, SUBJECT TO MANDATORY DISALLOWANCE UNDER THE BANKRUPTCY CODE. |
| 6 | TREILING, ERIC<br>745 SEVENTH AVENUE, 3RD FLOOR<br>NEW YORK, NY  10020 | 5905 | 6/1/2009 | UNSPECIFIED* | CLAIM LACKS SUFFICIENT DOCUMENTATION.  MOREOVER, THE CLAIM IS CONTINGENT AND, THEREFORE, SUBJECT TO MANDATORY DISALLOWANCE UNDER THE BANKRUPTCY CODE. |
|   | Total |   |   | UNSPECIFIED* |   |

\* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).