**EXHIBIT 1**

## IN RE LEHMAN BROTHERS INC., CASE NO: 08-01420 (JMP) SIPA
## ONE HUNDRED THIRD OMNIBUS OBJECTION: EXHIBIT 1- NO LIABILITY CLAIMS

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 1 | BECK, THOMAS E. & LEONA W. 28 5TH AVENUE SARATOGA SPRINGS, NY 12866-3523 | 4763 | 5/26/2009 | $75,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 2 | BREININ, GOODWIN M. 912 FIFTH AVENUE, APT. 10 A NEW YORK, NY 10021 | 2153 | 1/29/2009 | $91,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 3 | CML RABBI TRUST C/O LEE MUNDER CAPITAL GROUP PAUL FIORE 200 CLARENDON STREET, FLOOR 28 BOSTON, MA 02116 | 7001812 | 5/20/2009 | $204,600.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 4 | FRONTIER BANK CAROL WHEELER PO BOX 2215 EVERETT, WA 98213 | 7001358 | 4/15/2009 | $1,000,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 5 | GROOTHOUSEN, JAY J. & SHERRY J. 14659 40.75 LANE WETMORE, MI 49895-0093 | 4459 | 5/4/2009 | $49,448.96 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 6 | HALL, WILLIAM M. 2530 SOUTH CLAYTON ST DENVER, CO 80210 | 4694 | 5/22/2009 | $40,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 7 | HERMAN ROWLEY TRUST HERMAN L ROWLEY CINDY FRIESS MEMORIAL TRUST FOUNDATION 3000 EAST WILLIS PO BOX 578 PERRY, IA 50220 | 7000015 | 12/4/2008 | $55,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 8 | IMAGINE STATE NATIONAL INSURANCE LILY TJIOE C/O HYPERION BROOKFIELD ASSET M 200 VESEY STREET NEW YORK, NY 10281 | 7001906 | 5/22/2009 | $2,000,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 9 | INTL SILKS & WOOLENS PSP AC#[REDACTED] CITY NATIONAL BANK 555 S. FLOWER ST., 10TH FLR. # 710-01 LOS ANGELES, CA 90071 | 4131 | 3/6/2009 | $5,316.10 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 10 | JOHN AND JOAN JONES JOINT REVOCABLE TRUST C/O LEE MUNDER CAPITAL GROUP PAUL FIORE JOHN & JOAN JONES JOINT REVOCABLE TRUST 200 CLARENDON STREET, FLOOR 28 BOSTON, MA 02116 | 7001806 | 5/20/2009 | $25,575.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 11 | KENIN, DAVID, IRA ROLLOVER CUSTODIAN 16650 CALLE HALEIGH PACIFIC PALISADES, CA 90272-1969 | 4377 | 4/27/2009 | $50,661.40 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 12 | KENIN, DAVID, IRA ROLLOVER CUSTODIAN 16650 CALLE HALEIGH PACIFIC PALISADES, CA 90272-1969 | 4378 | 4/27/2009 | $50,517.65 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 13 | KLAUS BERGER TRUST C/O LEE MUNDER CAPITAL GROUP PAUL FIORE 200 CLARENDON STREET, FLOOR 28 BOSTON, MA 02116 | 7001816 | 5/20/2009 | $50,313.54 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 14 | MONTANA (STATE OF) BOARD OF INVESTMENTS ATTN CARROLL SOUTH, EXECUTIVE DIRECTOR P.O. BOX 200126 HELENA, MT 59620-0126 | 2380 | 1/29/2009 | $4,000,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 15 | MONTANA (STATE OF) BOARD OF INVESTMENTS CARROLL SOUTH, EXECUTIVE DIRECTOR PO BOX 200126 HELENA, MT 59620-0126 | 2375 | 1/29/2009 | $5,000,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 16 | ROGAN, PAUL PO BOX 1687 CRYSTAL BAY, NV 89402-1687 | 3448 | 1/30/2009 | $500,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 17 | SCHRETER, R, C SCHRETER, R KOLKER/ ATTORNEY SCHRETER IRREV 4 HIDDENWOOD COURT PIKESVILLE, MD 21208 | 6100 | 8/24/2009 | $54,810.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 18 | STATE-BOSTON RETIREMENT BOARD C/O LABATON SUCHAROW LLP ATTN: CHRIS KELLER 140 BROADWAY NEW YORK, NY 10005 | 4908 | 5/28/2009 | $5,377,262.45 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 19 | TAYLOR, J ARTHUR C/O LEE MUNDER CAPITAL GROUP PAUL FIORE 200 CLARENDON STREET, FLOOR 28 BOSTON, MA 02116 | 7001817 | 5/20/2009 | $25,156.77 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 20 | UNITED FARM FAMILY LIFE SECURITY LENDING #[REDACTED] P O BOX 1250 INDIANAPOLIS, IN 46206 | 4543 | 5/15/2009 | $4,000,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 21 | VASCULAR SURGERY ASSOCIATES PSP C/O LEE MUNDER CAPITAL GROUP PAUL FIORE 200 CLARENDON STREET, FLOOR 28 BOSTON, MA 02116 | 7001810 | 5/20/2009 | $51,150.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 22 | VIRGINIA MUNICIPAL LIABILITY POOL LILY TJIOE HYPERION BROOKFIELD ASSET MGMT. 200 VESEY STREET 10TH FLOOR NEW YORK, NY 10281 | 7002197 | 5/29/2009 | $500,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 23 | WESTERN NEW ENGLAND COLLEGE CHERYL I SMITH ESQ 1215 WILBRAHAM ROAD SPRINGFIELD, MA 01119 | 9002316 | 1/28/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 24 | WILLIAM ALLISON IRREVOCABLE TRUST C/O LEE MUNDER CAPITAL GROUP PAUL FIORE 200 CLARENDON STREET, FLOOR 28 BOSTON, MA 02116 | 7001808 | 5/20/2009 | $25,535.07 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 25 | ZEEL & CO C/O MACATAWA BANK ATTN: JASON STRAKIN PO BOX 3119 HOLLAND, MI 49422-3119 | 6183 | 10/30/2009 | $99,897.50 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| | Total | | | $23,331,244.44 | |