**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS INC.,<br><br>Debtor. | Case No. 08-01420 (JMP) SIPA<br><br>Ref. Docket Nos. 7086 & 7087 |

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
                      ) ss.:
COUNTY OF NEW YORK  )

KERRY O'NEIL, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On August 22, 2013, I caused to be served the:

    a)  "Notice of Withdrawal of Trustee's One Hundred Fourth Omnibus Objection to General Creditor Claims (No Liability Claims) Solely as to Certain Claims," dated August 22, 2013 [Docket No. 7086], (the "104th Omnibus Objection NOW"), and

    b)  "Notice of Withdrawal of the Trustee's One Hundred Sixteenth Omnibus Objection to General Creditor Claims (No Liability Claims) Solely as to a Certain Claim," dated August 22, 2013 [Docket No. 7087], (the "116th Omnibus Objection NOW"),

    by causing true and correct copies of the:

    i.  104th Omnibus Objection NOW and 116th Omnibus Objection NOW, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit A</u>,

    ii.  104th Omnibus Objection NOW, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit B</u>,

    iii.  116th Omnibus Objection NOW, to be enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed <u>Exhibit C</u>,

iv.    104th Omnibus Objection NOW and 116th Omnibus Objection NOW, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit D</u>,

v.    104th Omnibus Objection NOW, to be delivered via electronic mail to the party listed on the annexed <u>Exhibit E</u>, and

vi.    104th Omnibus Objection NOW and 116th Omnibus Objection NOW, to be delivered via facsimile mail to the party listed on the annexed <u>Exhibit F</u>.

3.    .All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Kerry O'Neil*
Kerry O'Neil

Sworn to before me this
22nd day of August
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

**EXHIBIT A**

LEHMAN BROTHERS INC.
MASTER SERVICE LIST

**INTERNAL REVENUE SERVICE**

SPECIAL PROCEDURES BRANCH

ATTN: DISTRICT DIRECTOR

290 BROADWAY

NEW YORK, NY 10007

**OFFICE OF THE UNITED STATES TRUSTEE**

TRACY HOPE DAVIS, ELISABETTA G GASPARINI, ANDREA B SCHWARTZ

U.S. FEDERAL OFFICE BUILDING

201 VARICK STREET, SUITE 1006

NEW YORK, NY   10014

**EXHIBIT B**

Lehman Brothers Inc.

EDWARD D. JONES & CO., L.P.
PHILLIP R SCHWAB
12555 MANCHESTER RD.
ST. LOUIS , MO  63131-3729

SCOTT & STRINGFELLOW, LLC
ALEX W.C. CECIL
BB&T CAPITAL MARKETS
909 EAST MAIN ST.
RICHMOND , VA 23219

SMH CAPITAL INC.
JOHN T UNGER
600 TRAVIS SUITE 5800
HOUSTON, TX 77002

CLEARY GOTTLIEB STEEN & HAMILTON
MITCHELL A. LOWENTHAL
ONE LIBERTY PLAZA
NEW YORK, NY 10006

# EXHIBIT C

LEHMAN BROTHERS INC.

POMPER, MARC S.
217 TURRELL AVENUE
SOUTH ORANGE, NJ 07079

**EXHIBIT D**

Lehman Brothers Inc.
Master Email Service List

aaaronson@dilworthlaw.com

aalfonso@willkie.com

abeaumont@fklaw.com

abraunstein@riemerlaw.com

acaton@kramerlevin.com

acker@chapman.com

adam.brezine@hro.com

adarwin@nixonpeabody.com

adiamond@diamondmccarthy.com

adoberman@profunds.com

aeckstein@blankrome.com

aentwistle@entwistle-law.com

afriedman@irell.com

agbanknewyork@ag.tn.gov

aglenn@kasowitz.com

agold@herrick.com

aisenberg@saul.com

akantesaria@oppenheimerfunds.com

alicia.chang@davispolk.com

alum@ftportfolios.com

amarder@msek.com

amcmullen@boultcummings.com

amenard@tishmanspeyer.com

andrew.brozman@cliffordchance.com

angelich.george@arentfox.com

ann.reynaud@shell.com

anthony_boccanfuso@aporter.com

aoberry@bermandevalerio.com

aostrow@beckerglynn.com

apo@stevenslee.com

aquale@sidley.com

arheaume@riemerlaw.com

arlbank@pbfcm.com

arosenblatt@chadbourne.com

arthur.rosenberg@hklaw.com

arwolf@wlrk.com

aseuffert@lawpost-nyc.com

ashmead@sewkis.com

asnow@ssbb.com

aunger@sidley.com

austin.bankruptcy@publicans.com

azylberberg@whitecase.com

bankr@zuckerman.com

bankruptcy@goodwin.com

bankruptcy@morrisoncohen.com

bankruptcymatters@us.nomura.com

barbra.parlin@hklaw.com

bbisignani@postschell.com

bcarlson@co.sanmateo.ca.us

bdk@schlamstone.com

benita.dryden@invesco.com

bguiney@pbwt.com

bmanne@tuckerlaw.com

bmiller@mofo.com

bmorag@cgsh.com

boneill@kramerlevin.com

brian.corey@greentreecreditsolutions.com

broy@rltlawfirm.com

bruce.wright@sutherland.com

bspector@jsslaw.com

btrust@mayerbrown.com

btupi@tuckerlaw.com

bturk@tishmanspeyer.com

bwolfe@sheppardmullin.com

bzabarauskas@crowell.com

cahn@clm.com

canelas@pursuitpartners.com

carol.weinerlevy@bingham.com

cave@hugheshubbard.com

cbelisle@wfw.com

cbelmonte@ssbb.com

cbrotstein@bm.net

cgoldstein@stcwlaw.com

cgrant@mayerbrown.com

chammerman@paulweiss.com

chardman@klestadt.com

charles@filardi-law.com

charles_malloy@aporter.com

chipford@parkerpoe.com

chris.donoho@hoganlovells.com

Lehman Brothers Inc.
Master Email Service List

clynch@reedsmith.com
cmontgomery@salans.com
cmtb_lc11@chuomitsui.jp
cohenr@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@hinshawlaw.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcameron@stradley.com
dcimo@gjb-law.com
dcoffino@cov.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com

dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
dimassa@duanemorris.com
dirk.roberts@ots.treas.gov
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dladdin@agg.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dnolan@andersonkill.com
dodonnell@milbank.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshemano@pwkllp.com
dspelfogel@foley.com
dswan@mcguirewoods.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
eagel@bragarwexler.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efile@willaw.com
efleck@milbank.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehret-vanhorn@mbaum.com

Lehman Brothers Inc.
Master Email Service List

ekbergc@lanepowell.com
elevine@eisemanlevine.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emcguinn@elotinc.net
eobrien@sbchlaw.com
eric.johnson@hro.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
ethan@ethanbrecherlaw.com
evelyn.martinez@invesco.com
evelyn.rodriguez@dlapiper.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
fjacobson@sonnenschein.com
frank.white@agg.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gabriel.delvirginia@verizon.net
gbray@milbank.com
george_kielman@freddiemac.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glee@mofo.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
goldenberg@ssnyc.com
gpratt@joneswaldo.com
gravert@mwe.com
gspilsbury@jsslaw.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
heim.steve@dorsey.com

heiser@chapman.com
hestioko@ffwplaw.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hugh.hill@hoganlovells.com
igoldstein@proskauer.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.greene@hoganlovells.com
ira.herman@tklaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
james.warnot@linklaters.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jchristian@tobinlaw.com
jdrucker@coleschotz.com
jdwarner@warnerandscheuerman.com
jdyas@halperinlaw.net
jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us

LEHMAN BROTHERS INC.
MASTER EMAIL SERVICE LIST

| | |
|---|---|
| jfalgowski@reedsmith.com | jowen769@yahoo.com |
| jflaxer@golenbock.com | jpintarelli@mofo.com |
| jfreeberg@wfw.com | jporter@entwistle-law.com |
| jg5786@att.com | jprol@lowenstein.com |
| jgarrity@shearman.com | jrabinowitz@rltlawfirm.com |
| jgenovese@gjb-law.com | jrsmith@hunton.com |
| jgold@andersonkill.com | jschwartz@hahnhessen.com |
| jguy@orrick.com | jsheerin@mcguirewoods.com |
| jharbour@hunton.com | jsher@shertremonte.com |
| jherzog@gklaw.com | jshickich@riddellwilliams.com |
| jhiggins@fdlaw.com | jsmairo@pbnlaw.com |
| jhorgan@phxa.com | jstoll@mayerbrown.com |
| jhorwitt@zeislaw.com | jteitelbaum@tblawllp.com |
| jhuggett@margolisedelstein.com | jthoman@hodgsonruss.com |
| jibaru@nyc.rr.com | jtimko@shutts.com |
| jim@atkinslawfirm.com | judy.morse@crowedunlevy.com |
| jjtancredi@daypitney.com | jwallack@goulstonstorrs.com |
| jjureller@klestadt.com | jwang@sipc.org |
| jkehoe@ktmc.com | jwcohen@daypitney.com |
| jlamar@maynardcooper.com | jweiss@gibsondunn.com |
| jlawlor@wmd-law.com | jwest@velaw.com |
| jlee@foley.com | jwh@njlawfirm.com |
| jlevitan@proskauer.com | jwishnew@mofo.com |
| jlevitin@cahill.com | jyenzer@haincapital.com |
| jlipson@crockerkuno.com | k4.nomura@aozorabank.co.jp |
| jliu@proskauer.com | karen.wagner@dpw.com |
| jlovi@steptoe.com | kbeverly-graham@eisemanlevine.com |
| jlscott@reedsmith.com | kcaputo@sipc.org |
| jmaddock@mcguirewoods.com | kdwbankruptcydepartment@kelleydrye.com |
| jmazermarino@msek.com | keith.simon@lw.com |
| jmelko@gardere.com | ken.coleman@allenovery.com |
| jmerva@fult.com | ken.higman@hp.com |
| jmmurphy@stradley.com | kerry.moynihan@hro.com |
| jmr@msf-law.com | kgwynne@reedsmith.com |
| john.monaghan@hklaw.com | kiplok@hugheshubbard.com |
| john.rapisardi@cwt.com | kkelly@ebglaw.com |
| joli@crlpc.com | klyman@irell.com |
| jorbach@hahnhessen.com | kmayer@mccarter.com |
| joseph.cordaro@usdoj.gov | kobak@hugheshubbard.com |
| joshua.dorchak@bingham.com | kovskyd@pepperlaw.com |

LEHMAN BROTHERS INC.
MASTER EMAIL SERVICE LIST

| | |
|---|---|
| kowens68@yahoo.com | mark.hellerer@pillsburylaw.com |
| kpiper@steptoe.com | mark.sherrill@sutherland.com |
| kressk@pepperlaw.com | martin.davis@ots.treas.gov |
| kreynolds@mklawnyc.com | marvin.clements@ag.tn.gov |
| krosen@lowenstein.com | masaki_konishi@noandt.com |
| kuehn@bragarwexler.com | matt@willaw.com |
| kurt.mayr@bgllp.com | matthew.dyer@prommis.com |
| lacyr@sullcrom.com | matthew.klepper@dlapiper.com |
| lal-shibib@andersonkill.com | maurice.horwitz@weil.com |
| landon@streusandlandon.com | mbeeler@cov.com |
| lathompson@co.sanmateo.ca.us | mberman@nixonpeabody.com |
| lawallf@pepperlaw.com | mbienenstock@proskauer.com |
| lberkoff@moritthock.com | mbossi@thompsoncoburn.com |
| lee.stremba@troutmansanders.com | mcademartori@sheppardmullin.com |
| lgranfield@cgsh.com | mcarney@mckoolsmith.com |
| lhandelsman@stroock.com | mcordone@stradley.com |
| linda.boyle@twtelecom.com | mcto@debevoise.com |
| linda.schoemaker@infospace.com | mdorval@stradley.com |
| lisa.kraidin@allenovery.com | meltzere@pepperlaw.com |
| ljkotler@duanemorris.com | metkin@lowenstein.com |
| lmarinuzzi@mofo.com | mfeldman@willkie.com |
| lmay@coleschotz.com | mgordon@briggs.com |
| lmcgowen@orrick.com | mgreger@allenmatkins.com |
| lml@ppgms.com | mhopkins@cov.com |
| lnashelsky@mofo.com | michael.frege@cms-hs.com |
| loizides@loizides.com | michele@willaw.com |
| lori.fife@weil.com | miller@taftlaw.com |
| lromansic@steptoe.com | mimi.m.wong@irscounsel.treas.gov |
| lscarcella@farrellfritz.com | mitchell.ayer@tklaw.com |
| lschweitzer@cgsh.com | mjacobs@pryorcashman.com |
| lsilverstein@potteranderson.com | mjedelman@vedderprice.com |
| lubell@hugheshubbard.com | mjr1@westchestergov.com |
| lwhidden@salans.com | mkjaer@winston.com |
| mabrams@willkie.com | mlahaie@akingump.com |
| maofiling@cgsh.com | mlandman@lcbf.com |
| maofiling@cgsh.com | mmendez@hunton.com |
| marc.chait@standardchartered.com | mmervis@proskauer.com |
| margolin@hugheshubbard.com | mmooney@deilylawfirm.com |
| mark.deveno@bingham.com | mmorreale@us.mufg.jp |
| mark.ellenberg@cwt.com | mneier@ibolaw.com |

LEHMAN BROTHERS INC.
MASTER EMAIL SERVICE LIST

| | |
|---|---|
| monica.lawless@brookfieldproperties.com | phayden@mcguirewoods.com |
| mpage@kelleydrye.com | pkizel@lowenstein.com |
| mprimoff@kayescholer.com | pmaxcy@sonnenschein.com |
| mpucillo@bermandevalerio.com | ppartee@hunton.com |
| mrosenthal@gibsondunn.com | ppascuzzi@ffwplaw.com |
| mruetzel@frankfurt.whitecase.com | ppatterson@stradley.com |
| mruetzel@whitecase.com | psp@njlawfirm.com |
| mschimel@sju.edu | ptrostle@jenner.com |
| msegarra@mayerbrown.com | r.stahl@stahlzelloe.com |
| mshiner@tuckerlaw.com | raj.madan@bingham.com |
| msilberstein@dealysilberstein.com | raj11@optonline.net |
| mspeiser@stroock.com | rajohnson@akingump.com |
| mstamer@akingump.com | ramona.neal@hp.com |
| mtamasco@schnader.com | ranjit.mather@bnymellon.com |
| mvenditto@reedsmith.com | rdaversa@orrick.com |
| mwarren@mtb.com | relgidely@gjb-law.com |
| nasreen.bulos@dubaiic.com | rfleischer@pryorcashman.com |
| nathan.garnett@infospace.com | rfrankel@orrick.com |
| nathan.spatz@pillsburylaw.com | rfriedman@silvermanacampora.com |
| ncoco@mwe.com | rgmason@wlrk.com |
| neal.mann@oag.state.ny.us | rgraham@whitecase.com |
| ned.schodek@shearman.com | rhett.campbell@tklaw.com |
| newyork@sec.gov | rhs@mccallaraymer.com |
| nherman@morganlewis.com | richard.lear@hklaw.com |
| nissay_10259-0154@mhmjapan.com | richard.levy@lw.com |
| nlepore@schnader.com | richard.tisdale@friedfrank.com |
| notice@bkcylaw.com | ritkin@steptoe.com |
| nrosenbaum@mofo.com | rjones@boultcummings.com |
| oipress@travelers.com | rlevin@cravath.com |
| paronzon@milbank.com | rmatzat@hahnhessen.com |
| patrick.oh@freshfields.com | rmcneill@potteranderson.com |
| patrick.potter@pillsburylaw.com | rnetzer@willkie.com |
| paul.turner@sutherland.com | rnies@wolffsamson.com |
| pbattista@gjb-law.com | rnorton@hunton.com |
| pbosswick@ssbb.com | robert.bailey@bnymellon.com |
| pdublin@akingump.com | robert.dombroff@bingham.com |
| peisenberg@lockelord.com | robert.hirsh@arentfox.com |
| peter.gilhuly@lw.com | robert.malone@dbr.com |
| peter.simmons@friedfrank.com | robert.yalen@usdoj.gov |
| peter@bankrupt.com | robin.keller@lovells.com |

LEHMAN BROTHERS INC.
MASTER EMAIL SERVICE LIST

ronald.silverman@bingham.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
rziegler@mayerbrown.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
sally.henry@skadden.com
sam.alberts@snrdenton.com
sandyscafaria@eaton.com
sara.tapinekis@cliffordchance.com
sarah.campbell@cliffordchance.com
scargill@lowenstein.com
schager@ssnyc.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schiffer@trilc.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
scott.koerner@snrdenton.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
seba.kurian@invesco.com
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com

sidorsky@butzel.com
slerman@ebglaw.com
slerner@ssd.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
sree@lcbf.com
sscott@jaspanllp.com
sselbst@herrick.com
sshimshak@paulweiss.com
steele@lowenstein.com
stephen.rimes@invesco.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.wilamowsky@bingham.com
streusand@streusandlandon.com
stumbiolo@cravath.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@andersonkill.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas_noguerola@calpers.ca.gov
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tjmckenna@gaineyandmckenna.com
tkarcher@proskauer.com
tkiriakos@mayerbrown.com

Lehman Brothers Inc.
Master Email Service List

tlauria@whitecase.com

tmacwright@whitecase.com

tmayer@kramerlevin.com

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tslome@msek.com

ttracy@crockerkuno.com

twheeler@lowenstein.com

villa@streusandlandon.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

walter.stuart@freshfields.com

wanda.goodloe@cbre.com

wballaine@lcbf.com

wbenzija@halperinlaw.net

wcurchack@loeb.com

wfoster@milbank.com

wilten@hugheshubbard.com

wisotska@pepperlaw.com

wjd@dealysilberstein.com

wmarcari@ebglaw.com

woconnor@crowell.com

wrightth@sullcrom.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wzoberman@bermandevalerio.com

yamashiro@sumitomotrust.co.jp

zrosenbaum@lowenstein.com

**EXHIBIT E**

Lehman Brothers Inc.

john.unger@smhgroup.com

**EXHIBIT F**

Lehman Brothers Inc.
Master Service Fax List

**OFFICE OF THE US TRUSTEE**
ATTN: ANDREW D VELEZ-RIVERA
(212) 668-2255