**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
In re                                              :   Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :   08-13555 (JMP)
                                                               :
                        Debtors.                     :   (Jointly Administered)
                                                               :
---------------------------------------------------------------x

| *UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK* ||
|---|---|
| **NOTICE OF COMMENCEMENT OF CHAPTER 11 BANKRUPTCY CASES, MEETING OF CREDITORS, & DEADLINES** ||
| **In re Merit, LLC,**<br>          **Debtor.** | **Chapter 11 Case No: 09-17331 (JMP)**<br>**(Jointly Administered with Case No. 08-13555 (JMP))**<br>**Commencement Date: December 14, 2009**<br>**Tax Identification Number: N/A** |
| **In re LB Preferred Somerset LLC,**<br>          **Debtor.** | **Chapter 11 Case No: 09-17505 (JMP)**<br>**(Jointly Administered with Case No. 08-13555 (JMP))**<br>**Commencement Date: December 21, 2009**<br>**Tax Identification Number: 26-1572617** |
| **In re LB Somerset LLC,**<br>          **Debtor.** | **Chapter 11 Case No:**<br>**09-17503 (JMP)**<br>**(Jointly Administered with Case No. 08-13555 (JMP))**<br>**Commencement Date: December 21, 2009**<br>**Tax Identification Number**: **26-1572659** |
| Chapter 11 bankruptcy cases concerning the debtors listed above were filed on the dates listed above. You may be a creditor of one or more of the debtors. **This notice lists important deadlines**. You may want to consult an attorney to protect your rights. All documents filed with the Court, including lists of the debtor's properties and debts, are available for inspection at the office of the clerk of the Bankruptcy Court and the Court's website, www.nysb.uscourts.gov. Note that a PACER password is needed to access documents on the Court's website (a PACER password may be obtained by accessing the PACER website, http://pacer.psc.uscourts.gov). NOTE: The staff members of the Bankruptcy Clerk's Office and the Office of the United States Trustee cannot give legal advice. ||
| **LIST OF AFFILIATED DEBTORS (INCLUDING CASE NUMBER, DATE OF FILING AND TAX IDENTIFICATION NUMBER)** ||

| **Lehman Brothers Holdings Inc.**<br>(08-13555 (JMP), 9/15/08, 13-3216325) | **LB 745 LLC**<br>(08-13600 (JMP), 9/16/08, 22 3835682) | **PAMI Statler Arms LLC**<br>(08- 13664 (JMP), 9/23/08, 20-4458408) | **Lehman Brothers Commodity Services Inc.**<br>(08-13885 (JMP), 10/3/08, 20-3364079) |
|---|---|---|---|
| **Lehman Brothers Special Financing Inc**<br>(08-13888 (JMP), 10/3/08, 11-2751029) | **Lehman Brothers OTC Derivatives Inc.**<br>(08-13893 (JMP), 10/3/08, 13-4184631) | **Lehman Brothers Derivative Products Inc.**<br>(08-13899 (JMP), 10/5/08, 13-4000849) | **Lehman Commercial Paper Inc.**<br>(08-13900 (JMP), 10/5/08, 13-2501865) |

| **Lehman Brothers Commercial Corporation** (08- 13901 (JMP), 10/5/08, 13-2927667) | **Lehman Brothers Financial Products** (08-13902 (JMP), 10/5/08, 13-3749773) | **CES Aviation IX LLC** (08-13907 (JMP), 10/5/08, 20-5321844) | **Lehman Scottish Finance L.P.** (08-13904 (JMP), 10/5/08, 98- 0531265) |
|---|---|---|---|
| **CES Aviation LLC** (08-13905 (JMP), 10/5/08, 22-3820734) | **CES Aviation V LLC** (08-13906 (JMP), 10/5/08, 20- 0503490) | **East Dover Limited** (08-13908 (JMP), 10/5/08, None) | **Luxembourg Residential Loan Finance S.a.r.l.** (09-10108 (JMP) 1/7/09, None) |
| **BNC Mortgage LLC** (09-10137 (JMP), 1/9/09, 13-4134566) | **Structured Asset Securities Corporation** (09-10558 (JMP), 2/9/09, 74-2440858) | **LB Rose Ranch LLC** (09-10560 (JMP), 2/9/09, 13-4146930) | **LB 2080 Kalakaua Owners LLC** (09-12516, 4/23/09, 20-4542314) |

**OTHER NAMES USED BY THE DEBTORS IN THE PAST 8 YEARS**: N/A

| <u>Attorneys for Debtors</u><br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007<br>Shai Y. Waisman, Esq.<br><br>Telephone: 212-310-8000<br>Facsimile: 212-310-8007 | **DATE, TIME, AND LOCATION OF MEETING OF CREDITORS PURSUANT TO BANKRUPTCY CODE SECTION 341(a)**<br>**March 8, 2010 at 2:00 p.m. (prevailing Eastern time)**<br>Office of the United States Trustee for the<br>Southern District of New York<br>80 Broad Street, Fourth Floor<br>New York, New York 10004 |
|---|---|

**DEADLINE TO FILE A PROOF OF CLAIM**
None at this time. When the Court sets a claims deadline, you will be notified and provided a proof of claim form by mail.

**CREDITORS MAY NOT TAKE CERTAIN ACTIONS**
**IN MOST INSTANCES, THE FILING OF THE BANKRUPTCY CASE AUTOMATICALLY STAYS CERTAIN COLLECTION AND OTHER ACTIONS AGAINST THE DEBTORS AND THE DEBTORS' PROPERTY. UNDER CERTAIN CIRCUMSTANCES, THE STAY MAY BE LIMITED TO 30 DAYS OR NOT EXIST AT ALL, ALTHOUGH THE DEBTORS CAN REQUEST THE COURT TO EXTEND OR IMPOSE A STAY. IF YOU ATTEMPT TO COLLECT A DEBT OR TAKE OTHER ACTION IN VIOLATION OF THE BANKRUPTCY CODE, YOU MAY BE PENALIZED. COMMON EXAMPLES OF PROHIBITED ACTIONS BY CREDITORS ARE CONTACTING THE DEBTORS TO DEMAND REPAYMENT, TAKING ACTION AGAINST THE DEBTORS TO COLLECT MONEY OWED TO CREDITORS OR TO TAKE PROPERTY OF THE DEBTORS, AND STARTING OR CONTINUING COLLECTION ACTIONS, FORECLOSURE ACTIONS, OR REPOSSESSIONS. CONSULT A LAWYER TO DETERMINE YOUR RIGHTS IN THIS CASE.**

<u>Address of the Clerk of the Bankruptcy Court</u>
Clerk of the United States Bankruptcy Court,
One Bowling Green, New York, New York 10004
Hours Open: 8:30 a.m. – 5:00 p.m.

Date: February 12, 2010

| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this Court by each of the debtors named above, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and disclosure statement telling you about the plan, and you might have an opportunity to vote on the plan. You will be sent a notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtors will remain in possession of the debtors' property and may continue to operate their business. |
|---|---|

| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed above. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
|---|---|
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Notice | You will not receive notice of all documents filed in these chapter 11 cases. On February 13, 2009, the Court entered its Order Implementing Certain Notice and Case Management Procedures (the "Notice Procedures Order"). The Notice Procedures Order describes the notice procedures that apply in these chapter 11 cases. All parties who desire to participate in these chapter 11 cases must follow the procedures set forth in the Notice Procedures Order. Parties can obtain a copy of the Notice Procedures Order and all other documents filed electronically with the Court in these cases, including lists of the Debtors' property and debts, by: (i) visiting the Clerk of the Court during normal business hours (copying fees will apply), (ii) accessing the Court's website at www.nysb.uscourts.gov (note that a PACER (http://www.pacer.psc.uscourts.gov) password and login are needed to access documents on the Court's website); and (iii) accessing the website maintained by the Debtors in connection with these chapter 11 cases at http://www.lehman-docket.com. |
| Claims | Schedules of liabilities will be filed pursuant to Bankruptcy Rule 1007. Any creditor holding a scheduled claim which is not identified as disputed, contingent, or unliquidated as to amount may, but is not required to, file a proof of claim in these cases. Creditors whose claims are not scheduled or whose claims are scheduled as disputed, contingent, or unliquidated as to amount and who desire to participate in these cases or share in any distribution must file a proof of claim. A creditor who relies on the schedule of liabilities has the responsibility for determining that the claim is listed accurately. A form of proof of claim and notice of the deadline for filing such proof of claim will be sent to you later. A deadline for the last day for filing proofs of claim has not yet been established. |
| Bankruptcy Clerk's Office | Any paper that you file in these bankruptcy cases should be filed at the bankruptcy clerk's office at the address listed above. You may inspect all papers filed, including the list of the debtors' property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| Foreign Creditors | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in these cases. |