**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS INC.,<br><br>Debtor. | Case No. 08-01420 (JMP) SIPA<br><br>Ref. Docket No. 7088 |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK   )

KERRY O'NEIL, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 22, 2013, I caused to be served the "Notice of Adjournment of Hearing on Trustee's One Hundred Fourth Omnibus Objection to General Creditor Claims (No Liability Claims) Solely as to Certain Claims," dated August 22, 2013 [Docket No. 7088], by causing true and correct copies to be:

    i. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

    ii. delivered via electronic mail to those parties listed on the annexed Exhibit B, and

    iii. delivered via facsimile mail to the party listed on the annexed Exhibit C.

3. .All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Kerry O'Neil*
Kerry O'Neil

Sworn to before me this
22nd day of August
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBI\Affidavits\NOA 104th Omnibus Objection_DI 7088_AFF_8-22-13.doc

# EXHIBIT A

Lehman Brothers Inc.
Master Service List

**INTERNAL REVENUE SERVICE**
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**OFFICE OF THE UNITED STATES TRUSTEE**
TRACY HOPE DAVIS, ELISABETTA G GASPARINI, ANDREA B SCHWARTZ
U.S. FEDERAL OFFICE BUILDING
201 VARICK STREET, SUITE 1006
NEW YORK, NY   10014

LEHMAN BROTHERS, INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ANZ SECURITIES, INC. | ATTN: ANN VARRALLI MCCLELLAND 1177 AVENUE OF THE AMERICAS 6TH FLOOR NEW YORK NY 10036 |
| BINGHAM MCCUTCHEN LLP | ATTN: JOSHUA DORCHAK ESQ. 399 PARK AVENUE NEW YORK, NY 10022 |
| BMO CAPITAL MARKETS CORP. | 111 WEST MONROE STREET CHICAGO IL 60603-4080 |
| BNY MELLON CAPITAL MARKETS, LLC | ATTN: JONATHAN R. GOLDBLATT ONE WALL STREET, 11TH FLOOR NEW YORK NY 10286 |
| CLEARY GOTTLIEB STEEN & HAMILTON | ATTN: MITCHELL A. LOWENTHAL ONE LIBERTY PLAZA NEW YORK, NY 10006 |
| DNB NOR MARKETS, INC. | ATTN: MARCUS WENDEHOG 200 PARK AVENUE NEW YORK NY 10166 |
| FORTIS SECURITIES LLC | 1201 F. ST. NW SUITE 1100 WASHINGTON DC 20004 |
| NABCAPITAL SECURITIES, LLC | 111 WEST MONROE STREET CHICAGO IL 60603-4080 |
| NATIONAL AUSTRALIA BANK LIMITED | 111 WEST MONROE STREET CHICAGO IL 60603-4080 |
| NATIONAL FINANCIAL SERVICES LLC | TN: MARTHA A. MAZZONE, ESQ. 82 DEVONSHIRE ST. F6C BOSTON MA 02109-4135 |
| SUNTRUST ROBINSON HUMPHREY, INC. | ATTN: WILLIAM MAYFIELD, ESQ. 3333 PEACHTREE ROAD 11TH FL ATLANTA GA 30326 |
| THE WILLIAMS CAPITAL GROUP, L.P. | ATTN: DIANNE CALABRISOTTO 650 FIFTH AVENUE 11TH FL NEW YORK NY 10019 |
| UBS FINANCIAL SERVICES INC. | ATTN: DAVID L. GOLDBERG, ESQ. 1200 HARBOR BOULEVARD WEEHAWKEN NJ 07086-6791 |

**Total Creditor count  13**

**EXHIBIT B**

LEHMAN BROTHERS INC.
MASTER EMAIL SERVICE LIST

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
adoberman@profunds.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
alicia.chang@davispolk.com
alum@ftportfolios.com
amarder@msek.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
andrew.brozman@cliffordchance.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermandevalerio.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
aunger@sidley.com

austin.bankruptcy@publicans.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
benita.dryden@invesco.com
bguiney@pbwt.com
bmanne@tuckerlaw.com
bmiller@mofo.com
bmorag@cgsh.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bspector@jsslaw.com
btrust@mayerbrown.com
btupi@tuckerlaw.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cave@hugheshubbard.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cgoldstein@stcwlaw.com
cgrant@mayerbrown.com
chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@hoganlovells.com

Lehman Brothers Inc.
Master Email Service List

clynch@reedsmith.com
cmontgomery@salans.com
cmtb_lc11@chuomitsui.jp
cohenr@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@hinshawlaw.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcameron@stradley.com
dcimo@gjb-law.com
dcoffino@cov.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com

dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
dimassa@duanemorris.com
dirk.roberts@ots.treas.gov
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dladdin@agg.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dnolan@andersonkill.com
dodonnell@milbank.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshemano@pwkllp.com
dspelfogel@foley.com
dswan@mcguirewoods.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
eagel@bragarwexler.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efile@willaw.com
efleck@milbank.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehret-vanhorn@mbaum.com

LEHMAN BROTHERS INC.
MASTER EMAIL SERVICE LIST

| | |
|---|---|
| ekbergc@lanepowell.com | heiser@chapman.com |
| elevine@eisemanlevine.com | hestioko@ffwplaw.com |
| eli.mattioli@klgates.com | hollace.cohen@troutmansanders.com |
| ellen.halstead@cwt.com | holsen@stroock.com |
| emcguinn@elotinc.net | howard.hawkins@cwt.com |
| eobrien@sbchlaw.com | hseife@chadbourne.com |
| eric.johnson@hro.com | hsnovikoff@wlrk.com |
| eschaffer@reedsmith.com | hugh.hill@hoganlovells.com |
| eschwartz@contrariancapital.com | igoldstein@proskauer.com |
| ethan@ethanbrecherlaw.com | ilevee@lowenstein.com |
| evelyn.martinez@invesco.com | info2@normandyhill.com |
| evelyn.rodriguez@dlapiper.com | ira.greene@hoganlovells.com |
| ezujkowski@emmetmarvin.com | ira.herman@tklaw.com |
| ezweig@optonline.net | israel.dahan@cwt.com |
| fbp@ppgms.com | iva.uroic@dechert.com |
| ffm@bostonbusinesslaw.com | jacobsonn@sec.gov |
| fhyman@mayerbrown.com | james.mcclammy@dpw.com |
| fishere@butzel.com | james.sprayregen@kirkland.com |
| fjacobson@sonnenschein.com | james.warnot@linklaters.com |
| frank.white@agg.com | jamestecce@quinnemanuel.com |
| fsosnick@shearman.com | jar@outtengolden.com |
| fyates@sonnenschein.com | jason.jurgens@cwt.com |
| gabriel.delvirginia@verizon.net | jay.hurst@oag.state.tx.us |
| gabriel.delvirginia@verizon.net | jay@kleinsolomon.com |
| gbray@milbank.com | jbecker@wilmingtontrust.com |
| george_kielman@freddiemac.com | jbeemer@entwistle-law.com |
| geraci@thalergertler.com | jbeiers@co.sanmateo.ca.us |
| ggitomer@mkbattorneys.com | jbird@polsinelli.com |
| giddens@hugheshubbard.com | jbromley@cgsh.com |
| gkaden@goulstonstorrs.com | jcarberry@cl-law.com |
| glee@mofo.com | jchristian@tobinlaw.com |
| glenn.siegel@dechert.com | jchristian@tobinlaw.com |
| gmoss@riemerlaw.com | jdrucker@coleschotz.com |
| goldenberg@ssnyc.com | jdwarner@warnerandscheuerman.com |
| gpratt@joneswaldo.com | jdyas@halperinlaw.net |
| gravert@mwe.com | jeff.wittig@coair.com |
| gspilsbury@jsslaw.com | jeffrey.sabin@bingham.com |
| harrisjm@michigan.gov | jeldredge@velaw.com |
| harveystrickon@paulhastings.com | jennifer.gore@shell.com |
| heim.steve@dorsey.com | jeremy.eiden@state.mn.us |

Lehman Brothers Inc.
Master Email Service List

| | |
|---|---|
| jfalgowski@reedsmith.com | jowen769@yahoo.com |
| jflaxer@golenbock.com | jpintarelli@mofo.com |
| jfreeberg@wfw.com | jporter@entwistle-law.com |
| jg5786@att.com | jprol@lowenstein.com |
| jgarrity@shearman.com | jrabinowitz@rltlawfirm.com |
| jgenovese@gjb-law.com | jrsmith@hunton.com |
| jgold@andersonkill.com | jschwartz@hahnhessen.com |
| jguy@orrick.com | jsheerin@mcguirewoods.com |
| jharbour@hunton.com | jsher@shertremonte.com |
| jherzog@gklaw.com | jshickich@riddellwilliams.com |
| jhiggins@fdlaw.com | jsmairo@pbnlaw.com |
| jhorgan@phxa.com | jstoll@mayerbrown.com |
| jhorwitt@zeislaw.com | jteitelbaum@tblawllp.com |
| jhuggett@margolisedelstein.com | jthoman@hodgsonruss.com |
| jibaru@nyc.rr.com | jtimko@shutts.com |
| jim@atkinslawfirm.com | judy.morse@crowedunlevy.com |
| jjtancredi@daypitney.com | jwallack@goulstonstorrs.com |
| jjureller@klestadt.com | jwang@sipc.org |
| jkehoe@ktmc.com | jwcohen@daypitney.com |
| jlamar@maynardcooper.com | jweiss@gibsondunn.com |
| jlawlor@wmd-law.com | jwest@velaw.com |
| jlee@foley.com | jwh@njlawfirm.com |
| jlevitan@proskauer.com | jwishnew@mofo.com |
| jlevitin@cahill.com | jyenzer@haincapital.com |
| jlipson@crockerkuno.com | k4.nomura@aozorabank.co.jp |
| jliu@proskauer.com | karen.wagner@dpw.com |
| jlovi@steptoe.com | kbeverly-graham@eisemanlevine.com |
| jlscott@reedsmith.com | kcaputo@sipc.org |
| jmaddock@mcguirewoods.com | kdwbankruptcydepartment@kelleydrye.com |
| jmazermarino@msek.com | keith.simon@lw.com |
| jmelko@gardere.com | ken.coleman@allenovery.com |
| jmerva@fult.com | ken.higman@hp.com |
| jmmurphy@stradley.com | kerry.moynihan@hro.com |
| jmr@msf-law.com | kgwynne@reedsmith.com |
| john.monaghan@hklaw.com | kiplok@hugheshubbard.com |
| john.rapisardi@cwt.com | kkelly@ebglaw.com |
| joli@crlpc.com | klyman@irell.com |
| jorbach@hahnhessen.com | kmayer@mccarter.com |
| joseph.cordaro@usdoj.gov | kobak@hugheshubbard.com |
| joshua.dorchak@bingham.com | kovskyd@pepperlaw.com |

LEHMAN BROTHERS INC.
MASTER EMAIL SERVICE LIST

kowens68@yahoo.com
kpiper@steptoe.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
lal-shibib@andersonkill.com
landon@streusandlandon.com
lathompson@co.sanmateo.ca.us
lawallf@pepperlaw.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
linda.schoemaker@infospace.com
lisa.kraidin@allenovery.com
ljkotler@duanemorris.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lori.fife@weil.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lsilverstein@potteranderson.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
maofiling@cgsh.com
marc.chait@standardchartered.com
margolin@hugheshubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com

mark.hellerer@pillsburylaw.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
marvin.clements@ag.tn.gov
masaki_konishi@noandt.com
matt@willaw.com
matthew.dyer@prommis.com
matthew.klepper@dlapiper.com
maurice.horwitz@weil.com
mbeeler@cov.com
mberman@nixonpeabody.com
mbienenstock@proskauer.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcarney@mckoolsmith.com
mcordone@stradley.com
mcto@debevoise.com
mdorval@stradley.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mhopkins@cov.com
michael.frege@cms-hs.com
michele@willaw.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mmendez@hunton.com
mmervis@proskauer.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com

LEHMAN BROTHERS INC.
MASTER EMAIL SERVICE LIST

monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mprimoff@kayescholer.com
mpucillo@bermandevalerio.com
mrosenthal@gibsondunn.com
mruetzel@frankfurt.whitecase.com
mruetzel@whitecase.com
mschimel@sju.edu
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msilberstein@dealysilberstein.com
mspeiser@stroock.com
mstamer@akingump.com
mtamasco@schnader.com
mvenditto@reedsmith.com
mwarren@mtb.com
nasreen.bulos@dubaiic.com
nathan.garnett@infospace.com
nathan.spatz@pillsburylaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
newyork@sec.gov
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
nrosenbaum@mofo.com
oipress@travelers.com
paronzon@milbank.com
patrick.oh@freshfields.com
patrick.potter@pillsburylaw.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.simmons@friedfrank.com
peter@bankrupt.com
phayden@mcguirewoods.com
pkizel@lowenstein.com
pmaxcy@sonnenschein.com
ppartee@hunton.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
raj11@optonline.net
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
rhs@mccallaraymer.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
ritkin@steptoe.com
rjones@boultcummings.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rmcneill@potteranderson.com
rnetzer@willkie.com
rnies@wolffsamson.com
rnorton@hunton.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.hirsh@arentfox.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com

LEHMAN BROTHERS INC.
MASTER EMAIL SERVICE LIST

ronald.silverman@bingham.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
rziegler@mayerbrown.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
sally.henry@skadden.com
sam.alberts@snrdenton.com
sandyscafaria@eaton.com
sara.tapinekis@cliffordchance.com
sarah.campbell@cliffordchance.com
scargill@lowenstein.com
schager@ssnyc.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schiffer@trilc.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
scott.koerner@snrdenton.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
seba.kurian@invesco.com
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerman@ebglaw.com
slerner@ssd.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
sree@lcbf.com
sscott@jaspanllp.com
sselbst@herrick.com
sshimshak@paulweiss.com
steele@lowenstein.com
stephen.rimes@invesco.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.wilamowsky@bingham.com
streusand@streusandlandon.com
stumbiolo@cravath.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@andersonkill.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas_noguerola@calpers.ca.gov
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tjmckenna@gaineyandmckenna.com
tkarcher@proskauer.com
tkiriakos@mayerbrown.com

LEHMAN BROTHERS INC.
MASTER EMAIL SERVICE LIST

tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
wilten@hugheshubbard.com
wisotska@pepperlaw.com
wjd@dealysilberstein.com
wmarcari@ebglaw.com
woconnor@crowell.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermandevalerio.com
yamashiro@sumitomotrust.co.jp
zrosenbaum@lowenstein.com

**EXHIBIT C**

LEHMAN BROTHERS INC.
MASTER SERVICE FAX LIST

**OFFICE OF THE US TRUSTEE**
ATTN: ANDREW D VELEZ-RIVERA
(212) 668-2255