# **EXHIBIT "B"**

# EXHIBIT B-1

# INVOICE

Factiva Limited
6th Floor, Commodity Quay, East Smithfield
London E1W 1AZ
VAT Reg. No. : 836-1254-37

Lehman Brothers Holdings Inc
Accounts Payable
PO BOX 50559
London
E144WU
UNITED KINGDOM

| AMOUNT DUE USD | 376,025.85 |
|---|---|
| ACCOUNT NO | 00 00 9LEH0003 |
| INVOICE NO | 70138105 |
| INVOICE DATE | 01-Oct-2008 |

You search the news, but do you want to integrate it?
Check out Dow Jones Client Solutions at solutions.dowjones/djcs/

## SUMMARY OF CHARGES

AMOUNT (USD)

Factiva Services 01-Oct-2008 - 31-Dec-2008

| | |
|---|---:|
| Information Fee | 256,017.60 |
| Aggregate Service Fee | 64,004.40 |
| Account Total | 320,022.00 |
| VAT 17.500% | 56,003.85 |
| Invoice Total | 376,025.85 |

VAT converted to BRITISH POUND STERLING    VAT 17.500%    (GBP)    30,958.93

QUESTIONS ABOUT YOUR INVOICE?
VIEW OUR FAQS OR FILL IN A FORM AT
HTTP://SOLUTIONS.DOWJONES.COM/BILLS

Pay-Per-View content fees,
where applicable, comprise an
Information Fee and a Service Fee

Registered Office: 1 Virginia Street
London E98 1XY
Registered in England 3773253

PLEASE NOTE YOUR ACCOUNT NUMBER AND INVOICE NUMBER WHEN MAKING YOUR REMITTANCE

| ACCOUNT NO | INVOICE NO | INVOICE DATE |
|---|---|---|
| 00 00 9LEH0003 | 70138105 | 01 Oct 2008 |

**TERMS:    DUE 30 DAYS UPON RECEIPT**
**AMOUNT DUE:    USD       376,025.85**

Lehman Brothers Holdings Inc

### PLEASE REMIT TO:

Citibank London(CITIGB2L)
For Credit To: Factiva Limited
Account No: 10274097
IBAN:  GB36CITI18500810274097
Via Correspondent Bank
Citibank N.A. New York
(CITIUS33)
NO CHEQUES PLEASE

1 00 00 912050800038 70138105 4 037602585

Page:    1.    *

# INVOICE

Factiva Limited
6th Floor, Commodity Quay, East Smithfield
London E1W 1AZ
VAT Reg. No. : 836-1254-37

Lehman Brothers Holdings Inc
Accounts Payable
PO BOX 50559
London
E144WU
UNITED KINGDOM

| AMOUNT DUE USD | 386,426.43 |
|---|---|
| ACCOUNT NO | 00 00 9LEH0003 |
| INVOICE NO | 70146007 |
| INVOICE DATE | 01-Jan-2009 |

*Learn more about all Dow Jones Factiva products at http://factiva.com/products/*

AMOUNT (USD)

### SUMMARY OF CHARGES

Factiva Services 01-Jan-2009 - 31-Mar-2009

| | |
|---|---|
| Information Fee | 268,818.39 |
| Aggregate Service Fee | 67,204.59 |
| Account Total | 336,022.98 |
| VAT 15.000% | 50,403.45 |
| Invoice Total | 386,426.43 |

VAT converted to BRITISH POUND STERLING    VAT 15.000%    (GBP)    34,914.47

QUESTIONS ABOUT YOUR INVOICE?
VIEW OUR FAQS OR FILL IN A FORM AT
HTTP://SOLUTIONS.DOWJONES.COM/BILLS

Pay-Per-View content fees,
where applicable, comprise an
Information Fee and a Service Fee

Registered Office: 1 Virginia Street
London E98 1XY
Registered in England 3773253

---

PLEASE NOTE YOUR ACCOUNT NUMBER AND INVOICE NUMBER WHEN MAKING YOUR REMITTANCE

| ACCOUNT NO | INVOICE NO | INVOICE DATE |
|---|---|---|
| 00 00 9LEH0003 | 70146007 | 01 Jan 2009 |

**TERMS:** DUE 30 DAYS UPON RECEIPT
**AMOUNT DUE:** USD    386,426.43

Lehman Brothers Holdings Inc

### PLEASE REMIT TO:

Citibank London (CITIGB2L)
For Credit To: Factiva Limited
Account No: 10274097
IBAN: GB36CITI18500810274097
Via Correspondent Bank
Citibank N.A. New York
(CITIUS33)
NO CHEQUES PLEASE

1 00 00 912050800038 70146007 4 038642643

Page: 1. *

# INVOICE

Factiva Limited
6th Floor, Commodity Quay, East Smithfield
London E1W 1AZ
VAT Reg. No. : 836-1254-37

| INVOICE DATE | 01-Apr-2009 |
|---|---|
| AMOUNT DUE USD | 386,426.43 |
| INVOICE NO | 70152754 |
| ACCOUNT NO | 00 00 9LEH0003 |

BILL TO
Lehman Brothers Holdings Inc
Accounts Payable
PO BOX 50559
London
E144WU
UNITED KINGDOM

| DESCRIPTION OF SERVICE | SERVICE PERIOD | TOTAL(USD) |
|---|---|---|
| Factiva Services | 01-Apr-2009 - 30-Jun-2009 | |
| Information Fee | | 268,818.39 |
| Aggregate Service Fee | | 67,204.59 |
| Account Total | | 336,022.98 |
| VAT 15.000% | | 50,403.45 |
| Invoice Total | | 386,426.43 |

VAT converted to BRITISH POUND STERLING    VAT 15.000%    (GBP)    35,352.98

QUESTIONS ABOUT YOUR INVOICE?    Pay-Per-View content fees,    Registered Office: 1 Virginia Street
VIEW OUR FAQS OR FILL IN A FORM AT    where applicable, comprise an    London E98 1XY
HTTP://SOLUTIONS.DOWJONES.COM/BILLS    Information Fee and a Service Fee    Registered in England 3773253

---

PLEASE NOTE YOUR ACCOUNT NUMBER AND INVOICE NUMBER WHEN MAKING YOUR REMITTANCE

| ACCOUNT NO | INVOICE NO | INVOICE DATE |
|---|---|---|
| 00 00 9LEH0003 | 70152754 | 01 Apr 2009 |

**PLEASE REMIT TO:**

Citibank London(CITIGB2L)
For Credit To: Factiva Limited
Account No: 10274097
IBAN: GB36CITI18500810274097
Via Correspondent Bank
Citibank N.A. New York
(CITIUS33)
NO CHEQUES PLEASE

**TERMS:** DUE 30 DAYS UPON RECEIPT
**AMOUNT DUE:** USD    386,426.43

Lehman Brothers Holdings Inc

1 00 00 912050800038 70152754 3 038642643

Page:   1.  *

# INVOICE

Factiva Limited
6th Floor, Commodity Quay, East Smithfield
London E1W 1AZ
VAT Reg. No. : 836-1254-37

| INVOICE DATE | 01-Jul-2009 |
|---|---|
| AMOUNT DUE USD | 386,426.43 |
| INVOICE NO | 70159301 |
| ACCOUNT NO | 00 00 9LEH0003 |

BILL TO
Lehman Brothers Holdings Inc
Accounts Payable
PO BOX 50559
London
E144WU
UNITED KINGDOM

| DESCRIPTION OF SERVICE | SERVICE PERIOD | TOTAL(USD) |
|---|---|---|
| Factiva Services | 01-Jul-2009 - 30-Sep-2009 | |
| Information Fee | | 268,818.39 |
| Aggregate Service Fee | | 67,204.59 |
| Account Total | | 336,022.98 |
| VAT 15.000% | | 50,403.45 |
| Invoice Total | | 386,426.43 |

VAT converted to BRITISH POUND STERLING    VAT 15.000%   (GBP)    30,423.52

QUESTIONS ABOUT YOUR INVOICE?
VIEW OUR FAQS OR FILL IN A FORM AT
HTTP://SOLUTIONS.DOWJONES.COM/BILLS

Pay-Per-View content fees,
where applicable, comprise an
Information Fee and a Service Fee

Registered Office: 1 Virginia Street
London E98 1XY
Registered in England 3773253

---

PLEASE NOTE YOUR ACCOUNT NUMBER AND INVOICE NUMBER WHEN MAKING YOUR REMITTANCE

| ACCOUNT NO | INVOICE NO | INVOICE DATE |
|---|---|---|
| 00 00 9LEH0003 | 70159301 | 01 Jul 2009 |

**TERMS:**    DUE 30 DAYS UPON RECEIPT
**AMOUNT DUE:** USD    386,426.43

Lehman Brothers Holdings Inc

PLEASE REMIT TO:

Citibank London(CITIGB2L)
For Credit To: Factiva Limited
Account No: 10274097
IBAN:  GB36CITI18500810274097
Via Correspondent Bank
Citibank N.A. New York
(CITIUS33)
NO CHEQUES PLEASE

1 00 00 912050800038 70159301 1 038642643

Page:    1.    *

# INVOICE

Factiva Limited
6th Floor, Commodity Quay, East Smithfield
London E1W 1AZ
VAT Reg. No. : 836-1254-37

| INVOICE DATE | 01-Oct-2009 |
|---|---|
| AMOUNT DUE USD | 386,426.43 |
| INVOICE NO | 70165662 |
| ACCOUNT NO | 00 00 9LEH0003 |

BILL TO
Lehman Brothers Holdings Inc
Accounts Payable
PO BOX 50559
London
E144WU
UNITED KINGDOM

| DESCRIPTION OF SERVICE | SERVICE PERIOD | TOTAL(USD) |
|---|---|---|
| Factiva Services | 01-Oct-2009 - 31-Dec-2009 | |
| | Information Fee | 268,818.39 |
| | Aggregate Service Fee | 67,204.59 |
| | Account Total | 336,022.98 |
| | VAT 15.000% | 50,403.45 |
| | Invoice Total | 386,426.43 |
| | VAT converted to BRITISH POUND STERLING   VAT 15.000%   (GBP) | 31,602.96 |

QUESTIONS ABOUT YOUR INVOICE?
VIEW OUR FAQS OR FILL IN A FORM AT
HTTP://SOLUTIONS.DOWJONES.COM/BILLS

Pay-Per-View content fees,
where applicable,comprise an
Information Fee and a Service Fee

Registered Office: 1 Virginia Street
London E98 1XY
Registered in England 3773253

---

PLEASE NOTE YOUR ACCOUNT NUMBER AND INVOICE NUMBER WHEN MAKING YOUR REMITTANCE

| ACCOUNT NO | INVOICE NO | INVOICE DATE |
|---|---|---|
| 00 00 9LEH0003 | 70165662 | 01 Oct 2009 |

**TERMS:** DUE 30 DAYS UPON RECEIPT
**AMOUNT DUE:** USD    386,426.43

Lehman Brothers Holdings Inc

**PLEASE REMIT TO:**

Citibank London(CITIGB2L)
For Credit To: Factiva Limited
Account No: 10274097
IBAN:  GB36CITI18500810274097
Via Correspondent Bank
Citibank N.A. New York
(CITIUS33)
NO CHEQUES PLEASE

1 00 00 912050800038 70165662 6 038642643

Page:    1.  *

# EXHIBIT B-2

# INVOICE

Factiva, Inc.
P.O. Box 300, Princeton, NJ 08543-0300

Federal Tax ID # 13-4349632

| INVOICE DATE | 01-Apr-2009 |
|---|---|
| AMOUNT DUE USD | 11,289.06 |
| INVOICE NO | 10542035 |
| ACCOUNT NO | 00 00 9LEH0016 |

BILL TO
Image Processing Systems
C/O Lehman Brothers A/P Department
PO Box 2097
SECAUCUS, NJ 07096
UNITED STATES

| DESCRIPTION OF SERVICE | SERVICE PERIOD | TOTAL(USD) |
|---|---|---|
| Factiva Public Figures and Associates Fee | 01-Apr-2009,30-Apr-2009 | 10,416.66 |
| | Account Total | 10,416.66 |
| | SALES TAX | 872.40 |
| | Invoice Total | 11,289.06 |

QUESTIONS ABOUT YOUR INVOICE?
VIEW OUR FAQS OR FILL IN A FORM AT
HTTP://SOLUTIONS.DOWJONES.COM/BILLS

Pay-Per-View content fees,
where applicable, comprise an
Information Fee and a Service Fee

Registered Office: 1209 Orange Street
Wilmington, DE 19801
Registered in U.S.

---

PLEASE NOTE YOUR ACCOUNT NUMBER AND INVOICE NUMBER WHEN MAKING YOUR REMITTANCE

| ACCOUNT NO | INVOICE NO | INVOICE DATE |
|---|---|---|
| 00 00 9LEH0016 | 10542035 | 01 Apr 2009 |

**TERMS:** DUE 30 DAYS UPON RECEIPT
**AMOUNT DUE:** USD    11,289.06

Image Processing Systems

**PLEASE REMIT TO:**

Dow Jones & Co.
Factiva, Inc.
PO Box 30994
New York, NY 10261

1 00 00 912050800162 10542035 4 001128906

Page: 1  *

# INVOICE

Factiva, Inc.
P.O. Box 300, Princeton, NJ 08543-0300

Federal Tax ID # 13-4349632

| INVOICE DATE | 01-May-2009 |
|---|---|
| AMOUNT DUE USD | 11,289.06 |
| INVOICE NO | 10545037 |
| ACCOUNT NO | 00 00 9LEH0016 |

BILL TO
Image Processing Systems
C/O Lehman Brothers A/P Department
PO Box 2097
SECAUCUS, NJ 07096
UNITED STATES

| DESCRIPTION OF SERVICE | SERVICE PERIOD | TOTAL (USD) |
|---|---|---|
| Factiva Public Figures and Associates Fee | 01-May-2009, 31-May-2009 | 10,416.66 |
| | Account Total | 10,416.66 |
| | SALES TAX | 872.40 |
| | Invoice Total | 11,289.06 |

QUESTIONS ABOUT YOUR INVOICE?
VIEW OUR FAQS OR FILL IN A FORM AT
HTTP://SOLUTIONS.DOWJONES.COM/BILLS

Pay-Per-View content fees,
where applicable, comprise an
Information Fee and a Service Fee

Registered Office: 1209 Orange Street
Wilmington, DE 19801
Registered in U.S.

---

PLEASE NOTE YOUR ACCOUNT NUMBER AND INVOICE NUMBER WHEN MAKING YOUR REMITTANCE

| ACCOUNT NO | INVOICE NO | INVOICE DATE |
|---|---|---|
| 00 00 9LEH0016 | 10545037 | 01 May 2009 |

**TERMS:** DUE 30 DAYS UPON RECEIPT
**AMOUNT DUE:** USD    11,289.06

Image Processing Systems

PLEASE REMIT TO:

Dow Jones & Co.
Factiva, Inc.
PO Box 30994
New York, NY 10261

1 00 00 912050800162 10545037 6 001128906

Page: 1  *

# INVOICE

Factiva, Inc.
P.O. Box 300, Princeton, NJ 08543-0300

Federal Tax ID # 13-4349632

| INVOICE DATE | 01-Jun-2009 |
|---|---|
| AMOUNT DUE USD | 11,289.06 |
| INVOICE NO | 10547945 |
| ACCOUNT NO | 00 00 9LEH0016 |

BILL TO
Image Processing Systems
C/O Lehman Brothers A/P Department
PO Box 2097
SECAUCUS, NJ 07096
UNITED STATES

| DESCRIPTION OF SERVICE | SERVICE PERIOD | TOTAL(USD) |
|---|---|---|
| Factiva Public Figures and Associates Fee | 01-Jun-2009,30-Jun-2009 | 10,416.66 |
| | Account Total | 10,416.66 |
| | SALES TAX | 872.40 |
| | Invoice Total | 11,289.06 |

QUESTIONS ABOUT YOUR INVOICE?
VIEW OUR FAQS OR FILL IN A FORM AT
HTTP://SOLUTIONS.DOWJONES.COM/BILLS

Pay-Per-View content fees,
where applicable, comprise an
Information Fee and a Service Fee

Registered Office: 1209 Orange Street
Wilmington, DE 19801
Registered in U.S.

---

PLEASE NOTE YOUR ACCOUNT NUMBER AND INVOICE NUMBER WHEN MAKING YOUR REMITTANCE

| ACCOUNT NO | INVOICE NO | INVOICE DATE |
|---|---|---|
| 00 00 9LEH0016 | 10547945 | 01 Jun 2009 |

**TERMS:** DUE 30 DAYS UPON RECEIPT
**AMOUNT DUE:** USD    11,289.06

Image Processing Systems

PLEASE REMIT TO:

Dow Jones & Co.
Factiva, Inc.
PO Box 30994
New York, NY 10261

1 00 00 912050800162 10547945 0 001128906

Page: 1

# EXHIBIT B-3

Dow Jones & Company

**DOWJONES**

| PAGE | 1 |
|---|---|
| INVOICE NO. | INVOICE DATE |
| 50795800 | 07/23/09 |
| ACCOUNT NO. | |
| 05  55  4IN00432 | |

| CUSTOMER REFERENCE |
|---|
| DOW JONES INDEXES |

```
LEHMAN BROTHERS HOLDINGS INC.
ATTN:   MICHAEL LI
70 HUDSON STREET
10TH FLOOR
JERSEY CITY        NJ  07302
```

PLEASE REMIT TO:

```
DOW JONES INDEXES
   WALL ST JRNL OR BARRONS
      PO BOX 4137
NEW YORK                    NY
                              10261
```

PAYMENT DUE ON PRESENTATION
AMOUNT DUE:           2,250.00

PLEASE NOTE YOUR ACCOUNT NUMBER ON YOUR CHECK AND RETURN THIS PORTION WITH YOUR PAYMENT

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | | DOW JONES INDEXES<br><br>LICENSE FEE FOR DOW JONES INDEXES<br>JULY - SEPTEMBER 2009 | $   2,250.00 |
| | | AMOUNT DUE ▶ | 2,250.00 |

ADDRESS INQUIRIES TO:

DOW JONES & CO.
P. O. BOX 300
ATTN: KARIN JANSEN
PRINCETON, NJ 08543-0300
DJINDEXESREPORTING@DOWJONES.COM

| ACCOUNT NO. | INVOICE NO. | INVOICE DATE |
|---|---|---|
| 05  55  4IN00432 | 50795800 | 07/23/09 |