Hearing Date: March 17, 2010 at 10:00 a.m.
Objection Deadline: March 12, 2010 at 4:00 p.m.

Ira M. Levee (IL 9958)
**LOWENSTEIN SANDLER PC**
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)

    and

65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2480 (Telephone)
(973) 597-2841 (Facsimile)

*Attorneys for Factiva, Inc.,
Factiva Limited and Dow Jones & Company, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**NOTICE OF HEARING ON MOTION OF FACTIVA, INC.,
FACTIVA LIMITED AND DOW JONES & COMPANY, INC.
FOR AN ORDER (A) COMPELLING IMMEDIATE PAYMENT
OF POST-PETITION ADMINISTRATIVE EXPENSE CLAIMS AND (B)
COMPELLING THE DEBTORS TO ASSUME OR REJECT EXECUTORY
CONTRACTS OR, ALTERNATIVELY, MODIFYING THE AUTOMATIC STAY
<u>TO PERMIT MOVANTS TO TERMINATE THE EXECUTORY CONTRACTS</u>**

    **PLEASE TAKE NOTICE** that a hearing on the annexed Motion of Factiva, Inc., Factiva Limited and Dow Jones & Company, Inc. for an Order (A) Compelling Immediate Payment of Post-Petition Administrative Expense Claims and (B) Compelling the Debtors to

Assume or Reject Executory Contracts or, Alternatively, Modifying the Automatic Stay to Permit Movants to Terminate the Executory Contracts (the "Motion"), will be held before the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004 (the "Bankruptcy Court") on **March 17, 2010, at 10:00 a.m. (ET)** (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that, objections, if any, to the Motion must be: (a) in writing, (b) state the name of the objecting party, (c) state with particularity the reasons for such objection, (d) be filed with the Clerk of the Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, with a courtesy copy to the Chambers of the Honorable James M. Peck and (e) served upon the undersigned counsel for the Movant and the Standard Parties identified in the Court's Amended Procedures dated February 13, 2009, so as to be received no later than **March 12, at 4:00 p.m. (ET)** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that, objections, if any, to the Motion must be filed: (a) through the Bankruptcy Court's electronic filing system; or (b) if an objecting party is unable to file an objection electronically, such party must submit the objection in PDF format on a diskette in an envelope with (i) the case name, (ii) the case number, (iii) type and title of document, (iv) document number of the document to which the objection refers and (iv) the file name, on the outside of the envelope; or (c) if an objecting party is unable to electronically file its objection or provide the objection in PDF format, such party shall submit such objection on a diskette in Word, Wordperfect or DOS text (ASCII) format to the Clerk of the Bankruptcy Court with a label containing the information indicated in section (b) of this paragraph.  An objection filed by a party without legal representation shall comply with section (b) or (c) of this paragraph.

-3-

**PLEASE TAKE FURTHER NOTICE** that, if no objections to the Motion are timely filed by the Objection Deadline, the Court may grant the relief requested in the Motion without a hearing.

**PLEASE TAKE FURTHER NOTICE** that the Hearing to consider the Motion may be adjourned from time to time, without further notice to the parties in interest, other than the announcement of such adjourned dates and times.

Dated:  February 15, 2010

Respectfully submitted,

LOWENSTEIN SANDLER PC

By:  /s/ Ira M. Levee
     Ira M. Levee (IL9958)
1251 Avenue of the Americas
New York, NY  10020
Tel.:  212.262.6700
Fax:  212.262.7402
and
65 Livingston Avenue
Roseland NJ  07068
Tel.:  973.597.2480
Fax:  973.597.2481

Attorneys for Factiva