Hearing Date: March 17, 2010 at 10:00 p.m.
Objection Deadline: March 12, 2010 at 4:00 p.m.

Ira M. Levee (IL 9958)
**LOWENSTEIN SANDLER PC**
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)

and

65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2480 (Telephone)
(973) 597-2841 (Facsimile)

*Attorneys for Factiva, Inc.,*
*Factiva Limited and Dow Jones & Company, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**CERTIFICATION OF MITCHELL G. MACKLER IN
SUPPORT OF MOTION BY FACTIVA, INC., FACTIVA LIMITED
AND DOW JONES & COMPANY, INC. FOR AN ORDER (A)
COMPELLING IMMEDIATE PAYMENT OF POST-PETITION
ADMINISTRATIVE EXPENSE CLAIMS AND (B) COMPELLING
THE DEBTORS TO ASSUME OR REJECT EXECUTORY CONTRACTS
OR, ALTERNATIVELY, MODIFYING THE AUTOMATIC STAY TO
<u>PERMIT MOVANTS TO TERMINATE THE EXECUTORY CONTRACTS</u>**

I, Mitchell G. Mackler, hereby declare pursuant to 28 U.S.C. § 1746:

1. I am the Assistant General Counsel of Dow Jones & Co., Inc., a Delaware business corporation, and its indirect wholly-owned subsidiaries, Factiva, Inc. (a Delaware business corporation) and Factiva Limited (a company organized under the laws of England and Wales)

(collectively defined as, "Factiva" in the Motion), and have served in that capacity since January 2007. From January 2000 to January 2007, I served as Legal Counsel or Senior Legal Counsel to Factiva, Inc. and Factiva Limited. I am duly authorized to make this Certification in support of Factiva's Motion for an Order (A) Compelling Payment of Post-Petition Administrative Expense Claims and (B) Compelling the Debtors to Assume or Reject Executory Contracts or, Alternatively, Modifying the Automatic Stay to Permit Movants to Terminate the Executory Contracts (the "Motion"). I am fully familiar with the facts set forth herein and the factual statements contained in the Motion.

2.  Factiva is a provider of business information and related services and has furnished such information and related services to LBHI[1] and its affiliates.

3.  Subsequent to the Petition Date and through the present time, Factiva continues to provide business information and related services as described in the Remaining Agreements annexed to the Motion to LBHI.

4.  I have reviewed Factiva's records in connection with the three (3) existing open accounts for which Factiva continues to provide business information and related services to LBHI.

5.  There is currently due and owing to Factiva from LBHI the following amounts:

| Account 9LEH000300 | $1,921,731.57 |
| Account 9LEH001600 | $   33,867.18 |
| Account 41N00432   | $    2,250.00 |
| Total              | $1,957,848.75 |

6.  The documents annexed to the Motion as Exhibits A-1, A-2, A-3, B-1, B-2 and B-3 are true and correct copies of the original Remaining Agreements and current unpaid invoices submitted to LBHI for payment for business information and related services provided to LBHI by Factiva.

---

[1] Capitalized terms shall have the meaning ascribed to them in the Motion.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: February 12, 2010

_____
Mitchell G. Mackler

-3-