Hearing Date: March 17, 2010 at 10:00 a.m.
Objection Deadline: March 12, 2010 at 4:00 p.m.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING MOTION BY FACTIVA, INC., FACTIVA LIMITED AND DOW JONES & COMPANY, INC. COMPELLING IMMEDIATE PAYMENT OF POST-PETITION ADMINISTRATIVE EXPENSE CLAIMS AND (B) COMPELLING DEBTORS TO ASSUME OR REJECT EXECUTORY CONTRACTS OR, ALTERNATIVELY, MODIFYING THE AUTOMATIC STAY TO PERMIT MOVANTS TO TERMINATE THE EXECUTORY CONTRACTS**

This matter having been brought before the court by Factiva[1] for an Order (A) Compelling Immediate Payment of Post-Petition Administrative Expense Claims and (B) Compelling the Debtors to Assume or Reject Executory Contracts or, Alternatively, Modifying the Automatic Stay to Permit Factiva to Terminate the Executory Contracts (the "Motion") and the Court having reviewed the Motion and having considered the pleadings and oral argument, and the Court having determined that the legal and factual bases for approval of the Motion and related relief establishes just cause for the relief granted herein,

**IT IS HEREBY:**

**ORDERED,** that the Motion is granted; and it is further

---

[1] Capitalized terms shall have the meanings ascribed to them in the Motion unless default otherwise herein.

16539/11
02/15/2010 13694901.1

-2-

**ORDERED,** that pursuant to 11 U.S.C. § 503(b)(1)(A), Factiva is hereby awarded an administrative expense claim in the amount of $1,957,848.75 (the "Administrative Expense Claim"); and it is further

**ORDERED,** that the Debtor shall pay Factiva the Administrative Expense Claim within ten (10) days following entry of this Order; and it is further

**ORDERED,** that Debtors shall assume or reject the Remaining Agreements within ten (10) days following entry of this Order; and it is further

**ORDERED,** in the event the Debtors fail to assume or reject the Remaining Agreements as set forth herein, the automatic stay of 11 U.S.C. § 362(a) is hereby modified, to the extent necessary, to permit Factiva to terminate the Remaining Agreements; and it is further

**ORDERED**, that the ten (10) day period under Fed. R. Bankr. P. 4001(a)(3) is hereby waived; and it is further

**ORDERED,** that the Court shall retain jurisdiction over the interpretation and enforcement of this Order.

Dated: March ___, 2010
       New York, New York

                                                        _____
                                                        HONORABLE JAMES M. PECK
                                                        UNITED STATES BANKRUPTCY JUDGE