**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS INC.,<br><br>Debtor. | Case No. 08-01420 (JMP) SIPA<br><br>Ref. Docket No. 7079 |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                          ) ss.:
COUNTY OF NEW YORK  )

KERRY O'NEIL, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 22, 2013, I caused to be served:

   a) the "Notice of Hearing on the Trustee's One Hundred Twenty-Sixth Omnibus Objection to General Creditor Claims (No Liability Claims)," dated August 22, 2013, to which was attached "The Trustee's One Hundred Twenty-Sixth Omnibus Objection to General Creditor Claims (No Liability Claims)," dated August 22, 2013 [Docket No. 7079], (the "126th Omnibus Objection"), and

   b) a customized version of the "Notice of Hearing on the Trustee's One Hundred Twenty-Sixth Omnibus Objection to General Creditor Claims (No Liability Claims)," dated August 22, 2013, *related to Docket No. 7079*, a sample of which is annexed hereto as Exhibit A, (the "126th Omnibus Objection Notice"),

   by causing true and correct copies of the:

   i. 126th Omnibus Objection, to be delivered via electronic mail to those parties listed on the annexed Exhibit B,

   ii. 126th Omnibus Objection, to be delivered via facsimile to the party listed on the annexed Exhibit C,

08-13555-mg    Doc    Filed 08/22/13    Entered 08/22/13 17:49:53    Main Document
Pg 2 of 20

    iii.    126th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit D</u>, and

    iv.    126th Omnibus Objection Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit E</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Kerry O'Neil*<br>Kerry O'Neil

Sworn to before me this
22nd day of August, 2013
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6220196
Qualified in Queens County
Commission Expires April 26, 2014

-2-

T:\Clients\LBI\Affidavits\126th Omnibus Objection and Custom Notices_DI 7079_AFF_8-22-13.doc

# EXHIBIT A

**THIS IS A NOTICE REGARDING YOUR CLAIM.  YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| In re | |
|---|---|
| **LEHMAN BROTHERS INC.,** | **Case No. 08-01420 (JMP) SIPA** |
| **Debtor.** | |

**NOTICE OF HEARING ON TRUSTEE'S ONE HUNDRED TWENTY-SIXTH
OMNIBUS OBJECTION TO GENERAL CREDITOR CLAIMS
(NO LIABILITY CLAIMS)**

**CLAIM(S) TO BE DISALLOWED & EXPUNGED**

**CORPORATE FAMILY OFFICE SIM SPA**

| Name/Address of Claimant | Claim Number | Date Filed | Total Amount Claimed | Basis for Objection & Reason for Proposed Disallowance |
|---|---|---|---|---|
| CORPORATE FAMILY OFFICE SIM SPA<br>VIA DELL ANNUNCIATA 23/4<br>MILANO, 20121<br>ITALY | 3609 | 2/15/2009 | UNSPECIFIED | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIMED ACCOUNT HELD NO CASH OR SECURITIES AS OF THE FILING DATE. |

PLEASE TAKE NOTICE that, on August 22, 2013, James W. Giddens, as Trustee (the "Trustee") for the liquidation of the business of Lehman Brothers Inc. ("Debtor" or "LBI") filed his One Hundred Twenty-Sixth Omnibus Objection to General Creditor Claims (No Liability Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").  The category of claim objection applicable to you is identified in the table above in the column entitled "Basis for Objection & Reason for Proposed Disallowance."

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow one or more of your claims listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED on the ground that the LBI estate has no liability for the claim asserted.  **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on September 12, 2013 (the "Response Deadline").

Your response, if any, must contain at a minimum the following:  (i) a caption setting forth the name of the Bankruptcy Court, the name of the Debtor, the case number and the title of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed, expunged, reduced, or reclassified for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to

the extent not included with the proof of claim previously filed with the Bankruptcy Court, upon which you will rely in opposing the Objection; (v) the address(es) to which the Trustee must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

The Bankruptcy Court will consider a response only if the response is timely filed, served, and received. A response will be deemed timely filed, served, and received <u>only if</u> the original response is <u>actually received</u> on or before the Response Deadline by (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) Hughes Hubbard & Reed LLP, One Battery Park Plaza, New York, New York, 10004, Attn: Meaghan C. Gragg, Esq.; (iii) Securities Investor Protection Corporation, 805 Fifteenth Street, N.W., Suite 800, Washington, DC 20005, Attn: Kenneth J. Caputo, Esq.; and (iv) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Maurice Horwitz, Esq. and Lori R. Fife, Esq.

A hearing will be held on October 24, 2013 to consider the Objection. The hearing will be held at 10:00 a.m. Prevailing Eastern Time in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 601. If you file a written response to the Objection, you should plan to appear at the hearing. The Trustee reserves the right, however, to continue the hearing on the Objection with respect to your claim(s). If the Trustee does continue the hearing with respect to your claim(s), then the hearing will be held at a later date. If the Trustee does not continue the hearing with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

If the Bankruptcy Court does NOT disallow, expunge, reduce or reclassify your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then the Trustee has the right to object on other grounds to the claim(s) (or to any other claims you may have filed) at a later date. You will receive a separate notice of any such objections.

You may participate in a hearing telephonically provided that you comply with the Court's instructions (including, without limitation, providing prior written notice to counsel for the Trustee and any statutory committees), which can be found on the Court's website at www.nysb.uscourts.gov.

If you wish to view the complete Objection, you can do so on the Court's electronic docket for LBI's case, which is posted on the internet (i) at www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), and (ii) for free at www.lehmantrustee.com, the Trustee's dedicated website. If you have any questions about this notice or the Motion, or if you would like to request a complete copy of the Motion at the Trustee's expense, please contact the Trustee's approved claims agent Epiq Bankruptcy Solutions, LLC at (866) 841-7868. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

DATED:   August 22, 2013
         New York, New York

Meaghan C. Gragg
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
(212) 837-6000

ATTORNEYS FOR JAMES W. GIDDENS,
TRUSTEE FOR THE SIPA LIQUIDATION OF
LEHMAN BROTHERS INC.

2

# EXHIBIT B

# Lehman Brothers Inc.
## Master Email Service List

| | |
|---|---|
| aaaronson@dilworthlaw.com | austin.bankruptcy@publicans.com |
| aalfonso@willkie.com | azylberberg@whitecase.com |
| abeaumont@fklaw.com | bankr@zuckerman.com |
| abraunstein@riemerlaw.com | bankruptcy@goodwin.com |
| acaton@kramerlevin.com | bankruptcy@morrisoncohen.com |
| acker@chapman.com | bankruptcymatters@us.nomura.com |
| adam.brezine@hro.com | barbra.parlin@hklaw.com |
| adarwin@nixonpeabody.com | bbisignani@postschell.com |
| adiamond@diamondmccarthy.com | bcarlson@co.sanmateo.ca.us |
| adoberman@profunds.com | bdk@schlamstone.com |
| aeckstein@blankrome.com | benita.dryden@invesco.com |
| aentwistle@entwistle-law.com | bguiney@pbwt.com |
| afriedman@irell.com | bmanne@tuckerlaw.com |
| agbanknewyork@ag.tn.gov | bmiller@mofo.com |
| aglenn@kasowitz.com | bmorag@cgsh.com |
| agold@herrick.com | boneill@kramerlevin.com |
| aisenberg@saul.com | brian.corey@greentreecreditsolutions.com |
| akantesaria@oppenheimerfunds.com | broy@rltlawfirm.com |
| alicia.chang@davispolk.com | bruce.wright@sutherland.com |
| alum@ftportfolios.com | bspector@jsslaw.com |
| amarder@msek.com | btrust@mayerbrown.com |
| amcmullen@boultcummings.com | btupi@tuckerlaw.com |
| amenard@tishmanspeyer.com | bturk@tishmanspeyer.com |
| andrew.brozman@cliffordchance.com | bwolfe@sheppardmullin.com |
| angelich.george@arentfox.com | bzabarauskas@crowell.com |
| ann.reynaud@shell.com | cahn@clm.com |
| anthony_boccanfuso@aporter.com | canelas@pursuitpartners.com |
| aoberry@bermandevalerio.com | carol.weinerlevy@bingham.com |
| aostrow@beckerglynn.com | cave@hugheshubbard.com |
| apo@stevenslee.com | cbelisle@wfw.com |
| aquale@sidley.com | cbelmonte@ssbb.com |
| arheaume@riemerlaw.com | cbrotstein@bm.net |
| arlbank@pbfcm.com | cgoldstein@stcwlaw.com |
| arosenblatt@chadbourne.com | cgrant@mayerbrown.com |
| arthur.rosenberg@hklaw.com | chammerman@paulweiss.com |
| arwolf@wlrk.com | chardman@klestadt.com |
| aseuffert@lawpost-nyc.com | charles@filardi-law.com |
| ashmead@sewkis.com | charles_malloy@aporter.com |
| asnow@ssbb.com | chipford@parkerpoe.com |
| aunger@sidley.com | chris.donoho@hoganlovells.com |

Lehman Brothers Inc.
Master Email Service List

| | |
|---|---|
| clynch@reedsmith.com | dgrimes@reedsmith.com |
| cmontgomery@salans.com | dhayes@mcguirewoods.com |
| cmtb_lc11@chuomitsui.jp | dheffer@foley.com |
| cohenr@sewkis.com | diconzam@gtlaw.com |
| cp@stevenslee.com | dimassa@duanemorris.com |
| cpappas@dilworthlaw.com | dirk.roberts@ots.treas.gov |
| crmomjian@attorneygeneral.gov | djoseph@stradley.com |
| cs@stevenslee.com | dkleiner@velaw.com |
| csalomon@beckerglynn.com | dkozusko@willkie.com |
| cschreiber@winston.com | dladdin@agg.com |
| cshore@whitecase.com | dlemay@chadbourne.com |
| cshulman@sheppardmullin.com | dlipke@vedderprice.com |
| ctatelbaum@hinshawlaw.com | dludman@brownconnery.com |
| cwalsh@mayerbrown.com | dmcguire@winston.com |
| cward@polsinelli.com | dmurray@jenner.com |
| cweber@ebg-law.com | dneier@winston.com |
| cweiss@ingramllp.com | dnolan@andersonkill.com |
| dallas.bankruptcy@publicans.com | dodonnell@milbank.com |
| daniel.guyder@allenovery.com | dravin@wolffsamson.com |
| dave.davis@isgria.com | drose@pryorcashman.com |
| david.bennett@tklaw.com | drosenzweig@fulbright.com |
| david.heller@lw.com | drosner@goulstonstorrs.com |
| davids@blbglaw.com | drosner@kasowitz.com |
| davidwheeler@mvalaw.com | dshemano@pwkllp.com |
| dbarber@bsblawyers.com | dspelfogel@foley.com |
| dbaumstein@whitecase.com | dswan@mcguirewoods.com |
| dbesikof@loeb.com | dtatge@ebglaw.com |
| dcameron@stradley.com | dwdykhouse@pbwt.com |
| dcimo@gjb-law.com | dwildes@stroock.com |
| dcoffino@cov.com | dworkman@bakerlaw.com |
| dcoffino@cov.com | eagel@bragarwexler.com |
| dcrapo@gibbonslaw.com | easmith@venable.com |
| ddavis@paulweiss.com | echang@steinlubin.com |
| ddrebsky@nixonpeabody.com | ecohen@russell.com |
| ddunne@milbank.com | efile@willaw.com |
| deggermann@kramerlevin.com | efleck@milbank.com |
| deggert@freebornpeters.com | efriedman@friedumspring.com |
| demetra.liggins@tklaw.com | egeekie@schiffhardin.com |
| dfelder@orrick.com | eglas@mccarter.com |
| dflanigan@polsinelli.com | ehret-vanhorn@mbaum.com |

LEHMAN BROTHERS INC.
MASTER EMAIL SERVICE LIST

ekbergc@lanepowell.com
elevine@eisemanlevine.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emcguinn@elotinc.net
eobrien@sbchlaw.com
eric.johnson@hro.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
ethan@ethanbrecherlaw.com
evelyn.martinez@invesco.com
evelyn.rodriguez@dlapiper.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
fjacobson@sonnenschein.com
frank.white@agg.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gabriel.delvirginia@verizon.net
gbray@milbank.com
george_kielman@freddiemac.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glee@mofo.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
goldenberg@ssnyc.com
gpratt@joneswaldo.com
gravert@mwe.com
gspilsbury@jsslaw.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
heim.steve@dorsey.com
heiser@chapman.com
hestioko@ffwplaw.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hugh.hill@hoganlovells.com
igoldstein@proskauer.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.greene@hoganlovells.com
ira.herman@tklaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
james.warnot@linklaters.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jchristian@tobinlaw.com
jdrucker@coleschotz.com
jdwarner@warnerandscheuerman.com
jdyas@halperinlaw.net
jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us

LEHMAN BROTHERS INC.
MASTER EMAIL SERVICE LIST

| | |
|---|---|
| jfalgowski@reedsmith.com | jowen769@yahoo.com |
| jflaxer@golenbock.com | jpintarelli@mofo.com |
| jfreeberg@wfw.com | jporter@entwistle-law.com |
| jg5786@att.com | jprol@lowenstein.com |
| jgarrity@shearman.com | jrabinowitz@rltlawfirm.com |
| jgenovese@gjb-law.com | jrsmith@hunton.com |
| jgold@andersonkill.com | jschwartz@hahnhessen.com |
| jguy@orrick.com | jsheerin@mcguirewoods.com |
| jharbour@hunton.com | jsher@shertremonte.com |
| jherzog@gklaw.com | jshickich@riddellwilliams.com |
| jhiggins@fdlaw.com | jsmairo@pbnlaw.com |
| jhorgan@phxa.com | jstoll@mayerbrown.com |
| jhorwitt@zeislaw.com | jteitelbaum@tblawllp.com |
| jhuggett@margolisedelstein.com | jthoman@hodgsonruss.com |
| jibaru@nyc.rr.com | jtimko@shutts.com |
| jim@atkinslawfirm.com | judy.morse@crowedunlevy.com |
| jjtancredi@daypitney.com | jwallack@goulstonstorrs.com |
| jjureller@klestadt.com | jwang@sipc.org |
| jkehoe@ktmc.com | jwcohen@daypitney.com |
| jlamar@maynardcooper.com | jweiss@gibsondunn.com |
| jlawlor@wmd-law.com | jwest@velaw.com |
| jlee@foley.com | jwh@njlawfirm.com |
| jlevitan@proskauer.com | jwishnew@mofo.com |
| jlevitin@cahill.com | jyenzer@haincapital.com |
| jlipson@crockerkuno.com | k4.nomura@aozorabank.co.jp |
| jliu@proskauer.com | karen.wagner@dpw.com |
| jlovi@steptoe.com | kbeverly-graham@eisemanlevine.com |
| jlscott@reedsmith.com | kcaputo@sipc.org |
| jmaddock@mcguirewoods.com | kdwbankruptcydepartment@kelleydrye.com |
| jmazermarino@msek.com | keith.simon@lw.com |
| jmelko@gardere.com | ken.coleman@allenovery.com |
| jmerva@fult.com | ken.higman@hp.com |
| jmmurphy@stradley.com | kerry.moynihan@hro.com |
| jmr@msf-law.com | kgwynne@reedsmith.com |
| john.monaghan@hklaw.com | kiplok@hugheshubbard.com |
| john.rapisardi@cwt.com | kkelly@ebglaw.com |
| joli@crlpc.com | klyman@irell.com |
| jorbach@hahnhessen.com | kmayer@mccarter.com |
| joseph.cordaro@usdoj.gov | kobak@hugheshubbard.com |
| joshua.dorchak@bingham.com | kovskyd@pepperlaw.com |

Lehman Brothers Inc.
Master Email Service List

kowens68@yahoo.com
kpiper@steptoe.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
lal-shibib@andersonkill.com
landon@streusandlandon.com
lathompson@co.sanmateo.ca.us
lawallf@pepperlaw.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
linda.schoemaker@infospace.com
lisa.kraidin@allenovery.com
ljkotler@duanemorris.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lori.fife@weil.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lsilverstein@potteranderson.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
maofiling@cgsh.com
marc.chait@standardchartered.com
margolin@hugheshubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.hellerer@pillsburylaw.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
marvin.clements@ag.tn.gov
masaki_konishi@noandt.com
matt@willaw.com
matthew.dyer@prommis.com
matthew.klepper@dlapiper.com
maurice.horwitz@weil.com
mbeeler@cov.com
mberman@nixonpeabody.com
mbienenstock@proskauer.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcarney@mckoolsmith.com
mcordone@stradley.com
mcto@debevoise.com
mdorval@stradley.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mhopkins@cov.com
michael.frege@cms-hs.com
michele@willaw.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mmendez@hunton.com
mmervis@proskauer.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com

LEHMAN BROTHERS INC.
MASTER EMAIL SERVICE LIST

| | |
|---|---|
| monica.lawless@brookfieldproperties.com | phayden@mcguirewoods.com |
| mpage@kelleydrye.com | pkizel@lowenstein.com |
| mprimoff@kayescholer.com | pmaxcy@sonnenschein.com |
| mpucillo@bermandevalerio.com | ppartee@hunton.com |
| mrosenthal@gibsondunn.com | ppascuzzi@ffwplaw.com |
| mruetzel@frankfurt.whitecase.com | ppatterson@stradley.com |
| mruetzel@whitecase.com | psp@njlawfirm.com |
| mschimel@sju.edu | ptrostle@jenner.com |
| msegarra@mayerbrown.com | r.stahl@stahlzelloe.com |
| mshiner@tuckerlaw.com | raj.madan@bingham.com |
| msilberstein@dealysilberstein.com | raj11@optonline.net |
| mspeiser@stroock.com | rajohnson@akingump.com |
| mstamer@akingump.com | ramona.neal@hp.com |
| mtamasco@schnader.com | ranjit.mather@bnymellon.com |
| mvenditto@reedsmith.com | rdaversa@orrick.com |
| mwarren@mtb.com | relgidely@gjb-law.com |
| nasreen.bulos@dubaiic.com | rfleischer@pryorcashman.com |
| nathan.garnett@infospace.com | rfrankel@orrick.com |
| nathan.spatz@pillsburylaw.com | rfriedman@silvermanacampora.com |
| ncoco@mwe.com | rgmason@wlrk.com |
| neal.mann@oag.state.ny.us | rgraham@whitecase.com |
| ned.schodek@shearman.com | rhett.campbell@tklaw.com |
| newyork@sec.gov | rhs@mccallaraymer.com |
| nherman@morganlewis.com | richard.lear@hklaw.com |
| nissay_10259-0154@mhmjapan.com | richard.levy@lw.com |
| nlepore@schnader.com | richard.tisdale@friedfrank.com |
| notice@bkcylaw.com | ritkin@steptoe.com |
| nrosenbaum@mofo.com | rjones@boultcummings.com |
| oipress@travelers.com | rlevin@cravath.com |
| paronzon@milbank.com | rmatzat@hahnhessen.com |
| patrick.oh@freshfields.com | rmcneill@potteranderson.com |
| patrick.potter@pillsburylaw.com | rnetzer@willkie.com |
| paul.turner@sutherland.com | rnies@wolffsamson.com |
| pbattista@gjb-law.com | rnorton@hunton.com |
| pbosswick@ssbb.com | robert.bailey@bnymellon.com |
| pdublin@akingump.com | robert.dombroff@bingham.com |
| peisenberg@lockelord.com | robert.hirsh@arentfox.com |
| peter.gilhuly@lw.com | robert.malone@dbr.com |
| peter.simmons@friedfrank.com | robert.yalen@usdoj.gov |
| peter@bankrupt.com | robin.keller@lovells.com |

Lehman Brothers Inc.
Master Email Service List

- ronald.silverman@bingham.com
- rreid@sheppardmullin.com
- rroupinian@outtengolden.com
- rrussell@andrewskurth.com
- rterenzi@stcwlaw.com
- russj4478@aol.com
- rwasserman@cftc.gov
- rwyron@orrick.com
- rziegler@mayerbrown.com
- s.minehan@aozorabank.co.jp
- sabin.willett@bingham.com
- sabramowitz@velaw.com
- sagolden@hhlaw.com
- sally.henry@skadden.com
- sam.alberts@snrdenton.com
- sandyscafaria@eaton.com
- sara.tapinekis@cliffordchance.com
- sarah.campbell@cliffordchance.com
- scargill@lowenstein.com
- schager@ssnyc.com
- schannej@pepperlaw.com
- schepis@pursuitpartners.com
- schiffer@trilc.com
- schnabel.eric@dorsey.com
- schristianson@buchalter.com
- scott.koerner@snrdenton.com
- scottshelley@quinnemanuel.com
- scousins@armstrongteasdale.com
- sdnyecf@dor.mo.gov
- seba.kurian@invesco.com
- sehlers@armstrongteasdale.com
- sfelderstein@ffwplaw.com
- sfineman@lchb.com
- sfox@mcguirewoods.com
- sgordon@cahill.com
- sgubner@ebg-law.com
- shannon.nagle@friedfrank.com
- sharbeck@sipc.org
- shari.leventhal@ny.frb.org
- shgross5@yahoo.com
- sidorsky@butzel.com
- slerman@ebglaw.com
- slerner@ssd.com
- sloden@diamondmccarthy.com
- smayerson@ssd.com
- smillman@stroock.com
- smulligan@bsblawyers.com
- snewman@katskykorins.com
- sory@fdlaw.com
- spiotto@chapman.com
- splatzer@platzerlaw.com
- sree@lcbf.com
- sscott@jaspanllp.com
- sselbst@herrick.com
- sshimshak@paulweiss.com
- steele@lowenstein.com
- stephen.rimes@invesco.com
- steve.ginther@dor.mo.gov
- steven.troyer@commerzbank.com
- steven.wilamowsky@bingham.com
- streusand@streusandlandon.com
- stumbiolo@cravath.com
- susan.schultz@newedgegroup.com
- susheelkirpalani@quinnemanuel.com
- swolowitz@mayerbrown.com
- szuch@wiggin.com
- tannweiler@greerherz.com
- tarbit@cftc.gov
- tbrock@ssbb.com
- tduffy@andersonkill.com
- tgoren@mofo.com
- thaler@thalergertler.com
- thomas.califano@dlapiper.com
- thomas_noguerola@calpers.ca.gov
- timothy.brink@dlapiper.com
- timothy.palmer@bipc.com
- tjfreedman@pbnlaw.com
- tjmckenna@gaineyandmckenna.com
- tkarcher@proskauer.com
- tkiriakos@mayerbrown.com

LEHMAN BROTHERS INC.
MASTER EMAIL SERVICE LIST

tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
wilten@hugheshubbard.com
wisotska@pepperlaw.com
wjd@dealysilberstein.com
wmarcari@ebglaw.com
woconnor@crowell.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermandevalerio.com
yamashiro@sumitomotrust.co.jp
zrosenbaum@lowenstein.com

**EXHIBIT C**

Lehman Brothers Inc.
Master Service Fax List

**OFFICE OF THE US TRUSTEE**
ATTN: ANDREW D VELEZ-RIVERA
(212) 668-2255

**EXHIBIT D**

Lehman Brothers Inc.
Master Service List

**INTERNAL REVENUE SERVICE**
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**OFFICE OF THE UNITED STATES TRUSTEE**
TRACY HOPE DAVIS, ELISABETTA G GASPARINI, ANDREA B SCHWARTZ
U.S. FEDERAL OFFICE BUILDING
201 VARICK STREET, SUITE 1006
NEW YORK, NY   10014

# EXHIBIT E

| | | |
|---|---|---|
| **Debtor:** LEHMAN BROTHERS INC., et al.<br>**Case #:** 08-01420 (JMP) SIPA | NOTICE OF HEARING ON TRUSTEE'S ONE HUNDRED TWENTY-SIXTH<br>OMNIBUS OBJECTION TO GENERAL CREDITOR CLAIMS<br>(NO LIABILITY CLAIMS) | Page 1 of 1 |

**Notices mailed by:** August 22, 2013

| | | |
|---|---|---|
| BLISS, JAYNE L.<br>215 EAST 80TH STREET APT 7G<br>NEW YORK, NY 10075-0544 | BYRNE, JACQUELINE E<br>7118 MARYLAND AVE<br>SAINT LOUIS, MO 63130 | CAPITALWORKS QED, LLC<br>5701 EAST ABBEY ROAD<br>SUITE 400<br>FLAGSTAFF, AZ 86004-5807 |
| CORPORATE FAMILY OFFICE SIM SPA<br>VIA DELL ANNUNCIATA 23/4<br>MILANO, 20121<br>ITALY | DEWBERRY, SYLVIA S.<br>840 THORNBERRY DR.<br>ALPHARETTA, GA 30022-8203 | DEWBERRY, SYLVIA S.<br>KRAMER, JAMES R.<br>RE: SYLVIA S. DEWBERRY<br>NELSON MULLINS RILEY & SCARBROUGH LLP<br>ATLANTIC STATION<br>201 17TH STREET, NW<br>ATLANTA, GA 30363 |
| DK INVESTMENT LLC<br>C/O MARTIN S ETTIN ESQ KATZ<br>ETTIN LEVINE KURZWEIL & WEBER<br>905 NORTH KINGS HIGHWAY<br>CHERRY HILL, NJ 08034-1569 | DOHLE, RAINER G<br>467 SARATOGA AVE #309<br>SAN JOSE, CA 95129 | DUFF, SAMUEL EDWARD, TTEE<br>DAVID A. DUFF TRUST U/A DTD 4/24/86<br>4233 PENTRITH CT<br>DUBLIN, OH 43016-8276 |
| FINKEL, E. MEYER & SARA JTWROS<br>2 GIVAT MOSHE ST<br>JERUSALEM,<br>ISRAEL | KOLOGY, KEVIN<br>IRA ROLLOVER CUSTODIAN<br>225 WASHINGTON AVE<br>CHATHAM, NJ 07928-1709 | MASON, VICKI R & ENRIQUE O SR<br>JTWROS<br>P O BOX 353<br>YORBA LINDA, CA 92885-0353 |
| MK INVESTMENT LLC<br>C/O MARTIN S ETTIN ESQ KATZ<br>ETTIN LEVINE KURZWEIL & WEBER<br>905 NORTH KINGS HIGHWAY<br>CHERRY HILL, NJ 08034-1569 | ROMNEY, GEORGE SCOTT<br>2290 FIRST NATIONAL BUILDING<br>DETROIT, MI 48226-3506 | SHEARSON LEHMAN BROS INC CUST FOR JOHN W<br>STONE<br>P O BOX 74<br>HASTING, FL 32145 |
| SIXTH GEAR SOLUTIONS CORP<br>1212 AVENUE OF THE AMERICAS<br>17TH FLOOR<br>NEW YORK, NY 10036-1602 | SROKA, HELENE<br>IRA CUSTODIAN<br>4331 STATE ROAD REAR<br>CLEVELAND, OH 44109-4157 | |

Total Parties: 17