**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | |
| LEHMAN BROTHERS INC., | Case No. 08-01420 (JMP) SIPA |
| Debtor. | Ref. Docket No. 7100 |

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK      )
                                          ) ss.:
COUNTY OF NEW YORK    )

KERRY O'NEIL, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On August 22, 2013, I caused to be served the "Certificate of No Objection Under 28 U.S.C. § 1746 Regarding Trustee's One Hundred Sixteenth Omnibus Objection to General Creditor Claims (No Liability Claims)," dated August 22, 2013 [Docket No. 7100], by causing true and correct copies to be:

    i.    enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit A</u>,

    ii.   enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>,

    iii.  delivered via electronic mail to those parties listed on the annexed <u>Exhibit C</u>, and

    iv.   delivered via facsimile mail to the party listed on the annexed <u>Exhibit D</u>.

3.   .All envelopes utilized in the service of the foregoing contained the following legend:
      "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
      ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."


                                                              */s/ Kerry O'Neil*
Sworn to before me this                                       Kerry O'Neil
22nd day of August
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

-2-

**EXHIBIT A**

LEHMAN BROTHERS INC.
MASTER SERVICE LIST

**INTERNAL REVENUE SERVICE**
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**OFFICE OF THE UNITED STATES TRUSTEE**
TRACY HOPE DAVIS, ELISABETTA G GASPARINI, ANDREA B SCHWARTZ
U.S. FEDERAL OFFICE BUILDING
201 VARICK STREET, SUITE 1006
NEW YORK, NY   10014

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| BUREHEIMER, EFRAIM | 23 YARDEN STREET RAMAT HASHAROM 47204 ISRAEL |
| CONSULTINVEST ASSET MANAGEMENT SPA SGR / CONSULTIN | C/O CONSULTINVEST ASSET MANAGEMENT SPA SGR PIAZZA GRANDE 33 MODENA 41100 ITALY |
| EVANGELIST, FRANK J AND ANN M | JTWROS 5 WOODVALE LANE HUNTINGTON NY 11743-2324 |
| FRANCISCUS, ALEXANDRA | 295 CENTRAL PARK WEST APARTMENT 9A NEW YORK NY 10024 |
| FRANCISCUS, ALEXANDRA | 295 CENTRAL PARK WEST, APT 9A NEW YORK NY 10024-3022 |
| GONCALVES, ANDREW M | 2211 JULIA GOLDBACH AVENUE RONKONKOMA NY 11779 |
| HALL, JENNIFER A | 85 LORD ROBERTS AVENUE LEIGH ON SEA, ESSEX SS91ND UNITED KINGDOM |
| HERNREICH, REBECCA | PO BOX 19000 #304 AVON CO 81620 |
| KARTEN SOFRO MARITAL TRUST U/A DTD 5/22/89 | CAROL TROW & NORMAM MORSE T 56 THE HEIGHTS MASHPEE MA 02649-3618 |
| MCNABOE, JOHN & DENISE | JTWROS 6846 CYPRESS COVE CIR JUPITER FL 33458-3790 |
| MCNABOE, JOHN, C F | SEAN PATRICK MCNABOE UGMA/FL 6846 CYPRESS COVE CIRCLE JUPITER FL 33458-3790 |
| MILSTEIN, ORI | 43, TCHERNIHOVSKY ST. TEL AVIV ISRAEL |
| O'NEILL, ROSA H. | 115 HERZL STREET BROOKLYN NY 11212 |
| PALMER, STEPHEN | CADOUX 1992 FAMILY TRUST 12/31/92 K&L GATES ONE LINCOLN STREET BOSTON MA 02111-2901 |
| POMPER, MARC S | 217 TURRELL AVENUE SOUTH ORANGE NJ 07079 |
| REINER, HARRY, F/B/O | IRA ROLLOVER NEUBERGER BERMAN, LLC CUST 7390 CARMELA WAY DELRAY BEACH FL 33446-5666 |
| RIGGS, LANCE WENDELL AND CAROLYN OTWELL RIGGS | 157 MILLTOWN RD. SHILOH NC 27974-6221 |
| SROUR, DEBORAH R | 630 THIRD AVENUE 19TH FLOOR NEW YORK NY 10017 |
| VACCA, MARY | 17 ANDOVER PL. HUNTINGTON NY 11743-5201 |
| VAN DER SANDE, MARK LEO | 81 TOMPKINS AVE HASTINGS-ON-HUDSON NY 10706 |
| ZITO, ROBERT L. | 4600 N. SUNCASTLE CT. APPLETON WI 54913-7504 |

**Total Creditor count  21**

**EXHIBIT C**

LEHMAN BROTHERS INC.

MASTER EMAIL SERVICE LIST

aaaronson@dilworthlaw.com

aalfonso@willkie.com

abeaumont@fklaw.com

abraunstein@riemerlaw.com

acaton@kramerlevin.com

acker@chapman.com

adam.brezine@hro.com

adarwin@nixonpeabody.com

adiamond@diamondmccarthy.com

adoberman@profunds.com

aeckstein@blankrome.com

aentwistle@entwistle-law.com

afriedman@irell.com

agbanknewyork@ag.tn.gov

aglenn@kasowitz.com

agold@herrick.com

aisenberg@saul.com

akantesaria@oppenheimerfunds.com

alicia.chang@davispolk.com

alum@ftportfolios.com

amarder@msek.com

amcmullen@boultcummings.com

amenard@tishmanspeyer.com

andrew.brozman@cliffordchance.com

angelich.george@arentfox.com

ann.reynaud@shell.com

anthony_boccanfuso@aporter.com

aoberry@bermandevalerio.com

aostrow@beckerglynn.com

apo@stevenslee.com

aquale@sidley.com

arheaume@riemerlaw.com

arlbank@pbfcm.com

arosenblatt@chadbourne.com

arthur.rosenberg@hklaw.com

arwolf@wlrk.com

aseuffert@lawpost-nyc.com

ashmead@sewkis.com

asnow@ssbb.com

aunger@sidley.com

austin.bankruptcy@publicans.com

azylberberg@whitecase.com

bankr@zuckerman.com

bankruptcy@goodwin.com

bankruptcy@morrisoncohen.com

bankruptcymatters@us.nomura.com

barbra.parlin@hklaw.com

bbisignani@postschell.com

bcarlson@co.sanmateo.ca.us

bdk@schlamstone.com

benita.dryden@invesco.com

bguiney@pbwt.com

bmanne@tuckerlaw.com

bmiller@mofo.com

bmorag@cgsh.com

boneill@kramerlevin.com

brian.corey@greentreecreditsolutions.com

broy@rltlawfirm.com

bruce.wright@sutherland.com

bspector@jsslaw.com

btrust@mayerbrown.com

btupi@tuckerlaw.com

bturk@tishmanspeyer.com

bwolfe@sheppardmullin.com

bzabarauskas@crowell.com

cahn@clm.com

canelas@pursuitpartners.com

carol.weinerlevy@bingham.com

cave@hugheshubbard.com

cbelisle@wfw.com

cbelmonte@ssbb.com

cbrotstein@bm.net

cgoldstein@stcwlaw.com

cgrant@mayerbrown.com

chammerman@paulweiss.com

chardman@klestadt.com

charles@filardi-law.com

charles_malloy@aporter.com

chipford@parkerpoe.com

chris.donoho@hoganlovells.com

Lehman Brothers Inc.
Master Email Service List

| | |
|---|---|
| clynch@reedsmith.com | dgrimes@reedsmith.com |
| cmontgomery@salans.com | dhayes@mcguirewoods.com |
| cmtb_lc11@chuomitsui.jp | dheffer@foley.com |
| cohenr@sewkis.com | diconzam@gtlaw.com |
| cp@stevenslee.com | dimassa@duanemorris.com |
| cpappas@dilworthlaw.com | dirk.roberts@ots.treas.gov |
| crmomjian@attorneygeneral.gov | djoseph@stradley.com |
| cs@stevenslee.com | dkleiner@velaw.com |
| csalomon@beckerglynn.com | dkozusko@willkie.com |
| cschreiber@winston.com | dladdin@agg.com |
| cshore@whitecase.com | dlemay@chadbourne.com |
| cshulman@sheppardmullin.com | dlipke@vedderprice.com |
| ctatelbaum@hinshawlaw.com | dludman@brownconnery.com |
| cwalsh@mayerbrown.com | dmcguire@winston.com |
| cward@polsinelli.com | dmurray@jenner.com |
| cweber@ebg-law.com | dneier@winston.com |
| cweiss@ingramllp.com | dnolan@andersonkill.com |
| dallas.bankruptcy@publicans.com | dodonnell@milbank.com |
| daniel.guyder@allenovery.com | dravin@wolffsamson.com |
| dave.davis@isgria.com | drose@pryorcashman.com |
| david.bennett@tklaw.com | drosenzweig@fulbright.com |
| david.heller@lw.com | drosner@goulstonstorrs.com |
| davids@blbglaw.com | drosner@kasowitz.com |
| davidwheeler@mvalaw.com | dshemano@pwkllp.com |
| dbarber@bsblawyers.com | dspelfogel@foley.com |
| dbaumstein@whitecase.com | dswan@mcguirewoods.com |
| dbesikof@loeb.com | dtatge@ebglaw.com |
| dcameron@stradley.com | dwdykhouse@pbwt.com |
| dcimo@gjb-law.com | dwildes@stroock.com |
| dcoffino@cov.com | dworkman@bakerlaw.com |
| dcoffino@cov.com | eagel@bragarwexler.com |
| dcrapo@gibbonslaw.com | easmith@venable.com |
| ddavis@paulweiss.com | echang@steinlubin.com |
| ddrebsky@nixonpeabody.com | ecohen@russell.com |
| ddunne@milbank.com | efile@willaw.com |
| deggermann@kramerlevin.com | efleck@milbank.com |
| deggert@freebornpeters.com | efriedman@friedumspring.com |
| demetra.liggins@tklaw.com | egeekie@schiffhardin.com |
| dfelder@orrick.com | eglas@mccarter.com |
| dflanigan@polsinelli.com | ehret-vanhorn@mbaum.com |

LEHMAN BROTHERS INC.
MASTER EMAIL SERVICE LIST

| | |
|---|---|
| ekbergc@lanepowell.com | heiser@chapman.com |
| elevine@eisemanlevine.com | hestioko@ffwplaw.com |
| eli.mattioli@klgates.com | hollace.cohen@troutmansanders.com |
| ellen.halstead@cwt.com | holsen@stroock.com |
| emcguinn@elotinc.net | howard.hawkins@cwt.com |
| eobrien@sbchlaw.com | hseife@chadbourne.com |
| eric.johnson@hro.com | hsnovikoff@wlrk.com |
| eschaffer@reedsmith.com | hugh.hill@hoganlovells.com |
| eschwartz@contrariancapital.com | igoldstein@proskauer.com |
| ethan@ethanbrecherlaw.com | ilevee@lowenstein.com |
| evelyn.martinez@invesco.com | info2@normandyhill.com |
| evelyn.rodriguez@dlapiper.com | ira.greene@hoganlovells.com |
| ezujkowski@emmetmarvin.com | ira.herman@tklaw.com |
| ezweig@optonline.net | israel.dahan@cwt.com |
| fbp@ppgms.com | iva.uroic@dechert.com |
| ffm@bostonbusinesslaw.com | jacobsonn@sec.gov |
| fhyman@mayerbrown.com | james.mcclammy@dpw.com |
| fishere@butzel.com | james.sprayregen@kirkland.com |
| fjacobson@sonnenschein.com | james.warnot@linklaters.com |
| frank.white@agg.com | jamestecce@quinnemanuel.com |
| fsosnick@shearman.com | jar@outtengolden.com |
| fyates@sonnenschein.com | jason.jurgens@cwt.com |
| gabriel.delvirginia@verizon.net | jay.hurst@oag.state.tx.us |
| gabriel.delvirginia@verizon.net | jay@kleinsolomon.com |
| gbray@milbank.com | jbecker@wilmingtontrust.com |
| george_kielman@freddiemac.com | jbeemer@entwistle-law.com |
| geraci@thalergertler.com | jbeiers@co.sanmateo.ca.us |
| ggitomer@mkbattorneys.com | jbird@polsinelli.com |
| giddens@hugheshubbard.com | jbromley@cgsh.com |
| gkaden@goulstonstorrs.com | jcarberry@cl-law.com |
| glee@mofo.com | jchristian@tobinlaw.com |
| glenn.siegel@dechert.com | jchristian@tobinlaw.com |
| gmoss@riemerlaw.com | jdrucker@coleschotz.com |
| goldenberg@ssnyc.com | jdwarner@warnerandscheuerman.com |
| gpratt@joneswaldo.com | jdyas@halperinlaw.net |
| gravert@mwe.com | jeff.wittig@coair.com |
| gspilsbury@jsslaw.com | jeffrey.sabin@bingham.com |
| harrisjm@michigan.gov | jeldredge@velaw.com |
| harveystrickon@paulhastings.com | jennifer.gore@shell.com |
| heim.steve@dorsey.com | jeremy.eiden@state.mn.us |

LEHMAN BROTHERS INC.
MASTER EMAIL SERVICE LIST

jfalgowski@reedsmith.com

jflaxer@golenbock.com

jfreeberg@wfw.com

jg5786@att.com

jgarrity@shearman.com

jgenovese@gjb-law.com

jgold@andersonkill.com

jguy@orrick.com

jharbour@hunton.com

jherzog@gklaw.com

jhiggins@fdlaw.com

jhorgan@phxa.com

jhorwitt@zeislaw.com

jhuggett@margolisedelstein.com

jibaru@nyc.rr.com

jim@atkinslawfirm.com

jjtancredi@daypitney.com

jjureller@klestadt.com

jkehoe@ktmc.com

jlamar@maynardcooper.com

jlawlor@wmd-law.com

jlee@foley.com

jlevitan@proskauer.com

jlevitin@cahill.com

jlipson@crockerkuno.com

jliu@proskauer.com

jlovi@steptoe.com

jlscott@reedsmith.com

jmaddock@mcguirewoods.com

jmazermarino@msek.com

jmelko@gardere.com

jmerva@fult.com

jmmurphy@stradley.com

jmr@msf-law.com

john.monaghan@hklaw.com

john.rapisardi@cwt.com

joli@crlpc.com

jorbach@hahnhessen.com

joseph.cordaro@usdoj.gov

joshua.dorchak@bingham.com

jowen769@yahoo.com

jpintarelli@mofo.com

jporter@entwistle-law.com

jprol@lowenstein.com

jrabinowitz@rltlawfirm.com

jrsmith@hunton.com

jschwartz@hahnhessen.com

jsheerin@mcguirewoods.com

jsher@shertremonte.com

jshickich@riddellwilliams.com

jsmairo@pbnlaw.com

jstoll@mayerbrown.com

jteitelbaum@tblawllp.com

jthoman@hodgsonruss.com

jtimko@shutts.com

judy.morse@crowedunlevy.com

jwallack@goulstonstorrs.com

jwang@sipc.org

jwcohen@daypitney.com

jweiss@gibsondunn.com

jwest@velaw.com

jwh@njlawfirm.com

jwishnew@mofo.com

jyenzer@haincapital.com

k4.nomura@aozorabank.co.jp

karen.wagner@dpw.com

kbeverly-graham@eisemanlevine.com

kcaputo@sipc.org

kdwbankruptcydepartment@kelleydrye.com

keith.simon@lw.com

ken.coleman@allenovery.com

ken.higman@hp.com

kerry.moynihan@hro.com

kgwynne@reedsmith.com

kiplok@hugheshubbard.com

kkelly@ebglaw.com

klyman@irell.com

kmayer@mccarter.com

kobak@hugheshubbard.com

kovskyd@pepperlaw.com

Lehman Brothers Inc.
Master Email Service List

kowens68@yahoo.com

kpiper@steptoe.com

kressk@pepperlaw.com

kreynolds@mklawnyc.com

krosen@lowenstein.com

kuehn@bragarwexler.com

kurt.mayr@bgllp.com

lacyr@sullcrom.com

lal-shibib@andersonkill.com

landon@streusandlandon.com

lathompson@co.sanmateo.ca.us

lawallf@pepperlaw.com

lberkoff@moritthock.com

lee.stremba@troutmansanders.com

lgranfield@cgsh.com

lhandelsman@stroock.com

linda.boyle@twtelecom.com

linda.schoemaker@infospace.com

lisa.kraidin@allenovery.com

ljkotler@duanemorris.com

lmarinuzzi@mofo.com

lmay@coleschotz.com

lmcgowen@orrick.com

lml@ppgms.com

lnashelsky@mofo.com

loizides@loizides.com

lori.fife@weil.com

lromansic@steptoe.com

lscarcella@farrellfritz.com

lschweitzer@cgsh.com

lsilverstein@potteranderson.com

lubell@hugheshubbard.com

lwhidden@salans.com

mabrams@willkie.com

maofiling@cgsh.com

maofiling@cgsh.com

marc.chait@standardchartered.com

margolin@hugheshubbard.com

mark.deveno@bingham.com

mark.ellenberg@cwt.com

mark.hellerer@pillsburylaw.com

mark.sherrill@sutherland.com

martin.davis@ots.treas.gov

marvin.clements@ag.tn.gov

masaki_konishi@noandt.com

matt@willaw.com

matthew.dyer@prommis.com

matthew.klepper@dlapiper.com

maurice.horwitz@weil.com

mbeeler@cov.com

mberman@nixonpeabody.com

mbienenstock@proskauer.com

mbossi@thompsoncoburn.com

mcademartori@sheppardmullin.com

mcarney@mckoolsmith.com

mcordone@stradley.com

mcto@debevoise.com

mdorval@stradley.com

meltzere@pepperlaw.com

metkin@lowenstein.com

mfeldman@willkie.com

mgordon@briggs.com

mgreger@allenmatkins.com

mhopkins@cov.com

michael.frege@cms-hs.com

michele@willaw.com

miller@taftlaw.com

mimi.m.wong@irscounsel.treas.gov

mitchell.ayer@tklaw.com

mjacobs@pryorcashman.com

mjedelman@vedderprice.com

mjr1@westchestergov.com

mkjaer@winston.com

mlahaie@akingump.com

mlandman@lcbf.com

mmendez@hunton.com

mmervis@proskauer.com

mmooney@deilylawfirm.com

mmorreale@us.mufg.jp

mneier@ibolaw.com

LEHMAN BROTHERS INC.
MASTER EMAIL SERVICE LIST

| | |
|---|---|
| monica.lawless@brookfieldproperties.com | phayden@mcguirewoods.com |
| mpage@kelleydrye.com | pkizel@lowenstein.com |
| mprimoff@kayescholer.com | pmaxcy@sonnenschein.com |
| mpucillo@bermandevalerio.com | ppartee@hunton.com |
| mrosenthal@gibsondunn.com | ppascuzzi@ffwplaw.com |
| mruetzel@frankfurt.whitecase.com | ppatterson@stradley.com |
| mruetzel@whitecase.com | psp@njlawfirm.com |
| mschimel@sju.edu | ptrostle@jenner.com |
| msegarra@mayerbrown.com | r.stahl@stahlzelloe.com |
| mshiner@tuckerlaw.com | raj.madan@bingham.com |
| msilberstein@dealysilberstein.com | raj11@optonline.net |
| mspeiser@stroock.com | rajohnson@akingump.com |
| mstamer@akingump.com | ramona.neal@hp.com |
| mtamasco@schnader.com | ranjit.mather@bnymellon.com |
| mvenditto@reedsmith.com | rdaversa@orrick.com |
| mwarren@mtb.com | relgidely@gjb-law.com |
| nasreen.bulos@dubaiic.com | rfleischer@pryorcashman.com |
| nathan.garnett@infospace.com | rfrankel@orrick.com |
| nathan.spatz@pillsburylaw.com | rfriedman@silvermanacampora.com |
| ncoco@mwe.com | rgmason@wlrk.com |
| neal.mann@oag.state.ny.us | rgraham@whitecase.com |
| ned.schodek@shearman.com | rhett.campbell@tklaw.com |
| newyork@sec.gov | rhs@mccallaraymer.com |
| nherman@morganlewis.com | richard.lear@hklaw.com |
| nissay_10259-0154@mhmjapan.com | richard.levy@lw.com |
| nlepore@schnader.com | richard.tisdale@friedfrank.com |
| notice@bkcylaw.com | ritkin@steptoe.com |
| nrosenbaum@mofo.com | rjones@boultcummings.com |
| oipress@travelers.com | rlevin@cravath.com |
| paronzon@milbank.com | rmatzat@hahnhessen.com |
| patrick.oh@freshfields.com | rmcneill@potteranderson.com |
| patrick.potter@pillsburylaw.com | rnetzer@willkie.com |
| paul.turner@sutherland.com | rnies@wolffsamson.com |
| pbattista@gjb-law.com | rnorton@hunton.com |
| pbosswick@ssbb.com | robert.bailey@bnymellon.com |
| pdublin@akingump.com | robert.dombroff@bingham.com |
| peisenberg@lockelord.com | robert.hirsh@arentfox.com |
| peter.gilhuly@lw.com | robert.malone@dbr.com |
| peter.simmons@friedfrank.com | robert.yalen@usdoj.gov |
| peter@bankrupt.com | robin.keller@lovells.com |

Lehman Brothers Inc.
Master Email Service List

ronald.silverman@bingham.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
rziegler@mayerbrown.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
sally.henry@skadden.com
sam.alberts@snrdenton.com
sandyscafaria@eaton.com
sara.tapinekis@cliffordchance.com
sarah.campbell@cliffordchance.com
scargill@lowenstein.com
schager@ssnyc.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schiffer@trilc.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
scott.koerner@snrdenton.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
seba.kurian@invesco.com
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com

sidorsky@butzel.com
slerman@ebglaw.com
slerner@ssd.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
sree@lcbf.com
sscott@jaspanllp.com
sselbst@herrick.com
sshimshak@paulweiss.com
steele@lowenstein.com
stephen.rimes@invesco.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.wilamowsky@bingham.com
streusand@streusandlandon.com
stumbiolo@cravath.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@andersonkill.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas_noguerola@calpers.ca.gov
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tjmckenna@gaineyandmckenna.com
tkarcher@proskauer.com
tkiriakos@mayerbrown.com

LEHMAN BROTHERS INC.
MASTER EMAIL SERVICE LIST

tlauria@whitecase.com

tmacwright@whitecase.com

tmayer@kramerlevin.com

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tslome@msek.com

ttracy@crockerkuno.com

twheeler@lowenstein.com

villa@streusandlandon.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

walter.stuart@freshfields.com

wanda.goodloe@cbre.com

wballaine@lcbf.com

wbenzija@halperinlaw.net

wcurchack@loeb.com

wfoster@milbank.com

wilten@hugheshubbard.com

wisotska@pepperlaw.com

wjd@dealysilberstein.com

wmarcari@ebglaw.com

woconnor@crowell.com

wrightth@sullcrom.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wzoberman@bermandevalerio.com

yamashiro@sumitomotrust.co.jp

zrosenbaum@lowenstein.com

**EXHIBIT D**

LEHMAN BROTHERS INC.
MASTER SERVICE FAX LIST

**OFFICE OF THE US TRUSTEE**
ATTN: ANDREW D VELEZ-RIVERA
(212) 668-2255