HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS INC.,<br><br>Debtor. | Case No. 08-01420 (JMP) SIPA |

**NOTICE OF ADJOURNMENT OF HEARING ON TRUSTEE'S ONE HUNDRED
SECOND OMNIBUS OBJECTION TO GENERAL CREDITOR CLAIMS
(SATISFIED CLAIMS) SOLELY AS TO A CERTAIN CLAIM**

**PLEASE TAKE NOTICE** that the hearing regarding the Trustee's One Hundred Second Omnibus Objection to General Creditor Claims (Satisfied Claims) (the "Objection") [ECF No. 6758] that was scheduled for September 26, 2013 at 10:00 a.m. (Prevailing Eastern Time) **has been adjourned, solely as to the claim listed on Exhibit A attached hereto, to October 24, 2013 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"). The Hearing on the Objection will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: New York, New York
August 22, 2013

                    HUGHES HUBBARD & REED LLP

                    By: /s/ Jeffrey S. Margolin
                    James B. Kobak, Jr.
                    Christopher K. Kiplok
                    Jeffrey S. Margolin
                    Meaghan C. Gragg
                    One Battery Park Plaza
                    New York, New York 10004
                    Telephone:  (212) 837-6000
                    Facsimile:  (212) 422-4726
                    Email:  kobak@hugheshubbard.com


                    Attorneys for James W. Giddens,
                    Trustee for the SIPA Liquidation of
                    Lehman Brothers Inc.

## EXHIBIT A

### Adjourned Claim:

| Claimant | Claim No. |
|---|---|
| ELY EDDI | 4579 |