**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

      LEHMAN BROTHERS INC.,

                         Debtor.

Case No. 08-01420 (JMP) SIPA

**CERTIFICATE OF NO OBJECTION UNDER 28 U.S.C. § 1746 REGARDING**
**TRUSTEE'S ONE HUNDRED FOURTH OMNIBUS OBJECTION TO**
**GENERAL CREDITOR CLAIMS (NO LIABILITY CLAIMS)**
**SOLELY AS TO CERTAIN CLAIMS**

        Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's amended case

management procedures set forth in the Amended Order Pursuant to Section 105(a) of the

Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and

Case Management Procedures, entered on July 13, 2010 (ECF No. 3466) (the "Amended Case

Management Order"), and the Order pursuant to Section 105(a) of the Bankruptcy Code and

Bankruptcy Rules 3007 and 9019(b) for Approval of General Creditor Claim Objection

Procedures, entered on November 15, 2012 (ECF No. 5441) (the "Claims Objection Procedures

Order"), the undersigned hereby certifies as follows:

        1.      On July 12, 2013, the undersigned, on behalf of James W. Giddens (the

"Trustee"), as Trustee for the SIPA liquidation of Lehman Brothers Inc., caused the Trustee's

One Hundred Fourth Omnibus Objection to General Creditor Claims (No Liability Claims) (ECF

No. 6768) (the "Objection") to be filed with the United States Bankruptcy Court for the Southern

District of New York.

        2.      In accordance with the Claims Objection Procedures Order, August 2, 2013 at

4:00 p.m. (Prevailing Eastern Time) was established as the deadline for parties to object or file a

response to the Objection (the "Original Response Deadline").  The Original Response Deadline

has been extended for certain claimants to August 30, 2013 at 4:00 p.m. (Prevailing Eastern

Time) (the "Extended Response Deadline").  The Amended Case Management Order provides

that pleadings may be granted without a hearing, provided that no objections have been filed

prior to the relevant Response Deadline and the attorney for the entity who filed the pleading

complies with the relevant procedural and notice requirements.

        3.      The Trustee seeks limited relief as to the Objection, as provided for in the

proposed Order attached hereto as Exhibit A.[1]  This relief relates solely to proofs of claim

subject to the Original Response Deadline where the Original Response Deadline has passed and,

to the best of my knowledge, no objection or other responsive pleading to the Objection has been

(a) filed with the Court on the docket of the above-referenced case in accordance with the

procedures set forth in the Amended Case Management Order, or (b) served on counsel to the

Trustee by any holders of proofs of claim included on the Objection.

        4.      As to proofs of claim subject to the Extended Response Deadline, the hearing on

the Objection as to such proofs of claim has been adjourned to September 26, 2013 at 10:00 a.m.

(Prevailing Eastern Time) (see ECF No. 7088).

        5.      The Trustee also filed the Notice of Withdrawal of Trustee's One Hundred Fourth

Omnibus Objection to General Creditor Claims (No Liability Claims) Solely as to Certain

Claims (see ECF No. 7086).

        6.      Accordingly, for the reasons set forth in the Objection, the Trustee respectfully

requests that the proposed Order annexed hereto as Exhibit A, which is unmodified since the

---

1. Attached hereto as Exhibit B is a black-lined copy of the proposed Order, which is marked against the version
filed with the Objection.

filing of the Objection, except to account for the adjournment or withdrawal of the Objection as

to certain proofs of claim as described above and reservations of rights related to the same, be

entered in accordance with the procedures described in the Amended Case Management Order.

      I declare that the foregoing is true and correct.

Dated: New York, New York
       August 22, 2013

                 HUGHES HUBBARD & REED LLP

                 By: /s/ Jeffrey S. Margolin
                     James B. Kobak, Jr.
                     Christopher K. Kiplok
                     Jeffrey S. Margolin
                     Meaghan C. Gragg
                 One Battery Park Plaza
                 New York, New York 10004
                 Telephone:  (212) 837-6000
                 Facsimile:  (212) 422-4726
                 Email:  kobak@hugheshubbard.com

                 Attorneys for James W. Giddens, Trustee for
                 the SIPA Liquidation of Lehman Brothers
                 Inc.

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

LEHMAN BROTHERS INC.,

                                        Case No. 08-01420 (JMP) SIPA

                                Debtor.

### [REVISED PROPOSED] ORDER GRANTING THE TRUSTEE'S
### ONE HUNDRED FOURTH OMNIBUS OBJECTION TO
### GENERAL CREDITOR CLAIMS (NO LIABILITY CLAIMS)

Upon the One Hundred Fourth omnibus objection to claims, dated July 12, 2013

(the "One Hundred Fourth Omnibus Objection to General Creditor Claims") [ECF No. 6768],[1] of

James W. Giddens (the "Trustee"), as trustee for the liquidation of Lehman Brothers Inc. (the

"Debtor" or "LBI") under the Securities Investor Protection Act of 1970, as amended, 15 U.S.C.

§§ 78aaa *et seq.* ("SIPA"), seeking entry of an order, pursuant to section 502(b) of title 11 of the

United States Code (the "Bankruptcy Code"), as made applicable to this proceeding pursuant to

sections 78fff(b) and 78fff-1(a) of SIPA, and Rule 3007(d) of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules"), disallowing and expunging the No Liability Claims on the

grounds that LBI does not have any liability, in whole or in part, for the Claims, that the No

Liability Claims for contribution or retribution must be disallowed as contingent pursuant to

Section 502(e)(1)(B) of the Bankruptcy Code, and that the No Liability Claims must be

subordinated pursuant to section 510(b) of the Bankruptcy Code, as more fully described in the

One Hundred Fourth Omnibus Objection to General Creditor Claims; and due and proper notice

---

1.   Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

of the One Hundred Fourth Omnibus Objection to General Creditor Claims having been

provided, and it appearing that no other or further notice need be provided; and the Court having

found and determined that the relief sought in the One Hundred Fourth Omnibus Objection to

General Creditor Claims is in the best interests of LBI, its estate, its customers and creditors, and

all parties in interest and that the legal and factual bases set forth in the One Hundred Fourth

Omnibus Objection to General Creditor Claims establish just cause for the relief granted herein;

and after due deliberation and sufficient cause appearing therefor, it is

**ORDERED** that the relief requested in the One Hundred Fourth Omnibus

Objection to General Creditor Claims is granted; and it is further

**ORDERED** that, pursuant to section 502(b) and 502(e)(1)(B) of the Bankruptcy

Code, the claims listed on Exhibit 1 (collectively, the "No Liability Claims") are disallowed and

expunged in their entirety with prejudice; and it is further

**ORDERED** that, to the extent that the No Liability Claims are not disallowed and

expunged in their entirety, pursuant to section 510(b) of the Bankruptcy Code, such No Liability

Claims are hereby subordinated to all other LBI claims and interests, and shall have the same

priority as claims for LBI common stock; and it is further

**ORDERED** that the Trustee has adjourned the hearing regarding his One

Hundred Fourth Omnibus Objection to General Creditor Claims that was scheduled for August

28, 2013 at 10:00 a.m. (Prevailing Eastern Time), solely with respect to the claims listed on

Exhibit 2 annexed hereto, to September 26, 2013; and it is further

**ORDERED** that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to any claim listed on Exhibit A annexed to the One Hundred

Fourth Omnibus Objection to General Creditor Claims that is not listed on Exhibit 1 annexed

hereto; and it is further

      **ORDERED** that the Trustee has withdrawn without prejudice his objection with

respect to the claims listed on Exhibit 3 annexed hereto; and it is further

      **ORDERED** that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to the implementation and/or interpretation of this Order.

Dated: New York, New York
     August __, 2013

         _____

         HONORABLE JAMES M. PECK,
         UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT 1**

IN RE LEHMAN BROTHERS INC., CASE NO: 08-01420 (JMP) SIPA

ONE HUNDRED FOURTH OMNIBUS OBJECTION: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 1 | CABRERA CAPITAL MARKETS, LLC<br>ROBERT AGUILAR<br>10 SOUTH LASALLE STREET<br>SUITE 1050<br>CHICAGO, IL 60603 | 5683 | 6/1/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIM DOES NOT ESTABLISH A PREDICATE FOR LBI LIABILITY, AND THE CLAIMANTS HAVE NOT SHOWN THEY HAVE PAID MORE THAN THEIR SHARE OF RESPECTIVE LIABILITY. THE CLAIM IS FOR REIMBURSEMENT OR CONTRIBUTION AND IS CONTINGENT AS OF THIS TIME. |
| 2 | TD AMERITRADE HOLDING CORPORATION<br>ELLEN L.S. KOPLOW<br>6940 COLUMBIA GATEWAY DRIVE<br>SUITE 200<br>COLUMBIA, MD 21046 | 5669 | 6/1/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIM DOES NOT ESTABLISH A PREDICATE FOR LBI LIABILITY, AND THE CLAIMANTS HAVE NOT SHOWN THEY HAVE PAID MORE THAN THEIR SHARE OF RESPECTIVE LIABILITY. THE CLAIM IS FOR REIMBURSEMENT OR CONTRIBUTION AND IS CONTINGENT AS OF THIS TIME. |
| | Total | | | UNSPECIFIED* | |

**EXHIBIT 2**

## IN RE LEHMAN BROTHERS INC., CASE NO: 08-01420 (JMP) SIPA
## ONE HUNDRED FOURTH OMNIBUS OBJECTION: EXHIBIT 2 – ADJOURNED CLAIMS

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 1 | ANZ SECURITIES, INC.<br>ANN VARRALLI MCCLELLAND<br>1177 AVENUE OF THE AMERICAS<br>6TH FLOOR<br>NEW YORK, NY 10036 | 5678 | 6/1/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIM DOES NOT ESTABLISH A PREDICATE FOR LBI LIABILITY, AND THE CLAIMANTS HAVE NOT SHOWN THEY HAVE PAID MORE THAN THEIR SHARE OF RESPECTIVE LIABILITY. THE CLAIM IS FOR REIMBURSEMENT OR CONTRIBUTION AND IS CONTINGENT AS OF THIS TIME. |
| 2 | BMO CAPITAL MARKETS CORP.<br>FORMERLY KNOWN AS HARRIS NESBITT CORP.<br>JAMES E. SPIOTTO<br>CHAPMAN AND CUTLER LLP<br>111 WEST MONROE STREET<br>CHICAGO, IL 60603-4080 | 5133 | 5/29/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIM DOES NOT ESTABLISH A PREDICATE FOR LBI LIABILITY, AND THE CLAIMANTS HAVE NOT SHOWN THEY HAVE PAID MORE THAN THEIR SHARE OF RESPECTIVE LIABILITY. THE CLAIM IS FOR REIMBURSEMENT OR CONTRIBUTION AND IS CONTINGENT AS OF THIS TIME. |
| 3 | BNY MELLON CAPITAL MARKETS, LLC<br>ATTN: JONATHAN R. GOLDBLATT<br>THE BANK OF NEW YORK MELLON<br>ONE WALL STREET, 11TH FLOOR<br>NEW YORK, NY 10286 | 5682 | 6/1/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIM DOES NOT ESTABLISH A PREDICATE FOR LBI LIABILITY, AND THE CLAIMANTS HAVE NOT SHOWN THEY HAVE PAID MORE THAN THEIR SHARE OF RESPECTIVE LIABILITY. THE CLAIM IS FOR REIMBURSEMENT OR CONTRIBUTION AND IS CONTINGENT AS OF THIS TIME. |

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 4 | DNB NOR MARKETS, INC. MARCUS WENDEHOG VICE PRESIDENT & ASSISTANT COUNSEL 200 PARK AVENUE NEW YORK, NY 10166 | 4360 | 4/23/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIM DOES NOT ESTABLISH A PREDICATE FOR LBI LIABILITY, AND THE CLAIMANTS HAVE NOT SHOWN THEY HAVE PAID MORE THAN THEIR SHARE OF RESPECTIVE LIABILITY. THE CLAIM IS FOR REIMBURSEMENT OR CONTRIBUTION AND IS CONTINGENT AS OF THIS TIME. |
| 5 | FORTIS SECURITIES LLC F/K/A FORTIS INVESTMENT SERVICES LLC ATTN: MARK C. ELLENBERG CADWALADER, WICKERSHAM & TAFT LLC 1201 F. ST. NW SUITE 1100 WASHINGTON, DC 20004 | 4944 | 5/29/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIM DOES NOT ESTABLISH A PREDICATE FOR LBI LIABILITY, AND THE CLAIMANTS HAVE NOT SHOWN THEY HAVE PAID MORE THAN THEIR SHARE OF RESPECTIVE LIABILITY. THE CLAIM IS FOR REIMBURSEMENT OR CONTRIBUTION AND IS CONTINGENT AS OF THIS TIME. |
| 6 | NABCAPITAL SECURITIES, LLC JAMES E. SPIOTTO CHAPMAN AND CUTLER LLP 111 WEST MONROE STREET CHICAGO, IL 60603-4080 | 5127 | 5/29/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIM DOES NOT ESTABLISH A PREDICATE FOR LBI LIABILITY, AND THE CLAIMANTS HAVE NOT SHOWN THEY HAVE PAID MORE THAN THEIR SHARE OF RESPECTIVE LIABILITY. THE CLAIM IS FOR REIMBURSEMENT OR CONTRIBUTION AND IS CONTINGENT AS OF THIS TIME. |

\* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 7 | NATIONAL AUSTRALIA BANK LIMITED<br>JAMES E. SPIOTTO<br>CHAPMAN AND CUTLER LLP<br>111 WEST MONROE STREET<br>CHICAGO, IL  60603-4080 | 5738 | 6/1/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIM DOES NOT ESTABLISH A PREDICATE FOR LBI LIABILITY, AND THE CLAIMANTS HAVE NOT SHOWN THEY HAVE PAID MORE THAN THEIR SHARE OF RESPECTIVE LIABILITY.  THE CLAIM IS FOR REIMBURSEMENT OR CONTRIBUTION AND IS CONTINGENT AS OF THIS TIME. |
| 8 | NATIONAL FINANCIAL SERVICES LLC<br>ATTN: MARTHA A. MAZZONE, ESQ.<br>FIDELITY INVESTMENTS<br>82 DEVONSHIRE STREET F6C<br>BOSTON, MA  02109-3614 | 5673 | 6/1/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIM DOES NOT ESTABLISH A PREDICATE FOR LBI LIABILITY, AND THE CLAIMANTS HAVE NOT SHOWN THEY HAVE PAID MORE THAN THEIR SHARE OF RESPECTIVE LIABILITY.  THE CLAIM IS FOR REIMBURSEMENT OR CONTRIBUTION AND IS CONTINGENT AS OF THIS TIME. |
| 9 | SUNTRUST ROBINSON HUMPHREY, INC.<br>ATTN: WILLIAM MAYFIELD, ESQ.<br>3333 PEACHTREE ROAD, 11TH FL<br>ATLANTA, GA  30326 | 5841 | 6/1/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIM DOES NOT ESTABLISH A PREDICATE FOR LBI LIABILITY, AND THE CLAIMANTS HAVE NOT SHOWN THEY HAVE PAID MORE THAN THEIR SHARE OF RESPECTIVE LIABILITY.  THE CLAIM IS FOR REIMBURSEMENT OR CONTRIBUTION AND IS CONTINGENT AS OF THIS TIME. |

*Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 10 | THE WILLIAMS CAPITAL GROUP, L.P.<br>DIANNE CALABRISOTTO<br>650 FIFTH AVENUE, 11TH FLOOR<br>NEW YORK, NY  10019 | 5667 | 6/1/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIM DOES NOT ESTABLISH A PREDICATE FOR LBI LIABILITY, AND THE CLAIMANTS HAVE NOT SHOWN THEY HAVE PAID MORE THAN THEIR SHARE OF RESPECTIVE LIABILITY.  THE CLAIM IS FOR REIMBURSEMENT OR CONTRIBUTION AND IS CONTINGENT AS OF THIS TIME. |
| 11 | UBS FINANCIAL SERVICES INC.<br>DAVID L. GOLDBERG, ESQ.<br>1200 HARBOR BOULEVARD<br>WEEHAWKEN, NJ  07086-6791 | 5275 | 5/29/2009 | $75,818,358.91 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIM DOES NOT ESTABLISH A PREDICATE FOR LBI LIABILITY, AND THE CLAIMANTS HAVE NOT SHOWN THEY HAVE PAID MORE THAN THEIR SHARE OF RESPECTIVE LIABILITY.  THE CLAIM IS FOR REIMBURSEMENT OR CONTRIBUTION AND IS CONTINGENT AS OF THIS TIME. |
| | Total | | | $75,818,358.91 | |

---

*Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

**EXHIBIT 3**

IN RE LEHMAN BROTHERS INC., CASE NO: 08-01420 (JMP) SIPA

ONE HUNDRED FOURTH OMNIBUS OBJECTION: EXHIBIT 3 – WITHDRAWN CLAIMS

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 1 | EDWARD D. JONES & CO., L.P. PHILIP R. SCHWAB 12555 MANCHESTER ROAD ST LOUIS, MO 63131-3729 | 5686 | 6/1/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIM DOES NOT ESTABLISH A PREDICATE FOR LBI LIABILITY, AND THE CLAIMANTS HAVE NOT SHOWN THEY HAVE PAID MORE THAN THEIR SHARE OF RESPECTIVE LIABILITY. THE CLAIM IS FOR REIMBURSEMENT OR CONTRIBUTION AND IS CONTINGENT AS OF THIS TIME. |
| 2 | SCOTT & STRINGFELLOW, LLC F/K/A SCOTT & STRINGFELLOW, INC. ALEX W. C. CECIL BB&T CAPITAL MARKETS 909 EAST MAIN STREET RICHMOND, VA 23219 | 5671 | 6/1/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIM DOES NOT ESTABLISH A PREDICATE FOR LBI LIABILITY, AND THE CLAIMANTS HAVE NOT SHOWN THEY HAVE PAID MORE THAN THEIR SHARE OF RESPECTIVE LIABILITY. THE CLAIM IS FOR REIMBURSEMENT OR CONTRIBUTION AND IS CONTINGENT AS OF THIS TIME. |

---

*Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 3 | SMH CAPITAL INC.<br>JOHN T UNGER<br>600 TRAVIS, SUITE 5800<br>HOUSTON, TX  77002 | 7002006 | 5/26/2009 | $3,436,590.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIM DOES NOT ESTABLISH A PREDICATE FOR LBI LIABILITY, AND THE CLAIMANTS HAVE NOT SHOWN THEY HAVE PAID MORE THAN THEIR SHARE OF RESPECTIVE LIABILITY.  THE CLAIM IS FOR REIMBURSEMENT OR CONTRIBUTION AND IS CONTINGENT AS OF THIS TIME. |
| | Total | | | $3,436,590.00 | |

*Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

2

# Exhibit B

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|                                        |                                      |
|----------------------------------------|--------------------------------------|
| In re                                  |                                      |
|          LEHMAN BROTHERS INC.,         | Case No. 08-01420 (JMP) SIPA         |
|                              Debtor.   |                                      |

**[REVISED PROPOSED] ORDER GRANTING THE TRUSTEE'S**
**ONE HUNDRED FOURTH OMNIBUS OBJECTION TO**
**GENERAL CREDITOR CLAIMS (NO LIABILITY CLAIMS)**

Upon the One Hundred Fourth omnibus objection to claims, dated July 12, 2013

(the "One Hundred Fourth Omnibus Objection to General Creditor Claims") [ECF No. 6768],[1] of

James W. Giddens (the "Trustee"), as trustee for the liquidation of Lehman Brothers Inc. (the

"Debtor" or "LBI") under the Securities Investor Protection Act of 1970, as amended, 15 U.S.C.

§§ 78aaa *et seq.* ("SIPA"), seeking entry of an order, pursuant to section 502(b) of title 11 of the

United States Code (the "Bankruptcy Code"), as made applicable to this proceeding pursuant to

sections 78fff(b) and 78fff-1(a) of SIPA, and Rule 3007(d) of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules"), disallowing and expunging the No Liability Claims on the

grounds that LBI does not have any liability, in whole or in part, for the Claims, that the No

Liability Claims for contribution or retribution must be disallowed as contingent pursuant to

Section 502(e)(1)(B) of the Bankruptcy Code, and that the No Liability Claims must be

subordinated pursuant to section 510(b) of the Bankruptcy Code, as more fully described in the

One Hundred Fourth Omnibus Objection to General Creditor Claims; and due and proper notice

---

[1].    Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

of the One Hundred Fourth Omnibus Objection to General Creditor Claims having been

provided, and it appearing that no other or further notice need be provided; and the Court having

found and determined that the relief sought in the One Hundred Fourth Omnibus Objection to

General Creditor Claims is in the best interests of LBI, its estate, its customers and creditors, and

all parties in interest and that the legal and factual bases set forth in the One Hundred Fourth

Omnibus Objection to General Creditor Claims establish just cause for the relief granted herein;

and after due deliberation and sufficient cause appearing therefor, it is

   **ORDERED** that the relief requested in the One Hundred Fourth Omnibus

Objection to General Creditor Claims is granted; and it is further

   **ORDERED** that, pursuant to section 502(b) and 502(e)(1)(B) of the Bankruptcy

Code, the claims listed on Exhibit 1 (collectively, the "No Liability Claims") are disallowed and

expunged in their entirety with prejudice; and it is further

   **ORDERED** that, to the extent that the No Liability Claims are not disallowed and

expunged in their entirety, pursuant to section 510(b) of the Bankruptcy Code, such No Liability

Claims are hereby subordinated to all other LBI claims and interests, and shall have the same

priority as claims for LBI common stock; and it is further

   **ORDERED** that the Trustee has adjourned the hearing regarding his One

Hundred Fourth Omnibus Objection to General Creditor Claims that was scheduled for August

28, 2013 at 10:00 a.m. (Prevailing Eastern Time), solely with respect to the claims listed on

Exhibit 2 annexed hereto, to September 26, 2013; and it is further

   **ORDERED** that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to any claim listed on Exhibit A annexed to the One Hundred

Fourth Omnibus Objection to General Creditor Claims that is not listed on Exhibit 1 annexed hereto; and it is further

**ORDERED** that the Trustee has withdrawn without prejudice his objection with respect to the claims listed on Exhibit 3 annexed hereto; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and/or interpretation of this Order.

Dated: New York, New York
August __, 2013

_____
HONORABLE JAMES M. PECK,
UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT 1**

IN RE LEHMAN BROTHERS INC., CASE NO: 08-01420 (JMP) SIPA

ONE HUNDRED FOURTH OMNIBUS OBJECTION: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 1 | ANZ SECURITIES, INC. ANN VARRALLI MCCLELLAND 1177 AVENUE OF THE AMERICAS 6TH FLOOR NEW YORK, NY 10036 | 5678 | 6/1/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIM DOES NOT ESTABLISH A PREDICATE FOR LBI LIABILITY, AND THE CLAIMANTS HAVE NOT SHOWN THEY HAVE PAID MORE THAN THEIR SHARE OF RESPECTIVE LIABILITY. THE CLAIM IS FOR REIMBURSEMENT OR CONTRIBUTION AND IS CONTINGENT AS OF THIS TIME. |
| 2 | BMO CAPITAL MARKETS CORP. FORMERLY KNOWN AS HARRIS NESBITT CORP. JAMES E. SPIOTTO CHAPMAN AND CUTLER LLP 111 WEST MONROE STREET CHICAGO, IL 60603-4080 | 5133 | 5/29/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIM DOES NOT ESTABLISH A PREDICATE FOR LBI LIABILITY, AND THE CLAIMANTS HAVE NOT SHOWN THEY HAVE PAID MORE THAN THEIR SHARE OF RESPECTIVE LIABILITY. THE CLAIM IS FOR REIMBURSEMENT OR CONTRIBUTION AND IS CONTINGENT AS OF THIS TIME. |
| 3 | BNY MELLON CAPITAL MARKETS, LLC ATTN: JONATHAN R. GOLDBLATT THE BANK OF NEW YORK MELLON ONE WALL STREET, 11TH FLOOR NEW YORK, NY 10286 | 5682 | 6/1/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIM DOES NOT ESTABLISH A PREDICATE FOR LBI LIABILITY, AND THE CLAIMANTS HAVE NOT SHOWN THEY HAVE PAID MORE THAN THEIR SHARE OF RESPECTIVE LIABILITY. THE CLAIM IS FOR REIMBURSEMENT OR CONTRIBUTION AND IS CONTINGENT AS OF THIS TIME. |

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

| NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|
| 4<u>1</u> CABRERA CAPITAL MARKETS, LLC<br>ROBERT AGUILAR<br>10 SOUTH LASALLE STREET<br>SUITE 1050<br>CHICAGO, IL 60603 | 5683 | 6/1/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIM DOES NOT ESTABLISH A PREDICATE FOR LBI LIABILITY, AND THE CLAIMANTS HAVE NOT SHOWN THEY HAVE PAID MORE THAN THEIR SHARE OF RESPECTIVE LIABILITY. THE CLAIM IS FOR REIMBURSEMENT OR CONTRIBUTION AND IS CONTINGENT AS OF THIS TIME. |
| ~~5 DNB NOR MARKETS, INC.~~<br>~~MARCUS WENDEHOG~~<br>~~VICE PRESIDENT & ASSISTANT COUNSEL~~<br>~~200 PARK AVENUE~~<br>~~NEW YORK, NY 10166~~ | ~~4360~~ | ~~4/23/2009~~ | ~~UNSPECIFIED*~~ | ~~NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIM DOES NOT ESTABLISH A PREDICATE FOR LBI LIABILITY, AND THE CLAIMANTS HAVE NOT SHOWN THEY HAVE PAID MORE THAN THEIR SHARE OF RESPECTIVE LIABILITY. THE CLAIM IS FOR REIMBURSEMENT OR CONTRIBUTION AND IS CONTINGENT AS OF THIS TIME.~~ |
| ~~6 EDWARD D. JONES & CO., L.P.~~<br>~~PHILIP R. SCHWAB~~<br>~~12555 MANCHESTER ROAD~~<br>~~ST LOUIS, MO 63131-3729~~ | ~~5686~~ | ~~6/1/2009~~ | ~~UNSPECIFIED*~~ | ~~NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIM DOES NOT ESTABLISH A PREDICATE FOR LBI LIABILITY, AND THE CLAIMANTS HAVE NOT SHOWN THEY HAVE PAID MORE THAN THEIR SHARE OF RESPECTIVE LIABILITY. THE CLAIM IS FOR REIMBURSEMENT OR CONTRIBUTION AND IS CONTINGENT AS OF THIS TIME.~~ |

*Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form)

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 7 | FORTIS SECURITIES LLC F/K/A FORTIS INVESTMENT SERVICES LLC ATTN: MARK C. ELLENBERG CADWALADER, WICKERSHAM & TAFT LLC 1201 F. ST. NW SUITE 1100 WASHINGTON, DC 20004 | 4944 | 5/29/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIM DOES NOT ESTABLISH A PREDICATE FOR LBI LIABILITY, AND THE CLAIMANTS HAVE NOT SHOWN THEY HAVE PAID MORE THAN THEIR SHARE OF RESPECTIVE LIABILITY. THE CLAIM IS FOR REIMBURSEMENT OR CONTRIBUTION AND IS CONTINGENT AS OF THIS TIME. |
| 8 | NABCAPITAL SECURITIES, LLC JAMES E. SPIOTTO CHAPMAN AND CUTLER LLP 111 WEST MONROE STREET CHICAGO, IL 60603-4080 | 5127 | 5/29/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIM DOES NOT ESTABLISH A PREDICATE FOR LBI LIABILITY, AND THE CLAIMANTS HAVE NOT SHOWN THEY HAVE PAID MORE THAN THEIR SHARE OF RESPECTIVE LIABILITY. THE CLAIM IS FOR REIMBURSEMENT OR CONTRIBUTION AND IS CONTINGENT AS OF THIS TIME. |
| 9 | NATIONAL AUSTRALIA BANK LIMITED JAMES E. SPIOTTO CHAPMAN AND CUTLER LLP 111 WEST MONROE STREET CHICAGO, IL 60603-4080 | 5738 | 6/1/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIM DOES NOT ESTABLISH A PREDICATE FOR LBI LIABILITY, AND THE CLAIMANTS HAVE NOT SHOWN THEY HAVE PAID MORE THAN THEIR SHARE OF RESPECTIVE LIABILITY. THE CLAIM IS FOR REIMBURSEMENT OR CONTRIBUTION AND IS CONTINGENT AS OF THIS TIME. |

---

*Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form)

3

| NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|
| 10  NATIONAL FINANCIAL SERVICES LLC ATTN: MARTHA A. MAZZONE, ESQ. FIDELITY INVESTMENTS 82 DEVONSHIRE STREET F6C BOSTON, MA  02109-3614 | 5673 | 6/1/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIM DOES NOT ESTABLISH A PREDICATE FOR LBI LIABILITY, AND THE CLAIMANTS HAVE NOT SHOWN THEY HAVE PAID MORE THAN THEIR SHARE OF RESPECTIVE LIABILITY.  THE CLAIM IS FOR REIMBURSEMENT OR CONTRIBUTION AND IS CONTINGENT AS OF THIS TIME. |
| 11  SCOTT & STRINGFELLOW, LLC F/K/A SCOTT & STRINGFELLOW, INC. ALEX W. C. CECIL BB&T CAPITAL MARKETS 909 EAST MAIN STREET RICHMOND, VA  23219 | 5671 | 6/1/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIM DOES NOT ESTABLISH A PREDICATE FOR LBI LIABILITY, AND THE CLAIMANTS HAVE NOT SHOWN THEY HAVE PAID MORE THAN THEIR SHARE OF RESPECTIVE LIABILITY.  THE CLAIM IS FOR REIMBURSEMENT OR CONTRIBUTION AND IS CONTINGENT AS OF THIS TIME. |
| 12  SMH CAPITAL INC. JOHN T UNGER 600 TRAVIS, SUITE 5800 HOUSTON, TX  77002 | 7002006 | 5/26/2009 | $3,436,590.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIM DOES NOT ESTABLISH A PREDICATE FOR LBI LIABILITY, AND THE CLAIMANTS HAVE NOT SHOWN THEY HAVE PAID MORE THAN THEIR SHARE OF RESPECTIVE LIABILITY.  THE CLAIM IS FOR REIMBURSEMENT OR CONTRIBUTION AND IS CONTINGENT AS OF THIS TIME. |

---

*Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form)

4

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 13 | SUNTRUST ROBINSON HUMPHREY, INC. ATTN: WILLIAM MAYFIELD, ESQ. 3333 PEACHTREE ROAD, 11TH FL ATLANTA, GA  30326 | 5841 | 6/1/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIM DOES NOT ESTABLISH A PREDICATE FOR LBI LIABILITY, AND THE CLAIMANTS HAVE NOT SHOWN THEY HAVE PAID MORE THAN THEIR SHARE OF RESPECTIVE LIABILITY.  THE CLAIM IS FOR REIMBURSEMENT OR CONTRIBUTION AND IS CONTINGENT AS OF THIS TIME. |
| 142 | TD AMERITRADE HOLDING CORPORATION ELLEN L.S. KOPLOW 6940 COLUMBIA GATEWAY DRIVE SUITE 200 COLUMBIA, MD  21046 | 5669 | 6/1/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIM DOES NOT ESTABLISH A PREDICATE FOR LBI LIABILITY, AND THE CLAIMANTS HAVE NOT SHOWN THEY HAVE PAID MORE THAN THEIR SHARE OF RESPECTIVE LIABILITY.  THE CLAIM IS FOR REIMBURSEMENT OR CONTRIBUTION AND IS CONTINGENT AS OF THIS TIME. |
| 15 | THE WILLIAMS CAPITAL GROUP, L.P. DIANNE CALABRISOTTO 650 FIFTH AVENUE, 11TH FLOOR NEW YORK, NY  10019 | 5667 | 6/1/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIM DOES NOT ESTABLISH A PREDICATE FOR LBI LIABILITY, AND THE CLAIMANTS HAVE NOT SHOWN THEY HAVE PAID MORE THAN THEIR SHARE OF RESPECTIVE LIABILITY.  THE CLAIM IS FOR REIMBURSEMENT OR CONTRIBUTION AND IS CONTINGENT AS OF THIS TIME. |

---

*Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form)

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 16 | UBS FINANCIAL SERVICES INC. DAVID L. GOLDBERG, ESQ. 1200 HARBOR BOULEVARD WEEHAWKEN, NJ 07086-6791 | 5275 | 5/29/2009 | $75,818,358.91 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIM DOES NOT ESTABLISH A PREDICATE FOR LBI LIABILITY, AND THE CLAIMANTS HAVE NOT SHOWN THEY HAVE PAID MORE THAN THEIR SHARE OF RESPECTIVE LIABILITY. THE CLAIM IS FOR REIMBURSEMENT OR CONTRIBUTION AND IS CONTINGENT AS OF THIS TIME. |
| | Total | | | $79,254,948.91 UNSPECIFIED* | |

_____

*Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form)

**EXHIBIT 2**

## In re Lehman Brothers Inc., Case No: 08-01420 (JMP) SIPA

## One Hundred Fourth Omnibus Objection: Exhibit 2 – Adjourned Claims

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 1 | ANZ SECURITIES, INC. ANN VARRALLI MCCLELLAND 1177 AVENUE OF THE AMERICAS 6TH FLOOR NEW YORK, NY 10036 | 5678 | 6/1/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIM DOES NOT ESTABLISH A PREDICATE FOR LBI LIABILITY, AND THE CLAIMANTS HAVE NOT SHOWN THEY HAVE PAID MORE THAN THEIR SHARE OF RESPECTIVE LIABILITY. THE CLAIM IS FOR REIMBURSEMENT OR CONTRIBUTION AND IS CONTINGENT AS OF THIS TIME. |
| 2 | BMO CAPITAL MARKETS CORP. FORMERLY KNOWN AS HARRIS NESBITT CORP. JAMES E. SPIOTTO CHAPMAN AND CUTLER LLP 111 WEST MONROE STREET CHICAGO, IL 60603-4080 | 5133 | 5/29/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIM DOES NOT ESTABLISH A PREDICATE FOR LBI LIABILITY, AND THE CLAIMANTS HAVE NOT SHOWN THEY HAVE PAID MORE THAN THEIR SHARE OF RESPECTIVE LIABILITY. THE CLAIM IS FOR REIMBURSEMENT OR CONTRIBUTION AND IS CONTINGENT AS OF THIS TIME. |

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 3 | BNY MELLON CAPITAL MARKETS, LLC ATTN: JONATHAN R. GOLDBLATT THE BANK OF NEW YORK MELLON ONE WALL STREET, 11TH FLOOR NEW YORK, NY 10286 | 5682 | 6/1/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIM DOES NOT ESTABLISH A PREDICATE FOR LBI LIABILITY, AND THE CLAIMANTS HAVE NOT SHOWN THEY HAVE PAID MORE THAN THEIR SHARE OF RESPECTIVE LIABILITY. THE CLAIM IS FOR REIMBURSEMENT OR CONTRIBUTION AND IS CONTINGENT AS OF THIS TIME. |
| 4 | DNB NOR MARKETS, INC. MARCUS WENDEHOG VICE PRESIDENT & ASSISTANT COUNSEL 200 PARK AVENUE NEW YORK, NY 10166 | 4360 | 4/23/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIM DOES NOT ESTABLISH A PREDICATE FOR LBI LIABILITY, AND THE CLAIMANTS HAVE NOT SHOWN THEY HAVE PAID MORE THAN THEIR SHARE OF RESPECTIVE LIABILITY. THE CLAIM IS FOR REIMBURSEMENT OR CONTRIBUTION AND IS CONTINGENT AS OF THIS TIME. |

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 5 | FORTIS SECURITIES LLC F/K/A FORTIS INVESTMENT SERVICES LLC ATTN: MARK C. ELLENBERG CADWALADER, WICKERSHAM & TAFT LLC 1201 F. ST. NW SUITE 1100 WASHINGTON, DC  20004 | 4944 | 5/29/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIM DOES NOT ESTABLISH A PREDICATE FOR LBI LIABILITY, AND THE CLAIMANTS HAVE NOT SHOWN THEY HAVE PAID MORE THAN THEIR SHARE OF RESPECTIVE LIABILITY.  THE CLAIM IS FOR REIMBURSEMENT OR CONTRIBUTION AND IS CONTINGENT AS OF THIS TIME. |
| 6 | NABCAPITAL SECURITIES, LLC JAMES E. SPIOTTO CHAPMAN AND CUTLER LLP 111 WEST MONROE STREET CHICAGO, IL  60603-4080 | 5127 | 5/29/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIM DOES NOT ESTABLISH A PREDICATE FOR LBI LIABILITY, AND THE CLAIMANTS HAVE NOT SHOWN THEY HAVE PAID MORE THAN THEIR SHARE OF RESPECTIVE LIABILITY.  THE CLAIM IS FOR REIMBURSEMENT OR CONTRIBUTION AND IS CONTINGENT AS OF THIS TIME. |

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

| NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|
| 7 | NATIONAL AUSTRALIA BANK LIMITED<br>JAMES E. SPIOTTO<br>CHAPMAN AND CUTLER LLP<br>111 WEST MONROE STREET<br>CHICAGO, IL  60603-4080 | 5738 | 6/1/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIM DOES NOT ESTABLISH A PREDICATE FOR LBI LIABILITY, AND THE CLAIMANTS HAVE NOT SHOWN THEY HAVE PAID MORE THAN THEIR SHARE OF RESPECTIVE LIABILITY.  THE CLAIM IS FOR REIMBURSEMENT OR CONTRIBUTION AND IS CONTINGENT AS OF THIS TIME. |
| 8 | NATIONAL FINANCIAL SERVICES LLC<br>ATTN: MARTHA A. MAZZONE, ESQ.<br>FIDELITY INVESTMENTS<br>82 DEVONSHIRE STREET F6C<br>BOSTON, MA  02109-3614 | 5673 | 6/1/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIM DOES NOT ESTABLISH A PREDICATE FOR LBI LIABILITY, AND THE CLAIMANTS HAVE NOT SHOWN THEY HAVE PAID MORE THAN THEIR SHARE OF RESPECTIVE LIABILITY.  THE CLAIM IS FOR REIMBURSEMENT OR CONTRIBUTION AND IS CONTINGENT AS OF THIS TIME. |

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 9 | SUNTRUST ROBINSON HUMPHREY, INC. ATTN: WILLIAM MAYFIELD, ESQ. 3333 PEACHTREE ROAD, 11TH FL ATLANTA, GA  30326 | 5841 | 6/1/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI THE CLAIM DOES NOT ESTABLISH A PREDICATE FOR LBI LIABILITY, AND THE CLAIMANTS HAVE NOT SHOWN THEY HAVE PAID MORE THAN THEIR SHARE OF RESPECTIVE LIABILITY.  THE CLAIM IS FOR REIMBURSEMENT OR CONTRIBUTION AND IS CONTINGENT AS OF THIS TIME. |
| 10 | THE WILLIAMS CAPITAL GROUP, L.P. DIANNE CALABRISOTTO 650 FIFTH AVENUE, 11TH FLOOR NEW YORK, NY  10019 | 5667 | 6/1/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI THE CLAIM DOES NOT ESTABLISH A PREDICATE FOR LBI LIABILITY, AND THE CLAIMANTS HAVE NOT SHOWN THEY HAVE PAID MORE THAN THEIR SHARE OF RESPECTIVE LIABILITY.  THE CLAIM IS FOR REIMBURSEMENT OR CONTRIBUTION AND IS CONTINGENT AS OF THIS TIME. |

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 11 | UBS FINANCIAL SERVICES INC. DAVID L. GOLDBERG, ESQ. 1200 HARBOR BOULEVARD WEEHAWKEN, NJ 07086-6791 | 5275 | 5/29/2009 | $75,818,358.91 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIM DOES NOT ESTABLISH A PREDICATE FOR LBI LIABILITY, AND THE CLAIMANTS HAVE NOT SHOWN THEY HAVE PAID MORE THAN THEIR SHARE OF RESPECTIVE LIABILITY. THE CLAIM IS FOR REIMBURSEMENT OR CONTRIBUTION AND IS CONTINGENT AS OF THIS TIME. |
| | Total | | | $75,818,358.91 | |

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

6

**EXHIBIT 3**

**IN RE LEHMAN BROTHERS INC., CASE NO: 08-01420 (JMP) SIPA**

**ONE HUNDRED FOURTH OMNIBUS OBJECTION: EXHIBIT 3 – WITHDRAWN CLAIMS**

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 1 | EDWARD D. JONES & CO., L.P.<br>PHILIP R. SCHWAB<br>12555 MANCHESTER ROAD<br>ST LOUIS, MO  63131-3729 | 5686 | 6/1/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIM DOES NOT ESTABLISH A PREDICATE FOR LBI LIABILITY, AND THE CLAIMANTS HAVE NOT SHOWN THEY HAVE PAID MORE THAN THEIR SHARE OF RESPECTIVE LIABILITY.  THE CLAIM IS FOR REIMBURSEMENT OR CONTRIBUTION AND IS CONTINGENT AS OF THIS TIME. |
| 2 | SCOTT & STRINGFELLOW, LLC<br>F/K/A SCOTT & STRINGFELLOW, INC.<br>ALEX W. C. CECIL<br>BB&T CAPITAL MARKETS<br>909 EAST MAIN STREET<br>RICHMOND, VA  23219 | 5671 | 6/1/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE CLAIM DOES NOT ESTABLISH A PREDICATE FOR LBI LIABILITY, AND THE CLAIMANTS HAVE NOT SHOWN THEY HAVE PAID MORE THAN THEIR SHARE OF RESPECTIVE LIABILITY.  THE CLAIM IS FOR REIMBURSEMENT OR CONTRIBUTION AND IS CONTINGENT AS OF THIS TIME. |

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 3 | SMH CAPITAL INC. JOHN T UNGER 600 TRAVIS, SUITE 5800 HOUSTON, TX 77002 | 7002006 | 5/26/2009 | $3,436,590.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIM DOES NOT ESTABLISH A PREDICATE FOR LBI LIABILITY, AND THE CLAIMANTS HAVE NOT SHOWN THEY HAVE PAID MORE THAN THEIR SHARE OF RESPECTIVE LIABILITY.  THE CLAIM IS FOR REIMBURSEMENT OR CONTRIBUTION AND IS CONTINGENT AS OF THIS TIME. |
| | Total | | | $3,436,590.00 | |

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).