**DAY PITNEY LLP**
(MAIL TO) P. O. BOX 1945, MORRISTOWN, NJ 07962-1945
(DELIVERY TO) 200 CAMPUS DRIVE, MORRISTOWN, NJ 07932-0950
Telephone:     (973) 966-6300
Facsimile:     (973) 966-1015

- and -

7 Times Square
New York, New York 10036-7311
Telephone:     (212) 297-5800
Facsimile:     (212) 916-2940
SCOTT A. ZUBER, ESQ. (SZ-9728)
HERBERT K. RYDER, ESQ. (HR-5137)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | **Chapter 11** |
| **LEHMAN BROTHERS HOLDINGS, INC.,** *et al.*, | **Case No. :  08-13555 (JMP)** |
| Debtors. | **(Jointly Administered)** |
| In re: | **Chapter 11** |
| **LEHMAN BROTHERS COMMODITY SERVICES INC.** | **Case No. :  08-13885 (JMP)** |
| Debtor. | **(Jointly Administered)** |

**AMENDED NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR
SECURITY, PURSUANT TO FED. R. BANKR. P. 3001(e)(2)**

A CLAIM HAS BEEN FILED IN THIS CASE by ONEOK Energy Services Company, L.P. (the "Transferor"), against Lehman Brothers Commodities Services Inc., in the amount of $16,018,913.00, which has been designated as Claim No. 7484 (the "Claim"). Assignee (as that term is defined below) hereby gives notice, pursuant to Fed. R. Bankr. P. 3001(e)(2), of the transfer, other than for security, of the Claim. Assignee hereby files this notice to amend the notice filed on December 17, 2009 (Document Number 6273 on the case docket), to reflect changes and additions to the noticing addresses. A copy of the Evidence of Transfer of Claim (the "Evidence of Transfer") is attached hereto as Exhibit "A" and is incorporated by reference.

83256076.1

**Name of Assignee:**

SPCP Group, L.L.C., as agent for
Silver Point Capital Fund, L.P. and
Silver Point Capital Offshore Fund, Ltd.

**Names and Addresses where notices
to Assignee should be sent:**

Adam J. DePanfilis
Silver Point Capital, LP
660 Steamboat Road
Greenwich, CT 06830

With a copy to:

Day Pitney LLP
7 Times Square
New York, New York 10036
Attn:   Ronald S. Beacher, Esq.
Telephone    (212) 297-5812

**Name and Address where
Assignee payments should be sent:**

SPCP Group, L.L.C.
Two Greenwich Plaza
Greenwich, Connecticut 06830
Attn:   Brian A. Jarmain
Telephone:    (203) 542-4032

**Name of Transferor:**

ONEOK Energy Services Company, L.P.

**Name and Address where notices
to Transferor should be sent:**

ONEOK Energy Services Company, L.P.
100 West 5th Street
Tulsa, OK  74103
Attn: Don Dunkelburger

83256076.1                                          2

    The Transferor has waived its right, pursuant to Fed. R. Bankr. P. 3001 (e)(2), to receive from the Clerk of the Court notice of filing of the Evidence of Transfer and its right to object to such transfer within the twenty (20) day period. The Transferor has stipulated that: (i) an order may be entered recognizing the transfer of the Claim as an unconditional transfer; and (ii) the Assignee is the valid owner of the Claim.

Dated: New York, New York  
       February 12, 2010

**DAY PITNEY LLP**

By: _____  
    Scott A. Zuber (SZ-9728)  
(Mail To) P.O. Box 1945, Morristown, NJ 07962-1945  
(Delivery To) 200 Campus Drive, Morristown, NJ 07932  
Telephone:   (973) 966-6300  
Facsimile:    (973) 966-1015

*Attorneys For SPCP Group, L.L.C., As Agent For Silver Point Capital Fund, L.P. And Silver Point Capital Offshore Fund, Ltd.*

# Exhibit A

Document1
February 12, 2010 10:05 AM

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

and to: LEHMAN BROTHERS COMMODITY SERVICES, INC. Case No. 08-13885

ONEOK Energy Services Company, L.P., organized in the State of Texas with an office at 100 West 5th Street, Tulsa, Oklahoma 74103 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to SPCP Group LLC, as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd., and their respective successors and assigns, with offices at Two Greenwich Plaza, Greenwich, Connecticut 08630, Attention, Brian Jarmain ("Buyer"), all rights, title and interest in and to the claim of Seller against Lehman Brothers Commodity Services Inc. in the amount of $16,018,913.00 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13885.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 20th day of November, 2009.

SELLER: ONEOK Energy Services, L.P.
By: ONEOK Energy Services Company, II, its general partner

By: _____C + Din_____
Name: Curtis L. Dinan
Title: Senior Vice President, Chief Financial Officer & Treasurer

BUYER: Silver Point Capital Fund, L.P. & Silver Point Capital Offshore Fund, Ltg.
By: SPCP Group, LLC, their Agent

By: _____
Name: _____
Title: _____