**DAY PITNEY LLP**
(MAIL TO) P. O. BOX 1945, MORRISTOWN, NJ 07962-1945
(DELIVERY TO) 200 CAMPUS DRIVE, MORRISTOWN, NJ 07932-0950
Telephone:   (973) 966-6300
Facsimile:   (973) 966-1015

- and -

7 Times Square
New York, New York 10036-7311
Telephone:   (212) 297-5800
Facsimile:   (212) 916-2940
SCOTT A. ZUBER, ESQ. (SZ-9728)
HERBERT K. RYDER, ESQ. (HR-5137)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **LEHMAN BROTHERS HOLDINGS, INC.,** *et al.*, | Case No. :  08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**AMENDED NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR**
**SECURITY, PURSUANT TO FED. R. BANKR. P. 3001(e)(2)**

A CLAIM HAS BEEN FILED IN THIS CASE, or has been deemed filed under 11 U.S.C. § 1111(a), by Solent Credit Opportunities Master Fund (the "Transferor"), against Lehman Brothers Holdings Inc., in the amount of $720,000.00, which has been designated as Claim No. 11315 (the "Claim"). Assignee (as that term is defined below) hereby gives notice, pursuant to Fed. R. Bankr. P. 3001(e)(2), of the transfer, other than for security, of the Claim. Assignee hereby files this notice to amend the notice filed on September 16, 2009 (Document Number 5181 on the case docket), to reflect changes and additions to the noticing addresses. A copy of the Evidence of Transfer of Claim (the "Evidence of Transfer") is attached hereto as Exhibit "A" and is incorporated by reference.

**Name of Assignee:**

SPCP Group, L.L.C., as agent for
Silver Point Capital Fund, L.P. and
Silver Point Capital Offshore Fund, Ltd.

**Name of Transferor:**

Solent Credit Opportunities Master Fund

83256086.1

**Names and Addresses where notices to Assignee should be sent:**

Adam J. DePanfilis
Silver Point Capital, LP
660 Steamboat Road
Greenwich, CT 06830

With a copy to:

Day Pitney LLP
7 Times Square
New York, New York 10036
Attn: Ronald S. Beacher, Esq.
Telephone    (212) 297-5812

**Name and Address where Assignee payments should be sent:**

SPCP Group, L.L.C.
Two Greenwich Plaza
Greenwich, Connecticut 06830
Attn: Brian A. Jarmain
Telephone:    (203) 542-4032

**Name and Address where notices to Transferor should be sent:**

Solent Credit Opportunities Master Fund
PO Box 309GT,
Ugland House,
South Church Street
George Town,
Grand Cayman, Cayman Islands

With a copy to:

Solent Capital Partners LLP,
30 Charles II Street,
London SW1Y 4AE
Attention: Tim Gledhill/Jerry De Melo

The Transferor has waived its right, pursuant to Fed. R. Bankr. P. 3001 (e)(2), to receive from the Clerk of the Court notice of filing of the Evidence of Transfer and its right to object to such transfer within the twenty (20) day period. The Transferor has stipulated that: (i) an order may be entered recognizing the transfer of the Claim as an unconditional transfer; and (ii) the Assignee is the valid owner of the Claim.

Dated: New York, New York
February 12, 2010

**DAY PITNEY LLP**

By: _____
Scott A. Zuber (SZ-9728)
(Mail To) P.O. Box 1945, Morristown, NJ 07962-1945
(Delivery To) 200 Campus Drive, Morristown, NJ 07932
Telephone:    (973) 966-6300
Facsimile:    (973) 966-1015

*Attorneys For SPCP Group, L.L.C., As Agent For Silver Point Capital Fund, L.P. And Silver Point Capital Offshore Fund, Ltd.*

# Exhibit A

**EXHIBIT A**
**TO ASSIGNMENT OF CLAIM**

**EVIDENCE OF TRANSFER OF CLAIM**

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Solent Credit Opportunities Master Fund ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd. ("Assignee"), all of Assignor's right, title, interest, claims[1] and causes of action in and to, or arising under or in connection with Assignor's claims set forth in Proof of Claim Number ___ in an amount of not less than $720,000.00 (the "Assigned Claim"), against Lehman Brothers Holdings, Inc. (the "Debtor"), the debtor-in-possession in Case No. 08-13555 (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et. seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and any and all other proofs of claim filed by Assignor with the Bankruptcy Court in respect of the Assigned Claim.

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim for all purposes, including, without limitation, voting and distribution purposes. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on 9 January 2009.

SOLENT CREDIT OPPORTUNITIES MASTER FUND

By: _____
Name of person signing: THOMAS ALAY
Title of person signing: DIRECTOR

---

[1] As that term is defined in 11 U.S.C. § 101(5).