**LOWENSTEIN SANDLER PC**
Ira M. Levee, Esq. (IL 9958)
1251 Avenue of the Americas, 18th Floor
New York, New York 10022

and

65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500 (Telephone)
973.597.2400 (Facsimile)

*Attorneys for Factiva, Inc.,*
*Factiva Limited and Dow Jones & Company, Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**CERTIFICATION OF SERVICE**

**Diane C. Lavin**, pursuant to 28 U.S.C. § 1746, certify as follows:

1. I am a paralegal employed by the law firm of Lowenstein Sandler, PC, attorneys for Factiva, Inc., Factiva Limited and Dow Jones & Company, Inc. As such, I have knowledge of the facts set forth herein.

2. I hereby certify that on February 15, 2010, I caused true and correct copies of the following documents to be served upon the parties indicated on the attached service list, in the manner listed therein:

*a.* *Notice of Hearing on Motion of Factiva, Inc., Factiva Limited and Dow Jones & Company, Inc.;*

*b.* *Motion of Factiva, Inc., Factiva Limited and Dow Jones & Company, Inc. for an Order (A) Compelling Immediate Payment of Post-Petition Administrative Expense Claims and (B) Compelling the Debtors to Assume or Reject Executory*

*Contracts or, Alternatively, Modifying the Automatic Stay to Permit Movants to Terminate the Executory Contracts;*

*c.* *Certification of Mitchell G. Mackler in Support of Motion; and*

*d.* *Proposed Order.*

3. On February 15, 2010, the foregoing documents were filed [Docket No. 7102] and served electronically via the Court's PACER system upon those parties entitled to receive electronic notice.

4. Chambers copies of the foregoing documents were sent to the Chambers of the Honorable James M. Peck, U.S.B.J. via Federal Express on February 15, 2010.

I certify that the foregoing statements made by me are true to the best of my knowledge and belief. Any statement made by me that is willfully false I understand I am subject to the penalty of perjury.

*/s/Diane C. Lavin*
Diane C. Lavin, Senior Paralegal

Dated: February 15, 2010

# SERVICE LIST

*On February 15, 2010 Via Federal Express:*

**Dennis F. Dunne, Esq. , Dennis O'Donnell, Esq,**
**Evan Fleck, Esq.**
**Milbank, Tweed, Hadley & McCloy, LLP**
**1 Chase Manhattan Plaza**
**New York, NY 10005**

**Richard P. Krasnow, Esq.**
**Lori R. Fife, Esq.**
**Shai Y. Waisman, Esq.**
**Jacqueline Marcus, Esq.**
**Weil, Gotshal & Manges, LLP**
**767 Fifth Avenue**
**New York, NY 10153**

**Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq.**
**Brian Masumoto, Esq., Linda Riffkin, Esq., and**
**Tracy Hope Davis, Esq.**
**Office of the US Trustee**
**33 Whitehall Street**
**21st Floor**
**New York, NY 10004**

*On February 15, 2010 Via electronic mail:*

aaaronson@dilworthlaw.com bankruptcymatters@us.nomura.com
aalfonso@kayescholer.com barbra.parlin@hklaw.com
abraunstein@riemerlaw.com bbisignani@postschell.com
acaton@kramerlevin.com bdk@schlamstone.com
acker@chapman.com bguiney@pbwt.com
adarwin@nixonpeabody.com bhinerfeld@sbtklaw.com
adg@adorno.com bill.freeman@pillsburylaw.com
Adiamond@DiamondMcCarthy.com bmanne@tuckerlaw.com
aeckstein@blankrome.com BMiller@mofo.com
aentwistle@entwistle-law.com boneill@kramerlevin.com
afriedman@irell.com bpershkow@profunds.com
agbanknewyork@ag.tn.gov Brian.Corey@greentreecreditsolutions.com
aglenn@kasowitz.com bromano@willkie.com
agold@herrick.com broy@rltlawfirm.com
agolianopoulos@mayerbrown.com bspector@jsslaw.com
ahammer@freebornpeters.com btrust@mayerbrown.com
aisenberg@saul.com btupi@tuckerlaw.com
akantesaria@oppenheimerfunds.com bturk@tishmanspeyer.com
akihiko_yagyuu@chuomitsui.jp bwolfe@sheppardmullin.com
alex.torres@infospace.com bzabarauskas@crowell.com
amarder@msek.com canelas@pursuitpartners.com
AMcMullen@BoultCummings.com carlin@thshlaw.com
amenard@tishmanspeyer.com carol.weinerlevy@bingham.com

Andrew.Brozman@cliffordchance.com
cahn@clm.com cbelisle@wfw.com
andrew.lourie@kobrekim.com cbelmonte@ssbb.com
angelich.george@arentfox.com cbrotstein@bm.net
ann.reynaud@shell.com cgoldstein@stcwlaw.com
anthony_boccanfuso@aporter.com chammerman@paulweiss.com
aoberry@bermanesq.com charles@filardi-law.com
apo@stevenslee.com charles_malloy@aporter.com
aquale@sidley.com chipford@parkerpoe.com
araboy@cov.com chris.donoho@lovells.com
arahl@reedsmith.com cmontgomery@salans.com
arheaume@riemerlaw.com CMTB_LC11@chuomitsui.jp
arlbank@pbfcm.com cohenr@sewkis.com
arosenblatt@chadbourne.com contact@lawofficesjje.com
arthur.rosenberg@hklaw.com cp@stevenslee.com
arwolf@wlrk.com cpappas@dilworthlaw.com
aseuffert@lawpost-nyc.com crmomjian@attorneygeneral.gov
ashmead@sewkis.com crogers@orrick.com
asnow@ssbb.com cs@stevenslee.com
atrehan@mayerbrown.com cschreiber@winston.com
aunger@sidley.com cshore@whitecase.com
austin.bankruptcy@publicans.com cshulman@sheppardmullin.com
avenes@whitecase.com ctatelbaum@adorno.com
avi.gesser@dpw.com cward@polsinelli.com
awasserman@lockelord.com cweber@ebg-law.com
azylberberg@whitecase.com cweiss@ingramllp.com
bankr@zuckerman.com dallas.bankruptcy@publicans.com
bankruptcy@goodwin.com chris.donoho@lovells.com
daniel.guyder@allenovery.com
bankruptcy@morrisoncohen.com danna.drori@usdoj.gov
david.bennett@tklaw.com dworkman@bakerlaw.com
david.crichlow@pillsburylaw.com easmith@venable.com
david.heller@lw.com echang@steinlubin.com
davids@blbglaw.com ecohen@russell.com
davidwheeler@mvalaw.com efile@willaw.com
dbalog@intersil.com efleck@milbank.com
dbarber@bsblawyers.com efreeman@lockelord.com
dbaumstein@whitecase.com efriedman@friedumspring.com
dbesikof@loeb.com egeekie@schiffhardin.com
dcimo@gjb-law.com eglas@mccarter.com
dckaufman@hhlaw.com ehollander@whitecase.com
dcoffino@cov.com ekbergc@lanepowell.com
dcrapo@gibbonslaw.com eli.mattioli@klgates.com
ddavis@paulweiss.com elizabeth.harris@klgates.com
ddrebsky@nixonpeabody.com ellen.halstead@cwt.com
ddunne@milbank.com eobrien@sbchlaw.com

deborah.saltzman@dlapiper.com eric.johnson@hro.com
deggermann@kramerlevin.com eschaffer@reedsmith.com
deggert@freebornpeters.com eschwartz@contrariancapital.com
demetra.liggins@tklaw.com esmith@dl.com
deryck.palmer@cwt.com ezavalkoff-babej@vedderprice.com
dfelder@orrick.com ezujkowski@emmetmarvin.com
dflanigan@polsinelli.com ezweig@optonline.net
dfriedman@kasowitz.com fbp@ppgms.com
dgrimes@reedsmith.com fdellamore@jaspanllp.com
dhayes@mcguirewoods.com feldsteinh@sullcrom.com
dheffer@foley.com ffm@bostonbusinesslaw.com
diconzam@gtlaw.com fhyman@mayerbrown.com
dirk.roberts@ots.treas.gov fishere@butzel.com
dkleiner@velaw.com francois.janson@hklaw.com
dkozusko@willkie.com frank.white@agg.com
dladdin@agg.com fred.berg@rvblaw.com
dlemay@chadbourne.com fsosnick@shearman.com
dlipke@vedderprice.com fyates@sonnenschein.com
dludman@brownconnery.com gabriel.delvirginia@verizon.net
dmcguire@winston.com gbray@milbank.com
dmurray@jenner.com GGraber@HodgsonRuss.com
dneier@winston.com giaimo.christopher@arentfox.com
dodonnell@milbank.com giddens@hugheshubbard.com
douglas.bacon@lw.com gkaden@goulstonstorrs.com
douglas.mcgill@dbr.com glenn.siegel@dechert.com
dove.michelle@dorsey.com gmoss@riemerlaw.com
DPiazza@HodgsonRuss.com gravert@mwe.com
dravin@wolffsamson.com gschiller@zeislaw.com
drose@pryorcashman.com gspilsbury@jsslaw.com
drosenzweig@fulbright.com guzzi@whitecase.com
drosner@goulstonstorrs.com harrisjm@michigan.gov
drosner@kasowitz.com harveystrickon@paulhastings.com
dshemano@pwkllp.com heim.steve@dorsey.com
dtatge@ebglaw.com heiser@chapman.com
dwdykhouse@pbwt.com hirsch.robert@arentfox.com
dwildes@stroock.com ehret-vanhorn@mbaum.com
hollace.cohen@troutmansanders.com
holsen@stroock.com jjureller@klestadt.com
howard.hawkins@cwt.com jkehoe@sbtklaw.com
hseife@chadbourne.com jlamar@maynardcooper.com
hsnovikoff@wlrk.com jlawlor@wmd-law.com
hweg@pwkllp.com jlee@foley.com
ian.levy@kobrekim.com jlevitin@cahill.com
icatto@kirkland.com jlipson@crockerkuno.com
igoldstein@dl.com jliu@dl.com
ilevee@lowenstein.com jlovi@steptoe.com

info2@normandyhill.com jlscott@reedsmith.com
ira.herman@tklaw.com jmaddock@mcguirewoods.com
isgreene@hhlaw.com jmazermarino@msek.com
israel.dahan@cwt.com jmcginley@wilmingtontrust.com
iva.uroic@dechert.com jmelko@gardere.com
jacobsonn@sec.gov jmerva@fult.com
jafeltman@wlrk.com jmr@msf-law.com
james.mcclammy@dpw.com john.mcnicholas@dlapiper.com
jamestecce@quinnemanuel.com john.monaghan@hklaw.com
jar@outtengolden.com john.rapisardi@cwt.com
jason.jurgens@cwt.com joli@crlpc.com
jatkins@duffyandatkins.com jorbach@hahnhessen.com
jay.hurst@oag.state.tx.us Joseph.Cordaro@usdoj.gov
jay@kleinsolomon.com joseph.scordato@dkib.com
Jbecker@wilmingtontrust.com joshua.dorchak@bingham.com
jbeemer@entwistle-law.com jchristian@tobinlaw.com
jowen769@yahoo.com
jbird@polsinelli.com JPintarelli@mofo.com
jbromley@cgsh.com jpintarelli@mofo.com
jcarberry@cl-law.com jporter@entwistle-law.com
Jdrucker@coleschotz.com jprol@lowenstein.com
jdyas@halperinlaw.net jrabinowitz@rltlawfirm.com
jeff.wittig@coair.com jrsmith@hunton.com
jeffrey.sabin@bingham.com jschwartz@hahnhessen.com
jeldredge@velaw.com jsheerin@mcguirewoods.com
jennifer.demarco@cliffordchance.com jshickich@riddellwilliams.com
jennifer.gore@shell.com jsmairo@pbnlaw.com
jeremy.eiden@state.mn.us jtimko@allenmatkins.com
jessica.fink@cwt.com jtougas@mayerbrown.com
jfalgowski@reedsmith.com judy.morse@crowedunlevy.com
jfinerty@pfeiferlaw.com jwallack@goulstonstorrs.com
jflaxer@golenbock.com jwang@sipc.org
jfox@joefoxlaw.com jweiss@gibsondunn.com
jfreeberg@wfw.com jwest@velaw.com
jg5786@att.com jwh@njlawfirm.com
jgarrity@shearman.com jwhitman@entwistle-law.com
jgenovese@gjb-law.com jwishnew@mofo.com
jgutmanmann@sonnenschein.com k4.nomura@aozorabank.co.jp
jguy@orrick.com kaf@msf-law.com
jherzog@gklaw.com karen.wagner@dpw.com
jhiggins@fdlaw.com karol.denniston@dlapiper.com
jhorgan@phxa.com KDWBankruptcyDepartment@kelleydrye.com
jhuggett@margolisedelstein.com keckhardt@hunton.com
jhuh@ffwplaw.com keith.simon@lw.com
Ken.Coleman@allenovery.com mark.ellenberg@cwt.com
ken.higman@hp.com mark.houle@pillsburylaw.com

kgwynne@reedsmith.com mark.sherrill@sutherland.com
kiplok@hugheshubbard.com martin.davis@ots.treas.gov
kkelly@ebglaw.com Marvin.Clements@ag.tn.gov
Klippman@munsch.com masaki_konishi@noandt.com
klyman@irell.com matthew.dyer@prommis.com
kmayer@mccarter.com matthew.klepper@dlapiper.com
kobak@hugheshubbard.com matthew.morris@lovells.com
korr@orrick.com Mbass@HodgsonRuss.com
KOstad@mofo.com mbenner@tishmanspeyer.com
kovskyd@pepperlaw.com mberman@nixonpeabody.com
kpiper@steptoe.com mbienenstock@dl.com
kressk@pepperlaw.com mbossi@thompsoncoburn.com
KReynolds@mklawnyc.com mcademartori@sheppardmullin.com
kristin.going@dbr.com mcordone@stradley.com
krosen@lowenstein.com mcto@debevoise.com
krubin@ozcap.com mdorval@stradley.com
kstahl@whitecase.com meltzere@pepperlaw.com
kurt.mayr@bgllp.com metkin@lowenstein.com
lacyr@sullcrom.com mgordon@briggs.com
lalshibib@reedsmith.com mgreger@allenmatkins.com
Landon@StreusandLandon.com mhopkins@cov.com
lawallf@pepperlaw.com michael.kim@kobrekim.com
lberkoff@moritthock.com mimi.m.wong@irscounsel.treas.gov.
lbtancredi@venable.com mitchell.ayer@tklaw.com
Lee.Stremba@troutmansanders.com mjacobs@pryorcashman.com
lgranfield@cgsh.com mjedelman@vedderprice.com
lhandelsman@stroock.com MJR1@westchestergov.com
linda.boyle@twtelecom.com mkjaer@winston.com
lisa.kraidin@allenovery.com mlahaie@akingump.com
LJKotler@duanemorris.com MLandman@lcbf.com
lmarinuzzi@mofo.com mmendez@hunton.com
Lmay@coleschotz.com mmickey@mayerbrown.com
lmcgowen@orrick.com mmooney@deilylawfirm.com
lml@ppgms.com mmorreale@us.mufg.jp
lnashelsky@mofo.com mmurphy@co.sanmateo.ca.us
loizides@loizides.com mneier@ibolaw.com
lromansic@steptoe.com monica.lawless@brookfieldproperties.com
lscarcella@farrellfritz.com mpage@kelleydrye.com
lschweitzer@cgsh.com mpfeifer@pfeiferlaw.com
lthompson@whitecase.com mpucillo@bermanesq.com
lubell@hugheshubbard.com mrosenthal@gibsondunn.com
lwhidden@salans.com mruetzel@whitecase.com
lwong@pfeiferlaw.com mschimel@sju.edu
mabrams@willkie.com MSchleich@fraserstryker.com
macronin@debevoise.com mshiner@tuckerlaw.com
MAOFILING@CGSH.COM mspeiser@stroock.com

Marc.Chait@standardchartered.com mstamer@akingump.com
margolin@hugheshubbard.com mvenditto@reedsmith.com
Marianne.Mortimer@friedfrank.com mwarren@mtb.com
mark.deveno@bingham.com Nasreen.Bulos@dubaiic.com
ncoco@mwe.com rmunsch@munsch.com
neal.mann@oag.state.ny.us rnetzer@willkie.com
ned.schodek@shearman.com rnies@wolffsamson.com
newyork@sec.gov rnorton@hunton.com
nfurman@scottwoodcapital.com robert.bailey@bnymellon.com
Nherman@morganlewis.com robert.dombroff@bingham.com
nissay_10259-0154@mhmjapan.com robert.henoch@kobrekim.com
nlepore@schnader.com robert.malone@dbr.com
notice@bkcylaw.com Robert.yalen@usdoj.gov
oipress@travelers.com robertdakis@quinnemanuel.com
omeca.nedd@lovells.com Robin.Keller@Lovells.com
paronzon@milbank.com ronald.silverman@bingham.com
patrick.potter@pillsburylaw.com rreid@sheppardmullin.com
paul.turner@sutherland.com rroupinian@outtengolden.com
pbattista@gjb-law.com rterenzi@stcwlaw.com
pbosswick@ssbb.com RTrust@cravath.com
pdublin@akingump.com rwasserman@cftc.gov
peter.gilhuly@lw.com rwyron@orrick.com
peter.simmons@friedfrank.com s.minehan@aozorabank.co.jp
peter@bankrupt.com sabin.willett@bingham.com
pfeldman@oshr.com sabramowitz@velaw.com
phayden@mcguirewoods.com sagolden@hhlaw.com
pmaxcy@sonnenschein.com Sally.Henry@skadden.com
pnichols@whitecase.com sandyscafaria@eaton.com
ppascuzzi@ffwplaw.com Sara.Tapinekis@cliffordchance.com
ppatterson@stradley.com sbernstein@hunton.com
psp@njlawfirm.com schannej@pepperlaw.com
ptrostle@jenner.com schapman@willkie.com
pwirt@ftportfolios.com Schepis@pursuitpartners.com
pwright@dl.com schnabel.eric@dorsey.com
r.stahl@stahlzelloe.com schristianson@buchalter.com
rajohnson@akingump.com
raj.madan@bingham.com scottshelley@quinnemanuel.com
ramona.neal@hp.com scousins@armstrongteasdale.com
ranjit.mather@bnymellon.com sdnyecf@dor.mo.gov
rbeacher@daypitney.com sean@blbglaw.com
rbernard@bakerlaw.com sehlers@armstrongteasdale.com
rbyman@jenner.com sfelderstein@ffwplaw.com
rchoi@kayescholer.com sfineman@lchb.com
rdaversa@orrick.com sfox@mcguirewoods.com
relgidely@gjb-law.com sgordon@cahill.com
rfleischer@pryorcashman.com sgubner@ebg-law.com

rfrankel@orrick.com sharbeck@sipc.org
rfriedman@silvermanacampora.com shari.leventhal@ny.frb.org
rgmason@wlrk.com sheehan@txschoollaw.com
rgraham@whitecase.com shgross5@yahoo.com
rhett.campbell@tklaw.com shumaker@pursuitpartners.com
richard.lear@hklaw.com shumaker@pursuitpartners.com
richard.levy@lw.com sidorsky@butzel.com
ritkin@steptoe.com slerner@ssd.com rrussell@andreskurth.com
RJones@BoultCummings.com
SLoden@DiamondMcCarthy.com
RLevin@cravath.com smayerson@ssd.com
rmatzat@hahnhessen.com smillman@stroock.com
smulligan@bsblawyers.com william.m.goldman@dlapiper.com
snewman@katskykorins.com wiltenburg@hugheshubbard.com
sory@fdlaw.com wisotska@pepperlaw.com
spiotto@chapman.com woconnor@crowell.com
splatzer@platzerlaw.com wsilverm@oshr.com
SRee@lcbf.com wswearingen@llf-law.com
sselbst@herrick.com wtaylor@mccarter.com
sshimshak@paulweiss.com wzoberman@bermanesq.com
steele@lowenstein.com yamashiro@sumitomotrust.co.jp
stephanie.wickouski@dbr.com
steve.ginther@dor.mo.gov
steven.perlstein@kobrekim.com
steven.wilamowsky@bingham.com
Streusand@StreusandLandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@duffyandatkins.com
TGoren@mofo.com
thomas.califano@dlapiper.com
Thomas_Noguerola@calpers.ca.gov
thomaskent@paulhastings.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com

tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tslome@msek.com
ttracy@crockerkuno.com
twatanabe@mofo.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
weguchi@orrick.com
wendy.rosenthal@cliffordchance.com
wfoster@milbank.com