*Original*

*Submit*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
:
In re: : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., et al., : 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
:
-------------------------------------------------------------- X

ON FEB 6, 2010 OBJECTANT RETURNED TO NEW YORK FOR THE HEARING SET FOR THE 10TH AND FOR A HEARING IN THE EVENING OF THE 8TH IN THE NEW YORK CITY COURT.

ON THE 7TH OF FEB, 2010, OBJECTANT HAD OCCASION TO SEE:

| | | |
|---|---|---|
| 7010 | 2/5/2010 | Statement of Official Committee of Unsecured Creditors In Support of Motion of Lehman Brothers Holdings Inc. to Amend the Order Authorizing Debtors to Establish Procedures to Sell or Abandon De Minimis Assets (related document(s)[6710]) filed by Dennis F. Dunne on behalf of Official Committee of Unsecured Creditors. (Dunne, Dennis)
Debtor: Lehman Brothers Holdings Inc
Related: 6710 |

OBJECTANT IS NOT AWARE OF ANY SPECIAL DISPENSATION GIVEN TO THE CREDITORS COMMITTEE TO FILE OUT OF TIME REPLIES BE THEY EITHER OBJECTIONS OR 'RUBBER STAMPING' IN SUPPORT OF WEIL,GOTSHAL.

Hearing Date and Time: February 10, 2010 at 10:00 a.m (Prevailing Eastern Time)
Objection Date and Time: February 3, 2010 at 4:00 p.m (Prevailing Eastern Time)

THE IDEA THAT THESE HIGH PRICES LAWYERS CONSIDER $350,000 TO BE 'DEMINIMUS' CLEARLY SHOWS JUST HOW OUT OF TOUCH THEY ARE WITH REALITY.

THE SALARY OF THE PRESIDENT OF THE UNITED STATES IS ONLY $400,000 A YEAR AND I AM QUITE SURE THAT HE MAKES SURE HE DEPOSITS HIS CHECKS.

**President's Salary**
Effective January 1, 2001, the annual salary of the president of the United States was increased to

$400,000 per year, including a $50,000 expense allowance.
The increase was approved as part of the Treasury and General Government Appropriations Act (Public Law 106-58), passed in the closing days of the 106th Congress.

AS ALREADY STATED, THE COURT SHOULD JUST PUT THE BRAKES ON AND FURTHER IT SEEMS THAT NOT ONLY DOES THE DE MINIUS SCHEME NEED TO BE REVIEWED, BUT THE TOTALITY OF THE ROLE AND MEMBERSHIP OF THE CREDITORS COMMITTEE AND THE HANDSOME FEE'S PAID OVER FOR WHAT CAN ONLY BE DESTRIBED AS INEFFECTUAL REPRESENTATION SHOULD NOW BE PUT INTO QUESTION.

William Kuntz, III
kuntzwm1@yahoo.com
India St
PO Box 1801
Nantucket Island, Massachusetts 02554-1801 USofA