B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings, Inc., et al.          ,          Case No.   08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee
hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other
than for security, of the claim referenced in this evidence and notice.

| Nexen Energy Marketing Europe Limited | Nexen Energy Marketing London Limited |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
should be sent:
  Charter Place, Vine Street, Uxbridge, Middlesex
  UB8 1JG, UK (Fax: +44(0)1895 275 901)

Court Claim # (if known): _____
Amount of Claim:  __$20,589,383.00__
Date Claim Filed:  ____09/18/2009____

Phone: +44(0)1895 275 900
Last Four Digits of Acct #: _____

Phone:  __44-(0)20 7189 8900__
Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By: _____          Date: February 16, 2010
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO:        Clerk, United States Bankruptcy Court, Southern District of New York

AND TO:    Nexen Energy Marketing Europe Limited

Nexen Energy Marketing London Limited, located at 100 Brompton Road, London, SW3 1ER, UK ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Nexen Energy Marketing Europe Limited, its successors and assigns, with offices at Charter Place, Vine Street, Uxbridge, Middlesex UB8 1JG ("Buyer"), all right, title and interest in and to the net claim of Seller against LEHMAN BROTHERS COMMODITY SERVICES, INC.. and its affiliates (including Seller's claim against LEHMAN BROTHERS HOLDING INC. arising under a guaranty) in the amount of $20,589,383.00 (collectively the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (Jointly Administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 12th day of February, 2010.

**Nexen Energy Marketing London Limited**

By: _____
Name:
Title:

**Nexen Energy Marketing Europe Limited**

By: _____
Name:
Title:

6