Eric E. Johnson (CO #19364) (*Pro Hac Vice*)
HOLME ROBERTS & OWEN LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203
Tel.: (303) 861-7000
Fax: (303) 866-0200
E-Mail: eric.johnson@hro.com
Attorneys for National CineMedia, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re                                              :     Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al*  :     08-13555 (JMP)
                                                   :
                                                   :     (Jointly Administered)
                        Debtors.                   :
---------------------------------------------------------------x

## WITHDRAWAL OF PROOFS OF CLAIM NOS. 28641 AND 28643

PLEASE TAKE NOTICE that creditor National CineMedia, LLC ("Claimant") hereby

withdraws the following Proofs of Claim filed on September 22, 2009:

| **Creditor** | **Debtor** | **Claim No.** | **Claim Amount** |
|---|---|---|---|
| National CineMedia LLC | Lehman Brothers Special Financing Inc. | 28641 | $ 96,119.35 |
| National CineMedia LLC | Lehman Brothers Holdings, Inc. | 28643 | $ 96,119.35 |

and the claims registry maintained by Epiq Bankruptcy Solutions LLC should be updated

accordingly.

PLEASE TAKE FURTHER NOTICE that Claimant does not waive or withdraw any

other claims asserted in these cases.

#1453165 v2 den

Dated this 16th day of February, 2010.

                        HOLME ROBERTS & OWEN LLP

                        By:  */s/ Eric E. Johnson*
                            Eric E. Johnson, (CO #19364)
                            1700 Lincoln Street, Suite 4100
                            Denver, Colorado  80203-4541
                            Telephone:     (303) 861-7000
                            Facsimile:     (303) 866-0200
                            E-Mail: eric.johnson@hro.com
                            *Attorneys for National CineMedia, LLC*