# CLAIM NOTICE

UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK
In re:
Ch-11 LEHMAN BROTHERS HOLDINGS INC.
Debtor
Case No. 08-13555
Chapter 11

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that any and all claims of Innovatis Investment Fund Limited (SAC) ("Seller") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:
Proof of Claim in relation to $ 7,000,000 of Index Linked Redemption Notes due 9th June, 2020, Series 10081 under the U.S. $100,000,000,000 Euro Medium-Term Note Program (ISIN XS0368710082 issued by Lehman Brothers Treasury Co. B.V. and guaranteed by Lehman Brothers Holding Inc., have been transferred and assigned to CAT Brokerage AG ("Buyer"). The signature of Seller on this document is evidence of the transfer of the claims and all rights thereto. Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Buyer.

**CLAIM # 58690**

**BUYER:**
CAT Brokerage AG
A member of Cat Group AG
Gutenbergstrasse 10, Postfach, 8027 Zürich

| | | |
|---|---|---|
| Signature | : _(signed)_ | _(signed)_ |
| Name | : Marianne Taffaroui | Marcel Berchtold |
| Title | : Head of Trading, MD | Head of Operations, Director |
| Date | : 15.02.2010 | 15.02.2010 |

**SELLER:**
Innovatis Investments Fund Limited (SAC)
4nd Floor
308 East Bas Street
Nassau, Bahamas

Signature : _(signed)_
Name : ERWIN LOSSHOFER
Title : Authorised Signatory
Date : 15/02/2010