UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re                                              :   Chapter 11 Case No.
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,       :   08-13555 (JMP)
                                                   :
            Debtors.                               :   (Jointly Administered)
                                                   :
---------------------------------------------------------------x   Ref. Docket Nos. 6984, 6985, 6998

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 5, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                  /s/ Paul Belobritsky
Sworn to before me this                           Paul Belobritsky
16th day of February, 2010

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**EXHIBIT "A"**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  MERRILL LYNCH INTERNATIONAL
     MERRILL LYNCH FINANCIAL CENTRE
     ATTN ANNIKA WESTLING
     2 KING EDWARD STREET
     LONDON     EC1A 1HQ
     UNITED KINGDOM

MERRILL LYNCH INTERNATIONAL
CADWALADER, WICKERSHAM & TAFT LLP
ATTN JILL KAYLOR
ONE WORLD FINANCIAL CENTER
NEW YORK NY 10281

Please note that your claim # 59406-01 in the above referenced case and in the amount of $7,164,437.64     has been transferred **(unless previously expunged by court order)**

MORGAN STANLEY & CO. INTERNATIONAL PLC
TRANSFEROR: MERRILL LYNCH INTERNATIONAL
25, CABOT SQUARE
CANARY WHARF
LONDON     E14 4QA
ENGLAND

MORGAN STANLEY & CO. INTERNATIONAL PLC
MANAGING CLERK
RICHARDS KIBBE & ORBE LLP
ONE WOLRD FINANCIAL CENTER
NEW YORK NY 10281-1003

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6998     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/05/2010                         Vito Genna, Clerk of Court

                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 5, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          | Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         | 08-13555 (JMP)
                                               |
                                               | (Jointly Administered)
              Debtors.                         |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  MERRILL LYNCH INTERNATIONAL                    MERRILL LYNCH INTERNATIONAL
     CADWALADER, WICKERSHAM & TAFT LLP              MERRILL LYNCH FINANCIAL CENTRE
     ATTN JILL KAYLOR                               ATTN ANNIKA WESTLING
     ONE WORLD FINANCIAL CENTER                     2 KING EDWARD STREET
     NEW YORK NY 10281                              LONDON      EC1A 1HQ
                                                   UNITED KINGDOM
```

Please note that your claim # 59406-01 in the above referenced case and in the amount of
       $7,164,437.64        has been transferred **(unless previously expunged by court order)**

```
     MORGAN STANLEY & CO. INTERNATIONAL PLC         MORGAN STANLEY & CO. INTERNATIONAL PLC
     MANAGING CLERK                                 TRANSFEROR: MERRILL LYNCH INTERNATIONAL
     RICHARDS KIBBE & ORBE LLP                      25, CABOT SQUARE
     ONE WOLRD FINANCIAL CENTER                     CANARY WHARF
     NEW YORK NY 10281-1003                         LONDON      E14 4QA
                                                   ENGLAND
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 6998   in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/05/2010                          Vito Genna, Clerk of Court

                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 5, 2010.

**EXHIBIT "B"**

```
TIME: 16:45:58                                    LEHMAN BROTHERS HOLDING INC.                                          PAGE:   1
DATE: 02/05/10                                         CREDITOR LISTING

Name                                  Address
MERRILL LYNCH INTERNATIONAL           MERRILL LYNCH, DUBLIN ATTN DAVE PURDOM & JOHN PRINCE BLOCK D, CENTRAL PARK, LEOPARDSTOWN DUBLIN 18   IRELAND
MERRILL LYNCH INTERNATIONAL           BANK OF AMERICA MERRILL LYNCH ATTN FREDERICK MORRIS ONE BRYANT PARK, 3RD FLOOR NEW YORK NY 10036
MERRILL LYNCH INTERNATIONAL           CADWALADER, WICKERSHAM & TAFT LLP ATTN JILL KAYLOR ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MERRILL LYNCH INTERNATIONAL           MERRILL LYNCH FINANCIAL CENTRE ATTN ANNIKA WESTLING 2 KING EDWARD STREET LONDON  EC1A 1HQ UNITED KINGDOM
MORGAN STANLEY & CO. INTERNATIONAL PLC   MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WOLRD FINANCIAL CENTER NEW YORK NY 10281-1003
MORGAN STANLEY & CO. INTERNATIONAL PLC   TRANSFEROR: MERRILL LYNCH INTERNATIONAL 25, CABOT SQUARE CANARY WHARF LONDON  E14 4QA ENGLAND

Total Number of Records Printed        6

                                                                                                              EPIQ BANKRUPTCY SOLUTIONS, LLC
```

**EXHIBIT "C"**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153