**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                          :   Chapter 11 Case No.
                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :   08-13555 (JMP)
                                               :
                        Debtors.               :   (Jointly Administered)
                                               :
------------------------------------------------------------------x   Ref. Docket Nos. 7023, 7053-7058,
                                                   7064-7067

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 11, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Paul Belobritsky
Paul Belobritsky

Sworn to before me this
16th day of February, 2010

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

# EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re | Chapter 11 Case No.
LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP)
 | (Jointly Administered)
Debtors. |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  BAXTER INTERNATIONAL INC. & SUBSIDIARIES SAVINGS TRUST
         C/O CHARLES THRUMAN, DF6-5E
         1 BAXTER PARKWAY
         DEERFIELD IL 60061
```

Please note that your claim # 11120 in the above referenced case and in the amount of
            $56,894.71        has been transferred **(unless previously expunged by court order)**

```
         LIQUIDITY SOLUTIONS, INC.
         TRANSFEROR: BAXTER INTERNATIONAL INC. & SUBSIDIARIES SAVINGS TRUST
         ONE UNIVERSITY PLAZA, SUITE 312
         HACKENSACK NJ 07601
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7023    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/11/2010                            Vito Genna, Clerk of Court

                                            /s/ Paul Belobritsky
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 11, 2010.

```
In re                                          | Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         | 08-13555 (JMP)
                                               |
                                               | (Jointly Administered)
               Debtors.                        |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  BAXTER INTERNATIONAL INC. & SUBSIDIARIES SAVINGS TRUST
         C/O CHARLES THRUMAN, DF6-5E
         1 BAXTER PARKWAY
         DEERFIELD IL 60061

Please note that your claim # 11121 in the above referenced case and in the amount of
         $56,894.71         has been transferred **(unless previously expunged by court order)**

         LIQUIDITY SOLUTIONS, INC.
         TRANSFEROR: BAXTER INTERNATIONAL INC. & SUBSIDIARIES SAVINGS TRUST
         ONE UNIVERSITY PLAZA, SUITE 312
         HACKENSACK NJ 07601

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 7023    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/11/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 11, 2010.

```
In re                                          |  Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         |  08-13555 (JMP)
                                               |
                                               |  (Jointly Administered)
                  Debtors.                     |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:   CREDIT SUISSE SECURITIES (USA) LLC
          TRANSFEROR: CREDIT SUISSE
          ELEVEN MADISON AVENUE
          ATTN: TERRI LABARBERA
          NEW YORK NY 10010
```

Please note that your claim # 55829-04 in the above referenced case and in the amount of
         $1.00       has been transferred **(unless previously expunged by court order)**

```
          SERENGETI RAPAX MM LP
          TRANSFEROR: CREDIT SUISSE SECURITIES (USA) LLC
          c/o Serengeti Asset Management LP
          Attn: S Choudhury, 632 Broadway, 12th Fl
          New York NY 10012
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 7064      in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/11/2010                              Vito Genna, Clerk of Court


                                              /s/ Paul Belobritsky
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 11, 2010.

```
In re                                          |  Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         |  08-13555 (JMP)
                                               |
                                               |  (Jointly Administered)
            Debtors.                           |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   CREDIT SUISSE SECURITIES (USA) LLC
      TRANSFEROR: CREDIT SUISSE
      ELEVEN MADISON AVENUE
      ATTN: TERRI LABARBERA
      NEW YORK NY 10010
```

Please note that your claim # 55829-05 in the above referenced case and in the amount of
         $1.00         has been transferred **(unless previously expunged by court order)**

```
      SERENGETI OVERSEAS LTD
      TRANSFEROR: CREDIT SUISSE SECURITIES (USA) LLC
      c/o Serengeti Asset Management LP
      Attn: S Choudhury, 632 Broadway, 12th Fl
      New York NY 10012
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7066    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/11/2010                              Vito Genna, Clerk of Court

                                              /s/ Paul Belobritsky
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 11, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                           | Chapter 11 Case No.
                                                |
LEHMAN BROTHERS HOLDINGS INC., et al.,          | 08-13555 (JMP)
                                                |
                                                | (Jointly Administered)
         Debtors.                               |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

         To:   CREDIT SUISSE SECURITIES (USA) LLC
               TRANSFEROR: CREDIT SUISSE
               ELEVEN MADISON AVENUE
               ATTN: TERRI LABARBERA
               NEW YORK NY 10010

Please note that your claim # 55829-02 in the above referenced case and in the amount of
         $1.00         has been transferred **(unless previously expunged by court order)**

               SERENGETI PARTNERS LP
               TRANSFEROR: CREDIT SUISSE SECURITIES (USA) LLC
               c/o Serengeti Asset Management LP
               Attn: S Choudhury, 632 Broadway, 12th Fl
               New York NY 10012

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 7067     in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/11/2010                         Vito Genna, Clerk of Court


                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 11, 2010.

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  JPMORGAN CHASE BANK, N.A.
         TRANSFEROR: SHIN KONG LIFE INSURANCE COMPANY LIMITED
         1 Chase Manhattan Plaza, Floor 26
         ATTN: SUSAN MCNAMARA
         New York NY 10004
```

Please note that your claim # 1504 in the above referenced case and in the amount of
          $5,077,577.81        has been transferred **(unless previously expunged by court order)**

```
         SERENGETI RAPAX MM LP
         TRANSFEROR: JPMORGAN CHASE BANK, N.A.
         c/o Serengeti Asset Management LP
         Attn: S Choudhury, 632 Broadway, 12th Fl
         New York NY 10012
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 7055      in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/11/2010                              Vito Genna, Clerk of Court

                                              /s/ Paul Belobritsky
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 11, 2010.

```
In re                                          |  Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         |  08-13555 (JMP)
                                               |
                                               |  (Jointly Administered)
              Debtors.                         |
                                               |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   JPMORGAN CHASE BANK, N.A.
          TRANSFEROR: SHIN KONG LIFE INSURANCE COMPANY LIMITED
          1 Chase Manhattan Plaza, Floor 26
          ATTN: SUSAN MCNAMARA
          New York NY 10004

Please note that your claim # 19266 in the above referenced case and in the amount of
        $5,077,577.81       has been transferred **(unless previously expunged by court order)**

          SERENGETI RAPAX MM LP
          TRANSFEROR: JPMORGAN CHASE BANK, N.A.
          c/o Serengeti Asset Management LP
          Attn: S Choudhury, 632 Broadway, 12th Fl
          New York NY 10012

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                              UNITED STATES BANKRUPTCY COURT
                              Southern District of New York
                              One Bowling Green
                              New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7053       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/11/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 11, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                            |
In re                                       |      Chapter 11 Case No.
                                            |
                                            |      08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,       |
                                            |      (Jointly Administered)
                                            |
          Debtors.                          |
                                            |
_____|

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   JPMORGAN CHASE BANK, N.A.
          TRANSFEROR: SHIN KONG LIFE INSURANCE COMPANY LIMITED
          1 Chase Manhattan Plaza, Floor 26
          ATTN: SUSAN MCNAMARA
          New York NY 10004

Please note that your claim # 66086 in the above referenced case and in the amount of
        $4,800,000.00        has been transferred **(unless previously expunged by court order)**

          SERENGETI RAPAX MM LP
          TRANSFEROR: JPMORGAN CHASE BANK, N.A.
          c/o Serengeti Asset Management LP
          Attn: S Choudhury, 632 Broadway, 12th Fl
          New York NY 10012

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                          UNITED STATES BANKRUPTCY COURT
                          Southern District of New York
                          One Bowling Green
                          New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 7054    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/11/2010                            Vito Genna, Clerk of Court


                                            /s/ Paul Belobritsky
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 11, 2010.

```
In re                                          | Chapter 11 Case No.
                                               |
                                               | 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,         |
                                               | (Jointly Administered)
                                               |
              Debtors.                         |
                                               |
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
       To:  JPMORGAN CHASE BANK, N.A.
            TRANSFEROR: SHIN KONG LIFE INSURANCE COMPANY LIMITED
            1 Chase Manhattan Plaza, Floor 26
            ATTN: SUSAN MCNAMARA
            New York NY 10004
```

Please note that your claim # 19267 in the above referenced case and in the amount of
       $5,077,577.81        has been transferred **(unless previously expunged by court order)**

```
            SERENGETI RAPAX MM LP
            TRANSFEROR: JPMORGAN CHASE BANK, N.A.
            c/o Serengeti Asset Management LP
            Attn: S Choudhury, 632 Broadway, 12th Fl
            New York NY 10012
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 7056      in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/11/2010                              Vito Genna, Clerk of Court


                                              /s/ Paul Belobritsky
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 11, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   JPMORGAN CHASE BANK, N.A.
      TRANSFEROR: SHIN KONG LIFE INSURANCE
      1 Chase Manhattan Plaza, Floor 26
      ATTN: SUSAN MCNAMARA
      New York NY 10004
```

Please note that your claim # 66085 in the above referenced case and in the amount of
      $4,800,000.00       has been transferred **(unless previously expunged by court order)**

```
      SERENGETI RAPAX MM LP
      TRANSFEROR: JPMORGAN CHASE BANK, N.A.
      c/o Serengeti Asset Management LP
      Attn: S Choudhury, 632 Broadway, 12th Fl
      New York NY 10012
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 7057       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/11/2010                            Vito Genna, Clerk of Court

                                            /s/ Paul Belobritsky
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 11, 2010.

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   JPMORGAN CHASE BANK, N.A.
      TRANSFEROR: SHIN KONG LIFE INSURANCE COMPANY LIMITED
      1 Chase Manhattan Plaza, Floor 26
      Attn: Susan McNamara Mail Code: NY1-A436
      New York NY 10004
```

Please note that your claim # 1505 in the above referenced case and in the amount of
       $5,077,577.81        has been transferred (**unless previously expunged by court order**)

```
      SERENGETI RAPAX MM LP
      TRANSFEROR: JPMORGAN CHASE BANK, N.A.
      c/o Serengeti Asset Management LP
      Attn: S Choudhury, 632 Broadway, 12th Fl
      New York NY 10012
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7058        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/11/2010                              Vito Genna, Clerk of Court

                                              /s/ Paul Belobritsky
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 11, 2010.

```
In re                                          |  Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         |  08-13555 (JMP)
                                               |
                                               |  (Jointly Administered)
                Debtors.                       |
                                               |
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
     To:  SHIN KONG LIFE INSURANCE COMPANY LIMITED
          DAVID W. PARHAM, BAKER & MCKENZIE LLP
          2300 TRAMMELL CROW CENTER
          2001 ROSS AVENUE
          DALLAS TX 75201
```

Please note that your claim # 1505 in the above referenced case and in the amount of
        $5,077,577.81        has been transferred **(unless previously expunged by court order)**

```
          JPMORGAN CHASE BANK, N.A.
          TRANSFEROR: SHIN KONG LIFE INSURANCE COMPANY LIMITED
          1 Chase Manhattan Plaza, Floor 26
          Attn: Susan McNamara Mail Code: NY1-A436
          New York NY 10004
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                              UNITED STATES BANKRUPTCY COURT
                              Southern District of New York
                              One Bowling Green
                              New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6746      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/11/2010                          Vito Genna, Clerk of Court

                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 11, 2010.

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
|  | (Jointly Administered) |
| Debtors. |  |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  SHIN KONG LIFE INSURANCE COMPANY LIMITED          SHIN KONG LIFE INSURANCE COMPANY LIMITED
     37F, 66, SEC. 1,                                  BAKER & MCKENZIE LLP
     CHUNG-HSIAO W. RD.,                               ATTN: DAVID W. PARHAM
     TAIPEI                                            2300 TRAMMELL CROW CENTER
     TAIWAN, PROVINCE OF CHINA                         2001 ROSS AVENUE
                                                       DALLAS TX 75201
```

Please note that your claim # 19266 in the above referenced case and in the amount of $5,077,577.81 has been transferred **(unless previously expunged by court order)**

```
     JPMORGAN CHASE BANK, N.A.
     TRANSFEROR: SHIN KONG LIFE INSURANCE COMPANY LIMITED
     1 Chase Manhattan Plaza, Floor 26
     ATTN: SUSAN MCNAMARA
     New York NY 10004
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 6746 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/11/2010                              Vito Genna, Clerk of Court

                                              /s/ Paul Belobritsky
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 11, 2010.

|  |  |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
       To:   SHIN KONG LIFE INSURANCE COMPANY LIMITED         SHIN KONG LIFE INSURANCE COMPANY LIMITED
             37F, 66, SEC. 1,                                 BAKER & MCKENZIE LLP
             CHUNG-HSIAO W. RD.                               DAVID W. PARHAM
             TAIPEI                                           2300 TRAMMELL CROW CENTER
             TAIWAN, PROVINCE OF CHINA                        2001 ROSS AVENUE
                                                              DALLAS TX 75201
```

Please note that your claim # 66086 in the above referenced case and in the amount of
        $4,800,000.00         has been transferred **(unless previously expunged by court order)**

```
       JPMORGAN CHASE BANK, N.A.
       TRANSFEROR: SHIN KONG LIFE INSURANCE COMPANY LIMITED
       1 Chase Manhattan Plaza, Floor 26
       ATTN: SUSAN MCNAMARA
       New York NY 10004
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 6746       in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/11/2010                         Vito Genna, Clerk of Court


                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 11, 2010.

**EXHIBIT "B"**

```
TIME: 11:15:25                              LEHMAN BROTHERS HOLDING INC.                                           PAGE:    1
DATE: 02/11/10                                  CREDITOR LISTING

Name                                        Address
BAXTER INTERNATIONAL INC. & SUBSIDIARIES    SAVONGHARESTTHRUMAN, DF6-5E 1 BAXTER PARKWAY DEERFIELD IL 60061
CREDIT SUISSE SECURITIES (USA) LLC          TRANSFEROR: CREDIT SUISSE ELEVEN MADISON AVENUE ATTN: TERRI LABARBERA NEW YORK NY 10010
JPMORGAN CHASE BANK, N.A.                   TRANSFEROR: SHIN KONG LIFE INSURANCE 1 Chase Manhattan Plaza, Floor 26 ATTN: SUSAN MCNAMARA New York NY 10004
JPMORGAN CHASE BANK, N.A.                   TRANSFEROR: SHIN KONG LIFE INSURANCE COMPANY LIMITED 1 Chase Manhattan Plaza, Floor 26 ATTN: SUSAN MCNAMARA New York NY 10004
JPMORGAN CHASE BANK, N.A.                   TRANSFEROR: SHIN KONG LIFE INSURANCE COMPANY LIMITED 1 Chase Manhattan Plaza, Floor 26 Attn: Susan McNamara Mail Code: NY1-A436 New York NY 10004
LIQUIDITY SOLUTIONS, INC.                   TRANSFEROR: BAXTER INTERNATIONAL INC. & SUBSIDIARIES SAVINGS TRUST ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
SERENGETI OVERSEAS LTD                      TRANSFEROR: CREDIT SUISSE SECURITIES (USA) LLC c/o Serengeti Asset Management LP Attn: S Choudhury, 632 Broadway, 12th Fl New York NY 1
SERENGETI PARTNERS LP                       TRANSFEROR: CREDIT SUISSE SECURITIES (USA) LLC c/o Serengeti Asset Management LP Attn: S Choudhury, 632 Broadway, 12th Fl New York NY 1
SERENGETI RAPAX MM LP                       TRANSFEROR: CREDIT SUISSE SECURITIES (USA) LLC c/o Serengeti Asset Management LP Attn: S Choudhury, 632 Broadway, 12th Fl New York NY 1
SERENGETI RAPAX MM LP                       TRANSFEROR: JPMORGAN CHASE BANK, N.A. c/o Serengeti Asset Management LP Attn: S Choudhury, 632 Broadway, 12th Fl New York NY 10012
SHIN KONG LIFE INSURANCE COMPANY LIMITED    37F, 66, SEC. 1, CHUNG-HSIAO W. RD. TAIPEI    TAIWAN, PROVINCE OF CHINA
SHIN KONG LIFE INSURANCE COMPANY LIMITED    37F, 66, SEC. 1, CHUNG-HSIAO W. RD., TAIPEI    TAIWAN, PROVINCE OF CHINA
SHIN KONG LIFE INSURANCE COMPANY LIMITED    BAKER & MCKENZIE LLP ATTN: DAVID W. PARHAM 2300 TRAMMELL CROW CENTER 2001 ROSS AVENUE DALLAS TX 75201
SHIN KONG LIFE INSURANCE COMPANY LIMITED    BAKER & MCKENZIE LLP DAVID W. PARHAM 2300 TRAMMELL CROW CENTER 2001 ROSS AVENUE DALLAS TX 75201
SHIN KONG LIFE INSURANCE COMPANY LIMITED    DAVID W. PARHAM, BAKER & MCKENZIE LLP 2300 TRAMMELL CROW CENTER 2001 ROSS AVENUE DALLAS TX 75201

Total Number of Records Printed     15
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

# EXHIBIT "C"

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153