United States Bankruptcy Court
For the Southern District Of New York

| | |
|---|---|
| Lehman Brothers Commodity Services | } Chapter 11 </br> } </br> } </br> } </br> } Case No. </br> } 08-13555 |
| Debtor | } Amount **$8,087.88** |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**PIRA ENERGY GROUP**
**3 PARK AVENUE**
**NEW YORK, NY 10016-5989**

The transfer of your claim as shown above in the amount of **$8,087.88** has been transferred to:

> Liquidity Solutions Inc
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By/s/Jeffrey L. Caress
Liquidity Solutions Inc
(201) 968-0001

3005908

**TRANSFER NOTICE**

PIRA ENERGY GROUP ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for _____ with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Lehman Brothers Holdings Inc. (the "Debtor"), in the aggregate amount of $8,087.88 representing all claims of Assignor pending against Debtor in the United States Bankruptcy Court, Southern District of New York, administered as Case No. 08-13555.

FEB IN WITNESS WHEREOF, Assignor has signed below as of the 8th day of FEB, 2010.

WITNESS:
PIRA ENERGY GROUP                           Liquidity Solutions, Inc.


By: _____                  By: _____
(Signature)                                 (Signature)

A. J. CONVEY                                JEFFREY L. CARESS
(Print Name of Witness)                     (Print Name and Title)

30