**Hearing Date & Time: March 17, 2010 at 10:00 a.m. (Prevailing Eastern Time)**
**Objection Deadline: March 10, 2010 at 4:00 p.m. (Prevailing Eastern Time)**

FAEGRE & BENSON LLP
Michael M. Krauss (MK-9699)
Abby E. Wilkinson
Michael F. Doty
Christopher J. Harayda
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

Attorneys for Santa Fe Partners, LLC;
Santa Fe Partners, LLC for and on behalf of
Anasazi Systematic Long Short LP and
Anasazi Market Neutral LP; and Santa Fe
Master Fund SPC for and on behalf of
Anasazi Market Neutral 2x, Segregated
Portfolio, Anasazi Market Neutral 3x,
Segregated Portfolio, Anasazi Systematic
Long Short B, Segregated Portfolio, Anasazi
Systematic European Long Short C,
Segregated Portfolio, Anasazi Japanese
Systematic Long Short D, Segregated
Portfolio, Anasazi Systematic European
Long Short E, Segregated Portfolio and
Anasazi Systematic Japanese Long Short F,
Segregated Portfolio

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | Case No. 08-13555 (JMP) |
| Debtors. | : | (Jointly Administered) |

**NOTICE OF HEARING ON MOTION OF SANTA FE ENTITIES TO TREAT THEIR CLAIMS AS TIMELY FILED**

PLEASE TAKE NOTICE that on **March 17, 2010 at 10:00 a.m. (Prevailing Eastern Time)** or as soon thereafter as counsel may be heard, Santa Fe Partners, LLC ("Santa Fe") and certain related funds[1] (collectively, the "Funds" and together with Santa Fe, the "Santa Fe Entities"), by and through their attorneys, Faegre & Benson LLP, shall appear before the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, Courtroom 601, One Bowling Green, New York, New York, 10004-1408 and present *Santa Fe Partners LLC's Motion To Treat Its Claims as Timely Filed And Memorandum Of Points And Authorities In Support Thereof* (the "Motion").

PLEASE TAKE FURTHER NOTICE that the hearing may be adjourned thereafter from time to time without further notice other than the announcement of the adjourned date or dates at the hearing.

PLEASE TAKE FURTHER NOTICE that the Court may grant the relief requested in the Motion without a hearing if no objections to the Motion are timely filed and served.

PLEASE TAKE FURTHER NOTICE that objections to the Motion, if any, must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and Local Rules of the Bankruptcy Court, shall set forth the name of the objecting party, the basis for the objection and the specific grounds thereof, shall be filed with the Bankruptcy Court electronically in accordance with General Order M-242, and shall be filed with the Bankruptcy Court electronically by registered users of the Bankruptcy Court's case filing system (the User's Manual for the Electronic Case

---

[1] Each of: Anasazi Systematic Long Short LP; Anasazi Market Neutral LP; and Santa Fe Master Fund SPC for and on behalf of Anasazi Market Neutral 2x, Segregated Portfolio, Anasazi Market Neutral 3x, Segregated Portfolio, Anasazi Systematic Long Short B, Segregated Portfolio, Anasazi Systematic European Long Short C, Segregated Portfolio, Anasazi Japanese Systematic Long Short D, Segregated Portfolio, Anasazi Systematic European Long Short E, Segregated Portfolio and Anasazi Systematic Japanese Long Short F, Segregated Portfolio.

Filing System can be found at http://www.nysb.uscourts.gov, the official website for the Bankruptcy Court) and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format (in either case, with a hard copy delivered directly to the Chambers of the Honorable James M. Peck, U.S.B.J., United States Bankruptcy Court, One Bowling Green, Courtroom 601, New York, New York 10004-1408); and shall be served upon:

(a) Counsel to the Debtors, Weil Gotschal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Richard P. Krasnow, Esq., Lori R. Fife, Esq., Shai Y. Waisman, Esq., and Jacqueline Marcus, Esq.);

(b) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Riffkin, and Tracy Hope Davis);

(c) counsel for the Committee of Unsecured Creditors, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis, O'Donnell, Esq., and Evan Fleck, Esq.);

(d) counsel for the Debtors' post-petition lenders, Cleary Gotliebb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006 (Attn: Lindsee P. Granfield, Esq. and Lisa Schweiger, Esq.); and Sullivan & Cromwell LLP, 125 Broad Street, New York, New York, 10004 (Attn: Robinson B. Lacy, Esq. and Hydee R. Feldstein, Esq.);

(e) counsel for the Ad Hoc Group of Lehman Brothers Creditors, White & Case LLP, 1155 Avenue of the Americas, New York, New York, 10036-2787 (Attn: Christopher Shore, Esq., and Lisa Thompson, Esq.), and Dewey and LeBoeuf LLP, 1301 Avenue

of the Americas, New York, New York, 10019-6902 (Attn: Martin Bienenstock, Esq.); and

(f) counsel to the Santa Fe Entities, Faegre & Benson LLP, 2200 Wells Fargo Center, 90 South Seventh Street, Minneapolis, Minnesota 55402 (Attn: Michael M. Krauss, Esq., Abby E. Wilkinson, Esq., Michael F. Doty, Esq., and Christopher J. Harayda, Esq.),

so as to be received not later than **March 10, 2010 at 4:00 p.m. (Prevailing Eastern Time)**.

| | |
|---|---|
| February 17, 2010 | /s/ Michael M. Krauss |
| | Michael M. Krauss (MK-9699) |
| | Abby E. Wilkinson |
| | Michael F. Doty |
| | Christopher J. Harayda |
| | Faegre & Benson LLP |
| | 2200 Wells Fargo Center |
| | 90 South Seventh Street |
| | Minneapolis, MN  55402-3901 |
| | Telephone: (612) 766-7000 |
| | Facsimile: (612) 766-1600 |
| | |
| | Attorneys for Santa Fe Partners, LLC; Santa Fe Partners, LLC for and on behalf of Anasazi Systematic Long Short LP and Anasazi Market Neutral LP; and Santa Fe Master Fund SPC for and on behalf of Anasazi Market Neutral 2x, Segregated Portfolio, Anasazi Market Neutral 3x, Segregated Portfolio, Anasazi Systematic Long Short B, Segregated Portfolio, Anasazi Systematic European Long Short C, Segregated Portfolio, Anasazi Japanese Systematic Long Short D, Segregated Portfolio, Anasazi Systematic European Long Short E, Segregated Portfolio and Anasazi Systematic Japanese Long Short F, Segregated Portfolio |