# Exhibit B

| **United States Bankruptcy Court/Southern District of New York** | **PROOF OF CLAIM** |
|---|---|

Lehman Brothers Holding Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re:<br>Lehman Brothers Holdings Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |
|---|---|
| Name of Debtor Against Which Claim is Held<br>Lehman Brothers Holdings Inc. | Case No of Debtor<br>08-13555 (JMP) |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor) Santa Fe Mstr Fd. Spc. Faobo Anasazi Systematic Long Short B, Seg. Por.

Creditor Address / Payment Address:

Santa Fe Mstr Fd. Spc. Faobo
Anasazi Systematic Long
Short B, Seg. Por.
Santa Fe Partners, LLC
1512 Pacheco St., Ste. D202
Santa Fe, NM 87505

Notice Address:

Faegre & Benson LLP
c/o Christopher J. Harayda
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

Telephone number: (612)766-8033    Email Address: charayda@faegre.com

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____
*(If known)*

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:    Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars..

☐ Check this box if you are the debtor or trustee in this case.

NOTICE OF SCHEDULED CLAIM:
Your Claim is scheduled by the indicated Debtor as:

**1.    Amount of Claim as of Date Case Filed: $ 44,318,092.62**

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
☐ Check this box if all or part of your claim is based on a Derivative Contract. *
☑ Check this box if all or part of your claim is based on a Guarantee.*
* **IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.**
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

**2.    Basis for Claim:    See Statement of Claim**
(See instruction #2 on reverse side.)

**3.    Last four digits of any number which creditor identifies debtor:** _____
    **3a.    Debtor may have scheduled account as:** _____
        (See instruction #3a on reverse side.)

**4.    Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate    ☐ Motor Vehicle    ☐ Other

Describe: _____

Value of Property: $ _____ Annual Interest Rate _____% 
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$ _____ Basis for perfection: _____
**Amount of Secured Claim: $** _____ **Amount Unsecured: $** _____

**6.    Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):**
$ _____
(See instruction #6 on reverse side.)

**7.    Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**8.    Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. *(See definition of "redacted" on reverse side.)* If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain: **See Statement of Claim**

**5.    Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507(a)(4)
☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(5)
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507(a)(7)
☐ Taxes or penalities owed to governmental units - 11 U.S.C. §507(a)(8)
☐ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(___)

**Amount entitles to priority:**

$ _____

**FOR COURT USE ONLY**

| Date:<br><br>Oct. 21, 2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form.**

**Name of Debtor, and Case Number:**
Fill in the name of the Debtor in the bankruptcy case, and the bankruptcy case number

| | | | |
|---|---|---|---|
| 08-13555 | Lehman Brothers Holdings Inc | 08-13905 | CES Aviation LLC |
| 08-13600 | LB 745 LLC | 08-13906 | CES Aviation V LLC |
| 08-13885 | Lehman Brothers Commodity Services Inc. | 08-13907 | CES Aviation IX LLC |
| 08-13888 | Lehman Brothers Special Financing Inc | 08-13908 | East Dover Limited |
| 08-13893 | Lehman Brothers OTC Derivatives Inc | 09-10108 | Luxembourg Residential Properties Loan Finance S.a.r.l. |
| 08-13899 | Lehman Brothers Derivative Products Inc. | 09-10137 | BNC Mortgage LLC |
| 08-13900 | Lehman Commercial Paper Inc | 09-10558 | Structured Asset Securities Corporation |
| 08-13901 | Lehman Brothers Commercial Corporation | 09-10560 | LB Rose Ranch LLC |
| 08-13902 | Lehman Brothers Financial Products Inc. | 09-12516 | LB 2080 Kalakaua Owners LLC |
| 08-13904 | Lehman Scottish Finance L P | 08-13664 | PAMI Statler Arms LLC |

If your Claim is against multiple Debtors, complete a separate form for each Debtor

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing Follow the instructions concerning whether to complete items 4, 5 and 6 Check the box if interest or other charges are included in the claim

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured Skip this section if the claim is entirely unsecured (See DEFINITIONS, below ) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority (See DEFINITIONS, below ) A claim may be partly priority and partly non-priority For example, in some of the categories, the law limits the amount entitled to priority

**6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9)**
State the value of any goods received by the debtor within 20 days before the date of commencement in which the goods have been sold to the debtor in the ordinary course of the debtor's business

**7. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt

**8. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt You may also attach a summary You must also attach copies of documents that evidence perfection of any security interest You may also attach a summary FRBP 3001(c) and (d) Do not send original documents, as attachments may be destroyed after scanning

**Date and Signature:**
The person filing this proof of claim must sign and date it FRBP 9011 If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature Print the name and title, if any, of the creditor or other person authorized to file this claim State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices Attach a complete copy of any power of attorney Criminal penalties apply for making a false statement on a proof of claim

---

## DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing See 11 USC §101 (5) A claim may be secured or unsecured

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing The creditor must file the form with the Claims Agent at the following address

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150- 5076

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors The amount of the secured claim cannot exceed the value of the property Any amount owed to the creditor in excess of the value of the property is an unsecured claim Examples of liens on property include a mortgage on real estate or a security Interest in a car A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding In some states, a court judgment is a lien A claim also may be secured if the creditor owes the debtor money (has a right to setoff)

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured Claims that are paid from the available money or property in a bankruptcy case before other unsecured claims

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information A creditor should redact and use only the last four digits of any social-security, individual's tax identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded

**Derivative Contract**
A contract that is any of (i) a "swap agreement" as such term is defined in section 101(53B) of the Bankruptcy Code or (ii) a "forward contract" as such term is defined in section 101(25) of the Bankruptcy Code A cash-market purchase or sale of a security or loan (i e any purchase or sale of a security or loan for settlement within the standard settlement cycle for the relevant market), exchange-traded future or option, securities loan transaction, repurchase agreement in respect of securities or loans, and any guarantee or reimbursement obligations which would otherwise be included in the definition of such terms in the Bankruptcy Code shall not be considered a Derivative Contract for the purposes of this definition nor shall any notes, bonds, or other securities issued by the Debtors or their affiliates (including, but not limited to, Lehman Brothers Holdings Inc , Lehman Brothers Treasury Co B V , Lehman Brothers Bankhaus AG, Lehman Brothers Holdings plc, Lehman Brothers Securities N V , and Lehman Brothers (Luxembourg) Equity Finance S A )

**Guarantee**
A promise, representation or agreement to answer for the payment of some debt or the performance of some duty in cast of the failure of another person or entity who is liable in the first instance

## INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http //www lehman-docket.com) to view your filed proof of claim

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims One or more of these entities may contact the creditor and offer to purchase the claim Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor, These entities do not represent the bankruptcy court or the debtor The creditor has no obligation to sell its claim However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U S C § 101 *et seq.*), and any applicable orders of the bankruptcy court.

## STATEMENT OF CLAIM
### (Amount and Basis for Claim)

Claimant Santa Fe Master Fund SPC for and on behalf of Anasazi Systematic Long Short B, Segregated Portfolio (hereinafter, the "Fund"), for its claim against Lehman Brothers Holdings Inc. ("LBHI") states the following:

The Fund maintained a brokerage account with Lehman Brothers Inc. ("LBI") numbered 5602794. Pursuant to a Customer Account Agreement Prime Brokerage entered into between the Fund and LBI (the "Prime Brokerage Agreement"), a brokerage account (the "LBI Account") was to be opened and maintained at LBI and LBI was to serve as the Fund's primary broker. LBI led the Fund to believe that LBI would maintain the account, and that the Fund's securities would remain in the possession or control of LBI.

The Fund also entered into a Margin Lending Agreement ("MLA") and a Global Master Securities Lending Agreement ("GMSLA"), with Lehman Brothers International Europe ("LBIE"). Pursuant to these agreements, LBIE agreed to loan securities to the Fund from time to time to satisfy the Fund's payment or delivery obligations under the Prime Brokerage Agreement. As contemplated, the Fund would acquire long positions by purchasing securities (through LBI as broker) on various exchanges and holding those securities in the LBI Account. The Fund would also acquire short positions by borrowing from LBIE pursuant to the MLA and GMSLA and selling such securities (through LBI as broker) on various exchanges.

The MLA and GMSLA purported to permit the transfer from the LBI Account to LBIE of sufficient securities or cash necessary to collateralize the Fund's borrowing of securities from LBIE. Based on the MLA, GMSLA and other information, the Fund believed that any securities or cash not necessary to collateralize the borrowings would be maintained in LBI's custody or control in the LBI Account. However, LBIE held and maintained all of the Fund's securities and cash.

LBIE is currently in an administration proceeding in Europe. Prior to the commencement of the administration proceeding and unbeknownst to the Fund, LBIE rehypothecated certain of the Fund's securities.

The Fund filed a claim against LBIE in the administration proceeding for the return of the Fund's unrehypothecated long securities (such securities, the "Unrehypothecated Securities"). The Unrehypothecated Securities (by reference to the closing mid-market price on the date of transfer of such securities) have a value of $44,318,092.62. To the extent that the Unrehypothecated Securities do not have a cumulative value of $44,318,092.62, then the Fund seeks the transfer of a sum that, when added to the value of the Unrehypothecated Securities in the possession of LBIE, equals $44,318,092.62.

LBHI, by the Unanimous Written Consent of the Executive Committee of the Board of the Directors of Lehman Brothers Holdings Inc., dated June 9, 2005 ("Written Consent of the Executive Committee"), resolved to fully guarantee the payment of all liabilities, obligations and commitments of certain LBHI subsidiaries including LBIE.

Accordingly, the Fund files this proof of claim against LBHI as a guarantor of LBIE's obligations in the amount of $44,318,092.62.

The Fund will complete a guarantee questionnaire and upload documents supporting its claim against LBHI, including copies of the Prime Brokerage Agreement, MLA, GMSLA, LBIE

Administration Claim, Written Consent of the Executive Committee, and spreadsheets supporting the Fund's analysis of its long and short positions as well as the amount owing to the Fund by LBIE, to www.lehman-claims.com on or before October 22, 2009.

THE FUND RESERVES ALL RIGHTS IT MAY NOW OR AT ANY TIME HEREAFTER HAVE AGAINST EACH DEBTOR IN THIS BANKRUPTCY CASE OR ANY OTHER PERSON. THIS CLAIM IS NOT INTENDED TO BE, AND SHALL NOT BE CONSTRUED AS: (1) AN ELECTION OF REMEDIES; OR (2) A WAIVER OF, OR LIMITATION ON, ANY RIGHTS, REMEDIES, CLAIMS OR INTERESTS OF THE FUND.

THE FUND RESERVES ANY AND ALL RIGHTS WITH RESPECT TO THIS CLAIM, INCLUDING, BUT NOT LIMITED TO, THE RIGHT TO SUPPLEMENT OR AMEND THIS PROOF OF CLAIM, IN ANY MANNER AND FOR ANY PURPOSE, AFTER THE LAST DATE SET FOR FILING CLAIMS IN THIS PROCEEDING.   THE FUND FURTHER RESERVES ITS RIGHT TO SEEK ADMINISTRATIVE EXPENSE PRIORITY FOR ALL OR ANY PORTION OF THIS CLAIM.

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holding Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | PROOF OF CLAIM |
|---|---|

| In Re:<br>Lehman Brothers Holdings Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |
|---|---|
| Name of Debtor Against Which Claim is Held<br>Lehman Brothers Holdings Inc. | Case No. of Debtor<br>08-13555 (JMP) |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor) Santa Fe Mstr Fd. Spc. Faobo Anasazi Systematic European Long Short C, Seg. Por.

Creditor Address / Payment Address:

Santa Fe Mstr Fd. Spc. Faobo
Anasazi Systematic European
Long Short C, Seg. Por.
Santa Fe Partners, LLC
1512 Pacheco St., Ste. D202
Santa Fe, NM 87505

Notice Address:

Faegre & Benson LLP
c/o Christopher J. Harayda
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

Telephone number: (612)766-8033    Email Address: charayda@faegre.com

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____
_(If known)_

Filed on: _____

NOTICE OF SCHEDULED CLAIM:
Your Claim is scheduled by the indicated Debtor as:

Name and address where payment should be sent (if different from above)

Telephone number:    Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars..

☐ Check this box if you are the debtor or trustee in this case.

**1.    Amount of Claim as of Date Case Filed: $36,130,062.88**
If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
☐    Check this box if all or part of your claim is based on a Derivative Contract. *
☒    Check this box if all or part of your claim is based on a Guarantee.*
* IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.
☐    Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

**2.    Basis for Claim:  See Statement of Claim**
(See instruction #2 on reverse side.)

**3.    Last four digits of any number which creditor identifies debtor:** _____
**3a.    Debtor may have scheduled account as:** _____
(See instruction #3a on reverse side.)

**4.    Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff:  ☐ Real Estate    ☐ Motor Vehicle    ☐ Other

Describe: _____

Value of Property: $ _____    Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$ _____    Basis for perfection: _____
**Amount of Secured Claim: $** _____    **Amount Unsecured: $** _____

**6.    Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):**
$ _____
(See instruction #6 on reverse side.)

**5.    Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507(a)(4)
☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(5)
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507(a)(7)
☐ Taxes or penalities owed to governmental units – 11 U.S.C. §507(a)(8)
☐ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(___)

Amount entitles to priority:

$ _____

**7.    Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**8.    Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. _(See definition of "redacted" on reverse side.)_ If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain: See Statement of Claim

**FOR COURT USE ONLY**

| Date:<br><br>Oct. 20, 2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

_Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571._

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form.**

**Name of Debtor, and Case Number:**
Fill in the name of the Debtor in the bankruptcy case, and the bankruptcy case number

| | | | |
|---|---|---|---|
| 08-13555 | Lehman Brothers Holdings Inc | 08-13905 | CES Aviation LLC |
| 08-13600 | LB 745 LLC | 08-13906 | CES Aviation V LLC |
| 08-13885 | Lehman Brothers Commodity Services Inc. | 08-13907 | CES Aviation IX LLC |
| 08-13888 | Lehman Brothers Special Financing Inc. | 08-13908 | East Dover Limited |
| 08-13893 | Lehman Brothers OTC Derivatives Inc. | 09-10108 | Luxembourg Residential Properties Loan Finance S.a.r.l. |
| 08-13899 | Lehman Brothers Derivative Products Inc. | 09-10137 | BNC Mortgage LLC |
| 08-13900 | Lehman Commercial Paper Inc | 09-10558 | Structured Asset Securities Corporation |
| 08-13901 | Lehman Brothers Commercial Corporation | 09-10558 | LB Rose Ranch LLC |
| 08-13902 | Lehman Brothers Financial Products Inc. | 09-12516 | LB 2080 Kalakaua Owners LLC |
| 08-13904 | Lehman Scottish Finance L P | 08-13664 | PAMI Statler Arms LLC |

If your Claim is against multiple Debtors, complete a separate form for each Debtor

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing Follow the instructions concerning whether to complete items 4, 5 and 6 Check the box if interest or other charges are included in the claim

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured Skip this section if the claim is entirely unsecured (See DEFINITIONS, below ) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority (See DEFINITIONS, below ) A claim may be partly priority and partly non-priority For example, in some of the categories, the law limits the amount entitled to priority

**6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9)**
State the value of any goods received by the debtor within 20 days before the date of commencement in which the goods have been sold to the debtor in the ordinary course of the debtor's business

**7. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt

**8. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt You may also attach a summary You must also attach copies of documents that evidence perfection of any security interest You may also attach a summary FRBP 3001(c) and (d) Do not send original documents, as attachments may be destroyed after scanning

**Date and Signature:**
The person filing this proof of claim must sign and date it FRBP 9011 If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature Print the name and title, if any, of the creditor or other person authorized to file this claim State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices Attach a complete copy of any power of attorney Criminal penalties apply for making a false statement on a proof of claim

---

## DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing See II USC §101 (5) A claim may be secured or unsecured

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing The creditor must file the form with the Claims Agent at the following address

**Lehman Brothers Holdings Claims Processing**
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150- 5076

**Secured Claim Under II U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors The amount of the secured claim cannot exceed the value of the property Any amount owed to the creditor in excess of the value of the property is an unsecured claim Examples of liens on property include a mortgage on real estate or a security Interest in a car A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding In some states, a court judgment is a lien A claim also may be secured if the creditor owes the debtor money (has a right to setoff)

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien

**Claim Entitled to Priority Under II U.S.C. §507(a)**
Priority claims are certain categories of unsecured Claims that are paid from the available money or property in a bankruptcy case before other unsecured claims

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information A creditor should redact and use only the last four digits of any social-security, individual's tax identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded

**Derivative Contract**
A contract that is any of (i) a "swap agreement" as such term is defined in section 101(53B) of the Bankruptcy Code or (ii) a "forward contract" as such term is defined in section 101(25) of the Bankruptcy Code A cash-market purchase or sale of a security or loan (i e any purchase or sale of a security or loan for settlement within the standard settlement cycle for the relevant market), exchange-traded future or option, securities loan transaction, repurchase agreement in respect of securities or loans, and any guarantee or reimbursement obligations which would otherwise be included in the definition of such terms in the Bankruptcy Code shall not be considered a Derivative Contract for the purposes of this definition nor shall any notes, bonds, or other securities issued by the Debtors or their affiliates (including, but not limited to, Lehman Brothers Holdings Inc , Lehman Brothers Treasury Co B V , Lehman Brothers Bankhaus AG, Lehman Brothers Holdings plc, Lehman Brothers Securities N V , and Lehman Brothers (Luxembourg) Equity Finance S A )

**Guarantee**
A promise, representation or agreement to answer for the payment of some debt or the performance of some duty in cast of the failure of another person or entity who is liable in the first instance

---

## INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims One or more of these entities may contact the creditor and offer to purchase the claim Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor, These entitles do not represent the bankruptcy court or the debtor The creditor has no obligation to sell its claim However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U S C § 101 *et seq.*), and any applicable orders of the bankruptcy court.

## STATEMENT OF CLAIM
### (Amount and Basis for Claim)

Claimant Santa Fe Master Fund SPC for and on behalf of Anasazi Systematic European Long Short C, Segregated Portfolio (hereinafter, the "Fund"), for its claim against Lehman Brothers Holdings Inc. ("LBHI") states the following:

The Fund maintained a brokerage account with Lehman Brothers Inc. ("LBI") numbered 5604271. Pursuant to a Customer Account Agreement Prime Brokerage entered into between the Fund and LBI (the "Prime Brokerage Agreement"), a brokerage account (the "LBI Account") was to be opened and maintained at LBI and LBI was to serve as the Fund's primary broker. LBI led the Fund to believe that LBI would maintain the account, and that the Fund's securities would remain in the possession or control of LBI.

The Fund also entered into a Margin Lending Agreement ("MLA") and a Global Master Securities Lending Agreement ("GMSLA"), with Lehman Brothers International Europe ("LBIE"). Pursuant to these agreements, LBIE agreed to loan securities to the Fund from time to time to satisfy the Fund's payment or delivery obligations under the Prime Brokerage Agreement. As contemplated, the Fund would acquire long positions by purchasing securities (through LBI as broker) on various exchanges and holding those securities in the LBI Account. The Fund would also acquire short positions by borrowing from LBIE pursuant to the MLA and GMSLA and selling such securities (through LBI as broker) on various exchanges.

The MLA and GMSLA purported to permit the transfer from the LBI Account to LBIE of sufficient securities or cash necessary to collateralize the Fund's borrowing of securities from LBIE. Based on the MLA, GMSLA and other information, the Fund believed that any securities or cash not necessary to collateralize the borrowings would be maintained in LBI's custody or control in the LBI Account. However, LBIE held and maintained all of the Fund's securities and cash.

LBIE is currently in an administration proceeding in Europe. Prior to the commencement of the administration proceeding and unbeknownst to the Fund, LBIE rehypothecated certain of the Fund's securities.

The Fund filed a claim against LBIE in the administration proceeding for the return of the Fund's unrehypothecated long securities (such securities, the "Unrehypothecated Securities"). The Unrehypothecated Securities (by reference to the closing mid-market price on the date of transfer of such securities) have a value of $36,130,062.88. To the extent that the Unrehypothecated Securities do not have a cumulative value of $36,130,062.88, then the Fund seeks the transfer of a sum that, when added to the value of the Unrehypothecated Securities in the possession of LBIE, equals $36,130,062.88.

LBHI, by the Unanimous Written Consent of the Executive Committee of the Board of the Directors of Lehman Brothers Holdings Inc., dated June 9, 2005 ("Written Consent of the Executive Committee"), resolved to fully guarantee the payment of all liabilities, obligations and commitments of certain LBHI subsidiaries including LBIE.

Accordingly, the Fund files this proof of claim against LBHI as a guarantor of LBIE's obligations in the amount of $36,130,062.88.

The Fund will complete a guarantee questionnaire and upload documents supporting its claim against LBHI, including copies of the Prime Brokerage Agreement, MLA, GMSLA, LBIE Administration Claim, Written Consent of the Executive Committee, and spreadsheets supporting the Fund's analysis of its long and short positions as well as the amount owing to the Fund by LBIE, to www.lehman-claims.com on or before October 22, 2009.

THE FUND RESERVES ALL RIGHTS IT MAY NOW OR AT ANY TIME HEREAFTER HAVE AGAINST EACH DEBTOR IN THIS BANKRUPTCY CASE OR ANY OTHER PERSON. THIS CLAIM IS NOT INTENDED TO BE, AND SHALL NOT BE CONSTRUED AS: (1) AN ELECTION OF REMEDIES; OR (2) A WAIVER OF, OR LIMITATION ON, ANY RIGHTS, REMEDIES, CLAIMS OR INTERESTS OF THE FUND.

THE FUND RESERVES ANY AND ALL RIGHTS WITH RESPECT TO THIS CLAIM, INCLUDING, BUT NOT LIMITED TO, THE RIGHT TO SUPPLEMENT OR AMEND THIS PROOF OF CLAIM, IN ANY MANNER AND FOR ANY PURPOSE, AFTER THE LAST DATE SET FOR FILING CLAIMS IN THIS PROCEEDING.   THE FUND FURTHER RESERVES ITS RIGHT TO SEEK ADMINISTRATIVE EXPENSE PRIORITY FOR ALL OR ANY PORTION OF THIS CLAIM.

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holding Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **PROOF OF CLAIM** |
|---|---|

| In Re:<br>Lehman Brothers Holdings Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | |
|---|---|---|
| Name of Debtor Against Which Claim is Held<br>Lehman Brothers Holdings Inc. | Case No of Debtor<br>08-13555 (JMP) | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor) Santa Fe Mstr Fd. Spc. Faobo Anasazi Market Neutral 3X, Seg. Por.

| Creditor Address / Payment Address: | Notice Address: |
|---|---|
| Santa Fe Mstr Fd. Spc. Faobo<br>Anasazi Anasazi Market<br>Neutral 3X, Seg. Por.<br>Santa Fe Partners, LLC<br>1512 Pacheco St., Ste. D202<br>Santa Fe, NM 87505 | Faegre & Benson LLP<br>c/o Christopher J. Harayda<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402 |

Telephone number: (612)766-8033     Email Address: charayda@faegre.com

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____
*(if known)*

Filed on: _____

**NOTICE OF SCHEDULED CLAIM:**
Your Claim is scheduled by the indicated Debtor as:

Name and address where payment should be sent (if different from above)



Telephone number:          Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1.    Amount of Claim as of Date Case Filed:** $6,054,172.72
If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
☐  Check this box if all or part of your claim is based on a Derivative Contract. *
☒  Check this box if all or part of your claim is based on a Guarantee.*
**\* IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.**
☐  Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

**2.    Basis for Claim:  See Statement of Claim** _____
(See instruction #2 on reverse side.)
**3.    Last four digits of any number which creditor identifies debtor:** _____
   **3a.    Debtor may have scheduled account as:** _____
(See instruction #3a on reverse side.)
**4.    Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate   ☐ Motor Vehicle   ☐ Other

Describe: _____

Value of Property: $ _____ Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$ _____ Basis for perfection: _____
**Amount of Secured Claim: $** _____    **Amount Unsecured: $** _____
**6.**   **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):**
$ _____
(See instruction #6 on reverse side.)

**5.    Amount of Claim Entitled to Priority under 11 U.S.C §507(a).  If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507(a)(4)
☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(5)
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507(a)(7)
☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507(a)(8)
☐ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(___)

Amount entitles to priority:

$ _____

**7.    Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
**8.    Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. *(See definition of "redacted" on reverse side.)* If the documents are voluminous, attach a summary.
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain: **See Statement of Claim**

**FOR COURT USE ONLY**

| Date:<br><br>Oct. 20, 2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form.**

**Name of Debtor, and Case Number:**
Fill in the name of the Debtor in the bankruptcy case, and the bankruptcy case number

| | | | |
|---|---|---|---|
| 08-13555 | Lehman Brothers Holdings Inc | 08-13905 | CES Aviation LLC |
| 08-13600 | LB 745 LLC | 08-13906 | CES Aviation V LLC |
| 08-13885 | Lehman Brothers Commodity Services Inc. | 08-13907 | CES Aviation IX LLC |
| 08-13888 | Lehman Brothers Special Financing Inc | 08-13908 | East Dover Limited |
| 08-13893 | Lehman Brothers OTC Derivatives Inc | 09-10108 | Luxembourg Residential Properties Loan Finance S.a.r.l. |
| 08-13899 | Lehman Brothers Derivative Products Inc. | 09-10137 | BNC Mortgage LLC |
| 08-13900 | Lehman Commercial Paper Inc | 09-10558 | Structured Asset Securities Corporation |
| 08-13901 | Lehman Brothers Commercial Corporation | 09-10560 | LB Rose Ranch LLC |
| 08-13902 | Lehman Brothers Financial Products Inc. | 09-12516 | LB 2080 Kalakaua Owners LLC |
| 08-13904 | Lehman Scottish Finance L P | 08-13664 | PAMI Statler Arms LLC |

If your Claim is against multiple Debtors, complete a separate form for each Debtor

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing Follow the instructions concerning whether to complete items 4, 5 and 6 Check the box if interest or other charges are included in the claim

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured Skip this section if the claim is entirely unsecured (See DEFINITIONS, below ) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority (See DEFINITIONS, below ) A claim may be partly priority and partly non-priority For example, in some of the categories, the law limits the amount entitled to priority

**6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9)**
State the value of any goods received by the debtor within 20 days before the date of commencement in which the goods have been sold to the debtor in the ordinary course of the debtor's business

**7. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt

**8. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt You may also attach a summary You must also attach copies of documents that evidence perfection of any security interest You may also attach a summary FRBP 3001(c) and (d) Do not send original documents, as attachments may be destroyed after scanning

**Date and Signature:**
The person filing this proof of claim must sign and date it FRBP 9011 If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature Print the name and title, if any, of the creditor or other person authorized to file this claim State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices Attach a complete copy of any power of attorney Criminal penalties apply for making a false statement on a proof of claim

--- DEFINITIONS ---

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing See 11 USC §101 (5) A claim may be secured or unsecured

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing The creditor must file the form with the Claims Agent at the following address

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150- 5076

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors The amount of the secured claim cannot exceed the value of the property Any amount owed to the creditor in excess of the value of the property is an unsecured claim Examples of liens on property include a mortgage on real estate or a security Interest in a car A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding In some states, a court judgment is a lien A claim also may be secured if the creditor owes the debtor money (has a right to setoff)

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured Claims that are paid from the available money or property in a bankruptcy case before other unsecured claims

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information A creditor should redact and use only the last four digits of any social-security, individual's tax identification, or financial-account number, all but the
initials of a minor's name and only the year of any person's date of birth

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded

**Derivative Contract**
A contract that is any of (i) a "swap agreement" as such term is defined in section 101(53B) of the Bankruptcy Code or (ii) a "forward contract" as such term is defined in section 101(25) of the Bankruptcy Code A cash-market purchase or sale of a security or loan (i e any purchase or sale of a security or loan for settlement within the standard settlement cycle for the relevant market), exchange-traded future or option, securities loan transaction, repurchase agreement in respect of securities or loans, and any guarantee or reimbursement obligations which would otherwise be included in the definition of such terms in the Bankruptcy Code shall not be considered a Derivative Contract for the purposes of this definition nor shall any notes, bonds, or other securities issued by the Debtors or their affiliates (including, but not limited to, Lehman Brothers Holdings Inc , Lehman Brothers Treasury Co B V , Lehman Brothers Bankhaus AG, Lehman Brothers Holdings plc, Lehman Brothers Securities N V , and Lehman Brothers (Luxembourg) Equity Finance S A )

**Guarantee**
A promise, representation or agreement to answer for the payment of some debt or the performance of some duty in cast of the failure of another person or entity who is liable in the first instance

--- INFORMATION ---

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims One or more of these entities may contact the creditor and offer to purchase the claim Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor, These entitles do not represent the bankruptcy court or the debtor The creditor has no obligation to sell its claim However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U S C § 101 *et seq.*), and any applicable orders of the bankruptcy court.

## STATEMENT OF CLAIM
### (Amount and Basis for Claim)

Claimant Santa Fe Master Fund SPC for and on behalf of Anasazi Market Neutral 3X, Segregated Portfolio (hereinafter, the "Fund"), for its claim against Lehman Brothers Holdings Inc. ("LBHI") states the following:

The Fund maintained a brokerage account with Lehman Brothers Inc. ("LBI") numbered 5602086. Pursuant to a Customer Account Agreement Prime Brokerage entered into between the Fund and LBI (the "Prime Brokerage Agreement"), a brokerage account (the "LBI Account") was to be opened and maintained at LBI and LBI was to serve as the Fund's primary broker. LBI led the Fund to believe that LBI would maintain the account, and that the Fund's securities would remain in the possession or control of LBI.

The Fund also entered into a Margin Lending Agreement ("MLA") and a Global Master Securities Lending Agreement ("GMSLA"), with Lehman Brothers International Europe ("LBIE"). Pursuant to these agreements, LBIE agreed to loan securities to the Fund from time to time to satisfy the Fund's payment or delivery obligations under the Prime Brokerage Agreement. As contemplated, the Fund would acquire long positions by purchasing securities (through LBI as broker) on various exchanges and holding those securities in the LBI Account. The Fund would also acquire short positions by borrowing from LBIE pursuant to the MLA and GMSLA and selling such securities (through LBI as broker) on various exchanges.

The MLA and GMSLA purported to permit the transfer from the LBI Account to LBIE of sufficient securities or cash necessary to collateralize the Fund's borrowing of securities from LBIE. Based on the MLA, GMSLA and other information, the Fund believed that any securities or cash not necessary to collateralize the borrowings would be maintained in LBI's custody or control in the LBI Account. However, LBIE held and maintained all of the Fund's securities and cash.

LBIE is currently in an administration proceeding in Europe. Prior to the commencement of the administration proceeding and unbeknownst to the Fund, LBIE rehypothecated certain of the Fund's securities.

The Fund filed a claim against LBIE in the administration proceeding for the return of the Fund's unrehypothecated long securities (such securities, the "Unrehypothecated Securities"). The Unrehypothecated Securities (by reference to the closing mid-market price on the date of transfer of such securities) have a value of $6,054,172.72. To the extent that the Unrehypothecated Securities do not have a cumulative value of $6,054,172.72, then the Fund seeks the transfer of a sum that, when added to the value of the Unrehypothecated Securities in the possession of LBIE, equals $6,054,172.72.

LBHI, by the Unanimous Written Consent of the Executive Committee of the Board of the Directors of Lehman Brothers Holdings Inc., dated June 9, 2005 ("Written Consent of the Executive Committee"), resolved to fully guarantee the payment of all liabilities, obligations and commitments of certain LBHI subsidiaries including LBIE.

Accordingly, the Fund files this proof of claim against LBHI as a guarantor of LBIE's obligations in the amount of $6,054,172.72.

The Fund will complete a guarantee questionnaire and upload documents supporting its claim against LBHI, including copies of the Prime Brokerage Agreement, MLA, GMSLA, LBIE Administration Claim, Written Consent of the Executive Committee, and spreadsheets supporting the Fund's analysis of its long and short positions as well as the amount owing to the Fund by LBIE, to www.lehman-claims.com on or before October 22, 2009.

THE FUND RESERVES ALL RIGHTS IT MAY NOW OR AT ANY TIME HEREAFTER HAVE AGAINST EACH DEBTOR IN THIS BANKRUPTCY CASE OR ANY OTHER PERSON. THIS CLAIM IS NOT INTENDED TO BE, AND SHALL NOT BE CONSTRUED AS: (1) AN ELECTION OF REMEDIES; OR (2) A WAIVER OF, OR LIMITATION ON, ANY RIGHTS, REMEDIES, CLAIMS OR INTERESTS OF THE FUND.

THE FUND RESERVES ANY AND ALL RIGHTS WITH RESPECT TO THIS CLAIM, INCLUDING, BUT NOT LIMITED TO, THE RIGHT TO SUPPLEMENT OR AMEND THIS PROOF OF CLAIM, IN ANY MANNER AND FOR ANY PURPOSE, AFTER THE LAST DATE SET FOR FILING CLAIMS IN THIS PROCEEDING.   THE FUND FURTHER RESERVES ITS RIGHT TO SEEK ADMINISTRATIVE EXPENSE PRIORITY FOR ALL OR ANY PORTION OF THIS CLAIM.

fb.us.4510781.01

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holding Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | **PROOF OF CLAIM** |
|---|---|---|

| In Re:<br>Lehman Brothers Holdings Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | |
|---|---|---|
| Name of Debtor Against Which Claim is Held<br>Lehman Brothers Holdings Inc. | Case No of Debtor<br>08-13555 (JMP) | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

### THIS SPACE IS FOR COURT USE ONLY

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor) Santa Fe Mstr Fd. Spc. Faobo Anasazi Market Neutral 2X, Seg. Por.<br><br>Creditor Address / Payment Address:<br><br>Santa Fe Mstr Fd. Spc. Faobo<br>Anasazi Market Neutral 2X,<br>Seg. Por.<br>Santa Fe Partners, LLC<br>1512 Pacheco St., Ste. D202<br>Santa Fe, NM 87505<br><br>Telephone number: (612)766-8033    Email Address: charayda@faegre.com | Notice Address:<br>Faegre & Benson LLP<br>c/o Christopher J. Harayda<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402 | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>**Court Claim Number:** _____<br>*(If known)*<br><br>Filed on: _____ | **NOTICE OF SCHEDULED CLAIM:**<br>Your Claim is scheduled by the indicated Debtor as: |
|---|---|---|---|
| Name and address where payment should be sent (if different from above)<br><br>Telephone number:        Email Address: | | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars..<br><br>☐ Check this box if you are the debtor or trustee in this case. | |

| 1.    **Amount of Claim as of Date Case Filed: $70,031,817.77**<br>If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br>If all or part of your claim is entitled to priority, complete Item 5.<br>If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.<br>☐ Check this box if all or part of your claim is based on a Derivative Contract. *<br>☒ Check this box if all or part of your claim is based on a Guarantee.*<br>* IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.<br>☐    Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.<br><br>2.    **Basis for Claim:  See Statement of Claim**<br>(See instruction #2 on reverse side.)<br><br>3.    **Last four digits of any number which creditor identifies debtor:** _____<br>   3a.    **Debtor may have scheduled account as:** _____<br>   (See instruction #3a on reverse side.)<br><br>4.    **Secured Claim** (See instruction #4 on reverse side.)<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br>Nature of property or right of setoff:  ☐ Real Estate      ☐ Motor Vehicle     ☐ Other<br><br>Describe: _____<br><br>Value of Property: $ _____ Annual Interest Rate _____%<br>Amount of arrearage and other charges as of time case filed included in secured claim, if any:<br>$ _____        Basis for perfection: _____<br>**Amount of Secured Claim: $** _____    **Amount Unsecured: $** _____ | 5.    **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**<br><br>Specify the priority of the claim:<br><br>☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).<br>☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507(a)(4)<br>☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(5)<br>☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507(a)(7)<br>☐ Taxes or penalities owed to governmental units - 11 U.S.C. §507(a)(8)<br>☐ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(___)<br><br>**Amount entitles to priority:**<br><br>$ _____ |
|---|---|
| 6.    **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):**<br>$ _____<br>(See instruction #6 on reverse side.) | |
| 7.    **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.<br>8.    **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. *(See definition of "redacted" on reverse side.)* If the documents are voluminous, attach a summary.<br>**DO NOT SEND ORIGINAL DOCUMENTS.  ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**<br>If the documents are not available, please explain: **See Statement of Claim** | **FOR COURT USE ONLY** |
| Date:<br><br>Oct. 20, 2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | |

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form.**

**Name of Debtor, and Case Number:**
Fill in the name of the Debtor in the bankruptcy case, and the bankruptcy case number

| | | | |
|---|---|---|---|
| 08-13555 | Lehman Brothers Holdings Inc | 08-13905 | CES Aviation LLC |
| 08-13600 | LB 745 LLC | 08-13906 | CES Aviation V LLC |
| 08-13885 | Lehman Brothers Commodity Services Inc. | 08-13907 | CES Aviation IX LLC |
| 08-13888 | Lehman Brothers Special Financing Inc | 08-13908 | East Dover Limited |
| 08-13893 | Lehman Brothers OTC Derivatives Inc. | 09-10108 | Luxembourg Residential Properties Loan Finance S.a.r.l. |
| 08-13899 | Lehman Brothers Derivative Products Inc. | 09-10137 | BNC Mortgage LLC |
| 08-13900 | Lehman Commercial Paper Inc | 09-10558 | Structured Asset Securities Corporation |
| 08-13901 | Lehman Brothers Commercial Corporation | 09-10560 | LB Rose Ranch LLC |
| 08-13902 | Lehman Brothers Financial Products Inc. | 09-12516 | LB 2080 Kalakaua Owners LLC |
| 08-13904 | Lehman Scottish Finance L P | 08-13664 | PAMI Statler Arms LLC |

If your Claim is against multiple Debtors, complete a separate form for each Debtor

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing Follow the instructions concerning whether to complete items 4, 5 and 6 Check the box if interest or other charges are included in the claim

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured Skip this section if the claim is entirely unsecured (See DEFINITIONS, below ) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority (See DEFINITIONS, below ) A claim may be partly priority and partly non-priority For example, in some of the categories, the law limits the amount entitled to priority

**6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9)**
State the value of any goods received by the debtor within 20 days before the date of commencement in which the goods have been sold to the debtor in the ordinary course of the debtor's business

**7. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt

**8. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt You may also attach a summary You must also attach copies of documents that evidence perfection of any security interest You may also attach a summary FRBP 3001(c) and (d) Do not send original documents, as attachments may be destroyed after scanning

**Date and Signature:**
The person filing this proof of claim must sign and date it FRBP 9011 If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature Print the name and title, if any, of the creditor or other person authorized to file this claim State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices Attach a complete copy of any power of attorney Criminal penalties apply for making a false statement on a proof of claim

---

_____ D E F I N I T I O N S _____     _____ I N F O R M A T I O N _____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing See II USC §101 (5) A claim may be secured or unsecured

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing The creditor must file the form with the Claims Agent at the following address

**Lehman Brothers Holdings Claims Processing**
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150- 5076

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors The amount of the secured claim cannot exceed the value of the property Any amount owed to the creditor in excess of the value of the property is an unsecured claim Examples of liens on property include a mortgage on real estate or a security Interest in a car A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding In some states, a court judgment is a lien A claim also may be secured if the creditor owes the debtor money (has a right to setoff)

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured Claims that are paid from the available money or property in a bankruptcy case before other unsecured claims

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information A creditor should redact and use only the last four digits of any social-security, individual's tax identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded

**Derivative Contract**
A contract that is any of (i) a "swap agreement" as such term is defined in section 101(53B) of the Bankruptcy Code or (ii) a "forward contract" as such term is defined in section 101(25) of the Bankruptcy Code A cash-market purchase or sale of a security or loan (i e any purchase or sale of a security or loan for settlement within the standard settlement cycle for the relevant market), exchange-traded future or option, securities loan transaction, repurchase agreement in respect of securities or loans, and any guarantee or reimbursement obligations which would otherwise be included in the definition of such terms in the Bankruptcy Code shall not be considered a Derivative Contract for the purposes of this definition nor shall any notes, bonds, or other securities issued by the Debtors or their affiliates (including, but not limited to, Lehman Brothers Holdings Inc , Lehman Brothers Treasury Co B V , Lehman Brothers Bankhaus AG, Lehman Brothers Holdings plc, Lehman Brothers Securities N V , and Lehman Brothers (Luxembourg) Equity Finance S A )

**Guarantee**
A promise, representation or agreement to answer for the payment of some debt or the performance of some duty in cast of the failure of another person or entity who is liable in the first instance

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim

**Offers to Purchase a Claim**
Certain entitles are in the business of purchasing claims for an amount less than the face value of the claims One or more of these entitles may contact the creditor and offer to purchase the claim Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor, These entitles do not represent the bankruptcy court or the debtor The creditor has no obligation to sell its claim However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U S C § 101 *et seq.*), and any applicable orders of the bankruptcy court.

## STATEMENT OF CLAIM
### (Amount and Basis for Claim)

Claimant Santa Fe Master Fund SPC for and on behalf of Anasazi Market Neutral 2X, Segregated Portfolio (hereinafter, the "Fund"), for its claim against Lehman Brothers Holdings Inc. ("LBHI") states the following:

The Fund maintained a brokerage account with Lehman Brothers Inc. ("LBI") numbered 5602085. Pursuant to a Customer Account Agreement Prime Brokerage entered into between the Fund and LBI (the "Prime Brokerage Agreement"), a brokerage account (the "LBI Account") was to be opened and maintained at LBI and LBI was to serve as the Fund's primary broker. LBI led the Fund to believe that LBI would maintain the account, and that the Fund's securities would remain in the possession or control of LBI.

The Fund also entered into a Margin Lending Agreement ("MLA") and a Global Master Securities Lending Agreement ("GMSLA"), with Lehman Brothers International Europe ("LBIE"). Pursuant to these agreements, LBIE agreed to loan securities to the Fund from time to time to satisfy the Fund's payment or delivery obligations under the Prime Brokerage Agreement. As contemplated, the Fund would acquire long positions by purchasing securities (through LBI as broker) on various exchanges and holding those securities in the LBI Account. The Fund would also acquire short positions by borrowing from LBIE pursuant to the MLA and GMSLA and selling such securities (through LBI as broker) on various exchanges.

The MLA and GMSLA purported to permit the transfer from the LBI Account to LBIE of sufficient securities or cash necessary to collateralize the Fund's borrowing of securities from LBIE. Based on the MLA, GMSLA and other information, the Fund believed that any securities or cash not necessary to collateralize the borrowings would be maintained in LBI's custody or control in the LBI Account. However, LBIE held and maintained all of the Fund's securities and cash.

LBIE is currently in an administration proceeding in Europe. Prior to the commencement of the administration proceeding and unbeknownst to the Fund, LBIE rehypothecated certain of the Fund's securities.

The Fund filed a claim against LBIE in the administration proceeding for the return of the Fund's unrehypothecated long securities (such securities, the "Unrehypothecated Securities"). The Unrehypothecated Securities (by reference to the closing mid-market price on the date of transfer of such securities) have a value of $70,031,817.77. To the extent that the Unrehypothecated Securities do not have a cumulative value of $70,031,817.77, then the Fund seeks the transfer of a sum that, when added to the value of the Unrehypothecated Securities in the possession of LBIE, equals $70,031,817.77.

LBHI, by the Unanimous Written Consent of the Executive Committee of the Board of the Directors of Lehman Brothers Holdings Inc., dated June 9, 2005 ("Written Consent of the Executive Committee"), resolved to fully guarantee the payment of all liabilities, obligations and commitments of certain LBHI subsidiaries including LBIE.

Accordingly, the Fund files this proof of claim against LBHI as a guarantor of LBIE's obligations in the amount of $70,031,817.77.

The Fund will complete a guarantee questionnaire and upload documents supporting its claim against LBHI, including copies of the Prime Brokerage Agreement, MLA, GMSLA, LBIE Administration Claim, Written Consent of the Executive Committee, and spreadsheets supporting the Fund's analysis of its long and short positions as well as the amount owing to the Fund by LBIE, to www.lehman-claims.com on or before October 22, 2009.

THE FUND RESERVES ALL RIGHTS IT MAY NOW OR AT ANY TIME HEREAFTER HAVE AGAINST EACH DEBTOR IN THIS BANKRUPTCY CASE OR ANY OTHER PERSON. THIS CLAIM IS NOT INTENDED TO BE, AND SHALL NOT BE CONSTRUED AS: (1) AN ELECTION OF REMEDIES; OR (2) A WAIVER OF, OR LIMITATION ON, ANY RIGHTS, REMEDIES, CLAIMS OR INTERESTS OF THE FUND.

THE FUND RESERVES ANY AND ALL RIGHTS WITH RESPECT TO THIS CLAIM, INCLUDING, BUT NOT LIMITED TO, THE RIGHT TO SUPPLEMENT OR AMEND THIS PROOF OF CLAIM, IN ANY MANNER AND FOR ANY PURPOSE, AFTER THE LAST DATE SET FOR FILING CLAIMS IN THIS PROCEEDING.   THE FUND FURTHER RESERVES ITS RIGHT TO SEEK ADMINISTRATIVE EXPENSE PRIORITY FOR ALL OR ANY PORTION OF THIS CLAIM.

| **United States Bankruptcy Court/Southern District of New York** | **PROOF OF CLAIM** |
|---|---|

Lehman Brothers Holding Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al. | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

| Name of Debtor Against Which Claim is Held | Case No. of Debtor |
|---|---|
| Lehman Brothers Holdings Inc. | 08-13555 (JMP) |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor) Santa Fe Partners LLC, Faobo Anasazi Systematic Long Short LP

Creditor Address / Payment Address:
Santa Fe Partners LLC, Faobo
Faobo Anasazi Systematic
Long Short LP
Santa Fe Partners, LLC
1512 Pacheco St., Ste. D202
Santa Fe, NM 87505

Notice Address:
Faegre & Benson LLP
c/o Christopher J. Harayda
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

Telephone number: (612)766-8033    Email Address: charayda@faegre.com

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____
*(If known)*

Filed on: _____

NOTICE OF SCHEDULED CLAIM:
Your Claim is scheduled by the indicated Debtor as:

Name and address where payment should be sent (if different from above)

Telephone number:        Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars..

☐ Check this box if you are the debtor or trustee in this case.

**1.    Amount of Claim as of Date Case Filed: $1,737,579.05**
If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
☐ Check this box if all or part of your claim is based on a Derivative Contract. *
☑ Check this box if all or part of your claim is based on a Guarantee.*
**\* IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.**
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

**2.    Basis for Claim:   See Statement of Claim**
(See instruction #2 on reverse side.)

**3.    Last four digits of any number which creditor identifies debtor:** _____
**3a.   Debtor may have scheduled claim as:** _____
(See instruction #3a on reverse side.)

**4.    Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate    ☐ Motor Vehicle    ☐ Other

Describe: _____

Value of Property: $_____   Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____   Basis for perfection: _____
**Amount of Secured Claim: $_____        Amount Unsecured: $_____**

**6.    Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):**
$_____
(See instruction #6 on reverse side.)

**5.    Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507(a)(4)
☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(5)
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507(a)(7)
☐ Taxes or penalities owed to governmental units - 11 U.S.C. §507(a)(8)
☐ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(___)

Amount entitles to priority:

$_____

**7.    Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**8.    Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. *(See definition of "redacted" on reverse side.)* If the documents are voluminous, attach a summary.
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain: See Statement of Claim

**FOR COURT USE ONLY**

| Date: Oct. 20, 2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form.**

**Name of Debtor, and Case Number:**
Fill in the name of the Debtor in the bankruptcy case and the bankruptcy case number

| | | | |
|---|---|---|---|
| 08-13555 | Lehman Brothers Holdings Inc | 08-13905 | CES Aviation LLC |
| 08-13600 | LB 745 LLC | 08-13906 | CES Aviation V LLC |
| 08-13885 | Lehman Brothers Commodity Services Inc. | 08-13907 | CES Aviation IX LLC |
| 08-13888 | Lehman Brothers Special Financing Inc | 08-13908 | East Dover Limited |
| 08-13893 | Lehman Brothers OTC Derivatives Inc | 09-10108 | Luxembourg Residential Properties Loan Finance S.a.r.l. |
| 08-13899 | Lehman Brothers Derivative Products Inc. | 09-10137 | BNC Mortgage LLC |
| 08-13900 | Lehman Commercial Paper Inc | 09-10558 | Structured Asset Securities Corporation |
| 08-13901 | Lehman Brothers Commercial Corporation | 09-10560 | LB Rose Ranch LLC |
| 08-13902 | Lehman Brothers Financial Products Inc. | 09-12516 | LB 2080 Kalakaua Owners LLC |
| 08-13904 | Lehman Scottish Finance L P | 08-13664 | PAMI Statler Arms LLC |

If your Claim is against multiple Debtors, complete a separate form for each Debtor

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing Follow the instructions concerning whether to complete items 4, 5 and 6 Check the box if interest or other charges are included in the claim

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured Skip this section if the claim is entirely unsecured (See DEFINITIONS, below ) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority (See DEFINITIONS, below ) A claim may be partly priority and partly non-priority For example, in some of the categories, the law limits the amount entitled to priority

**6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9)**
State the value of any goods received by the debtor within 20 days before the date of commencement in which the goods have been sold to the debtor in the ordinary course of the debtor's business

**7. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt

**8. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt You may also attach a summary You must also attach copies of documents that evidence perfection of any security interest You may also attach a summary FRBP 3001(c) and (d) Do not send original documents, as attachments may be destroyed after scanning

**Date and Signature:**
The person filing this proof of claim must sign and date it FRBP 9011 If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature Print the name and title, if any, of the creditor or other person authorized to file this claim State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices Attach a complete copy of any power of attorney Criminal penalties apply for making a false statement on a proof of claim

---

### DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing See II USC §101 (5) A claim may be secured or unsecured

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing The creditor must file the form with the Claims Agent at the following address

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150- 5076

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors The amount of the secured claim cannot exceed the value of the property Any amount owed to the creditor in excess of the value of the property is an unsecured claim Examples of liens on property include a mortgage on real estate or a security interest in a car A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding In some states, a court judgment is a lien A claim also may be secured if the creditor owes the debtor money (has a right to setoff)

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien

**Claim Entitled to Priority Under II U.S.C. §507(a)**
Priority claims are certain categories of unsecured Claims that are paid from the available money or property in a bankruptcy case before other unsecured claims

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information A creditor should redact and use only the last four digits of any social-security, individual's tax identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded

**Derivative Contract**
A contract that is any of (i) a "swap agreement" as such term is defined in section 101(53B) of the Bankruptcy Code or (ii) a "forward contract" as such term is defined in section 101(25) of the Bankruptcy Code A cash-market purchase or sale of a security or loan (i e any purchase or sale of a security or loan for settlement within the standard settlement cycle for the relevant market), exchange-traded future or option, securities loan transaction, repurchase agreement in respect of securities or loans, and any guarantee or reimbursement obligations which would otherwise be included in the definition of such terms in the Bankruptcy Code shall not be considered a Derivative Contract for the purposes of this definition nor shall any notes, bonds, or other securities issued by the Debtors or their affiliates (including, but not limited to, Lehman Brothers Holdings Inc , Lehman Brothers Treasury Co B V , Lehman Brothers Bankhaus AG, Lehman Brothers Holdings plc, Lehman Brothers Securities N V , and Lehman Brothers (Luxembourg) Equity Finance S A )

**Guarantee**
A promise, representation or agreement to answer for the payment of some debt or the performance of some duty in cast of the failure of another person or entity who is liable in the first instance

### INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim

**Offers to Purchase a Claim**
Certain entitles are in the business of purchasing claims for an amount less than the face value of the claims One or more of these entitles may contact the creditor and offer to purchase the claim Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor, These entitles do not represent the bankruptcy court or the debtor The creditor has no obligation to sell its claim However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U S C § 101 et seq.), and any applicable orders of the bankruptcy court.

## STATEMENT OF CLAIM
### (Amount and Basis for Claim)

Claimant Sante Fe Partners, LLC, on behalf of the Anasazi Systematic Long Short LP (hereinafter, the "Fund"), for its claim against Lehman Brothers Holdings Inc. ("LBHI") states the following:

The Fund maintained a brokerage account with Lehman Brothers Inc. ("LBI") numbered 5602081. Pursuant to a Customer Account Agreement Prime Brokerage entered into between the Fund and LBI (the "Prime Brokerage Agreement"), a brokerage account (the "LBI Account") was to be opened and maintained at LBI and LBI was to serve as the Fund's primary broker. LBI led the Fund to believe that LBI would maintain the account, and that the Fund's securities would remain in the possession or control of LBI.

The Fund also entered into a Margin Lending Agreement ("MLA") and a Global Master Securities Lending Agreement ("GMSLA"), with Lehman Brothers International Europe ("LBIE"). Pursuant to these agreements, LBIE agreed to loan securities to the Fund from time to time to satisfy the Fund's payment or delivery obligations under the Prime Brokerage Agreement. As contemplated, the Fund would acquire long positions by purchasing securities (through LBI as broker) on various exchanges and holding those securities in the LBI Account. The Fund would also acquire short positions by borrowing from LBIE pursuant to the MLA and GMSLA and selling such securities (through LBI as broker) on various exchanges.

The MLA and GMSLA purported to permit the transfer from the LBI Account to LBIE of sufficient securities or cash necessary to collateralize the Fund's borrowing of securities from LBIE. Based on the MLA, GMSLA and other information, the Fund believed that any securities or cash not necessary to collateralize the borrowings would be maintained in LBI's custody or control in the LBI Account. However, LBIE held and maintained all of the Fund's securities and cash.

LBIE is currently in an administration proceeding in Europe. Prior to the commencement of the administration proceeding and unbeknownst to the Fund, LBIE rehypothecated certain of the Fund's securities.

The Fund filed a claim against LBIE in the administration proceeding for the return of the Fund's unrehypothecated long securities (such securities, the "Unrehypothecated Securities"). The Unrehypothecated Securities (by reference to the closing mid-market price on the date of transfer of such securities) have a value of $1,737,579.05. To the extent that the Unrehypothecated Securities do not have a cumulative value of $1,737,579.05, then the Fund seeks the transfer of a sum that, when added to the value of the Unrehypothecated Securities in the possession of LBIE, equals $1,737,579.05.

LBHI, by the Unanimous Written Consent of the Executive Committee of the Board of the Directors of Lehman Brothers Holdings Inc., dated June 9, 2005 ("Written Consent of the Executive Committee"), resolved to fully guarantee the payment of all liabilities, obligations and commitments of certain LBHI subsidiaries including LBIE.

Accordingly, the Fund files this proof of claim against LBHI as a guarantor of LBIE's obligations in the amount of $1,737,579.05.

The Fund will complete a guarantee questionnaire and upload documents supporting its claim against LBHI, including copies of the Prime Brokerage Agreement, MLA, GMSLA, LBIE Administration Claim, Written Consent of the Executive Committee, and spreadsheets supporting the Fund's analysis of its long and short positions as well as the amount owing to the Fund by LBIE, to www.lehman-claims.com on or before October 22, 2009.

THE FUND RESERVES ALL RIGHTS IT MAY NOW OR AT ANY TIME HEREAFTER HAVE AGAINST EACH DEBTOR IN THIS BANKRUPTCY CASE OR ANY OTHER PERSON. THIS CLAIM IS NOT INTENDED TO BE, AND SHALL NOT BE CONSTRUED AS: (1) AN ELECTION OF REMEDIES; OR (2) A WAIVER OF, OR LIMITATION ON, ANY RIGHTS, REMEDIES, CLAIMS OR INTERESTS OF THE FUND.

THE FUND RESERVES ANY AND ALL RIGHTS WITH RESPECT TO THIS CLAIM, INCLUDING, BUT NOT LIMITED TO, THE RIGHT TO SUPPLEMENT OR AMEND THIS PROOF OF CLAIM, IN ANY MANNER AND FOR ANY PURPOSE, AFTER THE LAST DATE SET FOR FILING CLAIMS IN THIS PROCEEDING.   THE FUND FURTHER RESERVES ITS RIGHT TO SEEK ADMINISTRATIVE EXPENSE PRIORITY FOR ALL OR ANY PORTION OF THIS CLAIM.

| | |
|---|---|
| **United States Bankruptcy Court/Southern District of New York**<br>Lehman Brothers Holding Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **PROOF OF CLAIM** |

| In Re:<br>Lehman Brothers Holdings Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | |
|---|---|---|
| Name of Debtor Against Which Claim is Held<br>Lehman Brothers Holdings Inc. | Case No. of Debtor<br>08-13555 (JMP) | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**THIS SPACE IS FOR COURT USE ONLY**

| | | |
|---|---|---|
| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor) Santa Fe Mstr Fd. Spc. Faobo Anasazi Systematic Japanese Long Short F, Seg. Por.<br><br>Creditor Address / Payment Address:<br><br>Santa Fe Mstr Fd. Spc. Faobo<br>Anasazi Systematic Japanese<br>Long Short F, Seg. Por.<br>Santa Fe Partners, LLC<br>1512 Pacheco St., Ste. D202<br>Santa Fe, NM 87505<br><br>Telephone number: (612)766-8033    Email Address: charayda@faegre.com | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>**Court Claim Number:** _____<br>*(if known)*<br><br>Filed on: _____ | **NOTICE OF SCHEDULED CLAIM:**<br>Your Claim is scheduled by the indicated Debtor as: |
| | Notice Address:<br>Faegre & Benson LLP<br>c/o Christopher J. Harayda<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402 | |
| Name and address where payment should be sent (if different from above)<br><br><br><br>Telephone number:                Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. | |

| | |
|---|---|
| **1.    Amount of Claim as of Date Case Filed: $18,247,355.09**<br>If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br>If all or part of your claim is entitled to priority, complete Item 5.<br>If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.<br>☐  Check this box if all or part of your claim is based on a Derivative Contract. *<br>☒  Check this box if all or part of your claim is based on a Guarantee.*<br>**\* IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.**<br>☐  Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.<br>**2.    Basis for Claim:  See Statement of Claim**<br>(See instruction #2 on reverse side.)<br>**3.    Last four digits of any number which creditor identifies debtor:** _____<br>   **3a.    Debtor may have scheduled account as:** _____<br>   (See instruction #3a on reverse side.)<br>**4.    Secured Claim (See instruction #4 on reverse side.)**<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br>Nature of property or right of setoff: ☐ Real Estate   ☐ Motor Vehicle   ☐ Other<br><br>Describe: _____<br><br>Value of Property: $ _____ Annual Interest Rate _____%<br>Amount of arrearage and other charges as of time case filed included in secured claim, if any:<br>$ _____ Basis for perfection: _____<br>Amount of Secured Claim: $ _____ Amount Unsecured: $ _____<br>**6.    Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):**<br>$ _____<br>(See instruction #6 on reverse side.) | **5.    Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).  If any portion of your claim falls in one of the following categories, check the box and state the amount.**<br><br>Specify the priority of the claim:<br><br>☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).<br>☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507(a)(4)<br>☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(5)<br>☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507(a)(7)<br>☐ Taxes or penalities owed to governmental units - 11 U.S.C. §507(a)(8)<br>☐ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(___)<br><br>**Amount entitles to priority:**<br><br>$ _____ |

| | |
|---|---|
| **7.    Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.<br>**8.    Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. *(See definition of "redacted" on reverse side.)* If the documents are voluminous, attach a summary.<br>**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**<br>If the documents are not available, please explain: **See Statement of Claim** | **FOR COURT USE ONLY** |

| Date:<br><br>Oct. 20, 2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | |
|---|---|---|

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.

Items to be completed in Proof of Claim form.

**Name of Debtor, and Case Number:**

Fill in the name of the Debtor in the bankruptcy case, and the bankruptcy case number

| | | | |
|---|---|---|---|
| 08-13555 | Lehman Brothers Holdings Inc | 08-13905 | CES Aviation LLC |
| 08-13600 | LB 745 LLC | 08-13906 | CES Aviation V LLC |
| 08-13885 | Lehman Brothers Commodity Services Inc. | 08-13907 | CES Aviation IX LLC |
| 08-13888 | Lehman Brothers Special Financing Inc | 08-13908 | East Dover Limited |
| 08-13893 | Lehman Brothers OTC Derivatives Inc. | 09-10108 | Luxembourg Residential Properties Loan Finance S.a.r.l. |
| 08-13899 | Lehman Brothers Derivative Products Inc. | 09-10137 | BNC Mortgage LLC |
| 08-13900 | Lehman Commercial Paper Inc | 09-10558 | Structured Asset Securities Corporation |
| 08-13901 | Lehman Brothers Commercial Corporation | 09-10560 | LB Rose Ranch LLC |
| 08-13902 | Lehman Brothers Financial Products Inc. | 09-12516 | LB 2080 Kalakaua Owners LLC |
| 08-13904 | Lehman Scottish Finance L P | 08-13664 | PAMI Statler Arms LLC |

If your Claim is against multiple Debtors, complete a separate form for each Debtor

**Creditor's Name and Address:**

Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**1. Amount of Claim as of Date Case Filed:**

State the total amount owed to the creditor on the date of the Bankruptcy filing Follow the instructions concerning whether to complete items 4, 5 and 6 Check the box if interest or other charges are included in the claim

**2. Basis for Claim:**

State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**

State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor

**3a. Debtor May Have Scheduled Account As:**

Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor

**4. Secured Claim:**

Check the appropriate box and provide the requested information if the claim is fully or partially secured Skip this section if the claim is entirely unsecured (See DEFINITIONS, below ) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**

If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority (See DEFINITIONS, below ) A claim may be partly priority and partly non-priority For example, in some of the categories, the law limits the amount entitled to priority

**6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9)**

State the value of any goods received by the debtor within 20 days before the date of commencement in which the goods have been sold to the debtor in the ordinary course of the debtor's business

**7. Credits:**

An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt

**8. Documents:**

Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt You may also attach a summary You must also attach copies of documents that evidence perfection of any security interest You may also attach a summary FRBP 3001(c) and (d) Do not send original documents, as attachments may be destroyed after scanning

**Date and Signature:**

The person filing this proof of claim must sign and date it FRBP 9011 If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature Print the name and title, if any, of the creditor or other person authorized to file this claim State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices Attach a complete copy of any power of attorney Criminal penalties apply for making a false statement on a proof of claim

---

## DEFINITIONS

**Debtor**

A debtor is the person, corporation, or other entity that has filed a bankruptcy case

**Creditor**

A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing

**Claim**

A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing See II USC §101 (5) A claim may be secured or unsecured

**Proof of Claim**

A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing The creditor must file the form with the Claims Agent at the following address

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150- 5076

**Secured Claim Under II U.S.C. §506(a)**

A secured claim is one backed by a lien on property of the debtor The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors The amount of the secured claim cannot exceed the value of the property Any amount owed to the creditor in excess of the value of the property is an unsecured claim Examples of liens on property include a mortgage on real estate or a security Interest in a car A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding In some states, a court judgment is a lien A claim also may be secured if the creditor owes the debtor money (has a right to setoff)

**Unsecured Claim**

An unsecured claim is one that does not meet the requirements of a secured claim A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien

**Claim Entitled to Priority Under II U.S.C. §507(a)**

Priority claims are certain categories of unsecured Claims that are paid from the available money or property in a bankruptcy case before other unsecured claims

**Redacted**

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information A creditor should redact and use only the last four digits of any social-security, individual's tax identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth

**Evidence of Perfection**

Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded

**Derivative Contract**

A contract that is any of (i) a "swap agreement" as such term is defined in section 101(53B) of the Bankruptcy Code or (ii) a "forward contract" as such term is defined in section 101(25) of the Bankruptcy Code A cash-market purchase or sale of a security or loan (i e any purchase or sale of a security or loan for settlement within the standard settlement cycle for the relevant market), exchange-traded future or option, securities loan transaction, repurchase agreement in respect of securities or loans, and any guarantee or reimbursement obligations which would otherwise be included in the definition of such terms in the Bankruptcy Code shall not be considered a Derivative Contract for the purposes of this definition nor shall any notes, bonds, or other securities issued by the Debtors or their affiliates (including, but not limited to, Lehman Brothers Holdings Inc , Lehman Brothers Treasury Co B V , Lehman Brothers Bankhaus AG, Lehman Brothers Holdings plc, Lehman Brothers Securities N V , and Lehman Brothers (Luxembourg) Equity Finance S A )

**Guarantee**

A promise, representation or agreement to answer for the payment of some debt or the performance of some duty in cast of the failure of another person or entity who is liable in the first instance

## INFORMATION

**Acknowledgment of Filing of Claim**

To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim

**Offers to Purchase a Claim**

Certain entities are in the business of purchasing claims for an amount less than the face value of the claims One or more of these entities may contact the creditor and offer to purchase the claim Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor, These entities do not represent the bankruptcy court or the debtor The creditor has no obligation to sell its claim However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U S C § 101 et seq.), and any applicable orders of the bankruptcy court.

## STATEMENT OF CLAIM
### (Amount and Basis for Claim)

Claimant Santa Fe Master Fund SPC for and on behalf of Anasazi Systematic Japanese Long Short F, Segregated Portfolio (hereinafter, the "Fund"), for its claim against Lehman Brothers Holdings Inc. ("LBHI") states the following:

The Fund maintained a brokerage account with Lehman Brothers Inc. ("LBI") numbered 5604274. Pursuant to a Customer Account Agreement Prime Brokerage entered into between the Fund and LBI (the "Prime Brokerage Agreement"), a brokerage account (the "LBI Account") was to be opened and maintained at LBI and LBI was to serve as the Fund's primary broker. LBI led the Fund to believe that LBI would maintain the account, and that the Fund's securities would remain in the possession or control of LBI.

The Fund also entered into a Margin Lending Agreement ("MLA") and a Global Master Securities Lending Agreement ("GMSLA"), with Lehman Brothers International Europe ("LBIE"). Pursuant to these agreements, LBIE agreed to loan securities to the Fund from time to time to satisfy the Fund's payment or delivery obligations under the Prime Brokerage Agreement. As contemplated, the Fund would acquire long positions by purchasing securities (through LBI as broker) on various exchanges and holding those securities in the LBI Account. The Fund would also acquire short positions by borrowing from LBIE pursuant to the MLA and GMSLA and selling such securities (through LBI as broker) on various exchanges.

The MLA and GMSLA purported to permit the transfer from the LBI Account to LBIE of sufficient securities or cash necessary to collateralize the Fund's borrowing of securities from LBIE. Based on the MLA, GMSLA and other information, the Fund believed that any securities or cash not necessary to collateralize the borrowings would be maintained in LBI's custody or control in the LBI Account. However, LBIE held and maintained all of the Fund's securities and cash.

LBIE is currently in an administration proceeding in Europe. Prior to the commencement of the administration proceeding and unbeknownst to the Fund, LBIE rehypothecated certain of the Fund's securities.

The Fund filed a claim against LBIE in the administration proceeding for the return of the Fund's unrehypothecated long securities (such securities, the "Unrehypothecated Securities"). The Unrehypothecated Securities (by reference to the closing mid-market price on the date of transfer of such securities) have a value of $18,247,355.09. To the extent that the Unrehypothecated Securities do not have a cumulative value of $18,247,355.09, then the Fund seeks the transfer of a sum that, when added to the value of the Unrehypothecated Securities in the possession of LBIE, equals $18,247,355.09.

LBHI, by the Unanimous Written Consent of the Executive Committee of the Board of the Directors of Lehman Brothers Holdings Inc., dated June 9, 2005 ("Written Consent of the Executive Committee"), resolved to fully guarantee the payment of all liabilities, obligations and commitments of certain LBHI subsidiaries including LBIE.

Accordingly, the Fund files this proof of claim against LBHI as a guarantor of LBIE's obligations in the amount of $18,247,355.09.

The Fund will complete a guarantee questionnaire and upload documents supporting its claim against LBHI, including copies of the Prime Brokerage Agreement, MLA, GMSLA, LBIE Administration Claim, Written Consent of the Executive Committee, and spreadsheets supporting the Fund's analysis of its long and short positions as well as the amount owing to the Fund by LBIE, to www.lehman-claims.com on or before October 22, 2009.

THE FUND RESERVES ALL RIGHTS IT MAY NOW OR AT ANY TIME HEREAFTER HAVE AGAINST EACH DEBTOR IN THIS BANKRUPTCY CASE OR ANY OTHER PERSON. THIS CLAIM IS NOT INTENDED TO BE, AND SHALL NOT BE CONSTRUED AS: (1) AN ELECTION OF REMEDIES; OR (2) A WAIVER OF, OR LIMITATION ON, ANY RIGHTS, REMEDIES, CLAIMS OR INTERESTS OF THE FUND.

THE FUND RESERVES ANY AND ALL RIGHTS WITH RESPECT TO THIS CLAIM, INCLUDING, BUT NOT LIMITED TO, THE RIGHT TO SUPPLEMENT OR AMEND THIS PROOF OF CLAIM, IN ANY MANNER AND FOR ANY PURPOSE, AFTER THE LAST DATE SET FOR FILING CLAIMS IN THIS PROCEEDING.   THE FUND FURTHER RESERVES ITS RIGHT TO SEEK ADMINISTRATIVE EXPENSE PRIORITY FOR ALL OR ANY PORTION OF THIS CLAIM.

fb.us.4510694.02

| United States Bankruptcy Court/Southern District of New York <br> Lehman Brothers Holding Claims Processing Center <br> c/o Epiq Bankruptcy Solutions, LLC <br> FDR Station, P.O. Box 5076 <br> New York, NY 10150-5076 | PROOF OF CLAIM |
|---|---|

| In Re: <br> Lehman Brothers Holdings Inc., et al. <br> Debtors. | Chapter 11 <br> Case No. 08-13555 (JMP) <br> (Jointly Administered) |
|---|---|
| Name of Debtor Against Which Claim is Held <br> Lehman Brothers Holdings Inc. | Case No. of Debtor <br> 08-13555 (JMP) |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor) Santa Fe Mstr Fd. Spc. Faobo Anasazi Systematic European Long Short E, Seg. Por.

Creditor Address / Payment Address:

Santa Fe Mstr Fd. Spc. Faobo
Anasazi Systematic European
Long Short E, Seg. Por.
Santa Fe Partners, LLC
1512 Pacheco St., Ste. D202
Santa Fe, NM 87505

Notice Address:

Faegre & Benson LLP
c/o Christopher J. Harayda
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

Telephone number: (612)766-8033    Email Address: charayda@faegre.com

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____
*(If known)*

Filed on: _____

**NOTICE OF SCHEDULED CLAIM:**
Your Claim is scheduled by the indicated Debtor as:

Name and address where payment should be sent (if different from above)

Telephone number:    Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars..

☐ Check this box if you are the debtor or trustee in this case.

1.    Amount of Claim as of Date Case Filed: **$18,660,104.69**
If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
☐    Check this box if all or part of your claim is based on a Derivative Contract. *
☑    Check this box if all or part of your claim is based on a Guarantee.*
* **IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO** http://www.lehman-claims.com **AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.**
☐    Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2.    **Basis for Claim:   See Statement of Claim**
(See instruction #2 on reverse side.)

3.    Last four digits of any number which creditor identifies debtor: _____
    3a.    Debtor may have scheduled account as: _____
        (See instruction #3a on reverse side.)

4.    **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff:   ☐ Real Estate    ☐ Motor Vehicle    ☐ Other

Describe: _____

Value of Property: $ _____  Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$ _____  Basis for perfection: _____
**Amount of Secured Claim: $** _____  **Amount Unsecured: $** _____

5.    **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).  If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507(a)(4)
☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(5)
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507(a)(7)
☐ Taxes or penalities owed to governmental units - 11 U.S.C. §507(a)(8)
☐ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(___)

**Amount entitles to priority:**

$ _____

6.    **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):**
$ _____
    (See instruction #6 on reverse side.)

7.    **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

8.    **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. *(See definition of "redacted" on reverse side.)* If the documents are voluminous, attach a summary.
**DO NOT SEND ORIGINAL DOCUMENTS.  ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain: **See Statement of Claim**

**FOR COURT USE ONLY**

| Date: <br> Oct. 21, 2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form.**

**Name of Debtor, and Case Number:**
Fill in the name of the Debtor in the bankruptcy case, and the bankruptcy case number

| | | | |
|---|---|---|---|
| 08-13555 | Lehman Brothers Holdings Inc | 08-13905 | CES Aviation LLC |
| 08-13600 | LB 745 LLC | 08-13906 | CES Aviation V LLC |
| 08-13885 | Lehman Brothers Commodity Services Inc. | 08-13907 | CES Aviation IX LLC |
| 08-13888 | Lehman Brothers Special Financing Inc | 08-13908 | East Dover Limited |
| 08-13893 | Lehman Brothers OTC Derivatives Inc. | 09-10108 | Luxembourg Residential Properties Loan Finance S.a.r.l. |
| 08-13899 | Lehman Brothers Derivative Products Inc. | 09-10137 | BNC Mortgage LLC |
| 08-13900 | Lehman Commercial Paper Inc | 09-10558 | Structured Asset Securities Corporation |
| 08-13901 | Lehman Brothers Commercial Corporation | 09-10560 | LB Rose Ranch LLC |
| 08-13902 | Lehman Brothers Financial Products Inc. | 09-12516 | LB 2080 Kalakaua Owners LLC |
| 08-13904 | Lehman Scottish Finance L P | 08-13664 | PAMI Statler Arms LLC |

If your Claim is against multiple Debtors, complete a separate form for each Debtor

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing Follow the instructions concerning whether to complete items 4, 5 and 6 Check the box if interest or other charges are included in the claim

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured Skip this section if the claim is entirely unsecured (See DEFINITIONS, below ) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority (See DEFINITIONS, below ) A claim may be partly priority and partly non-priority For example, in some of the categories, the law limits the amount entitled to priority

**6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9)**
State the value of any goods received by the debtor within 20 days before the date of commencement in which the goods have been sold to the debtor in the ordinary course of the debtor's business

**7. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt

**8. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt You may also attach a summary You must also attach copies of documents that evidence perfection of any security interest You may also attach a summary FRBP 3001(c) and (d) Do not send original documents, as attachments may be destroyed after scanning

**Date and Signature:**
The person filing this proof of claim must sign and date it FRBP 9011 If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature Print the name and title, if any, of the creditor or other person authorized to file this claim State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices Attach a complete copy of any power of attorney Criminal penalties apply for making a false statement on a proof of claim

---

## DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing See 11 USC §101 (5) A claim may be secured or unsecured

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing The creditor must file the form with the Claims Agent at the following address

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150- 5076

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors The amount of the secured claim cannot exceed the value of the property Any amount owed to the creditor in excess of the value of the property is an unsecured claim Examples of liens on property include a mortgage on real estate or a security Interest in a car A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding In some states, a court judgment is a lien A claim also may be secured if the creditor owes the debtor money (has a right to setoff)

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured Claims that are paid from the available money or property in a bankruptcy case before other unsecured claims

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information A creditor should redact and use only the last four digits of any social-security, individual's tax identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded

**Derivative Contract**
A contract that is any of (i) a "swap agreement" as such term is defined in section 101(53B) of the Bankruptcy Code or (ii) a "forward contract" as such term is defined in section 101(25) of the Bankruptcy Code A cash-market purchase or sale of a security or loan (i e any purchase or sale of a security or loan for settlement within the standard settlement cycle for the relevant market), exchange-traded future or option, securities loan transaction, repurchase agreement in respect of securities or loans, and any guarantee or reimbursement obligations which would otherwise be included in the definition of such terms in the Bankruptcy Code shall not be considered a Derivative Contract for the purposes of this definition nor shall any notes, bonds, or other securities issued by the Debtors or their affiliates (including, but not limited to, Lehman Brothers Holdings Inc , Lehman Brothers Treasury Co B V , Lehman Brothers Bankhaus AG, Lehman Brothers Holdings plc, Lehman Brothers Securities N V , and Lehman Brothers (Luxembourg) Equity Finance S A )

**Guarantee**
A promise, representation or agreement to answer for the payment of some debt or the performance of some duty in cast of the failure of another person or entity who is liable in the first instance

---

## INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims One or more of these entities may contact the creditor and offer to purchase the claim Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor, These entities do not represent the bankruptcy court or the debtor The creditor has no obligation to sell its claim However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U S C § 101 *et seq.*), and any applicable orders of the bankruptcy court.

## STATEMENT OF CLAIM
### (Amount and Basis for Claim)

Claimant Santa Fe Master Fund SPC for and on behalf of Anasazi Systematic European Long Short E, Segregated Portfolio (hereinafter, the "Fund"), for its claim against Lehman Brothers Holdings Inc. ("LBHI") states the following:

The Fund maintained a brokerage account with Lehman Brothers Inc. ("LBI") numbered 5604273.  Pursuant to a Customer Account Agreement Prime Brokerage entered into between the Fund and LBI (the "Prime Brokerage Agreement"), a brokerage account (the "LBI Account") was to be opened and maintained at LBI and LBI was to serve as the Fund's primary broker. LBI led the Fund to believe that LBI would maintain the account, and that the Fund's securities would remain in the possession or control of LBI.

The Fund also entered into a Margin Lending Agreement ("MLA") and a Global Master Securities Lending Agreement ("GMSLA"), with Lehman Brothers International Europe ("LBIE").  Pursuant to these agreements, LBIE agreed to loan securities to the Fund from time to time to satisfy the Fund's payment or delivery obligations under the Prime Brokerage Agreement.  As contemplated, the Fund would acquire long positions by purchasing securities (through LBI as broker) on various exchanges and holding those securities in the LBI Account. The Fund would also acquire short positions by borrowing from LBIE pursuant to the MLA and GMSLA and selling such securities (through LBI as broker) on various exchanges.

The MLA and GMSLA purported to permit the transfer from the LBI Account to LBIE of sufficient securities or cash necessary to collateralize the Fund's borrowing of securities from LBIE.  Based on the MLA, GMSLA and other information, the Fund believed that any securities or cash not necessary to collateralize the borrowings would be maintained in LBI's custody or control in the LBI Account.  However, LBIE held and maintained all of the Fund's securities and cash.

LBIE is currently in an administration proceeding in Europe. Prior to the commencement of the administration proceeding and unbeknownst to the Fund, LBIE rehypothecated certain of the Fund's securities.

The Fund filed a claim against LBIE in the administration proceeding for the return of the Fund's unrehypothecated long securities (such securities, the "Unrehypothecated Securities"). The Unrehypothecated Securities (by reference to the closing mid-market price on the date of transfer of such securities) have a value of $18,660,104.69.   To the extent that the Unrehypothecated Securities do not have a cumulative value of $18,660,104.69, then the Fund seeks the transfer of a sum that, when added to the value of the Unrehypothecated Securities in the possession of LBIE, equals $18,660,104.69.

LBHI, by the Unanimous Written Consent of the Executive Committee of the Board of the Directors of Lehman Brothers Holdings Inc., dated June 9, 2005 ("Written Consent of the Executive Committee"), resolved to fully guarantee the payment of all liabilities, obligations and commitments of certain LBHI subsidiaries including LBIE.

Accordingly, the Fund files this proof of claim against LBHI as a guarantor of LBIE's obligations in the amount of $18,660,104.69.

The Fund will complete a guarantee questionnaire and upload documents supporting its claim against LBHI, including copies of the Prime Brokerage Agreement, MLA, GMSLA, LBIE

Administration Claim, Written Consent of the Executive Committee, and spreadsheets supporting the Fund's analysis of its long and short positions as well as the amount owing to the Fund by LBIE, to www.lehman-claims.com on or before October 22, 2009.

THE FUND RESERVES ALL RIGHTS IT MAY NOW OR AT ANY TIME HEREAFTER HAVE AGAINST EACH DEBTOR IN THIS BANKRUPTCY CASE OR ANY OTHER PERSON. THIS CLAIM IS NOT INTENDED TO BE, AND SHALL NOT BE CONSTRUED AS: (1) AN ELECTION OF REMEDIES; OR (2) A WAIVER OF, OR LIMITATION ON, ANY RIGHTS, REMEDIES, CLAIMS OR INTERESTS OF THE FUND.

THE FUND RESERVES ANY AND ALL RIGHTS WITH RESPECT TO THIS CLAIM, INCLUDING, BUT NOT LIMITED TO, THE RIGHT TO SUPPLEMENT OR AMEND THIS PROOF OF CLAIM, IN ANY MANNER AND FOR ANY PURPOSE, AFTER THE LAST DATE SET FOR FILING CLAIMS IN THIS PROCEEDING. THE FUND RESERVES ITS RIGHT TO SEEK ADMINISTRATIVE EXPENSE PRIORITY FOR ALL OR ANY PORTION OF THIS CLAIM.

| *United States Bankruptcy Court/Southern District of New York* | | **PROOF OF CLAIM** |
|---|---|---|

Lehman Brothers Holding Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 | |
|---|---|---|
| Lehman Brothers Holdings Inc., et al. | Case No. 08-13555 (JMP) | |
| Debtors. | (Jointly Administered) | |
| Name of Debtor Against Which Claim is Held | Case No. of Debtor | |
| Lehman Brothers Holdings Inc. | 08-13555 (JMP) | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case  A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**THIS SPACE IS FOR COURT USE ONLY**

| | | |
|---|---|---|
| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor) Santa Fe Mstr Fd. Spc. Faobo Anasazi Japanese Systematic Long Short D, Seg. Por. | ☐ Check this box to indicate that this claim amends a previously filed claim. | NOTICE OF SCHEDULED CLAIM: Your Claim is scheduled by the indicated Debtor as: |

Creditor Address / Payment Address:
  Santa Fe Mstr Fd. Spc. Faobo
  Anasazi Japanese Systematic
  Long Short D, Seg. Por.
  Santa Fe Partners, LLC
  1512 Pacheco St., Ste. D202
  Santa Fe, NM 87505

Notice Address:
Faegre & Benson LLP
c/o Christopher J. Harayda
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

**Court Claim Number:** _____
*(If known)*

Filed on: _____

Telephone number: (612)766-8033      Email Address: charayda@faegre.com

| Name and address where payment should be sent (if different from above) | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim.  Attach copy of statement giving particulars.. |
|---|---|
| Telephone number:          Email Address: | ☐ Check this box if you are the debtor or trustee in this case. |

**1.    Amount of Claim as of Date Case Filed: $54,065,224.87**
If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
☐   Check this box if all or part of your claim is based on a Derivative Contract. *
☑   Check this box if all or part of your claim is based on a Guarantee.*
**\* IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU  MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.**
☐   Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.  Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

**2.    Basis for Claim:  See Statement of Claim**
    (See instruction #2 on reverse side.)
**3.    Last four digits of any number which creditor identifies debtor:** _____
    **3a.    Debtor may have scheduled account as:** _____
    (See instruction #3a on reverse side.)
**4.    Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff:  ☐ Real Estate      ☐ Motor Vehicle      ☐ Other

Describe: _____

Value of Property: $_____      Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____      Basis for perfection: _____
**Amount of Secured Claim: $_____      Amount Unsecured: $_____**

**6.    Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):**
$_____
    (See instruction #6 on reverse side.)

**5.    Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507(a)(4)
☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(5)
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507(a)(7)
☐ Taxes or penalities owed to governmental units - 11 U.S.C. §507(a)(8)
☐ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(___)

**Amount entitles to priority:**

$_____

**7.    Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
**8.    Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements.  Attach redacted copies of documents providing evidence of perfection of a security interest. *(See definition of "redacted" on reverse side.)* If the documents are voluminous, attach a summary.
**DO NOT SEND ORIGINAL DOCUMENTS.  ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain: **See Statement of Claim**

**FOR COURT USE ONLY**

| Date:  Oct. 21, 2009 | Signature:  The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above.  Attach copy of power of attorney, if any. |
|---|---|

*Penalty for presenting fraudulent claim:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571.*

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form.**

**Name of Debtor, and Case Number:**
Fill in the name of the Debtor in the bankruptcy case, and the bankruptcy case number

| | | | |
|---|---|---|---|
| 08-13555 | Lehman Brothers Holdings Inc | 08-13905 | CES Aviation LLC |
| 08-13600 | LB 745 LLC | 08-13906 | CES Aviation V LLC |
| 08-13885 | Lehman Brothers Commodity Services Inc. | 08-13907 | CES Aviation IX LLC |
| 08-13888 | Lehman Brothers Special Financing Inc | 08-13908 | East Dover Limited |
| 08-13893 | Lehman Brothers OTC Derivatives Inc. | 09-10108 | Luxembourg Residential Properties Loan Finance S.a.r.l. |
| 08-13899 | Lehman Brothers Derivative Products Inc. | 09-10137 | BNC Mortgage LLC |
| 08-13900 | Lehman Commercial Paper Inc | 09-10558 | Structured Asset Securities Corporation |
| 08-13901 | Lehman Brothers Commercial Corporation | 09-10560 | LB Rose Ranch LLC |
| 08-13902 | Lehman Brothers Financial Products Inc. | 09-12516 | LB 2080 Kalakaua Owners LLC |
| 08-13904 | Lehman Scottish Finance L P | 08-13664 | PAMI Statler Arms LLC |

If your Claim is against multiple Debtors, complete a separate form for each Debtor

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing Follow the instructions concerning whether to complete items 4, 5 and 6 Check the box if interest or other charges are included in the claim

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured Skip this section if the claim is entirely unsecured (See DEFINITIONS, below ) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority (See DEFINITIONS, below ) A claim may be partly priority and partly non-priority For example, in some of the categories, the law limits the amount entitled to priority

**6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9)**
State the value of any goods received by the debtor within 20 days before the date of commencement in which the goods have been sold to the debtor in the ordinary course of the debtor's business

**7. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt

**8. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt You may also attach a summary You must also attach copies of documents that evidence perfection of any security interest You may also attach a summary FRBP 3001(c) and (d) Do not send original documents, as attachments may be destroyed after scanning

**Date and Signature:**
The person filing this proof of claim must sign and date it FRBP 9011 If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature Print the name and title, if any, of the creditor or other person authorized to file this claim State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices Attach a complete copy of any power of attorney Criminal penalties apply for making a false statement on a proof of claim

---
## DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing See II USC §101 (5) A claim may be secured or unsecured

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing The creditor must file the form with the Claims Agent at the following address

**Lehman Brothers Holdings Claims Processing**
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150- 5076

**Secured Claim Under II U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors The amount of the secured claim cannot exceed the value of the property Any amount owed to the creditor in excess of the value of the property is an unsecured claim Examples of liens on property include a mortgage on real estate or a security Interest in a car A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding In some states, a court judgment is a lien A claim also may be secured if the creditor owes the debtor money (has a right to setoff)

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien

**Claim Entitled to Priority Under II U.S.C. §507(a)**
Priority claims are certain categories of unsecured Claims that are paid from the available money or property in a bankruptcy case before other unsecured claims

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information A creditor should redact and use only the last four digits of any social-security, individual's tax identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded

**Derivative Contract**
A contract that is any of (i) a "swap agreement" as such term is defined in section 101(53B) of the Bankruptcy Code or (ii) a "forward contract" as such term is defined in section 101(25) of the Bankruptcy Code A cash-market purchase or sale of a security or loan (i e any purchase or sale of a security or loan for settlement within the standard settlement cycle for the relevant market), exchange-traded future or option, securities loan transaction, repurchase agreement in respect of securities or loans, and any guarantee or reimbursement obligations which would otherwise be included in the definition of such terms in the Bankruptcy Code shall not be considered a Derivative Contract for the purposes of this definition nor shall any notes, bonds, or other securities issued by the Debtors or their affiliates (including, but not limited to, Lehman Brothers Holdings Inc , Lehman Brothers Treasury Co B V , Lehman Brothers Bankhaus AG, Lehman Brothers Holdings plc, Lehman Brothers Securities N V , and Lehman Brothers (Luxembourg) Equity Finance S A )

**Guarantee**
A promise, representation or agreement to answer for the payment of some debt or the performance of some duty in cast of the failure of another person or entity who is liable in the first instance

---
## INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim

**Offers to Purchase a Claim**
Certain entitles are in the business of purchasing claims for an amount less than the face value of the claims One or more of these entitles may contact the creditor and offer to purchase the claim Some of the written communications from these entitles may easily be confused with official court documentation or communications from the debtor, These entitles do not represent the bankruptcy court or the debtor The creditor has no obligation to sell its claim However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U S C § 101 et seq.), and any applicable orders of the bankruptcy court.

## STATEMENT OF CLAIM
### (Amount and Basis for Claim)

Claimant Santa Fe Master Fund SPC for and on behalf of Anasazi Japanese Systematic Long Short D, Segregated Portfolio (hereinafter, the "Fund"), for its claim against Lehman Brothers Holdings Inc. ("LBHI") states the following:

The Fund maintained a brokerage account with Lehman Brothers Inc. ("LBI") numbered 5604272. Pursuant to a Customer Account Agreement Prime Brokerage entered into between the Fund and LBI (the "Prime Brokerage Agreement"), a brokerage account (the "LBI Account") was to be opened and maintained at LBI and LBI was to serve as the Fund's primary broker. LBI led the Fund to believe that LBI would maintain the account, and that the Fund's securities would remain in the possession or control of LBI.

The Fund also entered into a Margin Lending Agreement ("MLA") and a Global Master Securities Lending Agreement ("GMSLA"), with Lehman Brothers International Europe ("LBIE"). Pursuant to these agreements, LBIE agreed to loan securities to the Fund from time to time to satisfy the Fund's payment or delivery obligations under the Prime Brokerage Agreement. As contemplated, the Fund would acquire long positions by purchasing securities (through LBI as broker) on various exchanges and holding those securities in the LBI Account. The Fund would also acquire short positions by borrowing from LBIE pursuant to the MLA and GMSLA and selling such securities (through LBI as broker) on various exchanges.

The MLA and GMSLA purported to permit the transfer from the LBI Account to LBIE of sufficient securities or cash necessary to collateralize the Fund's borrowing of securities from LBIE. Based on the MLA, GMSLA and other information, the Fund believed that any securities or cash not necessary to collateralize the borrowings would be maintained in LBI's custody or control in the LBI Account. However, LBIE held and maintained all of the Fund's securities and cash.

LBIE is currently in an administration proceeding in Europe. Prior to the commencement of the administration proceeding and unbeknownst to the Fund, LBIE rehypothecated certain of the Fund's securities.

The Fund filed a claim against LBIE in the administration proceeding for the return of the Fund's unrehypothecated long securities (such securities, the "Unrehypothecated Securities"). The Unrehypothecated Securities (by reference to the closing mid-market price on the date of transfer of such securities) have a value of $54,065,224.87. To the extent that the Unrehypothecated Securities do not have a cumulative value of $54,065,224.87, then the Fund seeks the transfer of a sum that, when added to the value of the Unrehypothecated Securities in the possession of LBIE, equals $54,065,224.87.

LBHI, by the Unanimous Written Consent of the Executive Committee of the Board of the Directors of Lehman Brothers Holdings Inc., dated June 9, 2005 ("Written Consent of the Executive Committee"), resolved to fully guarantee the payment of all liabilities, obligations and commitments of certain LBHI subsidiaries including LBIE.

Accordingly, the Fund files this proof of claim against LBHI as a guarantor of LBIE's obligations in the amount of $54,065,224.87.

The Fund will complete a guarantee questionnaire and upload documents supporting its claim against LBHI, including copies of the Prime Brokerage Agreement, MLA, GMSLA, LBIE

Administration Claim, Written Consent of the Executive Committee, and spreadsheets supporting the Fund's analysis of its long and short positions as well as the amount owing to the Fund by LBIE, to www.lehman-claims.com on or before October 22, 2009.

THE FUND RESERVES ALL RIGHTS IT MAY NOW OR AT ANY TIME HEREAFTER HAVE AGAINST EACH DEBTOR IN THIS BANKRUPTCY CASE OR ANY OTHER PERSON. THIS CLAIM IS NOT INTENDED TO BE, AND SHALL NOT BE CONSTRUED AS: (1) AN ELECTION OF REMEDIES; OR (2) A WAIVER OF, OR LIMITATION ON, ANY RIGHTS, REMEDIES, CLAIMS OR INTERESTS OF THE FUND.

THE FUND RESERVES ANY AND ALL RIGHTS WITH RESPECT TO THIS CLAIM, INCLUDING, BUT NOT LIMITED TO, THE RIGHT TO SUPPLEMENT OR AMEND THIS PROOF OF CLAIM, IN ANY MANNER AND FOR ANY PURPOSE, AFTER THE LAST DATE SET FOR FILING CLAIMS IN THIS PROCEEDING. THE FUND FURTHER RESERVES ITS RIGHT TO SEEK ADMINISTRATIVE EXPENSE PRIORITY FOR ALL OR ANY PORTION OF THIS CLAIM.

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holding Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **PROOF OF CLAIM** |

| In Re:<br>Lehman Brothers Holdings Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | |
| Name of Debtor Against Which Claim is Held<br>Lehman Brothers Holdings Inc. | Case No. of Debtor<br>08-13555 (JMP) | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**THIS SPACE IS FOR COURT USE ONLY**

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor) Santa Fe Partners LLC, Faobo Anasazi Market Neutral LP<br><br>Creditor Address / Payment Address:<br><br>Santa Fe Partners LLC, Faobo<br>Anasazi Market Neutral LP<br>Santa Fe Partners, LLC<br>1512 Pacheco St., Ste. D202<br>Santa Fe, NM 87505<br><br>Notice Address:<br><br>Faegre & Benson LLP<br>c/o Christopher J. Harayda<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402<br><br>Telephone number: (612)766-8033    Email Address: charayda@faegre.com | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>**Court Claim Number:** _____<br>*(If known)*<br><br>Filed on: _____ | NOTICE OF SCHEDULED CLAIM:<br>Your Claim is scheduled by the indicated Debtor as: |
| Name and address where payment should be sent (if different from above)<br><br><br>Telephone number:        Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars..<br><br>☐ Check this box if you are the debtor or trustee in this case. | |

| 1.    **Amount of Claim as of Date Case Filed: $195,917.80**<br>If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br>If all or part of your claim is entitled to priority, complete Item 5.<br>If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete item 6.<br>☐  Check this box if all or part of your claim is based on a Derivative Contract. *<br>☒  Check this box if all or part of your claim is based on a Guarantee.*<br>* IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.<br>☐  Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.<br>2.    **Basis for Claim:  See Statement of Claim**<br>(See instruction #2 on reverse side.)<br>3.    **Last four digits of any number which creditor identifies debtor:** _____<br>3a.    **Debtor may have scheduled account as:** _____<br>(See instruction #3a on reverse side.)<br>4.    **Secured Claim** (See instruction #4 on reverse side.)<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br>Nature of property or right of setoff:  ☐ Real Estate    ☐ Motor Vehicle    ☐ Other<br><br>Describe: _____<br><br>Value of Property: $ _____    Annual Interest Rate _____%<br>Amount of arrearage and other charges as of time case filed included in secured claim, if any:<br>$ _____    Basis for perfection: _____<br>**Amount of Secured Claim: $** _____    **Amount Unsecured: $** _____ | 5.    **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**<br><br>Specify the priority of the claim:<br><br>☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).<br>☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507(a)(4)<br>☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(5)<br>☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507(a)(7)<br>☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507(a)(8)<br>☐ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(__).<br><br>**Amount entitles to priority:**<br><br>$ _____ |
| 6.    **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):**<br>$ _____<br>(See instruction #6 on reverse side.) | |
| 7.    **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.<br>8.    **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. *(See definition of "redacted" on reverse side.)* If the documents are voluminous, attach a summary.<br>**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**<br>If the documents are not available, please explain: See Statement of Claim | FOR COURT USE ONLY |
| Date:<br><br>Oct. 20, 2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

Items to be completed in Proof of Claim form.

**Name of Debtor, and Case Number:**

Fill in the name of the Debtor in the bankruptcy case, and the bankruptcy case number

| | | | |
|---|---|---|---|
| 08-13555 | Lehman Brothers Holdings Inc | 08-13905 | CES Aviation LLC |
| 08-13600 | LB 745 LLC | 08-13906 | CES Aviation V LLC |
| 08-13885 | Lehman Brothers Commodity Services Inc. | 08-13907 | CES Aviation IX LLC |
| 08-13888 | Lehman Brothers Special Financing Inc. | 08-13908 | East Dover Limited |
| 08-13893 | Lehman Brothers OTC Derivatives Inc. | 09-10108 | Luxembourg Residential Properties Loan Finance S.a.r.l. |
| 08-13899 | Lehman Brothers Derivative Products Inc. | 09-10137 | BNC Mortgage LLC |
| 08-13900 | Lehman Commercial Paper Inc | 09-10558 | Structured Asset Securities Corporation |
| 08-13901 | Lehman Brothers Commercial Corporation | 09-10560 | LB Rose Ranch LLC |
| 08-13902 | Lehman Brothers Financial Products Inc. | 09-12516 | LB 2080 Kalakaua Owners LLC |
| 08-13904 | Lehman Scottish Finance L P | 08-13664 | PAMI Statler Arms LLC |

If your Claim is against multiple Debtors, complete a separate form for each Debtor

**Creditor's Name and Address:**

Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**1. Amount of Claim as of Date Case Filed:**

State the total amount owed to the creditor on the date of the Bankruptcy filing Follow the instructions concerning whether to complete items 4, 5 and 6 Check the box if interest or other charges are included in the claim

**2. Basis for Claim:**

State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**

State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor

**3a. Debtor May Have Scheduled Account As:**

Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor

**4. Secured Claim:**

Check the appropriate box and provide the requested information if the claim is fully or partially secured Skip this section if the claim is entirely unsecured (See DEFINITIONS, below ) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**

If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority (See DEFINITIONS, below ) A claim may be partly priority and partly non-priority For example, in some of the categories, the law limits the amount entitled to priority

**6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9)**

State the value of any goods received by the debtor within 20 days before the date of commencement in which the goods have been sold to the debtor in the ordinary course of the debtor's business

**7. Credits:**

An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt

**8. Documents:**

Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt You may also attach a summary You must also attach copies of documents that evidence perfection of any security interest You may also attach a summary FRBP 3001(c) and (d) Do not send original documents, as attachments may be destroyed after scanning

**Date and Signature:**

The person filing this proof of claim must sign and date it FRBP 9011 If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature Print the name and title, if any, of the creditor or other person authorized to file this claim State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices Attach a complete copy of any power of attorney Criminal penalties apply for making a false statement on a proof of claim

---

**_____DEFINITIONS_____**

**Debtor**

A debtor is the person, corporation, or other entity that has filed a bankruptcy case

**Creditor**

A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing

**Claim**

A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing See II USC §101 (5) A claim may be secured or unsecured

**Proof of Claim**

A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing The creditor must file the form with the Claims Agent at the following address

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150- 5076

**Secured Claim Under II U.S.C. §506(a)**

A secured claim is one backed by a lien on property of the debtor The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors The amount of the secured claim cannot exceed the value of the property Any amount owed to the creditor in excess of the value of the property is an unsecured claim Examples of liens on property include a mortgage on real estate or a security Interest in a car A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding In some states, a court judgment is a lien A claim also may be secured if the creditor owes the debtor money (has a right to setoff)

**Unsecured Claim**

An unsecured claim is one that does not meet the requirements of a secured claim A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien

**Claim Entitled to Priority Under II U.S.C. §507(a)**

Priority claims are certain categories of unsecured Claims that are paid from the available money or property in a bankruptcy case before other unsecured claims

**Redacted**

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information A creditor should redact and use only the last four digits of any social-security, individual's tax identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth

**Evidence of Perfection**

Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded

**Derivative Contract**

A contract that is any of (i) a "swap agreement" as such term is defined in section 101(53B) of the Bankruptcy Code or (ii) a "forward contract" as such term is defined in section 101(25) of the Bankruptcy Code A cash-market purchase or sale of a security or loan (i e any purchase or sale of a security or loan for settlement within the standard settlement cycle for the relevant market), exchange-traded future or option, securities loan transaction, repurchase agreement in respect of securities or loans, and any guarantee or reimbursement obligations which would otherwise be included in the definition of such terms in the Bankruptcy Code shall not be considered a Derivative Contract for the purposes of this definition nor shall any notes, bonds, or other securities issued by the Debtors or their affiliates (including, but not limited to, Lehman Brothers Holdings Inc , Lehman Brothers Treasury Co B V , Lehman Brothers Bankhaus AG, Lehman Brothers Holdings plc, Lehman Brothers Securities N V , and Lehman Brothers (Luxembourg) Equity Finance S A )

**Guarantee**

A promise, representation or agreement to answer for the payment of some debt or the performance of some duty in cast of the failure of another person or entity who is liable in the first instance

**_____INFORMATION_____**

**Acknowledgment of Filing of Claim**

To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http //www.lehman-docket.com) to view your filed proof of claim

**Offers to Purchase a Claim**

Certain entities are in the business of purchasing claims for an amount less than the face value of the claims One or more of these entities may contact the creditor and offer to purchase the claim Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor, These entities do not represent the bankruptcy court or the debtor The creditor has no obligation to sell its claim However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U S C § 101 *et seq.*), and any applicable orders of the bankruptcy court.

## STATEMENT OF CLAIM
### (Amount and Basis for Claim)

Claimant Sante Fe Partners, LLC, on behalf of the Anasazi Market Neutral LP (hereinafter, the "Fund"), for its claim against Lehman Brothers Holdings Inc. ("LBHI") states the following:

The Fund maintained a brokerage account with Lehman Brothers Inc. ("LBI") numbered 5602083. Pursuant to a Customer Account Agreement Prime Brokerage entered into between the Fund and LBI (the "Prime Brokerage Agreement"), a brokerage account (the "LBI Account") was to be opened and maintained at LBI and LBI was to serve as the Fund's primary broker. LBI led the Fund to believe that LBI would maintain the account, and that the Fund's securities would remain in the possession or control of LBI.

The Fund also entered into a Margin Lending Agreement ("MLA") and a Global Master Securities Lending Agreement ("GMSLA"), with Lehman Brothers International Europe ("LBIE"). Pursuant to these agreements, LBIE agreed to loan securities to the Fund from time to time to satisfy the Fund's payment or delivery obligations under the Prime Brokerage Agreement. As contemplated, the Fund would acquire long positions by purchasing securities (through LBI as broker) on various exchanges and holding those securities in the LBI Account. The Fund would also acquire short positions by borrowing from LBIE pursuant to the MLA and GMSLA and selling such securities (through LBI as broker) on various exchanges.

The MLA and GMSLA purported to permit the transfer from the LBI Account to LBIE of sufficient securities or cash necessary to collateralize the Fund's borrowing of securities from LBIE. Based on the MLA, GMSLA and other information, the Fund believed that any securities or cash not necessary to collateralize the borrowings would be maintained in LBI's custody or control in the LBI Account. However, LBIE held and maintained all of the Fund's securities and cash.

LBIE is currently in an administration proceeding in Europe. Prior to the commencement of the administration proceeding and unbeknownst to the Fund, LBIE rehypothecated certain of the Fund's securities.

The Fund filed a claim against LBIE in the administration proceeding for the return of the Fund's unrehypothecated long securities (such securities, the "Unrehypothecated Securities"). The Unrehypothecated Securities (by reference to the closing mid-market price on the date of transfer of such securities) have a value of $195,917.80. To the extent that the Unrehypothecated Securities do not have a cumulative value of $195,917.80, then the Fund seeks the transfer of a sum that, when added to the value of the Unrehypothecated Securities in the possession of LBIE, equals $195,917.80.

LBHI, by the Unanimous Written Consent of the Executive Committee of the Board of the Directors of Lehman Brothers Holdings Inc., dated June 9, 2005 ("Written Consent of the Executive Committee"), resolved to fully guarantee the payment of all liabilities, obligations and commitments of certain LBHI subsidiaries including LBIE.

Accordingly, the Fund files this proof of claim against LBHI as a guarantor of LBIE's obligations in the amount of $195,917.80.

The Fund will complete a guarantee questionnaire and upload documents supporting its claim against LBHI, including copies of the Prime Brokerage Agreement, MLA, GMSLA, LBIE Administration Claim, Written Consent of the Executive Committee, and spreadsheets supporting the Fund's analysis of its long and short positions as well as the amount owing to the Fund by LBIE, to www.lehman-claims.com on or before October 22, 2009.

THE FUND RESERVES ALL RIGHTS IT MAY NOW OR AT ANY TIME HEREAFTER HAVE AGAINST EACH DEBTOR IN THIS BANKRUPTCY CASE OR ANY OTHER PERSON. THIS CLAIM IS NOT INTENDED TO BE, AND SHALL NOT BE CONSTRUED AS: (1) AN ELECTION OF REMEDIES; OR (2) A WAIVER OF, OR LIMITATION ON, ANY RIGHTS, REMEDIES, CLAIMS OR INTERESTS OF THE FUND.

THE FUND RESERVES ANY AND ALL RIGHTS WITH RESPECT TO THIS CLAIM, INCLUDING, BUT NOT LIMITED TO, THE RIGHT TO SUPPLEMENT OR AMEND THIS PROOF OF CLAIM, IN ANY MANNER AND FOR ANY PURPOSE, AFTER THE LAST DATE SET FOR FILING CLAIMS IN THIS PROCEEDING.   THE FUND FURTHER RESERVES ITS RIGHT TO SEEK ADMINISTRATIVE EXPENSE PRIORITY FOR ALL OR ANY PORTION OF THIS CLAIM.