# Exhibit C

**CLAIM FORM FILING CONFIRMATION**

Your claim form was successfully filed on 10/22/2009 at 3:11 PM Central. Please print this page as proof of your filing.

Santa Fe Master Fund SPC faobo Anasazi Systematic Long Short B, Segregated Portfolio
Santa Fe Partners LLC
Faegre & Benson LLP
c/o C.J. Harayda
2200 Wells Fargo Center
90 South Seventh St.
Minneapolis, MN 55402 UNITED STATES

| | |
|---|---|
| Name of Debtor, or other entity, against which you have a direct claim (the "Obligor") | Lehman Brothers International (Europe) |

If such Obligor is in a bankruptcy or insolvency proceeding, administration, receivership, conservatorship, liquidation or similar proceeding (and is not a Debtor in these chapter 11 cases), please provide the proof of claim and any attachments thereto filed against such Obligor or describe the claim against such Obligor if a proof of claim has not yet been filed.

| Documents |
|---|
| 5602794 Net Position Spreadsheet.pdf |
| 5602794 Portfolio Summary Spreadsheet.pdf |
| 5602794 LBIE Administration Proof of Claim.pdf |
| 5602794 Termination Letter.pdf |
| 5602794 Prime Brokerage Agreement, MLA, and GMSLA.pdf |
| 5602794 Rehypothecation Spreadsheet.pdf |
| 5602794 Unrehypothecated Securities Spreadsheet.pdf |

List the agreement(s) under which your claim arises against the Obligor and, unless you have uploaded information in compliance with question 4a of the Derivative Questionnaire, provide documentation evidencing your claim and supporting the calculation of the claim amount.

| Documents |
|---|
| 5602794 Portfolio Summary Spreadsheet.pdf |
| 5602794 LBIE Administration Proof of Claim.pdf |
| 5602794 Net Position Spreadsheet.pdf |
| 5602794 Rehypothecation Spreadsheet.pdf |
| 5602794 Prime Brokerage Agreement, MLA, and GMSLA.pdf |

| | |
|---|---|
| Amount of claim against Obligor | $44,318,092.62 |
| Name of Debtor that guarantees the payment/obligations of the Obligor against which you have a direct claim (the "Guarantor"): | Lehman Brothers Holdings Inc. (08-13555) |

Please upload the specific promise, representation and/or agreement(s) (including any corporate resolutions) under which your claim arises against the Guarantor and describe the obligations/performance that is guaranteed. If you do not have possession of such document, please upload a written explanation of such guarantee in reasonable detail. You do not need to comply with this question if you have uploaded information in compliance with question 4a of the Derivative Questionnaire.

| Documents |
|---|
| Written Consent of the Executive Committee_Guarantee.pdf |
| Note_from_LBHI.pdf |

| Please upload the specific promise, representation and/or agreement(s) (including any corporate resolutions) under which your claim arises against the Guarantor and describe the obligations/performance that is guaranteed. If you do not have possession of such document, please upload a written explanation of such guarantee in reasonable detail. You do not need to comply with this question if you have uploaded information in compliance with question 4a of the Derivative Questionnaire. | Lehman Brothers Holdings Inc. absolutely and unconditionally guarantees the payment by Lehman Brothers International (Europe) of all liabilities, obligations, and commitments pursuant to the attached documents. |
|---|---|

**Documents**
Written Consent of the Executive Committee_Guarantee.pdf
Note_from_LBHI.pdf

Amount of claim against the Guarantor                               $44,318,092.62

**CLAIM FORM FILING CONFIRMATION**

Your claim form was successfully filed on 10/22/2009 at 3:07 PM Central. Please print this page as proof of your filing.

Santa Fe Master Fund SPC faobo Anasazi Systematic European Long Short C , Segregated Portfolio
Santa Fe Partners LLC
Faegre & Benson LLP
c/o C.J. Harayda
2200 Wells Fargo Center
90 South Seventh St
Minneapolis, MN 55402 UNITED STATES

| | |
|---|---|
| Name of Debtor, or other entity, against which you have a direct claim (the "Obligor") | Lehman Brothers International (Europe) |

If such Obligor is in a bankruptcy or insolvency proceeding, administration, receivership, conservatorship, liquidation or similar proceeding (and is not a Debtor in these chapter 11 cases), please provide the proof of claim and any attachments thereto filed against such Obligor or describe the claim against such Obligor if a proof of claim has not yet been filed.

| Documents |
|---|
| 5604271 Portfolio Summary Spreadsheet.pdf |
| 5604271 LBIE Adminsitration Proof of Claim.pdf |
| 5604271 Net Position Spreadsheet.pdf |
| 5604271 Termination Letter.pdf |
| 5604271 Prime Brokerage Agreement, MLA, and GMSLA.pdf |
| 5604271 Rehypothecation Spreadsheet.pdf |
| 5604271 Unrehypothecated Securities Spreadsheet.pdf |

List the agreement(s) under which your claim arises against the Obligor and, unless you have uploaded information in compliance with question 4a of the Derivative Questionnaire, provide documentation evidencing your claim and supporting the calculation of the claim amount.

| Documents |
|---|
| 5604271 Portfolio Summary Spreadsheet.pdf |
| 5604271 LBIE Adminsitration Proof of Claim.pdf |
| 5604271 Net Position Spreadsheet.pdf |
| 5604271 Rehypothecation Spreadsheet.pdf |
| 5604271 Prime Brokerage Agreement, MLA, and GMSLA.pdf |

| | |
|---|---|
| Amount of claim against Obligor | $36,130,062.88 |
| Name of Debtor that guarantees the payment/obligations of the Obligor against which you have a direct claim (the "Guarantor"): | Lehman Brothers Holdings Inc. (08-13555) |

Please upload the specific promise, representation and/or agreement(s) (including any corporate resolutions) under which your claim arises against the Guarantor and describe the obligations/performance that is guaranteed. If you do not have possession of such document, please upload a written explanation of such guarantee in reasonable detail. You do not need to comply with this question if you have uploaded information in compliance with question 4a of the Derivative Questionnaire.

| Documents |
|---|
| Written Consent of the Executive Committee_Guarantee.pdf |
| Note_from_LBHI.pdf |

| Please upload the specific promise, representation and/or agreement(s) (including any corporate resolutions) under which your claim arises against the Guarantor and describe the obligations/performance that is guaranteed. If you do not have possession of such document, please upload a written explanation of such guarantee in reasonable detail. You do not need to comply with this question if you have uploaded information in compliance with question 4a of the Derivative Questionnaire. | Lehman Brothers Holdings Inc. absolutely and unconditionally guarantees the payment by Lehman Brothers International (Europe) of all liabilities, obligations, and commitments pursuant to the attached documents. |

| Documents |
|---|
| Written Consent of the Executive Committee_Guarantee.pdf |
| Note_from_LBHI.pdf |

Amount of claim against the Guarantor              $36,130,062.88

**CLAIM FORM FILING CONFIRMATION**

Your claim form was successfully filed on 10/22/2009 at 3:04 PM Central. Please print this page as proof of your filing.

Santa Fe Master Fund SPC faobo Anasazi Japanese Systematic Long Short D, Segregated Portfolio
Santa Fe Partners LLC
Faegre & Benson LLP
c/o C.J. Harayda
2200 Wells Fargo Center
90 South Seventh St.
Minneapolis, MN 55402 UNITED STATES

| | |
|---|---|
| Name of Debtor, or other entity, against which you have a direct claim (the "Obligor") | Lehman Brothers International (Europe) |

If such Obligor is in a bankruptcy or insolvency proceeding, administration, receivership, conservatorship, liquidation or similar proceeding (and is not a Debtor in these chapter 11 cases), please provide the proof of claim and any attachments thereto filed against such Obligor or describe the claim against such Obligor if a proof of claim has not yet been filed.

| Documents |
|---|
| 5604272 Portfolio Summary Spreadsheet.pdf |
| 5604272 LBIE Administration Proof of Claim.pdf |
| 5604272 Net Position Summary Spreadsheet.pdf |
| 5604272 Termination Letter.pdf |
| 5604272 Prime Brokerage Agreement, MLA, and GMSLA.pdf |
| 5604272 Rehypothecation Spreadsheet.pdf |
| 5604272 Unrehypothecated Securities Spreadsheet.pdf |

List the agreement(s) under which your claim arises against the Obligor and, unless you have uploaded information in compliance with question 4a of the Derivative Questionnaire, provide documentation evidencing your claim and supporting the calculation of the claim amount.

| Documents |
|---|
| 5604272 Portfolio Summary Spreadsheet.pdf |
| 5604272 LBIE Administration Proof of Claim.pdf |
| 5604272 Net Position Summary Spreadsheet.pdf |
| 5604272 Rehypothecation Spreadsheet.pdf |
| 5604272 Prime Brokerage Agreement, MLA, and GMSLA.pdf |

| | |
|---|---|
| Amount of claim against Obligor | $54,065,224.87 |
| Name of Debtor that guarantees the payment/obligations of the Obligor against which you have a direct claim (the "Guarantor"): | Lehman Brothers Holdings Inc. (08-13555) |

Please upload the specific promise, representation and/or agreement(s) (including any corporate resolutions) under which your claim arises against the Guarantor and describe the obligations/performance that is guaranteed. If you do not have possession of such document, please upload a written explanation of such guarantee in reasonable detail. You do not need to comply with this question if you have uploaded information in compliance with question 4a of the Derivative Questionnaire.

| Documents |
|---|
| Written Consent of the Executive Committee_Guarantee.pdf |
| Note_from_LBHI.pdf |

| Please upload the specific promise, representation and/or agreement(s) (including any corporate resolutions) under which your claim arises against the Guarantor and describe the obligations/performance that is guaranteed. If you do not have possession of such document, please upload a written explanation of such guarantee in reasonable detail. You do not need to comply with this question if you have uploaded information in compliance with question 4a of the Derivative Questionnaire. | Lehman Brothers Holdings Inc. absolutely and unconditionally guarantees the payment by Lehman Brothers International (Europe) of all liabilities, obligations, and commitments pursuant to the attached documents. |
|---|---|

**Documents**

Written Consent of the Executive Committee_Guarantee.pdf

Note_from_LBHI.pdf

Amount of claim against the Guarantor         $54,065,224.87

**CLAIM FORM FILING CONFIRMATION**

Your claim form was successfully filed on 10/22/2009 at 3:01 PM Central. Please print this page as proof of your filing.

| Santa Fe Master Fund SPC faobo Anasazi Systematic European Long Short E, Segregated Portfolio |
| Santa Fe Partners LLC |
| Faegre & Benson LLP |
| c/o C.J. Harayda |
| 2200 Wells Fargo Center |
| 90 South Seventh St |
| Minneapolis, MN 55402 UNITED STATES |

| Name of Debtor, or other entity, against which you have a direct claim (the "Obligor") | Lehman Brothers International (Europe) |

If such Obligor is in a bankruptcy or insolvency proceeding, administration, receivership, conservatorship, liquidation or similar proceeding (and is not a Debtor in these chapter 11 cases), please provide the proof of claim and any attachments thereto filed against such Obligor or describe the claim against such Obligor if a proof of claim has not yet been filed.

| Documents |
| --- |
| 5604273 Portfolio Summary Spreadsheet.pdf |
| 5604273 LBIE Adminsitration Proof of Claim.pdf |
| 5604273 Net Position Summary Spreadsheet.pdf |
| 5604273 Termination Letter.pdf |
| 5604273 Prime Brokerage Agreement, MLA, GMSLA.pdf |
| 5604273 Rehypothecation Spreadsheet.pdf |
| 5604273 Unrehyothecated Secutiries Spreadsheet.pdf |

List the agreement(s) under which your claim arises against the Obligor and, unless you have uploaded information in compliance with question 4a of the Derivative Questionnaire, provide documentation evidencing your claim and supporting the calculation of the claim amount.

| Documents |
| --- |
| 5604273 Portfolio Summary Spreadsheet.pdf |
| 5604273 LBIE Adminsitration Proof of Claim.pdf |
| 5604273 Net Position Summary Spreadsheet.pdf |
| 5604273 Prime Brokerage Agreement, MLA, GMSLA.pdf |
| 5604273 Rehypothecation Spreadsheet.pdf |

| Amount of claim against Obligor | $18,660,104.69 |

| Name of Debtor that guarantees the payment/obligations of the Obligor against which you have a direct claim (the "Guarantor"): | Lehman Brothers Holdings Inc. (08-13555) |

Please upload the specific promise, representation and/or agreement(s) (including any corporate resolutions) under which your claim arises against the Guarantor and describe the obligations/performance that is guaranteed. If you do not have possession of such document, please upload a written explanation of such guarantee in reasonable detail. You do not need to comply with this question if you have uploaded information in compliance with question 4a of the Derivative Questionnaire.

| Documents |
| --- |
| Written Consent of the Executive Committee_Guarantee.pdf |
| Note_from_LBHI.pdf |

| Please upload the specific promise, representation and/or agreement(s) (including any corporate resolutions) under which your claim arises against the Guarantor and describe the obligations/performance that is guaranteed. If you do not have possession of such document, please upload a written explanation of such guarantee in reasonable detail. You do not need to comply with this question if you have uploaded information in compliance with question 4a of the Derivative Questionnaire. | Lehman Brothers Holdings Inc. absolutely and unconditionally guarantees the payment by Lehman Brothers International (Europe) of all liabilities, obligations, and commitments pursuant to the attached documents. |
|---|---|

**Documents**
Written Consent of the Executive Committee_Guarantee.pdf
Note_from_LBHI.pdf

Amount of claim against the Guarantor        $18,660,104.69

**CLAIM FORM FILING CONFIRMATION**

Your claim form was successfully filed on 10/22/2009 at 2:58 PM Central. Please print this page as proof of your filing.

Santa Fe Master Fund SPC faobo Anasazi Systematic Japanese Long Short F, Segregated Portfolio
Santa Fe Partners LLC
Faegre & Benson LLP
c/o C.J. Harayda
2200 Wells Fargo Center
90 South Seventh St.
Minneapolis, MN 55402 UNITED STATES

| | |
|---|---|
| Name of Debtor, or other entity, against which you have a direct claim (the "Obligor") | Lehman Brothers International (Europe) |

If such Obligor is in a bankruptcy or insolvency proceeding, administration, receivership, conservatorship, liquidation or similar proceeding (and is not a Debtor in these chapter 11 cases), please provide the proof of claim and any attachments thereto filed against such Obligor or describe the claim against such Obligor if a proof of claim has not yet been filed.

| Documents |
|---|
| 5604274 Portfolio Summary Spreadsheet.pdf |
| 5604274 LBIE Administration Proof of Claim.pdf |
| 5604274 Net Position Spreadsheet.pdf |
| 5604274 Termination Letter.pdf |
| 5604274 Prime Brokerage Agreement, MLA and GMSLA.pdf |
| 5604274 Rehypothecation Spreadsheet.pdf |
| 5604274 Unrehypothecated Securities Spreadsheet.pdf |

List the agreement(s) under which your claim arises against the Obligor and, unless you have uploaded information in compliance with question 4a of the Derivative Questionnaire, provide documentation evidencing your claim and supporting the calculation of the claim amount.

| Documents |
|---|
| 5604274 LBIE Administration Proof of Claim.pdf |
| 5604274 Net Position Spreadsheet.pdf |
| 5604274 Portfolio Summary Spreadsheet.pdf |
| 5604274 Prime Brokerage Agreement, MLA and GMSLA.pdf |
| 5604274 Rehypothecation Spreadsheet.pdf |

| | |
|---|---|
| Amount of claim against Obligor | $18,247,355.09 |
| Name of Debtor that guarantees the payment/obligations of the Obligor against which you have a direct claim (the "Guarantor"): | Lehman Brothers Holdings Inc. (08-13555) |

Please upload the specific promise, representation and/or agreement(s) (including any corporate resolutions) under which your claim arises against the Guarantor and describe the obligations/performance that is guaranteed. If you do not have possession of such document, please upload a written explanation of such guarantee in reasonable detail. You do not need to comply with this question if you have uploaded information in compliance with question 4a of the Derivative Questionnaire.

| Documents |
|---|
| Written Consent of the Executive Committee_Guarantee.pdf |
| Note_from_LBHI.pdf |

| Please upload the specific promise, representation and/or agreement(s) (including any corporate resolutions) under which your claim arises against the Guarantor and describe the obligations/performance that is guaranteed. If you do not have possession of such document, please upload a written explanation of such guarantee in reasonable detail. You do not need to comply with this question if you have uploaded information in compliance with question 4a of the Derivative Questionnaire. | Lehman Brothers Holdings Inc. absolutely and unconditionally guarantees the payment by Lehman Brothers International (Europe) of all liabilities, obligations, and commitments pursuant to the attached documents. |

| Documents |
| --- |
| Written Consent of the Executive Committee_Guarantee.pdf |
| Note_from_LBHI.pdf |

Amount of claim against the Guarantor                                $18,247,355.09

**CLAIM FORM FILING CONFIRMATION**

Your claim form was successfully filed on 10/22/2009 at 3:26 PM Central. Please print this page as proof of your filing.

Santa Fe Partners LLC faobo Anasazi Systematic Long Short LP
Santa Fe Partners LLC
Faegre & Benson LLP
c/o C.J. Harayda
2200 Wells Fargo Center
90 South Seventh St.
Minneapolis, MN 55402 UNITED STATES

| | |
|---|---|
| Name of Debtor, or other entity, against which you have a direct claim (the "Obligor") | Lehman Brothers International (Europe) |

If such Obligor is in a bankruptcy or insolvency proceeding, administration, receivership, conservatorship, liquidation or similar proceeding (and is not a Debtor in these chapter 11 cases), please provide the proof of claim and any attachments thereto filed against such Obligor or describe the claim against such Obligor if a proof of claim has not yet been filed.

| Documents |
|---|
| 5602081 Portfolio Summary Spreadsheet.pdf |
| 5602081 LBIE Administration Proof of Claim.pdf |
| 5602081 Net Position Spreadsheet.pdf |
| 5602081 Termination Letter.pdf |
| 5602081 Prime Brokerage Agreement, MLA, GMSLA.pdf |

List the agreement(s) under which your claim arises against the Obligor and, unless you have uploaded information in compliance with question 4a of the Derivative Questionnaire, provide documentation evidencing your claim and supporting the calculation of the claim amount.

| Documents |
|---|
| 5602081 LBIE Administration Proof of Claim.pdf |
| 5602081 Net Position Spreadsheet.pdf |
| 5602081 Portfolio Summary Spreadsheet.pdf |
| 5602081 Prime Brokerage Agreement, MLA, GMSLA.pdf |
| 5602081 Certificate of Amendment SF-Anasazi LP Fund.pdf |

| | |
|---|---|
| Amount of claim against Obligor | $1,737,579.05 |
| Name of Debtor that guarantees the payment/obligations of the Obligor against which you have a direct claim (the "Guarantor"): | Lehman Brothers Holdings Inc. (08-13555) |

Please upload the specific promise, representation and/or agreement(s) (including any corporate resolutions) under which your claim arises against the Guarantor and describe the obligations/performance that is guaranteed. If you do not have possession of such document, please upload a written explanation of such guarantee in reasonable detail. You do not need to comply with this question if you have uploaded information in compliance with question 4a of the Derivative Questionnaire.

| Documents |
|---|
| Written Consent of the Executive Committee_Guarantee.pdf |
| Note_from_LBHI.pdf |

| | |
|---|---|
| Please upload the specific promise, representation and/or agreement(s) (including any corporate resolutions) under which your claim arises against the | Lehman Brothers Holdings Inc. absolutely and unconditionally guarantees the payment by Lehman |

Guarantor and describe the obligations/performance that is guaranteed. If you do not have possession of such document, please upload a written explanation of such guarantee in reasonable detail. You do not need to comply with this question if you have uploaded information in compliance with question 4a of the Derivative Questionnaire.

Brothers International (Europe) of all liabilities, obligations, and commitments pursuant to the attached documents.

| Documents |
|---|
| Written Consent of the Executive Committee_Guarantee.pdf |
| Note_from_LBHI.pdf |

Amount of claim against the Guarantor             $1,737,579.05

## CLAIM FORM FILING CONFIRMATION

Your claim form was successfully filed on 10/22/2009 at 3:18 PM Central. Please print this page as proof of your filing.

Santa Fe Master Fund SPC faobo Anasazi Market Neutral 2X, Segregated Portfolio
Santa Fe Partners LLC
Faegre & Benson LLP
c/o C.J. Harayda
2200 Wells Fargo Center
90 South Seventh St
Minneapolis, MN 55402 UNITED STATES

| | |
|---|---|
| Name of Debtor, or other entity, against which you have a direct claim (the "Obligor") | Lehman Brothers International (Europe) |

If such Obligor is in a bankruptcy or insolvency proceeding, administration, receivership, conservatorship, liquidation or similar proceeding (and is not a Debtor in these chapter 11 cases), please provide the proof of claim and any attachments thereto filed against such Obligor or describe the claim against such Obligor if a proof of claim has not yet been filed.

| Documents |
|---|
| 5602085 Portfolio Summary Spreadsheet.pdf |
| 5602085 LBIE Administration Proof of Claim.pdf |
| 5602085 Net Position Spreadsheet.pdf |
| 5602085 Termination Letter.pdf |
| 5602085 Prime Brokerage Agreement, MLA, GMSLA.pdf |
| 5602085 Rehypothecation Spreadsheet.pdf |
| 5602085 Unrehypothecated Long Securities Spreadsheet.pdf |

List the agreement(s) under which your claim arises against the Obligor and, unless you have uploaded information in compliance with question 4a of the Derivative Questionnaire, provide documentation evidencing your claim and supporting the calculation of the claim amount.

| Documents |
|---|
| 5602085 Portfolio Summary Spreadsheet.pdf |
| 5602085 LBIE Administration Proof of Claim.pdf |
| 5602085 Net Position Spreadsheet.pdf |
| 5602085 Rehypothecation Spreadsheet.pdf |
| 5602085 Prime Brokerage Agreement, MLA, GMSLA.pdf |

| | |
|---|---|
| Amount of claim against Obligor | $70,031,817.77 |
| Name of Debtor that guarantees the payment/obligations of the Obligor against which you have a direct claim (the "Guarantor"): | Lehman Brothers Holdings Inc. (08-13555) |

Please upload the specific promise, representation and/or agreement(s) (including any corporate resolutions) under which your claim arises against the Guarantor and describe the obligations/performance that is guaranteed. If you do not have possession of such document, please upload a written explanation of such guarantee in reasonable detail. You do not need to comply with this question if you have uploaded information in compliance with question 4a of the Derivative Questionnaire.

| Documents |
|---|
| Written Consent of the Executive Committee_Guarantee.pdf |
| Note_from_LBHI.pdf |

| Please upload the specific promise, representation and/or agreement(s) (including any corporate resolutions) under which your claim arises against the Guarantor and describe the obligations/performance that is guaranteed. If you do not have possession of such document, please upload a written explanation of such guarantee in reasonable detail. You do not need to comply with this question if you have uploaded information in compliance with question 4a of the Derivative Questionnaire. | Lehman Brothers Holdings Inc. absolutely and unconditionally guarantees the payment by Lehman Brothers International (Europe) of all liabilities, obligations, and commitments pursuant to the attached documents. |
|---|---|

**Documents**
Written Consent of the Executive Committee_Guarantee.pdf
Note_from_LBHI.pdf

Amount of claim against the Guarantor                                    $70,031,817.77

**CLAIM FORM FILING CONFIRMATION**

Your claim form was successfully filed on 10/22/2009 at 3:14 PM Central. Please print this page as proof of your filing.

Santa Fe Master Fund SPC faobo Anasazi Market Neutral 3X, Segregated Portfolio
Santa Fe Partners LLC
Faegre & Benson LLP
c/o C.J. Harayda
2200 Wells Fargo Center
90 South Seventh St.
Minneapolis, MN 55402 UNITED STATES

| | |
|---|---|
| Name of Debtor, or other entity, against which you have a direct claim (the "Obligor") | Lehman Brothers International (Europe) |

If such Obligor is in a bankruptcy or insolvency proceeding, administration, receivership, conservatorship, liquidation or similar proceeding (and is not a Debtor in these chapter 11 cases), please provide the proof of claim and any attachments thereto filed against such Obligor or describe the claim against such Obligor if a proof of claim has not yet been filed.

| Documents |
|---|
| 5602086 Portfolio Summary Spreadsheet.pdf |
| 5602086 LBIE Administraion Proof of Claim.pdf |
| 5602086 Net Position Spreadsheet.pdf |
| 5602086 Rehypothecation Spreadsheet.pdf |
| 5602086 Termination Letter.pdf |
| 5602086 Prime Brokerage Agreement, MLA and GMSLA.pdf |
| 5602086 Unrehypothecated Securities Spreadsheet.pdf |

List the agreement(s) under which your claim arises against the Obligor and, unless you have uploaded information in compliance with question 4a of the Derivative Questionnaire, provide documentation evidencing your claim and supporting the calculation of the claim amount.

| Documents |
|---|
| 5602086 Portfolio Summary Spreadsheet.pdf |
| 5602086 LBIE Administraion Proof of Claim.pdf |
| 5602086 Rehypothecation Spreadsheet.pdf |
| 5602086 Net Position Spreadsheet.pdf |
| 5602086 Prime Brokerage Agreement, MLA and GMSLA.pdf |

| | |
|---|---|
| Amount of claim against Obligor | $6,054,172.72 |
| Name of Debtor that guarantees the payment/obligations of the Obligor against which you have a direct claim (the "Guarantor"): | Lehman Brothers Holdings Inc. (08-13555) |

Please upload the specific promise, representation and/or agreement(s) (including any corporate resolutions) under which your claim arises against the Guarantor and describe the obligations/performance that is guaranteed. If you do not have possession of such document, please upload a written explanation of such guarantee in reasonable detail. You do not need to comply with this question if you have uploaded information in compliance with question 4a of the Derivative Questionnaire.

| Documents |
|---|
| Written Consent of the Executive Committee_Guarantee.pdf |
| Note_from_LBHI.pdf |

| Please upload the specific promise, representation and/or agreement(s) (including any corporate resolutions) under which your claim arises against the Guarantor and describe the obligations/performance that is guaranteed. If you do not have possession of such document, please upload a written explanation of such guarantee in reasonable detail. You do not need to comply with this question if you have uploaded information in compliance with question 4a of the Derivative Questionnaire. | Lehman Brothers Holdings Inc. absolutely and unconditionally guarantees the payment by Lehman Brothers International (Europe) of all liabilities, obligations, and commitments pursuant to the attached documents. |
|---|---|

**Documents**
Written Consent of the Executive Committee_Guarantee.pdf
Note_from_LBHI.pdf

Amount of claim against the Guarantor                                        $6,054,172.72

**CLAIM FORM FILING CONFIRMATION**

Your claim form was successfully filed on 10/22/2009 at 3:24 PM Central. Please print this page as proof of your filing.

Santa Fe Partners LLC faobo Anasazi Market Neutral LP
Santa Fe Partners LLC
Faegre & Benson LLP
c/o C.J. Harayda
2200 Wells Fargo Center
90 South Seventh St.
Minneapolis, MN 55402 UNITED STATES

| | |
|---|---|
| Name of Debtor, or other entity, against which you have a direct claim (the "Obligor") | Lehman Brothers International (Europe) |

If such Obligor is in a bankruptcy or insolvency proceeding, administration, receivership, conservatorship, liquidation or similar proceeding (and is not a Debtor in these chapter 11 cases), please provide the proof of claim and any attachments thereto filed against such Obligor or describe the claim against such Obligor if a proof of claim has not yet been filed.

| Documents |
|---|
| 5602083 LBIE in Administration Proof of Claim.pdf |
| 5602083 Letter of Termination.pdf |
| 5602083 Net Position Spreadsheet.pdf |
| 5602083 Portfolio Summary.pdf |
| 5602083 Prime Brokerage Agreement, MLA, and GMSLA.pdf |

List the agreement(s) under which your claim arises against the Obligor and, unless you have uploaded information in compliance with question 4a of the Derivative Questionnaire, provide documentation evidencing your claim and supporting the calculation of the claim amount.

| Documents |
|---|
| 5602083 Portfolio Summary.pdf |
| 5602083 LBIE in Administration Proof of Claim.pdf |
| 5602083 Net Position Spreadsheet.pdf |
| 5602083 Prime Brokerage Agreement, MLA, and GMSLA.pdf |

| | |
|---|---|
| Amount of claim against Obligor | $195,917.80 |
| Name of Debtor that guarantees the payment/obligations of the Obligor against which you have a direct claim (the "Guarantor"): | Lehman Brothers Holdings Inc. (08-13555) |

Please upload the specific promise, representation and/or agreement(s) (including any corporate resolutions) under which your claim arises against the Guarantor and describe the obligations/performance that is guaranteed. If you do not have possession of such document, please upload a written explanation of such guarantee in reasonable detail. You do not need to comply with this question if you have uploaded information in compliance with question 4a of the Derivative Questionnaire.

| Documents |
|---|
| Written Consent of the Executive Committee_Guarantee.pdf |
| Note_from_LBHI.pdf |

| | |
|---|---|
| Please upload the specific promise, representation and/or agreement(s) (including any corporate resolutions) under which your claim arises against the Guarantor and describe the obligations/performance that is guaranteed. If you | Lehman Brothers Holdings Inc. absolutely and unconditionally guarantees the payment by Lehman Brothers International (Europe) of all |

do not have possession of such document, please upload a written explanation of such guarantee in reasonable detail. You do not need to comply with this question if you have uploaded information in compliance with question 4a of the Derivative Questionnaire.

liabilities, obligations, and commitments pursuant to the attached documents.

| Documents |
|---|
| Written Consent of the Executive Committee_Guarantee.pdf |
| Note_from_LBHI.pdf |

Amount of claim against the Guarantor         $195,917.80