**FAEGRE & BENSON LLP**
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
Michael M. Krauss
Abby E. Wilkinson
Michael F. Doty
Christopher J. Harayda

Attorneys for Santa Fe Partners, LLC;
Santa Fe Partners, LLC for and on behalf of
Anasazi Systematic Long Short LP and
Anasazi Market Neutral LP; and Santa Fe
Master Fund SPC for and on behalf of
Anasazi Market Neutral LP, Segregated
Portfolio, Anasazi Market Neutral 2x,
Segregated Portfolio, Anasazi Market
Neutral 3x, Segregated Portfolio, Anasazi
Systematic Long Short B, Segregated
Portfolio, Anasazi Systematic European
Long Short C, Segregated Portfolio,
Anasazi Japanese Systematic Long Short D,
Segregated Portfolio, Anasazi Systematic
European Long Short E, Segregated
Portfolio and Anasazi Systematic Japanese
Long Short F, Segregated Portfolio

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
                                                                :
In re                                                           :    Chapter 11
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                        :    Case No. 08-13555 (JMP)
                                                                :
                    Debtors                                     :    (Jointly Administered)
                                                                :
----------------------------------------------------------------x

**AFFIDAVIT OF STEPHEN M. MERTZ IN SUPPORT OF SANTA FE PARTNERS,
LLC'S MOTION FOR AN ORDER PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 9006(b)(1) TO TREAT ITS CLAIMS AS TIMELY FILED**

Stephen M. Mertz, being first duly sworn on oath, deposes and states as follows:

1. I am a partner in the law firm of Faegre & Benson LLP ("Faegre & Benson") in Minneapolis, Minnesota, and I am one of the attorneys representing Santa Fe Partners, LLC ("Santa Fe") and certain related funds[1] (collectively, the "Funds" and together with Santa Fe, the "Santa Fe Entities"). I make this affidavit based on my own personal knowledge.

2. On October 12, 2009, Faegre & Benson obtained copies of the following documents from a third party: (1) a board resolution executed by the board of Lehman Brothers Holdings, Inc. ("LBHI") dated as of June 9, 2005 (the "Resolution"), pursuant to which LBHI guaranteed the payment of all liabilities, obligations and commitments of certain of its subsidiaries, including Lehman Brothers International (Europe) ("LB Europe"), and (2) a guarantee executed by LBHI dated as of January 4, 2008 (the "Guarantee" and together with the Resolution, the "Guarantees"), pursuant to which LBHI unconditionally guaranteed all of LB Europe's liabilities, obligations and commitments.

3. Prior to October 12, 2009, neither I nor, to my knowledge, any other attorney at Faegre & Benson had any knowledge of the existence of the Guarantees.

4. On October 14, 2009, I transmitted copies of the Guarantees by electronic mail to James Leatherberry, Managing Partner of Santa Fe Partners, LLC and Director of each of the Funds.

(signature page follows)

---

[1] Each of: Anasazi Systematic Long Short LP and Anasazi Market Neutral LP; and Santa Fe Master Fund SPC for and on behalf of Anasazi Market Neutral 2x, Segregated Portfolio, Anasazi Market Neutral 3x, Segregated Portfolio, Anasazi Systematic Long Short B, Segregated Portfolio, Anasazi Systematic European Long Short C, Segregated Portfolio, Anasazi Japanese Systematic Long Short D, Segregated Portfolio, Anasazi Systematic European Long Short E, Segregated Portfolio and Anasazi Systematic Japanese Long Short F, Segregated Portfolio.

_____
Stephen M. Mertz

Subscribed and sworn to before me
this 16th day of February, 2010.

Jessica Anderson
Notary Public Minnesota
My Commission Expires: 01/31/15

