UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
: 
In re                                                          :   Chapter 11
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :   Case No. 08-13555 (JMP)
                                                               :
                    Debtors.                           :   (Jointly Administered)
                                                               :
------------------------------------------------------------------x

**ORDER PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(b)(1) GRANTING THE SANTA FE ENTITIES' MOTION TO TREAT THEIR CLAIMS AS TIMELY FILED**

Upon consideration of the motion (the "Motion") of Santa Fe Partners, LLC ("Santa Fe") and various funds[1] (collectively, the "Funds" and together with Santa Fe, the "Santa Fe Entities"), pursuant to 11 U.S.C. § 105(a) of the United States Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9006(b)(1), to treat the proofs of claim filed by the Santa Fe Entities (the "Proofs of Claim") as timely filed and for such other relief as the Court may deem just and proper; and based on the Motion, responsive pleadings, arguments of counsel, and the record in this case, and the Court's findings of facts and conclusions of law, if any, being stated on the record in open court:

IT IS HEREBY ORDERED:

(1)     The Motion is granted pursuant to 11 U.S.C. § 105(a) of the United States Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9006(b)(1).

---

[1] Each of: Anasazi Systematic Long Short LP; Anasazi Market Neutral LP; and Santa Fe Master Fund SPC for and on behalf of Anasazi Market Neutral 2x, Segregated Portfolio, Anasazi Market Neutral 3x, Segregated Portfolio, Anasazi Systematic Long Short B, Segregated Portfolio, Anasazi Systematic European Long Short C, Segregated Portfolio, Anasazi Japanese Systematic Long Short D, Segregated Portfolio, Anasazi Systematic European Long Short E, Segregated Portfolio and Anasazi Systematic Japanese Long Short F, Segregated Portfolio.

(2)  The Proofs of Claim shall be treated as timely filed in all respects without prejudice to the rights of the Santa Fe Entities.

(3)  This Court shall retain jurisdiction and hear and determine all matters arising from the implementation of this Order.

Dated: _____, 2010

_____
James M. Peck
United States Bankruptcy Judge