**HAYNES AND BOONE, LLP**
1221 Avenue of the Americas, 26th Floor
New York NY 10020
Telephone: (212) 659-7300
Facsimile: (212) 884-8211
Jonathan Hook (NY Bar# 4187449)

*Attorneys for Parties Listed on Exhibit "A"*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------X

| | | |
|---|---|---|
| In re | : | |
| | : | Chapter 11 |
| | : | |
| Lehman Brothers Holdings Inc., *et al.*, | : | Case No. 08-13555 (JMP) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

-------------------------------------------------------X

**VERIFIED STATEMENT OF COUNSEL PURSUANT TO**
**FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

The law firm of Haynes and Boone, LLP submits the following Verified Statement of Counsel Pursuant to Federal Rule of Bankruptcy Procedure 2019 (the "Verified Statement"):

1.  Haynes and Boone, LLP ("Haynes and Boone") represents each of the creditors listed on the attached **Exhibit A** (the "Creditors") in the above-styled and numbered, jointly administered bankruptcy cases (the "Bankruptcy Cases").

2.  To the best of my knowledge, information, and belief, as of the time of Haynes and Boone's engagement by the Creditors and at all times thereafter, Haynes and Boone did not hold, and does not hold, any claims against, or interests in, the Debtors.

3.  Each of the Creditors had a prepetition relationship with one or more of the Debtors, which relationship has formed the basis of prepetition claims against such Debtors. The specific amounts of the claims held by each of the Creditors are set forth in the respective proofs of claim that have been filed by the Creditors in the Bankruptcy Cases. The Creditors are the

d-1830017

original holders of their respective claims and continue to hold their claims, except as noted in Exhibit A.

4. Each of the Creditors has retained Haynes and Boone to represent their individual interests in connection with the Bankruptcy Cases. Haynes and Boone is representing each of the Creditors individually, and not as a committee of any kind.

5. Haynes and Boone reserves the right to supplement the Verified Statement as necessary.

6. The undersigned certifies that the statements contained in the Verified Statement are true and accurate to the best of the undersigned's knowledge, information and belief.

Dated: February 17, 2010
New York, New York

                  HAYNES AND BOONE, LLP

                  By: /s/ Jonathan Hook
                  Jonathan Hook (NY Bar# 4187449)
                  1221 Avenue of the Americas, 26th Floor
                  New York NY 10020
                  Telephone: (212) 659-7300
                  Facsimile: (212) 884-8211

                  *Attorneys for the Parties Listed on Exhibit "A"*

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing *Verified Statement of Counsel Pursuant to Federal Rule of Bankruptcy Procedure 2019* was served electronically through the Court's ECF System on the parties requesting electronic service and via U.S. Mail, First Class, Postage Prepaid, on the parties listed on the attached Service List on February 17, 2010.

/s/ Jonathan Hook
Jonathan Hook (NY Bar# 4187449)

d-1830017

## SERVICE LIST

Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green, Courtroom 601
New York, NY 10004

**Attorneys for the Debtors**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Lori R. Fife, Esq.,
Shai Y. Waisman, Esq., and
Jacqueline Marcus, Esq.,

**Office of the United States Trustee
for the Southern District of NY**
33 Whitehall Street, 21st Floor
New York, New York, 10004
Attn: Andy Velez-Rivera, Esq.,
Paul Schwartzberg, Esq.,
Brian Masumoto, Esq.,
Linda Riffkin, Esq., and
Tracy Hope Davis, Esq.

**Attorneys for the Official Committee
of Unsecured Creditors**
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York, 10005
Attn: Dennis F. Dunne, Esq.,
Dennis O'Donnell, Esq., and
Evan Fleck, Esq.

**Attorneys for Examiner**
Jenner & Block LLP
Attn: Patrick J. Trostle, Esq.
919 Third Ave., 37th Floor
New York, NY 10022-3908

d-1830017