**Exhibit A**

| Client and Address | Type(s) of Claim | Proof of Claim Number(s)* |
|---|---|---|
| BP Capital Energy Equity Fund Master II, L.P.<br>Attn: G. Michael Boswell<br>8117 Preston Road, Suite 260<br>Dallas, TX 75225 | Termination Agreement and claims transferred to RBS | 66013 (Derivative); 66008 (Guarantee) |
| BP Capital Energy Equity Fund, LP<br>Attn: G. Michael Boswell<br>8117 Preston Road, Suite 260<br>Dallas, TX 75225 | Termination Agreement and claims transferred to RBS | 66015 (Derivative); 66009 (Guarantee) |
| BP Capital Energy Equity International Holdings I, L.P.<br>Attn: G. Michael Boswell<br>8117 Preston Road, Suite 260<br>Dallas, TX 75225 | Termination Agreement and claims transferred to RBS | 66014 (Derivative); 66012 (Guarantee) |
| BP Capital Energy Fund LP<br>Attn: G. Michael Boswell<br>8117 Preston Road, Suite 260<br>Dallas, TX 75225 | Termination Agreement and claims transferred to RBS | 66017 (Derivative); 66011 (Guarantee) |
| T. Boone Pickens<br>Attn: Drew A. Campbell<br>8117 Preston Road, Suite 260<br>Dallas, TX 75225 | Termination Agreement and claims transferred to RBS | 66016 (Derivative); 66010 (Guarantee) |
| Exco Partners Operating Partnership, LP<br>Attn: William L. Boeing, Esq.<br>Vice President and General Counsel<br>12377 Merit Dr., Suite 1700, Lockbox 82<br>Dallas, TX 75251 | Derivative and Guarantee Claims | 16479 (Guarantee); 17292 (Derivative) |
| Florida State Board of Administration<br>Attn: Douglas Bennett<br>Senior Investment Officer, Real Estate<br>1801 Hermitage Boulevard, Suite 100<br>Tallahassee, FL 32308 | Derivative and Guarantee Issues, and Bond Claims | 31214 |

**Exhibit A**

| Client and Address | Type(s) of Claim | Proof of Claim Number(s)* |
|---|---|---|
| Hayman Capital Master Fund, L.P.<br>Hayman Advisors<br>Attn: Christopher Kirkpatrick, General Counsel<br>2101 Cedar Springs Road, Suite 1400<br>Dallas, TX 75201 | Derivative and Guarantee Claims | 17287 (Derivative); 16480 (Guarantee) |
| Steven G. Holder Living Trust<br>2040 Main Street, Suite 800<br>Irvine, CA 92614 | Derivative, Guarantee, Bond and Warrant Claims | 2228 (Warrants); 2950 (Bonds); 16481 (Guarantee); 16482 (Derivative) |
| Stacy Holder<br>2040 Main Street, Suite 800<br>Irvine, CA 92614 | Bond Claims | 2949 |
| American Airlines, Inc.<br>Attn: Manager, Legal Admin<br>4333 Amon Carter Blvd.<br>MD 5675<br>Fort Worth, TX 76155 | Derivative and Guarantee Claims | 17298 (Derivative); 17300 (Guarantee) |
| Highland Credit Strategies Fund<br>Attn: Accounting Department<br>13455 Noel Road, Suite 800<br>Two Galleria Tower<br>Dallas, TX 75240 | Derivative and Guarantee Claims (Termination Agreement Executed) | 16844 (Derivative); 16843 (Guarantee); 16845 (ISDA); 16842 (Guarantee); 16843 (Guarantee) |
| Highland Credit Strategies Master Fund, L.P.<br>Attn: Accounting Department<br>13455 Noel Road, Suite 800<br>Two Galleria Tower<br>Dallas, TX 75240 | Derivative and Guarantee Claims (Termination Agreement Executed), Repo Claim and LMA Claim | 3136 (Repo); 11496 (LMA); 13206 (Derivative); 16840 (Guarantee) |
| Longhorn Credit Funding, LLC<br>Attn: Accounting Department<br>13455 Noel Road, Suite 800<br>Two Galleria Tower<br>Dallas, TX 75240 | LSTA Claim | 4378 |

**Exhibit A**

| Client and Address | Type(s) of Claim | Proof of Claim Number(s)* |
|---|---|---|
| Highland Floating Rate Fund<br>Attn: Accounting Department<br>13455 Noel Road, Suite 800<br>Two Galleria Tower<br>Dallas, TX 75240 | LSTA Claim | 4570 |
| Highland Floating Rate Advantage Fund<br>Attn: Accounting Department<br>13455 Noel Road, Suite 800<br>Two Galleria Tower<br>Dallas, TX 75240 | LMA Claim | 4569 |
| SEI Institutional Investment Trust<br> - Enhanced Income Fund<br>Attn: Accounting Department<br>13455 Noel Road, Suite 800<br>Two Galleria Tower<br>Dallas, TX 75240 | LSTA Claim | 4571 |
| Highland CDO Opportunity Master Fund, L.P.<br>Attn: Accounting Department<br>13455 Noel Road, Suite 800<br>Two Galleria Tower<br>Dallas, TX 75240 | Derivative and Guarantee Claims (Termination Agreement Executed) | 13203 (Derivative); 13205 (Guarantee);16838 (Guarantee (LBI)) |
| Highland Credit Opportunities CDO, L.P.<br>Attn: Accounting Department<br>13455 Noel Road, Suite 800<br>Two Galleria Tower<br>Dallas, TX 75240 | Derivative and Guarantee Claims (Termination Agreement Executed) | 13204 (Derivative); 13202 (Guarantee) |
| Highland Crusader Offshore Partners, L.P.<br>Attn: Accounting Department<br>13455 Noel Road, Suite 800<br>Two Galleria Tower<br>Dallas, TX 75240 | Derivative and Guarantee Claims (Termination Agreement Executed) | 13201 (Derivative); 16839 (Guarantee) |

**Exhibit A**

| Client and Address | Type(s) of Claim | Proof of Claim Number(s)* |
|---|---|---|
| Highland Financial Corporation<br>Attn: Accounting Department<br>13455 Noel Road, Suite 800<br>Two Galleria Tower<br>Dallas, TX 75240 | Guarantee Claim | 16841 |
| Paloma Industries<br>Attn: Mr. Kohichi Yamaura<br>Paloma Industries, Ltd.<br>6-23, Momozono-Cho<br>Mizuho-Ku, Nagoya<br>467-8585<br>Japan | Guarantee Claim | 16846 |
| PI US Holdings<br>Attn: Mr. Kohichi Yamaura<br>Paloma Industries, Ltd.<br>6-23, Momozono-Cho<br>Mizuho-Ku, Nagoya<br>467-8585<br>Japan | Guarantee Claim | 16847 |
| Paloma Industries Nogata Plant Ltd.<br>Attn: Mr. Kohichi Yamaura<br>Paloma Industries, Ltd.<br>6-23, Momozono-Cho<br>Mizuho-Ku, Nagoya<br>467-8585<br>Japan | Foreign Derivative and Guarantee Claims | 16848 (Foreign Derivative/Guarantee); 16849 (Guarantee);  17299 (Guarantee) |
| Alan and Lauren Semple<br>2506 Sara Ridge Lane<br>Katy, TX 77450-5375 | Warrant Claim | 2123 |
| Bruce Witherell<br>c/o Karen Tankersley, SVP<br>Aurora Bank, FSB<br>15305 Dallas Parkway, Colonnade IIIXX Floor<br>Addison, TX 75001 | Indemnity Claim | 16288 |

**Exhibit A**

| Client and Address | Type(s) of Claim | Proof of Claim Number(s)* |
|---|---|---|
| Jeff Schaefer<br>c/o Karen Tankersley, SVP<br>Aurora Bank, FSB<br>15305 Dallas Parkway, Colonnade IIIXX Floor<br>Addison, TX 75001 | Indemnity Claim | 22768 |
| Karl Wood<br>c/o Karen Tankersley, SVP<br>Aurora Bank, FSB<br>15305 Dallas Parkway, Colonnade IIIXX Floor<br>Addison, TX 75001 | Indemnity Claim | 16227 |

*Clients may have filed additional claims for which they are not represented by Haynes and Boone