Barbara Peonio
432 E. Elgin St.
Gilbert, AZ 85295
Email: bkpeonio@yahoo.com

Wilmington Trust Co., as Indenture Trustee
Attn: Ms. Julie J. Becker
50 South Sixth Street; Suite 1290
Drop Code: 1700/Minnesota
Minneapolis, Minnesota 55402-1544

January 30, 2010

Subject: Lehman Brothers Bankruptcy, United States Bankruptcy Court for the Southern District of New York, Case #08-13555

Dear Ms. Becker:

I am included in your claim in the above-captioned bankruptcy proceeding. The Cusip number on my transaction is 5249087A2. It can be found in Appendix D page one of the Proof of Claim.

I purchased $50,000 worth of Reverse Convertibles linked to Schering-Plough (SGP) from Stockcross Financial Services. This was held in Stockcross and issued by Lehman Brothers Holdings Inc. This issue matured on September 14, 2008 which was before Lehman Brothers Holdings Inc. filed for bankruptcy. It should have been issued and not swept into the unsecured debt holders.

This is the only position that matured prior to the bankruptcy. I am not asking for monetary compensation. I am asking for the $50,000 common stock due me under Cusip #5249087A2. I have been trying to resolve this matter for more than a year.

Thank you for your assistance.

Sincerely,

*Barbara Peonio*
Barbara K. Peonio

Cc: The Honorable James M. Peck, U. S. District Court
Ms. Amanda Hendy, Weil, Gotshal & Manges LLP
Mr. Michael Hopkins, Covington & Burling LLP
Mr. Bryan Marsal CEO Lehman Brothers Holdings
Epiq Bankruptcy Solutions LLC
Ms. Allison Clago, Stockcross Financial Services