UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Chapter 11

CASE No.: 08-13555 (JMP)

IN RE:

**LEHMAN BROTHERS HOLDINGS, INC.**, et al

Debtors.

_____/

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Health First, Inc. hereby withdraws its Proof of Claim # 14353 filed September 16, 2009. Notwithstanding the foregoing, all rights related to the underlying claim, including the right to payment are reserved in favor of the Trustee herein.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via U.S. Mail this 11th day of February, 2010 to the following addressees:

James W. Giddens
Trustee for the SIPA Liquidation of Lehman Brothers, Inc.
One Battery Park Plaza
New York, NY 1004-1482

Citibank, N.S., In Its Capacity As Trustee
Bernstein Shur Sawyer & Nelson
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029

Aron Oliner as Chapter 11 Trustee of The Kontrabecki Group
c/o Duane Morris LLP, Suite 2000
1540 Broadway
New York, NY 10036

Wilmington Trust Company, as Indenture Trustee, Attn: Julie J. Becker
50 South Sixth Street, Suite 1290, Drop Code: 1700/Minnesota
Minneapolis, Minnesota 55402-1544

And

Covington & Burling, LLP, Attn: Michael B. Hopkins/Martin E. Beeler
The New York Times Building, 620 Eighth Avenue
New York, NY 10018

ROBERT C. GALLOWAY
Senior VP, Chief Financial Officer
Health First, Inc.
6450 US Highway 1
Rockledge, FL 32955
321.434.4363 Tel
Robert.Galloway@Health-First.Org

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Chapter 11

CASE No.: 08-13555 (JMP)

IN RE:

**LEHMAN BROTHERS HOLDINGS, INC.**, et al

Debtors.
_____/

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Health First, Inc. hereby withdraws its Proof of Claim # 14354 filed September 16, 2009. Notwithstanding the foregoing, all rights related to the underlying claim, including the right to payment are reserved in favor of the Trustee herein.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via U.S. Mail this \\th day of February, 2010 to the following addressees:

James W. Giddens
Trustee for the SIPA Liquidation of Lehman Brothers, Inc.
One Battery Park Plaza
New York, NY 1004-1482

Citibank, N.S., In Its Capacity As Trustee
Bernstein Shur Sawyer & Nelson
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029

Aron Oliner as Chapter 11 Trustee of The Kontrabecki Group
c/o Duane Morris LLP, Suite 2000
1540 Broadway
New York, NY 10036

Wilmington Trust Company, as Indenture Trustee, Attn: Julie J. Becker
50 South Sixth Street, Suite 1290, Drop Code: 1700/Minnesota
Minneapolis, Minnesota 55402-1544

And

Covington & Burling, LLP, Attn: Michael B. Hopkins/Martin E. Beeler
The New York Times Building, 620 Eighth Avenue
New York, NY 10018

/s/ Robert C. Galloway
_____
ROBERT C. GALLOWAY
Senior VP, Chief Financial Officer
Health First, Inc.
6450 US Highway 1
Rockledge, FL 32955
321.434.4363 Tel
Robert.Galloway@Health-First.Org

**Health First**

K Nowakowski Corp/Legal

6450 US Highway 1
Rockledge, Florida 32955

TEMP-RETURN
SERVICE REQUESTED

PRESORTED
FIRST CLASS

[postage indicia]
02 1M     $0
0004282471   FEE
MAILED FROM ZIP CO

ORLANDO FL 328 02/12/10

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

5 ARCWN11 10150