# Exhibit B
**(The Limited Partners)**

US_ACTIVE:\43303299\06\43303299_6.DOC\58399.0003

| Name | % Entitlement to Profit |
|---|---|
| STEPHEN BERSHAD | 0.001016800 |
| COLEMAN BRANDT | 0.000508400 |
| HARRY COHEN | 0.000508400 |
| FRANCIS DE ST. PHALLE | 0.000508400 |
| KARL DEAVERS | 0.000508400 |
| BARBARA DIXON | 0.000508400 |
| STEVE FIELDS | 0.000508400 |
| ALLEN FINKELSON | 0.001016800 |
| CHARLES HETZEL | 0.000508400 |
| SCOTT HIGGINS | 0.000508400 |
| J. TOMILSON HILL | 0.001016800 |
| F. WILLIAM JOYNT | 0.000508400 |
| TED KOHL | 0.001016800 |
| JAMES MANLEY | 0.000508400 |
| PAUL MEJEAN | 0.000508400 |
| DAVID OFFENSEND | 0.000508400 |
| GREGORY SACCO | 0.000508400 |
| JAMES STERN | 0.000508400 |
| ALAN WASHKOWITZ | 0.000508400 |
| HENRY CAUCEGLIA | 0.000510000 |
| PETER DAPUZZO | 0.000510000 |
| ESTATE OF RICHARD H. DARSKY | 0.000510000 |
| EST. OF DWIGHT F. FAULKNER | 0.001019900 |
| ROBERT GREENWALD | 0.000255000 |
| ELIZABETH HICKS | 0.000255000 |
| PHILIP & EILEEN HOBLIN | 0.000510000 |
| F. WILLIAM JOYNT | 0.000510000 |
| WILLIAM KAHN | 0.001530000 |
| DAVID KELLY | 0.000255000 |
| JEFFREY LANE | 0.000510000 |
| JOEL MARGOLIES | 0.000510000 |
| ANTHONY MOTTOLA | 0.000510000 |
| HEATH MCLENDON | 0.000510000 |
| CHARLES & MARGARET NASTRO | 0.000255000 |
| DAVID SCHOENTHAL | 0.000510000 |
| MEL SHAFTEL | 0.000510000 |
| JONATHAN ALCARO | 0.000196900 |
| ED BOUGAS | 0.000196300 |
| RICHARD CLARK | 0.000294800 |
| DWIGHT DOOLAN | 0.000196900 |
| GARY GALLAGHER | 0.000000600 |
| ROBERT GREENWALD | 0.000048900 |
| DAVID HERSHBERG | 0.000048900 |
| WILLIAM KAHN | 0.000000600 |
| BRIAN MOHONEY | 0.000196900 |
| JOEL MARGOLIES | 0.000393300 |
| JOHN MCAULIFFE | 0.000196300 |
| PAUL MCGIBBONS | 0.000097900 |
| PAUL PERKINS | 0.000097900 |
| JOSEPH PLUMERI | 0.000294800 |
| LOU RENZI | 0.000196900 |
| RICHARD SAUNDERS | 0.000196300 |

| Name | % Entitlement to Profit |
| --- | --- |
| HARDWICK SIMMONS | 0.000589600 |
| JAMES VALENTINE | 0.000196300 |
| PHILLIP WAINWRIGHT | 0.000196900 |
| STANLEY WITKOWSKI | 0.000393300 |
| ALBERT BELLAS | 0.000541300 |
| JAMES BORIS | 0.000541300 |
| PETER DAPUZZO | 0.000541300 |
| EST. OF DWIGHT F. FAULKNER | 0.001082500 |
| FRANCIS FRAENKEL | 0.000541300 |
| HERBERT FREIMAN | 0.001082500 |
| RICHARD FULD, JR. | 0.000541300 |
| HENRY GOTTMANN | 0.000541300 |
| DAVID HERSHBERG | 0.000270600 |
| JACK LEHMAN, III | 0.000541300 |
| JOHN LEVY | 0.000541300 |
| SHERMAN LEWIS | 0.000541300 |
| LOUIS LLOYD | 0.000541300 |
| JOHN MCDOUGALL | 0.001082500 |
| GEORGE MURRAY | 0.000541300 |
| KENNETH & JOSIE NATORI | 0.000541300 |
| JOSEPH PLUMERI | 0.000541300 |
| MICHAEL SANTANGELO | 0.000541300 |
| LAWRENCE SAVARESE | 0.000811900 |
| HARDWICK SIMMONS | 0.000541300 |
| ROBERT SMITH | 0.001623800 |
| PHILIP WATERMAN | 0.000541300 |
| MARTHA DUMONT | 0.000270700 |