UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
:
In re                                                         :   Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC., et al.   :   Case No. 08-13555 (JMP)
:
:   Jointly Administered
:
Debtors                                           :
---------------------------------------------------------------x
:
In re                                                         :   Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC.              :   Case No. 08-13555 (JMP)
:
:
:
Debtor                                              :
---------------------------------------------------------------x

### NOTICE OF TRANSFER OF CLAIM
### PURSUANT TO RULE 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE (**Lehman Brothers Holdings Inc., Debtor, Case No. 08-13555**) or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Merrill Lynch Credit Products, LLC | Abaxbank S.p.A. |
|---|---|
| Name of Transferee | Name of Transferor |
| | |
| Proof of Claim Amount | Proof of Claim No. |
| $14,568,878.00 | 16062 |

You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Transferee at the address below.

TRANSFEREE:   Merrill Lynch Credit Products, LLC
Address:            Attn: Gary S. Cohen/Ronal Torok
                        c/o Bank of America Merrill Lynch
                        Bank of America Tower – 3rd Floor
                        One Bryant Park
                        New York, New York 10036
                        Phone: 646-855-7450
                        Fax: 646-736-5233
                        Email: g.cohen@baml.com/ron.torok@baml.com

12890018.1

I declare under penalty of perjury that the information provided in this evidence and notice is true and correct to the best of my knowledge and belief.

**Merrill Lynch Credit Products, LLC**

By: _____  Date: February 18, 2010
Name:  Ronald Torok
Title:    Vice President

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both.* 18 U.S.C. §§ 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM**

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Abaxbank S.p.A.

    Abaxbank S.p.A., a private company organized under the laws of Italy, with offices located at Corso Monforte, 34, Milano, 20122 Italy ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Merrill Lynch Credit Products, LLC, its successors and assigns, with offices located at c/o Bank of America Merrill Lynch, Bank of America Tower, 3rd Floor, One Bryant Park, New York, NY 10036 ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $14,568,878, docketed as Claim No. 16062 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

    Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

    IN WITNESS WHEREOF, dated as of the 16th day of February, 2010.

**ABAXBANK S.p.A.**

WITNESS: Simona Locatelli

By: _____
(Signature of authorized corporate officer)

Name: Simona Locatelli
Title: Head of Legal Department

Name: Rossano Zanichelli
Title: Head of Global Markets
Tel.: ++39 02 77426782

**MERRILL LYNCH CREDIT PRODUCTS, LLC**

WITNESS: _____
(Signature)

By: _____
(Signature of authorized corporate officer)

Name: Gary S. Cohen
Title:
(Print name and title of witness)

Name: Ron Torok
Title: Director
Tel.: 646-855-7450

-11-