WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
:
**In re**                                          :   **Chapter 11 Case No.**
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,       :   **08-13555 (JMP)**
                                                   :
           Debtors.                                :   **(Jointly Administered)**
                                                   :
------------------------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON FEBRUARY 19, 2010 AT 10:00 A.M.**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

**I.   UNCONTESTED MATTERS:**

1.   Motion of the Debtors and Certain Creditors to Clarify or Amend the Debtors' Supplemental Notice and the Bar Date Order with Respect to Claims Relating to the Lehman Programs Securities Issued by LBHI **[Docket No. 6858]**

     Response Deadline:   February 5, 2010 at 4:00 p.m.

     Responses Received:  None.

     Related Documents:

          A.   Notice of Revised Proposed Order Clarifying the Debtors' Supplemental Notice and the Bar Date Order with Respect to Claims Relating to Lehman Programs Securities Issued by LBHI **[Docket No. 7154]**

     Status: This matter is going forward.

II. **CONTESTED MATTERS:**

2.  Debtor's Motion Pursuant to Section 363 of the Bankruptcy Code and Bankruptcy Rule 6004 for Authorization to Prepay Notes Issued by Variable Funding Trusts **[Docket No. 6713]**

    Response Deadline:   February 3, 2010 at 4:00 p.m.

    Responses Received:

        A.   Objection of William Kuntz III **[Docket No. 6994]**

    Related Documents:

        B.   Debtors' Reply to Objection of William Kuntz III **[Docket No. 7163]**

    Status:  This matter is going forward.

3.  Motion of Lehman Brothers Holdings Inc. Pursuant to Section 105(a) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9019 for Authority to Compromise Certain Claims Pursuant to Deed in Lieu of Foreclosure Agreement **[Docket No. 6714]**

    Response Deadline:   February 3, 2010 at 4:00 p.m.

    Responses Received:

        A.   Objection of William Kuntz III **[Docket No. 6994]**

    Related Documents:

        B.   Supplement to Debtors' Motion, Pursuant to Section 105(a) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9019 for Authority to Compromise Certain Claims Pursuant to Deed in Lieu of Foreclosure Agreement **[Docket No. 7156]**

        C.   Debtors' Reply to Objection of William Kuntz III **[Docket No. 7163]**

    Status:  This matter is going forward.

**III.    ADVERSARY PROCEEDINGS**

    4.    Lehman Brothers Special Financing, Inc. v. BNY Corporate Trustee Services Limited **[Case No. 09-01242]**

    **Status Conference**

    Related Documents:

        A.    Memorandum Decision Signed on 1/25/10 Granting Motion for Summary Judgment and Declaring Applicable Payment Priorities **[Docket No. 86]**

        B.    Scheduling Order Regarding Status Conference **[Docket No. 87]**

    Status: This matter is going forward.

Dated: February 18, 2010
       New York, New York

                      /s/ Harvey R. Miller
                      Harvey R. Miller

                      WEIL, GOTSHAL & MANGES LLP
                      767 Fifth Avenue
                      New York, New York 10153
                      Telephone:  (212) 310-8000
                      Facsimile:   (212) 310-8007

                      Attorneys for Debtors
                      and Debtors in Possession