UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
                                                                :
In re                                                           :        Chapter 11 Case No.
                                                                :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                    :        08-13555 (JMP)
                                                                :
                    Debtors.                                    :        (Jointly Administered)
                                                                :
-----------------------------------------------------------------------x        Ref. Docket No. 7129

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 16, 2010, I caused to be served the "Notice of Proposed Sale of *De Minimis* Assets Pursuant to *De Minimis* Asset Sale Procedures," dated February 16, 2010 [Docket No. 7129], by causing true and correct copies to be:

    a) delivered by facsimile to those parties listed on the attached <u>Exhibit A</u>, and

    b) enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to those parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

          /s/ Eleni Kossivas
Sworn to before me this          Eleni Kossivas
17th day of February, 2010
/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**EXHIBIT A**

| Name | Fax |
|---|---|
| Cleary Gottlieb; Attn: Joel Moss | (212) 225-3999 |
| Hughes Hubbard; Attn: Jeff Margolin | (212) 422-4726 |
| Milbank Tweed; Attn: Evan Fleck | (212) 530-5219 |

# EXHIBIT B

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004