UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                        :
In re                                   :    Chapter 11 Case No.
                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :    08-13555 (JMP)
                                        :
                    Debtors.            :    (Jointly Administered)
                                        :
                                        :
------------------------------------------------------------------x

## AFFIDAVIT AND DISCLOSURE STATEMENT OF WILLIAM R. BRADLEY, JR., ON BEHALF OF GLANKLER BROWN, PLLC.

STATE OF TENNESSEE    )
                      ) ss:
COUNTY OF SHELBY      )

William R. Bradley, Jr., being duly sworn, upon his oath, deposes and says:

1. I am the Managing Member of Glankler Brown, PLLC, located at 1700 One Commerce Square, Memphis, TN 38103 (the "Firm").

2. Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide legal services in connection with Tennessee real property and foreclosure matters to the Debtors, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these

ND: 4839-7992-6533, v. 1

chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6. The Debtors owe the Firm Zero Dollars ($0) for prepetition services.

By: [signature]
William R. Bradley, Jr.

Subscribed and sworn to before me
this 2nd day of February, 2010.

[signature]
Notary Public

[Notary seal: STEWART G. AUSTIN, JR. STATE OF TENNESSEE NOTARY PUBLIC COUNTY OF SHELBY]

My Comm. Exp. 10-13-2010

2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                    :
In re                                               :    Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,            :    08-13555 (JMP)
                                                    :
                            Debtors.                :    (Jointly Administered)
                                                    :
                                                    :
------------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

    Weil, Gotshal & Manges LLP
    767 Fifth Avenue
    New York, New York 10153
    Attn:  Jennifer Sapp
            Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

    **GLANKLER BROWN, PLLC**
    **1700 One Commerce Square**
    **Memphis, Tennessee 38103**

2. Date of retention:    **January 29, 2010**

3. Type of services provided (accounting, legal, etc.):

    **Legal**

4.  Brief description of services to be provided:

    **Foreclosure and other real estate legal work concerning the WEG Memphis, LLC loan and collateral in Memphis, Tennessee.**

5.  Arrangements for compensation (hourly, contingent, etc.)

    **Hourly**

    (a) Average hourly rate (if applicable):

    **$305**

    (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

    _____

6.  Prepetition claims against the Debtors held by the firm:

    Amount of claim:    $ **NONE**

    Date claim arose:   **NA**

    Source of Claim:    **NA**

7.  Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

    Name: **NONE**

    Status: _____

    Amount of Claim: $_____

    Date claim arose: _____

    Source of claim: _____

    _____

    _____

    _____

8. Stock of the Debtors currently held by the firm:

    **NONE**

    Kind of shares: _____

    No. of shares: _____

9. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

    **NONE**

    Name: _____

    Status: _____

    _____

    Kind of shares: _____

    No. of shares: _____

10. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

    **NONE**

11. Name of individual completing this form:

    **Stewart G. Austin**