UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

        Debtors.

Chapter 11 Case No.

08-13555(JMP)

(Jointly Administered)

------------------------------------------------------------------X

# AFFIDAVIT AND DISCLOSURE STATEMENT OF NEIL A. SUSSMAN, ESQ. ON BEHALF OF SUSSMAN & FRANKEL, LLP

STATE OF NEW YORK    )
                                  ) ss:
COUNTY OF NEW YORK  )

        Neil A. Sussman, being duly sworn, upon his oath, deposes and says:

        1.        I am a partner of Sussman & Frankel, LLP located at 805 Third Avenue, 11th Floor, New York, New York (the "Firm").

        2.        Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested, as of February 4, 2010, that the Firm provide legal services to the Debtors involving the prosecution of collection cases in arbitration and/or bankruptcy court, as required, involving outstanding amounts due and owing by former Lehman employees arising from Promissory Notes executed by said former employers, and the Firm has consented to provide such services.

        3.        The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are

parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5. Neither I, nor any principal of or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6. The Debtors owe the Firm $14,531.12 for prepetition services.

7. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit*.

By: _____

Subscribed and sworn to before me
This 5th day of February, 2010

_____
Notary Public

*If necessary.

B. HIRSCHFELD
Notary Public, State of New York
No. 02-1807885
Qualified in Nassau County
Term Expires October 31, 20__

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICTOF NEW YORK
-------------------------------------------------------------------------X
In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555(JMP)

(Jointly Administered)

-------------------------------------------------------------------------X

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")
 DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

>  Weil, Gotshal & Manges LLP
>  767 Fifth Avenue
>  New York, New York 10153
>  Attn: Jennifer Sapp
>     Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

    Sussman & Frankel, LLP
    805 Third Avenue, 11th Floor
    New York, New York 10022

2. Date of retention: February 4, 2010

3. Type of services provided (accounting, legal, etc.):

    Legal/Litigation

4. Brief description of services to be provided:

    Prosecute collection cases in arbitration and/or bankruptcy court, as required, involving outstanding amounts due and owing by former Lehman Brothers, Inc. employees arising from Promissory Notes executed by said former employees.

5. Arrangements for compensation (hourly, contingent, etc.)

   Hourly

   (a) Average hourly rate (if applicable):

   $450/hour

   (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

   $10,000/month

6. Prepetition claims against the Debtors held by the firm:

   Amount of claim:    $ 14,531.12

   Date claim arose:    August/September 2008

   Source of Claim:    Legal Fees for work performed on behalf of Lehman Brothers Inc.

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: N/A

   Status: _____

   Amount of Claim: $ _____

   Date claim arose: _____

   Source of claim: _____

8.  Stock of the Debtors currently held by the firm: N/A

    Kind of shares: _____

    No. of shares: _____

9.  Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm: N/A

    Name: _____

    Status: _____

    Kind of shares: _____

    No. of shares: _____

10. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

    None.

    Name of individual completing this form:

    <u>Neil A. Sussman, Esq.</u>