**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

_____

In re:  ) Chapter 11

Lehman Brothers Holdings Inc., <u>et al</u>.  ) Case No. 08-13555 (JMP)

                Debtors.  ) Jointly Administered

_____  
Proof of Claim No.: **56951**
Date Proof of Claim Filed: **October 29, 2009**
Amount of Claim Transferred: **$1,499,812.00**

<u>NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY
PURSUANT TO FRBP RULE 3001(e)(2)</u>

**TO:    TRANSFEROR:    SPARBANKEN VASTRA MALARDALEN**
Box 904
731 29
Koping, SWEDEN
Attention:  Ronny Oskarsson
Telephone: +46 589 87510
E-mail:   ronny.oskarsson@spavm.se

PLEASE TAKE NOTICE of the transfer of all right, title and interest in Claim No. **56951** against Lehman Brothers Holdings Inc. in the amount of **$1,499,812.00** as evidenced by the attached Evidence of Transfer of Claim to:

**TRANSFEREE:    ALANDSBANKEN SVERIGE AB**
c/o Operations
Stureplan 19
SE-107 81
Stockholm, SWEDEN
Attn.       Åsa Wikström
Telephone: +46 8 791 47 50
Email:   emissiongruppen@alandsbanken.se

No action is required if you do not object to the transfer of the claim as described above.  **IF YOU OBJECT TO THE TRANSFER OF THE TRANSFERRED CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

- FILE A WRITTEN OBJECTION TO THE TRANSFER WITH THE COURT
- SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE
- IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED
- IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING

_____
Clerk of the Court

8245055

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Sparbanken Västra Mälardalen ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Älandsbanken Sverige AB ("Purchaser") USD 1,499,812.00 of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) relating to ISIN No. XS0294123830 held for Seller's own account against Lehman Brothers Holdings, Inc. (the "Debtor"), the debtor in Case No. 08-13555 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") and the relevant portion of any and all proofs of claim (No. 56951) filed by Seller or its predecessor-in-interest with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 12th day of January 2010.

SPARBANKEN VÄSTRA MÄLARDALEN

By: _____

Name: Ronny Oskarsson

Title: Legal

566969.1/2620-00238

ÅLANDSBANKEN SVERIGE AB

By: _____

Name:
Title:   Magnus Linnersand
         Group Treasurer
         Bank of Åland PLC