UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:                                                                              Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,                   Case No. 08-13555 (JMP)

                                    Debtors.
------------------------------------------------------------X

# ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF SARA DISCEPOLO, ESQ.

UPON the motion of Sara Discepolo, Esq. dated February 5, 2010, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Sara Discepolo, Esq. is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       February 19, 2010

                                                                 *s/ James M. Peck*
                                                                 UNITED STATES BANKRUPTCY JUDGE