UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | Case No. 08-13555(JMP) |
| LEHMAN BROTHERS HOLDINGS, INC. et al., | : : | Jointly Administered |
| Debtor. | : X | |
| In re | : : | SIPA Proceeding |
| | : | Case No. 08-01420 (JMP) |
| LEHMAN BROTHERS INC., | : : | |
| Debtor. | X | |

# CERTIFICATE OF SERVICE

I, hereby certify that on the 18th day of February 2010, I caused copies of the Joint Statement and Reservation of Rights of The Bank of Tokyo-Mitsubishi UFJ, Ltd. and Lloyds TSB Bank, plc in Connection with (I) Motions of Lehman Brothers Holdings, Inc., The Official Committee of Unsecured Creditors, and James W. Giddens, as Trustee for Lehman Brothers, Inc., for Certain Relief Pursuant to the September 20, 2008 Sale Orders; and (II) Motion of Barclays Capital Inc. to Enforce the Sale Orders and Secure Delivery of Undelivered Assets to be delivered by electronic mail and by postage prepaid first class mail upon:

    Robert W. Hirth, Esq.
    Lee S. Attanasio, Esq.
    SIDLEY AUSTIN LLP
    787 Seventh Avenue
    New York, New York 10019
    *rhirth@sidley.com*
    *lattanasio@sidley.com*

    *Attorneys for Interpleader Plaintiff*
    *The Options Clearing Corporation*

1514577.1

Jonathan D. Schiller, Esq.
Hamish P.M. Hume, Esq.
Jack G. Stern, Esq.
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue, 7th Floor
New York, New York 10022
*jschiller@bsfllp.com*
*hhume@bsfllp.com*
*jstern@bsfllp.com*

*Attorneys for Interpleader Defendant
Barclays Capital Inc.*

William R. Maguire, Esq.
Neil Oxford, Esq.
Seth D. Rothman, Esq.
HUGHES HUBBARD & REED, LLP
One Battery Park Plaza
New York, New York 10004
*maguire@hugheshubbard.com*
*oxford@hugheshubbard.com*
*rothman@hugheshubbard.com*

*Attorneys for Interpleader Defendant
James W. Giddens, as Trustee for the
SIPA Liquidation of Lehman Brothers, Inc.*

Kenneth Bialo, Esq.
EMMET, MARVIN & MARTIN LLP
120 Broadway
New York, New York 10271
*kbialo@emmetmarvin.com*

*Attorneys for Interpleader Defendant
Australia & New Zealand Banking Group Ltd.*

Robert W. Gaffey, Esq.
William J. Hine, Esq.
Jayant W. Tambe, Esq.
JONES DAY
222 East 41st Street
New York, New York 10017
*rwgaffey@jonesday.com*
*wjhine@jonesday.com*
*jtambe@jonesday.com*

*Attorneys for the Debtors*

1514577.1                               2

Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.
WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
richard.krasnow@weil.com
*lori.fife@weil.com*
*shai.waisman@weil.com*
*jacqueline.marcus@weil.com*

*Attorneys for the Debtors*

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
*ddunne@milbank.com*
*dodonnell@milbank.com*
*efleck@milbank.com*

*Attorneys for The Official Committee of Unsecured Creditors*

Susheel Kirpalani, Esq.
James C. Tecce, Esq.
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
*susheelkirpalani@quinnemanuel.com*
*jamestecce@quinnemanuel.com*

*Attorneys for The Official Committee of Unsecured Creditors*

Anton R. Valukas, Esq.
Vincent E. Lazar, Esq.
Robert L. Byman, Esq.
David C. Layden, Esq.
Patrick J. Trostle, Esq.
JENNER & BLOCK LLP
919 Third Avenue, 37th Floor
New York, New York 10055
*avalukas@jenner.com*
*vlazar@jenner.com*
*rbyman@jenner.com*
*dlayden@jenner.com*
*ptrostle@jenner.com*

*Attorneys for the Examiner*

Alan Marder, Esq.
Jil Mazer-Marino, Esq.
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, New York, 11530
*amarder@msek.com*
*jmazermarino@msek.com*

*Attorneys for the SunGard Entities*

Gregory A. Horowitz, Esq.
Amy Caton, Esq.
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
*ghorowitz@kramerlevin.com*
*acaton@kramerlevin.com*

*Attorneys for Bank of New York Mellon Trust Company, N.A. as Indenture Trustee*

Emanuel C. Grillo, Esq.
Meagan E. Costello. Esq.
K. Brent Tomer, Esq.
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
*egrillo@goodwinprocter.com*
*mcostello@goodwinprocter.com*
*ktomer@goodwinprocter.com*

*Attorneys for Evergreen Solar, Inc.*

    Stephanie Goldstein, Esq.
    FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
    One New York Plaza
    New York, New York 10004
    *stephanie.goldstein@friedfrank.com*

    *Attorneys for HWA 555 Owners, LLC*

On February 19, 2010, I caused copies of the foregoing document to also be served by hand upon:

    Andy Velez-Rivera
    Paul Scwartzberg
    Brian Masumoto
    Linda Riffkin
    Tracy Hope Davis
    OFFICE OF THE UNITED STATES TRUSTEE
    33 Whitehall Street, 21st Floor
    New York, New York 10004

Dated: February 19, 2010

                                                /s/ John Bougiamas
                                                  John Bougiamas