UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- x
In re : Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC.,
et al.,
:
:
Case No. 08-13555 (JMP)
: Jointly Administered
Debtors. :
----------------------------------------------------------- x

*Original Submit*

**OBSERVATIONS ON DNB NOR BANK SETTLEMENT**

OF THE MANY THINGS GOING ON IN LEHMAN, THIS MATTER AND THE

ARMS-LENGTH GAMES WITH THE STATE OF NEW YORK COMPTROLLER'S

UNCLAIMED FUNDS UNIT ARE OF INTEREST TO ME. <ASIDE OF COURSE FROM

ANY RECOVERY ON MY CLAIMS>

1) I FIND IT AN INTERESTING PROPOSITION THAT A BANK CAN ASSERT

AN 'ADMINISTRATIVE HOLD' IN THE FACE OF THE AUTOMATIC STAY.

WHILE IT APPEARS THAT THIS CAME ABOUT IN A MANNER MORE BEFITTING

A DISPUTE BETWEEN SAY THE FARMERS AND MERCHANTS BANK OF MALONE,NY

AND JOE SIX-PACK AND HIS PICKUP AND HIS BLUE TICK COON-HOUND IT

APPARENTLY SEEMS TO HAVE MADE IT INTO THE MAINSTREAM. WHY, I DON'T

KNOW AND THAT CONGRESS HAS NOT FIXED IT IS A GREAT MONUMENT TO

THE POWER, I ASSUME OF LOBBYISTS IN WASHINGTON. I CAN SEE NO NEED OR

SENSE WHY A LARGE SOPHISTICATED INTERNATIONAL BANK LIKE THIS PARTY

SHOULD NEED SUCH PROTECTION.

**DnB NOR ASA** (OSE: DNBNOR) is Norway's largest financial services group with total assets of more than NOK 1.8 trillion. The Group includes brands such as DnB NOR, Vital, Nordlandsbanken, Cresco, Postbanken, DnB NORD and Carlson. DnB NOR's head office is located in Oslo.http://en.wikipedia.org/wiki/DnB_NOR

2) IN ANY EVENT AND IN CONTRAST TO THIS PARTY'S INADVERTENT INVOLVEMENT

IN THE DEBTOR'S CASE BY IT'S ABSORBING OF THE GRAND UNION CASH ESCROW

FROM JUDGE WINFIELDS CASE IN NEW JERSEY, DNB NOR HAD A DIRECT

BANKING RELATIONSHIP WITH LEHMAN. EARLY ON < DOCKET 465> DNB STARTED

MOVING IN THIS CASE AND CONTINUED HAVING SOME 3 1/2 HEARINGS AND THE

BANKRUPTCY COURT HANDING DOWN A DECISION OF SOME 20 PAGES.

<DOCKET 3551> NOW IT APPEARS THAT AS A FURTHER DEFEAT WAS GOING TO

BE SERVED IN DISTRICT COURT, THE MATTER IS BACK IN BANKRUPTCY COURT.

3) IT SEEMS TO ME THAT THE COURT SHOULD APPLY THE ENGLISH RULE

ON COSTS AND EXPENSES TO THE ESTATE AGAINST DNB NOR BANK.

# English rule

### From Wikipedia, the free encyclopedia

Jump to: navigation, search
In the field of law and economics, the **English rule** (capitalized as **English Rule** in some jurisdictions) is a rule controlling assessment of attorneys' fees arising out of litigation. The English rule provides that the party who loses in court pays the other party's attorney's fees. The English rule contrasts with the American rule, under which each party is generally responsible to pay its own attorneys' fees, unless a statute or contract provides for that assessment. The rationale for the English rule is that a litigant (whether bringing a claim or defending a claim) is entitled to legal representation and, if successful, should not be left out of pocket by reason of his own legal fees. It should be borne in mind that in virtually all English civil litigation damages are merely compensatory.

http://en.wikipedia.org/wiki/English_rule

DNB IS A EUROPEAN BANK AND SHOULD BE WELL AQUAINTED WITH THIS.

FURTHER THE OWNERS OF DNB HAVE DEEP POCKETS AND CAN ABSORB THESE

EXPENSES WITHOUT ANY FINANCIAL INJURY.

The two largest owners of DnB NOR are the Norwegian Ministry of Trade and Industry (34.0%) and Sparebankstiftelsen DnB NOR (10.95%). WIKIPEDIA,IBID

IF ONE WERE TO ACTUALLY READ DOCUMENTS, WHICH I OFTEN THINK THAT

MILBANK TWEED AND WEIL, GOTSHAL FORGET, THEY WILL SEE THAT IN THE

PROOF OF CLAIM FILED BY DNB (#27276) ON PAGE 3 OF EXHIBIT A THAT

**ENGLISH LAW GOVERNS.**

4) IT FURTHER SEEMS THAT IT IS ONLY FAIR AND PROPER THAT DNB ALSO TAKE

A SO CALLED HAIRCUT

# take a haircut

*v. phr.* (in finance) to accept a valuation or return that is less than optimal

http://www.doubletongued.org/index.php/dictionary/take_a_haircut/

ON IT'S CLAIM. IT IS UNCLEAR HOW MUCH THE KRONE ARE

WORTH IN US DOLLARS AND IN VIEW OF THE OVER ALL CONDUCT OF DNB

IT WOULD SEEM APPROPRIATE.

The Unauthorized Debit
M. On or about February 2, 2009, DnB NOR setoff approximately 1,220,349.51 NOK (the "Unauthorized Debit") from the '268 Account, which setoff was not authorized under the terms of the Setoff Stipulation.

PAGE 7 OF THE NOTICE OF PROPOSED SETTLEMENT.

IN LIGHT OF THE MANY COMMENTS FROM THE BENCH CAUTIONING PARTIES

LIKE METAVANTE TO REACH SETTLEMENTS WITHOUT THE COURTS ENGAGEMENT

A 50% REDUCTION WOULD SEEM FAIR. AS THE COURT MAY NOTE, LEHMAN UK IS

ALSO A PARTY TO THE CONTRACT FILED WITH THE PROOF OF CLAIM AND IT

WOULD SEEM CLEAR THAT ANY SHORTFALL HERE WILL JUST BE SOUGHT IN

LONDON.

5) IT WOULD BE USEFUL FOR THE COURT TO EXAMINE THE ROLE OF WHITE AND

CASE IN THIS CASE. IT SEEMS TO ME THAT THEY ARE ACTING MORE LIKE THE 9TH

PIGLET. NOT ONLY DO THEY REPRESENT DNB BUT ALSO, IT SEEMS THE SO

CALLED EX-OFFICO COMMITTEE. WHAT THE EX-OFFICO COMMITTEE IS THESE

DAYS IS UNCLEAR AS IT SEEMS THAT 1 OF THE 3 MEMBERS HAS TAKEN A SEAT

ON THE OFFICIAL COMMITTEE.

AND THAT FURTHER WHITE AND CASE IS A PRE-PETITION CREDITOR TO THE TUNE

OF ABOUT $200,000.

| | | | |
|---|---|---|---|
| 2329 | 12/19/2008 | Affidavit and Disclosure Statement of Lech Gilicinski, on behalf of White & Case Pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business (related document(s)[1394]) filed by Richard P. Krasnow on behalf of Lehman Brothers Holdings Inc.. (Krasnow, Richard) | Document |
| | | Debtor: Lehman Brothers Holdings Inc. | |
| | | Related: 1394 | |

ACCORDINGLY, IT APPEARS THAT IN FACT THE EX-OFFICO COMMITTEE IS A ALTER-

EGO DEVICE TO GIVE GREATER LEGITIMACY TO MR PAULSON, A WELL KNOW

DISTRESS INVESTOR AND IT APPEARS THAT HE OR HIS COMPANIES HAVE ABOUT

A BILLION DOLLARS OF CLAIMS FILED IN THIS CASE.

| | | | | | |
|---|---|---|---|---|---|
| 64026 | | LYXOR/PAULSON ADVANTAGE FUND LIMITED | 11/2/2009 | $18,546,258.0 | Image |
| | 30557 | PAULSON ADVANTAGE MASTER LTD | 9/22/2009 | $2,902,478.0 | Image |
| | 31982 | PAULSON ADVANTAGE MASTER LTD | 9/22/2009 | $2,902,478.0 | Image |
| | 63557 | PAULSON ADVANTAGE MASTER LTD | 11/2/2009 | $238,043,197 | Image |
| | 65812 | PAULSON ADVANTAGE MASTER LTD | 12/2/2009 | $229,478.03 | Image |
| | 65818 | PAULSON ADVANTAGE MASTER LTD | 12/2/2009 | $229,478.03 | Image |
| | 888035410 | PAULSON ADVANTAGE MASTER LTD | | Schedule G | No Image |
| | 30666 | PAULSON ADVANTAGE PLUS MASTER LTD | 9/22/2009 | $11,294,979. | Image |
| | 32312 | PAULSON ADVANTAGE PLUS MASTER LTD | 9/22/2009 | $11,294,979. | Image |
| | 63559 | PAULSON ADVANTAGE PLUS MASTER LTD | 11/2/2009 | $682,511,802 | Image |
| | 65807 | PAULSON ADVANTAGE PLUS MASTER LTD | 12/2/2009 | $1,972,979.7 | Image |
| | 65813 | PAULSON ADVANTAGE PLUS MASTER LTD | 12/2/2009 | $1,972,979.7 | Image |
| | 888035420 | PAULSON ADVANTAGE PLUS MASTER LTD | | Schedule G | No Image |
| | | PAULSON | | | |

| | | | | |
|---|---|---|---|---|
| 63558 | | ADVANTAG SELECT MASTER FUND LTD | 11/2/2009 | $10,190,476.( | Image |
| 32314 | | PAULSON CREDIT OPPORTUI MASTER II L | 9/22/2009 | $16,814,933.! | Image |
| 32375 | | PAULSON CREDIT OPPORTUI MASTER II L | 9/22/2009 | $16,814,933.! | Image |
| 65810 | | PAULSON CREDIT OPPORTUI MASTER II L | 12/2/2009 | $1,913,934.2 | Image |
| 65811 | | PAULSON CREDIT OPPORTUI MASTER II L | 12/2/2009 | $1,913,934.2 | Image |
| | 888035430 | PAULSON CREDIT OPPORTUI MASTER II L | | Schedule G | No Image |
| 30587 | | PAULSON CREDIT OPPORTUI MASTER LTD | 9/22/2009 | $13,702,221.: | Image |
| 30662 | | PAULSON CREDIT OPPORTUI MASTER LTD | 9/22/2009 | $13,702,221.: | Image |
| 65809 | | PAULSON CREDIT OPPORTUI MASTER LTD | 12/2/2009 | $2,958,221.3 | Image |
| | 888035440 | PAULSON CREDIT OPPORTUI MASTER LTD | | Schedule G | No Image |
| 63556 | | PAULSON CREDIT OPPORTUI MASTER LTD. | 11/2/2009 | $132,608,027 | Image |
| 65808 | | PAULSON CREDIT OPPORTUI MASTER LTD. | 12/2/2009 | $2,958,221.3 | Image |

6) **US BANK AS DEPOSITORY**

THE AGREEMENT PROVIDES THAT THE MONEY BE WIRED TO US BANK.

US BANK HAS TAKEN A PLACE ON THE CREDITORS COMMITTEE AND IT CLEARLY LOOKS IMPROPER TO HAVE A MEMBER OF THE CREDITORS COMMITTEE IN ANY CAPACITY HOLDING DEPOSITS OF THE DEBTORS ESTATE. THE TEMPTATION IS TOO GREAT AND US BANK HAS ALREADY DEMONTRATED TO THIS PARTY IT'S TOTAL INCOMPETENCE.

RESPECTFULLY

William Kuntz, III
kuntzwm1@yahoo.com
India St
PO Box 1801
Nantucket Island, Massachusetts 02554-1801 USofA

508-435-5858

FEB 16, 2010