UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., et al., : 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
::
------------------------------------------------------------x

NOTICE DISMISSING APPEAL

William Kuntz, III who appears here Pro Se, Respectfully Dismisses the Appeal

which was filed on the 19th of Jan, 2010 as to Bankhaus AG.

Respectfully,

William Kuntz, III
kuntzwm1@yahoo.com
India St
PO Box 1801
Nantucket Island, Massachusetts 02554-1801 USofA

508-435-5858

Feb 16, 2010



RECEIVED
FEB 18 2010
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK