**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                                  :
In re                                                             :   Chapter 11 Case No.
                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**                  :   08-13555 (JMP)
                                                                  :
          Debtors.                                                :   (Jointly Administered)
                                                                  :
------------------------------------------------------------------x   Ref. Docket Nos. 7077-7079, 7082,
                                                                      7086, 7089, 7091, 7093

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 16, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              /s/ Paul Belobritsky
Sworn to before me this                       Paul Belobritsky
19th day of February, 2010

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**EXHIBIT "A"**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  DEUTSCHE BANK AG, LONDON BRANCH
     WINCHESTER HOUSE
     ATTN: MICHAEL SUTTON/ ALEXANDER KRAEMER
     1 GREAT WINCHESTER STREET
     LONDON    EC2N 2DB
     UNITED KINGDOM

DEUTSCHE BANK AG, LONDON BRANCH
ATTN: CONOR MCGOVERN
DEUTSCHE BANK AG, LONDON BRANCH, LONDON LOAN
21ST FLOOR, 99 BISHOPSGATE
LONDON EC2M 3XD

Please note that your claim # 17744 in the above referenced case and in the amount of
      $1,461,098.49       has been transferred **(unless previously expunged by court order)**

     CANPARTNERS INVESTMENTS IV, LLC
     TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH
     ATTN: RICHARD PARK
     2000 AVENUE OF THE STARS, 11TH FLOOR
     LOS ANGELES CA 90067

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7077       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/16/2010                         Vito Genna, Clerk of Court

                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 16, 2010.

|                                   |                              |
|-----------------------------------|------------------------------|
| In re                             | Chapter 11 Case No.          |
|                                   | 08-13555 (JMP)               |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered)  |
|                                   |                              |
| Debtors.                          |                              |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
     To:  DEUTSCHE BANK AG, LONDON BRANCH
          TRANSFEROR: SPARKASSE SAARBRUECKEN
          ATTN: MICHAEL SUTTON
          WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
          LONDON     EC2N 2DB
          UNITED KINGDOM
```

Please note that your claim # 27004-01 in the above referenced case and in the amount of
         $3,624,869.06          has been transferred **(unless previously expunged by court order)**

```
          ANCHORAGE CAPITAL MASTER OFFSHORE, LTD
          TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH
          C/O ANCHORAGE ADVISORS, LLC
          610 BROADWAY, 6TH FLOOR
          ATTN: ANNE-MARIE KIM
          NEW YORK NY 10012
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7078       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/16/2010                              Vito Genna, Clerk of Court

                                              /s/ Paul Belobritsky
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 16, 2010.

```
_____
                                              |
In re                                         |   Chapter 11 Case No.
                                              |
                                              |   08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,        |
                                              |   (Jointly Administered)
                                              |
            Debtors.                          |
                                              |
_____|
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  WELLPOINT, INC.
         ATTN: R. DAVID KRETSCHMER
         120 MONUMENT CIRCLE
         INDIANAPOLIS IN 46204
```

Please note that your claim # 26105 in the above referenced case and in the amount of
        $2,694,853.25        has been transferred **(unless previously expunged by court order)**

```
         DEUTSCHE BANK AG, LONDON BRANCH
         TRANSFEROR: WELLPOINT, INC.
         ATTN: JEFFREY OLINSKY
         60 WALL ST., 3RD FLOOR
         NEW YORK NY 10005
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 7079     in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/16/2010                           Vito Genna, Clerk of Court

                                           /s/ Paul Belobritsky
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 16, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                           |
In re                                      |   Chapter 11 Case No.
                                           |
                                           |   08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,     |
                                           |   (Jointly Administered)
                                           |
            Debtors.                       |
                                           |
_____|

            NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
                         BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   WELLPOINT, INC.
              ATTN: R. DAVID KRETSCHMER
              120 MONUMENT CIRCLE
              INDIANAPOLIS IN 46204

Please note that your claim # 26104 in the above referenced case and in the amount of
        $2,694,853.25         has been transferred **(unless previously expunged by court order)**

              DEUTSCHE BANK AG, LONDON BRANCH
              TRANSFEROR: WELLPOINT, INC.
              ATTN: JEFFREY OLINSKY
              60 WALL ST., 3RD FLOOR
              NEW YORK NY 10005

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                              UNITED STATES BANKRUPTCY COURT
                              Southern District of New York
                              One Bowling Green
                              New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7079         in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/16/2010                           Vito Genna, Clerk of Court

                                           /s/ Paul Belobritsky
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 16, 2010.

```
In re                                           |  Chapter 11 Case No.
                                                |
LEHMAN BROTHERS HOLDINGS INC., et al.,          |  08-13555 (JMP)
                                                |
                                                |  (Jointly Administered)
                Debtors.                        |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  WELLPOINT, INC.
             120 MONUMENT CIRCLE
             ATTENTION: R. DAVID KRETSCHMER
             INDIANAPOLIS IN 46204

Please note that your claim # 1099 in the above referenced case and in the amount of
        $6,599,564.84         has been transferred **(unless previously expunged by court order)**

             DEUTSCHE BANK AG, LONDON BRANCH
             TRANSFEROR: WELLPOINT, INC.
             ATTN: JEFFREY OLINSKY
             60 WALL ST., 3RD FLOOR
             NEW YORK NY 10005

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 7079    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/16/2010                         Vito Genna, Clerk of Court

                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 16, 2010.

```
In re                                              |  Chapter 11 Case No.
                                                   |
                                                   |  08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,              |
                                                   |  (Jointly Administered)
                                                   |
               Debtors.                             |
                                                   |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
     To:   WELLPOINT, INC.
           120 MONUMENT CIRCLE
           ATTENTION:  R. DAVID KRETSCHMER
           INDIANAPOLIS IN 46204
```

Please note that your claim # 1098 in the above referenced case and in the amount of
       $6,582,138.25        has been transferred **(unless previously expunged by court order)**

```
           DEUTSCHE BANK AG, LONDON BRANCH
           TRANSFEROR: WELLPOINT, INC.
           ATTN: JEFFREY OLINSKY
           60 WALL ST., 3RD FLOOR
           NEW YORK NY 10005
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7079      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/16/2010                            Vito Genna, Clerk of Court


                                            /s/ Paul Belobritsky
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 16, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                              | Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,             | 08-13555 (JMP)
                                                   |
                                                   | (Jointly Administered)
            Debtors.                               |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  BARCLAYS BANK PLC                             BARCLAYS BANK PLC
         ATTN: MARK MANSKI, MANAGING DIRECTOR          LINDSEE P. GRANFIELD, ESQ.
         200 PARK AVE.                                 CLEARY GOTTLIEB STEEN & HAMILTON LLP
         NEW YORK NY 10166                             ONE LIBERTY PLAZA
                                                       NEW YORK NY 10006
```

Please note that your claim # 60714 in the above referenced case and in the amount of
       $10,007,922.87        has been transferred **(unless previously expunged by court order)**

```
         STONE LION PORTFOLIO LP
         TRANSFEROR: BARCLAYS BANK PLC
         C/O STONE LION CAPITAL PARTNERS LP
         461 FIFTH AVENUE, 14TH FLOOR
         ATTN: CLAUDIA BORG
         NEW YORK NY 10017
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7082      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/16/2010                            Vito Genna, Clerk of Court


                                            /s/ Paul Belobritsky
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 16, 2010.

```
_____
                                                |
In re                                           |   Chapter 11 Case No.
                                                |
                                                |   08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,          |
                                                |   (Jointly Administered)
                                                |
         Debtors.                               |
                                                |
_____|
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  EFG PRIVATE BANK LTD                        EFG PRIVATE BANK LTD
         LECONFIELD HOUSE                            GREENBERG TRAURIG LLP
         ATTN: STEVEN SCARLETT                       ATTN: MARIA DICONZA
         CURZON STREET                               200 PARK AVE
         LONDON    W1J 5JB                           NEW YORK NY 10166
         UNITED KINGDOM
```

Please note that your claim # 55838 in the above referenced case and in the amount of
         $1,000,000.00        has been transferred **(unless previously expunged by court order)**

```
         MERRILL LYNCH INTERNATIONAL
         TRANSFEROR: EFG PRIVATE BANK LTD
         WARWICK COURT
         2 KING EDWARD STREET
         ATTN: JAMES RUSSELL
         LONDON    EC1A 1HQ
         UNITED KINGDON
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                              UNITED STATES BANKRUPTCY COURT
                              Southern District of New York
                              One Bowling Green
                              New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7086      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/16/2010                          Vito Genna, Clerk of Court

                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 16, 2010.

|                                          |                                |
| ---------------------------------------- | ------------------------------ |
| In re                                    | Chapter 11 Case No.            |
| LEHMAN BROTHERS HOLDINGS INC., et al.,   | 08-13555 (JMP)                 |
|                                          | (Jointly Administered)         |
| Debtors.                                 |                                |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
  To: MERRILL LYNCH INTERNATIONAL                    MERRILL LYNCH INTERNATIONAL
      MERRILL LYNCH FINANCIAL CENTRE                 CADWALADER, WICKERSHAM & TAFT LLP
      ATTN ANNIKA WESTLING                           ATTN JILL KAYLOR
      2 KING EDWARD STREET                           ONE WORLD FINANCIAL CENTER
      LONDON     EC1A 1HQ                            NEW YORK NY 10281
      UNITED KINGDOM
```

Please note that your claim # 59406 in the above referenced case and in the amount of
         $5,817,523.36        has been transferred **(unless previously expunged by court order)**

```
      BANC OF AMERICA SECURITIES LLC
      TRANSFEROR: MERRILL LYNCH INTERNATIONAL
      214 N TRYON STREET, NC1-027-14-01
      ATTN: JON BARNES
      CHARLOTTE NC 28255
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                     UNITED STATES BANKRUPTCY COURT
                     Southern District of New York
                     One Bowling Green
                     New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7089       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/16/2010                         Vito Genna, Clerk of Court

                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 16, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:   INVERCAIXA GESTION SGIIC, SAU
          A/C FONCAIXA GARANTIA EUROPA IV FI
          C/O BAKER & MCKENZIE LLP
          ATTN: IRA A REID
          1114 AVENUE OF THE AMERICAS
          NEW YORK NY 10036
```

Please note that your claim # 17554 in the above referenced case and in the amount of
         $215,546.76        has been transferred **(unless previously expunged by court order)**

```
          INVERCAIXA GESTION SGIIC SAU
          TRANSFEROR: INVERCAIXA GESTION SGIIC, SAU
          C/O BAKER & MCKENZIE LLP
          1114 AVENUE OF THE AMERICAS
          ATTN: IRA A. REID
          NEW YORK NY 10036
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 7091    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/16/2010                          Vito Genna, Clerk of Court

                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 16, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re | Chapter 11 Case No.
 | 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al., |
 | (Jointly Administered)
Debtors. |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  INVERCAIXA GESTION SGIIC, SAU
         A/C FONCAIXA GARANTIA NAPOLEON FI
         C/O BAKER & MCKENZIE LLP
         ATTN: IRA A REID
         1114 AVENUE OF THE AMERICAS
         NEW YORK NY 10036

Please note that your claim # 17555 in the above referenced case and in the amount of
         $110,726.91        has been transferred **(unless previously expunged by court order)**

         INVERCAIXA GESTION SGIIC SAU
         TRANSFEROR: INVERCAIXA GESTION SGIIC, SAU
         C/O BAKER & MCKENZIE LLP
         1114 AVENUE OF THE AMERICAS
         ATTN: IRA A. REID
         NEW YORK NY 10036

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 7093       in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/16/2010                         Vito Genna, Clerk of Court


                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 16, 2010.

**EXHIBIT "B"**

```
TIME: 18:46:10                                       LEHMAN BROTHERS HOLDING INC.                                                    PAGE: 1
DATE: 02/16/10                                           CREDITOR LISTING

Name                                          Address
ANCHORAGE CAPITAL MASTER OFFSHORE, LTD        TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ANCHORAGE ADVISORS, LLC 610 BROADWAY, 6TH FLOOR ATTN: ANNE-MARIE KIM NEW YORK NY 10012
BANC OF AMERICA SECURITIES LLC                TRANSFEROR: MERRILL LYNCH INTERNATIONAL 214 N TRYON STREET, NC1-027-14-01 ATTN: JON BARNES CHARLOTTE NC 28255
BARCLAYS BANK PLC                             ATTN: MARK MANSKI, MANAGING DIRECTOR 200 PARK AVE. NEW YORK NY 10166
BARCLAYS BANK PLC                             LINDSEE P. GRANFIELD, ESQ. CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006
CANPARTNERS INVESTMENTS IV, LLC               TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: RICHARD PARK 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067
DEUTSCHE BANK AG, LONDON BRANCH               ATTN: CONOR MCGOVERN DEUTSCHE BANK AG, LONDON BRANCH, LONDON LOAN OPERATION 21ST FLOOR, 99 BISHOPSGATE LONDON EC2M 3XD
DEUTSCHE BANK AG, LONDON BRANCH               TRANSFEROR: SPARKASSE SAARBRUECKEN ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH               TRANSFEROR: WELLPOINT, INC. ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
EFG PRIVATE BANK LTD                          WINCHESTER HOUSE ATTN: MICHAEL SUTTON/ ALEXANDER KRAEMER 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM
EFG PRIVATE BANK LTD                          GREENBERG TRAURIG LLP ATTN: MARIA DICONZA 200 PARK AVE NEW YORK NY 10166
INVERCAIXA GESTION SGIIC SAU                  LECONFIELD HOUSE ATTN: STEVEN SCARLETT CURZON STREET LONDON W1J 5JB UNITED KINGDOM
INVERCAIXA GESTION SGIIC, SAU                 TRANSFEROR: INVERCAIXA GESTION SGIIC, SAU C/O BAKER & MCKENZIE LLP 1114 AVENUE OF THE AMERICAS ATTN: IRA A. REID NEW YORK NY 10036
INVERCAIXA GESTION SGIIC, SAU                 A/C FONCAIXA GARANTIA EUROPA IV FI C/O BAKER & MCKENZIE LLP ATTN: IRA A REID 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036
                                              A/C FONCAIXA GARANTIA NAPOLEON FI C/O BAKER & MCKENZIE LLP ATTN: IRA A REID 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036
MERRILL LYNCH INTERNATIONAL                   MERRILL LYNCH, DUBLIN ATTN DAVE PURDOM & JOHN PRINCE BLOCK D, CENTRAL PARK, LEOPARDSTOWN DUBLIN 18    IRELAND
MERRILL LYNCH INTERNATIONAL                   BANK OF AMERICA MERRILL LYNCH ATTN FREDERICK MORRIS ONE BRYANT PARK, 3RD FLOOR NEW YORK NY 10036
MERRILL LYNCH INTERNATIONAL                   CADWALADER, WICKERSHAM & TAFT LLP ATTN JILL KAYLOR ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MERRILL LYNCH INTERNATIONAL                   MERRILL LYNCH FINANCIAL CENTRE ATTN ANNIKA WESTLING 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM
STONE LION PORTFOLIO LP                       TRANSFEROR: EFG PRIVATE BANK LTD WARWICK COURT 2 KING EDWARD STREET ATTN: JAMES RUSSELL LONDON EC1A 1HQ UNITED KINGDOM
                                              TRANSFEROR: BARCLAYS BANK PLC C/O STONE LION CAPITAL PARTNERS LP 461 FIFTH AVENUE, 14TH FLOOR ATTN: CLAUDIA BORG NEW YORK NY 10017
WELLPOINT, INC.                               120 MONUMENT CIRCLE ATTENTION: R. DAVID KRETSCHMER INDIANAPOLIS IN 46204
WELLPOINT, INC.                               ATTN: R. DAVID KRETSCHMER 120 MONUMENT CIRCLE INDIANAPOLIS IN 46204


Total Number of Records Printed        22
```

**EXHIBIT "C"**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153