**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| **LEHMAN BROTHERS HOLDINGS INC., *et al.*,** | : | **08-13555 (JMP)** |
| **Debtors.** | : | **(Jointly Administered)** |
| | | **Ref. Docket Nos. 7103-7124, 7126, 7130, 7133, 7134** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.
2. On February 17, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".
3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Paul Belobritsky
Paul Belobritsky

Sworn to before me this
19th day of February, 2010

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

# EXHIBIT “A”

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: NEXEN ENERGY MARKETING LONDON LIMITED
ATTN: HOAD OF LEGAL / HEAD OF FINANCE
100 BROMPTON ROAD
LONDON SW3 1ER
UNITED KINGDOM

Please note that your claim # 18830 in the above referenced case and in the amount of $20,589,383.00 has been transferred **(unless previously expunged by court order)**

NEXEN ENERGY MARKETING EUROPE LIMITED
TRANSFEROR: NEXEN ENERGY MARKETING LONDON LIMITED
CHARTER PLACE
VINE STREET
UXBRIDGE
MIDDLESEX UB8 1JG
UNITED KINGDOM

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 7130 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/17/2010

Vito Genna, Clerk of Court

/s/ Paul Belobritsky

By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 17, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: NEXEN ENERGY MARKETING LONDON LIMITED
ATTN: HOAD OF LEGAL / HEAD OF FINANCE
100 BROMPTON ROAD
LONDON SW3 1ER
UNITED KINGDOM

Please note that your claim # 17154 in the above referenced case and in the amount of $20,589,383.00 has been transferred **(unless previously expunged by court order)**

NEXEN ENERGY MARKETING EUROPE LIMITED
TRANSFEROR: NEXEN ENERGY MARKETING LONDON LIMITED
CHARTER PLACE
VINE STERET
UXBRIDGE
MIDDLESEX UB8 1JG
UNITED KINGDOM

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 7130 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/17/2010

Vito Genna, Clerk of Court

/s/ Paul Belobritsky

By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 17, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: INNOVATIS INVESTMENTS FUND LTD. (SAC)
ATTN: ERWIN LASSHOFER
308 EAST BAY STREET, 4TH FLOOR
NASSAU
BAHAMAS

Please note that your claim # 58690 in the above referenced case and in the amount of $10,139,500.00 has been transferred **(unless previously expunged by court order)**

CAT BROKERAGE AG
TRANSFEROR: INNOVATIS INVESTMENTS FUND LTD. (SAC)
A MEMBER OF CAT GROUP AG
GUTENBERGSTRASSE 10
POSTFACH
ZURICH 8027
SWITZERLAND

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 7133 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/17/2010

Vito Genna, Clerk of Court

/s/ Paul Belobritsky

By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 17, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: STONE LION PORTFOLIO, L.P.
461 FIFTH AVENUE, 14TH FLOOR
NEW YORK NY 10017

Please note that your claim # 50323-01 in the above referenced case and in the amount of $19,194,992.79 has been transferred **(unless previously expunged by court order)**

GOLDMAN, SACHS & CO.
TRANSFEROR: STONE LION PORTFOLIO, L.P.
30 HUDSON STREET, 36TH FLOOR
JERSEY CITY NJ 07302

GOLDMAN, SACHS & CO.
MANAGING CLERK
RICHARDS KIBBE & ORBE LLP
ONE WORLD FINANCIAL CENTER
NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 7134 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/17/2010

Vito Genna, Clerk of Court

/s/ Paul Belobritsky

By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 17, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: STONE LION PORTFOLIO L.P.
461 FIFTH AVENUE, 14TH FLOOR
NEW YORK NY 10017

Please note that your claim # 43970-01 in the above referenced case and in the amount of $19,194,992.79 has been transferred **(unless previously expunged by court order)**

GOLDMAN, SACHS & CO.
TRANSFEROR: STONE LION PORTFOLIO L.P.
30 HUDSON STREET, 36TH FLOOR
JERSEY CITY NJ 07302

GOLDMAN, SACHS & CO.
MANAGING CLERK
RICHARDS KIBBE & ORBE LLP
ONE WORLD FINANCIAL CENTER
NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 7134 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/17/2010

Vito Genna, Clerk of Court

/s/ Paul Belobritsky

By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 17, 2010.

**EXHIBIT “B”**

| Name | Address |
|---|---|
| CAT BROKERAGE AG | TRANSFEROR: INNOVATIS INVESTMENTS FUND LTD. (SAC) A MEMBER OF CAT GROUP AG GUTENBERGSTRASSE 10 POSTFACH ZURICH 8027 SWITZERLAND |
| GOLDMAN, SACHS & CO. | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: STONE LION PORTFOLIO L.P. 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: STONE LION PORTFOLIO, L.P. 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| INNOVATIS INVESTMENTS FUND LTD. (SAC) | ATTN: ERWIN LASSHOFER 308 EAST BAY STREET, 4TH FLOOR NASSAU BAHAMAS |
| NEXEN ENERGY MARKETING EUROPE LIMITED | TRANSFEROR: NEXEN ENERGY MARKETING LONDON LIMITED CHARTER PLACE VINE STERET UXBRIDGE MIDDLESEX UB8 1JG UNITED KINGDOM |
| NEXEN ENERGY MARKETING EUROPE LIMITED | TRANSFEROR: NEXEN ENERGY MARKETING LONDON LIMITED CHARTER PLACE VINE STREET UXBRIDGE MIDDLESEX UB8 1JG UNITED KINGDOM |
| NEXEN ENERGY MARKETING LONDON LIMITED | ATTN: HOAD OF LEGAL / HEAD OF FINANCE 100 BROMPTON ROAD LONDON SW3 1ER UNITED KINGDOM |
| STONE LION PORTFOLIO L.P. | 461 FIFTH AVENUE, 14TH FLOOR NEW YORK NY 10017 |
| STONE LION PORTFOLIO, L.P. | 461 FIFTH AVENUE, 14TH FLOOR NEW YORK NY 10017 |

Total Number of Records Printed 10

# EXHIBIT "C"

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153