ALSTON & BIRD LLP
J. William Boone, Esq.
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Fax: (404) 881-7777

*Counsel for Bank of America, National Association, as Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| Lehman Brothers Holdings Inc., *et al.*, | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 21160

PLEASE TAKE NOTICE that, pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, Bank of America, National Association (successor by merger to LaSalle Bank National Association), as trustee, indenture trustee, paying agent, securities administrator, and/or custodian in connection with Structured Asset Securities Corporation, Series 2005-NC1, by and through its undersigned counsel, hereby withdraws Proof of Claim No. 21160 filed against Lehman Brothers Special Financing Inc. in the above-captioned matter on September 21, 2009, and requests that the official claims registry maintained by Epiq Bankruptcy Solutions LLC for the above-referenced debtors and debtors in possession be updated accordingly.

Dated: February 22, 2010                          Respectfully submitted,

                                                  ALSTON & BIRD LLP

                                                  By:   /s/ J. William Boone
                                                        J. William Boone, Esq.
                                                        1201 West Peachtree Street
                                                        Atlanta, Georgia 30309
                                                        Telephone: (404) 881-7000
                                                        Fax: (404) 881-7777

LEGAL02/31772384v1