ALSTON & BIRD LLP
J. William Boone, Esq.
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Fax: (404) 881-7777

*Counsel for Bank of America, National Association,*
   *as Trustee Agent and Swap Agent*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| Lehman Brothers Holdings Inc., *et al.,* | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 21162

PLEASE TAKE NOTICE that, pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, Bank of America, National Association (successor by merger to LaSalle Bank National Association), as agent on behalf of Wilmington Trust Company, as trustee, indenture trustee, supplemental interest trust trustee, paying agent, securities administrator, and/or custodian in connection with Structured Asset Investment Loan Trust, Series 2005-1, by and through its undersigned counsel, hereby withdraws Proof of Claim No. 21162 filed against Lehman Brothers Holdings Inc. in the above-captioned matter on September 21, 2009, and requests that the official claims registry maintained by Epiq Bankruptcy Solutions LLC for the above-referenced debtors and debtors in possession be updated accordingly.

[THE SIGNATURE BLOCK APPEARS ON THE NEXT PAGE.]

LEGAL02/31772411v1

- 2 -

Dated: February 22, 2010                                   Respectfully submitted,

                                                               ALSTON & BIRD LLP

                                    By:  /s/ J. William Boone
                                           J. William Boone, Esq.
                                           1201 West Peachtree Street
                                           Atlanta, Georgia 30309
                                           Telephone: (404) 881-7000
                                           Fax: (404) 881-7777

LEGAL02/31772411v1