ALSTON & BIRD LLP
J. William Boone, Esq.
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Fax: (404) 881-7777

*Counsel for Bank of America, National Association,
    as Trustee Agent and Swap Agent*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| Lehman Brothers Holdings Inc., *et al.,* | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 21163

PLEASE TAKE NOTICE that, pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, Bank of America, National Association (successor by merger to LaSalle Bank National Association), as agent on behalf of Wilmington Trust Company, as trustee, indenture trustee, supplemental interest trust trustee, paying agent, securities administrator, and/or custodian in connection with Structured Asset Investment Loan Trust, Series 2005-1, by and through its undersigned counsel, hereby withdraws Proof of Claim No. 21163 filed against Lehman Brothers Special Financing Inc. in the above-captioned matter on September 21, 2009, and requests that the official claims registry maintained by Epiq Bankruptcy Solutions LLC for the above-referenced debtors and debtors in possession be updated accordingly.

[THE SIGNATURE BLOCK APPEARS ON THE NEXT PAGE.]

LEGAL02/31772396v1

08-13555-mg    Doc 7199    Filed 02/22/10    Entered 02/22/10 12:38:45    Main Document
Pg 2 of 2

- 2 -

Dated: February 22, 2010

Respectfully submitted,

ALSTON & BIRD LLP

By:   /s/ J. William Boone
J. William Boone, Esq.
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Fax: (404) 881-7777

- 2 -
LEGAL02/31772396v1