ALSTON & BIRD LLP
J. William Boone, Esq.
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Fax: (404) 881-7777
*Counsel for Bank of America, National Association, as Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| Lehman Brothers Holdings Inc., *et al.,* | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                            )    ss.:
COUNTY OF NEW YORK   )

Leslie Salcedo, being duly sworn, hereby deposes and says:

1.    I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Alston & Bird, LLP, having offices at 90 Park Avenue, New York, New York 10016.

2.    On the 22nd of February 2010, I caused a true and correct copy of the following documents served upon the parties as indicated on the attached service list:

- Notice of Withdrawal of Proof of Claim No. 21159, dated February 22, 2010 [Docket No. 7196];

- Notice of Withdrawal of Proof of Claim No. 21160, dated February 22, 2010 [Docket No. 7197];

- Notice of Withdrawal of Proof of Claim No. 21162, dated February 22, 2010 [Docket No. 7198];

- Notice of Withdrawal of Proof of Claim No. 21163, dated February 22, 2010 [Docket No. 7199] and

LEGAL02/31774565v1

- Notice of Withdrawal of Proof of Claim No. 21198, dated January 27, 2010 [Docket No. 6792].

/s/ Leslie Salcedo
Leslie Salcedo

Sworn to before me this
22nd February, 2010

/s/ Jeannine Grudzien
Jeannie Grudzien
Notary Public, State of New York
No. 01GR6178877
Qualified in New York County
Commission Expires December 10, 2011

## SERVICE LIST

**VIA FIRST CLASS MAIL**

| | |
|---|---|
| Weil Gotshal & Manges LLP | Lehman Brothers Holdings Claims Processing |
| 767 Fifth Avenue | c/o Epiq Bankruptcy Solutions, LLC |
| New York, New York  10153 | FDR Station, P.O. Box 5076 |
| Attn: Harvey R. Miller | New York, NY 10150-5076 |
|       Richard P. Krasnow | |