B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re Lehman Brothers Specialty Financing Inc._____,        Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Serengeti Overseas Ltd._____ | Longacre Opportunity Fund, L.P._____ |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
should be sent:
Serengeti Overseas Ltd.
632 Broadway, 12th Floor
New York, NY 10012
Attn: W. Vivian Lau

Court Claim # (if known): 30540_____
Amount of Claim: $674,515.52_____
Date Claim Filed: 9/22/09_____

Phone: 212-672-2240
Last Four Digits of Acct.# :_____

Phone: 212-432-4600_____
Last Four Digits of Acct.#:_____

Name and Address where transferee payments
should be sent (if different from above):

Phone:_____
Last Four Digits of Acct.#:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By:_____          Date: 2/22/2010_____
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

575072.1/9999-00999

**EVIDENCE OF PARTIAL TRANSFER OF CLAIM**
Exhibit B

TO:      United States Bankruptcy Court – Southern District of New York
One Bowling Green
New York, NY 10004
Attn:  Clerk

AND TO:    LEHMAN BROTHERS SPECIAL FINANCING INC. ("Debtor")
Case No. 08-13888

Claim #  30540

**LONGACRE OPPORTUNITY FUND, L.P, ASSIGNE OF K2 DIVERSIFIED PORTABLE ALPHA FUND II. LTD,** their successors and assigns (together "Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**SERENGETI OVERSEAS LTD.**
632 Broadway, 12th Floor
New York, NY 10012
Attn: W. Vivian Lau

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation in the amount of $674,515.52 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated January _13_ , 2010.

| SERENGETI OVERSEAS LTD. | LONGACRE OPPORTUNITY FUND, L.P. |
|---|---|
| By Serengeti Asset Management, LP, | By Longacre Opportunity Management, LLC |
| as Investment Advisor | its General Partner |
| By: | By: |
| Name: Wai-Yen Lau | Name: Vladimir Jelisavcic |
| Title: Director | Title: Manager |

567563.2/2731-00015

7