**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
: 
In re                                                   :   Chapter 11 Case No.
                                                        :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,            :   08-13555 (JMP)
                                                        :
              Debtors.                                  :   (Jointly Administered)
                                                        :
----------------------------------------------------------------x   Ref. Docket Nos. 7176-7178

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 22, 2010, I caused to be served the;'

    a. "Notice of Fortieth Supplemental List of Ordinary Course Professionals," dated February 19, 2010 [Docket No. 7176],

    b. "Affidavit and Disclosure Statement of William R. Bradley, Jr., on Behalf of Glankler Brown, PLLC.," dated February 2, 2010 [Docket No. 7177], and

    c. "Affidavit and Disclosure Statement of Neil A. Sussman, Esq. on Behalf of Sussman & Frankel, LLP," dated February 5, 2010 [Docket No. 7178]

by causing true and correct copies to be:

    a) delivered by email to saustin@glankler.com and nas@sussman-frankel.com, and to those parties listed on the attached Exhibit "A", and

    b) enclosed securely in a postage-prepaid envelope and delivered by overnight mail to the Office of The United States Trustee, Attn: Andrew D. Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Rifkin, Tracy Hope Davis, 33 Whitehall Street, 21st Floor, New York, NY 10004.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

        /s/ Panagiota Manatakis
Sworn to before me this         Panagiota Manatakis
22nd day of February, 2010
/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

T:\Clients\LBH\Affidavits\OCP Dkt Nos. 7176-7178_Aff_2-19-10.doc

# EXHIBIT A

Email Addresses
ddunne@milbank.com
dodonnell@milbank.com
efleck@milbank.com
gbray@milbank.com
paronzon@milbank.com
wfoster@milbank.com