Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,　　　　Case No. 08-13555 (JMP)
　　　　　　　　　　　　　　　　　　　　　　　　(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee　　　　　　　　　　　　Name of Transferor

Elliott Associates, L.P.　　　　　　　　　　Deutsche Bank AG, London

Name and Address where notices to transferee should be sent:

**Elliott Associates, L.P.**
712 5th Ave, 35th Floor
New York, NY 10019
Fax: 888-341-0656
Attn: Kimberly A. Reinhardt-Gonzales
212-974-6000 ext 1420; kgonzales@elliottmgmt.com
Attn: Ross Rosen
212-974-6000 ext 1050; rrosen@elliottmgmt.com
Attn: Michael Stephan
212-974-6000 ext 1310; mstephan@elliottmgmt.com
Attn: Jeffrey Yurkovic
212-974-6000 ext 1465; jyurkovic@elliottmgmt.com
Attn: Elliott Greenberg
212-974-6000 ext 1370; egreenberg@elliottmgmt.com

Court Claim # (if known): 27004
Total Amount of Claim: $14,499,476.23
Date Claim Filed: September 22, 2009
Transferred Portion: 20% or
　　　　　　　　　　$2,899,895.25

Tel: N/A

Last Four Digits of Acct. #: N/A　　　　　　Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Tel: N/A
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____　　　Date: 22nd February 2010

Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210A/B -- Transfer of LBHI Claim # 27004

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the
Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")

CASE NAME: In re Lehman Brothers Holdings Inc., et al.,

CASE NO. Chapter 11, Case No. 08-13555 (JMP) (Jointly administered)

CLAIM NO. 27004 (In Part -- See Below)

DESCRIPTION OF CLAIM SUBJECT TO TRANSFER: This Evidence of Transfer of Claim relates to the transfer of a **20.00%** or **$2,899,895.25** portion (the "Transferred Portion") of the above claim which has been filed against the Debtor in the Bankruptcy Court in the principal amount of **$14,499,476.23** (the "Claim").

It is hereby certified that **Deutsche Bank AG, London Branch** ("Seller"), has assigned all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, the Claim to the extent of the Transferred Portion to:

**Elliott Associates, L.P.**
712 5th Ave, 35th Floor
New York, NY 10019
Fax: 888-341-0656
Attn: Kimberly A. Reinhardt-Gonzales
212-974-6000 ext 1420; kgonzales@elliottmgmt.com
Attn: Ross Rosen
212-974-6000 ext 1050; rrosen@elliottmgmt.com
Attn: Michael Stephan
212-974-6000 ext 1310; mstephan@elliottmgmt.com
Attn: Jeffrey Yurkovic
212-974-6000 ext 1465; jyurkovic@elliottmgmt.com
Attn: Elliott Greenberg
212-974-6000 ext 1370; egreenberg@elliottmgmt.com

("Buyer") by assignment agreement dated 17 February 2010.

Seller hereby waives any objection to the transfer of the Transferred Proportion of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Portion of the Claim and recognizing Buyer as the sole owner and holder of the Transferred Portion of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Portion of the Claim, and all payments or distributions of money or property in respect of the Transferred Portion of the Claim, shall be delivered or made to Buyer.

Form 210A/B – Transfer of LBHI Claim # 27004

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 22nd day of February 2010.

**Deutsche Bank AG, London Branch**

Name:
Title:

Anil Das
Director

Gavin Colquhoun
Managing Director

**Elliott Associates, L.P.**
By: Elliott Capital Advisors, L.P., General Partner
By: Braxton Associates, Inc., General Partner

Name: ELLIOT GREENBERG
Title: VICE PRESIDENT