UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
:
In re                                                                : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   : 08-13555 (JMP)
:
Debtors.                                         : (Jointly Administered)
:
-------------------------------------------------------------------x

### ORDER PURSUANT TO SECTION 363 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 6004 AUTHORIZING DEBTOR TO PREPAY NOTES ISSUED BY VARIABLE FUNDING TRUSTS

Upon the motion (the "Motion") of Lehman Commercial Paper Inc. ("LCPI" and, together with its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession, the "Debtors") pursuant to section 363 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 6004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for authorization to cause, in LCPI's sole discretion, the prepayment of either or both of (i) the notes (the "2007 Notes") issued by Variable Funding Trust 2007-1 ("VFT 2007") to The Metropolitan Life Insurance Company ("MetLife") pursuant to that certain Note Purchase Agreement dated as of November 30, 2007 and (ii) the notes (the "2008 Notes" and, together with the 2007 Notes, the "Notes") issued by Variable Funding Trust 2008-1 ("VFT 2008" and, together with VFT 2007, the "Trusts") to MetLife pursuant to that certain Note Purchase Agreement dated as of May 9, 2008 (the "Prepayment"), as more particularly described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being

proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided in accordance with the procedures set forth in the amended order entered February 13, 2009 governing case management and administrative procedures [Docket No. 2837] to (i) the United States Trustee for the Southern District of New York; (ii) the attorneys for the Official Committee of Unsecured Creditors; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) counsel to MetLife; and (vii) all parties who have requested notice in these chapter 11 cases, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates and creditors, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the Motion is granted; and it is further

ORDERED that, pursuant to section 363(b)(1) of the Bankruptcy Code, LCPI is authorized, but not obligated, to effectuate the Prepayment of the 2007 Notes and/or the 2008 Notes and consummate all of the transactions contemplated thereby, including the payment to the Trusts of all amounts necessary to prepay the Notes and execution and delivery of such documents and instruments of transfer, and to take such other actions as may be reasonably necessary to consummate such transactions, it being understood that any actions described in this paragraph taken by the Debtors or their affiliates may be taken without the necessity of any further court proceedings or approval; and it is further

ORDERED that this Order shall be effective and enforceable immediately upon entry and its provisions shall be self-executing and shall not be stayed pursuant to Bankruptcy Rule 6004(h); and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and/or interpretation of this Order.

Dated: New York, New York
February 23, 2010

                *s/ James M. Peck*
                HONORABLE JAMES M. PECK
                UNITED STATES BANKRUPTCY JUDGE