UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| Lehman Brothers Holdings Inc., et al. | ) Case No. 08-13555 (JMP) |
| Debtors. | ) Jointly Administered |
|  | ) Proof of Claim No.: **16062** <br> Date Proof of Claim Filed: **9/18/2009** <br> Amount of Claim Transferred: **$3,609,920.20** |

<u>NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY
PURSUANT TO FRBP RULE 3001(e)(2)</u>

**TO:    TRANSFEROR:**    MERRILL LYNCH CREDIT PRODUCTS, LLC
C/O BANK OF AMERICA MERRILL LYNCH
Bank of America Tower – 3rd Floor
One Bryant Park
New York, New York 10036
Attention:   Gary S. Cohen / Ronald Torok
Telephone: (646) 855-7450
Facsimile: (646) 736-5233
E-mail:      g.cohen@baml.com / ron.torok@baml.com

PLEASE TAKE NOTICE of the transfer of all right, title and interest in Claim No. **16062** against Lehman Brothers Holdings Inc. in the amount of **$3,609,920.20** as evidenced by the attached Evidence of Transfer of Claim to:

**TRANSFEREE:**    TPG CREDIT OPPORTUNITIES FUND, L.P.
C/O TPG CREDIT MANAGEMENT LP
4600 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Attention:   Peter Glerum/Mark White
Telephone: (612) 851-3100
Facsimile: (612) 851-3001
E-mail:      pglerum@tpgcredit.com / mwhite@tpgcredit.com

No action is required if you do not object to the transfer of the claim as described above. **IF YOU OBJECT TO THE TRANSFER OF THE TRANSFERRED CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

- FILE A WRITTEN OBJECTION TO THE TRANSFER WITH THE COURT
- SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE
- IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED
- IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED

FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING

_____
Clerk of the Court

8245510

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Merrill Lynch Credit Products, LLC

    Merrill Lynch Credit Products, LLC, with offices located at c/o Bank of America Merrill Lynch, Bank of America Tower, 3rd Floor, One Bryant Park, New York, NY 10036 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to TPG Credit Opportunities Fund, L.P., its successors and assigns, with offices located at c/o TPG Credit Management LP, 4600 Wells Fargo Center, 90 South Seventh Street, Minneapolis, Minnesota 55402 ("Buyer"), a portion of all right, title and interest in and to the claims of Seller (originally held by Abaxbank S.p.A.) against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $3,609,920.20, docketed as Claim No. 16062 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

    Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

    IN WITNESS WHEREOF, dated as of the 16th day of February, 2010.

WITNESS:

_____
(Signature)
Name: Gary S Cohen
Title:
(Print name and title of witness)

**MERRILL LYNCH CREDIT PRODUCTS, LLC**

By: _____
(Signature of authorized corporate officer)
Name: Ronald Tonic
Title: Vice President
Tel.: 646-855-7450


WITNESS:

_____
(Signature)
Name:
Title:
(Print name and title of witness)

**TPG CREDIT OPPORTUNITIES FUND, L.P.**
By: TPG Credit Opportunities Fund G.P., L.P., its General Partner

By: _____
(Signature of authorized corporate officer)
Name:
Title:
Tel.:

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Merrill Lynch Credit Products, LLC

    Merrill Lynch Credit Products, LLC, with offices located at c/o Bank of America Merrill Lynch, Bank of America Tower, 3rd Floor, One Bryant Park, New York, NY 10036 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to TPG Credit Opportunities Fund, L.P., its successors and assigns, with offices located at c/o TPG Credit Management LP, 4600 Wells Fargo Center, 90 South Seventh Street, Minneapolis, Minnesota 55402 ("Buyer"), a portion of all right, title and interest in and to the claims of Seller (originally held by Abaxbank S.p.A.) against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $3,609,920.20, docketed as Claim No. 16062 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

    Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

    IN WITNESS WHEREOF, dated as of the 16th day of February, 2010.

MERRILL LYNCH CREDIT PRODUCTS, LLC

WITNESS:

_____
(Signature)
Name:
Title:
(Print name and title of witness)

By:_____
(Signature of authorized corporate officer)
Name:
Title:
Tel.:

TPG CREDIT OPPORTUNITIES FUND, L.P.
By: TPG Credit Opportunities Fund G.P., L.P., its General Partner

WITNESS:
_____
(Signature)
Name: MARK WHITE
Title:
(Print name and title of witness)

By:_____
(Signature of authorized corporate officer)
Name: JULIE K BRAUN
Title: VICE PRESIDENT
Tel.:

-10-