**From:** Mike Neal [mneal@coscanconstruction.com]
**Sent:** Friday, February 01, 2008 1:38 PM
**To:** Mike Utley
**Cc:** Ron Murtha
**Subject:** RE: Gables Marquis CO

Mike,

Thank you for your guidance on this.
I will work on my patience and poker face!

See you tomorrow



## coscan
CONSTRUCTION

**Mike Neal**
*President*

**Coscan Construction, LLC**
5555 Anglers Avenue, Suite 1
Fort Lauderdale, Florida 33312
mneal@coscanconstruction.com
www.coscanconstruction.com
Phone: (954) 620-1027
Fax: (954) 620-1001

This e-mail, and any attachments thereto, contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the addressee(s) named herein. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify me at (954) 620-1027 and permanently delete the original, including any attachments thereto, and any copy or printout thereof.

**From:** Mike Utley [mailto:mike.utley@meupc.com]
**Sent:** Friday, February 01, 2008 1:29 PM
**To:** Mike Neal
**Cc:** Ron Murtha
**Subject:** RE: Gables Marquis CO

Victory!

**From:** Mike Neal [mailto:mneal@coscanconstruction.com]
**Sent:** Friday, February 01, 2008 1:25 PM
**To:** mike.utley@meupc.com
**Cc:** Ron Murtha
**Subject:** FW: Gables Marquis CO

Mike;

2/8/2010

With the below response, can I direct Ron Murtha to extend the TCO?



## coscan
CONSTRUCTION

**Mike Neal**
*President*

**Coscan Construction, LLC**
5555 Anglers Avenue, Suite 1
Fort Lauderdale, Florida 33312
mneal@coscanconstruction.com
www.coscanconstruction.com
Phone: (954) 620-1027
Fax: (954) 620-1001

This e-mail, and any attachments thereto, contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the addressee(s) named herein. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify me at (954) 620-1027 and permanently delete the original, including any attachments thereto, and any copy or printout thereof.

**From:** Stewart, Matt [mailto:mstewart@trimontrea.com]
**Sent:** Friday, February 01, 2008 1:24 PM
**To:** Mike Neal
**Cc:** JSperanza@ShopcoGroup.com; Ron Murtha; mike.utley@meupc.com; jmarkey@ebdevelopers.com; dan@titlefla.com
**Subject:** Re: Gables Marquis CO


Yes please go forward on behalf of Lender per Consent and Agreement of Contractor.

-----Original Message-----
From: Mike Neal
To: Stewart, Matt
CC: jsperanza@shopcogroup.com; Ron Murtha; mike.utley@meupc.com; jmarkey@ebdevelopers.com; dan@titlefla.com
Sent: Fri Feb 01 13:18:52 2008
Subject: RE: Gables Marquis CO

Matt,


Thanks for your call regarding your earlier email. I think I may have misinterpreted your email. Based upon our discussion after your email, we understand that what you are telling us is that you do not intend to terminate Coscan and, therefore, you want us to get the CO on behalf of Lehman. Our concern is your statement that it is not your intention "as of today." If you are telling us to go forward in accordance with the Consent of Contractor, we will do so notwithstanding the default of Gables Marquis on the Project. Please let me know ASAP, as the timing is getting short.


2/8/2010

Mike Neal
President

Coscan Construction, LLC
5555 Anglers Avenue, Suite 1
Fort Lauderdale, Florida 33312
mneal@coscanconstruction.com
<http://coscanconstruction.com/> www.coscanconstruction.com
Phone: (954) 620-1027
Fax: (954) 620-1001
This e-mail, and any attachments thereto, contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the addressee(s) named herein. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify me at (954) 620-1027 and permanently delete the original, including any attachments thereto, and any copy or printout thereof.

---

From: Stewart, Matt [mailto:mstewart@trimontrea.com]
Sent: Friday, February 01, 2008 11:53 AM
To: Mike Neal
Cc: jsperanza@shopcogroup.com; Ron Murtha; mike.utley@meupc.com; jmarkey@ebdevelopers.com; dan@titlefla.com
Subject: RE: Gables Marquis CO


MIke, Gables Marquis is currently in default under the loan documents evidencing the $46,842,839.49 loan from Lehman. As of today, Lehman does not intend to exercise its termination rights provided under Section 4 of the Consent and Agreement of General Contractor. Please confirm by email that today you will renew and obtain the necessary TCO for the Gables Marquis.


Thank you,

Matt Stewart | TriMont Real Estate Advisors

3424 Peachtree Rd. Suite 2200

Atlanta, GA 30326

(404) 581-7403 Direct

(404) 230-6611 Fax

(404) 610-9704 Cell

mstewart@trimontrea.com


---

From: Mike Neal [mailto:mneal@coscanconstruction.com]


2/8/2010

Sent: Friday, February 01, 2008 9:45 AM
To: Stewart, Matt
Cc: jsperanza@shopcogroup.com; Ron Murtha; mike.utley@meupc.com
Subject: Gables Marquis CO

Matt;

Ron Murtha (Coscan's project executive) has verified with the City of Miami that it is possible to finalize the CO today. There are a number of administrative requirements and documents that will need to be prepared as part of this process therefore making it important to get started as early as possible today.

As soon as we receive your written direction to proceed in accordance with the Consent and Agreement of General Contractor, we will immediately proceed to process this item.

thanks

Mike Neal

President

Coscan Construction, LLC

5555 Anglers Avenue, Suite 1

Fort Lauderdale, Florida 33312

mneal@coscanconstruction.com

<http://coscanconstruction.com/> www.coscanconstruction.com

Phone: (954) 620-1027

Fax: (954) 620-1001

This e-mail, and any attachments thereto, contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the addressee(s) named herein. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify me at (954) 620-1027 and permanently delete the original, including any attachments thereto, and any copy or printout thereof.

2/8/2010