**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
:
In re                                                   :   Chapter 11 Case No.
                                                        :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,            :   08-13555 (JMP)
                                                        :
                    Debtors.                            :   (Jointly Administered)
                                                        :
-------------------------------------------------------------------x   Ref. Docket Nos. 7140, 7147, 7151,
                                                            7152, 7153, 7155

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 18, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Paul Belobritsky
Paul Belobritsky

Sworn to before me this
23rd day of February, 2010

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

T:\Clients\LBH\Affidavits\Transfers 7140, 7147, 7151, 7152, 7153, 7155_Aff 02-18-10.doc

**EXHIBIT "A"**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                           |
In re                                      |   Chapter 11 Case No.
                                           |
                                           |   08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,     |
                                           |   (Jointly Administered)
                                           |
              Debtors.                     |
                                           |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
     To:   PIRA ENERGY GROUP
           3 PARK AVENUE
           26TH FLOOR
           NEW YORK NY 10016-5989
```

Please note that your schedule in the above referenced case and in the amount of
         $8,087.88         has been transferred **(unless previously expunged by court order)**

```
           LIQUIDITY SOLUTIONS, INC.
           TRANSFEROR: PIRA ENERGY GROUP
           ONE UNIVERSITY PLAZA
           SUITE 312
           HACKENSACK NJ 07601
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7140    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/18/2010                          Vito Genna, Clerk of Court

                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                              | Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,             | 08-13555 (JMP)
                                                   |
                                                   | (Jointly Administered)
        Debtors.                                   |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  BANC OF AMERICA SECURITIES LLC
     TRANSFEROR: MERRILL LYNCH INTERNATIONAL
     214 N TRYON STREET, NC1-027-14-01
     ATTN: JON BARNES
     CHARLOTTE NC 28255
```

Please note that your claim # 59406 in the above referenced case and in the amount of
        $5,817,523.36          has been transferred **(unless previously expunged by court order)**

```
     STONE LION PORTFOLIO LP
     TRANSFEROR: BANC OF AMERICA SECURITIES LLC
     C/O STONE LION CAPITAL PARTNERS LP
     461 FIFTH AVENUE, 14TH FLOOR
     ATTN: CLAUDIA BORG
     NEW YORK NY 10017
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        Southern District of New York
        One Bowling Green
        New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 7147    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/18/2010                           Vito Genna, Clerk of Court


                                           /s/ Paul Belobritsky
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                                    | Chapter 11 Case No.
                                                         |
LEHMAN BROTHERS HOLDINGS INC., et al.,                   | 08-13555 (JMP)
                                                         |
                                                         | (Jointly Administered)
                Debtors.                                 |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  BANKERS LIFE AND CASUALTY COMPANY                  BANKERS LIFE AND CASUALTY COMPANY
     C/O 40/86 ADVISORS, INC                            BANKERS LIFE AND CASUALTY COMPANY
     535 N. COLLEGE DRIVE                               C/O KIRKLAND & ELLIS, LLP
     ATTN: JEFFREY M. STAUTZ, GENERAL COUNSEL           300 NORTH LASALLE STREET
     CARMEL IN 46032                                    ATTN: ERIN BRODERICK
                                                        CHICAGO IL 60654

Please note that your claim # 12571 in the above referenced case and in the amount of
$4,341,279.50            has been transferred **(unless previously expunged by court order)**

     C.V.I G.V.F. (LUX) MASTER S.A.R.L.
     TRANSFEROR: BANKERS LIFE AND CASUALTY COMPANY
     C/O CARVAL INVESTORS UK LIMITED
     KNOWLE HILL PARK, FARIMILE LANE
     COBHAM, SURREY     KT11 2PD
     UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7151       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/18/2010                         Vito Genna, Clerk of Court

                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 18, 2010.

```
In re                                              | Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,             | 08-13555 (JMP)
                                                   |
                                                   | (Jointly Administered)
              Debtors.                             |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   CONSECO LIFE INSURANCE COMPANY                    CONSECO LIFE INSURANCE COMPANY
      C/O 40/86 ADVISORS INC.                           CONSECO LIFE INSURANCE COMPANY
      535 NORTH COLLEGE DRIVE                           C/O KIRKLAND & ELLIS, LLP
      ATTN: JEFFREY M. STAUTZ, GENERAL COUNSEL          300 NORTH LASALLE STREET
      CARMEL IN 46032                                   ATTN: ERIN BRODERICK
                                                        CHICAGO IL 60654
```

Please note that your claim # 12578 in the above referenced case and in the amount of
          $183,714.16         has been transferred **(unless previously expunged by court order)**

```
      C.V.I G.V.F. (LUX) MASTER S.A.R.L.
      TRANSFEROR: CONSECO LIFE INSURANCE COMPANY
      C/O CARVAL INVESTORS UK LIMITED
      KNOWLE HILL PARK, FARIMILE LANE
      COBHAM, SURREY    KT11 2PD
      UNITED KINGDOM
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                          UNITED STATES BANKRUPTCY COURT
                          Southern District of New York
                          One Bowling Green
                          New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 7152      in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/18/2010                          Vito Genna, Clerk of Court

                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 18, 2010.

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
_____
                                              |
In re                                         |   Chapter 11 Case No.
                                              |
LEHMAN BROTHERS HOLDINGS INC., et al.,        |   08-13555 (JMP)
                                              |
                                              |   (Jointly Administered)
         Debtors.                             |
                                              |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  CONSECO INSURANCE COMPANY                    CONSECO INSURANCE COMPANY
         C/O 40186 ADVISORS, INC                      CONSECO INSURANCE COMPANY
         535 N. COLLEGE DRIVE                         C/O KIRKLAND & ELLIS, LLP
         ATTN: JEFFREY M/ STAUTZ, GENERAL COUNSEL     300 NORTH LASALLE STREET
         CARMEL IN 46032                              ATTN: ERIN BRODERICK
                                                      CHICAGO IL 60654
```

Please note that your claim # 12568 in the above referenced case and in the amount of
         $864,016.93        has been transferred **(unless previously expunged by court order)**

```
         C.V.I G.V.F. (LUX) MASTER S.A.R.L.
         TRANSFEROR: CONSECO INSURANCE COMPANY
         C/O CARVAL INVESTORS UK LIMITED
         KNOWLE HILL PARK, FARIMILE LANE
         COBHAM, SURREY    KT11 2PD
         UNITED KINGDOM
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 7153      in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/18/2010                         Vito Genna, Clerk of Court


                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 18, 2010.

```
_____
                                            |
In re                                       |   Chapter 11 Case No.
                                            |
LEHMAN BROTHERS HOLDINGS INC., et al.,      |   08-13555 (JMP)
                                            |
                                            |   (Jointly Administered)
            Debtors.                        |
                                            |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  WASHINGTON NATIONAL INSURANCE COMPANY          WASHINGTON NATIONAL INSURANCE COMPANY
         C/O 40/86 ADVISORS, INC.                       WASHINGTON NATIONAL INSURANCE COMPANY
         535 N. COLLEGE DRIVE                           C/O KIRKLAND & ELLIS, LLP
         ATTN: JEFFREY M. STAUTZ, GENERAL MANAGER       300 MORTH LASALLE STREET
         CARMEL IN 46032                                ATTN: ERIN BRODERICK
                                                        CHICAGO IL 60654
```

Please note that your claim # 12574 in the above referenced case and in the amount of
$1,136,317.69           has been transferred **(unless previously expunged by court order)**

```
         C.V.I G.V.F. (LUX) MASTER S.A.R.L.
         TRANSFEROR: WASHINGTON NATIONAL INSURANCE COMPANY
         C/O CARVAL INVESTORS UK LIMITED
         KNOWLE HILL PARK, FARIMILE LANE
         COBHAM, SURREY    KT11 2PD
         UNITED KINGDOM
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 7155     in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/18/2010                         Vito Genna, Clerk of Court

                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 18, 2010.

**EXHIBIT "B"**

08-13555-mg    Doc 7234    Filed 02/23/10    Entered 02/23/10 18:37:46    Main Document
                                              Pg 10 of 12

```
TIME: 11:56:19                              LEHMAN BROTHERS HOLDING INC.                                                                   PAGE: 1
DATE: 02/18/10                                    CREDITOR LISTING

Name                                          Address
BANC OF AMERICA SECURITIES LLC                TRANSFEROR: MERRILL LYNCH INTERNATIONAL 214 N TRYON STREET, NC1-027-14-01 ATTN: JON BARNES CHARLOTTE NC 28255
BANKERS LIFE AND CASUALTY COMPANY             C/O 40/86 ADVISORS, INC 535 N. COLLEGE DRIVE ATTN: JEFFREY M. STAUTZ, GENERAL COUNSEL CARMEL IN 46032
BANKERS LIFE AND CASUALTY COMPANY             BANKERS LIFE AND CASUALTY COMPANY C/O KIRKLAND & ELLIS, LLP 300 NORTH LASALLE STREET ATTN: ERIN BRODERICK CHICAGO IL 60654
C.V.I G.V.F. (LUX) MASTER S.A.R.L.            TRANSFEROR: BANKERS LIFE AND CASUALTY COMPANY C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED K
C.V.I G.V.F. (LUX) MASTER S.A.R.L.            TRANSFEROR: CONSECO INSURANCE COMPANY C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KI
C.V.I G.V.F. (LUX) MASTER S.A.R.L.            TRANSFEROR: CONSECO LIFE INSURANCE COMPANY C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD
C.V.I G.V.F. (LUX) MASTER S.A.R.L.            TRANSFEROR: WASHINGTON NATIONAL INSURANCE COMPANY C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT1
CONSECO INSURANCE COMPANY                     C/O 40186 ADVISORS, INC 535 N. COLLEGE DRIVE ATTN: JEFFREY M/ STAUTZ, GENERAL COUNSEL CARMEL IN 46032
CONSECO INSURANCE COMPANY                     CONSECO INSURANCE COMPANY C/O KIRKLAND & ELLIS, LLP 300 NORTH LASALLE STREET ATTN: ERIN BRODERICK CHICAGO IL 60654
CONSECO LIFE INSURANCE COMPANY                C/O 40/86 ADVISORS INC. 535 NORTH COLLEGE DRIVE ATTN: JEFFREY M. STAUTZ, GENERAL COUNSEL CARMEL IN 46032
CONSECO LIFE INSURANCE COMPANY                CONSECO LIFE INSURANCE COMPANY C/O KIRKLAND & ELLIS, LLP 300 NORTH LASALLE STREET ATTN: ERIN BRODERICK CHICAGO IL 60654
LIQUIDITY SOLUTIONS, INC.                     TRANSFEROR: PIRA ENERGY GROUP ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601
PIRA ENERGY GROUP                             3 PARK AVENUE 26TH FLOOR NEW YORK NY 10016-5989
STONE LION PORTFOLIO LP                       TRANSFEROR: BANC OF AMERICA SECURITIES LLC C/O STONE LION CAPITAL PARTNERS LP 461 FIFTH AVENUE, 14TH FLOOR ATTN: CLAUDIA BORG NEW YOR
WASHINGTON NATIONAL INSURANCE COMPANY         C/O 40/86 ADVISORS, INC. 535 N. COLLEGE DRIVE ATTN: JEFFREY M. STAUTZ, GENERAL MANAGER CARMEL IN 46032
WASHINGTON NATIONAL INSURANCE COMPANY         WASHINGTON NATIONAL INSURANCE COMPANY C/O KIRKLAND & ELLIS, LLP 300 MORTH LASALLE STREET ATTN: ERIN BRODERICK CHICAGO IL 60654

Total Number of Records Printed     16
```

# EXHIBIT "C"

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153