United States Bankruptcy Court for the Southern District of New York

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. #08-13555 |
|---|---|
| Creditor Name and Address: | Korea Central Mortgage, Inc. c/o Samjung KPMG AMC Inc. Gangnam Finance Center, 10th Floor 737 Yeoksam-dong, Gangnam-gu Seoul, 135-984 Korea |
| Court Claim Number (if known): | 18558 |
| Date Claim Filed: | 18 September 2009 |
| Total Amount of Claim Filed: | USD 19,647,706.10 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 3 February 2010

Print Name: Chay Fook Yuen

Title (if applicable): Liquidator

---

## DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

### ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).

This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.

Your claim form was successfully filed on 10/18/2009 at 8:30 PM Central. Please print this page as proof of your filing.

| Korea Central Mortgage Inc. |
| C/O Samjong KPMG AMC Inc. |
| Gangnam Finance Center |
| 10th Floor 737 Yeoksam-dong |
| Gangnam-gu Seoul, 135-984 |
| Korea |
| Seoul, 135-984 KOREA, REPUBLIC OF |

Name of Debtor, or other entity, against which you have a direct claim (the "Obligor") — Lehman Brothers Bankhaus AG, Seoul Branch

If such Obligor is in a bankruptcy or insolvency proceeding, administration, receivership, conservatorship, liquidation or similar proceeding (and is not a Debtor in these chapter 11 cases), please provide the proof of claim and any attachments thereto filed against such Obligor or describe the claim against such Obligor if a proof of claim has not yet been filed.

| Documents |
| --- |
| Original Claim.pdf |

List the agreement(s) under which your claim arises against the Obligor and, unless you have uploaded information in compliance with question 4a of the Derivative Questionnaire, provide documentation evidencing your claim and supporting the calculation of the claim amount.

| Documents |
| --- |
| Original Claim.pdf |

Amount of claim against Obligor                     $19,647,706.10

Name of Debtor that guarantees the payment/obligations of the Obligor against which you have a direct claim (the "Guarantor"): — Lehman Brothers Holdings Inc. (08-13555)

Please upload the specific promise, representation and/or agreement(s) (including any corporate resolutions) under which your claim arises against the Guarantor and describe the obligations/performance that is guaranteed. If you do not have possession of such document, please upload a written explanation of such guarantee in reasonable detail. You do not need to comply with this question if you have uploaded information in compliance with question 4a of the Derivative Questionnaire.

| Documents |
| --- |
| Guaranteed Claim.pdf |

Amount of claim against the Guarantor                     $19,647,706.10

| United States Bankruptcy Court/Southern District of New York | | **PROOF OF CLAIM** |
|---|---|---|
| Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | |
| In Re:<br>Lehman Brothers Holdings Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | |
| Name of Debtor Against Which Claim is Held<br>Lehman Brothers Holdings Inc | Case No. of Debtor<br>08-13555 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
Korea Central Mortgage, Inc.
c/o Samjong KPMG AMC Inc.
Gangnam Finance Center,
10th Floor 737 Yeoksam-dong
Gangnam-gu Seoul, 135-984
Korea

+65 62132 2467    martinwong@kpmg.com.sg
Telephone number: +82(2)2112 0728  Email Address: cwchun@kr.kpmg.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)
- As above -

Telephone number:    Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed: $ USD19,647,706.10

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.

☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☒ Check this box if all or part of your claim is based on a Guarantee.*

*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. Basis for Claim: Swap contracts entered with Lehman Brothers Bankhaus AG, Seoul Branch
   (See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: 091S
   3a. Debtor may have scheduled account as: LEHMAN BROTHERS BANKHAUS AG SEOUL BRANCH
       (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
   Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
   Describe: _____
   Value of Property: $ _____  Annual Interest Rate ____%
   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $ _____  Basis for perfection: _____
   Amount of Secured Claim: $ _____  Amount Unsecured: $ _____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

Amount entitled to priority:
$ _____

6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $ _____
   (See instruction #6 on reverse side.)

7. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

FOR COURT USE ONLY

| Date:<br>17 Sep 09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>Bob Yap Cheng Ghee, Director |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Note: The Proof of Claim has been prepared and filed in compliance with the deadline established of September 22, 2009. The Creditor reserves its right to supplement, add, vary, and/or amend the Proof of Claim herein and/or to supplement and submit further supporting documentation at a later stage where necessary and/or appropriate. For the avoidance of doubt, the lodgment of the Proof of Claim herein shall be without prejudice to and/or derogation from any right and/or entitlement which the Creditor may have to seek the recovery of the monies claimed hereunder from other debtors in whatsoever jurisdiction.

Claim Search



## Lehman Brothers Holdings Inc. (Chapter 11)

**Filed Claims and Schedules**

| Claim # | Schedule # | Creditor Name | Date | Total Claim Value | Image |
|---|---|---|---|---|---|
| 18558 | | KOREA CENTRAL MORTGAGE, INC.<br>C/O SAMJONG KPMG AMC INC.<br>GANGNAM FINANCE CENTER 10TH FLOOR 737 YEOKSAM-DONG<br>GANGNAM-GU SEOUL, 135-984 KOREA<br><br>Debtor: LEHMAN BROTHERS HOLDINGS, INC. | 9/18/2009 | $19,647,706.10<br>Claim Unsecured Amount: $19,647,706.10 | Image |

Claims 1-1 of 1

Epiq Bankruptcy Solutions, LLC ("Epiq") maintains this website for the public's convenience. While Epiq makes every attempt to assure the accuracy of the information contained herein, this website is not the website of the United States Bankruptcy Court and does not contain the complete, official record of the Bankruptcy Court. All documents filed with the Bankruptcy Court are available for inspection at the office of the Clerk of the Bankruptcy Court during its normal business hours or online on the Bankruptcy Court's website. Use of this website is also subject to our terms of use and end user license agreement. Please review our privacy statement for additional information regarding the data maintained on this website.

© 2009 Epiq Systems, Inc. All Rights Reserved.

HOME   CONTACT   SUBSCRIBE   SITE MAP   DISCLAIMER   TERMS OF USE   PRIVACY STATEMENT   SAFE HARBOR



RECEIVED

FEB 22 2010

United States Bankruptcy Court/
Southern District of New York

Lehman Brothers Holdings Claims Processing
Center c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

Airmail