

# Holme Roberts & Owen LLP
*Attorneys at Law*

DENVER

February 16, 2010

BOULDER

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Inc., et al.
757 Third Avenue, 3rd Floor
New York, New York 10017

COLORADO SPRINGS

Re:   In re Lehman Brothers Holdings Inc. et al., United States Bankruptcy
      Court, Southern District of New York, Case No. 08-13555 (JMP)

Dear Epiq Bankruptcy Solutions:

LONDON

Enclosed please find a copy of the Notice of Withdrawal of Proofs of Claim Nos. 28641 and 28643, filed in the above-referenced matter on behalf of National CineMedia, LLC. Please update the claims registry accordingly.

LOS ANGELES

Thank you for your assistance.

Very truly yours,

MUNICH

Eric E. Johnson

PHOENIX

EEJ:amb
enclosure

SALT LAKE CITY

SAN FRANCISCO

Eric E. Johnson  303.866.0657  eric.johnson@hro.com
1700 Lincoln Street, Suite 4100  Denver, Colorado 80203-4541  *tel* 303.861.7000  *fax* 303.866.0200
#1458079 v1 den

Eric E. Johnson (CO #19364) (*Pro Hac Vice*)
HOLME ROBERTS & OWEN LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203
Tel.: (303) 861-7000
Fax: (303) 866-0200
E-Mail: eric.johnson@hro.com
Attorneys for National CineMedia, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                                  :      Chapter 11 Case No.
                                                       :
LEHMAN BROTHERS HOLDINGS INC., *et al*    :      08-13555 (JMP)
                                                       :
                                                       :      (Jointly Administered)
                     Debtors.                          :
-----------------------------------------------------------x

## WITHDRAWAL OF PROOFS OF CLAIM NOS. 28641 AND 28643

PLEASE TAKE NOTICE that creditor National CineMedia, LLC ("Claimant") hereby withdraws the following Proofs of Claim filed on September 22, 2009:

| Creditor | Debtor | Claim No. | Claim Amount |
|---|---|---|---|
| National CineMedia LLC | Lehman Brothers Special Financing Inc. | 28641 | $ 96,119.35 |
| National CineMedia LLC | Lehman Brothers Holdings, Inc. | 28643 | $ 96,119.35 |

and the claims registry maintained by Epiq Bankruptcy Solutions LLC should be updated accordingly.

PLEASE TAKE FURTHER NOTICE that Claimant does not waive or withdraw any other claims asserted in these cases.

#1453165 v2 den

Dated this 16th day of February, 2010.

        HOLME ROBERTS & OWEN LLP

By: */s/ Eric E. Johnson*
    Eric E. Johnson, (CO #19364)
    1700 Lincoln Street, Suite 4100
    Denver, Colorado  80203-4541
    Telephone:    (303) 861-7000
    Facsimile:    (303) 866-0200
    E-Mail: eric.johnson@hro.com
    *Attorneys for National CineMedia, LLC*



**Holme Roberts & Owen LLP**
*Attorneys at Law*

1700 Lincoln Street
Suite 4100
Denver, Colorado
80203-4541



Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Inc., et al.
757 Third Avenue, 3rd Floor
New York, New York  10017

