B210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.                     Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C.
§ 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2),
Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this
evidence and notice.

| Citigroup Financial Products Inc. | MACGERE, SGPS, SA |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
should be sent:

Citigroup Financial Products Inc.
390 Greenwich Street, 4th floor
New York, New York 10013
Attn:  Rohit Bansal
Phone:  212-723-6064
Email:  rohit.bansal@citi.com

With a copy to:

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019
Attn:  Douglas R. Davis
Phone:  212-373-3000
Email:  ddavis@paulweiss.com

Court Claim # (if known):  39786
Amount of Claim: $2,830,200.00, plus interest
Date Claim Filed: October 13, 2009

Phone:  +351 21 359 21 80
Last Four Digits of Acct #:  _____

Name and address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and
correct to the best of my knowledge and belief.

By: _____     Date: _____2/23/10_____
    Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.                               Case No. 08-13555

### NOTICE OF TRANSFER OF CLAIM
### OTHER THAN FOR SECURITY

Claim No. 39786 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on February 24, 2010.

| MACGERE, SGPS, SA | Citigroup Financial Products Inc. |
|---|---|
| Name of Alleged Transferor | Name of Transferee |

Address of Alleged Transferor:                         Address of Transferee:

MACGERE, SGPS, SA                              Citigroup Financial Products Inc.
Espaco Castilho – Rua Castilho, 13D-2B        390 Greenwich Street, 4th floor
1250-066 Lisboa, Portugal                     New York, New York 10013
Attn: Dr. Jorge Reganha                       Attn: Rohit Bansal
Phone: +351 21 359 21 80                       Phone: 212-723-6064
Email: jreganha@holdacsgps.com                Email: rohit.bansal@citi.com

## ~ DEADLINE TO OBJECT TO TRANSFER ~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____          _____

                                          **CLERK OF THE COURT**

*Me.*

PWRW&G LLP DRAFT 2/3/2010

## AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
## LEHMAN PROGRAM SECURITY

TO:     THE DEBTOR AND THE BANKRUPTCY COURT

1.      (a) For value received, the adequacy and sufficiency of which are hereby acknowledged, **BANCO PORTUGUES DE INVESTIMENTO S.A.** ("Seller") **for and on behalf of MACGERE, SGPS, SA** (the "Beneficial Owner") hereby unconditionally and irrevocably sells, transfers and assigns to **CITIGROUP FINANCIAL PRODUCTS INC.** (the "Purchaser"), and Purchaser hereby agrees to purchase, as of the date hereof, (x) an undivided interest, to the extent of the principal amount specified in Schedule 1 attached hereto (the "Purchased Claim"), in Seller's right, title and interest in and to Proof of Claim Number **39786** with blocking number **6006246** filed by or on behalf of Beneficial Owner (the "Proof of Claim") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (y) all rights and benefits of Seller relating to the Purchased Claim, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Claim or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Claim, whether under a plan or reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Claim, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Claim, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Claim, but only to the extent related to the Purchased Claim, and (z) any and all proceeds of any of the foregoing (collectively, as described in clauses (x), (y), and (z), the "Transferred Claims").

(b) For value received, the adequacy and sufficiency of which are hereby acknowledged, Beneficial Owner hereby unconditionally and irrevocably sells, transfers and assigns to Purchaser, and Purchaser hereby agrees to purchase, as of the date hereof, the security or securities (any such security, a "Purchased Security") relating to the Purchased Claim and specified in Schedule 1 attached hereto. For the avoidance of doubt, Seller and Beneficial Owner shall not be obligated by the terms hereof to transfer the Transferred Claim and Purchased Securities to Purchaser in the aggregate more than once.

2.      (a) Seller hereby represents and warrants to Purchaser that (i) the Proof of Claim was duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (ii) the Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (iii) Beneficial Owner is the beneficial owner of the Purchased Securities relating to the Purchased Claim and specified in Schedule 1 attached hereto; (iv) Seller is the Beneficial Owner's authorized agent and broker-dealer with respect to the filing and transfer of the Proof of Claim; (v) Beneficial Owner has authorized and empowered Seller to execute and perform each of its obligations under this Agreement and Evidence of Transfer of Claim; (vi) the Proof of Claim includes the Purchased Claim specified in Schedule 1 attached hereto; and (vii) Seller has not engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors.

(b) Beneficial Owner hereby represents and warrants to Purchaser that: (i) Beneficial Owner owns and has good and marketable title to the Transferred Claims and the Purchased Securities, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by or against Beneficial Owner or Seller; (ii) Beneficial Owner is duly authorized and empowered and has authorized and empowered Seller to execute and perform each of its obligations under this Agreement and Evidence of Transfer of Claim; (iii) the Proof of Claim includes the Purchased Claim specified in Schedule 1 attached hereto; (iv) Beneficial Owner has not engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or

*Mc. N.Y.*

distributions or less favorable treatment than other unsecured creditors; and (v) as of the date of this Agreement and Evidence of Transfer of Claim, the Purchased Securities have not been accelerated.

3.    Each of Seller and Beneficial Owner hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

4.    All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller or Beneficial Owner. Each of Seller and Beneficial Owner, severally, not jointly, hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's or Beneficial Owner's breach of its representations and warranties made herein, as applicable.

5.    Seller and Beneficial Owner shall promptly (but in any event no later than three (3) business days) remit to Purchaser any payments, distributions or proceeds received by Seller or Beneficial Owner in respect of the Transferred Claims or Purchased Securities. Beneficial Owner has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Benefical Owner. This Agreement and Evidence of Transfer of Claim supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Securities.

6.    Each of Seller, Beneficial Owner and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer of Claim, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proof of Claim.

7.    Seller's, Beneficial Owner's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller, Beneficial Owner and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this ___ day of January 2010.

**CITIGROUP FINANCIAL PRODUCTS INC.**

By: _____

Name: ~~████████████~~ ROHIT BANSAL

Title: Managing Director

390 Greenwich Street, 4th floor
New York, New York 10013

**BANCO PORTUGUES DE INVESTIMENTO S.A.**
in its capacity as Seller and as authorized agent for and on behalf of MACGERE, SGPS, SA    as Beneficial Owner

By: _____

Name: _____

Title: _____

**MACGERE, SGPS, SA as Beneficial Owner**

By: _____

Name: _____

Title: ceo

[Address]

Macgere
SGPS, S.A.
Rua Castilho, 130-2°
1250-066 Lisboa - Portugal
NIF/CRC 507 929 969
Matric. em Lisboa
CS €750.000

Schedule 1

Transferred Claims

Purchased Claim

100% = $2,830,200 PLUS INTEREST  XS035084711 6  claim of US$2,830,200 (the outstanding amount of the Proof of Claim as of 20th January 2010).

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Coupon | Maturity | Accrued Interest (as of September 15, 2008) |
|---|---|---|---|---|---|---|---|
| Index Basket Linked Note | XS0350847116 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 2,000,000.00 | Index Linked | March 14, 2011 | |

Schedule 1–1

Doc#: US1:5889446v2

| United States Bankruptcy Court/Southern District of New York | **LEHMAN SECURITIES PROGRAMS** |
| --- | --- |

*United States Bankruptcy Court/Southern District of New York*
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS
# PROOF OF CLAIM

| In Re: | Chapter 11 |
| --- | --- |
| Lehman Brothers Holdings Inc., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000039786

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

MACGERE, SGPS, SA
DR. JORGE REGANHA
ESPAÇO CASTILHO – RUA CASTILHO, 13D-2B
1250-066 LISBOA

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____
   *(If known)*

Filed on: _____

Name and address where payment should be sent (if different from above)



Telephone number: +351213592180    Email Address: JREGANHA@HOLDACSGPS.COM

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1.  Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ **2.830.200,00 PLUS INTEREST**    (Required)

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2.  Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN): XS0350847116**                  (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as ppropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number: 6006246**

                                  **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number: 23396**
                          **(Required)**

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| **FOR COURT USE ONLY** |
| --- |
| **FILED / RECEIVED** |
| OCT 1 3 2009 |
| **EPIQ BANKRUPTCY SOLUTIONS, LLC** |

| Date. | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
| --- | --- |
| 2/10/09 | |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

### ———— DEFINITIONS ————

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150- 5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

### ———— INFORMATION ————

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq*.), and any applicable orders of the bankruptcy court.

BPI

Lehman   Brothers   Holdings   Claims
Processing
c/o  Epiq  Bankruptcy  Solutions,  LLC
FDR    Station,    P.O.    Box    5076
New York, NY 10150-5076

Ref. 407/09 DO-DT-CA-SMN                     Porto, 1st October 2009

Dear Sirs,

We are sending, herewith, the Proof of Claim of our Client MACGERE SGPS, SA.

Yours faithfully,

Sónia Nunes                                              Fátima Silva

BANCO BPI. S.A.
Sede: Rua Tenente Valadim, 284 - 4100-476 PORTO   Telefone 22 207 50 00   Fax 22 207 58 88

9 (05/2009)



S. R.

## PROCURADORIA-GERAL DA REPÚBLICA

---

### APOSTILLE

#### Convention de La Haye du 5 octobre 1961

1.  País/Pays/Country: **Portugal**
    Este documento público/Le présent acte public/This public document

2.  Foi assinado por/a été signé par/has been signed by **Ricardo Rodrigues Lopes**

3.  Agindo na qualidade de/agissant dans la qualité de/acting in the  capacity of **Advogado 19398L**

4.  E tem o selo de/est revêtu du sceau de/bears the seal of **Ricardo Rodrigues Lopes**

#### Reconhecido/Attesté/Certified

5.  Em/à/at **Lisboa**

6.  A /le /the **28 de Setembro de 2009**

7.  Pelo Procurador-Geral da República/par le Procureur général de la République/by the Attorney General

8.  Sob o nº /sous le nº /Nº  **9493-2009**

9.  Selo/sceau/seal

10.  Assinatura/signature/signature

Fernando José Matos Pinto Monteiro

Ref.ª/réf./ref.

---

*A presente Apostila apenas certifica a assinatura, a qualidade em que o signatário do acto actuou e o selo/carimbo que consta do acto. Não certifica o conteúdo do documento para o qual foi emitida.*

*Cette Apostille ne certifie que la signature, la qualité en laquelle le signataire de l'acte a agi et le sceau/timbre dont cet acte est revêtu. Elle ne certifie pas le contenu du document pour lequel elle a été émise.*

*This Apostille only certifies the signature, the capacity of the signer and the seal/stamp it bears. It does not certify the content of the document for which it was issued.*

*La presente Apostilla sólo certifica la firma, la capacidad del signatario y el sello/timbre que ostenta. La Apostilla no certifica el contenido del documento para el cual se expidió.*

País de destino/Pays de destination/Destination country **Estados Unidos da América**

Rua da Escola Politécnica, n.º 140 1269-269 LISBOA PORTUGAL * Telf.: 21 392 19 00 * 21 394 98 00  * Fax: 21 397 52 55
E-mail: mailpgr@pgr.pt

Macgere
SGPS. S.A.

Lehman Brothers Holdings Claims Processing

c/o Epiq Bankruptcy Solutions, LLC

FDR Station, P.O. Box 5076

New York, NY 10150-5076

| N/ Ref.: | C010/09 | V/Ref.: | | Data: | Lisboa, 04-09-2009 |
| O/ Ref.: | | Y/ Ref.: | | Date: | |

**Assunto:**
*Subject:*

Dear Sir

In reference to Lehman Brothers Treasury Co Bv Chapter 11 Bankruptcy Case 08-13555, please find enclosed the Proof of Claim from the debt owned to Macgere, SGPS, SA by Lehman Brothers Treasury Co Bv.

The basis for the claim is the bonds issued by Lehman Brothers Treasury Co Bv.(Lehman Brothers Treasury ZCP, ISIN code XS0350847116) owned by Macgere, SGPS, SA. Such bonds are held in custody with Banco Português de Investimento, S.A., in an omnibus account opened in Banco Português de Investimento, S.A.customers name at Euroclear Bank.

Should you have any questions regarding the enclosed documents, please contact Macgere, SGPS, SA at +351 21 359 21 80 or jreganha@holdacsgps.com or Espaço Castilho – Rua Castilho, 13D- 2B, 1250-066, Lisboa, Portugal.

Yours truly

Marta Champalimaud Cyrne

## FRANCO CAIADO GUERREIRO & ASSOCIADOS

SOCIEDADE DE ADVOGADOS, R.L.

### RECONHECIMENTO

Eu, Ricardo Rodrigues Lopes, advogado portador da cédula profissional número 19398L, com escritório na Rua Castilho, n.º 39 – 15.º, em Lisboa, reconheço, nos termos do artigo 38º do Decreto-Lei n.º 76-A/2006, de 29 de Março, por semelhança, a assinatura de Marta Maria Alvim de Melo Champalimaud de Sousa Cyrne, em face do B.I. n.º 9200576, emitido em 14/05/2007, pelos Serviços de Identificação Civil de Lisboa, na qualidade de Administradora da Macgere, SGPS, S.A., qualidade que confirmei por Certidão Permanente, n.º 445263062843 da Conservatória do Registo Comercial de Lisboa, constante do documento anexo, composto por 3 folhas, datado de 04 de Setembro de 2009, por mim rubricado e anexo ao presente reconhecimento.

### *CERTIFICATION*

*I, Ricardo Rodrigues Lopes, Attorney at law, member of the Portuguese Bar Association number 19398L, with office at Rua Castilho, n.º 39 – 15º, Lisbon, Portugal, do hereby certify, under the terms of Decree-law 76-A/2006, dated March 29, that the signature of Marta Maria Alvim de Melo Champalimaud de Sousa Cyrne, holder of the identity card number 9200576, issued on 14-05-2007 by the civil identification services of Lisbon, in the quality of Director of Macgere, SGPS, S.A., which I confirmed by the Commercial Registry Permanent Certificate, number 445263062843 issued by the Commercial Registry of Lisbon, comprised of three pages, duly initialised, and annexed to the present certification, is the true and proper handwriting of the said Marta Maria Alvim de Melo Champalimaud de Sousa Cyrne.*

Lisboa, vinte e dois de Setembro de 2009.
*Lisbon, the twenty second of September of 2009.*

O Advogado,
The Attorney at Law,

**RICARDO RODRIGUES LOPES**
ADVOGADO
Cédula 19398-NIF 163 708 444
rlopes@fcguerreiro.com

FRANCO CAIADO GUERREIRO & ASSOCIADOS
SOC. DE ADVOGADOS, R.L.
Nº 504 999 945
Rua Castilho, 39-15º - 1250-068 LISBOA
Tel. (351) 21 371 79 60-Fax (351) 21 371 79 61

Reconhecimento registado em 22/09/2009 sob o n.º 19398L/378, no registo on-line dos actos dos Advogados. O artigo 38.º do Decreto-Lei n.º 76-A/2006, de 29 de Março, atribui competência para a realização de todo o tipo de reconhecimentos, termos de autenticação, traduções e certificados de tradução, a conservadores, oficiais de registo, advogados e solicitadores e câmaras de comércio ou indústria.



ORDEM
ADVOGADOS

# REGISTO ONLINE DOS ACTOS DOS ADVOGADOS

Artigo 38.º do Decreto-Lei n.º 76-A/2006, de 29-03
Portaria n.º657-B/2006, de 29-06

**Dr.(a) Ricardo Rodrigues Lopes**
CÉDULA PROFISSIONAL: 19398L

IDENTIFICAÇÃO DA NATUREZA E ESPÉCIE DO ACTO

Reconhecimento com menções especiais por semelhança

IDENTIFICAÇÃO DOS INTERESSADOS

Macgere, SGPS, SA
NIPC nº. 507929969

EXECUTADO A: 2009-09-22 10:22

REGISTADO A: 2009-09-22 10:23
COM O Nº: 19398L/378

Poderá consultar este registo em https://oa.pt/validar.php?id=8968131+428098.

**Acesso à Certidão Permanente**

MINISTÉRIO DA JUSTIÇA

Certidão Permanente    Documentos da Certidão Permanente

«‹ Voltar    Sair



## Certidão Permanente
### Código de acesso: 4452-6306-2843

*A entrega deste código a qualquer entidade pública ou privada dispensa a apresentação de uma certidão em papel.(artº 75º, nº5 do Código do Registo Comercial)*

Matrícula

**NIPC:** 507929969
**Firma:** MACGERE, SGPS, S.A.
**Natureza Jurídica:** SOCIEDADE ANóNIMA
**Sede:** Espaço Castilho, Rua Castilho, nº 13-D, 2º B
**Distrito:** Lisboa   **Concelho:** Lisboa   **Freguesia:** São Mamede
1250 Lisboa
**Objecto:** gestão de participações sociais noutras sociedades, como forma indirecta de exercício de actividades económicas.
**Capital:** 750.000,00 Euros
**CAE Principal:** 64202-R3
**Data do Encerramento do Exercício:** 31 Dezembro
**Prazo de duração dos(s) Mandato(s):** mandato em curso 2007/2009
**Órgãos Sociais/Liquidatário/Administrador ou Gestor Judicial:**

CONSELHO DE ADMINISTRAÇÃO:

Nome: Jorge Miguel e Costa Reganha
NIF/NIPC: 166092290

**Conservatória onde se encontram depositados os documentos:** Conservatória do Registo Comercial de Lisboa

Os elementos constantes da matrícula não dispensam a consulta das inscrições e respectivos averbamentos e anotações porquanto são estes que definem a situação jurídica da entidade.

Inscrições - Averbamentos - Anotações

**Insc.1    AP. 64/20070621 13:38:03 UTC - CONSTITUIÇÃO DE SOCIEDADE E DESIGNAÇÃO DE MEMBRO(S) DE ORGÃO(S) SOCIAL(AIS)**

FIRMA: MACGERE, SGPS, S.A.
NIPC: 507929969
NATUREZA JURÍDICA: SOCIEDADE ANóNIMA
SEDE: Espaço Castilho, Rua Castilho, nº 13-D, 2º B
Distrito: Lisboa Concelho: Lisboa Freguesia: São Mamede
1250 Lisboa
OBJECTO: gestão de participações sociais noutras sociedades, como forma indirecta de exercício de actividades económicas.
CAPITAL : 750.000,00 Euros
Data de encerramento das contas do exercício: 31 de Dezembro.

ACÇÕES:

Número de acções: 150000
Valor nominal : 5.00 Euros
Natureza: nominativas ou ao portador.

FORMA DE OBRIGAR/ÓRGÃOS SOCIAIS:

Forma de obrigar: a) pelo presidente do Conselho de Administração; b) por dois administradores; c) pelo administrador-delegado, dentro dos limites da delegação do Conselho de Administração; d) por procurador, quanto aos actos ou categorias de actos, definidos nas respectivas procurações.
Estrutura da administração: exercida por um Conselho de Administração, composto por três, cinco, sete ou nove membros.
Estrutura da fiscalização: exercida por um Conselho Fiscal ou por um Fiscal Único.
Duração dos mandatos: três anos.

CONSERVATÓRIA DA SEDE:

Distrito: Lisboa
Concelho: Lisboa

Conservatoria: CRComercial Lisboa

ÓRGÃO(S) DESIGNADO(S):

CONSELHO DE ADMINISTRAÇÃO:

Marta Maria Alvim de Melo Champalimaud de Sousa Cyrne
NIF/NIPC: 185217389
Cargo: Presidente
Residência/Sede: Rua das Amoreiras, nº 72-D, 8º
1300 - 067 Lisboa

António Francisco Alvim Champalimaud
NIF/NIPC: 185521370
Cargo: Vogal
Residência/Sede: Rua Castilho, 13-D, 2º B
1250 - 066 Lisboa

João Pedro Franco Caiado Coelho Guerreiro
NIF/NIPC: 196195560
Cargo: Vogal
Residência/Sede: Rua Duque de Palmela, nº 25 - 5º
1250 - 302 Lisboa

FISCAL ÚNICO:

ISABEL PAIVA, MIGUEL GALVÃO & ASSOCIADOS, SROC
NIF/NIPC: 502215399
Residência/Sede: Largo Alberto Sampaio, 3A
2795 - 007 Linda-a-Velha

SUPLENTE(S) DO FISCAL ÚNICO:

João Miguel Pinto Galvão
NIF/NIPC: 113381204
Cargo: ***(Roc).
Residência/Sede: Rua General Humberto Delgado, nº 25
8000 - 355 Faro

Data da deliberação: triénio 2007/2009.

MENÇÃO: resultante do destaque de parte do património da sociedade "Germac, SGPS, S.A." com o Nº de matrícula 507074394, por cisão.

Conservatória do Registo Comercial de Lisboa
O(A) Conservador(a), Maria Fernanda Marques Rolão Campos Garcia

**An. 1 - 20070627 - Publicado em http://www.mj.gov.pt/publicacoes.**

Conservatória do Registo Comercial de Lisboa
O(A) Conservador(a), Maria Fernanda Marques Rolão Campos Garcia

**Av.1    OF. AP. 64/20070621 - RECTIFICADO**

ÓRGÃO(S) DESIGNADO(S):

CONSELHO DE ADMINISTRAÇÃO:

António Francisco Alvim Champalimaud
NIF/NIPC: 185217370
Cargo: vogal

Conservatória do Registo Comercial de Lisboa
O(A) Conservador(a), Maria Fernanda Marques Rolão Campos Garcia

**Av.2    AP. 91/20090807 15:26:26 UTC - CESSAÇÃO DE FUNÇÕES DE MEMBROS DO(S) ORGÃO(S) SOCIAL(AIS)**

CONSELHO DE ADMINISTRAÇÃO:

Nome/Firma: João Pedro Franco Caiado Coelho Guerreiro
Causa: renúncia
Data: 2009-07-23

Conservatória do Registo Comercial de Lisboa
O(A) Adjunto(a) do Conservador, Ana Isabel Rodrigues Cintrão Cruz

**An. 1 - 20090810 - Publicado em http://www.mj.gov.pt/publicacoes.**
Conservatória do Registo Comercial de Lisboa
O(A) Adjunto(a) do Conservador, Ana Isabel Rodrigues Cintrão Cruz

**Insc.2    AP. 92/20090807 15:26:26 UTC - DESIGNAÇÃO DE MEMBRO(S) DE ORGÃO (S) SOCIAL(AIS)**

ÓRGÃO(S) DESIGNADO(S):

CONSELHO DE ADMINISTRAÇÃO:

Nome/Firma: Jorge Miguel e Costa Reganha
NIF/NIPC: 166092290
Residência/Sede: Rua Castilho, 13 D, 2B
Lisboa

Prazo de duração do(s) mandato(s): mandato em curso 2007/2009
Data da deliberação: 2006-07-23

Conservatória do Registo Comercial de Lisboa
*O(A) Adjunto(a) do Conservador, Ana Isabel Rodrigues Cintrão Cruz*

**An. 1 - 20090810 - Publicado em http://www.mj.gov.pt/publicacoes.**
Conservatória do Registo Comercial de Lisboa
*O(A) Adjunto(a) do Conservador, Ana Isabel Rodrigues Cintrão Cruz*

---

Menções de Depósito - Anotações

| | |
|---|---|
| **Menção** | **DEP 8935/2008-07-02 18:19:16 UTC – PRESTAÇÃO DE CONTAS INDIVIDUAL** |

Ano da Prestação de Contas: 2007

Emitida Certificação Legal de Contas, sendo o parecer de Revisão: Sem Reservas e Sem Ênfases

Requerente e Responsável pelo Registo: *MACGERE SGPS S A*
*Menção realizada nos termos do Decreto-Lei nº. 8/2007 de 17 Janeiro*

**An. 1 - 20080702 - Publicado em http://www.mj.gov.pt/publicacoes**

*Menção realizada nos termos do Decreto-Lei nº. 8/2007 de 17 Janeiro*

| | |
|---|---|
| **Menção** | **DEP 10182/2009-07-27 18:57:06 UTC – PRESTAÇÃO DE CONTAS INDIVIDUAL** |

Ano da Prestação de Contas: 2008

Emitida Certificação Legal de Contas, sendo o parecer de Revisão: Sem Reservas

Requerente e Responsável pelo Registo: *MACGERE SGPS S A*
*Menção realizada nos termos do Decreto-Lei nº. 8/2007 de 17 Janeiro*

**An. 1 - 20090727 - Publicado em http://www.mj.gov.pt/publicacoes**

*Menção realizada nos termos do Decreto-Lei nº. 8/2007 de 17 Janeiro*

---

Certidão permanente subscrita em 11-08-2009 e válida até 11-08-2010

Fim da Certidão

**Nota Importante:**
Não necessita de imprimir este documento. Pode dar o código de acesso a qualquer entidade pública ou privada, sempre que precise de apresentar uma certidão de registo comercial.

(«) **Voltar**    **Sair**

© 2009 AMA - Agência para a Modernização Administrativa, IP

# FRANCO CAIADO GUERREIRO & ASSOCIADOS

SOCIEDADE DE ADVOGADOS, R.L.

## CERTIFICO

Eu, Nuno Jorge Rua, portador da cédula profissional número 21990-L, com escritório na Rua Duque de Palmela, n.º 25 – 5.º, em Lisboa, certifico que a presente cópia que extraí, constituída por seis folhas. devidamente numeradas e por mim rubricadas, está em conformidade com o original, o qual é o Pacto Social da Sociedade "*MACGERE, SGPS, SA*", aprovado e assinado a 11/06/2007, que me foi apresentado e restituí.

Lisboa, 11 de Junho de 2007

O Advogado,

*Nuno Rua*

**NUNO RUA**
ADVOGADO
Cédula 21990-L
Cont. Nº 229 718 890
FRANCO CAIADO GUERREIRO & ASSOCIADOS
SOC. DE ADVOGADOS, R.L.
Cont. Nº 503 005 945
Rua Duque de Palmela, 25-5º - 1250-097 LISBOA
Tel. (351) 21 359 30 50 - Fax (351) 21 359 30 51
e-mail: n.rua@fcguerreiro.com

Registado em Junho 2007, com o nº 21990-L/53 no registo on-line dos actos dos Advogados, nos termos do Artigo 38º do Decreto-Lei nº 76-A/2006. de 29 de Março e da Portaria 657-B/2006 de 29 de Junho

Nos termos do art. 38º do Dec. Lei n.º 76-A/2006, de 29 de Março. as presentes fotocópias têm o mesmo valor probatório que os originais.

ANEXO II

PACTO SOCIAL

**MACGERE, SGPS, S.A.**

### ARTIGO PRIMEIRO

A Sociedade tem a denominação de **MACGERE, SGPS, S.A.**, e durará por tempo indeterminado.----------------------------------------------------------------

### ARTIGO SEGUNDO

UM. A Sociedade tem sede social na Espaço Castilho, sito na Rua Castilho, número treze, D, segundo andar, porta B, freguesia de São Mamede, no concelho de Lisboa. --------------------------------------------------

DOIS. O Conselho de Administração pode, mediante simples deliberação e cumpridas as formalidades legais, criar, transferir ou encerrar, no território nacional ou fora dele, agências, delegações ou quaisquer outras formas de representação social.--------------------------------

TRÊS. Com o parecer favorável do órgão de fiscalização, o conselho de administração poderá deslocar a sede social para qualquer outro local dentro do mesmo concelho ou para concelho limítrofe. -----------------------

### ARTIGO TERCEIRO

A sociedade tem por objecto social a Gestão de participações sociais noutras sociedades, como forma indirecta de exercício de actividades económicas.---------------------------------------------------------------------------

### ARTIGO QUARTO

A Sociedade poderá, sem dependência de deliberação da Assembleia Geral, participar em agrupamentos complementares de empresas, bem como adquirir, originária ou subsequentemente, e alienar acções ou quotas em sociedades de responsabilidade limitada qualquer que seja o objecto social destas, mesmo que reguladas por leis especiais. --------------

### ARTIGO QUINTO

UM. O capital social da sociedade é de setecentos e cinquenta mil euros e encontra-se totalmente realizado. -------------------------------------------------

DOIS. O capital social é representado por cento e cinquenta mil acções, com o valor nominal de cinco euros cada uma. ----------------------------------

## ARTIGO SEXTO

UM. As acções são nominativas ou ao portador, recíproca e livremente convertíveis a expensas do accionista que pedir a conversão. ---------------

DOIS. As acções podem revestir forma escritural. -----------------------------

TRÊS. As acções são representadas por títulos de uma, cinco, dez, cinquenta, cem ou múltiplos de cem acções, sendo permitida a sua concentração ou divisão. ---------------------------------------------------------------

QUATRO. Os encargos relativos à concentração ou divisão de títulos serão sempre suportados pelos accionistas que as solicitem. ----------------

## ARTIGO SÉTIMO

A Sociedade pode emitir acções preferenciais sem voto, nos termos do artigo 341º do Código das Sociedades Comerciais e emitir obrigações sob qualquer das formas previstas na lei e em conformidade com o que for deliberado em Assembleia-Geral. -------------------------------------------------

## ARTIGO OITAVO

Por deliberação da Assembleia-Geral, a sociedade poderá adquirir, alienar ou extinguir acções próprias, dentro dos limites fixados na lei. ----

## ARTIGO NONO

UM. Mediante deliberação do conselho de administração poderá ser exigido, em qualquer altura, a qualquer dos accionistas, que efectue prestações suplementares ou acessórias à sociedade, até ao montante máximo de igual ao total do capital social.----------------------------------------

DOIS. A celebração de contratos de suprimento depende de prévia deliberação do conselho de administração. ----------------------------------------

## ARTIGO DÉCIMO

UM. São órgãos sociais da sociedade a Assembleia-Geral, o Conselho de Administração e o Conselho Fiscal ou o Fiscal Único. -------------------------

DOIS. Os membros dos órgãos sociais exercem as suas funções por períodos de três anos renováveis. ----------------------------------------------------

2/6

TRÊS. Findos os respectivos mandatos, os membros dos órgãos sociais permanecem em funções até à eleição ou designação dos seus substitutos. ----------------------------------------------------------------------------------

### ARTIGO DÉCIMO PRIMEIRO

A Mesa da Assembleia-Geral será constituída por um presidente e um secretário. ----------------------------------------------------------------------------------

### ARTIGO DÉCIMO SEGUNDO

UM. A Assembleia-Geral é constituída pelos accionistas com direito a voto. ----------------------------------------------------------------------------------

DOIS. A cada grupo de cem acções corresponde um voto. --------------------

### ARTIGO DÉCIMO TERCEIRO

UM. A Assembleia-Geral reunirá ordinariamente uma vez em cada ano civil e, extraordinariamente, sempre que a reunião seja convocada a pedido do Conselho de Administração ou do órgão de fiscalização ou a requerimento de accionistas que reúnam os requisitos mínimos legalmente previstos para aquele fim. ----------------------------------------------

DOIS. A Assembleia-Geral poderá funcionar em primeira convocação quando estejam presentes ou representados accionistas cujas acções correspondam, pelo menos, a metade do capital social. -----------------------

TRÊS. Em segunda convocação, a Assembleia-Geral poderá funcionar validamente seja qual for o número de accionistas presentes ou representados e o quantitativo do capital a que as respectivas acções correspondam. ----------------------------------------------------------------------------------

### ARTIGO DÉCIMO QUARTO

UM. O Conselho de Administração é composto por um número ímpar de membros, entre três, cinco, sete e nove. ------------------------------------------

DOIS. O presidente do Conselho de Administração tem voto de qualidade. ----------------------------------------------------------------------------------

TRÊS. Os membros do Conselho de Administração ficam dispensados de prestar caução. ----------------------------------------------------------------------------------



## ARTIGO DÉCIMO QUINTO

UM. O Conselho de Administração reunirá sempre que for convocado pelo presidente ou a pedido de qualquer vogal.---------------------------------

DOIS. O Conselho de Administração poderá designar um administrador-delegado ou criar uma comissão executiva constituída por um número ímpar de membros. -------------------------------------------

TRÊS. A deliberação do Conselho de Administração referida no número anterior incluirá a definição da competência delegada no administrador-delegado ou na comissão executiva. -------------------------------------------

## ARTIGO DÉCIMO SEXTO

UM. A Sociedade é representada: -------------------------------------------

a) Pelo Presidente do Conselho de Administração;----------------------------

b) Por dois administradores; ------------------------------------------------

c) Pelo administrador-delegado, dentro dos limites da delegação do Conselho de Administração; -------------------------------------------

d) Por procurador, quanto aos actos ou categorias de actos definidos nas respectivas procurações. -----------------------------------------------------

DOIS. Em assuntos de mero expediente é bastante a assinatura de um administrador ou de mandatário que, para tanto, tenha poderes. ----------

TRÊS. O Conselho de Administração poderá deliberar, nos termos e dentro dos limites legais, que certos documentos da Sociedade sejam assinados por processos electrónicos, mecânicos ou por chancela. ---------

## ARTIGO DÉCIMO SÉTIMO

A fiscalização da Sociedade será exercida por um Conselho Fiscal ou por um Fiscal Único, conforme deliberado em Assembleia-Geral.

## ARTIGO DÉCIMO OITAVO

O exercício social coincide com o ano civil. -------------------------------------

## ARTIGO DÉCIMO NONO

UM. Os lucros de exercício, apurados em conformidade com a lei, terão a seguinte aplicação: -------------------------------------------------------------

4/6



a) cinco por cento para constituição ou reforço do Fundo de Reserva Legal e até que este atinja o mínimo legalmente estabelecido;----------------

b) o remanescente será aplicado em conformidade com as deliberações da Assembleia-Geral. --------------------------------------------------------------

DOIS. A Sociedade poderá, nos termos da lei, fazer adiantamentos sobre lucros aos accionistas. -------------------------------------------------------------

## ARTIGO VIGÉSIMO

UM. A sociedade dissolve-se nos casos e nos termos previstos na lei. -----

DOIS. Salvo deliberação em contrário da Assembleia-Geral, serão liquidatários os membros do Conselho de Administração que estiverem em exercício de funções quando a dissolução se operar. ----------------------

## DISPOSIÇÕES TRANSITÓRIAS

UM. São desde já nomeados para o triénio dois mil e sete a dois mil e nove, os seguintes órgãos sociais: ----------------------------------------------

I - MESA DA ASSEMBLEIA-GERAL ----------------------------------------------

Presidente: Tiago Manuel Franco Caiado Coelho Guerreiro; -----------------

Secretário: Catarina Susana Santos Ferreira Nunes. ----------------------------

II - CONSELHO DE ADMINISTRAÇÃO --------------------------------------------

Presidente: Marta Maria Alvim de Melo Champalimaud de Sousa Cyrne, casada, residente na Rua das Amoreiras, nº 72-D, 8º andar, em Lisboa, NIF 185217389; --------------------------------------------------------

Vogais: António Francisco Alvim Champalimaud, divorciado, residente na Rua Castilho, 13 D, 2º B, freguesia de São Mamede, concelho de Lisboa, NIF 185521370; e João Pedro Franco Caiado Coelho Guerreiro, casado, residente na Rua Duque de Palmela, nº 25, 5º, em Lisboa, NIF 196195560.-----------------------------------------------------------------------------

III – Fiscal Único: ------------------------------------------------------------------

Efectivo – Isabel Paiva, Miguel Galvão & Associados, Sociedade de Revisores Oficiais de Contas, representada por José Luís Guerreiro Nunes, ROC nº 1098; ----------------------------------------------------------------

Suplente – João Miguel Pinto Galvão, ROC nº 587. -----------------------------



**ORDEM DOS ADVOGADOS**

# REGISTO ONLINE DOS ACTOS DOS ADVOGADOS

Artigo 38.º do Decreto-Lei n.º 76-A/2006, de 29-03
Portaria n.º657-B/2006, de 29-06

**Dr.(a) Nuno Rua**
CÉDULA PROFISSIONAL: 21990L

IDENTIFICAÇÃO DA NATUREZA E ESPÉCIE DO ACTO

Certificação de fotocópias

IDENTIFICAÇÃO DOS INTERESSADOS

GERMAC, SGPS, SA
NIPC nº. 507074394

EXECUTADO A: 2007-06-04 18:07

REGISTADO A: 2007-06-04 18:08
COM O Nº: 21990L/53

Poderá consultar este registo em https://oa.pt/validar.php?id=2294469+541900.

⭐ BPI

| PORTUGAL CTT | TAXA PAGA |

Contrato n.º 551 127

200245 - 356166

R P 5 5 2 8 1 9 4 9 1 P T

Lehman    Brothers    Holdings    Claims
Processing
c/o  Epiq  Bankruptcy  Solutions,  LLC
FDR    Station,    P.O.    Box    5076
New York, NY 10150-5076

RECEIVED

OCT 1 3 2009

BY:--------

BANCO BPI
Apartado 2231