UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., et al., : 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
:
------------------------------------------------------------x

*original*
*Submit*
*Chambers*

*RECEIVED FEB 19 2010 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK*

OBJECTION TO SALE OF 721 Bethpage Drive, McDonough, GA.

NOW COMES WILLIAM KUNTZ, III WHO APPEARS PRO SE AND SEE'S THAT EVEN

THE PROSPECT OF A SNOWSTORM CANNOT KEEP WEIL GOTSHAL AWAY FROM

IT'S ONGOING SCHEMES IN THE DEMINIUS AREA.

721 BETHPAGE IS IN WHAT IS KNOWN AS THE EAGLE'S RIDGE SUBDIVISION.

A BARE BUILDING LOT IS LISTED FOR $150,000

### Remarks-733 BETHPAGE DR, MCDONOUGH, GA 30253

FINAL PHASE EAGLE'S LANDING COUNTRY CLUB. BUY NOW! BRING YOUR OWN BUILDER!! GOLF C

### Details

**MLS#:** 02799298
**Price:** $150,000

http://listings.listhub.net/pages/GAMLS/02799298/?channel=zillow

721 BETHPAGE DOES NOT APPEAR TO BE LISTED IN ANY OF THE NATIONAL

DATA BASES AS HAVING BEEN OFFERED FOR SALE. IE, ZILLOW & OVERSTOCK.

THERE ARE 2 LISTINGS IN THE SUBDIVISION AS FOLLOWS



## 202 Eagles Landing Way, Mcdonough, GA 30253

# $1,200,000

Sqft
N/A
Beds

4

Baths
5.5
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



# 15 Vintage Court-Eagles Landing, Mcdonough, GA

# $1,950,000

Sqft
11,000
Beds
6
Baths
6.5
-
OBJECTANT WAS ABLE TO LOCATE 721 BETHPAGE WITH A LOCAL LISTING AS FOLLOWS:



721 Bethpage Drive

**5 Bedrooms, 5 Full / 3 Half Baths
Under Contract**



All information deemed reliable but not guaranteed and should
be independently verified. All properties are subject to prior
sale, change, or withdrawal. Neither listing broker(s) nor Better
Homes and Gardens Real Estate Metro Brokers shall be
responsible or liable for any typographical errors, mapping
errors, misinformation or misprints.

721 Bethpage Drive, McDonough, GA — Yahoo! Mail 3/5

08-13555-scc    Doc 7247    Filed 02/19/10    Entered 02/24/10 15:04:25    Main Document
Pg 3 of 5

Lucky You! Contract Fall Through. Stunning Eagles Landing Masterpiece!Truly A Must See! Required:Prequa

**Subdivision:** Eagles Landing         Less than .5 Acre              2006
**Lot Size:**    Eagles Landing (high)
**Year Built:**
**Schools:**

Interior Features

**Kitchen:** Breakfast Bar, Island, Pantry
**Dining Room:** Separate Dining Room
**Basement:** Exterior Entrance, Daylight, Finished Rooms, Full, Interior Entrance
**Rooms:** Family Room, Great Room, In-Law Suite or Apartment, Master on Main Level, Separate Living Room
**Interior:** 9' Plus Ceilings, Entrance Foyer, Hardwood Floors, Other, Wall/Wall Carpet, Whirlpool Bath

Exterior Features

**Style:** Traditional
**Construction:** Brick
**Parking:** 3 Car or More, Attached, Garage
**Lot Description:** Golf Course, Less than .5 Acre, Level Lot

Community Amenities

**Amenities:** Clubhouse, Golf Course, Home Owners Association, Lake, Park, Physical Fit Facilities, Playground, Po
Tennis Team, Underground Utilities

Listing provided courtesy of Adams Asset Mgmt.,

The content on this page relating to listings of real estate for sale comes from Georgia MLS. Real estate listings held by brokerag
listing broker is also identified on any Details pa



Information deemed reliable but not guarantee
@2010 Georgia MLS

For technical problems with this website, please contact kristin.wilho

HOWEVER IN THE FINE PRINT IT STATES THAT 'LUCKY YOU CONTRACT FALL

THROUGH" WHAT EVER THAT MEANS.

http://www.metrobrokers.com/listingdetails?listingid=1226425&clicksourceid=2&listingsearchid=ae07d435-ae

NONE OF THIS, OF COURSE IS DISCLOSED TO THE COURT, IE IT IS GOING FOR

15% UNDER THE LISTING PRICE, WHICH ITSELF APPEARS TO BE A DISTRESS

SALE PRICE ANYWAY.

ACCORDING TO THE HENRY COUNTY TAX INFO THE PROPERTY IS ASSESSED FOR

# $1,318,700.00

08-13555-scc    Doc 7247    Filed 02/19/10    Entered 02/24/10 15:04:25    Main Document
Pg 4 of 5

721 Bethpage Drive, McDonough, GA 9/10 Yahoo! Mail



# HENRY COUNTY PROPERTY TAX I

## PROPERTY INFORMATION

Map Code: 051F01217000
Name: DAVIS MARILYN K & JEANETTE BEN
Location:
State: GA

Tax Payment History

| Tax Year | Bill No. | Total Tax Amt | Total Amt Paid-to-Da |
|---|---|---|---|
| 2007 | 17227 | $9,188.99 | $9,188.99 |
| 2008 | 18469 | $20,120.62 | $20,120.62 |
| 2009 | 18500 | $19,447.67 | $19,447.67 |

## CURRENT YEAR DATA

Millage Rate: 37.0160
Homestead Applied: Yes

The following information is valid as of January 1 for the current year. For further details concerning this property, please visit the Henry County Tax Assessor's Property Information search page.

Total Acres: Less than 2

Tax District: 003

Property Value: $1,318,700.00

Property Description: LLot: 17 LDist: 6 Lot: 11 Block: W Unit: 11

- If you have any questions concerning the Prope

[ BACK TO SEARCH ]



# HENRY COUNTY PROPERTY TAX INFORM

2/9/2010                  Henry County
**Register:** 99    Clerk: PH        Official Tax Receipt

| Trans No | Property ID/District Description | Original Due | Interest & Penalty | Prev Paid | Amount Due |
|---|---|---|---|---|---|
| 320659 Year-Bill No 2009-18500 | 051F01217000___/ 003 LLot: 17 LDist: 6 Lot: 11 Block: W Unit: 11 **FMV:** $1318700.00 | $19,447.67 **Fees:** | $0.00 $0.00 | $0.00 | $19,447 Balance as |
| Transactions: 320659 - 320659 TOTALS | | $19,447.67 | $0.00 | $0.00 | $19,447 |

Property Owner              Comments

DAVIS MARILYN K & JEANETTE BEN    GMAC MORTGAGE REO
BETHPAGE DR

Check No:
Charge Acct:

[ Close Window ]

I WOULD BE HAPPY TO BE CORRECTED
ON ANY INFO BUT I CANNOT SEE HOW
MR WAISMAN COULD EVEN PROPOSE
SUCH A FIRE SALE WITH A STRAIGHT
FACE.

RESPECTFULLY

WILLIAM KUNTZ, III

**India St**
**PO Box 1801**
**Nantucket Island, Massachusetts 02554-1801 USofA**

508-435-5858