Flat A, 19/F. Blk.7, Carmel Heights,
Hong Kong Garden, Phase II
100 Castle Peak Road,
Tsing Lung Tau, NT,
Hong Kong.
9 Feb. 2010

United States Bankruptcy Court,
Southern District of New York,
The Chambers of the Honorable James M. Peck,
One Bowling Green,
New York, New York 10004,
Courtroom 601,
U. S. A.



Dear Sir,

In re
LEHMAN BROTHERS HOLDINGS INC. et al., Debtors,
Chapter 11 Case No. 08-13555 (JMP)
(Jointly Administered)
NOTICE OF HEARING ON DEBTORS' FIRST
<u>OMNIBUS OBJECTION TO CLAIMS (DUPLICATE CLAIMS)</u>

I refer to your letter dated 29 Jan. 2010 regarding the Debtors' First Omnibus Objection to Claims (Duplicate Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")

I write to **oppose** the disallowance, expungement, reduction or reclassification of my Claim(s) listed under **number 48864** for reasons given below:

(i) While Claim Number **48864** and **48865** were filed on the same date of 27 Oct. 2009 with the same claim amount of US$128,369.70 (equivalent to HK$1,000,000), the two claims are **independent** of each other arising from **two separate** investment transactions made on 20 Nov. 2006. Please refer to the following supporting documents:
   (a) Confirmation and Receipt of Bonds/Notes issued by Wing Hang Bank Ltd. acting as the **principal** of LEHMAN BROTHERS TREASURY CO. BV with

**Ref. No. WH035727** and
**Ref. No. WH035728**

(b) Consolidated Statement of Investment Account No. 808182-750 dated 22 Jan. 2010 listing out clearly the **sum** of the above investment Bonds/Notes amounting to HK$2,000,000 (i.e. the aggregate amount of the two above claims).

(c) Notification issued by Wing Hang Bank Ltd. Dated 6 Oct. 2009 advising me to file a proof of claim as I am the beneficial holder of the **Notes Series MTN5484** and **ISIN Code XS0276286993**, purchased on 20 Nov. 2006 and principal amount of HK$2,000,000 (as highlighted).

Kindly note that I will not appear at the hearing scheduled to be held on 17 March 2010. Should you require any further elaboration on the above opposition to the Objection, please contact me through:

Email:   camyckc@gmail.com
Fax:     852-2572 7661

Thank you for your kind attention.

Yours sincerely,

*[signature]*
Cheung Kam Mee Camy

c.c. (1) Attorneys for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Waisman Esq.)
(2) The Officer of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Esq. ,Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq. and Tracy Hope Davis; Esq.)
(3) Attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhatten Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.
(4) EPIQ Systems, 757 Third Avenue, Third Floor, New York, NY 10017.
(5) Wing Hang Bank Ltd., 161 Queen's Road Central, Hong Kong.

# WING HANG BANK, LTD.
永亨銀行

```
                                      DATE OF ISSUE      發出日期:2006/11/21
                                      INVESTMENT A/C    投資賬戶:808182-750
                                      OUR REFERENCE     參考編號:WH035727
                                      PAGE              頁數:1 OF 1

TO 寄往: CHEUNG KAM MEE CAMY
        FLAT 1 7/F BLK WEST MIRAMAR VILLA
        2B SHIU FAI TERRACE
        HAPPY VALLEY HONG KONG


                000122
```

## 確認書及收據
## CONFIRMATION AND RECEIPT

本行以當事人名義已售與貴客以下 債券/票據:
We, in the capacity of a principal, confirm having sold the following Bonds/Notes to you:

| | | | |
|---|---|---|---|
| ISSUER | 發行人 | : | LEHMAN BROTHERS TREASURY CO BV |
| BOND/NOTES NAME | 債券/票據名稱 | : | 2 YEAR HSBC HOLDING PLC DAILY ACCRUAL CALLABLE ELN |
| STOCK EXCHANGE | 交易所 | : | OVER THE COUNTER |
| CURRENCY | 貨幣 | : | HKD |
| REFERENCE STOCK CODE | 參考股票代號 | : | 00005 |
| REFERENCE STOCK | 參考股票 | : | HSBC HOLDINGS 匯豐控股 |
| TOTAL NOMINAL AMOUNT | 面值 | : | 1,000,000.00 |
| ISSUE PRICE | 價錢 | : | 100.0000% |
| TRADE DATE | 交易日 | : | 2006/11/20 |
| ISSUE DATE | 發行日 | : | 2006/11/30 |
| VALUATION DATE | 估值日 | : | 2008/11/27 |
| MATURITY DATE | 到期日 | : | 2008/12/01 |
| INTEREST PAYMENT | 利息派發 | : | QUARTERLY,D*10.00%*DAILY ACCRUAL FACTOR*0.25 |
| UNDERLYING SHARE | 指定股票 | : | HSBC (0005.HK) REF SPOT PRICE HKD146.80, LOWER BARRIER AND EXERCISE PRICE HKD137.625, NO OF SHARES PER DENOMINATION: D / EXERCISE PRICE, TRIGGER PRICE: HKD146.80 |
| COMMISSION AMOUNT | 佣金金額 | : | NIL |
| LEVY | 交易徵費 | : | NIL |
| STAMP DUTY | 印花稅 | : | NIL |
| NET SETTLEMENT AMOUNT | 結算淨額 | : | 1,000,000.00 |
| SETTLEMENT DATE | 結算日 | : | 2006/11/30 |
| SAFEKEEPING FEE | 托管費 | : | 0.0000 |
| SETTLEMENT DETAILS | 結算摘要 | : | The Net Settlement Amount will be debited from your Account No.808182-100 and the above-mentioned Bonds/Notes will be deposited into your Account on the Settlement Date |
| REMARKS | 備註 | : | FOR OTHER INFORMATION, PLEASE REFER TO THE RELEVANT TERMS AND CONDITIONS. D-SPECIFIED DENOMINATION |

有關上述投資產品的詳細資料,請參閱有關文件,此等文件的副本已交貴客作爲參考
For detailed information of the above investment product, please refer to the relevant documents. A copy of which has been given to you for your reference.

---

請即查核本收據所載之帳目,並保作記錄。如本行於收據日期九十日內,未獲得書面異議,則上述帳目作實論。
如有任何查詢,請聯絡敝行投資服務部(電話: 3120 5519)。 此電腦編印收據無須授權簽署。
Please examine this Confirmation at once and retain it for your record. If no error is reported in writing within 90 days from the date of issuing this Confirmation, it will

**WING HANG BANK, LTD.**
永亨銀行

|   |   |
|---|---|
| DATE OF ISSUE 發出日期: | 2006/11/21 |
| INVESTMENT A/C 投資賬戶: | 808182-750 |
| OUR REFERENCE 參考編號: | WH035728 |
| PAGE 頁數: | 1 OF 1 |

TO 寄往: CHEUNG KAM MEE CAMY
FLAT 1 7/F BLK WEST MIRAMAR VILLA
2B SHIU FAI TERRACE
HAPPY VALLEY HONG KONG

000123

## 確認書及收據
## CONFIRMATION AND RECEIPT

本行以當事人名義已售與貴客以下 債券/票據:
We, in the capacity of a principal, confirm having sold the following Bonds/Notes to you:

| | | | |
|---|---|---|---|
| ISSUER | 發行人 | : | LEHMAN BROTHERS TREASURY CO BV |
| BOND/NOTES NAME | 債券/票據名稱 | : | 2 YEAR HSBC HOLDING PLC DAILY ACCRUAL CALLABLE ELN |
| STOCK EXCHANGE | 交易所 | : | OVER THE COUNTER |
| CURRENCY | 貨幣 | : | HKD |
| REFERENCE STOCK CODE | 參考股票代號 | : | 00005 |
| REFERENCE STOCK | 參考股票 | : | HSBC HOLDINGS 匯豐控股 |
| TOTAL NOMINAL AMOUNT | 面值 | : | 1,000,000.00 |
| ISSUE PRICE | 價錢 | : | 100.0000% |
| TRADE DATE | 交易日 | : | 2006/11/20 |
| ISSUE DATE | 發行日 | : | 2006/11/30 |
| VALUATION DATE | 估值日 | : | 2008/11/27 |
| MATURITY DATE | 到期日 | : | 2008/12/01 |
| INTEREST PAYMENT | 利息派發 | : | QUARTERLY,D*10.00%*DAILY ACCRUAL FACTOR*0.25 |
| UNDERLYING SHARE | 指定股票 | : | HSBC (0005.HK) REF SPOT PRICE HKD146.80, LOWER BARRIER AND EXERCISE PRICE HKD137.625, NO OF SHARES PER DENOMINATION: D / EXERCISE PRICE, TRIGGER PRICE: HKD146.80 |
| COMMISSION AMOUNT | 佣金金額 | : | NIL |
| LEVY | 交易徵費 | : | NIL |
| STAMP DUTY | 印花稅 | : | NIL |
| NET SETTLEMENT AMOUNT | 結算淨額 | : | 1,000,000.00 |
| SETTLEMENT DATE | 結算日 | : | 2006/11/30 |
| SAFEKEEPING FEE | 托管費 | : | 0.0000 |
| SETTLEMENT DETAILS | 結算摘要 | : | The Net Settlement Amount will be debited from your Account No.808182-100 and the above-mentioned Bonds/Notes will be deposited into your Account on the Settlement Date |
| REMARKS | 備註 | : | FOR OTHER INFORMATION, PLEASE REFER TO THE RELEVANT TERMS AND CONDITIONS. D-SPECIFIED DENOMINATION |

有關上述投資產品的詳細資料,請參閱有關文件,此等文件的副本已交貴客作為參考
For detailed information of the above investment product, please refer to the relevant documents. A copy of which has been given to you for your reference.

請即查核本收據所載之帳目,並保留作記錄。如本行於收據日期九十日內,未接獲以書面提出任何異議,即上述帳目作實論。
如有任何查詢,請聯絡敝行投資服務部(電話: 3120 5519)。 此電腦編印收據無須授權簽署。
Please examine this Confirmation at once and retain it for your record. If no error is reported in writing within 90 days from the date of issuing this Confirmation, it will

綜合投資戶口結單由 2009 年 12 月 21 日至 2010 年 1 月 20 日
CONSOLIDATED STATEMENT OF INVESTMENT ACCOUNT
FOR THE PERIOD 21 DEC 2009 TO 20 JAN 2010

CHEUNG KAM MEE CAMY

| | |
|---|---|
| DATE 日期: | 22 JAN 2010 |
| ACCOUNT NO 賬號: | 808182-750 |
| ACCOUNT TYPE 類別: | CUSTODY |
| BRANCH 分行: | CAUSEWAY BAY BRANCH |
| PAGE 頁數: | 2 OF 3 |

PORTFOLIO SUMMARY AS AT 20 JAN 2010 組合概要於2010年1月20日

| 投資組合 ESTMENT PORTFOLIO | 風險級別 RISK RATING | 貨幣 CCY | 數量/金額 QUANTITY/AMOUNT | 市價 MARKET PRICE | 匯價 EX RATE | 淨值 NET VALUE (HKD) |
|---|---|---|---|---|---|---|
| 工商銀行 02628 - CHINA LIFE | | HKD 港幣 | 180,000 | 5.890 | 1.000000 | 1,060,200.00 |
| 中國人壽 03328 - BANKCOMM | | HKD 港幣 | 3,000 | 36.500 | 1.000000 | 109,500.00 |
| 交通銀行 03988 - BANK OF CHINA | | HKD 港幣 | 10,000 | 8.720 | 1.000000 | 87,200.00 |
| 中國銀行 | | HKD 港幣 | 60,000 | 3.950 | 1.000000 | 237,000.00 |

BONDS / NOTES 債券 / 票據

LEHMAN BROTHERS TREASURY CO BV 2 YEAR HSBC HOLDING PLC DAILY ACCRUAL CALLABLE ELN

| | | HKD 港幣 | 2,000,000.00 | 0.0000% | 1.000000 | 0.00 |
|---|---|---|---|---|---|---|

LEHMAN BROTHERS TREASURY CO BV 1 YEAR PETROCHINA CO LTD DAILY ACCRUAL CALLABLE EQUITY LINKED NOTE

| | | USD 美元 | 100,000.00 | 0.0000% | 7.762000 | 0.00 |
|---|---|---|---|---|---|---|

LEHMAN BROTHERS TREASURY CO BV 3 YEAR HSBC HOLDINGS PLC DAILY ACCRUAL CALLABLE EQUITY LINKED NOTE

| | | HKD 港幣 | 1,000,000.00 | 0.0000% | 1.000000 | 0.00 |
|---|---|---|---|---|---|---|

INVESTMENT ACTIVITIES 投資記錄

| 交易日期 TRADE DATE | 結算日期 SETTLE DATE | 交易詳情 PARTICULARS | 貨幣 CCY | 數量/金額 QUANTITY/AMOUNT | 價格 PRICE | 交易貨幣 TX CCY | 交易淨額(支出/收入) NET PROCEEDS(DR/CR) |
|---|---|---|---|---|---|---|---|

沒有投資記錄
- NO ACTIVITY RECORDED -

NOTE 注意：
1. 市價、匯價及淨值只供參考。
   Market price, exchange rate and net value are for reference only.
2. 上述資產由永亨銀行（代理人）有限公司，或銀行不時指定之代理人為  閣下代爲保管。股票概要只供參考。詳情請參閱戶口結單。
   The above holdings are held on your behalf by Wing Hang Bank (Nominees) Limited, or the Nominees appointed by the Bank from time to time. Securities Summary is for your reference only. For details/particulars, please refer to the statement of account.
3. 請保留本結單作記錄。如本行於結單日期九十日內，未接獲以書面提出的任何異議，則上述帳目作實論。如有任何查詢，請聯絡敝行財富管理部
   （電話：3120 5519）。
   Please retain this statement for your record. If no errors or exceptions are reported in writing within 90 days from the date of this statement, it will be considered as correct. Please contact our Wealth Management Department at 3120 5519 for enquiry.
4. 風險級別是本行以其絕對酌情權按該投資產品的風險程度而釐定（I：低風險；II：低至中風險；III：中風險；IV：中至高風險；V：高風險），本行並會視乎最新市況及其他有關因素對風險級別不時作出調整。鑑於投資產品的風險級別或會不時被調整，閣下應按自身的風險承受狀況、投資目標、及財務狀況謹慎考慮該項投資產品是否繼續適合  閣下。如有任何疑問，請向  閣下之投資顧問尋求獨立意見。
   Risk rating is assigned by the Bank according to the risk level of the investment product as determined by the Bank at its absolute discretion (I: Low risk; II: Low-to-medium risk; III: Medium risk; IV: Medium-to-high risk; V: High risk) and it may be revised from time to time, taking into account the latest



CHEUNG KAM MEE CAMY
FLAT A 19/F BLK 7 CARMEL HEIGHTS
HONG KONG GARDEN PHASE II
100 CASTLE PEAK ROAD
TSING LUNG TAU NT

Date: 6 October 2009

Investment A/C No.: 808182750

Dear Sir/ Madam

**RE: US$100,000,000,000 Euro Medium Term Note Program**

**1. Bar Date Order**

We refer to the "Notice of deadlines for filing proofs of claim based on Lehman Programs Securities" dated 27 July 2009 ("**Notice**") and related documents (including a notice issued by the Bankruptcy Trustee of Lehman Brothers Treasury Co. B.V. dated 1 October 2009) which are attached to this letter.

The Notice refers to an order entered by the United States Bankruptcy Court for the Southern District of New York ("**US Court**") on 2 July 2009 which establishes 2 November, 2009 at 5:00 p.m. (prevailing Eastern Time) as the deadline (the "**Bar Date**") for each person or entity to file a proof of claim ("**Proof of Claim**") based on securities identified on the "Lehman Programs Securities" list available on http://www.lehman-docket.com ("**Lehman Program Securities**").

The Notice states that any holder who fails to file a Proof of Claim on or before the Bar Date will be forever barred, estopped and enjoined from asserting any claim against Lehman Brothers Holdings Inc. ("**LBHI**") and its affiliated debtors in Chapter 11 proceedings in the United States based on a Lehman Program Security.

**2. Filing of Proofs of Claim**

According to our records, you currently hold an investment in certain series of notes (the "**Notes**") issued under the US$100,000,000,000 Euro Medium Term Note Program issued by Lehman Brothers Treasury Co. B.V. and guaranteed by LBHI as follows:

| Product Name | Notes Series | ISIN Code | Purchase Date | Principal Amount |
|---|---|---|---|---|
| 2 Year HSBC Holdings PLC Daily Accrual Callable Equity Linked Note | MTN5484 | XS0276286993 | 20-Nov-2006 | HKD2,000,000.00 |
| 1 Year PetroChina Co Ltd Daily Accrual Callable Equity Linked Note, quantoed in USD | MTN9522 | XS0339560889 | 8-Jan-2008 | USD100,000.00 |
| 3 Year HSBC Holdings PLC Daily Accrual Callable Equity Linked Note | MTN7241 | XS0301568118 | 14-May-2007 | HKD1,000,000.00 |

FF1082 300000



The Notes are identified on the "Lehman Programs Securities" list available at http://www.lehman-docket.com as Lehman Program Securities. We understand you may have a claim against LBHI as guarantor of the Notes.

The Notice states that beneficial holders of Lehman Program Securities will need the assistance of their bank, who is an accountholder with Euroclear or Clearstream, to obtain a Blocking Number (as defined in the Notice) in order to file their claim.

As you are the ultimate beneficial holder of the Notes, you are entitled to decide whether you wish to file a Proof of Claim. The Notice states that you may wish to consult a lawyer if you have any questions as to whether you should file a Proof of Claim.

Although the decision on whether to file a Proof of Claim rests with you, given the importance of this matter, we have sought preliminary advice from lawyers in the United States ("**US Counsel**") as to what steps need to be taken to file a Proof of Claim. They have advised that:

(a)  a Proof of Claim should be filed by you as the ultimate beneficial holder of the Notes; and

(b)  a Proof of Claim should be filed by Wing Hang Bank Limited ("**Wing Hang Bank**") in its capacity as the legal holder of the Notes in Euroclear/Clearstream.

Our US Counsel have also indicated that it is possible that only Wing Hang Bank (as legal holder of the Notes in Euroclear/Clearstream) file a Proof of Claim on your behalf (without you also filing a Proof of Claim as beneficial holder) but it is preferable if you also file a Proof of Claim.

Please note that the above information is for your reference only and should not be taken to be a recommendation as to whether you should file a Proof of Claim. You should seek independent legal advice as to the steps you should take in response to the Notice.

### 3. Your confirmation

We would be grateful if you could confirm by 15 October 2009 whether:

(a)  you wish to file a Proof of Claim (in your capacity as beneficial holder of the Notes) AND you will instruct Wing Hang Bank to also file a Proof of Claim (in its capacity as legal holder of the Notes) on your behalf;

(b)  you do not wish to file a Proof of Claim (in your capacity as beneficial holder of the Notes) BUT will instruct Wing Hang Bank to file a Proof of Claim (in its capacity as legal holder of the Notes) on your behalf; or

(c)  you do not wish to file a Proof of Claim (in your capacity as beneficial holder of the Notes) NOR will you instruct Wing Hang Bank to file a Proof of Claim (in its capacity as legal holder of the Notes) on your behalf.

You may indicate your instruction to Wing Hang Bank by signing, dating and returning to us the enclosed confirmation slip.

### 4. Independent legal advice

FF1082 300000



We understand from US Counsel that, by executing and filing a Proof of Claim, you will be deemed to have submitted to the jurisdiction of the US Bankruptcy Court. If you are in doubt of any of the contents of this letter and the consequences of filing the Proof of Claim, you should seek independent legal advice.

### 5. Disclaimer of liability

Notwithstanding any instructions you give to Wing Hang Bank in respect of the filing of a Proof of Claim (including, without limitation, option 1, 2 or 3 in the enclosed confirmation slip), to the extent permitted by law, Wing Hang Bank hereby expressly disclaims any liability (contractual, tortious or otherwise) to you in respect of any loss or damage (including, without limitation, consequential loss or damage) howsoever caused, which may be suffered or incurred or which may arise directly or indirectly in respect to the filing of any Proof of Claim or any act, failure or omission of Wing Hang Bank (whether to file any Proof of Claim or otherwise). Nor shall Wing Hang Bank be deemed under any circumstances to have guaranteed the success of the filing of any Proof of Claim.

You specifically acknowledge and agree that Wing Hang Bank:

(a)   is under no duty to file and/or take any action in connection with the filing of a Proof of Claim, either on your behalf as the beneficial holder of the Notes or in its capacity as legal holder of the Notes;

(b)   is not liable for any loss or damage caused by any failure of Wing Hang Bank to file any Proof of Claim in a timely manner or otherwise; and

(c)   has no responsibility or liability for any adverse consequences, loss or damage suffered or incurred as a result of your act, failure or omission in connection with the filing of a Proof of Claim, including, without limitation, any failure or delay in providing your confirmation to Wing Hang Bank and/or in taking any necessary actions in relation to the filing of a Proof of Claim (whether requested by Wing Hang Bank or otherwise).

### 6. Indemnity

For the purpose of filing any Proofs of Claim, you unconditionally and irrevocably consent to indemnify Wing Hang Bank in respect of any and all claims, actions, liabilities, losses and any reasonable fees, costs or expenses which Wing Hang Bank may incur or suffer or which may be made against it arising out of or in relation to any action taken in connection with the preparation, filing and prosecution of the Proofs of Claim that exist or arise as of or after the date of the filing of such Proofs of Claim, including in each case, without limitation, legal costs and expenses on a full indemnity basis.

### 7. Timing

If a Proof of Claim is to be filed with respect to your Notes (either by yourself or by Wing Hang Bank), we must request a Blocking Number (as defined in the Notice) from Euroclear/Clearstream on or before 23 October 2009. Accordingly, any failure to provide your confirmation to us by 15 October 2009 may jeopardise your ability to file a Proof of Claim against LBHI.



Should you have any queries, please feel free to contact our Wealth Management Officer or Wealth Management Department at 3120 5519.

Yours faithfully,

Wing Hang Bank