United States Bankruptcy Court
Southern District of New York

In re                                    Chapter 11 Case No. 08-13555 (JMP)
Lehman Brothers Holdings Inc., et al., Debtors

RESPONSE TO OMNIBUS OBJECTION TO DUPLICATE CLAIMS dated January 29, 2010

CLAIMANT: Roger R. Nieman
            300 E. 40th Street 19B
            New York, NY 10016
            (212)867-5718

I did not file any duplicate claims, and I do not understand the amount of the alleged surviving
claim.  I filed three proofs of claim, as follows:

1. Monies due under the Lehman ESEP plan, $64,000 per year (approximate) for 2009 to 2016,
for a total of $512,000;
2. Monies due under the Shearson SRP: $1,319.40 annually; and
3. Monies due under the Lehman Bros. Retirement Plan: $4,104 annually.

I enclose a copy of the supporting documentation submitted with the original claims.  I dispute
the claim values, do not understand how they were calculated, and do not understand why there
are three claim numbers  for the same amount, and not three claims for the different amounts, as
I submitted. No duplicate claims were submitted.

Jacqueline G Nieman,   February 19, 2010
_____
Jacqueline G. Nieman, P/A

Respond to:   Jacqueline G. Nieman
              300 E. 40th Street 19B
              New York, NY 10016
              (212)867-5718

TO:   Hon. James M. Peck
      One Bowling Green - Courtroom 601
      New York, NY 10004

      Weil Gotshal & Manges LLP
      Attorneys for Debtors

1


RECEIVED
FEB 2 4 2010
U.S. BANKRUPTCY COURT, SDNY
JMP

767 5th Ave.
New York, NY 10153
Att'n: Shai Waisman, Esq.

Office of US Trustee/SDNY
33 Whitehall St.  21st Floor
New York, NY 10004
Att'n:  Andy Velez-Rivera, Esq.
        Paul Schwartzberg, Esq.
        Brian Masumoto, Esq.
        Linda Riffkin, Esq.
        Tracy Hope Davis, Esq.

Milbank, Tweed, Hadley & McCloy, LLP
Attorneys for Unsecured Creditors Committee
1 Chase Manhattan Plaza
New York, NY 10005
Att'n:  Dennis F. Dunne, Esq
        Dennis O'Donnell, Esq.
        Evan Fleck, Esq.

Roger R. Nieman, February 19, 2010

Enclosures:

August 19, 2009 Cover Letter.

Three Proofs of Claim, 1000004889, 1000181874, 1000247471, with Unique ID Numbers.

March 10, 2008, letter with February 2008 check for $64,011.07, seventh of fifteen annual installments payable from ESEP.

March 13, 2008, letter concerning ESEP Account Statement.

ESEP Account Statement.

W-2 Wage and Tax Statement for 2008.

Check reflecting annual ESEP and monthly Shearson payment.

Fidelity Statement for 2008.

Check for monthly Lehman payment.

Power of Attorney.

Jacqueline G Nieman
300 East 40th Street, 19-B
New York, N.Y.
10016-2012
(212) 867-5718

August 19, 2009

United States Bankruptcy Court/SDNY
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Claims
FDR Station, P.O. Box 5076
New York, N.Y. 10150-5076

Re: Proof of Claim Nos. 1000004889, 1000181874, 1000247471

Dear Claims Processing Center,

I am writing on behalf of my husband, Roger Nieman, who has been disabled since he suffered a cerebral hemorrhage in 1984. I have enclosed a copy of a power of attorney to me, which he executed in February, 1991, and which is still in effect.

I recently received the above-referenced claim forms addressed to Mr. Nieman. I found the claim form very confusing, and contacted Epiq at the phone number which was provided, but they were not able to assist or advise me how to properly make these claims.

I believe that these three different items are: Mr. Nieman's participation in the Lehman ESEP plan, his Shearson Supplemental Retirement Plan, and the Lehman Brothers Retirement Plan. I have enclosed proof of Mr. Nieman's participation in all three plans. Mr. Nieman is entitled to receive the following amounts pursuant to these plans:

ESEP: $64,000 (approx), each year from 2009 until 2016, inclusive.
Shearson SRP: $1319.40 every year.
Lehman Bros. Retirement Plan: $4,104 every year.

I am filing claims for these amounts on Mr. Nieman's behalf. If you need more information, Please contact me at the above address or telephone number.

Sincerely,

*Jacqueline G. Nieman*

Jacqueline G. Nieman

United States Bankruptcy Court/Southern District of New York

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

**PROOF OF CLAIM**

| In Re: <br> Lehman Brothers Holdings Inc., et al. <br> Debtors. | Chapter 11 <br> Case No. 08-13555 (JMP) <br> (Jointly Administered) | UNIQUE IDENTIFICATION NUMBER: 1000004889 |
|---|---|---|
| Name of Debtor Against Which Claim is Held | Case No. of Debtor | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionaly, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

LBH (CREDITOR.DBF,CREDNUM)CREDNUM # 1000004889******
NIEMAN,ROGER R.
300 EAST 40TH ST
NEW YORK, NY 10016

212-867-5718

Telephone number:                     Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:                     Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ _See enclosed letter_

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.

☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☐ Check this box if all or part of your claim is based on a Guarantee.*

**\*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.**

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is based on a Derivative Contract or Guarantee.

2. **Basis for Claim:** _See enclosed letter_
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____
    3a. Debtor may have scheduled account as: _____
        (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff:  ☐ Real Estate    ☐ Motor Vehicle    ☐ Other

Describe: _____

Value of Property: $_____ Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____ Basis for perfection: _____

Amount of Secured Claim: $_____ Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**Amount entitled to priority:**

$_____

6. **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $_____
(See instruction #6 on reverse side.)

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**FOR COURT USE ONLY**

| Date: <br> 8/19/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. <br> Roger Nieman, by Jacqueline A Nieman  P/A |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court/Southern District of New York**
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| **PROOF OF CLAIM** |
| --- |

| In Re:<br>Lehman Brothers Holdings Inc., et al.<br>Debtors.<br>Name of Debtor Against Which Claim is Held | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered)<br>Case No.of Debtor |
| --- | --- |

UNIQUE IDENTIFICATION NUMBER: 1000181874

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side).

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

LBH (CREDITOR.DBF,CREDNUM)CREDNUM # 1000181874******
NIEMAN, ROGER R
300 EAST 40TH ST
NEW YORK, NY 10016-2188

*212-867-5718*

Telephone number:                    Email Address:

Name and address where payment should be sent (if different from above)

Telephone number:                    Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim
Number:_____
     (If known)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ *See enclosed letter*
If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 USC §503(b)(9), complete Item 6.
☐   Check this box if all or part of your claim is based on a Derivative Contract.*
☐   Check this box if all or part of your claim is based on a Guarantee.*

***IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.**

☐   Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. **Basis for Claim:** *See enclosed letter*
     (See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____
     **3a. Debtor may have scheduled account as:** _____
          (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff:  ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe: _____
Value of Property: $_____  Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____  Basis for perfection: _____
**Amount of Secured Claim:** $_____  **Amount Unsecured:** $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

**Amount entitled to priority:**

$_____

6. **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $_____
     (See instruction #6 on reverse side.)

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. *(See definition of "redacted" on reverse side.)* If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**FOR COURT USE ONLY**

| Date:<br>8/19/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br>*Roger Nieman, by Jacqueline B Nieman*<br>*P/A* |
| --- | --- |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

| *United States Bankruptcy Court/Southern District of New York* | | **PROOF OF CLAIM** |
|---|---|---|

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: Lehman Brothers Holdings Inc., et al. Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) | UNIQUE IDENTIFICATION NUMBER: 1000247471 |
|---|---|---|
| Name of Debtor Against Which Claim is Held | Case No. of Debtor | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities. (See definition on reverse side.)

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

LBH (CREDITOR.DBF, CREDNUM) CREDNUM # 1000247471 ******
NIEMAN, ROGER R.
300 EAST 40TH ST
NEW YORK, NY 10016

*212 - 867 - 5718*

Telephone number: _____ Email Address: _____

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number: _____ Email Address: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ *See enclosed letter*

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.

☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☐ Check this box if all or part of your claim is based on a Guarantee.*

**\*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.**

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is based on a Derivative Contract or Guarantee.

2. **Basis for Claim:** *See enclosed letter*
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe: _____
Value of Property: $_____ Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____ Basis for perfection: _____
Amount of Secured Claim: $_____ Amount Unsecured: $_____

6. **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $_____
(See instruction #6 on reverse side.)

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. *(See definition of "redacted" on reverse side.)* If the documents are voluminous, attach a summary.
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain: _____

Date: 8/19/09

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*Roger Nieman, by Jacqueline B. Nieman*
*P/A*

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**Amount entitled to priority:**

$_____

**FOR COURT USE ONLY**

# LEHMAN BROTHERS

March 10, 2008

Mr. Roger R. Nieman
300 East 40Th St
New York, NY 10016

Dear Mr. Nieman:

Enclosed please find a check containing your February 29, 2008 payment from the
Lehman Brothers Executive and Select Employees Plan (ESEP), in which you
are a participant. This payment of $64,011.07 represents the seventh of fifteen
annual installments payable to you from the ESEP. Pursuant to the letter and
Form W-4P that was mailed to you, unless otherwise indicated, this payment is
subject to Federal income tax.

The Federal estimated tax rules provide that penalties may be applicable if your
withholding and estimated tax payments are insufficient.

Please note this payment is taxable as ordinary income upon receipt and cannot be
rolled over into an Individual Retirement Account (IRA) as this is a non-qualified
plan distribution. For further tax information, we suggest that you consult your
tax advisor.

If you have any questions please contact me at (212) 320-7977 or by e-mail at
erin.dsouza@lehman.com.

Sincerely,

*Erin D'Souza*

Erin D'Souza

# LEHMAN BROTHERS

March 13, 2008

Mr. Roger R. Nieman
300 East 40th St
New York, NY 10016

**Re: December 31, 2007 ESEP Account Statement**

Dear Mr. Nieman:

Enclosed please find your December 31, 2007 account statement for the Lehman Brothers Inc. Executive and Select Employees Plan (ESEP), which reflects all account activity between December 31, 2006 and December 31, 2007.

If you have any questions concerning your participation in the ESEP, you may contact me via e-mail at erin.dsouza@lehman.com or by phone at (212) 320-7977.

Sincerely,

*Erin D'Souza*

Erin D'Souza

# LEHMAN BROTHERS

Lehman Brothers Inc. Executive and Select Employees Plan (ESEP)
Statement of Account as of December 31, 2007

Name:           Roger Nieman
SS#:            XXX-
Option Selected:  Option

**Account Activity:**

| | |
|---|---|
| December 31, 2006 Account Balance | $410,510.79 |
| 2007 Annual Payment | (64,011.07) |
| 2007 Interest | 39,253.14 |
| December 31, 2007 Account Balance | $385,752.86 |
| Annual Interest Rate Used for Period Ending December 31, 2007: 11.00% | |

**Payment Status:**

Our records indicate that you have received 6 annual payments from the Plan, and are scheduled to receive 9 additional payments.

**Beneficiary Election:**

| Beneficiary | Percentage |
|---|---|
| Primary: Jacqueline G.Nieman | 100% |
| Cont: Barney Nieman | 100% |
| 2Cont: Alan J. Feldman | 100% |

Every effort has been made to ensure the accuracy of this statement; however, errors may occur. The actual benefit paid will be determined in accordance with the ESEP plan document. In the case of any conflict or omission, the ESEP plan document will prevail.

| c Employer's name, address and ZIP code | | | 3 Social security wages | 4 Social security tax withheld |
|---|---|---|---|---|
| LEHMAN BROTHERS INC. 70HUDSON STREET PAYROLL DEPT, 10TH FL JERSEY CITY NJ 07302 | 9 Advance EIC payment | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | 10 Dependent care benefits | | 11 Nonqualified plans 65000.62 | 12a |
| e Employee's name, address, & ZIP code | 13 Statutory employee / Retirement Plan / Third-Party Sick Pay | 14 Other | | 12b |
| ROGER R NIEMAN 300 EAST 40TH ST NEW YORK NY 10016 | b Employer identification number 13-2518466 | | | 12c |
| | | | | 12d |

| 15 State | Employer's state I.D. number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| NY | 132518466 9 | 65000.62 | 4704.81 | 65000.62 | 2560.44 | NEWYORK |

Dept. of the Treasury – IRS

## W-2 Wage and Tax Statement 2008

Copy C for EMPLOYEE'S RECORDS (see Notice to Employee on back of Copy C)

OMB No. 1545-0008

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| d Control number 0038618 | 7 Social security tips | 1 Wages, tips, other compensation 65000.62 | 2 Federal income tax withheld 16002.77 |
|---|---|---|---|

| c Employer's name, address and ZIP code | | 8 Allocated tips | 3 Social security wages | 4 Social security tax withheld |
|---|---|---|---|---|
| LEHMAN BROTHERS INC. 70HUDSON STREET PAYROLL DEPT, 10TH FL JERSEY CITY NJ 07302 | | 9 Advance EIC payment | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | 10 Dependent care benefits | 11 Nonqualified plans 65000.62 | 12a See instructions for box 12 |
| e Employee's name, address, & ZIP code | | 13 Statutory employee / Retirement Plan / Third-Party Sick Pay | 14 Other | 12b |
| ROGER R NIEMAN 300 EAST 40TH ST NEW YORK NY 10016 | | b Employer identification number 13-2518466 | | 12c |
| | | a | | 12d |

| 15 State | Employer's state I.D. number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| NY | 132518466 9 | 65000.62 | 4704.81 | 65000.62 | 2560.44 | NEWYORK |

Dept. of the Treasury – IRS

## W-2 Wage and Tax Statement 2008

Copy 2 To Be Filed with Employee's State, City, or Local Income Tax Return

OMB No. 1545-0008

| d Control number 0038618 | 7 Social security tips | 1 Wages, tips, other compensation 65000.62 | 2 Federal income tax withheld 16002.77 |
|---|---|---|---|

| c Employer's name, address and ZIP code | | 8 Allocated tips | 3 Social security wages | 4 Social security tax withheld |
|---|---|---|---|---|
| LEHMAN BROTHERS INC. 70HUDSON STREET PAYROLL DEPT, 10TH FL JERSEY CITY NJ 07302 | | 9 Advance EIC payment | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | 10 Dependent care benefits | 11 Nonqualified plans 65000.62 | 12a |
| e Employee's name, address, & ZIP code | | 13 Statutory employee / Retirement Plan / Third-Party Sick Pay | 14 Other | 12b |
| ROGER R NIEMAN 300 EAST 40TH ST NEW YORK NY 10016 | | b Employer identification number 13-2518466 | | 12c |
| | | a | | 12d |

| 15 State | Employer's state I.D. number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| NY | 132518466 9 | 65000.62 | 4704.81 | 65000.62 | 2560.44 | NEWYORK |

Dept. of the Treasury – IRS

Lehman Brothers Inc.
745 Seventh Avenue
New York NY 10019-6801

| | | | |
|---|---|---|---|
| Pay Group: | MRT-Monthly Retiree's | Business Unit: | CORP |
| Pay Begin Date: | 09/01/2008 | Check #: | 0467545 |
| Pay End Date: | 09/30/2008 | Check Date: | 09/10/2008 |

HOME   LBI MRT CORP
51218 RETIREE 0467545
Roger R. Nieman
300 East 40th St
New York NY 10016

Employee ID: 10010324
Department: 51218-Grp Ins/Ltd Part Ben Cost
Location: Retirees
Pay Rate: $0.00 Annual
SSN: XXX-XX-6104

| TAX DATA: | Federal | NY State |
|---|---|---|
| Marital Status: | Married | Married |
| Allowances: | 0 | 0 |
| Addl. Pct.: | | |
| Addl. Amt.: | | |

## HOURS AND EARNINGS

| Description | Begin Date | End Date | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|---|
| SuppRetP/O | | | | | 109.95 | | 989.55 |
| ESEP P/O | | | | | 0.00 | | 6,133.33 |
| ESEP Int | | | | | 0.00 | | 57,877.74 |
| Total: | | | | | 109.95 | | 65,000.62 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 0.00 | 16,002.77 |
| NY Tax | 0.00 | 4,704.81 |
| NY NEW YORK Tax | 0.00 | 2,560.44 |
| Total: | 0.00 | 23,268.02 |

## BEFORE TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

## AFTER TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

## TAXABLE BENEFITS

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

* Taxable

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 109.95 | 109.95 | 0.00 | 0.00 | 109.95 |
| YTD: | 65,000.62 | 65,000.62 | 23,268.02 | 0.00 | 41,732.60 |

MESSAGE:

NET PAY DISTRIBUTION
Check #000000000467545          109.95

---

THIS MULTI-TONE AREA OF THE DOCUMENT CHANGES COLOR GRADUALLY AND EVENLY FROM DARK TO LIGHT

# LEHMAN BROTHERS

Lehman Brothers Inc.
745 Seventh Avenue
New York NY 10019-6801

1-2/210          Check No. 467545

PAY ONLY   109 DOL 95 CTS/CTS

Date: 09/10/2008          Amount: $109.95

****ONE HUNDRED NINE AND 95/100 DOLLARS****

PAY TO THE
ORDER OF
ROGER R. NIEMAN
300 East 40th St
New York NY 10016

JPMorgan Chase Bank, N. A.
4 Chase MetroTech Center
Brooklyn, NY 11245

Payable if desired at:
Mellon 1st Business Bank
601 West Fifth Street
Los Angeles, CA 90071

Richard Fuld

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK.          HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

⑇046754⑇ ⑆021000021⑆ 61066018⑇

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, and ZIP code | 1 Gross distribution | OMB No. 1545-0119 | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
|---|---|---|---|
| FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS CO 397 WILLIAMS STREET MC1W MARLBOROUGH, MA 01752 DB720223-001   1-866-534-6266 LEHMAN BROTHERS RET. PLAN | $4,104.00 | **2008** | |
| | 2a Taxable amount $4,104.00 | Form 1099-R | |

| 2b Taxable amount not determined ☐ | Total distribution ☐ | Copy B Report this income on your federal tax return. If this form shows federal income tax withheld in box 4, attach this copy to your return. This information is being furnished to the Internal Revenue Service. |
|---|---|---|
| PAYER'S Federal identification number 04-3275867 | RECIPIENT'S identification number | 3 Capital gain (included in box 2a) $0.00 | 4 Federal income tax withheld $0.00 |
| RECIPIENT'S name, street address ( ENV#0230457 | | 5 Employee contrib/desig Roth contrib or insurance premiums $0.00 | 6 Net unrealized appreciation in employer's securities $0.00 |
| ROGER R NIEMAN 300 EAST 40TH ST NEW YORK, NY 10016-2188 | | 7 Distribution code(s) 7 | IRA/SEP/ SIMPLE | 8 Other $0.00 % |
| | | 9a Your percentage of total distribution % | 9b Total employee contributions $0.00 |
| Account number (see instructions) 2009011003220090719 | 1st year of desig. Roth contrib. | 10 State tax withheld $0.00 | 11 State/Payer's state no. NY 043275867 4 | 12 State distribution |
| Form 1099-R | | 13 Local tax withheld $ | 14 Name of locality | 15 Local distribution |

Department of the Treasury - Internal Revenue Service

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, and ZIP code | 1 Gross distribution | OMB No. 1545-0119 | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
|---|---|---|---|
| FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS CO 397 WILLIAMS STREET MC1W MARLBOROUGH, MA 01752 DB720223-001   1-866-534-6266 LEHMAN BROTHERS RET. PLAN | $4,104.00 | **2008** | |
| | 2a Taxable amount $4,104.00 | Form 1099-R | |

| 2b Taxable amount not determined ☐ | Total distribution ☐ | Copy C For Recipient's Records This information is being furnished to the Internal Revenue Service. |
|---|---|---|
| PAYER'S Federal identification number 04-3275867 | RECIPIENT'S identification number | 3 Capital gain (included in box 2a) $0.00 | 4 Federal income tax withheld $0.00 |
| RECIPIENT'S name, street address ( | | 5 Employee contrib/desig Roth contrib or insurance premiums $0.00 | 6 Net unrealized appreciation in employer's securities $0.00 |
| ROGER R NIEMAN 300 EAST 40TH ST NEW YORK, NY 10016-2188 | | 7 Distribution code(s) 7 | IRA/SEP/ SIMPLE | 8 Other $0.00 % |
| | | 9a Your percentage of total distribution % | 9b Total employee contributions $0.00 |
| Account number (see instructions) 2009011003220090719 | 1st year of desig. Roth contrib. | 10 State tax withheld $0.00 | 11 State/Payer's state no. NY 043275867 4 | 12 State distribution |
| Form 1099-R | (keep for your records) | 13 Local tax withheld $ | 14 Name of locality | 15 Local distribution |

Department of Treasury - Internal Revenue Service

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, and ZIP code | 1 Gross distribution | OMB No. 1545-0119 | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
|---|---|---|---|
| FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS CO 397 WILLIAMS STREET MC1W MARLBOROUGH, MA 01752 DB720223-001   1-866-534-6266 LEHMAN BROTHERS RET. PLAN | $4,104.00 | **2008** | |
| | 2a Taxable amount $4,104.00 | Form 1099-R | |

| 2b Taxable amount not determined ☐ | Total distribution ☐ | Copy 2 File this copy with your state, city, or local income tax return, when required. |
|---|---|---|
| PAYER'S Federal identification number 04-3275867 | RECIPIENT'S identification number | 3 Capital gain (included in box 2a) $0.00 | 4 Federal income tax withheld $0.00 |
| RECIPIENT'S name, street address (including | | 5 Employee contrib/desig Roth contrib or insurance premiums $0.00 | 6 Net unrealized appreciation in employer's securities $0.00 |
| ROGER R NIEMAN 300 EAST 40TH ST NEW YORK, NY 10016-2188 | | 7 Distribution code(s) 7 | IRA/SEP/ SIMPLE | 8 Other $0.00 % |
| | | 9a Your percentage of total distribution % | 9b Total employee contributions $0.00 |
| Account number (see instructions) 2009011003220090719 | 1st year of desig. Roth contrib. | 10 State tax withheld $0.00 | 11 State/Payer's state no. NY 043275867 4 | 12 State distribution |
| Form 1099-R | | 13 Local tax withheld $ | 14 Name of locality | 15 Local distribution |

Department of Treasury - Internal Revenue Service

# LEHMAN BROTHERS RET. PLAN

| | |
|---|---|
| Payment Type: | **Installment** |
| Check Number: | **00214577509** |
| Check Date: | **December 1, 2008** |

**ROGER R NIEMAN**
*Questions? Please call 1-866-534-6266*



**Funding Breakdown**

| | |
|---|---|
| LEHMAN PENSION PLAN | $342.00 |

| Description | Current | Year to Date |
|---|---|---|
| GROSS PAYMENT | $342.00 | $4,104.00 |

| Description | Current | Year to Date |
|---|---|---|
| TAXABLE | $342.00 | $4,104.00 |
| NET PAYMENT | $342.00 | $4,104.00 |

**2008 Annual Notice of Right to Elect or Revoke Federal Tax Withholding**
As a participant receiving benefits, federal income tax may apply to your retirement payments. To determine the taxable portion of the total annual benefit payment that you receive that may be subject to federal income tax withholding, please see the IRS federal tax table or consult with your tax advisor.

**You May Change Your Election at Any Time**
Please remember you may choose at any time whether or not to have federal taxes withheld from your payments in accordance with federal tax law. Please note, however, that if you elect to have no federal taxes withheld from your pension or monthly payments, or if you do not have enough federal taxes withheld from your payments, you may be responsible for paying estimated taxes, and you may also incur penalties under the estimated tax rules. For more information, contact a tax advisor.

**If You Do Not Want to Change Your Current Federal Tax Withholding Election:**
If you do not want to change your current federal tax withholding, you do not have to do anything.

**If You Want to Change Your Current Federal Tax Withholding Election:**
You may change your federal tax withholding election any time by calling the benefits center and requesting the change through a customer service associate. This notice applies only to withholding for the qualified plan payments it accompanies. If you receive other payments, separate rules may apply. If you have questions, please call your benefits service center at the number printed on your check or payment confirmation, any business day (excluding New York Stock Exchange holidays), to speak to a service representative, or visit us online at netbenefits.fidelity.com.

FOLD, CREASE AND TEAR HERE TO REMOVE CHECK.

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER.

## LEHMAN BROTHERS RET. PLAN

62-38
311

### Fidelity Investments Institutional Operations Co.

| Check Number | Account Number | Date of Check | |
|---|---|---|---|
| 00214577509 | DB720223-001 | Dec 01, 2008 | $*******342  00 |

Pay to the Order of:
ROGER R NIEMAN
300 EAST 40TH ST
NEW YORK, NY   10016-2188

Deutsche Bank Trust Company Delaware

*Jean Ray__*
**Authorized Signature**

⑆0214577509⑆ ⑈031100380⑈   0052969 2⑈

United States Bankruptcy Court
Southern District of New York

In re                                                    Chapter 11 Case No. 08-13555 (JMP)
Lehman Brothers Holdings Inc., et al., Debtors

RESPONSE TO OMNIBUS OBJECTION TO DUPLICATE CLAIMS dated January 29, 2010

CLAIMANT: Roger R. Nieman
              300 E. 40th Street 19B
              New York, NY 10016
              (212)867-5718

I did not file any duplicate claims, and I do not understand the amount of the alleged surviving
claim.  I filed three proofs of claim, as follows:

1. Monies due under the Lehman ESEP plan, $64,000 per year (approximate) for 2009 to 2016,
for a total of $512,000;
2. Monies due under the Shearson SRP: $1,319.40 annually; and
3. Monies due under the Lehman Bros. Retirement Plan: $4,104 annually.

I enclose a copy of the supporting documentation submitted with the original claims.  I dispute
the claim values, do not understand how they were calculated, and do not understand why there
are three claim numbers  for the same amount, and not three claims for the different amounts, as
I submitted. No duplicate claims were submitted.

_Jacqueline G. Nieman_, _February_ 19, 2010
Jacqueline G. Nieman, P/A

Respond to:    Jacqueline G. Nieman
               300 E. 40th Street 19B
               New York, NY 10016
               (212)867-5718

TO:    Hon. James M. Peck
       One Bowling Green - Courtroom 601
       New York, NY 10004

       Weil Gotshal & Manges LLP
       Attorneys for Debtors

1

RECEIVED
FEB 24 2010
U.S. BANKRUPTCY COURT, SDNY
JMP

767 5th Ave.
New York, NY 10153
Att'n: Shai Waisman, Esq.

Office of US Trustee/SDNY
33 Whitehall St.  21st Floor
New York, NY 10004
Att'n:  Andy Velez-Rivera, Esq.
       Paul Schwartzberg, Esq.
       Brian Masumoto, Esq.
       Linda Riffkin, Esq.
       Tracy Hope Davis, Esq.

Milbank, Tweed, Hadley & McCloy, LLP
Attorneys for Unsecured Creditors Committee
1 Chase Manhattan Plaza
New York, NY 10005
Att'n:  Dennis F. Dunne, Esq
       Dennis O'Donnell, Esq.
       Evan Fleck, Esq.

Roger R. Nieman, February 19, 2010

Enclosures:

August 19, 2009 Cover Letter.

Three Proofs of Claim, 1000004889, 1000181874, 1000247471, with Unique ID Numbers.

March 10, 2008, letter with February 2008 check for $64,011.07, seventh of fifteen annual installments payable from ESEP.

March 13, 2008, letter concerning ESEP Account Statement.

ESEP Account Statement.

W-2 Wage and Tax Statement for 2008.

Check reflecting annual ESEP and monthly Shearson payment.

Fidelity Statement for 2008.

Check for monthly Lehman payment.

Power of Attorney.

Jacqueline G Nieman
300 East 40th Street, 19-B
New York, N.Y.
10016-2012
(212) 867-5718

August 19, 2009

United States Bankruptcy Court/SDNY
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Claims
FDR Station, P.O. Box 5076
New York, N.Y. 10150-5076

Re: Proof of Claim Nos. 1000004889, 1000181874, 1000247471

Dear Claims Processing Center,

I am writing on behalf of my husband, Roger Nieman, who has been disabled since he suffered
a cerebral hemorrhage in 1984. I have enclosed a copy of a power of attorney to me, which he
executed in February, 1991, and which is still in effect.

I recently received the above-referenced claim forms addressed to Mr. Nieman. I found the claim
form very confusing, and contacted Epiq at the phone number which was provided, but they were
not able to assist or advise me how to properly make these claims.

I believe that these three different items are: Mr. Nieman's participation in the Lehman ESEP
plan, his Shearson Supplemental Retirement Plan, and the Lehman Brothers Retirement Plan.
I have enclosed proof of Mr. Nieman's participation in all three plans. Mr. Nieman is entitled
to receive the following amounts pursuant to these plans:

    ESEP: $64,000 (approx), each year from 2009 until 2016, inclusive.
    Shearson SRP: $1319.40 every year.
    Lehman Bros. Retirement Plan: $4,104 every year.

I am filing claims for these amounts on Mr. Nieman's behalf. If you need more information,
Please contact me at the above address or telephone number.

Sincerely,

Jacqueline G. Nieman

Jacqueline G. Nieman

**PROOF OF CLAIM**

**United States Bankruptcy Court/Southern District of New York**
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 | UNIQUE IDENTIFICATION NUMBER: 1000004889 |
|---|---|---|
| Lehman Brothers Holdings Inc., et al., Debtors. | Case No. 08-13555 (JMP) (Jointly Administered) | |
| Name of Debtor Against Which Claim is Held | Case No. of Debtor | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

LBH (CREDITOR.DBF,CREDNUM)CREDNUM # 1000004889******
NIEMAN,ROGER R.
300 EAST 40TH ST
NEW YORK, NY 10016

*212-867-5718*

Telephone number:                    Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:                    Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1.** Amount of Claim as of Date Case Filed: $ *See enclosed letter*
If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☐ Check this box if all or part of your claim is based on a Guarantee.*

*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

**2.** Basis for Claim: *See enclosed letter*
(See instruction #2 on reverse side.)

**3.** Last four digits of any number by which creditor identifies debtor: _____
3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

**4.** Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe: _____
Value of Property: $_____   Annual Interest Rate ____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____   Basis for perfection: _____
Amount of Secured Claim: $_____   Amount Unsecured: $_____

**6.** Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $_____
(See instruction #6 on reverse side.)

**5.** Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

Amount entitled to priority:

$_____

**7.** Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
**8.** Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

FOR COURT USE ONLY

| Date: 8/19/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. *Roger Nieman, by Jacqueline G. Nieman P/A* |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
| Lehman Brothers Holdings Inc., et al. | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |
| Name of Debtor Against Which Claim is Held | Case No. of Debtor |

**PROOF OF CLAIM**

UNIQUE IDENTIFICATION NUMBER: 1000181874

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side).

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
LBH (CREDITOR.DBF,CREDNUM)CREDNUM # 1000181874******
NIEMAN, ROGER R
300 EAST 40TH ST
NEW YORK, NY 10016-2188

*212-867-5718*

Telephone number:                    Email Address:

Name and address where payment should be sent (if different from above)

Telephone number:                    Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim
Number:_____
    (If known)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1.    Amount of Claim as of Date Case Filed: $ _See enclosed letter_
If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 USC §503(b)(9), complete Item 6.
☐    Check this box if all or part of your claim is based on a Derivative Contract.*
☐    Check this box if all or part of your claim is based on a Guarantee.*

*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.
☐    Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2.    Basis for Claim: _See enclosed letter_
    (See instruction #2 on reverse side.)

3.    Last four digits of any number by which creditor identifies debtor: _____
    3a. Debtor may have scheduled account as: _____
        (See instruction #3a on reverse side.)

4.    Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff:   ☐ Real Estate      ☐ Motor Vehicle      ☐ Other
Describe: _____
Value of Property: $_____  Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____  Basis for perfection: _____

Amount of Secured Claim: $_____  Amount Unsecured: $_____

6.    Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $_____
    (See instruction #6 on reverse side.)

7.    Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8.    Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

5.    Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

Amount entitled to priority:

$_____

FOR COURT USE ONLY

| Date: 8/19/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |

_Roger Nieman, by Jacqueline G Nieman_
_P/A_

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court/Southern District of New York** Pg 21 of

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

**PROOF OF CLAIM**

| | |
|---|---|
| In Re: Lehman Brothers Holdings Inc., et al. Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
| Name of Debtor Against Which Claim is Held | Case No. of Debtor |

UNIQUE IDENTIFICATION NUMBER: 1000247471

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

LBH (CREDITOR.DBF,CREDNUM)CREDNUM # 1000247471******
NIEMAN,ROGER R.
300 EAST 40TH ST
NEW YORK, NY 10016

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____ (If known)

Filed on: _____

*212-867-5718*

Telephone number: _____ Email Address: _____

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number: _____ Email Address: _____

1. **Amount of Claim as of Date Case Filed:** $ *See enclosed letter*
If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☐ Check this box if all or part of your claim is based on a Guarantee.*
*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. **Basis for Claim:** *See enclosed letter*
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____
   3a. **Debtor may have scheduled account as:** _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe: _____
Value of Property: $ _____ Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$ _____ Basis for perfection: _____
Amount of Secured Claim: $ _____ Amount Unsecured: $ _____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

Amount entitled to priority:

$ _____

6. **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $ _____
(See instruction #6 on reverse side.)

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**FOR COURT USE ONLY**

| | |
|---|---|
| Date: *8/19/09* | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. *Roger Nieman, by Jacqueline B Nieman* |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# LEHMAN BROTHERS

March 10, 2008

Mr. Roger R. Nieman
300 East 40Th St
New York, NY 10016

Dear Mr. Nieman:

Enclosed please find a check containing your February 29, 2008 payment from the
Lehman Brothers Executive and Select Employees Plan (ESEP), in which you
are a participant.  This payment of $64,011.07 represents the seventh of fifteen
annual installments payable to you from the ESEP.  Pursuant to the letter and
Form W-4P that was mailed to you, unless otherwise indicated, this payment is
subject to Federal income tax.

The Federal estimated tax rules provide that penalties may be applicable if your
withholding and estimated tax payments are insufficient.

Please note this payment is taxable as ordinary income upon receipt and cannot be
rolled over into an Individual Retirement Account (IRA) as this is a non-qualified
plan distribution.  For further tax information, we suggest that you consult your
tax advisor.

If you have any questions please contact me at (212) 320-7977 or by e-mail at
erin.dsouza@lehman.com.

Sincerely,

Erin D'Souza

LEHMAN BROTHERS INC.
1301 AVENUE OF THE AMERICAS 6TH FLOOR NEW YORK NY 10019

# LEHMAN BROTHERS

March 13, 2008

Mr. Roger R. Nieman
300 East 40th St
New York, NY 10016

**Re: December 31, 2007 ESEP Account Statement**

Dear Mr. Nieman:

Enclosed please find your December 31, 2007 account statement for the Lehman Brothers Inc. Executive and Select Employees Plan (ESEP), which reflects all account activity between December 31, 2006 and December 31, 2007.

If you have any questions concerning your participation in the ESEP, you may contact me via e-mail at erin.dsouza@lehman.com or by phone at (212) 320-7977.

Sincerely,

Erin D'Souza

LEHMAN BROTHERS INC.
1301 AVENUE OF THE AMERICAS 6TH FLOOR NEW YORK, NY 10019
PHONE 212 320 7977 FAX 212 520 9310 EMAIL ERIN.DSOUZA@LEHMAN.COM

# LEHMAN BROTHERS

Lehman Brothers Inc. Executive and Select Employees Plan (ESEP)
Statement of Account as of December 31, 2007

Name:              Roger Nieman
SS#:               XXX-X
Option Selected:   Option 1

**Account Activity:**

| | |
|---|---|
| December 31, 2008 Account Balance | $410,510.79 |
| 2007 Annual Payment | (64,011.07) |
| 2007 Interest | 39,253.14 |
| December 31, 2007 Account Balance | $385,752.86 |
| Annual Interest Rate Used for Period Ending December 31, 2007: 11.00% | |

**Payment Status:**

Our records indicate that you have received 6 annual payments from the Plan and are scheduled to receive 9 additional payments.

**Beneficiary Election:**

| Beneficiary | Percentage |
|---|---|
| Primary: Jacqueline G.Nieman | 100% |
| Cont: Barney Nieman | 100% |
| 2Cont: Alan J. Feldman | 100% |

Every effort has been made to ensure the accuracy of this statement; however, errors may occur. The actual benefit paid will be determined in accordance with the ESEP plan document. In the case of any conflict or omission, the ESEP plan document will prevail.

| c Employer's name, address and ZIP Code | | 3 Social security wages | 4 Social security tax withheld |
|---|---|---|---|
| LEHMAN BROTHERS INC. 70HUDSON STREET PAYROLL DEPT, 10TH FL JERSEY CITY NJ 07302 | 9 Advance EIC payment | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | 10 Dependent care benefits | 11 Nonqualified plans 65000.62 | 12a |
| e Employee's name, address, & ZIP code | 13 Statutory employee  Retirement Plan  Third-Party Sick Pay | 14 Other | 12b |
| ROGER R NIEMAN 300 EAST 40TH ST NEW YORK NY 10016 | b Employer Identification number 13-2518466 | | 12c |
| | | | 12d |

| 15 State | Employer's state I.D. number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| NY | 132518466 9 | 65000.62 | 4704.81 | 65000.62 | 2560.44 | NEWYORK |

Dept. of the Treasury – IRS

---

## Form W-2 Wage and Tax Statement 2008

Copy C for EMPLOYEE'S RECORDS (see Notice to Employee on back of Copy C)

| | OMB No. 1545-0008 | This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it. | |
|---|---|---|---|
| d Control number 0038618 | 7 Social security tips | 1 Wages, tips, other compensation 65000.62 | 2 Federal income tax withheld 16002.77 |
| c Employer's name, address and ZIP code | 8 Allocated tips | 3 Social security wages | 4 Social security tax withheld |
| LEHMAN BROTHERS INC. 70HUDSON STREET PAYROLL DEPT, 10TH FL JERSEY CITY NJ 07302 | 9 Advance EIC payment | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | 10 Dependent care benefits | 11 Nonqualified plans 65000.62 | 12a See instructions for box 12 |
| e Employee's name, address, & ZIP code | 13 Statutory employee  Retirement Plan  Third-Party Sick Pay | 14 Other | 12b |
| ROGER R NIEMAN 300 EAST 40TH ST NEW YORK NY 10016 | b Employer Identification number 13-2518466 | | 12c |
| | a | | 12d |

| 15 State | Employer's state I.D. number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| NY | 132518466 9 | 65000.62 | 4704.81 | 65000.62 | 2560.44 | NEWYORK |

Dept. of the Treasury – IRS

---

## Form W-2 Wage and Tax Statement 2008

Copy 2 To be Filed with Employee's State, City, or Local Income Tax Return

| | OMB No. 1545-0008 | | |
|---|---|---|---|
| d Control number 0038618 | 7 Social security tips | 1 Wages, tips, other compensation 65000.62 | 2 Federal income tax withheld 16002.77 |
| c Employer's name, address and ZIP code | 8 Allocated tips | 3 Social security wages | 4 Social security tax withheld |
| LEHMAN BROTHERS INC. 70HUDSON STREET PAYROLL DEPT, 10TH FL JERSEY CITY NJ 07302 | 9 Advance EIC payment | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | 10 Dependent care benefits | 11 Nonqualified plans 65000.62 | 12a |
| e Employee's name, address, & ZIP code | 13 Statutory employee  Retirement Plan  Third-Party Sick Pay | 14 Other | 12b |
| ROGER R NIEMAN 300 EAST 40TH ST NEW YORK NY 10016 | b Employer identification number 13-2518466 | | 12c |
| | a | | 12d |

| 15 State | Employer's state I.D. number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| NY | 132518466 9 | 65000.62 | 4704.81 | 65000.62 | 2560.44 | NEWYORK |

Dept. of the Treasury – IRS

ehman Brothers Inc.
5 Seventh Avenue
New York NY 10019-6801

oger R. Nieman
0 East 40th St
w York NY 10016

| | | MRT-Monthly Retiree's | | Business Unit: CORP |
|---|---|---|---|---|
| | Pay Begin Date: | 09/01/2008 | Check #: | 0467545 |
| | Pay End Date: | 09/30/2008 | Check Date: | 09/10/2008 |

HOME   LBI MRT CORP
51218 RETIREE 0467545

Roger R. Nieman
300 East 40th St
New York NY 10016

| TAX DATA: | Federal | NY State |
|---|---|---|
| Marital Status: | Married | Married |
| Allowances: | 0 | 0 |
| Addl. Pct.: | | |
| Addl. Amt.: | | |

Employee ID: 10010324
Department: 51218-Grp Ins/Ltd Part Ben Cost
Location: Retirees
Pay Rate: $0.00 Annual
SSN: XXX-XX-6104

## HOURS AND EARNINGS

| | | | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Begin Date | End Date | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| SuppRetP/O | | | | | 109.95 | | 989.55 | Federal Tax | 0.00 | 16,002.77 |
| ESEP P/O | | | | | 0.00 | | 6,133.33 | NY Tax | 0.00 | 4,704.81 |
| ESEP Int | | | | | 0.00 | | 57,877.74 | NY NEW YORK Tax | 0.00 | 2,560.44 |
| Total: | | | | | 109.95 | | 65,000.62 | Total: | 0.00 | 23,268.02 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | TAXABLE BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| Total: | 0.00 | 0.00 | Total: | 0.00 | 0.00 | * Taxable | 000 | 000 |

| | TOTAL GROSS | FED. TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 109.95 | 109.95 | 0.00 | 0.00 | 109.95 |
| YTD: | 65,000.62 | 65,000.62 | 23,268.02 | 0.00 | 41,732.60 |

| NET PAY DISTRIBUTION | |
|---|---|
| Check #000000000467545 | 109.95 |

MESSAGE:

---

THIS MULTI-TONE AREA OF THE DOCUMENT CHANGES COLOR GRADUALLY AND EVENLY FROM DARK TO LIGHT

## LEHMAN BROTHERS

Lehman Brothers Inc.
745 Seventh Avenue
New York NY 10019-6801

1-2/210

Check No.
467545

PAY ONLY 109.95 CTSCTS

Date: 09/10/2008          Amount: $109.95

****ONE HUNDRED NINE AND 95/100 DOLLARS****

PAY TO THE
ORDER OF

ROGER R. NIEMAN
300 East 40th St
New York NY 10016

JPMorgan Chase Bank, N. A.
4 Chase Metro Tech Center
Brooklyn, NY 11245

Payable if desired at:
Mellon 1st Business Bank
601 West Fifth Street
Los Angeles, CA 90071

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK     HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSER

⑈0467545⑈ ⑆021000021⑆ 61066018⑈

CORRECTED (if checked)

| PAYER'S name, street address, city, state, and ZIP code | 1 Gross distribution | OMB No. 1545-0119 | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
|---|---|---|---|
| FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS CO 397 WILLIAMS STREET MC1W MARLBOROUGH, MA 01752 DB720223-001 1-866-534-6266 LEHMAN BROTHERS RET. PLAN | $4,104.00 | 2008 | |
| | 2a Taxable amount $4,104.00 | Form 1099-R | |

| PAYER'S Federal identification number 04-3275867 | RECIPIENT'S identification number | 2b Taxable amount not determined ☐ | Total distribution ☐ | Copy B Report this income on your federal income tax return. If this form shows federal income tax withheld in box 4, attach this copy to your return. This information is being furnished to the Internal Revenue Service. |
|---|---|---|---|---|
| | | 3 Capital gain (included in box 2a) $0.00 | 4 Federal income tax withheld $0.00 | |
| RECIPIENT'S name, street address ( ENV#0230457 ROGER R NIEMAN 300 EAST 40TH ST NEW YORK, NY 10016-2188 | | 5 Employee contrib/desig Roth contrib or insurance premiums $0.00 | 6 Net unrealized appreciation in employer's securities $0.00 | |
| | | 7 Distribution code(s) 7 | IRA/SEP/ SIMPLE | 8 Other % $0.00 | |
| | | 9a Your percentage of total distribution % | 9b Total employee contributions $0.00 | |
| | | 10 State tax withheld $0.00 | 11 State/Payer's state no. NY 043275867 4 | 12 State distribution $ |
| Account number (see instructions) 2009011003220009071 9 | 1st year of desig. Roth contrib. $ | 13 Local tax withheld $ | 14 Name of locality | 15 Local distribution $ |

Form 1099-R

Department of the Treasury - Internal Revenue Service

CORRECTED (if checked)

| PAYER'S name, street address, city, state, and ZIP code | 1 Gross distribution | OMB No. 1545-0119 | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
|---|---|---|---|
| FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS CO 397 WILLIAMS STREET MC1W MARLBOROUGH, MA 01752 DB720223-001 1-866-534-6266 LEHMAN BROTHERS RET. PLAN | $4,104.00 | 2008 | |
| | 2a Taxable amount $4,104.00 | Form 1099-R | |

| PAYER'S Federal identification number 04-3275867 | RECIPIENT'S identification number | 2b Taxable amount not determined ☐ | Total distribution ☐ | Copy C For Recipient's Records This information is being furnished to the Internal Revenue Service. |
|---|---|---|---|---|
| | | 3 Capital gain (included in box 2a) $0.00 | 4 Federal income tax withheld $0.00 | |
| RECIPIENT'S name, street address ( ROGER R NIEMAN 300 EAST 40TH ST NEW YORK, NY 10016-2188 | | 5 Employee contrib/desig Roth contrib or insurance premiums $0.00 | 6 Net unrealized appreciation in employer's securities $0.00 | |
| | | 7 Distribution code(s) 7 | IRA/SEP/ SIMPLE | 8 Other % $0.00 | |
| | | 9a Your percentage of total distribution % | 9b Total employee contributions $0.00 | |
| | | 10 State tax withheld $0.00 | 11 State/Payer's state no. NY 043275867 4 | 12 State distribution $ |
| Account number (see instructions) 2009011003220009071 9 | 1st year of desig. Roth contrib. $ | 13 Local tax withheld $ | 14 Name of locality | 15 Local distribution $ |

Form 1099-R

(keep for your records)

Department of Treasury - Internal Revenue Service

CORRECTED (if checked)

| PAYER'S name, street address, city, state, and ZIP code | 1 Gross distribution | OMB No. 1545-0119 | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
|---|---|---|---|
| FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS CO 397 WILLIAMS STREET MC1W MARLBOROUGH, MA 01752 DB720223-001 1-866-534-6266 LEHMAN BROTHERS RET. PLAN | $4,104.00 | 2008 | |
| | 2a Taxable amount $4,104.00 | Form 1099-R | |

| PAYER'S Federal identification number 04-3275867 | RECIPIENT'S identification number | 2b Taxable amount not determined ☐ | Total distribution ☐ | Copy 2 File this copy with your state, city, or local income tax return, when required. |
|---|---|---|---|---|
| | | 3 Capital gain (included in box 2a) $0.00 | 4 Federal income tax withheld $0.00 | |
| RECIPIENT'S name, street address (including ROGER R NIEMAN 300 EAST 40TH ST NEW YORK, NY 10016-2188 | | 5 Employee contrib/desig Roth contrib or insurance premiums $0.00 | 6 Net unrealized appreciation in employer's securities $0.00 | |
| | | 7 Distribution code(s) 7 | IRA/SEP/ SIMPLE | 8 Other % $0.00 | |
| | | 9a Your percentage of total distribution % | 9b Total employee contributions $0.00 | |
| | | 10 State tax withheld $0.00 | 11 State/Payer's state no. NY 043275867 4 | 12 State distribution $ |
| Account number (see instructions) 2009011003220009071 9 | 1st year of desig. Roth contrib. $ | 13 Local tax withheld $ | 14 Name of locality | 15 Local distribution $ |

Form 1099-R

Department of Treasury - Internal Revenue Service

# LEHMAN BROTHERS RET. PLAN

**Payment Type:**         Installment
**Check Number:**        00214577509
**Check Date:**          December 1, 2008

**ROGER R NIEMAN**
*Questions? Please call 1-866-534-6266*



**Funding Breakdown**

| Description | Current | Year to Date |
|---|---|---|
| LEHMAN PENSION PLAN | | $342.00 |

| Description | Current | Year to Date |
|---|---|---|
| GROSS PAYMENT | $342.00 | $4,104.00 |

| Description | Current | Year to Date |
|---|---|---|
| TAXABLE | $342.00 | $4,104.00 |
| NET PAYMENT | $342.00 | $4,104.00 |

**2008 Annual Notice of Right to Elect or Revoke Federal Tax Withholding**
As a participant receiving benefits, federal income tax may apply to your retirement payments. To determine the taxable portion of the total annual benefit payment that you receive that may be subject to federal income tax withholding, please see the IRS federal tax table or consult with your tax advisor.

**You May Change Your Election at Any Time**
Please remember you may choose at any time whether or not to have federal taxes withheld from your payments in accordance with federal tax law. Please note, however, that if you elect to have no federal taxes withheld from your pension or monthly payments, or if you do not have enough federal taxes withheld from your payments, you may be responsible for paying estimated taxes, and you may also incur penalties under the estimated tax rules. For more information, contact a tax advisor.

**If You Do Not Want to Change Your Current Federal Tax Withholding Election:**
If you do not want to change your current federal tax withholding, you do not have to do anything.

**If You Want to Change Your Current Federal Tax Withholding Election:**
You may change your federal tax withholding election any time by calling the benefits center and requesting the change through a customer service associate. This notice applies only to withholding for the qualified plan payments it accompanies. If you receive other payments, separate rules may apply. If you have questions, please call your benefits service center at the number printed on your check or payment confirmation, any business day (excluding New York Stock Exchange holidays), to speak to a service representative, or visit us online at netbenefits.fidelity.com.

FOLD, CREASE AND TEAR HERE TO REMOVE CHECK

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER.

## LEHMAN BROTHERS RET. PLAN

62-38
311

### Fidelity Investments Institutional Operations Co.

**Check Number**     **Account Number**     **Date of Check**
00214577509        DB720223-001        Dec 01, 2008        $*******342 | 00

**Pay to the Order of:**
ROGER R NIEMAN
300 EAST 40TH ST
NEW YORK, NY 10016-2188

Deutsche Bank Trust Company Delaware

*Jean Raynal*

**Authorized Signature**

⑈0214577509⑈ ⑊031100380⑊ 0052969 2⑈

ROGER NIEMAN

TO

JACQUELINE G. NIEMAN and
ALAN J. FELDMAN, Consecutively
in the ORDER NAMED

# Power of Attorney

*Statutory Short Form*

*Dated,* .................................., 19 91

W 51—Statutory Short Form of General Power of Attorney.
Disability Clause, if not desired cross out:
With Affidavit of Attorney. Gen. Obl. Law §5-1501: 11-89

JULIUS BLUMBERG, INC..
PUBLISHER, NYC 10013

**Notice:** The powers granted by this document are broad and sweeping. They are defined in New York General Obligations Law, Article 5, Title 15, sections 5-1502A through 5-1503, which expressly permits the use of any other or different form of power of attorney desired by the parties concerned.

**Know All Men by These Presents,** which are intended to constitute a **GENERAL POWER OF ATTORNEY** pursuant to Article 5, Title 15 of the New York General Obligations Law:

*That I*     ROGER NIEMAN, of 300 East 40th Street, New York, New York 10016
(insert name and address of the principal)

*do hereby appoint*   Jacqueline G. Nieman, of 300 East 40th Street, New York, New York  10016
(insert name and address of the agent, or each agent, if more than one is designated)
or if she shall die or shall be or become unwilling or unable to act, I do hereby appoint Alan J. Feldman of  767 Fifth Avenue, New York, New York 10153

*my attorney(s)-in-fact* **TO ACT**    consecutively, in the ORDER NAMED

(a) If more than one agent is designated and the principal wishes each agent alone to be able to exercise the power conferred, insert in this blank the word "severally". Failure to make any insertion or the insertion of the word "jointly" will require the agents to act jointly.

*In my name, place and stead in any way which I myself could do, if I were personally present, with respect to the following matters as each of them is defined in Title 15 of Article 5 of the New York General Obligations Law to the extent that I am permitted by law to act through an agent:*

[Strike out and initial in the opposite box any one or more of the subdivisions as to which the principal does NOT desire to give the agent authority. Such elimination of any one or more of subdivisions (A) to (L), inclusive, shall automatically constitute an elimination also of subdivision (M).]

**To strike out any subdivision the principal must draw a line through the text of that subdivision AND write his initials in the box opposite.**

*(A) real estate transactions;*................................[    ]
*(B) chattel and goods transactions;*......................[    ]
*(C) bond, share and commodity transactions;*.........[    ]
*(D) banking transactions;*....................................[    ]
*(E) business operating transactions;*.....................[    ]
*(F) insurance transactions;*..................................[    ]
*(G) estate transactions;*......................................[    ]
*(H) claims and litigation;*....................................[    ]
*(I) personal relationships and affairs;*..................[    ]
*(J) benefits from military service;*........................[    ]
*(K) records, reports and statements;*....................[    ]
*(L) full and unqualified authority to my attor-
ney(s)-in-fact to delegate any or all of the
foregoing powers to any person or persons
whom my attorney(s)-in-fact shall select;*.......[    ]
*(M) all other matters;*.........................................[    ]

[Special provisions and limitations may be included in the statutory short form power of attorney only if they conform to the requirements of section 5-1503 of the New York General Obligations Law.]

To prepare, execute and file all income tax, gift tax, social security or unemployment insurance and information returns required by the laws of the United States, or of any state or subdivision thereof, to confer with revenue agents, to prepare, execute and file refund claims, to collect any tax refunds from the United States or any state or subdivision, to execute agreements extending the statute of limitations, to represent me or obtain representation for me before the Tax Court of the United States or any other court in connection with any of said tax matters, and to do anything whatsoever requisite or necessary in connection with all income tax, gift tax, social security and unemployment insurance taxes required by the laws of the United States or any state or subdivision that I could do in my own person.

To deal with in any manner any retirement plans, including but not limited to, pension and profit-sharing plans, Keogh plans, individual retirement accounts, rollovers, and voluntary contributions.

*This power of attorney shall not be affected by the subsequent disability or incompetence of the principal.*

*To induce any third party to act hereunder, I hereby agree that any third party receiving a duly executed copy or facsimile of this instrument may act hereunder, and that revocation or termination hereof shall be ineffective as to such third party unless and until actual notice or knowledge of such revocation or termination shall have been received by such third party, and I for myself and for my heirs, executors, legal representatives and assigns, hereby agree to indemnify and hold harmless any such third party from and against any and all claims that may arise against such third party by reason of such third party having relied on the provisions of this instrument.*

**In Witness Whereof,** *I have hereunto signed my name and affixed my seal this* 25th

day of February, 19 91

_____ (Seal)
(Signature of Principal)
ROGER NIEMAN

**STATE OF** NEW YORK    **COUNTY OF** NEW YORK    ss.:

On the 25th day of February 19 91 *before me personally came*

Roger Nieman

*to me known, and known to me to be the individual described in, and who executed the foregoing instrument, and he acknowledged to me that he executed the same.*

ELLEN MEDOFF
Notary Public, State of New York
No. 30-4672860
Qualified in Nassau County
Filed in New York County
Commission Expires July 31, 19___

_____
Notary Public

The following is a signature page in the foregoing Power of attorney.
The foregoing is not a part of the foregoing Power of attorney.
Pg 32 of 33

STATE OF   NEW YORK   , COUNTY OF   NEW YORK   } ss.:

JACQUELINE G. NIEMAN

On the 25ᵗʰ day of February 19 91 before me personally came

JACQUELINE G. NIEMAN

to me known, and known to me to be the individual described in, and who executed the foregoing instrument, and  She  acknowledged to me that  she  executed the same.

ELLEN MEDOFF
Notary Public, State of New York
No. 30-4672860
Qualified in Nassau County
Filed in New York County
Commission Expires July 31, 19⁹²

_____
Notary Public

## AFFIDAVIT AS TO POWER OF ATTORNEY BEING IN FULL FORCE

STATE OF                    , COUNTY OF                    ss.:

being duly sworn, deposes and says:

as principal,

*That*

who resides at

did, in writing, under date of                    appoint me his true and lawful

attorney, and that annexed hereto, and hereby made a part hereof, is a true copy of said power of attorney.

THAT, as attorney in fact of said principal and under and by virtue of the said power of attorney, I have this day executed the following described instrument

THAT at the time of executing the above described instrument I had no actual knowledge or actual notice of revocation or termination of the aforesaid power of attorney by death or otherwise, or notice of any facts indicating the same.

THAT I hereby represent that the said principal is now alive; has not, at any time, revoked or repudiated the said power of attorney; and the said power of attorney still is in full force and effect.

That I make this affidavit for the purpose of inducing

to accept delivery of the above described instrument, as executed by me in my capacity of attorney in fact of the said principal, with the full knowledge that the said

in accepting the execution and delivery of the aforesaid instrument and in paying a good and valuable consideration therefor, will rely upon this affidavit.

Sworn to before me

this            day of                    19       .........................................

Following is my signature as attorney-in-fact designated under
this Power of Attorney this       day of                1991.

*Alan J. Feldman*

ALAN J. FELDMAN

STATE OF *New York*      )
                                           : ss
COUNTY OF *New York*    )

On the *4* day of *April*    , 1991 before me personally came
ALAN J. FELDMAN to me known and known to me to be the individual
described in, and who executed the foregoing instrument, and he
acknowledged to me that he executed the same.

Notary ALLAN RUBIN
Notary Public, State of New York
No. 31-3388750
Qualified in New York County
Commission Expires July 31, 1991