**Presentment Date and Time:  March 12, 2010 at 12:00 p.m.**
**Objection Deadline:  March 11, 2010 at 11:00 a.m.**
**Hearing Date and Time (If Necessary):  March 17, 2010 at 10:00 a.m.**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Lori R. Fife

Attorneys for Debtors
and Debtors in Possession

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Jeffrey S. Margolin

Attorneys for James W. Giddens, Esq.,
as Trustee for the SIPA Liquidation of
the Business of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
                                                                   :
In re                                                              :        **Chapter 11 Case No.**
                                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :        **08-13555 (JMP)**
                                                                   :
                              **Debtors.**                         :        **(Jointly Administered)**
                                                                   :
-------------------------------------------------------------------x
                                                                   :
In re                                                              :
                                                                   :
**LEHMAN BROTHERS INC.**                                           :        **Case No. 08-01420 (JMP) SIPA**
                                                                   :
                              **Debtor.**                          :
                                                                   :
-------------------------------------------------------------------x

**DUAL NOTICE OF PRESENTMENT OF SECOND STIPULATION**
**AND AGREED ORDER WITH RESPECT TO NON-RELATED**
**CONTRACTS POSTED FOR ASSUMPTION AND ASSIGNMENT**
**IN CONNECTION WITH ASSET PURCHASE AGREEMENT**

          **PLEASE TAKE NOTICE** that the undersigned will present the annexed

stipulation and order (the "Stipulation and Agreed Order") to the Honorable James M. Peck,

United States Bankruptcy Judge, for approval and signature on **March 12, 2010 at 12:00 p.m.**

**(Prevailing Eastern Time)**.  The Stipulation and Agreed Order relates to the status of certain

contracts, as identified on Exhibit A to the Stipulation and Agreed Order, designated for

assumption and assignment to Barclays Capital Inc. in the above-referenced proceedings, as

further described in the Stipulation and Agreed Order.

      **PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief

requested in the Stipulation and Agreed Order shall be in writing, shall conform to the Federal

Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and the Local Rules of the Bankruptcy

Court for the Southern District of New York, shall set forth the name of the objecting party, the

basis for the objection and the specific grounds thereof, shall be filed with the Bankruptcy Court

electronically in accordance with General Order M-242 (which can be found at

www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's case filing system and by

all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF),

WordPerfect, or any other Windows-based word processing format (with two hard copies

delivered directly to Chambers), and shall be served upon: (i) the chambers of the Honorable

James M. Peck ("Chambers"), One Bowling Green, New York, New York 10004, Courtroom

601; (ii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn:

Lori R. Fife, Esq. and Sunny Singh, Esq., attorneys for the Debtors; (iii) Hughes Hubbard &

Reed LLP, One Battery Park Plaza, New York, New York 10004, Attn: James B. Kobak, Jr.,

Esq., and Jeffrey S. Margolin, Esq., attorneys for James W. Giddens, Esq., as Trustee for the

SIPA Liquidation of the Business of Lehman Brothers Inc.; (iv) the Office of the United States

Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New

York 10004 Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq.,

Linda Riffkin, Esq., and Tracy Hope Davis, Esq.; (v) Milbank, Tweed, Hadley & McCloy LLP,

1 Chase Manhattan Plaza, New York, New York 10005, Attn: Dennis F. Dunne, Esq., Dennis

O'Donnell, Esq., and Evan Fleck, Esq., attorneys for the official committee of unsecured

creditors appointed in these cases; (vi) Securities Investor Protection Corporation, 805 Fifteenth

Street, N.W., Suite 800, Washington, DC 20005, Attn: Kenneth J. Caputo, Esq.; (vii) Cleary

Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006, Attn:  Lindsee

P. Granfield, Esq. and Lisa M. Schweitzer, Esq., attorneys for Barclays Capital Inc.; (viii)

Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022, Attn:  Michael J.

Riela, Esq., attorneys for Aurora Bank FSB and Aurora Loan Services, LLC; and (ix) any person

or entity with a particularized interest in the Stipulation and Order, so as to be filed and received

no later than **March 11, 2010 at 11:00 a.m. (Prevailing Eastern Time)** (the "Objection

Deadline").

PLEASE TAKE FURTHER NOTICE that if an objection to the Stipulation and

Order is not received by the Objection Deadline, the relief requested shall be deemed unopposed,

and the Bankruptcy Court may enter an order granting the relief sought without a hearing.

PLEASE TAKE FURTHER NOTICE that if a written objection is timely filed

prior to the Objection Deadline, a hearing (the "Hearing") will be held to consider the Stipulation

and Order on **March 17, 2010 at 10:00 a.m. (Prevailing Eastern Time)** before the Honorable

James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court,

Alexander Hamilton Customs House, Courtroom 601, One Bowling Green, New York, New

York 10004.

PLEASE TAKE FURTHER NOTICE that objecting parties are required to

attend the Hearing, and failure to appear may result in relief being granted or denied upon

default.

Dated: February 24, 2010
       New York, New York

/s/ Lori R. Fife                            /s/ Jeffrey S. Margolin
Lori R. Fife                                James B. Kobak, Jr.
                                            Jeffrey S. Margolin


WEIL, GOTSHAL & MANGES LLP                  HUGHES HUBBARD & REED LLP
767 Fifth Avenue                            One Battery Park Plaza
New York, New York 10153                    New York, New York 10004
Telephone: (212) 310-8000                   Telephone: (212) 837-6000
Facsimile: (212) 310-8007                   Facsimile: (212) 422-4726

Attorneys for Debtors                       Attorneys for James W. Giddens, Esq.,
and Debtors in Possession                   as Trustee for the SIPA Liquidation of
                                            the Business of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
----------------------------------------------------------x
                                        :
In re                                   :        Chapter 11
                                        :
LEHMAN BROTHERS HOLDINGS INC., et al.,  :        Case No. 08-13555 (JMP)
                                        :
            Debtors.                    :        (Jointly Administered)
                                        :
----------------------------------------------------------x
                                        :
In re                                   :
                                        :
LEHMAN BROTHERS INC.                    :        Case No. 08-01420 (JMP) SIPA
                                        :
                Debtor.                 :
                                        :
----------------------------------------------------------x
```

**SECOND STIPULATION AND AGREED ORDER WITH RESPECT TO
NON-RELATED CONTRACTS POSTED FOR ASSUMPTION AND
ASSIGNMENT IN CONNECTION WITH ASSET PURCHASE AGREEMENT**

Lehman Brothers Holdings Inc. ("LBHI"), BNC Mortgage, LLC (successor-in-interest to Finance America, LLC), and their affiliated debtors and debtors in possession (each a "Debtor," and collectively, the "Debtors"), Aurora Bank FSB (f/k/a Lehman Brothers Bank FSB, and successor-in-interest to SIB Mortgage Corp. and Ivy Mortgage Corp., also formerly d/b/a as Lehman Brothers Small Business Finance), Aurora Loan Services LLC (together with Aurora Bank FSB, "Aurora"), James W. Giddens (the "SIPA Trustee"), the appointed trustee under the Securities Investor Protection Act of 1970, as amended, for the administration of Lehman Brothers Inc. ("LBI"), and Barclays Capital Inc. ("Barclays" or the "Purchaser," and together with the Debtors, the SIPA Trustee and Aurora, the "Parties" and each a "Party"), by and through their respective attorneys, hereby enter into this Stipulation and Agreed Order and represent and agree as follows:

1

## RECITALS

A.      Commencing on September 15, 2008 and periodically thereafter, the Debtors

commenced with this Court voluntary cases under chapter 11 of title 11 of the United States

Code (the "Bankruptcy Code"). The Debtors are authorized to continue to operate their

businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and

1108 of the Bankruptcy Code.

B.      On September 16, 2008, LBHI, LB 745 LLC, LBI, and Barclays entered into an

asset purchase agreement for the purchase and sale of certain assets (as modified, clarified and/or

amended, the "Asset Purchase Agreement").  On September 17, 2008, the Debtors filed a motion

seeking, among other things, approval of the Asset Purchase Agreement.

C.      On September 19, 2008, a proceeding (the "SIPA Proceeding") was commenced

under the Securities Investor Protection Act of 1970, as amended ("SIPA"), 15 U.S.C. §§ 78aaa

et seq., with respect to LBI and James W. Giddens was appointed as Trustee under the SIPA to

administer LBI's estate.

D.      On September 20, 2008, the Court entered the sale order (the "Sale Order")

approving the Asset Purchase Agreement.[1]  On September 20, 2008, the Court also entered a

concurrent order thereby authorizing the Trustee to consummate the sale transaction on behalf of

LBI pursuant to the Purchase Agreement.[2]

E.      The Asset Purchase Agreement provided that certain contracts related to the

assets purchased by Barclays (the "Related Contracts") could be designated by Purchaser as

Purchased Assets (as defined in the Asset Purchase Agreement).   On September 18, 2008, the

---

[1]      Case No. 08-13555 (JMP) [Docket No. 258].

[2]      Case No. 08-1420 (JMP) [Docket No. 3].

2

Debtors and the Purchaser identified Related Contracts for assumption and assignment to the

Purchaser as of September 22, 2008 (the "Closing Date") and listed those Related Contracts in

schedules (the "Closing Date Schedules") posted on http://chapter11.epiqsystems.com/lehman.

F.    Section 2.5 of the Asset Purchase Agreement provides, inter alia, that for a period

of sixty days (60) after the Closing Date, the Purchaser may designate additional Related

Contracts for assumption and assignment to the Purchaser.  To facilitate the assumption and

assignment of Related Contracts subsequent to the Closing Date, on September 26, 2008, the

Debtors sought approval of procedures for the assumption and assignment or rejection of Related

Contracts.

G.    On October 3, 2008, the Court entered an order granting the Debtors' Motion,

inter alia, to establish procedures for the assumption and assignment or rejection of Related

Contracts (the "Procedures Order").[3]  On October 6, 2008, the Court also entered an order

incorporating by reference the Procedures Order in the SIPA Proceeding.[4]  Pursuant to the

Procedures Order, from time to time, the Purchaser filed notices of assignment (the "Assignment

Notices") on the docket in the Debtors' chapter 11 cases and the SIPA Proceeding and served

such Assignment Notices on the counterparties to the designated contracts.

H.    The Parties have conducted an independent review of the Closing Date Schedules

and the Assignment Notices and have agreed that certain contracts included therein are not

Related Contracts.  On August 25, 2009, the Court previously entered its Stipulation and Agreed

Order with Respect to Non-Related Contracts Posted for Assumption and Assignment in

Connection with Asset Purchase Agreement [LBHI Docket No. 4932, LBI Docket No. 1545],

---

[3]    Case No. 08-13555 (JMP) [Docket No. 628].

[4]    Case No. 08-1420 (JMP) [Docket No. 69].

which primarily addressed certain contracts related to Neuberger Berman Group LLC's operation of the investment management business.

I.       Upon additional review, the Parties seek to further establish that the contracts identified on Exhibit "A" hereto (i) were not intended to be assumed and assigned to the Purchaser, (ii) are unrelated to the assets purchased by Barclays, and, as such, (iii) were not intended to be assumed and assigned by the Sale Order or the Procedures Order (collectively, the "Unrelated Contracts").

J.       As to those Unrelated Contracts to which LBHI is a counterparty, LBHI intends to promptly assume and assign such Unrelated Contracts to Aurora in accordance with section 365 of the Bankruptcy Code.

K.       Upon execution of this Stipulation and Agreed Order, the Debtors will provide notice of this Stipulation and Agreed Order to each of the counterparties (the "Counterparties") to the Unrelated Contracts.

**IT IS HEREBY STIPULATED, AGREED AND, UPON COURT APPROVAL HEREOF, IT SHALL BE ORDERED THAT:**

1.       Notwithstanding any prior order of this Court to the contrary, or any Closing Date Schedule or any Assignment Notice given by the Purchaser, the Debtors or the SIPA Trustee, the Unrelated Contracts (i) have not been assumed and assigned to the Purchaser, and (ii) were not purchased by the Purchaser.

2.       The Unrelated Contracts shall return to status quo ante between the Counterparty and LBHI, LBI or Aurora (as applicable) as if never having been listed on any Closing Date Schedule or Assignment Notice and all rights of the Counterparties and LBHI, LBI or Aurora shall not be affected by the listing of an Unrelated Contract on a Closing Date Schedule or Assignment Notice.  To the extent a Debtor or LBI is a party to the Unrelated Contracts, such

4

Unrelated Contracts constitute property of the respective Debtor's or LBI's estate and all rights

of the Debtors and the SIPA Trustee (and the Counterparties' rights) with respect thereto,

including, but not limited to, under sections 362 and 365 of the Bankruptcy Code, are preserved.

3.      The inclusion of the Unrelated Contracts on the Closing Date Schedules and/or

any Assignment Notice shall not give rise to (i) any administrative expense claim or damage

claim against any of the Debtors, LBI or their respective estates, whether under 11 U.S.C. §

503(b) or otherwise, or (ii) any obligation or liability of Barclays, including without limitation,

for payment of cure amounts under section 365 of the Bankruptcy Code with respect to such

Unrelated Contracts.

4.      Except as expressly set forth herein, nothing in this Stipulation and Agreed Order

shall bind, be collateral estoppel or otherwise prejudice any Party's rights or position with regard

to any Related Contracts.  For the avoidance of doubt, each of the Parties' rights and defenses

with respect to any other claims each might have against the other are fully preserved.  For the

further avoidance of doubt, and notwithstanding anything else contained herein to the contrary,

any rights, defenses and/or counterclaims asserted in connection with or related to the following

shall be fully preserved: (i) *The Debtor's Motion for an Order, Pursuant to Fed. R. Civ. P. 60*

*and Fed. R. Bankr. P. 9024, Modifying the September 20, 2008 Sale Order and Granting Other*

*Relief* [LBHI Docket No. 5148], as well as any joinders therein or objections thereto; (ii) *The*

*Motion Of Official Committee Of Unsecured Creditors Of Lehman Brothers Holdings Inc., et al.,*

*Pursuant To 11 U.S.C. § 105(a), Fed. R. Civ. P. 60(b), And Fed. R. Bankr. P. 9024, For Relief*

*From Order Under 11 U.S.C. §§ 105(a), 363, And 365 And Federal Rules Of Bankruptcy*

*Procedure 2002, 6004 And 6006 Authorizing And Approving (A) Sale Of Purchased Assets Free*

*And Clear Of Liens And Other Interests And (B) Assumption And Assignment Of Executory*

5

*Contracts And Unexpired Leases, Dated September 20, 2008 (And Related SIPA Sale Order)*

*And Joinder In Debtors' And SIPA Trustee's Motions For An Order Under Rule 60(b) To Modify*

*Sale Order* [LBHI Docket No. 5169], as well as any joinders therein or objections thereto; (iii)

*The Trustee's Motion for Relief Pursuant to the Sale Order or Alternatively, for Certain Limited*

*Relief Under Rule 60(b)* [LBI Docket No. 1682], as well as any joinders therein or objections

thereto; (iv) *James W. Giddens, as Trustee for the SIPA Liquidation of LBI v. Barclays Capital*

*Inc.* (Adv Pro. No. 09-1732 (JMP)); (v) *Lehman Brothers Holdings Inc. v. Barclays Capital Inc.*,

(Adv. Pro. No. 09-1731 (JMP)); or (vi) *Official Committee of Unsecured Creditors of Lehman*

*Brothers Holdings Inc. et al. v. Barclays Capital Inc. et al.* (Adv Pro. No. 09-1733 (JMP)).

5.      Barclays agrees, solely with respect to the Unrelated Contracts, not to seek

payment or reimbursement of any cure amounts from Aurora, LBI or the SIPA Trustee, the

Debtors, and their respective estates.

6.      Each person who executes this Stipulation and Agreed Order on behalf of a Party

hereto represents that he or she is duly authorized to execute this Stipulation and Agreed Order

on behalf of such Party.

7.      This Stipulation and Agreed Order may be executed with counterparty signature

pages in multiple counterparts, each of which shall be deemed an original but all of which

together shall constitute one and the same instrument.  The Parties agree that this Stipulation and

Agreed Order may be executed via facsimile or e-mail transmission and that this Stipulation and

Agreed Order executed in such manner shall have full legal force.

8.      This Stipulation and Agreed Order can only be amended or otherwise modified by

a signed writing executed by the Parties.

9.     This Stipulation and Agreed Order shall be interpreted, construed and enforced

exclusively in accordance with the laws of the State of New York, except to the extent that the

Bankruptcy Code or SIPA applies.

10.     The Court shall retain jurisdiction to resolve any disputes or controversies arising

from or related to this Stipulation and Agreed Order.

**AGREED TO:**

Dated: February 23, 2010
      New York, New York

/s/ Lori R. Fife_____
Lori R. Fife, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

*Attorneys for the Debtors and
Debtors in Possession*


/s/ Jeffrey S. Margolin_____
James B. Kobak, Jr., Esq.
Jeffrey S. Margolin, Esq.
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

*Attorneys for James W. Giddens, Trustee
for SIPA Liquidation of Lehman
Brothers Inc.*


/s/ Lisa M. Schweitzer_____
Lindsee P. Granfield, Esq.
Lisa M. Schweitzer, Esq.
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

*Attorneys for Barclays Capital, Inc.*


/s/ Michael J. Riela_____
Michael J. Riela, Esq.
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

*Attorneys for Aurora Bank FSB and
Aurora Loan Services, LLC*


**SO ORDERED:**
Dated: March __, 2010
      New York, New York

_____
**UNITED STATES BANKRUPTCY JUDGE**

**Exhibit A**
**(Schedule of Unrelated Contracts)**

| Counterparty | Title of Agreement (Contract ID) | Description[1] | Counterparty Address | Lehman/Aurora Entity[2] |
|---|---|---|---|---|
| Allo Communications | Facilities Services Agreement, executed by all parties as of Sept. 18, 2005.  (ID: CON-11667) | Terms of Service for the Service & Equipment Agreement dated Sept. 12, 2005. | Allo Communications LLC Attn: Customer Contracts PO Box 1123 Imperial, NE 69033 | ALSI |
| Allo Communications | Service & Equipment Agreement, dated March 26, 2007.  (ID: CON-20661) | Terms and conditions for the provision of certain telecommunications services and/or equipment by Allo: OC3c Circuit Littleton to Scottsbluff. | Allo Communications LLC Attn: Customer Contracts PO Box 1123 Imperial, NE 69033 | LBHI |
| Allo Communications | Service & Equipment Agreement, dated Match 26, 2007.  (ID: CON-20662) | Terms and conditions for the provision of certain telecommunications services and/or equipment by Allo: Metro Ethernet. | Allo Communications LLC Attn: Customer Contracts PO Box 1123 Imperial, NE 69033 | LBHI |

---

[1]     This description is provided for informational purposes only.  To the extent there is any inconsistency between this description and the agreement, the agreement governs.  The inclusion of an agreement in this Exhibit is without prejudice to a determination of whether such agreement is an executory contract.

[2]     ALSI – Aurora Loan Services, Inc.
ALS – Aurora Loan Services, LLC
LBHI – Lehman Brothers Holdings Inc.
LBI – Lehman Brothers Inc.
LBB – Lehman Brothers Bank
LBB, FSB – Lehman Brothers Bank, FSB (n/k/a Aurora Bank FSB)
LBSBF – Lehman Brothers Small Business Finance

| Allo Communications | Service & Equipment Agreement, dated March 26, 2007.  (ID: CON-20677) | Terms and conditions for the provision of certain telecommunications services and/or equipment by Allo: OC3c Microwave circuit Littleton to Scottsbluff. | Allo Communications LLC Attn: Customer Contracts PO Box 1123 Imperial, NE 69033 | LBHI |
|---|---|---|---|---|
| AT&T Corporation | AT&T Business DSL Internet Service Pricing Schedule, executed by all parties as of Dec. 15, 2004. (ID: CON-11214) | Pricing Schedule. | AT&T Corp. 55 Corporate Drive Bridgewater, NJ 08807 | ALS |
| eLynx, Ltd. | Letter Agreement from eLynx, Ltd. dated Dec. 28, 2004.  (ID: CON-004394-LEHNY-2004) | Notice of Merger Agreement with an affiliate of American Capital Strategies, Ltd., pursuant to Web Posting Service Agreement. | eLynx, Ltd. Two Crowne Point Court Suite 370 Cincinnati, OH 45241 | LBB, FSB |
| eLynx, Ltd. | Statement of Work, executed by all parties as of June 9, 2005.  (ID: CON-11532) | Statement of Work No. 3 for service locations BNC Mortgage, Inc. and Finance America. | eLynx, Ltd. Two Crowne Point Court Suite 370 Cincinnati, OH 45241 | LBI |
| eLynx, Ltd. | Addendum to Vendor Agreement, dated as of Jan. 1, 2005.  (ID: CON 004236-LEHNY-2005) | Amending Attachment A of Statement of Work No. 2, Section 2 "Customization". | eLynx, Ltd. Two Crowne Point Court Suite 370 Cincinnati, OH 45241 | LBI |
| eLynx, Ltd. | Web Posting Service Agreement, made as of April 29, 2004.  (ID: CON 004394-LEHNY-2004) | Agreement to provide eLynx Services and Implementation Service, and License Grant. | eLynx, Ltd. Two Crowne Point Court Suite 370 Cincinnati, OH 45241 | LBI |
| eLynx, Ltd. | Statement of Work Disclosure Conversion, dated May 6, 2006.  (ID: CON 15563, CON-15351, CON-14071 [duplicate]) | Statement of Work No. 5; Addendum to the Web Posting Service Agreement dated April 29, 2004. | eLynx, Ltd. Two Crowne Point Court Suite 370 Cincinnati, OH 45241 | LBI |

| eLynx, Ltd. | Letter Agreement dated April 29, 2005 re: Agreement for Service dated April 29, 2004. (ID: CON-11317) | Notice that Lehman Brothers is exercising its right to terminate only SOW line items ("Reviewer") and ("uSign"). | eLynx, Ltd. Two Crowne Point Court Suite 370 Cincinnati, OH 45241 | LBI |
|---|---|---|---|---|
| eLynx, Ltd. | Statement of Work: Lehman SBF eCombiner Service, dated Oct. 19, 2007. (ID: CON-23292) | Statement of Work No. 082307.002 for Lehman Bros. Small Business Finance. | eLynx, Ltd. Two Crowne Point Court Suite 370 Cincinnati, OH 45241 | LBSBF |
| Fidelity Information Services | MaxMilion Director Scripting Services Statement of Work, dated July 27, 2005. (ID: CON-04838-LEHNY-2004) | Estimated scope and effort for Fidelity to provide "What's New" overview. | Fidelity Information Services, Inc. Atten: General Counsel 601 Riverside Ave. Jacksonville, FL 32204 | ALS |
| Fidelity National Field Services, Inc. | Master Property Services Agreement, entered into as of Aug. 16, 2005. (ID: CON 004984-LEHNY-2004) | Agreement providing for property-related services, including maintenance, inspections and preservation. | Fidelity National Field Services, Inc. Attention: President 30825 Aurora Rd. Suite 140 Solon, OH 44139 | ALSI |
| Fidelity National Field Services, Inc. | Field Service Agreement, entered into as of May 22, 2003. (ID: CON-11918) | Agreement to provide inspection services. | Fidelity National Field Services, Inc. Attention: President 30825 Aurora Rd. Suite 140 Solon, OH 44139 | ALSI |
| Fidelity Information Services, Inc. | Modification 03 to Mortgage Master Services Agreement No. 364-05M, effective as of Feb. 28, 2005. (ID: CON-25343) | Modification for provision of Fidelity's MAGNIFIDE Web Services. | Fidelity Information Services, Inc. Atten: General Counsel 601 Riverside Ave. Jacksonville, FL 32204 | LBB, FSB |
| Fidelity Information Services, Inc. | Mortgage Master Services Agreement No. 364-05M, dated Feb. 28, 2005. (ID: CON-005082- | Agreement whereby Fidelity will provide certain services, software or hardware, and | Fidelity Information Services, Inc. Atten: General Counsel 601 Riverside Ave. | LBB, FSB |

|  | LEHNY-2004) | terminating previous agreements between the parties. | Jacksonville, FL 32204 |  |
|---|---|---|---|---|
| Fidelity Information Services, Inc. | CPI Televoice System Agreement Terms and Conditions, effective as of July 31, 2004.  (ID: CON-12625) | Agreement for purchase and sale of hardware units comprising the CPI Televoice System. | Fidelity Information Services, Inc. Atten: General Counsel 601 Riverside Ave. Jacksonville, FL 32204 | ALSI |
| Fidelity Information Services, Inc. | Consulting Engagement MSP Bulk Data Extract Project Master SOW, dated Nov. 4, 2005.  (ID: CON-12522) | Agreement for Fidelity to provide Information Management Consulting to assist with Bulk Data Extract. | Fidelity Information Services, Inc. Atten: General Counsel 601 Riverside Ave. Jacksonville, FL 32204 | ALSI |
| Fidelity Information Services, Inc. | Beta Test Agreement for MSP REO Extract File for U.S. Real Estate Optional Enhancement AD943, dated Nov. 9, 2006.  (ID: CON-14634) | Agreement for Fidelity to make available the Evaluation Code on an "AS IS" basis, and LBB will evaluate and test the Evaluation Code. | Fidelity Information Services, Inc. Atten: General Counsel 601 Riverside Ave. Jacksonville, FL 32204 | LBB, FSB |
| Fidelity Information Services, Inc. | Statement of Work New Client Conversion – Remote 1 Trial, 2 Phases, PSR #159AC, dated Jan. 3, 2008.  (ID: CON-27642) | Statement of Work pursuant to Master Services Agreement No. 364-05M for SBF New Client Implementation project. | Fidelity Information Services, Inc. Atten: General Counsel 601 Riverside Ave. Jacksonville, FL 32204 | LBSBF |
| Fidelity Information Services, Inc. | Letter Agreement, dated Aug. 11, 2004, and Master Agreement for Hardware Purchase Microcomputer Systems Order Schedule 1, effective as of July 31m 2004. (ID: CON 004844-LEHNY-2004, CON-004845-LEHNY-2004 [duplicate]) | Agreement for purchase and sale of CPI Televoice Hostlink NT hardware. | Fidelity Information Services, Inc. Atten: General Counsel 601 Riverside Ave. Jacksonville, FL 32204 | ALSI |
| Fidelity Information Services, Inc. | Modification 06 to Electronic Data Processing Services Agreement, effective as of April 1, 2004.  (ID: CON-12661) | Including Additional Pricing Considerations in Electronic Data Processing Services | Fidelity Information Services, Inc. Atten: General Counsel 601 Riverside Ave. Jacksonville, FL 32204 | ALSI |

| | | Agreement #364-98PA. | | |
|---|---|---|---|---|
| ALLTEL Information Services, Inc. | Modification 05 to Electronic Data Processing Services Agreement and Addendum I – (G), effective as of March 1, 2002.  (ID: CON-12661) | Modifying Paragraph 2.2 of Electronic Date Processing Services Agreement #364-98PA and deleting Addendum I – (S). | ALLTEL Information Services 601 Riverside Ave. Jacksonville, FL 32231 | ALSI |
| ALLTELL Information Services, Inc. | Modification 04 to Electronic Data Processing Services Agreement, effective as of Jan. 14, 2002.  (ID: CON-12661) | Incorporating Addendum IX – ALLTEL MaxMilion Services into Electronic Date Processing Services Agreement #364-98PA. | ALLTEL Information Services 601 Riverside Ave. Jacksonville, FL 32231 | ALSI |
| ALLTELL Information Services, Inc. | Addendum II, effective as of Jan. 1, 2002.  (ID: CON-12661) | ALLTEL Optional Processing and Support Services Billing Rates | ALLTEL Information Services 601 Riverside Ave. Jacksonville, FL 32231 | ALSI |
| ALLTELL Information Services, Inc. | Statement of Work for MaxMilion Payments Implementation, dated March 10, 2001.  (ID: CON-12661) | Statement of Work. | ALLTEL Information Services 601 Riverside Ave. Jacksonville, FL 32231 | ALSI |
| ALLTELL Information Services, Inc. | Electronic Data Processing Services Agreement No. 364-98PA, entered into as of Dec. 1, 1998.  (ID: CON-12661) | Master Agreement. | ALLTEL Information Services 601 Riverside Ave. Jacksonville, FL 32231 | ALSI |
| ALLTELL Information Services, Inc. | Addendum I – (S) to Agreement No. 364-98PA – Silver Plan, original term Dec. 1, 1998 – Feb. 28, 2002.  (ID: CON-12661) | CPI Mortgage Servicing Package with On-Line Services. | ALLTEL Information Services 601 Riverside Ave. Jacksonville, FL 32231 | ALSI |
| ALLTELL Information Services, Inc. | Addendum II to Agreement No. 364-98PA, effective as of Jan. 1, 1999.  (ID: CON-12661) | Optional processing and support services billing rates. | ALLTEL Information Services 601 Riverside Ave. Jacksonville, FL 32231 | ALSI |
| ALLTELL Information Services, Inc. | Addendum V to Agreement No. 364-98PA, dated Feb. 2, 1999. (ID: CON-12661) | Granting license to CPI Passport™. | ALLTEL Information Services 601 Riverside Ave. Jacksonville, FL 32231 | ALSI |

| Fidelity National Information Services, Inc. | Letter Agreement and revised Optional Processing and Support Services Billing Rates document, dated Nov. 7, 2007. (ID: CON-25316) | Revised document correcting an error in a footnote, which stated a refresh was included as part of the per loan fees. | Fidelity Information Services, Inc. Atten: General Counsel 601 Riverside Ave. Jacksonville, FL 32204 | LBB, FSB |
|---|---|---|---|---|
| Eastern Software Corporation d/b/a Fidelity Empower | Software License and Support Agreement, accepted as of April 28, 2005. (ID: CON-11561) | EMPOWER Software License. | Eastern Software Corp. d/b/a Fidelity Empower Atten: President 50 S. Water Avenue Sharon, PA 16146  Copy to: Atten: Empower Division Counsel 601 Riverside Avenue, T-2 Jacksonville, FL 32204 | LBB, FSB |
| Fidelity Information Services, Inc. | Aurora/Fidelity Client Authorization Letter, dated Sept. 24, 2004. (ID: CON-005081-LEHNY-2004) | Authorization for Fidelity to provide access to loan data, processed and stored under Fidelity client #364 to Balboa Life and Casualty. | Fidelity Information Services, Inc. Atten: General Counsel 601 Riverside Ave. Jacksonville, FL 32204 | ALSI |
| Fidelity Information Services, Inc. | Addendum V Portal Passport to Electronic Data Processing Services Agreement 364-98PA. (ID: CON-12658) | Agreement for the provision of Portal Passport to Aurora Loan Services, Inc. | Fidelity Information Services, Inc. Atten: General Counsel 601 Riverside Ave. Jacksonville, FL 32204 | ALSI |
| Fidelity National Information Services, Inc. | Termination Notification for Client #364 MaxMilion Payments, dated Dec. 13, 2007. (ID: CON-26367) | Confirming LBB and ALSI's intention to cease use of Fidelity's MaxMilion Payments produce as of Nov. 30, 2007. | Fidelity Information Services, Inc. Atten: General Counsel 601 Riverside Ave. Jacksonville, FL 32204 | ALSI |
| FIS Foreclosure Solutions, Inc. | Master Consulting Services Agreement, effective as of Dec. 18, 2007. (ID: CON-26458) | Agreement for FIS Foreclosure Solutions, Inc. to provide deliverables and perform services described in | FIS Foreclosure Solutions, Inc. 601 Riverside Ave. Jacksonville, FL 32204 | LBB, FSB |

| | | Transaction Schedules. | | |
|---|---|---|---|---|
| Fidelity Information Services, Inc. | Consulting Engagement, Inception Phase for the MSP Bulk Data Extract Project, dated Nov. 4, 2005.  (ID: CON-13519) | Statement of Work focusing on the activities and deliverables limited to the Inception Phase of the MSP Bulk Data Extracts. | Fidelity Information Services, Inc. Atten: General Counsel 601 Riverside Ave. Jacksonville, FL 32204 | ALSI |
| Fidelity National Loan Portfolio Solutions | Service Agreement, dated Dec. 31, 2002.  (ID: CON-11919) | Outline of the client/vendor relationship between ALSI and Fidelity National Loan Portfolio Solutions, and replacement for Service Agreement dated Nov. 1, 2002. | Michelle Barney, VP Fidelity National Loan Portfolio Solutions 15661 Red Hill Ave. Suite 200 Tustin, CA 92780 | ALSI |
| Fidelity Outsourcing Services | Sixth Amendment to Processing Services Agreement, effective as of Jan. 9, 2008.  (ID: CON-28852) | Renewal and Amendment of e-PROFILE Processing Services Agreement dated May of 200 (e-PROFILE now known as Fidelity Outsourcing Services, Inc.) | | LBB, FSB |
| First American CoreLogic, Inc. d/b/a First American Real Estate Solutions | General Terms and Conditions: Products and Services, effective as of June 1, 2006.  (ID: CON-21247) | Master Agreement. | First American Real Estate Attn: General Counsel 4 First American Way Santa Ana, CA 92707 | LBHI |
| First American CoreLogic, Inc. d/b/a First American Real Estate Solutions | Application Service Provider Transaction Schedule, effective as of June 1, 2006.  (ID: CON-21651) | Transaction Schedule for license of ValuePoint4, PASS, PowerBase6, VerosValue, Home Price Analyzer, and CASA. | First American Real Estate Attn: General Counsel 4 First American Way Santa Ana, CA 92707 | LBHI |
| First American CoreLogic, Inc. | Application Service Provider Transaction Schedule, effective as of June 1, 2007.  (ID: CON-22292) | Transaction Schedule for license of Home Price Index. | First American CoreLogic, Inc. Attn: General Counsel 4 First American Way | LBHI |

| | | | Santa Ana, CA 92707 | |
|---|---|---|---|---|
| First American CoreLogic, Inc. | Application Service Provider Transaction Schedule, effective as of June 1, 2006.  (ID: CON-22337) | Transaction Schedule for license of Document Images and Map Images from Data Tree, LLC | First American CoreLogic, Inc Attn: General Counsel 4 First American Way Santa Ana, CA 92707 | LBHI |
| First American CoreLogic, Inc. d/b/a First American Real Estate Solutions | Application Service Provider Transaction Schedule, effective as of Nov. 1, 2006.  (ID: CON-23205) | Transaction Schedule for License of LoanIQ | First American Real Estate Attn: General Counsel 4 First American Way Santa Ana, CA 92707 | LBHI |
| First American Commercial Real Estate Services, Inc. | Commercial Tax Services Agreement, effective as of Jan. 1, 2007.  (ID: CON-27282) | Agreement for tax monitoring service. | First American Real Estate Attn: General Counsel 4 First American Way Santa Ana, CA 92707 | LBB, FSB |
| Innovative Systems, Inc. | Amendment: Application Service Provider Agreement, entered into as of Sept. 22, 2005.  (ID: CON-12518) | Statement of Work/Amendment to Application Service Provider Agreement dated Aug. 30, 2005, amending the existing statement of work in the area of File Transfer. | Innovative Systems, Inc. 790 Holiday Dr. Pittsburgh, PA 15220 | LBB, FSB |
| Innovative Systems, Inc. | Service Processing Agreement, effective as of Nov. [ ], 2004.  (ID: CON-005202-LEHNY-2004) | Agreement for Innovative to process certain account records. | Innovative Systems, Inc. 790 Holiday Dr. Bldg. 11, 4th Floor Pittsburgh, PA 15220 | LBB, FSB |
| Innovative Systems, Inc. | Statement of Work, dated March 29, 2007.  (ID: CON-11608) | Requirements for LightLink 5.5 implementation at Aurora Loan Services in Littleton and Scottsbluff. | Innovative Systems, Inc. 790 Holiday Dr. Pittsburgh, PA 15220 | ALSI |
| Innovative Systems, Inc. | Application Service Provider Agreement, effective as of Aug. 30, 2005.  (ID: CON-11813) | Providing Applications and granting a global, perpetual royalty-free license to the | Innovative Systems, Inc. 790 Holiday Dr. Pittsburgh, PA 15220 | LBB, FSB |

| | | Applications. | | |
|---|---|---|---|---|
| Lewtan Technologies, Inc. | General Terms and Conditions: IT Products and Services, effective as of June 15, 2006.  (ID: CON-13321) | Master Agreement for purchase, license or lease of equipment, software, and/or services. | Lewtan Technologies, Inc. 300 Fifth Avenue Waltham, MA 02451 | LBB, FSB |
| Lewtan Technologies, Inc. | Product License Supplement, effective as of June 15, 2006.  (ID: CON-13771) | Additional terms and conditions applicable to software products licensed to LBB, FSB. | Lewtan Technologies, Inc. 300 Fifth Avenue Waltham, MA 02451 | LBB, FSB |
| Lewtan Technologies, Inc. | Professional Services Supplement, effective as of June 15, 2006.  (ID: CON-13772). | Additional terms and conditions applicable to services performed by Lewtan. | Lewtan Technologies, Inc. 300 Fifth Avenue Waltham, MA 02451 | LBB, FSB |
| Lewtan Technologies, Inc. | Professional Services Transaction Schedule, effective as of June 15, 2006.  (ID: CON-15316) | Transaction Schedule: identifies services and deliverables being provided. | Lewtan Technologies, Inc. 300 Fifth Avenue Waltham, MA 02451 | ALS |
| MortgageFlex Systems, Inc. | Master Corporate Software Agreement, executed by all parties as of May 6, 2002.  (ID: CON-19776) | Master Agreement. | MortgageFlex Systems, Inc. Attn: Bill Dahlenburg 10151 Deerwood Park Blvd Building 400, Suite 350 Jacksonville, FL 32256 | ALSI |
| MortgageFlex Systems, Inc. | Notice regarding Software Licenses for LoanQuest Production and LoanQuest Registration, dated June 28, 2006.  (ID: CON-14341) | Letter of Notice Terminating the Option Agreement for LoanQuest Registration Software dated May 6, 2002. | MortgageFlex Systems, Inc. Attn: Bill Dahlenburg 10151 Deerwood Park Blvd Building 400, Suite 350 Jacksonville, FL 32256 | ALS |
| NCR Corporation | Maintenance Order Form, dated March 20, 2007.  (ID: CON-24571) | Order Form for iTRAN and WiseIP. | NCR Corporation 1700 S. Patterson Blvd. Dayton, OH 45479 | ALSI |
| NCR Corporation | Non-Disclosure Agreement, made as of March 9, 2007.  (ID: CON- | Confidentiality Agreement. | NCR Corporation 1700 S. Patterson Blvd. | LBHI |

| | 004024-LEHNY-2005) | | Dayton, OH 45479 | |
|---|---|---|---|---|
| NCR Corporation | Order Form, dated March 22, 2007.  (ID: CON-24569) | Invoice of order for various products and Terms and Conditions. | NCR Corporation 1700 S. Patterson Blvd. Dayton, OH 45479 | ALS |
| NCR Corporation | Maintenance Invoice, dated July 3, 2008.  (ID: CON-30422) | Maintenance Invoice of 2008-2009 software support for WiseIP. | NCR Corporation 1700 S. Patterson Blvd. Dayton, OH 45479 | ALS |
| NCR Corporation | Maintenance Order Form, dated March 20, 2007.  (ID: CON-24570) | Order form for Controller PC/Coverage. | NCR Corporation 1700 S. Patterson Blvd. Dayton, OH 45479 | ALS |
| NewGeneration Software, Inc. | Original Invoice No. 38304, dated Jan. 11, 2008.  (ID: CON-28353) | Invoice for Interactive Query Maintenance beginning March 12, 2008. | NewGeneration Software, Inc. 3835 N. Freeway Blvd. Suite 200 Sacramento, CA 95834 | ALS |
| New Vista Group LLC | Master Agreement for Consulting Services, effective as of Aug. 29, 2005.  (ID: CON-11763) | Master Agreement. | New Vista Group LLC 101 N. Wacker Dr. Suite 615 Chicago, IL 60606 | LBB, FSB |
| New Vista Group LLC | Attachment A to Schedule: New Vista Group Statement of Work, executed by all parties as of Aug. 26, 2005. (ID: CON-11818, CON-13649 [duplicate]) | Statement of Work regarding the Imaging Platform Project. | New Vista Group LLC 101 N. Wacker Dr. Suite 615 Chicago, IL 60606 | LBI |
| OPEX Corporation | General Terms and Conditions: IT Products and Services, effective as of June 29, 2007.  (ID: CON-22112) | Master Agreement. | OPEX Corporation 305 Commerce Dr. Moorestown, NJ 08057 | LBB, FSB |
| OPEX Corporation | Product Purchase Supplement, effective as of June 29, 2007.  (ID: CON-22113) | Additional terms and conditions applicable to products purchased. | OPEX Corporation 305 Commerce Dr. Moorestown, NJ 08057 | LBB, FSB |

| OPEX Corporation | Product Maintenance Supplement. (ID: CON-22114). | Additional terms and conditions applicable to the performance of maintenance services. | OPEX Corporation 305 Commerce Dr. Moorestown, NJ 08057 | LBB, FSB |
| --- | --- | --- | --- | --- |
| OPEX Corporation | Product Purchase Transaction Schedule, dated June 29, 2007. (ID: CON-24622) | Transaction Schedule for purchase of AS3690i and Model 51. | OPEX Corporation 305 Commerce Dr. Moorestown, NJ 08057 | LBB, FSB |
| OPEX Corporation | Product Maintenance Transaction Schedule, dated June 29, 2007. (ID: CON-24623) | Transaction Schedule for maintenance of AS3690i and Model 51. | OPEX Corporation 305 Commerce Dr. Moorestown, NJ 08057 | LBB, FSB |
| OPEX Corporation | Non-Disclosure Agreement, made as of Feb. 26, 2007. (ID: CON-20207) | Confidentiality Agreement, | OPEX Corporation 305 Commerce Dr. Moorestown, NJ 08057 | LBHI |
| PCi Services, Inc. | Add-On Order Form, dated April 15, 2004. (ID: CON-00530-LEHNY-2004) | Order Form for Wiz Premier Package software product license. | PCi Services, Inc. 30 Winter St., 12th Floor Boston, MA 02108 | LBB, FSB |
| PCi Services, Inc. | Initial Order Form, dated July 15, 2005. (ID: CON-21076) | Order Form for CRA Wiz software license, effective Aug. 5 2005 – 2006. | PCi Services, Inc. 30 Winter St., 12th Floor Boston, MA 02108 | LBB, FSB |
| PCi Services, Inc. | Initial Order Form, dated Oct. 9, 2007. (ID: CON-24013) | Order Form for Qiz Premier Package and Base CRA Wiz 6.x (Renewal) software license, effective Oct. 18 2007 – 2010. | PCi Services, Inc. 30 Winter St., 12th Floor Boston, MA 02108 | LBB, FSB |
| PCi Services, Inc. | PCi License Agreement, dated as of Oct. 19, 1999. (ID: CON-25980) | Agreement to subsribe to products and services, with accompanying data. | PCi Services, Inc. 30 Winter St., 12th Floor Boston, MA 02108 | LBB, FSB |

| PCi Services, Inc. | Addendum to PCi License Agreement, dated as of Oct. 19, 1999.  (ID: CON-25982) | Amending and supplementing the License Agreement. | PCi Services, Inc. 30 Winter St., 12th Floor Boston, MA 02108 | LBB, FSB |
|---|---|---|---|---|
| PCi Services, Inc. | PCi License Agreement, effective as of Nov. 12, 2001.  (ID: CON-12604) | Agreement to subscribe to products and services, with accompanying data, from PCi Services, Inc. | PCi Services, Inc. 30 Winter St., 12th Floor Boston, MA 02108 | SIB Mortgage |
| PCi Services, Inc. | Master Software License Agreement.  (ID: CON-21077) | Master Agreement. | PCi Services, Inc. 30 Winter St., 12th Floor Boston, MA 02108 | LBB, FSB |
| PCi Services, Inc. | Invoice, dated March 4, 2004.  (ID: CON-004413-LEHNY-2004) | Invoice for order of RATA Geocoding. | PCi Services, Inc. 30 Winter St., 12th Floor Boston, MA 02108 | LBB, FSB |
| Professional Computer Services, LLP | General Terms and Conditions: IT Products and Services, effective as of Jan. 15, 2008.  (ID: CON-27456) | Master Agreement. | Professional Computer Services, LLP 112 3rd Street West Dickinson, ND 58601 | LBB, FSB |
| Professional Computer Services, LLP | Form of Product Maintenance Transaction Schedule.  (ID: CON-27457) | Identifying specific hardware and equipment maintenance services to be provided beginning Jan. 15, 2008. | Professional Computer Services, LLP 27 22nd Street East Dickinson, ND 58601 | LBB, FSB |
| Sourcecorp BPS | Statement of Work No. SOW-2006-US-1001, made as of Dec. 1, 2005.  (ID: CON-001001-LEHNY-2006) | Statement of Work setting forth additional terms and conditions applicable to Services performed. | Sourcecorp BPS 20500 Belshaw Ave. Carson, CA 90746 | LBB, FSB |
| SourceCorp Statement Solutions | Terms and Conditions, dated Dec. 30, 2004.  (ID: CON-004027-LEHNY-2005) | Terms and Conditions for printing and mailing Initial Disclsoures. | SourceCorp Statement Solutions 4434 112th Street Des Moine, IA 50322 | Finance America, LLC |

| Sourcecorp BPS | Amendment No. 1 to the Master Agreement for Technology Consulting Services: #004502-LEHNY-2005, dated as of Oct. 20, 2006. (ID: CON-21431) | Amending "Section 10: 'Confidential Information'" of the Master Agreement. | Sourcecorp BPS 20500 Belshaw Ave. Carson, CA 90746 | LBI |
|---|---|---|---|---|
| Sourcecorp BPS | Amendment No. 1 to Statement of Work No: SOW-2006-US-1001 of the Master Agreement for Technology Consulting Services, dated as of Oct. 20, 2006. (ID: CON-21432) | Amending provisions of the SOW No. SOW-2006-US-1001. | Sourcecorp BPS 20500 Belshaw Ave. Carson, CA 90746 | LBI |
| Sourcecorp BPS | Statement of Work # 3. (ID: CON-29437) | Replacing all previous Statements of Work and setting forth the terms and conditions applicable to FASTRIEVE Storage and Access Services. | Sourcecorp BPS 20500 Belshaw Ave. Carson, CA 90746 | LBB, FSB |
| SourceCorp BPS | Master Agreement for Technology Consulting Services, effective as of Oct. 31, 2005. (ID: CON-004502-LEHNY-2005) | Master Agreement. | Sourcecorp BPS 20500 Belshaw Ave. Carson, CA 90746 | LBB, FSB |
| SourceCorp Statement Solutions | Professional Services Transaction Schedule. (ID: CON-22430) | Identifying the Services and Deliverables being provided | SourceCorp Statement Solutions 4434 112th Street Des Moines, IA 50322 | LBB, FSB |
| SourceCorp BPS | Statement of Work No. 2: Imaging Services, effective as of Oct. 10, 2007. (ID: CON-24265) | Statement of Work setting forth additional terms and conditions applicable to Services. | Sourcecorp BPS 20500 Belshaw Ave. Carson, CA 90746 | LBB, FSB |
| SourceCorp Statement Solutions | General Terms and Conditions: Products and Services, executed by all parties as of Nov. 29, 2005. (ID: CON-12521) | Replacing that agreement between Finance America, LLC and SourceCorp Statement Solutions dated as of Dec. 30, 2004 in connection with printing and mailing of certain | SourceCorp Statement Solutions 4434 112th Street Des Moines, IA 50322 | LBB, FSB |

| | | disclosures. | | |
|---|---|---|---|---|
| SourceCorp Statement Solutions | Professional Services Supplement, executed by all parties as of Nov. 29, 2005.  (ID: CON-12521) | Setting forth additional terms and conditions applicable to Services performed. | SourceCorp Statement Solutions 4434 112th Street Des Moines, IA 50322 | LBB, FSB (executed by BNC Mortgage) |
| SourceCorp BPS | Imaging Services Transaction Schedule No. 1: Loss Management, effective as of Oct. 10, 2007.  (ID: CON-24266) | Identifying the Loss Management Services and Deliverables being provided. | Sourcecorp BPS 20500 Belshaw Ave. Carson, CA 90746 | LBB, FSB |
| SourceCorp BPS | Imaging Services Transaction Schedule No. 2: Legal Department, effective as of Oct. 10, 2007.  (ID: CON-24269) | Identifying the Legal Department Services and Deliverables being provided. | Sourcecorp BPS 20500 Belshaw Ave. Carson, CA 90746 | ALS |
| SourceCorp Statement Solutions | Non-Disclosure Agreement, made as of Sept. 26, 2005.  (ID: CON-12529) | Confidentiality Agreement. | SourceCorp Statement Solutions 4434 112th Street Des Moines, IA 50322 | LBHI |
| Southwestern Bell | Confirmation of Service Orders, dated Sept. 30, 2003, Jan. 30, 2003, and Sept. 16, 2003.  (ID: CON-12609) | Confirmation of the SBC Primary Rate ISON service. | | ALSI |
| Sprint Communications Company L.P. | Sprint Frame Relay Global Enrollment, expiring Sept. 30, 2002.  (ID: CON-005652A) | Enrollment for Sprint Frame Relay (Domestic and/or International), Sprint IP Intelligent Frame Relay. | Sprint Communications Company L.P. 6391 Sprint Parkway Overland Park, KS 66251 | SIB Mortgage Company |
| Sprint Communications Company L.P. | Customer Service Agreement, dated June 30, 2002. (ID: CON-11929, CON-12636 [duplicate]) | Extending contracted rates of all Sprint services through the end of August 2004. | Sprint Communications Company L.P. 6391 Sprint Parkway Overland Park, KS 66251 | ALSI |
| Sterling Commerce, Inc. | Software Order Form and License Agreement for CONNECT:Direct, executed as of March 6, 1998. | Order Form for CONNECT:Direct for Windows NT-Workstation | | ALS |

| | (ID: CON-11827, CON-12641 [duplicate]) | License. | | |
|---|---|---|---|---|
| TMP Worldwide | Quote and Agreement for SmartFind Resume Search – Flex Licenses, dated March 8, 2005. (ID: CON-004307-LEHNY-2005) | Quote and Agreement. | | ALS |
| TnT Partners LLC | Master Agreement for Technology Consulting Services, executed by all parties as of Sept. 14, 2004. (ID: CON-006384A) | Master Agreement. | TnT Partners LLC Atten: Michael Bodetti 13 Berkshire Road Sandy Hook, CT 06482

Copy to: TnT Partners LLC Atten: John Dunleavy 13 Berkshire Road Newton, CT 06482 | LBB, FSB |
| Uniform Information Services, Inc. | License Agreement, executed by all parties as of Sept. 26, 2003. (ID: CON-12557) | License Agreement for a CompliSource for First Mortgage & Home Equity Lending product. | Uniform Information Services, Inc. 42 Nagog Park Acton, MA 01720 | SIB Mortgage Corp. |
| Verizon | Application for Term Service, effective as of May 19, 2005. (ID: CON-11364) | Application telephone service for a 24-month service period. | | LBI |
| Verizon | Letter of Authorization and Applications for Service, dated July 8 and 9, 2002. (ID: CON-005654A) | Authorization for Verizon to access Ivy Mortgage's account information. | | Ivy Mortgage |
| Wolters Kluwer Financial Services, Inc. | General Terms and Conditions: IT Products and Services, effective as of June 6, 2008. (ID: CON-29333) | Master Agreement. | Wolters Kluwer Financial Services, Inc. Attn: Corporate Counsel 6815 Saukview Drive Saint Claud, MN 56303 | LBB, FSB |
| Wolters Kluwer Financial | Application Service Provider Supplement, effective as of June 6, | Setting forth additional terms and conditions applicable | Wolters Kluwer Financial Services, Inc. | LBB, FSB |

| Services, Inc. | 2008. (ID: CON-29334) | licensing of ASP Products. | Attn: Corporate Counsel 6815 Saukview Drive Saint Claud, MN 56303 | |
|---|---|---|---|---|
| Wolters Kluwer Financial Services, Inc. | Professional Services Transaction Schedule, effective as of June 6, 2008. (ID: CON-29628) | Transaction Schedule for identifying any product level feature gaps in the Expere IE base product and integration of the Expere platform with the dorado ELS product. | Wolters Kluwer Financial Services, Inc. Attn: Corporate Counsel 6815 Saukview Drive Saint Claud, MN 56303 | LBB, FSB |
| Wolters Kluwer Financial Services, Inc. | Professional Services Transaction Schedule, effective as of June 6, 2008. (ID: CON-30217) | Transaction Schedule for identifying any detailed content or document level gaps in the Expere IE base product. | Wolters Kluwer Financial Services, Inc. Attn: Corporate Counsel 6815 Saukview Drive Saint Claud, MN 56303 | LBB, FSB |
| Wolters Kluwer Financial Services, Inc. | Application Service Provider Transaction Schedule, effective as of June 6, 2008. (ID: CON-30232) | Transaction Schedule for licensing of ASP System – StateLink, order date July 17, 2008. | Wolters Kluwer Financial Services, Inc. Attn: Corporate Counsel 6815 Saukview Drive Saint Claud, MN 56303 | LBB, FSB |
| Wolters Kluwer | Application Service Provider Transaction Schedule, effective as of June 6, 2008. (ID: CON-30285) | Transaction Schedule for licensing of ASP System, order date Aug. 6, 2008. | Wolters Kluwer Financial Services, Inc. Attn: Corporate Counsel 6815 Saukview Drive Saint Claud, MN 56303 | LBB, FSB |
| Wolters Kluwer Financial Services, Inc. | Application Service Provider Transaction Schedule, effective as of June 6, 2008. (ID: CON-30286) | Transaction Schedule for licensing of Wiz Sentinel, order date Aug. 25, 2008. | Wolters Kluwer Financial Services, Inc. Attn: Corporate Counsel 6815 Saukview Drive Saint Claud, MN 56303 | LBB, FSB |
| Wolters Kluwer Financial Services, Inc. | Product License Supplement, effective as of June 6, 2008. (ID: CON-24435) | Setting forth additional terms and conditions applicable to licensed products. | Wolters Kluwer Financial Services, Inc. Attn: Corporate Counsel 6815 Saukview Drive Saint Claud, MN 56303 | LBB, FSB |

| Wolters Kluwer Financial Services, Inc. | Professional Services Supplement, effective as of June 6, 2008. (ID: CON-29128) | Setting forth additional terms and conditions applicable to services provided. | Wolters Kluwer Financial Services, Inc. Attn: Corporate Counsel 6815 Saukview Drive Saint Claud, MN 56303 | LBB, FSB |
|---|---|---|---|---|
| Wolters Kluwer Financial Services, Inc. | Application Service Provider Transaction Schedule, effective as of June 6, 2008. (ID: CON-28404) | Transaction Schedule for licensing of ASP System – Desert Docs Services Platform, order date June 6, 2008. | Wolters Kluwer Financial Services, Inc. Attn: Corporate Counsel 6815 Saukview Drive Saint Claud, MN 56303 | LBB, FSB |
| Wolters Kluwer Financial Services, Inc. through its subsidiary PCi Services, Inc. | Application Service Provider Transaction Schedule, effective as of March 9, 2007. (ID: CON-24745) | Transaction Schedule for licensing of Fair Lending Wiz Web, order date Nov. 6, 2007. | PCi Services, Inc. 130 Turner Street Building 3, 4th Floor Waltham, MA 02453 | LBB, FSB |
| Wolters Kluwer Financial Services, Inc. | Product License Transaction Schedule, effective as of June 6, 2008. (ID: CON-29126) | Transaction Schedule for licensing of Expere Integrated Enterprise – Mortgage, order date July 17, 2008. | Wolters Kluwer Financial Services, Inc. Attn: Corporate Counsel 6815 Saukview Drive Saint Claud, MN 56303 | LBB, FSB |
| Wolters Kluwer Financial Services, Inc. | General Terms and Conditions: IT Products and Services, effective as of March 9, 2007. (ID: CON-20281) | Master Agreement. | Wolters Kluwer Financial Services, Inc. Attn: Corporate Counsel 6815 Saukview Drive Saint Claud, MN 56303 | LBHI |
| Wolters Kluwer Financial Services, Inc. | Application Service Provider Supplement, effective as of March 9, 2007. (ID: CON-20442) | Setting forth additional terms and conditions applicable to the license of ASP Products. | Wolters Kluwer Financial Services, Inc. Attn: Corporate Counsel 6815 Saukview Drive Saint Claud, MN 56303 | LBHI |
| Xpedite Systems, Inc. d/b/a Premiere Global Services | Statement of Work, entered into as of Oct. 4, 2005. (ID: CON-12644, CON-13516 [unexecuted | Statement of Work No. 2, supplementing Services Agreement (dated March 30, | Premiere Global Services, Inc. Attn: Legal Department 3399 Peachtree Road, NE | LBB, FSB |

17

| | duplicate]) | 2005) for provision of Intellisend Wizard™ tool. | Suite 700<br>Atlanta, GA 30326 | |
|---|---|---|---|---|
| Xpedite Systems, Inc. d/b/a Premiere Global Services | Amendment to Services Agreement, dated as of Oct. 4, 2005.  (ID: CON-12726) | Amendment to Services Agreement (dated March 30, 2005). | Premiere Global Services, Inc.<br>Attn: Legal Department<br>3399 Peachtree Road, NE<br>Suite 700<br>Atlanta, GA 30326 | LBI |
| Xpedite Systems, Inc. d/b/a Premiere Global Services | Customer Rate & Policy Agreement, effective as of Sept. 30, 2005.  (ID: CON-12727) | Rate & Policy Agreement with Service and Rate Schedules for DocuManager, Campaign Management, and ePresentment and Payment. | Premiere Global Services, Inc.<br>Attn: Legal Department<br>3399 Peachtree Road, NE<br>Suite 700<br>Atlanta, GA 30326 | LBB, FSB |
| Premiere Global Services, Inc. | Services Agreement, dated as of March 30, 2005.  (ID: CON-004022-LEHNY-2005) | Master Agreement. | Premiere Global Services, Inc.<br>Attn: Legal Department<br>3399 Peachtree Road, NE<br>Suite 700<br>Atlanta, GA 30326 | LBI |