# EXHIBIT 1



**ROYAL BANK OF CANADA**
P.O. BOX 4047 TERMINAL A
TORONTO ON   M5W 1L5

# Business Account Statement

August 29, 2008 to September 30, 2008

LEHMAN BROTHERS HOLDINGS INC.
ATTN: SHARON NICHOLLS
GET NEW ADDRESS

| Account number: | 00002  273-275-8 |
|---|---|

**How to reach us:**
Please contact your RBC Banking representative or call
1-800-Royal®2-0
(1-800-769-2520)
www.rbcroyalbank.com/business

## Account Summary for this Period

**Business Current Account**

**Royal Bank of Canada**
200 BAY ST-MAIN FLR, TORONTO, ON   M5J 2J5

| | |
|---|---:|
| Opening balance on August 29, 2008 | $4,342,561.26 |
| Total deposits & credits (149) | + 2,091,509,247.63 |
| Total cheques & debits (285) | - 2,090,561,163.42 |
| **Closing balance on September 30, 2008** | **= $5,290,645.47** |

## Account Activity Details

| Date | Description | Cheques & Debits ($) | Deposits & Credits ($) | Balance ($) |
|---|---|---:|---:|---:|
| | Opening balance | | | 4,342,561.26 |
| 02 Sep | Funds transfer credit  TRANSFER | | 131.90 | |
| | Funds transfer credit  D00005440246 | | 6,229.18 | |
| | Funds transfer credit  AV0035003473589 | | 95,880.00 | |
| | Funds transfer credit  AV0035003473437 | | 167,320.00 | |
| | Funds transfer credit  REF FX | | 7,201,480.08 | |
| | Funds transfer credit  D00005448490 | | 11,600,000.00 | |
| | Funds transfer credit  D00005449594 | | 100,000,000.00 | |
| | Funds transfer credit  D00005449592 | | 100,000,000.00 | |
| | Funds transfer credit  D00005449578 | | 100,000,000.00 | |
| | Funds transfer credit  D00005449576 | | 100,000,000.00 | |
| | Funds transfer credit  D00005449573 | | 100,171,440.34 | 523,585,042.76 |
| | Funds transfer credit  D00005443155 | | 7,576.50 | |



# Business Account Statement



August 29, 2008 to September 30, 2008
Account number:     00002  273-275-8

## Account Activity Details - continued

| Date | Description | Cheques & Debits ($) | Deposits & Credits ($) | Balance ($) |
|---|---|---:|---:|---:|
| 02 Sep | Funds transfer credit  NONREF | | 50,000.00 | |
| | Funds transfer credit  REF FX | | 60,000.00 | |
| | Funds transfer credit  122099 1022128 | | 163,606.74 | |
| | Funds transfer credit  D00005439404 | | 390,351.73 | |
| | Funds transfer credit  T46364 | | 1,838,431.40 | |
| | Funds transfer credit  2000928983 | | 71,216,653.23 | |
| | Funds transfer  D00005423186 | 399.75 | | |
| | Funds transfer  D00005441094 | 645.34 | | |
| | Funds transfer  D00005187379 | 678.30 | | |
| | Funds transfer  D00005441095 | 704.41 | | |
| | Funds transfer  D00005441666 | 821.70 | | |
| | Funds transfer  D00005422813 | 847.88 | | |
| | Funds transfer  D00005187434 | 963.90 | | |
| | Funds transfer  D00005410336 | 1,019.88 | | |
| | Funds transfer  D00005187265 | 1,106.70 | | |
| | Funds transfer  D00005439521 | 1,190.00 | | |
| | Funds transfer  D00005390846 | 1,552.95 | | |
| | Funds transfer  D00005390849 | 2,052.75 | | |
| | Funds transfer  D00005439654 | 2,142.00 | | |
| | Funds transfer  D00005436095 | 2,238.39 | | |
| | Funds transfer  D00005443172 | 2,975.00 | | |
| | Funds transfer  D00005440792 | 3,108.88 | | |
| | Funds transfer  D00005422812 | 4,675.00 | | |
| | Funds transfer  D00005441667 | 4,778.45 | | |
| | Funds transfer  D00005443191 | 5,858.20 | | |
| | Funds transfer  D00005440246 | 6,254.18 | | |
| | Funds transfer  D00005390848 | 7,012.50 | | |
| | Funds transfer  D00005413955 | 7,788.04 | | |
| | Funds transfer  D00005440172 | 8,075.00 | | |
| | Funds transfer  D00005390845 | 8,880.63 | | |
| | Funds transfer  D00005414439 | 10,095.03 | | |
| | Funds transfer  D00005411985 | 11,645.00 | | |
| | Funds transfer  D00005414438 | 12,215.05 | | |
| | Funds transfer  D00005411983 | 12,683.70 | | |
| | Funds transfer  D00005391682 | 14,101.50 | | |
| | Funds transfer  D00005443174 | 14,152.50 | | |
| | Funds transfer  D00005390847 | 14,254.17 | | |


# Business Account Statement

August 29, 2008 to September 30, 2008
**Account number:** 00002 273-275-8

## Account Activity Details - continued

| Date | Description | Cheques & Debits ($) | Deposits & Credits ($) | Balance ($) |
|------|-------------|---------------------:|-----------------------:|------------:|
| 02 Sep | Funds transfer  D00005411984 | 18,912.50 | | |
| | Funds transfer  D00005423185 | 27,208.50 | | |
| | Funds transfer  D00005436011 | 27,520.31 | | |
| | Funds transfer  D00005267499 | 32,372.46 | | |
| | Funds transfer  D00005439576 | 32,937.50 | | |
| | Funds transfer  D00005436087 | 37,279.13 | | |
| | Funds transfer  D00005414068 | 58,725.48 | | |
| | Funds transfer  D00005446989 | 70,244.48 | | |
| | Funds transfer  D00005436096 | 77,223.30 | | |
| | Funds transfer  D00005433007 | 122,400.00 | | |
| | Funds transfer  D00005436127 | 143,763.31 | | |
| | Funds transfer  D00005439622 | 159,188.00 | | |
| | Funds transfer  D00005440160 | 174,375.00 | | |
| | Funds transfer  D00005439837 | 175,000.00 | | |
| | Funds transfer  D00005433003 | 206,040.00 | | |
| | Funds transfer  D00005422361 | 210,437.42 | | |
| | Funds transfer  D00005447027 | 212,540.00 | | |
| | Funds transfer  D00005432991 | 244,800.00 | | |
| | Funds transfer  D00005410355 | 259,122.60 | | |
| | Funds transfer  D00005448730 | 265,625.00 | | |
| | Funds transfer  D00005422359 | 359,560.00 | | |
| | Funds transfer  D00005422357 | 427,200.00 | | |
| | Funds transfer  D00005432994 | 493,680.00 | | |
| | Funds transfer  D00005422358 | 861,519.99 | | |
| | Funds transfer  D00005434937 | 4,000,000.00 | | |
| | Funds transfer  D00005430548 | 14,179,725.00 | | |
| | Funds transfer  S00000221051 | 67,820,275.00 | | |
| | Funds transfer  S00000221047 | 100,000,000.00 | | |
| | Funds transfer  S00000221048 | 100,000,000.00 | | |
| | Funds transfer  S00000221049 | 100,000,000.00 | | |
| | Funds transfer  S00000221050 | 100,000,000.00 | | |
| | Funds transfer  D00005439995 | 1,062.50 | | |
| | Funds transfer  D00005440000 | 1,630.94 | | |
| | Funds transfer  D00005439998 | 1,710.63 | | |
| | Funds transfer  D00005439518 | 1,776.50 | | |
| | Funds transfer  D00005440002 | 2,380.00 | | |


## Account Activity Details - continued

| Date | Description | Cheques & Debits ($) | Deposits & Credits ($) | Balance ($) |
|------|-------------|---------------------:|----------------------:|------------:|
| 02 Sep | Funds transfer  D00005439560 | 2,519.16 | | |
| | Funds transfer  D00005439519 | 2,648.60 | | |
| | Funds transfer  D00005449641 | 2,677.50 | | |
| | Funds transfer  D00005439572 | 12,000.00 | | |
| | Funds transfer  D00005439591 | 17,587.50 | | |
| | Funds transfer  D00005449552 | 20,000.00 | | |
| | Funds transfer  D00005439561 | 29,750.00 | | |
| | Funds transfer  D00005439520 | 46,707.50 | | |
| | Funds transfer  D00005439573 | 49,046.70 | | |
| | Funds transfer  D00005448810 | 60,000.00 | | |
| | Funds transfer  D00005449551 | 60,000.00 | | |
| | Funds transfer  D00005437825 | 196,700.00 | | |
| | Funds transfer  D00005439838 | 1,271,580.10 | | |
| | Funds transfer  D00005449539 | 1,410,000.00 | | |
| | Funds transfer  D00005449558 | 3,418,640.00 | | |
| | Funds transfer  S00000221046 | 100,000,000.00 | | -159,347.03 |
| 03 Sep | Funds transfer credit  NONREF | | 20,000.00 | |
| | Funds transfer credit  NONREF | | 20,000.00 | |
| | Funds transfer credit  NONREF | | 30,000.00 | |
| | Funds transfer credit  NONREF | | 50,000.00 | |
| | Funds transfer credit  NONREF | | 60,000.00 | |
| | Funds transfer credit  NONREF | | 150,000.00 | |
| | Funds transfer credit  NONREF | | 270,000.00 | |
| | Funds transfer credit  NONREF | | 1,250,000.00 | |
| | Funds transfer credit  D00005469767 | | 7,700,000.00 | |
| | Funds transfer credit  REF FX | | 132,538,832.00 | 141,929,484.97 |
| | Funds transfer credit  MA3 | | 1,035.40 | |
| | Funds transfer credit  AV0035003476691 | | 4,800.00 | |
| | Funds transfer credit  AV0035003476686 | | 8,080.00 | |
| | Funds transfer credit  AV0035003476673 | | 9,600.00 | |
| | Funds transfer credit  AV0035003476670 | | 19,360.00 | |
| | Funds transfer credit  T46798,T46799 | | 36,000.00 | |
| | Funds transfer credit  T46797 | | 71,604.00 | |
| | Funds transfer credit  D00005464237 | | 136,851.43 | |
| | Funds transfer credit  T46380 | | 219,006.57 | |
| | Funds transfer credit  2000930902 | | 1,070,500.00 | |
| | Funds transfer credit  2000929644 | | 6,062,500.00 | |



ROYAL BANK OF CANADA
P.O. BOX 4047 TERMINAL A
TORONTO ON   M5W 1L5

# Business Account Statement

## Account Activity Details - continued

| Date | Description | Cheques & Debits ($) | Deposits & Credits ($) | Balance ($) |
|------|-------------|---------------------:|------------------------:|------------:|
| 03 Sep | Funds transfer  D00005464271 | 226.10 | | |
| | Funds transfer  D00005464261 | 423.94 | | |
| | Funds transfer  D00005470707 | 537.20 | | |
| | Funds transfer  D00005464260 | 678.30 | | |
| | Funds transfer  D00005467839 | 906.37 | | |
| | Funds transfer  D00005464285 | 1,045.71 | | |
| | Funds transfer  D00005464274 | 1,122.00 | | |
| | Funds transfer  D00005464268 | 1,206.15 | | |
| | Funds transfer  D00005464335 | 1,566.72 | | |
| | Funds transfer  D00005451213 | 1,745.21 | | |
| | Funds transfer  D00005447399 | 2,319.88 | | |
| | Funds transfer  D00005442895 | 3,760.00 | | |
| | Funds transfer  D00005451215 | 3,990.00 | | |
| | Funds transfer  D00005451003 | 4,199.00 | | |
| | Funds transfer  D00005464283 | 4,908.75 | | |
| | Funds transfer  D00005469203 | 4,949.46 | | |
| | Funds transfer  D00005470416 | 4,998.00 | | |
| | Funds transfer  D00005453396 | 5,747.70 | | |
| | Funds transfer  D00005453995 | 6,483.75 | | |
| | Funds transfer  D00005464302 | 6,591.75 | | |
| | Funds transfer  D00005451864 | 7,735.00 | | |
| | Funds transfer  D00005469384 | 22,425.00 | | |
| | Funds transfer  D00005450877 | 23,512.50 | | |
| | Funds transfer  D00005464303 | 24,908.40 | | |
| | Funds transfer  D00005464325 | 25,183.37 | | |
| | Funds transfer  D00005450876 | 40,672.50 | | |
| | Funds transfer  D00005451214 | 45,440.15 | | |
| | Funds transfer  D00005464267 | 54,829.25 | | |
| | Funds transfer  D00005469206 | 73,186.13 | | |
| | Funds transfer  D00005470233 | 77,837.79 | | |
| | Funds transfer  D00005464269 | 90,107.50 | | |
| | Funds transfer  D00005450770 | 95,037.23 | | |
| | Funds transfer  D00005464668 | 235,000.00 | | |
| | Funds transfer  D00005469223 | 740,000.00 | | |
| | Funds transfer  D00005469204 | 766,348.36 | | |
| | Funds transfer  D00005455287 | 1,128,680.00 | | |





## Account Activity Details - continued

| Date | Description | Cheques & Debits ($) | Deposits & Credits ($) | Balance ($) |
|------|-------------|---------------------:|----------------------:|------------:|
| 03 Sep | Funds transfer  D00005455056 | 1,190,000.00 | | |
| | Funds transfer  D00005443875 | 6,062,500.00 | | |
| | Funds transfer  D00005471106 | 145,000,000.00 | | -6,191,986.80 |
| | Funds transfer credit  D00005408647 | | 340,731.89 | |
| | DEPINT-Aug2008 | | 9,848.64 | -5,841,406.27 |
| 04 Sep | Funds transfer credit  TRANSFER TO LB | | 9,521.48 | |
| | Funds transfer credit  NONREF | | 30,000.00 | |
| | Funds transfer credit  NONREF | | 50,000.00 | |
| | Funds transfer credit  NONREF | | 60,000.00 | |
| | Funds transfer credit  NONREF | | 110,000.00 | |
| | Funds transfer credit  NONREF | | 1,030,000.00 | |
| | Funds transfer credit  REF FX | | 72,000,000.00 | |
| | Funds transfer credit  REF FX | | 100,000,000.00 | |
| | Funds transfer credit  53617962 | | 145,011,922.22 | 312,460,037.43 |
| | Funds transfer credit  EC/AR04 | | 5,985.64 | |
| | Funds transfer credit  NONREF | | 10,000.00 | |
| | Funds transfer credit  NONREF | | 10,000.00 | |
| | Funds transfer credit  NONREF | | 150,000.00 | |
| | Funds transfer credit  NONREF | | 193,384.58 | |
| | Funds transfer credit  NONREF | | 558,424.54 | |
| | Funds transfer credit  D00005475072 | | 620,786.16 | |
| | Funds transfer credit  PA080904-9313 | | 1,400,000.00 | |
| | Funds transfer credit  (090806070L0Q02 | | 1,801,199.33 | |
| | Funds transfer credit  REF FX | | 2,280,000.00 | |
| | Funds transfer credit  REF FX | | 100,000,000.00 | |
| | Funds transfer  D00005475017 | 1,132.96 | | |
| | Funds transfer  D00005475057 | 5,121.25 | | |
| | Funds transfer  D00005475058 | 5,588.75 | | |
| | Funds transfer  D00005472634 | 5,822.08 | | |
| | Funds transfer  D00005475112 | 9,392.50 | | |
| | Funds transfer  D00005479514 | 58,537.17 | | |
| | Funds transfer  D00005472543 | 76,006.75 | | |
| | Funds transfer  D00005475086 | 79,900.00 | | |
| | Funds transfer  D00005471587 | 138,125.00 | | |
| | Funds transfer  D00005473906 | 767,809.61 | | |
| | Funds transfer  D00005473907 | 767,809.61 | | |
| | Funds transfer  D00005481591 | 1,801,199.33 | | |



**ROYAL BANK OF CANADA**
P.O. BOX 4047 TERMINAL A
TORONTO ON   M5W 1L5

# Business Account Statement

## Account Activity Details - continued

| Date | Description | Cheques & Debits ($) | Deposits & Credits ($) | Balance ($) |
|------|-------------|---------------------:|-----------------------:|------------:|
| 04 Sep | Funds transfer  D00005480071 | 5,000,000.00 | | |
| | Funds transfer  D00005479964 | 19,000,000.00 | | |
| | Funds transfer  D00005482086 | 73,889,871.20 | | |
| | Funds transfer  D00005482784 | 315,000,000.00 | | |
| | Funds transfer  D00005479519 | 649.57 | | |
| | Funds transfer  D00005475505 | 288,475.00 | | 2,594,376.90 |
| 05 Sep | Funds transfer credit  NONREF | | 20,000.00 | |
| | Funds transfer credit  NONREF | | 30,000.00 | |
| | Funds transfer credit  NONREF | | 70,000.00 | |
| | Funds transfer credit  NONREF | | 560,000.00 | |
| | Funds transfer credit  NONREF | | 767,809.61 | |
| | Funds transfer credit  2000933049 | | 74,184,500.00 | 78,226,686.51 |
| | Funds transfer credit  H0908060D070W0B | | 3,903.10 | |
| | Funds transfer credit  53699887 | | 17,977.77 | |
| | Funds transfer credit  NONREF | | 20,000.00 | |
| | Funds transfer credit  53682375 | | 23,632.57 | |
| | Funds transfer credit  LOAN-1B | | 50,666.67 | |
| | Funds transfer credit  53699835 | | 101,874.03 | |
| | Funds transfer credit  53699474 | | 127,052.11 | |
| | Funds transfer credit  53699854 | | 178,833.43 | |
| | Funds transfer credit  AV0035003483675 | | 333,600.00 | |
| | Funds transfer credit  53682369 | | 484,843.41 | |
| | Funds transfer credit  53682363 | | 484,843.41 | |
| | Funds transfer credit  D00005493960 | | 499,393.02 | |
| | Funds transfer credit  AV0035003483672 | | 561,560.00 | |
| | Funds transfer credit  AV0035003483632 | | 667,200.00 | |
| | Funds transfer credit  D00005486967 | | 1,094,096.00 | |
| | Funds transfer credit  53682361 | | 1,177,968.86 | |
| | Funds transfer credit  NONREF | | 1,250,000.00 | |
| | Funds transfer credit  AV0035003483625 | | 1,345,520.00 | |
| | Funds transfer credit  53674417 | | 315,026,250.00 | |
| | Funds transfer  D00005484012 | 1,322.28 | | |
| | Funds transfer  D00005484030 | 1,763.58 | | |
| | Funds transfer  D00005479437 | 2,214.36 | | |
| | Funds transfer  D00005484038 | 2,873.44 | | |
| | Funds transfer  D00005479440 | 7,716.70 | | |


## Account Activity Details - continued

| Date | Description | Cheques & Debits ($) | Deposits & Credits ($) | Balance ($) |
|------|-------------|---------------------:|----------------------:|------------:|
| 05 Sep | Funds transfer  D00005483973 | 12,185.79 | | |
| | Funds transfer  D00005494159 | 22,330.56 | | |
| | Funds transfer  D00005483974 | 22,597.68 | | |
| | Funds transfer  D00005491211 | 23,632.57 | | |
| | Funds transfer  D00005474750 | 30,000.00 | | |
| | Funds transfer  D00005484031 | 50,615.00 | | |
| | Funds transfer  D00005484037 | 63,561.96 | | |
| | Funds transfer  D00005474782 | 261,320.00 | | |
| | Funds transfer  D00005487283 | 474,388.85 | | |
| | Funds transfer  D00005484073 | 2,164,365.00 | | |
| | Funds transfer  D00005483115 | 72,000,000.00 | | |
| | Funds transfer  S00000221572 | 94,000,000.00 | | |
| | Funds transfer  S00000221573 | 94,000,000.00 | | |
| | Funds transfer  N00000253036 | 100,000,000.00 | | |
| | Funds transfer  D00005493556 | 3,187.50 | | |
| | Funds transfer  D00005493366 | 3,903.10 | | |
| | Funds transfer  D00005493170 | 7,920.00 | | |
| | Funds transfer  D00005493171 | 12,000.00 | | |
| | Funds transfer  D00005493518 | 20,000.00 | | |
| | Funds transfer  D00005493367 | 50,666.67 | | |
| | Funds transfer  D00005493862 | 100,300.00 | | |
| | Funds transfer  D00005493515 | 3,067,633.46 | | |
| | Funds transfer  D00005492633 | 8,120,523.36 | | |
| | Funds transfer  D00005492586 | 22,000,000.00 | | 5,148,879.03 |
| 08 Sep | Funds transfer credit  NONREF | | 20,000.00 | |
| | Funds transfer credit  NONREF | | 20,000.00 | |
| | Funds transfer credit  NONREF | | 20,000.00 | |
| | Funds transfer credit  NONREF | | 350,000.00 | |
| | Funds transfer credit  2000933035 | | 372,369.51 | |
| | Funds transfer credit  REF FX | | 1,273,720.00 | |
| | Funds transfer credit  REF FX | | 3,379,974.74 | |
| | Funds transfer credit  2000935203 | | 74,257,000.00 | |
| | Funds transfer credit  D00005507102 | | 103,000,000.00 | 187,841,943.28 |
| | Funds transfer credit  AV0035003488534 | | 169,469.47 | |
| | Funds transfer credit  AV0035003488530 | | 285,091.86 | |
| | Funds transfer credit  AV0035003488501 | | 331,200.00 | |
| | Funds transfer credit  AV0035003489154 | | 675,307.17 | |



**ROYAL BANK OF CANADA**
P.O. BOX 4047 TERMINAL A
TORONTO ON   M5W 1L5

# Business Account Statement

## Account Activity Details - continued

| Date | Description | Cheques & Debits ($) | Deposits & Credits ($) | Balance ($) |
|------|-------------|---------------------:|-----------------------:|------------:|
| 08 Sep | Funds transfer  D00005500090 | 206.78 | | |
| | Funds transfer  D00005494022 | 413.58 | | |
| | Funds transfer  D00005505199 | 637.14 | | |
| | Funds transfer  D00005500302 | 13,311.00 | | |
| | Funds transfer  D00005505369 | 14,455.92 | | |
| | Funds transfer  D00005500301 | 16,337.00 | | |
| | Funds transfer  D00005507014 | 20,000.00 | | |
| | Funds transfer  D00005494285 | 22,610.00 | | |
| | Funds transfer  D00005494769 | 24,526.36 | | |
| | Funds transfer  D00005506705 | 51,600.00 | | |
| | Funds transfer  D00005486612 | 129,720.00 | | |
| | Funds transfer  D00005508303 | 193,258.34 | | |
| | Funds transfer  D00005504878 | 232,201.18 | | |
| | Funds transfer  D00005499997 | 322,500.00 | | |
| | Funds transfer  D00005507002 | 340,000.00 | | |
| | Funds transfer  D00005506420 | 586,000.00 | | |
| | Funds transfer  D00005506421 | 6,846,826.00 | | |
| | Funds transfer  D00005499973 | 9,646,256.96 | | |
| | Funds transfer  N00000253511 | 167,750,943.00 | | |
| | Activity fee | 28,967.60 | | |
| | Funds transfer  D00005507884 | 7,022.86 | | |
| | Funds transfer  D00005508130 | 253,669.45 | | |
| | Funds transfer  D00005507973 | 434,566.61 | | 2,366,982.00 |
| 09 Sep | Funds transfer credit  REF FX | | 266,229.55 | |
| | Funds transfer credit  D00005520159 | | 10,000,000.00 | 12,633,211.55 |
| | Funds transfer credit  NONREF | | 22,575.00 | |
| | Funds transfer credit  REF FX | | 37,717.00 | |
| | Funds transfer credit  D00005514277 | | 96,965.43 | |
| | Funds transfer credit  AV0035003491931 | | 167,580.00 | |
| | Funds transfer credit  AV0035003491927 | | 283,860.00 | |
| | Funds transfer credit  AV0035003491905 | | 410,400.00 | |
| | Funds transfer credit  AV0035003492595 | | 755,820.00 | |
| | Funds transfer credit  NONREF | | 763,950.11 | |
| | Funds transfer credit  2000935771 | | 9,961,385.77 | |
| | Funds transfer  D00005521183 | 49.88 | | |
| | Funds transfer  D00005521181 | 68.18 | | |



## Account Activity Details - continued

| Date | Description | Cheques & Debits ($) | Deposits & Credits ($) | Balance ($) |
|------|-------------|---------------------:|----------------------:|------------:|
| 09 Sep | Funds transfer  D00005521225 | 71.25 | | |
| | Funds transfer  D00005521223 | 1,005.75 | | |
| | Funds transfer  D00005521127 | 4,377.50 | | |
| | Funds transfer  D00005518424 | 4,766.80 | | |
| | Funds transfer  D00005521129 | 5,737.50 | | |
| | Funds transfer  D00005521184 | 8,134.50 | | |
| | Funds transfer  D00005521224 | 10,005.00 | | |
| | Funds transfer  D00005521182 | 10,557.00 | | |
| | Funds transfer  D00005521111 | 34,425.00 | | |
| | Funds transfer  D00005521222 | 45,630.00 | | |
| | Funds transfer  D00005521277 | 45,630.00 | | |
| | Funds transfer  D00005508122 | 59,954.40 | | |
| | Funds transfer  D00005511629 | 129,318.04 | | |
| | Funds transfer  D00005521130 | 145,507.50 | | |
| | Funds transfer  D00005499976 | 160,740.00 | | |
| | Funds transfer  D00005518400 | 254,617.50 | | |
| | Funds transfer  D00005499964 | 402,297.10 | | |
| | Funds transfer  D00005508466 | 1,250,000.00 | | |
| | Funds transfer  D00005514954 | 1,548.54 | | |
| | Funds transfer  D00005518877 | 2,679.54 | | |
| | Funds transfer  D00005518881 | 4,632.18 | | |
| | Funds transfer  D00005514268 | 7,008.88 | | |
| | Funds transfer  D00005514333 | 7,581.00 | | |
| | Funds transfer  D00005514269 | 140,383.50 | | |
| | Funds transfer  D00005521335 | 700,000.00 | | |
| | Funds transfer  D00005518513 | 890,625.00 | | |
| | Funds transfer  D00005519847 | 7,000,000.00 | | |
| | Funds transfer  N00000253536 | 11,000,000.00 | | 2,806,113.32 |
| 10 Sep | Funds transfer credit  2000936952 | | 5,321,500.00 | |
| | Funds transfer credit  D00005531011 | | 160,000,000.00 | 168,127,613.32 |
| | Funds transfer credit  NONE | | 27.00 | |
| | Funds transfer credit  MM-1009/101 | | 1,025.33 | |
| | Funds transfer credit  53832439 | | 23,632.57 | |
| | Funds transfer credit  AV0035003495811 | | 27,260.00 | |
| | Funds transfer credit  D00005526063 | | 2,092,524.79 | |
| | Funds transfer  D00005530166 | 37.50 | | |
| | Funds transfer  D00005530252 | 71.55 | | |



**ROYAL BANK OF CANADA**
P.O. BOX 4047 TERMINAL A
TORONTO ON  M5W 1L5

# Business Account Statement

August 29, 2008 to September 30, 2008
Account number:    00002  273-275-8

## Account Activity Details - continued

| Date | Description | Cheques & Debits ($) | Deposits & Credits ($) | Balance ($) |
|---|---|---:|---:|---:|
| 10 Sep | Funds transfer  D00005526081 | 2,531.01 | | |
| | Funds transfer  D00005522913 | 23,000.00 | | |
| | Funds transfer  D00005513975 | 26,627.43 | | |
| | Funds transfer  D00005513999 | 30,214.30 | | |
| | Funds transfer  D00005513997 | 69,600.00 | | |
| | Funds transfer  D00005523178 | 71,843.00 | | |
| | Funds transfer  D00005526262 | 73,950.00 | | |
| | Funds transfer  D00005531219 | 84,011.22 | | |
| | Funds transfer  D00005513998 | 126,387.43 | | |
| | Funds transfer  D00005532315 | 139,300.00 | | |
| | Funds transfer  D00005526088 | 168,599.29 | | |
| | Funds transfer  D00005523188 | 168,721.00 | | |
| | Funds transfer  D00005522299 | 215,625.00 | | |
| | Funds transfer  D00005531800 | 302,000.00 | | |
| | Funds transfer  D00005522872 | 585,000.00 | | |
| | Funds transfer  D00005522866 | 800,000.00 | | |
| | Funds transfer  EMRTN24175 0910 | 1,177,968.86 | | |
| | Funds transfer  D00005530396 | 4,030,000.00 | | |
| | Funds transfer  D00005530398 | 6,862,629.00 | | |
| | Funds transfer  N00000253568 | 154,000,000.00 | | 1,313,966.42 |
| 11 Sep | Funds transfer credit  NONREF | | 190,000.00 | |
| | Funds transfer credit  REF FX | | 18,484,649.00 | 19,988,615.42 |
| | Funds transfer credit  NONREF | | 63.25 | |
| | Funds transfer credit  00608060Q020U0P | | 1,961.17 | |
| | Funds transfer credit  AV0035003499553 | | 55,448.41 | |
| | Funds transfer credit  AV0035003499547 | | 84,935.77 | |
| | Funds transfer credit  AV0035003499533 | | 151,200.00 | |
| | Funds transfer credit  AV0035003500144 | | 271,162.09 | |
| | Funds transfer credit  D00005537517 | | 765,305.26 | |
| | Funds transfer credit  NONREF | | 1,000,000.00 | |
| | Funds transfer credit  53856695 | | 1,177,968.86 | |
| | Funds transfer  D00005532831 | 55.52 | | |
| | Funds transfer  D00005538144 | 648.19 | | |
| | Funds transfer  D00005537625 | 1,106.16 | | |
| | Funds transfer  D00005537581 | 2,786.20 | | |
| | Funds transfer  D00005541223 | 30,000.00 | | |





## Account Activity Details - continued

| Date | Description | Cheques & Debits ($) | Deposits & Credits ($) | Balance ($) |
|------|-------------|---------------------:|-----------------------:|------------:|
| 11 Sep | Funds transfer  D00005541218 | 40,000.00 | | |
| | Funds transfer  D00005525899 | 59,220.00 | | |
| | Funds transfer  D00005541222 | 60,000.00 | | |
| | Funds transfer  D00005546381 | 178,655.90 | | |
| | Funds transfer  D00005533206 | 423,400.00 | | |
| | Funds transfer  D00005533281 | 926,250.00 | | |
| | Funds transfer  D00005532438 | 988,016.22 | | |
| | Funds transfer  D00005533152 | 3,900,000.00 | | |
| | Funds transfer  D00005541396 | 5,145,120.65 | | |
| | Funds transfer  D00005543716 | 7,000,000.00 | | |
| | Funds transfer  EMRTN24177 0910 | 127,052.11 | | 4,614,349.28 |
| 12 Sep | Funds transfer credit  M1031XY3GTXW7JG | | 1.56 | |
| | Funds transfer credit  2000939860 | | 300,000.00 | |
| | Funds transfer credit  REF FX | | 12,000,000.00 | |
| | Funds transfer credit  D00005553596 | | 108,000,000.00 | 124,914,350.84 |
| | Funds transfer credit  F1108060S090G0G | | 2,073.25 | |
| | Funds transfer credit  MM-1209/003 | | 5,930.56 | |
| | Funds transfer credit  AV0035003504182 | | 311,320.00 | |
| | Funds transfer credit  AV0035003503402 | | 477,840.00 | |
| | Funds transfer credit  AV0035003503378 | | 868,800.00 | |
| | Funds transfer credit  D00005549561 | | 881,469.32 | |
| | Funds transfer credit  AV0035003503375 | | 1,549,360.00 | |
| | Funds transfer  D00005545357 | 2,507.06 | | |
| | Funds transfer  D00005545340 | 2,945.69 | | |
| | Funds transfer  D00005545341 | 4,513.50 | | |
| | Funds transfer  D00005514953 | 10,599.16 | | |
| | Funds transfer  D00005549552 | 12,337.79 | | |
| | Funds transfer  D00005552803 | 22,162.17 | | |
| | Funds transfer  D00005544667 | 30,095.11 | | |
| | Funds transfer  D00005546099 | 33,262.51 | | |
| | Funds transfer  D00005544669 | 51,534.24 | | |
| | Funds transfer  D00005546758 | 135,577.87 | | |
| | Funds transfer  D00005537195 | 340,280.00 | | |
| | Funds transfer  D00005549804 | 343,750.00 | | |
| | Funds transfer  D00005556152 | 1,000,000.00 | | |
| | Funds transfer  EMRTN24199 0912 | 1,177,968.86 | | |
| | Funds transfer  D00005556153 | 3,000,000.00 | | |



**ROYAL BANK OF CANADA**
P.O. BOX 4047 TERMINAL A
TORONTO ON  M5W 1L5

# Business Account Statement

## Account Activity Details - continued

| Date | Description | Cheques & Debits ($) | Deposits & Credits ($) | Balance ($) |
|------|-------------|---------------------:|-----------------------:|------------:|
| 12 Sep | Funds transfer  D00005556154 | 6,000,000.00 | | |
| | Funds transfer  D00005553857 | 9,593,369.99 | | |
| | Funds transfer  D00005555195 | 10,700,000.00 | | |
| | Funds transfer  D00005556257 | 12,775,584.72 | | |
| | Funds transfer  N00000255005 | 32,054,579.00 | | |
| | Funds transfer  D00005556155 | 47,000,000.00 | | |
| | Funds transfer  D00005555291 | 2,073.25 | | |
| | Funds transfer  D00005555311 | 2,114.04 | | |
| | Funds transfer  D00005555150 | 71,818.40 | | |
| | Funds transfer  D00005554777 | 2,436,000.00 | | 2,208,070.61 |
| 15 Sep | Funds transfer credit  T9908060T0R0H0W | | 888.24 | |
| | Funds transfer credit  T9908060T0Q000Y | | 4,073.83 | |
| | Funds transfer credit  NONREF | | 7,748.89 | |
| | Funds transfer credit  AV0035003508900 | | 196,460.00 | 2,417,241.57 |
| 16 Sep | Funds transfer credit  NONREF | | 25,111.88 | |
| | Funds transfer credit  AV0035003514333 | | 139,120.00 | 2,581,473.45 |
| 17 Sep | Funds transfer credit  NONREF | | 2,687,500.00 | 5,268,973.45 |
| 19 Sep | Funds transfer credit  50L08070A0T0S0V | | 845.83 | 5,269,819.28 |
| 29 Sep | Funds transfer credit  R0208070T050G08 | | 1,229.19 | 5,271,048.47 |
| 30 Sep | Funds transfer credit  NONREF | | 19,597.00 | 5,290,645.47 |
| | **Closing balance** | | | **5,290,645.47** |

**Deposit Interest Earned: $9,848.64**          **Account Fees: $28,967.60**

Please check this Account Statement without delay and advise us of any error or omission within 45 days of the statement date.
An image included on this Account Statement does not indicate that a cheque has been successfully processed as of the statement date.
Please retain this statement for your records.  Additional copies will be subject to a nominal fee.
®Registered trademarks of Royal Bank of Canada.
Royal Bank of Canada GST Registration Number: R105248165.



**ROYAL BANK OF CANADA**
P.O. BOX 4047 TERMINAL A
TORONTO ON M5W 1L5

# Business Account Statement

September 30, 2008 to October 31, 2008

LEHMAN BROTHERS HOLDINGS INC.
ATTN: SHARON NICHOLLS
GET NEW ADDRESS

| Account number: | 00002 273-275-8 |
|---|---|

**How to reach us:**
Please contact your RBC Banking representative or call
1-800-Royal®2-0
(1-800-769-2520)
www.rbcroyalbank.com/business

## Account Summary for this Period

**Business Current Account**

**Royal Bank of Canada**
200 BAY ST-MAIN FLR, TORONTO, ON M5J 2J5

| | |
|---|---|
| Opening balance on September 30, 2008 | $5,290,645.47 |
| Total deposits & credits (15) | + 329,354.11 |
| Total cheques & debits (2) | - 16,552.25 |
| **Closing balance on October 31, 2008** | **= $5,603,447.33** |

## Account Activity Details

| Date | Description | Cheques & Debits ($) | Deposits & Credits ($) | Balance ($) |
|---|---|---|---|---|
| | **Opening balance** | | | **5,290,645.47** |
| 01 Oct | Funds transfer credit  NONREF | | 184,798.58 | 5,475,444.05 |
| 02 Oct | Funds transfer credit  NONREF | | 1,218.75 | |
| | Funds transfer credit  PA081002-10215 | | 40,599.72 | 5,517,262.52 |
| | DEPINT-Sep2008 | | 8,412.84 | 5,525,675.36 |
| 03 Oct | Funds transfer credit  U4408070T000E0I | | 3,999.85 | 5,529,675.21 |
| | Overdraft interest    INT-S ep2-008-- | 1,109.73 | | 5,528,565.48 |
| 06 Oct | Activity fee | 15,442.52 | | 5,513,122.96 |
| 14 Oct | Funds transfer credit  A6608080D0S020X | | 2,113.25 | 5,515,236.21 |
| 17 Oct | Funds transfer credit  0+0U88DHW1 | | 13,459.39 | 5,528,695.60 |
| 20 Oct | Funds transfer credit  C0Q08080V0S0W0T | | 877.38 | |
| | Funds transfer credit  P0508080V0W000E | | 951.61 | |
| | Funds transfer credit  C0Q08080V0S0W0S | | 2,084.91 | |


# Business Account Statement



## Account Activity Details - continued

| Date | Description | Cheques & Debits ($) | Deposits & Credits ($) | Balance ($) |
|------|-------------|---------------------:|-----------------------:|------------:|
| 20 Oct | Funds transfer credit  C0Q08080V0S0W0U | | 3,892.15 | 5,536,501.65 |
| 22 Oct | Funds transfer credit  NONREF | | 25,779.72 | 5,562,281.37 |
| 28 Oct | Funds transfer credit  00E0809010S030Y | | 1,567.13 | 5,563,848.50 |
| 29 Oct | Funds transfer credit  91108090A0O0B0D | | 1,345.56 | 5,565,194.06 |
| 30 Oct | Funds transfer credit  PA08102330060 | | 38,253.27 | 5,603,447.33 |
| | **Closing balance** | | | **5,603,447.33** |

**Deposit Interest Earned: $8,412.84**          **Account Fees: $15,442.52**

Please check this Account Statement without delay and advise us of any error or omission within 45 days of the statement date.
An image included on this Account Statement does not indicate that a cheque has been successfully processed as of the statement date.
Please retain this statement for your records.  Additional copies will be subject to a nominal fee.
®Registered trademarks of Royal Bank of Canada.
Royal Bank of Canada GST Registration Number: R105248165.



**ROYAL BANK OF CANADA**
P.O. BOX 4047 TERMINAL A
TORONTO ON M5W 1L5

# Business Account Statement

October 31, 2008 to November 28, 2008

LEHMAN BROTHERS HOLDINGS INC.
ATTN: SHARON NICHOLLS
GET NEW ADDRESS

**Account number:** 00002 273-275-8

**How to reach us:**
Please contact your RBC Banking representative or call
1-800-Royal®2-0
(1-800-769-2520)
www.rbcroyalbank.com/business

## Account Summary for this Period

**Business Current Account**

**Royal Bank of Canada**
200 BAY ST-MAIN FLR, TORONTO, ON M5J 2J5

| | |
|---|---|
| Opening balance on October 31, 2008 | $5,603,447.33 |
| Total deposits & credits (11) | + 46,251.05 |
| Total cheques & debits (0) | - 0.00 |
| **Closing balance on November 28, 2008** | **= $5,649,698.38** |

## Account Activity Details

| Date | Description | Cheques & Debits ($) | Deposits & Credits ($) | Balance ($) |
|---|---|---|---|---|
| | **Opening balance** | | | **5,603,447.33** |
| 04 Nov | DEPINT-Oct2008 | | 9,732.88 | 5,613,180.21 |
| 07 Nov | Funds transfer credit NONREF | | 8,664.61 | 5,621,844.82 |
| 10 Nov | Funds transfer credit 80408090Y0T0X04 | | 2,585.62 | 5,624,430.44 |
| 12 Nov | Funds transfer credit 90A080A000K0F05 | | 25.00 | |
| | Funds transfer credit 866080A000O0U0T | | 1,127.78 | 5,625,583.22 |
| 17 Nov | Funds transfer credit O0W080A0B0O0O0H | | 1,076.25 | 5,626,659.47 |
| 18 Nov | Funds transfer credit Y33080A0D0J060N | | 1,123.42 | |
| | Funds transfer credit Y33080A0D0J060P | | 2,274.96 | |
| | Funds transfer credit 010A89Z8UL | | 13,515.80 | 5,643,573.65 |
| | Funds transfer credit Y33080A0D0J060O | | 4,983.60 | 5,648,557.25 |



# Business Account Statement

## Account Activity Details - continued

| Date | Description | Cheques & Debits ($) | Deposits & Credits ($) | Balance ($) |
|------|-------------|---------------------|------------------------|-------------|
| 24 Nov | Funds transfer credit  L55080A0O0Q0A06 | | 1,141.13 | 5,649,698.38 |
| | **Closing balance** | | | **5,649,698.38** |

**Deposit Interest Earned:  $9,732.88**

Please check this Account Statement without delay and advise us of any error or omission within 45 days of the statement date.
An image included on this Account Statement does not indicate that a cheque has been successfully processed as of the statement date.
Please retain this statement for your records.  Additional copies will be subject to a nominal fee.
®Registered trademarks of Royal Bank of Canada.
Royal Bank of Canada GST Registration Number: R105248165.



**ROYAL BANK OF CANADA**
P.O. BOX 4047 TERMINAL A
TORONTO ON  M5W 1L5

# Business Account Statement

November 28, 2008 to December 31, 2008

LEHMAN BROTHERS HOLDINGS INC.
ATTN: SHARON NICHOLLS
GET NEW ADDRESS

**Account number:**   **00002  273-275-8**

**How to reach us:**
Please contact your RBC Banking representative or call
1-800-Royal®2-0
(1-800-769-2520)
www.rbcroyalbank.com/business

## Account Summary for this Period

**Business Current Account**

**Royal Bank of Canada**
200 BAY ST-MAIN FLR, TORONTO, ON  M5J 2J5

| | |
|---|---|
| Opening balance on November 28, 2008 | $5,649,698.38 |
| Total deposits & credits (17) | + 7,016,726.12 |
| Total cheques & debits (0) | - 0.00 |
| **Closing balance on December 31, 2008** | **= $12,666,424.50** |

## Account Activity Details

| Date | Description | Cheques & Debits ($) | Deposits & Credits ($) | Balance ($) |
|---|---|---|---|---|
| | **Opening balance** | | | 5,649,698.38 |
| 01 Dec | Funds transfer credit  )99080B010R0M0H | | 4,082.61 | 5,653,780.99 |
| 02 Dec | DEPINT-Nov2008 | | 8,054.79 | 5,661,835.78 |
| 03 Dec | Funds transfer credit  PA081203-11646 | | 17,662.45 | 5,679,498.23 |
| 09 Dec | Funds transfer credit  10Z080B0F000X0C | | 2,167.54 | 5,681,665.77 |
| 11 Dec | Funds transfer credit  477080B050Q0R0U | | 1,240.84 | 5,682,906.61 |
| 18 Dec | Funds transfer credit  0B0+8BIXCY | | 11,798.42 | |
| | Funds transfer credit  NONREF | | 94,606.31 | 5,789,311.34 |
| 19 Dec | Funds transfer credit  0?0E8BYUOE | | 14,336.65 | |
| | Funds transfer credit  NONREF | | 6,755,023.06 | 12,558,671.05 |
| 22 Dec | Funds transfer credit  NONREF | | 94,825.64 | 12,653,496.69 |
| 23 Dec | Funds transfer credit  D0V080C040Z0Q0L | | 1,125.19 | 12,654,621.88 |
| 29 Dec | Funds transfer credit  501080C0H0F0T0T | | 857.27 | |



# Business Account Statement

## Account Activity Details - continued

| Date | Description | Cheques & Debits ($) | Deposits & Credits ($) | Balance ($) |
|------|-------------|---------------------:|-----------------------:|------------:|
| 29 Dec | Funds transfer credit  501080C0H0F0T0V | | 1,083.05 | |
| | Funds transfer credit  501080C0H0F0T0S | | 1,935.02 | |
| | Funds transfer credit  111080C0H0X0K0M | | 3,237.71 | |
| | Funds transfer credit  501080C0H0F0T0U | | 3,802.91 | 12,665,537.84 |
| | Funds transfer credit  111080C0H0Z0P03 | | 886.66 | 12,666,424.50 |
| | Closing balance | | | 12,666,424.50 |

**Deposit Interest Earned: $8,054.79**

Please check this Account Statement without delay and advise us of any error or omission within 45 days of the statement date.
An image included on this Account Statement does not indicate that a cheque has been successfully processed as of the statement date.
Please retain this statement for your records. Additional copies will be subject to a nominal fee.
®Registered trademarks of Royal Bank of Canada.
Royal Bank of Canada GST Registration Number: R105248165.



**ROYAL BANK OF CANADA**
P.O. BOX 4047 TERMINAL A
TORONTO ON   M5W 1L5

# Business Account Statement

December 31, 2008 to January 30, 2009

**Account number:**     **00002   273-275-8**

LEHMAN BROTHERS HOLDINGS INC.
ATTN: SHARON NICHOLLS
GET NEW ADDRESS

**How to reach us:**
Please contact your RBC Banking representative or call
1-800-Royal®2-0
(1-800-769-2520)
www.rbcroyalbank.com/business

## Account Summary for this Period

**Business Current Account**

**Royal Bank of Canada**
200 BAY ST-MAIN FLR, TORONTO, ON  M5J 2J5

| | |
|---|---:|
| Opening balance on December 31, 2008 | $12,666,424.50 |
| Total deposits & credits (11) | + 68,194.22 |
| Total cheques & debits (0) | - 0.00 |
| **Closing balance on January 30, 2009** | **= $12,734,618.72** |

## Account Activity Details

| Date | Description | Cheques & Debits ($) | Deposits & Credits ($) | Balance ($) |
|---|---|---:|---:|---:|
| | **Opening balance** | | | 12,666,424.50 |
| 05 Jan | Funds transfer credit  477080C0U0I0309 | | 1,828.50 | |
| | DEPINT-Dec2008 | | 6,846.58 | 12,675,099.58 |
| 06 Jan | Funds transfer credit  PA090102-12576 | | 38,798.78 | 12,713,898.36 |
| 13 Jan | Funds transfer credit  60V080D090C000O | | 700.00 | 12,714,598.36 |
| 16 Jan | Funds transfer credit  0G0-8D9P0S | | 9,112.55 | 12,723,710.91 |
| 19 Jan | Funds transfer credit  E0.080D0F080G04 | | 933.33 | 12,724,644.24 |
| 26 Jan | Funds transfer credit  V44080D0Q0F020S | | 3,428.44 | 12,728,072.68 |
| 28 Jan | Funds transfer credit  Z00080D0Z0I0A0M | | 740.44 | |
| | Funds transfer credit  Z00080D0Z0I0A0L | | 965.10 | |
| | Funds transfer credit  Z00080D0Z0I0A0O | | 1,555.86 | |





## Account Activity Details - continued

| Date | Description | Cheques & Debits ($) | Deposits & Credits ($) | Balance ($) |
|------|-------------|---------------------|------------------------|-------------|
| 28 Jan | Funds transfer credit  Z0O08OD0Z0I0A0N | | 3,284.64 | 12,734,618.72 |
| | **Closing balance** | | | **12,734,618.72** |

**Deposit Interest Earned: $6,846.58**

Please check this Account Statement without delay and advise us of any error or omission within 45 days of the statement date.
An image included on this Account Statement does not indicate that a cheque has been successfully processed as of the statement date.
Please retain this statement for your records. Additional copies will be subject to a nominal fee.
®Registered trademarks of Royal Bank of Canada.
Royal Bank of Canada GST Registration Number: R105248165.



**ROYAL BANK OF CANADA**
P.O. BOX 4047 TERMINAL A
TORONTO ON  M5W 1L5

# Business Account Statement

January 30, 2009 to February 27, 2009

LEHMAN BROTHERS HOLDINGS INC.
ATTN: SHARON NICHOLLS
GET NEW ADDRESS

**Account number:**   00002  273-275-8

**How to reach us:**
Please contact your RBC Banking representative or call
1-800-Royal®2-0
(1-800-769-2520)
www.rbcroyalbank.com/business

## Account Summary for this Period

**Business Current Account**

**Royal Bank of Canada**
200 BAY ST-MAIN FLR, TORONTO, ON  M5J 2J5

| | |
|---|---:|
| Opening balance on January 30, 2009 | $12,734,618.72 |
| Total deposits & credits (5) | + 40,599.11 |
| Total cheques & debits (0) | - 0.00 |
| **Closing balance on February 27, 2009** | **= $12,775,217.83** |

## Account Activity Details

| Date | Description | Cheques & Debits ($) | Deposits & Credits ($) | Balance ($) |
|---|---|---:|---:|---:|
| | **Opening balance** | | | **12,734,618.72** |
| 02 Feb | Funds transfer credit  10W080E05090F0A | | 1,565.66 | |
| | Funds transfer credit  PA090130-13176 | | 4,877.54 | 12,741,061.92 |
| 03 Feb | DEPINT-Jan2009 | | 5,504.11 | 12,746,566.03 |
| 17 Feb | Funds transfer credit  NONREF | | 21,030.63 | 12,767,596.66 |
| 23 Feb | Funds transfer credit  01078ERHYU | | 7,621.17 | 12,775,217.83 |
| | **Closing balance** | | | **12,775,217.83** |

**Deposit Interest Earned: $5,504.11**

Please check this Account Statement without delay and advise us of any error or omission within 45 days of the statement date.
An image included on this Account Statement does not indicate that a cheque has been successfully processed as of the statement date.
Please retain this statement for your records.  Additional copies will be subject to a nominal fee.
®Registered trademarks of Royal Bank of Canada.
Royal Bank of Canada GST Registration Number: R105248165.



**ROYAL BANK OF CANADA**
P.O. BOX 4047 TERMINAL A
TORONTO ON   M5W 1L5

# Business Account Statement

February 27, 2009 to March 31, 2009

LEHMAN BROTHERS HOLDINGS INC.
ATTN: SHARON NICHOLLS
GET NEW ADDRESS

**Account number:**    **00002   273-275-8**

**How to reach us:**
Please contact your RBC Banking representative or call
1-800-Royal®2-0
(1-800-769-2520)
www.rbcroyalbank.com/business

## Account Summary for this Period

**Business Current Account**

**Royal Bank of Canada**
200 BAY ST-MAIN FLR, TORONTO, ON  M5J 2J5

| | |
|---|---:|
| Opening balance on February 27, 2009 | $12,775,217.83 |
| Total deposits & credits (3) | + 2,150,492.32 |
| Total cheques & debits (0) | - 0.00 |
| **Closing balance on March 31, 2009** | **= $14,925,710.15** |

## Account Activity Details

| Date | Description | Cheques & Debits ($) | Deposits & Credits ($) | Balance ($) |
|---|---|---:|---:|---:|
| | Opening balance | | | 12,775,217.83 |
| 03 Mar | DEPINT-Feb2009 | | 3,758.90 | 12,778,976.73 |
| 13 Mar | Funds transfer credit  01BANK090720019 | | 2,140,741.88 | 14,919,718.61 |
| 18 Mar | Funds transfer credit  03038GB14P | | 5,991.54 | 14,925,710.15 |
| | Closing balance | | | 14,925,710.15 |

Deposit Interest Earned:  $3,758.90

Please check this Account Statement without delay and advise us of any error or omission within 45 days of the statement date.
An image included on this Account Statement does not indicate that a cheque has been successfully processed as of the statement date.
Please retain this statement for your records.  Additional copies will be subject to a nominal fee.
®Registered trademarks of Royal Bank of Canada.
Royal Bank of Canada GST Registration Number: R105248165.



**ROYAL BANK OF CANADA**
P.O. BOX 4047 TERMINAL A
TORONTO ON   M5W 1L5

# Business Account Statement

March 31, 2009 to April 30, 2009

LEHMAN BROTHERS HOLDINGS INC.
ATTN: SHARON NICHOLLS
GET NEW ADDRESS

**Account number:**     00002   273-275-8

**How to reach us:**
Please contact your RBC Banking representative or call
1-800-Royal®2-0
(1-800-769-2520)
www.rbcroyalbank.com/business

## Account Summary for this Period

**Business Current Account**

**Royal Bank of Canada**
200 BAY ST-MAIN FLR, TORONTO, ON  M5J 2J5

| | |
|---|---:|
| Opening balance on March 31, 2009 | $14,925,710.15 |
| Total deposits & credits (3) | + 5,657,542.95 |
| Total cheques & debits (1) | - 5,649,698.38 |
| **Closing balance on April 30, 2009** | **= $14,933,554.72** |

## Account Activity Details

| Date | Description | Cheques & Debits ($) | Deposits & Credits ($) | Balance ($) |
|---|---|---:|---:|---:|
| | **Opening balance** | | | 14,925,710.15 |
| 02 Apr | DEPINT-Mar2009 | | 2,282.19 | 14,927,992.34 |
| 09 Apr | Funds transfer credit  5649698.38 | | 5,649,698.38 | 20,577,690.72 |
| | Funds transfer  5649698.38 | 5,649,698.38 | | 14,927,992.34 |
| 21 Apr | Funds transfer credit  0O0+8HY8P2 | | 5,562.38 | 14,933,554.72 |
| | **Closing balance** | | | 14,933,554.72 |

**Deposit Interest Earned: $2,282.19**

Please check this Account Statement without delay and advise us of any error or omission within 45 days of the statement date.
An image included on this Account Statement does not indicate that a cheque has been successfully processed as of the statement date.
Please retain this statement for your records.  Additional copies will be subject to a nominal fee.
®Registered trademarks of Royal Bank of Canada.
Royal Bank of Canada GST Registration Number: R105248165.



**ROYAL BANK OF CANADA**
P.O. BOX 4047 TERMINAL A
TORONTO ON   M5W 1L5

# Business Account Statement

April 30, 2009 to May 29, 2009

LEHMAN BROTHERS HOLDINGS INC.
ATTN: SHARON NICHOLLS
GET NEW ADDRESS

**Account number:**      **00002   273-275-8**

**How to reach us:**
Please contact your RBC Banking representative or call
1-800-Royal®2-0
(1-800-769-2520)
www.rbcroyalbank.com/business

## Account Summary for this Period

**Business Current Account**

**Royal Bank of Canada**
200 BAY ST-MAIN FLR, TORONTO, ON  M5J 2J5

| | |
|---|---:|
| Opening balance on April 30, 2009 | $14,933,554.72 |
| Total deposits & credits (1) | + 1,711.64 |
| Total cheques & debits (0) | - 0.00 |
| **Closing balance on May 29, 2009** | **= $14,935,266.36** |

## Account Activity Details

| Date | Description | Cheques & Debits ($) | Deposits & Credits ($) | Balance ($) |
|---|---|---:|---:|---:|
| | **Opening balance** | | | 14,933,554.72 |
| 04 May | DEPINT-Apr2009 | | 1,711.64 | 14,935,266.36 |
| | **Closing balance** | | | 14,935,266.36 |

**Deposit Interest Earned: $1,711.64**

Please check this Account Statement without delay and advise us of any error or omission within 45 days of the statement date.
An image included on this Account Statement does not indicate that a cheque has been successfully processed as of the statement date.
Please retain this statement for your records. Additional copies will be subject to a nominal fee.
®Registered trademarks of Royal Bank of Canada.
Royal Bank of Canada GST Registration Number: R105248165.



**ROYAL BANK OF CANADA**
P.O. BOX 4047 TERMINAL A
TORONTO ON  M5W 1L5

# Business Account Statement

May 29, 2009 to June 30, 2009

LEHMAN BROTHERS HOLDINGS INC.
ATTN: SHARON NICHOLLS
GET NEW ADDRESS

| **Account number:** | **00002   273-275-8** |
|---|---|

**How to reach us:**
Please contact your RBC Banking representative or call
1-800-Royal®2-0
(1-800-769-2520)
www.rbcroyalbank.com/business

## Account Summary for this Period

**Business Current Account**

**Royal Bank of Canada**
200 BAY ST-MAIN FLR, TORONTO, ON  M5J 2J5

| | |
|---|---|
| Opening balance on May 29, 2009 | $14,935,266.36 |
| Total deposits & credits (2) | + 95,387.53 |
| Total cheques & debits (0) | - 0.00 |
| **Closing balance on June 30, 2009** | **= $15,030,653.89** |

## Account Activity Details

| Date | Description | Cheques & Debits ($) | Deposits & Credits ($) | Balance ($) |
|---|---|---|---|---|
| | Opening balance | | | 14,935,266.36 |
| 01 Jun | Funds transfer credit  NONREF | | 94,347.12 | 15,029,613.48 |
| 02 Jun | DEPINT-May2009 | | 1,040.41 | 15,030,653.89 |
| | Closing balance | | | 15,030,653.89 |

**Deposit Interest Earned:  $1,040.41**

Please check this Account Statement without delay and advise us of any error or omission within 45 days of the statement date.
An image included on this Account Statement does not indicate that a cheque has been successfully processed as of the statement date.
Please retain this statement for your records.  Additional copies will be subject to a nominal fee.
®Registered trademarks of Royal Bank of Canada.
Royal Bank of Canada GST Registration Number: R105248165.



**ROYAL BANK OF CANADA**
P.O. BOX 4047 TERMINAL A
TORONTO ON   M5W 1L5

# Business Account Statement

June 30, 2009 to July 31, 2009

LEHMAN BROTHERS HOLDINGS INC.
ATTN: SHARON NICHOLLS
GET NEW ADDRESS

**Account number:**      **00002   273-275-8**

**How to reach us:**
Please contact your RBC Banking representative or call
1-800-Royal®2-0
(1-800-769-2520)
www.rbcroyalbank.com/business

## Account Summary for this Period

**Business Current Account**

**Royal Bank of Canada**
200 BAY ST-MAIN FLR, TORONTO, ON  M5J 2J5

| | |
|---|---|
| Opening balance on June 30, 2009 | $15,030,653.89 |
| Total deposits & credits (1) | + 1,006.85 |
| Total cheques & debits (0) | - 0.00 |
| **Closing balance on July 31, 2009** | **= $15,031,660.74** |

## Account Activity Details

| Date | Description | Cheques & Debits ($) | Deposits & Credits ($) | Balance ($) |
|---|---|---|---|---|
| | **Opening balance** | | | **15,030,653.89** |
| 03 Jul | DEPINT-Jun2009 | | 1,006.85 | 15,031,660.74 |
| | **Closing balance** | | | **15,031,660.74** |

**Deposit Interest Earned:  $1,006.85**

Please check this Account Statement without delay and advise us of any error or omission within 45 days of the statement date.
An image included on this Account Statement does not indicate that a cheque has been successfully processed as of the statement date.
Please retain this statement for your records. Additional copies will be subject to a nominal fee.
®Registered trademarks of Royal Bank of Canada.
Royal Bank of Canada GST Registration Number: R105248165.



**ROYAL BANK OF CANADA**
P.O. BOX 4047 TERMINAL A
TORONTO ON   M5W 1L5

# Business Account Statement

July 31, 2009 to August 31, 2009

**LEHMAN BROTHERS HOLDINGS INC.**
ATTN: SHARON NICHOLLS
GET NEW ADDRESS

| **Account number:** | **00002   273-275-8** |
|---|---|

**How to reach us:**
Please contact your RBC Banking representative or call
1-800-Royal®2-0
(1-800-769-2520)
www.rbcroyalbank.com/business

## Account Summary for this Period

**Business Current Account**

**Royal Bank of Canada**
200 BAY ST-MAIN FLR, TORONTO, ON  M5J 2J5

| | |
|---|---|
| Opening balance on July 31, 2009 | $15,031,660.74 |
| Total deposits & credits (1) | + 1,040.41 |
| Total cheques & debits (0) | - 0.00 |
| **Closing balance on August 31, 2009** | **= $15,032,701.15** |

## Account Activity Details

| Date | Description | Cheques & Debits ($) | Deposits & Credits ($) | Balance ($) |
|---|---|---|---|---|
| | **Opening balance** | | | **15,031,660.74** |
| 04 Aug | DEPINT-Jul2009 | | 1,040.41 | 15,032,701.15 |
| | **Closing balance** | | | **15,032,701.15** |

| | |
|---|---|
| **Deposit Interest Earned:  $1,040.41** | |

Please check this Account Statement without delay and advise us of any error or omission within 45 days of the statement date.
An image included on this Account Statement does not indicate that a cheque has been successfully processed as of the statement date.
Please retain this statement for your records.  Additional copies will be subject to a nominal fee.
®Registered trademarks of Royal Bank of Canada.
Royal Bank of Canada GST Registration Number: R105248165.



**ROYAL BANK OF CANADA**
P.O. BOX 4047 TERMINAL A
TORONTO ON   M5W 1L5

# Business Account Statement

LEHMAN BROTHERS HOLDINGS INC.
ATTN: SHARON NICHOLLS
GET NEW ADDRESS

### August 31, 2009 to September 30, 2009

**Account number:**      00002   273-275-8

**How to reach us:**
Please contact your RBC Banking representative or call
1-800-Royal®2-0
(1-800-769-2520)
www.rbcroyalbank.com/business

## Account Summary for this Period

**Business Current Account**

**Royal Bank of Canada**
200 BAY ST-MAIN FLR, TORONTO, ON  M5J 2J5

| | |
|---|---:|
| Opening balance on August 31, 2009 | $15,032,701.15 |
| Total deposits & credits (1) | + 1,040.41 |
| Total cheques & debits (1) | - 1,555.86 |
| **Closing balance on September 30, 2009** | **= $15,032,185.70** |

## Account Activity Details

| Date | Description | Cheques & Debits ($) | Deposits & Credits ($) | Balance ($) |
|---|---|---:|---:|---:|
| | **Opening balance** | | | **15,032,701.15** |
| 02 Sep | DEPINT-Aug2009 | | 1,040.41 | 15,033,741.56 |
| 24 Sep | Funds transfer  A09092113622800 | 1,555.86 | | 15,032,185.70 |
| | **Closing balance** | | | **15,032,185.70** |

**Deposit Interest Earned:  $1,040.41**

Please check this Account Statement without delay and advise us of any error or omission within 45 days of the statement date.
An image included on this Account Statement does not indicate that a cheque has been successfully processed as of the statement date.
Please retain this statement for your records.  Additional copies will be subject to a nominal fee.
®Registered trademarks of Royal Bank of Canada.
Royal Bank of Canada GST Registration Number: R105248165.



**ROYAL BANK OF CANADA**
P.O. BOX 4047 TERMINAL A
TORONTO ON   M5W 1L5

# Business Account Statement

September 30, 2009 to October 30, 2009

LEHMAN BROTHERS HOLDINGS INC.
ATTN: SHARON NICHOLLS
GET NEW ADDRESS

**Account number:**     **00002   273-275-8**

**How to reach us:**
Please contact your RBC Banking representative or call
**1-800-Royal®2-0**
**(1-800-769-2520)**
www.rbcroyalbank.com/business

## Account Summary for this Period

**Business Current Account**

**Royal Bank of Canada**
200 BAY ST-MAIN FLR, TORONTO, ON  M5J 2J5

| | |
|---|---|
| Opening balance on September 30, 2009 | $15,032,185.70 |
| Total deposits & credits (3) | + 5,556.77 |
| Total cheques & debits (4) | - 8,759.90 |
| **Closing balance on October 30, 2009** | **= $15,028,982.57** |

## Account Activity Details

| Date | Description | Cheques & Debits ($) | Deposits & Credits ($) | Balance ($) |
|---|---|---|---|---|
| | **Opening balance** | | | **15,032,185.70** |
| 02 Oct | DEPINT-Sep2009 | | 1,006.85 | 15,033,192.55 |
| 08 Oct | Funds transfer credit  AM0208102009 | | 2,274.96 | 15,035,467.51 |
| | Funds transfer  AM0208102009 | 2,274.96 | | 15,033,192.55 |
| 09 Oct | Funds transfer  AM02280909 | 1,935.02 | | 15,031,257.53 |
| 13 Oct | Funds transfer credit  AM0312102009 | | 2,274.96 | 15,033,532.49 |
| | Funds transfer  AM0312102009 | 2,274.96 | | 15,031,257.53 |



# Business Account Statement

## Account Activity Details - continued

| Date | Description | Cheques & Debits ($) | Deposits & Credits ($) | Balance ($) |
|---|---|---|---|---|
| 20 Oct | Funds transfer  AM0120102009 | 2,274.96 | | 15,028,982.57 |
| | **Closing balance** | | | **15,028,982.57** |

**Deposit Interest Earned: $1,006.85**

Please check this Account Statement without delay and advise us of any error or omission within 45 days of the statement date.
An image included on this Account Statement does not indicate that a cheque has been successfully processed as of the statement date.
Please retain this statement for your records.  Additional copies will be subject to a nominal fee.
®Registered trademarks of Royal Bank of Canada.
Royal Bank of Canada GST Registration Number: R105248165.

**ROYAL BANK OF CANADA**
P.O. BOX 4047 TERMINAL A
TORONTO ON   M5W 1L5

**RBC.**

# Business Account Statement

LEHMAN BROTHERS HOLDINGS INC.
ATTN: SHARON NICHOLLS
GET NEW ADDRESS

October 30, 2009 to November 30, 2009

**Account number:**     00002   273-275-8

**How to reach us:**
Please contact your RBC Banking representative or call
1-800-Royal®2-0
(1-800-769-2520)
www.rbcroyalbank.com/business

## Account Summary for this Period

**Business Current Account**

**Royal Bank of Canada**
200 BAY ST-MAIN FLR, TORONTO, ON  M5J 2J5

| | |
|---|---|
| Opening balance on October 30, 2009 | $15,028,982.57 |
| Total deposits & credits (2) | + 95,905.92 |
| Total cheques & debits (0) | - 0.00 |
| **Closing balance on November 30, 2009** | **= $15,124,888.49** |

## Account Activity Details

| Date | Description | Cheques & Debits ($) | Deposits & Credits ($) | Balance ($) |
|---|---|---|---|---|
| | Opening balance | | | 15,028,982.57 |
| 03 Nov | DEPINT-Oct2009 | | 1,040.41 | 15,030,022.98 |
| 30 Nov | Funds transfer credit  NONREF | | 94,865.51 | 15,124,888.49 |
| | Closing balance | | | 15,124,888.49 |

**Deposit Interest Earned:  $1,040.41**

Please check this Account Statement without delay and advise us of any error or omission within 45 days of the statement date.
An image included on this Account Statement does not indicate that a cheque has been successfully processed as of the statement date.
Please retain this statement for your records.  Additional copies will be subject to a nominal fee.
®Registered trademarks of Royal Bank of Canada.
Royal Bank of Canada GST Registration Number: R105248165.