# EXHIBIT 2

**United States Bankruptcy Court/Southern District of New York**
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| | |
|---|---|
| In Re: Lehman Brothers Holdings Inc., et al. Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
| Name of Debtor Against Which Claim is Held Lehman Brothers Holdings Inc. | Case No. of Debtor 08-13555 |

# PROOF OF CLAIM

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side).

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

ROYAL BANK OF CANADA
14TH FLOOR, NORTH TOWER
200 BAY STREET, ROYAL BANK PLAZA
TORONTO, ONTARIO   M5J 2J5
RBC LAW GROUP
ATTN: EMILY JELICH, ASSISTANT GENERAL COUNSEL

Telephone number: 416-974-5526    Email Address: Emily.Jelich@rbccm.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____ (If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number: _____    Email Address: _____

1. **Amount of Claim as of Date Case Filed:** $ 116,376,702.89 +unliqdtd. amts

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
☑ Check this box if all or part of your claim is based on a Derivative Contract.*
☑ Check this box if all or part of your claim is based on a Guarantee.*

*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.

☑ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. **Basis for Claim:** Guarantee of RBC ISDA with LBIE
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____
3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe: _____
Value of Property: $_____ Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____ Basis for perfection: _____
**Amount of Secured Claim:** $_____ **Amount Unsecured:** $_____

6. **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $_____
(See instruction #6 on reverse side.)

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:
See Derivatives and Guarantee Questionnaires to be filled out online by Oct. 22, 2009

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**Amount entitled to priority:**
$_____

**FOR COURT USE ONLY**

FILED / RECEIVED
SEP 16 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

Date: 9/11/09

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Emily Jelich
VP & Associate General Counsel

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# POWER OF ATTORNEY

**KNOW ALL MEN BY THESE PRESENTS THAT** Royal Bank of Canada (hereinafter referred to as the "Bank"), a body corporate duly incorporated by Chapter 59 of the Acts of Parliament of Canada for the year 1869 and governed by the provisions of the Bank Act, being S.C. 1991, c. 46, as amended, do hereby make, constitute and appoint any one of the following persons:

> Emily Jelich
> *Vice President & Assistant General Counsel*

as the true and lawful Attorney(s)-in-Fact of the Bank, acting individually, to execute and deliver in the name of and on behalf of the Bank any and all agreements, acknowledgements or other documents or instruments relating to the any document related to the insolvency of Lehman Brothers Holdings Inc. or any of its related or affiliated companies (the "Debtors"), including filing of proofs of claim or other materials to deal with claims by the Bank against the Debtors or claims against the Bank by the Debtors, to be in such form as the above-appointed Attorney(s)-in-Fact may determine in their sole and absolute discretion, as evidenced by the execution thereof.

The Bank hereby ratifies and confirms all that the said Attorney(s)-in-Fact may have done or caused to be done or do or cause to be done by virtue hereof.

**IN WITNESS WHEREOF** the duly authorized representatives have duly executed this Power of Attorney as of 11th day of September, 2009.

ROYAL BANK OF CANADA

per: _____

Bruce Campbell
Senior Vice President
Royal Bank of Canada

per: _____

Bis Mukerji
Vice President
Royal Bank of Canada

## ATTACHMENT TO PROOF OF CLAIM

**Royal Bank of Canada** (the "Claimant") hereby asserts this claim against **Lehman Brothers Holdings Inc.** (the "Debtor").

### Background

Claimant and Lehman Brothers International (Europe) ("LBIE") entered into that certain ISDA Master Agreement (together with all schedules, annexes and confirmations thereto, the "ISDA Master Agreement"). Pursuant to the ISDA Master Agreement, Claimant and LBIE contemplated entering into one or more derivative transactions (collectively, the "Transactions"). Claimant has terminated the ISDA Master Agreement. Payment of all amounts due to Claimant in connection with the Transactions was guaranteed by Debtor pursuant to a separate guaranty agreement (the "Guaranty").

### Documents to be Produced in Conjunction with Completion of Derivative Questionnaire and Guaranty Questionnaire

A copy of the Guaranty will be filed electronically as part of the Guaranty Questionnaire on or before October 22, 2009 as required by the Court's Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing Deadline for Filing Proofs of Claim, Approving the Form and Manner of Notice Thereof and Approving the Proof of Claim Form, dated July 2, 2009 (the "Bar Order"). Copies of the ISDA Master Agreement, the termination notice, other supporting documentation and information supporting the amount claimed herein, will be filed in electronic form on the Derivative Questionnaire (such electronic filing, together with the Guaranty Questionnaire, the Derivative Questionnaire and this proof of claim, the "Proof of Claim") as required by the Bar Order.

### Miscellaneous

Claimant expressly reserves the right to (a) amend or supplement the Proof of Claim or to file additional proofs of claim at any time for any reason, including to increase or otherwise

amend the amount claimed herein because of new information or for any other reason; and (b) to submit further evidence in support of the Proof of Claim.

The filing of the Proof of Claim is not, and shall not, be deemed or construed as (a) a waiver of, or other limitation on, any rights or remedies relative to the amounts sought herein, at law or in equity; (b) a waiver or release of, or any other limitation on, Claimant's right to trial by jury; or (c) a waiver or release of, or any other limitation on Claimant's right to have any orders entered only after de novo review by a United States District Judge.

Claimant does not waive any setoff rights, lien rights, rights of recoupment, or other similar rights that it has or may have against Debtor or any other entity and expressly reserves all such rights.

Claimant requests that all notices, pleadings and communications of any kind regarding the Proof of Claim be given to and served upon (a) Royal Bank of Canada, 14th Floor, North Tower, 200 Bay Street, Royal Bank Plaza, Toronto, Ontario, Canada MJ5 2J5, RBC Law Group, Attn: Emily Jelich, Assistant General Counsel; and (b) Katten Muchin Rosenman LLP, 575 Madison Avenue, New York, New York 10022, Attn: Jeff J. Friedman, (212) 940-8800.