Christopher R. Belmonte, Esq.
Abigail Snow, Esq.
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue, Suite 1130
New York, New York 10169
(212) 818-9200

*Counsel for Latshaw Drilling Company, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors, | Jointly Administered |

**CERTIFICATE OF SERVICE**

   I hereby certify that on February 24, 2010, I caused to be electronically filed the "Response of Latshaw Drilling Company, LLC to Debtors' Objection to Proof of Claim No. 18346" with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to the parties registered for electronic service via the Court's electronic transmission facilities.

   And, I hereby further certify that on February 24, 2010, I sent the aforementioned document by email to:

    John Strasburger, Esq. at john.strasburger@weil.com
    Jacqueline Marcus, Esq. at jacqueline.marcus@weil.com
    Dennis F. Dunne, Esq. at ddunne@milbank.com
    Dennis O'Donnell, Esq. at dodonnell@milbank.com

   and caused it to be mailed by the United States Postal Service, first class mail, to the following parties:

    John Strasburger, Esq.
    Jacqueline Marcus, Esq.
    Weil, Gotshal & Manges LLP
    *Attorneys for the Debtors*
    767 Fifth Avenue
    New York, New York 10153

796267_1

        Andy Velez-Rivera, Esq.
        Paul Schwartzberg, Esq.
        Brian S. Masumoto, Esq.
        Linda Riffkin, Esq.
        Tracy Hope Davis; Esq.
        Office of the United States Trustee
        33 Whitehall Street, 21st Floor
        New York, New York 10004

        Dennis F. Dunne, Esq.
        Dennis O'Donnell, Esq.
        Evan Fleck, Esq.
        Milbank, Tweed,Hadley & McCloy LLP
        *Attorneys for the Official Committee of*
        *Unsecured Creditors*
        1 Chase Manhattan Plaza
        New York, New York 10005

Dated: New York, New York
       February 25, 2010

                                   /s/ Abigail Snow
                                Abigail Snow, Esq.
                                SATTERLEE STEPHENS BURKE &
                                BURKE LLP
                                230 Park Avenue, Suite 1130
                                New York, New York 10169
                                (212) 818-9200

796267_1

## SERVICE LIST

| Entity | Mailing Address | Facsimile No. |
|---|---|---|
| Sutherland Developments Ltd.<br>Nelson Meyers<br>Edward Zederayko<br>Ruscan International Inc. | c/o Richard M. Harding & Associates<br>#300, 1121 Centre St. N<br>Calgary, Alberta T2E 7K6<br>Canada | By email to rmharding@shaw.ca |
| Zhoda Corp. | 435 4 Ave SW #260<br>Calgary AB, T2P 3A8 | – – – |
| Zhoda 2001 Corp. | c/o Shelton Canada Corp.<br>1500 Manulife Place<br>10180 – 101 Street<br>Edmonton, AB., Canada T5J 4K1 | 780.423.8522 |
| Kroes Energy Inc. | 1840-444 5 Ave SW<br>Calgary, AB T2P 2T8, Canada | (403) 265-7733 |
| Zhoda Corp.<br>Zhoda 2001 Corp.<br>Kroes Energy Inc. | c/o Sacha A. Fedora, Esq.<br>Dunphy Best Blocksom LLP<br>2100 First Alberta Place<br>777 - 8th Ave. S.W.<br>Calgary Alberta T2P 3RS<br>Canada | – – – |
| Kredittilsynet | P.O. Box 100 Bryn<br>N-0611 Oslo, Norway | 011 47 22 63 02 26 |
| Jardine Lloyd Thompson Canada Inc. | Christiaan van Blommestein<br>Senior Vice President<br>Natural Resources and Construction<br>Jardine Lloyd Thompson Canada Inc.<br>220 - 12th Avenue SW, Suite 400<br>Calgary, Alberta T2R 0E9<br>CANADA | 403 264 8608 |
| Grosvenor West End Properties | Grosvenor Group Limited<br>70 Grosvenor Street<br>London W1K 3JP, UK<br>T:+44 (0) 20 7408 0988<br>F:+44 (0) 20 7629 9115 | – – – |
| US Trustee | Brian S. Masumoto, Esq.<br>Office of the U.S. Trustee<br>33 Whitehall Street, 21st Floor<br>New York NY 10004 | – – – |

796267_1