**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, New York 10178
Tel: (212) 309-6000
Fax: (212) 309-60001
Howard S. Beltzer, Esq.
Karen Gartenberg, Esq.

Attorneys for BNP Paribas and Affiliates

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| LEHMAN BROTHERS HOLDINGS INC., et al., | : Case No. 08-13555 (JMP) |
| | : |
| Debtors. | : Jointly Administered |

-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

     I hereby certify that on February 25, 2010, a true and correct copy of the foregoing *Limited Objection by BNP Paribas and Affiliates to the Debtors' Second and Fourth Omnibus Objections to Claims (Amended and Superseded Claims)* was served electronically through the Court's ECF System on parties requesting electronic service and by overnight mail to the following persons at the following addresses:

Honorable James M. Peck
United States Bankruptcy Court
Alexander Hamilton Custom House
Courtroom 601
One Bowling Green
New York, New York 10004

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Andy Velez-Rivera, Esq.
     Paul Schwartzberg, Esq.
     Brian Masumoto, Esq.
     Linda Riffkin, Esq.
     Tracy Hope Davis, Esq.

DB1/64447716.1

Shai Waisman, Esq.
Jacqueline Marcus, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy
1 Chase Manhattan Plaza
New York, New York 10005

Dated: New York, New York        /s/ Kim Raulsome
       February 25, 2010         Kim Raulsome

DB1/64447716.1