# United States Bankruptcy Court

## Southern District of New York

In re Lehman Brothers Holding Inc., et al.,    Case Nos. 08-13555
                                                Jointly Administered

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| TACONIC CAPITAL PARTNERS 1.5 L.P. | MERRILL LYNCH CREDIT PRODUCTS, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Court Claim #: 16060 in the aggregate amount of $14,914,322.00

Amount of Transferred Claim: $2,237,149.00 which is 15.00% of $14,914,322.00

Name and Address where notices to Transferee should be sent:

Taconic Capital Partners 1.5 L.P.
c/o Taconic Capital Advisors L.P.
450 Park Avenue
New York, NY 10022
Attn: Tim Andriks
Tel: (212) 209-3189
Email: tandriks@taconiccap.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Taconic Capital Partners 1.5 L.P.
By: Taconic Capital Advisors L.P. as Investment Advisor

By: [signature]
Name: Jon Jachman
Title: Principal

Date: 1-24-10

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Merrill Lynch Credit Products, LLC

Merrill Lynch Credit Products, LLC, with offices located at c/o Bank of America Merrill Lynch, Bank of America Tower, 3rd Floor, One Bryant Park, New York, NY 10036 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Taconic Capital Partners 1.5 L.P., its successors and assigns, with offices located at 450 Park Avenue, New York, NY 10022 ("Buyer"), a portion of all right, title and interest in and to the claims of Seller (originally held by Abaxbank S.p.A.) against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $2,237,149.00, docketed as Claim No. 16060 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 16 day of February, 2010.

MERRILL LYNCH CREDIT PRODUCTS, LLC

WITNESS:

/s/ _____
(Signature)
Name:
Title: Gary S. Cohen
(Print name and title of witness)

By: _____
(Signature of authorized corporate officer)
Name: Ronald Tooks
Title: Vice President
Tel.: 646 855-7450

TACONIC CAPITAL PARTNERS 1.5 L.P.
By: Taconic Capital Advisors L.P., as Investment Advisor

WITNESS:

_____
(Signature)
Name:
Title:
(Print name and title of witness)

By: _____
(Signature of authorized corporate officer)
Name:
Title:
Tel.:

- 10 -

12881803.2

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Merrill Lynch Credit Products, LLC

Merrill Lynch Credit Products, LLC, with offices located at c/o Bank of America Merrill Lynch, Bank of America Tower, 3rd Floor, One Bryant Park, New York, NY 10036 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Taconic Capital Partners 1.5 L.P., its successors and assigns, with offices located at 450 Park Avenue, New York, NY 10022 ("Buyer"), a portion of all right, title and interest in and to the claims of Seller (originally held by Abaxbank S.p.A.) against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $2,237,149.00, docketed as Claim No. 16060 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the ____ day of February, 2010.

MERRILL LYNCH CREDIT PRODUCTS, LLC

WITNESS:

_____          By: _____
(Signature)                          (Signature of authorized corporate officer)
Name:                                Name:
Title:                               Title:
(Print name and title of witness)    Tel.:


TACONIC CAPITAL PARTNERS 1.5 L.P.
By: Taconic Capital Advisors L.P., as Investment Advisor

WITNESS:
                                     By: _____Kevin Kavanagh_____
_____           (Signature of authorized corporate officer)
(Signature)                                                      Principal
Name:                                Name:
Title:                               Title:
(Print name and title of witness)    Tel.:

12881803.2