B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
Southern District Of New York

In re Lehman Brothers Holdings Inc.,            Case No. 08-13555 (JMP)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| Serengeti Partners LP | Longacre Opportunity Fund, L.P. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Serengeti Partners LP
c/o Serengeti Asset Management LP
632 Broadway, 12th Floor
New York, NY 10012
Attn: Shaker Choudhury

Phone: 212-672-2248
Last Four Digits of Acct #:

Court Claim # (if known): 35434 (40% of such claim)
Amount of Claim as filed: $2,534,694.27
Amount of Claim Transferred: $1,013,877.71
Date Claim Filed: September 29, 2009

Phone: 212-259-4305
Last Four Digits of Acct. #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 2/8/2010
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

### EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:      United States Bankruptcy Court – Southern District of New York
         One Bowling Green
         New York, NY 10004
         Attn:   Clerk

AND TO:  Lehman Brothers Holdings Inc. ("Debtor")
         Case No. 08-13555

Claim #  35434 (40% of such claim)

LONGACRE OPPORTUNITY FUND, L.P., ASSIGNEE OF HILLSIDE APEX FUND LIMITED, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

    SERENGETI PARTNERS LP
    c/o Serengeti Asset Management LP
    632 Broadway, 12th Floor
    New York, NY 10012
    Attn:   Shaker Choudhury

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller in the amount of $1,013,877.71 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated December 22, 2009.

SERENGETI PARTNERS LP                         LONGACRE OPPORTUNITY FUND, L.P.
By Serengeti Asset Management LP,             By Longacre Opportunity Management, LLC
as the Investment Adviser                     its General Partner

By: _____                   By: _____
Name:  Wai-Yen Lau                            Name:  Vladimir Jelisavcic
Title: Director                               Title: Manager

564654.1/2731-00007