**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                                 :
In re                                              :   Chapter 11 Case No.
                                                                 :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**   :   08-13555 (JMP)
                                                                 :
                    Debtors.                       :   (Jointly Administered)
                                                                 :
-----------------------------------------------------------------x   Ref. Docket Nos. 7157-7160

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 19, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    /s/ Paul Belobritsky
Sworn to before me this                             Paul Belobritsky
25th day of February, 2010

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

T:\Clients\LBH\Affidavits\Transfers 7157-7160_Aff 02-19-10.doc

**EXHIBIT "A"**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
In re                                         | Chapter 11 Case No.
                                              |
LEHMAN BROTHERS HOLDINGS INC., et al.,        | 08-13555 (JMP)
                                              |
                                              | (Jointly Administered)
         Debtors.                             |
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  NESTE OIL OYJ                                NESTE OIL OYJ
     CORPORATE RISK MANAGEMENT                    JOHN C. LAMASTER, ESQ.
     ATTN: MARJA MAKI                             DEWEY & LEBOEUF
     KEILARANTA 21, ESPOO                         1 MINSTER COURT
     POB 95 FIN-00095 NESTE OIL                   MINCING LANE
     FINLAND                                      LONDON EC3R 7YL ENGLAND
```

Please note that your claim # 13099 in the above referenced case and in the amount of
        $836,012.50         has been transferred **(unless previously expunged by court order)**

```
     LONGACRE OPPORTUNITY FUND, L.P.
     TRANSFEROR: NESTE OIL OYJ
     810 SEVENTH AVENUE, 33RD FLOOR
     ATTN: VLADIMIR JELISAVCIC
     NEW YORK NY 10019
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 7157       in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/19/2010                        Vito Genna, Clerk of Court

                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 19, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                           |
In re                                      |   Chapter 11 Case No.
                                           |
LEHMAN BROTHERS HOLDINGS INC., et al.,     |   08-13555 (JMP)
                                           |
                                           |   (Jointly Administered)
            Debtors.                       |
                                           |
_____|

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  ABAXBANK S.P.A.
             ATTN: SIMONA LOCATELLI
             CORSO MONFORETE, 34
             MILANO    20122
             ITALY

Please note that your claim # 16059 in the above referenced case and in the amount of
        $14,580,223.00        has been transferred **(unless previously expunged by court order)**

             MERRILL LYNCH CREDIT PRODUCTS, LLC
             TRANSFEROR: ABAXBANK S.P.A.
             C/O BANK OF AMERICA MERRILL LYNCH
             BANK OF AMERICA TOWER - 3RD FL
             ONE BRYANT PARK
             ATTN: GARY S. COHEN, RONAL TOROK
             NEW YORK NY 10036

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7158        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/19/2010                            Vito Genna, Clerk of Court


                                            /s/ Paul Belobritsky
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 19, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                            |
In re                                       |   Chapter 11 Case No.
                                            |
LEHMAN BROTHERS HOLDINGS INC., et al.,      |   08-13555 (JMP)
                                            |
                                            |   (Jointly Administered)
            Debtors.                        |
                                            |
_____|

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  ABAXBANK S.P.A.
             ATTN: SIMONA LOCATELLI
             CORSO MONFORETE, 34
             MILANO     20122
             ITALY

Please note that your claim # 16060 in the above referenced case and in the amount of
        $14,914,322.00        has been transferred **(unless previously expunged by court order)**

             MERRILL LYNCH CREDIT PRODUCTS, LLC
             TRANSFEROR: ABAXBANK S.P.A.
             C/O BANK OF AMERICA MERRILL LYNCH
             BANK OF AMERICA TOWER - 3RD FL
             ONE BRYANT PARK
             ATTN: GARY S. COHEN, RONAL TOROK
             NEW YORK NY 10036

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7159     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/19/2010                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 19, 2010.

```
_____
                                                  |
In re                                             |   Chapter 11 Case No.
                                                  |
                                                  |   08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,            |
                                                  |   (Jointly Administered)
                                                  |
            Debtors.                              |
                                                  |
_____|
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   ABAXBANK S.P.A.
              ATTN: SIMONA LOCATELLI, CORSO MONFORTE 34
              MILANO    20122
              ITALY

Please note that your claim # 16062 in the above referenced case and in the amount of
        $14,568,878.00           has been transferred **(unless previously expunged by court order)**

              MERRILL LYNCH CREDIT PRODUCTS, LLC
              TRANSFEROR: ABAXBANK S.P.A.
              C/O BANK OF AMERICA MERRILL LYNCH
              BANK OF AMERICA TOWER - 3RD FL
              ONE BRYANT PARK
              ATTN: GARY S. COHEN, RONOL TOROK
              NEW YORK NY 10036

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7160      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/19/2010                       Vito Genna, Clerk of Court


                                       /s/ Paul Belobritsky
                                       _____
                                       By: Epiq Bankruptcy Solutions, LLC
                                           as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 19, 2010.

# EXHIBIT "B"

```
TIME: 15:58:31                                              LEHMAN BROTHERS HOLDING INC.                                                    PAGE:   1
DATE: 02/19/10                                                   CREDITOR LISTING

Name                                Address
ABAXBANK S.P.A.                     ATTN: SIMONA LOCATELLI CORSO MONFORETE, 34 MILANO  20122 ITALY
ABAXBANK S.P.A.                     ATTN: SIMONA LOCATELLI, CORSO MONFORTE 34 MILANO  20122 ITALY
LONGACRE OPPORTUNITY FUND, L.P.     TRANSFEROR: NESTE OIL OYJ 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK NY 10019
MERRILL LYNCH CREDIT PRODUCTS, LLC  TRANSFEROR: ABAXBANK S.P.A. C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER - 3RD FL ONE BRYANT PARK ATTN: GARY S. COHEN, ROYAL
MERRILL LYNCH CREDIT PRODUCTS, LLC  TRANSFEROR: ABAXBANK S.P.A. C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER - 3RD FL ONE BRYANT PARK ATTN: GARY S. COHEN, ROYAL
NESTE OIL OYJ                       CORPORATE RISK MANAGEMENT ATTN: MARJA MAKI KEILARANTA 21, ESPOO POB 95 FIN-00095 NESTE OIL FINLAND
NESTE OIL OYJ                       JOHN C. LAMASTER, ESQ. DEWEY & LEBOEUF 1 MINSTER COURT MINCING LANE LONDON  EC3R 7YL ENGLAND


Total Number of Records Printed       7


                                                                                                                                  EPIQ BANKRUPTCY SOLUTIONS, LLC
```

# EXHIBIT "C"

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153