**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                                                        :
In re                                                   :        **Chapter 11 Case No.**
                                                        :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,            :        **08-13555 (JMP)**
                                                        :
                    Debtors.                            :        **(Jointly Administered)**
                                                        :
------------------------------------------------------------------------x        **Ref. Docket Nos. 7174, 7179, 7180,**
                                                                 **7183, 7187, 7188, 7194, 7201, 7202**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK         )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York,
    New York 10017.  I am over the age of eighteen years and am not a party to the above-
    captioned action.

2.  On February 22, 2010, I caused to be served personalized "Notice of Transfer of Claim
    Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are
    annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized
    Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first
    class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies
    of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be
    delivered by first class mail to the party listed on the annexed Exhibit "C".

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."


                                                        /s/ Paul Belobritsky
                                                        Paul Belobritsky
Sworn to before me this
25th day of February, 2010
/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**EXHIBIT "A"**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                              |
In re                         |    Chapter 11 Case No.
                              |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |   08-13555 (JMP)
                              |
                              |    (Jointly Administered)
              Debtors.        |
                              |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  HIGO BANK, LTD, THE
         10-2, KYOBASHI 2-CHOME
         CHUO-KU
         TOKYO    104-0031
         JAPAN
```

Please note that your claim # 47718 in the above referenced case and in the amount of
$9,582,743.74        has been transferred **(unless previously expunged by court order)**

```
    MERRILL LYNCH JAPAN SECURITIES CO. LTD
    TRANSFEROR: HIGO BANK, LTD, THE
    NIHONBASHI 1-CHOME BUILDING
    1-4-1 NIHONBASHI, CHUO-KU
    TOKYO    103-8230
    JAPAN
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7174        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/22/2010                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 22, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                        |
In re                                   |     Chapter 11 Case No.
                                        |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |     08-13555 (JMP)
                                        |
                                        |     (Jointly Administered)
                     Debtors.           |
                                        |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
        To:  HIGO BANK, LTD., THE
             10-2, KYOBASHI 2-CHOME
             CHUO-KU
             TOKYO    104-0031
             JAPAN
```

Please note that your claim # 47717 in the above referenced case and in the amount of
      $9,582,743.74       has been transferred **(unless previously expunged by court order)**

```
        MERRILL LYNCH JAPAN SECURITIES CO. LTD
        TRANSFEROR: HIGO BANK, LTD., THE
        NIHONBASHI 1-CHOME BUILDING
        1-4-1 NIHONBASHI, CHUO-KU
        TOKYO    103-8230
        JAPAN
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
        UNITED STATES BANKRUPTCY COURT
        Southern District of New York
        One Bowling Green
        New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7174       in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/22/2010                               Vito Genna, Clerk of Court


                                               /s/ Paul Belobritsky
                                               _____
                                               By: Epiq Bankruptcy Solutions, LLC
                                                   as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 22, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  MERRILL LYNCH, PIERCE, FENNER & SMITH INC
         TRANSFEROR: BANK OF AMERICA MEXICO, S.A.
         C/O BANK OF AMERICA, NA
         LEGAL DEPARTMENT
         ONE BRYANT PARK, 18TH FL
         ATTN: JAMES HSU, C/O ROSEANN VALENTI
         NEW YORK NY 10036

Please note that your claim # 13114 in the above referenced case and in the amount of
      $11,296,761.37        has been transferred **(unless previously expunged by court order)**

         MERRILL LYNCH INTERNATIONAL
         TRANSFEROR: MERRILL LYNCH, PIERCE, FENNER & SMITH INC
         WARWICK COURT
         2 KING EDWARD STREET
         ATTN: JAMES RUSSELL
         LONDON     EC1A 1HQ
         UNITED KINGDON

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

         UNITED STATES BANKRUPTCY COURT
         Southern District of New York
         One Bowling Green
         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7194     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/22/2010                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 22, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

                                    |
In re                               |    Chapter 11 Case No.
                                    |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                                    |
                                    |    (Jointly Administered)
                Debtors.            |
                                    |
_____

                **NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
                          **BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

          To:  ESCA CO., LTD
               7-1 TSUBAKI-CHO, NAKAMURA-KU, NAGOYA-SHI
               AICHI-KEN   453-0015
               JAPAN

Please note that your claim # 56114 in the above referenced case and in the amount of
          $3,957,017.09        has been transferred **(unless previously expunged by court order)**

          MERRILL LYNCH JAPAN SECURITIES CO. LTD
          TRANSFEROR: ESCA CO., LTD
          NIHONBASHI 1-CHOME BUILDING
          1-4-1 NIHONBASHI, CHUO-KU
          TOKYO    103-8230
          JAPAN

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7202       in your objection.
If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/22/2010                         Vito Genna, Clerk of Court


                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 22, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                        |
In re                                   |    Chapter 11 Case No.
                                        |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                                        |
                                        |    (Jointly Administered)
             Debtors.                   |
                                        |
_____ |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
     To:  ESCA CO ., LTD
          7-1, TSUBAKI-CHO, NAKAMURA-KU
          NAGOYA-SHI, AICHI-KEN    453-0015
          JAPAN
```

Please note that your claim # 51293 in the above referenced case and in the amount of
     $3,957,017.09        has been transferred **(unless previously expunged by court order)**

```
          MERRILL LYNCH JAPAN SECURITIES CO. LTD
          TRANSFEROR: ESCA CO ., LTD
          NIHONBASHI 1-CHOME BUILDING
          1-4-1 NIHONBASHI, CHUO-KU
          TOKYO    103-8230
          JAPAN
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7202     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/22/2010                         Vito Genna, Clerk of Court


                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 22, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  MERRILL LYNCH JAPAN SECURITIES CO. LTD
             TRANSFEROR: HIGO BANK, LTD, THE
             NIHONBASHI 1-CHOME BUILDING
             1-4-1 NIHONBASHI, CHUO-KU
             TOKYO    103-8230
             JAPAN

Please note that your claim # 47718 in the above referenced case and in the amount of
        $9,582,743.74        has been transferred **(unless previously expunged by court order)**

             MERRILL LYNCH INTERNATIONAL
             TRANSFEROR: MERRILL LYNCH JAPAN SECURITIES CO. LTD
             WARWICK COURT
             2 KING EDWARD STREET
             LONDON    EC1A 1HQ
             UNITED KINGDON

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7179    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/22/2010                    Vito Genna, Clerk of Court


                                    /s/ Paul Belobritsky
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 22, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                      |
In re                                 |        Chapter 11 Case No.
                                      |
LEHMAN BROTHERS HOLDINGS INC., et al.,|        08-13555 (JMP)
                                      |
                                      |        (Jointly Administered)
                     Debtors.         |
                                      |
_____ |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  MERRILL LYNCH JAPAN SECURITIES CO. LTD
     TRANSFEROR: HIGO BANK, LTD., THE
     NIHONBASHI 1-CHOME BUILDING
     1-4-1 NIHONBASHI, CHUO-KU
     TOKYO    103-8230
     JAPAN
```

Please note that your claim # 47717 in the above referenced case and in the amount of
      $9,582,743.74        has been transferred **(unless previously expunged by court order)**

```
     MERRILL LYNCH INTERNATIONAL
     TRANSFEROR: MERRILL LYNCH JAPAN SECURITIES CO. LTD
     WARWICK COURT
     2 KING EDWARD STREET
     LONDON    EC1A 1HQ
     UNITED KINGDON
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7179        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/22/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 22, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                        |
In re                                   |   Chapter 11 Case No.
                                        |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |   08-13555 (JMP)
                                        |
                                        |   (Jointly Administered)
                Debtors.                |
                                        |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  MERRILL LYNCH JAPAN SECURITIES CO. LTD
             TRANSFEROR: THE HIGO BANK, LTD
             NIHONBASHI 1-CHOME BUILDING
             1-4-1 NIHONBASHI, CHUO-KU
             TOKYO    103-8230
             JAPAN

Please note that your claim # 3014 in the above referenced case and in the amount of
        $9,582,743.74        has been transferred **(unless previously expunged by court order)**

             MERRILL LYNCH INTERNATIONAL
             TRANSFEROR: MERRILL LYNCH JAPAN SECURITIES CO. LTD
             WARWICK COURT
             2 KING EDWARD STREET
             LONDON    EC1A 1HQ
             UNITED KINGDON

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7179      in your objection.
If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/22/2010                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 22, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  THE HIGO BANK, LTD
         10-2, KYOBASHI 2-CHOME, CHUO-KU
         TOKYO   104-0031
         JAPAN

Please note that your claim # 3014 in the above referenced case and in the amount of
    $9,582,743.74        has been transferred **(unless previously expunged by court order)**

    MERRILL LYNCH JAPAN SECURITIES CO. LTD
    TRANSFEROR: THE HIGO BANK, LTD
    NIHONBASHI 1-CHOME BUILDING
    1-4-1 NIHONBASHI, CHUO-KU
    TOKYO   103-8230
    JAPAN

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7174      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/22/2010                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 22, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                       |
In re                                  |    Chapter 11 Case No.
                                       |
LEHMAN BROTHERS HOLDINGS INC., et al., |    08-13555 (JMP)
                                       |
                                       |    (Jointly Administered)
                Debtors.               |
                                       |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GRUPO ACTINVER S.A DE C.V.                     GRUPO ACTINVER S.A DE C.V.
     GUILLERMO GONZALEZ CAMARENA 1200               LEE W. STREMBA, ESQ.
     PISO 10                                        TROUTMAN SANDERS LLP
     COLONIA CENTRO CIUDAD                          CHRYSLER BUILDING
     SANTE FE    DF 01210                           405 LEXINGTON AVENUE
     MEXICO                                         NEW YORK NY 10174

Please note that your claim # 13114 in the above referenced case and in the amount of
     $11,296,761.37       has been transferred **(unless previously expunged by court order)**

     BANK OF AMERICA MEXICO, S.A.
     TRANSFEROR: GRUPO ACTINVER S.A DE C.V.
     INSTITUCION DE BANCA MULTIPLE, GRUPO FINANCIERO BANK OF AMERICA
     PASEO DE LA REFORMA 265, PISO 22
     ATTN: 06500
     COL. CUAUHTEMOC    06500
     MEXICO D.F.

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7187       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/22/2010                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 22, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re                                          | Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         | 08-13555 (JMP)
                                               |
                                               | (Jointly Administered)
                                               |
                    Debtors.                   |
                                               |
_____

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  BANK OF AMERICA MEXICO, S.A.
             TRANSFEROR: GRUPO ACTINVER S.A DE C.V.
             INSTITUCION DE BANCA MULTIPLE, GRUPO FINANCIERO BANK OF AMERICA
             PASEO DE LA REFORMA 265, PISO 22
             ATTN: 06500
             COL. CUAUHTEMOC   06500
             MEXICO D.F.

Please note that your claim # 13114 in the above referenced case and in the amount of
        $11,296,761.37       has been transferred **(unless previously expunged by court order)**

        MERRILL LYNCH, PIERCE, FENNER & SMITH INC
        TRANSFEROR: BANK OF AMERICA MEXICO, S.A.
        C/O BANK OF AMERICA, NA
        LEGAL DEPARTMENT
        ONE BRYANT PARK, 18TH FL
        ATTN: JAMES HSU, C/O ROSEANN VALENTI
        NEW YORK NY 10036

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7188       in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/22/2010                      Vito Genna, Clerk of Court


                                      /s/ Paul Belobritsky
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 22, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                        |
In re                                   |     Chapter 11 Case No.
                                        |
                                        |     08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,  |
                                        |     (Jointly Administered)
                                        |
                 Debtors.               |
                                        |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   SPARBANKEN VASTRA MALARDALEN
              ATTN: RONNY OSKARSSON
              BOX 904
              KOPING    73129
              SWEDEN

Please note that your claim # 56951 in the above referenced case and in the amount of
      $1,499,812.00        has been transferred **(unless previously expunged by court order)**

              ALANDSBANKEN SVERIGE AB
              TRANSFEROR: SPARBANKEN VASTRA MALARDALEN
              C/O OPERATIONS
              STUREPLAN 19
              ATTN: ASA WIKSTROM
              STOCKHOLM     SE-107 81
              SWEDEN

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7180      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/22/2010                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 22, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re                               | Chapter 11 Case No.        |
|                                     |                            |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP)          |
|                                     | (Jointly Administered)     |
|                   Debtors.          |                            |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  MERRILL LYNCH INTERNATIONAL
             TRANSFEROR: MERRILL LYNCH JAPAN SECURITIES CO. LTD
             WARWICK COURT
             2 KING EDWARD STREET
             LONDON    EC1A 1HQ
             UNITED KINGDON

Please note that your claim # 47718 in the above referenced case and in the amount of
        $9,582,743.74        has been transferred **(unless previously expunged by court order)**

        BANC OF AMERICA SECURITIES LLC
        TRANSFEROR: MERRILL LYNCH INTERNATIONAL
        214 N TRYON STREET, NC1-027-14-01
        ATTN: JON BARNES
        CHARLOTTE NC 28255

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7183      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/22/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 22, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                         |
In re                                    |   Chapter 11 Case No.
                                         |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |   08-13555 (JMP)
                                         |
                                         |   (Jointly Administered)
              Debtors.                   |
                                         |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

> To:  MERRILL LYNCH INTERNATIONAL
>      TRANSFEROR: MERRILL LYNCH JAPAN SECURITIES CO. LTD
>      WARWICK COURT
>      2 KING EDWARD STREET
>      LONDON     EC1A 1HQ
>      UNITED KINGDON

Please note that your claim # 47717 in the above referenced case and in the amount of
         $9,582,743.74       has been transferred **(unless previously expunged by court order)**

> BANC OF AMERICA SECURITIES LLC
> TRANSFEROR: MERRILL LYNCH INTERNATIONAL
> 214 N TRYON STREET, NC1-027-14-01
> ATTN: JON BARNES
> CHARLOTTE NC 28255

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

> UNITED STATES BANKRUPTCY COURT
> Southern District of New York
> One Bowling Green
> New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7183      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/22/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 22, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re                                          |      Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         |      08-13555 (JMP)
                                               |
                                               |      (Jointly Administered)
                          Debtors.             |
_____

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  MERRILL LYNCH INTERNATIONAL
         TRANSFEROR: MERRILL LYNCH JAPAN SECURITIES CO. LTD
         WARWICK COURT
         2 KING EDWARD STREET
         LONDON    EC1A 1HQ
         UNITED KINGDON

Please note that your claim # 3014 in the above referenced case and in the amount of
      $9,582,743.74       has been transferred **(unless previously expunged by court order)**

         BANC OF AMERICA SECURITIES LLC
         TRANSFEROR: MERRILL LYNCH INTERNATIONAL
         214 N TRYON STREET, NC1-027-14-01
         ATTN: JON BARNES
         CHARLOTTE NC 28255

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7183       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/22/2010                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 22, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---------------------------------------

In re                                    |    Chapter 11 Case No.
                                         |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |    08-13555 (JMP)
                                         |
                                         |    (Jointly Administered)
                    Debtors.             |

---------------------------------------

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  MERRILL LYNCH INTERNATIONAL
             TRANSFEROR: MERRILL LYNCH, PIERCE, FENNER & SMITH INC
             WARWICK COURT
             2 KING EDWARD STREET
             ATTN: JAMES RUSSELL
             LONDON      EC1A 1HQ
             UNITED KINGDON

Please note that your claim # 13114 in the above referenced case and in the amount of
        $11,296,761.37       has been transferred **(unless previously expunged by court order)**

        BANC OF AMERICA SECURITIES LLC
        TRANSFEROR: MERRILL LYNCH INTERNATIONAL
        214 N TRYON STREET, NC1-027-14-01
        ATTN: JON BARNES
        CHARLOTTE NC 28255

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF**
**YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7201      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL**
**BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/22/2010                         Vito Genna, Clerk of Court


                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 22, 2010.

**EXHIBIT "B"**

TIME: 14:38:58
DATE: 02/22/10

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE:    1

| Name | Address |
|---|---|
| ALANDSBANKEN SVERIGE AB | TRANSFEROR: SPARBANKEN VASTRA MALARDALEN C/O OPERATIONS STUREPLAN 19 ATTN: ASA WIKSTROM STOCKHOLM   SE-107 81 SWEDEN |
| BANC OF AMERICA SECURITIES LLC | TRANSFEROR: MERRILL LYNCH INTERNATIONAL 214 N TRYON STREET, NC1-027-14-01 ATTN: JON BARNES CHARLOTTE NC 28255 |
| BANK OF AMERICA MEXICO, S.A. | TRANSFEROR: GRUPO ACTINVER S.A DE C.V. INSTITUCION DE BANCA MULTIPLE, GRUPO FINANCIERO BANK OF AMERICA PASEO DE LA REFORMA 265, PISO 2 |
| ESCA CO ., LTD | 7-1, TSUBAKI-CHO, NAKAMURA-KU NAGOYA-SHI, AICHI-KEN  453-0015 JAPAN |
| ESCA CO., LTD | 7-1 TSUBAKI-CHO, NAKAMURA-KU, NAGOYA-SHI AICHI-KEN  453-0015 JAPAN |
| GRUPO ACTINVER S.A DE C.V. | GUILLERMO GONZALEZ CAMARENA 1200 PISO 10 COLONIA CENTRO CIUDAD SANTE FE  DF 01210 MEXICO |
| GRUPO ACTINVER S.A DE C.V. | LEE W. STREMBA, ESQ. TROUTMAN SANDERS LLP CHRYSLER BUILDING 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| HIGO BANK, LTD, THE | 10-2, KYOBASHI 2-CHOME CHUO-KU TOKYO  104-0031 JAPAN |
| HIGO BANK, LTD., THE | 10-2, KYOBASHI 2-CHOME CHUO-KU TOKYO  104-0031 JAPAN |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: MERRILL LYNCH JAPAN SECURITIES CO. LTD WARWICK COURT 2 KING EDWARD STREET LONDON    EC1A 1HQ UNITED KINGDON |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: MERRILL LYNCH, PIERCE, FENNER & SMITH INC WARWICK COURT 2 KING EDWARD STREET ATTN: JAMES RUSSELL LONDON  EC1A 1HQ UNITED |
| MERRILL LYNCH JAPAN SECURITIES CO. LTD | TRANSFEROR: ESCA CO ., LTD NIHONBASHI 1-CHOME BUILDING 1-4-1 NIHONBASHI, CHUO-KU TOKYO  103-8230 JAPAN |
| MERRILL LYNCH JAPAN SECURITIES CO. LTD | TRANSFEROR: ESCA CO., LTD NIHONBASHI 1-CHOME BUILDING 1-4-1 NIHONBASHI, CHUO-KU TOKYO  103-8230 JAPAN |
| MERRILL LYNCH JAPAN SECURITIES CO. LTD | TRANSFEROR: HIGO BANK, LTD, THE NIHONBASHI 1-CHOME BUILDING 1-4-1 NIHONBASHI, CHUO-KU TOKYO  103-8230 JAPAN |
| MERRILL LYNCH JAPAN SECURITIES CO. LTD | TRANSFEROR: HIGO BANK, LTD., THE NIHONBASHI 1-CHOME BUILDING 1-4-1 NIHONBASHI, CHUO-KU TOKYO  103-8230 JAPAN |
| MERRILL LYNCH JAPAN SECURITIES CO. LTD | TRANSFEROR: THE HIGO BANK, LTD NIHONBASHI 1-CHOME BUILDING 1-4-1 NIHONBASHI, CHUO-KU TOKYO  103-8230 JAPAN |
| MERRILL LYNCH, PIERCE, FENNER & SMITH INC | TRANSFEROR: BANK OF AMERICA MEXICO, S.A. C/O BANK OF AMERICA, NA LEGAL DEPARTMENT ONE BRYANT PARK, 18TH FL ATTN: JAMES HSU, C/O ROSEANN |
| SPARBANKEN VASTRA MALARDALEN | ATTN: RONNY OSKARSSON BOX 904 KOPING  73129 SWEDEN |
| THE HIGO BANK, LTD | 10-2, KYOBASHI 2-CHOME, CHUO-KU TOKYO  104-0031 JAPAN |

Total Number of Records Printed      19

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT "C"**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153