**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
                                          :
In re                                     :          **Chapter 11 Case No.**
                                          :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :          **08-13555 (JMP)**
                                          :
              Debtors.                    :          **(Jointly Administered)**
                                          :
------------------------------------------------------------------------x    **Ref. Docket Nos. 7202, 7206, 7207,**
                                                     **7214-7218, 7223, 7225**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On February 23, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                             /s/ Paul Belobritsky
                                             Paul Belobritsky
Sworn to before me this
25th day of February, 2010
/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**EXHIBIT "A"**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GULF STREAM - SEXTANT CLO 2006-1, LTD.                    GULF STREAM - SEXTANT CLO 2006-1, LTD.
     C/O GULF STREAM ASSET MANAGEMENT LLC                     ANDREW SHAFFER
     ATTN: BARRY K. LOVE                                       MAYER BROWN LLP
     THE ROTUNDA BUILDING, SUITE 475                           1675 BROADWAY
     4201 CONGRESS STREET                                      NEW YORK NY 10019
     CHARLOTTE NC 28209

Please note that your claim # 19145 in the above referenced case and in the amount of
     $3,336,027.00       has been transferred **(unless previously expunged by court order)**

DEUTSCHE BANK AG, LONDON BRANCH
TRANSFEROR: GULF STREAM - SEXTANT CLO 2006-1, LTD.
ATTN: JEFFREY OLINSKY
60 WALL ST., 3RD FLOOR
NEW YORK NY 10005

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7215       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/23/2010                              Vito Genna, Clerk of Court

                                              /s/ Paul Belobritsky
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 23, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                       |
In re                                  |    Chapter 11 Case No.
                                       |
LEHMAN BROTHERS HOLDINGS INC., et al., |    08-13555 (JMP)
                                       |
                                       |    (Jointly Administered)
               Debtors.                |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GULF STREAM - SEXTANT CLO 2006-1, LTD.          GULF STREAM - SEXTANT CLO 2006-1, LTD.
     C/O GULF STREAM ASSET MANAGEMENT LLC            ANDREW SHAFFER
     ATTN: BARRY K. LOVE                             MAYER BROWN LLP
     THE ROTUNDA BUILDING, SUITE 475                 1675 BROADWAY
     4201 CONGRESS STREET                            NEW YORK NY 10019
     CHARLOTTE NC 28209

Please note that your claim # 19146 in the above referenced case and in the amount of
     $3,336,027.00        has been transferred (**unless previously expunged by court order**)

          DEUTSCHE BANK AG, LONDON BRANCH
          TRANSFEROR: GULF STREAM - SEXTANT CLO 2006-1, LTD.
          ATTN: JEFFREY OLINSKY
          60 WALL ST., 3RD FLOOR
          NEW YORK NY 10005

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7215        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/23/2010                            Vito Genna, Clerk of Court


                                            /s/ Paul Belobritsky
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 23, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                              |
In re                         |    Chapter 11 Case No.
                              |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                              |
                              |    (Jointly Administered)
              Debtors.        |
_____|
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GULF STREAM - SEXTANT CLO 2006-1, LTD.                     GULF STREAM - SEXTANT CLO 2006-1, LTD.
     ATTN: BARRY K. LOVE                                        MAYER BROWN LLP
     GULF STREAM ASSET MANAGEMENT LLC                           ATTN: ANDREW SHAFFER
     THE ROTUNDA BUILDING                                       1675 BROADWAY
     4201 CONGRESS STREET, SUITE 475                            NEW YORK NY 10019-5820
     CHARLOTTE NC 28209

Please note that your claim # 66094 in the above referenced case and in the amount of
     $3,336,027.00       has been transferred **(unless previously expunged by court order)**

     DEUTSCHE BANK AG, LONDON BRANCH
     TRANSFEROR: GULF STREAM - SEXTANT CLO 2006-1, LTD.
     ATTN: JEFFREY OLINSKY
     60 WALL ST., 3RD FLOOR
     NEW YORK NY 10005

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7215      in your objection.
If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/23/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 23, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:    GULF STREAM - SEXTANT CLO 2006-1, LTD.          GULF STREAM - SEXTANT CLO 2006-1, LTD.
       ATTN: BARRY K. LOVE                             MAYER BROWN LLP
       GULF STREAM ASSET MANAGEMENT LLC                ATTN: ANDREW SHAFFER
       THE ROTUNDA BUILDING                            1675 BROADWAY
       4201 CONGRESS STREET, SUITE 475                 NEW YORK NY 10019-5820
       CHARLOTTE NC 28209

Please note that your claim # 66095 in the above referenced case and in the amount of
        $3,336,027.00          has been transferred **(unless previously expunged by court order)**

       DEUTSCHE BANK AG, LONDON BRANCH
       TRANSFEROR: GULF STREAM - SEXTANT CLO 2006-1, LTD.
       ATTN: JEFFREY OLINSKY
       60 WALL ST., 3RD FLOOR
       NEW YORK NY 10005

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7215      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/23/2010                       Vito Genna, Clerk of Court


                                       /s/ Paul Belobritsky
                                       _____
                                       By: Epiq Bankruptcy Solutions, LLC
                                           as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 23, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GULF STREAM - SEXTANT CLO 2007 - 1, LTD.
     GULF STREAM ASSET MANAGEMENT LLC
     ATTN: BARRY K. LOVE
     THE ROTUNDA BUILDING
     4201 CONGRESS STREET, SUITE 475
     CHARLOTTE NC 28209

GULF STREAM - SEXTANT CLO 2007 - 1, LTD.
ATTN: ANDREW SHAFFER
MAYER BROWN LLP
1675 BROADWAY
NEW YORK NY 10019-5820

Please note that your claim # 66097 in the above referenced case and in the amount of $5,460,726.95         has been transferred **(unless previously expunged by court order)**

DEUTSCHE BANK AG, LONDON BRANCH
TRANSFEROR: GULF STREAM - SEXTANT CLO 2007 - 1, LTD.
ATTN: JEFFREY OLINSKY
60 WALL ST., 3RD FLOOR
NEW YORK NY 10005

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7216       in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/23/2010                                Vito Genna, Clerk of Court

                                                /s/ Paul Belobritsky
                                                _____
                                                By: Epiq Bankruptcy Solutions, LLC
                                                    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 23, 2010.

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
```

```
_____
                               |
In re                          |    Chapter 11 Case No.
                               |
LEHMAN BROTHERS HOLDINGS INC., et al., |    08-13555 (JMP)
                               |
                               |    (Jointly Administered)
                               |
                Debtors.       |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  GULF STREAM - SEXTANT CLO 2007-1, LTD.          GULF STREAM - SEXTANT CLO 2007-1, LTD.
     C/O GULF STREAM ASSET MANAGEMENT LLC            ANDREW SHAFFER
     ATTN: BARRY K. LOVE                             MAYER BROWN LLP
     THE ROTUNDA BUILDING, SUITE 475                 1675 BROADWAY
     4201 CONGRESS STREET                            NEW YORK NY 10019-5820
     CHARLOTTE NC 28209
```

Please note that your claim # 19143 in the above referenced case and in the amount of
$5,448,826.00          has been transferred **(unless previously expunged by court order)**

```
DEUTSCHE BANK AG, LONDON BRANCH
TRANSFEROR: GULF STREAM - SEXTANT CLO 2007-1, LTD.
ATTN: JEFFREY OLINSKY
60 WALL ST., 3RD FLOOR
NEW YORK NY 10005
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7216      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/23/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 23, 2010.
```

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GULF STREAM - SEXTANT CLO 2007-1, LTD.
     C/O GULF STREAM ASSET MANAGEMENT LLC
     ATTN: BARRY K. LOVE
     THE ROTUNDA BUILDING, SUITE 475
     4201 CONGRESS STREET
     CHARLOTTE NC 28209

GULF STREAM - SEXTANT CLO 2007-1, LTD.
ANDREW SHAFFER
MAYER BROWN LLP
1675 BROADWAY
NEW YORK NY 10019

Please note that your claim # 19144 in the above referenced case and in the amount of
     $5,448,826.00        has been transferred **(unless previously expunged by court order)**

DEUTSCHE BANK AG, LONDON BRANCH
TRANSFEROR: GULF STREAM - SEXTANT CLO 2007-1, LTD.
ATTN: JEFFREY OLINSKY
60 WALL ST., 3RD FLOOR
NEW YORK NY 10005

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7216      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/23/2010                       Vito Genna, Clerk of Court


                                       /s/ Paul Belobritsky
                                       _____
                                       By: Epiq Bankruptcy Solutions, LLC
                                           as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 23, 2010.

```
_____
                              |
UNITED STATES BANKRUPTCY COURT |
Southern District of New York  |
                              |
In re                          |   Chapter 11 Case No.
                              |
LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP)
                              |
                              |   (Jointly Administered)
            Debtors.          |
                              |
_____
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GULF STREAM - SEXTANT CLO 2007-1, LTD.
     ATTN: BARRY K. LOVE
     GULF STREAM ASSET MANAGEMENT LLC
     THE ROTUNDA BUILDING
     4201 CONGRESS STREET, SUITE 475
     CHARLOTTE NC 28209

                                        GULF STREAM - SEXTANT CLO 2007-1, LTD.
                                        ATTN: ANDREW SHAFFER
                                        MAYER BROWN LLP
                                        1675 BROADWAY
                                        NEW YORK NY 10019

Please note that your claim # 66096 in the above referenced case and in the amount of
     $5,460,726.95        has been transferred **(unless previously expunged by court order)**

          DEUTSCHE BANK AG, LONDON BRANCH
          TRANSFEROR: GULF STREAM - SEXTANT CLO 2007-1, LTD.
          ATTN: JEFFREY OLINSKY
          60 WALL ST., 3RD FLOOR
          NEW YORK NY 10005

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7216    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/23/2010                     Vito Genna, Clerk of Court


                                     /s/ Paul Belobritsky
                                     _____
                                     By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 23, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                        |
In re                                   |    Chapter 11 Case No.
                                        |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                                        |
                                        |    (Jointly Administered)
                Debtors.                |
                                        |
_____|
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  LONGACRE OPPORTUNITY FUND, L.P.
             TRANSFEROR: K2 DIVERSIFIED PORTABLE ALPHA FUND II, LTD.
             810 SEVENTH AVENUE, 33RD FLOOR
             ATTN: VLADIMIR JELISAVCIC
             NEW YORK NY 10019

Please note that your claim # 32498 in the above referenced case and in the amount of
        $674,515.52        has been transferred **(unless previously expunged by court order)**

        SERENGETI OVERSEAS LTD.
        TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P.
        632 BROADWAY, 12TH FL
        ATTN: W. VIVIAN LAU
        New York NY 10012

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7206    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/23/2010                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 23, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re                                    | Chapter 11 Case No.
                                         |
LEHMAN BROTHERS HOLDINGS INC., et al.,   | 08-13555 (JMP)
                                         |
                                         | (Jointly Administered)
                        Debtors.         |
_____  |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  LONGACRE OPPORTUNITY FUND, L.P.
         TRANSFEROR: K2 DIVERSIFIED PORTABLE ALPHA FUND II LTD
         810 SEVENTH AVENUE, 33RD FLOOR
         ATTN: VLADIMIR JELISAVCIC
         NEW YORK NY 10019

Please note that your claim # 30540 in the above referenced case and in the amount of
        $674,515.52        has been transferred (**unless previously expunged by court order**)

         SERENGETI OVERSEAS LTD.
         TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P.
         632 BROADWAY, 12TH FL
         ATTN: W. VIVIAN LAU
         NEW YORK NY 10012

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7207      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/23/2010                         Vito Genna, Clerk of Court


                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 23, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re | | Chapter 11 Case No. |
| | | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | | 08-13555 (JMP) |
| | | |
| | | (Jointly Administered) |
| | | |
| Debtors. | | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  MERRILL LYNCH CREDIT PRODUCTS, LLC
             TRANSFEROR: ABAXBANK S.P.A.
             C/O BANK OF AMERICA MERRILL LYNCH
             BANK OF AMERICA TOWER - 3RD FL
             ONE BRYANT PARK
             ATTN: GARY S. COHEN, RONOL TOROK
             NEW YORK NY 10036

Please note that your claim # 16062-01 in the above referenced case and in the amount of
        $3,619,825.90        has been transferred **(unless previously expunged by court order)**

             TPG CREDIT OPPORTUNITIES INVESTORS, L.P.
             TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC
             C/O TPG CREDIT MANAGEMENT LP
             4600 WELLS FARGO CENTER
             90 SOUTH SEVENTH STREET
             ATTN: PETER GLERUM, MARK WHITE
             MINNEAPOLIS MN 55402

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7223      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/23/2010                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky

                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 23, 2010.

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
```

```
                                           |
In re                                      |    Chapter 11 Case No.
                                           |
LEHMAN BROTHERS HOLDINGS INC., et al.,     |    08-13555 (JMP)
                                           |
                                           |    (Jointly Administered)
                          Debtors.         |
                                           |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
        To:  MERRILL LYNCH CREDIT PRODUCTS, LLC
             TRANSFEROR: ABAXBANK S.P.A.
             C/O BANK OF AMERICA MERRILL LYNCH
             BANK OF AMERICA TOWER - 3RD FL
             ONE BRYANT PARK
             ATTN: GARY S. COHEN, RONOL TOROK
             NEW YORK NY 10036
```

Please note that your claim # 16062-02 in the above referenced case and in the amount of $7,339,131.91       has been transferred **(unless previously expunged by court order)**

```
        TPG CREDIT STRATEGIES FUND, L.P.
        TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC
        C/O TPG CREDIT MANAGEMENT LP
        4600 WELLS FARGO CENTER
        90 SOUTH SEVENTH STREET
        ATTN: PETER GLERUM, MARK WHITE
        MINNEAPOLIS MN 55402
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7224     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/23/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 23, 2010.

```
_____
                                   |
  In re                            |        Chapter 11 Case No.
                                   |
  LEHMAN BROTHERS HOLDINGS INC., et al., |   08-13555 (JMP)
                                   |
                                   |        (Jointly Administered)
                    Debtors.       |
                                   |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
        To:  MERRILL LYNCH CREDIT PRODUCTS, LLC
             TRANSFEROR: ABAXBANK S.P.A.
             C/O BANK OF AMERICA MERRILL LYNCH
             BANK OF AMERICA TOWER - 3RD FL
             ONE BRYANT PARK
             ATTN: GARY S. COHEN, RONOL TOROK
             NEW YORK NY 10036
```

Please note that your claim # 16062 in the above referenced case and in the amount of $3,609,920.19 has been transferred **(unless previously expunged by court order)**

```
        TPG CREDIT OPPORTUNITIES FUND, L.P.
        TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC
        C/O TPG CREDIT MANAGEMENT LP
        4600 WELLS FARGO CENTER
        90 SOUTH SEVENTH STREET
        ATTN: PETER GLERUM, MARK WHITE
        MINNEAPOLIS MN 55402
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7225 in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/23/2010                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 23, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                               |
In re                          |      Chapter 11 Case No.
                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |   08-13555 (JMP)
                               |
                               |      (Jointly Administered)
            Debtors.           |
                               |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  MERRILL LYNCH JAPAN SECURITIES CO. LTD
         TRANSFEROR: ESCA CO., LTD
         NIHONBASHI 1-CHOME BUILDING
         1-4-1 NIHONBASHI, CHUO-KU
         TOKYO    103-8230
         JAPAN

Please note that your claim # 56114 in the above referenced case and in the amount of
    $3,957,017.09        has been transferred **(unless previously expunged by court order)**

         MERRILL LYNCH INTERNATIONAL
         TRANSFEROR: MERRILL LYNCH JAPAN SECURITIES CO. LTD
         WARWICK COURT
         2 KING EDWARD STREET
         ATTN: JAMES RUSSELL
         LONDON     EC1A 1HQ
         UNITED KINGDON

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7214      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/23/2010                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 23, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                              |
In re                         |    Chapter 11 Case No.
                              |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                              |
                              |    (Jointly Administered)
                              |
            Debtors.          |
                              |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
      To:  MERRILL LYNCH JAPAN SECURITIES CO. LTD
           TRANSFEROR: ESCA CO ., LTD
           NIHONBASHI 1-CHOME BUILDING
           1-4-1 NIHONBASHI, CHUO-KU
           TOKYO   103-8230
           JAPAN
```

Please note that your claim # 51293 in the above referenced case and in the amount of
     $3,957,017.09        has been transferred **(unless previously expunged by court order)**

```
      MERRILL LYNCH INTERNATIONAL
      TRANSFEROR: MERRILL LYNCH JAPAN SECURITIES CO. LTD
      WARWICK COURT
      2 KING EDWARD STREET
      ATTN: JAMES RUSSELL
      LONDON    EC1A 1HQ
      UNITED KINGDON
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7214        in your objection.
If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/23/2010                            Vito Genna, Clerk of Court


                                            /s/ Paul Belobritsky
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 23, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                    |
In re                               |    Chapter 11 Case No.
                                    |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |    08-13555 (JMP)
                                    |
                                    |    (Jointly Administered)
                Debtors.            |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  DEUTSCHE BANK AG, LONDON BRANCH
         TRANSFEROR: SPARKASSE SAARBRUECKEN
         ATTN: MICHAEL SUTTON
         WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
         LONDON    EC2N 2DB
         UNITED KINGDOM
```

Please note that your claim # 27004-03 in the above referenced case and in the amount of
$2,899,895.25      has been transferred **(unless previously expunged by court order)**

```
    ELLIOTT ASSOCIATES, LP
    TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH
    712 5TH AVENUE, 35TH FL
    ATTN: KIMBERLY A. REINHARDT-GONZALES
    NEW YORK NY 10019
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
         UNITED STATES BANKRUPTCY COURT
         Southern District of New York
         One Bowling Green
         New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7217      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/23/2010                            Vito Genna, Clerk of Court


                                            /s/ Paul Belobritsky
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 23, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

          To:  DEUTSCHE BANK AG, LONDON BRANCH
               TRANSFEROR: SPARKASSE SAARBRUECKEN
               ATTN: MICHAEL SUTTON
               WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
               LONDON    EC2N 2DB
               UNITED KINGDOM

Please note that your claim # 27004-04 in the above referenced case and in the amount of
     $2,899,895.25        has been transferred **(unless previously expunged by court order)**

               TSO LLC
               TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH
               C/O ASHURST LLP
               1 PENN PLAZA, 36TH FL
               ATTN: AMANDA GOEHRING
               NEW YORK NY 10119

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7218     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/23/2010                           Vito Genna, Clerk of Court


                                           /s/ Paul Belobritsky
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 23, 2010.

**EXHIBIT "B"**

TIME: 17:41:22
DATE: 02/23/10

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GULF STREAM - SEXTANT CLO 2006-1, LTD. ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GULF STREAM - SEXTANT CLO 2007 - 1, LTD. ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GULF STREAM - SEXTANT CLO 2007-1, LTD. ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SPARKASSE SAARBRUECKEN ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| ELLIOTT ASSOCIATES, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH 712 5TH AVE, 36TH FLOOR ATTN: KIMBERLY A. REINHARDT-GONZALES NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH 712 5TH AVENUE, 35TH FL ATTN: KIMBERLY A. REINHARDT-GONZALES NEW YORK NY 10019 |
| GULF STREAM - SEXTANT CLO 2006-1, LTD. | MAYER BROWN LLP ATTN: ANDREW SHAFFER 1675 BROADWAY NEW YORK NY 10019-5820 |
| GULF STREAM - SEXTANT CLO 2006-1, LTD. | ATTN: BARRY K. LOVE GULF STREAM ASSET MANAGEMENT LLC THE ROTUNDA BUILDING 4201 CONGRESS STREET, SUITE 475 CHARLOTTE NC 28209 |
| GULF STREAM - SEXTANT CLO 2006-1, LTD. | C/O GULF STREAM ASSET MANAGEMENT LLC ATTN: BARRY K. LOVE THE ROTUNDA BUILDING, SUITE 475 4201 CONGRESS STREET CHARLOTTE NC 28209 |
| GULF STREAM - SEXTANT CLO 2006-1, LTD. | ANDREW SHAFFER MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019 |
| GULF STREAM - SEXTANT CLO 2007 - 1, LTD. | GULF STREAM ASSET MANAGEMENT LLC ATTN: BARRY K. LOVE THE ROTUNDA BUILDING 4201 CONGRESS STREET, SUITE 475 CHARLOTTE NC 28209 |
| GULF STREAM - SEXTANT CLO 2007 - 1, LTD. | ATTN: ANDREW SHAFFER MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019-5820 |
| GULF STREAM - SEXTANT CLO 2007-1, LTD. | ATTN: BARRY K. LOVE GULF STREAM ASSET MANAGEMENT LLC THE ROTUNDA BUILDING 4201 CONGRESS STREET, SUITE 475 CHARLOTTE NC 28209 |
| GULF STREAM - SEXTANT CLO 2007-1, LTD. | C/O GULF STREAM ASSET MANAGEMENT LLC THE ROTUNDA BUILDING, SUITE 475 4201 CONGRESS STREET CHARLOTTE NC 28209 |
| GULF STREAM - SEXTANT CLO 2007-1, LTD. | ATTN: ANDREW SHAFFER MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019 |
| GULF STREAM - SEXTANT CLO 2007-1, LTD. | ANDREW SHAFFER MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019-5820 |
| LONGACRE OPPORTUNITY FUND, L.P. | TRANSFEROR: K2 DIVERSIFIED PORTABLE ALPHA FUND II LTD 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK NY 10019 |
| LONGACRE OPPORTUNITY FUND, L.P. | TRANSFEROR: K2 DIVERSIFIED PORTABLE ALPHA FUND II, LTD. 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK NY 10019 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: ABAXBANK S.P.A. C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER - 3RD FL ONE BRYANT PARK ATTN: GARY S. COHEN, NEW YORK NY 10019 |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: MERRILL LYNCH JAPAN SECURITIES CO. LTD WARWICK COURT 2 KING EDWARD STREET ATTN: JAMES RUSSELL LONDON EC1A 1HQ UNITED |
| MERRILL LYNCH JAPAN SECURITIES CO. LTD | TRANSFEROR: ESCA CO ., LTD NIHONBASHI 1-CHOME BUILDING 1-4-1 NIHONBASHI, CHUO-KU TOKYO 103-8230 JAPAN |
| MERRILL LYNCH JAPAN SECURITIES CO. LTD | TRANSFEROR: ESCA CO., LTD NIHONBASHI 1-CHOME BUILDING 1-4-1 NIHONBASHI, CHUO-KU TOKYO 103-8230 JAPAN |
| SERENGETI OVERSEAS LTD. | TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P. 632 BROADWAY, 12TH FL ATTN: W. VIVIAN LAU NEW YORK NY 10012 |
| SERENGETI OVERSEAS LTD. | TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P. 632 BROADWAY, 12TH FL ATTN: W. VIVIAN LAU NEW YORK NY 10012 |
| TPG CREDIT OPPORTUNITIES FUND, L.P. | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O TPG CREDIT MANAGEMENT LP 4600 WELLS FARGO CENTER 90 SOUTH SEVENTH STREET ATTN |
| TPG CREDIT OPPORTUNITIES INVESTORS, L.P. | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O TPG CREDIT MANAGEMENT LP 4600 WELLS FARGO CENTER 90 SOUTH SEVENTH STREET ATTN |
| TPG CREDIT STRATEGIES FUND, L.P. | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O TPG CREDIT MANAGEMENT LP 4600 WELLS FARGO CENTER 90 SOUTH SEVENTH STREET ATTN |
| TSO LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ASHURST LLP 1 PENN PLAZA, 36TH FL ATTN: AMANDA GOEHRING NEW YORK NY 10119 |

Total Number of Records Printed          28

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT "C"**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153