**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
:
In re                                                                  :          **Chapter 11 Case No.**
                                                                       :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,          :          **08-13555 (JMP)**
                                                                       :
                             Debtors.                                  :          **(Jointly Administered)**
                                                                       :
------------------------------------------------------------------------x          **Ref. Docket Nos. 7227, 7228, 7242,**
                                                                                   **7245, 7246, 7248-7252**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK         )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On February 24, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                       /s/ Paul Belobritsky
                                                                       Paul Belobritsky
Sworn to before me this
25th day of February, 2010
/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**EXHIBIT "A"**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  ELEMENT CAPITAL MASTER FUND LTD
     C/O SEWARD & KISSEL LLP
     ATTN: ARLENE R ALVES ESQ
     ONE BATTERY PARK PLAZA
     NEW YORK NY 10017

ELEMENT CAPITAL MASTER FUND LTD
LEIGH FEUERSTEIN
ELEMENT CAPITAL MASTER FUND LIMITED
C/O ELEMENT CAPITAL MANAGEMENT, LLC
600 LEXINGTON AVENUE, 34TH FLOOR
NEW YORK NY 10022

Please note that your claim # 33290 in the above referenced case and in the amount of
    $5,368,208.00        has been transferred **(unless previously expunged by court order)**

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: ELEMENT CAPITAL MASTER FUND LTD
810 SEVENTH AVENUE, 33RD FLOOR
ATTN: VLADIMIR JELISAVCIC
NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7227      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/24/2010                      Vito Genna, Clerk of Court


                                      /s/ Paul Belobritsky
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 24, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  ELEMENT CAPITAL MASTER FUND LTD                ELEMENT CAPITAL MASTER FUND LTD
     C/O SEWARD & KISSEL LLP                         LEIGH FEUERSTEIN
     ATTN: ARLENE R ALVES, ESQ                       ELEMENT CAPITAL MASTER FUND LIMITED
     ONE BATTERY PARK PLAZA                          C/O ELEMENT CAPITAL MANAGEMENT, LLC
     NEW YORK NY 10017                               600 LEXINGTON AVENUE, 34TH FLOOR
                                                     NEW YORK NY 10022

Please note that your claim # 33291 in the above referenced case and in the amount of
     $5,368,208.00        has been transferred **(unless previously expunged by court order)**

          LONGACRE OPPORTUNITY FUND, L.P.
          TRANSFEROR: ELEMENT CAPITAL MASTER FUND LTD
          810 SEVENTH AVENUE, 33RD FLOOR
          ATTN: VLADIMIR JELISAVCIC
          NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7228     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/24/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 24, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                    |
In re                               |   Chapter 11 Case No.
                                    |
LEHMAN BROTHERS HOLDINGS INC., et al., |   08-13555 (JMP)
                                    |
                                    |   (Jointly Administered)
              Debtors.              |
                                    |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  CEDAR HILL CAPITAL PARTNERS OFFSHORE, LTD.            CEDAR HILL CAPITAL PARTNERS OFFSHORE, LTD.
     ATTN: KARL JOHNSON                                    LEE S.ATTANASIO AND ALEX R. ROVIRA
     C/O CEDAR HILL CAPITAL PARTNERS, LLC.                 SIDLEY AUSTIN LLP
     445 PARK AVENUE, 5TH FLOOR                            787 SEVENTH AVENUE
     NEW YORK NY 10022                                     NEW YORK NY 10019

Please note that your claim # 23494 in the above referenced case and in the amount of
     $558,876.16        has been transferred **(unless previously expunged by court order)**

     CEDAR HILL CAPITAL PARTNERS MASTER FUND, LP           CEDAR HILL CAPITAL PARTNERS MASTER FUND, LP
     TRANSFEROR: CEDAR HILL CAPITAL PARTNERS OFFSHORE, LTD. ALEX ROVIRA
     445 PARK AVENUE, 5TH FL                               SIDLEY AUSTIN LLP
     ATTN: KARL JOHNSON                                    787 SEVENTH AVENUE
     NEW YORK NY 10022                                     NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7242        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/24/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC  .
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 24, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  CEDAR HILL CAPITAL PARTNERS OFFSHORE LTD
         C/O CEDAR HILL CAPITAL PARTNERS LLC
         NEW YORK NY 10022

Please note that your schedule in the above referenced case and in the amount of
          $0.00          has been transferred **(unless previously expunged by court order)**

| | |
|---|---|
| CEDAR HILL CAPITAL PARTNERS MASTER FUND, LP | CEDAR HILL CAPITAL PARTNERS MASTER FUND, LP |
| TRANSFEROR: CEDAR HILL CAPITAL PARTNERS OFFSHORE LTD | ALEX ROVIRA |
| 445 PARK AVENUE, 5TH FL | SIDLEY AUSTIN LLP |
| ATTN: KARL JOHNSON | 787 SEVENTH AVENUE |
| NEW YORK NY 10022 | NEW YORK NY 10019 |

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7245      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/24/2010                         Vito Genna, Clerk of Court


                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 24, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                    |
In re                               |    Chapter 11 Case No.
                                    |
LEHMAN BROTHERS HOLDINGS INC., et al.,|   08-13555 (JMP)
                                    |
                                    |    (Jointly Administered)
            Debtors.                |
_____ |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  TOKAI TOKYO SECURITIES CO, LTD                    TOKAI TOKYO SECURITIES CO, LTD
     6-2, NIHOMBASHI 3-CHOME                            TOKAI TOKYO SECURITIES CO, LTD
     CHUO-KU                                            17-21, SHINKAWA 1-CHOME
     TOKYO    103-8275                                  CHUO-KU
     JAPAN                                              TOKYO 104-8317 JAPAN

Please note that your claim # 46198 in the above referenced case and in the amount of
     $989,494.33        has been transferred **(unless previously expunged by court order)**

     GOLDMAN SACHS JAPAN CO., LTD                       GOLDMAN SACHS JAPAN CO., LTD
     TRANSFEROR: TOKAI TOKYO SECURITIES CO, LTD         MANAGING CLERK
     ROPPONGI HILLS MORI TOWER, LEVEL 43-48             RICHARDS KIBBE & ORBE LLP
     10-1, ROPPONGI 6-CHOME                             ONE WORLD FINANCIAL CENTER
     MINATO-KU                                          NEW YORK NY 10281-1003
     TOKYO    106-6147
     JAPAN

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7246       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/24/2010                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 24, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re                                   |

                                        |    Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)

                                        |    (Jointly Administered)

              Debtors.                  |

_____|

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  MIZUHO SECURITIES CO LTD                                    MIZUHO SECURITIES CO LTD
     ATTENTION: CREDIT TRADING & DERIVATIVE PRODUCTS DEPARTMENT  STROOCK & STROOCK & LAVAN LLP
     OTEMACHI FIRST SQUARE                                       ATTENTION: SHERRY MILLMAN ESQ.
     1-5-1, OTEMACHI                                             180 MAIDEN LANE
     CHIYODA-KU, TOKYO    100-0004                               NEW YORK NY 10038
     JAPAN

Please note that your claim # 44616-01 in the above referenced case and in the amount of
    $986,451.85        has been transferred **(unless previously expunged by court order)**

     GOLDMAN SACHS JAPAN CO., LTD                                GOLDMAN SACHS JAPAN CO., LTD
     TRANSFEROR: MIZUHO SECURITIES CO LTD                        MANAGING CLERK
     ROPPONGI HILLS MORI TOWER, LEVEL 43-48                      RICHARDS KIBBE & ORBE LLP
     10-1, ROPPONGI 6-CHOME                                      ONE WORLD FINANCIAL CENTER
     MINATO-KU                                                   NEW YORK NY 10281-1003
     TOKYO    106-6147
     JAPAN

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7248      in your objection.
If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/24/2010                            Vito Genna, Clerk of Court


                                            /s/ Paul Belobritsky
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 24, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: TOKAI TOKYO SECURITIES CO, LTD
6-2, NIHOMBASHI 3-CHOME
CHUO-KU
TOKYO   103-8275
JAPAN

TOKAI TOKYO SECURITIES CO, LTD
TOKAI TOKYO SECURITIES CO, LTD
17-21, SHINKAWA 1-CHOME
CHUO-KU
TOKYO 104-8317 JAPAN

Please note that your claim # 46197 in the above referenced case and in the amount of
$983,338.33        has been transferred **(unless previously expunged by court order)**

GOLDMAN SACHS JAPAN CO., LTD
TRANSFEROR: TOKAI TOKYO SECURITIES CO, LTD
ROPPONGI HILLS MORI TOWER, LEVEL 43-48
10-1, ROPPONGI 6-CHOME
MINATO-KU
TOKYO   106-6147
JAPAN

GOLDMAN SACHS JAPAN CO., LTD
MANAGING CLERK
RICHARDS KIBBE & ORBE LLP
ONE WORLD FINANCIAL CENTER
NEW YORK NY 10281-1003

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7249    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/24/2010                               Vito Genna, Clerk of Court


                                               /s/ Paul Belobritsky
                                               _____
                                               By: Epiq Bankruptcy Solutions, LLC
                                                   as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 24, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re                                        |
                                             |    Chapter 11 Case No.
LEHMAN BROTHERS HOLDINGS INC., et al.,       |
                                             |    08-13555 (JMP)
                                             |
                                             |    (Jointly Administered)
                    Debtors.                 |
                                             |
_____ |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS JAPAN CO., LTD                       GOLDMAN SACHS JAPAN CO., LTD
     TRANSFEROR: TOKAI TOKYO SECURITIES CO, LTD         MANAGING CLERK
     ROPPONGI HILLS MORI TOWER, LEVEL 43-48             RICHARDS KIBBE & ORBE LLP
     10-1, ROPPONGI 6-CHOME                             ONE WORLD FINANCIAL CENTER
     MINATO-KU                                          NEW YORK NY 10281-1003
     TOKYO    106-6147
     JAPAN

Please note that your claim # 46198 in the above referenced case and in the amount of
     $989,494.33      has been transferred **(unless previously expunged by court order)**

     GOLDMAN, SACHS & CO.                               GOLDMAN, SACHS & CO.
     TRANSFEROR: GOLDMAN SACHS JAPAN CO., LTD            MANAGING CLERK
     30 HUDSON STREET, 36TH FLOOR                        RICHARDS KIBBE & ORBE LLP
     JERSEY CITY NJ 07302                                ONE WORLD FINANCIAL CENTER
                                                         NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7250    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/24/2010                             Vito Genna, Clerk of Court


                                             /s/ Paul Belobritsky
                                             _____
                                             By: Epiq Bankruptcy Solutions, LLC
                                                 as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 24, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re                                          |    Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         |    08-13555 (JMP)
                                               |
                                               |    (Jointly Administered)
                    Debtors.                   |
_____

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

|  |  |
|---|---|
| To:  GOLDMAN SACHS JAPAN CO., LTD<br>TRANSFEROR: TOKAI TOKYO SECURITIES CO, LTD<br>ROPPONGI HILLS MORI TOWER, LEVEL 43-48<br>10-1, ROPPONGI 6-CHOME<br>MINATO-KU<br>TOKYO    106-6147<br>JAPAN | GOLDMAN SACHS JAPAN CO., LTD<br>MANAGING CLERK<br>RICHARDS KIBBE & ORBE LLP<br>ONE WORLD FINANCIAL CENTER<br>NEW YORK NY 10281-1003 |

Please note that your claim # 46197 in the above referenced case and in the amount of
$983,338.33        has been transferred **(unless previously expunged by court order)**

|  |  |
|---|---|
| GOLDMAN, SACHS & CO.<br>TRANSFEROR: GOLDMAN SACHS JAPAN CO., LTD<br>30 HUDSON STREET, 36TH FLOOR<br>JERSEY CITY NJ 07302 | GOLDMAN, SACHS & CO.<br>MANAGING CLERK<br>RICHARDS KIBBE & ORBE LLP<br>ONE WORLD FINANCIAL CENTER<br>NEW YORK NY 10281 |

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

> UNITED STATES BANKRUPTCY COURT
> Southern District of New York
> One Bowling Green
> New York,NY 10004-1408

Send a copy of your objection to the transferor.  Refer to INTERNAL CONTROL NUMBER 7251        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/24/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 24, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                         |
In re                                    |    Chapter 11 Case No.
                                         |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |    08-13555 (JMP)
                                         |
                                         |    (Jointly Administered)
                       Debtors.          |
                                         |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
        To:  GOLDMAN SACHS JAPAN CO., LTD              GOLDMAN SACHS JAPAN CO., LTD
             TRANSFEROR: MIZUHO SECURITIES CO LTD       MANAGING CLERK
             ROPPONGI HILLS MORI TOWER, LEVEL 43-48     RICHARDS KIBBE & ORBE LLP
             10-1, ROPPONGI 6-CHOME                     ONE WORLD FINANCIAL CENTER
             MINATO-KU                                  NEW YORK NY 10281-1003
             TOKYO    106-6147
             JAPAN
```

Please note that your claim # 44616-01 in the above referenced case and in the amount of
      $986,451.85        has been transferred **(unless previously expunged by court order)**

```
        GOLDMAN, SACHS & CO.                           GOLDMAN, SACHS & CO.
        TRANSFEROR: GOLDMAN SACHS JAPAN CO., LTD        MANAGING CLERK
        30 HUDSON STREET, 36TH FLOOR                    RICHARDS KIBBE & ORBE LLP
        JERSEY CITY NJ 07302                            ONE WORLD FINANCIAL CENTER
                                                        NEW YORK NY 10281
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7252       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/24/2010                         Vito Genna, Clerk of Court


                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 24, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re                                      |    Chapter 11 Case No.
                                           |
LEHMAN BROTHERS HOLDINGS INC., et al.,     |    08-13555 (JMP)
                                           |
                                           |    (Jointly Administered)
                  Debtors.                 |
_____        |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  TOKAI TOKYO SECURITIES CO, LTD              TOKAI TOKYO SECURITIES CO, LTD
             TOKAI TOKYO SECURITIES CO, LTD              6-2, NIHOMBASHI 3-CHOME
             17-21, SHINKAWA 1-CHOME                     CHUO-KU
             CHUO-KU                                     TOKYO    103-8275
             TOKYO 104-8317 JAPAN                        JAPAN

Please note that your claim # 46197 in the above referenced case and in the amount of
        $983,338.33       has been transferred **(unless previously expunged by court order)**

        GOLDMAN SACHS JAPAN CO., LTD                     GOLDMAN SACHS JAPAN CO., LTD
        MANAGING CLERK                                   TRANSFEROR: TOKAI TOKYO SECURITIES CO, LTD
        RICHARDS KIBBE & ORBE LLP                        ROPPONGI HILLS MORI TOWER, LEVEL 43-48
        ONE WORLD FINANCIAL CENTER                       10-1, ROPPONGI 6-CHOME
        NEW YORK NY 10281-1003                           MINATO-KU
                                                         TOKYO    106-6147
                                                         JAPAN

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7249    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/24/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 24, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                      |
In re                                 |    Chapter 11 Case No.
                                      |
LEHMAN BROTHERS HOLDINGS INC., et al.,|    08-13555 (JMP)
                                      |
                                      |    (Jointly Administered)
                                      |
            Debtors.                  |
                                      |
_____|

        NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
                BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  TOKAI TOKYO SECURITIES CO, LTD                TOKAI TOKYO SECURITIES CO, LTD
             TOKAI TOKYO SECURITIES CO, LTD                6-2, NIHOMBASHI 3-CHOME
             17-21, SHINKAWA 1-CHOME                       CHUO-KU
             CHUO-KU                                       TOKYO     103-8275
             TOKYO 104-8317 JAPAN                          JAPAN

Please note that your claim # 46198 in the above referenced case and in the amount of
        $989,494.33       has been transferred (**unless previously expunged by court order**)

        GOLDMAN SACHS JAPAN CO., LTD                       GOLDMAN SACHS JAPAN CO., LTD
        MANAGING CLERK                                     TRANSFEROR: TOKAI TOKYO SECURITIES CO, LTD
        RICHARDS KIBBE & ORBE LLP                          ROPPONGI HILLS MORI TOWER, LEVEL 43-48
        ONE WORLD FINANCIAL CENTER                         10-1, ROPPONGI 6-CHOME
        NEW YORK NY 10281-1003                             MINATO-KU
                                                           TOKYO     106-6147
                                                           JAPAN

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7246      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/24/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 24, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                |
In re                           |    Chapter 11 Case No.
                                |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                                |
                                |    (Jointly Administered)
           Debtors.             |
                                |
_____
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

|  |  |
|---|---|
| To:  MIZUHO SECURITIES CO LTD<br>STROOCK & STROOCK & LAVAN LLP<br>ATTENTION: SHERRY MILLMAN ESQ.<br>180 MAIDEN LANE<br>NEW YORK NY 10038 | MIZUHO SECURITIES CO LTD<br>ATTENTION: CREDIT TRADING & DERIVATIVE PRODU<br>OTEMACHI FIRST SQUARE<br>1-5-1, OTEMACHI<br>CHIYODA-KU, TOKYO    100-0004<br>JAPAN |

Please note that your claim # 44616-01 in the above referenced case and in the amount of
     $986,451.85        has been transferred **(unless previously expunged by court order)**

|  |  |
|---|---|
| GOLDMAN SACHS JAPAN CO., LTD<br>MANAGING CLERK<br>RICHARDS KIBBE & ORBE LLP<br>ONE WORLD FINANCIAL CENTER<br>NEW YORK NY 10281-1003 | GOLDMAN SACHS JAPAN CO., LTD<br>TRANSFEROR: MIZUHO SECURITIES CO LTD<br>ROPPONGI HILLS MORI TOWER, LEVEL 43-48<br>10-1, ROPPONGI 6-CHOME<br>MINATO-KU<br>TOKYO    106-6147<br>JAPAN |

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7248       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/24/2010                      Vito Genna, Clerk of Court


                                      /s/ Paul Belobritsky
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 24, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          | Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         | 08-13555 (JMP)
                                               |
                                               | (Jointly Administered)
                    Debtors.                   |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS JAPAN CO., LTD                   GOLDMAN SACHS JAPAN CO., LTD
     MANAGING CLERK                                 TRANSFEROR: MIZUHO SECURITIES CO LTD
     RICHARDS KIBBE & ORBE LLP                      ROPPONGI HILLS MORI TOWER, LEVEL 43-48
     ONE WORLD FINANCIAL CENTER                     10-1, ROPPONGI 6-CHOME
     NEW YORK NY 10281-1003                         MINATO-KU
                                                    TOKYO    106-6147
                                                    JAPAN

Please note that your claim # 44616-01 in the above referenced case and in the amount of
      $986,451.85        has been transferred **(unless previously expunged by court order)**

             GOLDMAN, SACHS & CO.                          GOLDMAN, SACHS & CO.
             MANAGING CLERK                                TRANSFEROR: GOLDMAN SACHS JAPAN CO., LTD
             RICHARDS KIBBE & ORBE LLP                     30 HUDSON STREET, 36TH FLOOR
             ONE WORLD FINANCIAL CENTER                    JERSEY CITY NJ 07302
             NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7252     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/24/2010                    Vito Genna, Clerk of Court


                                    /s/ Paul Belobritsky
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 24, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                  |
In re                             |    Chapter 11 Case No.
                                  |
LEHMAN BROTHERS HOLDINGS INC., et al., |  08-13555 (JMP)
                                  |
                                  |    (Jointly Administered)
              Debtors.            |
                                  |
_____
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS JAPAN CO., LTD
     MANAGING CLERK
     RICHARDS KIBBE & ORBE LLP
     ONE WORLD FINANCIAL CENTER
     NEW YORK NY 10281-1003

GOLDMAN SACHS JAPAN CO., LTD
TRANSFEROR: TOKAI TOKYO SECURITIES CO, LTD
ROPPONGI HILLS MORI TOWER, LEVEL 43-48
10-1, ROPPONGI 6-CHOME
MINATO-KU
TOKYO    106-6147
JAPAN

Please note that your claim # 46197 in the above referenced case and in the amount of
    $983,338.33       has been transferred **(unless previously expunged by court order)**

         GOLDMAN, SACHS & CO.
         MANAGING CLERK
         RICHARDS KIBBE & ORBE LLP
         ONE WORLD FINANCIAL CENTER
         NEW YORK NY 10281

GOLDMAN, SACHS & CO.
TRANSFEROR: GOLDMAN SACHS JAPAN CO., LTD
30 HUDSON STREET, 36TH FLOOR
JERSEY CITY NJ 07302

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7251      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/24/2010                         Vito Genna, Clerk of Court


                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 24, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                      |
In re                                 |    Chapter 11 Case No.
                                      |
LEHMAN BROTHERS HOLDINGS INC., et al.,|    08-13555 (JMP)
                                      |
                                      |    (Jointly Administered)
                                      |
                 Debtors.             |
                                      |
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  GOLDMAN SACHS JAPAN CO., LTD        GOLDMAN SACHS JAPAN CO., LTD
     MANAGING CLERK                      TRANSFEROR: TOKAI TOKYO SECURITIES CO, LTD
     RICHARDS KIBBE & ORBE LLP           ROPPONGI HILLS MORI TOWER, LEVEL 43-48
     ONE WORLD FINANCIAL CENTER          10-1, ROPPONGI 6-CHOME
     NEW YORK NY 10281-1003              MINATO-KU
                                         TOKYO    106-6147
                                         JAPAN
```

Please note that your claim # 46198 in the above referenced case and in the amount of
$989,494.33      has been transferred (**unless previously expunged by court order**)

```
     GOLDMAN, SACHS & CO.                GOLDMAN, SACHS & CO.
     MANAGING CLERK                      TRANSFEROR: GOLDMAN SACHS JAPAN CO., LTD
     RICHARDS KIBBE & ORBE LLP           30 HUDSON STREET, 36TH FLOOR
     ONE WORLD FINANCIAL CENTER          JERSEY CITY NJ 07302
     NEW YORK NY 10281
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7250      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/24/2010                         Vito Genna, Clerk of Court


                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 24, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                   |
In re                              |   Chapter 11 Case No.
                                   |
LEHMAN BROTHERS HOLDINGS INC., et al., |   08-13555 (JMP)
                                   |
                                   |   (Jointly Administered)
                  Debtors.         |
                                   |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  CEDAR HILL CAPITAL PARTNERS OFFSHORE, LTD.                CEDAR HILL CAPITAL PARTNERS OFFSHORE, LTD.
     LEE S.ATTANASIO AND ALEX R. ROVIRA                        ATTN: KARL JOHNSON
     SIDLEY AUSTIN LLP                                         C/O CEDAR HILL CAPITAL PARTNERS, LLC.
     787 SEVENTH AVENUE                                        445 PARK AVENUE, 5TH FLOOR
     NEW YORK NY 10019                                         NEW YORK NY 10022

Please note that your claim # 23494 in the above referenced case and in the amount of
     $558,876.16        has been transferred **(unless previously expunged by court order)**

     CEDAR HILL CAPITAL PARTNERS MASTER FUND, LP              CEDAR HILL CAPITAL PARTNERS MASTER FUND, LP
     ALEX ROVIRA                                              TRANSFEROR: CEDAR HILL CAPITAL PARTNERS OFFS
     SIDLEY AUSTIN LLP                                        445 PARK AVENUE, 5TH FL
     787 SEVENTH AVENUE                                       ATTN: KARL JOHNSON
     NEW YORK NY 10019                                        NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7242        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/24/2010                              Vito Genna, Clerk of Court


                                              /s/ Paul Belobritsky
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 24, 2010.

**EXHIBIT "B"**

```
TIME: 17:59:47                                          LEHMAN BROTHERS HOLDING INC.                                    PAGE:    1
DATE: 02/24/10                                              CREDITOR LISTING

Name                                       Address
CEDAR HILL CAPITAL PARTNERS MASTER FUND,   LRLEX ROVIRA SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
CEDAR HILL CAPITAL PARTNERS MASTER FUND,   LPRANSFEROR: CEDAR HILL CAPITAL PARTNERS OFFSHORE LTD 445 PARK AVENUE, 5TH FL ATTN: KARL JOHNSON NEW YORK NY 10022
CEDAR HILL CAPITAL PARTNERS MASTER FUND,   LPRANSFEROR: CEDAR HILL CAPITAL PARTNERS OFFSHORE, LTD. 445 PARK AVENUE, 5TH ATTN: KARL JOHNSON NEW YORK NY 10022
CEDAR HILL CAPITAL PARTNERS OFFSHORE LTD   C/O CEDAR HILL CAPITAL PARTNERS LC NEW YORK NY 10022
CEDAR HILL CAPITAL PARTNERS OFFSHORE, LTD. ATTN: KARL JOHNSON C/O CEDAR HILL CAPITAL PARTNERS, LLC 445 PARK AVENUE, 5TH FLOOR NEW YORK NY 10022
CEDAR HILL CAPITAL PARTNERS OFFSHORE, LTD. LEE S.ATTANASIO AND ALEX R. ROVIRA SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
ELEMENT CAPITAL MASTER FUND LTD            C/O SEWARD & KISSEL LLP ATTN: ARLENE R ALVES ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10017
ELEMENT CAPITAL MASTER FUND LTD            C/O SEWARD & KISSEL LLP ATTN: ARLENE R ALVES, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10017
ELEMENT CAPITAL MASTER FUND LTD            LEIGH FEUERSTEIN ELEMENT CAPITAL MASTER FUND LIMITED C/O ELEMENT CAPITAL MANAGEMENT, LLC 600 LEXINGTON AVENUE, 34TH FLOOR NEW YORK NY 1
GOLDMAN SACHS JAPAN CO., LTD               MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
GOLDMAN SACHS JAPAN CO., LTD               TRANSFEROR: MIZUHO SECURITIES CO LTD ROPPONGI HILLS MORI TOWER, LEVEL 43-48 10-1, ROPPONGI 6-CHOME MINATO-KU TOKYO  106-6147 JAPAN
GOLDMAN SACHS JAPAN CO., LTD               TRANSFEROR: TOKAI TOKYO SECURITIES CO, LTD ROPPONGI HILLS MORI TOWER, LEVEL 43-48 10-1, ROPPONGI 6-CHOME MINATO-KU TOKYO  106-6147 JAPA
GOLDMAN, SACHS & CO.                       MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN, SACHS & CO.                       TRANSFEROR: GOLDMAN SACHS JAPAN CO., LTD 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
LONGACRE OPPORTUNITY FUND, L.P.            TRANSFEROR: ELEMENT CAPITAL MASTER FUND LTD 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK NY 10019
MIZIHO SECURITIES CO LTD                   ATTENTION: CREDIT TRADING & DERIVATIVE PRODUCTS DEPARTMENT OTEMACHI FIRST SQUARE 1-5-1, OTEMACHI CHIYODA-KU, TOKYO 100-0004 JAPAN
MIZIHO SECURITIES CO LTD                   STROOCK & STROOCK & LAVAN LLP ATTENTION: SHERRY MILLMAN ESQ 180 MAIDEN LANE NEW YORK NY 10038
TOKAI TOKYO SECURITIES CO, LTD             TOKAI TOKYO SECURITIES CO, LTD 17-21, SHINKAWA 1-CHOME CHUO-KU TOKYO 104-8317 JAPAN
TOKAI TOKYO SECURITIES CO, LTD             6-2, NIHOMBASHI 3-CHOME CHUO-KU TOKYO  103-8275 JAPAN


Total Number of Records Printed            19
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT "C"**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153