**Hearing Date & Time: March 17, 2010 at 10:00 a.m. (Prevailing Eastern Time)**
**Objection Deadline: March 10, 2010 at 4:00 p.m. (Prevailing Eastern Time)**

FAEGRE & BENSON LLP
Michael M. Krauss (MK-9699)
Abby E. Wilkinson
Irina Palchuk
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

Attorneys for CVI GVF (Lux) Master S.a.r.l.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------x
                                                                      :
In re                                                                 :    Chapter 11
                                                                      :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                          :    Case No. 08-13555 (JMP)
                                                                      :
                                         Debtors.                     :    (Jointly Administered)
                                                                      :
                                                                      :
----------------------------------------------------------------------x


**CVI GVF (LUX) MASTER S.A.R.L.'S  NOTICE OF MOTION TO TREAT CLAIM**
**FILED BY BLACK RIVER ASIA FUND LTD. AS TIMELY FILED**

PLEASE TAKE NOTICE that at **March 17, 2010 at 10:00 a.m. (Prevailing Eastern Time)** or as soon thereafter as counsel may be heard, CVI GVF (Lux) Master S.a.r.l. ("CVI"), by and through its attorneys, Faegre & Benson LLP, shall appear before the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, Courtroom 601, One Bowling Green, New York, New York, 10004-1408, and present *CVI GVF (Lux) Master S.a.r.l.'s Motion To*

1

*Treat Claim Filed By Black River Asia Fund Ltd. As Timely Filed And Memorandum Of Points And Authorities In Support Thereof* (the "Motion").

PLEASE TAKE FURTHER NOTICE that the hearing may be adjourned thereafter from time to time without further notice other than the announcement of the adjourned date or dates at the hearing.

PLEASE TAKE FURTHER NOTICE that the Court may grant the relief requested in the Motion without a hearing if no objections to the Motion are timely filed and served.

PLEASE TAKE FURTHER NOTICE that objections to the Motion, if any, must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and Local Rules of the Bankruptcy Court, shall set forth the name of the objecting party, the basis for the objection and the specific grounds thereof, shall be filed with the Bankruptcy Court electronically in accordance with General Order M-242, and shall be filed with the Bankruptcy Court electronically by registered users of the Bankruptcy Court's case filing system (the User's Manual for the Electronic Case Filing System can be found at http://www.nysb.uscourts.gov, the official website for the Bankruptcy Court) and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format (in either case, with a hard copy delivered directly to the Chambers of the Honorable James M. Peck, U.S.B.J., United States Bankruptcy Court, One Bowling Green, Courtroom 601, New York, New York 1004); and shall be served upon:

    (a) Counsel to the Debtors, Weil Gotschal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Richard P. Krasnow, Esq., Lori R. Fife, Esq., Shai Y. Waisman, Esq., and Jacqueline Marcus, Esq.);

(b) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Riffkin, and Tracy Hope Davis);

(c) counsel for the Committee of Unsecured Creditors, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis, O'Donnell, Esq., and Evan Fleck, Esq.);

(d) counsel for the Debtors' post-petition lenders, Cleary Gotliebb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006 (Attn: Lindsee P. Granfield, Esq. and Lisa Schweiger, Esq.); and Sullivan & Cromwell LLP, 125 Broad Street, New York, New York, 10004 (Attn: Robinson B. Lacy, Esq. and Hydee R. Feldstein, Esq.);

(e) counsel for the Ad Hoc Group of Lehman Brothers Creditors, White & Case LLP, 1155 Avenue of the Americas, New York, New York, 10036-2787 (Attn: Christopher Shore, Esq., and Lisa Thompson, Esq.), and Dewey and LeBoeuf LLP, 1301 Avenue of the Americas, New York, New York, 10019-6902 (Attn: Martin Bienenstock, Esq.); and

(f) counsel to CVI, Faegre & Benson LLP, 2200 Wells Fargo Center, 90 South Seventh Street, Minneapolis, Minnesota 55402 (Attn: Michael M. Krauss, Esq., Abby E. Wilkinson, Esq., and Irina Palchuk, Esq.).

so as to be received not later than **March 10, 2010 at 4:00 p.m. (Prevailing Eastern Time)**.

February 26, 2010

/s/ Michael M. Krauss
Michael M. Krauss (MK-9699)
Abby E. Wilkinson
Irina Palchuk
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

Attorneys for CVI GVF (Lux) Master S.a.r.l.