# Exhibit B

# CLAIM FORM FILING CONFIRMATION

Your claim form was successfully filed on 10/22/2009 at 1:10 PM Central. Please print this page as proof of your filing.

BLACK RIVER ASIA FUND LTD.
C/O FAEGRE & BENSON LLP
2200 WELLS FARGO CENTER
90 SOUTH 7TH ST
ATTN: IRINA PALCHUK
(612)766-7972
MINNEAPOLIS, MN 55402 UNITED STATES

| | |
|---|---|
| Name of Debtor | Lehman Brothers Holdings Inc. (08-13555) |
| Please identify the counterparties, guarantor and/or credit support provider to the derivative contract. | LEHMAN BROTHERS INTERNATIONAL (EUROPE) AS COUNTERPARTY AND LEHMAN BROTHERS HOLDINGS INC. AS GUARANTOR |
| Have you entered into a termination agreement with the Debtors establishing the agreed upon amounts due in respect of derivative contracts? | Selected: No |
| Have the derivative contracts matured or been terminated? | Selected: Yes |

Provide the derivative claim amount by supplying each line item included in the calculation thereof.

| Item | Amount due to Debtor | Amount due from Debtor |
|---|---|---|
| Transaction Valuations | $0.00 | $0.00 |
| Unpaid Amounts | $0.00 | $0.00 |
| Collateral | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Other costs | $0.00 | $6,709,388.00 |
| **DERIVATIVE CLAIM AMOUNT** | | $6,709,388.00 |

Documentation of Transactions: Please provide copies of all master agreements and schedules thereto, netting agreements, credit support agreements, guarantees and other agreements (other than confirmations) evidencing the transactions, in each case that relate to the claim.

| Documents |
|---|
| BRASIA GMRA.pdf |
| BRASIA - LBHI Guarantee.pdf |
| BRASIA Resolution.pdf |

Termination Notice: Please provide a copy of the termination notice, including evidence supporting delivery date of the termination notice.

| Documents |
|---|
| Asia Termination Notice.pdf |

Valuation Statement: Please provide a copy of the valuation statement. Please identify any collateral that has been posted by any party in connection with the transactions and any claims of set-off against other transactions reflected in the

claim.

| Documents |
|---|
| BRASIA First Valuation Statement.pdf |
| BRASIA - GMRA Valuation Statement.pdf |

Valuation Statement: Please provide a copy of the valuation statement. Please identify any collateral that has been posted by any party in connection with the transactions and any claims of set-off against other transactions reflected in the claim.

THE AMOUNT SET FORTH ON THE PREVIOUS PAGE CONSISTS OF THE TRADE VALUATION DUE TO CREDITOR IN THE AMOUNT OF $5,404,222, COLLATERAL DUE TO THE CREDITOR IN THE AMOUNT OF $1,278,263, AND FEES AND EXPENSES DUE TO CREDITOR IN THE AMOUNT OF $26,903.

| Documents |
|---|
| BRASIA First Valuation Statement.pdf |
| BRASIA - GMRA Valuation Statement.pdf |

Individual Trade Level Detail: Please provide with respect to each transaction (i) the valuation date (to the extent not included in your valuation statement) and value and (ii) details for the purpose of identifying and reconciling each transaction (e.g. including, as applicable, trade id, electronic trade reference id, trade type, product, trade date, reference obligation or reference entity, factor and original contract notional amount, quantity/unit of measure, currency, price or strike price, buy/sell, call or put, cap or floor, effective date, and maturity date. (For the avoidance of doubt, you are not required to submit each and every one of the foregoing)). Please provide this information in Microsoft Excel format.

| Documents |
|---|
| BRASIA GMRA Trade Level Detail.xls |

ISDA Master Agreements Specifying Market Quotation Methodology: If not already provided in the valuation statement, provide the date and identity of and quotations received from Reference Market-makers or other persons (i.e. name of institution) concerning the transactions.   Selected: No

ISDA Master Agreements Specifying Loss Methodology: To the extent applicable, if not already provided in the valuation statement, provide the date and identity of and quotations received from Reference Market-makers or other persons (i.e. name of institution) concerning the transactions.   Selected: No

ISDA Master Agreements Specifying Close-Out Amount Methodology: To the extent applicable, if not already provided in the valuation statement, provide the date and identity of and quotations received from Reference Market-makers or other persons (i.e. name of institution) concerning the transactions.   Selected: No

ISDA Master Agreements Specifying Any Other Methodology: To the extent applicable, if not already provided in the valuation statement, provide the date and identity of and quotations received from Reference Market-makers or other persons (i.e. name of institution) concerning the transactions.   Selected: No

Non-ISDA Master Agreements: To the extent applicable, if not already provided in the valuation statement, provide the date and identity of and quotations received from Reference Market-makers or other persons (i.e. name of institution) concerning the transactions.

| | |
|---|---|
| **Documents** | |
| BRASIA Supporting Docs.pdf | |
| Non-ISDA Master Agreements: To the extent applicable, if not already provided in the valuation statement, provide the date and identity of and quotations received from Reference Market-makers or other persons (i.e. name of institution) concerning the transactions. | Selected: Yes |
| **Documents** | |
| BRASIA Supporting Docs.pdf | |
| Replacement Transactions: If you replaced a terminated transaction with a transaction with the same economic terms as the terminated transaction, provide documentation evidencing such replacement transaction and the quotation(s) used, including specifying any cash (or other consideration) paid or received by or to any person to replace the transactions, the name of each entity that effectuated a replacement and when any such transactions were effected. | Selected: No |

**CLAIM FORM FILING CONFIRMATION**

Your claim form was successfully filed on 10/22/2009 at 1:13 PM Central. Please print this page as proof of your filing.

BLACK RIVER ASIA FUND LTD.
C/O FAEGRE & BENSON LLP
2200 WELLS FARGO CENTER
90 SOUTH 7TH ST
ATTN: IRINA PALCHUK
(612)766-7972
MINNEAPOLIS, MN 55402 UNITED STATES

| | |
|---|---|
| Name of Debtor, or other entity, against which you have a direct claim (the "Obligor") | LEHMAN BROTHERS INTERNATIONAL (EUROPE) |
| If such Obligor is in a bankruptcy or insolvency proceeding, administration, receivership, conservatorship, liquidation or similar proceeding (and is not a Debtor in these chapter 11 cases), please provide the proof of claim and any attachments thereto filed against such Obligor or describe the claim against such Obligor if a proof of claim has not yet been filed. | NO PROOF OF CLAIM HAS BEEN FILED IN THE LEHMAN BROTHERS INTERNATIONAL (EUROPE) PROCEEDINGS. LEHMAN BROTHERS INTERNATIONAL (EUROPE) AND THE CREDITOR ARE PARTIES TO A GLOBAL MASTER REPURCHASE AGREEMENT PURSUANT TO WHICH THE CREDITOR IS OWED FUNDS AS DESCRIBED IN THE DERIVATIVE QUESTIONNAIRE. |
| List the agreement(s) under which your claim arises against the Obligor and, unless you have uploaded information in compliance with question 4a of the Derivative Questionnaire, provide documentation evidencing your claim and supporting the calculation of the claim amount. | GLOBAL MASTER REPURCHASE AGREEMENT DATED SEPTEMBER 19, 2006; UNANIMOUS WRITTEN CONSENT OF THE EXECUTIVE COMMITTEE OF THE BOARD OF DIRECTORS OF LEHMAN BROTHERS HOLDINGS INC. DATED JUNE 9, 2005; AND GUARANTEE OF LEHMAN BROTHERS HOLDINGS INC. DATED JANUARY 4, 2008. THESE DOCUMENTS HAVE BEEN UPLOADED IN COMPLIANCE WITH THE DERIVATIVE QUESTIONNAIRE. |
| Amount of claim against Obligor | $6,709,388.00 |
| Name of Debtor that guarantees the payment/obligations of the Obligor against which you have a direct claim (the "Guarantor"): | Lehman Brothers Holdings Inc. (08-13555) |
| Please upload the specific promise, representation and/or agreement(s) (including any corporate resolutions) under which your claim arises against the Guarantor and describe the obligations/performance that is guaranteed. If you do not have possession of such document, please upload a written explanation of such guarantee in reasonable detail. You do not need to comply with this question if you have uploaded information in compliance with question 4a of the Derivative Questionnaire. | THESE DOCUMENTS HAVE BEEN UPLOADED IN COMPLIANCE WITH QUESTION 4A OF THE DERIVATIVE QUESTIONNAIRE. |
| Amount of claim against the Guarantor | $6,709,388.00 |