# Exhibit D

## EVIDENCE OF TRANSFER OF CLAIM

BLACK RIVER ASIA FUND LTD., a Cayman Islands exempted company, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated as of December 14, 2009, has hereby absolutely and unconditionally sold, transferred and assigned to BLACK RIVER EMERGING MARKETS CREDIT FUND LTD., a Cayman Islands exempted company, its successors and assigns (collectively, "Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its right to payment under Sections 10(c) and 10(f) of that certain Global Master Repurchase Agreement dated September 19, 2006 ("GMRA"), between Lehman Brothers International (Europe) and Assignor ("GMRA Claim"), and the right to payment, if any, under that certain Unanimous Written Consent of the Executive Committee of the Board of Directors of Lehman Brothers Holdings, Inc. dated June 9, 2005, and that certain Guarantee of Lehman Brothers Holdings, Inc. dated January 4, 2008 (together with the GMRA Claim, the "Claim"), in the principal amount of $6,709,388 and related proof of claim number 54849 filed against Lehman Brothers Holdings Inc. in its bankruptcy proceeding in the United States Bankruptcy Court for the Southern District of New York, case no. 08-13555(JMP).

Assignor hereby stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative as of this 14th day December 2009.

(Assignor)

**BLACK RIVER ASIA FUND LTD.**

By Black River Asset Management LLC
Its Investment Advisor

By: _____
Name: Akshay Kaura
Title: Authorized Signatory
Telephone: _____

(Assignee)

**BLACK RIVER EMERGING MARKETS CREDIT FUND LTD.**

By Black River Asset Management LLC
Its Investment Advisor

By: _____
Name: Mark G. Rosscruitti
Title: Authorized Signatory
Telephone: _____

WITNESS:

By: _____
Name: Curtis Kenkel
Title: Authorized Signatory
Telephone: _____

- 4 -