UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                                      :
In re                                                                 :    Chapter 11
                                                                      :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                              :    Case No. 08-13555 (JMP)
                                                                      :
                      Debtors.                                        :    (Jointly Administered)
                                                                      :
                                                                      :
-------------------------------------------------------------------x

### ORDER PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(b)(1) GRANTING CVI GVF (LUX) MASTER S.A.R.L.'S MOTION TO TREAT CLAIM FILED BY BLACK RIVER ASIA FUND LTD. AS TIMELY FILED

On consideration of the motion (the "Motion") of CVI GVF (LUX) Master S.A.R.L. ("CVI"), pursuant to 11 U.S.C. § 105(a) and Federal Rule of Bankruptcy Procedure 9006(b)(1), to treat the proof of claim filed by Black River Asia Fund Ltd. (the "Proof of Claim") as timely filed and for such other relief as the Court may deem just and proper; and based on the Motion, responsive pleadings, arguments of counsel, and the record in this case, and the Court's findings of facts and conclusions of law, if any, being stated on the record in open court:

IT IS HEREBY ORDERED:

(1) The Motion is granted pursuant to 11 U.S.C. § 105(a) and Federal Rule of Bankruptcy Procedure 9006(b)(1).

(2) The Proof of Claim shall be treated as timely filed in all respects without prejudice to the rights of CVI.

(3) This Court shall retain jurisdiction and hear and determine all matters arising from

the implementation of this order.

Dated: _____, 2010          _____
                                         James M. Peck
                                         United States Bankruptcy Judge