UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x
                                                        :
In re                                                   :        Chapter 11
                                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                :        Case No. 08-13555 (JMP)
                                                        :
                    Debtors.                            :        (Jointly Administered)
                                                        :
                                                        :
----------------------------------------------------------------------x

# CERTIFICATE OF SERVICE

Michael M. Krauss of the City of Minneapolis, County of Hennepin, State of Minnesota, states under penalty of perjury that on February 26, 2010, he served the following documents by First Class U.S. Mail on the parties listed on the attached service list:

1. CVI GVF (Lux) Master S.a.r.l.'s Notice of Motion to Treat Claim Filed by Black River Asia Fund Ltd. as Timely Filed;

2. CVI GVF (Lux) Master S.a.r.l.'s Motion to Treat Claim Filed by Black River Asia Fund Ltd. as Timely Filed and Memorandum of Points and Authorities in Support Thereof with Exhibits A-D;

3. Affidavit of Mark G. Rabogliatti in Support of CVI GVF (Lux) Master S.a.r.l.'s Motion to Treat Claim Filed by Black River Asia Fund Ltd. as Timely Filed; and

4. Proposed Order.

The following have been served via facsimile:

US Securities and Exchange Commission
Mark Schonfeld, Regional Director
Fax: 212-336-1322

US Securities and Exchange Commission
Neal Jacobson
Fax: 212-336-1348

US Securities and Exchange Commission
Alistair Bamback
Fax: 212-336-1348

US Securities and Exchange Commission
Alexander F. Cohen
Fax: 202-772-9200

Parties who requested electronic service in these cases by Notice of Electronic Filing received service via ECF with the Bankruptcy Court in the Southern District of New York.

| | |
|---|---|
| February 26, 2010 | /s/ Michael M. Krauss |
| | Michael M. Krauss (MK-9699) |
| | Abby E. Wilkinson |
| | Irina Palchuk |
| | Faegre & Benson LLP |
| | 2200 Wells Fargo Center |
| | 90 South Seventh Street |
| | Minneapolis, MN  55402-3901 |
| | Telephone: (612) 766-7000 |
| | Facsimile: (612) 766-1600 |

| | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>ATTN: THE HONORABLE JAMES M. PECK<br>ONE BOWLING GREEN, COURTROOM 601<br>NEW YORK, NY 10004 | WEIL GOTSHAL & MANGES LLP<br>ATTN: RICHARD P. KRASNOW, LORI R. FIFE<br>SHAI Y. WAISMAN, JACQUELINE MARCUS<br>(COUNSEL TO THE DEBTORS)<br>767 FIFTH AVENUE<br>NEW YORK, NY 10153 | OFFICE OF THE US TRUSTEE<br>ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG<br>BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE<br>DAVIS<br>33 WHITEHALL STREET, 21ST FLOOR<br>NEW YORK, NY 10004 |
| MILBANK, TWEED, HADLEY & MCCLOY LLP<br>DENNIS DUNNE, WILBUR FOSTER, JR<br>DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.<br>1 CHASE MANHATTAN PLAZA<br>NEW YORK, NY 10005 | MILBANK, TWEED, HADLEY & MCCLOY, LLP<br>ATTN: PAUL ARONZO & GREGORY BRAY<br>601 SOUTH FIGUEROA STREET, 30TH FL<br>LOS ANGELES, CA 90017 | ASSISTANT UNITED STATES ATTORNEY, SDNY<br>ATTN: ROBERT YALEN, ESQ.<br>86 CHAMBERS STREET, 3RD FLOOR<br>NEW YORK, NY 10007 |
| COMMODITY FUTURES TRADING COMMISSION<br>TERRY S ARBIT<br>THREE LAFAYETTE CENTRE<br>1155 21ST ST, NW<br>WASHINGTON, DC 20581 | COMMODITY FUTURES TRADING COMMISSION<br>ROBERT B WASSERMAN<br>THREE LAFAYETTE CENTRE<br>1155 21ST ST, NW<br>WASHINGTON, DC 20581 | INTERNAL REVENUE SERVICE<br>SPECIAL PROCEDURES BRANCH<br>ATTN: DISTRICT DIRECTOR<br>290 BROADWAY<br>NEW YORK, NY 10007 |
| SECURITIES AND EXCHANGE COMMISSION<br>ATTN: BONNIE L. GAUCH<br>DIVISION OF MARKET REGULATION<br>450 5TH STREET, NW<br>WASHINGTON, DC 20549-1001 | SECURITIES INVESTOR PROTECTION CORPORATION<br>805 15TH STREET, N.W.<br>SUITE 800<br>WASHINGTON, DC 20005-2215 | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>LISA SCHWEITZER/LINDSEE GRANFIELD<br>ONE LIBERTY PLAZA<br>NEW YORK, NY 10006 |
| AKIN GUMP STRAUSS HAUER & FELD LLP<br>1 BRYANT PARK<br>ONE BRYANT PARK<br>NEW YORK, NY 100366715 | ALLEN & OVERY LLP<br>ATTN: LISA KRAIDIN<br>(COUNSEL TO BANK OF CHINA)<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 | ALLEN & OVERY LLP<br>ATTN: KEN COLEMAN<br>(COUNSEL TO FIRST COMMERCIAL BANK., LTD NY AGENCY<br>AND BANK OF TAIWAN)<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 |
| ALLEN MATKINS LECK GAMBLE & MALLORY LLP<br>ATTN: MICHAEL S. GREGER AND JAMES A. TIMKO<br>(COUNSEL TO CONSTELLATION PL, ADV PORTFOLIO TECH,<br>SUN GUARD, ET AL., INF SRVS, WALL ST CONCEPTS)<br>1900 MAIN STREET, 5TH FLOOR<br>IRVINE, CA 92614-7321 | ANDREWS KURTH LLP<br>ATTN: ROBIN RUSSELL, ESQ.<br>(COUNSEL TO EPCO HOLDINGS, INC.)<br>600 TRAVIS, STE. 4200<br>HOUSTON, TX 77019 | AOZORA BANK, LTD.<br>ATTN: SUSAN MINEHAN, SENIOR COUNSEL<br>1-3-1 KUDAN MINAMI<br>CHIYODA-KU<br>TOKYO, 102-8660<br>JAPAN |
| AOZORA BANK, LTD.<br>ATTN: KOJI NOMURA, JOINT GENERAL MANAGER<br>FINANCIAL INSTITUTIONS DIVISION<br>1-3-1 KUDAN MINAMI<br>CHIYODA-KU<br>TOKYO, 102-8660<br>JAPAN | ARNALL GOLDEN GREGORY LLP<br>ATTN: DARRYL S. LADDIN AND FRANK N. WHITE<br>171 17TH STREET NW, SUITE 2100<br>ATLANTA, GA 30363-1031 | ARNOLD & PORTER LLP<br>ATTN: CHARLES A. MALLOY<br>(COUNSEL TO DANSKE BANK A/S AND SAMPO BANK PLC)<br>555 12TH ST., NW<br>WASHINGTON, DC 20004 |
| AT&T SERVICES INC.<br>LAW GROUP COUNSEL<br>ATTN: JAMES W. GRUDUS<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | ATTORNEY GENERAL OF THE STATE OF NEW YORK<br>ATTN: NEAL S. MANN, ASSISTANT ATTORNEY GENERAL<br>120 BROADWAY, 24TH FLOOR<br>NEW YORK, NY 10271 | BAKER & HOSTETLER LLP<br>ATTN: DONALD A. WORKMAN<br>(COUNSEL TO METAVANTE CORPORATION)<br>WASHINGTON SQUARE, SUITE 1100<br>1050 CONNECTICUT AVENUE, NW<br>WASHINGTON, DC 20036-5304 |
| BANKRUPTCY CREDITORS' SERVICE, INC.<br>ATTN: PETER A. CHAPMAN<br>572 FERNWOOD LANE<br>FAIRLESS HILLS, PA 19030 | BERGER & MONTAGUE, P.C.<br>ATTN: MERRILL DAVIDOFF, LAWRENCE LEDERER, ROBIN<br>SWITZENBAUM AND DAVID ANZISKA<br>(COUNSEL TO STATE OF NJ, DEPARTMENT OF TREASURY)<br>1622 LOCUST STREET<br>PHILADELPHIA, PA 19103 | BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO<br>4280 PROFESSIONAL CENTER DR STE 350<br>222 LAKEVIEW AVENUE, ESPERANTE BLDG., SUITE 900<br>PALM BCH GDNS, FL 334104280 |
| BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP<br>ATTN: DAVID R. STICKNEY, ESQ.<br>(COUNSEL TO ALAMEDA CNTY, GOVT OF GUAM, N.IRELAND<br>GOVT COMM, EDINBURGH COUNCIL & OPER. ENG. LCL 13)<br>12481 HIGH BLUFF DRIVE, SUITE 300<br>SAN DIEGO, CA 92130 | BINGHAM MCCUTCHEN LLP<br>ATTN: JEFFREY S. SABIN, RONALD J. SILVERMAN AND<br>STEVEN WILAMOWSKY<br>(COUNSEL TO HARBINGER, HARBERT &UBS FIN SER ET AL)<br>399 PARK AVENUE<br>NEW YORK, NY 10022-4689 | BINGHAM MCCUTCHEN LLP<br>ATTN: P. SABIN WILLETT<br>(COUNSEL TO HARBINGER CAP, HARBERT, UBS FIN, UBS<br>INTL, UBS FIN SRVS OF PR, DEUSTCHE BANK, HALBIS)<br>ONE FEDERAL PLAZA<br>BOSTON, MA 02110-1726 |

| | | |
|---|---|---|
| BINGHAM MCCUTCHEN LLP<br>ATTN: JEFFREY S.SABIN, ROBERT M. DOMBROFF AND STEVEN WILAMOWSKY<br>399 PARK AVENUE<br>NEW YORK, NY  10022-4689 | BINGHAM MCCUTCHEN LLP<br>ATTN: JEFFREY S. SABIN, RONALD J. SILVERMAN AND<br>JOSHUA DORCHAK<br>(COUNSEL TO CURRENEX, STATE ST BANK & UBS SEC'S)<br>399 PARK AVENUE<br>NEW YORK, NY  10022-4689 | BINGHAM MCCUTCHEN LLP<br>ATTN: JEFFREY SABIN, RONALD SILVERMAN, STEVEN<br>WILAMOWSKY AND CAROL WEINER LEVY<br>(COUNSEL TO HALBIS DISTRESSED OPP MASTER FUND LTD)<br>399 PARK AVENUE<br>NEW YORK, NY  10022-4689 |
| BINGHAM MCCUTCHEN LLP<br>ATTN: RAJIV MADAN AND ANGIE OWEN<br>(SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS IN<br>POSSESSION)<br>2020 K STREET NW<br>WASHINGTON, DC  20006-1806 | BRIGGS & MORGAN, P.A.<br>ATTN: MICHAEL D. GORDON<br>(COUNSEL TO MEMBERS UNTD CORP FEDERAL CRDT UNION)<br>2200 IDS CENTER<br>80 SOUTH EIGHTH STREET<br>MINNEAPOLIS, MN  55402 | BROOKFIELD PROPERTIES ONE WFC CO. LLC<br>ATTN: MONICA LAWLESS<br>(COUNSEL TO BROOKFIELD PROPERTIES ONE WFC CO. LLC)<br>THREE WORLD FINANCIAL CENTER<br>200 VESEY STREET<br>NEW YORK, NY  10281-1021 |
| CALIFORNIA PUBLIC EMPLOYEES RETIREMENT SYSTEM<br>ATTN: THOMAS NOGUEROLA, SR. STAFF COUNSEL<br>PO BOX 942707<br>SACRAMENTO, CA  94229-2707 | CB RICHARD ELLIS, INC<br>ATTN: WANDA N. GOODLOE, ESQ.<br>200 PARK AVENUE, 17TH FLOOR<br>NEW YORK, NY  10166 | COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP<br>ATTN: PETER PEARLMAN AND JEFFREY HERRMANN<br>(COUNSEL TO STATE OF NEW JERSEY, DEPARTMENT OF<br>TREASURY, DIVISION OF INVESTMENT)<br>PARK 80 PLAZA WEST-ONE<br>SADDLE BROOK, NJ  07663 |
| CONTINENTAL AIRLINES, INC.<br>ATTN: JEFF WITTIG<br>1600 SMITH<br>DEPT. HQ56G<br>HOUSTON, TX  77019 | CONTRARIAN CAPITAL MANAGEMENT, LLC<br>ATTN: ETHAN SCHWARTZ<br>411 WEST PUTNAM AVENUE<br>SUITE 425<br>GREENWICH, CT  06830 | COUNTY OF SAN MATEO<br>ATTN: MICHAEL P. MURPHY, COUNTY COUNSEL<br>(COUNSEL TO COUNTY OF SAN MATEO AND COUNTY OF<br>MONTEREY)<br>400 COUNTY CENTER<br>REDWOOD CITY, CA  94063-1662 |
| DAVIS POLK & WARDWELL<br>ATTN: KAREN E. WAGNER, ABRAHAM GESSER, JAMES I.<br>MCCLAMMY<br>450 LEXINGTON AVENUE<br>NEW YORK, NY  10017 | DAVIS POLK & WARDWELL<br>ATTN: KAREN E. WAGNER AND JAMES I. MCCLAMMY<br>(COUNSEL TO NATIXIS ENTITIES, ASSET BACKED MGMT<br>CORP., AND BANQUE PRIVEE SAINT DOMINIQUE)<br>450 LEXINGTON AVENUE<br>NEW YORK, NY  10017 | DEWEY & LEBOEUF LLP<br>ATTN: MARTIN J BIENENSTOCK, JUDY G.Z. LIU AND TIMOTHY Q. KARCHER<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10019 |
| DLA PIPER LLP (US)<br>ATTN: THOMAS R. CALIFANO<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10020-1104 | DLA PIPER LLP (US)<br>ATTN: KAROL DENNISTON AND DEBORAH J. SALTZMAN<br>550 SOUTH HOPE STREET, SUITE 2300<br>LOS ANGELES, CA  90071 | DLA PIPER LLP (US)<br>ATTN: WILLIAM GOLDMAN & JOHN MCNICHOLAS ESQS.<br>(COUNSEL TO SWEDBANK AB, NEW YORK BRANCH)<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10020-1104 |
| DORSEY & WHITNEY LLP<br>ATTN: STEVEN J. HEIM AND MICHELLE KREIDLER DOVE<br>(COUNSEL TO US BANK NATIONAL ASSOCIATION)<br>50 SOUTH SIXTH STREET<br>MINNEAPOLIS, MN  55402 | DRESDNER BANK A.G.<br>ATTN: JOSEPH SCORDATO, ESQ<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10019 | EATON CORPORATION<br>ATTN: GLOBAL TRADE CREDIT DEPARTMENT<br>EATON CENTER<br>1111 SUPERIOR AVENUE<br>CLEVELAND, OH  44114-2584 |
| EPSTEIN BECKER & GREEN, P.C.<br>ATTN: DAVID B. TATGE, ESQ.<br>(COUNSEL TO INFOSPACE, INC. AND INTERSIL CORP.)<br>1227 25TH STREET, N.W.<br>SUITE 700<br>WASHINGTON, DC  20037 | EZRA BRUTZKUS GUBNER LLP<br>ATTN: STEVEN T. GUBNER, ESQ AND COREY R. WEBER,ESQ<br>(COUNSEL TO THE CITY OF LONG BEACH)<br>21650 OXNARD STREET, SUITE 500<br>WOODLAND HILLS, CA  91367 | FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUSSI LLP<br>ATTN: STEVEN FELDERSTEIN, PAUL PASCUZZI & JOAN HUH<br>(COUNSEL TO CALIFORNIA PUBLIC EMPLOYEES RETIREMENT<br>SYSTEM)<br>400 CAPITOL MALL, SUITE 1450 |
| FIRST TRUST PORTFOLIOS L.P.<br>ATTN: PAMELA COCALAS WIRT, ASST GENERAL COUNSEL<br>(COUNSEL TO FIRST TRUST PORTFOLIOS LP, FIRST TRUST<br>ADVISORS LP AND BONDWAVE LLC)<br>120 E. LIBERTY DRIVE, SUITE 400<br>WHEATON, IL  60187-5455 | FOLEY & LARDNER LLP<br>ATTN: JOANNE LEE<br>(COUNSEL TO TRADING TECHNOLOGIES INTERNATIONAL)<br>321 N. CLARK STREET<br>SUITE 2800<br>CHICAGO, IL  60654 | FREDERIC DORWART, LAWYERS<br>ATTN: SAMUEL S. ORY AND JAMES A. HIGGINS<br>(COUNSEL TO BANK OF OKLAHOMA, N.A.)<br>124 EAST FOURTH STREET<br>TULSA, OK  74103 |
| FRIEDMAN DUMAS & SPRINGWATER LLP<br>ATTN: ELLEN A. FRIEDMAN, ESQ.<br>(COUNSEL TO PACIFIC GAS & ELECTRIC COMPANY)<br>150 SPEAR STREET, SUITE 1600<br>SAN FRANCISCO, CA  94105 | FULTON BANK<br>ATTN: JOHN R. MERVA, ESQ.<br>ASSOCIATE COUNSEL & VP<br>ONE PENN CENTER PO BOX 4887<br>LANCASTER, PA  17604 | GILMARTIN, POSTER & SHAFTO LLP<br>ATTN: ANDREAS SEUFFERT, ESQ.<br>(COUNSEL TO PIETRO FERRERO, VERSORGUNGSWERK DER)<br>APOTHEKERKAMMER NORDRHEIN)<br>845 THIRD AVENUE<br>NEW YORK, NY  10022 |

| | | |
|---|---|---|
| GREEN TREE SERVICING LLC<br>ATTN: BRIAN COREY, GENERAL COUNSEL<br>345 ST. PETER STREET<br>SAINT PAUL, MN  55102-1639 | GSEF AL NAWRAS (CAYMAN) LIMITED<br>C/O NASREEN BULOS, LEGAL COUNSEL GLOBAL EQUITIES<br>DUBAI INTERNATIONAL CAPITAL LLC<br>DIFC BUILDING 2, 4TH FLOOR<br>SHEIKH ZAYED ROAD, PO BOX 72888<br>DUBAI,<br>UNITED ARAB EMIRATES | HAHN & HESSEN LLP<br>ATTN: ROSANNE THOMAS MATZAT, ESQ.<br>(COUNSEL TO AVISTA CORP., CASCADE INVESTMENT LLC,<br>AND POWEREX CORP.)<br>488 MADISON AVE<br>NEW YORK, NY  10022 |
| HEWLETT-PACKARD COMPANY<br>ATTN: MS. RAMONA NEAL, CORPORATE COUNSEL<br>11311 CHINDEN BLVD<br>MAILSTOP 314<br>GARDEN CITY, ID  83714-0021 | HEWLETT-PACKARD COMPANY<br>ATTN: MR. KEN HIGMAN, SR. DEFAULT&RECOVERY ANALYST<br>2125 E. KATELLA AVE<br>SUITE 400<br>ANAHEIM, CA  92806 | HOLLAND & KNIGHT LLP<br>RICHARD E. LEAR, ESQ.<br>2099 PENNSYLVANIA AVE, NW, SUITE 100<br>WASHINGTON, DC  20006 |
| HOLLAND & KNIGHT LLP<br>ATTN: JOHN J. MONAGHAN, ESQ.<br>(COUNSEL TO SINGAPORE AIRLINES, US BANK NAT ASSOC,<br>HSBC REALTY CREDIT, CARLTON WILLARD AND SBA COMM.)<br>10 ST. JAMES AVENUE<br>BOSTON, MA  02116 | HUNTON & WILLIAMS LLP<br>ATTN: KEVIN M. ECKHARDT<br>(COUNSEL TO CATALANA EMPLEO,PREVISION,RF1,FP,CATOC VIDA, DEPSA, NORTEHISPANA, REASEGUROS, SEGUROS)<br>1111 BRICKELL AVENUE, SUITE 2500<br>MIAMI, FL  33131 | INFOSPACE, INC.<br>ATTN: ALEJANDRO C. TORRES, ESQ.<br>GENERAL COUNSEL<br>601 108TH AVENUE, NE<br>BELLEVUE, WA  98004 |
| INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI, LLP<br>ATTN: CORY L. WEISS, ESQ.<br>(COUNSEL TO 50 BROADWAY REALTY CORP. LLC)<br>250 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY  10177 | INTERNAL REVENUE SERUICE<br>OFFICE OF CHIEF COUNSEL<br>ATTN: TOBY R. ROSENBERG<br>33 MAIDEN LANE, 14TH FLOOR<br>NEW YORK, NY  10038 | INTERSIL CORPORATION<br>ATTN: DOUGLAS BALOG, ESQ.<br>ASSOCIATE GENERAL COUNSEL<br>1650 ROBERT A. CONLON BLVD., NE<br>M/S 62A309<br>PALM BEACH, FL  32905 |
| INVESCO AIM MANAGEMENT GROUP, INC.<br>ATTN: TERESA A. OXFORD, ESQ.<br>(COUNSEL TO AIM FUNDS AND AIM ADVISORS)<br>11 GREENWAY PLAZA, SUITE 100<br>HOUSTON, TX  77046-1173 | IRELL & MANELLA LLP<br>ATTN: ALAN J. FRIEDMAN AND KERRI LYMAN<br>(COUNSEL TO "PARTY-IN-INTEREST")<br>840 NEWPORT CENTER DRIVE, SUITE 400<br>NEWPORT BEACH, CA  92660 | JASPAN SCHLESINGER LLP<br>ATTN: FRANK C. DELL'AMORE, ESQ.<br>(COUNSEL TO STATE BANK OF LONG ISLAND)<br>300 GARDEN CITY PLAZA<br>GARDEN CITY, NY  11530 |
| JENNER & BLOCK LLP<br>ATTN: PATRICK J. TROSTLE<br>(COUNSEL TO ANTON R. VALUKAS, THE EXAMINER)<br>919 THIRD AVENUE, 37TH FLOOR<br>NEW YORK, NY  10022-3908 | JENNER & BLOCK LLP<br>ATTN: DANIEL R. MURRAY AND ROBERT L. BYMAN<br>(COUNSEL TO ANTON R. VALUKAS, THE EXAMINER)<br>353 N. CLARK ST.<br>CHICAGO, IL  60654-3456 | JENNINGS, STROUSS & SALMON, P.L.C.<br>ATTN: GEORGE C. SPILSBURY AND BRIAN N. SPECTOR<br>(COUNSEL TO LA LOMA SENIOR LIVING SERVICES, INC.)<br>THE COLLIER CENTER, 11TH FLOOR<br>201 EAST WASHINGTON STREET<br>PHOENIX, AZ  85004-2385 |
| JOSEPH L. FOX, ESQ.<br>(COUNSEL TO HUMBERTO G. MERCHLAND LOPEZ)<br>60 EAST 42ND STREET, SUITE 2231<br>NEW YORK, NY  10165 | JOSEPH N. CORDARO<br>ASSISTANT UNITED STATES ATTORNEY<br>SOUTHERN DISTRICT OF NEW YORK<br>86 CHAMBERS STREET, 3RD FLOOR<br>NEW YORK, NY  10007 | K&L GATES LLP<br>ATTN: ELI R. MATTIOLI, ELIZABETH M. HARRIS<br>(COUNSEL TO FIRSTBANK PUERTO RICO)<br>599 LEXINGTON AVENUE<br>NEW YORK, NY  10022 |
| KAYE SCHOLER LLP<br>ATTN: MADLYN GLEICH PRIMOFF, SCOTT D TALMADGE AND<br>RICHARD CHOI<br>425 PARK AVENUE<br>NEW YORK, NY  10022 | KAYE SCHOLER LLP<br>ATTN: MADLYN GLEICH PRIMOFF AND RICHARD CHOI<br>425 PARK AVENUE<br>NEW YORK, NY  10022 | KELLEY DRYE & WARREN LLP<br>ATTN: MARK W. PAGE, ESQ.<br>(COUNSEL TO BP N.AMERICA, BP ENERGY, BP CANADA AND<br>IGI RESOURCES)<br>333 WEST WACKER DRIVE, 26TH FLOOR<br>CHICAGO, IL  60606 |
| KLEIN SOLOMON LLP<br>ATTN: JAY B. SOLOMON<br>(COUNSEL TO HOPE GREENFIELD)<br>275 MADISON AVENUE, 11TH FLOOR<br>NEW YORK, NY  10016 | LEHMAN BROTHERS BANKHAUS AKTIENGESELLSCHAFT<br>VERTRETEN DURCH IHREN VORSTAND<br>(MICHAEL BONACKER,HANS-MARTIN BURY, HELMUT OLIVIER<br>DR. PATRICK SCHMITZ-MORKRAMER, CHRISTIAN SPIELER)<br>RATHENAUPLATZ 1<br>60313 FRANKFURT AM MAIN,<br>GERMANY | LOCKE LORD BISSELL & LIDDELL LLP<br>3 WORLD FINANCIAL CTR FL 20<br>NEW YORK, NY  102812199 |
| LOCKE LORD BISSELL & LIDDELL LLP<br>ATTN: PHILIP EISENBERG<br>(COUNSEL TO DYNERGY POWER MARKETING, INC.)<br>3400 JPMORGAN CHASE TOWER<br>600 TRAVIS TOWER<br>HOUSTON, TX  77002-3095 | LOIZIDES, P.A.<br>ATTN: CHRISTOPHER D. LOIZIDES, ESQ.<br>(COUNSEL TO 72 INDIVIDUALS)<br>1225 KING STREET, SUITE 800<br>WILMINGTON, DE  19801 | MARGOLIS EDELSTEIN<br>ATTN: JAMES E. HUGGETT, ESQ.<br>750 SHIPYARD DRIVE, SUITE 102<br>WILMINGTON, DE  19801 |

| | | |
|---|---|---|
| MAYER BROWN LLP<br>ATTN: ANTONIA GOLIANOPOULOS, ESQ.<br>(COUNSEL TO SP4 190 S. LASALLE, L.P.)<br>1675 BROADWAY<br>NEW YORK, NY 10019 | MAYER BROWN LLP<br>ATTN: THOMAS S KIRIAKOS AND MELISSA A MICKEY<br>(COUNSEL TO SP4 190 S. LASALLE, L.P.)<br>71 S. WACKER DRIVE<br>CHICAGO, IL 60606 | MAYNARD COOPER & GALE, PC<br>ATTN: JAYNA PARTAIN LAMAR<br>(COUNSEL TO REGIONS BANK)<br>1901 SIXTH AVENUE NORTH<br>2400 REGIONS/HARBERT PLAZA<br>BIRMINGHAM, AL 35203 |
| MCCALLA RAYMER, LLC<br>ATTN: RICHARD H. SIEGEL<br>(COUNSEL TO AMERICA'S SERVICING COMPANY)<br>1544 OLD ALABAMA ROAD<br>ROSWELL, GA 30076-2102 | MCCARTER & ENGLISH, LLP<br>ATTN: KATHERINE L. MAYER, ESQ.<br>RENAISSANCE CENTRE<br>405 NORTH KING STREET<br>WILMINGTON, DE 19801 | MCCARTER & ENGLISH, LLP<br>ATTN: WILLIAM F. TAYLOR, ESQ<br>(COUNSEL TO LANDAMERICA FINANCIAL GROUP, INC.)<br>405 NORTH KING STREET<br>RENAISSANCE CENTER, 8TH FLOOR<br>WILMINGTON, DE 19801 |
| MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO<br>(COUNSEL TO MARIE PAPILLON)<br>227 WEST MONROE STREET, SUITE 4400<br>CHICAGO, IL 60606-5096 | MEISTER SEELIG & FEIN LLP<br>ATTN: JAMES M. RINGER AND KEVIN FRITZ<br>(COUNSEL TO ROSSLYN INVESTORS I, LLC)<br>2 GRAND CENTRAL TOWER, 19TH FLOOR<br>140 EAST 45TH STREET<br>NEW YORK, NY 10017 | MEYER SUOZZI ENGLISH & KLEIN<br>ATTN: THOMAS R. SLOME, ESQ.<br>(COUNSEL TO DRESDNER KLEINWORT GROUP HOLDINGS LLC)<br>900 STEWART AVENUE, SUITE 300 PO BOX 9194<br>GARDEN CITY, NY 11530 |
| MICHAEL A. COX, ATTORNEY GENERAL<br>ATTN: JUANDISHA HARRIS, ASSISTANT ATTORNEY GENERAL<br>(COUNSEL TO STATE OF MICHIGAN, DEPT. OF TREASURY)<br>CADILLAC PLACE, STE. 10-200<br>3030 W. GRAND BLVD.<br>DETROIT, MI 48202 | MICHAEL C. FREGE<br>IN SEINER EIGENSCHAFT ALS INSOLVENZVERWALTER UBER<br>DAS VERMOGEN DER LEHMAN BROTHERS BANKHAUS AKTIENGESELLSCHAFT<br>BARCKHAUSSTR. 12-16<br>60325 FRANKFURT AM MAIN,<br>GERMANY | MORI HAMADA & MATSUMOTO<br>ATTN: KEN MIURA, ESQ.<br>(COUNSEL TO NIPPON LIFE INSURANCE COMPANY)<br>MARUNOUCHI KITAGUCHI BUILDING<br>1-6-5 MARUNOUCHI, CHIYODA-KU<br>TOKYO 100-8222,<br>JAPAN |
| MORRISON & FOERSTER LLP<br>ATTN: TSUGUMICHI WATANABE, ESQ.<br>SHIN-MARUNOUCHI BUILDING, 29TH FLOOR<br>5-1, MARUNOUCHI 1 -CHOME<br>CHIYODA-KU<br>TOKYO, 100-6529<br>JAPAN | MUNSCH HARDT KOPF & HARR, P.C.<br>ATTN: RUSSELL L. MUNSCH<br>(COUNSEL FOR THE AD HOC COMMITTEE OF BONDHOLDERS)<br>ONE AMERICAN CENTER<br>600 CONGRESS AVENUE, SUITE 2900<br>AUSTIN, TX 78701-3057 | MUNSCH HARDT KOPF & HARR, P.C.<br>ATTN: KEVIN M. LIPPMAN<br>(COUNSEL FOR THE AD HOC COMMITTEE OF BONDHOLDERS)<br>3800 LINCOLN PLAZA<br>500 NORTH AKARD STREET<br>DALLAS, TX 75201-6659 |
| NATIONWIDE FUND ADVISORS<br>1000 CONTINENTAL DR STE 400<br>KING OF PRUSSIA, PA 194062850 | NEWEDGE USA, LLC<br>ATTN: SUSAN M. SCHULTZ, GROUP DEPUTY GENERAL<br>COUNSEL, NEWEDGE<br>550 WEST JACKSON BLVD, SUITE 500<br>CHICAGO, IL 60661 | NIXON PEABODY, LLP<br>ATTN: AMANDA DARWIN<br>(COUNSEL TO DEUTSCHE BANK TRUST CO. AMERICAS)<br>100 SUMMER STREET<br>BOSTON, MA 02110 |
| NOMURA HOLDING AMERICA, INC<br>ATTN: PENNY TEHRANI<br>TWO WORLD FINANCIAL CENTER<br>BUILDING B, 22ND FLOOR<br>NEW YORK, NY 10281 | OCH-ZIFF<br>ATTN: KEN RUBIN<br>9 W 57TH STREET, 39TH FLOOR<br>NEW YORK, NY 10019 | OFFICE OF THRIFT SUPERVISION, NORTHEAST REGION<br>ATTN: MARTIN JEFFERSON DAVIS<br>(SENIOR TRIAL ATTORNEY)<br>HARBORSIDE FINANCIAL CENTER PLAZA FIVE<br>JERSEY CITY, NJ 07311 |
| OPPENHEIMERFUNDS, INC.<br>CHIEF COMPLIANCE OFFICER<br>6803 SOUTH TUCSON WAY<br>ENGLEWOOD, CO 80112-3924 | OPPENHEIMERFUNDS, INC.<br>2 WORLD FINANCIAL CENTER<br>225 LIBERTY STREET, 16TH FL<br>NEW YORK, NY 10281-1008 | ORRICK HERRINGTON & SUTCLIFFE LLP<br>ATTN: JONATHAN P. GUY, ESQ.<br>(COUNSEL TO THE BANK OF NOVA SCOTIA)<br>1152 15TH STREET, NW<br>WASHINGTON, DC 20005-1706 |
| ORRICK, HARRINGTON & SUTCLIFFE LLP<br>ATTN: JONATHAN P. GUY, KATHLEEN A. ORR AND DEBRA L. FELDER<br>(COUNSEL TO CALIFORNIA IND. SYSTEMS OPERATOR CORP)<br>1152 15TH STREET, N.W.<br>WASHINGTON, DC 20005-1706 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>ATTN: ROGER FRANKEL, RICHARD H. WYRON, JONATHAN P.<br>GUY AND DEBRA L. FELDER<br>(COUNSEL TO RIZAL COMMERCIAL BANKING CORPORATION)<br>1152 15TH STREET, N.W.<br>WASHINGTON, DC 20005-1706 | OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.<br>ATTN: WILLIAM M. SILVERMAN AND PETER FELDMAN<br>(COUNSEL TO THE BANK OF TOKYO-MITSUBISHI UFJ, LTD)<br>230 PARK AVENUE<br>NEW YORK, NY 10169-0075 |
| PARKER POE ADAMS & BERNSTEIN LLP<br>ATTN: KIAH T. FORD IV<br>(COUNSEL TO DUKE ENERGY OHIO, INC.)<br>THREE WACHOVIA CENTER<br>401 S. TRYON STREET, SUITE 3000<br>CHARLOTTE, NC 28202 | PATTERSON BELKNAP WEBB & TYLER LLP<br>ATTN: DAVID W. DYKHOUSE AND BRIAN P. GUINEY<br>(COUNSEL TO ASBURY ATLANTIC AND ASBURY-SOLOMONS)<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036-6710 | PEITZMAN, WEG & KEMPINSKY LLP<br>ATTN: HOWARD J. WEG AND DEVID B. SHEMANO<br>(COUNSEL TO AVISTA CORP., CASCADE INVESTEMENT LLC,<br>AND POWEREX CORP.)<br>10100 SANTA MONICA BLVD., SUITE 1450<br>LOS ANGELES, CA 90067 |

| | | |
|---|---|---|
| PEPPER HAMILTON LLP<br>ATTN: EVELYN J. MELTZER AND JOHN H. SCHANNE II<br>(COUNSEL TO ENCANA CORP. AND ENCANA OIL & GAS)<br>HERCULES PLAZA, SUITE 5100<br>1313 MARKET STREET, P.O. BOX 1709<br>WILMINGTON, DE 19899-1709 | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP<br>ATTN: ELIZABETH BANDA<br>P.O. BOX 13430<br>ARLINGTON, TX 76094-0430 | PHOENIX AMERICAN FINANCIAL SERVICES, INC.<br>ATTN: JOSEPH HORGAN<br>2401 KERNER BLVD<br>SAN RAFAEL, CA 94901 |
| PILLSBURY WINTHROP SHAW PITTMAN LLP<br>ATTN: DAVID A. CRICHLOW, ESQ.<br>(COUNSEL TO UNION BANK OF CALIFORNIA, N.A.)<br>1540 BROADWAY<br>NEW YORK, NY 10036-4039 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>ATTN: WILLIAM B. FREEMAN AND MARK D. HOULE<br>(COUNSEL TO UNITED BANK OF CALIFORNIA, N.A.)<br>725 SOUTH FIGUEROA STREET, SUITE 2800<br>LOS ANGELES, CA 90017-5443 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>ATTN: PATRICK J. POTTER<br>(COUNSEL TO PYRRHULOXIA, LP)<br>2300 N. STREET, NW<br>WASHINGTON, DC 20037 |
| POLSINELLI SHALTON FLANIGAN SUELTHAUS PC<br>ATTN: CHRISTOPHER A WARD<br>(COUNSEL TO BATS HOLDINGS, INC.)<br>222 DELAWARE AVENUE, SUITE 1101<br>WILMINGTON, DE 19801 | POST & SCHELL, P.C.<br>ATTN: BRIAN W. BISIGNANI, ESQ.<br>(COUNSEL TO AON CONSULTING)<br>17 NORTH 2ND STREET, 12TH FLOOR<br>HARRISBURG, PA 17101-1601 | PROFUNDS ADVISORS LLC<br>ATTN: BARRY PERSHKOW<br>7501 WISCONSIN AVENUE<br>SUITE 1000<br>BETHESDA, MD 20814 |
| PURSUIT PARTNERS<br>ATTN: LISA ROBERTS<br>333 LUDLOW STREET, NORTH TOWER, 4TH FLOOR<br>STAMFORD, CT 06902 | REED SMITH LLP<br>ATTN: J. ANDREW RAHL, ESQ.<br>599 LEXINGTON AVENUE<br>NEW YORK, NY 10022 | REED SMITH LLP<br>ATTN: KURT F. GWYNNE, J. CORY FALGOWSKI<br>1201 N. MARKET STREET, SUITE 1500<br>WILMINGTON, DE 19801 |
| REED SMITH LLP<br>ATTN: CHRIS LYNCH<br>599 LEXINGTON AVENUE, 30TH FLOOR<br>NEW YORK, NY 10022 | REED SMITH LLP<br>225 5TH AVE STE 1200<br>PITTSBURGH, PA 152222716 | REED SMITH LLP<br>ATTN: JOHN L. SCOTT, DAVID M. GRIMES AND RIZWAN A. QURESHI<br>(COUNSEL TO YARPA INVESTMENTI S.G.R. S.P.A.-RP3)<br>599 LEXINGTON AVENUE<br>NEW YORK, NY 10022 |
| RIDDELL WILLIAMS P.S.<br>ATTN: JOSPEH E. SHICKICH<br>1001 4TH AVENUE SUITE 4500<br>SEATTLE, WA 98154-1192 | RUSSELL INVESTMENTS<br>ATTN: ELIOT COHEN<br>909 A STREET<br>TACOMA, WA 98402-5120 | RUSSELL R. JOHNSON III<br>(COUNSEL TO DUKE ENERGY OHIO, INC.)<br>2258 WHEATLANDS DRIVE<br>MANAKIN SABOT, VA 23103 |
| SAINT JOSEPH'S UNIVERSITY<br>OFFICE OF THE GENERAL COUNSEL<br>ATTN: MARIANNE SCHIMELFENIQ, ESQ.<br>(COUNSEL TO SAINT JOSEPH'S UNIVERSITY)<br>5600 CITY AVENUE<br>PHILADELPHIA, PA 19131-1395 | SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP<br>ATTN: JOHN A. KEHOE AND BENJAMIN J. HINERFELD<br>(COUNSEL TO ALAMEDA CNTY, GOVT OF GUAM, N.IRELAND<br>GOVT COMM, EDINBURGH COUNCIL & OPER. ENG. LCL 13)<br>280 KING OF PRUSSIA ROAD<br>WAYNE, PA 19087 | SCHNADER HARRISON SEGAL & LEWIS LLP<br>ATTN: NICHALOS J. LEPORE, III, ESQ.<br>(COUNSEL TO PJM INTERCONNECTION, LLC)<br>1600 MARKET STREET, SUITE 3600<br>PHILADELPHIA, PA 19103-7286 |
| SHEARMAN & STERLING LLP<br>ATTN: FREDRIC SOSNICK, ESQ., JAMES L. GARRITY, ESQ<br>AND NED S. SCHODEK, ESQ.<br>(COUNSEL TO BANK OF AMERICA, N.A.)<br>599 LEXINGTON AVENUE<br>NEW YORK, NY 10022 | SHELL ENERGY NORTH AMERICA (US), L.P.<br>ATTN: ANN REYNAUD<br>909 FANNIN, PLAZA LEVEL 1<br>HOUSTON, TX 77010 | SHELL TRADING (US) COMPANY<br>ATTN: JENNIFER GORE<br>910 FANNIN, PLAZA LEVEL 1<br>HOUSTON, TX 77010 |
| SIDLEY AUSTIN LLP<br>ATTN: ANDREW C. QUALE, JR., ALAN M. UNGER<br>(COUNSEL TO AIRCRAFT FINANCE TRUST)<br>787 SEVENTH AVENUE<br>NEW YORK, NY 10019 | SILVERMANACAMPORA LLP<br>ATTN: RONALD J. FRIEDMAN<br>(COUNSEL TO MARTHA CHILTON MUELLER)<br>100 JERICHO QUADRANGLE, SUITE 300<br>JERICHO, NY 11753 | SONNENSCHEIN NATH & ROSENTHAL LLP<br>ATTN: D. FARRINGTON YATES<br>(COUNSEL TO DR. MICHAEL C. FREGE)<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 |
| SONNENSCHEIN NATH & ROSENTHAL LLP<br>ATTN: PATRICK C. MAXCY, ESQUIRE<br>(COUNSEL TO DR. MICHAEL C. FREGE)<br>8000 SEARS TOWER<br>233 WACKER DRIVE<br>CHICAGO, IL 60606 | STAHL ZELLOE, P.C.<br>ATTN: RICHARD J. STAHL, ESQ.<br>(COUNSEL TO THE TAARP GROUP, LLP)<br>11350 RANDOM HILLS ROAD, SUITE 700<br>FAIRFAX, VA 22030 | STANDARD CHARTERED BANK<br>ATTN: MARC CHAIT<br>1 MADISON AVENUE, 3RD FLOOR<br>NEW YORK, NY 10010 |

| | | |
|---|---|---|
| STEIN & LUBIN LLP<br>ATTN: EUGENE CHANG<br>(COUNSEL TO OVERSTOCK.COM)<br>600 MONTGOMERY STREET, 14TH FLOOR<br>SAN FRANCISCO, CA  94111 | STEPTOE & JOHNSON LLP<br>ATTN: JOHN H. LOVI AND LARA E. ROMANSIC<br>(COUNSEL TO KOREA INVESTMENT & SECURITIES CO., LTD<br>AND TRUE FRIEND 4TH SECURITIZATION SPECIALTY CO.)<br>750 SEVENTH AVENUE<br>NEW YORK, NY  10019 | STRADLEY RONON STEVENS & YOUNG, LLP<br>ATTN: PAUL A PATTERSON AND MICHAEL J. CORDONE<br>(COUNSEL TO AIM FUNDS AND AIM ADVISORS)<br>2600 ONE COMMERCE SQUARE<br>PHILADELPHIA, PA  19103-7098 |
| STREUSAND & LANDON LLP<br>515 CONGRESS AVE STE 2525<br>AUSTIN, TX  787013508 | STROOCK & STROOCK & LAVAN LLP<br>ATTN: LAWRENCE M. HANDELSMAN AND DENISE K. WILDES<br>(COUNSEL TO STAMFORD ASSOCIATES L.P.)<br>180 MAIDEN LANE<br>NEW YORK, NY  10038 | SULLIVAN & CROMWELL LLP<br>ATTN: ROBINSON B. LACE AND HYDEE R. FELDSTEIN<br>(COUNSEL TO BARCLAYS CAPITAL, INC.)<br>125 BROAD STREET<br>NEW YORK, NY  10004 |
| TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP<br>ATTN: ROY H. CARLIN<br>(COUNSEL TO PT BANK NEGARA INDONESIA (PESARO) TBK)<br>900 THIRD AVENUE, 13TH FLOOR<br>NEW YORK, NY  100224796 | THE BANK OF NEW YORK MELLON<br>ATTN: RANJIT MATHER, ROBERT BAILEY<br>ONE WALL STREET, 11TH FLOOR<br>NEW YORK, NY  10286 | THE BANK OF TOKYO-MITSUBISHI UFJ, LTD.<br>ATTN: MONIQUE L. MORREALE<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10020-1104 |
| THE CHUO MITSUI TRUST AND BANKING CO., LTD<br>33-1, SHIBA 3-CHOME<br>MINATO-KU<br>TOKYO 105-8574,<br>JAPAN | THE SUMITOMO TRUST & BANKING CO., LTD<br>ATTN: MR. MASAYA YAMASHIRO, SENIOR MANAGER<br>GRANTOKYO, SOUTH TOWER<br>1-9-2, MARUNOUCHI, CHIYODA-KU<br>TOKYO 100-6611,<br>JAPAN | THOMPSON & KNIGHT LLP<br>ATTN: IRA L. HERMAN & DEMETRA L. LIGGINS<br>919 THIRD AVENUE, 39TH FLOOR<br>NEW YORK, NY  10022-3915 |
| THOMPSON & KNIGHT LLP<br>ATTN: RHETT G. CAMPBELL<br>333 CLAY STREET, SUITE 3300<br>HOUSTON, TX  77002-4499 | THOMPSON & KNIGHT LLP<br>ATTN: RHETT G. CAMPBELL & MITCHELL E. AYER<br>(COUNSEL TO CHEVRON NATURAL GAS)<br>333 CLAY STREET, SUITE 3300<br>HOUSTON, TX  77002 | THOMPSON & KNIGHT LLP<br>ATTN: DAVID M. BENNETT<br>(COUNSEL TO CROSSROADS INVESTMENT ADVISERS, LP)<br>1722 ROUTH STREET<br>SUITE 1500<br>DALLAS, TX  75201-2533 |
| TISHMAN SPEYER PROPERTIES, LP<br>ATTN: MICHAEL BENNER, ANN MENARD, BRADLEY TURK AND<br>NED BANNON, CORPORATE COUNSEL<br>45 ROCKEFELLER PLAZA<br>NEW YORK, NY  10111 | TOBIN & TOBIN<br>ATTN: JOHN P. CHRISTIAN, ESQ.<br>(COUNSEL TO JOHN ROSEKRANS)<br>500 SANSOME STREET, 8TH FLOOR<br>SAN FRANCISCO, CA  94111-3214 | TRAVELERS<br>NATIONAL ACCOUNTS<br>ATTN: OLGA PRESS, ACCOUNT RESOLUTION<br>1 TOWER SQUARE - 5MN<br>HARTFORD, CT  06183-4044 |
| TROUTMAN SANDERS LLP<br>ATTN: LEE STREMBA, ESQ.<br>(COUNSEL TO JASON WALLACE)<br>THE CHRYSLER BUILDING<br>405 LEXINGTON AVENUE<br>NEW YORK, NY  10174 | TW TELECOM INC.<br>ATTN: LINDA BOYLE<br>10475 PARK MEADOWS DRIVE, #400<br>LITTLETON, CO  80124 | VEDDER PRICE P.C.<br>ATTN: DOUGLAS J. LIPKE, ESQ.<br>(COUNSEL TO NEWEDGE USA, LLC)<br>222 N. LASALLE STREET<br>CHICAGO, IL  60601-1003 |
| VINSON & ELKINS L.L.P.<br>ATTN: STEVEN M. ABRAMOWITZ<br>(COUNSEL TO GSEF AL NAWRAS (CAYMAN) LIMITED)<br>666 FIFTH AVENUE, 27TH FLOOR<br>NEW YORK, NY  10103 | VINSON & ELKINS L.L.P.<br>ATTN: JOHN E. WEST AND STEVEN M. ABRAMOWITZ<br>(COUNSEL TO CONTINENTAL AIRLINES, INC.)<br>1001 FANNIN STREET, SUITE 2500<br>HOUSTON, TX  77002-6760 | VINSON & ELKINS RLLP<br>ATTN: JEFFREY E. ELDREDGE<br>(COUNSEL TO GSEF AL NAWRAS (CAYMAN) LIMITED)<br>CITY POINT, 33RD FLOOR<br>ONE ROPEMAKED STREET<br>LONDON EC2Y 9UE,<br>UK |
| WATSON, FARLEY & WILLIAMS (NEW YORK) LLP<br>ATTN: CHRISTOPHER BELISLE, JANE FREEBERG SARMA<br>(COUNSEL TO ROGER B. NAGIOFF)<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10036 | WHITE & CASE LLP<br>ATTN: THOMAS E. MACWRIGHT JR. AND AILEEN VENES<br>WACHOVIA FINANCIAL CENTER<br>SUITE 4900<br>200 SOUTH BISCAYNE BLVD<br>MIAMI, FL  33131 | WHITE & CASE LLP<br>ATTN: MICHAEL RUETZEL, ULF KREPPEL, KATARINA STAHL<br>(COUNSEL TO GERMAN ASSOCIATION OF SAVINGS BANKS)<br>BOCKENHEIMER LANDSTRASSE 20<br>60323 FRANKFURT AM MAIN,<br>GERMANY |
| WHITE & CASE LLP<br>ATTN: GERARD UZZI, J. CHRISTOPHER SHORE AND LISA THOMPSON<br>(COUNSEL TO AD HOC GROUP OF LEHMAN CREDITORS)<br>1155 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10036-2787 | WIGGIN AND DANA LLP<br>ATTN: SHARYN B. ZUCH<br>(COUNSEL TO HOTCHKISS SCHOOL)<br>185 ASYLUM STREET<br>HARTFORD, CT  06103-3402 | WILMINGTON TRUST COMPANY<br>ATTN JAMES J MCGINLEY<br>520 MADISON AVE, 33RD FL<br>NEW YORK, NY  10022 |

| | | |
|---|---|---|
| WILMINGTON TRUST FSB<br>50 S 6TH ST STE 1290<br>MINNEAPOLIS, MN  554021544 | WINSTON & STRAWN LLP<br>ATTN: CAREY D. SCHREIBER<br>(COUNSEL TO CAPGEMINI FINANCIAL SERVICES USA, INC)<br>200 PARK AVENUE<br>NEW YORK, NY  10166-4193 | WINSTON & STRAWN LLP<br>ATTN: DANIEL J. MCGUIRE, MYJA K. KJAER<br>(COUNSEL TO CAPGEMINI FINANCIAL SERVICES USA, INC)<br>35 WEST WACKER DRIVE<br>CHICAGO, IL  60601 |
| YOUNG WILLIAMS P.A.<br>ATTN: ROBERT L. HOLLADAY, JR.<br>(COUNSEL TO INTECHRA LLC)<br>PO BOX 23059<br>210 E. CAPITOL STREET., SUITE 2000<br>JACKSON, MS  39201 | ZEISLER & ZEISLER, P.C.<br>ATTN: JEFFREY R. HELLMAN, ESQ.<br>(COUNSEL TO TRIPLE POINT TECHNOLOGY, INC.)<br>558 CLINTON AVENUE<br>BRIDGEPORT, CT  06605 | ZUCKERMAN SPAEDER LLP<br>ATTN: THOMAS G MACAULEY & VIRGINIA WHITEHILL GULDI<br>(COUNSEL TO STATE OF NEW JERSEY, DEPARTMENT OF TREASURY, DIVISION OF INVESTMENT)<br>919 MARKET STREET, SUITE 990<br>PO BOX 1028<br>WILMINGTON, DE  19899 |