B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re Lehman Brothers Holdings Inc.                    Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Stone Lion Portfolio L.P. | Banc of America Securities LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Stone Lion Capital Partners L.P.
461 Fifth Avenue, 14th Floor
New York, NY 10017
Attn: Claudia Borg
Email: claudia.borg@tudor.com

Phone: 212-843-1225
Last Four Digits of Acct #: _____

Court Claim # (if known): 47717 (duplicate claim in the process of being disallowed and expunged)
Amount of Claim: $ 9,582,743.74
Date Claim Filed: Oct 27, 2009

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

576605.1/2617-00009

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

STONE LION PORTFOLIO L.P.
By: Stone Lion GP L.P., Its General Partner
By: Stone Lion Capital Partners L.P., Investment Manager
By: SL Capital Partners LLC, Its General Partner
By: Tudor Investment Corporation, Managing Member

By: _____    Date: __2-25-2010__
Transferee/Transferee's Agent
Claudia L. Borg
Vice President

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

576605.1/2617-00009