B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re Lehman Brothers Holdings Inc.          Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Stone Lion Portfolio L.P. | Banc of America Securities LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Stone Lion Capital Partners L.P.
461 Fifth Avenue, 14th Floor
New York, NY 10017
Attn: Claudia Borg
Email: claudia.borg@tudor.com

Court Claim # (if known): 3014 (as amended by Court Claim # 47718)
Amount of Claim: $ 9,582,743.74
Date Claim Filed: Feb 25, 2009

Phone: 212-843-1225
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

576604.1/2617-00009

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**STONE LION PORTFOLIO L.P.**
By: Stone Lion GP L.P., Its: General Partner
By: Stone Lion Capital Partners L.P., Investment Manager
By: SL Capital Partners LLC, Its: General Partner
By: Tudor Investment Corporation, Managing Member

By: _____     Date: 2-25-2010
    Transferee/Transferee's Agent
    Claudia L. Borg
    Vice President

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

576604.1/2617-00009