WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* : 08-13555 (JMP)
: 
Debtors. : (Jointly Administered)
: 
-------------------------------------------------------------x

**NOTICE OF FORTY FIRST SUPPLEMENTAL LIST
OF ORDINARY COURSE PROFESSIONALS**

**PLEASE TAKE NOTICE** that in accordance with the Order Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business, entered on November 5, 2008 (the "Order") [Docket. No. 1394],[1] Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors"), hereby supplement their initial list of ordinary course professionals annexed to the Order to include the professionals set forth on the list annexed hereto as Exhibit A (the "Forty First Supplemental List").

---

[1] Capitalized terms used but not defined herein have the meaning ascribed to them in the Order.

US_ACTIVE:\43320700\01\58399.0003

**PLEASE TAKE FURTHER NOTICE** that the retention affidavits certifying that such professionals do not represent or hold an interest adverse to the Debtors or their estates for the matters on which the professionals are to be employed (the "<u>Ordinary Course Professional Affidavits</u>") and the retention questionnaires (the "<u>Retention Questionnaires</u>") of the ordinary course professionals identified on the Forty First Supplemental List have been filed contemporaneously herewith.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order, the Debtors will serve this Notice, together with the Forty First Supplemental List, the Ordinary Course Professionals' Affidavits, and the Retention Questionnaires on (i) the Office of the United States Trustee and (ii) the attorneys for the Official Committee of Unsecured Creditors appointed in these chapter 11 cases.

[THIS SPACE INTENTIONALLY LEFT BLANK]

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order, objections, if any, to the retention of ordinary course professionals identified on the Forty First Supplemental List must be filed with the Court and served upon the undersigned attorney for the Debtors within 10 days of the date of service of this Notice. Unless timely objections are received, the Forty First Supplemental List shall be deemed approved by the Court and the professionals identified therein shall be deemed to be ordinary course professionals within the purview of the Order, without the necessity of a hearing.

Dated: February 26, 2010
       New York, New York

/s/ Richard P. Krasnow
Richard P. Krasnow

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# Exhibit A

## Forty First Supplemental List of Proposed Professionals to be Employed in the Ordinary Course of Business

| Professional | Nature of Services |
| --- | --- |
| Goodman Dean, Inc.<br>10833 Valley View, St. #500\<br>Cypress, CA 90630 | Real estate brokerage services |
| Green Mountain Real Estate<br>20993 Foothill Blvd., #538<br>Hayward, CA 94541 | Real estate brokerage services |
| All Island Homes, LLC<br>1314 S. King Street, Suite 1054<br>Honolulu, HI 96814 | Real estate brokerage services |
| Westcott Properties, Inc.<br>178 Broadway<br>Providence, RI 02903 | Real estate brokerage services |
| Cruse Real Estate<br>3870 Sunrise Hwy.<br>Seaford, NY 11783 | Real estate brokerage services |
| Colliers International Realty Advisors<br>One Queen Street East, Suite 2200<br>Toronto, Canada ON M5C 2Z2 | Real estate brokerage services |
| Winfield Realty and Consulting Inc.<br>204 Dearborn Court #105<br>Geneva, IL 60134 | Real estate brokerage services |
| Coldwell Banker<br>301 N. Canon Drive, Ste. E<br>Beverly Hills, CA 90210 | Real estate brokerage services |
| Century 21 Proteam<br>1999 W. Galena Blvd., Suite A<br>Aurora, IL 60506 | Real estate brokerage services |
| Century 21 Achievers<br>1756 N. Riverside Avenue<br>Rialto, CA 92376 | Real estate brokerage services |
| Louisville Home Stone Realtors<br>333 N. Evergreen Road<br>Louisville, KY 40243 | Real estate brokerage services |
| Excel Realty Group<br>9624 Preston Trail W.<br>Ponte Vedra, FL 32082 | Real estate brokerage services |
| Weichert Realtors-Westshore<br>1930 Land O Lakes Blvd., Suite 11 | Real estate brokerage services |

| | |
|---|---|
| Lutz, FL 33549 | |
| Rasmus Real Estate Group<br>1296 Gresham Road, NE<br>Marietta, GA 30062 | Real estate brokerage services |
| Century 21 Belden Realty<br>2407 Cleveland Avenue NW<br>Canton, OH 44709 | Real estate brokerage services |
| Coldwell Banker Residential Brokerage<br>17101 Preston Road Suite 110<br>Dallas, TX 75248 | Real estate brokerage services |
| Intero Real Estate Services<br>800 San Benito St., Suite C<br>Hollister, CA 95023 | Real estate brokerage services |
| One World Properties<br>257 E. Commercial Blvd., Suite A<br>Lauderdale by the Sea, FL 33308 | Real estate brokerage services |
| Rene Allen Realty<br>6187 NW 167, Suite H-17<br>Miami, FL 33015 | Real estate brokerage services |
| PMZ Real Estate<br>1600 N. Carpenter Rd.<br>Modesto, CA 95331 | Real estate brokerage services |
| Realtyusa.com<br>5104 West Genesee Street<br>Camillus, NY 13031 | Real estate brokerage services |
| Cottage Realty Inc.<br>311 Peachtree Ct.<br>Westerville, OH 43081 | Real estate brokerage services |