# EXHIBIT A

## (Ordinary Course Professional Declaration)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
:
------------------------------------------------------------x

**DECLARATION AND DISCLOSURE STATEMENT OF DEMETRI ANDROS,**

**ON BEHALF OF COLLIERS INTERNATIONAL REALTY ADVISORS**

DEMETRI ANDROS declares and says:

Demetri Andros, being duly sworn, upon his oath, deposes and says:

1. I am a Managing Director of Colliers International Realty Advisors, located at One Queen Street East, Suite 2200, Toronto, Canada (the "Firm").

2. Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors"), have requested that the Firm provide valuation/appraisal services of commercial real estate property to the Debtors, and the Firm has consented to provide such services.

3. I submit this Declaration in accordance with the procedures set forth in the order entered November 5, 2008 authorizing the Debtors to employ professionals utilized in the ordinary course of business [Docket No. 1394] in connection with the Firm's engagement with the Debtors, pursuant to sections 105(a), 327(a), 328, 330 and 504 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.*

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is

retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

5.  Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

6.  Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

7.  The Debtors owe the Firm **$ 0.00** for prepetition services.

8.  The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.[1]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: Toronto, ON
February 22nd, 2010

_____
Demetri Andros, AACI, MRICS

---

[1] If necessary.

# **EXHIBIT B**

## **(Retention Questionnaire)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
: 
In re                                           :   Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :   08-13555 (JMP)
                                                :
                     Debtors.                   :   (Jointly Administered)
                                                :
------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT. RETURN IT FOR FILING BY THE DEBTORS, TO:

   Weil, Gotshal & Manges LLP
   767 Fifth Avenue
   New York, New York 10153
   Attn:   Jennifer Sapp
           Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

   1.   Name and address of firm:

        Colliers International Realty Advisors

        One Queen Street East

        Suite 2200

        Toronto, ON M5C 2Z2 Canada

   2.   Date of retention:   January 29, 2010

3. Type of services provided (accounting, legal, etc.):

   Valuation/appraisal of commercial real estate property

4. Brief description of services to be provided:

   Included but not limited to: Inspection of the subject property, examination of market conditions, provide relevant leasing and investment comparables, review rent roll, and provide an indication of market value.

5. Arrangements for compensation (hourly, contingent, etc.)

   Set fee - $9,250 CAD – exclusive of disbursements and taxes

   (a) Average hourly rate (if applicable):

   N/A

   (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

   N/A

6. Prepetition claims against the Debtors held by the firm:

   Amount of claim:    $0.00

   Date claim arose:   N/A

   Source of Claim:    N/A

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: N/A

   Status: N/A

        Amount of Claim:  $ N/A

        Date claim arose:  N/A

        Source of claim:  N/A

8.    Stock of the Debtors currently held by the firm:

        Kind of shares:  N/A

        No. of shares:  N/A

9.    Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

        Name:  N/A

        Status:  N/A

        Kind of shares:  N/A

        No. of shares:  N/A

10.   Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

        N/A

11.   Name of individual completing this form:

        Demetri Andros, AACI, MRICS