# EXHIBIT A

**(Ordinary Course Professional Declaration)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
:
----------------------------------------------------------------x

## DECLARATION AND DISCLOSURE STATEMENT OF MICHAEL KENDUCK, ON BEHALF OF CRUSE REAL ESTATE

MICHAEL KENDUCK declares and says:

Michael Kenduck, being duly sworn, upon his oath, deposes and says:

1. I am the President of Cruse Real Estate, located at 3870 Sunrise Hwy, Seaford, NY 11783 (the "Firm").

2. Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors"), have requested that the Firm provide real estate brokerage services with respect to the sale of real property in New York to the Debtors, and the Firm has consented to provide such services.

3. I submit this Declaration in accordance with the procedures set forth in the order entered November 5, 2008 authorizing the Debtors to employ professionals utilized in the ordinary course of business [Docket No. 1394] in connection with the Firm's engagement with the Debtors, pursuant to sections 105(a), 327(a), 328, 330 and 504 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.*

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

5. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

6. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

7. The Debtors owe the Firm **$0.00** for prepetition services.

8. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.[1]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: SEAFORD, NY
February 19, 2010

Michael Kenduck

---

[1] If necessary.

3

# EXHIBIT B

**(Retention Questionnaire)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                        :
In re                                   :    Chapter 11 Case No.
                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :    08-13555 (JMP)
                                        :
                    Debtors.            :    (Jointly Administered)
                                        :
------------------------------------------------------------x

### RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT. RETURN IT FOR FILING BY THE DEBTORS, TO:

    Weil, Gotshal & Manges LLP
    767 Fifth Avenue
    New York, New York 10153
    Attn:  Jennifer Sapp
           Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1.    Name and address of firm:

       Cruse Real Estate

       3870 Sunrise Highway

       Seaford, NY 11783

2.    Date of retention:    November 12, 2008

3. Type of services provided (accounting, legal, etc.):

   Real estate brokerage services.

4. Brief description of services to be provided:

   Real estate brokerage services with respect to the sale of real property in New York.

5. Arrangements for compensation (hourly, contingent, etc.)

   Commission based on sale of real property -- No more than 6% of proceeds from the sale of the real property.

   (a) Average hourly rate (if applicable):

   N/A

   (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

   N/A

6. Prepetition claims against the Debtors held by the firm:

   Amount of claim:    $ 0.00

   Date claim arose:

   Source of Claim:

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: N/A

   Status: N/A

   Amount of Claim: $ N/A

4

Date claim arose: N/A

Source of claim: N/A

8. Stock of the Debtors currently held by the firm:

   Kind of shares: N/A

   No. of shares: N/A

9. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

   Name: N/A

   Status: N/A

   Kind of shares: N/A

   No. of shares: N/A

10. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

    None.

11. Name of individual completing this form:

    Michael Kenduck

5