# United States Bankruptcy Court
## Southern District of New York

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC, <u>et al</u>., | Case No. 08-13555 (JMP) |
| | Jointly Administered |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **Contrarian Funds, LLC** | **Emirates National Oil Company Singapore) Private Limited** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and address where notices to transferee should be sent: | |
| Contrarian Funds, LLC<br>411 West Putnam Ave., Ste. 425<br>Greenwich, CT 06830<br>Attention:   Alisa Mumola<br>Telephone:   203-862-8211<br>Email: amumola@contrariancapital.com | Emirates National Oil Company<br>(Singapore) Private Limited<br>Attn: Mid Office Tower<br>3 Temasek Avenue<br>#24-02 Centennial Tower<br>Singapore 03910 |
| | **Proof of Claim #:  5015**<br>**Total amount of Claim: $827,300.00** |

I declare under penalty of perjury that the information provided in this notice
is true and correct to the best of my knowledge and belief.

By:_____*/s/ Alisa Mumola*_____         Date: _____March 1, 2010_____

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM**

TO:        Clerk, United States Bankruptcy Court, Southern District of New York
AND TO:    Contrarian Funds, LLC

EMIRATES NATIONAL OIL COMPANY (SINGAPORE) PRIVATE LIMITED, located at 3 Temasek Avenue, #24-02 Centennial Tower, Singapore 039190[Address, City, State, Zip Code] ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Contrarian Funds, LLC, its successors and assigns, with offices at 411 West Putnam Avenue, Suite 425, Greenwich, CT 06830 ("Buyer"), all right, title and interest in and to the net claim of Seller against Lehman Brothers Commodity Services Inc. and its affiliates in the amount of $827,300.00 (collectively the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13885 (jointly administered under 08-13555(JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 24 day of January 2010

EMIRATES NATIONAL OIL COMPANY (SINGAPORE) PRIVATE LIMITED

By:_____
Name: Moiz Saleem
Title: COO

CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C. as manager

By:_____
Name: MICHAEL J. RESTIFO
Title: CFO/MEMBER

-7-

KL2:2358716.2