**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
:
In re                                                            :          Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC., et al.,       :          Case No. 08-13555 (JMP)
:
Debtors.                    :          (Jointly Administered)
------------------------------------------------------------------------x

### ORDER CLARIFYING THE ORDER OF FEBRUARY 8, 2010 AUTHORIZING EXAMINER TO FILE THE EXAMINER'S REPORT UNDER SEAL

Upon the Examiner's Motion to Clarify Orders (the "Motion"); and the Court having reviewed the Motion; it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); it appearing that venue of this proceeding and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED:

1.      The Motion is granted.

2.      Nothing in this Court's Order dated February 8, 2010 authorizing the Examiner to file the Examiner's Report under seal shall be construed to limit, alter or abrogate the Examiner's obligation to cooperate with government agencies imposed in this Court's Order dated January 16, 2009 appointing the Examiner.

3.      This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: _____, 2010
New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE