UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
In re                                                                    :    Chapter 11
                                                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,              :    Case No. 08-13555 (JMP)
                                                                         :
                                      Debtors.                    :    (Jointly Administered)
------------------------------------------------------------------------x

**ORDER TO SHOW CAUSE AND NOTICE FIXING HEARING DATE
TO CONSIDER EXAMINER'S MOTION TO CLARIFY ORDERS**

Upon the motion, dated March 1, 2010, of Anton R. Valukas, Esq., the examiner (the "Examiner") appointed for Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-captioned bankruptcy cases (collectively, the "Debtors"), to clarify certain orders of this Court (the "Motion"); and upon the Declaration of Heather D. McArn dated March 1, 2010 (the "McArn Declaration"), filed in support of the request to shorten notice of the hearing on the Motion; and the Court having jurisdiction to consider the request to shorten notice in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order of Referral of Cases to Bankruptcy Court Judges of the District Court for the Southern District of New York, dated July 19, 1984 (Ward, Acting C.J.); and the Court having determined that the legal and factual bases set forth in the McArn Declaration establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is

1.      ORDERED that a hearing (the "Hearing") on the Motion shall be held before the Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New

York 10004 on **March 11, 2010 at 2:00 p.m. (Prevailing Eastern Time),** or as soon thereafter as counsel may be heard; and it is further

2.      ORDERED that the Examiner shall serve the Motion in accordance with the Court's Amended Case Management Order [Docket No. 2837] on or before **March 2, 2010** on all parties entitled to receive notice of the Motion; and it is further

3.      ORDERED that the foregoing shall constitute good and sufficient notice of the hearing on the Motion; and it is further

4.      ORDERED that objections to the Motion must be filed and served so that they are actually received by: (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, (Attn: Richard P. Krasnow, Esq., Lori R. Fife, Esq., Shai Y. Waisman, Esq., and Jacqueline Marcus, Esq.), attorneys for the Debtors; (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.); (iv) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.), attorneys for the Official Committee of Unsecured Creditors; (v) Jenner & Block LLP, 353 N. Clark Street, Chicago, IL 60654 (Attn: Robert L. Byman, Esq.) and Jenner & Block LLP, 919 Third Avenue, 37th Floor, New York, New York 10022-3908 (Attn: Patrick J. Trostle, Esq.), attorneys for the Examiner; and (vi) and any person or entity with a particularized interest in the subject matter of the objection, so as to be actually

received no later than **March 8, 2010, at 10:00 a.m. (Prevailing Eastern Time)** (the "Objection Deadline").

Dated: New York, New York
      March 1, 2010

                                      *s/ James M. Peck*
                                  UNITED STATES BANKRUPTCY JUDGE