Response Deadline: March 1, 2010 at 4:00 p.m. (Eastern Time)
Hearing Date and Time: March 17, 2010 at 10:00 a.m. (Eastern Time)

ALLEN & OVERY LLP
Attorneys for HSBC Bank plc and HSBC France
1221 Avenue of the Americas
New York, New York 10020
(212) 610-6300
Ken Coleman
Lisa J.P. Kraidin

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
In re:                                                                    Chapter 11

LEHMAN BROTHERS HOLDINGS INC., *et al*.       Case No. 08-13555 (JMP)

                                                                           (Jointly Administered)
                                    Debtors.
------------------------------------------------------------X

**JOINDER OF HSBC BANK PLC AND HSBC FRANCE TO THE
LIMITED OBJECTION BY BNP PARIBAS AND AFFILIATES TO
THE DEBTORS' SECOND AND FOURTH OMNIBUS OBJECTIONS
TO CLAIMS (AMENDED AND SUPERSEDED CLAIMS)**

HSBC Bank plc and HSBC France, by their undersigned counsel, hereby join in the Limited Objection by BNP Paribas and Affiliates to the Debtors' Second and Fourth Omnibus Objections to Claims (Amended and Superseded Claims) (the "**Objection**"), dated February 25, 2010, and respectfully state as follows:

1.      On September 18, 2009, HSBC Bank plc filed proof of claim number 18102, which proof of claim was subsequently amended on October 23, 2009 by proof of claim number 45094.

2.      On September 18, 2009, HSBC Bank plc filed proof of claim number 18103, which proof of claim was subsequently amended on October 23, 2009, by proof of claim number 45092.

3.      On September 18, 2009, HSBC France filed proof of claim number 18863, which proof of claim was subsequently amended on October 22, 2009 by proof of claim number 43790.

1

4. The Debtors' Fourth Omnibus Objection to Claims seeks to expunge and disallow, among others, proofs of claim numbered 18102, 18103 and 18863.

5. WHEREFORE, for the reasons and upon the authorities cited in the Objection, HSBC Bank plc and HSBC France join in the Objection and respectfully request that the Court either (i) incorporate clarifying language into the order corresponding to the Debtors' Fourth Omnibus Objection to Claims which prohibits the Debtors from challenging a Surviving Claim[1] on timeliness grounds if the corresponding Amended and Superseded Claim was timely filed, or (ii) in the alternative, deny the Debtors' request to expunge and disallow the Amended and Superseded Claims filed by HSBC Bank plc and HSBC France; and (iii) grant such other and further relief as may be just and proper.

Dated: March 1, 2010
New York, New York

/s/ Ken Coleman
Ken Coleman
Lisa J.P. Kraidin
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York 10020
Tel:   (212) 610-6300
Fax:   (212) 610-6399

Attorneys for HSBC Bank plc and HSBC France

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Debtors' Fourth Omnibus Objection to Claims.