Emmet, Marvin & Martin, LLP
120 Broadway
New York, New York 10271
Telephone: (212) 238-3000
Facsimile: (212) 238-3100
Edward P. Zujkowski (EZ-3095)

*Attorneys for Australia and New Zealand Banking Group Limited*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                              :
In re                                                         : Chapter 11 Case No.
                                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*                       : 08-13555 (JMP)
                                                              :
                       Debtors.                               : (Jointly Administered)
                                                              :
                                                              :
------------------------------------------------------------ X

## WITHDRAWAL OF PROOFS OF CLAIM
## NOS. 21493, 21494, 26192 AND 30048

PLEASE TAKE NOTICE that creditor National CineMedia, LLC ("Claimant") hereby withdraws the following Proofs of Claim:

| Creditor | Debtor | Claim No. | Claim Amount | Date Filed |
|---|---|---|---|---|
| Australia and New Zealand Banking Group Limited | Lehman Brothers Special Financing Inc. | 21493 | $ 34,227,289.82 | 9/21/09 |
| Australia and New Zealand Banking Group Limited | Lehman Brothers Holdings, Inc. | 21494 | $ 34,227,289.82 | 9/21/09 |
| Australia and New Zealand Banking Group Limited | Lehman Brothers Special Financing Inc. | 26192 | $ 34,227,289.82 | 9/22/09 |
| Australia and New Zealand Banking Group Limited | Lehman Brothers Holdings, Inc. | 30048 | $ 34,227,289.82 | 9/22/09 |

and the claims registry maintained by Epiq Bankruptcy Solutions LLC should be updated accordingly.

1006211_1.DOC

PLEASE TAKE FURTHER NOTICE that Claimant does not waive or withdraw any other claims asserted in these cases.

Dated this 1st day of March, 2010

> EMMET, MARVIN & MARTIN, LLP
> *Attorneys for Australia and New Zealand Banking Group Limited*
> 120 Broadway
> New York, New York 10271
> Telephone: (212) 238-3021
> Fax: (212-238-3100)
> Email: ezujkowski@emmetmarvin.com
>
> */s/ Edward P. Zujkowski*
> Edward P. Zujkowski (EZ-3095)