# EXHIBIT "1"

B10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|
| Name of Debtor: Lehman Brothers Holdings Inc. | Case Number: 08-13555 (JMP) |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Developers Research, Inc.

Name and address where notices should be sent:
c/o Vincent M. Coscino, Esq.
ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
1900 Main Street, Fifth Floor
Irvine, CA 92614-7321
Telephone number: (949) 553-1313

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ 32,450.00

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** Services rendered pursuant to a written agreement. SEE ATTACHMENT.
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____

   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:

Value of Property: $_____  Annual Interest Rate ____ %
Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $_____  Basis for perfection: _____
Amount of Secured Claim: $_____  Amount Unsecured: $_____

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(____).

Amount entitled to priority:
$ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

Date:
11/14/2008

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. DEVELOPERS RESEARCH, INC. (949)861-3300
LAURA OLDHAM
By: [signature]   Its: Corporate Secretary
2151 Michelson Dr., Ste. 190, Irvine, CA 92612

FOR COURT USE ONLY
NOV 26 2008

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

COPY

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

ATTACHMENT TO PROOF OF CLAIM

Case No: 08-13555 (JMP)

Debtor: Lehman Brothers Holdings Inc. ("Debtor")

Claimant: Developers Research, Inc. ("DR")

DR asserts the following claims against the Debtor's bankruptcy estate:

## I. BACKGROUND

### A. The Service Contract

DR and the Debtor entered into a certain service contract dated February 1, 2008 and signed by the Debtor on February 8, 2008 (the "Service Contract"). Pursuant to the Service Contract, DR provided, among other things, project consultant services and construction management services for the Debtor's development project referred to as Pacific Point located in San Juan Capistrano, California. Pursuant to the Service Contract, DR was to receive set monthly fees for certain services performed. Pursuant to the Service Contract, the parties agreed that the Debtor would pay to DR a project consultant service fee for the initial month of the project of $31,765. Thereafter, Debtor was to pay DR $17,450 per month for project consultant services. Construction management services were priced at $15,000 per month. A true and correct copy of the Service Contract is attached hereto as Exhibit "1".

DR performed all of the services required under the Service Contract. Based on its services rendered, DR delivered to the Debtor an invoice dated August 27, 2008, for one month of project consultant services and construction management services in the aggregate amount of $32,450.00 (the "Invoice"). The Invoice was never paid by the Debtor, in whole or in part, and a true and correct copy of the Invoice is attached hereto as Exhibit "2". On September 15, 2008, the Debtor filed for protection under chapter 11 of the Bankruptcy Code.

## II. DR'S CLAIM

As of the date of this Proof of Claim, **$32,450.00** is due and owing under the Service Contract (plus, to the extent applicable, interest, costs, and fees).

DR reserves the right to amend, modify or supplement this Proof of Claim. Each and every document attached to this Proof of Claim is incorporated by and is hereby made a part of this Proof of Claim. By filing this Proof of Claim, DR intends to provide notice to the Debtor: (a) of any and all claims set forth in the exhibits attached hereto and the documents incorporated herein; (b) that DR asserts any and all of its rights and remedies it has at law or under the operative documents, including any and all cross or counter claims; and (c) nothing in this Proof of Claim is intended to limit DR's rights against any third party or any rights it has at law or in equity.

All notices regarding this Proof of Claim should be sent to Allen Matkins Leck Gamble Mallory & Natsis LLP, 1900 Main Street, Fifth Floor, Irvine, CA 92614, Attention Vincent M. Coscino, Esq., Facsimile Number: (949) 553-8354.

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

857351.01/OC

-2-