Jil Mazer-Marino
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, New York 11530-9194
Telephone: (516) 741-6565
Facsimile: (516) 741-6706

*Counsel for Developers Research, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Jil Mazer-Marino, hereby certify that on March 1, 2010, I caused a true copy of the following document to be served via email or facsimile, as indicated, and regular mail upon the persons listed on the attached service list:

1. Limited Opposition to Debtors' Third Omnibus Objection to Claims (Duplicate Claims).

*/s/ Jil Mazer-Marino*
Jil Mazer-Marino

## SERVICE LIST

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
Attn:  Shai Waisman, Esq.
Email:  shai.waisman@weil.com

Via fax:  (212) 668-2255
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY  10004
Attn:   Andy Velez-Rivera, Esq.
            Paul Schwartzberg, Esq.
            Brian Masumoto, Esq.
            Linda Riffkin, Esq.
            Tracy Hope Davis, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005
Attn:   Dennis F. Dunne, Esq. (Email:  ddunne@milbank.com)
            Dennis O'Donnell, Esq. (Email: dodonnel@milbank.com)
            Evan Fleck, Esq. (Email:  efleck@milbank.com)

757387