Jeff J. Friedman
Merritt A. Pardini
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, New York 10022-2585
Telephone: (212) 940-8800
Facsimile: (212) 940-8776

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT NEW YORK

-----------------------------------------------------------------x

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | Jointly Administered |

-----------------------------------------------------------------x

STATE OF NEW YORK    )
                     :    ss.:   AFFIDAVIT OF SERVICE
COUNTY OF NEW YORK   )

Julian Santos, being duly sworn, deposes and says:

1.    I am not a party to this proceeding, am over 18 years of age, and am employed by the firm of Katten Muchin Rosenman LLP.

2.    On the 1st day of March 2010, I served the **RESPONSE OF LYDIAN OVERSEAS PARTNERS MASTER FUND LTD TO DEBTORS' FOURTH OMNIBUS OBJECTION TO CLAIMS (AMENDED AND SUPERSEDED CLAIMS); RESPONSE OF FEDERAL HOME LOAN BANK OF NEW YORK TO DEBTORS' FOURTH OMNIBUS OBJECTION TO CLAIMS (AMENDED AND SUPERSEDED CLAIMS); and RESPONSE OF CONTRARIAN FUNDS, LLC., TO DEBTORS' SECOND AND FOURTH OMNIBUS OBJECTION TO CLAIMS (AMENDED AND SUPERSEDED CLAIMS)** in this proceeding, upon the following, by delivering to and leaving true copies thereof at said attorneys indicated law offices:

Milbank, Tweed, Hadley & McCloy, LLP
One Chase Manhattan Plaza
New York, NY 10005
*Attn: Dennis F. Dunne, Esq.*
*Dennis O'Donnell, Esq.*
*Evan Fleck, Esq.*


Office of The U.S. Trustee
Southern District of New York
33 Whitehall Street
21st Floor
New York, NY 10004
*Attn: Andy Velez-Rivera*
*Paul Schwartzberg*
*Brian Masumoto*
*Linda Riffkin*
*Tracy Hope Davis*

Julian Santos

Sworn to before me this
1 St day of March, 2010

Notary Public

JOHN P. GREER
NOTARY PUBLIC, State of New York
No. 01GR4970097
Qualified in New York County
Commission Expires July 30, 2010

31098647.01
NYC01_84339949_1 2/25/2010

Jeff J. Friedman
Merritt A. Pardini
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, New York 10022-2585
Telephone: (212) 940-8800
Facsimile: (212) 940-8776

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT NEW YORK
-----------------------------------------------------------------x

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | Jointly Administered |

-----------------------------------------------------------------x

STATE OF NEW YORK    )
                     :    ss.:  AFFIDAVIT OF SERVICE
COUNTY OF NEW YORK  )

Steven Greer, being duly sworn, deposes and says:

1.    I am not a party to this proceeding, am over 18 years of age, and am employed by the firm of Katten Muchin Rosenman LLP.

2.    On the 1st day of March 2010, at the law offices of  Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York, 10153, I  served the **RESPONSE OF LYDIAN OVERSEAS PARTNERS MASTER FUND LTD TO DEBTORS' FOURTH OMNIBUS OBJECTION TO CLAIMS (AMENDED AND SUPERSEDED CLAIMS); RESPONSE OF FEDERAL HOME LOAN BANK OF NEW YORK TO DEBTORS' FOURTH OMNIBUS OBJECTION TO CLAIMS (AMENDED AND SUPERSEDED CLAIMS); and RESPONSE OF CONTRARIAN FUNDS, LLC., TO DEBTORS' SECOND AND FOURTH OMNIBUS OBJECTION TO CLAIMS (AMENDED AND SUPERSEDED CLAIMS)** in this proceeding, upon Weil Gotshal & Manges LLP, by delivering to and leaving true copies thereof  at said attorneys indicated law offices as follows:

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
*Attn: Richard P. Krasnow, Esq.*
*Lori R. Fife, Esq.*
*Shai Y. Waisman, Esq.*
*Jacqueline Marcus, Esq.*


Steven Greer

Sworn to before me this
___ day of March, 2010

Notary Public

IME A. NELSON
NOTARY PUBLIC, State of New York
No. 01NE6105566
Qualified in Kings County
Commission Expires February 9, 2012