Emmet, Marvin & Martin, LLP
120 Broadway
New York, New York 10271
Telephone: (212) 238-3000
Facsimile: (212) 238-3100
Edward P. Zujkowski (EZ-3095)

*Attorneys for Australia and New Zealand Banking Group Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------ X
                                                             :
In re                                                        : Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.*                      : 08-13555 (JMP)
                                                             :
                        Debtors.                             : (Jointly Administered)
                                                             :
------------------------------------------------------------ X

## AMENDED WITHDRAWAL OF PROOFS OF CLAIM NOS. 21493, 21494, 26192 AND 30048

PLEASE TAKE NOTICE that creditor Australia and New Zealand Banking Group Limited ("Claimant") hereby withdraws the following Proofs of Claim:

| Creditor | Debtor | Claim No. | Claim Amount | Date Filed |
|---|---|---|---|---|
| Australia and New Zealand Banking Group Limited | Lehman Brothers Special Financing Inc. | 21493 | $ 34,227,289.82 | 9/21/09 |
| Australia and New Zealand Banking Group Limited | Lehman Brothers Holdings, Inc. | 21494 | $ 34,227,289.82 | 9/21/09 |
| Australia and New Zealand Banking Group Limited | Lehman Brothers Special Financing Inc. | 26192 | $ 34,227,289.82 | 9/22/09 |
| Australia and New Zealand Banking Group Limited | Lehman Brothers Holdings, Inc. | 30048 | $ 34,227,289.82 | 9/22/09 |

and the claims registry maintained by Epiq Bankruptcy Solutions LLC should be updated accordingly.

1006211_1.DOC

- 2 -

PLEASE TAKE FURTHER NOTICE that Claimant does not waive or withdraw any other claims asserted in these cases.

PLEASE TAKE FURTHER NOTICE that this Amended Notice of Withdrawal amends the Notice of Withdrawal filed on March 1, 2010 as Docket No. 7335.

Dated this 2nd day of March, 2010

> EMMET, MARVIN & MARTIN, LLP
> *Attorneys for Australia and New Zealand Banking Group Limited*
> 120 Broadway
> New York, New York 10271
> Telephone: (212) 238-3021
> Fax: (212-238-3100)
> Email: ezujkowski@emmetmarvin.com
>
> */s/ Edward P. Zujkowski*
> Edward P. Zujkowski (EZ-3095)