UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
:
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
:
:
-----------------------------------------------------------------x

**BRIDGE ORDER EXTENDING THE TIME WITHIN
WHICH LEHMAN BROTHERS HOLDING INC. MAY FILE
A DISCLOSURE STATEMENT IN SUPPORT OF A CHAPTER 11
PLAN PURSUANT TO RULE 3016(b) OF THE BANKRUPTCY RULES**

Upon the motion (the "Motion")[1] dated March 2, 2010 by Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases (collectively, the "Debtors"), pursuant to rule 3016(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") to extend the time within which the Debtors' may file a Disclosure Statement in support of their chapter 11 Plan, all as more fully described in the Motion; and the next scheduled omnibus hearing is to be held on March 17, 2010, which is after the date on which the Debtors would be required to file a Disclosure Statement in the absence of an order of the Court extending the Debtors' time to file a Disclosure Statement pursuant to Bankruptcy Rule 3016(b); and the Court having determined that sufficient cause appears and that it is appropriate to extend the Debtors' time to file a Disclosure Statement until such time as the Court considers and enters an order determining the Motion, it is hereby

---

[1] All capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Motion.

ORDERED that the Debtors' time to file a Disclosure Statement in support of their chapter 11 Plan is extended until such time as the Court has entered an order determining the Motion.

Dated: New York, New York
      March 2, 2010

                                      *s/ James M. Peck*
                                      Honorable James M. Peck
                                      United States Bankruptcy Judge