**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
|  | : |  |
| Debtors. | : | **(Jointly Administered)** |
|  | : |  |

---------------------------------------------------------------------x    **Ref. Docket Nos. 6649, 6804, 6809,**
**6980, 6982, 7240, 7241, 7254-7257,**
**7260, 7261, 7263, 7265, 7266, 7270,**
**7275-7282**

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK    )
                       ) ss.:
COUNTY OF NEW YORK  )

CHRISTOPHER SIMCO, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 1, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Christopher Simco
Christopher Simco

Sworn to before me this
2nd day of March, 2010
/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**EXHIBIT "A"**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re | |
| | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | |
| | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  CITIBANK INTERNATIONAL PLC
     PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
     ATTN: DOUGLAS R. DAVIS
     1285 AVENUE OF THE AMERICAS
     NEW YORK NY 10019-6064

CITIBANK INTERNATIONAL PLC
CITIGROUP CENTER
ATTN: ROBERT STEMMONS
33 CANADA SQUARE
CANARY WHARF
LONDON    E14 5LB
UNITED KINGDOM

Please note that your claim # 55304-01 in the above referenced case and in the amount of
      $10,224,720.00      has been transferred **(unless previously expunged by court order)**

CITIGROUP FINANCIAL PRODUCTS INC.
DOUGLAS R. DAVIS
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 AVENUE OF THE AMERICAS
NEW YORK NY 10019

CITIGROUP FINANCIAL PRODUCTS INC.
TRANSFEROR: CITIBANK INTERNATIONAL PLC
388 GREENWICH STREET, 4TH FLOOR
ATTN: CARL D. MEYER
NEW YORK NY 10013-2375

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6649      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/26/2010                    Vito Genna, Clerk of Court

                                    /s/ Paul Belobritsky
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 26, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                    |
In re                               |      Chapter 11 Case No.
                                    |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |      08-13555 (JMP)
                                    |
                                    |      (Jointly Administered)
              Debtors.              |
                                    |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK              DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSB
     JENNIFER C. DEMARCO & DAVID A. SULLIVAN                      ATTN: DR. STEPHAN ROST
     CLIFFORD CHANCE US LLP                                       PLATZ DER REPUBLIK
     31 WEST 52ND STREET                                          FRANKFURT AM MAIN      60265
     NEW YORK NY 10019                                            GERMANY

Please note that your claim # 63603-01 in the above referenced case and in the amount of
     $7,118,000.00       has been transferred **(unless previously expunged by court order)**

     CITIGROUP FINANCIAL PRODUCTS INC.                            CITIGROUP FINANCIAL PRODUCTS INC.
     DOUGLAS R. DAVIS                                             TRANSFEROR: DZ BANK AG DEUTSCHE ZENTRAL-GENO
     PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP                 390 GREENWICH STREET, 4TH FL
     1285 AVENUE OF THE AMERICAS                                  ATTN: CARL MEYER
     NEW YORK NY 10019                                            NEW YORK NY 10013

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6980      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/26/2010                    Vito Genna, Clerk of Court


                                    /s/ Paul Belobritsky
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 26, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                 |
In re                            |        Chapter 11 Case No.
                                 |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |   08-13555 (JMP)
                                 |
                                 |        (Jointly Administered)
              Debtors.           |
                                 |
_____|
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK            DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSB
     JENNIFER C. DEMARCO & DAVID A. SULLIVAN                    ATTN: DR. STEPHAN ROST
     CLIFFORD CHANCE US LLP                                     PLATZ DER REPUBLIK
     31 WEST 52ND STREET                                        FRANKFURT AM MAIN    60265
     NEW YORK NY 10019                                          GERMANY

Please note that your claim # 63603-02 in the above referenced case and in the amount of
     $2,116,613.15      has been transferred **(unless previously expunged by court order)**

     CITIGROUP FINANCIAL PRODUCTS INC.                          CITIGROUP FINANCIAL PRODUCTS INC.
     DOUGLAS R. DAVIS                                           TRANSFEROR: DZ BANK AG DEUTSCHE ZENTRAL-GENO
     PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP               390 GREENWICH STREET, 4TH FL
     1285 AVENUE OF THE AMERICAS                                ATTN: CARL MEYER
     NEW YORK NY 10019                                          NEW YORK NY 10013

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6982     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/26/2010                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 26, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                   |
  In re                            |     Chapter 11 Case No.
                                   |
  LEHMAN BROTHERS HOLDINGS INC., et al.,   |     08-13555 (JMP)
                                   |
                                   |     (Jointly Administered)
              Debtors.             |
                                   |
_____|
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
        To:  B Y PARTNERS, L.P.
             C/O BRAHMAN CAPITAL CORP
             ATTN: RICHARD GROSSMAN
             655 THIRD AVENUE, 11TH FLOOR
             NEW YORK NY 10017
```

Please note that your claim # 25650 in the above referenced case and in the amount of
$2,708,449.00       has been transferred **(unless previously expunged by court order)**

```
        C.V.I G.V.F. (LUX) MASTER S.A.R.L.
        TRANSFEROR: B Y PARTNERS, L.P.
        C/O CARVAL INVESTORS UK LIMITED
        KNOWLE HILL PARK, FARIMILE LANE
        COBHAM, SURREY    KT11 2PD
        UNITED KINGDOM
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7260       in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/26/2010                    Vito Genna, Clerk of Court


                                    /s/ Paul Belobritsky
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 26, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                         |
  In re                                  |    Chapter 11 Case No.
                                         |
  LEHMAN BROTHERS HOLDINGS INC., et al., |    08-13555 (JMP)
                                         |
                                         |    (Jointly Administered)
                 Debtors.                |
                                         |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

          To:  BRAHMAN C.P.F. PARTNERS LP
               C/O BRAHMAN CAPITAL CORP
               ATTN: RICHARD GROSSMAN
               655 THIRD AVENUE
               11TH FLOOR
               NEW YORK NY 10017

Please note that your claim # 19787 in the above referenced case and in the amount of
          $578,712.00       has been transferred **(unless previously expunged by court order)**

          C.V.I G.V.F. (LUX) MASTER S.A.R.L.
          TRANSFEROR: BRAHMAN C.P.F. PARTNERS LP
          C/O CARVAL INVESTORS UK LIMITED
          KNOWLE HILL PARK, FARIMILE LANE
          COBHAM, SURREY    KT11 2PD
          UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7261      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/26/2010                    Vito Genna, Clerk of Court


                                    /s/ Paul Belobritsky
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 26, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                        |
                                             |    Chapter 11 Case No.
LEHMAN BROTHERS HOLDINGS INC., et al.,       |
                                             |    08-13555 (JMP)
                                             |
                                             |    (Jointly Administered)
                  Debtors.                   |
                                             |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  BRAHMAN INVESTMENTS I (SPV), LTD.
         C/O BRAHMAN CAPITAL CORP
         ATTN: RICHARD GROSSMAN
         655 THIRD AVENUE, 11TH FLOOR
         NEW YORK NY 10017

Please note that your claim # 25649 in the above referenced case and in the amount of
        $5,017,686.00        has been transferred **(unless previously expunged by court order)**

         C.V.I G.V.F. (LUX) MASTER S.A.R.L.
         TRANSFEROR: BRAHMAN INVESTMENTS I (SPV), LTD.
         C/O CARVAL INVESTORS UK LIMITED
         KNOWLE HILL PARK, FARIMILE LANE
         COBHAM, SURREY    KT11 2PD
         UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7263      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/26/2010                        Vito Genna, Clerk of Court

                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 26, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                         |
In re                                    |    Chapter 11 Case No.
                                         |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |    08-13555 (JMP)
                                         |
                                         |    (Jointly Administered)
               Debtors.                  |
                                         |
_____|
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  BRAHMAN INVESTMENTS II (SPV), LTD.
             C/O BRAHMAN CAPITAL CORP
             ATTN: RICHARD GROSSMAN
             655 THIRD AVENUE, 11TH FLOOR
             NEW YORK NY 10017

Please note that your claim # 25651 in the above referenced case and in the amount of
      $4,527,796.00       has been transferred **(unless previously expunged by court order)**

        C.V.I G.V.F. (LUX) MASTER S.A.R.L.
        TRANSFEROR: BRAHMAN INVESTMENTS II (SPV), LTD.
        C/O CARVAL INVESTORS UK LIMITED
        KNOWLE HILL PARK, FARIMILE LANE
        COBHAM, SURREY    KT11 2PD
        UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7265       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/26/2010                     Vito Genna, Clerk of Court


                                     /s/ Paul Belobritsky
                                     _____
                                     By: Epiq Bankruptcy Solutions, LLC
                                         as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 26, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  CBARB, A SEGREGATED ACCOUNT OF
     GEODE CAPITAL MASTER FUND LTD
     ATTN: LISA LAMPERT, GENERAL COUNSEL
     ONE POST OFFICE SQUARE, 28TH FLOOR
     BOSTON MA 02109
```

Please note that your claim # 30692 in the above referenced case and in the amount of $4,498,638.00     has been transferred **(unless previously expunged by court order)**

```
     C.V.I G.V.F. (LUX) MASTER S.A.R.L.
     TRANSFEROR: CBARB, A SEGREGATED ACCOUNT OF
     C/O CARVAL INVESTORS UK LIMITED
     KNOWLE HILL PARK, FARIMILE LANE
     COBHAM, SURREY    KT11 2PD
     UNITED KINGDOM
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
     UNITED STATES BANKRUPTCY COURT
     Southern District of New York
     One Bowling Green
     New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7266     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/26/2010                     Vito Genna, Clerk of Court

                                     /s/ Paul Belobritsky
                                     _____
                                     By: Epiq Bankruptcy Solutions, LLC
                                         as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 26, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                |
In re                           |    Chapter 11 Case No.
                                |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |    08-13555 (JMP)
                                |
                                |    (Jointly Administered)
               Debtors.         |
                                |
_____|
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   CBARB, A SEGREGATED ACCOUNT OF GEODE CAPITAL MASTER FUND LTD.
      ATTN: LISA LAMPERT, GENERAL COUNSEL
      ONE POST OFFICE SQUARE, 28TH FLOOR
      BOSTON MA 02109
```

Please note that your claim # 64322 in the above referenced case and in the amount of
$4,498,638.00    has been transferred **(unless previously expunged by court order)**

```
C.V.I G.V.F. (LUX) MASTER S.A.R.L.
TRANSFEROR: CBARB, A SEGREGATED ACCOUNT OF GEODE CAPITAL MASTER FUND L
C/O CARVAL INVESTORS UK LIMITED
KNOWLE HILL PARK, FARIMILE LANE
COBHAM, SURREY    KT11 2PD
UNITED KINGDOM
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7266    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/26/2010                         Vito Genna, Clerk of Court


                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 26, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                       |
In re                                  |    Chapter 11 Case No.
                                       |
LEHMAN BROTHERS HOLDINGS INC., et al., |    08-13555 (JMP)
                                       |
                                       |    (Jointly Administered)
              Debtors.                 |
                                       |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  JMG TRITON OFFSHORE FUND LIMITED
     C/O PACIFIC ASSETS MANAGEMENT, LLC
     ATTN: NOELLE NEWTON
     11601 WILSHIRE BLD, SUITE 2180
     LOS ANGELES CA 90025

Please note that your claim # 21884 in the above referenced case and in the amount of
     $4,472,483.00        has been transferred **(unless previously expunged by court order)**

GOLDMAN SACHS LENDING PARTNERS LLC                    GOLDMAN SACHS LENDING PARTNERS LLC
TRANSFEROR: JMG TRITON OFFSHORE FUND LIMITED          MANAGIND CLERK
30 HUDSON STREET, 36TH FL                             RICHARDS KIBBE & ORBE LLP
JERSEY CITY NJ 07302                                  ONE WORLD FINANCIAL CENTER
                                                      NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7254     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/26/2010                      Vito Genna, Clerk of Court


                                      /s/ Paul Belobritsky
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 26, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                 |
In re                            |     Chapter 11 Case No.
                                 |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |  08-13555 (JMP)
                                 |
                                 |     (Jointly Administered)
                                 |
            Debtors.             |
                                 |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  JMG TRITON OFFSHORE FUND LIMITED
         ATTN: NOELLE NEWTON
         C/O PACIFIC ASSETS MANAGEMENT, LLC
         11601 WILSHIRE BLVD, SUITE 2180,
         LOS ANGELES CA 90025

Please note that your claim # 21843 in the above referenced case and in the amount of
      $4,472,483.00        has been transferred **(unless previously expunged by court order)**

GOLDMAN SACHS LENDING PARTNERS LLC            GOLDMAN SACHS LENDING PARTNERS LLC
TRANSFEROR: JMG TRITON OFFSHORE FUND LIMITED  MANAGING CLERK
30 HUDSON STREET, 36TH FL                     RICHARDS KIBBE & ORBE LLP
JERSEY CITY NJ 07302                          ONE WORLD FINANCIAL CENTER
                                              NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7255      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/26/2010                    Vito Genna, Clerk of Court


                                    /s/ Paul Belobritsky
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 26, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  JMG TRITON OFFSHORE FUND LIMITED
         C/O PACIFIC ASSETS MANAGEMENT, LLC
         ATTN: NOELLE NEWTON
         11601 WILSHIRE BLVD, SUITE 2180
         LOS ANGELES CA 90025

Please note that your claim # 66312 in the above referenced case and in the amount of
$4,078,143.00        has been transferred **(unless previously expunged by court order)**

GOLDMAN SACHS LENDING PARTNERS LLC          GOLDMAN SACHS LENDING PARTNERS LLC
TRANSFEROR: JMG TRITON OFFSHORE FUND LIMITED     ATTN: MANAGING CLERK
30 HUDSON STREET, 36TH FL                     RICHARDS KIBBE & ORBE LLP
JERSEY CITY NJ 07302                          ONE WORLD FINANCIAL CENTER
                                              NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                 UNITED STATES BANKRUPTCY COURT
                 Southern District of New York
                 One Bowling Green
                 New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7256        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/26/2010                      Vito Genna, Clerk of Court


                                      /s/ Paul Belobritsky
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 26, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                        |
In re                                   |        Chapter 11 Case No.
                                        |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |        08-13555 (JMP)
                                        |
                                        |        (Jointly Administered)
             Debtors.                   |
                                        |
_____|

               NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
                       BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  JMG TRITON OFFSHORE FUND LIMITED
             C/O PACIFIC ASSETS MANAGEMENT, LLC
             ATTN: NOELLE NEWTON
             11601 WILSHIRE BLVD, SUITE 2180
             LOS ANGELES CA 90025

Please note that your claim # 66313 in the above referenced case and in the amount of
        $4,078,143.00        has been transferred **(unless previously expunged by court order)**

GOLDMAN SACHS LENDING PARTNERS LLC                    GOLDMAN SACHS LENDING PARTNERS LLC
TRANSFEROR: JMG TRITON OFFSHORE FUND LIMITED          ATTN: MANAGING CLERK
30 HUDSON STREET, 36TH FL                             RICHARDS KIBBE & ORBE LLP
JERSEY CITY NJ 07302                                  ONE WORLD FINANCIAL CENTER
                                                      NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7257      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/26/2010                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 26, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                  |
In re                             |    Chapter 11 Case No.
                                  |
LEHMAN BROTHERS HOLDINGS INC., et al., |    08-13555 (JMP)
                                  |
                                  |    (Jointly Administered)
                                  |
             Debtors.             |
                                  |
_____ |
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

> To:   LONGACRE OPPORTUNITY FUND, L.P.
>       TRANSFEROR: HILLSIDE APEX FUND LIMITED
>       810 SEVENTH AVENUE, 33RD FLOOR
>       ATTN: VLADIMIR JELISAVCIC
>       NEW YORK NY 10019

Please note that your claim # 4660-01 in the above referenced case and in the amount of
    $1,520,816.56       has been transferred **(unless previously expunged by court order)**

> SERENGETI OVERSEAS LTD.
> TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P.
> c/o Serengeti Asset Management LP
> Attn: S Choudhury, 632 Broadway, 12th Fl
> New York NY 10012

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

> UNITED STATES BANKRUPTCY COURT
> Southern District of New York
> One Bowling Green
> New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7277       in your objection.
If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/26/2010                    Vito Genna, Clerk of Court


                                    /s/ Paul Belobritsky
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 26, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                       |
In re                                  |    Chapter 11 Case No.
                                       |
LEHMAN BROTHERS HOLDINGS INC., et al., |    08-13555 (JMP)
                                       |
                                       |    (Jointly Administered)
            Debtors.                   |
                                       |
_____|
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  LONGACRE OPPORTUNITY FUND, L.P.
             TRANSFEROR: HILLSIDE APEX FUND LIMITED
             810 SEVENTH AVENUE, 33RD FLOOR
             ATTN: VLADIMIR JELISAVCIC
             NEW YORK NY 10019

Please note that your claim # 35434-01 in the above referenced case and in the amount of
        $1,520,816.56       has been transferred **(unless previously expunged by court order)**

        SERENGETI OVERSEAS LTD.
        TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P.
        c/o Serengeti Asset Management LP
        Attn: S Choudhury, 632 Broadway, 12th Fl
        New York NY 10012

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7278      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/26/2010                    Vito Genna, Clerk of Court


                                    /s/ Paul Belobritsky
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 26, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                |
In re                           |       Chapter 11 Case No.
                                |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |   08-13555 (JMP)
                                |
                                |       (Jointly Administered)
                Debtors.        |
                                |
_____|
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
        To:  LONGACRE OPPORTUNITY FUND, L.P.
             TRANSFEROR: HILLSIDE APEX FUND LIMITED
             810 SEVENTH AVENUE, 33RD FLOOR
             ATTN: VLADIMIR JELISAVCIC
             NEW YORK NY 10019
```

Please note that your claim # 4660 in the above referenced case and in the amount of
        $1,013,877.71      has been transferred **(unless previously expunged by court order)**

```
        SERENGETI PARTNERS LP
        TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P.
        c/o Serengeti Asset Management LP
        Attn: S Choudhury, 632 Broadway, 12th Fl
        New York NY 10012
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7279      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/26/2010                         Vito Genna, Clerk of Court


                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 26, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re                                    | Chapter 11 Case No.
|                                          |
| LEHMAN BROTHERS HOLDINGS INC., et al.,   | 08-13555 (JMP)
|                                          |
|                                          | (Jointly Administered)
|                          Debtors.        |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  LONGACRE OPPORTUNITY FUND, L.P.
             TRANSFEROR: HILLSIDE APEX FUND LIMITED
             810 SEVENTH AVENUE, 33RD FLOOR
             ATTN: VLADIMIR JELISAVCIC
             NEW YORK NY 10019

Please note that your claim # 35434 in the above referenced case and in the amount of
        $1,013,877.71      has been transferred (**unless previously expunged by court order**)

        SERENGETI PARTNERS LP
        TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P.
        c/o Serengeti Asset Management LP
        Attn: S Choudhury, 632 Broadway, 12th Fl
        New York NY 10012

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7280      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/26/2010                      Vito Genna, Clerk of Court


                                      /s/ Paul Belobritsky
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 26, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                        |
In re                                   |    Chapter 11 Case No.
                                        |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                                        |
                                        |    (Jointly Administered)
                   Debtors.             |
                                        |
_____|
```

                  **NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
                           **BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  LONGACRE OPPORTUNITY FUND, L.P.
             TRANSFEROR: HILLSIDE APEX FUND LIMITED
             810 SEVENTH AVENUE, 33RD FLOOR
             ATTN: VLADIMIR JELISAVCIC
             NEW YORK NY 10019

Please note that your claim # 54846-01 in the above referenced case and in the amount of
        $1,013,877.71        has been transferred **(unless previously expunged by court order)**

        SERENGETI PARTNERS LP
        TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P.
        c/o Serengeti Asset Management LP
        Attn: S Choudhury, 632 Broadway, 12th Fl
        New York NY 10012

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7281        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/26/2010                    Vito Genna, Clerk of Court


                                    /s/ Paul Belobritsky
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 26, 2010.

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
```

```
_____
                                       |
In re                                  |      Chapter 11 Case No.
                                       |
LEHMAN BROTHERS HOLDINGS INC., et al., |      08-13555 (JMP)
                                       |
                                       |      (Jointly Administered)
                   Debtors.            |
                                       |
_____|
```

               NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
                     BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

          To:  LONGACRE OPPORTUNITY FUND, L.P.
               TRANSFEROR: HILLSIDE APEX FUND LIMITED
               810 SEVENTH AVENUE, 33RD FLOOR
               ATTN: VLADIMIR JELISAVCIC
               NEW YORK NY 10019

Please note that your claim # 54846 in the above referenced case and in the amount of
      $1,520,816.56          has been transferred **(unless previously expunged by court order)**

          SERENGETI OVERSEAS LTD.
          TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P.
          c/o Serengeti Asset Management LP
          Attn: S Choudhury, 632 Broadway, 12th Fl
          New York NY 10012

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7282        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/26/2010                         Vito Genna, Clerk of Court


                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 26, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                  |
In re                             |      Chapter 11 Case No.
                                  |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |      08-13555 (JMP)
                                  |
                                  |      (Jointly Administered)
                 Debtors.         |
_____ |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  MERRILL LYNCH CREDIT PRODUCTS, LLC
     TRANSFEROR: ABAXBANK S.P.A.
     C/O BANK OF AMERICA MERRILL LYNCH
     BANK OF AMERICA TOWER - 3RD FL
     ONE BRYANT PARK
     ATTN: GARY S. COHEN, RONAL TOROK
     NEW YORK NY 10036
```

Please note that your claim # 16060-01 in the above referenced case and in the amount of
$2,237,149.00    has been transferred **(unless previously expunged by court order)**

```
TACONIC CAPITAL PARTNERS 1.5 LP
TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC
C/O TACONIC CAPITAL ADVISORS LP
450 PARK AVENUE
ATTN: TIM ANDRIKS
NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7276    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/26/2010                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 26, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                 |
In re                            |   Chapter 11 Case No.
                                 |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |   08-13555 (JMP)
                                 |
                                 |   (Jointly Administered)
            Debtors.            |
                                 |
_____|
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  SECONDMARKET, INC.
     TRANSFEROR: CARNEGIE BANK A/S
     26 BROADWAY, 12TH FLOOR
     ATTN: CHRISTOPHER MOOM
     NEW YORK NY 10004
```

Please note that your claim # 50055-01 in the above referenced case and in the amount of $20,307,165.25 has been transferred **(unless previously expunged by court order)**

```
JPMORGAN CHASE BANK, N.A.
TRANSFEROR: SECONDMARKET, INC.
4 NEW YORK PLAZA, 16TH FLOOR
ATTN: MICHAEL ECONOMOS
New York NY 10004
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7275    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/26/2010                    Vito Genna, Clerk of Court


                                    /s/ Paul Belobritsky
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 26, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                 |
In re                            |    Chapter 11 Case No.
                                 |
LEHMAN BROTHERS HOLDINGS INC., et al., |   08-13555 (JMP)
                                 |
                                 |    (Jointly Administered)
              Debtors.           |
                                 |
_____|
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

         To:  CARNEGIE BANK A/S
              ATTN: JESPER V. FRANTZEN
              OVERGADEN NEDEN VANDET 9B
              COPENHAGEN DK 1414
              DENMARK

Please note that your claim # 50055-01 in the above referenced case and in the amount of
         $20,307,165.25        has been transferred **(unless previously expunged by court order)**

         SECONDMARKET, INC.
         TRANSFEROR: CARNEGIE BANK A/S
         26 BROADWAY, 12TH FLOOR
         ATTN: CHRISTOPHER MOOM
         NEW YORK NY 10004

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7270      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/26/2010                      Vito Genna, Clerk of Court


                                      /s/ Paul Belobritsky
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 26, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                              |
In re                         |       Chapter 11 Case No.
                              |
LEHMAN BROTHERS HOLDINGS INC., et al.,|   08-13555 (JMP)
                              |
                              |       (Jointly Administered)
              Debtors.        |
                              |
_____|
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
     To:  VR-LIW GMBH
          GUNNAR MANGEL-GENERAL MANAGER
          GABELSBERGERSTRASSE 1A
          HAMM   59069
          GERMANY
```

Please note that your claim # 55169-01 in the above referenced case and in the amount of
     $2,927,032.50        has been transferred **(unless previously expunged by court order)**

```
     CITIGROUP FINANCIAL PRODUCTS INC.          CITIGROUP FINANCIAL PRODUCTS INC.
     TRANSFEROR: VR-LIW GMBH                    DOUGLAS R. DAVIS
     390 GREENWICH STREET, 4TH FL               PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
     ATTN: CARL MEYER                           1285 AVENUE OF THE AMERICAS
     NEW YORK NY 10013                          NEW YORK NY 10019
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6804        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/26/2010                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 26, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                              |
In re                         |    Chapter 11 Case No.
                              |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |    08-13555 (JMP)
                              |
                              |    (Jointly Administered)
              Debtors.        |
                              |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
     To:  TOYOKAWA SHINKIN BANK, THE
          3-34-1, SUEHIRO-DORI
          TOYOKAWI-SHI
          AICHI    442-8520
          JAPAN
```

Please note that your claim # 1911 in the above referenced case and in the amount of
       $4,791,222.69       has been transferred **(unless previously expunged by court order)**

```
CITIGROUP FINANCIAL PRODUCTS INC.              CITIGROUP FINANCIAL PRODUCTS INC.
TRANSFEROR: TOYOKAWA SHINKIN BANK, THE         DOUGLAS R. DAVIS
390 GREENWICH STREET, 4TH FL                   PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: CARL MEYER                               1285 AVENUE OF THE AMERICAS
NEW YORK NY 10013                              NEW YORK NY 10019
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6809      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/26/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 26, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                              |
In re                         |    Chapter 11 Case No.
                              |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                              |
                              |    (Jointly Administered)
                   Debtors.   |
_____|
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
        To:  CONTROLAC, SGPS, SA
             DR. JORGE REGANHA
             ESPACO CASTILHO
             RUA CASTILHO, 13D-2B
             LISBOA    1250-066
             PORTUGAL
```

Please note that your claim # 39733 in the above referenced case and in the amount of
$2,830,200.00      has been transferred **(unless previously expunged by court order)**

CITIGROUP FINANCIAL PRODUCTS INC.              CITIGROUP FINANCIAL PRODUCTS INC.
TRANSFEROR: CONTROLAC, SGPS, SA                DOUGLAS R. DAVIS
390 GREENWICH STREET, 4TH FL                   PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: CARL MEYER                               1285 AVENUE OF THE AMERICAS
NEW YORK NY 10013                              NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7241      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/26/2010                      Vito Genna, Clerk of Court


                                      /s/ Paul Belobritsky
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 26, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                   |
In re                              |       Chapter 11 Case No.
                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |  08-13555 (JMP)
                                   |
                                   |       (Jointly Administered)
              Debtors.             |
_____|
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
      To:  MACGERE, SGPS, SA
           DR. JORGE REGANHA
           ESPACO CASTILHO-RUA CASTILHO, 13D-2B
           LISBOA    1250-066
           PORTUGAL
```

Please note that your claim # 39786 in the above referenced case and in the amount of
$2,830,200.00       has been transferred **(unless previously expunged by court order)**

```
      CITIGROUP FINANCIAL PRODUCTS INC.         CITIGROUP FINANCIAL PRODUCTS INC.
      TRANSFEROR: MACGERE, SGPS, SA             DOUGLAS R. DAVIS
      390 GREENWICH STREET, 4TH FL              PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
      ATTN: CARL MEYER                          1285 AVENUE OF THE AMERICAS
      NEW YORK NY 10013                         NEW YORK NY 10019
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
           UNITED STATES BANKRUPTCY COURT
           Southern District of New York
           One Bowling Green
           New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7240       in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/26/2010                    Vito Genna, Clerk of Court


                                    /s/ Paul Belobritsky
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 26, 2010.

**EXHIBIT "B"**

TIME: 17.13.16
DATE: 02/26/10

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|------|---------|
| B Y PARTNERS, L.P. | C/O BRAHMAN CAPITAL CORP ATTN: RICHARD GROSSMAN 655 THIRD AVENUE, 11TH FLOOR NEW YORK NY 10017 |
| BRAHMAN C.P.F. PARTNERS LP | C/O BRAHMAN CAPITAL CORP ATTN: RICHARD GROSSMAN 655 THIRD AVENUE, 11TH FLOOR NEW YORK NY 10017 |
| BRAHMAN INVESTMENTS I (SPV), LTD. | C/O BRAHMAN CAPITAL CORP ATTN: RICHARD GROSSMAN 655 THIRD AVENUE, 11TH FLOOR NEW YORK NY 10017 |
| BRAHMAN INVESTMENTS II (SPV), LTD. | C/O BRAHMAN CAPITAL CORP ATTN: RICHARD GROSSMAN 655 THIRD AVENUE, 11TH FLOOR NEW YORK NY 10017 |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: B Y PARTNERS, L.P. C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY    KT11 2PD UNITED KINGDOM |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: BRAHMAN C.P.F. PARTNERS LP C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY    KT11 2PD UNITED |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: BRAHMAN INVESTMENTS I (SPV), LTD. C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY  KT11 2PD UN |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: BRAHMAN INVESTMENTS II (SPV), LTD. C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY  KT11 2PD U |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: CBARB, A SEGREGATED ACCOUNT OF C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY    KT11 2PD |
| CARNEGIE BANK A/S | TRANSFEROR: CBARB, A SEGREGATED ACCOUNT OF GEODE CAPITAL MASTER FUND L C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE |
| CBARB, A SEGREGATED ACCOUNT OF | ATTN: JESPER V. FRANTZEN OVERGADEN NEDEN VANDET 9B COPENHAGEN DK 1414 DENMARK |
| CBARB, A SEGREGATED ACCOUNT OF GEODE | CAPITAL MASTER FUND LTD ATTN: LISA LAMPERT, GENERAL COUNSEL ONE POST OFFICE SQUARE, 28TH FLOOR BOSTON MA 02109 |
| CITIBANK INTERNATIONAL PLC | GEODE CAPITAL MASTER FUND LTD ATTN: LISA LAMPERT, GENERAL COUNSEL ONE POST OFFICE SQUARE, 28TH FLOOR BOSTON MA 02109 |
| CITIBANK INTERNATIONAL PLC | TRANSFEROR: RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIBANK INTERNATIONAL PLC | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | CITIGROUP CENTER ATTN: ROBERT STEMMONS 33 CANADA SQUARE CANARY WHARF LONDON E14 5LB UNITED KINGDOM |
| CITIGROUP FINANCIAL PRODUCTS INC. | DOUGLAS R. DAVIS PAUL, WEISS, RIFKIND, CITIBANK INTERNATIONAL PLC 388 GREENWICH STREET, 4TH FLOOR ATTN: CARL D. MEYER NEW YORK NY 10013-2375 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CONTROLAC, SGPS, SA 390 GREENWICH STREET, 4TH FL ATTN: CARL MEYER NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK 390 GREENWICH STREET, 4TH FL ATTN: CARL MEYER NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: MACGEER, SGPS, SA 390 GREENWICH STREET, 4TH FL ATTN: CARL MEYER NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: TOYOKAWA, SHINKIN BANK, THE 390 GREENWICH STREET, 4TH FL ATTN: CARL MEYER NEW YORK NY 10013 |
| CONTROLAC, SGPS, SA | TRANSFEROR: VR-LIW GMBH 390 GREENWICH STREET, 4TH FL ATTN: CARL MEYER NEW YORK NY 10013 |
| DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK | DR. JORGE REGANHA ESPACO CASTILHO RUA CASTILHO, 13D-2B LISBOA, 13D-2B LISBOA, 1250-066 PORTUGAL |
| DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK | DR. STEPHAN ROST PLATZ DER REPUBLIK FRANKFURT AM MAIN 60265 GERMANY |
| DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK | JENNIFER C. DEMARCO & DAVID A. SULLIVAN CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| GOLDMAN SACHS LENDING PARTNERS LLC | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: JMG TRITON OFFSHORE FUND LIMITED 30 HUDSON STREET, 36TH FL JERSEY CITY NJ 07302 |
| JMG TRITON OFFSHORE FUND LIMITED | ATTN: NOELLE NEWTON C/O PACIFIC ASSETS MANAGEMENT, LLC 11601 WILSHIRE BLVD, SUITE 2180, LOS ANGELES CA 90025 |
| JMG TRITON OFFSHORE FUND LIMITED | C/O PACIFIC ASSETS MANAGEMENT 11601 WILSHIRE BLD, SUITE 2180 LOS ANGELES CA 90025 |
| JMG TRITON OFFSHORE FUND LIMITED | C/O PACIFIC ASSETS MANAGEMENT, LLC ATTN: NOELLE NEWTON 11601 WILSHIRE BLVD, SUITE 2180 LOS ANGELES CA 90025 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: SECONDMARKET, INC. 4 NEW YORK PLAZA, 16TH FLOOR ATTN: MICHAEL ECONOMOS New York NY 10004 |
| LONGACRE OPPORTUNITY FUND, L.P. | TRANSFEROR: HILLSIDE APEX FUND LIMITED 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK NY 10019 |
| MACGEER, SGPS, SA | DR. JORGE REGANHA ESPACO CASTILHO-RUA CASTILHO, 13D-2B LISBOA  1250-066 PORTUGAL |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: ARAKAWA S.P.A. C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER - 3RD FL, ONE BRYANT PARK ATTN: GARY S. COHEN, REAL |
| SECONDMARKET, INC | TRANSFEROR: ARAKAWA S.P.A. 26 BROADWAY, 12TH FLOOR ATTN: CHRISTOPHER MOOM NEW YORK NY 10004 |
| SERENGETI OVERSEAS LTD. | TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P. C/O Serengeti Asset Management LP Attn: S Choudhury, 632 Broadway, 12th Fl New York NY 10012 |
| SERENGETI PARTNERS LP | TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P. C/O Serengeti Asset Management LP Attn: S Choudhury, 632 Broadway, 12th Fl New York NY 10012 |
| TACONIC CAPITAL PARTNERS 1.5 LP | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O TACONIC CAPITAL ADVISORS LP 450 PARK AVENUE ATTN: TIM ANDRIKS NEW YORK NY 10022 |
| TOYOKAWA SHINKIN BANK, THE | 3-34-1, SUEHIRO-DORI TOYOKAWI-SHI AICHI  442-8520 JAPAN |
| VR-LIW GMBH | GUNNAR MANGEL-GENERAL MANAGER GABELSBERGERSTRASSE 1A HAMM  59069 GERMANY |

Total Number of Records Printed          40

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT "C"**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, NY 10153