ALSTON & BIRD LLP
John W. Spears, Esq.
90 Park Avenue
New York, N.Y. 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

*Counsel for The Japan Net Bank, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : 08-13555 (JMP) |
| | : |
| Debtors | : (Jointly Administered) |

------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF CLAIM NUMBER 14671

The Japan Net Bank, Limited (the "Claimant"), by and through its undersigned counsel, hereby withdraws claim number 14671, dated September 17, 2009, and served on the Debtors' claims and noticing agent. The Claimant does not withdraw claim number 50142, dated October 27, 2009, and reserves its rights in respect to that claim and any other claims asserted in these cases.

Respectfully submitted this 3rd day of March 2010.

        ALSTON & BIRD LLP

      By: /s/ John W. Spears
        John W. Spears, Esq.
        90 Park Avenue
        New York, N.Y. 10016
        Telephone: (212) 210-9400
        Facsimile: (212) 210-9444

      *Counsel for The Japan Net Bank, Ltd.*

ALSTON & BIRD LLP
John W. Spears, Esq.
90 Park Avenue
New York, N.Y. 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

*Counsel for The Japan Net Bank, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : 08-13555 (JMP) |
| | : |
| Debtors | : (Jointly Administered) |

---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

On March 3, 2010, I certify that I caused a true and correct copy of the foregoing *Notice of Withdrawal of Claim Number 14671* to be served by first-class mail on the parties identified below:

<u>Attorneys for the Debtors</u>
Weil, Gotshal & Manges LLP
Attn:   Lori R. Fife, Esq.
        Shai Y. Waisman, Esq.
767 Fifth Avenue
New York, New NY 10153-0119

<u>Claims Agent</u>
Epiq Bankruptcy Solutions, LLC
Attn:   Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017

                                /s/ John W. Spears
                                John W. Spears, Esq.

LEGAL02/31767134v1