*Original Submit*

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
:
Debtors. : (Jointly Administered)

------------------------------------------------x

*RECEIVED MAR -2 2010 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK*

## SUBMITTAL OF WILLIAM KUNTZ, III ON CLAIMS OBJECTIONS

Now comes William Kuntz, III who appears Pro Se and respectfully submits the following:

1) It was with some difficulty that I was able to file the proofs of claim. I first misread the form and used the wrong case number, and then upon confirming that it was filed realized that I had calculated the wrong date for pre-petition interest as I understand it.

2) Upon correcting the interest sum, i then upon reviewing the claims docket on Epiq realized that i had used the numbers to the right of lehman commerical paper rather than to the left. upon information and belief, it was Lehman Commerical Paper that absconded with the cash escrow account in the New Jersey Ch 11 before Judge Winfield.

3) To my knowledge, the Debtor has only objected to 2 lines of claims at this point. While I have no objection to clearing up this confusion, I would ask that any supporting paperwork included with the each successive claim be carried forward to the surviving 3 claims. EX 1

4) Further, while the little box #5 was checked off for 11 USC 507 it appears that this claimant is not entitled to that kind of priority and would

request that the 3 surviving claims be reclassified as unsecured. While this does not resolve the 'constructive trust problem' it appears this reclassification is proper.

5) While it would be helpful for the Debtor's Counsel to admit at last that they in fact were Co-Counsel to Grand Union in New Jersey, I don't think they wish to be that candid and honest. If they were, then they would have to go to the next step and acknowledge the entire problem with the Cash Escrow. Of Course then, they would have to contemplate just sending the Cash to Albany as what should have been Unclaimed Funds, which in my view is what should have happened had the Debtor not been so Greedy.

<and as reflected in docket # 5895><attached> EX 2

Of Course then, if that were to happen I would perhaps lose my Standing.

Respectfully,

William Kuntz, III
k~~~~~~~~~~~
India St
PO Box 1801
Nantucket Island, Massachusetts 02554-1801 USofA

508-775-9717

Feb 24, 2010
Hyannis, Mass



### Claims and Amendements in Lehman Ch 11-Bankruptcy USBC-Southern District of NY

Monday, January 25, 2010 11:40 AM

From: "william kuntz" <kuntzwm1@yahoo.com>
To: kuntzwm1@yahoo.com

| ☒ | 10511 | KUNTZ, WILLIAM III | 9/2/2009  | $5,391,527.44 | Image |
|---|-------|--------------------|-----------|---------------|-------|
| ☒ | 35122 | KUNTZ, WILLIAM III | 9/15/2009 | $4,688,284.73 | Image |
| ☒ | 33550 | KUNTZ, WILLIAM III | 9/22/2009 | $4,688,284.73 | Image |
| ☒ | 35123 | KUNTZ, WILLIAM III | 9/15/2009 | $4,573,293.18 | Image |
| ☒ | 35120 | KUNTZ, WILLIAM III | 9/15/2009 | $4,573,293.18 | Image |
| ☒ | 10510 | KUNTZ, WILLIAM III | 9/2/2009  | $4,147,328.80 | Image |
| ☒ | 10509 | KUNTZ, WILLIAM III | 9/2/2009  | $3,699,417.29 | Image |
| ☒ | 33551 | KUNTZ, WILLIAM III | 9/22/2009 | $3,606,372.87 | Image |
| ☒ | 35430 | KUNTZ, WILLIAM III | 9/15/2009 | $3,606,372.87 | Image |
| ☒ | 35121 | KUNTZ, WILLIAM III | 9/15/2009 | $3,216,884.60 | Image |
| ☒ | 33552 | KUNTZ, WILLIAM III | 9/22/2009 | $3,216,884.60 | Image |

**William Kuntz, III**
~~kuntzwm1@yahoo.com~~
India St
PO Box 1801
Nantucket Island, Massachusetts 02554-1801 USofA



**THOMAS P. DiNAPOLI**
STATE COMPTROLLER

**LUKE BIERMAN**
GENERAL COUNSEL

**HELEN M. FANSHAWE**
DEPUTY COUNSEL

STATE OF NEW YORK
OFFICE OF THE STATE COMPTROLLER
110 STATE STREET
P. O. BOX 10337
ALBANY, NEW YORK 12201-5337

September 29, 2009

Grand Union Capital Corp.
Unclaimed Funds
Ref. No. 10267649
File No. 05-2280

William Kuntz, III
P.O. Box 1801
Nantucket, Massachusetts 02554

Dear Mr. Kuntz:

This is in response to your recent email regarding Lehman Brothers bankruptcy. This Office will not be entering a motion in the Bankruptcy Court to compel the reporting of abandoned funds. Please note that it is our understanding that all creditor claims were barred as of September 22, 2009.

Please send any correspondence, being sure to include the above captioned reference number and file number, to me at the following address:

Wendy H. Reeder
OSC Legal Services Division
P.O. Box 10337
Albany, New York 12201-5337

Very truly yours,

Wendy H. Reeder
Associate Attorney

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
:
------------------------------------------------------------x

MAIL ID *** 0016281825 *** LBH OM4 01-29-2010 (MERGE2.TXNUM2) 4000057245

KUNTZ, WILLIAM III
PO BOX 1801
NANTUCKET ISLAND, MA 02554-4801

## THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

## IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, ERIN ECKOLS, ESQ., AT 214-746-7700.

### NOTICE OF HEARING ON DEBTORS' FOURTH OMNIBUS OBJECTION TO CLAIMS (AMENDED AND SUPERSEDED CLAIMS)

| Creditor Name and Address | Basis For Objection: | Amended Claim | | | |
|---|---|---|---|---|---|
| TO: KUNTZ, WILLIAM III | | Claim Number | Date Filed | Debtor | Claim Amount |
| PO BOX 1801 | Claim to be Disallowed and Expunged | 10510 | 09/02/2009 | 09-10558 | Priority - $4,147,328.80 |
| NANTUCKET ISLAND, MA 02554-4801 | | | | | |
| | Surviving Claim | 33551 | 09/22/2009 | 08-13900 | Priority - $3,606,372.87 |

PLEASE TAKE NOTICE that, on January 29, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Fourth Omnibus Objection to Claims (Amended and Superseded Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED on the ground that said claim(s) were amended and superseded by the subsequently-filed claim(s) listed above under SURVIVING CLAIM(S). **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on March 1, 2010 (the "Response Deadline").

---

[1]  A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :    08-13555 (JMP)
                                                            :
                    Debtors.                                :    (Jointly Administered)
                                                            :
------------------------------------------------------------x

MAIL ID *** 0016281826 *** LBH OM4 01-29-2010 (MERGE2.TXNUM2) 4000057390
KUNTZ, WILLIAM III
PO BOX 1801
NANTUCKET ISLAND, MA  02554-4801

### THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

### IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, ERIN ECKOLS, ESQ., AT 214-746-7700.

### NOTICE OF HEARING ON DEBTORS' FOURTH OMNIBUS OBJECTION TO CLAIMS (AMENDED AND SUPERSEDED CLAIMS)

| | Basis For Objection: | Amended Claim | | | |
|---|---|---|---|---|---|
| **Creditor Name and Address** | | **Claim Number** | **Date Filed** | **Debtor** | **Claim Amount** |
| TO: KUNTZ, WILLIAM III<br>PO BOX 1801<br>NANTUCKET ISLAND, MA  02554-4801 | Claim to be Disallowed and Expunged | 10511 | 09/02/2009 | 09-10558 | Priority - $5,391,527.44 |
| | Surviving Claim | 33550 | 09/22/2009 | 08-13900 | Priority - $4,688,284.73 |

PLEASE TAKE NOTICE that, on January 29, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Fourth Omnibus Objection to Claims (Amended and Superseded Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED on the ground that said claim(s) were amended and superseded by the subsequently-filed claim(s) listed above under SURVIVING CLAIM(S). **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on March 1, 2010 (the "Response Deadline").

---

[1]    A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.