UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
:
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
:
-------------------------------------------------------------x

**NOTICE DISMISSING FAIRPOINT APPEAL <DOCKET 7018)**

THE UNDERSIGNED, WILLIAM KUNTZ, III WHO APPEARS PRO SE DOES

HEREBY DISMISS THE FAIRPOINT APPEAL FROM THE ORDER

STRIKING THE PRIOR NOTICE OF APPEAL, WHILE WHILE IT APPEARS TO BE A

NULLITY DOES NOT MERIT THE TIME AND EFFORT TO APPEAL WITH NO PRODUCTIVE

END

RESPECTFULLY

WILLIAM KUNTZ, III

INDIA ST
PO BOX 1801
NANTUCKET ISLAND, MASS 02554-1801

508-435-5858

FEB 24, 2010
HYANNIS, MA