UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| *In re:* ) | |
| ) | Chapter 13 |
| SIMEON MORENO ) | |
| ) | Case No. 08-17715-FJB |
| Debtor ) | |
| ) | |
| | |
| SIMEON MORENO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| PROPERTY ASSET MANAGEMENT, INC., ) | Adv. Pro. No. 09-01378 |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |
| ) | |

**PROPERTY ASSET MANAGEMENT, INC.'S EMERGENCY MOTION
TO CONTINUE HEARING**

Property Asset Management, Inc. ("PAM") moves to continue the hearing on its Motion for Relief from Stay currently scheduled for January 7, 2010 to January 14, 2010, or any date thereafter. As reasons therefor, PAM asserts that it intends to offer an affidavit from and documents in the possession of Lehman Brothers Holdings, Inc. ("LHBI") which is the currently in bankruptcy. To secure the affidavit and documents, LBHI is required to obtain bankruptcy counsel's approval. PAM anticipates that such approval should be secured on or before January 7, 2010. However, the production of documents and an affidavit immediately before the hearing would be unfair to Simeon Moreno and his counsel. Accordingly, PAM requests that the Court

continue the hearing to January 14, 2010 or another convenient date thereafter. As additional reasons for the continuance PAM asserts and avers as follows.

Background

1. LBHI was a former investment bank, which, among other things, purchased, pooled and securitized residential mortgage loans. LBHI filed a Chapter 11 petition in the United States Bankruptcy Court Southern District of New York. LBHI has a few remaining employees who are currently managing certain remaining assets of the company including a loan from G.E. Money Bank to Simeon Moreno (the "Loan") and a mortgage in the name of Mortgage Electronic Registration Systems, Inc. ("MERS") as nominee for G.E. Money Bank (the "Mortgage").

2. To effectuate the transfer of the Loan to LBHI, the Note was endorsed in blank (a copy of which is attached as **Exhibit A**) and the beneficial interest in MERS's database was changed to reflect that LBHI is the beneficial owner.[1]

3. In anticipation of foreclosure, LBHI, through its servicer, Litton Loan Servicing LP, directed MERS to assign its rights under the Mortgage to PAM, LBHI's wholly-owned subsidiary created to hold and manage the residential real estate acquired as a result of foreclosure.

Moreno Files for Bankruptcy

4. On October 13, 2008, Moreno filed a Voluntary Chapter 13 Petition in the United States Bankruptcy Court, District of Massachusetts.

---

[1] MERS maintains a database that tracks mortgage servicing rights and beneficial ownership interests for mortgages that are bought and sold between MERS' member companies. On MERS loans, including the loan at issue here, MERS is listed as the mortgagee or beneficiary on the loan documents. However, the beneficial ownership interests and servicing rights remain with the MERS member. Through this arrangement, MERS' members are able to buy and sell mortgages without the time and expense associated with mortgage lien assignments.

1040514.1 102589/73     2

5. On March 31, 2009, PAM filed a Motion for Relief from Stay ("Motion for Relief").

6. On April 28, 2009, the Court granted PAM relief from stay to "exercise its rights as to the Property and until the debtor receives a discharge to preserve its rights as to a potential deficiency."

7. On or about December 2, 2009, Moreno filed an adversary proceeding and requested injunctive relief preventing PAM from exercising its rights under the Mortgage.

8. By order dated December 12, 2009, the Court vacated its order on PAM's Motion for Relief and scheduled a hearing on January 7, 2010.

9. In an effort to comply with the Court's order, PAM's counsel attempted to collect the necessary documents and affidavits from LBHI.

10. PAM's counsel's efforts were significantly impacted by vacation schedules of several critical LBHI employees, the holiday season, and the schedule of bankruptcy counsel for LBHI, Weil Gotshal & Manges LP.

11. The LBHI Affidavit and associated documents explain in detail the relationship between the various entities, conclusively establish that LBHI is the holder of Note, and that its wholly-owned subsidiary holds the Mortgage. Accordingly, this evidence will aid the Court in its determination of the Motion for Relief.

12. On January 4, 2010, at approximately 2:42 p.m. counsel for Moreno contacted PAM's counsel threatening to file a "motion under FRCP 37 for [PAM's counsel's] failure to agree on a 'briefing' schedule per the Court's Dec. [sic] 7, 2009 order" and represented that she would file "the motion by 4:30 pm today. The motion will seek to exclude any evidence you may seek to introduce if not disclosed to the Debtor by tomorrow."

1040514.1 102589/73                3

13. To avoid any issues, PAM's counsel contacted and spoke with Moreno's counsel, explained the issues with regard to the affidavit and other documents it intended to introduce at the hearing, represented that he intended to file a motion to continue the hearing to avoid any prejudice to Moreno's counsel, and requested that she assent to the Motion. Moreno's counsel refused to assent and filed (minutes thereafter) a motion to among other things exclude evidence.

14. To avoid prejudice to either party, PAM requests that the Court continue the hearing to January 14, 2010 or other convenient date thereafter.

WHEREFORE, for the above reasons, PAM requests that the Court continue the hearing to January 14, 2010 or other convenient date thereafter.

PROPERTY ASSET MANAGEMENT, INC,
By its attorneys,

/s/ *Richard E. Briansky*
Richard E. Briansky (BBO# 632709)
rbriansky@princelobel.com
**PRINCE, LOBEL, GLOVSKY & TYE LLP**
100 Cambridge Street, Suite 2200
Boston, MA 02114
Tel: 617.456.8000

Dated: January 4, 2010

## CERTIFICATE OF SERVICE

I, Richard E. Briansky, hereby certify that this document was filed through the Court's ECF System and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 4, 2010.

/s/ *Richard E. Briansky*

1040514.1 102589/73                                4