# SARA DISCEPOLO

| | |
|---|---|
| **From:** | Calandrelli, Joseph [jcalandrelli@plgt.com] |
| **Sent:** | Friday, February 26, 2010 4:15 PM |
| **To:** | 'Sara_Discepolo@verizon.net' |
| **Cc:** | Briansky, Richard |
| **Subject:** | Moreno |
| **Attachments:** | Affidavit of Scott Drosdick, Lehman Bros.PDF |

Sara,

Please see the attached affidavit which we plan on introducing at the April hearing.

Thanks,

Joe

Joseph P. Calandrelli

**Prince Lobel**
100 Cambridge Street
Suite 2200
Boston, MA 02114
617 456 8096 direct
617 456 8000 main
617 456 8100 fax
jcalandrelli@PrinceLobel.com
PrinceLobel.com

This email is intended for the confidential use of the addressees only. Because the information is subject to the attorney-client privilege and may be attorney work product, you should not file copies of this email with publicly accessible records. If you are not an addressee on this email or an addressee's authorized agent, you have received this email in error; please notify us immediately at 617.456.8000 and do not further review, disseminate or copy this email. Thank you.

IRS Circular 230 Disclosure: Any federal tax advice or information included in this message or any attachment is not intended to be, and may not be, used to avoid tax penalties or to promote, market, or recommend any transaction, matter, entity, or investment plan discussed herein. Prince, Lobel, Glovsky & Tye LLP does not otherwise by this disclaimer limit you from disclosing the tax structure of any transaction addressed herein.

1