UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Lehman Brothers Holdings, Inc., *et al.*,<br><br><br>Debtors | Chapter 11<br>Case No.: 08-13555 (JMP)<br><br>(Jointly Administered) |

## PROPOSED ORDER UPON SIMEON MORENO'S MOTION (1) TO DEEM HIS PROOF OF CLAIM AS TIMELY FILED, *NUNC PRO TUNC*; (2) FOR RELIEF FROM THE AUTOMATIC STAY; (3) FOR PERMISSION TO ATTEND HEARING VIA TELEPHONE CONFERENCE; AND (4) FOR EXEMPTION FROM SERVICE REQUIREMENTS AS TO CERTAIN PARTIES IN THE MASTER SERVICE LIST

Upon consideration of the motion (hereinafter "Motion") by Simeon Moreno (1) to deem his proof of claim as timely filed, *nunc pro tunc*, (2) for relief from the automatic stay, (3) for permission to attend hearing via telephone conference, and (4) for exemption from service requirements as to certain parties in the Master Service List, and due notice having been provided, and it appearing that no other further notice need be provided, and having considered the Motion and any objections thereto,

**IT IS HEREBY ORDERED THAT,**

1. The Motion is granted in its entirety. To the extent any objections to the Motion have not been withdrawn or otherwise resolved, they are hereby overruled.

2. The Claimant's Proof of Claim filed on or about January 6, 2010 is hereby deemed timely filed as of the date of filing.

3. The automatic stay is hereby lifted as to the Massachusetts bankruptcy litigation described in the Motion and any other litigation that may arise related to any claims or issues arising in said litigation, including but not limited to appeals thereof.

4. The Claimant's counsel may participate via telephone conference at the hearing on the Motion.

5. The Claimant's service of the Motion and Notice thereof is hereby deemed sufficient.

Dated: New York, New York

_____ \_\_\_, 2010

By: _____
HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE