Honorable James M. Peck
One Bowling Green
New York, New York 10004
Courtroom 601

Barbara A. Ziccarelli
26 Huff Terrace
Montvale, NJ 07645
201-391-8129

February 22, 2010

United States Bankruptcy Court   Southern District of New York
Re:  Lehman Brothers Holdings, Inc., et al., Debtors
     Chapter 11    Case No 08-13555 (JMP)    Jointly Administered
     Debtors' Second Omnibus Objection to Claims (Amended and Superseded Claims)

   I have not received a letter of January 29, 2010 for this bond.
   Claim Numbers for bond: 3737/66076/17877   $27,3966.61/$32,319 (bond + interest)

1. All requested materials have been submitted on time by the bondholder named Barbara A. Ziccarelli.

2. Some submitted materials have not been scanned and/or corrected by Epiq Bankruptcy Solutions, LLC.  The bondholder Barbara A. Ziccarelli has resubmitted the requests, but all corrections have not been made as of 2/22/2010.

3. This bond needs to be recognized correctly.  This bondholder is entitled to the investment principal plus interest.  Reasonable time for preparation was not given to the bondholder.

Enclosed are copies of the letters and the files sent and received by the bondholder Barbara A. Ziccarelli.

Thank you for your attention in this matter.

Sincerely yours,

Barbara A. Ziccarelli

Barbara A. Ziccarelli

Epiq Systems
757 Third Avenue
Third Floor
New York, NY 10017


Barbara Ziccarelli
26 Huff Terrace
Montvale, NJ 07645
201-391-8129

Claim Number: 3737

February 18, 2010

Please read the enclosed letter and correct this request sent on December 24, 2009. The following information was not entered on the Proof of Claim sheet.

*In the upper left hand corner of the Proof of Claim sheet, the following words have been omitted in the third box from the top:*

    *Lehman Brothers Holdings, Inc.   and   Case No. 08-13555 (JMP)*


Please confirm these changes.

Thank you for your appreciated help.


Sincerely yours,

*Barbara A. Ziccarelli* (signature)

Barbara A. Ziccarelli

EPIQ SYSTEMS
757 THIRD AVENUE
THIRD FLOOR
NEW YORK, NY 10017

P 646 282 2500   F 646 282 2501
757 THIRD AVENUE, NEW YORK, NY 10017
WWW.EPIQSYSTEMS.COM

**epiq**
SYSTEMS



ZICCARELLI, BARBARA A.
26 HUFF TERRACE
MONTVALE, NJ 07645

MAILID *** 0008274466 ***

**** LBH CLMLTR (MERGE2,TXNUM2) 4000113205 ****

January 19, 2010

## ACKNOWLEDGEMENT OF RECEIPT OF PROOF OF CLAIM

This letter serves as acknowledgement that the claim identified below has been recorded by Epiq Bankruptcy Solutions, LLC, the court-approved claims agent, on the claims register in the LEHMAN BROTHERS HOLDINGS INC. case. It is also publically available at the following website address: http://chapter11.epiqsystems.com/LBH. To ensure that your claim has been recorded correctly, please review the following information:

Debtor:             NO DEBTOR ASSERTED BY CREDITOR
Case Number:        NO CASEZ99
Creditor:           ZICCARELLI, BARBARA A.
Date Received:      01/07/2010
Claim Number:       66076

*Please note that nothing in this Acknowledgement should be construed to mean or imply that your claim is being allowed. The Debtor may elect to object to the identified claim on various grounds.*

We strongly encourage you to review your submitted proof of claim on our website at the address listed above. To find your imaged claim, click on the "Filed Claims & Schedules" link at the top of the page, type in your claim number in the "Claim #" field, and click "Search."

**WHEN REVIEWING YOUR CLAIM, PLEASE BE AWARE OF ANY PERSONALLY IDENTIFIABLE INFORMATION ("PII") SUBMITTED BY YOU.** PII can include information used to distinguish or trace an individual's identity, such as their social security number, biometric records, drivers license number, account number, credit or debit card number (including any passwords, acces codes or PIN numbers), etc., alone, or when combined with other personal or identifying information which is linked or linkable to a specific individual, such as date and place of birth, mother's maiden name, etc.

The Proof of Claim Form allows for redacted documents. If you identify any PII in your filed claim, please contact us immediately at (646) 282-2400 or via our contact form on our website at http://www.epiq11.com/contact.aspx so we may assist you in redacting this information. Please be sure to specify the client/debtor about which you are inquiring.

You may also contact by either of the methods listed above should you have any other questions.

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

Lehman Brothers Holdings Claim Processing
c/o EPIQ Bankruptcy Solutions LLC
FDR Station P.O. Box 5076
New York, NY 10150-5076

Barbara Ziccarellli
26 Huff Terrace
Montvale, NJ 07645

Claim Number: 3737

December 24, 2009

It has been called to my attention that certain information has been omitted from my claim. In the upper left hand corner of the first sheet, the following words have been omitted in the third box from the top. I have entered this missing information in ink.

Lehman Brothers Holdings Inc. and Case No. 08-13555 (JMP)

In addition, I have checked the scanned sheets of my claim on the Lehman Brothers' Web Site and have found that sheets of significant information have been omitted. I therefore have reprinted the whole submission in order for you to rescan it.

Thank you for your attention in this important matter. Your help is appreciated. I would also appreciate confirmation of these changes.

Sincerely,

*Barbara A. Ziccarelli*

Barbara A. Ziccarelli



P 646 282 2500   F 646 282 2501
757 THIRD AVENUE, NEW YORK, NY 10017
WWW.EPIQSYSTEMS.COM

\*\*\*\* LBH CLMLTR (MERGE2,TXNUM2) 4000065309 \*\*\*\*
ZICCARELLI, BARBARA A.
26 HUFF TERRACE
MONTVALE, NJ 07645

November 19, 2009

## ACKNOWLEDGEMENT OF RECEIPT OF PROOF OF CLAIM

This letter serves as acknowledgement that the claim identified below has been recorded by Epiq Bankruptcy Solutions, LLC, the court-approved claims agent, on the claims register in the LEHMAN BROTHERS HOLDINGS INC. case. It is also publically available at the following website address: http://chapter11.epiqsystems.com/LBH. To ensure that your claim has been recorded correctly, please review the following information:

| | |
|---|---|
| Debtor: | LEHMAN BROTHERS HOLDINGS, INC. |
| Case Number: | 08-13555 |
| Creditor: | ZICCARELLI, BARBARA A. |
| Date Received: | 09/18/2009 |
| Claim Number: | 17877 |

*Please note that nothing in this Acknowledgement should be construed to mean or imply that your claim is being allowed. The Debtor may elect to object to the identified claim on various grounds.*

We strongly encourage you to review your submitted proof of claim on our website at the address listed above. To find your imaged claim, click on the "Filed Claims & Schedules" link at the top of the page, type in your claim number in the "Claim #" field, and click "Search."

**WHEN REVIEWING YOUR CLAIM, PLEASE BE AWARE OF ANY PERSONALLY IDENTIFIABLE INFORMATION ("PII") SUBMITTED BY YOU.** PII can include information used to distinguish or trace an individual's identity, such as their social security number, biometric records, drivers license number, account number, credit or debit card number (including any passwords, access codes or PIN numbers), etc., alone, or when combined with other personal or identifying information which is linked or linkable to a specific individual, such as date and place of birth, mother's maiden name, etc.

The Proof of Claim Form allows for redacted documents. If you identify any PII in your filed claim, please contact us immediately at (646) 282-2400 or via our contact form on our website at http://www.epiq11.com/contact.aspx so we may assist you in redacting this information. Please be sure to specify the client/debtor about which you are inquiring.

You may also contact by either of the methods listed above should you have any other questions.

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

United States Bankruptcy Court/Southern District of New York
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# PROOF OF CLAIM

| In Re:<br>Lehman Brothers Holdings Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | UNIQUE IDENTIFICATION NUMBER: 4000003736<br>/ 3737 |

Name of Debtor Against Which Claim is Held: **LEHMAN BROTHERS HOLDINGS INC.**
Case No. of Debtor: **08-13555 (JMP)**

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

LBH (MERGE2.DBF,Txnum2) Txnum2 #: 4000003736*****
ZICCARELLI, BARBARA A.
26 HUFF TERRACE
MONTVALE, NJ 07645

3737

Telephone number: 201-391-8129    Email Address:

☒ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: **3737**
(If known)

Filed on: **4/10/2009**

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number:    Email Address:

1. Amount of Claim as of Date Case Filed: $ **32,319 (PRINCIPAL + INTEREST)**

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.

☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☐ Check this box if all or part of your claim is based on a Guarantee.*

*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.

☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee. **SEE ATTACHED SHEET**

2. Basis for Claim: **CORPORATE BOND HOLDER**
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: **8167**
3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe: _____
Value of Property: $_____ Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____ Basis for perfection: _____
Amount of Secured Claim: $_____ Amount Unsecured: $_____

6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $_____
(See instruction #6 on reverse side.)

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

Amount entitled to priority:
$_____

7. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

FOR COURT USE ONLY

Date: **9/14/09**

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*Barbara A. Ziccarelli* **Barbara A. Ziccarelli**

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

September 14, 2009
Three Lehman Brothers' Corporate Bonds were filed on 4/10/09 in the US Bankruptcy Court/Southern District of New York under Lehman Brothers Holdings Inc. These three bonds were filed separately because the following information differed on each bond: Creditor's name, principal, interest rate/yield, total interest and purchase/maturity dates.

However, the Proof of Claim for each bond which was received by each Creditor in the mail in August, 2009, does not match by number, by name, and by bond the filed form on the Internet @ lehman-docket.com. We are resubmitting the claims with all the **corrected information** as well as the recalculated interest for the length of each bond.

All three bonds were rated and approved by Moodys as A1 and S&P as A+.
All three bonds were approved and advised for purchase by Merrill Lynch plus listed for purchase in their Corporate Bond Inventory.
As purchasers of these bonds who believed in the INTEGRITY of the system, we feel we are entitled to the Full Amount of the claims.

Thank you for your attention in this important matter since these are part of our retirement funds which we have saved for a combined number of over 100 years of our lives. **Please send us a confirmation of these changes.**

Barbara Ziccarelli /John Ziccarelli   26 Huff Terrace  Montvale, NJ 07645 (201-391-8129)

Name of Creditor: Barbara Ziccarelli   Claim Number: 3738
Principal of the bond purchased on 5/19/2008...... $25,176
Interest Yield on the bond........................ 4.87%
Interest from 5/19/08-5/19/09..................... $1226
Interest from 5/19/09-5/19/10..................... $1226
Interest from 5/19/10-7/26/10..................... $204
Total Interest on 7/26/2010....................... $27,832

Name of Creditor: Barbara Ziccarelli   Claim Number: 3737
Principal of the bond purchased on 5/28/08........ $29,003
Interest Yield on the bond........................ 5.28%
Interest from 5/28/08-5/28/09..................... $1531
Interest from 5/28/09-5/28/10..................... $1531
Interest from 5/28/10-7/26/10..................... $254
Total Interest on 7/26/2010....................... $32,319

\* This bond paperwork is attached.

Name of Creditor: John Ziccarelli   Claim Number: 3739
Principal of the bond purchased on 5/19/08........ $25,192
Interest Yield on the bond........................ 4.84%
Interest from 5/19/08-5/19/09..................... $1219
Interest from 5/19/09-5/19/10..................... $1219
Interest from 5/19/10-7/26/10..................... $202
Total Interest on 7/26/2010....................... $27,832

P.O. Box 2044
Lakewood, NJ 08701



**············AUTO**3-DIGIT 076
T14916 0003858 T17 P1 .346

Merrill Lynch
Office Serving Your Account
50 CHESTNUT RIDGE ROAD
MONTVALE N.J.    07645
(201) 573-0888



TOTAL MERRILL"



TRADE CONFIRMATIONS FOR THE FOLLOWING ACCOUNTS INCLUDED IN THIS PACKAGE:

MLPF& S CUST FPO
BARBARA A ZICCARELLI IRRA
FBO BARBARA A ZICCARELLI
26 HUFF TER
MONTVALE NJ 07645

Account Number:    8167

# TRADE CONFIRMATION          Date: May 28, 2008

We confirm the following transaction(s) subject to the agreement below.

**BOUGHT** *LEHMAN BROTHERS HOLDINGS GLB    04.500% JUL 26 2010*

| Quantity | 29000 | Price | 98.418000 | Amount | 28541.22 | Trade Date | 05/28/08 |
|---|---|---|---|---|---|---|---|
| Processing Fee | | | | | 5.35 | Settle Date | 06/02/08 |
| Transaction Fee | | | | | | ML Symbol | LEH10C |
| Accrued Interest/Dividends | | | | | 456.75 | Security # | C2BA4 |
| | | | | | | Cusip # | 52517PA35 |
| NET AMOUNT | | | | | 29003.32 | FA # | 1044 |

MOODYS A1 S&P A+    RATINGS ARE SUBJECT TO CHANGE    YIELD TO MATURITY 5.28%
MATURITY DATE 7/26/10

EXECUTED O.T.C.    ML ACTED AS PRINCIPAL

Payment for securities or other investment purchased, and delivery of securities or other investments instruments sold, are due on SETTLEMENT DATE unless otherwise indicated by a DATE DUE. Delivery on or before settlement date will avoid premium charges. Please preserve this confirmation for income tax purposes. If submitting payment or correspondence, please write your account number, shown on the bottom of this page, and forward to "Merrill Lynch Office Serving your Account", shown on top right of page 1.    If you have moved or plan to move, notify your Financial Advisor of your new address.

Account Number:    8167                                Date:  05/28/2008                     Page 1 of 2

rch                                                                                                                            9/14/09 11:23 PM

- Epiq Directory
- Contact Us
- Forms



## Epiq Systems, Inc.

| Client Home | Filed Claims & Schedules | Key Documents | Docket | Change Client |

# Lehman Brothers Holdings Inc. (Chapter 11)

Filed Claims and Schedules

| Claim # | 3737 | Name Starts With | ziccarelli, barbara | Debtor | |
| Schedule # | | Total Claim Value | Equals | Scope | Claims and Schedules |
| | | Claim Date Range | to | | |
| Order By | Creditor Name | | Results Per Page  10 | Search | Clear |

Page 1 of 1                                                                                                    Page  [Go]

| | 3737 | | ZICCARELLI, BARBARA A. | 4/10/2009 | | $29,396.61 | Image |

Claims 1-1 of 1

Epiq Bankruptcy Solutions, LLC ("Epiq") maintains this website for the public's convenience. While Epiq makes every attempt to assure the accuracy of the information contained herein, this website is not the website of the United States Bankruptcy Court and does not contain the complete, official record of the Bankruptcy Court. All documents filed with the Bankruptcy Court are available for inspection at the office of the Clerk of the Bankruptcy Court during its normal business hours or online on the Bankruptcy Court's website. Use of this website is also subject to our terms of use and end user license agreement. Please review our privacy statement for additional information regarding the data maintained on this website.

© 2009 Epiq Systems, Inc. All Rights Reserved.

- Home
- Contact
- Subscribe
- Site Map
- Disclaimer
- Terms of Use
- Privacy Statement
- Safe Harbor

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT Southern District of New York | PROOF OF CLAIM |
|---|---|

Name of Debtor: LEHMAN BROTHERS HOLDINGS GLB
Case Number: 08-13555 on 9/15/08

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property): BARBARA A. ZICCARELLI

Name and address where notices should be sent:
BARBARA A. ZICCARELLI
26 HUFF TERRACE
MONTVALE, NJ 07645

Telephone number: 201-391-8629

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed: $29,003.32 + 393.29 + ADDITIONAL INTEREST AFTER 5/28/08

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4. UNKNOWN

If all or part of your claim is entitled to priority, complete item 5. UNKNOWN

☒ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. SEE ATTACHED SHEETS.

2. Basis for Claim: CORPORATE BOND HOLDER
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: 8167

3a. Debtor may have scheduled account as: UNKNOWN
(See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information. UNKNOWN

Nature of property or right of setoff:  ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:

Value of Property: $_____  Annual Interest Rate ___%

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $_____  Basis for perfection: _____

Amount of Secured Claim: $_____  Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.
UNKNOWN
Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:
$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary.

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)    0000003737

Date: 4/4/09

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Barbara A. Ziccarelli    BARBARA A. ZICCARELLI

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

FOR COURT USE ONLY

FILED / RECEIVED
APR 10 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC