**Gómez Holdings, Inc.**

February 23, 2010

RECEIVED
MAR - 1 2010
U.S. BANKRUPTCY COURT, SDNY
JMP

Honorable James M. Peck
One Bowling Green
Courtroom 601
New York, New York 10004

Re: Lehman Brothers Holdings, Inc.
Case No.: 08-13555 (JMP)

Honorable Judge Peck:

Reference is made to the notification dated January 29, 2010 received from WEIL, GOTSHAL & MANGES LLP.

CLAIMANT, Gómez Holdings, Inc., hereby objects that Claim Number 4240 be disallowed and expunged by Claim Number 34699. On the contrary, claimant requests that Claim Number 4240 be amended to reflect the fact that amounts claimed are $509,460 and not $500,000 as originally stated. Therefore, we respectfully request that claim number 4240 be considered the SURVIVING CLAIM, as this claim was duly filed before the applicable due date.

Sincerely,

Néstor L Camacho
Treasurer

C: Weil, Gotshal & Manages LLP, Attn: Shai Waisman, Esq.
Office of the United States Trustee for the Southern District of New York, Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., Tracy Hope Davis, Esq.
Milbank, Tweed, Hadley & McCloy LLP, Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., Evan Fleck, Esq.

PO Box 3450 • Mayagüez • Puerto Rico 00681-3450 • Tel. (787) 834-1111 • Fax (787) 834-4442