Alan D. Halperin, Esq.
Donna H. Lieberman, Esq.
HALPERIN BATTAGLIA RAICHT, LLP
555 Madison Avenue – 9th Floor
New York, New York 10022
(212) 765-9100

*Counsel to 1407 Broadway Real Estate LLC
And PGRS 1407 BWAY LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | Case No. 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF MOTION

**PLEASE TAKE NOTICE** that the motion of 1407 Broadway Real Estate LLC and PGRS 1407 BWAY LLC for entry of an order (i) compelling certain of the debtors to comply with their lending obligations; and/or alternatively (ii) granting the movants relief from the automatic stay; and (iii) authorizing the movants to conduct examinations of the debtors and request the production of documents pursuant to F.R.B.P. 2004, dated November 5, 2009 (Docket Numbers 5716, 5717) is hereby withdrawn without prejudice.

Dated: New York, New York
       March 3, 2010

HALPERIN BATTAGLIA RAICHT, LLP

By:   */s/ Donna H. Lieberman*
      Alan D. Halperin, Esq.
      Donna H. Lieberman, Esq.
      555 Madison Avenue – 9th Floor
      New York, NY 10022

*Counsel to 1407 Broadway Real Estate LLC
And PGRS 1407 BWAY LLC*

75734