DAY PITNEY LLP
7 Times Square
New York, New York 10036-7311
Telephone:   (212) 297-5800
Facsimile:   (212) 916-2940
AMISH R. DOSHI (AD-5996)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**LEHMAN BROTHERS HOLDINGS, INC.,** *et al.,*<br><br>Debtors. | **Chapter 11**<br><br>Case No. :  08-13555 (JMP)<br><br>(Jointly Administered) |
| In re:<br><br>**LEHMAN BROTHERS COMMODITY SERVICES INC.**<br><br>Debtor. | **Chapter 11**<br><br>Case No. :  08-13885 (JMP)<br><br>(Jointly Administered) |

**AMENDED NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR
SECURITY, PURSUANT TO FED. R. BANKR. P. 3001(e)(2)**

A CLAIM HAS BEEN FILED IN THIS CASE, or has been deemed filed under 11 U.S.C. § 1111(a), by Export Development Canada (the "Transferor"), against Lehman Brothers Special Financing Inc., in the amount of $4,830,064.49, which has been designated as Claim No. 3231 (the "Claim"). Assignee (as that term is defined below) hereby gives notice, pursuant to Fed. R. Bankr. P. 3001(e)(2), of the transfer, other than for security, of the Claim. Assignee hereby files this notice to amend the notice filed on August 26, 2009 (Document Number 4948 on the case docket), to reflect changes and additions to the noticing addresses. A copy of the Evidence of Transfer of Claim (the "Evidence of Transfer") is attached hereto as Exhibit "A" and is incorporated by reference.

| **Name of Assignee:** | **Name of Transferor:** |
|---|---|
| SPCP Group, L.L.C., as agent for<br>Silver Point Capital Fund, L.P. and<br>Silver Point Capital Offshore Fund, Ltd. | Export Development Canada |

83260467.1

| | |
|---|---|
| **Names and Addresses where notices to Assignee should be sent:** | **Name and Address where notices to Transferor should be sent:** |
| Adam J. DePanfilis<br>Silver Point Capital, LP<br>660 Steamboat Road<br>Greenwich, CT 06830 | Export Development Canada<br>151 O'Connor Street<br>Ottawa, ON K1A 1K3<br>Canada |

With a copy to:

Day Pitney LLP
7 Times Square
New York, New York 10036
Attn: Ronald S. Beacher, Esq.
Telephone    (212) 297-5812

**Name and Address where Assignee payments should be sent:**

SPCP Group, L.L.C.
Two Greenwich Plaza
Greenwich, Connecticut 06830
Attn: Brian A. Jarmain
Telephone:    (203) 542-4032

The Transferor has waived its right, pursuant to Fed. R. Bankr. P. 3001 (e)(2), to receive from the Clerk of the Court notice of filing of the Evidence of Transfer and its right to object to such transfer within the twenty (20) day period. The Transferor has stipulated that: (i) an order may be entered recognizing the transfer of the Claim as an unconditional transfer; and (ii) the Assignee is the valid owner of the Claim.

Dated: New York, New York
       March 3, 2010

DAY PITNEY LLP

By: _____
    Amish R. Doshi (AD-5996)
7 Times Square
New York, New York 10036-7311
Telephone:    (212) 297-5800
Facsimile:    (212) 916-2940

*Attorneys For SPCP Group, L.L.C., As Agent For Silver Point Capital Fund, L.P. And Silver Point Capital Offshore Fund, Ltd.*

# Exhibit A

# EXHIBIT A

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

Assignor:   Export Development Canada
Assignee:   SPCP GROUP, L.L.C., as agent for
            Silver Point Capital Fund, L.P. and
            Sliver Point Capital Offshore Fund, Ltd.

For value received, the adequacy and sufficiency of which are hereby acknowledged, Assignor hereby unconditionally and irrevocably sells, transfers and assigns to Assignee, all of Assignor's right, title, interest, claims and causes of action in and to, or arising under or in connection with, Assignor's claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) as set forth in Proof of Claim No. 3231 in the aggregate amount of $4,830,064.49 (the "Assigned Claim") against Lehman Brothers Commodity Services Inc. (the "Debtor"), debtor in possession in Case No. 08-13885 in the United States Bankruptcy Court, Southern District of New York.

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim for all purposes, including, without limitation, voting and distribution purposes. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of Assigned Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS ___ day of _____ 2009.

Export Development Canada
By: _____
Name: Roberts Kelly
Title: Senior [illegible] Transaction Manager
By: _____
Name: Stephen Davis
Title: Senior Risk Transfer Manager

15