UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x    Chapter 11 Case No.
In re                                                     :
                                                          :    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,                    :
Debtors                                                   :    (Jointly administered)
                                                          :
------------------------------------------------------------x

February 25, 2010

## Opposition to Objection filed by Lehman Brothers Holdings dated January 29, 2010

**Name of the claimant and creditor:**
Eckart & Hildegard Schmidt Trust, The, U/A/D 11/26/96
55 - 151st Place N. E.
Bellevue, WA 98007-5019

RECEIVED
MAR - 1 2010
U.S. BANKRUPTCY COURT, SDNY
JMP

**Basis for the amount of the claim:**
Lehman Brothers has failed to pay $325.00 interest due on $10,000 Subordinated Notes bonds, CUSIP 524908R36 in a timely manner on the due date of January 19, 2009. In the meantime, late payment penalty/interest continues to accumulate on the amount owed.

**Reasons why Claim No. 5269 should not be disallowed**
Claim No. 5269 was submitted on July 13, 2009 for the interest due January 19, 2009.
Claim No. 35939 was submitted on October 1, 2009 for the interest due July 19, 2009, and did **not** include the money claimed earlier..
The surviving Claim No. 35939 was filed as an <u>addition</u> (= amendment) to Claim 5269 and **not** as a replacement for the earlier submitted claim. The way Claim No. 35939 is worded, it does not include the amount that became due on January 19, 2009. If Claim No. 35939 was the only surviving claim, it would have to be in the amount of $325 + $325 = $ 650 instead of only $325.
The creditor requests that Claim No. 5269 be reinstated and paid as soon as possible to avoid running up additional interest expenses to the deptor. The creditor needs an interpretation of the words "amends a previously filed claim" found on the PROOF OF CLAIM form. He interpreted it as meaning an addition, not a correction and total replacement.

**Address to which the debtors must return any reply to this response:**
Same as above.

**Name, address and telephone number of the person possessing ultimate authority to reconcile, settle or otherwise resolve the claim:**

Eckart W. Schmidt, 55 - 151st Place N. E., Bellevue, WA 98007-5019
Phone (425)747-5249

OppositionToDisallowanceOfClaim5269.docx    *[signature: Eckart Schmidt]*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               :
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (JMP)
                                                               :
                            Debtors.                           :    (Jointly Administered)
                                                               :
---------------------------------------------------------------x

MAIL ID *** 0016282320 *** LBH OM4 01-29-2010 (MERGE2.TXNUM2) 4000051908
ECKART & HILDEGARD SCHMIDT TRUST, THE U/A/D 11/26/96
55 - 151ST PLACE N.E.
BELLEVUE, WA 98007-5019

## THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

## IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, ERIN ECKOLS, ESQ., AT 214-746-7700.

### NOTICE OF HEARING ON DEBTORS' FOURTH OMNIBUS OBJECTION TO CLAIMS (AMENDED AND SUPERSEDED CLAIMS)

| Creditor Name and Address | Basis For Objection: | Amended Claim | | | |
|---|---|---|---|---|---|
| | | Claim Number | Date Filed | Debtor | Claim Amount |
| TO: ECKART & HILDEGARD SCHMIDT TRUST, THE U/A/D 11/26/96  55 - 151ST PLACE N.E.  BELLEVUE, WA 98007-5019 | Claim to be Disallowed and Expunged | 5269 | 07/13/2009 | 08-13555 | Unsecured - $325.00 |
| | Surviving Claim | 35939 | 10/01/2009 | 08-13555 | Unsecured - $325.00 |

PLEASE TAKE NOTICE that, on January 29, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Fourth Omnibus Objection to Claims (Amended and Superseded Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED on the ground that said claim(s) were amended and superseded by the subsequently-filed claim(s) listed above under SURVIVING CLAIM(S). **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on March 1, 2010 (the "Response Deadline").

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.