ESBIN & ALTER, LLP
497 South Main Street
New City, New York 10956
Telephone : (845) 634-7909
Facsimile : (845) 634-4160
Scott L. Esbin

*Attorneys for Luminus Energy Partners Master Fund Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
In re                                              :        Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., et al.,             :        08-13555 (JPM)
                                                   :
                  Debtors                          :        (Jointly Administered)
-----------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM NO. 33126

PLEASE TAKE NOTICE THAT, Luminus Energy Partners Master Fund Ltd., by and through its undersigned counsel, hereby withdraws Proof of Claim No. 33126 filed against Lehman Brothers Holdings Inc., and hereby requests that the claims registry maintained by Epiq Bankruptcy Solutions LLC be updated accordingly.

Dated: March 3, 2010                    ESBIN & ALTER, LLP
       New City, New York

                                        By: /s/ Scott L. Esbin
                                            Scott L. Esbin

                                        497 South Main Street
                                        New City, New York 10956
                                        Telephone : (845) 634-7909
                                        Facsimile: (845) 634-4160

                                        *Attorneys for Luminus Energy Partners*
                                        *Master Fund Ltd.*