**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
: 
In re                                                        :        **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*    :        **08-13555 (JMP)**
: 
                       Debtors.                          :        **(Jointly Administered)**
: 
------------------------------------------------------------------------x        **Ref. Docket Nos. 6436-6441, 7295-**
**7297, 7321-7326**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                                            ) ss.:
COUNTY OF NEW YORK    )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On March 1, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                        /s/ Paul Belobritsky
                                                                        Paul Belobritsky
Sworn to before me this
3rd day of March, 2010
/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**EXHIBIT "A"**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

> To:  BANC OF AMERICA SECURITIES LLC
>      TRANSFEROR: MERRILL LYNCH INTERNATIONAL
>      214 N TRYON STREET, NC1-027-14-01
>      ATTN: JON BARNES
>      CHARLOTTE NC 28255

Please note that your claim # 47718 in the above referenced case and in the amount of $9,582,743.74      has been transferred **(unless previously expunged by court order)**

> STONE LION PORTFOLIO LP
> TRANSFEROR: BANC OF AMERICA SECURITIES LLC
> C/O STONE LION CAPITAL PARTNERS LP
> 461 5TH AVE, 14TH FL  ATTN: CLAUDIA BORG
> NEW YORK NY 10017

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

> UNITED STATES BANKRUPTCY COURT
> Southern District of New York
> One Bowling Green
> New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7295      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/01/2010                              Vito Genna, Clerk of Court


                                              /s/ Paul Belobritsky
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 1, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

> To:  BANC OF AMERICA SECURITIES LLC
> TRANSFEROR: MERRILL LYNCH INTERNATIONAL
> 214 N TRYON STREET, NC1-027-14-01
> ATTN: JON BARNES
> CHARLOTTE NC 28255

Please note that your claim # 3014 in the above referenced case and in the amount of $9,582,743.74        has been transferred **(unless previously expunged by court order)**

> STONE LION PORTFOLIO LP
> TRANSFEROR: BANC OF AMERICA SECURITIES LLC
> C/O STONE LION CAPITAL PARTNERS LP
> 461 5TH AVE, 14TH FL  ATTN: CLAUDIA BORG
> NEW YORK NY 10017

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

> UNITED STATES BANKRUPTCY COURT
> Southern District of New York
> One Bowling Green
> New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7295        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/01/2010                              Vito Genna, Clerk of Court

/s/ Paul Belobritsky

By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 1, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  BANC OF AMERICA SECURITIES LLC
             TRANSFEROR: MERRILL LYNCH INTERNATIONAL
             214 N TRYON STREET, NC1-027-14-01
             ATTN: JON BARNES
             CHARLOTTE NC 28255

Please note that your claim # 47717 in the above referenced case and in the amount of
        $9,582,743.74        has been transferred **(unless previously expunged by court order)**

        STONE LION PORTFOLIO LP
        TRANSFEROR: BANC OF AMERICA SECURITIES LLC
        C/O STONE LION CAPITAL PARTNERS LP
        461 5TH AVE, 14TH FL  ATTN: CLAUDIA BORG
        NEW YORK NY 10017

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7296    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/01/2010                    Vito Genna, Clerk of Court


                                    /s/ Paul Belobritsky
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 1, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

```
                                    |
In re                               |   Chapter 11 Case No.
                                    |
LEHMAN BROTHERS HOLDINGS INC., et al., |   08-13555 (JMP)
                                    |
                                    |   (Jointly Administered)
                Debtors.            |
                                    |
```

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
     To:  7TH AVENUE INC.                           7TH AVENUE INC.
          C/O HSBC BANK (CAYMAN) LIMITED            CADWALADER, WICKERSHAM & TAFT LLP
          ATTN: CONNAN HILL & SCOTT AITKEN          ONE WORLD FINANCIAL CENTER
          HSBC HOUSE                                ATTENTION: MARK C. ELLENBERG
          68 WEST BAY ROAD                          NEW YORK NY 10281
          P.O. BOX 1109
          GEORGETOWN, GRAND CAYMAN    KY 1-1102
          CAYMAN ISLANDS
```

Please note that your claim # 27946 in the above referenced case and in the amount of
$1,200,000,000.00        has been transferred **(unless previously expunged by court order)**

```
          LEHMAN BROTHERS BANKHAUS, AG (IN INSOLVENZ)
          TRANSFEROR: 7TH AVENUE INC.
          C/O FELIX SCHAEFER
          RECHTSANWALT, CMS HASCHE SIGLE
          BARCKHAUSSTR. 12-16
          FRANKFURT AM MAIN    D-60325
          GERMANY
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6440        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/01/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 1, 2010.
```

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: 7TH AVENUE INC.
C/O HSBC BANK (CAYMAN) LIMITED
ATTN: CONNAN HILL & SCOTT AITKEN
HSBC HOUSE
68 WEST BAY ROAD
P.O. BOX 1109
GEORGETOWN, GRAND CAYMAN    KY 1-1102
CAYMAN ISLANDS

7TH AVENUE INC.
CADWALADER, WICKERSHAM & TAFT LLP
ONE WORLD FINANCIAL CENTER
ATTENTION: MARK C. ELLENBERG
NEW YORK NY 10281

Please note that your claim # 27947 in the above referenced case and in the amount of $1,200,000,000.00        has been transferred **(unless previously expunged by court order)**

LEHMAN BROTHERS BANKHAUS, AG (IN INSOLVENZ)
TRANSFEROR: 7TH AVENUE INC.
C/O FELIX SCHAEFER
RECHTSANWALT, CMS HASCHE SIGLE
BARCKHAUSSTR. 12-16
FRANKFURT AM MAIN    D-60325
GERMANY

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6441        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/01/2010

Vito Genna, Clerk of Court

/s/ Paul Belobritsky

By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 1, 2010.

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: KAWASAKI HEAVY INDUSTRIES, LTD.
ATTENTION: MR. T. KANEKO,
MANAGER FINANCE DEPARTMENT
4-1, HAMAMATSU-CHO 2 CHOME,
MINATO-KU, TOKYO    105-6116
JAPAN

Please note that your claim # 413 in the above referenced case and in the amount of
$10,978,401.32      has been transferred **(unless previously expunged by court order)**

MERRILL LYNCH JAPAN FINANCE CO., LTD.
TRANSFEROR: KAWASAKI HEAVY INDUSTRIES, LTD.
C/O MERRILL LYNCH PRODUCTS, LLC
BANK OF AMERICA TOWER, 3RD FL
ONE BRYANT PARK
ATTN: GARY S. COHEN, RON TOROK
NEW YORK NY 10036

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7323      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/01/2010

Vito Genna, Clerk of Court

/s/ Paul Belobritsky

By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 1, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  KAWASAKI HEAVY INDUSTRIES, LTD.
     ATTENTION: MR. T. KANEKO,
     MANAGER FINANCE DEPARTMENT
     4-1, HAMAMATSU-CHO 2 CHOME,
     MINATO-KU, TOKYO    105-6116
     JAPAN

Please note that your claim # 10711 in the above referenced case and in the amount of $0.00           has been transferred **(unless previously expunged by court order)**

MRRILL LYNCH JAPAN FINANCE CO., LTD.
TRANSFEROR: KAWASAKI HEAVY INDUSTRIES, LTD.
C/O MERRILL LYNCH PRODUCTS, LLC
BANK OF AMERICA TOWER, 3RD FLOOR
ONE BRYANT PARK
ATTN: GARY S. COHEN, JEFF BENESH, RON TOROK
NEW YORK NY 10036

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7323          in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/01/2010                                    Vito Genna, Clerk of Court


                                                    /s/ Paul Belobritsky
                                                    _____
                                                    By: Epiq Bankruptcy Solutions, LLC
                                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 1, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re                                           | Chapter 11 Case No.       |
|                                                 |                           |
| LEHMAN BROTHERS HOLDINGS INC., et al.,          | 08-13555 (JMP)            |
|                                                 |                           |
|                                                 | (Jointly Administered)    |
|                    Debtors.                     |                           |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  KAWASAKI HEAVY INDUSTRIES, LTD.
         ATTENTION: MR. T. KANEKO,
         MANAGER FINANCE DEPARTMENT
         4-1, HAMAMATSU-CHO 2 CHOME,
         MINATO-KU, TOKYO    105-6116
         JAPAN

Please note that your claim # 36307 in the above referenced case and in the amount of
    $10,978,401.32        has been transferred **(unless previously expunged by court order)**

         MERRILL LYNCH JAPAN FINANCE CO., LTD.
         TRANSFEROR: KAWASAKI HEAVY INDUSTRIES, LTD.
         C/O MERRILL LYNCH CREDIT PRODUCTS, LLC
         BANK OF AMERICA TOWER, 3RD FLOOR
         ONE BRYANT PARK
         ATTN: GARY S. COEHN, JEFF BENESH, RON TOROK
         NEW YORK NY 10036

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

         UNITED STATES BANKRUPTCY COURT
         Southern District of New York
         One Bowling Green
         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7323        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/01/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 1, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  EMIRATES NATIONAL OIL COMPANY (SINGAPORE) PRIVATE LIMITED
     3 TEMASEK AVENUE
     #24-02 CENTENNIAL TOWER
     ATTENTION: MID OFFICE MANAGER
          039190
     SINGAPORE
```

Please note that your claim # 5015 in the above referenced case and in the amount of
$827,300.00        has been transferred **(unless previously expunged by court order)**

```
CONTRARIAN FUNDS, LLC
TRANSFEROR: EMIRATES NATIONAL OIL COMPANY (SINGAPORE) PRIVATE LIMITED
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH CT 06830
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 7321        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/01/2010                                 Vito Genna, Clerk of Court


                                                 /s/ Paul Belobritsky
                                                 _____
                                                 By: Epiq Bankruptcy Solutions, LLC
                                                     as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 1, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                    |
In re                               |       Chapter 11 Case No.
                                    |
LEHMAN BROTHERS HOLDINGS INC., et al., |    08-13555 (JMP)
                                    |
                                    |       (Jointly Administered)
                Debtors.            |
                                    |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  EMIRATES NATIONAL OIL COMPANY (SINGAPORE) PRIVATE LIMITED
             3 TEMASEK AVENUE
             #24-02 CENTENNIAL TOWER
             ATTENTION: MID OFFICE TOWER
                03910
             SINGAPORE

Please note that your claim # 3174 in the above referenced case and in the amount of
        $837,501.67        has been transferred **(unless previously expunged by court order)**

        CONTRARIAN FUNDS, LLC
        TRANSFEROR: EMIRATES NATIONAL OIL COMPANY (SINGAPORE) PRIVATE LIMITED
        ATTN: ALISA MUMOLA
        411 WEST PUTNAM AVENUE, SUITE 425
        GREENWICH CT 06830

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7321       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/01/2010                          Vito Genna, Clerk of Court

                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 1, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  CTLA TRUSTEE SERVICES ADMINISTRATION
         HSBC CORPORATE TRUSTEE COMPANY (UK) LIMITED
         LEVEL 24
         8 CANADA SQUARE
         LONDON    E14 5HG
         UNITED KINGDOM

Please note that your claim # 24293 in the above referenced case and in the amount of
    $1,000,000,000.00        has been transferred **(unless previously expunged by court order)**

         LEHMAN BROTHERS BANKHAUS AG (IN INSOLVENZ)
         TRANSFEROR: CTLA TRUSTEE SERVICES ADMINISTRATION
         C/O FELIX SCHAEFER
         RECHTSANWALT, CMS HASCHE SIGLE
         BARCKHAUSSTR. 12-16
         FRANKFURT AM MAIN    D-60325
         GERMANY

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6437        in your objection.
If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/01/2010                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 1, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  CTLA TRUSTEE SERVICES ADMINISTRATION
             HSBC CORPORATE TRUSTEE COMPANY (UK) LIMITED
             LEVEL 24
             8 CANADA SQUARE
             LONDON     E14 5HG
             UNITED KINGDOM

Please note that your claim # 24366 in the above referenced case and in the amount of
      $1,000,000,000.00        has been transferred **(unless previously expunged by court order)**

        LEHMAN BROTHERS BANKHAUS AG (IN INSOLVENZ)
        TRANSFEROR: CTLA TRUSTEE SERVICES ADMINISTRATION
        C/O FELIX SCHAEFER
        RECHTSANWALT, CMS HASCHE SIGLE
        BARCKHAUSSTR. 12-16
        FRANKFURT AM MAIN    D-60325
        GERMANY

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6438        in your objection.
If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/01/2010                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 1, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                      |
In re                                 |   Chapter 11 Case No.
                                      |
LEHMAN BROTHERS HOLDINGS INC., et al.,|   08-13555 (JMP)
                                      |
                                      |   (Jointly Administered)
             Debtors.                 |
                                      |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

       To:  HSBC TRUSTEE (C.I.) LIMITED
            ATTN: MANAGER, CORPORATE SERVICES
            1 GRENVILLE STREET
            ST. HELIER    JE4 9PF
            UNITED KINGDOM

Please note that your claim # 19847 in the above referenced case and in the amount of
      $200,000,000.00        has been transferred **(unless previously expunged by court order)**

            LEHMAN BROTHERS BANKHAUS, AG (IN INSOLVENZ)
            TRANSFEROR: HSBC TRUSTEE (C.I.) LIMITED
            C/O FELIX SCHAEFER
            RECHTSANWALT, CMS HASCHE SIGLE
            BARCKHAUSSTR. 12-16
            FRANKFURT AM MAIN    D-60325
            GERMANY

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6436        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/01/2010                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 1, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  HSBC TRUSTEE (C.I.) LIMITED
             ATTN: MANAGER, CORPORATE SERVICES
             1 GRENVILLE STREET
             ST. HELIER    JE4 9PF
             UNITED KINGDOM

Please note that your claim # 25792 in the above referenced case and in the amount of
        $200,000,000.00        has been transferred **(unless previously expunged by court order)**

        LEHMAN BROTHERS BANKHAUS, AG (IN INSOLVENZ)
        TRANSFEROR: HSBC TRUSTEE (C.I.) LIMITED
        C/O FELIX SCHAEFER
        RECHTSANWALT, CMS HASCHE SIGLE
        BARCKHAUSSTR. 12-16
        FRANKFURT AM MAIN    D-60325
        GERMANY

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6439        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/01/2010                              Vito Genna, Clerk of Court


                                              /s/ Paul Belobritsky
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 1, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                      |
In re                                 |    Chapter 11 Case No.
                                      |
LEHMAN BROTHERS HOLDINGS INC., et al.,|    08-13555 (JMP)
                                      |
                                      |    (Jointly Administered)
                    Debtors.          |
                                      |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  MERRILL LYNCH INTERNATIONAL              MERRILL LYNCH INTERNATIONAL
     MERRILL LYNCH FINANCIAL CENTRE            CADWALADER, WICKERSHAM & TAFT LLP
     ATTN ANNIKA WESTLING                      ATTN JILL KAYLOR
     2 KING EDWARD STREET                      ONE WORLD FINANCIAL CENTER
     LONDON     EC1A 1HQ                        NEW YORK NY 10281
     UNITED KINGDOM
```

Please note that your claim # 59405 in the above referenced case and in the amount of
    $4,870,055.00         has been transferred **(unless previously expunged by court order)**

```
     BANC OF AMERICA SECURITIES LLC
     TRANSFEROR: MERRILL LYNCH INTERNATIONAL
     214 N TRYON STREET, NC1-027-14-01
     ATTN: JON BARNES
     CHARLOTTE NC 28255
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7322       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/01/2010                           Vito Genna, Clerk of Court


                                           /s/ Paul Belobritsky
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 1, 2010.

**EXHIBIT "B"**

```
TIME: 14:13:12                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE:     1
DATE: 03/01/10                                          CREDITOR LISTING

Name                                        Address
7TH AVENUE INC.                             C/O HSBC BANK (CAYMAN) LIMITED ATTN: CONNAN HILL & SCOTT AITKEN HSBC HOUSE 68 WEST BAY ROAD P.O. BOX 1109 GEORGETOWN, GRAND CAYMAN
7TH AVENUE INC.                             CADWALADER, WICKERSHAM & TAFT LLP ONE WORLD FINANCIAL CENTER ATTENTION: MARK C. ELLENBERG NEW YORK NY 10281
BANC OF AMERICA SECURITIES LLC              TRANSFEROR: MERRILL LYNCH INTERNATIONAL 214 N TRYON STREET, NC1-027-14-01 ATTN: JON BARNES CHARLOTTE NC 28255
CONTRARIAN FUNDS, LLC                       TRANSFEROR: EMIRATES NATIONAL OIL COMPANY (SINGAPORE) PRIVATE LIMITED ATTN: ALISA MONOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT
CTIA TRUSTEE SERVICES ADMINISTRATION        HSBC CORPORATE TRUSTEE COMPANY (UK) LIMITED LEVEL 24 8 CANADA SQUARE LONDON E14 5HG UNITED KINGDOM
EMIRATES NATIONAL OIL COMPANY (SINGAPORE)   BRITISH  SELWYNDE #24-02 CENTENNIAL TOWER ATTENTION: MID OFFICE MANAGER 039190 SINGAPORE
EMIRATES NATIONAL OIL COMPANY (SINGAPORE)   BRITISH  SELWYNDE #24-02 CENTENNIAL TOWER ATTENTION: MID OFFICE TOWER 03910 SINGAPORE
HSBC TRUSTEE (C.I.) LIMITED                 ATTN: MANAGER, CORPORATE SERVICES 1 GRENVILLE STREET ST. HELIER  JE4 9PF UNITED KINGDOM
KAWASAKI HEAVY INDUSTRIES, LTD.             ATTENTION: MR. T. KANEKO, MANAGER FINANCE DEPARTMENT 4-1, HAMAMATSU-CHO 2 CHOME, MINATO-KU, TOKYO 105-6116 JAPAN
LEHMAN BROTHERS BANKHAUS AG (IN INSOLVEN)   TRANSFEROR: CTIA TRUSTEE SERVICES ADMINISTRATION C/O FELIX SCHAEFER RECHTSANWALT, CMS HASCHE SIGLE BARCKHAUSSTR. 12-16 FRANKFURT AM MAIN
LEHMAN BROTHERS BANKHAUS, AG (IN INSOLVEN)  TRANSFEROR: 7TH AVENUE INC. C/O FELIX SCHAEFER RECHTSANWALT, CMS HASCHE SIGLE BARCKHAUSSTR. 12-16 FRANKFURT AM MAIN  D-60325 GERMANY
LEHMAN BROTHERS BANKHAUS, AG (IN INSOLVEN)  TRANSFEROR: HSBC TRUSTEE (C.I.) LIMITED C/O FELIX SCHAEFER RECHTSANWALT, CMS HASCHE SIGLE BARCKHAUSSTR. 12-16 FRANKFURT AM MAIN  D-6032
MERRILL LYNCH INTERNATIONAL                 MERRILL LYNCH, DUBLIN ATTN DAVE PURDOM & JOHN PRINCE BLOCK D, CENTRAL PARK, LEOPARDSTOWN DUBLIN 18   IRELAND
MERRILL LYNCH INTERNATIONAL                 BANK OF AMERICA MERRILL LYNCH ATTN FREDERICK MORRIS ONE BRYANT PARK, 3RD FLOOR NEW YORK NY 10036
MERRILL LYNCH INTERNATIONAL                 CADWALADER, WICKERSHAM & TAFT LLP ATTN JILL KAYLOR ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MERRILL LYNCH INTERNATIONAL                 MERRILL LYNCH FINANCIAL CENTRE ATTN ANNIKA WESTLING 2 KING EDWARD STREET LONDON  EC1A 1HQ UNITED KINGDOM
MERRILL LYNCH JAPAN FINANCE CO., LTD.       TRANSFEROR: KAWASAKI HEAVY INDUSTRIES, LTD. C/O MERRILL LYNCH CREDIT PRODUCTS, LLC BANK OF AMERICA TOWER, 3RD FLOOR ONE BRYANT PARK ATT
MERRILL LYNCH JAPAN FINANCE CO., LTD.       TRANSFEROR: KAWASAKI HEAVY INDUSTRIES, LTD. C/O MERRILL LYNCH PRODUCTS, LTD. C/O MERRILL LYNCH PRODUCTS, LLC BANK OF AMERICA TOWER, 3RD FL ONE BRYANT PARK ATTN: GARY S.
MERRILL LYNCH JAPAN FINANCE CO., LTD.       TRANSFEROR: KAWASAKI HEAVY INDUSTRIES, LTD. C/O MERRILL LYNCH PRODUCTS, LLC BANK OF AMERICA TOWER, 3RD FLOOR ONE BRYANT PARK ATTN:
STONE LION PORTFOLIO LP                     TRANSFEROR: BANC OF AMERICA SECURITIES LLC C/O STONE LION CAPITAL PARTNERS LP 461 5TH AVE, 14TH FL  ATTN: CLAUDIA BORG NEW YORK NY 10001


Total Number of Records Printed      20
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT "C"**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153