**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
|  |  |  |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
|  | : |  |
| Debtors. | : | **(Jointly Administered)** |
|  | : |  |

------------------------------------------------------------------------x          **Ref. Docket Nos. 7342-7348**


<u>**AFFIDAVIT OF SERVICE**</u>


STATE OF NEW YORK          )
                                              ) ss.:
COUNTY OF NEW YORK    )


PAUL BELOBRITSKY, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On March 2, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."


                                                                          /s/ Paul Belobritsky
                                                                          Paul Belobritsky

Sworn to before me this
3rd day of March, 2010
/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**EXHIBIT "A"**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  FH EMERGING MARKETS DEBT FUND LP
             ATTN: ANDY WONG
             550 MAMARONECK AVENUE
             SUITE 407
             HARRISON NY 10528

Please note that your claim # 5127 in the above referenced case and in the amount of
        $1,750,000.00      has been transferred **(unless previously expunged by court order)**

        LONGACRE MASTER FUND II, LP
        TRANSFEROR: FH EMERGING MARKETS DEBT FUND LP
        810 SEVENTH AVENUE, 33RD FLOOR
        ATTN: VLADIMIR JELISAVCIC
        NEW YORK NY 100193

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7345      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/02/2010                         Vito Genna, Clerk of Court


                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

> To:  FH EMERGING MARKETS DEBT FUND LP
> ATTN: ANDY WONG
> 550 MAMARONECK AVENUE
> HARRISON NY 10528-1614

Please note that your claim # 15085 in the above referenced case and in the amount of
$1,750,000.00        has been transferred **(unless previously expunged by court order)**

> LONGACRE MASTER FUND II, LP
> TRANSFEROR: FH EMERGING MARKETS DEBT FUND LP
> 810 SEVENTH AVENUE, 33RD FLOOR
> ATTN: VLADIMIR JELISAVCIC
> NEW YORK NY 100193

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

> UNITED STATES BANKRUPTCY COURT
> Southern District of New York
> One Bowling Green
> New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7346        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/02/2010                                Vito Genna, Clerk of Court


                                               /s/ Paul Belobritsky
                                               _____
                                               By: Epiq Bankruptcy Solutions, LLC
                                                   as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 2, 2010.

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                |
In re                           |      Chapter 11 Case No.
                                |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |      08-13555 (JMP)
                                |
                                |      (Jointly Administered)
                Debtors.        |
                                |
_____|
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
     To:  FH EMERGING MARKETS DEBT FUND LP
          ATTN: ANDY WONG
          550 MAMARONECK AVENUE
          SUITE 407
          HARRISON NY 10528-1614
```

Please note that your claim # 5126 in the above referenced case and in the amount of $1,750,000.00 has been transferred **(unless previously expunged by court order)**

```
          LONGACRE MASTER FUND II, LP
          TRANSFEROR: FH EMERGING MARKETS DEBT FUND LP
          810 SEVENTH AVENUE, 33RD FLOOR
          ATTN: VLADIMIR JELISAVCIC
          NEW YORK NY 100193
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7347      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/02/2010                         Vito Genna, Clerk of Court


                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

> To: FH EMERGING MARKETS DEBT FUND LP
> ATTN: ANDY WONG
> 550 MAMARONECK AVENUE
> HARRISON NY 10528-1614

Please note that your claim # 15084 in the above referenced case and in the amount of
$1,750,000.00        has been transferred **(unless previously expunged by court order)**

> LONGACRE MASTER FUND II, LP
> TRANSFEROR: FH EMERGING MARKETS DEBT FUND LP
> 810 SEVENTH AVENUE, 33RD FLOOR
> ATTN: VLADIMIR JELISAVCIC
> NEW YORK NY 100193

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

> UNITED STATES BANKRUPTCY COURT
> Southern District of New York
> One Bowling Green
> New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7348        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/02/2010                                    Vito Genna, Clerk of Court

                                                   /s/ Paul Belobritsky
                                                   _____
                                                   By: Epiq Bankruptcy Solutions, LLC
                                                       as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  HSH NORDBANK AG
         C/O OTTERBOURGE STEINDLER HOUSTON & ROSEN PC
         ATTN: WILLIAM SILVERMAN AND STEVEN B SOLL, ESQS
         230 PARK AVENUE
         NEW YORK NY 10169

Please note that your claim # 30067 in the above referenced case and in the amount of
        $30,761,755.00         has been transferred **(unless previously expunged by court order)**

         DEUTSCHE BANK AG, LONDON BRANCH
         TRANSFEROR: HSH NORDBANK AG
         ATTN: MICHAEL SUTTON
         WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
         LONDON    EC2N 2DB
         UNITED KINGDON

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

         UNITED STATES BANKRUPTCY COURT
         Southern District of New York
         One Bowling Green
         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7344    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/02/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  HSH NORDBANK AG
         C/O OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
         ATTN: WILLIAM M. SILVERMAN, ESQ. & STEVEN B. SOLL, ESQ.
         230 PARK AVENUE
         NEW YORK NY 10169

Please note that your claim # 20232 in the above referenced case and in the amount of
     $5,620,725.00        has been transferred **(unless previously expunged by court order)**

         DEUTSCHE BANK AG, LONDON BRANCH
         TRANSFEROR: HSH NORDBANK AG
         ATTN: MICHAEL SUTTON
         WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
         LONDON    EC2N 2DB
         UNITED KINGDON

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

         UNITED STATES BANKRUPTCY COURT
         Southern District of New York
         One Bowling Green
         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7344      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/02/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                    |
In re                               |    Chapter 11 Case No.
                                    |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                                    |
                                    |    (Jointly Administered)
                    Debtors.        |
                                    |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  HSH NORDBANK AG
         C/O OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
         ATTN: WILLIAM M. SILVERMAN, ESQ. & STEVEN B. SOLL, ESQ.
         230 PARK AVENUE
         NEW YORK NY 10169

Please note that your claim # 20234 in the above referenced case and in the amount of
        $5,620,725.00       has been transferred **(unless previously expunged by court order)**

         DEUTSCHE BANK AG, LONDON BRANCH
         TRANSFEROR: HSH NORDBANK AG
         ATTN: MICHAEL SUTTON
         WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
         LONDON    EC2N 2DB
         UNITED KINGDON

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7344       in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/02/2010                    Vito Genna, Clerk of Court


                                    /s/ Paul Belobritsky
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                        |
In re                                   |   Chapter 11 Case No.
                                        |
                                        |   08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,  |
                                        |   (Jointly Administered)
                                        |
                     Debtors.           |
                                        |
_____|
```

NOTICE: **FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  HSH NORDBANK AG
             C/O OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
             ATTN: WILLIAM M. SILVERMAN, ESQ. & STEVEN B. SOLL, ESQ.
             230 PARK AVENUE
             NEW YORK NY 10169

Please note that your claim # 20235 in the above referenced case and in the amount of
        $30,761,755.00        has been transferred **(unless previously expunged by court order)**

        DEUTSCHE BANK AG, LONDON BRANCH
        TRANSFEROR: HSH NORDBANK AG
        ATTN: MICHAEL SUTTON
        WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
        LONDON    EC2N 2DB
        UNITED KINGDON

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        Southern District of New York
        One Bowling Green
        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7344        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/02/2010                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re                                          |        Chapter 11 Case No.
                                               |
                                               |        08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,         |
                                               |        (Jointly Administered)
                                               |
                    Debtors.                   |
                                               |
_____        |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  HSH NORDBANK AG
             C/O OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
             ATTN: WILLIAM M. SILVERMAN, ESQ. & STEVEN B. SOLL, ESQ.
             230 PARK AVENUE
             NEW YORK NY 10169

Please note that your claim # 20236 in the above referenced case and in the amount of
        $21,544,979.00        has been transferred **(unless previously expunged by court order)**

        DEUTSCHE BANK AG, LONDON BRANCH
        TRANSFEROR: HSH NORDBANK AG
        ATTN: MICHAEL SUTTON
        WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
        LONDON    EC2N 2DB
        UNITED KINGDON

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7344    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/02/2010                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  HSH NORDBANK AG
         C/O OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
         ATTN: WILLIAM M. SILVERMAN, ESQ. & STEVEN B. SOLL, ESQ.
         230 PARK AVENUE
         NEW YORK NY 10169

Please note that your claim # 20237 in the above referenced case and in the amount of
     $21,544,979.00        has been transferred **(unless previously expunged by court order)**

         DEUTSCHE BANK AG, LONDON BRANCH
         TRANSFEROR: HSH NORDBANK AG
         ATTN: MICHAEL SUTTON
         WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
         LONDON    EC2N 2DB
         UNITED KINGDON

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

         UNITED STATES BANKRUPTCY COURT
         Southern District of New York
         One Bowling Green
         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7344        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/02/2010                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  HSH NORDBANK AG
     C/O OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
     ATTN: WILLIAM M. SILVERMAN, ESQ./STEVEN B. SOLL, ESQ.
     230 PARK AVENUE
     NEW YORK NY 10169

HSH NORDBANK AG
HSH NORDBANK AG
C/O HSH NORDBANK NEW YORK BRANCH
ATTN: DAVID C. WOLINSKY, ESQ.
230 PARK AVENUE
NEW YORK NY 10169

Please note that your claim # 45922 in the above referenced case and in the amount of
     $21,876,326.46        has been transferred **(unless previously expunged by court order)**

DEUTSCHE BANK AG, LONDON BRANCH
TRANSFEROR: HSH NORDBANK AG
ATTN: MICHAEL SUTTON
WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
LONDON     EC2N 2DB
UNITED KINGDON

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7344      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/02/2010                              Vito Genna, Clerk of Court


                                              /s/ Paul Belobritsky
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  HSH NORDBANK AG                           HSH NORDBANK AG
     C/O OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.    HSH NORDBANK AG
     ATTN: WILLIAM M. SILVERMAN, ESQ/SEVEN B. SOLL, ESQ  C/O HSH NORDBANK NEW YORK BRANCH
     230 PARK AVENUE                          ATTN: DAVID C. WOLINSKY, ESQ.
     NEW YORK NY 10169                        230 PARK AVENUE
                                              NEW YORK NY 10169

Please note that your claim # 45923 in the above referenced case and in the amount of
$21,876,326.46       has been transferred **(unless previously expunged by court order)**

     DEUTSCHE BANK AG, LONDON BRANCH
     TRANSFEROR: HSH NORDBANK AG
     ATTN: MICHAEL SUTTON
     WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
     LONDON    EC2N 2DB
     UNITED KINGDON

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7344      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/02/2010                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on March 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
|
In re                                   |     Chapter 11 Case No.
                                        |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |     08-13555 (JMP)
                                        |
                                        |     (Jointly Administered)
                                        |
                Debtors.                |
_____|

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOVERNOR AND COMPANY OF THE BANK OF IRELAND, THE          GOVERNOR AND COMPANY OF THE BANK OF IRELAND,
     ACTING THROUGH ITS BUSINESS UNIT BANK OF IRELAND GLOBAL MARKETS    BANK OF IRELAND
     ATTN: EVA O'KELLY                                        ATTN: PRACTICE HEAD GLOBAL MARKETS
     40 MESPIL ROAD                                           GROUP LEGAL SERVICES
     DUBLIN 4                                                 40 MESPIL ROAD
     IRELAND                                                  DUBLIN 4 IRELAND

Please note that your claim # 7369 in the above referenced case and in the amount of
        $14,697,630.04        has been transferred **(unless previously expunged by court order)**

          DEUTSCHE BANK AG, LONDON BRANCH
          TRANSFEROR: GOVERNOR AND COMPANY OF THE BANK OF IRELAND, THE
          ATTN: MICHAEL SUTTON
          WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
          LONDON    EC2N 2DB
          UNITED KINGDON

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7349      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/02/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while transferee refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOVERNOR AND COMPANY OF THE BANK OF IRELAND, THE        GOVERNOR AND COMPANY OF THE BANK OF IRELAND,
     ACTING THROUGH ITS BUSINESS UNIT BANK OF IRELAND GLOBAL MARKETS     BANK OF IRELAND
     ATTN: EVA O'KELLY                                      ATTN: PRACTICE HEAD GLOBAL MARKETS
     40 MESPIL ROAD                                         GROUP LEGAL SERVICES
     DUBLIN 4                                               40 MESPIL ROAD
     IRELAND                                                DUBLIN 4 IRELAND

Please note that your claim # 7370 in the above referenced case and in the amount of
     $14,697,630.04        has been transferred **(unless previously expunged by court order)**

DEUTSCHE BANK AG, LONDON BRANCH
TRANSFEROR: GOVERNOR AND COMPANY OF THE BANK OF IRELAND, THE
ATTN: MICHAEL SUTTON
WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
LONDON    EC2N 2DB
UNITED KINGDON

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7349      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/02/2010                              Vito Genna, Clerk of Court


                                              /s/ Paul Belobritsky
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                |
In re                           |   Chapter 11 Case No.
                                |
LEHMAN BROTHERS HOLDINGS INC., et al., |   08-13555 (JMP)
                                |
                                |   (Jointly Administered)
                Debtors.        |
                                |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  GOVERNOR AND COMPANY OF THE BANK OF IRELAND, THE
             ACTING THROUGH ITS BUSINESS UNIT BANK OF IRELAND GLOBAL MARKETS
             ATTN: EVA O'KELLY
             40 MESPIL ROAD
             DUBLIN 4
             IRELAND

Please note that your claim # 7371 in the above referenced case and in the amount of
        $2,698,951.81        has been transferred **(unless previously expunged by court order)**

             DEUTSCHE BANK AG, LONDON BRANCH
             TRANSFEROR: GOVERNOR AND COMPANY OF THE BANK OF IRELAND, THE
             ATTN: MICHAEL SUTTON
             WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
             LONDON    EC2N 2DB
             UNITED KINGDON

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7349        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/02/2010                         Vito Genna, Clerk of Court


                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re | | Chapter 11 Case No. |
| | | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | | 08-13555 (JMP) |
| | | |
| | | (Jointly Administered) |
| Debtors. | | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  CORPORATE CREDIT (EUROPE) S.A.
     C/O BENEDICT PRICE
     PAUL, HASTINGS, JANOFSKY & WALKER (EUROPE) LLP
     SOLICITORS & REGISTERED FOREIGN LAWYERS
     TEN BISHOPS SQUARE, EIGHTH FLOOR
     LONDON    E1 6EG
     UNITED KINGDOM

Please note that your claim # 21657 in the above referenced case and in the amount of
     $2,883,417.38      has been transferred **(unless previously expunged by court order)**

DEUTSCHE BANK AG, LONDON BRANCH
TRANSFEROR: CORPORATE CREDIT (EUROPE) S.A.
ATTN: MICHAEL SUTTON
WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
LONDON    EC2N 2DB
UNITED KINGDON

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7342      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/02/2010                        Vito Genna, Clerk of Court

                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

> To:  DIVERSIFIED EUROPEAN CREDIT S.A.
> C/O BENEDICT PRICE
> PAUL, HASTINGS, JANOFSKY & WALKER (EUROPE) LLP
> SOLICITORS & REGISTERED FOREIGN LAWYERS
> TEN BISHOPS SQUARE, EIGHTH FLOOR
> LONDON    E1 6EG
> UNITED KINGDOM

Please note that your claim # 21775 in the above referenced case and in the amount of $38,562,702.89       has been transferred **(unless previously expunged by court order)**

> DEUTSCHE BANK AG, LONDON BRANCH
> TRANSFEROR: DIVERSIFIED EUROPEAN CREDIT S.A.
> ATTN: MICHAEL SUTTON
> WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
> LONDON    EC2N 2DB
> UNITED KINGDON

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

> UNITED STATES BANKRUPTCY COURT
> Southern District of New York
> One Bowling Green
> New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7342       in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/02/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                   |
In re                              |    Chapter 11 Case No.
                                   |
                                   |    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,  |
                                   |    (Jointly Administered)
                                   |
              Debtors.             |
                                   |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  DIVERSIFIED EUROPEAN CREDIT S.A.
     C/O BENEDICT PRICE
     PAUL, HASTINGS, JANOFSKY & WALKER (EUROPE) LLP
     SOLICITORS & REGISTERED FOREIGN LAWYERS
     TEN BISHOPS SQUARE, EIGHTH FLOOR
     LONDON    E1 6EG
     UNITED KINGDOM
```

Please note that your claim # 21776 in the above referenced case and in the amount of
    $3,779,559.34       has been transferred **(unless previously expunged by court order)**

```
     DEUTSCHE BANK AG, LONDON BRANCH
     TRANSFEROR: DIVERSIFIED EUROPEAN CREDIT S.A.
     ATTN: MICHAEL SUTTON
     WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
     LONDON    EC2N 2DB
     UNITED KINGDON
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7342      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/02/2010                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                               |
In re                          |     Chapter 11 Case No.
                               |
                               |     08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,  |
                               |     (Jointly Administered)
                               |
              Debtors.         |
                               |
_____|
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  DIVERSIFIED FINANCIALS EUROPE S.A.
             C/O BENEDICT PRICE
             PAUL, HASTINGS, JANOFSKY & WALKER (EUROPE) LLP
             SOLICITORS & REGISTERED FOREIGN LAWYERS
             TEN BISHOPS SQUARE, EIGHTH FLOOR
             LONDON    E1 6EG
             UNITED KINGDOM

Please note that your claim # 21557 in the above referenced case and in the amount of
        $627,628.45        has been transferred **(unless previously expunged by court order)**

             DEUTSCHE BANK AG, LONDON BRANCH
             TRANSFEROR: DIVERSIFIED FINANCIALS EUROPE S.A.
             ATTN: MICHAEL SUTTON
             WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
             LONDON    EC2N 2DB
             UNITED KINGDON

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7342     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/02/2010                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                |
In re                           |    Chapter 11 Case No.
                                |
LEHMAN BROTHERS HOLDINGS INC., et al., |  08-13555 (JMP)
                                |
                                |    (Jointly Administered)
                                |
            Debtors.            |
                                |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  EUROPEAN CREDIT (LUXEMBOURG) S.A.
     C/O BENEDICT PRICE
     PAUL, HASTINGS, JANOFSKY & WALKER (EUROPE) LLP
     SOLICITORS & REGISTERED FOREIGN LAWYERS
     TEN BISHOPS SQUARE, EIGHTH FLOOR
     LONDON    E1 6EG
     UNITED KINGDOM

Please note that your claim # 21556 in the above referenced case and in the amount of
     $80,798,607.04       has been transferred **(unless previously expunged by court order)**

          DEUTSCHE BANK AG, LONDON BRANCH
          TRANSFEROR: EUROPEAN CREDIT (LUXEMBOURG) S.A.
          ATTN: MICHAEL SUTTON
          WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
          LONDON    EC2N 2DB
          UNITED KINGDON

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7342      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/02/2010                    Vito Genna, Clerk of Court


                                    /s/ Paul Belobritsky
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                          |
In re                                     |   Chapter 11 Case No.
                                          |
                                          |   08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,    |
                                          |   (Jointly Administered)
                                          |
                  Debtors.                |
                                          |
_____ |
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  EUROPEAN CREDIT (LUXEMBOURG) S.A.
     C/O BENEDICT PRICE
     PAUL, HASTINGS, JANOFSKY, & WALKER (EUROPE) LLP
     SOLICITORS & REGISTERED FOREIGN LAWYERS
     TEN BISHOPS SQUARE, EIGHTH FLOOR
     LONDON    E1 6EG
     UNITED KINGDOM

Please note that your claim # 21777 in the above referenced case and in the amount of $5,661,508.05      has been transferred **(unless previously expunged by court order)**

     DEUTSCHE BANK AG, LONDON BRANCH
     TRANSFEROR: EUROPEAN CREDIT (LUXEMBOURG) S.A.
     ATTN: MICHAEL SUTTON
     WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
     LONDON    EC2N 2DB
     UNITED KINGDON

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

     UNITED STATES BANKRUPTCY COURT
     Southern District of New York
     One Bowling Green
     New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7342      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/02/2010                         Vito Genna, Clerk of Court


                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
————————————————————————————
                                         |
In re                                    |   Chapter 11 Case No.
                                         |
                                         |   08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,   |
                                         |   (Jointly Administered)
                                         |
              Debtors.                   |
                                         |
————————————————————————————
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  EUROPEAN CREDIT FUND SICAV
         C/O BENEDICT PRICE
         PAUL, HASTINGS, JANOFSKY & WALKER (EUROPE) LLP
         SOLICITORS & REGISTERED FOREIGN LAWYERS
         TEN BISHOPS SQUARE, EIGHTH FLOOR
         LONDON     E1 6EG
         UNITED KINGDOM
```

Please note that your claim # 21659 in the above referenced case and in the amount of $5,650,589.60        has been transferred **(unless previously expunged by court order)**

```
         DEUTSCHE BANK AG, LONDON BRANCH
         TRANSFEROR: EUROPEAN CREDIT FUND SICAV
         ATTN: MICHAEL SUTTON
         WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
         LONDON     EC2N 2DB
         UNITED KINGDON
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
         UNITED STATES BANKRUPTCY COURT
         Southern District of New York
         One Bowling Green
         New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7342        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/02/2010                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          | Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         | 08-13555 (JMP)
                                               |
                                               | (Jointly Administered)
                   Debtors.                    |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

       To:  FUNDAMENTAL EUROPEAN VALUE S. A.
            C/O BENEDICT PRICE
            PAUL, HASTINGS,JANOFSKY & WALKER (EUROPE) LLP
            SOLICITORS & REGISTERED FOREIGN LAWYERS
            TEN BISHOPS SQUARE, EIGHTH FLOOR
            LONDON     E1 6EG
            UNITED KINGDOM

Please note that your claim # 21779 in the above referenced case and in the amount of
        $5,830,829.52        has been transferred **(unless previously expunged by court order)**

            DEUTSCHE BANK AG, LONDON BRANCH
            TRANSFEROR: FUNDAMENTAL EUROPEAN VALUE S. A.
            ATTN: MICHAEL SUTTON
            WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
            LONDON     EC2N 2DB
            UNITED KINGDON

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7343      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/02/2010                           Vito Genna, Clerk of Court


                                           /s/ Paul Belobritsky
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 2, 2010.

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
```

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  INVESTMENT GRADE EUROPE S. A.
     C/O BENEDICT PRICE
     PAUL, HASTINGS, JANOFSKY & WALKER (EUROPE) LLP
     SOLICITORS & REGISTERED FOREIGN LAWYERS
     TEN BISHOPS SQUARE, EIGHTH FLOOR
     LONDON    E1 6EG
     UNITED KINGDOM
```

Please note that your claim # 21778 in the above referenced case and in the amount of $4,194,922.01       has been transferred **(unless previously expunged by court order)**

```
DEUTSCHE BANK AG, LONDON BRANCH
TRANSFEROR: INVESTMENT GRADE EUROPE S. A.
ATTN: MICHAEL SUTTON
WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
LONDON    EC2N 2DB
UNITED KINGDON
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7342       in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/02/2010                                Vito Genna, Clerk of Court


                                                /s/ Paul Belobritsky
                                                _____
                                                By: Epiq Bankruptcy Solutions, LLC
                                                    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
————————————————————————————————
                                  |
In re                             |    Chapter 11 Case No.
                                  |
                                  |    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,  |
                                  |    (Jointly Administered)
                                  |
            Debtors.              |
                                  |
————————————————————————————————
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  RELATIVE EUROPEAN VALUE S.A.
             C/O BENEDICT PRICE
             PAUL, HASTINGS, JANOFSKY & WALKER (EUROPE) LLP
             SOLICITORS & REGISTERED FOREIGN LAWYERS
             TEN BISHOPS SQUARE, EIGHTH FLOOR
             LONDON    E1 6EG
             UNITED KINGDOM

Please note that your claim # 21558 in the above referenced case and in the amount of
        $1,026,966.22        has been transferred **(unless previously expunged by court order)**

             DEUTSCHE BANK AG, LONDON BRANCH
             TRANSFEROR: RELATIVE EUROPEAN VALUE S.A.
             ATTN: MICHAEL SUTTON
             WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
             LONDON    EC2N 2DB
             UNITED KINGDON

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7342    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/02/2010                    Vito Genna, Clerk of Court


                                    /s/ Paul Belobritsky
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re                                                    |    Chapter 11 Case No.
                                                         |
LEHMAN BROTHERS HOLDINGS INC., et al.,                   |    08-13555 (JMP)
                                                         |
                                                         |    (Jointly Administered)
                       Debtors.                          |
                                                         |
_____                      |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  RELATIVE EUROPEAN VALUE S.A.
             C/O BENEDICT PRICE
             PAUL, HASTINGS, JANOFSKY & WALKER (EUROPE) LLP
             SOLICITORS & REGISTERED FOREIGN LAWYERS
             TEN BISHOPS SQUARE, EIGHTH FLOOR
             LONDON    E1 6EG
             UNITED KINGDOM

Please note that your claim # 21656 in the above referenced case and in the amount of
        $4,419,580.26        has been transferred **(unless previously expunged by court order)**

             DEUTSCHE BANK AG, LONDON BRANCH
             TRANSFEROR: RELATIVE EUROPEAN VALUE S.A.
             ATTN: MICHAEL SUTTON
             WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
             LONDON    EC2N 2DB
             UNITED KINGDON

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7342        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/02/2010                           Vito Genna, Clerk of Court


                                           /s/ Paul Belobritsky
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 2, 2010.

**EXHIBIT "B"**

TIME: 16:25:18
DATE: 03/02/10

PAGE:   1

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| CORPORATE CREDIT (EUROPE) S.A. | C/O BENEDICT PRICE PAUL, HASTINGS, JANOFSKY & WALKER (EUROPE) LLP SOLICITORS & REGISTERED FOREIGN LAWYERS TEN BISHOPS SQUARE, EIGHTH |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CORPORATE CREDIT (EUROPE) S.A. ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON   EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: DIVERSIFIED EUROPEAN CREDIT S.A. ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON   EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: DIVERSIFIED FINANCIALS EUROPE S.A. ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON   EC2N 2DB UNITED |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: EUROPEAN CREDIT (LUXEMBOURG) S.A. ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON   EC2N 2DB UNITED |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: EUROPEAN CREDIT FUND SICAV ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON   EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FUNDAMENTAL EUROPEAN VALUE S.A. ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON   EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GOVERNOR AND COMPANY OF THE BANK OF IRELAND, THE ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON   EC2 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: HSH NORDBANK AG ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON   EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: INVESTMENT GRADE EUROPE S. A. ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON   EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: RELATIVE EUROPEAN VALUE S.A. ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON   EC2N 2DB UNITED KINGDOM |
| DIVERSIFIED EUROPEAN CREDIT S.A. | C/O BENEDICT PRICE PAUL, HASTINGS, JANOFSKY & WALKER (EUROPE) LLP SOLICITORS & REGISTERED FOREIGN LAWYERS TEN BISHOPS SQUARE, EIGHTH |
| DIVERSIFIED FINANCIALS EUROPE S.A. | C/O BENEDICT PRICE PAUL, HASTINGS, JANOFSKY & WALKER (EUROPE) LLP SOLICITORS & REGISTERED FOREIGN LAWYERS TEN BISHOPS SQUARE, EIGHTH, |
| EUROPEAN CREDIT (LUXEMBOURG) S.A. | C/O BENEDICT PRICE PAUL, HASTINGS, JANOFSKY & WALKER (EUROPE) LLP SOLICITORS & REGISTERED FOREIGN LAWYERS TEN BISHOPS SQUARE, EIGHTH, |
| EUROPEAN CREDIT FUND SICAV | C/O BENEDICT PRICE PAUL, HASTINGS, JANOFSKY & WALKER (EUROPE) LLP SOLICITORS & REGISTERED FOREIGN LAWYERS TEN BISHOPS SQUARE, EIGHTH, |
| FH EMERGING MARKETS DEBT FUND LP | ATTN: ANDY WONG 550 MAMARONECK AVENUE SUITE 407 HARRISON NY 10528-1614 |
| FH EMERGING MARKETS DEBT FUND LP | ATTN: ANDY WONG 550 MAMARONECK AVENUE SUITE 407 HARRISON NY 10528 |
| FH EMERGING MARKETS DEBT FUND LP | ATTN: ANDY WONG 550 MAMARONECK AVENUE SUITE 407 HARRISON NY 10528-1614 |
| FUNDAMENTAL EUROPEAN VALUE S. A. | C/O BENEDICT PRICE PAUL, HASTINGS, JANOFSKY & WALKER (EUROPE) LLP SOLICITORS & REGISTERED FOREIGN LAWYERS TEN BISHOPS SQUARE, EIGHTH |
| GOVERNOR AND COMPANY OF THE BANK OF IRELAND | ACTING THROUGH ITS BUSINESS UNIT BANK OF IRELAND GLOBAL MARKETS ATTN: EVA O'KELLY 40 MESPIL ROAD DUBLIN 4   IRELAND |
| GOVERNOR AND COMPANY OF THE BANK OF IRELAND | BANK OF IRELAND ATTN: PRACTICE HEAD GLOBAL MARKETS GROUP LEGAL SERVICES 40 MESPIL ROAD DUBLIN 4   IRELAND |
| HSH NORDBANK AG | HSH NORDBANK AG C/O HSH NORDBANK NEW YORK BRANCH ATTN: DAVID C. WOLINSKY, ESQ. 230 PARK AVENUE NEW YORK NY 10169 |
| HSH NORDBANK AG | C/O OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C. ATTN: WILLIAM M. SILVERMAN, ESQ./STEVEN B. SOLL, ESQ. 230 PARK AVENUE NEW YORK NY 036 |
| HSH NORDBANK AG | C/O OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C. ATTN: WILLIAM M. SILVERMAN, ESQ./STEVEN B. SOLL, ESQ. 230 PARK AVENUE NEW YORK NY 10169 |
| HSH NORDBANK AG | C/O OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C. ATTN: WILLIAM M. SILVERMAN, ESQ/SEVEN B. SOLL, ESQ 230 PARK AVENUE NEW YORK NY 10169 |
| HSH NORDBANK AG | C/O OTTERBOURGE STEINDLER HOUSTON & ROSEN PC ATTN WILLIAM SILVERMAN AND STEVEN B SOLL, ESQS 230 PARK AVENUE NEW YORK NY 10169 |
| INVESTMENT GRADE EUROPE S.A. | C/O BENEDICT PRICE PAUL, HASTINGS, JANOFSKY & ROSEN, P.C. (EUROPE) LLP SOLICITORS & REGISTERED FOREIGN LAWYERS TEN BISHOPS SQUARE, EIGHTH |
| LONGACRE MASTER FUND II, LP | TRANSFEROR: FH EMERGING MARKETS DEBT FUND LP ATTN: VLADIMIR JELISAVCIC NEW YORK NY 100193 |
| RELATIVE EUROPEAN VALUE S.A. | C/O BENEDICT PRICE PAUL, HASTINGS, JANOFSKY & WALKER (EUROPE) LLP SOLICITORS & REGISTERED FOREIGN LAWYERS TEN BISHOPS SQUARE, EIGHTH |

Total Number of Records Printed      30

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT "C"**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153