JUTTA SPIES  
8, RUE DU FORT NEIPPERG  
L-2230 LUXEMBOURG

LUXEMBOURG, 27/02/10

Claim Number 44359

I would kindly ask you to delete my claim / record from your database and books immediately.
I do not agree with the availability of all details of my claim and personal data on your website.
Thereof I want to withdraw my claim as of now.
If you have any questions, please contact me by e-mail jutta.spies@ibbw.lu

Regards

Jutta Spies

United States Bankruptcy Court for the

## WITHDRAWAL OF CLAIM

Debtor Name and Case Number: Lehman Brothers Holdings Inc. // 08-13555
Creditor Name and Address: Jutta Spies, 8 rue du Fort Neipperg , 2230 Luxembourg
Court Claim Number (if known):44359
Date Claim Filed: 10/22-09
Total Amount of Claim Filed: ca. 21,000 USD

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced
creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the abovereferenced
Debtor.
Dated: 03/03-10_____    _____
Print Name: _JUTTA SPIES_____
Title (if applicable): _____

------------------------------------------------------------------------------------------------------------------------------------------

## DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.
*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.
*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a
creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the
debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near
the top of the notice.
*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.
*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be
withdrawn.
**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power
of attorney, if any).**
**This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed
or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.**



LUXEMBOURG
PORT PAYE
■■■0,90€
POSTES

LUXEMBOURG CENTRE
352-102-6-2446019-2
27/02/2010    14:09:26
L-2019

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, New York 10150-5076
USA

RECEIVED MAR 02 2010

10150$5076