WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | : | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

------------------------------------------------------------------x

## NOTICE OF ADDENDUM TO FORTY FIRST
## SUPPLEMENTAL LIST OF ORDINARY COURSE PROFESSIONALS

**PLEASE TAKE NOTICE** that on February 26, 2010, in accordance with the

Order Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code Authorizing the

Debtors to Employ Professionals Utilized in the Ordinary Course of Business, entered on

November 5, 2008 (the "Order") [Docket. No. 1394],[1] Lehman Brothers Holdings Inc. and its

affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession

(together, the "Debtors"), filed a supplement to their initial list of ordinary course professionals

(the "Forty First Supplemental List") [Docket No. 7298].

**PLEASE TAKE FURTHER NOTICE** that the retention affidavit and

questionnaire of Clair L. Addison on behalf of All Island Homes, LLC (the "Addison Affidavit")

was inadvertently not filed together with the Forty First Supplemental List or served on the

---

[1] Capitalized terms used but not defined herein have the meaning ascribed to them in the Order.

Office of the United States Trustee (the "US Trustee") or the attorneys for the Official

Committee of Unsecured Creditors appointed in these chapter 11 cases (the "Creditors'

Committee").

          **PLEASE TAKE FURTHER NOTICE** that the Addison Affidavit is attached

hereto as Exhibit A and, pursuant to the Order, the Debtors will serve this Notice, together with

the Addison Affidavit on the Office of the US Trustee and the Creditors' Committee.

          **PLEASE TAKE FURTHER NOTICE** that pursuant to the Order, objections, if

any, to the retention of All Island Homes, LLC must be filed with the Court and served upon the

undersigned attorney for the Debtors within 10 days of the date of service of this Notice.  Unless

timely objections are received, All Island Homes, LLC shall be deemed approved by the Court to

be an ordinary course professional within the purview of the Order, without the necessity of a

hearing.

Dated: March 3, 2010
      New York, New York

                                Richard P. Krasnow

                                WEIL, GOTSHAL & MANGES LLP
                                767 Fifth Avenue
                                New York, New York 10153
                                Telephone: (212) 310-8000
                                Facsimile: (212) 310-8007

                                Attorneys for Debtors
                                and Debtors in Possession

<u>**Exhibit A**</u>
**(the Addison Affidavit)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

In re                                              :        Chapter 11 Case No.

                                                   :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :        08-13555 (JMP)

                                                   :

                           Debtors.                :        (Jointly Administered)

                                                   :

-------------------------------------------------------------------x

## DECLARATION AND DISCLOSURE STATEMENT OF CLAIRE L. ADDISON,

## ON BEHALF OF ALL ISLAND HOMES, LLC

CLAIRE L. ADDISON declares and says:


        CLAIRE L. ADDISON, being duly sworn, upon his oath, deposes and says:

        1.      I am a BROKER-OWNER of ALL ISLAND HOMES, LLC,  located at

1314 S. KING STREET  SUITE 1054,  HONOLULU, HI  96814    (the "Firm").

        2.      Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the

above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors"

and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm

provide GENERAL REAL ESTATE BROKERAGE services to the Debtors, and the Firm has

consented to provide such services.

        3.      I submit this Affidavit in accordance with the procedures set forth in the

order entered November 5, 2008 authorizing the Debtors to employ professionals utilized in the

ordinary course of business [Docket No. 1394] in connection with the Firm's engagement with

the Debtors, pursuant to sections 105(a), 327(a), 328, 330 and 504 of title 11 of the United

States Code, 11 U.S.C. § 101 *et seq.*

4.      The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases.  As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases.  The Firm does not perform services for any such person in connection with these chapter 11 cases.  In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

5.      Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

6.      Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

7.      The Debtors owe the Firm $____0.00__ for prepetition services.

8.    The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.[1]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: HONOLULU, HAWAII

_December 28_____,2009

*Claire L Addison*
CLAIRE L. ADDISON

---

[1] If necessary.

*See next page for attachment*

**<u>EXHIBIT B</u>**

**(Retention Questionnaire)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

-------------------------------------------------------------------x

<u>**RETENTION QUESTIONNAIRE**</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN
BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively,
the "<u>Debtors</u>")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT FOR FILING BY THE DEBTORS, TO:</u>

      Weil, Gotshal & Manges LLP
      767 Fifth Avenue
      New York, New York 10153
      Attn:  Jennifer Sapp
             Christopher Stauble

All questions **must** be answered.  Please use "none," "not applicable," or "N/A," as
appropriate.  If more space is needed, please complete on a separate page and attach.

    1.      Name and address of firm:

          Claire L. Addison  ( PB) JD

          All Island Homes, LLC

          1314 S. King St. Suite 1054

          Honolulu, HI  96814

    2.      Date of retention:    SEPT. 30, 2009

3.    Type of services provided (accounting, legal, etc.):

Real Estate General Brokerage _____

_____

_____

4.    Brief description of services to be provided:

Marketing and Sale of REO assets -  Broker Price Opinions,

Cash For Key Agreements, Property Preservation, Contract processing,

Internet and Print  advertising, Monthly reports, MLS

_____

5.    Arrangements for compensation (hourly, contingent, etc.)

Commission – 2.5% of sales price paid at  closing _____

    (a)    Average hourly rate (if applicable):

        N/A _____

    (b)    Estimated average monthly compensation based on prepetition
        retention (if firm was employed prepetition):

        N/A _____

6.    Prepetition claims against the Debtors held by the firm:

    Amount of claim:      $0.00_____

    Date claim arose:      _____

    Source of Claim:      _____

7.    Prepetition claims against the Debtors held individually by any member,
    associate, or professional employee of the firm:

    Name:  N/A_____

    Status:  _____

    Amount of Claim:  $_____

Date claim arose:  N/A_____

Source of claim:  N/A_____

_____

_____

_____

8.      Stock of the Debtors currently held by the firm:

Kind of shares:  N/A_____

No. of shares:  _____

9.      Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name:  N/A_____

Status:  _____

_____

Kind of shares:  _____

No. of shares:  _____

10.     Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

N/A_____

_____

_____

_____

11.     Name of individual completing this form:

Claire L. Addison_____