**Clientis**
**Zürcher Regionalbank**

Lehman Brothers Holdings
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076
USA

Wetzikon ZH,
24. Februar 2010 / lei

**Ihre Kontaktperson:**
Leimgruber Karin
Telefon: 044 933 54 42
karin.leimgruber@
zrb.clientis.ch

**Filings of Claim**

Dear Sirs,

Our client Steger Heidi Alice informed us, that she had received two acknowledgements of receipt of proof of claim concerning deptor Lehman Brothers Holdings.

In fact, Steger Heidi Alice is holding **one** position of $ 77'640.70 ISIN CH0027120838, as filed/received October 30, 2009, claim number 57612.

Please cancel claim number 65756.

We thank you for your cooperation.

Yours sincerely,
Clientis Zürcher Regionalbank Genossenschaft

Christian Stucki         Karin Leimgruber

Attachements

Clientis
Zürcher Regionalbank
Genossenschaft
Bahnhofstrasse 3
8620 Wetzikon ZH

Telefon 044 933 54 00
Fax 044 933 54 09

**Hauptsitz**
Wetzikon

**Filialen**
Bauma
Bubikon
Effretikon
Fehraltorf
Hinwil
Illnau
Küsnacht
Pfäffikon
Rüti
Wald
Weisslingen
Zumikon

info@zrb.clientis.ch
www.zrb.clientis.ch

Claim Question? Call: 646 282 2400                                                                 Guest

**epiq** SYSTEMS debtorMatrix

Lehman Brothers Holdings Inc. (Chapter 11)
Change Client

Client Home    Claims    Docket    Key Documents

Home » Search Claims                                                    Bookmark this Page

# Search Claims

## Criteria

**Claim Number**           **Creditor Name**                          **Scope**
                           Name Starts With    steger                 Claims and schedules

**Schedule Number**        **Amount**
                           Total Claim Value   Equals

                           **Claim Date Range**
                                        to

**Debtor**

Order By: Creditor Name              Results Per Page: 50

## Results
Expand All

[1] Page 1 of 1 - 02 total items

| Claim # | Schedule # | Creditor Name | Date | Total Claim Value | |
|---|---|---|---|---|---|
| 57612 | | STEGER, HEIDI ALICE<br>GRUNDSTRASSE 3<br>FEHRALTORF, 8320<br><br>Debtor: Lehman Brothers Holdings Inc. | 10/30/2009<br>Claimed Unsecured: | $77,640.70<br>$77,640.70 | Image |
| 65756<br>*to cancel* | | STEGER, HEIDI ALICE<br>GRUNDSTRASSE 3<br>FEHRALTORF, 8320<br><br>Debtor: Lehman Brothers Holdings Inc. | 11/30/2009<br>Claimed Unsecured: | $77,640.70<br>$77,640.70 | Image |

[1] Page 1 of 1 - 02 total items

COMPANY INFORMATION | SERVICES | FORMS | CORPORATE | HOME | CONTACT | SUBSCRIBE | SITE MAP | DISCLAIMER | TERMS OF USE | PRIVACY STATEMENT | SAFE HARBOR | RSS FEEDS
© Epiq Systems, Inc. All Rights Reserved.



08EBQ3555EMSG
757 THIRD AVENUE
THIRD FLOOR
NEW YORK, NY 10017

P 646 282 2500  F 646 282 2501
757 THIRD AVENUE, NEW YORK, NY 10017
WWW.EPIQSYSTEMS.COM

MAILID *** 0004915937 ***

**** LBH CLMLTR (MERGE2,TXNUM2) 4000103464 ****

STEGER, HEIDI ALICE
GRUNDSTRASSE 3
FEHRALTORF, 8320 SWITZERLAND

E  18. Feb. 2010

Erl.

December 02, 2009

## ACKNOWLEDGEMENT OF RECEIPT OF PROOF OF CLAIM

This letter serves as acknowledgement that the claim identified below has been recorded by Epiq Bankruptcy Solutions, LLC, the court-approved claims agent, on the claims register in the LEHMAN BROTHERS HOLDINGS INC. case. It is also publically available at the following website address: http://chapter11.epiqsystems.com/LBH. To ensure that your claim has been recorded correctly, please review the following information:

| | |
|---|---|
| Debtor: | LEHMAN BROTHERS HOLDINGS, INC. |
| Case Number: | 08-13555 |
| Creditor: | STEGER, HEIDI ALICE |
| Date Received: | 10/30/2009 |
| Claim Number: | 57612 |

(handwritten: correct)

*Please note that nothing in this Acknowledgement should be construed to mean or imply that your claim is being allowed. The Debtor may elect to object to the identified claim on various grounds.*

We strongly encourage you to review your submitted proof of claim on our website at the address listed above. To find your imaged claim, click on the "Filed Claims & Schedules" link at the top of the page, type in your claim number in the "Claim #" field, and click "Search."

**WHEN REVIEWING YOUR CLAIM, PLEASE BE AWARE OF ANY PERSONALLY IDENTIFIABLE INFORMATION ("PII") SUBMITTED BY YOU. PII can include information used to distinguish or trace an individual's identity, such as their social security number, biometric records, drivers license number, account number, credit or debit card number (including any passwords, acces codes or PIN numbers), etc., alone, or when combined with other personal or identifying information which is linked or linkable to a specific individual, such as date and place of birth, mother's maiden name,etc.**

The Proof of Claim Form allows for redacted documents. If you identify any PII in your filed claim, please contact us immediately at (646) 282-2400 or via our contact form on our website at http://www.epiq11.com/contact.aspx so we may assist you in redacting this information. Please be sure to specify the client/debtor about which you are inquiring.

You may also contact by either of the methods listed above should you have any other questions.

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)   0000057612 |
| Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009 | | |

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)<br><br>Frau<br>Heidi Alice Steger<br>Grundstrasse 3<br>8320 Fehraltorf (Switzerland)<br><br>Address for notices: Clientis Zürcher Regionalbank<br>Mrs. Karin Leimgruber<br>Bahnhofstrasse 3<br>8620 Wetzikon (Switzerland)<br><br>Telephone number: 0041 44 933 54 42    Email Address: karin.leimgruber@zrb.clientis.ch | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>**Court Claim Number:** _____<br>*(If known)*<br><br>Filed on: _____ |
|---|---|
| Name and address where payment should be sent (if different from above)<br>Clientis Zürcher Regionalbank<br>Bahnhofstrasse 3<br>8620 Wetzikon (Switzerland)<br>Telephone number: 0041 44 933 54 42    Email Address: karin.leimgruber@zrb.clientis.ch | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $ 77'640.70** _____ **(Required)**

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

CH0027120838
**International Securities Identification Number (ISIN):** _____ **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

1258423502112309 _____ **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

SIX SIS Ltd. A/C CH 101.892 _____ **(Required)**

| 5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | FOR COURT USE ONLY<br>**FILED / RECEIVED**<br><br>OCT 3 0 2009<br><br>EPIQ BANKRUPTCY SOLUTIONS, LLC |
|---|---|
| Date.<br>02.10.2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br>Christian Stucki, Vice President    Mischa Germann, Assistant Vice President | |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

# Power of Attorney

Name and address of principal:

*Heidi Alice Steger*
*Grundstrasse 3*
*8320 Fehraltorf*

a creditor of the following titles:

*CHF 100'000.-- Var Cap Protect Certificate Lehman Brothers Treasury BV 2007-19.10.2010/*
*Basket of Shares, ISIN CH0027120838*

hereby makes and appoints:

*Clientis Zürcher Regionalbank Genossenschaft*
*Bahnhofstrasse 3*
*8620 Wetzikon (Switzerland)*

as his/her true and lawful attorney in the following matter:

**Lehman Programs Securities / proof of claim / Liquidation payments in future**

to represent his/her interests as a creditor, in particular for the receipt of payments in the debt restructuring liquidation of the company or its affiliates marked above.

The attorney is authorised to undertake or refrain from undertaking any action it deems necessary or appropriate in order to safeguard the interests of the principal.

This power of attorney remains valid even after the creditor's death and/or its incapacity to act.

The present power of attorney shall be exclusively governed by and construed in accordance with Swiss law. The exclusive place of jurisdiction for any disputes arising out of and in connection with the present power of attorney shall be Wetzikon.

Place and date:

Fehraltorf, 21.09.2009

Principal

*(signature)*
(Signature of principal)

RECEIVED
OCT 30 2009

United States Bankruptcy Court/
Southern District of New York
Lehman Brothers Holdings Claims
Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076
USA

05.10.09
CH-8620
Wetzikon ZH 1

725079

015.50
PRIORITY
Gross 2



EPIQ SYSTEMS
757 THIRD AVENUE
THIRD FLOOR
NEW YORK, NY 10017

P 646 282 2500  F 646 282 2501
757 THIRD AVENUE, NEW YORK, NY 10017
WWW.EPIQSYSTEMS.COM

**epiq SYSTEMS**

MAILID *** 0008277175 ***

**** LBH CLM1.TR (MERGE2,TXNUM2) 4000112692 ****

STEGER, HEIDI ALICE
GRUNDSTRASSE 3
FEHRALTORF, 8320 SWITZERLAND

January 19, 2010

## ACKNOWLEDGEMENT OF RECEIPT OF PROOF OF CLAIM

This letter serves as acknowledgement that the claim identified below has been recorded by Epiq Bankruptcy Solutions, LLC, the court-approved claims agent, on the claims register in the LEHMAN BROTHERS HOLDINGS INC. case. It is also publically available at the following website address: http://chapter11.epiqsystems.com/LBH. To ensure that your claim has been recorded correctly, please review the following information:

| | |
|---|---|
| Debtor: | LEHMAN BROTHERS HOLDINGS, INC. |
| Case Number: | 08-13555 |
| Creditor: | STEGER, HEIDI ALICE |
| Date Received: | 11/30/2009 |
| Claim Number: | 65756 |

*please cancel* [handwritten]

*Please note that nothing in this Acknowledgement should be construed to mean or imply that your claim is being allowed. The Debtor may elect to object to the identified claim on various grounds.*

We strongly encourage you to review your submitted proof of claim on our website at the address listed above. To find your imaged claim, click on the "Filed Claims & Schedules" link at the top of the page, type in your claim number in the "Claim #" field, and click "Search."

**WHEN REVIEWING YOUR CLAIM, PLEASE BE AWARE OF ANY PERSONALLY IDENTIFIABLE INFORMATION ("PII") SUBMITTED BY YOU. PII can include information used to distinguish or trace an individual's identity, such as their social security number, biometric records, drivers license number, account number, credit or debit card number (including any passwords, acces codes or PIN numbers), etc., alone, or when combined with other personal or identifying information which is linked or linkable to a specific individual, such as date and place of birth, mother's maiden name, etc.**

The Proof of Claim Form allows for redacted documents. If you identify any PII in your filed claim, please contact us immediately at (646) 282-2400 or via our contact form on our website at http://www.epiq11.com/contact.aspx so we may assist you in redacting this information. Please be sure to specify the client/debtor about which you are inquiring.

You may also contact by either of the methods listed above should you have any other questions.

**EPIQ BANKRUPTCY SOLUTIONS, LLC**





Lehman Brothers Holdings  
Claims Processing Center  
c/o Epiq Bankruptcy Solutions, LLC  
FDR Station, P.O. Box 5076  
New York, NY 10150-5076  
USA

Wetzikon ZH,  
25. November 2009 / lei

Ihre Kontaktperson:  
Leimgruber Karin  
Telefon: 044 933 54 42  
karin.leimgruber@  
zrb.clientis.ch

**Acknowledgment of Filing of Claim**

Dear Sirs,

Accessing the Claims Agent's system we could not find the proof of claim of Steger Heidi Alice, see our copy attached.

All other claims sent by our institute have been filed on 10/30/2009. The file number 57612 does not exist at all, which is in between of two of our clients (Wattinger-Bouvard Yvonne 57613 and Wyler Adolf & Elsa 57611).

We kindly ask you to review the files.

Many thanks in advance for your efforts.

Yours sincerely,  
Clientis Zürcher Regionalbank Genossenschaft

Karin Leimgruber

Clientis  
Zürcher Regionalbank  
Genossenschaft  
Bahnhofstrasse 3  
8620 Wetzikon ZH

Telefon 044 933 54 00  
Fax 044 933 54 09

**Hauptsitz**  
Wetzikon

**Filialen**  
Bauma  
Bubikon  
Effretikon  
Fehraltorf  
Hinwil  
Illnau  
Küsnacht  
Pfäffikon  
Rüti  
Wald  
Weisslingen  
Zumikon

info@zrb.clientis.ch  
www.zrb.clientis.ch




# Power of Attorney

Name and address of principal:

*Heidi Alice Steger*
*Grundstrasse 3*
*8320 Fehraltorf*

a creditor of the following titles:

*CHF 100'000.– Var Cap Protect Certificate Lehman Brothers Treasury BV 2007-19.10.2010/*
*Basket of Shares, ISIN CH0027120838*

hereby makes and appoints:

*Clientis Zürcher Regionalbank Genossenschaft*
*Bahnhofstrasse 3*
*8620 Wetzikon (Switzerland)*

as his/her true and lawful attorney in the following matter:

**Lehman Programs Securities / proof of claim / Liquidation payments in future**

to represent his/her interests as a creditor, in particular for the receipt of payments in the debt restructuring liquidation of the company or its affiliates marked above.

The attorney is authorised to undertake or refrain from undertaking any action it deems necessary or appropriate in order to safeguard the interests of the principal.

This power of attorney remains valid even after the creditor's death and/or its incapacity to act.

The present power of attorney shall be exclusively governed by and construed in accordance with Swiss law. The exclusive place of jurisdiction for any disputes arising out of and in connection with the present power of attorney shall be Wetzikon.

Place and date:

Fehraltorf, 21.09.2009

Principal

(Signature of principal)

**24.02.10**    **004.70**
CH-8620          PRIORITY
Wetzikon ZH 1    Stand 2

745755           DIE POST



RECEIVED
MAR 0 1 2010