UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                          : Chapter 11

LEHMAN BROTHERS HOLDINGS INC., *et al.*,       : Case No. 08-13555 (JMP)

                        Debtors.               : (Jointly Administered)
-------------------------------------------------------------x

## DECLARATION OF CHARLES J. GLASSER, JR., ESQ.

I, CHARLES J. GLASSER, JR., ESQ., declare as follows:

1. I am Global Media Counsel for Bloomberg News, which is owned and operated by Bloomberg L.P. ("Bloomberg"). I submit this declaration in support of Bloomberg's Response to the Examiner's Motion to Establish Procedures to Unseal the Examiner's Report. I make this declaration on my own personal knowledge, except as to matters expressly stated to be upon information and belief, and as to those, I believe them to be true.

2. Bloomberg is a limited partnership organized and existing under the laws of the State of Delaware, with its principal place of business at 731 Lexington Avenue, New York, New York.

3. Among other things, Bloomberg operates Bloomberg News, a 24-hour global news service with more than 2,200 employees in 145 bureaus around the world.

4. In total, Bloomberg distributes news, information, and commentary to millions of people each day, and has published more than one hundred million stories.

5. Bloomberg is a creditor of the debtors in the above-captioned case.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.

Executed in New York, New York on this 4th day of March , 2010.

_____
CHARLES J. GLASSER, JR., ESQ.