**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
: 
In re                                                                      :     Chapter 11 Case No.
                                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :     08-13555 (JMP)
                                                                               :
          Debtors.                                                  :     (Jointly Administered)
                                                                               :
-------------------------------------------------------------------x     Ref. Docket No. 7405

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                            ) ss.:
COUNTY OF NEW YORK   )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 3, 2010, I caused to be served the:

    a. "Notice of Addendum to Forty First Supplemental List of Ordinary Course Professionals," dated March 3, 2010 [Docket No. 7405], (the "Notice"), and

    b. "Declaration and Disclosure Statement of Claire L. Addison, on Behalf of All Island Homes, LLC," dated December 28, 2009, a sample of which is annexed hereto as Exhibit A, (the "Declaration"),

    by causing true and correct copies of the:

    i. Notice and Declaration, to be delivered by electronic mail to those parties listed on the annexed Exhibit B,

    ii. Declaration, to be delivered by electronic mail to those parties listed on the annexed Exhibit C, and

    iii. Notice and Declaration enclosed securely in a postage-prepaid envelope and delivered by overnight mail to those parties listed on the attached Exhibit D.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

|  |  |
|---|---|
| Sworn to before me this<br>4th day of March, 2010 | /s/ Eleni Kossivas<br>Eleni Kossivas |

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

T:\Clients\LBH\Affidavits\Addendum to 41st Ntc & Addison Declaration  Aff Docket No. 7405_ 3-3-10.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re                                                           : Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    : 08-13555 (JMP)
                                                                :
                                    Debtors.               : (Jointly Administered)
                                                                :
---------------------------------------------------------------x

**DECLARATION AND DISCLOSURE STATEMENT OF CLAIRE L. ADDISON,**

**ON BEHALF OF ALL ISLAND HOMES, LLC**

CLAIRE L. ADDISON declares and says:

CLAIRE L. ADDISON, being duly sworn, upon his oath, deposes and says:

1.      I am a BROKER-OWNER of ALL ISLAND HOMES, LLC, located at 1314 S. KING STREET SUITE 1054, HONOLULU, HI 96814 (the "Firm").

2.      Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide GENERAL REAL ESTATE BROKERAGE services to the Debtors, and the Firm has consented to provide such services.

3.      I submit this Affidavit in accordance with the procedures set forth in the order entered November 5, 2008 authorizing the Debtors to employ professionals utilized in the ordinary course of business [Docket No. 1394] in connection with the Firm's engagement with the Debtors, pursuant to sections 105(a), 327(a), 328, 330 and 504 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.*

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

5. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

6. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

7. The Debtors owe the Firm $____0.00___ for prepetition services.

8.  The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.[1]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: HONOLULU, HAWAII

_December 28_, 2009

_____
CLAIRE L. ADDISON

---

[1] If necessary.

See next page for attachment

## EXHIBIT B

**(Retention Questionnaire)**

US_ACTIVE:\43211521\01\43211521_1.DOC\58399.0003

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
In re                                                  :    Chapter 11 Case No.
                                                       :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,               :    08-13555 (JMP)
                                                       :
            Debtors.                                   :    (Jointly Administered)
                                                       :
------------------------------------------------------------x

### RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

    Weil, Gotshal & Manges LLP
    767 Fifth Avenue
    New York, New York 10153
    Attn:  Jennifer Sapp
           Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

   Claire L. Addison  ( PB) JD

   All Island Homes, LLC

   1314 S. King St. Suite 1054

   Honolulu, HI  96814

2. Date of retention:    SEPT. 30, 2009

3. Type of services provided (accounting, legal, etc.):

   Real Estate General Brokerage

4. Brief description of services to be provided:

   Marketing and Sale of REO assets - Broker Price Opinions,

   Cash For Key Agreements, Property Preservation, Contract processing,

   Internet and Print advertising, Monthly reports, MLS

5. Arrangements for compensation (hourly, contingent, etc.)

   Commission – 2.5% of sales price paid at closing

   (a) Average hourly rate (if applicable):

   N/A

   (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

   N/A

6. Prepetition claims against the Debtors held by the firm:

   Amount of claim:    $0.00

   Date claim arose:

   Source of Claim:

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: N/A

   Status:

   Amount of Claim: $

      Date claim arose:  N/A_____

      Source of claim:  N/A_____

_____

_____

_____

8. Stock of the Debtors currently held by the firm:

      Kind of shares:  N/A_____

      No. of shares:  _____

9. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

      Name:  N/A_____

      Status:  _____

_____

      Kind of shares:  _____

      No. of shares:  _____

10. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

      N/A_____

_____

_____

_____

11. Name of individual completing this form:

      Claire L. Addison

**EXHIBIT B**

## Exhibit B - Counsel To The Official Committee Of Unsecured Creditors

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
(COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS)
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
EMAIL: ddunne@milbank.com; wfoster@milbank.com, dodonnell@milbank.com,
efleck@milbank.com


MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
(COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS)
601 SOUTH FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017
EMAIL: paronzon@milbank.com; gbray@milbank.com

# EXHIBIT C

caddisonesq@gmail.com

**EXHIBIT D**

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
 NEW YORK, NY 10004

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004