Sara Discepolo, Esq.
1050 Winter Street, Suite 1000
Waltham, MA 02451
Telephone: 617-549-4537
Facsimile: 978-478-4589

*Attorney for Simeon Moreno*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | |
|---|---|
| Lehman Brothers Holdings, Inc., *et al.*, | Chapter 11<br>Case No.: 08-13555 (JMP)<br><br>(Jointly Administered) |
| Debtors | |

## CERTIFICATE OF SERVICE

I, Sara Discepolo, hereby certify that on March 3, 2010, I served the following documents with all exhibits:

(1) **SIMEON MORENO'S MOTION (1) TO DEEM HIS PROOF OF CLAIM AS TIMELY FILED, *NUNC PRO TUNC*; (2) FOR RELIEF FROM THE AUTOMATIC STAY; (3) FOR PERMISSION TO ATTEND HEARING VIA TELEPHONE CONFERENCE; AND (4) FOR EXEMPTION FROM SERVICE REQUIREMENTS AS TO CERTAIN PARTIES IN THE MASTER SERVICE LIST**

(2) **NOTICE OF HEARING
RE: SIMEON MORENO'S MOTION (1) TO DEEM HIS PROOF OF CLAIM AS TIMELY FILED, *NUNC PRO TUNC*; (2) FOR RELIEF FROM THE AUTOMATIC STAY; (3) FOR PERMISSION TO ATTEND HEARING VIA TELEPHONE CONFERENCE; AND (4) FOR EXEMPTION FROM SERVICE REQUIREMENTS AS TO CERTAIN PARTIES IN THE MASTER SERVICE LIST**

In the following manner:

Via first class mail, postage prepaid to:

The Honorable James M. Peck
One Bowling Green
Courtroom 601
New York, NY 10004

Harvey Miller, Esq.
Attn: Richard P. Krasnow, Esq., Lori R. Fife, Esq., Shai Y. Waisman, Esq., and Jacqueline Marcus, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Attn: Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Riffkin, and Tracy Hope Davis
Office of the United States Trustee for the Southern District of New York
33 Whitehall Street
21st Floor
New York, New York 10004

Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.
Millbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005

And via electronic service on all registered users when filing said documents via the Court's

Electronic Case Filing system.

                                                             */s/ Sara Discepolo*
                                                             Sara Discepolo, Esq.
                                                             1050 Winter Street
                                                             Suite 1000
                                                             Waltham, MA 02451
                                                             Tel. 617-549-4537
                                                             Fax 978-478-4589
                                                             Sara_Discepolo@verizon.net
March 4, 2010                                            Attorney For Simeon Moreno