# Lehman Brothers International (Europe)

# (In Administration)



5 August 2009 / 7 August 2009

# Agenda

- Introduction
- Update on status of LBIE Administration
  - Client asset status
  - General estate status
- Overview of the Scheme
- Special provisions
  - Scheme Mechanics
  - Other Scheme Matters
- Scheme milestones and timeline
- Scheme Q & A
- LBI Trustee presentation
- LBI Q&A
- Final remarks



# Introduction

- ***To provide MFA / AIMA members with an understanding of the proposed LBIE Client Asset Scheme of Arrangement (the "Scheme")***

- Put the Scheme into the context of the LBIE Administration

- Outline what MFA / AIMA members should do next

- Provide opportunity for Q&A

- Additionally, MFA requested an audience with LBI, who are here today



# Introduction

- Considerable progress has been made in the Administration generally

- A Scheme has been fully developed with your committee to get assets back to clients

- Addresses absence of UK statutory rules

- The Scheme is a compromise - will facilitate the return of assets

- The Scheme has complex provisions – chance to discuss them

- The alternative is slow and onerous for clients

- Your support for the Scheme is sought

7 August 2009 / 7 August 2009    5

# Update on LBIE Administration

5 August 2004 / 7 August 2009
6

# Update

- Realise House assets
- Return Trust Property
- Indentify unsecured claims



# Update

- $628bn gross assets
- $611bn gross liabilities
- After contractual netting:
  - $49.5bn assets
  - $32.6bn liabilities
- c.29.8bn client assets
- c.2.1bn client money





# Update

- c. $29.8bn total client assets
- Returned $13.1bn (30 cases) to 24/7/09
- Remaining $16.7bn (1,281 cases):
  - $8.4bn held by our controlled custodians and available
  - $0.2bn not yet under our control
  - $1.2bn in redemption proceeds / divis / coupons and available
  - $6.9bn held by affiliates (incl.$5.9bn LBI)
- Scheme progressed in line with indicated timeline
- Submitted to UK High Court on jurisdiction to propose Scheme
- Scheme client portfolio fully valued
- Formal processes underway to address material legal uncertainties in Scheme, including: Corporate Events & Client Money boundary

# Update

- Gross recoveries of $9.6bn to 24/7/09

- Established processes systematically realising assets

  - Confirm population, Perform valuation, Confirm termination, negotiate settlement

- Developed resolution for over 838,000 pending/ failed trades

- Extensive set-off rights

- Affiliates asserting claims to LBIE controlled assets

- Stabilised employee environment

- IT infrastructure stable

- Practical dealings with affiliates

- Creditor claims being collated

- No bar date for claims at this time

# Update

- Recovered cash of $13.1bn (gross)
- $11.4bn (net) on hand at 24 July 2009
  - $8.8bn House; $2.6bn client
- Includes c.$0.9bn pre-admin client money recovered
- Returned c.$0.8bn cash to clients
- Comprehensive funds management framework implemented



# Update

## Valuation bn ($)

| | March 09 | July 09 |
|---|---|---|
| Returned to clients | 11.5 | 13.1 |
| Assets sold | 1.4 | 2.1 |
| Redemptions *** | - | 1.1 |
| Assets under direct control | 21.8* | 12.0** |
| Assets frozen by Custodian | 2.1* | 2.0** |
| Held by affiliates | 7.6* | 8.9* |
| **Totals** | **44.4** | **39.2** |

*At 15/09/08 book value

** At 30/6/09 value

*** excludes $0.8bn returned to clients and post admin divis & coupons

- Reduction in "assets under direct control" relates to sales, valuation revisions and redemptions

# Update

| | Valuation bn ($) July 09 |
|---|---|
| Returned to clients | 13.1 |
| Redemptions*** | 0.6 |
| Assets under direct control | 8.4** |
| Assets frozen by Custodian | 0.2** |
| Held by affiliates | 6.9* |
| Total | **29.2** |

* At 15/9/08 value

** At 30/6/09 value

*** excludes $0.8bn returned to clients and $0.6bn divis & coupons

- Estimated client asset shortfall in controlled depots of c.$0.3bn (excluding any LBI / LBJ shortfalls)

# Update

- Omnibus client claims lodged with affiliates (Client & House)
- LBI status:

  - c.4.700 stock lines claims for 371 entities. 95% reconciled LBI / LBIE at 12 Sept.

  - LBIE provided further data to LBI on balancing lines

  - An estimated 3,700 stock lines moved in the records between 12 Sept. & 19 Sept.

  - High levels of cooperation and sharing of data to progress reconciliation

  - LBIE has received no stock / cash post admin from LBI.

  - LBI preparing account of movements

  - LBI asset position to be discussed by trustee

# Update



- Various applications made by Administrators to UK High Court
  - addressing issues relevant to LBIE to expedite the return of Client Money
- 6 respondents been appointed by Court (in addition to 3 affiliates)
  - Will forward arguments on behalf of class of clients or creditors
- 3 classes of clients to determine rights:
  - Segregated client money
  - Unsegregated client money
  - General LBIE unsecured estate
- Substantive hearings in Oct. / Nov. 2009
  - outcome will determine timing of future interim Client Monies distribution
  - Prospect of various appeals / ECJ



5 August 2009 / 7 August 2009
15

# Update

- Significant "noise" regarding affiliates

- $77bn claimed from 15 affiliates to date

- Many aspects to each relationship:

  - Securities depot operation

  - Trading

  - Guarantees

  - Infrastructure dependencies

- Generic approach inappropriate

- LBIE approach focused on affiliate specific issues

- Extensive dialogue with key affiliates

- LBJ asset return complexities

- Process of reconciling claims progressing



# Update

- H1 2009 been a period of material progress
- Formal statutory report to creditors to be issued in Oct 2009



5 August 2009 / 7 August 2009

# Rationale for Scheme

- Very extensive resources committed to dealing with client assets

- Majority of client claims now reconciled to records

- Despite efforts only 30 clients have recovered assets from LBIE

- Returns to date encumbered by indemnities and credit support

- Returning assets increasingly challenging

- Scheme addresses these issues

- **In the absence of the scheme it will take some years to return all clients assets**



# Proposed Client Assets Scheme



# Proposed Client Assets Scheme

- Complex and innovative Scheme developed
- Objective is to return assets
- "Mini Explanatory Statement" released on 15 July:
  - Outlined operation of Scheme
  - Introduced various concepts
- Final scheme & explanatory statement likely to be > 300 pages
- Emphasis today on "special" provisions in impact on clients
- **No substitute for reading of Scheme in due course**



# Proposed Client Assets Scheme

- Formal contract
- Asset pools created
- Claims compromised
- Assets released to creditors
- Creditors approval and UK Court sanction



# Overview of Scheme

Scheme Asset Pools

Scheme Creditors

Client claims to assets

Claims under financial contracts

Valuation

Allocation of assets

Elections

Approp-riations

Distribution of assets

Unsecured claim

5 August 2009 / 7 August 2009

**Scheme mechanics**

- Scheme Assets
- Scheme Creditors
- Claims – Assets & Financial Contracts
- Valuation of claims, liabilities and assets
- Allocations
- Elections
- Appropriations / Distribution / Unsecured claims

**Other Scheme matters**

- Classes
- Governance
- Timing



# What assets are included?

## LBIE and Client Assets

### Non-Scheme Assets

- Rehypothecated securities
- Converted Assets
- Reserved Assets
- Returned Assets
  - Pre Scheme
  - Post Scheme
- Scheme Appropriated Assets
- Pre- Admin Client Money
- LBIE owned assets

### Lien Interests

- Segregated Assets
- Derived Assets
- Recovered Assets

5 August 2008 / 5 August 2008    24

# Proposed Client Assets Scheme

## Creditors with a proprietary interest in Trust Property

- Generally captures clients under a PB or Custody Agreement

- Terminated PBAs included

- Not already returned (opt-in mechanism – "Acceding Creditors")

- Not an Excluded Creditor.

- Excludes all Title clients.

- Trades creating a proprietary interest must have settled

- "Opt out" mechanism

- All positions to be crystallised and determined



# Proposed Client Assets Scheme

## Claims

- Primarily Contractual Valuation Methodology- generally creditors contractual valuation

- Alternative:
  - Agreed Valuation
  - Fallback Valuation

## Assets / Shorts

- Overriding Valuation Provisions
  - Longs at distribution date
  - Short and Rehypothecated at 15 Sept. Post 15/9 divis excluded

- Dispute resolution mechanism for claims and asset valuations



5 August 2009 / 7 August 2009

26

# Proposed Client Assets Scheme

- Allocation by individual stock line
- 3 defined Asset Pools:
  1. Custody Securities and related Derived Assets
  2. Non-Custody Securities and related Derived Assets
  3. Affected Asset Pool (eg LBI)

- For 1&2 if shortfalls exist – stock allocations pro-rata
- For 3 shortfall is shared by all clients in Affected Asset Pool
- Asset Shortfall Claim = unsecured claim
  - Valued at date of Last Allocation (or time of Administration)
  - Reduced by distributions



# Proposed Client Assets Scheme

- LBI subject to SIPA proceedings
- Customer Property returned Pro-rata to Customer Claims
- Single Pool for all Securities Customers, including LBIE clients
- LBIE liquidate within max. 6 months
- Allocation to Scheme Creditors with claims in the Affected Asset Pool

- Account for any direct LBI distributions to client
- Reserves by LBI
- Retentions by LBI for liabilities to affiliates
- LBI values Customer Claims as at 19 September 2008
- Derived Assets treatment presently uncertain
- Scheme is entirely independent of LBI liquidation process
- "Protocol" being developed between LBIE & LBI

5 August 2009 / 7 August 2009

# Proposed Client Assets Scheme

1. **Collateralisation Election:** Enables client to apply client money claims to discharge liabilities to LBIE

   – Pre-Administration Client Money Claim

   – Limited to Net Financial Liability

   – If no Election then Client Money Shortfall is an unsecured claim

2. **Appropriation Deferral Election:** Allows client to use asset shortfall claims to discharge liabilities to LBIE

   – at time of first Allocation only

   – Deferral Cash Amount paid as collateral

   – Asset Shortfall claim applied first to set-off Net Financial Liability (only) on Last Allocation



# Proposed Client Assets Scheme

- Settle client liabilities to LBIE and affiliates – i.e:

  – Liability for Costs

  – Net Financial Liability

  – Non-Financial Contract Liabilities

  – Retention Amounts

- Client always has option to discharge liabilities by cash

- Balance of assets distributed to client



5 August 2009 / 7 August 2009
30

# Other Scheme Matters

5 August 2009 / 7 August 2009
31

# Proposed Client Assets Scheme

- Majority in number representing > 75% by value of each class
- Voted by class
- Lesser of:
  - Voting Assets Claim (aggregate claims to Trust Property)
  - Voting Equity (Asset Claim adjusted by Net Financial Position, Rehypothecated and Shorts)
- Minimum value of $1
  - Negative Voting Equity
  - "Flat Accounts" (all assets rehypothecated)
- Currency US Dollar



# Proposed Client Assets Scheme

The currently proposed **3 classes** of scheme creditors are:

- Open Contract Scheme Creditors
  - Not terminated by 14 July 2009
  - Financial Contract with outstanding transactions
  - Contractual rights affected (mandatory Termination Date)
- Pure Custody only Scheme Creditors
  - No other Financial positions
  - No Non-Custody Asset Claims
  - Limited application of Scheme terms
- General Creditors
  - All other Scheme Creditors
  - Principally creditors with Terminated Financial Contracts



## Proposed Client Assets Scheme

- Proxy for creditors claims at latest practical date
- Asset Claim, Rehypothecated Security and Short Security at 30 June 2009 (generally without Derived Assets)
  - Corporate action only taken into account if impacts value of security.
  - Corporate events excluded
- Trade date basis
- Unterminated Financial Contracts (notional termination 30 June 2009)
- Pre-Administration Client Money not included
- Provisional Notification including all above detail (Sept 09) – opportunity to review
- Chairman's Discretion
- **Without prejudice to valuation for ultimate distribution**

6 August 2009 / 7 August 2009

# Proposed Client Assets Scheme

- 3 to 5 members
- Majority must be Scheme Creditors
- Must include a general unsecured creditor
- Vacancy filled by Supervisors nomination
- Members must be a creditor at all times
- Meet as required, at least every 6 months
- Confidential information for use of performing duties under Scheme
- Reimbursed for expenses and indemnity from LBIE



# Proposed Client Assets Scheme

## Our target timeline is:

| | |
|---|---|
| Jurisdiction Hearing Judgement | Aug 2009 |
| "Creditor issues" letter | Early Sept |
| Court filing and publication of Scheme and Explanatory Statement | Sept |
| Provisional notification of voting rights | Early Sept |
| Court convening hearing | End Sept |
| Formal meeting notice and final documents | Oct |
| Creditors' Meeting | Oct / Nov |
| Court Sanction hearing | Nov |
| Contract Termination date | Oct / Nov |
| Claim Bar date | Dec / Jan |
| Initial distributions | Q1 2010 |

# Scheme Q&A

LBI Trustee

# In summary

- Scheme addresses the fundamental issues

- We and your committee are unanimous in recommending the Scheme concept to you

- This is a fair compromise

- **In the absence of the scheme it will take some years to return all clients assets**

