**LOWENSTEIN SANDLER PC**
Michael S. Etkin, Esq.
Scott Cargill, Esq.
Sean E. Quigley, Esq.
1251 Avenue of the Americas, 18th Floor
New York, New York 10022

-- and --

65 Livingston Avenue
Roseland, New Jersey 07068
Tel:    (973) 597-2500
Fax:    (973) 597-2400

*Counsel for LibertyView*

### UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> LEHMAN BROTHERS HOLDINGS INC., *et al.,* <br><br> Debtors. | Chapter 11 Case No. <br> 08-13555 (JMP) <br> (Jointly Administered) |
| In re: <br><br> LEHMAN BROTHERS INC., <br><br> Debtor. | Case No. 08-01420 (JMP) |

### CERTIFICATION OF SERVICE

I, **Diane C. Lavin**, pursuant to 28 U.S.C. § 1746, certify as follows:

1.     I am a senior paralegal employed by the law firm of Lowenstein Sandler PC, counsel to LibertyView in the above captioned matter.

2.     On March 4, 2010, I caused a true and correct copy of LibertyView's: (A) Joinder to (i) the SIPA Trustee's Motion, (ii) the Committee's Motion, and (iii) Lehman Brothers

22312/5
03/04/2010 13937252.1

Holdings Inc.'s Motion for Relief from the Sale Orders or, Alternatively, for Certain Limited Relief Under Rule 60(b); and (B) Objection to Barclays Capital Inc.'s Motion to Enforce the Sale Order to be served via first class mail upon the following parties:

  a. Boies, Schiller & Flexner LLP
    575 Lexington Aevnue
    New York, New York 10022
    Attn: Jonathan D. Schiller

    *Attorneys for Barclays Capital, Inc.*

  b. Office of the United States Trustee
    Southern District of New York
    33 Whitehall Street, 21st Floor
    New York, New York 10004
    Attn: Andy Velez-Rivera

  c. Jenner & Block
    353 North Clark Street
    Chicago, Illinois 60654-3456
    Attn: David Layden

    *Court-Appointed Examiner*

  d. Jones Day
    22 East 41st Street
    New York, New York 10017
    Attn: Robert Gaffey

    *Attorneys for Lehman Brothers Holdings, Inc.*

  e. Quinn Emanuel Urquhart Oliver & Hedges LLP
    51 Madison Avenue, 22nd Floor
    New York, New York 10010
    Attn: James Teece

    *Attorneys for the Official Committee of Unsecured Creditors*

  f. Hughes Hubbard & Reed LLP
    One Battery Park Plaza
    New York, New York 10004
    Attn: James W. Giddens

    *Attorneys for the SIPA Trustee*

-3-

3. On March 4, 2010, the foregoing document was filed in Case Number 08-13555-jmp [Docket No. 7417] and in Case Number 08-01420-jmp [Docket No. 2775], and served electronically via the Court's PACER system upon those parties entitled to receive electronic notice.

I certify that the foregoing statements made by me are true and correct to the best of my knowledge and belief. If any statement made by me is willfully false, I understand I am subject to the penalty of perjury.

Dated: March 4, 2010

/s/ *Diane C. Lavin*
Diane C. Lavin