Hearing Date: March 25, 2010
Objection Deadline: March 4, 2010

David J. Molton, Esq. (DM 1106)
Andrew S. Dash, Esq. (AD 7913)
Howard S. Steel, Esq. (HS 5515)
**BROWN RUDNICK LLP**
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

*Counsel to Newport Global Opportunities
Fund LP, Newport Global Credit Fund
(Master) L.P., PEP Credit Investor L.P.,
Providence Equity Partners VI L.P.,
Providence Equity Partners VI-A L.P., and
Providence TMT Special Situations Fund L.P.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
In re                                                          :    Chapter 11
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    Case No. 08-13555 (JMP)
                                                               :
                                    Debtors.                   :    (Jointly Administered)
---------------------------------------------------------------x
                                                               :
In re                                                          :
                                                               :
         LEHMAN BROTHERS INC.,                                 :
                                                               :    Case No. 08-01420 (JMP) SIPA
                                                               :
                                    Debtor.                    :
---------------------------------------------------------------x

**JOINDER OF NEWPORT GLOBAL OPPORTUNITIES
FUND LP, NEWPORT GLOBAL CREDIT FUND (MASTER)
L.P., PEP CREDIT INVESTOR L.P., PROVIDENCE EQUITY PARTNERS
VI L.P., PROVIDENCE EQUITY PARTNERS VI-A L.P., AND PROVIDENCE
TMT SPECIAL SITUATIONS FUND L.P. TO LIBERTYVIEW'S: (A) JOINDER
TO (I) THE TRUSTEE'S MOTION, (II) THE COMMITTEE'S MOTION AND (III)
LBHI'S MOTION FOR RELIEF FROM THE SALE ORDERS OR, ALTERNATIVELY,
FOR CERTAIN LIMITED RELIEF UNDER RULE 60(b); AND (B) OBJECTION TO
BARCLAYS CAPITAL INC.'S MOTION TO ENFORCE THE SALE ORDER**

Newport Global Opportunities Fund LP, Newport Global Credit Fund (Master) L.P., PEP Credit Investor L.P., Providence Equity Partners VI L.P., Providence Equity Partners VI-A L.P., and Providence TMT Special Situations Fund L.P. (collectively, the "Funds"), by and through their undersigned counsel, hereby join (the "Joinder") in *LibertyView's: (A) Joinder to (I) the Trustee's Motion, (II) the Committee's Motion and (III) LBHI's Motion for Relief from the Sale Orders or, Alternatively, for Certain Limited Relief Under Rule 60(b); and (B) Objection to Barclays Capital Inc.'s Motion to Enforce the Sale* [Chapter 11 Docket No. 7417] [SIPA Docket No. 2775] (the "LibertyView Joinder"). In support of this Joinder, the Funds respectfully state as follows:

## JOINDER AND STATEMENT

1. Prior to September 19, 2008 (the "Commencement Date"), the date of the commencement of the liquidation of Lehman Brothers Inc. ("LBI"), each of the Funds entered into a "Customer Account Prime Brokerage Agreement" with LBI (each such agreement, a "Prime Brokerage Agreement"). Each of the Prime Brokerage Agreements was in effect as of the Commencement Date and remains in effect as of the date hereof.

2. The Funds have filed timely customer claims against LBI (the "Customer Claims"). The Funds have also filed timely administrative claims against LBI for the value of all post Commencement Date distributions, including, inter alia, dividends and interest payments in respect of securities held by the Funds in their prime brokerage accounts, and in connection with the Funds' prime brokerage relationship with LBI.[1] The Funds have also filed timely proofs of

---

[1] Additionally, certain of the Funds have filed timely administrative claims against LBI in an amount presently unknown for the loss of their ability to participate in a certain rights offering, as a direct result of LBI's post Commencement Date breach of the Prime Brokerage Agreements. Certain of the Funds have also filed timely administrative claims for any losses and injuries resulting from LBI's failure to comply with the Funds' instructions to timely vote their securities in favor of certain proposed Chapter 11 plans of reorganization.

claim against certain of the Lehman Brothers affiliates that were parties to the Prime Brokerage Agreements, and whose cases are being administered in the Chapter 11 proceeding.

3.  James W. Giddens, as Trustee (the "Trustee") for the liquidation of LBI has issued several notices of determination with respect to certain of the Funds' Customer Claims, denying the Customer Claims on the basis that the Funds were allegedly customers of Lehman Brothers International (Europe) ("LBIE") and not LBI, and has reported informally that the Trustee expects to determine that the Funds' remaining Customer Claims do not qualify as customer claims on the same basis. The Funds vigorously contest the Trustee's position with respect to the Funds' Customer Claims.

4.  The Funds hereby join in and incorporate by reference all arguments made in the LibertyView Joinder.

5.  Similar to LibertyView, to date, the Funds have been unable to obtain a conclusive accounting from LBI concerning, *inter alia*: (i) the property that LBI is currently holding that belongs to the Funds; (ii) the purported capacity in which such property is being held by LBI, which is the Funds' prime broker; and (iii) what assets of the Funds, if any, were transferred by LBI to third parties prior or subsequent to the Commencement Date. The Funds have spent more than seventeen months seeking this information from the Trustee, to no avail. The lack of transparency in these cases is extremely disconcerting to the Funds.

6.  Thus, the Funds agree with the LibertyView Joinder, and respectfully request that all the terms of the sale of LBI's broker-dealer business to Barclays be closely reviewed by the Court. In particular, the Funds respectfully request that the Court examine whether any customer property under SIPA belonging to the Funds, that was held by LBI pursuant to the Funds' Prime Brokerage Agreements, was improperly transferred to Barclays as part of the sale transaction.

- 4 -

Dated: March 4, 2010
      New York, New York

                              **BROWN RUDNICK LLP**

                              By: /s/ *David J. Molton*
                              David J. Molton, Esq. (DM 1106)
                              Andrew S. Dash, Esq. (AD 7913)
                              Howard S. Steel, Esq. (HS 5515)
                              Seven Times Square
                              New York, NY 10036
                              Telephone: (212) 209-4800
                              Facsimile: (212) 209-4801

                              *Counsel to Newport Global Opportunities*
                              *Fund LP, Newport Global Credit Fund*
                              *(Master) L.P., PEP Credit Investor L.P.,*
                              *Providence Equity Partners VI L.P.,*
                              *Providence Equity Partners VI-A L.P., and*
                              *Providence TMT Special Situations Fund L.P.*