Hearing Date: March 25, 2010
Objection Deadline: March 4, 2010

David J. Molton, Esq. (DM 1106)
Andrew S. Dash, Esq. (AD 7913)
Howard S. Steel, Esq. (HS 5515)
**BROWN RUDNICK LLP**
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

*Counsel to Newport Global Opportunities
Fund LP, Newport Global Credit Fund
(Master) L.P., PEP Credit Investor L.P.,
Providence Equity Partners VI L.P.,
Providence Equity Partners VI-A L.P., and
Providence TMT Special Situations Fund L.P.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                             :
In re                                                        :    Chapter 11
                                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                     :    Case No. 08-13555 (JMP)
                                                             :
                              Debtors.                       :    (Jointly Administered)
------------------------------------------------------------x
                                                             :
In re                                                        :
                                                             :
         LEHMAN BROTHERS INC.,                               :
                                                             :
                                                             :    Case No. 08-01420 (JMP) SIPA
                                                             :
                              Debtor.                        :
------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

      Christopher Michael Lau Kamg being duly sworn, deposes and says: I am not a party to

the within action, am over 18 years of age and reside in Brooklyn, New York.

8247074

On the 4th of March, 2010, I caused to be served a true copy of the *Joinder of Newport Global Opportunities Fund LP, Newport Global Credit Fund (Master) L.P., PEP Credit Investor L.P., Providence Equity Partners VI L.P., Providence Equity Partners VI-A L.P., And Providence TMT Special Situations Fund L.P. To LibertyView's: (A) Joinder To (I) The Trustee's Motion, (II) The Committee's Motion And (III) LBHI's Motion For Relief From The Sale Orders Or, Alternatively, For Certain Limited Relief Under Rule 60(b); And (B) Objection To Barclays Capital Inc.'s Motion To Enforce The Sale Order* on the parties listed on the attached Exhibit A by first class mail.

On the 4th of March, 2010, the forgoing document was filed in Case Number 08-13555 (JMP) [Docket No. 7419] and in Case Number 08-1420 (JMP) [Docket No. 2778], and served electronically via the Court's PACER system upon those parties entitled to receive electronic notice.

/s/ Christopher Michael Lau Kamg
Christopher Michael Lau Kamg

Sworn to before me this
4th day of March 2010.

/s/ Vicki A. Goldstein
Notary Public

No. 01G05078233
Qualified in Queens County
Commission Expires May 19, 2011

2

Boies, Schiller & Flexner LLP
575 Lexington Avenue
New York, New York 10022
Attn: Jonathan D. Schiller

Office of the United States Trustee
Southern District Court of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Andrew Velez-Rivera

Jenner & Block
353 North Clark Street
Chicago, Illinois 60654
Attn: David Layden

Jones day
22 East 41st Street
New York, New York 10017
Attn: Robert Gaffey

Quinn Emanuel Urquhart Oliver & Hedges LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Attn: James Teece

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004
Attn: James W. Giddens