Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,                    Case No. 08-13555 (JMP)
                                                                **(Jointly Administered)**

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee
hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other
than for security, of the claim referenced in this evidence and notice.

Name of Transferee                          Name of Transferor

Deutsche Bank AG, London Branch             HSBC Bank (Cayman) Limited, acting as trustee of
                                            Sub-Trust A (Opportunistic), a sub-trust of Marshall
                                            Wace Tops Trust

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch             Court Claim # (if known):   31935
Winchester House, 1 Great Winchester Street Amount of Claim: $74,941.00
London EC2N 2DB                             Date Claim Filed: September 22, 2009
Tel: +44 20 7547 2400
Fax: +44 113 336 2010                       Tel: N/A
Attention: Philipp Roever
E-mail:  philipp.roever@db.com

Last Four Digits of Acct. #:  N/A           Last Four Digits of Acct. #:  N/A

Name and Address where transferee payments should be sent (if different from above):

Tel: +44 20 7547 2400
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best
of my knowledge and belief.

By: _____                    Date: ___3 / 5 /2010___
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210A/B – Transfer of LBHI Claim # 31935

## EVIDENCE OF TRANSFER OF CLAIM

TO:     United States Bankruptcy Court for the
Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO:     Lehman Brothers Holdings Inc. (the "Debtor")

CASE NAME:     In re Lehman Brothers Holdings Inc., et al.,

CASE NO.     Chapter 11, Case No. 08-13555 (JMP) (Jointly administered)

CLAIM NO.     31935

**HSBC Bank (Cayman) Limited, acting as trustee of Sub-Trust A (Opportunistic), a sub-trust of Marshall Wace Tops Trust**, its successors and assigns ("Seller"), for good and valuable consideration (the receipt and sufficiency of which are hereby acknowledged) does hereby unconditionally and irrevocably sell, transfer and assign unto:

**DEUTSCHE BANK AG, LONDON BRANCH**
Winchester House, 1 Great Winchester Street
London EC2N 2DB
Tel: +44 20 7547 2400
Fax: +44 113 336 2010
Attention: Michael Sutton / Philipp Roever
E-mail: michael.sutton@db.com / philipp.roever@db.com

its successors and assigns ("Buyer") all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's claim in the principal amount of **US $74,941.00** (the "Claim") against the Debtor in the Bankruptcy Court or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 19th day of February 2010.

**HSBC Bank (Cayman) Limited, acting as trustee of Sub-Trust A (Opportunistic), a sub-trust of Marshall Wace Tops Trust**

Name:  **Scott Aitken**
Title:    **Authorised Signatory**

**Beverly Bernard**
**Authorised Signatory**

**Deutsche Bank AG, London Branch**

Name:
Title:

Michael Sutton
Managing Director

Duncan Robertson
Director

Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,      Case No. 08-13555 (JMP)
                                                  **(Jointly Administered)**

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee
hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other
than for security, of the claim referenced in this evidence and notice.

Name of Transferee                           Name of Transferor

Deutsche Bank AG, London Branch              HSBC Bank (Cayman) Limited, acting as trustee of
                                             Sub-Trust B (Fundamental), a sub-trust of Marshall
                                             Wace Tops Trust

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch          Court Claim # (if known):  31936
Winchester House, 1 Great Winchester Street   Amount of Claim: $85,524.00
London EC2N 2DB                          Date Claim Filed: September 22, 2009
Tel: +44 20 7547 2400
Fax: +44 113 336 2010                    Tel: N/A
Attention: Philipp Roever
E-mail:  philipp.roever@db.com

Last Four Digits of Acct. #:  N/A        Last Four Digits of Acct. #:  N/A

Name and Address where transferee payments should be sent (if different from above):

Tel: +44 20 7547 2400
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best
of my knowledge and belief.

By: _____        Date:  3/5/2010
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210A/B – Transfer of LBHI Claim # 31936

## EVIDENCE OF TRANSFER OF CLAIM

TO:        United States Bankruptcy Court for the
Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO:    Lehman Brothers Holdings Inc. (the "Debtor")

CASE NAME:  In re Lehman Brothers Holdings Inc., et al.,

CASE NO.    Chapter 11, Case No. 08-13555 (JMP) (Jointly administered)

CLAIM NO.   31936

**HSBC Bank (Cayman) Limited, acting as trustee of Sub-Trust B (Fundamental), a sub-trust of Marshall Wace Tops Trust,** its successors and assigns ("Seller"), for good and valuable consideration (the receipt and sufficiency of which are hereby acknowledged) does hereby unconditionally and irrevocably sell, transfer and assign unto:

**DEUTSCHE BANK AG, LONDON BRANCH**
Winchester House, 1 Great Winchester Street
London EC2N 2DB
Tel: +44 20 7547 2400
Fax: +44 113 336 2010
Attention: Michael Sutton / Philipp Roever
E-mail: michael.sutton@db.com / philipp.roever@db.com

its successors and assigns ("Buyer") all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's claim in the principal amount of US $85,524.00 (the "Claim") against the Debtor in the Bankruptcy Court or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 19th day of February 2010.

**HSBC Bank (Cayman) Limited, acting as trustee of Sub-Trust B (Fundamental), a sub-trust of Marshall Wace Tops Trust**

Name:   **Scott Aitken**
Title:    **Authorised Signatory**

**Beverly Bernard**
**Authorised Signatory**

**Deutsche Bank AG, London Branch**

Name:   Michael Sutton
Title:    Managing Director   Duncan Robertson
Director

Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 (JMP)
(**Jointly Administered**)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee                          Name of Transferor

Deutsche Bank AG, London Branch             HSBC Bank (Cayman) Limited, acting as trustee of
                                            Sub-Trust C (Opportunistic), a sub-trust of Marshall
                                            Wace Tops Trust

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch             Court Claim # (if known):  31937
Winchester House, 1 Great Winchester Street   Amount of Claim: $106,465.00
London EC2N 2DB                             Date Claim Filed: September 22, 2009
Tel: +44 20 7547 2400
Fax: +44 113 336 2010                       Tel: N/A
Attention: Philipp Roever
E-mail:  philipp.roever@db.com

Last Four Digits of Acct. #:  N/A           Last Four Digits of Acct. #:  N/A

Name and Address where transferee payments should be sent (if different from above):

Tel: +44 20 7547 2400
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: __3/5/2010__

    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210A/B – Transfer of LBHI Claim # 31937

## EVIDENCE OF TRANSFER OF CLAIM

TO:        United States Bankruptcy Court for the
           Southern District of New York (the "Bankruptcy Court")
           Attn: Clerk

AND TO:    Lehman Brothers Holdings Inc. (the "Debtor")

CASE NAME: In re Lehman Brothers Holdings Inc., et al.,

CASE NO.   Chapter 11, Case No. 08-13555 (JMP) (Jointly administered)

CLAIM NO.  31937

**HSBC Bank (Cayman) Limited, acting as trustee of Sub-Trust C (Opportunistic), a sub-trust of Marshall Wace Tops Trust,** its successors and assigns ("Seller"), for good and valuable consideration (the receipt and sufficiency of which are hereby acknowledged) does hereby unconditionally and irrevocably sell, transfer and assign unto:

**DEUTSCHE BANK AG, LONDON BRANCH**
Winchester House, 1 Great Winchester Street
London EC2N 2DB
Tel: +44 20 7547 2400
Fax: +44 113 336 2010
Attention: Michael Sutton / Philipp Roever
E-mail: michael.sutton@db.com / philipp.roever@db.com

its successors and assigns ("Buyer") all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's claim in the principal amount of US $106,465.00 (the "Claim") against the Debtor in the Bankruptcy Court or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 19th day of February 2010.

| HSBC Bank (Cayman) Limited, acting as trustee of Sub-Trust C (Opportunistic), a sub-trust of Marshall Wace Tops Trust | Deutsche Bank AG, London Branch |
|---|---|
| Name: **Scott Aitken** | Name: |
| Title: **Authorised Signatory** | Title: Michael Sutton Managing Director / Duncan Robertson Director |
| **Beverly Bernard** Authorised Signatory | |

Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,                    Case No. 08-13555 (JMP)
                                                                **(Jointly Administered)**

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee
hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other
than for security, of the claim referenced in this evidence and notice.

Name of Transferee                                    Name of Transferor

Deutsche Bank AG, London Branch                       HSBC Bank (Cayman) Limited, acting as trustee of
                                                      Sub-Trust D (Fundamental), a sub-trust of Marshall
                                                      Wace Tops Trust

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch                       Court Claim # (if known):   31938
Winchester House, 1 Great Winchester Street           Amount of Claim: $146,369.00
London EC2N 2DB                                       Date Claim Filed: September 22, 2009
Tel: +44 20 7547 2400
Fax: +44 113 336 2010                                 Tel: N/A
Attention: Philipp Roever
E-mail:  philipp.roever@db.com

Last Four Digits of Acct. #:  N/A                     Last Four Digits of Acct. #:  N/A

Name and Address where transferee payments should be sent (if different from above):

Tel: +44 20 7547 2400
Last Four Digits of Acct #: N/A


I declare under penalty of perjury that the information provided in this notice is true and correct to the best
of my knowledge and belief.

By: _____                      Date: ____3/5/2010_____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210A/B – Transfer of LBHI Claim # 31938

## EVIDENCE OF TRANSFER OF CLAIM

TO:          United States Bankruptcy Court for the
             Southern District of New York (the "Bankruptcy Court")
             Attn: Clerk

AND TO:      Lehman Brothers Holdings Inc. (the "Debtor")

CASE NAME:   In re Lehman Brothers Holdings Inc., et al.,

CASE NO.     Chapter 11, Case No. 08-13555 (JMP) (Jointly administered)

CLAIM NO.    31938

**HSBC Bank (Cayman) Limited, acting as trustee of Sub-Trust D (Fundamental), a sub-trust of Marshall Wace Tops Trust**, its successors and assigns ("Seller"), for good and valuable consideration (the receipt and sufficiency of which are hereby acknowledged) does hereby unconditionally and irrevocably sell, transfer and assign unto:

> **DEUTSCHE BANK AG, LONDON BRANCH**
> Winchester House, 1 Great Winchester Street
> London EC2N 2DB
> Tel: +44 20 7547 2400
> Fax: +44 113 336 2010
> Attention: Michael Sutton / Philipp Roever
> E-mail: michael.sutton@db.com / philipp.roever@db.com

its successors and assigns ("Buyer") all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's claim in the principal amount of US **$146,369.00** (the "Claim") against the Debtor in the Bankruptcy Court or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 19th day of February 2010.

HSBC Bank (Cayman) Limited, acting as          Deutsche Bank AG, London Branch
trustee of Sub-Trust D (Fundamental), a
sub-trust of Marshall Wace Tops Trust

Name:    Scott Aitken                           Name:
Title:   Authorised Signatory                   Title:   Michael Sutton          Duncan Robertson
                                                         Managing Director        Director

Beverly Bernard
Authorised Signatory

Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,       Case No. 08-13555 (JMP)
                                              **(Jointly Administered)**

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Deutsche Bank AG, London Branch | HSBC Bank (Cayman) Limited, acting as trustee of Sub-Trust F (Opportunistic – Eureka (Euro) Fund), a sub-trust of Marshall Wace Tops Trust |

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch
Winchester House, 1 Great Winchester Street
London EC2N 2DB
Tel: +44 20 7547 2400
Fax: +44 113 336 2010
Attention: Philipp Roever
E-mail:  philipp.roever@db.com

Court Claim # (if known):  31939
Amount of Claim: $5,946,739.00
Date Claim Filed: September 22, 2009

Tel: N/A

Last Four Digits of Acct. #:  N/A               Last Four Digits of Acct. #:  N/A

Name and Address where transferee payments should be sent (if different from above):

Tel: +44 20 7547 2400
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____            Date: ___3/5/2010___
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210A/B – Transfer of LBHI Claim # 31939

## EVIDENCE OF TRANSFER OF CLAIM

TO:           United States Bankruptcy Court for the
                   Southern District of New York (the "Bankruptcy Court")
                   Attn: Clerk

AND TO:         Lehman Brothers Holdings Inc. (the "Debtor")

CASE NAME:    In re Lehman Brothers Holdings Inc., et al.,

CASE NO.        Chapter 11, Case No. 08-13555 (JMP) (Jointly administered)

CLAIM NO.      31939

**HSBC Bank (Cayman) Limited, acting as trustee of Sub-Trust F (Opportunistic – Eureka (Euro) Fund), a sub-trust of Marshall Wace Tops Trust**, its successors and assigns ("Seller"), for good and valuable consideration (the receipt and sufficiency of which are hereby acknowledged) does hereby unconditionally and irrevocably sell, transfer and assign unto:

**DEUTSCHE BANK AG, LONDON BRANCH**
Winchester House, 1 Great Winchester Street
London EC2N 2DB
Tel: +44 20 7547 2400
Fax: +44 113 336 2010
Attention: Michael Sutton / Philipp Roever
E-mail: michael.sutton@db.com / philipp.roever@db.com

its successors and assigns ("Buyer") all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's claim in the principal amount of US **$5,946,739.00** (the "Claim") against the Debtor in the Bankruptcy Court or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 19th day of February 2010.

**HSBC Bank (Cayman) Limited, acting as trustee of Sub-Trust F (Opportunistic – Eureka (Euro) Fund), a sub-trust of Marshall Wace Tops Trust**

                 **Deutsche Bank AG, London Branch**

Name:    **Scott Aitken**
Title:      **Authorised Signatory**

Name:
Title:   Michael Sutton
        Managing Director     Duncan Robertson
                              Director

**Beverly Bernard**
**Authorised Signatory**

Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,

Case No. 08-13555 (JMP)
**(Jointly Administered)**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee

Deutsche Bank AG, London Branch

Name of Transferor

HSBC Bank (Cayman) Limited, acting as trustee of Sub-Trust H (Balanced), a sub-trust of Marshall Wace Tops Trust

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch
Winchester House, 1 Great Winchester Street
London EC2N 2DB
Tel: +44 20 7547 2400
Fax: +44 113 336 2010
Attention: Philipp Roever
E-mail: philipp.roever@db.com

Court Claim # (if known):  31940
Amount of Claim: $73,824.00
Date Claim Filed: September 22, 2009

Tel: N/A

Last Four Digits of Acct. #:  N/A

Last Four Digits of Acct. #:  N/A

Name and Address where transferee payments should be sent (if different from above):

Tel: +44 20 7547 2400
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date:  3 / 5 /2010
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210A/B – Transfer of LBHI Claim # 31940

## EVIDENCE OF TRANSFER OF CLAIM

TO:         United States Bankruptcy Court for the
Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO:    Lehman Brothers Holdings Inc. (the "Debtor")

CASE NAME:  In re Lehman Brothers Holdings Inc., *et al.*,

CASE NO.    Chapter 11, Case No. 08-13555 (JMP) (Jointly administered)

CLAIM NO.   31940

**HSBC Bank (Cayman) Limited, acting as trustee of Sub-Trust H (Balanced), a sub-trust of Marshall Wace Tops Trust,** its successors and assigns ("Seller"), for good and valuable consideration (the receipt and sufficiency of which are hereby acknowledged) does hereby unconditionally and irrevocably sell, transfer and assign unto:

**DEUTSCHE BANK AG, LONDON BRANCH**
Winchester House, 1 Great Winchester Street
London EC2N 2DB
Tel: +44 20 7547 2400
Fax: +44 113 336 2010
Attention: Michael Sutton / Philipp Roever
E-mail: michael.sutton@db.com / philipp.roever@db.com

its successors and assigns ("Buyer") all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's claim in the principal amount of US $73,824.00 (the "Claim") against the Debtor in the Bankruptcy Court or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 19th day of February 2010.

**HSBC Bank (Cayman) Limited, acting as trustee of Sub-Trust H (Balanced), a sub-trust of Marshall Wace Tops Trust**

Name:  **Scott Aitken**
Title:   **Authorised Signatory**

**Beverly Bernard**
**Authorised Signatory**

**Deutsche Bank AG, London Branch**

Name:
Title:  Michael Sutton
     Managing Director  **Duncan Robertson**
                      Director