UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
: 
In re                                            :    Chapter 11 Case No.
                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,         :    08-13555 (JMP)
                                                 :
                Debtors.                         :    (Jointly Administered)
                                                 :
----------------------------------------------------------------x    Ref. Docket Nos. 7350-7353, 7356

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 3, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              /s/ Paul Belobritsky
Sworn to before me this                       Paul Belobritsky
4th day of March, 2010

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**EXHIBIT "A"**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  CAPULA GLOBAL RELATIVE VALUE MASTER FUND LIMITED      CAPULA GLOBAL RELATIVE VALUE MASTER FUND LIM
     C/O SEWARD & KISSEL LLP                               CAPULA GLOBAL RELATIVE VALUE MASTER FUND LIM
     ATTN: ARLENE R. ALVES, ESQ.                           C/O CAPULA INVESTMENT MANAGEMENT LLP
     ONE BATTERY PARK PLAZA                                ATTN: CHRIS BELL
     NEW YORK NY 10004                                     8 LANCELOT PLACE
                                                           LONDON SW7 1DR UNITED KINGDOM
```

Please note that your claim # 19686 in the above referenced case and in the amount of
      $8,524,454.00        has been transferred **(unless previously expunged by court order)**

```
         DEUTSCHE BANK AG, LONDON BRANCH (UK)
         TRANSFEROR: CAPULA GLOBAL RELATIVE VALUE MASTER FUND LIMITED
         ATTN: MICHAEL SUTTON
         WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
         LONDON     EC2N 2DB
         UNITED KINGDON
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 7351      in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/03/2010                         Vito Genna, Clerk of Court


                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 3, 2010.

```
In re                                          |  Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         |  08-13555 (JMP)
                                               |
                                               |  (Jointly Administered)
              Debtors.                         |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:   DRAKE GLOBAL OPPORTUNITIES (MASTER) FUND, LTD., THE
          C/O DRAKE MANAGEMENT LLC
          ATTN: STEVEN LUTTRELL
          660 MADISON AVENUE, 16TH FLOOR
          NEW YORK NY 10065
```

Please note that your claim # 32328 in the above referenced case and in the amount of
    $5,323,144.03       has been transferred **(unless previously expunged by court order)**

```
          DEUTSCHE BANK AG, LONDON BRANCH (UK)
          TRANSFEROR: DRAKE GLOBAL OPPORTUNITIES (MASTER) FUND, LTD., THE
          ATTN: MICHAEL SUTTON
          WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
          LONDON    EC2N 2DB
          UNITED KINGDON
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 7356       in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/03/2010                               Vito Genna, Clerk of Court


                                               /s/ Paul Belobritsky
                                               _____
                                               By: Epiq Bankruptcy Solutions, LLC
                                                   as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 3, 2010.

```
_____
                                            |
In re                                       |   Chapter 11 Case No.
                                            |
LEHMAN BROTHERS HOLDINGS INC., et al.,      |   08-13555 (JMP)
                                            |
                                            |   (Jointly Administered)
            Debtors.                        |
                                            |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
        To:  MIZUHO BANK ( SWITZERLAND ) LTD
             LOWENSTRASSE 32
             ZURICH     CH-8021
             SWITZERLAND
```

Please note that your claim # 56637 in the above referenced case and in the amount of
        $6,762,112.08        has been transferred **(unless previously expunged by court order)**

```
             DEUTSCHE BANK AG, LONDON BRANCH (UK)
             TRANSFEROR: MIZUHO BANK ( SWITZERLAND ) LTD
             ATTN: MICHAEL SUTTON
             WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
             LONDON     EC2N 2DB
             UNITED KINGDON
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7353         in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/03/2010                              Vito Genna, Clerk of Court

                                              /s/ Paul Belobritsky
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 3, 2010.

```
In re                                          |  Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         |  08-13555 (JMP)
                                               |
                                               |  (Jointly Administered)
              Debtors.                         |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  SWISS REINSURANCE COMPANY LTD                    SWISS REINSURANCE COMPANY LTD
     ATTN:  PETER M. WYLER AND NICK RAYMOND           CLIFFORD CHANCE US LLP
     MYTHENQUAI 50/60                                 ATTN:  JENNIFER C. DEMARCO, DAVID A. SULLIVA
     ZURICH    8022                                   31 WEST 52ND STREET
     SWITZERLAND                                      NEW YORK NY 10019
```

Please note that your claim # 27877-01 in the above referenced case and in the amount of
         $7,157,163.35         has been transferred **(unless previously expunged by court order)**

```
     DEUTSCHE BANK AG, LONDON BRANCH (UK)
     TRANSFEROR: SWISS REINSURANCE COMPANY LTD
     ATTN: MICHAEL SUTTON
     WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
     LONDON     EC2N 2DB
     UNITED KINGDON
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7350       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/03/2010                              Vito Genna, Clerk of Court


                                              /s/ Paul Belobritsky
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 3, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  SWISS REINSURANCE COMPANY LTD              SWISS REINSURANCE COMPANY LTD
     ATTN: PETER M. WYLER AND NICK RAYMOND      CLIFFORD CHANCE US LLP
     MYTHENQUAI 50/60                           ATTN: JENNIFER C. DEMARCO, DAVID A. SULLIVA
     ZURICH    8022                             31 WEST 52ND STREET
     SWITZERLAND                                NEW YORK NY 10019
```

Please note that your claim # 27877-02 in the above referenced case and in the amount of
     $9,262,048.59        has been transferred **(unless previously expunged by court order)**

```
     DEUTSCHE BANK AG, LONDON BRANCH (UK)
     TRANSFEROR: SWISS REINSURANCE COMPANY LTD
     ATTN: MICHAEL SUTTON
     WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
     LONDON    EC2N 2DB
     UNITED KINGDON
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 7350    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/03/2010                              Vito Genna, Clerk of Court

                                              /s/ Paul Belobritsky
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 3, 2010.

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
     To:  LONDON SELECT FUND LIMITED                    LONDON SELECT FUND LIMITED
          ATTN: TIM DENNIS                              CHARLES A. MALLOY
          10 GROSVENOR STREET                           ARNOLD & PORTER LLP
          3RD FLOOR                                     555 TWELFTH STREET, N.W.
          LONDON    W1K 4QB                             WASHINGTON DC 20004
          UNITED KINGDOM
```

Please note that your claim # 23593-01 in the above referenced case and in the amount of
    $10,126,431.00        has been transferred **(unless previously expunged by court order)**

```
          DEUTSCHE BANK AG, LONDON BRANCH (UK)
          TRANSFEROR: LONDON SELECT FUND LIMITED
          ATTN: MICHAEL SUTTON
          WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
          LONDON    EC2N 2DB
          UNITED KINGDON
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7352       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/03/2010                         Vito Genna, Clerk of Court

                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 3, 2010.

# EXHIBIT "B"

```
TIME: 11:02:41                                              LEHMAN BROTHERS HOLDING INC.                                              PAGE:     1
DATE: 03/03/10                                                   CREDITOR LISTING

Name                                              Address
CAPULA GLOBAL RELATIVE VALUE MASTER FUND          CAPULA GLOBAL RELATIVE VALUE MASTER FUND LIMITED C/O CAPULA INVESTMENT MANAGEMENT LLP ATTN: CHRIS BELL 8 LANCELOT PLACE LONDON SW7 1DZ
  LIMITED
CAPULA GLOBAL RELATIVE VALUE MASTER FUND          C/O STEWARD & KISSEL LLP ATTN: ARLENE R. ALVES, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004
  LIMITED
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: CAPULA GLOBAL RELATIVE VALUE MASTER FUND LIMITED ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N
                                                    2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: DRAKE GLOBAL OPPORTUNITIES (MASTER) FUND, LTD., THE ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON
                                                    EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: LONDON SELECT FUND LIMITED ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: MIZUHO BANK ( SWITZERLAND ) LTD ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: SWISS REINSURANCE COMPANY LTD ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM
DRAKE GLOBAL OPPORTUNITIES (MASTER) FUND,         C/O DRAKE MANAGEMENT LLC ATTN: STEVEN LUTTRELL 660 MADISON AVENUE, 16TH FLOOR NEW YORK NY 10065
  LTD
LONDON SELECT FUND LIMITED                        CHARLES A. MALLOY ARNOLD & PORTER LLP 555 TWELFTH STREET, N.W. WASHINGTON DC 20004
LONDON SELECT FUND LIMITED                        ATTN: TIM DENNIS 10 GROSVENOR STREET 3RD FLOOR LONDON  W1K 4QB UNITED KINGDOM
MIZUHO BANK ( SWITZERLAND ) LTD                   LOWENSTRASSE 32 ZURICH  CH-8021 SWITZERLAND
SWISS REINSURANCE COMPANY LTD                     CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019
SWISS REINSURANCE COMPANY LTD                     ATTN: PETER M. WYLER AND NICK RAYMOND MYTHENQUAI 50/60 ZURICH  8022 SWITZERLAND


              Total Number of Records Printed        13
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

# EXHIBIT "C"

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153