**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

In re      :      **Chapter 11 Case No.**

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*    :    **08-13555 (JMP)**

Debtors.    :    **(Jointly Administered)**

------------------------------------------------------------------------x    **Ref. Docket Nos. 7363, 7368, 7370,**
**7373-7375, 7377, 7380-7384, 7387-**
**7390, 7392-7396**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
          ) ss.:
COUNTY OF NEW YORK  )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On March 4, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                     /s/ Paul Belobritsky
                     Paul Belobritsky

Sworn to before me this
5th day of March, 2010

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**EXHIBIT "A"**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  CITIBANK BELGIUM S.A.                        CITIBANK BELGIUM S.A.
     ATTN: JOSE DE PENARANDA                      PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP
     BLD. GENERAL JACQUES 263G                    ATTN: DOUGLAS R. DAVIS
     BRUSSELS    1050                             1285 AVENUE OF THE AMERICAS
     BELGIUM                                      NEW YORK NY 10019-6064

Please note that your claim # 55408-01 in the above referenced case and in the amount of
    $159,329,718.70        has been transferred **(unless previously expunged by court order)**

CITIGROUP FINANCIAL PRODUCTS INC.                 CITIGROUP FINANCIAL PRODUCTS INC.
TRANSFEROR: CITIBANK BELGIUM S.A.                 DOUGLAS R. DAVIS
390 GREENWICH STREET, 4TH FL                      PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: ROHIT BANSAL                                1285 AVENUE OF THE AMERICAS
NEW YORK NY 10013                                 NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7396    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/04/2010                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on   March 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  DAIWA SECURITIES CAPITAL MARKETS CO. LTD.
         TRANSFEROR: MURATA MACHINERY, LTD.
         GRANTOKYO NORTH TOWER, 9-1
         MARUNOUCHI 1-CHOME
         CHITODA-KU
         TOKYO
         JAPAN

Please note that your claim # 60860 in the above referenced case and in the amount of
      $1,865,671.64        has been transferred **(unless previously expunged by court order)**

         GOLDMAN SACHS INTERNATIONAL
         TRANSFEROR: DAIWA SECURITIES CAPITAL MARKETS CO. LTD.
         C/O GOLDMAN, SACHS & CO.
         30 HUDSON STREET, 36TH FLOOR
         JERSEY CITY NJ 07302

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

         UNITED STATES BANKRUPTCY COURT
         Southern District of New York
         One Bowling Green
         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7383       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/04/2010                             Vito Genna, Clerk of Court


                                             /s/ Paul Belobritsky
                                             _____
                                             By: Epiq Bankruptcy Solutions, LLC
                                                 as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on   March 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  DAIWA SECURITIES CAPITAL MARKETS CO. LTD.
         TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION)
         GRANTOKYO NORTH TOWER, 9-1
         MARUNOUCHI 1-CHOME
         CHIYODA-KU
         TOKYO
         JAPAN

Please note that your claim # 62783-02 in the above referenced case and in the amount of
        $1,898,704.00       has been transferred **(unless previously expunged by court order)**

         GOLDMAN SACHS INTERNATIONAL
         TRANSFEROR: DAIWA SECURITIES CAPITAL MARKETS CO. LTD.
         C/O GOLDMAN, SACHS & CO.
         30 HUDSON STREET, 36TH FLOOR
         JERSEY CITY NJ 07302

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                 UNITED STATES BANKRUPTCY COURT
                 Southern District of New York
                 One Bowling Green
                 New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7390      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/04/2010                         Vito Genna, Clerk of Court


                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on   March 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re                                  | Chapter 11 Case No.          |
|                                        | 08-13555 (JMP)               |
| LEHMAN BROTHERS HOLDINGS INC., et al., |                              |
|                                        | (Jointly Administered)       |
|                       Debtors.         |                              |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  HIRAKATA SHINKIN BANK
             ACCOUNTING DIVISION
             14-36, OKAHIGASHI-CHO
             HIRAKATA-SHI
             OSAKA     573-0032
             JAPAN

Please note that your claim # 54989 in the above referenced case and in the amount of
        $4,740,519.55        has been transferred **(unless previously expunged by court order)**

             GOLDMAN SACHS JAPAN CO., LTD
             TRANSFEROR: HIRAKATA SHINKIN BANK
             ROPPONGI HILLS MORI TOWER, LEVEL 43-48
             10-1, ROPPONGI 6-CHOME
             MINATO-KU
             TOKYO     106-6147
             JAPAN

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7363      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/04/2010                         Vito Genna, Clerk of Court


                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                          |
In re                                     |    Chapter 11 Case No.
                                          |
LEHMAN BROTHERS HOLDINGS INC., et al.,    |    08-13555 (JMP)
                                          |
                                          |    (Jointly Administered)
                Debtors.                  |
                                          |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
        To:   HIRAKATA SHINKIN BANK
              ACCOUNTING DIVISION
              14-36, OKAHIGASHI-CHO
              HIRAKATA-SHI
              OSAKA 573-0032
              JAPAN
```

Please note that your claim # 853 in the above referenced case and in the amount of
$0.00        has been transferred **(unless previously expunged by court order)**

```
        GOLDMAN SACHS JAPAN CO., LTD
        TRANSFEROR: HIRAKATA SHINKIN BANK
        ROPPONGI HILLS MORI TOWER, LEVEL 43-48
        10-1, ROPPONGI 6-CHOME
        MINATO-KU
        TOKYO    106-6147
        JAPAN
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
        UNITED STATES BANKRUPTCY COURT
        Southern District of New York
        One Bowling Green
        New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7363      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/04/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).


FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                               |
In re                          |        Chapter 11 Case No.
                               |
LEHMAN BROTHERS HOLDINGS INC., et al., |   08-13555 (JMP)
                               |
                               |        (Jointly Administered)
                Debtors.       |
                               |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
     To:  MURATA MACHINERY, LTD.
          136 TAKEDA MUKAISHIRO-CHO
          FUSHIMI-KU
          KYOTO   612-8686
          JAPAN
```

Please note that your claim # 60860 in the above referenced case and in the amount of
     $1,865,671.64        has been transferred **(unless previously expunged by court order)**

```
          DAIWA SECURITIES CAPITAL MARKETS CO. LTD.
          TRANSFEROR: MURATA MACHINERY, LTD.
          GRANTOKYO NORTH TOWER, 9-1
          MARUNOUCHI 1-CHOME
          CHITODA-KU
          TOKYO
          JAPAN
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7381      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/04/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on   March 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                  |
In re                             |    Chapter 11 Case No.
                                  |
LEHMAN BROTHERS HOLDINGS INC., et al., |    08-13555 (JMP)
                                  |
                                  |    (Jointly Administered)
                 Debtors.         |
                                  |
_____ |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION)       LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN A
     ATTN: STEVEN ANTHONY PEARSON                                     PRICEWATERHOUSECOOPERS LLP
     25 BANK STREET                                                   ATTN: STEVEN ANTHONY PEARSON
     LONDON    E14 5LE                                                PLUMTREE COURT
     UNITED KINGDOM                                                   LONDON EC4A 4HT UNITED KINGDOM

Please note that your claim # 62783-01 in the above referenced case and in the amount of
     $4,746,760.00        has been transferred **(unless previously expunged by court order)**

            HIRAKATA SHINKIN BANK
            TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION)
            14-36, OKAHIGASHI-CHO
            HIRAKATA-SHI
            OSAKA    573-0032
            JAPAN

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7368      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/04/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                               |
In re                          |        Chapter 11 Case No.
                               |
LEHMAN BROTHERS HOLDINGS INC., et al., |   08-13555 (JMP)
                               |
                               |        (Jointly Administered)
                Debtors.       |
_____|

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION)      LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN A
     ATTN: STEVEN ANTHONY PEARSON                                    PRICEWATERHOUSECOOPERS LLP
     25 BANK STREET                                                  ATTN: STEVEN ANTHONY PEARSON
     LONDON    E14 5LE                                               PLUMTREE COURT
     UNITED KINGDOM                                                  LONDON EC4A 4HT UNITED KINGDOM

Please note that your claim # 62783-02 in the above referenced case and in the amount of
      $1,898,704.00      has been transferred **(unless previously expunged by court order)**

     DAIWA SECURITIES CAPITAL MARKETS CO. LTD.
     TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION)
     GRANTOKYO NORTH TOWER, 9-1
     MARUNOUCHI 1-CHOME
     CHIYODA-KU
     TOKYO
     JAPAN

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7388      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/04/2010                           Vito Genna, Clerk of Court


                                           /s/ Paul Belobritsky
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                     |
In re                                |    Chapter 11 Case No.
                                     |
LEHMAN BROTHERS HOLDINGS INC., et al.,|    08-13555 (JMP)
                                     |
                                     |    (Jointly Administered)
            Debtors.                 |
                                     |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  CITIBANK BELGIUM S.A.                     CITIBANK BELGIUM S.A.
     PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP  ATTN: JOSE DE PENARANDA
     ATTN: DOUGLAS R. DAVIS                      BLD. GENERAL JACQUES 263G
     1285 AVENUE OF THE AMERICAS                 BRUSSELS    1050
     NEW YORK NY 10019-6064                      BELGIUM

Please note that your claim # 55408-01 in the above referenced case and in the amount of
    $159,329,718.70        has been transferred **(unless previously expunged by court order)**

     CITIGROUP FINANCIAL PRODUCTS INC.          CITIGROUP FINANCIAL PRODUCTS INC.
     DOUGLAS R. DAVIS                            TRANSFEROR: CITIBANK BELGIUM S.A.
     PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP  390 GREENWICH STREET, 4TH FL
     1285 AVENUE OF THE AMERICAS                 ATTN: ROHIT BANSAL
     NEW YORK NY 10019                           NEW YORK NY 10013

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7396     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/04/2010                       Vito Genna, Clerk of Court


                                       /s/ Paul Belobritsky
                                       _____
                                       By: Epiq Bankruptcy Solutions, LLC
                                           as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 4, 2010.

**EXHIBIT "B"**

TIME: 13:15:02
DATE: 03/04/10

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE:  1

| Name | Address |
| --- | --- |
| CITIBANK BELGIUM S.A. | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIBANK BELGIUM S.A. | ATTN: JOSE DE PENARANDA BLD. GENERAL JACQUES 263G BRUSSELS 1050 BELGIUM |
| CITIGROUP FINANCIAL PRODUCTS INC. | DOUGLAS R. DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CITIBANK BELGIUM S.A. 390 GREENWICH STREET, 4TH FL ATTN: ROHIT BANSAL NEW YORK NY 10013 |
| DAIWA SECURITIES CAPITAL MARKETS CO. LTD. | TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) GRANTOKYO NORTH TOWER, 9-1 MARUNOUCHI 1-CHOME CHIYODA-KU TOKYO JAPAN |
| DAIWA SECURITIES CAPITAL MARKETS CO. LTD. | TRANSFEROR: MURATA MACHINERY, LTD. GRANTOKYO NORTH TOWER, 9-1 MARUNOUCHI 1-CHOME CHIYODA-KU TOKYO JAPAN |
| GOLDMAN SACHS INTERNATIONAL | TRANSFEROR: DAIWA SECURITIES CAPITAL MARKETS CO. LTD. C/O GOLDMAN, SACHS & CO. 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS JAPAN CO., LTD | TRANSFEROR: HIRAKATA SHINKIN BANK ROPPONGI HILLS MORI TOWER, LEVEL 43-48 10-1, ROPPONGI 6-CHOME MINATO-KU TOKYO 106-6147 JAPAN |
| HIRAKATA SHINKIN BANK | ACCOUNTING DIVISION 14-36, OKAHIGASHI-CHO HIRAKATA-SHI OSAKA 573-0032 JAPAN |
| HIRAKATA SHINKIN BANK | ACCOUNTING DIVISION 14-36, OKAHIGASHI-CHO HIRAKATA-SHI OSAKA 573-0032 JAPAN |
| HIRAKATA SHINKIN BANK | TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) 14-36, OKAHIGASHI-CHO HIRAKATA-SHI OSAKA 573-0032 JAPAN |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) | (IN ADMINISTRATION)ANTHONY PEARSON 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) | (IN ADMINISTRATION)PRICEWATERHOUSECOOPERS LLP ATTN: STEVEN ANTHONY PEARSON PLUMTREE COURT LONDON EC4A 4HT UNITED KINGDOM |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) | (IN ADMINISTRATION)ALLEN & OVERY LLP ATTN: TITIA HOLTZ KIAH BEVERLY-GRAHAM 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| MURATA MACHINERY, LTD. | 136 TAKEDA MUKAISHIRO-CHO FUSHIMI-KU KYOTO 612-8686 JAPAN |

Total Number of Records Printed      15

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT "C"**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153