**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | : Chapter 11 |
|  | : |
| **LEHMAN BROTHERS HOLDINGS INC.**, et al. | : Case No. 08-13555 (JMP) |
|  | : |
| Debtors. | : (Jointly Administered) |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(2)

1.   TO:   LUMINUS ENERGY PARTNERS MASTER FUND, LTD.
c/o Luminus Management, LLC
1700 Broadway
38th Floor
New York, NY 10019
Attention: Nicole Panebianco
Telephone: 212-615-3437
Facsimile: 212-615-3430
Email: npanebianco@luminusmgmt.com

2.   Please take notice of the transfer, in the amount of $11,256,426.00 of your claim against **LEHMAN BROTHERS COMMODITY SERVICES INC.**, Case No. 08-13885 (JMP) (Jointly Administered) in the above referenced consolidated proceedings, arising from and relating to Claim No. 66338, to:

CC ARBITRAGE, LTD.
111 W. Jackson Blvd., 20th Floor
Chicago, IL 60604
Attention: Allan Weine
Telephone: 312-692-7555
Facsimile: 312-692-7551
E mail:  aweine@castle-creek.com

With a copy to :
Sidley Austin LLP
787 Seventh Avenue
New York, New York  10019
Attn : Jaime Senior and Robert Scheininger
Phone : (212) 839-5300
Facsimile : (212) 839-5599
E-Mail :  jsenior@sidley.com and rscheininger@sidley.com

An Evidence of Transfer of Claim is attached as Exhibit A.  All distributions and notices regarding the transferred claim should be sent to the Transferee at the instructions attached in Exhibit B.

3.   No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

- **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**
    United States Bankruptcy Court
    Alexander Hamilton Custom House
    Attention:  Bankruptcy Clerk
    One Bowling Green
    New York, NY  10004-1408

- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**
- Refer to **INTERNAL CONTROL NO.** _____ in your objection and any further correspondence related to the transfer

4. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS THE CLAIMANT IN THIS PROCEEDING.**

_____CLERK

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first party, by first class mail, postage prepared on _____, 2010
.
INTERNAL CONTROL NO.: _____
Copy: (check) Claims Agent ☐  Transferee ☐  Debtor's Attorney ☐

_____
Deputy Clerk

## **Exhibit A**

**Evidence of Transfer of Claim**

Refer to the attached.

## EXHIBIT A

### EVIDENCE OF TRANSFER OF CLAIM

TO: CLERK, UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK

AND TO: LEHMAN BROTHERS COMMODITY SERVICES INC.

      LUMINUS ENERGY PARTNERS MASTER FUND, LTD. ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to CC ARBITRAGE, LTD. ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS COMMODITY SERVICES INC. in the amount of $11,256,426.00, docketed as Claim No. 66338 (the "Claim") in the case entitled *In re Lehman Brothers Holdings Inc., et al.*, Chapter 11 Case No. 08-13555 (Jointly Administered) (JMP), pending in the United States Bankruptcy Court, Southern District of New York.

      Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional sale and assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

      IN WITNESS WHEREOF, dated as of the 4th day of March, 2010.

| LUMINUS ENERGY PARTNERS MASTER FUND, LTD. | CC ARBITRAGE, LTD. |
|---|---|
| By: [signature] | By: _____ |
| Name: Paul Segal | Name: |
| Title: Director | Title: |
| Tel.: 212-615-3450 | Tel.: |

9

## EXHIBIT A

## EVIDENCE OF TRANSFER OF CLAIM

TO: CLERK, UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK

AND TO:   LEHMAN BROTHERS COMMODITY SERVICES INC.

LUMINUS ENERGY PARTNERS MASTER FUND, LTD. ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to CC ARBITRAGE, LTD. ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS COMMODITY SERVICES INC. in the amount of $11,256,426.00, docketed as Claim No. 66338 (the "Claim") in the case entitled *In re Lehman Brothers Holdings Inc., et al.*, Chapter 11 Case No. 08-13555 (Jointly Administered) (JMP), pending in the United States Bankruptcy Court, Southern District of New York.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional sale and assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the __4__ day of March, 2010.

| | |
|---|---|
| **LUMINUS ENERGY PARTNERS MASTER FUND, LTD.** | **CC ARBITRAGE, LTD.** |
| By:_____ | By: _[signature]_ |
| Name: | Name: Allan Weir |
| Title: | Title: Managing Member of Castle Creek Arbitrage LLC, its investment manager |
| Tel.: | Tel.: |

9

**Exhibit B**

**Transfer Instructions**

Notice Instructions:

CC ARBITRAGE, LTD.
111 W. Jackson Blvd., 20th Floor
Chicago, IL 60604
Attention: Allan Weine
Telephone: 312-692-7555
Facsimile: 312-692-7551
E mail: aweine@castle-creek.com

With a copy to :
Sidley Austin LLP
787 Seventh Avenue
New York, New York  10019
Attn : Jaime Senior and Robert Scheininger
Phone : (212) 839-5300
Facsimile : (212) 839-5599
E-Mail :   jsenior@sidley.com and rscheininger@sidley.com

Wire Instructions:

Bank Name Deutsche Bank Trust Company
ABA# 021 001 033
For Credit To Deutsche Bank Prime Brokerage
Account # 008 842 05
**For Further Credit to CC Arbitrage, LTD**
Account # 106-02792