WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                                          :
**In re**                                                 :        **Chapter 11 Case No.**
                                                          :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*              :        **08-13555 (JMP)**
                                                          :
                              **Debtors.**                :        **(Jointly Administered)**
                                                          :
------------------------------------------------------------------x

## SECOND NOTICE OF FILING OF AFFIDAVITS AND DISCLOSURE STATEMENTS IN CONNECTION WITH THE EMPLOYMENT OF DISCOVERREADY LLC CONTRACT ATTORNEYS

By an order, dated September 30, 2009 (the "Order") [Docket No. 5305], the

United States Bankruptcy Court for the Southern District of New York authorized Lehman

Brothers Holdings Inc. and its affiliated debtors (collectively, the "Debtors") in the above-

referenced chapter 11 cases to employ DiscoverReady LLC ("DiscoverReady") as provider of

contract attorneys.

PLEASE TAKE NOTICE that in accordance with the Order, attached hereto as

Exhibit A, are the affidavits and disclosure statements of the DiscoverReady contract attorneys

who will be providing document review services to the Debtors (the "Contract Attorneys")

certifying that they do not represent or hold any interest adverse to the Debtors or their estates.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order, the Debtors will serve this Notice on (i) the Office of the United States Trustee and (ii) the attorneys for the Official Committee of Unsecured Creditors appointed in these chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order, objections, if any, to the retention of the Contract Attorneys shall be filed with the Court and served upon the undersigned attorney for the Debtors within 10 days of the date of service of this Notice.  Unless timely objections are received, the retention, employment, and compensation of the Contract Attorneys shall be deemed approved as of the date of this filing without the need for a hearing and without further order from the Court.

Dated:  March 8, 2010
      New York, New York

                    /s/ Richard P. Krasnow
                    Richard P. Krasnow

                    WEIL, GOTSHAL & MANGES LLP
                    767 Fifth Avenue
                    New York, New York 10153
                    Telephone: (212) 310-8000
                    Facsimile: (212) 310-8007

                    Attorneys for Debtors
                    and Debtors in Possession

## Exhibit A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
                      :

In re                        :    Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., *et al.,*    :    08-13555 (JMP)
                      :

        Debtors         :    (Jointly Administered)
                      :
-----------------------------------------------------------------X

AFFIDAVIT AND DISCLOSURE STATEMENT OF *Robert R. Adler*

STATE OF *North Carolina*    )
                        ) ss:
COUNTY OF *Mecklenberg*    )

*Robert R. Adler*, being duly sworn, upon his oath, deposes and says:

    1.    I am a lawyer admitted to practice in the State of *Florida*.
I am not affiliated with any law firm.  I am employed by *Strategic Legal* a staffing

agency.

    2.    I am not an insider of the debtors in the above-captioned

bankruptcy cases (the "Debtors").  I do not hold any claim, debt or equity security of the

Debtors.

    3.    I am not, and have not been within two years before September 15,

2008, a director, officer, or employee of any of the Debtors.

    4.    I am not, and have not been within three years before September

15, 2008, an investment banker for any outstanding security for any of the Debtors.

    5.    I am not, and have not been within two years before September

2008, an investment banker for a security of any of the Debtors, or an attorney for any

such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6. I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7. I have reviewed the list of identified parties set forth in the Master Conflicts List. Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list:

☐ I worked as a contract attorney for the following firms on matter unrelated to Lehman Brothers;

☒ I have nothing relevant to disclose.

8. If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this 16 day of February, 2010

_____
Notary Public

M ALLISON HAYWOOD
NOTARY PUBLIC
MECKLENBURG COUNTY, NC
My Commission Expires 5-17-2014

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------X
:

In re                                                              :     **Chapter 11 Case No.**

:

**LEHMAN BROTHERS HOLDINGS INC., et al.,**     :     **08-13555 (JMP)**

:

Debtors                                          :     **(Jointly Administered)**

:

-------------------------------------------------------X

**AFFIDAVIT AND DISCLOSURE STATEMENT OF** _Tasha Winebarger_

**STATE OF** _North Carolina_       )
                                                         ) ss:
**COUNTY OF** _Mecklenburg_         )

_Tasha Winebarger_ , being duly sworn, upon his oath, deposes and says:

1.     I am a lawyer admitted to practice in the State of _North Carolina_
I am not affiliated with any law firm.  I am employed by _Strategic_ , a staffing
agency.

2.     I am not an insider of the debtors in the above-captioned
bankruptcy cases (the "Debtors").  I do not hold any claim, debt or equity security of the
Debtors.

3.     I am not, and have not been within two years before September 15,
2008, a director, officer, or employee of any of the Debtors.

4.     I am not, and have not been within three years before September
15, 2008, an investment banker for any outstanding security for any of the Debtors.

5.     I am not, and have not been within two years before September
2008, an investment banker for a security of any of the Debtors, or an attorney for any

such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of identified parties set forth in the Master Conflicts List.  Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list:

☐ I worked as a contract attorney for the following firms on matter unrelated to Lehman Brothers;

☑ I have nothing relevant to disclose.

8.    If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this 15 day of February, 2009

_____
Notary Public

M ALLISON HAYWOOD
NOTARY PUBLIC
MECKLENBURG COUNTY, NC
My Commission Expires 5-17-2014

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X
                                                  :

In re                            :    **Chapter 11 Case No.**

                                           :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :    **08-13555 (JMP)**

                                           :

             **Debtors**          :    **(Jointly Administered)**

                                           :

-------------------------------------------------------X

**AFFIDAVIT AND DISCLOSURE STATEMENT OF** _Joyce Kaneko_

**STATE OF** _North Carolina_    )
                            ) ss:
**COUNTY OF** _Mecklenberg_    )

   _Joyce Kaneko_   , being duly sworn, upon his oath, deposes and says:

      1.    I am a lawyer admitted to practice in the State of _Connecticut New Jersey North Carolina_.

I am not affiliated with any law firm.  I am employed by _Strategic Legal_, a staffing

agency.

      2.    I am not an insider of the debtors in the above-captioned

bankruptcy cases (the "Debtors").  I do not hold any claim, debt or equity security of the

Debtors.

      3.    I am not, and have not been within two years before September 15,

2008, a director, officer, or employee of any of the Debtors.

      4.    I am not, and have not been within three years before September

15, 2008, an investment banker for any outstanding security for any of the Debtors.

      5.    I am not, and have not been within two years before September

2008, an investment banker for a security of any of the Debtors, or an attorney for any

such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.     I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.     I have reviewed the list of identified parties set forth in the Master Conflicts List. Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list:

☐ I worked as a contract attorney for the following firms on matter unrelated to Lehman Brothers;

☑ I have nothing relevant to disclose.

8.     If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this _16_ day of _February_, 2000

_____
Notary Public

M ALLISON HAYWOOD
NOTARY PUBLIC
MECKLENBURG COUNTY, NC
My Commission Expires 5-17-2014

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X
                                     :

In re                                  :     **Chapter 11 Case No.**

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*    :     **08-13555 (JMP)**

                 **Debtors**         :     **(Jointly Administered)**

                                       :

------------------------------------------------------X

**AFFIDAVIT AND DISCLOSURE STATEMENT OF** _Melissa Holer_

**STATE OF** _North Carolina_   )
                          ) ss:
**COUNTY OF** _Mecklenburg_   )

_Melissa Holer_ , being duly sworn, upon his oath, deposes and says:

    1.    I am a lawyer admitted to practice in the State of _North Carolina_
I am not affiliated with any law firm. I am employed by _Discover Reedy_ a staffing
agency.

    2.    I am not an insider of the debtors in the above-captioned
bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the
Debtors.

    3.    I am not, and have not been within two years before September 15,
2008, a director, officer, or employee of any of the Debtors.

    4.    I am not, and have not been within three years before September
15, 2008, an investment banker for any outstanding security for any of the Debtors.

    5.    I am not, and have not been within two years before September
2008, an investment banker for a security of any of the Debtors, or an attorney for any

such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of identified parties set forth in the Master Conflicts List.  Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list:

☐    I worked as a contract attorney for the following firms on matter unrelated to Lehman Brothers;

☒    I have nothing relevant to disclose.

8.    If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this _15_ day of _February_ , 20_10_

_____
Notary Public

M ALLISON HAYWOOD
NOTARY PUBLIC
MECKLENBURG COUNTY, NC
My Commission Expires 5-17-2014

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------X
                                                     :
In re                                                :    Chapter 11 Case No.
                                                     :
LEHMAN BROTHERS HOLDINGS INC., *et al.,*             :    08-13555 (JMP)
                                                     :
                        Debtors                      :    (Jointly Administered)
                                                     :
-----------------------------------------------------X

AFFIDAVIT AND DISCLOSURE STATEMENT OF *Peter Van Roten*

STATE OF _____*NC*_____        )
                               ) ss:
COUNTY OF _*Mecklenburg*_      )

*Peter Van Roten* _____, being duly sworn, upon his oath, deposes and says:

1.    I am a lawyer admitted to practice in the State of *North Carolina*
I am not affiliated with any law firm. I am employed by *Strategic legal*, a staffing

agency.

2.    I am not an insider of the debtors in the above-captioned

bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the

Debtors.

3.    I am not, and have not been within two years before September 15,

2008, a director, officer, or employee of any of the Debtors.

4.    I am not, and have not been within three years before September

15, 2008, an investment banker for any outstanding security for any of the Debtors.

5.    I am not, and have not been within two years before September

2008, an investment banker for a security of any of the Debtors, or an attorney for any

such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.      I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.      I have reviewed the list of identified parties set forth in the Master Conflicts List.  Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list:

☐  I worked as a contract attorney for the following firms on matter unrelated to Lehman Brothers;

☑  I have nothing relevant to disclose.

8.      If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this 15 day of February, 2010

_____
Notary Public

M ALLISON HAYWOOD
NOTARY PUBLIC
MECKLENBURG COUNTY, NC
My Commission Expires 5-17-2014

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
                                                         :
In re                                                    :    Chapter 11 Case No.
                                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.,*                 :    08-13555 (JMP)
                                                         :
                                  Debtors                :    (Jointly Administered)
                                                         :
---------------------------------------------------------X

AFFIDAVIT AND DISCLOSURE STATEMENT OF *Robert Brackett*

STATE OF *North Carolina*           )
                                    ) ss:
COUNTY OF *Mecklenburg*             )

*Robert Brackett*_____, being duly sworn, upon his oath, deposes and says:

        1.     I am a lawyer admitted to practice in the State of *North Carolina* .

I am not affiliated with any law firm.  I am employed by *Strategic Legal*, a staffing

agency.

        2.     I am not an insider of the debtors in the above-captioned

bankruptcy cases (the "Debtors").  I do not hold any claim, debt or equity security of the

Debtors.

        3.     I am not, and have not been within two years before September 15,

2008, a director, officer, or employee of any of the Debtors.

        4.     I am not, and have not been within three years before September

15, 2008, an investment banker for any outstanding security for any of the Debtors.

        5.     I am not, and have not been within two years before September

2008, an investment banker for a security of any of the Debtors, or an attorney for any

such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of identified parties set forth in the Master Conflicts List.  Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list:

☐ I worked as a contract attorney for the following firms on matter unrelated to Lehman Brothers;

☒ I have nothing relevant to disclose.

8.    If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this 15 day of February, 2000

_____
Notary Public

M ALLISON HAYWOOD
NOTARY PUBLIC
MECKLENBURG COUNTY, NC
My Commission Expires 5-17-2014

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
In re                                                       :   Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.,*                    :   08-13555 (JMP)
                                                            :
                                    Debtors                 :   (Jointly Administered)
                                                            :
------------------------------------------------------------X

AFFIDAVIT AND DISCLOSURE STATEMENT OF  Jamie Grubb

STATE OF  NC                        )
                                    ) ss:
COUNTY OF  Mecklenburg              )

Jamie Grubb            , being duly sworn, upon his oath, deposes and says:

      1.    I am a lawyer admitted to practice in the State of  NC         .
I am not affiliated with any law firm.  I am employed by  Strategic Legal a staffing
agency.

      2.    I am not an insider of the debtors in the above-captioned
bankruptcy cases (the "Debtors").  I do not hold any claim, debt or equity security of the
Debtors.

      3.    I am not, and have not been within two years before September 15,
2008, a director, officer, or employee of any of the Debtors.

      4.    I am not, and have not been within three years before September
15, 2008, an investment banker for any outstanding security for any of the Debtors.

      5.    I am not, and have not been within two years before September
2008, an investment banker for a security of any of the Debtors, or an attorney for any

such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of identified parties set forth in the Master Conflicts List. Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list:

☐    I worked as a contract attorney for the following firms on matter unrelated to Lehman Brothers;

☒    I have nothing relevant to disclose.

8.    If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this 15 day of Febwary, 2000

_____
Notary Public

M ALLISON HAYWOOD
NOTARY PUBLIC
MECKLENBURG COUNTY, NC
My Commission Expires 5-17-2014

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X
                                          :

In re                             :      Chapter 11 Case No.
                                            :

LEHMAN BROTHERS HOLDINGS INC., *et al.,*   :      08-13555 (JMP)
                                            :

              Debtors             :      (Jointly Administered)
                                            :
----------------------------------------------------------X

AFFIDAVIT AND DISCLOSURE STATEMENT OF *Eleftherios Xixi's*

STATE OF *North Carolina*    )
                               ) ss:
COUNTY OF *Mecklenburg*    )

*Eleftherios Xixis*    , being duly sworn, upon his oath, deposes and says:

        1.      I am a lawyer admitted to practice in the State of *North Carolina*
I am not affiliated with any law firm.  I am employed by *Strategic Legal* a staffing

agency.

        2.      I am not an insider of the debtors in the above-captioned

bankruptcy cases (the "Debtors").  I do not hold any claim, debt or equity security of the

Debtors.

        3.      I am not, and have not been within two years before September 15,

2008, a director, officer, or employee of any of the Debtors.

        4.      I am not, and have not been within three years before September

15, 2008, an investment banker for any outstanding security for any of the Debtors.

        5.      I am not, and have not been within two years before September

2008, an investment banker for a security of any of the Debtors, or an attorney for any

such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of identified parties set forth in the Master Conflicts List.  Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list:

☐    I worked as a contract attorney for the following firms on matter unrelated to Lehman Brothers;

☑    I have nothing relevant to disclose.

8.    If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this 23 day of February, 2000

_____
        Notary Public

M ALLISON HAYWOOD
NOTARY PUBLIC
MECKLENBURG COUNTY, NC
My Commission Expires 5-17-2014

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

|  |  |
|---|---|
| In re | : Chapter 11 Case No. |
|  | : |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | : 08-13555 (JMP) |
|  | : |
| Debtors | : (Jointly Administered) |
|  | : |

---------------------------------------------------------------X

**AFFIDAVIT AND DISCLOSURE STATEMENT OF** *Seth E. Strickland*

STATE OF *North Carolina*        )
                                               ) ss:
COUNTY OF *Mecklenburg*        )

*Seth E. Strickland*, being duly sworn, upon his oath, deposes and says:

1.      I am a lawyer admitted to practice in the State of *North Carolina*. I am not affiliated with any law firm.  I am employed by *Strategic Legal*, a staffing agency.

2.      I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors").  I do not hold any claim, debt or equity security of the Debtors.

3.      I am not, and have not been within two years before September 15, 2008, a director, officer, or employee of any of the Debtors.

4.      I am not, and have not been within three years before September 15, 2008, an investment banker for any outstanding security for any of the Debtors.

5.      I am not, and have not been within two years before September 2008, an investment banker for a security of any of the Debtors, or an attorney for any

such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of identified parties set forth in the Master Conflicts List.  Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list:

☐ I worked as a contract attorney for the following firms on matter unrelated to Lehman Brothers;

☒ I have nothing relevant to disclose.

8.    If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this 24 day of February, 2010

_____
Notary Public

M ALLISON HAYWOOD
NOTARY PUBLIC
MECKLENBURG COUNTY, NC
My Commission Expires 5-17-2014

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
                                                      :
In re                                                 :    Chapter 11 Case No.
                                                      :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*          :    08-13555 (JMP)
                                                      :
                          Debtors                     :    (Jointly Administered)
                                                      :
-------------------------------------------------------------X

**AFFIDAVIT AND DISCLOSURE STATEMENT OF** ~~Bart Butler~~
                                                    *Marcus Anderson*

STATE OF *North Carolina*          )
                                   ) ss:
COUNTY OF *Mecklenburg*            )

*Marcus Anderson*          , being duly sworn, upon his oath, deposes and says:

    1.    I am a lawyer admitted to practice in the State of *North Carolina*
~~I am not affiliated with any law firm.~~ I am employed by *Strategic Legal Staffing*, a staffing

agency.

    2.    I am not an insider of the debtors in the above-captioned

bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the

Debtors.

    3.    I am not, and have not been within two years before September 15,

2008, a director, officer, or employee of any of the Debtors.

    4.    I am not, and have not been within three years before September

15, 2008, an investment banker for any outstanding security for any of the Debtors.

    5.    I am not, and have not been within two years before September

2008, an investment banker for a security of any of the Debtors, or an attorney for any

such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

      6.     I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

      7.     I have reviewed the list of identified parties set forth in the Master Conflicts List. Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list:

☐ I worked as a contract attorney for the following firms on matter unrelated to Lehman Brothers;

☒ I have nothing relevant to disclose.

      8.     If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this 23 day of February , 2000

_____
Notary Public

M ALLISON HAYWOOD
NOTARY PUBLIC
MECKLENBURG COUNTY, NC
My Commission Expires 5-17-2014

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 Case No. |
|  | : |  |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
|  | : |  |
| Debtors | : | (Jointly Administered) |
|  | : |  |

------------------------------------------------------X

AFFIDAVIT AND DISCLOSURE STATEMENT OF *Robert Jordan McCarter*

STATE OF *North Carolina*          )
                                                      ) ss:
COUNTY OF *~~Wake~~ Mecklenburg*      )

*Robert Jordan McCarter* being duly sworn, upon his oath, deposes and says:

1.       I am a lawyer admitted to practice in the State of *North Carolina*

I am not affiliated with any law firm.  I am employed by *Strategic Legal,* a staffing

agency.

2.       I am not an insider of the debtors in the above-captioned

bankruptcy cases (the "Debtors").  I do not hold any claim, debt or equity security of the

Debtors.

3.       I am not, and have not been within two years before September 15,

2008, a director, officer, or employee of any of the Debtors.

4.       I am not, and have not been within three years before September

15, 2008, an investment banker for any outstanding security for any of the Debtors.

5.       I am not, and have not been within two years before September

2008, an investment banker for a security of any of the Debtors, or an attorney for any

such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of identified parties set forth in the Master Conflicts List. Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list:

☐ I worked as a contract attorney for the following firms on matter unrelated to Lehman Brothers;

☑ I have nothing relevant to disclose.

8.    If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _Robert Jordan McCarthy_

Subscribed and sworn to before me
this 23 day of February , 2010

_M Allison Haywood_
Notary Public

M ALLISON HAYWOOD
NOTARY PUBLIC
MECKLENBURG COUNTY, NC
My Commission Expires 5-17-2014

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X
                                          :
In re                                     :    **Chapter 11 Case No.**
                                          :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,   :    **08-13555 (JMP)**
                                          :
            **Debtors**                    :    **(Jointly Administered)**
                                          :
-----------------------------------------------------------X

AFFIDAVIT AND DISCLOSURE STATEMENT OF _Claude A Charles_

STATE OF _New York_         )
                            ) ss:
COUNTY OF _New York_        )

_Claude A Charles_, being duly sworn, upon his oath, deposes and says:

  1.  I am a lawyer admitted to practice in the State of _NY_.
I am not affiliated with any law firm. I am employed by _Discover Ready/Strategic_ a staffing
agency.

  2.  I am not an insider of the debtors in the above-captioned
bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the
Debtors.

  3.  I am not, and have not been within two years before September 15,
2008, a director, officer, or employee of any of the Debtors.

  4.  I am not, and have not been within three years before September
15, 2008, an investment banker for any outstanding security for any of the Debtors.

  5.  I am not, and have not been within two years before September
2008, an investment banker for a security of any of the Debtors, or an attorney for any

such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.     I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.     I have reviewed the list of identified parties set forth in the Master Conflicts List. Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list:

☐ I worked as a contract attorney for the following firms on matter unrelated to Lehman Brothers;

☒ I have nothing relevant to disclose.

8.     If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this 10th day of December, 2009

_____
Notary Public

TANYA D. MCDUFFIE
Notary Public, State of New York
No. 02MC6116012
Qualified in Nassau County
Commission Expires September 20, 2012

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

In re                                                     :        Chapter 11 Case No.

                                                          :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*              :        08-13555 (JMP)

                                                          :

                         **Debtors**                      :        (Jointly Administered)

                                                          :

-------------------------------------------------------------X

AFFIDAVIT AND DISCLOSURE STATEMENT OF _Steven Grant_

STATE OF _New York_              )

                                 ) ss:

COUNTY OF _New York_             )

_Steven Grant_, being duly sworn, upon his oath, deposes and says:

    1.    I am a lawyer admitted to practice in the State of _New York_
I am not affiliated with any law firm. I am employed by _Hudson Trp_, a staffing
agency.

    2.    I am not an insider of the debtors in the above-captioned
bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the
Debtors.

    3.    I am not, and have not been within two years before September 15,
2008, a director, officer, or employee of any of the Debtors.

    4.    I am not, and have not been within three years before September
15, 2008, an investment banker for any outstanding security for any of the Debtors.

    5.    I am not, and have not been within two years before September
2008, an investment banker for a security of any of the Debtors, or an attorney for any

TANYA D. McDUFFIE
Notary Public, State of New York
No. 02MC6146012
Qualified in Nassau County
Commission Expires September 29, 20__

such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of identified parties set forth in the Master Conflicts List.  Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list:

☐ I worked as a contract attorney for the following firms on matter unrelated to Lehman Brothers;

☑ I have nothing relevant to disclose.

8.    If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this 16th day of December, 2009

_____
Notary Public

TANYA D. MCDUFFIE
Notary Public, State of New York
No. 02MC6116012
Qualified in Nassau County
Commission Expires September 20, 2012

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                            :
In re                                       :     Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.,*    :     08-13555 (JMP)
                                            :
                Debtors                     :     (Jointly Administered)
                                            :
------------------------------------------------------------X

AFFIDAVIT AND DISCLOSURE STATEMENT OF _William McClure_

STATE OF _New York_                )
                                   ) ss:
COUNTY OF _New York_               )

_William McClure_, being duly sworn, upon his oath, deposes and says:

     1.    I am a lawyer admitted to practice in the State of _NY_.
I am not affiliated with any law firm. I am employed by _Strategic Legal_ a staffing
agency.

     2.    I am not an insider of the debtors in the above-captioned
bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the
Debtors.

     3.    I am not, and have not been within two years before September 15,
2008, a director, officer, or employee of any of the Debtors.

     4.    I am not, and have not been within three years before September
15, 2008, an investment banker for any outstanding security for any of the Debtors.

     5.    I am not, and have not been within two years before September
2008, an investment banker for a security of any of the Debtors, or an attorney for any

TANYA D. McDUFFIE
Notary Public, State of New York
No. 02MC6116012
Qualified in Nassau County
Commission Expires September 20, 20__

such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of identified parties set forth in the Master Conflicts List.  Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list:

☐ I worked as a contract attorney for the following firms on matter unrelated to Lehman Brothers;

☒ I have nothing relevant to disclose.

8.    If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this _11th_ day of _December_, 2009

_____
        Notary Public

TANYA D. MCDUFFIE
Notary Public, State of New York
No. 02MC6116012
Qualified in Nassau County
Commission Expires September 20, 2012

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
:
In re                                    :    Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :    08-13555 (JMP)
:
Debtors                           :    (Jointly Administered)
:
---------------------------------------------------------------X

AFFIDAVIT AND DISCLOSURE STATEMENT OF _ADEDAYO  SONEYE_

STATE OF _NEW YORK_             )
) ss:
COUNTY OF _NEW YORK_            )

_ADEDAYO  SONEYE_____, being duly sworn, upon his oath, deposes and says:

1.      I am a lawyer admitted to practice in the State of _NEW YORK_____.
I am not affiliated with any law firm. I am employed by _STRATEGIC LEGAL_, a staffing
agency.

2.      I am not an insider of the debtors in the above-captioned
bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the
Debtors.

3.      I am not, and have not been within two years before September 15,
2008, a director, officer, or employee of any of the Debtors.

4.      I am not, and have not been within three years before September
15, 2008, an investment banker for any outstanding security for any of the Debtors.

5.      I am not, and have not been within two years before September
2008, an investment banker for a security of any of the Debtors, or an attorney for any

TANYA D. MCDUFFIE
Notary Public, State of New York
No. 01MC6116072
[illegible]

such investment banker in connection with the offer, sale, or issuance of a security for

any of the Debtors.

6.     I do not have any connections with (a) any Bankruptcy Judge of

the United States Bankruptcy Court for the Southern District of New York, (b) the United

States Trustee (Region 2), or (c) any person employed by the United States Trustee

(Region 2).

7.     I have reviewed the list of identified parties set forth in the Master

Conflicts List.  Based upon my review of that list, I hereby disclose the following

connections to parties set forth on that list:

☐ I worked as a contract attorney for the following firms on matter unrelated
   to Lehman Brothers;

☑ I have nothing relevant to disclose.

8.     If I should discover any facts bearing on the matters described

herein, I will supplement the information contained in this Affidavit.

By: _ADEDAYO SONEYE _____

Subscribed and sworn to before me
this *10th* day of *December*, 2009

_____
          Notary Public

**TANYA D. MCDUFFIE**
Notary Public, State of New York
No. 02MC6116012
Qualified in Nassau County
*Commission Expires September 20, 2012*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------X
                                :

**In re**                            :        **Chapter 11 Case No.**

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*  :        **08-13555 (JMP)**

                   **Debtors**        :        **(Jointly Administered)**

                                  :
-------------------------------------------------------X

**AFFIDAVIT AND DISCLOSURE STATEMENT OF** *Steven Diminshy*

**STATE OF** *New York*         )
                              ) ss:
**COUNTY OF** *New York*       )

*Steven Diminshy*_____, being duly sworn, upon his oath, deposes and says:

        1.     I am a lawyer admitted to practice in the State of *New York* .

I am not affiliated with any law firm. I am employed by *Strategic Legal*, a staffing

agency.

        2.     I am not an insider of the debtors in the above-captioned

bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the

Debtors.

        3.     I am not, and have not been within two years before September 15,

2008, a director, officer, or employee of any of the Debtors.

        4.     I am not, and have not been within three years before September

15, 2008, an investment banker for any outstanding security for any of the Debtors.

        5.     I am not, and have not been within two years before September

2008, an investment banker for a security of any of the Debtors, or an attorney for any

such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.      I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.      I have reviewed the list of identified parties set forth in the Master Conflicts List.  Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list:

☒ I worked as a contract attorney for the following firms on matter unrelated to Lehman Brothers;

*Debevoise & Plimpton, LLC*
*Hughes, Hubbard & Reed, LLC*
*DiscoverReady, LLC*

☐ I have nothing relevant to disclose.

8.      If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this *16* day of *December*, 2009

_____
Notary Public

TANYA D. MCDUFFIE
Notary Public, State of New York
No. 02MC6116012
County
Comm. expires. number

TANYA D. MCDUFFIE
Notary Public, State of New York
No. 02MC6116012
Qualified in Nassau County
Commission Expires September 20, 2012

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                             :

In re                          :      Chapter 11 Case No.
                             :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :      08-13555 (JMP)
                             :

                Debtors      :      (Jointly Administered)
                             :

------------------------------------------------------------X

AFFIDAVIT AND DISCLOSURE STATEMENT OF *Sean Bagot*

STATE OF *New York* )
                       ) ss:
COUNTY OF *New York* )

*Sean Bagot*       , being duly sworn, upon his oath, deposes and says:

      1.     I am a lawyer admitted to practice in the State of *CT*.
I am not affiliated with any law firm.  I am employed by *Strategic*, a staffing
agency.

      2.     I am not an insider of the debtors in the above-captioned
bankruptcy cases (the "Debtors").  I do not hold any claim, debt or equity security of the
Debtors.

      3.     I am not, and have not been within two years before September 15,
2008, a director, officer, or employee of any of the Debtors.

      4.     I am not, and have not been within three years before September
15, 2008, an investment banker for any outstanding security for any of the Debtors.

      5.     I am not, and have not been within two years before September
2008, an investment banker for a security of any of the Debtors, or an attorney for any

such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.     I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.     I have reviewed the list of identified parties set forth in the Master Conflicts List.  Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list:

    ☐ I worked as a contract attorney for the following firms on matter unrelated to Lehman Brothers;

    ☑ I have nothing relevant to disclose.

8.     If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By _____

Subscribed and sworn to before me
this _12_ day of _____, 2009
DECEMBER

_____
Notary Public

TANYA D. MCDUFFIE
Notary Public, State of New York
No. 02MC6116012
Qualified in Nassau County
Commission Expires September 20, 20_12_

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 Case No. |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | 08-13555 (JMP) |
|  | : |  |
| Debtors | : | (Jointly Administered) |
|  | : |  |

-------------------------------------------------------------X

**AFFIDAVIT AND DISCLOSURE STATEMENT OF** Brian Whipple

**STATE OF** New York        )
                                          ) ss:
**COUNTY OF** New York      )

Brian Whipple              , being duly sworn, upon his oath, deposes and says:

      1.    I am a lawyer admitted to practice in the State of New York .
I am not affiliated with any law firm. I am employed by Strategic Legal , a staffing
agency.

      2.    I am not an insider of the debtors in the above-captioned
bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the
Debtors.

      3.    I am not, and have not been within two years before September 15,
2008, a director, officer, or employee of any of the Debtors.

      4.    I am not, and have not been within three years before September
15, 2008, an investment banker for any outstanding security for any of the Debtors.

      5.    I am not, and have not been within two years before September
2008, an investment banker for a security of any of the Debtors, or an attorney for any

FARIDA G. MEDFORD R
Notary Public, State of New York
No. 02ME6324012
Qualified in Nassau County
Commission Expires September 10, ...

such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of identified parties set forth in the Master Conflicts List.  Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list:

☐ I worked as a contract attorney for the following firms on matter unrelated to Lehman Brothers;

☑ I have nothing relevant to disclose.

8.    If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this 16th day of December, 2009

_____
Notary Public

TANYA D. MCDUFFIE
Notary Public, State of New York
No. 02MC6116012
Qualified in Nassau County
Commission Expires September 20, 2012

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X
                                          :
**In re**                                 :    **Chapter 11 Case No.**
                                          :
**LEHMAN BROTHERS HOLDINGS INC., *et al.*,**    :    **08-13555 (JMP)**
                                          :
            **Debtors**                   :    **(Jointly Administered)**
                                          :
-------------------------------------------------------------X

**AFFIDAVIT AND DISCLOSURE STATEMENT OF** _Jeffrey J. Lippincott_

**STATE OF** _New York_        )
                               ) ss:
**COUNTY OF** _New York_       )

_Jeff Lippincott_              , being duly sworn, upon his oath, deposes and says:

       1.    I am a lawyer admitted to practice in the State of _NJ_ .
I am not affiliated with any law firm. I am employed by _Strategic Legal_ , a staffing
agency.

       2.    I am not an insider of the debtors in the above-captioned
bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the
Debtors.

       3.    I am not, and have not been within two years before September 15,
2008, a director, officer, or employee of any of the Debtors.

       4.    I am not, and have not been within three years before September
15, 2008, an investment banker for any outstanding security for any of the Debtors.

       5.    I am not, and have not been within two years before September
2008, an investment banker for a security of any of the Debtors, or an attorney for any

TANYA D. MCDUFFIE
Notary Public, State of New York
No. 02MC6143925

such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of identified parties set forth in the Master Conflicts List.  Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list:

☐ I worked as a contract attorney for the following firms on matter unrelated to Lehman Brothers;

☒ I have nothing relevant to disclose.

8.    If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this 16th day of December, 2009

_____
Notary Public

TANYA D. MCDUFFIE
Notary Public, State of New York
No. 02MC6116012
Qualified in Nassau County
Commission Expires September 20, 2012

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

In re                                           :        Chapter 11 Case No.
                                                :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.,*    :        08-13555 (JMP)
                                                :
                            Debtors             :        (Jointly Administered)
                                                :
-------------------------------------------------------------X

AFFIDAVIT AND DISCLOSURE STATEMENT OF _Allyson Sackey_

STATE OF __NY__                )
                               ) ss:
COUNTY OF __NY__               )

_Allyson Sackey_ , being duly sworn, upon his oath, deposes and says:

      1.     I am a lawyer admitted to practice in the State of _New York_ .

I am not affiliated with any law firm. I am employed by _Strategic_ , a staffing

agency.

      2.     I am not an insider of the debtors in the above-captioned

bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the

Debtors.

      3.     I am not, and have not been within two years before September 15,

2008, a director, officer, or employee of any of the Debtors.

      4.     I am not, and have not been within three years before September

15, 2008, an investment banker for any outstanding security for any of the Debtors.

      5.     I am not, and have not been within two years before September

2008, an investment banker for a security of any of the Debtors, or an attorney for any

such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.      I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.      I have reviewed the list of identified parties set forth in the Master Conflicts List.  Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list:

☐ I worked as a contract attorney for the following firms on matter unrelated to Lehman Brothers;

☑ I have nothing relevant to disclose.

8.      If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _Allyson Sheley_

Subscribed and sworn to before me
this _11th_ day of _December_, 2009

_Tanya McDuffie_
Notary Public

TANYA D. MCDUFFIE
Notary Public, State of New York
No. 02MC6116012
Qualified in Nassau County
Commission Expires September 20, 2012

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
                                                          :
In re                                                     :     **Chapter 11 Case No.**
                                                          :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*              :     **08-13555 (JMP)**
                                                          :
                          **Debtors**                     :     **(Jointly Administered)**
                                                          :
-----------------------------------------------------------X

AFFIDAVIT AND DISCLOSURE STATEMENT OF *Mark A. Campbell*

STATE OF *New York*                    )
                                       ) ss:
COUNTY OF *New York*                   )

*Mark A. Campbell*              , being duly sworn, upon his oath, deposes and says:

      1.     I am a lawyer admitted to practice in the State of *Pennsylvania*. I am not affiliated with any law firm. I am employed by *Strategic Legal Solutions*, a staffing agency.

      2.     I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the Debtors.

      3.     I am not, and have not been within two years before September 15, 2008, a director, officer, or employee of any of the Debtors.

      4.     I am not, and have not been within three years before September 15, 2008, an investment banker for any outstanding security for any of the Debtors.

      5.     I am not, and have not been within two years before September 2008, an investment banker for a security of any of the Debtors, or an attorney for any

such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of identified parties set forth in the Master Conflicts List.  Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list:

☐ I worked as a contract attorney for the following firms on matter unrelated to Lehman Brothers;

☑ I have nothing relevant to disclose.

8.    If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this _16th_ day of _December_, 2009

_____
Notary Public

TANYA D. MCDUFFIE
Notary Public, State of New York
No. 02MC6116012
Qualified in Nassau County
Commission Expires September 20, 20_12_

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

In re                                          :        Chapter 11 Case No.
                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.,*       :        08-13555 (JMP)
                                               :
                    Debtors                    :        (Jointly Administered)
                                               :
---------------------------------------------------------X

AFFIDAVIT AND DISCLOSURE STATEMENT OF _MARC ALAIN STEIER_

STATE OF _NEW YORK_        )
                          ) ss:
COUNTY OF _NEW YORK_       )

_MARC ALAIN STEIER_, being duly sworn, upon his oath, deposes and says:

        1.     I am a lawyer admitted to practice in the State of _NEW YORK_. I am not affiliated with any law firm. I am employed by _DISCOVER READY_, a staffing agency.

        2.     I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the Debtors.

        3.     I am not, and have not been within two years before September 15, 2008, a director, officer, or employee of any of the Debtors.

        4.     I am not, and have not been within three years before September 15, 2008, an investment banker for any outstanding security for any of the Debtors.

        5.     I am not, and have not been within two years before September 2008, an investment banker for a security of any of the Debtors, or an attorney for any

TANYA D. ANTHONY
Notary Public, State of New York
No. 02AN6110492
Qualified in Nassau Cou..
Commission Expires September 2..

such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of identified parties set forth in the Master Conflicts List.  Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list:

☐    I worked as a contract attorney for the following firms on matter unrelated to Lehman Brothers;

☑    I have nothing relevant to disclose.

8.    If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this _16th_ day of _DECEMBER_, 2009

_____
Notary Public

TANYA D. MCDUFFIE
Notary Public, State of New York
No. 02MC6116012
Qualified in Nassau County
Commission Expires September 20, 20_12_

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                            :
In re                                                       :        Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :        08-13555 (JMP)
                                                            :
                    Debtors                                 :        (Jointly Administered)
                                                            :
------------------------------------------------------------X

AFFIDAVIT AND DISCLOSURE STATEMENT OF _Joseph Michael Roberts_

STATE OF _New York_              )
                                ) ss:
COUNTY OF _New York_            )

_Joseph Michael Roberts_, being duly sworn, upon his oath, deposes and says:

    1.      I am a lawyer admitted to practice in the ~~State of~~ _District of Columbia_ .
I am not affiliated with any law firm. I am employed by _Strategic Workforce Solutions_, a staffing

agency.

    2.      I am not an insider of the debtors in the above-captioned

bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the

Debtors.

    3.      I am not, and have not been within two years before September 15,

2008, a director, officer, or employee of any of the Debtors.

    4.      I am not, and have not been within three years before September

15, 2008, an investment banker for any outstanding security for any of the Debtors.

    5.      I am not, and have not been within two years before September

2008, an investment banker for a security of any of the Debtors, or an attorney for any

TANYA D. MCDUFFIE
Notary Public, State of New York
No. 02MC6119502
Qualified in Kings County
Commission Expires ...

such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.     I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.     I have reviewed the list of identified parties set forth in the Master Conflicts List.  Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list:

☐  I worked as a contract attorney for the following firms on matter unrelated to Lehman Brothers;

☒  I have nothing relevant to disclose.

8.     If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this _16th_ day of _December_, 2009

_____
Notary Public

TANYA D. MCDUFFIE
Notary Public, State of New York
No. 02MC6116012
Qualified in Nassau County
Commission Expires September 20, 2012

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

In re                                                        :    Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                     :    08-13555 (JMP)
                                                             :
                     Debtors                                 :    (Jointly Administered)
                                                             :

------------------------------------------------------------X

AFFIDAVIT AND DISCLOSURE STATEMENT OF _Timothy Cooley_

STATE OF _New York_                    )
                                       ) ss:
COUNTY OF _New York_                   )

_Timothy Cooley_____, being duly sworn, upon his oath, deposes and says:

      1.    I am a lawyer admitted to practice in the State of _New York_.

I am not affiliated with any law firm.  I am employed by _Discovery Ready_, a staffing

agency.

      2.    I am not an insider of the debtors in the above-captioned

bankruptcy cases (the "Debtors").  I do not hold any claim, debt or equity security of the

Debtors.

      3.    I am not, and have not been within two years before September 15,

2008, a director, officer, or employee of any of the Debtors.

      4.    I am not, and have not been within three years before September

15, 2008, an investment banker for any outstanding security for any of the Debtors.

      5.    I am not, and have not been within two years before September

2008, an investment banker for a security of any of the Debtors, or an attorney for any

such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.  I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.  I have reviewed the list of identified parties set forth in the Master Conflicts List.  Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list:

☐ I worked as a contract attorney for the following firms on matter unrelated to Lehman Brothers;

☑ I have nothing relevant to disclose.

8.  If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this 16th day of December, 2009

_____
Notary Public

TANYA D. MCDUFFIE
Notary Public, State of New York
No. 02MC6116012
Qualified in Nassau County
Commission Expires September 20, 2012

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

In re                                                              :       **Chapter 11 Case No.**
                                                                   :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,   :       **08-13555 (JMP)**
                                                                   :
                      **Debtors**                          :       **(Jointly Administered)**
                                                                   :

------------------------------------------------------------X

AFFIDAVIT AND DISCLOSURE STATEMENT OF *Joanna Kirby*

STATE OF _New York_         )
                                           ) ss:
COUNTY OF _New York_     )

_Joanna Kirby_          , being duly sworn, upon his oath, deposes and says:

    1.      I am a lawyer admitted to practice in the State of _New York_ .
I am not affiliated with any law firm.  I am employed by _Strategic Legal staffing
Solutions_ a staffing

agency.

    2.      I am not an insider of the debtors in the above-captioned

bankruptcy cases (the "Debtors").  I do not hold any claim, debt or equity security of the

Debtors.

    3.      I am not, and have not been within two years before September 15,

2008, a director, officer, or employee of any of the Debtors.

    4.      I am not, and have not been within three years before September

15, 2008, an investment banker for any outstanding security for any of the Debtors.

    5.      I am not, and have not been within two years before September

2008, an investment banker for a security of any of the Debtors, or an attorney for any

TANYA D. MCDUFFIE
Notary Public, State of New York
No. 02MC6141466
Qualified in New York County
Commission Expires September 14,

such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of identified parties set forth in the Master Conflicts List.  Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list:

☐ I worked as a contract attorney for the following firms on matter unrelated to Lehman Brothers;

☒ I have nothing relevant to disclose.

8.    If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this _____ day of _____, 2009

_____
Notary Public

TANYA D. MCDUFFIE
Notary Public, State of New York
No. 02MC6116012
Qualified in Nassau County
Commission Expires September 20, 20__

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
:
In re                                                     :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*    :    **08-13555 (JMP)**
:
            **Debtors**                             :    **(Jointly Administered)**
:
------------------------------------------------------------X

**AFFIDAVIT AND DISCLOSURE STATEMENT OF** _David Babad_

**STATE OF** _New York_            )
                                    ) ss:
**COUNTY OF** _New York_           )

_David Babad_____, being duly sworn, upon his oath, deposes and says:

1.        I am a lawyer admitted to practice in the State of _New York_ .
I am not affiliated with any law firm.  I am employed by _Strategic_____ , a staffing
agency.

2.        I am not an insider of the debtors in the above-captioned
bankruptcy cases (the "Debtors").  I do not hold any claim, debt or equity security of the
Debtors.

3.        I am not, and have not been within two years before September 15,
2008, a director, officer, or employee of any of the Debtors.

4.        I am not, and have not been within three years before September
15, 2008, an investment banker for any outstanding security for any of the Debtors.

5.        I am not, and have not been within two years before September
2008, an investment banker for a security of any of the Debtors, or an attorney for any

such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.     I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.     I have reviewed the list of identified parties set forth in the Master Conflicts List. Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list:

☐ I worked as a contract attorney for the following firms on matter unrelated to Lehman Brothers;

☑ I have nothing relevant to disclose.

8.     If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this 16 day of December, 2009

_____
Notary Public

TANYA D. MCDUFFIE
Notary Public, State of New York
No. 02MC6116012
Qualified in Nassau County
Commission Expires Septemb : .0, 20 12

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X
:
In re                                                          :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*    :    **08-13555 (JMP)**
:
                              **Debtors**                      :    **(Jointly Administered)**
:
----------------------------------------------------------------X

AFFIDAVIT AND DISCLOSURE STATEMENT OF _DAVID Koh_

STATE OF _New York_          )
                             ) ss:
COUNTY OF _New York_         )

_DAVID Koh_____, being duly sworn, upon his oath, deposes and says:

1.    I am a lawyer admitted to practice in the State of ___MASS___.
I am not affiliated with any law firm. I am employed by _Strategic Legal_, a staffing
agency.

2.    I am not an insider of the debtors in the above-captioned
bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the
Debtors.

3.    I am not, and have not been within two years before September 15,
2008, a director, officer, or employee of any of the Debtors.

4.    I am not, and have not been within three years before September
15, 2008, an investment banker for any outstanding security for any of the Debtors.

5.    I am not, and have not been within two years before September
2008, an investment banker for a security of any of the Debtors, or an attorney for any

such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of identified parties set forth in the Master Conflicts List.  Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list:

☐ I worked as a contract attorney for the following firms on matter unrelated to Lehman Brothers;

☒ I have nothing relevant to disclose.

8.    If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this _16th_ day of _December_, 2009

_____
Notary Public

TANYA D. MCDUFFIE
Notary Public, State of New York
No. 02MC6116012
Qualified in Nassau County
Commission Expires September 20, 2012

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
                        :

In re                      :    **Chapter 11 Case No.**
                        :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*  :    **08-13555 (JMP)**
                      :

          **Debtors**       :    **(Jointly Administered)**
                      :

------------------------------------------------------------X

AFFIDAVIT AND DISCLOSURE STATEMENT OF *Gregory S. Botvinik*

STATE OF *New York*        )
                        ) ss:
COUNTY OF *New York*     )

    *Gregory S. Botvinik*    , being duly sworn, upon his oath, deposes and says:

        1.     I am a lawyer admitted to practice in the State of *New Jersey*. I am not affiliated with any law firm. I am employed by *Strategic Legal*, a staffing agency.

        2.     I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the Debtors.

        3.     I am not, and have not been within two years before September 15, 2008, a director, officer, or employee of any of the Debtors.

        4.     I am not, and have not been within three years before September 15, 2008, an investment banker for any outstanding security for any of the Debtors.

        5.     I am not, and have not been within two years before September 2008, an investment banker for a security of any of the Debtors, or an attorney for any

such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.     I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.     I have reviewed the list of identified parties set forth in the Master Conflicts List.  Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list:

☐ I worked as a contract attorney for the following firms on matter unrelated to Lehman Brothers;

☒ I have nothing relevant to disclose.

8.     If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this _____ day of _____, 2009

_____
Notary Public

TANYA D. MCDUFFIE
Notary Public, State of New York
No. 02MC6116012
Qualified in Nassau County
Commission Expires September 20, 2012

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------X

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 Case No. |
|  | : |  |
| LEHMAN BROTHERS HOLDINGS INC., *et al.,* | : | 08-13555 (JMP) |
|  | : |  |
| Debtors | : | (Jointly Administered) |
|  | : |  |

--------------------------------------------------------X

**AFFIDAVIT AND DISCLOSURE STATEMENT OF** *Edna Cowan*

**STATE OF** *New York*            )
                                   ) ss:
**COUNTY OF** *New York*           )

*Edna Cowan*            , being duly sworn, upon his oath, deposes and says:

      1.    I am a lawyer admitted to practice in the State of *New York* .
I am not affiliated with any law firm. I am employed by *Strategic Legal* a staffing

agency.

      2.    I am not an insider of the debtors in the above-captioned

bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the

Debtors.

      3.    I am not, and have not been within two years before September 15,

2008, a director, officer, or employee of any of the Debtors.

      4.    I am not, and have not been within three years before September

15, 2008, an investment banker for any outstanding security for any of the Debtors.

      5.    I am not, and have not been within two years before September

2008, an investment banker for a security of any of the Debtors, or an attorney for any

such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of identified parties set forth in the Master Conflicts List.  Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list:

☐ I worked as a contract attorney for the following firms on matter unrelated to Lehman Brothers;

☑ I have nothing relevant to disclose.

8.    If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this 16th day of December, 2009

_____
Notary Public

TANYA D. MCDUFFIE
Notary Public, State of New York
No. 02MC6116012
Qualified in Nassau County
Commission Expires September 20, 2012

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

In re                                          :        Chapter 11 Case No.
                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,       :        08-13555 (JMP)
                                               :
                    Debtors                    :        (Jointly Administered)
                                               :
------------------------------------------------------------X

AFFIDAVIT AND DISCLOSURE STATEMENT OF _Mark McLaughlin_

STATE OF _New York_                    )
                                       ) ss:
COUNTY OF _New York_                   )

_Mark McLaughlin_____, being duly sworn, upon his oath, deposes and says:

    1.      I am a lawyer admitted to practice in the State of _New York_.

I am not affiliated with any law firm. I am employed by _Strategic Legal_, a staffing

agency.

    2.      I am not an insider of the debtors in the above-captioned

bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the

Debtors.

    3.      I am not, and have not been within two years before September 15,

2008, a director, officer, or employee of any of the Debtors.

    4.      I am not, and have not been within three years before September

15, 2008, an investment banker for any outstanding security for any of the Debtors.

    5.      I am not, and have not been within two years before September

2008, an investment banker for a security of any of the Debtors, or an attorney for any

such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.      I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.      I have reviewed the list of identified parties set forth in the Master Conflicts List.  Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list:

☐ I worked as a contract attorney for the following firms on matter unrelated to Lehman Brothers;

☒ I have nothing relevant to disclose.

8.      If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this 16th day of December, 2009

_____
Notary Public

TANYA D. MCDUFFIE
Notary Public, State of New York
No. 02MC6116012
Qualified in Nassau County
Commission Expires September 20, 2012

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------X
                                             :

In re                              :     Chapter 11 Case No.
                                             :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :     **08-13555 (JMP)**
                                           :

               **Debtors**          :     **(Jointly Administered)**
                                           :

--------------------------------------------------------------X

**AFFIDAVIT AND DISCLOSURE STATEMENT OF** _Breandán O'Scealai_

**STATE OF** _New York_       )
                              ) ss:
**COUNTY OF** _New York_   )

_Breandán O'Scealai_ , being duly sworn, upon his oath, deposes and says:

        1.     I am a lawyer admitted to practice in the State of _New York_.
I am not affiliated with any law firm. I am employed by _Strategic Legal_, a staffing

agency.

        2.     I am not an insider of the debtors in the above-captioned

bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the

Debtors.

        3.     I am not, and have not been within two years before September 15,

2008, a director, officer, or employee of any of the Debtors.

        4.     I am not, and have not been within three years before September

15, 2008, an investment banker for any outstanding security for any of the Debtors.

        5.     I am not, and have not been within two years before September

2008, an investment banker for a security of any of the Debtors, or an attorney for any

such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.      I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.      I have reviewed the list of identified parties set forth in the Master Conflicts List.  Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list:

☐ I worked as a contract attorney for the following firms on matter unrelated to Lehman Brothers;

☒ I have nothing relevant to disclose.

8.      If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this 16th day of December, 2009

_____
Notary Public

TANYA D. MCDUFFIE
Notary Public, State of New York
No. 02MC6116012
Qualified in Nassau County
Commission Expires September 20, 20 12

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------X
                                                       :
**In re**                                              :    Chapter 11 Case No.
                                                       :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*           :    08-13555 (JMP)
                                                       :
              **Debtors**                              :    (Jointly Administered)
                                                       :
-------------------------------------------------------X

**AFFIDAVIT AND DISCLOSURE STATEMENT OF** _James Allen_

**STATE OF** _New York_            )
                                   ) ss:
**COUNTY OF** _New York_           )

_James Allen_, being duly sworn, upon his oath, deposes and says:

1.    I am a lawyer admitted to practice in the State of _New York_. I am not affiliated with any law firm. I am employed by _Discovery Bond_, a staffing agency.

2.    I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the Debtors.

3.    I am not, and have not been within two years before September 15, 2008, a director, officer, or employee of any of the Debtors.

4.    I am not, and have not been within three years before September 15, 2008, an investment banker for any outstanding security for any of the Debtors.

5.    I am not, and have not been within two years before September 2008, an investment banker for a security of any of the Debtors, or an attorney for any

such investment banker in connection with the offer, sale, or issuance of a security for
any of the Debtors.

6.     I do not have any connections with (a) any Bankruptcy Judge of
the United States Bankruptcy Court for the Southern District of New York, (b) the United
States Trustee (Region 2), or (c) any person employed by the United States Trustee
(Region 2).

7.     I have reviewed the list of identified parties set forth in the Master
Conflicts List.  Based upon my review of that list, I hereby disclose the following
connections to parties set forth on that list:

☐ I worked as a contract attorney for the following firms on matter unrelated
to Lehman Brothers;

☒ I have nothing relevant to disclose.

8.     If I should discover any facts bearing on the matters described
herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this 16th day of December, 2009

_____
Notary Public

TANYA D. MCDUFFIE
Notary Public, State of New York
No. 02MC6116012
Qualified in Nassau County
Commission Expires September 20, 2012

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
                                        :
**In re**                               :    **Chapter 11 Case No.**
                                        :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :    **08-13555 (JMP)**
                                        :
            **Debtors**                 :    **(Jointly Administered)**
                                        :
-------------------------------------------------------------X

**AFFIDAVIT AND DISCLOSURE STATEMENT OF** *Carmella Caridi*

**STATE OF** *New York*          )
                                 ) ss:
**COUNTY OF** *New York*         )

*Carmella Caridi*, being duly sworn, upon his oath, deposes and says:

      1.    I am a lawyer admitted to practice in the State of *New York*. I am not affiliated with any law firm. I am employed by *Discovery Ready*, a staffing agency.

      2.    I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the Debtors.

      3.    I am not, and have not been within two years before September 15, 2008, a director, officer, or employee of any of the Debtors.

      4.    I am not, and have not been within three years before September 15, 2008, an investment banker for any outstanding security for any of the Debtors.

      5.    I am not, and have not been within two years before September 2008, an investment banker for a security of any of the Debtors, or an attorney for any

such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of identified parties set forth in the Master Conflicts List.  Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list:

☐ I worked as a contract attorney for the following firms on matter unrelated to Lehman Brothers;

☑ I have nothing relevant to disclose.

8.    If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: ___Carmela Cividi___

Subscribed and sworn to before me
this 16th day of December, 2009

_____
Notary Public

TANYA D. MCDUFFIE
Notary Public, State of New York
No. 02MC6116012
Qualified in Nassau County
Commission Expires September 20, 2012

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
                                                            :
**In re**                                                   :    **Chapter 11 Case No.**
                                                            :
**LEHMAN BROTHERS HOLDINGS INC., *et al.,***                :    **08-13555 (JMP)**
                                                            :
           **Debtors**                                      :    **(Jointly Administered)**
                                                            :
------------------------------------------------------------X

AFFIDAVIT AND DISCLOSURE STATEMENT OF ___Igor E. Gadlin___

STATE OF ___New York___    )
                           ) ss:
COUNTY OF ___New York___   )

___Igor E. Gadlin___, being duly sworn, upon his oath, deposes and says:

      1.     I am a lawyer admitted to practice in the State of ___New York___. I am not affiliated with any law firm. I am employed by ___Strategic Legal___ a staffing agency.

      2.     I am not an insider of the debtors in the above-captioned bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the Debtors.

      3.     I am not, and have not been within two years before September 15, 2008, a director, officer, or employee of any of the Debtors.

      4.     I am not, and have not been within three years before September 15, 2008, an investment banker for any outstanding security for any of the Debtors.

      5.     I am not, and have not been within two years before September 2008, an investment banker for a security of any of the Debtors, or an attorney for any

such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of identified parties set forth in the Master Conflicts List.  Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list:

☐    I worked as a contract attorney for the following firms on matter unrelated to Lehman Brothers;

☑    I have nothing relevant to disclose.

8.    If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this _16th_ day of _December_ , 2009

_____
Notary Public

TANYA D. MCDUFFIE
Notary Public, State of New York
No. 02MC6116012
Qualified in Nassau County
Commission Expires September 20, 20_11_

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                        :
In re                                   :    Chapter 11 Case No.
                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.,*  :    08-13555 (JMP)
                                        :
                    Debtors             :    (Jointly Administered)
                                        :
------------------------------------------------------------X

AFFIDAVIT AND DISCLOSURE STATEMENT OF *Jeanne E. Pantz*

STATE OF New York )
                                    ) ss:
COUNTY OF New York )

*Jeanne E. Pantz*, being duly sworn, upon his oath, deposes and says:

    1.    I am a lawyer admitted to practice in the State of *New Jersey*.
I am not affiliated with any law firm. I am employed by *Strategic*, a staffing
agency.

    2.    I am not an insider of the debtors in the above-captioned
bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the
Debtors.

    3.    I am not, and have not been within two years before September 15,
2008, a director, officer, or employee of any of the Debtors.

    4.    I am not, and have not been within three years before September
15, 2008, an investment banker for any outstanding security for any of the Debtors.

    5.    I am not, and have not been within two years before September
2008, an investment banker for a security of any of the Debtors, or an attorney for any

such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of identified parties set forth in the Master Conflicts List.  Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list:

☐ I worked as a contract attorney for the following firms on matter unrelated to Lehman Brothers;

☑ I have nothing relevant to disclose.

8.    If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this ____ day of _____, 2009

_____
Notary Public

TANYA D. MCDUFFIE
Notary Public, State of New York
No. 02MC6116012
Qualified in Nassau County
Commission Expires September 20, 20__

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
                                            :
In re                                       :    Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.,*     :    08-13555 (JMP)
                                            :
            Debtors                         :    (Jointly Administered)
                                            :
-----------------------------------------------------------------X

AFFIDAVIT AND DISCLOSURE STATEMENT OF  JAIMEE TODD

STATE OF  NEW YORK                    )
                                      ) ss:
COUNTY OF  NEW YORK                   )

    JAIMEE TODD                    , being duly sworn, upon his oath, deposes and says:

    1.    I am a lawyer admitted to practice in the State of  NEW YORK .
I am not affiliated with any law firm.  I am employed by  STRATEGIC , a staffing
agency.

    2.    I am not an insider of the debtors in the above-captioned
bankruptcy cases (the "Debtors").  I do not hold any claim, debt or equity security of the
Debtors.

    3.    I am not, and have not been within two years before September 15,
2008, a director, officer, or employee of any of the Debtors.

    4.    I am not, and have not been within three years before September
15, 2008, an investment banker for any outstanding security for any of the Debtors.

    5.    I am not, and have not been within two years before September
2008, an investment banker for a security of any of the Debtors, or an attorney for any

such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.     I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.     I have reviewed the list of identified parties set forth in the Master Conflicts List. Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list:

☑ I worked as a contract attorney for the following firms on matter unrelated to Lehman Brothers;

☑ I have nothing relevant to disclose.

8.     If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this _16_ day of _DECEMBER_, 2009

_____
Notary Public

TANYA D. MCDUFFIE
Notary Public, State of New York
No. 02MC6116012
Qualified in Nassau County
Commission Expires September 20, 20_12_

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
|   |   |
|---|---|
| In re | : |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | : |
| | : |
| Debtors | : |
| | : |

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)
-----------------------------------------------------------------X

**AFFIDAVIT AND DISCLOSURE STATEMENT OF** _TANIA HORTON_

**STATE OF** _N Y_ )
 ) ss:
**COUNTY OF** _New York_ )

_TANIA D. HORTON_, being duly sworn, upon his oath, deposes and says:

      1.    I am a lawyer admitted to practice in the State of _N Y_.
I am not affiliated with any law firm. I am employed by _Strategic_, a staffing
agency.

      2.    I am not an insider of the debtors in the above-captioned
bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the
Debtors.

      3.    I am not, and have not been within two years before September 15,
2008, a director, officer, or employee of any of the Debtors.

      4.    I am not, and have not been within three years before September
15, 2008, an investment banker for any outstanding security for any of the Debtors.

      5.    I am not, and have not been within two years before September
2008, an investment banker for a security of any of the Debtors, or an attorney for any

such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

      6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

      7.    I have reviewed the list of identified parties set forth in the Master Conflicts List. Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list:

☐ I worked as a contract attorney for the following firms on matter unrelated to Lehman Brothers;

☒ I have nothing relevant to disclose.

      8.    If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _Jaime D. H_____

Subscribed and sworn to before me
this 22ᵗʰ day of _December_, 2009

_____
Notary Public

**TANYA D. MCDUFFIE**
Notary Public, State of New York
No. 02MC6116012
Qualified in Nassau County
Commission Expires September 20, 20__

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                          :

In re                              :    Chapter 11 Case No.
                          :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :    08-13555 (JMP)
                          :

            Debtors         :    (Jointly Administered)
                          :
------------------------------------------------------------X

AFFIDAVIT AND DISCLOSURE STATEMENT OF _David Schneider_

STATE OF _New York_ )
                         ) ss:
COUNTY OF _New York_ )

_David Schneider_, being duly sworn, upon his oath, deposes and says:

      1.    I am a lawyer admitted to practice in the State of _New York_.
I am not affiliated with any law firm. I am employed by _Strategic Legal_, a staffing
agency.

      2.    I am not an insider of the debtors in the above-captioned
bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the
Debtors.

      3.    I am not, and have not been within two years before September 15,
2008, a director, officer, or employee of any of the Debtors.

      4.    I am not, and have not been within three years before September
15, 2008, an investment banker for any outstanding security for any of the Debtors.

      5.    I am not, and have not been within two years before September
2008, an investment banker for a security of any of the Debtors, or an attorney for any

such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of identified parties set forth in the Master Conflicts List.  Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list:

☐ I worked as a contract attorney for the following firms on matter unrelated to Lehman Brothers;

☑ I have nothing relevant to disclose.

8.    If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this _____ day of _____, 2009

_____
Notary Public

TANYA D. MCDUFFIE
Notary Public, State of New York
No. 02MC6116012
Qualified in Nassau County
Commission Expires September 20, 20__

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
                           :

In re                           :        Chapter 11 Case No.
                           :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :        **08-13555 (JMP)**
                           :

              **Debtors**       :        **(Jointly Administered)**
                           :
-----------------------------------------------------------------X

**AFFIDAVIT AND DISCLOSURE STATEMENT OF** _Anthony P. Burger, Esq_

**STATE OF** ___N.Y.___     )
                       ) ss:
**COUNTY OF** ___N.Y.___  )

___Anthony P. Burger___, being duly sworn, upon his oath, deposes and says:

      1.     I am a lawyer admitted to practice in the State of ___N.Y.___.
I am not affiliated with any law firm. I am employed by _Strategic Legal_, a staffing

agency.

      2.     I am not an insider of the debtors in the above-captioned

bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the

Debtors.

      3.     I am not, and have not been within two years before September 15,

2008, a director, officer, or employee of any of the Debtors.

      4.     I am not, and have not been within three years before September

15, 2008, an investment banker for any outstanding security for any of the Debtors.

      5.     I am not, and have not been within two years before September

2008, an investment banker for a security of any of the Debtors, or an attorney for any

such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

      6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

      7.    I have reviewed the list of identified parties set forth in the Master Conflicts List.  Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list:

☐ I worked as a contract attorney for the following firms on matter unrelated to Lehman Brothers;

☒ I have nothing relevant to disclose.

      8.    If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this 2nd day of January , 2009
                                2010

_____
Notary Public

TANYA D. MCDUFFIE
Notary Public, State of New York
No. 02MC6116012
Qualified in Nassau County
Commission Expires September 20, 20__

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
                       :

In re                         :     Chapter 11 Case No.
                         :

**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,   :     08-13555 (JMP)
                         :

         **Debtors**         :     **(Jointly Administered)**
                         :
---------------------------------------------------------------X

AFFIDAVIT AND DISCLOSURE STATEMENT OF _Raniece Medley_

STATE OF _New York_         )
                         ) ss:
COUNTY OF _New York_    )

_____Raniece Medley_____, being duly sworn, upon his oath, deposes and says:

        1.     I am a lawyer admitted to practice in the State of _New York_ .
I am not affiliated with any law firm. I am employed by _Strategic Legal_, a staffing
agency.

        2.     I am not an insider of the debtors in the above-captioned
bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the
Debtors.

        3.     I am not, and have not been within two years before September 15,
2008, a director, officer, or employee of any of the Debtors.

        4.     I am not, and have not been within three years before September
15, 2008, an investment banker for any outstanding security for any of the Debtors.

        5.     I am not, and have not been within two years before September
2008, an investment banker for a security of any of the Debtors, or an attorney for any

such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of identified parties set forth in the Master Conflicts List.  Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list:

☐ I worked as a contract attorney for the following firms on matter unrelated to Lehman Brothers;

☑ I have nothing relevant to disclose.

8.    If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this 2nd day of January , 2009 2010

_____
Notary Public

TANYA R. MCDUFFIE
Notary Public, State of New York
No. 01MC6184662
Qualified in Nassau County
Commission Expires September 29, 20 12

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
                                                             :
In re                                                        :    **Chapter 11 Case No.**
                                                             :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*                 :    **08-13555 (JMP)**
                                                             :
                                  **Debtors**                :    **(Jointly Administered)**
                                                             :
-----------------------------------------------------------------X

AFFIDAVIT AND DISCLOSURE STATEMENT OF   Eric D. Feldman

STATE OF  New York            )
                              ) ss:
COUNTY OF  New York           )

Eric D. Feldman        , being duly sworn, upon his oath, deposes and says:

    1.    I am a lawyer admitted to practice in the State of  New York .

I am not affiliated with any law firm.  I am employed by  Strategic Legal , a staffing

agency.

    2.    I am not an insider of the debtors in the above-captioned

bankruptcy cases (the "Debtors").  I do not hold any claim, debt or equity security of the

Debtors.

    3.    I am not, and have not been within two years before September 15,

2008, a director, officer, or employee of any of the Debtors.

    4.    I am not, and have not been within three years before September

15, 2008, an investment banker for any outstanding security for any of the Debtors.

    5.    I am not, and have not been within two years before September

2008, an investment banker for a security of any of the Debtors, or an attorney for any

such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of identified parties set forth in the Master Conflicts List.  Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list:

☐  I worked as a contract attorney for the following firms on matter unrelated to Lehman Brothers;

☑  I have nothing relevant to disclose.

8.    If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit

By: _____

Subscribed and sworn to before me
this _2nd_ day of _January_, ~~2009~~ 2010

_____
Notary Public

TANYA D. MCDUFFIE
Notary Public, State of New York
No. 02MC6136012
Qualified in Nassau County
Commission Expires September 20, 20_12_

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

In re                                                        :    **Chapter 11 Case No.**
                                                             :
**LEHMAN BROTHERS HOLDINGS INC., *et al.*,**   :    **08-13555 (JMP)**
                                                             :
                             Debtors                         :    **(Jointly Administered)**
                                                             :
----------------------------------------------------------------X

**AFFIDAVIT AND DISCLOSURE STATEMENT OF** David E. Crowe

**STATE OF** New York                  )
                                        ) ss:
**COUNTY OF** New York                 )

David E. Crowe_____, being duly sworn, upon his oath, deposes and says:

      1.     I am a lawyer admitted to practice in the State of California.
I am not affiliated with any law firm. I am employed by Strategic Legal, a staffing
agency.

      2.     I am not an insider of the debtors in the above-captioned
bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the
Debtors.

      3.     I am not, and have not been within two years before September 15,
2008, a director, officer, or employee of any of the Debtors.

      4.     I am not, and have not been within three years before September
15, 2008, an investment banker for any outstanding security for any of the Debtors.

      5.     I am not, and have not been within two years before September
15, 2008, an investment banker for a security of any of the Debtors, or an attorney for any

such investment banker in connection with the offer, sale, or issuance of a security for
any of the Debtors.

6.      I do not have any connections with (a) any Bankruptcy Judge of
the United States Bankruptcy Court for the Southern District of New York, (b) the United
States Trustee (Region 2), or (c) any person employed by the United States Trustee
(Region 2).

7.      I have reviewed the list of identified parties set forth in the Master
Conflicts List.  Based upon my review of that list, I hereby disclose the following
connections to parties set forth on that list:

☒  I worked as a contract attorney for the following firms on matter unrelated
   to Lehman Brothers; McKenna Long 6 Aldridge;
☒ Jones Day (Associate)

☐ I have nothing relevant to disclose.

8.      If I should discover any facts bearing on the matters described
herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this 2 day of January, 2010

_____
Notary Public

TANYA D. MCDUFFIE
Notary Public, State of New York
No. 01MC6136052
Qualified in Nassau County
Commission Expires September 28, 2012

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
                                         :

In re                                 :     **Chapter 11 Case No.**
                                           :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*  :    **08-13555 (JMP)**
                                           :

                    **Debtors**      :    **(Jointly Administered)**
                                           :

-------------------------------------------------------------X

AFFIDAVIT AND DISCLOSURE STATEMENT OF _Janice   Webster_

STATE OF _New York_      )
                                ) ss:
COUNTY OF _New York_   )

_Janice Webster_ , being duly sworn, upon his oath, deposes and says:

      1.      I am a lawyer admitted to practice in the State of _New York_ .
I am not affiliated with any law firm.  I am employed by _Strategic  Legal Resources_ , a staffing
agency.

      2.      I am not an insider of the debtors in the above-captioned
bankruptcy cases (the "Debtors").  I do not hold any claim, debt or equity security of the
Debtors.

      3.      I am not, and have not been within two years before September 15,
2008, a director, officer, or employee of any of the Debtors.

      4.      I am not, and have not been within three years before September
15, 2008, an investment banker for any outstanding security for any of the Debtors.

      5.      I am not, and have not been within two years before September
2008, an investment banker for a security of any of the Debtors, or an attorney for any

such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.    I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.    I have reviewed the list of identified parties set forth in the Master Conflicts List.  Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list:

☑ I worked as a contract attorney for the following firms on matter unrelated to Lehman Brothers;   SKADDEN ARPS
                                                                                                   BANK of America
                                                                                                   Deutche Bank

☐ I have nothing relevant to disclose.

8.    If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this 2nd day of January, 2009  2010

_____
            Notary Public

TANYA D. MCDUFFIE
Notary Public, State of New York
No. 02MC6116832
Qualified in Nassau County
Commission Expires September 20, 20 12

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
                         :

In re                       :     **Chapter 11 Case No.**
                         :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*  :     **08-13555 (JMP)**
                         :

          **Debtors**         :     **(Jointly Administered)**
                         :
------------------------------------------------------------------X

**AFFIDAVIT AND DISCLOSURE STATEMENT OF** _Joel Fener_

**STATE OF** _New York_       )
                       ) ss:
**COUNTY OF** _New York_   )

_Joel Fener_ _____, being duly sworn, upon his oath, deposes and says:

     1.     I am a lawyer admitted to practice in the State of _New York_.
I am not affiliated with any law firm. I am employed by _Strategic Legal_, a staffing
agency.

     2.     I am not an insider of the debtors in the above-captioned
bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the
Debtors.

     3.     I am not, and have not been within two years before September 15,
2008, a director, officer, or employee of any of the Debtors.

     4.     I am not, and have not been within three years before September
15, 2008, an investment banker for any outstanding security for any of the Debtors.

     5.     I am not, and have not been within two years before September
2008, an investment banker for a security of any of the Debtors, or an attorney for any

such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.      I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.      I have reviewed the list of identified parties set forth in the Master Conflicts List.  Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list:

☐ I worked as a contract attorney for the following firms on matter unrelated to Lehman Brothers;

☒ I have nothing relevant to disclose.

8.      If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this ~~31st~~ 2nd day of ~~December~~ January, ~~2009~~ 2010

_____
Notary Public

TANYA D. MCDUFFIE
Notary Public, State of New York
No. 02MC6116012
Qualified in Nassau County
Commission Expires September 20, 2012

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                    :

In re                              :     **Chapter 11 Case No.**

                                      :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :     **08-13555 (JMP)**

                                      :

              **Debtors**            :     **(Jointly Administered)**

                                      :

------------------------------------------------------------X

**AFFIDAVIT AND DISCLOSURE STATEMENT OF** *Sonja Murray*

**STATE OF** _____ *NY* _____   )

                              ) ss:

**COUNTY OF** _____ *NY* _____   )

_____ *Sonja Murray* _____ , being duly sworn, upon his oath, deposes and says:

      1.    I am a lawyer admitted to practice in the State of _____ *NY* _____

I am not affiliated with any law firm. I am employed by _____ *Strategic* _____ , a staffing

agency.

      2.    I am not an insider of the debtors in the above-captioned

bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the

Debtors.

      3.    I am not, and have not been within two years before September 15,

2008, a director, officer, or employee of any of the Debtors.

      4.    I am not, and have not been within three years before September

15, 2008, an investment banker for any outstanding security for any of the Debtors.

      5.    I am not, and have not been within two years before September

2008, an investment banker for a security of any of the Debtors, or an attorney for any

such investment banker in connection with the offer, sale, or issuance of a security for any of the Debtors.

6.      I do not have any connections with (a) any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, (b) the United States Trustee (Region 2), or (c) any person employed by the United States Trustee (Region 2).

7.      I have reviewed the list of identified parties set forth in the Master Conflicts List.  Based upon my review of that list, I hereby disclose the following connections to parties set forth on that list:

☐ I worked as a contract attorney for the following firms on matter unrelated to Lehman Brothers;

☒ I have nothing relevant to disclose.

8.      If I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this 2ⁿᵈ day of _January_, 20**10**

_____
Notary Public

TANYA D. MCDUFFIE
Notary Public, State of New York
No. 02MC6116062
Qualified in Nassau County
Commission Expires September 20, 20 12

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                              :
In re                                         :    Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,      :    08-13555 (JMP)
                                              :
                              Debtors         :    (Jointly Administered)
                                              :
------------------------------------------------------------------X

AFFIDAVIT AND DISCLOSURE STATEMENT OF *Natalia Restivo*

STATE OF *New York*          )
                             ) ss:
COUNTY OF *New York*         )

*Natalia Restivo*, being duly sworn, upon his oath, deposes and says:

    1.    I am a lawyer admitted to practice in the State of *New York*.
I am not affiliated with any law firm. I am employed by *Strategic Legal*, a staffing
agency.

    2.    I am not an insider of the debtors in the above-captioned
bankruptcy cases (the "Debtors"). I do not hold any claim, debt or equity security of the
Debtors.

    3.    I am not, and have not been within two years before September 15,
2008, a director, officer, or employee of any of the Debtors.

    4.    I am not, and have not been within three years before September
15, 2008, an investment banker for any outstanding security for any of the Debtors.

    5.    I am not, and have not been within two years before September
2008, an investment banker for a security of any of the Debtors, or an attorney for any

such investment banker in connection with the offer, sale, or issuance of a security for

any of the Debtors.

6.    I do not have any connections with (a) any Bankruptcy Judge of

the United States Bankruptcy Court for the Southern District of New York, (b) the United

States Trustee (Region 2), or (c) any person employed by the United States Trustee

(Region 2).

7.    I have reviewed the list of identified parties set forth in the Master

Conflicts List.  Based upon my review of that list, I hereby disclose the following

connections to parties set forth on that list:

☑ I worked as a ~~contract~~ *staff* attorney for the following firms on matter unrelated

to Lehman Brothers;  *at  Skadden  Arps*

☑ I have nothing relevant to disclose.

8.    If I should discover any facts bearing on the matters described

herein, I will supplement the information contained in this Affidavit.

By: *Natalia Ulrez*

Subscribed and sworn to before me
this *2nd* day of *January*, ~~2009~~ *2010*

*Tanya D. McDuffie*
Notary Public

TANYA D. MCDUFFIE
Notary Public, State of New York
No. 01MC6146842
Qualified in Nassau County
Commission Expires September 24, 20 __