Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings, Inc., et al. , Chapter 11 Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Deutsche Bank AG, London Branch** | **SK Securities Co., Ltd.** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Deutsche Bank AG, Hong Kong Branch
55/F Cheung Kong Center
2 Queen's Road Central
Hong Kong
Attention: Jack Tsai/ Christopher Wong
Email: jack.tsai@db.com
christopher.yn.wong@db.com

Phone: +852 2203 8660
Last Four Digits of Acct #: 4372

Court Claim #: Claim #24372 (supersedes and replaces Claim # Nos. 4302 and 4303 previously filed by Transferor)
Amount of Claim: US$1,177,639.37 plus all accrued interest and outstanding amounts
Date Claim Filed: Claim #24372 filed on 21st September, 2009
Phone: +822 3773 8267
Email: bjsong@sks.co.kr
Last Four Digits of Acct. #: 4372

Name and Address where transferee payments should be sent (if different from above):
Deutsche Bank AG, Hong Kong Branch
55/F Cheung Kong Center
2 Queen's Road Central
Hong Kong
Attention: Jack Tsai / Christopher Wong
Email: jack.tsai@db.com /
christopher.yn.wong@db.com
Phone: +852 2203 8660
Last Four Digits of Acct #: 4372

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: 8TH MARCH, 2010
Transferee/Transferee's Agent
Johan Sudiman       Christopher Wong
Director            Vice President

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings, Inc., et al. , Chapter 11 Case No. 08-13555 (JMP)

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 8105 (which supersedes and replaces previous Claim Nos. 0508, 7493 and 8104) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ 2010 (date).

| | |
|---|---|
| Name of Alleged Transferor:<br>SK Securities Co., Ltd. | Name of Transferee:<br>Deutsche Bank AG, London Branch |
| Address of Alleged Transferor:<br>23-10 Yeouido-dong<br>Youngdungpo-gu<br>Seoul 150-734<br>Korea<br>Attention: Banjune Song<br>Email: bjsong@sks.co.kr<br>Phone: +822 3773 8267 | Address of Transferee:<br>Deutsche Bank AG, Hong Kong Branch<br>55/F Cheung Kong Center<br>2 Queen's Road Central<br>Hong Kong<br>Attention: Jack Tsai / Christopher Wong<br>Email: jack.tsai@db.com<br>christopher.yn.wong@db.com<br>Phone: +852 2203 8660 |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date:_____                                _____
                                              **CLERK OF THE COURT**

## LBHI Notice of Assignment

TO:  United States Bankruptcy Court for the
     Southern District of New York ("**Bankruptcy Court**")


TO:  Lehman Brothers Holdings Inc. ("**Debtor**")
     Chapter 11
     Case No. 08-13555 (JMP)

   Attn:  Lehman Brothers Holdings Claims Processing Center
   c/o Epiq Bankruptcy Solutions, LLC
   FDR Station
   P.O. Box 5076
   New York NY 10150-5076
   United States of America

Date: 25 February, 2010

Claim #: 24372 (supersedes and replaces Claim #s 4302 and 4303 previously filed)

**SK SECURITIES CO., LTD.**, its successors and assigns ("**Seller**"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

   **DEUTSCHE BANK AG, LONDON BRANCH**
   c/o Deutsche Bank AG, Hong Kong Branch
   55/F Cheung Kong Center
   2 Queen's Road Central
   Hong Kong

   Attn: Jack Tsai / Christopher Wong
   Distressed Products Group
   Email: jack.tsai@db.com / christopher.yn.wong@db.com
   Phone: +852 2203 8660
   Fax: +852 2203 7224

its successors and assigns ("**Buyer**"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of USD1,177,639.37 plus all outstanding and accrued interest in relation thereto (the "**Claim**") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or

applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated 25th February, 2010.


**SK SECURITIES CO., LTD.**


By: _____
Name: Tong Sop Song
Title: Managing Director