United States Bankruptcy Court for the [Select Jurisdiction] SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | LEHMAN BROTHERS HOLDINGS INC, 08-13555 |
|---|---|
| Creditor Name and Address: | CHAN MING FUNG, FLAT A, 18TH FLOOR, WILLOW MANSION, 22 TAIKOO WAN ROAD, TAIKOO SHING, HONG KONG SAR, CHINA |
| Court Claim Number (if known): | 59028 |
| Date Claim Filed: | 30 OCTOBER 2009 |
| Total Amount of Claim Filed: | USD 25,672.62 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 16 FEBRUARY 2010

Print Name: CHAN MING FUNG

Title (if applicable):

---

## DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).

This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.

Flat A, 18th Floor  
Willow Mansion  
Taikoo Shing  
Hong Kong SAR, China  

16 February 2010

Lehman Brothers Holdings Claims Processing  
c/o Eqip Bankruptcy Solutions, LLC  
FDR Station, P.O. Box 5076  
New York, NY 10150-5076  
USA

Attn: Mr. Christopher Simco

Dear Sir,

<u>Debtor: Lehman Brothers Holdings, Inc.</u>  
<u>Case Number: 08-13555</u>

I refer to your letter dated 21 January 2010 and our telephone conversation on 16 February 2010.

Enclosed is a duly completed claim withdrawal form for claim number 59028 for your necessary action. Copy of our previous correspondence is also enclosed for your easy reference.

I should be grateful if you could acknowledge the receipt of this letter and the claim withdrawal form. Thank you for your help.

Yours sincerely,

CHAN Ming Fung

