B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc., et al.  ,           Case No.  08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Ellington Overseas Partners, Ltd. | Ellington Emerging Markets Fund, Ltd. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Ellington Overseas Partners, Ltd.
c/o Ellington Management Group, LLC
53 Forest Avenue, Suite 301
Old Greenwich, CT 06870

Phone: (203) 698-1200
Last Four Digits of Acct #: _____

Court Claim # (if known): 29586
Amount of Claim: $9,346,793.67
Date Claim Filed: 09/22/2009

Phone: (203) 698-1200
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ _____                    Date: 3/4/10
    Transferee/Transferee's Agent
Laurence Penn, Vice Chairman, Ellington Management Group, LLC,
Investment advisor to Ellington Overseas Partners, Ltd.

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Ellington Emerging Markets Fund, Ltd.

ELLINGTON EMERGING MARKETS FUND, LTD., a Cayman Islands exempted company, having offices located at 53 Forest Avenue, Old Greenwich, CT 06870, c/o Ellington Management Group, LLC, ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment and Release Agreement dated as of February 23, 2010, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to ELLINGTON OVERSEAS PARTNERS, LTD., a Cayman Islands exempted company, having offices located at 53 Forest Avenue, Old Greenwich, CT 06870, c/o Ellington Management Group, LLC, ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $9,346,793.67, docketed as Claim No. 29586 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 24 day of February, 2010.

ELLINGTON EMERGING MARKETS FUND, LTD.
By Ellington Management Group, LLC, its investment advisor

WITNESS:
(Signature)
Name: Ed Stromberg
Title: Associate General Counsel
(Print name and title of witness)

By: (Signature of authorized corporate officer)
Name: Laurence Penn
Title: Vice Chairman
Tel.: (203) 698-1200

ELLINGTON OVERSEAS PARTNERS, LTD.
By Ellington Management Group, LLC, its investment advisor

WITNESS:
(Signature)
Name: Nicole Mersky
Title: Associate General Counsel
(Print name and title of witness)

By: (Signature of authorized corporate officer)
Name: Laurence Penn
Title: Vice Chairman
Tel.: (203) 698-1200