UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                              :
In re                                         :   Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,      :   08-13555 (JMP)
                                              :
                    Debtors.                  :   (Jointly Administered)
                                              :
                                              :
------------------------------------------------------------x

## AFFIDAVIT AND DISCLOSURE STATEMENT OF FOX ROTHSCHILD LLP,

## ON BEHALF OF LEHMAN BROTHERS HOLDINGS, INC.

STATE OF NEW JERSEY    )
                       ) ss:
COUNTY OF ATLANTIC     )

Jack Plackter, Esq. being duly sworn, upon his oath, deposes and says:

1. I am a Partner of Fox Rothschild LLP located at 1301 Atlantic Avenue, Atlantic City, New Jersey (the "Firm").

2. Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide legal services assisting client in preserving local, county and State development approvals for 125 lot major subdivision for property in Hamilton Township, New Jersey; and Real Property tax appeal for 2010. The Firm has consented to provide such services.

3. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is

AC1 899732V1 03/04/10

retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6. The Debtors owe the Firm $0.00 for prepetition services.

7. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.[1]

By: _____
Jack Plackter, Esquire

Subscribed and sworn to before me
this 9th day of March, 2010

_____
Notary Public

HOLLY L. PAYTON
A Notary Public Of New Jersey
My Commission Expires July 29, 2013

---

[1] If necessary.

2

AC1 899732v1 03/04/10

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re                                              :
                                                   :   Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :   08-13555 (JMP)
                                                   :
                  Debtors.                         :   (Jointly Administered)
                                                   :
                                                   :
---------------------------------------------------------------x

### RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT. RETURN IT FOR FILING BY THE DEBTORS, TO:

> Weil, Gotshal & Manges LLP
> 767 Fifth Avenue
> New York, New York 10153
> Attn:  Jennifer Sapp
>           Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

   Fox Rothschild LLP

   1301 Atlantic Avenue

   Atlantic City, NJ  08401

2. Date of retention:    December 14, 2009

3. Type of services provided (accounting, legal, etc.):

ACI 899732v1 03/04/10

<u>Legal Services</u>

4. Brief description of services to be provided:

   <u>Assist client in preserving local, county and State development approvals</u>

   <u>for 125 lot major subdivision for property in Hamilton Township, New</u>

   <u>Jersey; and Real Property tax appeal for 2010.</u>

5. Arrangements for compensation (hourly, contingent, etc.)

   <u>Hourly fee.</u>

   (a) Average hourly rate (if applicable):

   <u>Varies, depending on attorney. My rate is $510 per hour.</u>

   (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

6. Prepetition claims against the Debtors held by the firm:

   Amount of claim:   $0.00

   Date claim arose:  _____

   Source of Claim:   _____

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: N/A

   Status: _____

   Amount of Claim: $_____

   Date claim arose: _____

4

       Source of claim: _____

_____

_____

8.   Stock of the Debtors currently held by the firm: N/A

     Kind of shares: _____

     No. of shares: _____

9.   Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm: N/A

     Name: _____

     Status: _____

_____

     Kind of shares: _____

     No. of shares: _____

10.   Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed. None.

_____

_____

_____

_____

11.   Name of individual completing this form:

     <u>Jack Plackter, Esq.</u>