UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
In re                                              :   Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :   08-13555 (JMP)
:
Debtors.                        :   (Jointly Administered)
:
:
------------------------------------------------------------x

AFFIDAVIT AND DISCLOSURE STATEMENT OF __Kevin Corcoran__,

ON BEHALF OF __Kevin Corcoran Real Estate__

STATE OF __New Jersey__       )
                              ) ss:
COUNTY OF __Atlantic__        )

　　　　__Kevin Corcoran__, being duly sworn, upon his oath, deposes and says:

　　　　1.　　I am the owner of Kevin Corcoran Real Estate located at __4311 Ventnor Avenue, Atlantic City, N.J.__ (the "Firm").

　　　　2.　　Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide __a real estate appraisal and expert witness testimony for tax appeal.__ and the Firm has consented to provide such services.

　　　　3.　　I submit this Affidavit in accordance with the procedures set forth in the order entered November 5, 2008 authorizing the Debtors to employ professionals utilized in the ordinary course of business [Docket No. 1394] in connection with the Firm's engagement with the Debtors, pursuant to sections 105(a), 327(a), 328, 330 and 504 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code").

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

5. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

6. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

7. The Debtors owe the Firm $__0__ for prepetition services.

8. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.[1]

By: *[signature]*

Subscribed and sworn to before me
this 16th day of February, ~~2008~~ 2010

*[signature]*

Notary Public
THOMAS F BURKE, III
Notary Public
State of New Jersey
My Commission Expires Nov 20, 2012

---

[1] If necessary.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :
In re                                                      :   Chapter 11 Case No.
                                                           :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                   :   08-13555 (JMP)
                                                           :
                    Debtors.                               :   (Jointly Administered)
                                                           :
                                                           :
-----------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

> Weil, Gotshal & Manges LLP
> 767 Fifth Avenue
> New York, New York 10153
> Attn:  Jennifer Sapp
>           Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

   Kevin Corcoran Real Estate

   4311 Ventnor Avenue

   Atlantic City, New Jersey 08401

2. Date of retention:    December 15, 2009

3. Type of services provided (accounting, legal, etc.):

   Act as a real estate expert in tax appeal of 2010 assessment of Lehman Brothers Holdings, Inc. for 127 lots in Block 1132 Hamilton Twp., New Jersey

4. Brief description of services to be provided:

   Act as real estate expert including appraisal, research, negotiations and testimony

5. Arrangements for compensation (hourly, contingent, etc.)

   The fee is $12,700 based on a per lot charge of $100 per site.

   (a) Average hourly rate (if applicable):

   N/A

   (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

   50% due upon acceptance/balance due prior to hearing.

6. Prepetition claims against the Debtors held by the firm:

   Amount of claim:    $ 0

   Date claim arose:    N/A

   Source of Claim:    N/A

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

   Name:    N/A

   Status:    N/A

   Amount of Claim:  $ N/A

   Date claim arose:    N/A

Source of claim: _____N/A_____

_____

_____

_____

_____

8. Stock of the Debtors currently held by the firm:

   Kind of shares: _____N/A_____

   No. of shares: _____N/A_____

9. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

   Name: _____N/A_____

   Status: _____N/A_____

   _____

   Kind of shares: _____N/A_____

   No. of shares: _____N/A_____

10. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.
    N/A

    _____

    _____

    _____

    _____

11. Name of individual completing this form:

    _____Kevin Corcoran_____