GUSRAE, KAPLAN, BRUNO & NUSBAUM PLLC
*Attorneys for Creditor Mark Glasser*
120 Wall Street
New York, NY 10005
(212) 269-1400

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

In re

LEHMAN BROTHERS HOLDINGS INC, et al.,

Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

**NOTICE OF ADJOURNMENT**

**NOTICE OF ADJOURNMENT OF MOTION
PURSUANT TO RULE 9006(b)(1) FOR AN
ORDER PERMITTING THE LATE FILING OF A CLAIM**

PLEASE TAKE NOTICE that the hearing on the motion of Mark Glasser for an order pursuant to Rule 9006(b)(1) seeking permission to file a late claim, presently scheduled for March 17, 2010 at 10:00 a.m., has been adjourned to April 14, 2010 at 10:00 a.m., or as soon thereafter as counsel may be heard. This is the third adjournment of this motion and is made with the consent of counsel for the debtor.

Dated: New York, New York
       March 9, 2010

                    GUSRAE, KAPLAN, BRUNO &
                    NUSBAUM PLLC

                    By: _/s/ Martin H. Kaplan_
                    Martin H. Kaplan, Esq.
                    Daniel Branower, Esq.
                    *Attorneys for Mark Glasser*
                    120 Wall Street
                    New York, NY 10005
                    212-269-1400