BOA                Fax 6468555732            Jan 27 2005 12:19am  P003/004

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al. | Case No. 08-13555 (JMP) |
| | Jointly Administered |
| Debtors | |

----------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS SPECIAL FINANCING INC. | Case No. 08-13888 (JMP) |
| Debtor | |

----------------------------------------------------------x

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE (**Lehman Brothers Special Financing, Inc., Debtor, Case No. 08-13888**) or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Merrill Lynch Credit Products, LLC | Raven Credit Opportunities Master Fund, Ltd. |
|---|---|
| Name of Transferee | Name of Transferor |
| Proof of Claim Amount | Proof of Claim No. |
| $1,993,056 | 22934 |

You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Transferee at the address below.

TRANSFEREE:  Merrill Lynch Credit Products, LLC
Address:      Attn: Gary S. Cohen/Ron Torok
              c/o Bank of America Merrill Lynch
              Bank of America Tower – 3rd Floor
              One Bryant Park
              New York, New York 10036
              Phone: 646-855-7450
              Fax: 646-736-5233
              Email: g.cohen@baml.com/ron.torok@baml.com

12918204.1

BOA                          Fax 6468555732              Jan 27 2005 12:20am  P004/004

I declare under penalty of perjury that the information provided in this evidence and notice is true and correct to the best of my knowledge and belief.

**Merrill Lynch Credit Products, LLC**

By: _____     Date: 3/8/_____, 2010
Name: Ron Torok
Title: Director

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

BOA                          Fax 6468555732                  Jan 22 2005 01:58am P001/001

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Raven Credit Opportunities Master Fund, Ltd.

Raven Credit Opportunities Master Fund, Ltd., with offices located at 195 Maplewood Avenue, Maplewood, New Jersey 07040 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Merrill Lynch Credit Products, LLC, with offices located at c/o Bank of America Merrill Lynch, Bank of America Tower, 3rd Floor, One Bryant Park, New York, NY 10036 ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. and LEHMAN BROTHERS HOLDINGS INC. in the amount of $1,993,056, docketed as Claim No. 22934 and Claim No. 23748, respectively (the "Claims"), in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claims as an unconditional assignment and sale and Buyer herein as the valid owner of the Claims. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claims to Buyer.

IN WITNESS WHEREOF, dated as of the 1st day of March, 2010.

WITNESS:

Name: Alan Mark
Title: Managing Member of
Raven Asset Management, LLC

RAVEN CREDIT OPPORTUNITIES MASTER FUND, LTD.
By Raven Asset Management, LLC
As Investment Advisor

By: _____
Name: Kevin Gerlitz
Title: CFO

WITNESS:

Name: Jeff Benesh
Title: Associate

MERRILL LYNCH CREDIT PRODUCTS, LLC

By: _____
Name: Ron Torok
Title: Director

KL2 2640726.1