# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: The Chiba Bank, Ltd.

    The Chiba Bank, Ltd., a bank, having offices located at 1-2 Chiba-Minato, Chuo-ku, Chiba, Chiba Prefecture, Japan ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to JPMorgan Chase Bank, N.A., with offices located at 4 New York Plaza, Floor 16, New York, New York 10004 ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $10,000,000.00, reflected in the proof of claim attached hereto, which was filed on March 5, 2010 and which amended Claim Nos. 66310, 10406 and 3433 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

    Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 9th day of March, 2010.

**The Chiba Bank, Ltd.**

WITNESS:

_Yoshihiro Ueno_ (Signature)

By: _T. Hoshino_ (Signature of authorized corporate officer)

Name: Yoshihiro Ueno
Title: Senior Deputy General Manager
(Print name and title of witness)

Name: Tadahiro Hoshino
Title: General Manager
Tel.: 03-3242-3298

**JPMorgan Chase Bank, N.A.**

WITNESS:

_(Signature)_

By: _(Signature of authorized corporate officer)_

Name: Erin M. Finegan
Title: Authorized Signatory
(Print name and title of witness)

Name: Michael Economos
Title: Authorized Signatory
Tel.: 212-623-1997
ASSOCIATE

*Chiba Evidence of Transfer of Claim Forms.doc*