UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | 08-13555 (JMP) |
| | Jointly Administered |
| Debtors. | |

----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

Julie D. Dyas, Esq., being duly sworn, deposes and says:

I am not a party to the action. I am over the age of eighteen years and reside in New York, New York. I am duly admitted to the bar of the State of New York, in good standing.

On March 10, 2010, I served a copy of the documents referenced below by causing true and correct copies of the same to be sent via ECF notification, as well as first class mail, postage pre-paid (unless otherwise indicated) to the persons listed on **Exhibit A** hereto:

>    LIMITED OBJECTION OF BTR FUND CLAIMANTS AND
>    RESERVATION OF RIGHTS WITH RESPECT TO THE DEBTORS'
>    COLLATERAL DISPOSITION AGREEMENT WITH JPMORGAN
>    CHASE BANK, N.A., ET AL.

                                    */s/ Julie D. Dyas*
                                       Julie D. Dyas

{00121320.1 \ 0666-001}

**Exhibit A**

Chambers of the Honorable James M. Peck
United States Bankruptcy Court, SDNY
Courtroom 601
One Bowling Green
New York, NY 10004

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Harvey Miller, Esq., Shai Waisman, Esq., Brennan Hackett, Esq.

Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
Attn: Harold S. Novikoff, Esq.; Amy R. Wolf, Esq.

Office of the US Trustee, SDNY
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Andy Velez-Rivera, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., Evan Fleck, Esq.

Linklaters
1345 Avenue of the Americas
New York, NY 10105
Attention: Mary K. Warren, Esq.
Attorneys for the LBIE Joint Administrators

SA Pearson, AV Lomas, DY Schwarzmann, MJA Jervis
PriceWaterhouseCoopers
25 Bank Street
London, E14 5LE
United Kingdom
Joint Administrators of LBIE
(and by email at: clientpositionresponses@lbia-eu.com)

{00121320.1 \ 0666-001}