WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller

Attorneys for Debtors
and Debtors in Possession

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 Case No. |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

| | |
|---|---|
| In re | |
| | Case No. |
| **LEHMAN BROTHERS INC.,** | |
| | 08-01420 (JMP) (SIPA) |
| Debtor. | |

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON MARCH 11, 2010 AT 2:00 P.M.**

Location of Hearing: United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

I. **UNCONTESTED MATTERS:**

1. Examiner's Motion to Clarify Orders **[Docket No. 7331]**

    Response Deadline: March 8, 2010 at 10:00 a.m.

    Responses Received: None.

    Related Documents:

    A. Order to Show Cause **[Docket No. 7333]**

    Status: This matter is going forward.

II. **CONTESTED MATTERS:**

2. Examiner's Motion to Establish Procedures to Unseal the Examiner's Report **[Docket No. 7026]**

    Response Deadline: March 4, 2010 at 4:00 p.m.

    Responses Received:

    A. Response of Bloomberg L.P. **[Docket No. 7411]**

    B. Lead Plaintiffs' Response and Reservation of Rights **[Docket No. 7412]**

    C. Joinder of the MBS Lead Plaintiff **[Docket No. 7413]**

    Related Documents:

    D. Debtors' Statement in Support of Examiner's Motion **[Docket No. 7470]**

    E. Report to Court on Status of Examiner's Efforts to Reach Agreement **[Docket No. 7473]**

    Status: This matter is going forward.

**SECURITIES INVESTOR PROTECTION CORPORATION PROCEEDINGS:**

**III.   WITHDRAWN MATTER:**

3.   California Public Employees Retirement Systems' Motion for Relief from the Automatic Stay to Effect Setoff against LBI Funds Currently Held by Securities Finance Trust Company **[Docket No. 1592]**

Dated: March 10, 2010
      New York, New York

      /s/ Harvey R. Miller
      Harvey R. Miller

      WEIL, GOTSHAL & MANGES LLP
      767 Fifth Avenue
      New York, New York 10153
      Telephone:  (212) 310-8000
      Facsimile:   (212) 310-8007

      Attorneys for Debtors
      and Debtors in Possession

Dated: March 10, 2010
      New York, New York

      /s/ Jeffrey S. Margolin
      James B. Kobak, Jr.
      Jeffrey S. Margolin

      HUGHES HUBBARD & REED LLP
      One Battery Park Plaza
      New York, New York 10004
      Telephone: (212) 837-6000
      Facsimile: (212) 422-4726

      Attorneys for James W. Giddens, Trustee for
      the SIPA Liquidation of Lehman Brothers Inc.