# EXHIBIT C

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                                            :
In re:                                                      :   Chapter 11
                                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,                      :   Case No. 08-13555 (JMP)
                                                            :
                    Debtors.                                :   (Jointly Administered)
                                                            :
                                                            :
                                                            :
                                                            :
                                                            :
------------------------------------------------------------x
                                                            :
In re:                                                      :   SIPA Proceeding
                                                            :
LEHMAN BROTHERS INC.,                                       :   Case No. 08-01420 (JMP)
                                                            :
                    Debtor.                                 :
                                                            :
------------------------------------------------------------x
```

**ORDER ON MOTION IN LIMINE FOR AN ORDER,**
**PURSUANT TO THIS COURT'S OCTOBER 27, 2009**
**SCHEDULING ORDER, DEEMING CERTAIN FACTS TO BE ADMITTED**

This matter coming before the Court on the Motion *In Limine* for an Order, Pursuant to This Court's October 27, 2009 Scheduling Order, Deeming Certain Facts to Have Been Admitted (the "Motion"), filed by Lehman Brothers Holdings Inc. ("LBHI"), James W. Giddens (the "Trustee"), as trustee for the SIPA liquidation of Lehman Brothers Inc., and the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc. and its affiliated debtors and debtors-in-possession (the "Committee," collectively, the "Movants"); the Court having reviewed the Motion and having considered the statements of counsel before the Court (the "Hearing"); and the Court having found that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and (c) notice of the Motion and the Hearing was sufficient under the circumstances; and

the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein;

    IT IS HEREBY ORDERED THAT:

    1. The Motion is GRANTED.

    2. The factual statements designated by the Court in Exhibit B to the Motion are hereby deemed admitted for all purposes arising from or related to the Movants' pending motions pursuant to Federal Rule of Civil Procedure 60.

    3. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: New York, New York

    _____, 2010

    HON. JAMES M. PECK,
    UNITED STATES BANKRUPTCY JUDGE