EXHIBIT B
CLAIM NOTICE

UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK
In re:
Ch-11 LEHMAN BROTHERS HOLDINGS INC.
Debtor
Case No. 08-13555
Chapter 11

NOTICE OF TRANSFER OF CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of Cat Brokerage AG, A member of Cat Group AG, Gutenbergstrasse 10, Postfach, 8027 Zürich ("Seller") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:
Proof of Claim in relation to $ 7,000,000 of Index Linked Redemption Notes due 9th June, 2020, Series 10081 under the U.S. $100,000,000,000 Euro Medium-Term Note Program (ISIN XS0368710082 issued by Lehman Brothers Treasury Co. B.V. ("LBTCo") and guaranteed by LBHI,
have been transferred and assigned to Nomura International Plc, 25 Bank Street London, E14 5LE, United Kingdom ("Buyer"). The signature of Seller on this document is evidence of the transfer of the claims and all rights thereto. Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Buyer.

Claim # 58690

BUYER:
Nomura International Plc
25 Bank Street London, E14 5LE, United Kingdom

Signature :
Name :
Title : MANAGING DIRECTOR
Date : 10/03/10


SELLER:
Cat Brokerage AG
A member of Cat Group AG
Gutenbergstrasse 10, Postfach, 8027 Zürich

Signature :
Name : Marianne Vaffarini
Title : Managing Director
Date : 10/03/10

Alfons Niedhard
CEO Cat Group AG

CAT BROKERAGE AG
GUTENBERGSTR. 10
POSTFACH
8027 ZÜRICH

9