Hearing Date and Time: April 9, 2010 at 10:00 a.m.
Objection Deadline: April 1, 2010 at 4:00 p.m.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re:                                              :    Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,            :    Case No. 08-13555 (JMP)
:
Debtors.                        :    (Jointly Administered)
:
:
:
:
:
---------------------------------------------------------------x
:
In re:                                              :    SIPA Proceeding
:
LEHMAN BROTHERS INC.,                               :    Case No. 08-01420 (JMP)
:
Debtor.                         :
:
---------------------------------------------------------------x

**NOTICE OF HEARING OF MOTION *IN LIMINE* FOR AN ORDER, PURSUANT TO THIS COURT'S OCTOBER 27, 2009 SCHEDULING ORDER, <u>DEEMING CERTAIN FACTS TO BE ADMITTED</u>**

**PLEASE TAKE NOTICE** that a hearing on the Motion *In Limine* For An Order, Pursuant To This Court's October 27, 2009 Scheduling Order, Deeming Certain Facts To Be Admitted (the "Motion"), filed by Lehman Brothers Holdings Inc. ("LBHI"), James W. Giddens (the "Trustee"), as trustee for the SIPA liquidation of Lehman Brothers Inc., and the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc. and its affiliated debtors and debtors-in-possession (the "Committee," collectively, the "Movants"), will be held before the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Customs House, Courtroom 601, One Bowling Green, New York, New York 10004 (the "Bankruptcy Court"), on **April 9, 2010, at 10:00 a.m.** (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court for the Southern District of New York, shall set forth the name of the objecting party, the basis for the objection and the specific grounds thereof, shall be filed with the Bankruptcy Court electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's case filing system and by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), Microsoft Word, or any other Windows-based word processing format (with two hard copies delivered directly to Chambers), and shall be served upon: (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) Jones Day, 222 East 41st Street, New York, New York  10017 (Attn: Robert W. Gaffey, William J. Hine, and Jayant W. Tambe) and Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Richard P. Krasnow, Lori R. Fife, Shai Y. Waisman, and Jacqueline Marcus), attorneys for the Debtors; (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Riffkin, and Tracy Hope Davis); (iv) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Dennis O'Donnell, and Evan Fleck) and Quinn Emanuel Urquhart Oliver & Hedges, LLP, 51 Madison Avenue, 22nd Floor, New York, New York 10010 (Attn: Susheel Kirpalani and James C. Tecce), attorneys for the official committee of unsecured creditors appointed in these cases; (v)  Hughes Hubbard & Reed, LLP, One Battery Park Plaza, New York, NY 10004 (Attn: William R. Maguire, Neil Oxford and Seth D. Rothman), attorneys for the SIPA Trustee; (vi) Securities Investor Protection Corporation, 805

Fifteenth Street, N.W., Suite 800, Washington, DC 20005 (Attn: Kenneth J. Caputo, Esq.); (vii) Jenner & Block LLP, 919 Third Avenue, 37th Floor, New York, New York 10022-3908 (Attn: Anton R. Valukas, Vincent E. Lazar, Robert L. Byman, David C. Layden, and Patrick J. Trostle) attorneys for the examiner; and (viii) Boies, Schiller & Flexner LLP, 575 Lexington Avenue, 7th Floor, New York, New York 10022 (Attn: Jonathan D. Schiller, Hamish P.M. Hume and Jack G. Stern), attorneys for Barclays Capital Inc., so as to be filed and received no later than **April 1, 2010 at 4:00 p.m. (Prevailing Eastern Time)** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if an objection to the Motion is not received by the Objection Deadline, the relief requested shall be deemed unopposed, and the Bankruptcy Court may enter an order granting the relief sought without a hearing.

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

Dated: New York, New York
March 9, 2010

Respectfully submitted,

*/s/ signature*

JONES DAY
Robert W. Gaffey
Jayant W. Tambe
William J. Hine
222 East 41st Street
New York, New York 10017
(212) 326-3939 (telephone)
(212) 755-7306 (facsimile)
rwgaffey@jonesday.com

*Attorneys for Debtors
and Debtors in Possession*

HUGHES HUBBARD & REED LLP
William R. Maguire
Seth D. Rothman
Neil J. Oxford
One Battery Park Plaza
New York, New York 10004
(212) 837-6000 (telephone)
(212) 422-4726 (facsimile)
maguire@hugheshubbard.com

*Attorneys for James W. Giddens, as
Trustee for the SIPA Liquidation of
Lehman Brothers Inc.*

QUINN EMANUEL URQUHART OLIVER &
HEDGES
Susheel Kirpalani
James C. Tecce
51 Madison Ave
22nd Floor
New York, New York 10010
212 849-7000 (telephone)
212 849-7100 (facsimile)
jamestecce@quinnemanuel.com

Erica P. Taggart
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017

*Attorneys for Official Committee of Unsecured
Creditors*

Dated: New York, New York
       March 9, 2010

                              Respectfully submitted,

| | |
|---|---|
| JONES DAY | HUGHES HUBBARD & REED LLP |
| Robert W. Gaffey | William R. Maguire |
| Jayant W. Tambe | Seth D. Rothman |
| William J. Hine | Neil J. Oxford |
| 222 East 41st Street | One Battery Park Plaza |
| New York, New York 10017 | New York, New York 10004 |
| (212) 326-3939 (telephone) | (212) 837-6000 (telephone) |
| (212) 755-7306 (facsimile) | (212) 422-4726 (facsimile) |
| rwgaffey@jonesday.com | maguire@hugheshubbard.com |
| | |
| *Attorneys for Debtors* | *Attorneys for James W. Giddens, as* |
| *and Debtors in Possession* | *Trustee for the SIPA Liquidation of* |
| | *Lehman Brothers Inc.* |

QUINN EMANUEL URQUHART OLIVER &
HEDGES
Susheel Kirpalani
James C. Tecce
51 Madison Ave
22nd Floor
New York, New York 10010
212 849-7000 (telephone)
212 849-7100 (facsimile)
jamestecce@quinnemanuel.com

Erica P. Taggart
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017

*Attorneys for Official Committee of Unsecured*
*Creditors*

4

Dated: New York, New York
March 9, 2010

Respectfully submitted,

JONES DAY
Robert W. Gaffey
Jayant W. Tambe
William J. Hine
222 East 41st Street
New York, New York 10017
(212) 326-3939 (telephone)
(212) 755-7306 (facsimile)
rwgaffey@jonesday.com

*Attorneys for Debtors
and Debtors in Possession*

HUGHES HUBBARD & REED LLP
William R. Maguire
Seth D. Rothman
Neil J. Oxford
One Battery Park Plaza
New York, New York 10004
(212) 837-6000 (telephone)
(212) 422-4726 (facsimile)
maguire@hugheshubbard.com

*Attorneys for James W. Giddens, as
Trustee for the SIPA Liquidation of
Lehman Brothers Inc.*

/s/ Erica Taggart/GS

QUINN EMANUEL URQUHART OLIVER & HEDGES
Susheel Kirpalani
James C. Tecce
51 Madison Ave
22nd Floor
New York, New York 10010
212 849-7000 (telephone)
212 849-7100 (facsimile)
jamestecce@quinnemanuel.com

Erica P. Taggart
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017

*Attorneys for Official Committee of Unsecured
Creditors*

4