Hearing Date: April 14, 2010 at 10:00 a.m. (Prevailing Eastern Time)

David J. Molton, Esq. (DM 1106)
Andrew S. Dash, Esq. (AD 7913)
**BROWN RUDNICK LLP**
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

*Counsel to Newport Global Opportunities Fund LP, Newport Global Credit Fund (Master) L.P., PEP Credit Investor L.P. and Providence TMT Special Situations Fund L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                                             :
In re                                                        :    Chapter 11
                                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                     :    Case No. 08-13555 (JMP)
                                                             :
                              Debtors.                       :    (Jointly Administered)
-------------------------------------------------------------x
                                                             :
SECURITIES INVESTOR PROTECTION                               :
CORPORATION,                                                 :
                              Plaintiff,                     :
       v.                                                    :    Case No. 08-01420 (JMP) SIPA
                                                             :
LEHMAN BROTHERS INC.,                                        :
                                                             :
                              Debtor.                        :
-------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON
MOTION OF NEWPORT GLOBAL OPPORTUNITIES FUND LP, NEWPORT
GLOBAL CREDIT FUND (MASTER) L.P., PEP CREDIT INVESTOR L.P. AND
PROVIDENCE TMT SPECIAL SITUATIONS FUND L.P. FOR LEAVE TO CONDUCT
<u>RULE 2004 DISCOVERY OF LEHMAN BROTHERS, INC. AND SIPA TRUSTEE</u>**

     **PLEASE TAKE NOTICE** that the hearing on the relief requested in the Motion of

Newport Global Opportunities Fund LP, Newport Global Credit Fund (Master) L.P., PEP Credit

8247797

Investor L.P., and Providence TMT Special Situations Fund L.P. for leave to conduct Rule 2004 discovery of Lehman Brothers Inc. and the SIPA Trustee [D.I. 123 in Case. No. 08-01420 (JMP) SIPA] (the "Motion"), which was scheduled to be heard on March 17, 2010 at 10:00 a.m. (Prevailing Eastern Time) **has been adjourned to April 14, 2010 at 10:00 a.m. (Prevailing Eastern Time)**, or as soon thereafter as counsel may be heard. The hearing on the Motion will be held before the Honorable James M. Peck at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, Room 601, and such hearing on the Motion may be further adjourned from time to time without further notice other than an announcement at the hearing.

**PLEASE TAKE FURTHER NOTICE** that responses to the Motion are due on or before April 9, 2010 at 4:00 p.m. (Prevailing Eastern Time).

Dated: March 10, 2010
New York, New York

**BROWN RUDNICK LLP**

By: /s/ *David J. Molton*
David J. Molton, Esq. (DM 1106)
Andrew Dash, Esq. (AD 7913)
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

*Counsel to Newport Global Opportunities Fund LP, Newport Global Credit Fund (Master) L.P., PEP Credit Investor L.P. and Providence TMT Special Situations Fund L.P.*