**Adjourned Hearing: April 14, 2010 at 10:00 a.m. (Eastern Standard Time)**
**Objection Date: April 9, 2010 at 4:00 p.m. (Eastern Standard Time)**

Sara Discepolo, Esq.
1050 Winter Street, Suite 1000
Waltham, MA 02451
Telephone: 617-549-4537
Facsimile: 978-478-4589

*Attorney for Simeon Moreno*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | |
|---|---|
| Lehman Brothers Holdings, Inc., *et al.*, | Chapter 11<br>Case No.: 08-13555 (JMP)<br><br>(Jointly Administered) |
| Debtors | |

## NOTICE OF ADJOURNMENT

### RE: SIMEON MORENO'S MOTION (1) TO DEEM HIS PROOF OF CLAIM AS TIMELY FILED, *NUNC PRO TUNC*; (2) FOR RELIEF FROM THE AUTOMATIC STAY; (3) FOR PERMISSION TO ATTEND HEARING VIA TELEPHONE CONFERENCE; AND (4) FOR EXEMPTION FROM SERVICE REQUIREMENTS AS TO CERTAIN PARTIES IN THE MASTER SERVICE LIST

**PLEASE TAKE NOTICE** that the hearing on the above referenced Motions, presently scheduled for March 17, 2010 at 10:00 a.m., **has been adjourned to April 14, 2010 at 10:00 a.m.**, or as soon thereafter as counsel for the Moving Party may be heard. The hearing on the Motions will be held before the Honorable James M. Peck at the United States Bankruptcy Court

for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, Room 601, and such hearing on the Motions may be further adjourned from time to time without further notice other than an announcement at the hearing.

This is the first adjournment of said Motions and is made with the consent of counsel for the Debtor as well as counsel for the Committee for Unsecured Creditors.

**PLEASE TAKE FURTHER NOTICE** that responses/objections to the Motion are due on or before **April 9, 2010 at 4:00 p.m. (Eastern Standard Time).**

SIMEON MORENO

By:   /s/ *Sara Discepolo*
Sara Discepolo, Esq.
1050 Winter Street
Suite 1000
Waltham, MA 02451
Tel. 617-549-4537
Fax 978-478-4589
Sara_Discepolo@verizon.net
His Attorney

Dated: March 11, 2010
Waltham, Massachusetts

## CERTIFICATE OF SERVICE

I, Sara Discepolo, hereby certify that on March 11, 2010, I served the foregoing Notice of Adjournment as follows:

Via first class mail, postage prepaid to:

The Honorable James M. Peck
One Bowling Green
Courtroom 601
New York, NY 10004

2

Harvey Miller, Esq.
Attn: Richard P. Krasnow, Esq., Lori R. Fife, Esq., Shai Y. Waisman, Esq., and Jacqueline Marcus, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Attn: Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Riffkin, and Tracy Hope Davis
Office of the United States Trustee for the Southern District of New York
33 Whitehall Street
21st Floor
New York, New York 10004

Attn: Dennis F. Dunne,
Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.
Millbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005

And via electronic service on all registered users when filing said documents via the Court's

Electronic Case Filing system.

/s/ Sara Discepolo