UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
In re:                                                    : Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                  : Case No. 08-13555 (JMP)
:
                 Debtors.           : (Jointly Administered)
:
:
:
:
:
------------------------------------------------------------x
:
In re:                                                    : SIPA Proceeding
:
LEHMAN BROTHERS INC.,                                     : Case No. 08-01420 (JMP)
:
                 Debtor.            :
:
------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         )   SS.:
COUNTY OF NEW YORK       )

George Spencer, being duly sworn, deposes and says:

1. The deponent resides at 487 Third Street, Apartment 3, Brooklyn, New York, 11215, is over 18 years of age and is not a party to the above-captioned proceeding.

2. On March 10, 2010, deponent caused to be served a true and correct unredacted copy, which was filed under seal pursuant to a protective order, of the

- *Debtor's Motion In Limine for An Order, Pursuant to This Court's October 27, 2009 Scheduling Order, Deeming Certain Facts to Be Admitted*

NYI-4259831v1

08-13555-mg    Doc 7517    Filed 03/11/10    Entered 03/11/10 10:21:25    Main Document
      Pg 2 of 4

- 2 -

Upon the parties listed on the attached service list A by electronic mail and on the attached service list B by Hand.

_____
George Spencer

Sworn to before me on this
3rd day of March, 2010

_____
Notary Public

ELIZABETH MASUHR
NOTARY PUBLIC, State of New York
No. 01MA6206627
Qualified in Kings County
Commission Expires May 26, 2013

- 2 -

NYI-4259831v1

## SERVICE LIST A

jamestecce@quinnemanuel.com
susheelkirpalani@quinnemanuel.com
ericataggart@quinnemanuel.com
tylerwhitmer@quinnemanuel.com
erickay@quinnemanuel.com

oxford@hugheshubbard.com
maguire@hugheshubbard.com
rothman@hugheshubbard.com

vlazar@jenner.com
rbyman@jenner.com
rbyman@jenner.com
dlayden@jenner.com
ptrostle@jenner.com

hhume@bsfllp.com
jschiller@bsfllp.com
jstern@bsfllp.com
jshaw@bsfllp.com
cgreen@bsfllp.com

## SERVICE LIST B

James C. Tecce
Quinn Emanuel Urquhart Oliver & Hedges, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010

William R. Maguire
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Vincent E. Lazar
Jenner & Block LLP
919 Third Avenue, 37th Floor
New York, New York 10022-3908

Jack G. Stern
Boies, Schiller & Flexner LLP
575 Lexington Avenue
7th Floor
New York, NY 10022