**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------- x
                    :

| | |
|---|---|
| In re: | :   Chapter 11 |
| | : |
| LEHMAN BROTHERS HOLDINGS INC., et al., | :   Case No. 08-13555 (JMP) |
| | : |
| Debtors. | :   (Jointly Administered) |
| | : |
| | :   **Ref. Docket Nos. 7501, 7502, 7507** |
| | : |

----------------------------------------------------------------- x
                    :

| | |
|---|---|
| In re: | :   SIPA Proceeding |
| | : |
| LEHMAN BROTHERS INC., | :   Case No. 08-01420 (JMP) |
| | : |
| Debtor. | :   **Ref. Docket No. 2795** |
| | : |

----------------------------------------------------------------- x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK     )
                         ) ss.:
COUNTY OF NEW YORK   )

ELENI MANNERS, being duly sworn, deposes and says:

1.  I am employed as Noticing Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On March 10, 2010, I caused to be served the "Notice of Hearing of Motion *In Limine* for an Order, Pursuant to this Court's October 27, 2009 Scheduling Order, Deeming Certain Facts to Be Admitted," dated March 9, 2010, to which was attached the "Motion *In Limine* for an Order, Pursuant to this Court's October 27, 2009 Scheduling Order, Deeming Certain Facts to Be Admitted," dated March 9, 2010, [Docket Nos. 7501, 7502, 7507 in Case No. 08-13555; Docket No. 2795 in Case No. 08-01420], by causing true and correct copies to be:

   a)  enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, and

   b)  delivered via electronic mail to those parties listed on the annexed Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Eleni Manners
Eleni Manners

Sworn to before me this
10th day of March, 2010
/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

T:\Clients\LBH\Affidavits\NOH & Mtn in Limine_LBH -DI 7501, 7502, 7507; LBI - DI2759_AFF_3-10-10.doc

**EXHIBIT A**

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
 NEW YORK, NY 10004

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

# EXHIBIT B

**LBH - Email Service List**

| | |
|---|---|
| aaaronson@dilworthlaw.com | ann.reynaud@shell.com |
| aalfonso@kayescholer.com | anthony_boccanfuso@aporter.com |
| abraunstein@riemerlaw.com | aoberry@bermanesq.com |
| acaton@kramerlevin.com | apo@stevenslee.com |
| acker@chapman.com | aquale@sidley.com |
| adarwin@nixonpeabody.com | araboy@cov.com |
| adg@adorno.com | arahl@reedsmith.com |
| Adiamond@DiamondMcCarthy.com | arheaume@riemerlaw.com |
| aeckstein@blankrome.com | arlbank@pbfcm.com |
| aentwistle@entwistle-law.com | arosenblatt@chadbourne.com |
| afriedman@irell.com | arthur.rosenberg@hklaw.com |
| agbanknewyork@ag.tn.gov | arwolf@wlrk.com |
| aglenn@kasowitz.com | aseuffert@lawpost-nyc.com |
| agold@herrick.com | ashmead@sewkis.com |
| agolianopoulos@mayerbrown.com | asnow@ssbb.com |
| ahammer@freebornpeters.com | atrehan@mayerbrown.com |
| aisenberg@saul.com | aunger@sidley.com |
| akantesaria@oppenheimerfunds.com | austin.bankruptcy@publicans.com |
| alesia.phinney@infospace.com | avenes@whitecase.com |
| amarder@msek.com | avi.gesser@dpw.com |
| AMcMullen@BoultCummings.com | awasserman@lockelord.com |
| amenard@tishmanspeyer.com | azylberberg@whitecase.com |
| Andrew.Brozman@cliffordchance.com | bankr@zuckerman.com |
| andrew.lourie@kobrekim.com | bankruptcy@goodwin.com |
| angelich.george@arentfox.com | bankruptcy@morrisoncohen.com |

**LBH - Email Service List**

bankruptcymatters@us.nomura.com

barbra.parlin@hklaw.com

bbisignani@postschell.com

bdk@schlamstone.com

bguiney@pbwt.com

bhinerfeld@sbtklaw.com

bill.freeman@pillsburylaw.com

bmanne@tuckerlaw.com

BMiller@mofo.com

boneill@kramerlevin.com

bpershkow@profunds.com

Brian.Corey@greentreecreditsolutions.com

bromano@willkie.com

broy@rltlawfirm.com

bspector@jsslaw.com

btrust@mayerbrown.com

btupi@tuckerlaw.com

bturk@tishmanspeyer.com

bwolfe@sheppardmullin.com

bzabarauskas@crowell.com

cahn@clm.com

canelas@pursuitpartners.com

carol.weinerlevy@bingham.com

cbelisle@wfw.com

cbelmonte@ssbb.com

cbrotstein@bm.net

cgoldstein@stcwlaw.com

chammerman@paulweiss.com

charles@filardi-law.com

charles_malloy@aporter.com

chipford@parkerpoe.com

chris.donoho@lovells.com

clynch@reedsmith.com

cmontgomery@salans.com

CMTB_LC11@chuomitsui.jp

cohenr@sewkis.com

cp@stevenslee.com

cpappas@dilworthlaw.com

crmomjian@attorneygeneral.gov

crogers@orrick.com

cs@stevenslee.com

cschreiber@winston.com

cshore@whitecase.com

cshulman@sheppardmullin.com

ctatelbaum@adorno.com

cward@polsinelli.com

cweber@ebg-law.com

cweiss@ingramllp.com

dallas.bankruptcy@publicans.com

daniel.guyder@allenovery.com

**LBH - Email Service List**

| | |
|---|---|
| david.bennett@tklaw.com | dhayes@mcguirewoods.com |
| david.crichlow@pillsburylaw.com | dheffer@foley.com |
| david.heller@lw.com | diconzam@gtlaw.com |
| davids@blbglaw.com | dirk.roberts@ots.treas.gov |
| davidwheeler@mvalaw.com | dkleiner@velaw.com |
| dbalog@intersil.com | dkozusko@willkie.com |
| dbarber@bsblawyers.com | dladdin@agg.com |
| dbaumstein@whitecase.com | dlemay@chadbourne.com |
| dbesikof@loeb.com | dlipke@vedderprice.com |
| dcimo@gjb-law.com | dludman@brownconnery.com |
| dckaufman@hhlaw.com | dmcguire@winston.com |
| dcoffino@cov.com | dmurray@jenner.com |
| dcrapo@gibbonslaw.com | dneier@winston.com |
| ddavis@paulweiss.com | dodonnell@milbank.com |
| ddrebsky@nixonpeabody.com | douglas.bacon@lw.com |
| ddunne@milbank.com | dove.michelle@dorsey.com |
| deborah.saltzman@dlapiper.com | dowd.mary@arentfox.com |
| deggermann@kramerlevin.com | DPiazza@HodgsonRuss.com |
| deggert@freebornpeters.com | dravin@wolffsamson.com |
| demetra.liggins@tklaw.com | drose@pryorcashman.com |
| deryck.palmer@cwt.com | drosenzweig@fulbright.com |
| dfelder@orrick.com | drosner@goulstonstorrs.com |
| dflanigan@polsinelli.com | drosner@kasowitz.com |
| dfriedman@kasowitz.com | dshemano@pwkllp.com |
| dgrimes@reedsmith.com | dtatge@ebglaw.com |

**LBH - Email Service List**

| | |
|---|---|
| dwdykhouse@pbwt.com | feldsteinh@sullcrom.com |
| dwildes@stroock.com | ffm@bostonbusinesslaw.com |
| dworkman@bakerlaw.com | fhyman@mayerbrown.com |
| easmith@venable.com | fishere@butzel.com |
| echang@steinlubin.com | francois.janson@hklaw.com |
| ecohen@russell.com | frank.white@agg.com |
| efile@willaw.com | fsosnick@shearman.com |
| efleck@milbank.com | fyates@sonnenschein.com |
| efriedman@friedumspring.com | gabriel.delvirginia@verizon.net |
| egeekie@schiffhardin.com | gbray@milbank.com |
| eglas@mccarter.com | GGraber@HodgsonRuss.com |
| ehollander@whitecase.com | giddens@hugheshubbard.com |
| ehret-vanhorn@mbaum.com | gkaden@goulstonstorrs.com |
| ekbergc@lanepowell.com | glenn.siegel@dechert.com |
| eli.mattioli@klgates.com | gmoss@riemerlaw.com |
| ellen.halstead@cwt.com | gravert@mwe.com |
| eobrien@sbchlaw.com | gspilsbury@jsslaw.com |
| eric.johnson@hro.com | guzzi@whitecase.com |
| eschaffer@reedsmith.com | harrisjm@michigan.gov |
| eschwartz@contrariancapital.com | harveystrickon@paulhastings.com |
| esmith@dl.com | heim.steve@dorsey.com |
| ezujkowski@emmetmarvin.com | heiser@chapman.com |
| ezweig@optonline.net | hirsch.robert@arentfox.com |
| fbp@ppgms.com | hollace.cohen@troutmansanders.com |
| fdellamore@jaspanllp.com | holsen@stroock.com |

**LBH - Email Service List**

howard.hawkins@cwt.com

hseife@chadbourne.com

hsnovikoff@wlrk.com

hweg@pwkllp.com

ian.levy@kobrekim.com

icatto@kirkland.com

igoldstein@dl.com

ilevee@lowenstein.com

info2@normandyhill.com

ira.herman@tklaw.com

isgreene@hhlaw.com

israel.dahan@cwt.com

iva.uroic@dechert.com

jacobsonn@sec.gov

jafeltman@wlrk.com

james.mcclammy@dpw.com

jamestecce@quinnemanuel.com

jar@outtengolden.com

jason.jurgens@cwt.com

jay.hurst@oag.state.tx.us

jay@kleinsolomon.com

Jbecker@wilmingtontrust.com

jbeemer@entwistle-law.com

jbird@polsinelli.com

jbromley@cgsh.com

jcarberry@cl-law.com

jchristian@tobinlaw.com

Jdrucker@coleschotz.com

jdyas@halperinlaw.net

jeff.wittig@coair.com

jeffrey.sabin@bingham.com

jeldredge@velaw.com

jen.premisler@cliffordchance.com

jennifer.demarco@cliffordchance.com

jennifer.gore@shell.com

jeremy.eiden@state.mn.us

jessica.fink@cwt.com

jfalgowski@reedsmith.com

jfinerty@pfeiferlaw.com

jflaxer@golenbock.com

jfox@joefoxlaw.com

jfreeberg@wfw.com

jg5786@att.com

jgarrity@shearman.com

jgenovese@gjb-law.com

jguy@orrick.com

jhellman@zeislaw.com

jherzog@gklaw.com

jhiggins@fdlaw.com

jhorgan@phxa.com

## LBH - Email Service List

| | |
|---|---|
| jhuggett@margolisedelstein.com | joshua.dorchak@bingham.com |
| jhuh@ffwplaw.com | jowen769@yahoo.com |
| jim@atkinslawfirm.com | JPintarelli@mofo.com |
| jjureller@klestadt.com | jpintarelli@mofo.com |
| jkehoe@sbtklaw.com | jporter@entwistle-law.com |
| jlamar@maynardcooper.com | jprol@lowenstein.com |
| jlawlor@wmd-law.com | jrabinowitz@rltlawfirm.com |
| jlee@foley.com | jrsmith@hunton.com |
| jlevitin@cahill.com | jschwartz@hahnhessen.com |
| jlipson@crockerkuno.com | jsheerin@mcguirewoods.com |
| jliu@dl.com | jshickich@riddellwilliams.com |
| jlovi@steptoe.com | jsmairo@pbnlaw.com |
| jlscott@reedsmith.com | jtimko@allenmatkins.com |
| jmaddock@mcguirewoods.com | jtougas@mayerbrown.com |
| jmazermarino@msek.com | judy.morse@crowedunlevy.com |
| jmcginley@wilmingtontrust.com | jwallack@goulstonstorrs.com |
| jmelko@gardere.com | jwang@sipc.org |
| jmerva@fult.com | jweiss@gibsondunn.com |
| jmr@msf-law.com | jwest@velaw.com |
| john.monaghan@hklaw.com | jwh@njlawfirm.com |
| john.rapisardi@cwt.com | jwhitman@entwistle-law.com |
| joli@crlpc.com | k4.nomura@aozorabank.co.jp |
| jorbach@hahnhessen.com | karen.wagner@dpw.com |
| Joseph.Cordaro@usdoj.gov | karol.denniston@dlapiper.com |
| joseph.scordato@dkib.com | |

**LBH - Email Service List**

KDWBankruptcyDepartment@kelleydrye.com

keckhardt@hunton.com

keith.simon@lw.com

Ken.Coleman@allenovery.com

ken.higman@hp.com

kgwynne@reedsmith.com

kiplok@hugheshubbard.com

kkelly@ebglaw.com

Klippman@munsch.com

klyman@irell.com

kmayer@mccarter.com

kobak@hugheshubbard.com

korr@orrick.com

KOstad@mofo.com

kovskyd@pepperlaw.com

kpiper@steptoe.com

kressk@pepperlaw.com

KReynolds@mklawnyc.com

kristin.going@dbr.com

krosen@lowenstein.com

krubin@ozcap.com

kurt.mayr@bgllp.com

lacyr@sullcrom.com

Landon@StreusandLandon.com

lawallf@pepperlaw.com

lberkoff@moritthock.com

Lee.Stremba@troutmansanders.com

lgranfield@cgsh.com

lhandelsman@stroock.com

linda.boyle@twtelecom.com

lisa.kraidin@allenovery.com

LJKotler@duanemorris.com

lmarinuzzi@mofo.com

Lmay@coleschotz.com

lmcgowen@orrick.com

lml@ppgms.com

lnashelsky@mofo.com

loizides@loizides.com

lromansic@steptoe.com

lscarcella@farrellfritz.com

lschweitzer@cgsh.com

lthompson@whitecase.com

lubell@hugheshubbard.com

lwhidden@salans.com

lwong@pfeiferlaw.com

mabrams@willkie.com

MAOFILING@CGSH.COM

Marc.Chait@standardchartered.com

margolin@hugheshubbard.com

**LBH - Email Service List**

| | |
|---|---|
| mark.deveno@bingham.com | mjacobs@pryorcashman.com |
| mark.ellenberg@cwt.com | mjedelman@vedderprice.com |
| mark.houle@pillsburylaw.com | MJR1@westchestergov.com |
| mark.sherrill@sutherland.com | mkjaer@winston.com |
| martin.davis@ots.treas.gov | mlahaie@akingump.com |
| Marvin.Clements@ag.tn.gov | MLandman@lcbf.com |
| matthew.klepper@dlapiper.com | mmendez@hunton.com |
| matthew.morris@lovells.com | mmickey@mayerbrown.com |
| mbenner@tishmanspeyer.com | mmooney@deilylawfirm.com |
| mberman@nixonpeabody.com | mmorreale@us.mufg.jp |
| mbienenstock@dl.com | mmurphy@co.sanmateo.ca.us |
| mbossi@thompsoncoburn.com | mneier@ibolaw.com |
| mcademartori@sheppardmullin.com | monica.lawless@brookfieldproperties.com |
| mcordone@stradley.com | mpage@kelleydrye.com |
| mcto@debevoise.com | mpfeifer@pfeiferlaw.com |
| mdorval@stradley.com | mpucillo@bermanesq.com |
| meltzere@pepperlaw.com | mrosenthal@gibsondunn.com |
| metkin@lowenstein.com | mruetzel@whitecase.com |
| mfeldman@willkie.com | mschimel@sju.edu |
| mgordon@briggs.com | mshiner@tuckerlaw.com |
| mgreger@allenmatkins.com | mspeiser@stroock.com |
| mhopkins@cov.com | mstamer@akingump.com |
| michael.kim@kobrekim.com | mvenditto@reedsmith.com |
| mimi.m.wong@irscounsel.treas.gov | mwarren@mtb.com |
| mitchell.ayer@tklaw.com | Nasreen.Bulos@dubaiic.com |

**LBH - Email Service List**

ncoco@mwe.com

neal.mann@oag.state.ny.us

ned.schodek@shearman.com

newyork@sec.gov

nfurman@scottwoodcapital.com

Nherman@morganlewis.com

nissay_10259-0154@mhmjapan.com

nlepore@schnader.com

notice@bkcylaw.com

oipress@travelers.com

omeca.nedd@lovells.com

paronzon@milbank.com

patrick.potter@pillsburylaw.com

paul.turner@sutherland.com

pbattista@gjb-law.com

pbosswick@ssbb.com

pdublin@akingump.com

peisenberg@lockelord.com

peter.gilhuly@lw.com

peter.simmons@friedfrank.com

peter@bankrupt.com

pfeldman@oshr.com

phayden@mcguirewoods.com

pmaxcy@sonnenschein.com

pnichols@whitecase.com

ppascuzzi@ffwplaw.com

ppatterson@stradley.com

psp@njlawfirm.com

ptrostle@jenner.com

pwirt@ftportfolios.com

pwright@dl.com

r.stahl@stahlzelloe.com

raj.madan@bingham.com

rajohnson@akingump.com

ramona.neal@hp.com

ranjit.mather@bnymellon.com

rbeacher@daypitney.com

rbernard@bakerlaw.com

rbyman@jenner.com

rchoi@kayescholer.com

rdaversa@orrick.com

relgidely@gjb-law.com

rfleischer@pryorcashman.com

rfrankel@orrick.com

rfriedman@silvermanacampora.com

rgmason@wlrk.com

rgraham@whitecase.com

rhett.campbell@tklaw.com

RHS@mccallaraymer.com

richard.lear@hklaw.com

**LBH - Email Service List**

| | |
|---|---|
| richard.levy@lw.com | s.minehan@aozorabank.co.jp |
| richard.tisdale@friedfrank.com | sabin.willett@bingham.com |
| ritkin@steptoe.com | sabramowitz@velaw.com |
| RJones@BoultCummings.com | sagolden@hhlaw.com |
| RLevin@cravath.com | Sally.Henry@skadden.com |
| rmatzat@hahnhessen.com | sandyscafaria@eaton.com |
| rmunsch@munsch.com | Sara.Tapinekis@cliffordchance.com |
| rnetzer@willkie.com | sbernstein@hunton.com |
| rnies@wolffsamson.com | scargill@lowenstein.com |
| rnorton@hunton.com | schannej@pepperlaw.com |
| robert.bailey@bnymellon.com | Schepis@pursuitpartners.com |
| robert.dombroff@bingham.com | schnabel.eric@dorsey.com |
| robert.henoch@kobrekim.com | schristianson@buchalter.com |
| robert.malone@dbr.com | scottshelley@quinnemanuel.com |
| Robert.yalen@usdoj.gov | scousins@armstrongteasdale.com |
| robertdakis@quinnemanuel.com | sdnyecf@dor.mo.gov |
| Robin.Keller@Lovells.com | sehlers@armstrongteasdale.com |
| ronald.silverman@bingham.com | sfelderstein@ffwplaw.com |
| rreid@sheppardmullin.com | sfineman@lchb.com |
| rroupinian@outtengolden.com | sfox@mcguirewoods.com |
| rrussell@andrewskurth.com | sgordon@cahill.com |
| rterenzi@stcwlaw.com | sgubner@ebg-law.com |
| RTrust@cravath.com | sharbeck@sipc.org |
| rwasserman@cftc.gov | shari.leventhal@ny.frb.org |
| rwyron@orrick.com | sheehan@txschoollaw.com |

**LBH - Email Service List**

| | |
|---|---|
| shgross5@yahoo.com | susheelkirpalani@quinnemanuel.com |
| shumaker@pursuitpartners.com | swolowitz@mayerbrown.com |
| shumaker@pursuitpartners.com | szuch@wiggin.com |
| sidorsky@butzel.com | tannweiler@greerherz.com |
| slerner@ssd.com | tarbit@cftc.gov |
| SLoden@DiamondMcCarthy.com | tbrock@ssbb.com |
| smayerson@ssd.com | tduffy@andersonkill.com |
| smillman@stroock.com | TGoren@mofo.com |
| smulligan@bsblawyers.com | thomas.califano@dlapiper.com |
| snewman@katskykorins.com | Thomas_Noguerola@calpers.ca.gov |
| sory@fdlaw.com | thomaskent@paulhastings.com |
| spiotto@chapman.com | timothy.brink@dlapiper.com |
| splatzer@platzerlaw.com | timothy.palmer@bipc.com |
| squigley@lowenstein.com | tjfreedman@pbnlaw.com |
| SRee@lcbf.com | tkarcher@dl.com |
| sselbst@herrick.com | tkiriakos@mayerbrown.com |
| sshimshak@paulweiss.com | tlauria@whitecase.com |
| steele@lowenstein.com | tmacwright@whitecase.com |
| stephanie.wickouski@dbr.com | tmayer@kramerlevin.com |
| steve.ginther@dor.mo.gov | tnixon@gklaw.com |
| steven.perlstein@kobrekim.com | toby.r.rosenberg@irscounsel.treas.gov |
| steven.wilamowsky@bingham.com | tslome@msek.com |
| Streusand@StreusandLandon.com | ttracy@crockerkuno.com |
| suomi_murano@chuomitsui.jp | twatanabe@mofo.com |
| susan.schultz@newedgegroup.com | twheeler@lowenstein.com |

**LBH - Email Service List**

ukreppel@whitecase.com

vdagostino@lowenstein.com

Villa@StreusandLandon.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

wanda.goodloe@cbre.com

WBallaine@lcbf.com

wbenzija@halperinlaw.net

wcurchack@loeb.com

wfoster@milbank.com

william.m.goldman@dlapiper.com

wiltenburg@hugheshubbard.com

wisotska@pepperlaw.com

woconnor@crowell.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wzoberman@bermanesq.com

yamashiro@sumitomotrust.co.jp

**LBI – Email Service List**

| | |
|---|---|
| aaaronson@dilworthlaw.com | angelich.george@arentfox.com |
| aalfonso@kayescholer.com | ann.reynaud@shell.com |
| abeaumont@fklaw.com | anthony_boccanfuso@aporter.com |
| abraunstein@riemerlaw.com | aoberry@bermanesq.com |
| acaton@kramerlevin.com | apo@stevenslee.com |
| acker@chapman.com | aquale@sidley.com |
| adarwin@nixonpeabody.com | araboy@cov.com |
| adg@adorno.com | arheaume@riemerlaw.com |
| Adiamond@DiamondMcCarthy.com | arlbank@pbfcm.com |
| aentwistle@entwistle-law.com | arosenblatt@chadbourne.com |
| afriedman@irell.com | arthur.rosenberg@hklaw.com |
| agbanknewyork@ag.tn.gov | arwolf@wlrk.com |
| aglenn@kasowitz.com | aseuffert@lawpost-nyc.com |
| agold@herrick.com | ashmead@sewkis.com |
| agolianopoulos@mayerbrown.com | asnow@ssbb.com |
| ahammer@freebornpeters.com | atrehan@mayerbrown.com |
| aisenberg@saul.com | aunger@sidley.com |
| akantesaria@oppenheimerfunds.com | austin.bankruptcy@publicans.com |
| akihiko_yagyuu@chuomitsui.jp | avenes@whitecase.com |
| Alesia.Pinney@infospace.com | avi.gesser@dpw.com |
| amarder@msek.com | azylberberg@whitecase.com |
| AMcMullen@BoultCummings.com | bankr@zuckerman.com |
| amenard@tishmanspeyer.com | bankruptcy@goodwin.com |
| Andrew.Brozman@cliffordchance.com | bankruptcy@morrisoncohen.com |
| andrew.lourie@kobrekim.com | bankruptcymatters@us.nomura.com |

**LBI – Email Service List**

| | |
|---|---|
| barbra.parlin@hklaw.com | cbelmonte@ssbb.com |
| bbisignani@postschell.com | cbrotstein@bm.net |
| bdk@schlamstone.com | cgoldstein@stcwlaw.com |
| bguiney@pbwt.com | chammerman@paulweiss.com |
| bhinerfeld@sbtklaw.com | charles@filardi-law.com |
| bill.freeman@pillsburylaw.com | charles_malloy@aporter.com |
| bmanne@tuckerlaw.com | chipford@parkerpoe.com |
| BMiller@mofo.com | chris.donoho@lovells.com |
| boneill@kramerlevin.com | clynch@reedsmith.com |
| bpershkow@profunds.com | cmontgomery@salans.com |
| Brian.Corey@greentreecreditsolutions.com | CMTB_LC11@chuomitsui.jp |
| bromano@willkie.com | cohenr@sewkis.com |
| broy@rltlawfirm.com | cp@stevenslee.com |
| bspector@jsslaw.com | cpappas@dilworthlaw.com |
| btrust@mayerbrown.com | crmomjian@attorneygeneral.gov |
| btupi@tuckerlaw.com | crogers@orrick.com |
| bturk@tishmanspeyer.com | cs@stevenslee.com |
| bwolfe@sheppardmullin.com | cschreiber@winston.com |
| bzabarauskas@crowell.com | cshore@whitecase.com |
| cahn@clm.com | cshulman@sheppardmullin.com |
| canelas@pursuitpartners.com | ctatelbaum@adorno.com |
| carlin@thshlaw.com | cward@polsinelli.com |
| carol.weinerlevy@bingham.com | cweber@ebg-law.com |
| cave@hugheshubbard.com | cweiss@ingramllp.com |
| cbelisle@wfw.com | dallas.bankruptcy@publicans.com |

**LBI – Email Service List**

| | |
|---|---|
| daniel.guyder@allenovery.com | dgrimes@reedsmith.com |
| david.bennett@tklaw.com | dhayes@mcguirewoods.com |
| david.crichlow@pillsburylaw.com | dheffer@foley.com |
| david.heller@lw.com | DiMassa@duanemorris.com |
| davids@blbglaw.com | dirk.roberts@ots.treas.gov |
| davidwheeler@mvalaw.com | dkleiner@velaw.com |
| dbalog@intersil.com | dkozusko@willkie.com |
| dbarber@bsblawyers.com | dladdin@agg.com |
| dbaumstein@whitecase.com | dlemay@chadbourne.com |
| dbesikof@loeb.com | dlipke@vedderprice.com |
| dcimo@gjb-law.com | dludman@brownconnery.com |
| dckaufman@hhlaw.com | dmcguire@winston.com |
| dcoffino@cov.com | dmurray@jenner.com |
| dcrapo@gibbonslaw.com | dneier@winston.com |
| ddavis@paulweiss.com | dodonnell@milbank.com |
| ddrebsky@nixonpeabody.com | douglas.bacon@lw.com |
| ddunne@milbank.com | douglas.mcgill@dbr.com |
| deborah.saltzman@dlapiper.com | dove.michelle@dorsey.com |
| deggermann@kramerlevin.com | DPiazza@HodgsonRuss.com |
| deggert@freebornpeters.com | dravin@wolffsamson.com |
| demetra.liggins@tklaw.com | drose@pryorcashman.com |
| deryck.palmer@cwt.com | drosenzweig@fulbright.com |
| dfelder@orrick.com | drosner@goulstonstorrs.com |
| dflanigan@polsinelli.com | drosner@kasowitz.com |
| dfriedman@kasowitz.com | dshemano@pwkllp.com |

**LBI – Email Service List**

| | |
|---|---|
| dswan@mcguirewoods.com | ezavalkoff-babej@vedderprice.com |
| dtatge@ebglaw.com | ezujkowski@emmetmarvin.com |
| dwdykhouse@pbwt.com | ezweig@optonline.net |
| dwildes@stroock.com | fbp@ppgms.com |
| dworkman@bakerlaw.com | feldsteinh@sullcrom.com |
| eagel@bragarwexler.com | ffm@bostonbusinesslaw.com |
| easmith@venable.com | fhyman@mayerbrown.com |
| echang@steinlubin.com | fishere@butzel.com |
| ecohen@russell.com | fjacobson@sonnenschein.com |
| efile@willaw.com | francois.janson@hklaw.com |
| EFleck@milbank.com | frank.white@agg.com |
| efriedman@friedumspring.com | fsosnick@shearman.com |
| egeekie@schiffhardin.com | fyates@sonnenschein.com |
| eglas@mccarter.com | gabriel.delvirginia@verizon.net |
| ehollander@whitecase.com | gbray@milbank.com |
| ehret-vanhorn@mbaum.com | george_kielman@freddiemac.com |
| ekbergc@lanepowell.com | GGraber@HodgsonRuss.com |
| eli.mattioli@klgates.com | giaimo.christopher@arentfox.com |
| elizabeth.harris@klgates.com | giddens@hugheshubbard.com |
| ellen.halstead@cwt.com | gkaden@goulstonstorrs.com |
| eobrien@sbchlaw.com | GLee@mofo.com |
| eric.johnson@hro.com | glenn.siegel@dechert.com |
| eschaffer@reedsmith.com | gmoss@riemerlaw.com |
| eschwartz@contrariancapital.com | gravert@mwe.com |
| esmith@dl.com | gschiller@zeislaw.com |

**LBI – Email Service List**

gspilsbury@jsslaw.com

guzzi@whitecase.com

harrisjm@michigan.gov

harveystrickon@paulhastings.com

heim.steve@dorsey.com

heiser@chapman.com

hestioko@ffwplaw.com

hirsch.robert@arentfox.com

hollace.cohen@troutmansanders.com

holsen@stroock.com

howard.hawkins@cwt.com

hseife@chadbourne.com

hsnovikoff@wlrk.com

hweg@pwkllp.com

ian.levy@kobrekim.com

icatto@kirkland.com

igoldstein@dl.com

ilevee@lowenstein.com

info2@normandyhill.com

ira.herman@tklaw.com

isgreene@hhlaw.com

israel.dahan@cwt.com

iva.uroic@dechert.com

jacobsonn@sec.gov

Jacqueline.marcus@weil.com

jafeltman@wlrk.com

james.mcclammy@dpw.com

jamestecce@quinnemanuel.com

jar@outtengolden.com

jason.jurgens@cwt.com

jay.hurst@oag.state.tx.us

jay@kleinsolomon.com

Jbecker@wilmingtontrust.com

jbeemer@entwistle-law.com

jbird@polsinelli.com

jbromley@cgsh.com

jcarberry@cl-law.com

jchristian@tobinlaw.com

jchristian@tobinlaw.com

Jdrucker@coleschotz.com

jdyas@halperinlaw.net

jeff.wittig@coair.com

jeffrey.sabin@bingham.com

jeldredge@velaw.com

jennifer.demarco@cliffordchance.com

jennifer.gore@shell.com

jeremy.eiden@state.mn.us

jessica.fink@cwt.com

jfalgowski@reedsmith.com

jfinerty@pfeiferlaw.com

**LBI – Email Service List**

| | |
|---|---|
| jflaxer@golenbock.com | jlscott@reedsmith.com |
| jfox@joefoxlaw.com | jmaddock@mcguirewoods.com |
| jfreeberg@wfw.com | jmazermarino@msek.com |
| jg5786@att.com | jmcginley@wilmingtontrust.com |
| jgarrity@shearman.com | jmelko@gardere.com |
| jgenovese@gjb-law.com | jmerva@fult.com |
| jguy@orrick.com | jmr@msf-law.com |
| jharbour@hunton.com | john.monaghan@hklaw.com |
| jherzog@gklaw.com | john.rapisardi@cwt.com |
| jhiggins@fdlaw.com | joli@crlpc.com |
| jhorgan@phxa.com | jorbach@hahnhessen.com |
| jhs7@att.net | Joseph.Cordaro@usdoj.gov |
| jhuggett@margolisedelstein.com | joseph.scordato@dkib.com |
| jhuh@ffwplaw.com | joshua.dorchak@bingham.com |
| jim@atkinslawfirm.com | jowen769@yahoo.com |
| jjureller@klestadt.com | jpintarelli@mofo.com |
| jkehoe@sbtklaw.com | jporter@entwistle-law.com |
| jlamar@maynardcooper.com | jprol@lowenstein.com |
| jlawlor@wmd-law.com | jrabinowitz@rltlawfirm.com |
| jlee@foley.com | jrsmith@hunton.com |
| jlevitan@proskauer.com | jschwartz@hahnhessen.com |
| jlevitin@cahill.com | jsheerin@mcguirewoods.com |
| jlipson@crockerkuno.com | jshickich@riddellwilliams.com |
| jliu@dl.com | jsmairo@pbnlaw.com |
| jlovi@steptoe.com | jteitelbaum@tblawllp.com |

**LBI – Email Service List**

jtimko@allenmatkins.com

jtougas@mayerbrown.com

judy.morse@crowedunlevy.com

jwallack@goulstonstorrs.com

jwang@sipc.org

jweiss@gibsondunn.com

jwest@velaw.com

jwh@njlawfirm.com

jwhitman@entwistle-law.com

jwishnew@mofo.com

k4.nomura@aozorabank.co.jp

karen.wagner@dpw.com

karol.denniston@dlapiper.com

kcaputo@sipc.org

KDWBankruptcyDepartment@kelleydrye.com

keckhardt@hunton.com

keith.simon@lw.com

Ken.Coleman@allenovery.com

ken.higman@hp.com

kgwynne@reedsmith.com

kiplok@hugheshubbard.com

kkelly@ebglaw.com

Klippman@munsch.com

klyman@irell.com

kmayer@mccarter.com

kobak@hugheshubbard.com

korr@orrick.com

KOstad@mofo.com

kovskyd@pepperlaw.com

kpiper@steptoe.com

kressk@pepperlaw.com

KReynolds@mklawnyc.com

kristin.going@dbr.com

krosen@lowenstein.com

krubin@ozcap.com

kstahl@whitecase.com

kurt.mayr@bgllp.com

lacyr@sullcrom.com

Landon@StreusandLandon.com

lawallf@pepperlaw.com

lberkoff@moritthock.com

lee.stremba@troutmansanders.com

lgranfield@cgsh.com

lhandelsman@stroock.com

linda.boyle@twtelecom.com

lisa.kraidin@allenovery.com

LJKotler@duanemorris.com

LMarinuzzi@mofo.com

Lmay@coleschotz.com

**LBI – Email Service List**

| | |
|---|---|
| lmcgowen@orrick.com | matthew.klepper@dlapiper.com |
| lml@ppgms.com | matthew.morris@lovells.com |
| lnashelsky@mofo.com | Mbass@HodgsonRuss.com |
| loizides@loizides.com | mbenner@tishmanspeyer.com |
| Lori.fife@weil.com | mberman@nixonpeabody.com |
| lromansic@steptoe.com | mbienenstock@dl.com |
| lscarcella@farrellfritz.com | mbossi@thompsoncoburn.com |
| lschweitzer@cgsh.com | mcademartori@sheppardmullin.com |
| lthompson@whitecase.com | mcordone@stradley.com |
| lubell@hugheshubbard.com | mcto@debevoise.com |
| lwhidden@salans.com | mdorval@stradley.com |
| lwong@pfeiferlaw.com | meltzere@pepperlaw.com |
| mabrams@willkie.com | metkin@lowenstein.com |
| macronin@debevoise.com | mfeldman@willkie.com |
| MAOFILING@CGSH.COM | mgordon@briggs.com |
| Marc.Chait@standardchartered.com | mgreger@allenmatkins.com |
| margolin@hugheshubbard.com | mhopkins@cov.com |
| mark.deveno@bingham.com | michael.kim@kobrekim.com |
| mark.ellenberg@cwt.com | mimi.m.wong@irscounsel.treas.gov |
| mark.houle@pillsburylaw.com | mitchell.ayer@tklaw.com |
| mark.sherrill@sutherland.com | mjacobs@pryorcashman.com |
| martin.davis@ots.treas.gov | mjedelman@vedderprice.com |
| Marvin.Clements@ag.tn.gov | MJR1@westchestergov.com |
| masaki_konishi@noandt.com | mkjaer@winston.com |
| matthew.dyer@prommis.com | mlahaie@akingump.com |

**LBI – Email Service List**

MLandman@lcbf.com

mmendez@hunton.com

mmervis@proskauer.com

mmickey@mayerbrown.com

mmooney@deilylawfirm.com

mmorreale@us.mufg.jp

mmurphy@co.sanmateo.ca.us

mneier@ibolaw.com

Monica.Lawless@brookfieldproperties.com

mpage@kelleydrye.com

mpfeifer@pfeiferlaw.com

mpucillo@bermanesq.com

mrosenthal@gibsondunn.com

mruetzel@whitecase.com

mschimel@sju.edu

MSchleich@fraserstryker.com

mshiner@tuckerlaw.com

msilberstein@dealysilberstein.com

mspeiser@stroock.com

mstamer@akingump.com

mtamasco@schnader.com

mvenditto@reedsmith.com

mwarren@mtb.com

Nasreen.Bulos@dubaiic.com

ncoco@mwe.com

Neal.Mann@oag.state.ny.us

ned.schodek@shearman.com

newyork@sec.gov

Nherman@morganlewis.com

nissay_10259-0154@mhmjapan.com

nlepore@schnader.com

notice@bkcylaw.com

oipress@travelers.com

omeca.nedd@lovells.com

paronzon@milbank.com

patrick.potter@pillsburylaw.com

paul.turner@sutherland.com

pbattista@gjb-law.com

pbentley@kramerlevin.com

pbosswick@ssbb.com

pdublin@akingump.com

peisenberg@lockelord.com

peter.gilhuly@lw.com

peter.simmons@friedfrank.com

peter@bankrupt.com

pfeldman@oshr.com

phayden@mcguirewoods.com

phheer@duanemorris.com

pmaxcy@sonnenschein.com

pnichols@whitecase.com

**LBI – Email Service List**

| | |
|---|---|
| ppartee@hunton.com | richard.lear@hklaw.com |
| ppascuzzi@ffwplaw.com | richard.levy@lw.com |
| ppatterson@stradley.com | richard.tisdale@friedfrank.com |
| psp@njlawfirm.com | ritkin@steptoe.com |
| ptrostle@jenner.com | RJones@BoultCummings.com |
| pwirt@ftportfolios.com | rlevin@cravath.com |
| pwright@dl.com | rmatzat@hahnhessen.com |
| r.stahl@stahlzelloe.com | rmunsch@munsch.com |
| raj.madan@bingham.com | rnetzer@willkie.com |
| rajohnson@akingump.com | rnies@wolffsamson.com |
| ramona.neal@hp.com | rnorton@hunton.com |
| ranjit.mather@bnymellon.com | robert.bailey@bnymellon.com |
| rbeacher@daypitney.com | robert.dombroff@bingham.com |
| rbernard@bakerlaw.com | robert.henoch@kobrekim.com |
| rbyman@jenner.com | robert.malone@dbr.com |
| rchoi@kayescholer.com | Robert.Ware@dlapiper.com |
| rdaversa@orrick.com | Robert.yalen@usdoj.gov |
| relgidely@gjb-law.com | robertdakis@quinnemanuel.com |
| rfleischer@pryorcashman.com | Robin.Keller@Lovells.com |
| rfrankel@orrick.com | ronald.silverman@bingham.com |
| rfriedman@silvermanacampora.com | rqureshi@reedsmith.com |
| rgmason@wlrk.com | rreid@sheppardmullin.com |
| rgraham@whitecase.com | rroupinian@outtengolden.com |
| rhett.campbell@tklaw.com | rrussell@andrewskurth.com |
| Richard.krasnow@weil.com | rterenzi@stcwlaw.com |

**LBI – Email Service List**

| | |
|---|---|
| rtrust@cravath.com | sgubner@ebg-law.com |
| Russj4478@aol.com | Shai.waisman@weil.com |
| rwasserman@cftc.gov | sharbeck@sipc.org |
| rwyron@orrick.com | shari.leventhal@ny.frb.org |
| s.minehan@aozorabank.co.jp | sheehan@txschoollaw.com |
| sabin.willett@bingham.com | shumaker@pursuitpartners.com |
| sabramowitz@velaw.com | sidorsky@butzel.com |
| sagolden@hhlaw.com | slerner@ssd.com |
| Sally.Henry@skadden.com | SLoden@DiamondMcCarthy.com |
| sandyscafaria@eaton.com | smayerson@ssd.com |
| Sara.Tapinekis@cliffordchance.com | smillman@stroock.com |
| sbernstein@hunton.com | smulligan@bsblawyers.com |
| scargill@lowenstein.com | snewman@katskykorins.com |
| schannej@pepperlaw.com | sory@fdlaw.com |
| Schepis@pursuitpartners.com | spiotto@chapman.com |
| schnabel.eric@dorsey.com | splatzer@platzerlaw.com |
| schristianson@buchalter.com | squigley@lowenstein.com |
| scottshelley@quinnemanuel.com | SRee@lcbf.com |
| scousins@armstrongteasdale.com | sselbst@herrick.com |
| sdnyecf@dor.mo.gov | sshimshak@paulweiss.com |
| sehlers@armstrongteasdale.com | steele@lowenstein.com |
| sfelderstein@ffwplaw.com | stephanie.wickouski@dbr.com |
| sfineman@lchb.com | steve.ginther@dor.mo.gov |
| sfox@mcguirewoods.com | steven.perlstein@kobrekim.com |
| sgordon@cahill.com | steven.wilamowsky@bingham.com |

**LBI – Email Service List**

| | |
|---|---|
| Streusand@StreusandLandon.com | ttracy@crockerkuno.com |
| strum@dl.com | twatanabe@mofo.com |
| susan.schultz@newedgegroup.com | twheeler@lowenstein.com |
| susheelkirpalani@quinnemanuel.com | ukreppel@whitecase.com |
| swolowitz@mayerbrown.com | vdagostino@lowenstein.com |
| szuch@wiggin.com | Villa@StreusandLandon.com |
| tannweiler@greerherz.com | vmilione@nixonpeabody.com |
| tarbit@cftc.gov | vrubinstein@loeb.com |
| tbrock@ssbb.com | wanda.goodloe@cbre.com |
| tduffy@duffyandatkins.com | WBallaine@lcbf.com |
| TGoren@mofo.com | wbenzija@halperinlaw.net |
| thomas.califano@dlapiper.com | wcurchack@loeb.com |
| Thomas_Noguerola@calpers.ca.gov | weissjw@gtlaw.com |
| thomaskent@paulhastings.com | wendy.rosenthal@cliffordchance.com |
| timothy.brink@dlapiper.com | wfoster@milbank.com |
| timothy.palmer@bipc.com | william.m.goldman@dlapiper.com |
| tjfreedman@pbnlaw.com | wiltenburg@hugheshubbard.com |
| tkarcher@dl.com | wisotska@pepperlaw.com |
| tkiriakos@mayerbrown.com | wjd@dealysilberstein.com |
| tlauria@whitecase.com | woconnor@crowell.com |
| tmacwright@whitecase.com | wsilverm@oshr.com |
| tmayer@kramerlevin.com | wswearingen@llf-law.com |
| tnixon@gklaw.com | wtaylor@mccarter.com |
| toby.r.rosenberg@irscounsel.treas.gov | wzoberman@bermanesq.com |
| tslome@msek.com | yamashiro@sumitomotrust.co.jp |