**LOWENSTEIN SANDLER PC**
Ira M. Levee, Esq. (IL 9958)
1251 Avenue of the Americas, 18th Floor
New York, New York 10022

    and

65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500 (Telephone)
973.597.2400 (Facsimile)

*Attorneys for Factiva, Inc.,*
*Factiva Limited and Dow Jones & Company, Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

## CERTIFICATION OF SERVICE

**Kim Marie LaFiura**, pursuant to 28 U.S.C. § 1746, certify as follows:

1.    I am a paralegal employed by the law firm of Lowenstein Sandler, PC, attorneys for Factiva, Inc., Factiva Limited and Dow Jones & Company, Inc. As such, I have knowledge of the facts set forth herein.

2.    I hereby certify that on March 11, 2010, I caused true and correct copies of the following documents to be served upon the parties indicated on the attached service list, in the manner listed therein:

        a.    *Notice of Adjournment of Hearing of Motion of Factiva, Inc., Factiva Limited and Dow Jones & Company, Inc. for an Order (A) Compelling Immediate Payment of Post-Petition Administrative Expense Claims and (B) Compelling the Debtors to Assume or Reject Executory Contracts or, Alternatively, Modifying the Automatic Stay to Permit Movants to Terminate the Executory Contracts.*

3. On March 10, 2010, the foregoing documents were filed [Docket No. 7505] and served electronically via the Court's PACER system upon those parties entitled to receive electronic notice.

4. Chambers copies of the foregoing documents were sent to the Chambers of the Honorable James M. Peck, U.S.B.J. via first class mail on March 11, 2010.

I certify that the foregoing statements made by me are true to the best of my knowledge and belief. Any statement made by me that is willfully false I understand I am subject to the penalty of perjury.

                                                        */s/Kim Marie LaFiura*
                                                        Kim Marie LaFiura, Paralegal

Dated: March 11, 2010

# SERVICE LIST

<u>*On March 11, 2010 Via Regular Mail*</u>

**Dennis F. Dunne, Esq. , Dennis O'Donnell, Esq,
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY  10005**

**Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY  10153**

**Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq.
Brian Masumoto, Esq., Linda Riffkin, Esq., and
Tracy Hope Davis, Esq.
Office of the US Trustee
33 Whitehall Street
21st Floor
New York, NY  10004**

16539/11
03/11/2010 **13974896**.**1**