UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                                    :     Chapter 11
                                                                              :
LEHMAN BROTHERS HOLDINGS, INC., et al.,   :     Case No. 08-13555 (JMP)
                                                                              :
                        Debtors.                                  :     (Jointly Administered)
-----------------------------------------------------------x

RECEIVED MAR -9 2010 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Bart A. Houston, Esq., of the Law Firm of Genovese Joblove & Battista, P.A., a member in good standing of the Florida and Georgia Bar, am admitted to practice before the U.S. Court of Appeals for the Eleventh Circuit, the United States District Courts for the Southern and Middle Districts of Florida and the United States Bankruptcy Court for the Middle and Southern District of Florida, request admission, ***pro hac vice***, before the Honorable James M. Peck, to represent interested parties COSCAN CONSTRUCTION, LLC, on behalf of themselves in Bankruptcy Case No. 08-13555 (JMP). My contact information is as follows:

> Bart A. Houston, Esq.
> Genovese Joblove & Battista, P.A.
> PNC Bank Building
> 200 E. Broward Blvd, Suite 1110
> Ft. Lauderdale, FL 33301
> Telephone:  (954) 453-8000
> Fax:             (954) 453-8010
> E-mail:  bhouston@gjb-law.com

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: March 5, 2010
Ft. Lauderdale, FL

_____
Bart A. Houston, Esq.
Proposed Counsel for
Coscan Construction, LLC