Lawrence P. Eagel (LE4505)
Justin A. Kuehn (JK5853)
BRAGAR WEXLER EAGEL & SQUIRE, P.C.
885 Third Avenue – Suite 3040
New York, NY 10022
Tel.: (212) 308-5858
Fax: (212) 486-0462
eagel@bragarwexler.com
kuehn@bragarwexler.com

*Attorneys for Mark Mazzatta and
Michele McHugh-Mazzatta*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In Re: | Chapter 11 |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al. | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

State of New York    )
                     ) ss:
County of New York   )

Nathan Monroe-Yavneh, being duly sworn, deposes and says:

1. That deponent is not a party to the action, is over 18 years of age and resides in New York, New York.

2. That on March 10, 2010, deponent caused to be served a true copy of the LIMITED OBJECTION OF MARK MAZZATTA AND MICHELE McHUGH-MAZZATTA TO DEBTORS' MOTION PURSUANT TO SECTION 363 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 6004 FOR APPROVAL OF COLLATERAL DISPOSITION AGREEMENT WITH JPMORGAN CHASE BANK, N.A., ET AL. upon:

Honorable James M. Peck
United States Bankruptcy Judge
One Bowling Green, Courtroom 601
New York, NY 10004

Harvey R. Miller
Shai Y. Waisman
Brennan Hackett
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
*Attorneys for Debtors*

Harold S. Novikoff
Amy R. Wolf
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
*Attorneys for JPMorgan*

Andy Velez-Rivera
The Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

Dennis F. Dunne
Dennis O'Donnell
Evan Fleck
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005
*Attorneys for the Official Committee of Unsecured Creditors*

at the addresses designated by said parties for that purpose by personal delivery.

3. That on March 10, 2010, the foregoing documents were filed [Docket No. 7492] and served electronically via the Court's PACER system upon those parties entitled to receive electronic notice.

Nathan Monroe-Yavneh

Sworn to before me on this 11th day of March 2010.

LAWRENCE P. EAGEL
Notary Public, State of New York
No. 02EA4942061
Qualified in Westchester County
Commission Expires Sept. 19, 2010