JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
Robert L. Byman (Admitted Pro Hac Vice)
Daniel R. Murray (Admitted Pro Hac Vice)

919 Third Avenue, 37th Floor
New York, New York 10022-3908
Telephone: (212) 891-1600
Facsimile: (212) 891-1699
Patrick J. Trostle
Heather D. McArn

Attorneys for Anton R. Valukas, Esq., Examiner

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                                                        :
In re                                                   :    Chapter 11
                                                        :
LEHMAN BROTHERS HOLDINGS INC., et al.,                  :    Case No. 08-13555 (JMP)
                                                        :
                    Debtors.                            :    (Jointly Administered)
------------------------------------------------------------------------x

## NOTICE OF FILING EXAMINER'S REPORT

PLEASE TAKE NOTICE that Anton R. Valukas, Esq., the Examiner appointed for Lehman Brothers Holdings Inc. and its affiliated debtors in the above-captioned bankruptcy cases, has filed the attached Report of Examiner Anton R. Valukas.

Dated: March 11, 2010
New York, New York

Respectfully submitted,

By: */s/ Robert L. Byman*

JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
Robert L. Byman (Admitted *Pro Hac Vice*)
Daniel R. Murray (Admitted *Pro Hac Vice*)

919 Third Avenue, 37th Floor
New York, New York 10022-3908
Telephone: (212) 891-1600
Facsimile: (212) 891-1699
Patrick J. Trostle
Heather D. McArn

Attorneys for Anton R. Valukas, Esq., Examiner