UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x
                                          :
In re                                     :    Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC.,            :    08-13555 (JMP)
*et al.*,                                 :
                                          :    (Jointly Administered)
                            Debtors.      :
-------------------------------------------------------- x


# REPORT OF
# ANTON R. VALUKAS, EXAMINER


Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456
312-222-9350

919 Third Avenue
37th Floor
New York, NY  10022-3908
212-891-1600

March 11, 2010                    *Counsel to the Examiner*


**VOLUME 9 OF 9**

**Appendices 23 - 34**

**EXAMINER'S REPORT**

**TABLE OF APPENDICES**

**VOLUME 6**

**Tab 1**    Legal Issues

**VOLUME 7**

**Tab 2**    Glossary, Acronyms & Abbreviations

**Tab 3**    Key Individuals

**Tab 4**    Witness Interview List

**Tab 5**    Document Collection & Review

**Tab 6**    Lehman Systems

**Tab 7**    Bibliography

**VOLUME 8**

**Tab 8**    Risk Management Organization and Controls

**Tab 9**    Risk Appetite and VaR Usage Versus Limits Chart

**Tab 10**   Calculation of Certain Increases in Risk Appetite Limits

**Tab 11**   Compensation

**Tab 12**   Valuation - Archstone

**Tab 13**   Survival Strategies Supplement

**Tab 14**   Valuation - CDO

**Tab 15**   Narrative of September 4 Through 15, 2008

**Tab 16**   Valuation - Residential Whole Loans

**Tab 17**      Repo 105

**Tab 18**      Summary of Lehman Collateral at JPMorgan

**Tab 19**      Lehman's Dealings with Bank of America

**Tab 20**      Knowledge of Senior Lehman Executives Regarding The
               Inclusion of Clearing-Bank Collateral in the Liquidity Pool

**Tab 21**      LBHI Solvency Analysis

**Tab 22**      Preferences Against LBHI and Other Lehman Entities

**VOLUME 9**

**Tab 23**      Analysis of APB, Journal Entry, Cash Disbursement, and
               JPMorgan Collateral

**Tab 24**      Foreign Exchange Transactions

**Tab 25**      Intercompany Transactions Occurring Within Thirty Days Before
               Bankruptcy

**Tab 26**      CUSIPs with Blank Legal Entity Identifiers

**Tab 27**      CUSIPs Not Associated with an LBHI Affiliate

**Tab 28**      CUSIPs Associated Solely with an LBHI Affiliate

**Tab 29**      CUSIPs Associated with Both LBI and LBHI Affiliates

**Tab 30**      CUSIPs Associated with Subordinated Entities

**Tab 31**      CUSIPs Associated with LBHI Affiliates Not Delivered to LBI in a
               Financing Trade

**Tab 32**      September 19, 2008 GFS Dataset

**Tab 33**      Summary Balance Sheets of LBHI Affiliates

**Tab 34**      Tangible Asset Balance Sheet Variations

# APPENDIX 23: ANALYSIS OF APB, JOURNAL ENTRY, CASH DISBURSEMENT, AND JPMORGAN COLLATERAL

This Appendix 23 was prepared by Duff & Phelps and presents a summary of the Duff & Phelps's analysis of certain accounting and trade detail regarding potential avoidance actions belonging to LBHI and LBHI Affiliates. First, Duff & Phelps analyzed certain trade detail recorded in Lehman's APB system ("APB"), which was a central repository for data relating to several Lehman trading systems. Second, Duff & Phelps analyzed certain manual journal entries affecting the Debtors' balance sheets, which were recorded in Lehman's corporate general ledger system ("DBS"). Third, Duff & Phelps examined certain payments presented in the Statement of Financial Affairs ("SOFA") 3(b) schedules that the Debtors filed with the Bankruptcy Court. Fourth, Duff & Phelps analyzed certain trade detail recorded in APB and corresponding pledged account records, which were provided to the Examiner by Lehman, relating to specific pledged collateral accounts. This final category of the analysis intended to address whether counterparties may have seized assets held in certain pledged collateral accounts without a corresponding cash payment or securities trade.

Duff & Phelps's analysis in this Appendix provides a basis for certain of the Examiner's conclusions regarding potential avoidance actions belonging to LBHI and LBHI Affiliates, discussed in detail in Section III.B.3.g, of the Examiner's Report.

**MEMORANDUM**

**To**:          The Examiner

**From**:       Duff & Phelps, LLC

**Subject**:    Avoidance Analysis - Review of APB Reporting System Data

**Date**:       February 1, 2010


## I.     Introduction

This memorandum presents a summary of the procedures and findings of Duff & Phelps, LLC's ("Duff & Phelps") analysis of certain trade detail recorded in Lehman's APB trade reporting system ("APB"). The objective of the analysis was to identify trades that Duff & Phelps believed present the greatest probability of including avoidable transactions. The APB analysis discussed herein is one of four complementary approaches for identifying potentially avoidable transactions. The remaining three approaches, discussed in the attached exhibits, include (1) a review of certain manual journal entries impacting the balance sheets of the Debtor Entities; (2) a review of payments presented in the Statement of Financial Activity 3(b) ("SOFA") schedules filed with the U.S. Bankruptcy Court by each of the Debtor Entities; and (3) an analysis of pledged collateral accounts subject to lien that may have been seized by certain counterparties without a cash payment or asset trade. See **Exhibits 1-3**, respectively, for additional details.


## II.    Executive Summary

Duff & Phelps's results consist of a pool of trades that are believed to represent a reasonable probability of including avoidable transactions, a summary of which is presented in **Table 1** below. To date, Duff & Phelps has identified approximately 5,100 such trades in APB that Lehman initiated from August 1, 2008 through September 19, 2008.[1] A more detailed summary of these selected trades is presented in section **IX. Findings** of this memorandum.

---

[1] The APB dataset was made available to Duff & Phelps on September 23, 2009, which provided a limited time period to analyze the trade activity for the purpose of the Examiner's objectives. Duff & Phelps focused the review on trades occurring during the period August 1, 2008 through September 19, 2008. Duff & Phelps believes that the date range selected represents a period with a greater likelihood of avoidable trading activity due to Lehman's perceived viability and the state of the overall financial markets at that time. As a result, it is possible that extending the period to encompass 90 days or greater may not increase the occurrences of avoidable activity.

**Table 1 – Overall Summary of Findings**

| Grand Total for the Selected Counterparties | Trade Count | | Principal Volume ($ millions) | |
|---|---|---|---|---|
| | Buy | Sell | Buy | Sell |
| Principal Trades - Non Government Agency | 106 | 116 | 1,517.6 | 1,907.2 |
| Principal Trades - Government Agency | 1,836 | 2,162 | 17,521.9 | 17,889.0 |
| Loan vs Cash Trades | 24 | 25 | 457.5 | 485.5 |
| TBA or Unlisted Option Trades | 456 | 398 | 37,487.3 | 41,695.4 |
| Reverse Repo Trades | 10 | 15 | 62.3 | 147.7 |
| **Total Selected Trades** | 2,432 | 2,716 | $57,046.6 | $62,124.8 |

Duff & Phelps performed an analysis of the executed prices for the approximately 5,100 trades selected for additional review. See **Exhibit 21** for a description of the protocol for and the findings from this analysis.

## III. Background

The Examiner requested that Duff & Phelps assist in determining whether certain transactions or transfers made by Lehman are eligible for "avoidance" by the Lehman estate (the "Estate"). One of the primary elements to be considered in an "avoidance analysis" is whether Lehman received less than "reasonably equivalent value" in a transfer with a third-party. As such, a primary objective of this approach to the Avoidance Analysis was to identify trades that presented a relatively high probability of involving possible mispricing that could have been detrimental to the Estate. Another primary element is to identify transfers that may be avoidable on the basis of the occurrence during a period of insolvency of the Lehman entity. Hence we maintain the date information for such transfers pending a determination of insolvency.

Relevance of the Avoidance Analysis:
Generally speaking, section 547 (Preferences) and section 548 (Fraudulent Transfers and Obligations) of the Bankruptcy Code provide that a bankruptcy Trustee ("U.S. Trustee") may nullify certain transfers made by the debtor. Of particular interest, section 548 (Fraudulent Transfers and Obligations) specifies that the U.S. Trustee has the right to "avoid" certain transfers made within two years of the petition filing date if the debtor "received less than a reasonably equivalent value in exchange for such transfer or obligation."[2] Duff & Phelps sought to identify any such transfers which potentially left Lehman with less than "reasonably equivalent value." The purpose of this analysis is to identify trading patterns, trades of interest or other activity with particular Counterparties that may warrant further investigation for potential fraud or other avoidable activity.

One of the investigative duties of the Examiner, as ordered by the Bankruptcy Court, specifically relates to the "avoidance" analysis presented herein. Namely, to investigate whether, "[t]he transactions and transfers, including but not limited to the pledging or granting of collateral security interest among the debtors and the pre-chapter 11 lenders and/or financial participants including but not limited to, JPMorgan Chase ("JPMorgan"), Citigroup, Inc. ("Citi"), Bank of America ("BofA"), the Federal Reserve Bank of New York and others."[3]

---

[2] 11 U.S.C. §548(a)(1)(B).

[3] Order Directing Appointment of an Examiner Pursuant to Section 1104(c)(2) of the Bankruptcy Code, at p. 4, Docket No. 2569, *In re Lehman Brothers Holdings, Inc.*, No. 08-13555 (Bankr. S.D.N.Y. Sept. 18, 2008).

Multiple Approaches to Avoidance Analysis:

In the pursuit to identify potentially avoidable transactions or transfers, Duff & Phelps undertook multiple approaches, which are briefly summarized below. For further information regarding the methods presented below, see **Exhibits 1-3** for additional details.

1. *APB analysis*

   For a financial institution such as Lehman, transfers of assets often involve trades of securities (stocks, bonds, etc.). Institutions are required to keep systematic records of these trades, and the transfers are observable in the firm's trading systems. This memorandum focuses on data housed in "APB," which is a database that consolidated the trade records of multiple Lehman trading systems. Further description of APB is presented below in section ***V. Introduction to the APB System***.

2. *Journal entry analysis*

   In the ordinary course of business, a transfer of assets will be accompanied by one or more journal entries. As such, it is possible to identify possible transfers or transactions of interest via an analysis of the debtor's journal entries. See **Exhibit 1** for further discussion regarding this approach.

3. *Cash disbursements analysis*

   In the ordinary course of business, a transfer of cash out of an entity will be observable in the company's cash disbursement records. Given access to a firm's cash management systems, it is possible to identify transactions of interest by analyzing the cash payments. See **Exhibit 2** for further discussion regarding this approach.

4. *Pledged collateral accounts analysis*

   In the period prior to the bankruptcy, certain counterparties that provided clearing services for Lehman requested increases in pledged collateral as a prerequisite for continuing providing such services. Such pledges of collateral often involved cash disbursements, which are subject to the analysis described above. However, in circumstances where assets were seized from accounts subject to lien, no cash or trade record exists. Given access to a firm's pledged collateral accounts, it is possible to identify seized assets and trace the assets back to the original legal entity that provided the assets used for collateral. Duff & Phelps was provided with limited access to certain Lehman pledged accounts at JPMorgan. See **Exhibit 3** for a summary of findings relating to tracing certain securities believed to be held in pledged accounts at JPMorgan at September 12, 2008.

## IV.   The APB Approach

Procedure Overview:

Duff & Phelps's study essentially entailed two distinct analyses: (1) systematically identifying trades that appear to represent a high level of pricing risk; and (2) analyzing the executed prices to market value prices for the flagged trades.[4] The results of the first analysis are summarized within this memo and accompanying **Exhibits 7-20**. For the pricing analysis, see **Exhibit 21** for details.

---

[4] Pricing risk denotes the possibility that a party to a trade could pay (receive) a price which is higher (lower) than the fair market value. "Fair market value" is generally defined as the price at which a willing buyer and a willing seller, both free from undue pressure, would arrive.

Role of Lehman Brothers, Inc. in the APB Analysis:

Most of the trades that Duff & Phelps analyzed were initiated by Lehman Brothers, Inc. ("LBI"). Duff & Phelps understands that LBI is not an LBHI chapter 11 debtor subsidiary or affiliate ("LBHI Affiliate(s)"), and as such would typically be excluded from this avoidance analysis. While LBI is not a debtor entity of interest, it was one of the two broker-dealers through which Lehman conducted its trades.[5] LBI is therefore included strictly for its role as an intermediary, and not as a debtor entity subject to avoidable transactions.

Focusing the Analysis:

Duff & Phelps's aim was to focus the analysis on trades that are most likely to be avoidable and which were most likely to have had a significant impact on the Estate. To further these goals, Duff & Phelps considered the following in its selection process:

- ▪ *Date range of analysis*

  Duff & Phelps focused the review on trades occurring during the period of August 1, 2008 through September 19, 2008. Duff & Phelps believes that the date range selected represents a period with a greater likelihood of avoidable trading activity due to Lehman's perceived viability and the state of the overall financial markets at that time.[6]

- ▪ *Relationship between Lehman and its trading partner*

  There are always at least two sides to any trade. Intuitively, in order for one party to buy a security, another party must sell it. When a trade is observed from a given entity's vantage point, the party on the other side of the trade is referred to as the "counterparty." As such, for each trade that Lehman enters into, there will be at least one counterparty to Lehman for that trade.[7]

  It was assumed that transfers leaving Lehman with less than "reasonably equivalent value" were more likely to occur when Lehman had a close relationship with its trading partner (*i.e.* related parties). Intuitively, it makes more sense for Lehman to off-load value and provide benefit to a partner with whom it has a well-established relationship, rather than a party with whom it has had few dealings.

- ▪ *Type of asset traded*

  It is more difficult to estimate the fair market value of certain types of assets than it is for others. In financial reporting terms, "Level 1" assets are relatively easy to value because they have readily observable prices. In contrast, "Level 2" and "Level 3" assets do not have readily observable prices in the market. As such, they are more difficult to reliably estimate than Level 1 assets.

  For example, determining a fair market price for U.S. Treasury Bonds, especially those that are "on-the-run" (*i.e.* the most recently issued bond of a given maturity) is typically straightforward

---

[5] LB International – Europe ("LBIE") was the other Lehman broker/dealer.

[6] The Barclays trades were analyzed for the two week period prior to its purchase of LBI on September 19, 2008. This two-week period was selected for analysis in order to capture trading activity between Lehman and Barclays that occurred during a time when it was heavily rumored that Barclays was a likely buyer, and the apparent risk of potential fraudulent conveyance was considered "high."

[7] It is possible to have more than one counterparty to a trade. For example, "tri-party" trades involve three parties, where one entity acts as custodian or clearing entity.

with very little variance between deals. This is because of the large volume of U.S. Treasury Bonds sold on a daily basis. In other words, U.S. Treasury Bonds are highly liquid.[8] Conversely, illiquid asset types that are highly customizable and/or trade infrequently, such as Residential Mortgage-Backed Securities ("RMBS") and Collateralized Mortgage Obligations ("CMO"), often require the use of confidential sophisticated models to estimate value. Moreover, the estimates that different parties arrive at may vary greatly depending on differences in model specification and input assumptions.[9] Such securities are viewed as illiquid.

It was assumed that trades involving assets which are relatively more difficult to value (*i.e.* illiquid assets) were more susceptible to manipulation by Lehman and/or its trading partners.

- *Type of trade conducted*
Lehman would have transferred out its own assets through trades conducted on its own behalf (*i.e.* "Principal Trades") and not those initiated on behalf of a Lehman client (*i.e.* "Agency Trades"). Agency Trades were therefore not included in this analysis. Trades conducted in subsidiaries (*i.e.* "Intercompany Trades") were also not analyzed. These selection criteria are discussed in greater detail in later sections of this memorandum. Examples of the types of trades which could have facilitated Lehman off-loading value include, but are not limited to, the following:
  ➢ Principal trades, trades in which Lehman sold a security and collected cash or other liquid assets, bought a security and paid out cash or other liquid assets;
  ➢ Reverse Repo or Buy Sellback trades involving illiquid assets where the second leg of the transaction (wherein Lehman would return the security and regain the related cash) was not consummated before Lehman filed for bankruptcy.

- *Dollar value of the trade*
Trades involving larger dollar values are viewed as having a greater likelihood of having a significant impact on the Estate. Moreover, the larger the value of the trade, the more room there may have been for Lehman to off-load value and accept less than "reasonably equivalent value."


V.     **Introduction to the APB System**

The APB database is essentially a collection of hundreds of tables of data. In order to get a clear understanding of a particular trade, Duff & Phelps needed to piece together information from various tables using Structured Query Language ("SQL") queries (this process is discussed in greater detail in a later section). For example, one table would contain the unique trading account identifiers used by Lehman, referred to internally as "Account REF IDs," ("Account ID"), along with other descriptive information regarding the trades associated with each Account ID. That information would be cross-referenced to another table containing product information, which more fully describes the security being traded, and yet another table containing counterparty information.

---

[8] Liquid assets are typically straightforward to value because, by definition, they are easily converted into cash, the value of which is precisely known.

[9] For example, one assumption that is often needed for models used to estimate the value of Mortgage-Backed Securities is the discount rate, which is often not readily observed in the market. All else equal, small changes in the assumed discount rate can lead to very large differences in estimated value.

APB is the system used to report trade information, but it is not the system into which trade information is initially entered when a trade is enacted. Based upon Duff & Phelps's extensive discussions with Barclays, it is Duff & Phelps's understanding that five back-office trading systems feed into the APB reporting system. The five source systems are briefly described below. These source systems are mutually exclusive, so the same trade cannot be observed in more than one trading system. While not all counterparties are represented in each system, most are in MTS, and almost all are in ITS.

1. *MTS Source System:*
   MTS is Lehman's U.S.-based trading system containing fixed-income transactions.

2. *ITS Source System:*
   ITS is Lehman's international trading system that contained non-U.S. trades of both fixed-income and equity transactions.

3. *TMS Source System:*
   TMS is a U.S.-based system similar in nature to MTS, but which includes only equity transactions involving LBI.

4. *GL1 Source System:*
   GL1 (or Global 1) is a U.K.-based system which records stock/loan transactions. This source system is of interest because stock/loans are a way to send assets off the books without receiving cash in return.[10] Duff & Phelps has petitioned PWC-UK for assistance to understand the system, but this request has not yet been granted.

5. *CDY Source System:*
   CDY is a system for commodities and foreign exchange transactions. Consistent with the type of trades contained in CDY, the principal value for each trade therein is zero. Since trades with principal value equal to zero represent no net impact to Lehman from the perspective of its general ledger, to date Duff & Phelps has not analyzed data from the CDY system.

## VI.    Accessing and Extracting Meaningful Data from the APB Database

Obtaining Access to APB:
Duff & Phelps contacted Barclays Capital Inc. ("Barclays") regarding Lehman's APB system. Since the APB system houses an inordinate amount of data, approximately five terabytes, it was not made readily available for Duff & Phelps to query. Rather, Duff & Phelps was limited to working through channels at Barclays to access the needed data. Finally, on September 23, 2009 Duff & Phelps was granted access to a database containing APB trade records dating back multiple years, enabling Duff & Phelps to perform this analysis.

Collaborating with Barclays to Identify Principal Trading Accounts:
Duff & Phelps collaborated with the Barclays Global Accounts group to identify Principal Trading Accounts for each of the selected counterparties. These Principal Trading Accounts were used for trades directly with the counterparty on the counterparty's own behalf. Duff & Phelps's understanding is that Agency Trading Accounts were used when the counterparty was trading on behalf of yet another party.

---

[10] LBI could have off-loaded value via stock/shorts if it lent a security to a short seller and did not receive that asset back from the third party prior to filing for bankruptcy.

This analysis also did not consider Intercompany Trading Accounts. Duff & Phelps has separately assessed Intercompany issues. Based upon discussions with knowledgeable Barclays' professionals, Duff & Phelps was able to identify Principal Accounts for specific counterparties using Account REF IDs, which are unique trade account identifiers, and confined the sample to trades initiated with these accounts.

<u>Identifying Necessary Fields:</u>

By explaining the purpose of APB's numerous tables and what many of their fields signify, Barclays professionals helped Duff & Phelps gain an understanding of which fields were necessary to extract from the various data tables. Since data for a given trade was extracted from several distinct tables in APB, it was of particular importance that Duff & Phelps use the appropriate identifying fields to extract the data correctly.

The discussions Duff & Phelps had with Barclays regarding field definitions was also helpful from the perspective of determining which fields might be relevant to this analysis. A discussion of the fields included in Duff & Phelps's analysis is provided below. Note that as of the date of this memorandum, Duff & Phelps has not been provided with a comprehensive resource that describes all fields found in APB. See **Exhibits 4-6** for a glossary of relevant known terms/types.

<u>Developing Queries:</u>

Duff & Phelps had to ensure that each query captured all the relevant data necessary to analyze the trade, which was an iterative process. The final syntax that was used to run the queries was tested by reconciling trade data extracted from APB to similar queries in the source feeder systems (*e.g.* MTS) to ensure that the output was identical or that any differences were fully understood.

<u>Running Queries:</u>

As stated above, the APB database is essentially a collection of hundreds of tables of data. Using SQL,[11] Duff & Phelps was able to extract the relevant information through a series of queries.[12] For technical reasons, running queries on APB is a time-consuming process. While there is a wide variance in the amount of time necessary to run a single query, the process can require multiple days if the queries are not carefully constructed.

Given APB's structure and the fact that Duff & Phelps's focus was limited to Lehman's Principal Trading Accounts, the most efficient manner in which to extract data was by counterparty. Analyzing by counterparty allowed Duff & Phelps to look for the trades by Principal Trade Account. In other words, this type of search is conducted in a controlled environment where the trades are known a priori not to be from the Agency or Intercompany Trading Accounts. From a feasibility perspective, it was important that whatever process Duff & Phelps adopted minimize the amount of non-Principal Trading Account activity that would be captured by Duff & Phelps's queries. For example, if Duff & Phelps had extracted trade data solely based upon asset type, the query would not have been able to return only trades from Principal Trading Accounts. Some queries of this sort could not even be run because the computing power needed was too great. Moreover, even if the query could be run, Duff & Phelps would have been required to filter down the data "manually," which would have been an additional time-consuming step. The

---

[11] SQL, or "Structured Query Language," is the standard computer database language used to organize, manage, and retrieve date. *See* JAMES R. GROFF & PAUL N. WEINBERG, SQL: THE COMPLETE REFERENCE GUIDE 4 (McGraw-Hill, 2nd ed. 2002) (1992).

[12] Query denotes the process of requesting, and consequently receiving, specific data from a database. *See id.*

difficulty in querying APB required a number of days working together with knowledgeable Barclays' personnel in order to generate meaningful data for further analysis.

Furthermore, given the time-consuming nature of running APB queries, it is more efficient to extract all of the fields for a trade that might be needed at one time, rather than through a series of extractions. As stated above, Duff & Phelps does not have a resource which provides descriptions of all fields available in APB. Duff & Phelps therefore selected a number of fields that had not yet been defined, some of which may ultimately prove to offer no value in the analysis of the trades for avoidability. A summary of the dataset Duff & Phelps extracted eventually included over 140 fields, but the analysis utilized approximately 25 percent of these fields. See **Exhibit 4** for a listing of the fields Duff & Phelps identified as most relevant for the purpose of this analysis.

## VII.     Sample Selection Process

Counterparties of Interest:
Duff & Phelps analyzed trading data for a total of 14 entities, which served as counterparties to Lehman trades. Duff & Phelps initially chose 11 entities for its sample, and the Examiner requested that an additional three entities be included.[13] Counterparties that satisfied the following criteria were chosen (See **Table 2** below for a listing of the analyzed entities):

- *Large banks / Clearing houses*
  An entity was considered to be a "large bank / clearing house" based upon the services provided to Lehman and/or its level of trading activity. Also included in this group is the Federal Reserve Bank of New York (the "Fed"). Duff & Phelps thought it important to review accounts of large banks / clearing houses for a number of reasons. For example, the volume of trading an entity engages in is likely to be positively related to size of the entity (by assets). Furthermore, the dollar value of the trades is probably positively correlated with the entity's size (by assets). As such, it is likely that the larger banks would have engaged in a more frequent number and a higher dollar volume of trades.

- *Potentially related parties*
  Other counterparties that are potentially a related party with Lehman were also selected. The Examiner selected certain counterparties of interest that had the appearance of being affiliated with Lehman. The possibility of improper activity is greater with possibly affiliated counterparties, which may have lead to opportunistic trading activity involving off-loading value to related parties at the expense of the Estate.

- *Counterparties trading in illiquid assets*
  Entities which were counterparties to trades with Lehman involving illiquid assets were selected. Duff & Phelps selected these counterparties since Lehman would have been more likely to off-load value when the fair market value of an asset is difficult to estimate, as is the case with illiquid assets. A discussion of which assets Duff & Phelps considered to be illiquid and why is further discussed below.

---

[13] The Examiner requested that Duff & Phelps add HSBC, Standard Bank, and Barclays to the preliminary list of selected entities.

**Table 2 – Selected Counterparties**

| Large Banks/Clearing Houses | Potentially Related Parties | Illiquid Asset Trading Partners |
|---|---|---|
| Bank of America Corporation | R3 Capital Management, LLC | Fortress Investment Group |
| Barclays Plc | One William Street Capital Management | Blackrock, Inc. |
| Citigroup, Inc. | | BlueMountain Capital Management LLC |
| HSBC Holdings Plc | | Stark Investments LP |
| JP Morgan Chase & Co. | | |
| The Bank of New York Mellon Corporation | | |
| The Federal Reserve Bank of New York | | |
| Standard Bank | | |

Period of Interest:
For the full year prior to Lehman's petition filing (September 1, 2007 through September 19, 2008), APB contains more than five million trades between Lehman and the selected 14 counterparties.

The dataset was made available to Duff & Phelps on September 23, 2009, which provided a limited time period to analyze the trade activity for the purpose of the Examiner's objectives. Given the time constraints, for the purpose of this analysis, Duff & Phelps focused the review on trades occurring during the period August 1, 2008 through September 19, 2008.[14] Duff & Phelps believes that the date range selected represents a period with a greater likelihood of avoidable trading activity due to the state of Lehman's perceived viability and the overall financial markets at that time. As a result, it is possible that extending the period to encompass 90 days or greater may not increase the occurrences of avoidable activity.

Determining Trades of Interest:
In order to identify trades of interest, Duff & Phelps first removed trades with a number of characteristics indicating that avoidability was unlikely. After trades with the following characteristics were culled, the remaining pool consisted of trades representing, what Duff & Phelps believes to be, a selection with a high probability of containing avoidable transactions.

- *Cancelled trades were removed*
  Duff & Phelps removed all cancelled trades from its analysis.

- *Exclusions based on 'Principal Value'*
  Duff & Phelps removed all trades involving a principal value of $0 from the analysis.[15] These observations were not included because they have a net zero impact on the firm's general ledger. Duff & Phelps also removed all trades with principal value less than $1 million from the sample. This criterion was applied to reduce the sample size for review to a more manageable level with an eye toward more significant amounts.

---

[14] As previously noted, the Barclays trades were analyzed for the two week period prior to its purchase of LBI on September 19, 2008. This two-week period was selected for analysis in order to capture trading activity between Lehman and Barclays that occurred during a time when it was heavily rumored that Barclays was a likely buyer, and the apparent risk of potential fraudulent conveyance was considered "high."

[15] Stock/loans contained in GL1 have a principal balance of zero. Due to the nature of GL1 transactions, these trades have not been excluded from this analysis; however, as of the date of this memorandum, information relating to these trades has not been provided to Duff & Phelps.

- *Exclusions based on 'Trade Type'*
  Duff & Phelps removed all types of trades which could not have facilitated the transfer of value out of the Estate. All "Agency Trades," which can arise in Lehman's Principal Trading Account when a trade between a Lehman customer and a third-party goes *through* Lehman, but is not *with* Lehman, were removed. "Cross Trades" were also excluded. Similar to Agency Trades, Cross Trades involve a trade between two Lehman customers, where the trade goes through Lehman. All Repos and Sell Buybacks Trades, wherein Lehman was the borrower of funds, were removed. Finally, all Reverse Repos and Buy Sellback Trades where the "second leg" of the transaction (wherein Lehman would return the security and regain possession of the cash) had been consummated before Lehman filed for bankruptcy were eliminated. See **Exhibit 5** for a descriptive listing of the APB Trade Types.

- *Exclusions based on 'Asset Type'*
  Generally speaking, Duff & Phelps removed all Level 1 and certain Level 2 assets from the pool since mispricing is unlikely in a highly liquid market. In other words, trades involving Level 1 and certain Level 2 assets were excluded because Lehman would not likely have been left with less than "reasonably equivalent value" in the absence of significant mispricing.

  In particular, Duff & Phelps removed all U.S. Treasuries (Bonds and T-Bills) and U.K. Gilt Bonds. These securities were eliminated because the vast liquidity of their markets makes the possibility of mispricing remote.

  All investment grade corporate debt was removed from the sample, again because mispricing is unlikely. Corporate bonds rated BBB- or higher and commercial paper rated A2 or higher are generally denoted as investment grade. Debt of major utility companies was excluded, even if the bonds were unrated. Foreign government bonds for developed countries were removed, as were municipal bonds of investment grade or better. See **Exhibit 6** for a descriptive listing of the APB Asset Types.

- *Trades involving exchange-listed assets were removed*
  Duff & Phelps also removed all trades of securities listed on an exchange, as their placement on an exchange mitigates price risk. In other words, it is unlikely that Lehman would be able to significantly misprice an asset on an exchange because the price data would be available to many other interested parties who are aware of the fair market value.

After the above-specified exclusions were made, the trade types which remained were those in which: (i) Lehman sold a security and collected cash or other liquid assets, (ii) bought a security and paid out cash or other liquid assets, or (iii) engaged in a Reverse Repo or Buy Sellback Trade where the second leg of the transaction was not consummated before Lehman filed for bankruptcy. Moreover, the pool of trades that remained was populated with Level 3, and some Level 2, assets. Many of the included assets were illiquid, such as non-agency RMBS.


## VIII.    Selection for Secondary Review

The above selection process culminated in providing a pool of approximately 30,000 trades of interest out of the original approximately 1 million trades extracted from the APB database. A second level review process was then initiated, wherein Duff & Phelps targeted approximately 5,100 trades with the following characteristics as meriting potential further review for possible avoidabilty:

- The security's 'Principal Value' was significant in size: Any trade in excess of $50 million was given additional review if it was excluded based on the criteria previously established, unless it involved a U.S. Treasury Security or a security issued by a large cap publicly traded company (*e.g.* Wal-Mart).

- The security was an asset-backed security: RMBS in particular, given the market for such securities at that time immediately prior to the bankruptcy filing.

- The security was a debt security and would likely be considered "junk" (*i.e.*, not investment grade).

- Lehman transactions in its own debt or equity securities.


## IX.    Findings

Duff & Phelps's objective was to identify transactions that present a high probability of involving mispricing detrimental to Lehman. Duff & Phelps's findings consist of a population of 5,148 trades that Lehman initiated during the period August 1, 2008 through September 19, 2008, that merited further analysis.

Duff & Phelps prepared a series of exhibits, one for each of the 14 entities that Duff & Phelps analyzed, which contain details regarding the trades of interest. These exhibits are attached as **Exhibits 7-20**. Each counterparty's trading activity was carefully reviewed; trades qualified for further analysis in the context of the avoidance analysis based upon criteria previously presented in Section VII and Section VIII, and a summary of the findings presented therein, can be found in **Tables 3 and 4 below**.

**Table 3 – Overall Summary of Findings (Same as Table 1 Above)**

| Grand Total for the Selected Counterparties | Trade Count | | Principal Volume ($ millions) | |
|---|---|---|---|---|
| | **Buy** | **Sell** | **Buy** | **Sell** |
| Principal Trades - Non Government Agency | 106 | 116 | 1,517.6 | 1,907.2 |
| Principal Trades - Government Agency | 1,836 | 2,162 | 17,521.9 | 17,889.0 |
| Loan vs Cash Trades | 24 | 25 | 457.5 | 485.5 |
| TBA or Unlisted Option Trades | 456 | 398 | 37,487.3 | 41,695.4 |
| Reverse Repo Trades | 10 | 15 | 62.3 | 147.7 |
| **Total Selected Trades** | 2,432 | 2,716 | $57,046.6 | $62,124.8 |

**Table 4 – Summary of Findings by Counterparty**

| Counterparty and Trade Type Description | Trade Count | | Principal Volume ($ millions) | |
|---|---|---|---|---|
| | Buy | Sell | Buy | Sell |
| **1. One William Street** | | | | |
| Principal Trades - Non Government Agency | 2 | 7 | 19.5 | 49.4 |
| **2. BlueMountain** | | | | |
| Principal Trades - Non Government Agency | 1 | 5 | 3.5 | 20.2 |
| Reverse Repo Trades | 5 | 5 | 47.3 | 47.3 |
| **3. Stark** | | | | |
| Principal Trades - Non Government Agency | 3 | 3 | 2.3 | 6.3 |
| Principal Trades - Government Agency | 7 | 1 | 81.8 | 0.0 |
| TBA or Unlisted Option Trades | 7 | 8 | 474.1 | 384.3 |
| **4. R3** | | | | |
| Principal Trades - Non Government Agency | 19 | 16 | 64.0 | 48.0 |
| Principal Trades - Government Agency | | 1 | - | 26.4 |
| TBA or Unlisted Option Trades | 26 | 26 | 199.2 | 199.2 |
| **5. Fortress** | | | | |
| Principal Trades - Non Government Agency | 2 | 16 | 8.0 | 78.1 |
| TBA or Unlisted Option Trades | 2 | 2 | 253.8 | 218.6 |
| **6. Blackrock** | | | | |
| Principal Trades - Non Government Agency | 2 | 4 | 76.1 | 131.5 |
| Principal Trades - Government Agency | 643 | 648 | 10,186.6 | 10,543.6 |
| Reverse Repo Trades | 3 | 5 | 6.9 | 41.1 |
| TBA or Unlisted Option Trades | 172 | 178 | 8,627.8 | 11,739.6 |
| **7. JPMC** | | | | |
| Loan vs Cash Trades | 21 | 22 | 223.8 | 271.7 |
| Principal Trades - Non Government Agency | 15 | 13 | 44.9 | 32.4 |
| Principal Trades - Government Agency | 782 | 356 | 3,684.9 | 2,689.0 |
| TBA or Unlisted Option Trades | 130 | 105 | 14,615.0 | 14,110.0 |
| **8. Bank of America** | | | | |
| Principal Trades - Non Government Agency | 3 | 4 | 47.2 | 218.0 |
| Principal Trades - Government Agency | 96 | 469 | 450.9 | 1,378.1 |
| TBA or Unlisted Option Trades | 32 | 34 | 4,566.9 | 5,992.3 |
| **9. Bank of New York** | | | | |
| Loan vs Cash Trades | 3 | 3 | 233.7 | 213.8 |
| Principal Trades - Non Government Agency | 10 | 7 | 710.5 | 562.3 |
| Principal Trades - Government Agency | 51 | 64 | 88.2 | 245.3 |
| TBA or Unlisted Option Trades | 13 | 5 | 68.8 | 14.9 |
| **10. Citigroup** | | | | |
| Principal Trades - Non Government Agency | 23 | 19 | 405.8 | 676.6 |
| Principal Trades - Government Agency | 246 | 612 | 2,986.3 | 2,967.1 |
| Reverse Repo Trades | 2 | 5 | 8.1 | 59.3 |
| TBA or Unlisted Option Trades | 72 | 40 | 8,677.7 | 9,036.6 |
| **11. HSBC** | | | | |
| Principal Trades - Non Government Agency | 6 | 11 | 23.5 | 54.2 |
| Principal Trades - Government Agency | 4 | 5 | 26.1 | 28.2 |
| TBA or Unlisted Option Trades | 2 | - | 4.1 | - |
| **12. The Fed** | | | | |
| No trades qualified for further review* | n/a | n/a | n/a | n/a |
| **13. Standard Bank** | | | | |
| No trades qualified for further review* | n/a | n/a | n/a | n/a |

*Each counterparty's trading activity was carefully reviewed and, based upon criteria previously presented in Section VII and Section VIII, certain trades did not qualify for further analysis in the context of the avoidance analysis (for example, trades in which Lehman received relative equivalent value in exchange for collateral).

## X.    Possible Additional Analyses

The scope of Duff & Phelps's analysis was determined based upon the available time and data with the purpose of identifying certain findings relevant to the Examiner's report.  The dataset that was prepared for Duff & Phelps's analyses is comprehensive and may be relevant to additional analyses.  Examples of such additional analyses are listed below.

Expanded Scope:
The trade review procedures outlined in this memorandum were limited to the time period between August 1, 2008 and September 19, 2008.  A potential additional analysis would be to increase the time period to encompass more of the two year period permitted by the bankruptcy code.

LBHI Trading Activity Analysis:
The trading activity of LBHI may be further analyzed to identify additional trades with other third parties (*i.e.* third parties other than the counterparties selected as a part of the existing protocol, which are already subject to review), which may represent pledged collateral.

Asset Type Analysis:
An analysis by asset type could be conducted, which would involve interrogating APB to pull only those trades involving illiquid assets (e.g. RMBS).  This analysis could prove fruitful, as trades involving illiquid assets pose greater pricing risk.  Note that for the present study of 14 counterparties, such assets have been selected into the recommended pool of trades for review.  Further note, this approach poses a challenge regarding the segregation of Principal Account trades.

Trade Type Analysis:
The APB database may be interrogated by Trade Type.  For example, a query could be run for all financing transactions in which Lehman was the holder of the asset, such as Reverse Repos, where the settlement date was after the bankruptcy date.  Note, once again, this approach poses a challenge regarding the segregation of Principal Account trades.

Exchange Traded Asset Analysis:
An analysis of trades that occurred on foreign exchanges with relatively low trading volume and/or increased sovereign risk could identify potentially mispriced trades, as these trades may present greater exposure to mispricing due to the lower visibility and volume of trades executed on such exchanges.

Analysis of GL1 Trades:
As previously discussed, GL1 is a U.K.-based system that records stock/loan transactions.  GL1 then feeds a record of stock/loan trades entered into by Lehman into APB.  However, Duff & Phelps did not have sufficient knowledge of the trade activity to pursue further analysis.  A possible additional analysis may involve a review of the outstanding stock/loans at the bankruptcy date to verify that all stock/loans were consummated (*i.e.*, that the stocks were returned to the Estate).

# Listing of Exhibits

Exhibit 1:   Manual Journal Entry Review Summary Memoranda
Exhibit 2:   Cash Disbursements Review Summary Memoranda
Exhibit 3:   Review of Certain Pledged Collateral Accounts at JPMorgan Summary Memoranda
Exhibit 4:   APB Fields of Interest
Exhibit 5:   APB Trade Types
Exhibit 6:   APB Asset Types
Exhibit 7:   One William Street Capital Management LP - Memoranda and Appendices re: APB Trade Review
Exhibit 8:   BlueMountain Capital Management LLC - Memoranda and Appendices re: APB Trade Review
Exhibit 9:   Stark Investments LP - Memoranda and Appendices re: APB Trade Review
Exhibit 10:  R3 Capital Management LLC - Memoranda and Appendices re: APB Trade Review
Exhibit 11:  Fortress Investment Group LLC - Memoranda and Appendices re: APB Trade Review
Exhibit 12:  Blackrock, Inc. - Memoranda and Appendices re: APB Trade Review
Exhibit 13:  JP Morgan Chase & Co. - Memoranda and Appendices re: APB Trade Review
Exhibit 14:  Bank of America Corporation - Memoranda and Appendices re: APB Trade Review
Exhibit 15:  Bank of New York Mellon Corporation - Memoranda and Appendices re: APB Trade Review
Exhibit 16:  Citigroup, Inc. - Memoranda and Appendices re: APB Trade Review
Exhibit 17:  HSBC Holdings Plc. - Memoranda and Appendices re: APB Trade Review
Exhibit 18:  The Federal Reserve Bank of New York - Memoranda and Appendices re: APB Trade Review
Exhibit 19:  Standard Bank Group Limited - Memoranda and Appendices re: APB Trade Review
Exhibit 20:  Barclays Plc. - Memoranda and Appendices re: APB Trade Review
Exhibit 21:  Findings re: Avoidable Analysis – Pricing Comparison

**Exhibit 1 - Intercompany Asset Transfers for Avoidance Analysis (General Ledger Approach)**

**EXHIBIT 1**

**SUBJECT:**     General Ledger Approach - Identifying Third-Party Asset Transfers for Avoidance Analysis

**Executive Summary**

<u>Selected Entries</u>

Duff & Phelps completed the analysis of the population of manual journal entries with a gross balance of greater than $500 million that were booked between September 1, 2007 and September 12, 2008. In Duff & Phelps's review, 138 manual journal entries were identified. This selection represents 28 percent of the 493 entries that comprised the population. The 138 entries were selected for analysis based upon the determination that the entries potentially represented one or more of the following activities:

- Third-party asset transfers.
- Forgiveness of debt.
- Equity transfers.
- Any unusual or indistinguishable activity.

<u>Conclusion</u>

Based upon discussions with relevant knowledgeable personnel from Alvarez & Marsal ("A&M"), a detailed analysis of each of the selected journal entries would not be feasible in the allotted timeframe. Given the timing and the costs associated with this analysis, it was determined that completion of this analysis would not be a prudent use of the Estate's resources. Duff & Phelps finds that sufficient analyses have been performed via the cash disbursements analysis, the APB trade analysis, and the pledged collateral accounts analysis to address the issue of third party avoidance without the completion of the general ledger approach.

**Analysis**

<u>Population Statistics – General Ledger Approach</u>

Using Lehman's legacy accounting system, Vista Essbase, Duff & Phelps determined the number and dollar value of the credit adjustments (*i.e.* the transfer of assets out of Lehman) to the consolidated asset accounts. Duff & Phelps's analysis determined there were approximately 600,000 adjustments of $20 million or greater in the period between September 1, 2007 and September 12, 2008. In an attempt to focus on risk areas ("segments" that Duff & Phelps believe present the highest probability of containing voidable transactions) Duff & Phelps pared this population down significantly.

<u>Segmented Results Based upon Dollar Value</u>

Duff & Phelps's next "refinement" of the population of entries was to segment the entries by dollar amount in $50 million increments to help evaluate the level of "coverage" (based upon U.S. Dollar value) that can be obtained by focusing on higher dollar transactions. Presented below are the segmented manual journal entries broken down between third-party and intercompany accounts. It was clear from the presented data that Duff & Phelps could pare down the largest segment (adjustments greater than $500 million) further to achieve a reasonable coverage ratio.

Table 1: Summary of Third-Party Manual Journal Entries

| Third-Party Manual Journal Entries | Entries | Value ($millions) | % of Total |
|---|---|---|---|
| $20MM - $50MM | 178 | 5,852 | 0.1% |
| $50MM - $100MM | 150 | 11,191 | 0.2% |
| $100MM - $150MM | 93 | 11,450 | 0.2% |
| $150MM - $200MM | 59 | 10,197 | 0.2% |
| $200MM - $250MM | 37 | 8,201 | 0.1% |
| $250MM - $300MM | 30 | 8,279 | 0.1% |
| $300MM - $350MM | 24 | 7,695 | 0.1% |
| $350MM - $400MM | 18 | 6,780 | 0.1% |
| $450MM - $450MM | 26 | 10,984 | 0.2% |
| $450MM - $500MM | 20 | 9,428 | 0.1% |
| $500MM - $550MM | 15 | 7,745 | 0.1% |
| $550MM - $600MM | 8 | 4,588 | 0.1% |
| $600MM - $650MM | 11 | 6,804 | 0.1% |
| $650MM - $700MM | 20 | 13,412 | 0.2% |
| $700MM - $750MM | 14 | 10,107 | 0.2% |
| $750MM - $800MM | 13 | 10,062 | 0.2% |
| $800MM - $850MM | 15 | 12,315 | 0.2% |
| $850MM - $900MM | 9 | 7,857 | 0.1% |
| $900MM - $950MM | 8 | 7,405 | 0.1% |
| $950MM - $1B | 13 | 12,729 | 0.2% |
| $1B+ | 367 | 6,330,693 | 97.2% |
| Total | 1,128 | 6,513,775 | 100.0% |

Table 2: Summary of Intercompany Manual Journal Entries

| Intercompany Manual Journal Entries | Entries | Value ($millions) | % of Total |
|---|---|---|---|
| $20MM - $50MM | 101 | 3,283 | 0.1% |
| $50MM - $100MM | 74 | 5,315 | 0.1% |
| $100MM - $150MM | 69 | 8,485 | 0.2% |
| $150MM - $200MM | 48 | 8,069 | 0.2% |
| $200MM - $250MM | 20 | 4,501 | 0.1% |
| $250MM - $300MM | 19 | 5,257 | 0.1% |
| $300MM - $350MM | 33 | 10,649 | 0.2% |
| $350MM - $400MM | 18 | 6,647 | 0.2% |
| $450MM - $450MM | 16 | 6,712 | 0.2% |
| $450MM - $500MM | 11 | 5,215 | 0.1% |
| $500MM - $550MM | 13 | 6,842 | 0.2% |
| $550MM - $600MM | 10 | 5,760 | 0.1% |
| $600MM - $650MM | 10 | 6,163 | 0.1% |
| $650MM - $700MM | 8 | 5,401 | 0.1% |
| $700MM - $750MM | 8 | 5,814 | 0.1% |
| $750MM - $800MM | 4 | 3,077 | 0.1% |
| $800MM - $850MM | 8 | 6,599 | 0.2% |
| $850MM - $900MM | 3 | 2,629 | 0.1% |
| $900MM - $950MM | 5 | 4,608 | 0.1% |
| $950MM - $1B | 4 | 3,898 | 0.1% |
| $1B+ | 173 | 4,190,309 | 97.3% |
| Total | 655 | 4,305,235 | 100.0% |

After confirming the appropriate dollar value threshold of $500 million with the Examiner, Duff & Phelps was then able to focus the review of entries to the remaining 493 entries while maintaining an appropriate coverage ratio.

Journal Entry Review Process

Duff & Phelps reviewed the 493 entries flagged above for evidence of the following characteristics:

- Third-party asset transfers.
- Forgiveness of debt.
- Equity transfers.
- Any unusual or indistinguishable activity.

As a result of this review, Duff & Phelps identified 138 of the 493 flagged manual journal entry IDs (28%) requiring further analysis.

Additionally, as part of Duff & Phelps's separate efforts to "flag" entries that may represent intercompany account activity, real estate mark-to-market adjustments, and compensation related entries, Duff & Phelps identified 216 intercompany transactions, 43 real estate mark-to-market transactions, and 23 compensation-related entries.

**Findings**

In reviewing the selected 138 entries, Duff & Phelps identified accounting entries that were recorded by controllers currently employed by Barclays and A&M.[1] Duff & Phelps conducted interviews with six (6) Barclays and two (2) A&M controllers discussing a total of 18 manual journal entries. Duff & Phelps's discussions were limited to the high level understanding of the nature and purpose of each selected journal entry, and no further supporting information in the form of spreadsheets, reports or other were provided to us. Please note that other controllers were not available for discussions due to various reasons, including recent termination of employments or employment by the Nomura Securities Co., Ltd.

The table below summarizes the number of entries selected for further review and completed interviews:

Table 3: Summary of selected journal entries discussed with A&M and Barclays controllers.

| Description | Number of Entries |
|---|---|
| Discussed with Barclays controllers | 17 |
| Discussed with A&M controllers | 2 |
| Subtotal | 19 |
| Less: Entries discussed with both A&M & Barclays personnel* | 1 |
| Total entries covered via discussions with knowledgeable personnel | 18 |
| Total entries selected for review | 138 |
| % of entries covered via discussions with knowledgeable personnel | 13% |

\* One entry was discussed with both A&M and Barclays' controllers.

Refer to **Appendix 1-A** for a listing of the 138 entries.

During Duff & Phelps's discussions with Barclays and A&M controllers, Duff & Phelps noted that majority of the manual journal entries discussed fell into the following four categories:

1. <u>Reclassification entries</u> - These entries represent entries made on a monthly basis to reclassify amounts to the proper accounts such as payables and receivables or various types of inventory by financial instrument. Duff & Phelps understands that a number of systems were automatically posting entries onto the one control account without proper segregation between payables and receivables, or breakdown of inventory by financial instrument. As a result, for financial reporting purposes, these net balances from control accounts were reclassified to proper accounts on a monthly basis via manual journal entries.

2. <u>Manual entries to compensate for a system not in place at the time of the entry</u> - There were a number of accounting systems that were either not in place or did not have an automatic feed into the general ledger system at the time of the posting. For example, the GFS system, which incorporates a consolidation of trade level information from multiple middle office and settlement systems, did not have an automatic interface with the general ledger system until May 2008. As a result, controllers were posting certain derivatives activity entries manually, including posting collateral payables and receivables as a result of

---

[1] Duff & Phelps relied on the People Finder database provided by Barclays to identify the location of the former Lehman controllers' groups' employees identified by A&M. See **Appendix 1-A** for a listing of each contact and their present employer.

trading activity. Additionally, accounting systems for a number of foreign subsidiaries (*e.g.*, Lehman Brazilian entities) were not integrated with the corporate general ledger. As a result, monthly activities for these subsidiaries were summarized on excel spreadsheets and recorded on a summary basis manually.

3. <u>Corrections of Incorrect Postings</u> - Occasionally certain detailed information from subsystems was determined to be incorrectly processed during the monthly reconciliation process. As a result, controllers reversed system postings and posted the correction manually.

4. <u>Posting and Reversals of Accruals</u> - Entries related to the monthly posting and reversal of accrued items, such as unpaid interest. It is Duff & Phelps's understanding that there were no automatic postings for these accruals; as a result they were performed manually.

Based on these discussions with Barclays and A&M controllers, <u>none</u> of the 18 manual journal entries discussed appear to present potentially avoidable activity.

**Conclusion**

Based upon discussions with relevant knowledgeable personnel from A&M, a detailed analysis of each of the selected journal entries would not be feasible in the allotted timeframe. Given the timing and the costs associated with this analysis, it was determined that completion of this analysis would not be a prudent use of the Estate's resources. Duff & Phelps finds that sufficient analyses have been performed via the cash disbursements analysis, the APB trade analysis, and the pledged collateral accounts analysis to address the issue of third party avoidance without the completion of the general ledger approach. However, for reference, the following table presents the selected journal entries.

**Appendix 1-A – Details of the 138 Journal Entries Identified for Further Review[2]**

| Count | D&P ID | Journal Entry ID | Geography | Entry Count |
|---:|---:|---|---|---:|
| 1 | 2 | NANFXDWT74 | New York | 28 |
| 2 | 4 | NANMTSAF21 | New York | 16 |
| 3 | 5 | NANFXDSI19 | New York | 5 |
| 4 | 6 | NANFXDKN65 | New York | 12 |
| 5 | 7 | NANMTSAL60 | New York | 9 |
| 6 | 8 | MUMMTSAK21 | Mumbai | 4 |
| 7 | 10 | MUMMTSJF21 | Mumbai | 9 |
| 8 | 12 | NANFXDAS58 | New York | 6 |
| 9 | 16 | NANEQULL27 | New York | 6 |
| 10 | 17 | LONFTADJ09 | London | 11 |
| 11 | 26 | MUMLECNN01 | Mumbai | 1 |
| 12 | 27 | NANFXDSA06 | New York | 13 |
| 13 | 30 | LONFTADJ08 | London | 2 |
| 14 | 41 | NANFXDMM11 | New York | 3 |
| 15 | 48 | NANFINJR32 | New York | 3 |
| 16 | 51 | LONFTAJS09 | London | 3 |
| 17 | 55 | NANEQUGP34 | New York | 2 |
| 18 | 56 | NANEQUGP38 | New York | 2 |
| 19 | 58 | NANEQUGP40 | New York | 2 |
| 20 | 59 | NANCOMSC60 | New York | 13 |
| 21 | 60 | NANMTSAF22 | New York | 6 |
| 22 | 62 | NANEQULL10 | New York | 6 |
| 23 | 64 | LONESPPZ05 | London | 4 |
| 24 | 72 | NANFXDSI06 | New York | 1 |
| 25 | 76 | UTKTKOAC10 | Hong Kong/Tokyo | 3 |
| 26 | 78 | LONEQDSA09 | London | 12 |
| 27 | 85 | NANFXDHZ35 | New York | 3 |
| 28 | 86 | NANEQUGP23 | New York | 3 |
| 29 | 87 | NANREGAK58 | New York | 17 |
| 30 | 89 | LONEQDSA11 | London | 5 |
| 31 | 92 | NANFXDSA72 | New York | 3 |
| 32 | 93 | LONESPPZ09 | London | 4 |
| 33 | 94 | NANBNCLC01 | Irvine | 9 |
| 34 | 98 | NANEQUGP36 | New York | 3 |
| 35 | 99 | NANFXDSA40 | New York | 15 |
| 36 | 80 | MUMLECNN09 | Mumbai | 2 |
| 37 | 105 | NANMTSAF20 | New York/New York | 11 |
| 38 | 125 | UTKTKOSY11 | Tokyo | 3 |
| 39 | 126 | NANEQUGP27 | New York | 1 |
| 40 | 129 | ZURFRPJS12 | Zurich | 1 |
| 41 | 134 | LONESPPZ01 | London | 1 |
| 42 | 135 | NANFINJR16 | New York | 1 |
| 43 | 138 | LONESPPZ10 | London | 1 |
| 44 | 149 | NANFXDMM05 | New York | 1 |
| 45 | 150 | LONEQDSA07 | London | 4 |
| 46 | 155 | NANCONLG96 | New York | 2 |

---

[2] Lehman repeated their use of Journal Entry ID Numbers for multiple, different manual accounting entries. As a result, Duff & Phelps's analysis required an examination of the entire "pool of accounting adjustments" represented by a single Journal Entry ID Number. The number of accounting entries included in the Journal Entry ID Number is presented below in the column titled, "Number of Entries in Pool."

| Count | D&P ID | Journal Entry ID | Geography | Entry Count |
|---|---|---|---|---|
| 47 | 161 | NANFXDMG45 | New York | 3 |
| 48 | 166 | NANEQUCC08 | New York | 1 |
| 49 | 176 | NANFINJR17 | New York | 1 |
| 50 | 178 | UTKTKOAC8 | Hong Kong/Hong K( | 2 |
| 51 | 180 | LONFTADG03 | London | 1 |
| 52 | 187 | LONEQDSA08 | London | 2 |
| 53 | 190 | LONEQDSA01 | London | 1 |
| 54 | 191 | LONEQDSA05 | London | 3 |
| 55 | 192 | NANFXDSA30 | New York | 14 |
| 56 | 193 | LONFTADG27 | London | 6 |
| 57 | 194 | LONEQDSA06 | London | 2 |
| 58 | 196 | NANFXDAL91 | New York | 6 |
| 59 | 197 | NANENERGK2 | New York | 13 |
| 60 | 202 | NANEQUGP33 | New York | 2 |
| 61 | 203 | LONFTAJS08 | London | 1 |
| 62 | 207 | NANCONLG95 | New York | 1 |
| 63 | 210 | NANFXDAL99 | New York | 2 |
| 64 | 213 | NANFXDAL95 | New York | 1 |
| 65 | 214 | LONEQDSA04 | London | 2 |
| 66 | 216 | ZURFRPJS03 | Zurich | 1 |
| 67 | 217 | NANEQUCS01 | New York | 1 |
| 68 | 218 | ZURFRPJS09 | Zurich | 2 |
| 69 | 219 | NANCOMJD60 | New York | 1 |
| 70 | 232 | MUMMTSMM01 | Mumbai/Mumbai | 9 |
| 71 | 233 | NANCONHS04 | New York | 1 |
| 72 | 234 | NANMTSAF50 | New York | 4 |
| 73 | 235 | ZURFRPJS02 | Zurich | 2 |
| 74 | 237 | NANCDOCL01 | New York/New York/ | 26 |
| 75 | 238 | NANEQUGP44 | New York | 2 |
| 76 | 239 | NANEQUCC30 | New York | 1 |
| 77 | 240 | NANFIDJM04 | New York | 2 |
| 78 | 241 | NANCONCZ11 | New York | 19 |
| 79 | 242 | LONEQDSA03 | London | 1 |
| 80 | 247 | NANFXDJR52 | New York | 6 |
| 81 | 248 | LONEQDSA02 | London | 7 |
| 82 | 250 | NANFIDFL10 | New York | 1 |
| 83 | 251 | NANCONCZ03 | New York | 5 |
| 84 | 252 | NANEQUMG52 | New York | 1 |
| 85 | 255 | NANFIDJM10 | New York | 2 |
| 86 | 259 | NANENERGK1 | New York | 16 |
| 87 | 261 | NANCONCZ05 | New York | 26 |
| 88 | 267 | UTKCASHMI1 | Tokyo | 17 |
| 89 | 274 | UTKOJNLH01 | Tokyo | 1 |
| 90 | 282 | NANCONCZ06 | New York | 17 |
| 91 | 285 | NANEQULL26 | New York | 1 |
| 92 | 294 | NANEQUCC70 | New York | 1 |

**Appendix 1-A – Details of the 138 Journal Entries Identified for Further Review (continued)**

| Count | D&P ID | Journal Entry ID | Geography | Entry Count |
|---|---|---|---|---|
| 93 | 300 | NANMTGMW08 | New York | 1 |
| 94 | 305 | NANEQUJN53 | New York | 1 |
| 95 | 308 | NANEQULL01 | New York | 6 |
| 96 | 310 | NANFIDJM02 | New York | 2 |
| 97 | 314 | MUMFXDRM12 | Mumbai/Mumbai/Ne | 5 |
| 98 | 319 | NANFXDSI15 | New York | 2 |
| 99 | 321 | NANCONRL21 | New York | 6 |
| 100 | 324 | NANFINTT01 | New York | 64 |
| 101 | 327 | LONEQDNC01 | London | 1 |
| 102 | 328 | NANCONCZ12 | New York | 20 |
| 103 | 344 | NANFINJR13 | New York | 1 |
| 104 | 345 | NANCONCZ09 | New York | 4 |
| 105 | 347 | NANFXDAA01 | New York | 1 |
| 106 | 357 | NANFIDJM03 | New York | 2 |
| 107 | 358 | NANFXDAL30 | New York | 1 |
| 108 | 360 | UTKTKOAC12 | Hong Kong | 1 |
| 109 | 366 | NANTSYHC11 | New York | 1 |
| 110 | 368 | NANEQUGF20 | New York | 1 |
| 111 | 369 | NANMTSJZ03 | New York | 3 |
| 112 | 370 | NANFINJR22 | New York | 1 |
| 113 | 371 | NANTSYGF33 | New York | 1 |
| 114 | 373 | NANCONLG99 | New York | 1 |
| 115 | 374 | NANFXDSI05 | New York | 6 |
| 116 | 383 | NANCONCZ02 | New York | 21 |
| 117 | 387 | NANCONCZ01 | New York | 22 |
| 118 | 389 | NANFXDMG25 | New York | 3 |
| 119 | 392 | NANCONRL24 | New York | 5 |
| 120 | 397 | NANFIDJM05 | New York/New York | 3 |
| 121 | 398 | NANEQULL15 | New York | 7 |
| 122 | 401 | NANFXDMM06 | New York | 1 |
| 123 | 406 | NANTSYGJ03 | New York | 1 |
| 124 | 416 | NANFINAS10 | New York | 1 |
| 125 | 417 | MUMFXDRM17 | Mumbai | 1 |
| 126 | 430 | UTKTKOSY08 | Tokyo | 5 |
| 127 | 439 | NANTSYYM63 | New York | 1 |
| 128 | 441 | NANFXDSI02 | New York | 1 |
| 129 | 446 | UTKTKOSY01 | Tokyo | 3 |
| 130 | 449 | NANFIDJM01 | New York | 2 |
| 131 | 451 | UTKTKOSY02 | Tokyo | 1 |
| 132 | 466 | NANFXDSI12 | New York | 2 |
| 133 | 467 | NANFIDJM09 | New York/New York | 5 |
| 134 | 468 | NANFXDMM02 | New York | 1 |
| 135 | 482 | LONEQDRI10 | London/London | 2 |
| 136 | 487 | NANCONCZ10 | New York | 20 |
| 137 | 493 | NANFINJR05 | New York | 2 |
| 138 | Interco | NANFXDSI20 | New York | 1 |
| Total | | | | 752 |



**Exhibit 2 - Cash Disbursements Review Summary**

# EXHIBIT 2

**SUBJECT:**     Findings: Review of Statement of Financial Affairs Filings – Schedules 3b "Payments to Creditors" ("SOFA Schedules 3b") as part of the Avoidance Analysis

## I.     Executive Summary

Duff & Phelps LLC ("Duff & Phelps") identified 416 payments which represent potentially significant avoidable transactions.  Of these payments, Duff & Phelps believes that 192 of the selected transfers may be safe-harbored, as there is evidence that these payments pertain to either repo transactions (51) or derivative payments (141).  The remaining selected payments (224) remain unsolved; resolution would require assistance from A&M.

## II.     Background

### SOFA Schedules 3b Filings

Duff & Phelps has obtained and analyzed the Statement of Financial Affairs Filings Schedules 3b "Payments to Creditors" ("SOFA Schedules 3b") for 12 Lehman Debtor Entities[1] that filed such a statement. Duff & Phelps, in close cooperation with the Examiner, applied various criteria to the SOFA Schedules 3b payments to identify the payments most likely to represent significant, avoidable transactions.  The findings of our analysis are presented in this exhibit.

The SOFA Schedules 3b provides a listing of vendor payments for the period June 17, 2008 through April 21, 2009 for the following Lehman entities:

1. Lehman Brothers Commercial Corporation ('LBCC")
2. Lehman Brothers Commodity Services ("LBCS")
3. Lehman Brothers Derivative Products Inc. ("LBDP")
4. Lehman Brother Financial Products Inc. ("LBFP")
5. Lehman Brothers Holdings Inc. ("LBHI")
6. LB Rose Ranch LLC ("LBRose")
7. Lehman Commercial Paper Inc. ("LCPI")
8. Lehman Brothers Special Financing Inc. ("LBSF")
9. LB2080 Kalakaua Owners LLC ("LB2080")
10. LB745 LLC ("LB745")
11. Lehman Brothers OTC Derivatives Inc. ("LBOTC")
12. BNC Mortgage LLC ("BNC")

### Sources of SOFA Schedules 3b Payment Data

A&M provided Duff & Phelps with data regarding the SOFA Schedules 3b filings for the aforementioned entities, primarily consisting of payment information recorded in Lehman's Global Cash and Collateral Management legacy system ("GCCM").[2]     GCCM was an integrated global cash and liquidity

---

[1] Declaration of Patrick J. Trostle in Support of Examiner's Application to Retain Jenner & Block LLP, at p. 2, Ex. B, Docket No. 2627, *In re Lehman Brothers Holdings, Inc.*, No. 08-13555 (Bankr. S.D.N.Y. Sept. 18, 2008).

[2] Memorandum of Conference between Steven Kotarba and Mark Zeiss, Alvarez & Marsal, Ekaterina Timaeva and Orie Attas, Duff & Phelps, and John Tousto, LBHI (Oct. 7, 2009), at p. 1.

management platform that utilizes an in-house bank structure to centralize, automate, and standardize cash flow. Duff & Phelps understands that data contained within GCCM are the most comprehensive source for Lehman's cash inflows and outflows.

However, A&M has not completed reconciling the data in GCCM to independent account statements, which may result in the identification of additional payments. No estimated time of completion for this reconciliation was provided.[3]

<u>Potential Missing Payments from SOFA Schedules 3b</u>

Subsequent to the issuance of the SOFA Schedules 3b filings, A&M identified certain payments that would have been included in the SOFA Schedules 3b filings were it not for incomplete information available to A&M at the time the SOFA Schedules 3b was compiled.[4]

To identify additional payments for further investigation, Duff & Phelps has obtained A&M's preliminary determination of "missing" payments and applied the same criteria as applied to the payments presented in the SOFA Schedules 3b filings. As a result, Duff & Phelps's selection of payments includes transfers that are not presented in the SOFA Schedules 3b.

It is Duff & Phelps's understanding that these payments are potentially "missing" due to incomplete information used by A&M for compilation of SOFA Schedules 3b, which A&M has sorted into the following three categories:

1. *Missing beneficiary information*
   - The payment extracts utilized for selection of payments for SOFA Schedules 3b did not provide beneficiary information for some wires, which may have resulted in payments that were inappropriately excluded from SOFA Schedules 3b. Approximately $33 billion of payments have been omitted from SOFA Schedules 3b due to this issue of missing beneficiary data.
   - Duff & Phelps received and analyzed the payment data for the approximately $33 billion of payments referenced above that may have been inappropriately omitted from SOFA Schedules 3b.[5]
   - Duff & Phelps identified nine (9) additional payments based upon the same selection protocol applied to the SOFA Schedules 3b. Refer to **Appendix 2-E** for detail related to these additional selections.

2. *Missing direct payments*
   - There were instances where GCCM had not recorded all payments (*e.g.* direct debits for debt buyback).[6]
   - Duff & Phelps did not receive sufficient information related to the details of payments related to the payments not recorded in GCCM, and as a result, potentially omitted from SOFA

---

[3] *Id*. at 2.
[4] *Id*. at 1.
[5] GCCMAdditionalPayeesReport 2009-10-21v1.xls from Lauren Sheridan, Alvarez & Marsal, to Heather D. McArn, Jenner & Block (Oct. 21, 2009) [LBEX-AM 332124 - LBEX-AM 332369].
[6] Bank statements were not available to reconcile with GCCM data in order to identify any payments not captured within GCCM and to determine whether these payments should have been included in the SOFA Schedules 3b.

Schedules 3b.

3. *PeopleSoft Accounts Payable*
   - It is Duff & Phelps's understanding that the SOFA Schedules 3b were prepared based on payment date.[7]
   - Existence of a number of payments without bank clearance dates was discovered, which may represent voided checks or checks that did not clear (indicating that the payment may not have actually been made).
   - Clarification of the payment date may have an impact on the preferences analysis conclusions for these payments.
   - A&M has learned that some LBI payments were allocated to other Debtor Entities in a subsequent accounting process and not within PeopleSoft. A&M was not able to provide Duff & Phelps with an estimate of potential missing payments related to the PeopleSoft accounts payable issues.

LBI payments on behalf of debtor entities

Certain payments were made by Lehman Brothers Inc ("LBI") on behalf of other Debtor Entities. These payments were recorded in GCCM as LBI payments, since LBI technically made the payments. In these cases, GCCM data does not provide a complete picture regarding which entity substantively made the payment. Accordingly, GCCM payment data was supplemented by payment data recorded in the PeopleSoft Accounts Payable module ("PeopleSoft").[8]

Reliance on A&M

A&M was tasked to perform a preference analysis of the vendor payments presented in the SOFA Schedules 3b. The Examiner requested that Duff & Phelps perform supplementary procedures to analyze these payments. Duff & Phelps requested supporting documentation for selected payments from A&M.

III.   **Procedures Overview**

Vetting the data

To verify the accuracy and completeness of the information presented in SOFA Schedules 3b, Duff & Phelps performed the following procedures:

1. Reconciled all documents received to the original related filings.[9]
2. Conducted existence and completeness testing by agreeing selected payments recorded in SOFA Schedules 3b to the information recorded in GCCM, and vice versa, on a sample basis.
3. Participated in discussions with A&M to determine potential categories of missing payments in the SOFA Schedules 3b.

---

[7] Payment date is the date on which the payment is recorded as being made in PeopleSoft. Bank clearance date is the date on which the payment actually clears the respective bank and is recorded by the bank as being transferred out. A&M is performing its preferences analysis based on bank clearance date.
[8] Memorandum of Conference between Steven Kotarba and Mark Zeiss, Alvarez & Marsal, Ekaterina Timaeva and Orie Attas, Duff & Phelps, and John Tousto, LBHI (Oct. 7, 2009), at p. 2.
[9] Statement of Financial Affairs of Lehman Brothers Holdings, Inc., attached SOFA 3b Rider, Docket No. 3092, *In re Lehman Brothers Holdings, Inc.*, No. 08-13555 (Bankr. S.D.N.Y. Sept. 18, 2008).

*1. Reconciliation between A&M-prepared database and SOFA Schedules 3b filings*

Duff & Phelps received from A&M the source schedules (in the form of Excel spreadsheets) prepared by A&M, which contains details of the riders attached to the SOFA Schedules 3b filings. Duff & Phelps summarized A&M's 3rd party payment activity data. Duff & Phelps also reconciled amounts from A&M's Excel detail of the SOFA Schedules 3b to the actual SOFA Schedules 3b. No discrepancies were noted.

*2. Sample testing of selected payments for existence and completeness*

To evaluate the existence of the payments included in the SOFA Schedules 3b, Duff & Phelps selected a sample of payments from the SOFA Schedules 3b and reconciled them to information recorded in GCCM. Eight payments presented in SOFA Schedules 3b were selected for testing. Duff & Phelps's initial sample included the five largest payments across all entities. The sample was later expanded to include an additional three items to mitigate the fact that the initial sample was comprised entirely of payments to "Broker Dealer Dept 4004," which appears to be a LBI account (Duff & Phelps noted that many of these payments are described in GCCM as being "tri-party"[10] transactions). As a result, Duff & Phelps has tested the three largest payments to "Broker Dealer Dept 4004" and expanded the sample to the additional five largest payments to creditors. Duff & Phelps has reconciled all of the selected payments to GCCM without exception. Refer to the **Appendix 2-A** for the results of the testing.

Additionally, to evaluate the completeness of the SOFA Schedules 3b, Duff & Phelps selected a sample of 15 payments from the GCCM system (including the three largest payments made by each entity made on September 12, 2008) and reconciled them to the SOFA Schedules 3b. Duff & Phelps's search was limited to US dollar payment transactions with a "Settled" status on the selected date. Five of the selected transactions appeared to be intercompany transactions and one related to a transaction where funds were moved within the same entity (*i.e.* "intra-company"). Duff & Phelps concluded that these transactions were appropriately excluded from the SOFA Schedules 3b. The other nine selections were successfully reconciled to the SOFA Schedules 3b. Refer to **Appendix 2-B** for the results of these procedures.

*3. Analysis of SOFA Schedules 3b payments*

Duff & Phelps summarized the SOFA Schedules 3b, using data provided by A&M. Duff & Phelps then analyzed the payments presented in SOFA Schedules 3b for the twelve Lehman entities, which total 67,734 payments of over $326 billion.

Organizing the data

Duff & Phelps segmented the payment data as a step in identifying payments which represent potentially significant avoidable transactions. The following table represents the summary of payments by legal entity:

---

[10] Per A&M, tri-party agreements represent reverse repo tri-party trades between LBHI and LBI. The transactions are from LBHI's perspective showing cash moving from LBHI to LBI's tri-party cash clearing account at JPMorgan. These trades were overnight trades and the cash (principal plus interest) would have been transferred back to LBHI the next day. These trades were typical trades the Treasury Funding Desk would have executed as a way for investing excess cash at LBHI.

**Table 1 – Summary of Payments by Debtor Entity[11]**

| Lehman Entities | | Total Payments | % of Total | Total # of Transactions | % of Total |
|---|---|---|---|---|---|
| LBHI | $ | 262,954,474,705 | 80.6% | 4,817 | 7.1% |
| LBSF | | 42,870,423,783 | 13.1% | 24,142 | 35.6% |
| LCPI | | 11,019,182,091 | 3.4% | 36,098 | 53.3% |
| LBCS | | 5,713,713,329 | 1.8% | 1,971 | 2.9% |
| LBOTC | | 3,583,019,387 | 1.1% | 378 | 0.6% |
| LBDP | | 21,579,798 | 0.0% | 139 | 0.2% |
| LB745 | | 14,649,352 | 0.0% | 34 | 0.1% |
| BNC | | 2,898,017 | 0.0% | 71 | 0.1% |
| LBRose | | 953,609 | 0.0% | 42 | 0.1% |
| LB2080 | | 567,972 | 0.0% | 21 | 0.0% |
| LBFP | | 212,537 | 0.0% | 9 | 0.0% |
| LBCC | | 139,376 | 0.0% | 12 | 0.0% |
| **Total** | **$** | **326,181,813,958** | **100.0%** | **67,734** | **100.0%** |

The population of payments presented on the SOFA Schedules 3b can be segmented into the following categories by dollar amount of payments:

**Table 2 – Payment Segmented by Dollar Volume[12]**

| Lehman Entities | | Total Payments | % of Total | Total # of Transactions | % of Total |
|---|---|---|---|---|---|
| <$100M | $ | 60,059,866,447 | 18.4% | 67,134 | 99.1% |
| $100 M to $249 M | | 37,436,412,187 | 11.5% | 238 | 0.4% |
| $250 M to $499 M | | 65,849,728,189 | 20.2% | 202 | 0.3% |
| $500 M to $999 M | | 67,927,234,776 | 20.8% | 108 | 0.2% |
| ≥$1B | | 94,908,572,358 | 29.1% | 52 | 0.1% |
| **Total** | **$** | **326,181,813,958** | **100.0%** | **67,734** | **100.0%** |

<u>Selecting payments</u>

Noting the significant number of transactions and the inherent limitations of reviewing all of the payments, Duff & Phelps worked closely with the Examiner to develop a sample of SOFA Schedules 3b payments to review. Under the Examiner's direction, Duff & Phelps identified three payment categories of interest:

1. <u>"Counterparties"</u>
    - Payments made to counterparties which satisfy one of the following criteria: (1) is a major bank/clearing house, (2) conducts a significant volume of trades, (3) involved in transactions

---

[11] LehmanSOFA3bRiderExcelVersionLOTC.xls from Mark Zeiss, Alvarez & Marsal, to Ekaterina Timaeva, Duff & Phelps (Oct. 23, 2009) [LBEX-AM 313491 – LBEX-AM 318455]; LehmanSOFA3bRiderExcelVersion.xls from Lauren Sheridan, Alvarez & Marsal, to Heather D. McArn, Jenner & Block (Aug. 20, 2009) [LBEX-AM 313491 - LBEX-AM 318455].

[12] LehmanSOFA3bRiderExcelVersionLOTC.xls from Mark Zeiss, Alvarez & Marsal, to Ekaterina Timaeva, Duff & Phelps (Oct. 23, 2009) [LBEX-AM 313491 – LBEX-AM 318455]; LehmanSOFA3bRiderExcelVersion.xls from Lauren Sheridan, Alvarez & Marsal, to Heather D. McArn, Jenner & Block (Aug. 20, 2009) [LBEX-AM 313491 - LBEX-AM 318455].

with illiquid assets.[13]  There were 13 such counterparties.

2. <u>"Noted Parties"</u>

Payments to creditors with interesting or unusual names that may have lacked clarity (*e.g.* "ATTN FUNDS MANAGEMENT") and that received $1 billion or more in total payments during the period reflected in the SOFA Schedules 3b.[14]

3. <u>"Other Parties"</u>

- Payments to six creditors that do not fall under the "Counterparties" or "Noted Parties" criteria were selected because the term "collateral" was included in the creditor's name. These selections were not subject to a payment amount threshold.

*Separate evaluation of BNC payments*

BNC payments were not included in the data provided by A&M because the BNC-related filings were prepared using other "manual processes" that were not consistent with the other SOFA Schedules 3b.[15] Duff & Phelps assessed the actual SOFA Schedules 3b filings to determine the magnitude of payments made by BNC.  Total payments included in the SOFA Schedules 3b were $2.9 million, with the largest payment of approximately $968,000.  Duff & Phelps noted that there were no payments to "Counterparties," "Noted Parties" or "Other Parties" (as defined below).  As such, Duff & Phelps excluded BNC from any further analysis.

The following table represents the breakdown of payments by amount within the three categories of payments described above:

---

[13] The twelve original Counterparties under this analysis were Federal Reserve, Bank of America, JPMorgan, Citi, HSBC, Bank of New York, One William Street, BlackRock, Stark, Blue Mountain, Fortress and R3.  At the Examiner's request, Duff & Phelps later analyzed payments made to Standard Bank.
[14] "Noted parties" excludes creditors previously selected in the "Counterparty" category described above.
[15] Memorandum of Conference between Mark Zeiss, Alvarez & Marsal, and Ekaterina Timaeva and Orie Attas, Duff & Phelps (Oct. 23, 2009), at p. 1.

**Table 3 – Selected Payments Segmented by Dollar Volume**[16]

| Category * | | Payments | % of Total | Total # of Transactions | % of Total |
|---|---|---|---|---|---|
| **Counterparties** | | | | | |
| <$100M | $ | 8,909,756,287 | 20.8% | 4,705 | 97.9% |
| $100 M to $249 M | | 6,868,555,732 | 16.0% | 47 | 1.0% |
| $250 M to $499 M | | 10,248,891,232 | 23.9% | 31 | 0.6% |
| $500 M to $999 M | | 14,700,000,000 | 34.2% | 23 | 0.5% |
| ≥$1B | | 2,200,000,000 | 5.1% | 2 | 0.0% |
| **Total for Counterparties** | $ | **42,927,203,250** | **100.0%** | **4,808** | **100.0%** |
| **Noted Parties** | | | | | |
| <$100M | $ | 906,482,299 | 0.7% | 1,158 | 87.3% |
| $100 M to $249 M | | 8,706,242,385 | 7.1% | 52 | 3.9% |
| $250 M to $499 M | | 16,041,329,333 | 13.1% | 51 | 3.8% |
| $500 M to $999 M | | 18,705,666,291 | 15.2% | 27 | 2.0% |
| ≥$1B | | 78,412,830,083 | 63.9% | 38 | 2.9% |
| **Total for Noted Parties** | $ | **122,772,550,391** | **100.0%** | **1,326** | **100.0%** |
| **Other Parties** | | | | | |
| <$100M | $ | 785,694,593 | 74.2% | 135 | 99.3% |
| $100 M to $249 M | | - | 0.0% | - | 0.0% |
| $250 M to $499 M | | 273,300,000 | 25.8% | 1 | 0.7% |
| $500 M to $999 M | | - | 0.0% | - | 0.0% |
| ≥$1B | | - | 0.0% | - | 0.0% |
| **Total for Other Parties** | $ | **1,058,994,593** | **100.0%** | **136** | **100.0%** |
| | | | | | |
| **Total All Categories *** | $ | **166,758,748,234** | | **6,270** | |
| **Total SOFA 3b** | $ | **326,181,813,958** | | **67,734** | |
| **All Categories as a % of SOFA 3b** | | **51.1%** | | **9.3%** | |

* Excludes BNC as discussed above.

Duff & Phelps selected all individual payments equal to or greater than $100 million to/from the "Counterparties" and "Noted Parties" categories, and all payments in the "Other Parties" category, for further review.

These selection criteria resulted in a sample of 416 payments, including 103 payments to "Counterparties," 168 payments to "Noted Parties," 136 payments to "Other Parties," and nine (9) payments not presented on the SOFA Schedules 3b. The total amount of payments selected for further review was approximately $159 billion.

---

[16] LehmanSOFA3bRiderExcelVersionLOTC.xls from Mark Zeiss, Alvarez & Marsal, to Ekaterina Timaeva, Duff & Phelps (Oct. 23, 2009) [LBEX-AM 313491 – LBEX-AM 318455]; LehmanSOFA3bRiderExcelVersion.xls from Lauren Sheridan, Alvarez & Marsal, to Heather D. McArn, Jenner & Block (Aug. 20, 2009) [LBEX-AM 313491 - LBEX-AM 318455].

<u>Summary of selected payments</u>

The following table summarizes the related selections from the SOFA Schedules 3b and other identified payments that were not included on the SOFA Schedules 3b:

**Table 4 – Trades Identified for Further Analysis**

| Category | Payments | # of Payments |
|---|---|---|
| Total Counterparties | $    34,017,446,964 | 103 |
| Total Noted Parties | 121,866,068,092 | 168 |
| Total Other Parties | 1,058,994,593 | 136 |
| **Grand Total - SOFA 3b Payments Selected for Analysis \*** | **$   156,942,509,648** | **407** |
| Grand Total - All SOFA 3b Payments | $   326,181,813,958 | 67,734 |
| Payments Selected for Analysis as a Percent of All SOFA 3b Payments | 48.1% | 0.6% |
| **Total Additional Payments not on SOFA 3b** | **$       2,648,321,517** | **9** |
| **Grand Total - All Payments Selected for Analysis \*** | **$   159,590,831,166** | **416** |

* Excludes BNC as discussed below.

Refer to **Appendix 2-C** for a summary of payments selected for analysis by vendor and category and **Appendix 2-D & Appendix 2-E** for a detailed listing of payments selected for analysis.

<u>Support for selected payments</u>

Duff & Phelps requested of A&M, but given the Examiner's timeframe did not receive, supporting documentation for each selected payment. However, with the assistance of A&M, Duff & Phelps identified the Lehman cash settlement system utilized to transact each selected payment. This was significant for two reasons: (1) the source system provides an indication of the "type" of payment involved (*e.g.* intercompany funding, trade settlement, loan payments, etc.), and (2) the source system provides the transaction reference information required to gather further supporting documentation.

This information was useful in further eliminating payment types that are not likely avoidable. A summary of the selected payments sorted by the corresponding settlement system associated with the payments follows.

**Table 5 – Summary of Source Systems for SOFA Schedules 3b Payments Selected for Further Analysis**[17]

| Note | Source System | # of Payments | Amount |
|---|---|---|---|
| 1 | MANPMT | 68 | $    88,132,917,803 |
| 2 | TWS | 205 | 66,632,012,015 |
| 3 | ASAP | 141 | 4,564,029,941 |
| 4 | LOANIQ | 2 | 261,871,407 |
| | **Total** | **416** | **$   159,590,831,166** |

---

[17] Examiner selection v2.xls from Lauren Sheridan, Alvarez & Marsal, to Heather D. McArn, Jenner & Block (Nov. 9, 2009) [LBEX-AM 340297 - LBEX-AM 340310].

1. MANPMT
   - These payments represent manual payments that were entered into GCCM directly.
   - Duff & Phelps noted that 51 of the 68 payments with "MANPMT" identified as the source system were payments to "Broker Dealer Dept 4004" (listed as "Lehman Brothers Inc." on the SOFA Schedules 3b for LBHI and LBOTC). Per discussion with A&M, payments to "Lehman Brothers Inc." represent reverse repo tri-party trades. Duff & Phelps requested A&M to review all 51 payments individually to confirm that all payments to "Lehman Brothers Inc." represent reverse repo tri-party trades as described above. Transfers associated with this type of activity are likely subject to safe harbor provisions.
   - However, no further information or clarifications related to these payments were provided by A&M.
   - Outside of the aforementioned 51 transfers, insufficient data exist to determine if activity captured via manual payments within GCCM are subject to safe harbor provisions.

2. TWS
   - Treasury Work Station ("TWS") is the system of record for Lehman's debt issuance, interest rate swaps to hedge interest rate risk, and trades related to the investment of the firm's excess liquidity.[18]
   - Insufficient data exist to determine if activity captured in the TWS settlement system are subject to safe harbor provisions.

3. ASAP
   - Automated Settlement and Payments ("ASAP") is an operational system that provides settlement and payments for fixed income and equity derivatives.
   - Activity captured in the ASAP settlement system appear likely to be subject to safe harbor provisions.

4. LOANIQ
   - A vendor supplied tool that covers the lifecycle of loan investments and syndication from origination and deal tracking to administration and record maintenance.
   - Insufficient data exist to determine if activity captured in the LOANIQ settlement system are subject to safe harbor provisions.

## IV.  Findings

192 of the selected transfers may be safe-harbored as there is evidence that these payments pertain to either repo transactions (51) or derivative payments (141). The remaining selected payments (224) remain unsolved.

---

[18] E-mail from Lauren Sheridan, Alvarez & Marsal, to Heather D. McArn, Jenner & Block (Nov. 23, 2009).

## Appendix 2-A – SOFA Schedules 3b Testing Selections and Results

The following table presents Duff & Phelps's sample of payments from the SOFA Schedules 3b filings that were traced back to the GCCM system. This procedure was conducted to vet the accuracy of the payment data included in the SOFA Schedules 3b filings.

| Creditor # | Creditor Name | Check/Wire# | Payment Date | Amount Paid | Vendor ID | Legal Entity | Traced to GCCM |
|---|---|---|---|---|---|---|---|
| 2956 | Lehman Brothers Inc. | S0681821EBE601 | 6/30/2008 | $ 7,000,000,000.00 | CMS_WIRE_PAYEE_01688 | LBHI | Yes |
| 2956 | Lehman Brothers Inc. | S068182247FB01 | 6/30/2008 | 5,000,000,000.00 | CMS_WIRE_PAYEE_01688 | LBHI | Yes |
| 2956 | Lehman Brothers Inc. | S068242190BC01 | 8/29/2008 | 5,000,000,000.00 | CMS_WIRE_PAYEE_01688 | LBHI | Yes |
| 968 | CHESAPEAKE ENERGY CORPORATION | S0681970EFBE01 | 7/15/2008 | 1,586,361,719.00 | CMS_WIRE_PAYEE_02126 | LBHI | Yes |
| 5342 | WELLS FARGO | S06817816CC001 | 6/26/2008 | 1,500,000,000.00 | CMS_WIRE_PAYEE_11517 | LBHI | Yes |
| 5342 | WELLS FARGO | S0681791846F01 | 6/27/2008 | 1,500,000,000.00 | CMS_WIRE_PAYEE_11517 | LBHI | Yes |
| 5455 | XTO Energy Inc | S068211100F401 | 7/29/2008 | 1,207,440,000.00 | CMS_WIRE_PAYEE_11747 | LBHI | Yes |
| 443 | BANK OF AMERICA CHARLOTTE | S0682271619F01 | 8/14/2008 | 1,200,000,000.00 | CMS_WIRE_PAYEE_01032 | LBHI | Yes |

## Appendix 2-B – GCCM Testing Selections and Results

The following table presents Duff & Phelps's sample of payments from the GCCM system that were traced back to the SOFA Schedules 3b filings. This procedure was conducted to vet the completeness of the payment data included in the SOFA Schedules 3b filings.

| GCCM Id | Value | CCY | Amount | Internal | Status | In-House A/C | Source | Nostro A/C | Agent Bank | Entity | Check/Wire # | Agreed to SOFA | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D00005558979 | 2008-09-12 | USD | $(130,250,000.00) | N | SETLED | 10005912100V | ASAP | 20005901100C | JPM Chase NY | LBSF | 0884900256JS | Yes | |
| D00005555957 | 2008-09-12 | USD | (100,000,000.00) | N | SETLED | 10004511101M | LOANIQ | 20009900101W | Citibank NY | LCPI | S0682561448301 | Yes | |
| D00005558588 | 2008-09-12 | USD | (98,125,399.89) | N | SETLED | 10005912100V | ASAP | 20005901100C | JPM Chase NY | LBSF | 0884400256JS | Yes | |
| D00005558906 | 2008-09-12 | USD | (97,952,000.00) | N | SETLED | 10005912100V | ASAP | 20005901100C | JPM Chase NY | LBSF | 0884800256JS | Yes | |
| D00005558459 | 2008-09-12 | USD | (30,000,000.00) | Y | SETLED | 10004511101M | LOANIQ | 20009900101W | Citibank NY | LCPI | S068256135EB01 | No | A |
| D00005558460 | 2008-09-12 | USD | (30,000,000.00) | Y | SETLED | 10004511102K | LOANIQ | 10004511101M | | LCPI | | No | A |
| D00005559165 | 2008-09-12 | USD | (18,000,000.00) | N | SETLED | 100C1112002M | ASAP | 200C1101001M | JPM Chase NY | LBCS | 0807000256JS | Yes | |
| D00005554616 | 2008-09-12 | USD | (11,000,000.00) | N | SETLED | 100C1112002M | ASAP | 200C1101001M | JPM Chase NY | LBCS | 7574100256FS | Yes | |
| D00005558351 | 2008-09-12 | USD | (417,325.42) | Y | SETLED | 10048612007 | ASAP | 10005912100V | | LBDPI | 0031600256JS | No | A |
| D00005558007 | 2008-09-12 | USD | (33,002.05) | N | SETLED | 10048612007 | ASAP | 20048610013 | JPM Chase NY | LBDPI | 0031600256JS | Yes | |
| D00005558006 | 2008-09-12 | USD | (18,400.59) | N | SETLED | 10048612007 | ASAP | 20048610013 | JPM Chase NY | LBDPI | 0031400256JS | Yes | |
| D00005554627 | 2008-09-12 | USD | (10,213,000.00) | N | SETLED | 100C1112002M | ASAP | 200C1101001M | JPM Chase NY | LBCS | | No | C |
| S00000224037 | 2008-09-12 | USD | (900,000,000.00) | N | SETLED | 10009913100L | GCCM | 20009900100Y | Citibank NY | LBHI | | No | B |
| S00000224038 | 2008-09-12 | USD | (900,000,000.00) | N | SETLED | 10009913100L | GCCM | 20009900100Y | Citibank NY | LBHI | | No | B |
| S00000224039 | 2008-09-12 | USD | (900,000,000.00) | N | SETLED | 10009913100L | GCCM | 20009900100Y | Citibank NY | LBHI | | No | B |

**Comments:**

A. This transaction appears to represent an intercompany transfer that should not be recorded on SOFA Schedules 3b.
B. This transaction appears to be an intercompany trade w/ LBI. It is included in Duff & Phelps's Post Petition Cash Analysis.
C. This transaction appears to be a trade related collateral payment with LBCS designated as the beneficiary (*i.e.* represents a transfer within the same entity).

**Appendix 2-C – Summary of Payments Selected from SOFA Schedules 3b Sorted by Vendor and Category[19]**

| Creditor | Payments | # of Payments |
|---|---|---|
| **Counterparties *** | | |
| 1 FEDERAL RESERVE | $ 15,648,000,000 | 56 |
| 2 BANK OF AMERICA | 10,180,891,232 | 19 |
| 3 JPMC | 6,189,569,248 | 20 |
| 4 HSBC | 1,050,008,073 | 3 |
| 5 BANK OF NEW YORK | 600,000,000 | 2 |
| 6 CITI | 234,863,000 | 2 |
| 7 ONE WILLIAM STREET | 114,115,411 | 1 |
| **Total Counterparties** | **34,017,446,964** | **103** |
| **Noted Parties **** | | |
| 1 Lehman Brothers Inc. | $ 83,135,225,058 | 51 |
| 2 RBS NY | 3,900,000,000 | 6 |
| 3 DEUTSCHE BANK101 HUDSON STREET23RD FLOOR7302 | 3,250,000,000 | 7 |
| 4 ATTN FUNDS MANAGEMENT | 2,950,000,000 | 10 |
| 5 WATER FERRY | 2,850,000,000 | 3 |
| 6 X | 1,704,475,704 | 8 |
| 7 MUTUAL FUND SERVICES | 1,675,000,000 | 7 |
| 8 MS INSTL LIQUIDITY FUNDS | 1,650,000,000 | 9 |
| 9 DEUTSCHE TELEKOM INTL FINANCE B.V | 1,494,425,500 | 2 |
| 10 dreyfus cash management plus fund/BNF/ DEALER 6036 | 1,480,000,000 | 5 |
| 11 COLUMBIA INSTITUTIONAL WIRE ACCT/BNF/COLUMBIA MM RESERVE-4000161655//FUND 231 | 1,450,000,000 | 5 |
| 12 DEXIA CREDIT LOCAL (NEW YORK) | 1,113,000,000 | 4 |
| 13 DREYFUS CASH MGT/BNF/ DEALER 6036 | 1,100,000,000 | 3 |
| 14 CALYON | 1,010,000,000 | 4 |
| 15 CORPORATE TRUST AND AGENCY GROUP | 1,000,225,000 | 1 |
| 16 101 HUDSON STREET23RD FLOOR7302 | 1,000,000,000 | 2 |
| 17 DANSKE BANKE COPENHAGEN | 1,000,000,000 | 2 |
| 18 CORPORATE TRUST CLEARING ACCT | 970,151,830 | 1 |
| 19 WATERFERRY | 950,000,000 | 1 |
| 20 RBS | 900,000,000 | 2 |
| 21 COLUMBIA INSTITUTIONAL WIRE ACCT/BNF/NATIONS MUNI RESERVE//ACCT 4000161655 REF FUND 231 | 850,000,000 | 3 |
| 22 EDGEWIRE | 815,000,000 | 4 |
| 23 M AND I101 HUDSON STREET23RD FLOOR7302 | 750,000,000 | 5 |
| 24 FAVOR NORDEA BANK CAYMAN | 678,000,000 | 3 |
| 25 WATER FERRY/bnf/reserve liquidity performancemoney market | 600,000,000 | 3 |
| 26 DREYFUS INST'L CASH ADV FUND/BNF/ DEALER 6036 | 550,000,000 | 2 |
| 27 FAVOR IBD TORONTO | 500,000,000 | 2 |
| 28 M AND I | 450,000,000 | 3 |
| 29 MS INSTL LIQUIDITY TRUST SUB ACCTREF LBHI | 375,000,000 | 2 |
| 30 COLUMBIA INSTITUTIONAL WIRE ACCT/BNF/ NATIONS TAX EXEMPT RESERVE//ACCT 4000161655 REF FUND 231 | 300,000,000 | 1 |
| 31 DEXIA PARIS | 300,000,000 | 1 |
| 32 EDGEWIRE/BNF/WATER FERRY ACT 91181//FUND 15 TFOF | 300,000,000 | 1 |
| 33 DREYFUS TAX EXEMPT CASH FUND/BNF/DEALER 6036 ACT 5100031514 | 200,000,000 | 1 |
| 34 CORPORATE TRUST WIRE CLEARING | 165,565,000 | 1 |
| 35 COLUMBIA INSTITUTIONAL WIRE ACC/BNF/CA TAX EXEMPT RESERVES//ACCT 4000161655 REF FUND 231 | 150,000,000 | 1 |
| 36 FAVOR GCI | 150,000,000 | 1 |
| 37 MUTUAL FUNDS SRVCS/BNF/WATER FERRY ACT 23644//TEMP FUND | 150,000,000 | 1 |
| **Total Noted Parties** | **121,866,068,092** | **168** |
| **Other Parties** | | |
| 1 COLLATERAL | $ 736,964,956 | 109 |
| 2 COLLATERAL PLEDGED LEHMAN BROTHERSSPECIAL FINANCING | 273,300,000 | 1 |
| 3 COLLATERAL HELD | 43,033,132 | 23 |
| 4 SWAP COLLATERAL | 4,306,504 | 1 |
| 5 DERIVATIVE COLLATERAL | 1,140,000 | 1 |
| 6 COLLAT | 250,000 | 1 |
| **Total Other Parties** | **1,058,994,593** | **136** |
| **Grand Total - SOFA 3b Payments Selected for Analysis ***** | **$ 156,942,509,648** | **407** |
| **Grand Total - All SOFA 3b Payments** | **$ 326,181,813,958** | **67,734** |
| **Payments Selected for Analysis as a Percent of All SOFA 3b Payments** | **48.1%** | **0.6%** |

---

[19] This table does not include the nine (9) selected payments that were not included in the SOFA Schedules 3b. See Appendix 2-E for corresponding detail.

**<u>Appendix 2-C – Summary of Payments Selected from SOFA Schedules 3b Sorted by Vendor and Category (Continued)</u>**

<u>Notes to schedule</u>**:**

\* Only 7 of the original 12 "Counterparties" had payments that met the selection criteria of payments greater than $100M.

\*\* Several Creditor names were truncated for presentation purposes.

\*\*\* Excludes BNC as discussed above.

| | Creditor Category | Creditor # | Creditor Name | Check/Wire # | Payment Date | Amount Paid | Vendor ID | Legal Entity |
|---|---|---|---|---|---|---|---|---|
| 1 | Counter | 1 | 021000021 - JP Morgan Chase,Y | S06821215FCD01 | 7/25/2008 | 111,871,407.13 | CMS_WIRE_PAYEE_00025 | LCPI |
| 2 | Counter | 1 | 021000021 - JP Morgan Chase,Y | S06821910BD801 | 8/5/2008 | 150,000,000.00 | CMS_WIRE_PAYEE_00025 | LCPI |
| 3 | Noted | 4 | 101 HUDSON STREET23RD FLOOR7302 | S0682401535C01 | 8/27/2008 | 500,000,000.00 | CMS_WIRE_PAYEE_00033 | LBHI |
| 4 | Noted | 4 | 101 HUDSON STREET23RD FLOOR7302 | S0682411626001 | 8/28/2008 | 500,000,000.00 | CMS_WIRE_PAYEE_00033 | LBHI |
| 5 | Noted | 359 | ATIN FUNDS MANAGEMENT | S068170154C001 | 6/18/2008 | 300,000,000.00 | CMS_WIRE_PAYEE_00852 | LBHI |
| 6 | Noted | 359 | ATIN FUNDS MANAGEMENT | S06818317E5501 | 7/1/2008 | 300,000,000.00 | CMS_WIRE_PAYEE_00852 | LBHI |
| 7 | Noted | 359 | ATIN FUNDS MANAGEMENT | S06818417C5101 | 7/2/2008 | 300,000,000.00 | CMS_WIRE_PAYEE_00852 | LBHI |
| 8 | Noted | 359 | ATIN FUNDS MANAGEMENT | S068191142D501 | 7/9/2008 | 300,000,000.00 | CMS_WIRE_PAYEE_00852 | LBHI |
| 9 | Noted | 359 | ATIN FUNDS MANAGEMENT | S0681991657801 | 7/17/2008 | 250,000,000.00 | CMS_WIRE_PAYEE_00852 | LBHI |
| 10 | Noted | 359 | ATIN FUNDS MANAGEMENT | S06820514EFD01 | 7/23/2008 | 300,000,000.00 | CMS_WIRE_PAYEE_00852 | LBHI |
| 11 | Noted | 359 | ATIN FUNDS MANAGEMENT | S06821015A2601 | 7/25/2008 | 300,000,000.00 | CMS_WIRE_PAYEE_00852 | LBHI |
| 12 | Noted | 359 | ATIN FUNDS MANAGEMENT | S0682251318F01 | 8/12/2008 | 300,000,000.00 | CMS_WIRE_PAYEE_00852 | LBHI |
| 13 | Noted | 359 | ATIN FUNDS MANAGEMENT | S0682321355F01 | 8/19/2008 | 300,000,000.00 | CMS_WIRE_PAYEE_00852 | LBHI |
| 14 | Noted | 359 | ATIN FUNDS MANAGEMENT | S0682331539701 | 8/20/2008 | 300,000,000.00 | CMS_WIRE_PAYEE_00852 | LBHI |
| 15 | Counter | 443 | BANK OF AMERICA CHARLOTTE | S068170154BC01 | 6/18/2008 | 200,000,000.00 | CMS_WIRE_PAYEE_01032 | LBHI |
| 16 | Counter | 443 | BANK OF AMERICA CHARLOTTE | S06819715F5201 | 7/15/2008 | 400,000,000.00 | CMS_WIRE_PAYEE_01032 | LBHI |
| 17 | Counter | 443 | BANK OF AMERICA CHARLOTTE | S06820716DA201 | 7/25/2008 | 700,000,000.00 | CMS_WIRE_PAYEE_01032 | LBHI |
| 18 | Counter | 443 | BANK OF AMERICA CHARLOTTE | S06821215C3601 | 7/30/2008 | 750,000,000.00 | CMS_WIRE_PAYEE_01032 | LBHI |
| 19 | Counter | 443 | BANK OF AMERICA CHARLOTTE | S0682131A5AD01 | 7/31/2008 | 200,000,000.00 | CMS_WIRE_PAYEE_01032 | LBHI |
| 20 | Counter | 443 | BANK OF AMERICA CHARLOTTE | S0682271619F01 | 8/14/2008 | 1,200,000,000.00 | CMS_WIRE_PAYEE_01032 | LBHI |
| 21 | Counter | 443 | BANK OF AMERICA CHARLOTTE | S0682321394501 | 8/19/2008 | 400,000,000.00 | CMS_WIRE_PAYEE_01032 | LBHI |
| 22 | Counter | 443 | BANK OF AMERICA CHARLOTTE | S068239152E901 | 8/26/2008 | 200,000,000.00 | CMS_WIRE_PAYEE_01032 | LBHI |
| 23 | Counter | 443 | BANK OF AMERICA CHARLOTTE | S068240158DE01 | 8/27/2008 | 800,000,000.00 | CMS_WIRE_PAYEE_01032 | LBHI |
| 24 | Counter | 443 | BANK OF AMERICA CHARLOTTE | S068241179A001 | 8/28/2008 | 600,000,000.00 | CMS_WIRE_PAYEE_01032 | LBHI |
| 25 | Counter | 443 | BANK OF AMERICA CHARLOTTE | S0682462803001 | 9/2/2008 | 400,000,000.00 | CMS_WIRE_PAYEE_01032 | LBHI |
| 26 | Counter | 443 | BANK OF AMERICA CHARLOTTE | S06825517S3301 | 9/11/2008 | 800,000,000.00 | CMS_WIRE_PAYEE_01032 | LBHI |
| 27 | Counter | 444 | BANK OF AMERICA NA | S0682261432001 | 8/13/2008 | 450,000,000.00 | CMS_WIRE_PAYEE_01034 | LBHI |
| 28 | Counter | 444 | BANK OF AMERICA NA | S0682391476501 | 8/26/2008 | 500,000,000.00 | CMS_WIRE_PAYEE_01034 | LBHI |
| 29 | Counter | 448 | Bank of America, NA | 8884900241JS | 8/28/2008 | 334,581,000.00 | CMS_WIRE_PAYEE_01043 | LBSF |
| 30 | Counter | 449 | Bank of AmericaInterest Rate Derivative Sett | 3339300242JS | 8/29/2008 | 396,310,231.59 | CMS_WIRE_PAYEE_01030 | LBSF |
| 31 | Counter | 450 | BANK OF AMRICA CHARLOTTE | S06819138CA01 | 7/9/2008 | 500,000,000.00 | CMS_WIRE_PAYEE_01045 | LBHI |
| 32 | Counter | 450 | BANK OF AMRICA CHARLOTTE | S0682001393E01 | 7/18/2008 | 750,000,000.00 | CMS_WIRE_PAYEE_01045 | LBHI |
| 33 | Counter | 450 | BANK OF AMRICA CHARLOTTE | S0682471392901 | 9/3/2008 | 600,000,000.00 | CMS_WIRE_PAYEE_01045 | LBHI |
| 34 | Counter | 462 | BANK OF NEW YORK | S06819915FCF01 | 7/17/2008 | 300,000,000.00 | CMS_WIRE_PAYEE_01065 | LBHI |
| 35 | Counter | 462 | BANK OF NEW YORK | S0682391533A01 | 8/26/2008 | 300,000,000.00 | CMS_WIRE_PAYEE_01065 | LBHI |
| 36 | Noted | 813 | CALYON | S06819915FD001 | 7/17/2008 | 200,000,000.00 | CMS_WIRE_PAYEE_01793 | LBHI |
| 37 | Noted | 813 | CALYON | S0682061415D8A01 | 7/24/2008 | 330,000,000.00 | CMS_WIRE_PAYEE_01793 | LBHI |
| 38 | Noted | 813 | CALYON | S0682241698201 | 8/11/2008 | 150,000,000.00 | CMS_WIRE_PAYEE_01793 | LBHI |
| 39 | Noted | 813 | CALYON | S0682462769E01 | 9/2/2008 | 330,000,000.00 | CMS_WIRE_PAYEE_01793 | LBHI |
| 40 | Noted | 1032 | CITI INSTL TAX FREE RESERVES | S06824626D3101 | 9/2/2008 | 100,000,000.00 | CMS_WIRE_PAYEE_02244 | LBHI |
| 41 | Counter | 1036 | Citibank NA | 0556900204JS | 7/22/2008 | 134,863,000.00 | CMS_WIRE_PAYEE_02253 | LBSF |
| 42 | Other | 1110 | COLLAT | 4929900255JS | 9/11/2008 | 250,000.00 | CMS_WIRE_PAYEE_02395 | LBSF |
| 43 | Other | 1111 | COLLATERAL | 1537600189FS | 7/7/2008 | 8,900,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 44 | Other | 1111 | COLLATERAL | 5887800189FS | 7/7/2008 | 5,000,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 45 | Other | 1111 | COLLATERAL | 3603400190JS | 7/8/2008 | 560,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 46 | Other | 1111 | COLLATERAL | 3606900190JS | 7/8/2008 | 11,781,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 47 | Other | 1111 | COLLATERAL | 6461600190JS | 7/8/2008 | 2,000,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 48 | Other | 1111 | COLLATERAL | 5494400191FS | 7/9/2008 | 31,700,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 49 | Other | 1111 | COLLATERAL | 8859000191FS | 7/9/2008 | 12,000,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 50 | Other | 1111 | COLLATERAL | 0087500192FS | 7/10/2008 | 2,500,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 51 | Other | 1111 | COLLATERAL | 6721500192JS | 7/10/2008 | 24,600,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 52 | Other | 1111 | COLLATERAL | 9343600193FS | 7/11/2008 | 7,000,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 53 | Other | 1111 | COLLATERAL | 9334800196JS | 7/14/2008 | 19,700,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 54 | Other | 1111 | COLLATERAL | 2787500197JS | 7/15/2008 | 872,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 55 | Other | 1111 | COLLATERAL | 6266700197JS | 7/15/2008 | 1,417.38 | CMS_WIRE_PAYEE_02396 | LBSF |
| 56 | Other | 1111 | COLLATERAL | 6278500197JS | 7/15/2008 | 1,448.09 | CMS_WIRE_PAYEE_02396 | LBSF |
| 57 | Other | 1111 | COLLATERAL | 3713900198FS | 7/16/2008 | 5,146,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 58 | Other | 1111 | COLLATERAL | 5113400199JS | 7/17/2008 | 2,900,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 59 | Other | 1111 | COLLATERAL | 5114900199JS | 7/17/2008 | 5,712,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 60 | Other | 1111 | COLLATERAL | 8623200199JS | 7/17/2008 | 3,400,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |

---

[20] This table does not include the nine (9) selected payments that were not included in the SOFA Schedules 3b.  See Appendix 2-E for corresponding detail.

| | Category | Creditor # | Creditor Name | Check/Wire # | Payment Date | Amount Paid | Vendor ID | Legal Entity |
|---|---|---|---|---|---|---|---|---|
| 61 | Other | 1111 | COLLATERAL | 6513700200FS | 7/18/2008 | 1,950,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 62 | Other | 1111 | COLLATERAL | 6516700200FS | 7/18/2008 | 1,835,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 63 | Other | 1111 | COLLATERAL | 8452000203JS | 7/21/2008 | 41,640,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 64 | Other | 1111 | COLLATERAL | 8458800203JS | 7/21/2008 | 3,477,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 65 | Other | 1111 | COLLATERAL | 9255100204FS | 7/22/2008 | 2,369,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 66 | Other | 1111 | COLLATERAL | 0905500205FS | 7/23/2008 | 24,829,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 67 | Other | 1111 | COLLATERAL | 1477900206JS | 7/24/2008 | 2,483,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 68 | Other | 1111 | COLLATERAL | 4861800206JS | 7/24/2008 | 700,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 69 | Other | 1111 | COLLATERAL | 6380300206JS | 7/24/2008 | 500,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 70 | Other | 1111 | COLLATERAL | 3472600207FS | 7/25/2008 | 615,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 71 | Other | 1111 | COLLATERAL | 7099100207FS | 7/25/2008 | 8,000,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 72 | Other | 1111 | COLLATERAL | 5997000210JS | 7/28/2008 | 28,700,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 73 | Other | 1111 | COLLATERAL | 1294100211JS | 7/29/2008 | 2,000,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 74 | Other | 1111 | COLLATERAL | 7369000211FS | 7/29/2008 | 23,400,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 75 | Other | 1111 | COLLATERAL | 3665200212FS | 7/30/2008 | 40,954.23 | CMS_WIRE_PAYEE_02396 | LBSF |
| 76 | Other | 1111 | COLLATERAL | 9833200212JS | 7/30/2008 | 12,600,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 77 | Other | 1111 | COLLATERAL | 2693900213JS | 7/31/2008 | 22,200,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 78 | Other | 1111 | COLLATERAL | 2694000213JS | 7/31/2008 | 5,923,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 79 | Other | 1111 | COLLATERAL | 0645000217FS | 8/4/2008 | 700,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 80 | Other | 1111 | COLLATERAL | 6802600217JS | 8/4/2008 | 16,700,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 81 | Other | 1111 | COLLATERAL | 6802700217JS | 8/4/2008 | 8,186,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 82 | Other | 1111 | COLLATERAL | 8074700218FS | 8/5/2008 | 4,759.05 | CMS_WIRE_PAYEE_02396 | LBSF |
| 83 | Other | 1111 | COLLATERAL | 8075200218FS | 8/5/2008 | 16,800,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 84 | Other | 1111 | COLLATERAL | 9184300219JS | 8/6/2008 | 1,750,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 85 | Other | 1111 | COLLATERAL | 9197900219JS | 8/6/2008 | 10,752,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 86 | Other | 1111 | COLLATERAL | 0352500220JS | 8/7/2008 | 1,015,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 87 | Other | 1111 | COLLATERAL | 0798700221FS | 8/8/2008 | 2,395,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 88 | Other | 1111 | COLLATERAL | 3094900224JS | 8/11/2008 | 3,207,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 89 | Other | 1111 | COLLATERAL | 3101500224JS | 8/11/2008 | 8,916,087.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 90 | Other | 1111 | COLLATERAL | 4128300225FS | 8/12/2008 | 18,200,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 91 | Other | 1111 | COLLATERAL | 4128400225FS | 8/12/2008 | 5,833,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 92 | Other | 1111 | COLLATERAL | 4137300225FS | 8/12/2008 | 6,249,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 93 | Other | 1111 | COLLATERAL | 5203000226JS | 8/13/2008 | 18,778,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 94 | Other | 1111 | COLLATERAL | 9822300228JS | 8/15/2008 | 6,179,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 95 | Other | 1111 | COLLATERAL | 9822500228JS | 8/15/2008 | 11,354,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 96 | Other | 1111 | COLLATERAL | 8280600231FS | 8/18/2008 | 9,500,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 97 | Other | 1111 | COLLATERAL | 8757700232JS | 8/19/2008 | 12,900,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 98 | Other | 1111 | COLLATERAL | 9255800233FS | 8/20/2008 | 3,000,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 99 | Other | 1111 | COLLATERAL | 1207900234FS | 8/21/2008 | 12,100,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 100 | Other | 1111 | COLLATERAL | 2177200235JS | 8/22/2008 | 3,400,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 101 | Other | 1111 | COLLATERAL | 3226600238FS | 8/25/2008 | 8,965,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 102 | Other | 1111 | COLLATERAL | 3226700238FS | 8/25/2008 | 2,000,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 103 | Other | 1111 | COLLATERAL | 4574900239JS | 8/26/2008 | 14,267,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 104 | Other | 1111 | COLLATERAL | 8854600241JS | 8/28/2008 | 7,179,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 105 | Other | 1111 | COLLATERAL | 8863500241JS | 8/28/2008 | 250,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 106 | Other | 1111 | COLLATERAL | 8869100241JS | 8/28/2008 | 500,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 107 | Other | 1111 | COLLATERAL | 8874300241JS | 8/28/2008 | 7,300,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 108 | Other | 1111 | COLLATERAL | 8876000241JS | 8/28/2008 | 1,500,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 109 | Other | 1111 | COLLATERAL | 8876100241JS | 8/28/2008 | 250,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 110 | Other | 1111 | COLLATERAL | 1849100242JS | 8/29/2008 | 12,600,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 111 | Other | 1111 | COLLATERAL | 1824800246JS | 9/2/2008 | 1,518,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 112 | Other | 1111 | COLLATERAL | 1829300246JS | 9/2/2008 | 1,600,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 113 | Other | 1111 | COLLATERAL | 1830800246JS | 9/2/2008 | 11,784,632.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 114 | Other | 1111 | COLLATERAL | 4315000247FS | 9/3/2008 | 283,346.48 | CMS_WIRE_PAYEE_02396 | LBSF |
| 115 | Other | 1111 | COLLATERAL | 4325800247FS | 9/3/2008 | 1,003,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 116 | Other | 1111 | COLLATERAL | 4333000247FS | 9/3/2008 | 321,387.14 | CMS_WIRE_PAYEE_02396 | LBSF |
| 117 | Other | 1111 | COLLATERAL | 7521100247FS | 9/3/2008 | 30,575.71 | CMS_WIRE_PAYEE_02396 | LBSF |
| 118 | Other | 1111 | COLLATERAL | 5567100248JS | 9/4/2008 | 17,800,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 119 | Other | 1111 | COLLATERAL | 8716600248JS | 9/4/2008 | 683.48 | CMS_WIRE_PAYEE_02396 | LBSF |
| 120 | Other | 1111 | COLLATERAL | 9098000249FS | 9/5/2008 | 20,300,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |

| | | Creditor # | | | Payment | | | Legal |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Category | | Creditor Name | Check/Wire # | Date | Amount Paid | Vendor ID | Entity |
| 121 | Other | 1111 | COLLATERAL | 8453100252JS | 9/8/2008 | 6,500,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 122 | Other | 1111 | COLLATERAL | 8461700252JS | 9/8/2008 | 9,561,811.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 123 | Other | 1111 | COLLATERAL | 0699400253JS | 9/9/2008 | 689,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 124 | Other | 1111 | COLLATERAL | 5309900253JS | 9/9/2008 | 4,727.68 | CMS_WIRE_PAYEE_02396 | LBSF |
| 125 | Other | 1111 | COLLATERAL | 4919400255JS | 9/11/2008 | 27,100,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 126 | Other | 1111 | COLLATERAL | 4926100255JS | 9/11/2008 | 5,500,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 127 | Other | 1111 | COLLATERAL | 4929600255JS | 9/11/2008 | 500,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 128 | Other | 1111 | COLLATERAL | 4943100255JS | 9/11/2008 | 1,250,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 129 | Other | 1111 | COLLATERAL | 1240900256JS | 9/12/2008 | 10,892,037.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 130 | Other | 1111 | COLLATERAL | 0266200227JS | 8/14/2008 | $894,000.00 | CMS_WIRE_PAYEE_02396 | LBOTC |
| 131 | Other | 1111 | COLLATERAL | 1204600234FS | 8/21/2008 | $2,730,000.00 | CMS_WIRE_PAYEE_02396 | LBOTC |
| 132 | Other | 1111 | COLLATERAL | 1496200206JS | 7/24/2008 | $914,000.00 | CMS_WIRE_PAYEE_02396 | LBOTC |
| 133 | Other | 1111 | COLLATERAL | 1541200189FS | 7/7/2008 | $1,907,000.00 | CMS_WIRE_PAYEE_02396 | LBOTC |
| 134 | Other | 1111 | COLLATERAL | 2511400252FS | 9/8/2008 | $3,457,000.00 | CMS_WIRE_PAYEE_02396 | LBOTC |
| 135 | Other | 1111 | COLLATERAL | 2968500259FS | 9/15/2008 | $5,203,000.00 | CMS_WIRE_PAYEE_02396 | LBOTC |
| 136 | Other | 1111 | COLLATERAL | 3099600224JS | 8/11/2008 | $2,800,000.00 | CMS_WIRE_PAYEE_02396 | LBOTC |
| 137 | Other | 1111 | COLLATERAL | 3615600190JS | 7/8/2008 | $1,078,000.00 | CMS_WIRE_PAYEE_02396 | LBOTC |
| 138 | Other | 1111 | COLLATERAL | 4340300247FS | 9/3/2008 | $23,648.00 | CMS_WIRE_PAYEE_02396 | LBOTC |
| 139 | Other | 1111 | COLLATERAL | 4457800214FS | 8/1/2008 | $23,612,000.00 | CMS_WIRE_PAYEE_02396 | LBOTC |
| 140 | Other | 1111 | COLLATERAL | 4953400255JS | 9/11/2008 | $5,106,000.00 | CMS_WIRE_PAYEE_02396 | LBOTC |
| 141 | Other | 1111 | COLLATERAL | 6016500210JS | 7/28/2008 | $1,111,000.00 | CMS_WIRE_PAYEE_02396 | LBOTC |
| 142 | Other | 1111 | COLLATERAL | 6391600240FS | 8/27/2008 | $955,000.00 | CMS_WIRE_PAYEE_02396 | LBOTC |
| 143 | Other | 1111 | COLLATERAL | 6802100217JS | 8/4/2008 | $1,249,000.00 | CMS_WIRE_PAYEE_02396 | LBOTC |
| 144 | Other | 1111 | COLLATERAL | 6804700217JS | 8/4/2008 | $84,173.37 | CMS_WIRE_PAYEE_02396 | LBOTC |
| 145 | Other | 1111 | COLLATERAL | 7909600193FS | 7/11/2008 | $764,000.00 | CMS_WIRE_PAYEE_02396 | LBOTC |
| 146 | Other | 1111 | COLLATERAL | 8035600261FS | 9/17/2008 | $1,044,161.86 | CMS_WIRE_PAYEE_02396 | LBOTC |
| 147 | Other | 1111 | COLLATERAL | 8255900261FS | 9/17/2008 | $289,106.72 | CMS_WIRE_PAYEE_02396 | LBOTC |
| 148 | Other | 1111 | COLLATERAL | 9202700219JS | 8/6/2008 | $1,436,000.00 | CMS_WIRE_PAYEE_02396 | LBOTC |
| 149 | Other | 1111 | COLLATERAL | 9269700204FS | 7/22/2008 | $3,315,000.00 | CMS_WIRE_PAYEE_02396 | LBOTC |
| 150 | Other | 1111 | COLLATERAL | 9824700228JS | 8/15/2008 | $953,000.00 | CMS_WIRE_PAYEE_02396 | LBOTC |
| 151 | Other | 1112 | COLLATERAL HELD | S06817716A0E01 | 6/25/2008 | 346,446.32 | CMS_WIRE_PAYEE_02397 | LBHI |
| 152 | Other | 1112 | COLLATERAL HELD | S0681822422E01 | 6/30/2008 | 476,363.70 | CMS_WIRE_PAYEE_02397 | LBHI |
| 153 | Other | 1112 | COLLATERAL HELD | 1916100189FS | 7/7/2008 | 1,050,000.00 | CMS_WIRE_PAYEE_02397 | LBCS |
| 154 | Other | 1112 | COLLATERAL HELD | 5805800191FS | 7/9/2008 | 2,497,000.00 | CMS_WIRE_PAYEE_02397 | LBCS |
| 155 | Other | 1112 | COLLATERAL HELD | 9571400193FS | 7/11/2008 | 2,120,000.00 | CMS_WIRE_PAYEE_02397 | LBCS |
| 156 | Other | 1112 | COLLATERAL HELD | 3653800197JS | 7/15/2008 | 1,200,000.00 | CMS_WIRE_PAYEE_02397 | LBCS |
| 157 | Other | 1112 | COLLATERAL HELD | S0681981499601 | 7/16/2008 | 541,322.40 | CMS_WIRE_PAYEE_02397 | LBHI |
| 158 | Other | 1112 | COLLATERAL HELD | 3632300205FS | 7/23/2008 | 1,250,000.00 | CMS_WIRE_PAYEE_02397 | LBCS |
| 159 | Other | 1112 | COLLATERAL HELD | 5544400207FS | 7/25/2008 | 3,623,000.00 | CMS_WIRE_PAYEE_02397 | LBCS |
| 160 | Other | 1112 | COLLATERAL HELD | 5890900214FS | 8/1/2008 | 1,046,000.00 | CMS_WIRE_PAYEE_02397 | LBCS |
| 161 | Other | 1112 | COLLATERAL HELD | 9605200218FS | 8/5/2008 | 2,553,000.00 | CMS_WIRE_PAYEE_02397 | LBCS |
| 162 | Other | 1112 | COLLATERAL HELD | 5521200225FS | 8/12/2008 | 289,000.00 | CMS_WIRE_PAYEE_02397 | LBCS |
| 163 | Other | 1112 | COLLATERAL HELD | 7544700227FS | 8/14/2008 | 3,549,000.00 | CMS_WIRE_PAYEE_02397 | LBCS |
| 164 | Other | 1112 | COLLATERAL HELD | 7649000228JS | 8/15/2008 | 320,000.00 | CMS_WIRE_PAYEE_02397 | LBCS |
| 165 | Other | 1112 | COLLATERAL HELD | 9005900232JS | 8/19/2008 | 1,230,000.00 | CMS_WIRE_PAYEE_02397 | LBCS |
| 166 | Other | 1112 | COLLATERAL HELD | 2264500234FS | 8/21/2008 | 261,000.00 | CMS_WIRE_PAYEE_02397 | LBCS |
| 167 | Other | 1112 | COLLATERAL HELD | 4969200238FS | 8/25/2008 | 1,172,000.00 | CMS_WIRE_PAYEE_02397 | LBCS |
| 168 | Other | 1112 | COLLATERAL HELD | 2207200241FS | 8/28/2008 | 294,000.00 | CMS_WIRE_PAYEE_02397 | LBCS |
| 169 | Other | 1112 | COLLATERAL HELD | 6443100248JS | 9/4/2008 | 3,302,000.00 | CMS_WIRE_PAYEE_02397 | LBCS |
| 170 | Other | 1112 | COLLATERAL HELD | 9956800252JS | 9/8/2008 | 3,019,000.00 | CMS_WIRE_PAYEE_02397 | LBCS |
| 171 | Other | 1112 | COLLATERAL HELD | 5872500254FS | 9/10/2008 | 8,690,000.00 | CMS_WIRE_PAYEE_02397 | LBCS |
| 172 | Other | 1112 | COLLATERAL HELD | 7561200255JS | 9/11/2008 | 3,204,000.00 | CMS_WIRE_PAYEE_02397 | LBCS |
| 173 | Other | 1112 | COLLATERAL HELD | 7576200256FS | 9/12/2008 | 1,000,000.00 | CMS_WIRE_PAYEE_02397 | LBCS |
| 174 | Other | 1113 | COLLATERAL PLEDGED LEHMAN BROTH | 5444400253JS | 9/9/2008 | 273,300,000.00 | CMS_WIRE_PAYEE_02398 | LBSF |
| 175 | Other | 1111 | COLLATERAL+ | 4125700225FS | 8/12/2008 | 1,635,000.00 | CMS_WIRE_PAYEE_02396 | LBSF |
| 176 | Noted | 1118 | COLUMBIA INSTITUTIONAL WIRE ACC/B | S06821414FE101 | 8/1/2008 | 150,000,000.00 | CMS_WIRE_PAYEE_02412 | LBHI |
| 177 | Noted | 1119 | COLUMBIA INSTITUTIONAL WIRE ACCT/E | S06821414FE501 | 8/1/2008 | 300,000,000.00 | CMS_WIRE_PAYEE_02414 | LBHI |
| 178 | Noted | 1120 | COLUMBIA INSTITUTIONAL WIRE ACCT/E | S0681841733001 | 7/2/2008 | 250,000,000.00 | CMS_WIRE_PAYEE_02416 | LBHI |
| 179 | Noted | 1120 | COLUMBIA INSTITUTIONAL WIRE ACCT/E | S06819214E9F01 | 7/10/2008 | 200,000,000.00 | CMS_WIRE_PAYEE_02416 | LBHI |
| 180 | Noted | 1120 | COLUMBIA INSTITUTIONAL WIRE ACCT/E | S068233139A701 | 8/20/2008 | 200,000,000.00 | CMS_WIRE_PAYEE_02416 | LBHI |

| | Creditor Category | Creditor # | Creditor Name | Check/Wire # | Payment Date | Amount Paid | Vendor ID | Legal Entity |
|---|---|---|---|---|---|---|---|---|
| 181 | Noted | 1120 | COLUMBIA INSTITUTIONAL WIRE ACCT/S | S06824626D4101 | 9/2/2008 | 500,000,000.00 | CMS_WIRE_PAYEE_02416 | LBHI |
| 182 | Noted | 1120 | COLUMBIA INSTITUTIONAL WIRE ACCT/S | S06824712A6B01 | 9/3/2008 | 300,000,000.00 | CMS_WIRE_PAYEE_02416 | LBHI |
| 183 | Noted | 1121 | COLUMBIA INSTITUTIONAL WIRE ACCT/S | S068206144A801 | 7/24/2008 | 250,000,000.00 | CMS_WIRE_PAYEE_02411 | LBHI |
| 184 | Noted | 1121 | COLUMBIA INSTITUTIONAL WIRE ACCT/S | S06821414FE601 | 8/1/2008 | 300,000,000.00 | CMS_WIRE_PAYEE_02411 | LBHI |
| 185 | Noted | 1121 | COLUMBIA INSTITUTIONAL WIRE ACCT/S | S06824626DF701 | 9/2/2008 | 300,000,000.00 | CMS_WIRE_PAYEE_02411 | LBHI |
| 186 | Noted | 1204 | CORPORATE TRUST AND AGENCY GROUI | S06825512BD201 | 9/11/2008 | 1,000,225,000.00 | CMS_WIRE_PAYEE_02572 | LBHI |
| 187 | Noted | 1208 | CORPORATE TRUST CLEARING ACCT | S0682120E45A01 | 7/30/2008 | 970,110,829.87 | CMS_WIRE_PAYEE_02577 | LBHI |
| 188 | Noted | 1213 | CORPORATE TRUST WIRE CLEARING | S081770DD2401 | 6/25/2008 | 165,565,000.00 | CMS_WIRE_PAYEE_02585 | LBHI |
| 189 | Noted | 1373 | DANSKE BANKE COPENHAGEN | S06822612C2101 | 8/13/2008 | 500,000,000.00 | CMS_WIRE_PAYEE_02884 | LBHI |
| 190 | Noted | 1373 | DANSKE BANKE COPENHAGEN | S06822715222601 | 8/14/2008 | 500,000,000.00 | CMS_WIRE_PAYEE_02884 | LBHI |
| 191 | Other | | DERIVATIVE COLLATERAL | 4751600260JS | 9/16/2008 | $1,140,000.00 | CMS_WIRE_PAYEE_03028 | LBOTC |
| 192 | Noted | 1458 | DEUTSCHE BANK101 HUDSON STREET23 | S0681851494101 | 7/3/2008 | 200,000,000.00 | CMS_WIRE_PAYEE_03040 | LBHI |
| 193 | Noted | 1458 | DEUTSCHE BANK101 HUDSON STREET23 | S0682211358FA01 | 8/8/2008 | 200,000,000.00 | CMS_WIRE_PAYEE_03040 | LBHI |
| 194 | Noted | 1458 | DEUTSCHE BANK101 HUDSON STREET23 | S06823512FB801 | 8/22/2008 | 400,000,000.00 | CMS_WIRE_PAYEE_03040 | LBHI |
| 195 | Noted | 1458 | DEUTSCHE BANK101 HUDSON STREET23 | S06824014F6601 | 8/27/2008 | 700,000,000.00 | CMS_WIRE_PAYEE_03040 | LBHI |
| 196 | Noted | 1458 | DEUTSCHE BANK101 HUDSON STREET23 | S06824712B0701 | 9/3/2008 | 350,000,000.00 | CMS_WIRE_PAYEE_03040 | LBHI |
| 197 | Noted | 1458 | DEUTSCHE BANK101 HUDSON STREET23 | S06825215D8A01 | 9/8/2008 | 400,000,000.00 | CMS_WIRE_PAYEE_03040 | LBHI |
| 198 | Noted | 1458 | DEUTSCHE BANK101 HUDSON STREET23 | S06825517635501 | 9/11/2008 | 1,000,000,000.00 | CMS_WIRE_PAYEE_03040 | LBHI |
| 199 | Noted | 1462 | DEUTSCHE TELEKOM INTL FINANCE B.V | S06823311037D01 | 8/18/2008 | 847,110,000.00 | CMS_WIRE_PAYEE_03069 | LBHI |
| 200 | Noted | 1462 | DEUTSCHE TELEKOM INTL FINANCE B.V | S06823311048101 | 8/18/2008 | 647,315,500.00 | CMS_WIRE_PAYEE_03069 | LBHI |
| 201 | Noted | 1465 | DEXIA CREDIT LOCAL (NEW YORK) | S0682141626A101 | 8/1/2008 | 213,000,000.00 | CMS_WIRE_PAYEE_03075 | LBHI |
| 202 | Noted | 1465 | DEXIA CREDIT LOCAL (NEW YORK) | S06822512001101 | 8/12/2008 | 300,000,000.00 | CMS_WIRE_PAYEE_03075 | LBHI |
| 203 | Noted | 1465 | DEXIA CREDIT LOCAL (NEW YORK) | S06823914F0401 | 8/26/2008 | 300,000,000.00 | CMS_WIRE_PAYEE_03075 | LBHI |
| 204 | Noted | 1465 | DEXIA CREDIT LOCAL (NEW YORK) | S06824014F6C01 | 8/27/2008 | 300,000,000.00 | CMS_WIRE_PAYEE_03075 | LBHI |
| 205 | Noted | 1467 | DEXIA PARIS | S06822714F7D01 | 8/14/2008 | 300,000,000.00 | CMS_WIRE_PAYEE_03078 | LBHI |
| 206 | Noted | 1522 | dreyfus cash management plus fund/BNF/ DE/ | S0681831409C01 | 7/1/2008 | 400,000,000.00 | CMS_WIRE_PAYEE_03179 | LBHI |
| 207 | Noted | 1522 | dreyfus cash management plus fund/BNF/ DE/ | S068219113B001 | 8/6/2008 | 300,000,000.00 | CMS_WIRE_PAYEE_03179 | LBHI |
| 208 | Noted | 1522 | dreyfus cash management plus fund/BNF/ DE/ | S068228123A801 | 8/15/2008 | 250,000,000.00 | CMS_WIRE_PAYEE_03179 | LBHI |
| 209 | Noted | 1522 | dreyfus cash management plus fund/BNF/ DE/ | S06824626D3001 | 9/2/2008 | 400,000,000.00 | CMS_WIRE_PAYEE_03179 | LBHI |
| 210 | Noted | 1522 | dreyfus cash management plus fund/BNF/ DE/ | S06824712A6701 | 9/3/2008 | 130,000,000.00 | CMS_WIRE_PAYEE_03179 | LBHI |
| 211 | Noted | 1523 | DREYFUS CASH MGT/BNF/ DEALER 6036 | S0681831409901 | 7/1/2008 | 400,000,000.00 | CMS_WIRE_PAYEE_03180 | LBHI |
| 212 | Noted | 1523 | DREYFUS CASH MGT/BNF/ DEALER 6036 | S06822812B0B01 | 8/15/2008 | 300,000,000.00 | CMS_WIRE_PAYEE_03180 | LBHI |
| 213 | Noted | 1523 | DREYFUS CASH MGT/BNF/ DEALER 6036 | S06824626D3501 | 9/2/2008 | 400,000,000.00 | CMS_WIRE_PAYEE_03180 | LBHI |
| 214 | Noted | 1525 | DREYFUS INST'L CASH ADV FUND/BNF/ L | S0681831409D01 | 7/1/2008 | 250,000,000.00 | CMS_WIRE_PAYEE_03183 | LBHI |
| 215 | Noted | 1525 | DREYFUS INST'L CASH ADV FUND/BNF/ L | S068219113B101 | 8/6/2008 | 300,000,000.00 | CMS_WIRE_PAYEE_03183 | LBHI |
| 216 | Noted | 1528 | DREYFUS TAX EXEMPT CASH FUND/BNF | S06821414FE801 | 8/1/2008 | 200,000,000.00 | CMS_WIRE_PAYEE_03192 | LBHI |
| 217 | Noted | 1606 | EDGEWIRE | S0681831409B01 | 7/1/2008 | 200,000,000.00 | CMS_WIRE_PAYEE_03334 | LBHI |
| 218 | Noted | 1606 | EDGEWIRE | S068206144AA01 | 7/24/2008 | 175,000,000.00 | CMS_WIRE_PAYEE_03334 | LBHI |
| 219 | Noted | 1606 | EDGEWIRE | S06821415B9201 | 8/1/2008 | 220,000,000.00 | CMS_WIRE_PAYEE_03334 | LBHI |
| 220 | Noted | 1606 | EDGEWIRE | S06824626DFB01 | 9/2/2008 | 220,000,000.00 | CMS_WIRE_PAYEE_03334 | LBHI |
| 221 | Noted | 1607 | EDGEWIRE/BNF/WATER FERRY ACT 9118 | S06821415B9501 | 8/1/2008 | 300,000,000.00 | CMS_WIRE_PAYEE_03332 | LBHI |
| 222 | Noted | 1758 | FAVOR GCI | S068176121A401 | 6/24/2008 | 150,000,000.00 | CMS_WIRE_PAYEE_03616 | LBHI |
| 223 | Noted | 1759 | FAVOR IBD TORONTO | S068176121B501 | 6/24/2008 | 250,000,000.00 | CMS_WIRE_PAYEE_03618 | LBHI |
| 224 | Noted | 1759 | FAVOR IBD TORONTO | S0682462769D01 | 9/2/2008 | 250,000,000.00 | CMS_WIRE_PAYEE_03618 | LBHI |
| 225 | Noted | 1760 | FAVOR NORDEA BANK CAYMAN | S068176121A501 | 6/24/2008 | 250,000,000.00 | CMS_WIRE_PAYEE_03619 | LBHI |
| 226 | Noted | 1760 | FAVOR NORDEA BANK CAYMAN | S06819012229101 | 7/8/2008 | 250,000,000.00 | CMS_WIRE_PAYEE_03619 | LBHI |
| 227 | Noted | 1760 | FAVOR NORDEA BANK CAYMAN | S06824914D6801 | 9/5/2008 | 178,000,000.00 | CMS_WIRE_PAYEE_03619 | LBHI |
| 228 | Counter | 1771 | FED DALLAS | S0681841881C01 | 7/2/2008 | 100,000,000.00 | CMS_WIRE_PAYEE_03671 | LBHI |
| 229 | Counter | 1771 | FED DALLAS | S068191142D101 | 7/9/2008 | 100,000,000.00 | CMS_WIRE_PAYEE_03671 | LBHI |
| 230 | Counter | 1771 | FED DALLAS | S06824813F3501 | 9/4/2008 | 100,000,000.00 | CMS_WIRE_PAYEE_03671 | LBHI |
| 231 | Counter | 1771 | FED DALLAS | S06825215C8201 | 9/8/2008 | 100,000,000.00 | CMS_WIRE_PAYEE_03671 | LBHI |
| 232 | Counter | 1772 | FED DETROIT | S06817817C3201 | 6/26/2008 | 100,000,000.00 | CMS_WIRE_PAYEE_03673 | LBHI |
| 233 | Counter | 1772 | FED DETROIT | S068200143A401 | 7/18/2008 | 100,000,000.00 | CMS_WIRE_PAYEE_03673 | LBHI |
| 234 | Counter | 1772 | FED DETROIT | S068232139BC01 | 8/19/2008 | 100,000,000.00 | CMS_WIRE_PAYEE_03673 | LBHI |
| 235 | Counter | 1773 | FED FUNDS | S068170154C301 | 6/18/2008 | 400,000,000.00 | CMS_WIRE_PAYEE_03675 | LBHI |
| 236 | Counter | 1773 | FED FUNDS | S0681711575301 | 6/19/2008 | 600,000,000.00 | CMS_WIRE_PAYEE_03675 | LBHI |
| 237 | Counter | 1773 | FED FUNDS | S068179180BD01 | 6/27/2008 | 600,000,000.00 | CMS_WIRE_PAYEE_03675 | LBHI |
| 238 | Counter | 1773 | FED FUNDS | S06818317C8F01 | 7/1/2008 | 200,000,000.00 | CMS_WIRE_PAYEE_03675 | LBHI |
| 239 | Counter | 1773 | FED FUNDS | S068191142D201 | 7/9/2008 | 600,000,000.00 | CMS_WIRE_PAYEE_03675 | LBHI |
| 240 | Counter | 1773 | FED FUNDS | S0681981499901 | 7/16/2008 | 750,000,000.00 | CMS_WIRE_PAYEE_03675 | LBHI |

| | Creditor | | | Payment | | | Legal |
|---|---|---|---|---|---|---|---|
| | Category | # | Creditor Name | Check/Wire # | Date | Amount Paid | Vendor ID | Entity |
| 241 | Counter | 1773 | FED FUNDS | S068199164C701 | 7/17/2008 | 750,000,000.00 | CMS_WIRE_PAYEE_03675 | LBHI |
| 242 | Counter | 1773 | FED FUNDS | S068210167BB01 | 7/28/2008 | 400,000,000.00 | CMS_WIRE_PAYEE_03675 | LBHI |
| 243 | Counter | 1773 | FED FUNDS | S068214169D001 | 8/1/2008 | 150,000,000.00 | CMS_WIRE_PAYEE_03675 | LBHI |
| 244 | Counter | 1773 | FED FUNDS | S06821714C6901 | 8/4/2008 | 300,000,000.00 | CMS_WIRE_PAYEE_03675 | LBHI |
| 245 | Counter | 1773 | FED FUNDS | S0682251332701 | 8/12/2008 | 250,000,000.00 | CMS_WIRE_PAYEE_03675 | LBHI |
| 246 | Counter | 1773 | FED FUNDS | S068226141B101 | 8/13/2008 | 500,000,000.00 | CMS_WIRE_PAYEE_03675 | LBHI |
| 247 | Counter | 1773 | FED FUNDS | S068231151E101 | 8/18/2008 | 500,000,000.00 | CMS_WIRE_PAYEE_03675 | LBHI |
| 248 | Counter | 1773 | FED FUNDS | S0682321392101 | 8/19/2008 | 500,000,000.00 | CMS_WIRE_PAYEE_03675 | LBHI |
| 249 | Counter | 1773 | FED FUNDS | S06823414E3201 | 8/21/2008 | 100,000,000.00 | CMS_WIRE_PAYEE_03675 | LBHI |
| 250 | Counter | 1773 | FED FUNDS | S06823915B5F01 | 8/26/2008 | 800,000,000.00 | CMS_WIRE_PAYEE_03675 | LBHI |
| 251 | Counter | 1773 | FED FUNDS | S06824015BEF01 | 8/27/2008 | 600,000,000.00 | CMS_WIRE_PAYEE_03675 | LBHI |
| 252 | Counter | 1774 | FED NY | S068197155CD01 | 7/15/2008 | 100,000,000.00 | CMS_WIRE_PAYEE_03677 | LBHI |
| 253 | Counter | 1774 | FED NY | S06820514ADE01 | 7/23/2008 | 600,000,000.00 | CMS_WIRE_PAYEE_03677 | LBHI |
| 254 | Counter | 1775 | FED PHILLY/BNF/9605261060 GRAND CA | S068169145H901 | 6/17/2008 | 200,000,000.00 | CMS_WIRE_PAYEE_03678 | LBHI |
| 255 | Counter | 1775 | FED PHILLY/BNF/9605261060 GRAND CA | S0681701470101 | 6/18/2008 | 300,000,000.00 | CMS_WIRE_PAYEE_03678 | LBHI |
| 256 | Counter | 1775 | FED PHILLY/BNF/9605261060 GRAND CA | S068171157S501 | 6/19/2008 | 150,000,000.00 | CMS_WIRE_PAYEE_03678 | LBHI |
| 257 | Counter | 1775 | FED PHILLY/BNF/9605261060 GRAND CA | S068171153F401 | 6/19/2008 | 145,000,000.00 | CMS_WIRE_PAYEE_03678 | LBHI |
| 258 | Counter | 1775 | FED PHILLY/BNF/9605261060 GRAND CA | S06817219A4F01 | 6/20/2008 | 180,000,000.00 | CMS_WIRE_PAYEE_03678 | LBHI |
| 259 | Counter | 1775 | FED PHILLY/BNF/9605261060 GRAND CA | S068176121A601 | 6/24/2008 | 200,000,000.00 | CMS_WIRE_PAYEE_03678 | LBHI |
| 260 | Counter | 1775 | FED PHILLY/BNF/9605261060 GRAND CA | S068177151H01 | 6/25/2008 | 300,000,000.00 | CMS_WIRE_PAYEE_03678 | LBHI |
| 261 | Counter | 1775 | FED PHILLY/BNF/9605261060 GRAND CA | S068179180BA01 | 6/27/2008 | 200,000,000.00 | CMS_WIRE_PAYEE_03678 | LBHI |
| 262 | Counter | 1775 | FED PHILLY/BNF/9605261060 GRAND CA | S0681831734101 | 7/1/2008 | 300,000,000.00 | CMS_WIRE_PAYEE_03678 | LBHI |
| 263 | Counter | 1775 | FED PHILLY/BNF/9605261060 GRAND CA | S0681841744C01 | 7/2/2008 | 150,000,000.00 | CMS_WIRE_PAYEE_03678 | LBHI |
| 264 | Counter | 1775 | FED PHILLY/BNF/9605261060 GRAND CA | S06818417C5601 | 7/2/2008 | 100,000,000.00 | CMS_WIRE_PAYEE_03678 | LBHI |
| 265 | Counter | 1775 | FED PHILLY/BNF/9605261060 GRAND CA | S068185153BA001 | 7/3/2008 | 300,000,000.00 | CMS_WIRE_PAYEE_03678 | LBHI |
| 266 | Counter | 1775 | FED PHILLY/BNF/9605261060 GRAND CA | S068189243D201 | 7/7/2008 | 268,000,000.00 | CMS_WIRE_PAYEE_03678 | LBHI |
| 267 | Counter | 1775 | FED PHILLY/BNF/9605261060 GRAND CA | S06819112B5E01 | 7/9/2008 | 300,000,000.00 | CMS_WIRE_PAYEE_03678 | LBHI |
| 268 | Counter | 1775 | FED PHILLY/BNF/9605261060 GRAND CA | S068192159EB01 | 7/10/2008 | 300,000,000.00 | CMS_WIRE_PAYEE_03678 | LBHI |
| 269 | Counter | 1775 | FED PHILLY/BNF/9605261060 GRAND CA | S0681971615C01 | 7/15/2008 | 110,000,000.00 | CMS_WIRE_PAYEE_03678 | LBHI |
| 270 | Counter | 1775 | FED PHILLY/BNF/9605261060 GRAND CA | S0681981499801 | 7/16/2008 | 200,000,000.00 | CMS_WIRE_PAYEE_03678 | LBHI |
| 271 | Counter | 1775 | FED PHILLY/BNF/9605261060 GRAND CA | S0682001400901 | 7/18/2008 | 150,000,000.00 | CMS_WIRE_PAYEE_03678 | LBHI |
| 272 | Counter | 1775 | FED PHILLY/BNF/9605261060 GRAND CA | S0682051490801 | 7/23/2008 | 150,000,000.00 | CMS_WIRE_PAYEE_03678 | LBHI |
| 273 | Counter | 1775 | FED PHILLY/BNF/9605261060 GRAND CA | S0682071638201 | 7/25/2008 | 150,000,000.00 | CMS_WIRE_PAYEE_03678 | LBHI |
| 274 | Counter | 1775 | FED PHILLY/BNF/9605261060 GRAND CA | S068211147F301 | 7/29/2008 | 125,000,000.00 | CMS_WIRE_PAYEE_03678 | LBHI |
| 275 | Counter | 1775 | FED PHILLY/BNF/9605261060 GRAND CA | S06821214DC401 | 7/30/2008 | 200,000,000.00 | CMS_WIRE_PAYEE_03678 | LBHI |
| 276 | Counter | 1775 | FED PHILLY/BNF/9605261060 GRAND CA | S06822511FFF01 | 8/12/2008 | 200,000,000.00 | CMS_WIRE_PAYEE_03678 | LBHI |
| 277 | Counter | 1775 | FED PHILLY/BNF/9605261060 GRAND CA | S0682261324601 | 8/13/2008 | 200,000,000.00 | CMS_WIRE_PAYEE_03678 | LBHI |
| 278 | Counter | 1775 | FED PHILLY/BNF/9605261060 GRAND CA | S068231151DE01 | 8/18/2008 | 200,000,000.00 | CMS_WIRE_PAYEE_03678 | LBHI |
| 279 | Counter | 1775 | FED PHILLY/BNF/9605261060 GRAND CA | S0682321265401 | 8/19/2008 | 150,000,000.00 | CMS_WIRE_PAYEE_03678 | LBHI |
| 280 | Counter | 1775 | FED PHILLY/BNF/9605261060 GRAND CA | S06823914F6A01 | 8/26/2008 | 300,000,000.00 | CMS_WIRE_PAYEE_03678 | LBHI |
| 281 | Counter | 1775 | FED PHILLY/BNF/9605261060 GRAND CA | S06824014F6A01 | 8/27/2008 | 300,000,000.00 | CMS_WIRE_PAYEE_03678 | LBHI |
| 282 | Counter | 1775 | FED PHILLY/BNF/9605261060 GRAND CA | S0682411750B01 | 8/28/2008 | 300,000,000.00 | CMS_WIRE_PAYEE_03678 | LBHI |
| 283 | Counter | 1775 | FED PHILLY/BNF/9605261060 GRAND CA | S06824712B0A01 | 9/3/2008 | 120,000,000.00 | CMS_WIRE_PAYEE_03678 | LBHI |
| 284 | Counter | 2488 | HSBC BANK PLC LONDON | S0682001316D01 | 7/18/2008 | 400,000,000.00 | CMS_WIRE_PAYEE_05122 | LBHI |
| 285 | Counter | 2488 | HSBC BANK PLC LONDON | S0682071638101 | 7/25/2008 | 500,000,000.00 | CMS_WIRE_PAYEE_05122 | LBHI |
| 286 | Counter | 2490 | HSBC BANK USA | S0681771418B01 | 6/25/2008 | 150,008,072.92 | CMS_WIRE_PAYEE_05124 | LBHI |
| 287 | Counter | 2738 | JP MORGAN CHASE BANK | S0681791885A01 | 6/27/2008 | 400,000,000.00 | CMS_WIRE_PAYEE_05589 | LBHI |
| 288 | Counter | 2738 | JP MORGAN CHASE BANK | S0682391603401 | 8/26/2008 | 800,000,000.00 | CMS_WIRE_PAYEE_05589 | LBHI |
| 289 | Counter | 2738 | JP MORGAN CHASE BANK | S0682531366A01 | 9/9/2008 | 1,000,000,000.00 | CMS_WIRE_PAYEE_05589 | LBHI |
| 290 | Counter | 2738 | JP MORGAN CHASE BANK | S0682541675A01 | 9/10/2008 | 300,000,000.00 | CMS_WIRE_PAYEE_05589 | LBHI |
| 291 | Counter | 2738 | JP MORGAN CHASE BANK | S0682551763401 | 9/11/2008 | 600,000,000.00 | CMS_WIRE_PAYEE_05589 | LBHI |
| 292 | Counter | 2751 | JPM CHASE DEPOSIT ACCOUNT/BNF/501: | S0681721868C01 | 6/20/2008 | 215,000,000.00 | CMS_WIRE_PAYEE_05617 | LBHI |
| 293 | Counter | 2751 | JPM CHASE DEPOSIT ACCOUNT/BNF/501: | S0681831409F01 | 7/1/2008 | 400,000,000.00 | CMS_WIRE_PAYEE_05617 | LBHI |
| 294 | Counter | 2751 | JPM CHASE DEPOSIT ACCOUNT/BNF/501: | S06822812F9501 | 8/15/2008 | 250,000,000.00 | CMS_WIRE_PAYEE_05617 | LBHI |
| 295 | Counter | 2752 | JPM CHASE LONDON | S0681891FBDC01 | 7/7/2008 | 154,177,548.53 | CMS_WIRE_PAYEE_05619 | LBHI |
| 296 | Counter | 2752 | JPM CHASE LONDON | S0682270ED2001 | 8/14/2008 | 153,964,967.31 | CMS_WIRE_PAYEE_05619 | LBHI |
| 297 | Counter | 2753 | JPM CHASE LONDON/BNF/25261903 LEH | S06817217E3501 | 6/20/2008 | 104,555,325.09 | CMS_WIRE_PAYEE_05618 | LBHI |
| 298 | Counter | 2790 | JPMORGAN CHASE | S068183140A201 | 7/1/2008 | 400,000,000.00 | CMS_WIRE_PAYEE_05693 | LBHI |
| 299 | Counter | 2790 | JPMORGAN CHASE | S068228127CC01 | 8/15/2008 | 250,000,000.00 | CMS_WIRE_PAYEE_05693 | LBHI |
| 300 | Counter | 2790 | JPMORGAN CHASE | S06824626D3C01 | 9/2/2008 | 250,000,000.00 | CMS_WIRE_PAYEE_05693 | LBHI |

| | Creditor | | | Payment | | | Legal |
| | Category | # | Creditor Name | Check/Wire # | Date | Amount Paid | Vendor ID | Entity |
|---|---|---|---|---|---|---|---|---|
| 301 | Counter | 2790 | JPMORGAN CHASE | S06824712A6801 | 9/3/2008 | 100,000,000.00 | CMS_WIRE_PAYEE_05693 | LBHI |
| 302 | Counter | 2796 | JPMORGAN CHASE DEPOSIT ACCOUNT/B | S06824626DFC01 | 9/2/2008 | 100,000,000.00 | CMS_WIRE_PAYEE_05704 | LBHI |
| 303 | Counter | 2797 | JPMORGAN CHASE DEPOSIT ACCT/BNF/V | S06821415B9E01 | 8/1/2008 | 150,000,000.00 | CMS_WIRE_PAYEE_05705 | LBHI |
| 304 | Counter | 2797 | JPMORGAN CHASE DEPOSIT ACCT/BNF/V | S06824626DF901 | 9/2/2008 | 300,000,000.00 | CMS_WIRE_PAYEE_05705 | LBHI |
| 305 | Noted | 2956 | Lehman Brothers Inc. | S06817115981 01 | 6/19/2008 | 1,500,000,000.00 | CMS_WIRE_PAYEE_01688 | LBHI |
| 306 | Noted | 2956 | Lehman Brothers Inc. | S06817115980 01 | 6/19/2008 | 1,000,000,000.00 | CMS_WIRE_PAYEE_01688 | LBHI |
| 307 | Noted | 2956 | Lehman Brothers Inc. | S06817515502 01 | 6/23/2008 | 1,249,832,500.00 | CMS_WIRE_PAYEE_01688 | LBHI |
| 308 | Noted | 2956 | Lehman Brothers Inc. | S06817817 29D01 | 6/26/2008 | 1,000,000,000.00 | CMS_WIRE_PAYEE_01688 | LBHI |
| 309 | Noted | 2956 | Lehman Brothers Inc. | S06818218 EBE601 | 6/30/2008 | 7,000,000,000.00 | CMS_WIRE_PAYEE_01688 | LBHI |
| 310 | Noted | 2956 | Lehman Brothers Inc. | S06818224 7FB01 | 6/30/2008 | 5,000,000,000.00 | CMS_WIRE_PAYEE_01688 | LBHI |
| 311 | Noted | 2956 | Lehman Brothers Inc. | S06818220 F7501 | 6/30/2008 | 3,000,000,000.00 | CMS_WIRE_PAYEE_01688 | LBHI |
| 312 | Noted | 2956 | Lehman Brothers Inc. | S06818226 CB401 | 6/30/2008 | 2,500,000,000.00 | CMS_WIRE_PAYEE_01688 | LBHI |
| 313 | Noted | 2956 | Lehman Brothers Inc. | S06818224 7FA01 | 6/30/2008 | 1,500,000,000.00 | CMS_WIRE_PAYEE_01688 | LBHI |
| 314 | Noted | 2956 | Lehman Brothers Inc. | S06818227 41D01 | 6/30/2008 | 930,816,666.67 | CMS_WIRE_PAYEE_01688 | LBHI |
| 315 | Noted | 2956 | Lehman Brothers Inc. | S06818416 DB201 | 7/2/2008 | 749,948,958.33 | CMS_WIRE_PAYEE_01688 | LBHI |
| 316 | Noted | 2956 | Lehman Brothers Inc. | S06818514 87401 | 7/3/2008 | 1,404,906,250.00 | CMS_WIRE_PAYEE_01688 | LBHI |
| 317 | Noted | 2956 | Lehman Brothers Inc. | S06818514 CFA01 | 7/3/2008 | 300,000,000.00 | CMS_WIRE_PAYEE_01688 | LBHI |
| 318 | Noted | 2956 | Lehman Brothers Inc. | S06819012 72D01 | 7/8/2008 | 499,850,000.00 | CMS_WIRE_PAYEE_01688 | LBHI |
| 319 | Noted | 2956 | Lehman Brothers Inc. | S06819313 70201 | 7/11/2008 | 2,000,000,000.00 | CMS_WIRE_PAYEE_01688 | LBHI |
| 320 | Noted | 2956 | Lehman Brothers Inc. | S06819313 C8001 | 7/11/2008 | 100,000,000.00 | CMS_WIRE_PAYEE_01688 | LBHI |
| 321 | Noted | 2956 | Lehman Brothers Inc. | S06819715 31301 | 7/15/2008 | 2,399,967,666.67 | CMS_WIRE_PAYEE_01688 | LBHI |
| 322 | Noted | 2956 | Lehman Brothers Inc. | S06819814 99501 | 7/16/2008 | 299,830,972.22 | CMS_WIRE_PAYEE_01688 | LBHI |
| 323 | Noted | 2956 | Lehman Brothers Inc. | S06820614 98101 | 7/24/2008 | 1,075,000,000.00 | CMS_WIRE_PAYEE_01688 | LBHI |
| 324 | Noted | 2956 | Lehman Brothers Inc. | S06820614 98201 | 7/24/2008 | 1,000,000,000.00 | CMS_WIRE_PAYEE_01688 | LBHI |
| 325 | Noted | 2956 | Lehman Brothers Inc. | S06820614 BDA01 | 7/24/2008 | 225,000,000.00 | CMS_WIRE_PAYEE_01688 | LBHI |
| 326 | Noted | 2956 | Lehman Brothers Inc. | S06821114 3E201 | 7/29/2008 | 500,000,000.00 | CMS_WIRE_PAYEE_01688 | LBHI |
| 327 | Noted | 2956 | Lehman Brothers Inc. | S06821215 96D01 | 7/30/2008 | 2,000,000,000.00 | CMS_WIRE_PAYEE_01688 | LBHI |
| 328 | Noted | 2956 | Lehman Brothers Inc. | S06821316 17101 | 7/31/2008 | 4,000,000,000.00 | CMS_WIRE_PAYEE_01688 | LBHI |
| 329 | Noted | 2956 | Lehman Brothers Inc. | S06821316 17201 | 7/31/2008 | 4,000,000,000.00 | CMS_WIRE_PAYEE_01688 | LBHI |
| 330 | Noted | 2956 | Lehman Brothers Inc. | S06821318 6C301 | 7/31/2008 | 2,000,000,000.00 | CMS_WIRE_PAYEE_01688 | LBHI |
| 331 | Noted | 2956 | Lehman Brothers Inc. | S06821314 A55701 | 7/31/2008 | 1,133,082,222.23 | CMS_WIRE_PAYEE_01688 | LBHI |
| 332 | Noted | 2956 | Lehman Brothers Inc. | S06821314 A0D301 | 7/31/2008 | 1,000,000,000.00 | CMS_WIRE_PAYEE_01688 | LBHI |
| 333 | Noted | 2956 | Lehman Brothers Inc. | S06821714 C5B01 | 8/4/2008 | 869,798,475.00 | CMS_WIRE_PAYEE_01688 | LBHI |
| 334 | Noted | 2956 | Lehman Brothers Inc. | S06821813 00E01 | 8/5/2008 | 1,899,884,444.44 | CMS_WIRE_PAYEE_01688 | LBHI |
| 335 | Noted | 2956 | Lehman Brothers Inc. | S06822014 1AA01 | 8/7/2008 | 100,000,000.00 | CMS_WIRE_PAYEE_01688 | LBHI |
| 336 | Noted | 2956 | Lehman Brothers Inc. | S06822512 B2401 | 8/12/2008 | 1,000,000,000.00 | CMS_WIRE_PAYEE_01688 | LBHI |
| 337 | Noted | 2956 | Lehman Brothers Inc. | S06822613 F4601 | 8/13/2008 | 999,943,611.11 | CMS_WIRE_PAYEE_01688 | LBHI |
| 338 | Noted | 2956 | Lehman Brothers Inc. | S06822812 90301 | 8/15/2008 | 1,000,000,000.00 | CMS_WIRE_PAYEE_01689 | LBHI |
| 339 | Noted | 2956 | Lehman Brothers Inc. | S06823211 F1B01 | 8/19/2008 | 2,000,000,000.00 | CMS_WIRE_PAYEE_01688 | LBHI |
| 340 | Noted | 2956 | Lehman Brothers Inc. | S06823211 F1C01 | 8/19/2008 | 1,000,000,000.00 | CMS_WIRE_PAYEE_01688 | LBHI |
| 341 | Noted | 2956 | Lehman Brothers Inc. | S06823814 E5501 | 8/25/2008 | 1,249,932,000.00 | CMS_WIRE_PAYEE_01688 | LBHI |
| 342 | Noted | 2956 | Lehman Brothers Inc. | S06824117 4A501 | 8/28/2008 | 3,000,000,000.00 | CMS_WIRE_PAYEE_01688 | LBHI |
| 343 | Noted | 2956 | Lehman Brothers Inc. | S06824116 8A301 | 8/28/2008 | 2,500,000,000.00 | CMS_WIRE_PAYEE_01688 | LBHI |
| 344 | Noted | 2956 | Lehman Brothers Inc. | S06824116 5F701 | 8/28/2008 | 2,000,000,000.00 | CMS_WIRE_PAYEE_01688 | LBHI |
| 345 | Noted | 2956 | Lehman Brothers Inc. | S06824219 0BC01 | 8/29/2008 | 5,000,000,000.00 | CMS_WIRE_PAYEE_01688 | LBHI |
| 346 | Noted | 2956 | Lehman Brothers Inc. | S06824219 B9601 | 8/29/2008 | 3,000,000,000.00 | CMS_WIRE_PAYEE_01688 | LBHI |
| 347 | Noted | 2956 | Lehman Brothers Inc. | S06824219 0BD01 | 8/29/2008 | 2,000,000,000.00 | CMS_WIRE_PAYEE_01688 | LBHI |
| 348 | Noted | 2956 | Lehman Brothers Inc. | S06824219 56501 | 8/29/2008 | 2,000,000,000.00 | CMS_WIRE_PAYEE_01688 | LBHI |
| 349 | Noted | 2956 | Lehman Brothers Inc. | S06824214 3BF01 | 8/29/2008 | 1,000,000,000.00 | CMS_WIRE_PAYEE_01688 | LBHI |
| 350 | Noted | 2956 | Lehman Brothers Inc. | S06824214 A4BD01 | 8/29/2008 | 581,573,750.00 | CMS_WIRE_PAYEE_01688 | LBHI |
| 351 | Noted | 2956 | Lehman Brothers Inc. | S06824713 77F01 | 9/3/2008 | 599,607,500.00 | CMS_WIRE_PAYEE_01688 | LBHI |
| 352 | Noted | 2956 | Lehman Brothers Inc. | S06825215 3DA01 | 9/8/2008 | 149,550,041.67 | CMS_WIRE_PAYEE_01688 | LBHI |
| 353 | Noted | 2956 | Lehman Brothers Inc. | 1122900256JS | 9/12/2008 | $407,300,000.00 | CMS_WIRE_PAYEE_01688 | LBOTC |
| 354 | Noted | 2956 | Lehman Brothers Inc. | 6045100242JS | 8/29/2008 | $675,600,000.00 | CMS_WIRE_PAYEE_01688 | LBOTC |
| 355 | Noted | 2956 | Lehman Brothers Inc. | 7902800213JS | 7/31/2008 | $733,800,000.00 | CMS_WIRE_PAYEE_01688 | LBOTC |
| 356 | Noted | 3081 | M AND I | S06818418 7E101 | 7/2/2008 | 150,000,000.00 | CMS_WIRE_PAYEE_06925 | LBHI |
| 357 | Noted | 3081 | M AND I | S06820013 93D01 | 7/18/2008 | 150,000,000.00 | CMS_WIRE_PAYEE_06925 | LBHI |
| 358 | Noted | 3081 | M AND I | S06823914 F0701 | 8/26/2008 | 150,000,000.00 | CMS_WIRE_PAYEE_06925 | LBHI |
| 359 | Noted | 3082 | M AND I 101 HUDSON STREET 23RD FLOO | S06817219 E2F01 | 6/20/2008 | 150,000,000.00 | CMS_WIRE_PAYEE_06924 | LBHI |
| 360 | Noted | 3082 | M AND I 101 HUDSON STREET 23RD FLOO | S06821314 A5FE01 | 7/31/2008 | 150,000,000.00 | CMS_WIRE_PAYEE_06924 | LBHI |

| | Creditor Category | Creditor # | Creditor Name | Check/Wire # | Payment Date | Amount Paid | Vendor ID | Legal Entity |
|---|---|---|---|---|---|---|---|---|
| 361 | Noted | 3082 | M AND I101 HUDSON STREET23RD FLOO | S06822S1332301 | 8/12/2008 | 150,000,000.00 | CMS_WIRE_PAYEE_06924 | LBHI |
| 362 | Noted | 3082 | M AND I101 HUDSON STREET23RD FLOO | S0682381552D01 | 8/25/2008 | 150,000,000.00 | CMS_WIRE_PAYEE_06924 | LBHI |
| 363 | Noted | 3082 | M AND I101 HUDSON STREET23RD FLOO | S0682471339D01 | 9/3/2008 | 150,000,000.00 | CMS_WIRE_PAYEE_06924 | LBHI |
| 364 | Noted | 3429 | MS INSTL LIQUIDITY FUNDS | S0681831557801 | 7/1/2008 | 150,000,000.00 | CMS_WIRE_PAYEE_07619 | LBHI |
| 365 | Noted | 3429 | MS INSTL LIQUIDITY FUNDS | S0681901229401 | 7/8/2008 | 250,000,000.00 | CMS_WIRE_PAYEE_07619 | LBHI |
| 366 | Noted | 3429 | MS INSTL LIQUIDITY FUNDS | S06819214EA201 | 7/10/2008 | 200,000,000.00 | CMS_WIRE_PAYEE_07619 | LBHI |
| 367 | Noted | 3429 | MS INSTL LIQUIDITY FUNDS | S06821415B9601 | 8/1/2008 | 300,000,000.00 | CMS_WIRE_PAYEE_07619 | LBHI |
| 368 | Noted | 3429 | MS INSTL LIQUIDITY FUNDS | S068228123A701 | 8/15/2008 | 150,000,000.00 | CMS_WIRE_PAYEE_07619 | LBHI |
| 369 | Noted | 3429 | MS INSTL LIQUIDITY FUNDS | S0682281A1001 | 8/15/2008 | 150,000,000.00 | CMS_WIRE_PAYEE_07619 | LBHI |
| 370 | Noted | 3429 | MS INSTL LIQUIDITY FUNDS | S0682331392401 | 8/20/2008 | 100,000,000.00 | CMS_WIRE_PAYEE_07619 | LBHI |
| 371 | Noted | 3429 | MS INSTL LIQUIDITY FUNDS | S06824626DF801 | 9/2/2008 | 200,000,000.00 | CMS_WIRE_PAYEE_07619 | LBHI |
| 372 | Noted | 3429 | MS INSTL LIQUIDITY FUNDS | S06824712A7001 | 9/3/2008 | 150,000,000.00 | CMS_WIRE_PAYEE_07619 | LBHI |
| 373 | Noted | 3430 | MS INSTL LIQUIDITY TRUST SUB ACCTRE | S06821415BAA01 | 8/1/2008 | 175,000,000.00 | CMS_WIRE_PAYEE_07620 | LBHI |
| 374 | Noted | 3430 | MS INSTL LIQUIDITY TRUST SUB ACCTRE | S06824626D3D01 | 9/2/2008 | 200,000,000.00 | CMS_WIRE_PAYEE_07620 | LBHI |
| 375 | Noted | 3459 | MUTUAL FUND SERVICES | S0681721869901 | 6/20/2008 | 325,000,000.00 | CMS_WIRE_PAYEE_07671 | LBHI |
| 376 | Noted | 3459 | MUTUAL FUND SERVICES | S0681721868801 | 6/20/2008 | 250,000,000.00 | CMS_WIRE_PAYEE_07671 | LBHI |
| 377 | Noted | 3459 | MUTUAL FUND SERVICES | S0681841732E01 | 7/2/2008 | 500,000,000.00 | CMS_WIRE_PAYEE_07671 | LBHI |
| 378 | Noted | 3459 | MUTUAL FUND SERVICES | S0681841732C01 | 7/2/2008 | 200,000,000.00 | CMS_WIRE_PAYEE_07671 | LBHI |
| 379 | Noted | 3459 | MUTUAL FUND SERVICES | S068191138CC01 | 7/9/2008 | 150,000,000.00 | CMS_WIRE_PAYEE_07671 | LBHI |
| 380 | Noted | 3459 | MUTUAL FUND SERVICES | S0681921490501 | 7/10/2008 | 150,000,000.00 | CMS_WIRE_PAYEE_07671 | LBHI |
| 381 | Noted | 3459 | MUTUAL FUND SERVICES | S0681921490401 | 7/10/2008 | 100,000,000.00 | CMS_WIRE_PAYEE_07671 | LBHI |
| 382 | Noted | 3462 | MUTUAL FUNDS SRVCS/BNF/WATER FER | S06821414FDB01 | 8/1/2008 | 150,000,000.00 | CMS_WIRE_PAYEE_07677 | LBHI |
| 383 | Counter | 3735 | ONE WILLIAM STREET LB CAPITAL PRTS | S06818226CC701 | 6/30/2008 | 114,115,411.00 | CMS_WIRE_PAYEE_08223 | LBHI |
| 384 | Noted | 4229 | RBS | S0682141625D01 | 8/1/2008 | 500,000,000.00 | CMS_WIRE_PAYEE_09258 | LBHI |
| 385 | Noted | 4229 | RBS | S0682141626001 | 8/1/2008 | 400,000,000.00 | CMS_WIRE_PAYEE_09258 | LBHI |
| 386 | Noted | 4233 | RBS NY | S068212140D6901 | 7/30/2008 | 1,000,000,000.00 | CMS_WIRE_PAYEE_09262 | LBHI |
| 387 | Noted | 4233 | RBS NY | S0682181E7801 | 8/5/2008 | 600,000,000.00 | CMS_WIRE_PAYEE_09262 | LBHI |
| 388 | Noted | 4233 | RBS NY | S068219114D001 | 8/6/2008 | 500,000,000.00 | CMS_WIRE_PAYEE_09262 | LBHI |
| 389 | Noted | 4233 | RBS NY | S06823414A0401 | 8/21/2008 | 500,000,000.00 | CMS_WIRE_PAYEE_09262 | LBHI |
| 390 | Noted | 4233 | RBS NY | S068235116E901 | 8/22/2008 | 300,000,000.00 | CMS_WIRE_PAYEE_09262 | LBHI |
| 391 | Noted | 4233 | RBS NY | S068246276920 1 | 9/2/2008 | 1,000,000,000.00 | CMS_WIRE_PAYEE_09262 | LBHI |
| 392 | Other | 4815 | SWAP COLLATERAL | 4909000255JS | 9/11/2008 | 4,306,504.00 | CMS_WIRE_PAYEE_10381 | LBSF |
| 393 | Noted | 5286 | WATER FERRY | S0681831557B01 | 7/1/2008 | 950,000,000.00 | CMS_WIRE_PAYEE_11415 | LBHI |
| 394 | Noted | 5286 | WATER FERRY | S0682141E7101 | 8/1/2008 | 950,000,000.00 | CMS_WIRE_PAYEE_11415 | LBHI |
| 395 | Noted | 5286 | WATER FERRY | S06824626D3F01 | 9/2/2008 | 950,000,000.00 | CMS_WIRE_PAYEE_11415 | LBHI |
| 396 | Noted | 5287 | WATER FERRY/bnf/reserve liquidity perform | S0681831557901 | 7/1/2008 | 200,000,000.00 | CMS_WIRE_PAYEE_11414 | LBHI |
| 397 | Noted | 5287 | WATER FERRY/bnf/reserve liquidity perform | S06821415E7001 | 8/1/2008 | 200,000,000.00 | CMS_WIRE_PAYEE_11414 | LBHI |
| 398 | Noted | 5287 | WATER FERRY/bnf/reserve liquidity perform | S06824626D3E01 | 9/2/2008 | 200,000,000.00 | CMS_WIRE_PAYEE_11414 | LBHI |
| 399 | Noted | 5289 | WATERFERRY | S0681971491D01 | 7/15/2008 | 950,000,000.00 | CMS_WIRE_PAYEE_11419 | LBHI |
| 400 | Noted | 5443 | X | S0681781020C01 | 6/26/2008 | 187,238,142.34 | CMS_WIRE_PAYEE_11723 | LBHI |
| 401 | Noted | 5443 | X | S0681830C4A901 | 7/1/2008 | 139,525,000.00 | CMS_WIRE_PAYEE_11723 | LBHI |
| 402 | Noted | 5443 | X | S0681891DD5C01 | 7/7/2008 | 200,000,000.00 | CMS_WIRE_PAYEE_11723 | LBHI |
| 403 | Noted | 5443 | X | S0682120E45B01 | 7/30/2008 | 119,408,894.10 | CMS_WIRE_PAYEE_11723 | LBHI |
| 404 | Noted | 5443 | X | S0682200C9ED01 | 8/7/2008 | 347,937,760.55 | CMS_WIRE_PAYEE_11723 | LBHI |
| 405 | Noted | 5443 | X | S0682320C13601 | 8/19/2008 | 184,277,093.72 | CMS_WIRE_PAYEE_11723 | LBHI |
| 406 | Noted | 5443 | X | S0682410F85901 | 8/28/2008 | 401,410,600.00 | CMS_WIRE_PAYEE_11723 | LBHI |
| 407 | Noted | 5443 | X | S0682540C84F01 | 9/10/2008 | 124,678,213.34 | CMS_WIRE_PAYEE_11723 | LBHI |

| | | |
|---|---|---|
| **Sum of Payments Selected for Analysis** | | **$ 156,942,509,648** |
| **Total Count of Payments Selected for Analysis** | | **407** |

## Appendix 2-E – Detailed Listing of Additional Payments Selected for Analysis

The following table represents the additional nine payments selected for analysis. This sample was selected from the approximately $33 billion of payments which were omitted from SOFA Schedules 3b due to missing beneficiary data.

| # * | Category | Creditor # ** | BIC Decode | Payment ID | Payment Date | Amount Paid | Bank Reference Number | Legal Entity |
|---|---|---|---|---|---|---|---|---|
| 408 | Counter | n/a | CITIBANK N.A. | D00005483399 | 9/4/2008 | 361,950,000.00 | 7879300248JS | LBSF |
| 409 | Counter | n/a | CITIBANK N.A. | D00005509191 | 9/8/2008 | 508,130,000.00 | 1988400252FS | LBSF |
| 410 | Counter | n/a | CITIGROUP FINANCIAL PRODUCTS INC. | D00005330830 | 8/18/2008 | 137,111,517.37 | 0574300231JS | LBSF |
| 411 | Noted | n/a | DEUTSCHE BANK AG | D00005110493 | 7/24/2008 | 159,240,000.00 | 5082900206JS | LBSF |
| 412 | Noted | n/a | DEUTSCHE BANK AG | D00005113710 | 7/24/2008 | 159,240,000.00 | 6231200206JS | LBSF |
| 413 | Noted | n/a | DEUTSCHE BANK AG | D00005049855 | 7/17/2008 | 479,700,000.00 | 8069700199JS | LBSF |
| 414 | Noted | n/a | DEUTSCHE BANK AG | D00005364550 | 8/21/2008 | 586,760,000.00 | 4108000234FS | LBSF |
| 415 | Noted | n/a | DEUTSCHE BANK AG | D00005209812 | 8/4/2008 | 100,000,000.00 | 9858200217JS | LBSF |
| 416 | Counter | n/a | JPMORGAN CHASE BANK, N.A. | D00005210182 | 8/4/2008 | 156,190,000.00 | 9858400217JS | LBSF |
| | **Sum of Payments Selected for Analysis** | | | | | **$ 2,648,321,517** | | |
| | **Total Count of Payments Selected for Analysis** | | | | | **9** | | |

Notes to table:

* Numbering continued from Appendix D.

** Creditor numbers for the additional payments were not available to Duff & Phelps.

# Exhibit 3 - Review of Certain Pledged Collateral Accounts at JPMorgan Summary

# Listing of Collateral Identified as Pledged to JPMorgan by LBHI or LCPI

Collateral Pledged as of September 12, 2008

| # | Security Description | CUSIP | Asset Type | Lehman Account at JPMorgan [d] | Original or Trade Par Amount | Executed Trade Price Range (Sep 1, 2007 - Sep 19, 2008) | | | Note |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Low | High | % Variance | {a} |
| **Pledged by LBHI** | | | | | | | | | |
| 1. | C/P Fenway Funding LLC | 31465DJR6 | ABCP | LCE | $ 1,001,300,000 | 2.95 | 2.95 | - | |
| 2. | C/P Fenway Funding LLC | 31465DJQ8 | ABCP | LCE | 1,001,200,000 | 2.95 | 2.95 | - | |
| 3. | C/P Fenway Funding LLC | 31465DJP0 | ABCP | LCE | 1,001,100,000 | 2.95 | 2.95 | - | |
| 4. | Pine CCS Ltd | 722490AA7 | ABS | LCE | 1,025,000,000 | 95.00 | 100.00 | 5.00 | {b} |
| 5. | Spruce CCS Ltd. | 852079AB8 | ABS | LCE | 1,384,050,000 | 95.00 | 100.00 | 5.00 | |
| 6. | Verano CCS Ltd. | 92336PAA4 | ABS | LCE | 1,352,600,000 | 99.25 | 99.25 | - | |
| | Subtotal for LBHI | | | | $ 6,765,250,000 | | | | |
| | | | | | | | | | |
| **Pledged by LCPI** | | | | | | | | | |
| 7. | A-Pq Cayman Partners, L.P. | APQCAYMAN | Corp | Unavailable | $ 41,633,014 | 100.00 | 100.00 | - | |
| 8. | Delta Topco Limited | WE370 | Corp | Unavailable | 627,966,263 | N/A | N/A | N/A | |
| 9. | H2008-3 Cayman Partner LP (Bain) | H20083FRN | Corp | Unavailable | 172,876,141 | 100.00 | 100.00 | - | |
| 10. | HD Supply Inc | 40415RAC9 | Corp | LSD | 81,455,477 | 58.45 | 84.56 | 26.12 | {e} |
| 11. | Kingfisher CLO Limited | 49567YAA5 | ABS | LCD | 960,000,000 | 94.50 | 101.25 | 6.75 | {e} |
| 12. | Pine CCS Ltd | 722490AB5 | ABS | Unavailable | 488,600,000 | 100.00 | 100.00 | - | |
| 13. | Pine CCS Ltd | 722490AE9 | ABS | Unavailable | 246,000,000 | 100.00 | 100.00 | - | |
| 14. | Pine CCS Ltd | 722490AD1 | ABS | Unavailable | 132,400,000 | 100.00 | 100.00 | - | |
| 15. | Pq/Hds Cayman P-A LP (Carlyle) | PQHDSFRNA | Corp | Unavailable | 78,162,508 | 100.00 | 100.00 | - | {c} |
| 16. | R3 Junior Note | R3JNRNOTE | Note | Unavailable | 272,591,489 | 24.70 | 112.04 | 87.34 | |
| 17. | SASCO 2008-C2 | 78403WAA6 | CMO | LCD | 600,000,000 | 91.00 | 100.00 | 9.00 | {e} |
| 18. | SASCO 2008-C2 Ps | 78403W207 | CMO | Unavailable | 1,384,909,548 | 88.23 | 88.23 | - | |
| 19. | Spruce CCS Ltd. | 852079AC6 | ABS | Unavailable | 168,700,000 | 100.00 | 100.00 | - | |
| 20. | Verano CCS Ltd. | 92336PAC0 | ABS | Unavailable | 100,000,000 | 100.00 | 100.00 | - | |
| | Subtotal for LCPI | | | | $ 5,525,794,440 | | | | |
| **Total** | | | | | **$ 12,291,044,440** | | | | |

*Sources: Collateral Pledged to JPMorgan for Intraday as of 9/12/2008 COB [LBEX-AM 047008]; Collateral Pledged to JPMorgan for Intraday as of 9/12/2008 COB [LBEX-WGM 784606]; JPMorgan "Account Statements" [LBEX-LL 1108987]; and MTS.*

**Notes**

{a}    Duff & Phelps traced all trading activity for the presented CUSIPs for the period of September 1, 2007 - September 19, 2008. Presented are the respective high and low price points for all trades of the presented CUSIPs during the period analyzed. Excluding pricing for trades that appear to represent the origination of the securities (trades between the Trustee of the corresponding securitization vehicle to a Lehman entity for $0.00 in principal value), the findings illustrate that pricing for two (2) CUSIPs varied by an amount greater than 10%, one (1) of which varied by an amount greater than 30% during the period analyzed. The detailed trading history for each CUSIP is presented in **Tables 1-20.**

{b}    For the purpose of this analysis, Duff & Phelps located two schedules, both labeled "Collateral Pledged to JPM for Intraday as of 9/12/2008 COB." The schedules differed in two ways: (1) the classification of certain ABS collateral varied between LCPI and LBHI ; and (2) the schedule provided by A&M (*see* Collateral Pledged to JPMorgan for Intraday as of 9/12/2008 COB [LBEX-AM 047008]) includes Pine CCS Ltd CUSIP 722490AA7 (par amount of $1,025,000,000) on the list of collateral pledged by LBHI.

   The trade data for this Pine CCS security indicate that virtually all of the par value of the amount presented at September 12, 2008 was on repo to LBI (all but $4.5m), and therefore appears unavailable to LBHI to be pledged to JPMorgan. In a call with Jason Haggins and Lizette Martinez from A&M on November 2, 2009, Duff & Phelps was told that this CUSIP was excluded from A&M's list of securities pledged to JPMorgan at September 12, 2008. In addition, a review of the identified securities transferred to Barclays as a part of the sale include this CUSIP in the exact same par amount that was on Repo to LBI, indicating that the amounts were available to LBI on September 19, 2008 (*see* Schedule A Final Spreadsheet [LBEX-AM 007527]; Schedule B Final Spreadsheet [LBEX-AM 008114]; Letter from Lindsey Granfield, Clearly, Gottlieb, Stein & Hamilton LLP, to The Honorable James M. Peck, re: In re Lehman Brothers Inc., Case No. 08-01420 (JMP) SIPA (Dec. 5, 2008) [BCI-EX-00077244]). See supporting trade detail in **Table 4.**

{c}    The trade data for these securities indicate that the CUSIPs were **not** present in sufficient quantity to be pledged to JPMorgan at September 12, 2008 in the quantities presented in the source schedule. See detailed trading history for these CUSIPs in **Table 9** and **Table 15.**

{d}    Lehman received account statements for September 12, 2008 from JPMorgan for the LCE, LCD and LSD accounts (*see* JPMorgan "Account Statements" [LBEX-LL 1108987]). Using these statements, Duff & Phelps traced the CUSIPs to the respective accounts, as available. Duff & Phelps requested additional account data to trace the remaining securities; however, no additional information has been provided. In a call with Jason Haggins and Lizette Martinez from A&M on November 2, 2009, Duff & Phelps was told that A&M has been unable to locate JPMorgan account information for the CUSIPs that were not traced back to one of the three listed accounts (LCE, LCD, and LSD). A&M was able to track the missing securities mentioned above to the MTS report titled "Free Collateral Report" (*see* "Free Collateral Report" (9/12/2008) [LBEX-LL 2061374]).

{e}    Regarding the highlighted cells, the LCD and LSD accounts were identified by JPMorgan as LBI clearing accounts. See "JPMorgan's Responses to Examiner's First Set of Questions re Lehman/JPM Accounts & Collateral dated September 3, 2009" for discussion regarding JPMorgan's designated "ownership" of the Lehman accounts at JPMorgan. This understanding conflicts with the presented data that identifies certain securities as being pledged by LCPI (Kingfisher, SASCO 2008-C2, and HD Supply Inc).

   A review of the JPMorgan account statements for the LCD and LSD accounts for a sample of the trade dates involving the Kingfisher, SASCO 2008-C2, and/or HD Supply Inc securities indicate that the LCD and LSD accounts were consistently used. It appears that, although MTS identified LCPI as the legal entity involved in certain trades, the securities were held in an LBI accounts at JPMorgan.

# Lehman Trading History for CUSIP 31465DJR6 (Fenway) - Pledged Security to JPMorgan by LBHI or LCPI

**All Lehman Trades for CUSIP 31465DJR6 (Fenway):**

| Purchasing or Reverse Repo Entity | Selling or Repo Entity | Trade Type | Trade Principal Amount | Trade Par Amount | Trade Original Par Amount {a} | Executed Trade Price {b} | Trade Date | Repo Closing Date |
|---|---|---|---|---|---|---|---|---|
| LBHI | LBI | Principal Trade | $ 1,001,300,000 | $ 1,001,300,000 | $ 1,001,300,000 | 2.95 | 9/10/2008 | N/A |
| LBI | Fenway Funding, LLC | Principal Trade | 1,300,000 | 1,300,000 | 1,300,000 | 2.95 | 9/10/2008 | N/A |
| LBI | Fenway Funding, LLC | Principal Trade | 50,000,000 | 50,000,000 | 50,000,000 | 2.95 | 9/10/2008 | N/A |
| LBI | Fenway Funding, LLC | Principal Trade | 50,000,000 | 50,000,000 | 50,000,000 | 2.95 | 9/10/2008 | N/A |
| LBI | Fenway Funding, LLC | Principal Trade | 50,000,000 | 50,000,000 | 50,000,000 | 2.95 | 9/10/2008 | N/A |
| LBI | Fenway Funding, LLC | Principal Trade | 50,000,000 | 50,000,000 | 50,000,000 | 2.95 | 9/10/2008 | N/A |
| LBI | Fenway Funding, LLC | Principal Trade | 50,000,000 | 50,000,000 | 50,000,000 | 2.95 | 9/10/2008 | N/A |
| LBI | Fenway Funding, LLC | Principal Trade | 50,000,000 | 50,000,000 | 50,000,000 | 2.95 | 9/10/2008 | N/A |
| LBI | Fenway Funding, LLC | Principal Trade | 50,000,000 | 50,000,000 | 50,000,000 | 2.95 | 9/10/2008 | N/A |
| LBI | Fenway Funding, LLC | Principal Trade | 50,000,000 | 50,000,000 | 50,000,000 | 2.95 | 9/10/2008 | N/A |
| LBI | Fenway Funding, LLC | Principal Trade | 50,000,000 | 50,000,000 | 50,000,000 | 2.95 | 9/10/2008 | N/A |
| LBI | Fenway Funding, LLC | Principal Trade | 50,000,000 | 50,000,000 | 50,000,000 | 2.95 | 9/10/2008 | N/A |
| LBI | Fenway Funding, LLC | Principal Trade | 50,000,000 | 50,000,000 | 50,000,000 | 2.95 | 9/10/2008 | N/A |
| LBI | Fenway Funding, LLC | Principal Trade | 50,000,000 | 50,000,000 | 50,000,000 | 2.95 | 9/10/2008 | N/A |
| LBI | Fenway Funding, LLC | Principal Trade | 50,000,000 | 50,000,000 | 50,000,000 | 2.95 | 9/10/2008 | N/A |
| LBI | Fenway Funding, LLC | Principal Trade | 50,000,000 | 50,000,000 | 50,000,000 | 2.95 | 9/10/2008 | N/A |
| LBI | Fenway Funding, LLC | Principal Trade | 50,000,000 | 50,000,000 | 50,000,000 | 2.95 | 9/10/2008 | N/A |
| LBI | Fenway Funding, LLC | Principal Trade | 50,000,000 | 50,000,000 | 50,000,000 | 2.95 | 9/10/2008 | N/A |
| LBI | Fenway Funding, LLC | Principal Trade | 50,000,000 | 50,000,000 | 50,000,000 | 2.95 | 9/10/2008 | N/A |

*Source: Mainframe Trading System (MTS)*

**Notes:**

{a} The trade data for this security indicate that the CUSIP was available in sufficient quantity to be pledged to JPMorgan at September 12, 2008 in the quantities presented in the source schedule.

{b} Typically the executed trade price is presented as a percentage of the original par amount. For example, if par = 1,000,000 and the executed trade price was 95, the trade principal amount would be 950,000 (95% * 1,000,000). As a result, the pricing for this CUSIP appears unusual. However, based upon conversations with knowledgeable personnel, we understand that in trades involving commercial paper (which is the case with Fenway), that the executed trade price presented may represent the effective yield (in this case 2.95%). Given the consistency of the pricing for all presented trades, this explanation appears reasonable.

**TABLE 1**

# Lehman Trading History for CUSIP 31465DJQ8 (Fenway) - Pledged Security to JPMorgan by LBHI or LCPI

Trading Period from September 1, 2007 to September 19, 2008

**All Lehman Trades for CUSIP 31465DJQ8 (Fenway):**

| Purchasing or Reverse Repo Entity | Selling or Repo Entity | Trade Type | Trade Principal Amount | Trade Par Amount | Trade Original Par Amount {a} | Executed Trade Price {b} | Trade Date | Repo Closing Date |
|---|---|---|---|---|---|---|---|---|
| LBHI | LBI | Principal Trade | $ 1,001,200,000 | $ 1,001,200,000 | $ 1,001,200,000 | 2.95 | 9/10/2008 | N/A |
| LBI | Fenway Funding LLC | Principal Trade | 1,200,000 | 1,200,000 | 1,200,000 | 2.95 | 9/10/2008 | N/A |
| LBI | Fenway Funding LLC | Principal Trade | 50,000,000 | 50,000,000 | 50,000,000 | 2.95 | 9/10/2008 | N/A |
| LBI | Fenway Funding LLC | Principal Trade | 50,000,000 | 50,000,000 | 50,000,000 | 2.95 | 9/10/2008 | N/A |
| LBI | Fenway Funding LLC | Principal Trade | 50,000,000 | 50,000,000 | 50,000,000 | 2.95 | 9/10/2008 | N/A |
| LBI | Fenway Funding LLC | Principal Trade | 50,000,000 | 50,000,000 | 50,000,000 | 2.95 | 9/10/2008 | N/A |
| LBI | Fenway Funding LLC | Principal Trade | 50,000,000 | 50,000,000 | 50,000,000 | 2.95 | 9/10/2008 | N/A |
| LBI | Fenway Funding LLC | Principal Trade | 50,000,000 | 50,000,000 | 50,000,000 | 2.95 | 9/10/2008 | N/A |
| LBI | Fenway Funding LLC | Principal Trade | 50,000,000 | 50,000,000 | 50,000,000 | 2.95 | 9/10/2008 | N/A |
| LBI | Fenway Funding LLC | Principal Trade | 50,000,000 | 50,000,000 | 50,000,000 | 2.95 | 9/10/2008 | N/A |
| LBI | Fenway Funding LLC | Principal Trade | 50,000,000 | 50,000,000 | 50,000,000 | 2.95 | 9/10/2008 | N/A |
| LBI | Fenway Funding LLC | Principal Trade | 50,000,000 | 50,000,000 | 50,000,000 | 2.95 | 9/10/2008 | N/A |
| LBI | Fenway Funding LLC | Principal Trade | 50,000,000 | 50,000,000 | 50,000,000 | 2.95 | 9/10/2008 | N/A |
| LBI | Fenway Funding LLC | Principal Trade | 50,000,000 | 50,000,000 | 50,000,000 | 2.95 | 9/10/2008 | N/A |
| LBI | Fenway Funding LLC | Principal Trade | 50,000,000 | 50,000,000 | 50,000,000 | 2.95 | 9/10/2008 | N/A |
| LBI | Fenway Funding LLC | Principal Trade | 50,000,000 | 50,000,000 | 50,000,000 | 2.95 | 9/10/2008 | N/A |
| LBI | Fenway Funding LLC | Principal Trade | 50,000,000 | 50,000,000 | 50,000,000 | 2.95 | 9/10/2008 | N/A |
| LBI | Fenway Funding LLC | Principal Trade | 50,000,000 | 50,000,000 | 50,000,000 | 2.95 | 9/10/2008 | N/A |
| LBI | Fenway Funding LLC | Principal Trade | 50,000,000 | 50,000,000 | 50,000,000 | 2.95 | 9/10/2008 | N/A |
| LBI | Fenway Funding LLC | Principal Trade | 50,000,000 | 50,000,000 | 50,000,000 | 2.95 | 9/10/2008 | N/A |

*Source: Mainframe Trading System (MTS)*

**Notes:**

{a} The trade data for this security indicate that the CUSIP was available in sufficient quantity to be pledged to JPMorgan at September 12, 2008 in the quantities presented in the source schedule.

{b} Typically the executed trade price is presented as a percentage of the original par amount. For example, if par = 1,000,000 and the executed trade price was 95, the trade principal amount would be 950,000 (95% * 1,000,000). As a result, the pricing for this CUSIP appears unusual. However, based upon conversations with knowledgeable personnel, we understand that in trades involving commercial paper (which is the case with Fenway), that the executed trade price presented may represent the effective yield (in this case 2.95%). Given the consistency of the pricing for all presented trades, this explanation appears reasonable.

**TABLE 2**

# Lehman Trading History for CUSIP 31465DJP0 (Fenway) - Pledged Security to JPMorgan by LBHI or LCPI

**All Lehman Trades for CUSIP 31465DJP0 (Fenway):**

| Purchasing or Reverse Repo Entity | Selling or Repo Entity | Trade Type | Trade Principal Amount | Trade Par Amount {a} | Trade Original Par Amount | Executed Trade Price {b} | Trade Date | Repo Closing Date |
|---|---|---|---|---|---|---|---|---|
| LBHI | LBI | Principal Trade | $ 1,001,100,000 | $ 1,001,100,000 | $ 1,001,100,000 | 2.95 | 9/10/2008 | N/A |
| LBI | Fenway Funding LLC | Principal Trade | 1,100,000 | 1,100,000 | 1,100,000 | 2.95 | 9/10/2008 | N/A |
| LBI | Fenway Funding LLC | Principal Trade | 50,000,000 | 50,000,000 | 50,000,000 | 2.95 | 9/10/2008 | N/A |
| LBI | Fenway Funding LLC | Principal Trade | 50,000,000 | 50,000,000 | 50,000,000 | 2.95 | 9/10/2008 | N/A |
| LBI | Fenway Funding LLC | Principal Trade | 50,000,000 | 50,000,000 | 50,000,000 | 2.95 | 9/10/2008 | N/A |
| LBI | Fenway Funding LLC | Principal Trade | 50,000,000 | 50,000,000 | 50,000,000 | 2.95 | 9/10/2008 | N/A |
| LBI | Fenway Funding LLC | Principal Trade | 50,000,000 | 50,000,000 | 50,000,000 | 2.95 | 9/10/2008 | N/A |
| LBI | Fenway Funding LLC | Principal Trade | 50,000,000 | 50,000,000 | 50,000,000 | 2.95 | 9/10/2008 | N/A |
| LBI | Fenway Funding LLC | Principal Trade | 50,000,000 | 50,000,000 | 50,000,000 | 2.95 | 9/10/2008 | N/A |
| LBI | Fenway Funding LLC | Principal Trade | 50,000,000 | 50,000,000 | 50,000,000 | 2.95 | 9/10/2008 | N/A |
| LBI | Fenway Funding LLC | Principal Trade | 50,000,000 | 50,000,000 | 50,000,000 | 2.95 | 9/10/2008 | N/A |
| LBI | Fenway Funding LLC | Principal Trade | 50,000,000 | 50,000,000 | 50,000,000 | 2.95 | 9/10/2008 | N/A |
| LBI | Fenway Funding LLC | Principal Trade | 50,000,000 | 50,000,000 | 50,000,000 | 2.95 | 9/10/2008 | N/A |
| LBI | Fenway Funding LLC | Principal Trade | 50,000,000 | 50,000,000 | 50,000,000 | 2.95 | 9/10/2008 | N/A |
| LBI | Fenway Funding LLC | Principal Trade | 50,000,000 | 50,000,000 | 50,000,000 | 2.95 | 9/10/2008 | N/A |
| LBI | Fenway Funding LLC | Principal Trade | 50,000,000 | 50,000,000 | 50,000,000 | 2.95 | 9/10/2008 | N/A |
| LBI | Fenway Funding LLC | Principal Trade | 50,000,000 | 50,000,000 | 50,000,000 | 2.95 | 9/10/2008 | N/A |
| LBI | Fenway Funding LLC | Principal Trade | 50,000,000 | 50,000,000 | 50,000,000 | 2.95 | 9/10/2008 | N/A |
| LBI | Fenway Funding LLC | Principal Trade | 50,000,000 | 50,000,000 | 50,000,000 | 2.95 | 9/10/2008 | N/A |
| LBI | Fenway Funding LLC | Principal Trade | 50,000,000 | 50,000,000 | 50,000,000 | 2.95 | 9/10/2008 | N/A |

\ *Source: Mainframe Trading System (MTS)*

**Notes:**

{a} The trade data for this security indicate that the CUSIP was available in sufficient quantity to be pledged to JPMorgan at September 12, 2008 in the quantities presented in the source schedule.

{b} Typically the executed trade price is presented as a percentage of the original par amount. For example, if par = 1,000,000 and the executed trade price was 95, the trade principal amount would be 950,000 (95% * 1,000,000). As a result, the pricing for this CUSIP appears unusual. However, based upon conversations with knowledgeable personnel, we understand that in trades involving commercial paper (which is the case with Fenway), that the executed trade price presented may represent the effective yield (in this case 2.95%). Given the consistency of the pricing for all presented trades, this explanation appears reasonable.

**TABLE 3**

# Lehman Trade History for CUSIP 722490AA7 (Pine) - Pledged Security to JPMorgan by LBHI or LCPI
### Trading Period from September 1, 2007 to September 19, 2008

**All Lehman Trades for CUSIP 722490AA7 (Pine):**

| Purchasing or Reverse Repo Entity | Selling or Repo Entity | Trade Type | Trade Principal Amount | Trade Par Amount | Trade Original Par Amount {a} | Executed Trade Price | Trade Date | Repo Closing Date | |
|---|---|---|---|---|---|---|---|---|---|
| LBI | LBHI | Repo Trade | $ 873,966,733 | $ 919,964,982 | $ 1,020,500,000 | 95.00 | 9/12/2008 | 9/15/2008 | {b} |
| LBHI | LCPI | Principal Trade | 119,375,000 | 125,000,000 | 125,000,000 | 95.50 | 8/8/2008 | N/A | |
| LBHI | LCPI | Principal Trade | 859,500,000 | 900,000,000 | 900,000,000 | 95.50 | 8/8/2008 | N/A | |
| LBI | LCPI | Repo Trade | 48,305,000 | 48,305,000 | 50,000,000 | 100.00 | 7/11/2008 | 7/31/2008 | |
| LBI | LCPI | Repo Trade | 50,000,000 | 50,000,000 | 50,000,000 | 100.00 | 7/11/2008 | 7/31/2008 | |
| LBI | LCPI | Repo Trade | 50,000,000 | 50,000,000 | 50,000,000 | 100.00 | 7/11/2008 | 7/31/2008 | |
| LBI | LCPI | Repo Trade | 50,000,000 | 50,000,000 | 50,000,000 | 100.00 | 7/11/2008 | 7/31/2008 | |
| LBI | LCPI | Repo Trade | 50,000,000 | 50,000,000 | 50,000,000 | 100.00 | 7/11/2008 | 7/31/2008 | |
| LBI | LCPI | Repo Trade | 50,000,000 | 50,000,000 | 50,000,000 | 100.00 | 7/11/2008 | 7/31/2008 | |
| LBI | LCPI | Repo Trade | 50,000,000 | 50,000,000 | 50,000,000 | 100.00 | 7/11/2008 | 7/31/2008 | |
| LBI | LCPI | Repo Trade | 50,000,000 | 50,000,000 | 50,000,000 | 100.00 | 7/11/2008 | 7/31/2008 | |
| LBI | LCPI | Repo Trade | 50,000,000 | 50,000,000 | 50,000,000 | 100.00 | 7/11/2008 | 7/31/2008 | |
| LBI | LCPI | Repo Trade | 50,000,000 | 50,000,000 | 50,000,000 | 100.00 | 7/11/2008 | 7/31/2008 | |
| LBI | LCPI | Repo Trade | 50,000,000 | 50,000,000 | 50,000,000 | 100.00 | 7/11/2008 | 7/31/2008 | |
| LBI | LCPI | Repo Trade | 50,000,000 | 50,000,000 | 50,000,000 | 100.00 | 7/11/2008 | 7/31/2008 | |
| LBI | LCPI | Repo Trade | 50,000,000 | 50,000,000 | 50,000,000 | 100.00 | 7/11/2008 | 7/31/2008 | |
| LBI | LCPI | Repo Trade | 50,000,000 | 50,000,000 | 50,000,000 | 100.00 | 7/11/2008 | 7/31/2008 | |
| LBI | LCPI | Repo Trade | 50,000,000 | 50,000,000 | 50,000,000 | 100.00 | 7/11/2008 | 7/31/2008 | |
| LCPI | LCPI | Principal Trade | 125,000,000 | 125,000,000 | 125,000,000 | 100.00 | 5/29/2008 | N/A | |
| LCPI | LCPI | Principal Trade | 900,000,000 | 919,964,982 | 1,020,500,000 | 100.00 | 5/29/2008 | N/A | |
| LBI | US Bank | Principal Trade | - | 900,000,000 | 900,000,000 | 0.00 | 5/27/2008 | N/A | {c} |
| LBI | US Bank | Principal Trade | - | 125,000,000 | 125,000,000 | 0.00 | 5/27/2008 | N/A | {c} |

*Source: Mainframe Trading System (MTS)*

**Notes**

{a}  The trade data for this Pine CCS security illustrate that the majority the original par value (all but $4.5m) of the amount presented at September 12, 2008 was on repo to LBI, and therefore appears unavailable to LBHI to be pledged to JPMorgan.  In a call with Jason Haggins and Lizette Martinez from A&M on November 2, 2009, Duff & Phelps was told that this CUSIP was excluded from A&M's list of securities pledged to JPMorgan at September 12, 2008.  In addition, a review of the identified securities transferred to Barclays as a part of the sale include this CUSIP in the exact same par amount, indicating that the amounts were available to LBI on September 19, 2008.  See highlighted cells for key trades.

{b}  The trade principal amount divided by the original par balance does not equal the price due to write-downs/principal payments to the par balance (Dan Fleming's schedule uses the original par balance).  The actual par balance traded on the trade flagged above was approximately $920 million.  Duff & Phelps presents the original par balance here to correspond with Dan Fleming's schedule.

{c}  Trade principal amounts of zero appear to be the result of the trades involving the origination of the securities (trades between the Trustee of the corresponding securitization vehicle to a Lehman entity for $0.00 in principal value).

**TABLE 4**

## Lehman Trading History for CUSIP 852079AB8 (Spruce) - Pledged Security to JPMorgan by LBHI or LCPI

Trading Period from September 1, 2007 to September 19, 2008

**All Lehman Trades for CUSIP 852079AB8 (Spruce):**

| Purchasing or Reverse Repo Entity | Selling or Repo Entity | Trade Type | Trade Principal Amount | Trade Par Amount | Trade Original Par Amount [a] | Executed Trade Price | Trade Date | Repo Closing Date | |
|---|---|---|---|---|---|---|---|---|---|
| LBI | LCPI | Repo Trade | $ 17,217,128 | $ 18,123,292 | $ 28,000,000 | 95.00 | 8/18/2008 | Open | |
| LBI | LCPI | Repo Trade | 30,744,871 | 32,363,022 | 50,000,000 | 95.00 | 8/18/2008 | Open | |
| LBI | LCPI | Repo Trade | 17,217,128 | 18,123,292 | 28,000,000 | 95.00 | 8/15/2008 | 8/18/2008 | |
| LBI | LCPI | Repo Trade | 30,744,871 | 32,363,022 | 50,000,000 | 95.00 | 8/15/2008 | 8/18/2008 | |
| LBHI | LCPI | Principal Trade | 563,602,029 | 582,534,397 | 900,000,000 | 96.75 | 8/8/2008 | N/A | [b] |
| LBHI | LCPI | Principal Trade | 303,123,958 | 313,306,417 | 484,050,000 | 96.75 | 8/8/2008 | N/A | [b] |
| LBI | LCPI | Repo Trade | 30,744,871 | 32,363,022 | 50,000,000 | 95.00 | 7/16/2008 | 8/15/2008 | |
| LBI | LCPI | Repo Trade | 17,217,128 | 18,123,292 | 28,000,000 | 95.00 | 7/16/2008 | 8/15/2008 | |
| LBI | LCPI | Repo Trade | 7,409,513 | 7,799,488 | 12,050,000 | 95.00 | 7/15/2008 | 7/16/2008 | |
| LBI | LCPI | Repo Trade | 30,744,871 | 32,363,022 | 50,000,000 | 95.00 | 7/15/2008 | 7/16/2008 | |
| LBI | LCPI | Repo Trade | 30,744,871 | 32,363,022 | 50,000,000 | 95.00 | 7/15/2008 | 7/16/2008 | |
| LBI | LCPI | Repo Trade | 30,744,871 | 32,363,022 | 50,000,000 | 95.00 | 7/15/2008 | 7/16/2008 | |
| LBI | LCPI | Repo Trade | 30,744,871 | 32,363,022 | 50,000,000 | 95.00 | 7/15/2008 | 7/16/2008 | |
| LBI | LCPI | Repo Trade | 30,744,871 | 32,363,022 | 50,000,000 | 95.00 | 7/15/2008 | 7/16/2008 | |
| LBI | LCPI | Repo Trade | 30,744,871 | 32,363,022 | 50,000,000 | 95.00 | 7/15/2008 | 7/16/2008 | |
| LBI | LCPI | Repo Trade | 30,744,871 | 32,363,022 | 50,000,000 | 95.00 | 7/15/2008 | 7/16/2008 | |
| LBI | LCPI | Repo Trade | 30,744,871 | 32,363,022 | 50,000,000 | 95.00 | 7/15/2008 | 7/16/2008 | |
| LBI | LCPI | Repo Trade | 30,744,871 | 32,363,022 | 50,000,000 | 95.00 | 7/15/2008 | 7/16/2008 | |
| LBI | LCPI | Repo Trade | 30,744,871 | 32,363,022 | 50,000,000 | 95.00 | 7/15/2008 | 7/16/2008 | |
| LBI | LCPI | Repo Trade | 30,744,871 | 32,363,022 | 50,000,000 | 95.00 | 7/15/2008 | 7/16/2008 | |
| LBI | LCPI | Repo Trade | 30,744,871 | 32,363,022 | 50,000,000 | 95.00 | 7/15/2008 | 7/16/2008 | |
| LBI | LCPI | Repo Trade | 30,744,871 | 32,363,022 | 50,000,000 | 95.00 | 7/15/2008 | 7/16/2008 | |
| LBI | LCPI | Repo Trade | 30,744,871 | 32,363,022 | 50,000,000 | 95.00 | 7/15/2008 | 7/16/2008 | |
| LBI | LCPI | Repo Trade | 30,744,871 | 32,363,022 | 50,000,000 | 95.00 | 7/15/2008 | 7/16/2008 | |
| LBI | LCPI | Repo Trade | 30,744,871 | 32,363,022 | 50,000,000 | 95.00 | 7/15/2008 | 7/16/2008 | |
| LBI | LCPI | Repo Trade | 30,744,871 | 32,363,022 | 50,000,000 | 95.00 | 7/15/2008 | 7/16/2008 | |
| LBI | LCPI | Repo Trade | 30,744,871 | 32,363,022 | 50,000,000 | 95.00 | 7/15/2008 | 7/16/2008 | |
| LBI | LCPI | Repo Trade | 30,744,871 | 32,363,022 | 50,000,000 | 95.00 | 7/15/2008 | 7/16/2008 | |
| LBI | LCPI | Repo Trade | 16,401,946 | 17,050,000 | 17,050,000 | 96.20 | 7/11/2008 | 7/15/2008 | |
| LBI | LCPI | Repo Trade | 48,099,548 | 50,000,000 | 50,000,000 | 96.20 | 7/11/2008 | 7/15/2008 | |
| LBI | LCPI | Repo Trade | 48,099,548 | 50,000,000 | 50,000,000 | 96.20 | 7/11/2008 | 7/15/2008 | |
| LBI | LCPI | Repo Trade | 48,099,548 | 50,000,000 | 50,000,000 | 96.20 | 7/11/2008 | 7/15/2008 | |
| LBI | LCPI | Repo Trade | 48,099,548 | 50,000,000 | 50,000,000 | 96.20 | 7/11/2008 | 7/15/2008 | |
| LBI | LCPI | Repo Trade | 48,099,548 | 50,000,000 | 50,000,000 | 96.20 | 7/11/2008 | 7/15/2008 | |
| LBI | LCPI | Repo Trade | 48,099,548 | 50,000,000 | 50,000,000 | 96.20 | 7/11/2008 | 7/15/2008 | |
| LBI | LCPI | Repo Trade | 48,099,548 | 50,000,000 | 50,000,000 | 96.20 | 7/11/2008 | 7/15/2008 | |
| LBI | LCPI | Repo Trade | 48,099,548 | 50,000,000 | 50,000,000 | 96.20 | 7/11/2008 | 7/15/2008 | |
| LBI | LCPI | Repo Trade | 48,099,548 | 50,000,000 | 50,000,000 | 96.20 | 7/11/2008 | 7/15/2008 | |
| LBI | LCPI | Repo Trade | 48,099,548 | 50,000,000 | 50,000,000 | 96.20 | 7/11/2008 | 7/15/2008 | |
| LBI | LCPI | Repo Trade | 48,099,548 | 50,000,000 | 50,000,000 | 96.20 | 7/11/2008 | 7/15/2008 | |
| LBI | LCPI | Repo Trade | 48,099,548 | 50,000,000 | 50,000,000 | 96.20 | 7/11/2008 | 7/15/2008 | |
| LBI | LCPI | Repo Trade | 48,099,548 | 50,000,000 | 50,000,000 | 96.20 | 7/11/2008 | 7/15/2008 | |
| LCPI | LBI | Principal Trade | 900,000,000 | 900,000,000 | 900,000,000 | 100.00 | 6/17/2008 | N/A | |
| LCPI | LBI | Principal Trade | 562,050,000 | 562,050,000 | 562,050,000 | 100.00 | 6/17/2008 | N/A | |
| LBI | LBI | Principal Trade | 900,000,000 | 562,050,000 | 562,050,000 | 100.00 | 6/17/2008 | N/A | |
| LBI | LBI | Principal Trade | 562,050,000 | 900,000,000 | 900,000,000 | 100.00 | 6/17/2008 | N/A | |
| LBI | LCPI | Repo Trade | 19,000,000 | 20,000,000 | 20,000,000 | 95.00 | 6/17/2008 | 7/15/2008 | |
| LBI | LCPI | Repo Trade | 47,500,000 | 50,000,000 | 50,000,000 | 95.00 | 6/17/2008 | 7/15/2008 | |
| LBI | LCPI | Repo Trade | 47,500,000 | 50,000,000 | 50,000,000 | 95.00 | 6/17/2008 | 7/15/2008 | |
| LBI | LCPI | Repo Trade | 47,500,000 | 50,000,000 | 50,000,000 | 95.00 | 6/17/2008 | 7/15/2008 | |
| LBI | LCPI | Repo Trade | 47,500,000 | 50,000,000 | 20,000,000 | 95.00 | 6/17/2008 | 7/15/2008 | |
| LBI | LCPI | Repo Trade | 23,750,000 | 25,000,000 | 25,000,000 | 95.00 | 6/12/2008 | 7/15/2008 | |
| LBI | LCPI | Repo Trade | 47,500,000 | 50,000,000 | 50,000,000 | 95.00 | 6/11/2008 | 7/15/2008 | |
| LBI | LCPI | Repo Trade | 47,500,000 | 50,000,000 | 50,000,000 | 95.00 | 6/11/2008 | 7/15/2008 | |
| LBI | LCPI | Repo Trade | 47,500,000 | 50,000,000 | 50,000,000 | 95.00 | 6/11/2008 | 7/15/2008 | |
| LCPI | LCPI | Principal Trade | 900,000,000 | 900,000,000 | 900,000,000 | 100.00 | 4/29/2008 | N/A | |
| LCPI | LCPI | Principal Trade | 562,050,000 | 562,050,000 | 562,050,000 | 100.00 | 4/29/2008 | N/A | |
| LBI | US Bank | Principal Trade | - | 500,000,000 | 500,000,000 | 0.00 | 4/28/2008 | N/A | [c] |
| LBI | US Bank | Principal Trade | - | 500,000,000 | 500,000,000 | 0.00 | 4/28/2008 | N/A | [c] |
| LBI | US Bank | Principal Trade | - | 462,050,000 | 462,050,000 | 0.00 | 4/28/2008 | N/A | [c] |

Source: Mainframe Trading System (MTS)

**Notes:**

[a] The trade data for this security indicate that the CUSIP was available in sufficient quantity to be pledged to JPMorgan at September 12, 2008 in the quantities presented in the source schedule. See highlighted cells for key trades.

[b] The trade principal amount divided by the original par balance does not equal the price due to write-downs/principal payments to the par balance (Dan Fleming's schedule uses the original par balance). The actual par balances traded on the two trades flagged above were approximately $310 million ($400 million in original par balance) and approximatley $580 million ($900 million in original par balance). Duff & Phelps presents the original par balance here to correspond with Dan Fleming's schedule.

[c] Trade principal amounts of zero appear to be the result of the trades involving the origination of the securities (trades between the Trustee of the corresponding securitization vehicle to a Lehman entity for $0.00 in principal value).

## TABLE 5

# Lehman Trading History for CUSIP 92336PAA4 (Verano) - Pledged Security to JPMorgan by LBHI or LCPI

Trading Period from September 1, 2007 to September 19, 2008

**All Lehman Trades for CUSIP 92336PAA4 (Verano):**

| Purchasing or Reverse Repo Entity | Selling or Repo Entity | Trade Type | Trade Principal Amount | Trade Par Amount | Trade Original Par Amount {a} | Executed Trade Price | Trade Date | Repo Closing Date | |
|---|---|---|---|---|---|---|---|---|---|
| LBHI | LCPI | Principal Trade | $ 449,205,500 | $ 452,600,000 | $ 452,600,000 | 99.25 | 8/8/2008 | N/A | |
| LBHI | LCPI | Principal Trade | 893,250,000 | 900,000,000 | 900,000,000 | 99.25 | 8/8/2008 | N/A | |
| LCPI | LBI | Principal Trade | 452,600,000 | 452,600,000 | 452,600,000 | 100.00 | 7/24/2008 | N/A | |
| LCPI | LBI | Principal Trade | 900,000,000 | 900,000,000 | 900,000,000 | 100.00 | 7/24/2008 | N/A | |
| LBI | US Bank | Principal Trade | - | 452,600,000 | 452,600,000 | 0.01 | 7/24/2008 | N/A | {b} |
| LBI | US Bank | Principal Trade | - | 900,000,000 | 900,000,000 | 0.01 | 7/24/2008 | N/A | {b} |

*Source: Mainframe Trading System (MTS)*

**Notes:**

{a} The trade data for this security indicate that the CUSIP was available in sufficient quantity to be pledged to JPMorgan at September 12, 2008 in the quantities presented in the source schedule. See highlighted cells for key trades.

{b} Trade principal amounts of zero appear to be the result of the trades involving the origination of the securities (trades between the Trustee of the corresponding securitization vehicle to a Lehman entity for $0.00 in principal value).

**TABLE 6**

# Lehman Historical for Product ID APQCAYMAN (Carlyle) - Pledged Security to JPMorgan by LBHI or LCPI

Trading Period from September 1, 2007 to September 19, 2008

**All Lehman Trades for Product ID APQCAYMAN (Carlyle):**

| Purchasing or Reverse Repo Entity | Selling or Repo Entity | Trade Type | Trade Principal Amount | Trade Par Amount | Trade Original Par Amount {a} | Executed Trade Price | Trade Date | Repo Closing Date |
|---|---|---|---|---|---|---|---|---|
| Carlyle Group | LCPI | Principal Trade | $ 553,795 | $ 553,795 | N/A | 100.00 | 9/5/2008 | N/A |
| Carlyle Group | LCPI | Principal Trade | 216,892 | 216,892 | N/A | 100.00 | 9/5/2008 | N/A |
| Carlyle Group | LCPI | Principal Trade | 554,889 | 554,889 | N/A | 100.00 | 9/3/2008 | N/A |
| Carlyle Group | LCPI | Principal Trade | 586,893 | 586,893 | N/A | 100.00 | 8/5/2008 | N/A |
| Carlyle Group | LCPI | Principal Trade | 2,778 | 2,778 | N/A | 100.00 | 7/9/2008 | N/A |
| Carlyle Group | LCPI | Principal Trade | 868,960 | 868,960 | N/A | 100.00 | 7/9/2008 | N/A |
| LCPI | Carlyle Group | Principal Trade | 42,500,000 | 42,500,000 | N/A | 100.00 | 7/3/2008 | N/A |
| LCPI | Carlyle Group | Principal Trade | 41,437,500 | 41,437,500 | N/A | 100.00 | 6/19/2008 | N/A |

*Source: Mainframe Trading System (MTS)*

**Notes:**

{a} The trade data for this security indicate that the CUSIP was available in sufficient quantity to be pledged to JPMorgan at September 12, 2008 in the quantities presented in the source schedule.

**TABLE 7**

# Lehman Trading History for Product ID WE370 (Delta Topco) - Pledged Security to JPMorgan by LBHI or LCPI

Trading Period from September 1, 2007 to September 19, 2008

**All Lehman Trades for Product ID WE370 (Delta Topco):**

| Purchasing or Reverse Repo Entity | Selling or Repo Entity | Trade Type | Trade Principal Amount | Trade Par Amount | Trade Original Par Amount {a} | Executed Trade Price | Trade Date | Repo Closing Date | |
|---|---|---|---|---|---|---|---|---|---|
| LCPI | Lehman Orig. | Principal Trade | $ 73,956,701 | $ 552,823,297 | N/A | 13.38 | 1/18/2008 | N/A | |
| LCPI | Lehman Orig. | Principal Trade | - | 75,142,966 | N/A | 0.00 | 1/18/2008 | N/A | {b} |

*Source: Mainframe Trading System (MTS)*

**Notes:**

{a} The trade data for this security indicate that the CUSIP was available in sufficient quantity to be pledged to JPMorgan at September 12, 2008 in the quantities presented in the source schedule.

{b} Trade principal amounts of zero appear to be the result of the trades involving the origination of the securities (trades between the Trustee of the corresponding securitization vehicle to a Lehman entity for $0.00 in principal value).

**TABLE 8**

Lehman Trading History for Product ID H20083FRN (Bain) - Pledged Security to JPMorgan by LBHI
or LCPI

Trading Period from September 1, 2007 to September 19, 2008

**All Lehman Trades for Product ID H20083FRN (Bain):**

| Purchasing or Reverse Repo Entity | Selling or Repo Entity | Trade Type | Trade Principal Amount | Trade Par Amount | Trade Original Par Amount [a] | Executed Trade Price | Trade Date | Repo Closing Date |
|---|---|---|---|---|---|---|---|---|
| Bain Capital Inc. | LCPI | Principal Trade | $ 15,821,797 | $ 15,821,797 | N/A | 100.00 | 9/5/2008 | N/A |
| LCPI | Bain Capital Inc. | Principal Trade | 172,876,141 | 172,876,141 | N/A | 100.00 | 6/27/2008 | N/A |

*Source: Mainframe Trading System (MTS)*

**Notes:**

[a] The trade data for this security indicate that the CUSIP was **not** available in sufficient quantity to be pledged to JPMorgan at September 12, 2008 in the quantity presented in the source schedule. The shortfall results from a sale to Bain Capital, Inc of the CUSIP on 9/5/2008 (par value of $15,821,797).

**TABLE 9**

# Lehman Trading History for CUSIP 40415RAC9 (HD Supply) - Pledged Security to JPMorgan by LBHI or LCPI

Trading Period from September 1, 2007 to September 19, 2008

**All Lehman Trades for CUSIP 40415RAC9 (HD Supply):**

| Purchasing or Reverse Repo Entity | Selling or Repo Entity | Trade Type | Trade Principal Amount | Trade Par Amount | Trade Original Par Amount {a} | Executed Trade Price | Trade Date | Repo Closing Date | |
|---|---|---|---|---|---|---|---|---|---|
| LBI | LBI | Repo Trade | $ 6,153,558 | $ 10,528,802 | $ 10,528,802 | 58.45 | 9/15/2008 | 9/15/2008 | |
| LBI | LBI | Repo Trade | 6,153,558 | 10,528,802 | 10,528,802 | 58.45 | 9/12/2008 | 9/15/2008 | |
| LBI | LBI | Repo Trade | 6,153,558 | 10,528,802 | 10,528,802 | 58.45 | 9/11/2008 | 9/12/2008 | |
| LBI | LBI | Repo Trade | 6,153,558 | 10,528,802 | 10,528,802 | 58.45 | 9/10/2008 | 9/11/2008 | |
| LBI | LBI | Repo Trade | 6,153,558 | 10,528,802 | 10,528,802 | 58.45 | 9/9/2008 | 9/10/2008 | |
| LBI | LBI | Repo Trade | 6,153,558 | 10,528,802 | 10,528,802 | 58.45 | 9/8/2008 | 9/9/2008 | |
| LBI | LBI | Repo Trade | 2,940,110 | 5,030,558 | 5,030,558 | 58.45 | 9/5/2008 | 9/8/2008 | |
| LBI | LBI | Repo Trade | - | 5,498,244 | 5,498,244 | - | 9/5/2008 | 9/8/2008 | {b} |
| LBI | LBI | Repo Trade | 3,127,045 | 5,030,558 | 5,030,558 | 62.16 | 9/4/2008 | 9/5/2008 | |
| LBHI | LBI | Repo Trade | 50,306 | 5,030,558 | 5,030,558 | 1.00 | 9/4/2008 | 9/4/2008 | {c} |
| LBHI | LBI | Principal Trade | - | 5,030,558 | 5,030,558.00 | 0.00 | 9/3/2008 | N/A | {d} |
| LBI | Lehman Orig. | Principal Trade | - | 3,464,253 | 3,464,253 | 0.00 | 9/3/2008 | N/A | {b} |
| LBI | Lehman Orig. | Principal Trade | - | 1,566,305 | 1,566,305 | 0.00 | 9/3/2008 | N/A | {b} |
| LCPI | LBI | Repo Trade | 64,349,827 | 81,455,477 | 81,455,477.00 | 79.00 | 7/18/2008 | Open | |
| LCPI | LBI | Repo Trade | 182,849,827 | 231,455,477 | 231,455,477 | 79.00 | 7/18/2008 | 7/21/2008 | |
| LBI | LBI | Principal Trade | 112,500,000 | 150,000,000 | 150,000,000 | 75.00 | 7/16/2008 | N/A | |
| LBI | LBI | Repo Trade | 109,215 | 165,477 | 165,477 | 66.00 | 7/2/2008 | 7/2/2008 | |
| LBI | LBI | Repo Trade | 182,849,827 | 231,455,477 | 231,455,477 | 79.00 | 7/2/2008 | 7/2/2008 | |
| LBI | LBI | Repo Trade | 109,215 | 165,477 | 165,477 | 66.00 | 7/1/2008 | 7/2/2008 | |
| LBI | LBI | Repo Trade | 109,215 | 165,477 | 165,477 | 66.00 | 6/30/2008 | 7/1/2008 | |
| LBHI | LBI | Repo Trade | 109,215 | 165,477 | 165,477 | 66.00 | 6/30/2008 | 7/1/2008 | |
| LCPI | LBI | Repo Trade | 183,147,675 | 231,290,000 | 231,290,000 | 79.19 | 6/27/2008 | 7/2/2008 | |
| LBI | LBI | Principal Trade | 173,467,500 | 231,290,000 | 231,290,000 | 75.00 | 6/25/2008 | N/A | |
| LCPI | LBHI | Repo Trade | 366,426,385 | 462,745,477 | 462,745,477 | 79.19 | 5/28/2008 | 6/27/2008 | |
| LBHI | LCPI | Repo Trade | 366,426,385 | 462,745,477 | 462,745,477 | 79.19 | 5/28/2008 | 5/28/2008 | |
| LCPI | LBI | Repo Trade | 366,426,385 | 462,745,477 | 462,745,477 | 79.19 | 3/14/2008 | 5/28/2008 | |
| LCPI | LBI | Repo Trade | 366,426,385 | 433,333,000 | 433,333,000 | 84.56 | 2/7/2008 | 3/14/2008 | |
| LCPI | LBI | Repo Trade | 342,939,736 | 433,333,000 | 433,333,000 | 79.14 | 2/5/2008 | 2/7/2008 | |
| LCPI | LBI | Repo Trade | 342,939,736 | 433,333,000 | 433,333,000 | 79.14 | 2/4/2008 | 2/5/2008 | |
| LCPI | LBI | Repo Trade | 342,939,736 | 433,333,000 | 433,333,000 | 79.14 | 2/1/2008 | 2/1/2008 | |
| LBHI | LBI | Principal Trade | 366,426,385 | 433,333,000 | 433,333,000 | 84.56 | 2/1/2008 | N/A | |
| LBI | LBI | Principal Trade | 366,426,385 | 433,333,000 | 433,333,000 | 84.56 | 2/1/2008 | N/A | |
| LBHI | LBI | Principal Trade | 366,426,385 | 433,333,000 | 433,333,000 | 84.56 | 1/31/2008 | N/A | |
| LCPI | LBI | Repo Trade | 366,426,385 | 433,333,000 | 433,333,000 | 84.56 | 1/31/2008 | 2/1/2008 | |
| LCPI | LBI | Repo Trade | 366,426,385 | 433,333,000 | 433,333,000 | 84.56 | 1/30/2008 | 1/30/2008 | |
| LBI | Lehman Orig. | Principal Trade | 366,426,385 | 433,333,000 | 433,333,000 | 84.56 | 1/30/2008 | N/A | |
| LBI | Lehman Orig. | Principal Trade | - | 433,333,000 | 433,333,000 | 84.56 | 1/30/2008 | N/A | {b} |

*Source: Mainframe Trading System (MTS)*

**Notes:**

{a} The trade data for this security indicate that the CUSIP was available in sufficient quantity to be pledged to JPMorgan at September 12, 2008 in the quantities presented in the source schedule. See highlighted cells for key trades.

{b} Trade principal amounts of zero appear to be the result of the trades involving the origination of the securities (trades between the Trustee of the corresponding securitization vehicle to a Lehman entity for $0.00 in principal value) or the result of trades occurring between accounts of the same legal entity.

{c} Trade principal amounts of 1% of par appears to be questionable given the executed prices for the other repo trades executed. However, since the repo trade was fully consummated by September 9, 2008.

{d} The price executed for this trade of 0% ($0 principal balance) was unusual since the trade occurred between two separate legal entities. Since LBI was the originator of this security, the trade resembles the characteristics of an originated transfer. However, given the focus of this analysis was determine if the balance of the securities was sufficient to cover the amount pledged to JPMorgan, Duff & Phelps has not performed any additional analysis on this trade.

**TABLE 10**

# Lehman Trading History for CUSIP 49567YAA5 (Kingfisher CLO) - Pledged Security to JPMorgan by LBHI or LCPI

Trading Period from September 1, 2007 to September 19, 2008

**All Lehman Trades for CUSIP 49567YAA5 (Kingfisher CLO):**

| Purchasing or Reverse Repo Entity | Selling or Repo Entity | Trade Type | Trade Principal Amount | Trade Par Amount | Trade Original Par Amount {a} | Executed Trade Price | Trade Date | Repo Closing Date | |
|---|---|---|---|---|---|---|---|---|---|
| LCPI | LBHI | Repo Trade | $ 971,972,686 | $ 960,000,000 | $ 960,000,000 | 101.25 | 9/15/2008 | Open | |
| LCPI | LBHI | Repo Trade | 971,529,253 | 960,000,000 | 960,000,000 | 101.20 | 9/12/2008 | 9/15/2008 | |
| LCPI | LBHI | Repo Trade | 971,381,442 | 960,000,000 | 960,000,000 | 101.19 | 9/11/2008 | 9/12/2008 | |
| LCPI | LBHI | Repo Trade | 971,233,631 | 960,000,000 | 960,000,000 | 101.17 | 9/10/2008 | 9/11/2008 | |
| LCPI | LBHI | Repo Trade | 971,085,820 | 960,000,000 | 960,000,000 | 101.15 | 9/9/2008 | 9/10/2008 | |
| LCPI | LBHI | Repo Trade | 970,938,009 | 960,000,000 | 960,000,000 | 101.14 | 9/8/2008 | 9/9/2008 | |
| LCPI | LBHI | Repo Trade | 970,494,576 | 960,000,000 | 960,000,000 | 101.09 | 9/5/2008 | 9/8/2008 | |
| LCPI | LBHI | Repo Trade | 970,346,765 | 960,000,000 | 960,000,000 | 101.08 | 9/4/2008 | 9/5/2008 | |
| LCPI | LBHI | Repo Trade | 970,198,954 | 960,000,000 | 960,000,000 | 101.06 | 9/3/2008 | 9/4/2008 | |
| LCPI | LBHI | Repo Trade | 970,051,143 | 960,000,000 | 960,000,000 | 101.05 | 9/2/2008 | 9/3/2008 | |
| LCPI | LBHI | Repo Trade | 969,607,711 | 960,000,000 | 960,000,000 | 101.00 | 8/29/2008 | 9/2/2008 | |
| LCPI | LBHI | Repo Trade | 802,833,979 | 795,000,000 | 795,000,000 | 100.99 | 8/28/2008 | 8/29/2008 | |
| LBHI | Citibank | Principal Trade | - | 97,120,000 | 97,120,000 | 0.00 | 8/27/2008 | N/A | {b} |
| LCPI | LBHI | Repo Trade | 802,711,574 | 795,000,000 | 795,000,000 | 100.97 | 8/27/2008 | 8/28/2008 | |
| LBHI | LCPI | Principal Trade | 67,657,275 | 71,595,000 | 71,595,000 | 94.50 | 8/8/2008 | N/A | |
| LBHI | LCPI | Principal Trade | 16,348,500 | 17,300,000 | 17,300,000 | 94.50 | 8/8/2008 | N/A | |
| LBHI | LCPI | Principal Trade | 91,778,400 | 97,120,000 | 97,120,000 | 94.50 | 8/8/2008 | N/A | |
| LBHI | LCPI | Principal Trade | 40,267,395 | 42,611,000 | 42,611,000 | 94.50 | 8/8/2008 | N/A | |
| LBHI | LCPI | Principal Trade | 391,819,680 | 414,624,000 | 414,624,000 | 94.50 | 8/8/2008 | N/A | |
| LBHI | LCPI | Principal Trade | 143,403,750 | 151,750,000 | 151,750,000 | 94.50 | 8/8/2008 | N/A | |
| LCPI | LBI | Principal Trade | 795,000,000 | 795,000,000 | 795,000,000 | 100.00 | 6/24/2008 | N/A | |
| LBI | Citibank | Principal Trade | - | 795,000,000 | 795,000,000 | 0.00 | 6/23/2008 | N/A | {b} |

*Source: Mainframe Trading System (MTS)*

**Notes:**

{a} The trade data for this security indicate that the CUSIP was available in sufficient quantity to be pledged to JPMorgan at September 12, 2008 in the quantities presented in the source schedule. See highlighted cells for key trade.

{b} Trade principal amounts of zero appear to be the result of the trades involving the origination of the securities (trades between the Trustee of the corresponding securitization vehicle to a Lehman entity for $0.00 in principal value).

**TABLE 11**

# Lehman Trade History for CUSIP 722490AB5 (Pine) - Pledged Security to JPMorgan by LBHI or LCPI

Trading Period from September 1, 2007 to September 19, 2008

**All Lehman Trades involving CUSIP 722490AB5 (Pine):**

| Purchasing or Reverse Repo Entity | Selling or Repo Entity | Trade Type | Trade Principal Amount | Trade Par Amount | Trade Original Par Amount {a} | Executed Trade Price | Trade Date | Repo Closing Date | |
|---|---|---|---|---|---|---|---|---|---|
| LBI | LBI | Principal Trade | $ - | N/A | $ 488,600,000 | 100.00 | 5/29/2008 | N/A | {b} |
| LCPI | LCPI | Principal Trade | - | N/A | 488,600,000 | 100.00 | 5/29/2008 | N/A | {b} |
| LBI | US Bank | Principal Trade | - | N/A | 488,600,000 | 0.00 | 5/27/2008 | N/A | {b} |

*Source: Mainframe Trading System (MTS)*

**Notes:**

**{a}** The trade data for this security indicate that the CUSIP was available in sufficient quantity to be pledged to JPMorgan at September 12, 2008 in the quantities presented in the source schedule.

**{b}** Trade principal amounts of zero appear to be the result of the trades involving the origination of the securities (trades between the Trustee of the corresponding securitization vehicle to a Lehman entity for $0.00 in principal value) or the result of trades occuring between accounts of the same legal entity.

**TABLE 12**

# Lehman Trading History for CUSIP 722490AE9 (Pine) - Pledged Security to JPMorgan by LBHI or LCPI

Trading Period from September 1, 2007 to September 19, 2008

**All Lehman Trades involving CUSIP 722490AE9 (Pine):**

| Purchasing or Reverse Repo Entity | Selling or Repo Entity | Trade Type | Trade Principal Amount | Trade Par Amount | Trade Original Par Amount {a} | Executed Trade Price | Trade Date | Repo Closing Date | |
|---|---|---|---|---|---|---|---|---|---|
| LBI | LBI | Principal Trade | $ 31,611,000 | $ 31,611,000 | $ 246,000,000 | 100.00 | 5/30/2008 | N/A | {b} |
| LCPI | LCPI | Principal Trade | 31,611,000 | 31,611,000 | 246,000,000 | 100.00 | 5/30/2008 | N/A | {b} |
| LCPI | LCPI | Principal Trade | 24,600,000 | 24,600,000 | 246,000,000 | 100.00 | 5/30/2008 | N/A | {b} |
| LBI | LBI | Principal Trade | 24,600,000 | 24,600,000 | 246,000,000 | 100.00 | 5/30/2008 | N/A | {b} |
| LBI | LBI | Principal Trade | 24,600,000 | 24,600,000 | 246,000,000 | 100.00 | 5/27/2008 | N/A | {b} |
| LCPI | LCPI | Principal Trade | 24,600,000 | 24,600,000 | 246,000,000 | 100.00 | 5/27/2008 | N/A | {b} |
| LBI | US Bank | Principal Trade | - | 31,611,000 | 246,000,000 | 0.00 | 5/27/2008 | N/A | {c} |

*Source: Mainframe Trading System (MTS)*

**Notes:**

{a} The trade data for this security indicate that the CUSIP was available in sufficient quantity to be pledged to JPMorgan at September 12, 2008 in the quantities presented in the source schedule. See highlighted cells for key trade.

{b} For all trades with a trade principal amount greater than zero, the trade principal amount divided by the original par balance does not equal the price due to write-downs/principal payments to the par balance (Dan Fleming's schedule uses the original par balance). The actual par balance traded on the trades flagged above were equal to the trade principal amounts for each of the trades. Duff & Phelps presents the original par balance here to correspond with Dan Fleming's schedule.

{c} Trade principal amount of zero appears to be the result of the trade involving the origination of the security (trade between the Trustee of the corresponding securitization vehicle to a Lehman entity for $0.00 in principal value).

**TABLE 13**

# Lehman Trading History for CUSIP 722490AD1 (Pine) - Pledged Security to JPMorgan by LBHI or LCPI

**All Lehman Trades involving CUSIP 722490AD1 (Pine):**

| Purchasing or Reverse Repo Entity | Selling or Repo Entity | Trade Type | Trade Principal Amount | Trade Par Amount | Trade Original Par Amount [a] | Executed Trade Price | Trade Date | Repo Closing Date | |
|---|---|---|---|---|---|---|---|---|---|
| LCPI | LCPI | Principal Trade | $ - | N/A | $ 132,400,000 | 100.00 | 5/27/2008 | N/A | {b} |
| LBI | LBI | Principal Trade | - | N/A | 132,400,000 | 100.00 | 5/27/2008 | N/A | {b} |
| LBI | US Bank | Principal Trade | - | N/A | 132,400,000 | 0.00 | 5/27/2008 | N/A | {b} |

*Source: Mainframe Trading System (MTS)*

**Notes:**

{a} The trade data for this security indicate that the CUSIP was available in sufficient quantity to be pledged to JPMorgan at September 12, 2008 in the quantities presented in the source schedule.

{b} Trade principal amounts of zero appear to be the result of the trades involving the origination of the securities (trades between the Trustee of the corresponding securitization vehicle to a Lehman entity for $0.00 in principal value) or the result of trades occuring between accounts of the same legal entity.

**TABLE 14**

# Lehman Trading History for CUSIP PQHDSFRNA (Carlyle) - Pledged Security to JPMorgan by LBHI or LCPI

**All Lehman Trades for Product ID PQHDSFRNA (Carlyle):**

| Purchasing or Reverse Repo Entity | Selling or Repo Entity | Trade Type | Trade Principal Amount | Trade Par Amount | Trade Original Par Amount [a] | Executed Trade Price | Trade Date | Repo Closing Date |
|---|---|---|---|---|---|---|---|---|
| Carlyle Group | LCPI | Principal Trade | $ 7,125,185 | $ 7,125,185 | N/A | 100.00 | 9/5/2008 | N/A |
| LCPI | Carlyle Group | Principal Trade | 78,162,508 | 78,162,508 | N/A | 100.00 | 6/27/2008 | N/A |

*Source: Mainframe Trading System (MTS)*

**Notes:**

[a] The trade data for this security indicate that the CUSIP was **not** available in sufficient quantity to be pledged to JPMorgan at September 12, 2008 in the quantity presented in the source schedule. The shortfall results from a sale to Carlyle Group of the CUSIP on 9/5/2008 (par value of $7,125,185).

**TABLE 15**

# Lehman Trading History for Product ID R3JNRNOTE (R3 Note) - Pledged Security to JPMorgan by LBHI or LCPI

Trading Period from September 1, 2007 to September 19, 2008

**All Lehman Trades for Product ID R3JNRNOTE (R3 Note):**

| Purchasing or Reverse Repo Entity | Selling or Repo Entity | Trade Type | Trade ID | Trade Principal Amount | Trade Par Amount | Trade Original Par Amount [a] | Executed Trade Price | Trade Date | Repo Closing Date |
|---|---|---|---|---|---|---|---|---|---|
| LCPI | R3 Capital Management, LP | Reverse Repo | 8SLUSU0 | $ 111,139,812 | $ 450,000,000 | N/A | 24.70 | 8/27/2008 | Open |
| LCPI | R3 Capital Management, LP | Reverse Repo | 8LME1T0 | 196,139,812 | 450,000,000 | N/A | 43.59 | 8/21/2008 | 8/27/2008 |
| LCPI | R3 Capital Management, LP | Reverse Repo | 7UMNMU0 | 196,139,812 | 450,000,000 | N/A | 43.59 | 7/29/2008 | 8/21/2008 |
| LCPI | R3 Capital Management, LP | Reverse Repo | 7GMLLT0 | 196,924,544 | 450,000,000 | N/A | 43.76 | 7/16/2008 | 7/29/2008 |
| LCPI | R3 Capital Management, LP | Reverse Repo | 7GMI8R0 | 196,791,819 | 450,000,000 | N/A | 43.73 | 7/16/2008 | 7/16/2008 |
| LCPI | R3 Capital Management, LP | Reverse Repo | 7FMHTN0 | 196,924,544 | 450,000,000 | N/A | 43.76 | 7/15/2008 | 7/16/2008 |
| LCPI | R3 Capital Management, LP | Reverse Repo | 78LRHT0 | 197,350,664 | 450,000,000 | N/A | 43.86 | 7/8/2008 | 7/15/2008 |
| LCPI | R3 Capital Management, LP | Reverse Repo | 6K03990 | 198,765,430 | 450,000,000 | N/A | 44.17 | 6/20/2008 | 7/8/2008 |
| LCPI | R3 Capital Management, LP | Reverse Repo | 6JM05U0 | 198,765,430 | 177,408,511 | N/A | 112.04 | 6/19/2008 | 6/20/2008 |
| LCPI | R3 Capital Management, LP | Reverse Repo | 6D03000 | 188,765,403 | 177,408,511 | N/A | 106.40 | 6/16/2008 | 6/19/2008 |
| LCPI | R3 Capital Management, LP | Reverse Repo | 6D03002 | 188,765,430 | 177,408,511 | N/A | 106.40 | 6/13/2008 | 6/16/2008 |
| LCPI | R3 Capital Management, LP | Reverse Repo | 62M2GS0 | 169,765,430 | 177,408,511 | N/A | 95.69 | 6/2/2008 | 6/13/2008 |
| LCPI | R3 Capital Management, LP | Reverse Repo | 5VN17P0 | 168,867,598 | 177,408,511 | N/A | 95.19 | 5/30/2008 | 6/2/2008 |
| LCPI | R3 Capital Management, LP | Reverse Repo | 5U02C50 | 177,408,511 | 177,408,511 | N/A | 100.00 | 5/29/2008 | 5/30/2008 |

*Source: Mainframe Trading System (MTS)*

**Notes:**

[a] The trade data for this security indicate that the CUSIP was available in sufficient quantity to be pledged to JPMorgan at September 12, 2008 in the quantities presented in the source schedule. See highlighted cells for key trade.

**TABLE 16**

**All Lehman Trades for CUSIP 78403WAA6 (SASCO):**

| Purchasing or Reverse Repo Entity | Selling or Repo Entity | Trade Type | Trade Principal Amount | Trade Par Amount | Trade Original Par Amount {a} | Executed Trade Price | Trade Date | Repo Closing Date |
|---|---|---|---|---|---|---|---|---|
| LBI | LCPI | Repo Trade | $ 1,176,204,598 | $ 1,176,204,597 | $ 1,450,000,000 | 100.00 | 8/27/2008 | Open |
| LBI | LCPI | Repo Trade | 545,000,000 | 545,000,000 | 545,000,000 | 100.00 | 7/15/2008 | 7/31/2008 |
| LBI | LCPI | Repo Trade | 19,000,000 | 20,000,000 | 20,000,000 | 95.00 | 6/17/2008 | 7/23/2008 |
| LBI | LCPI | Repo Trade | 330,000,000 | 330,000,000 | 330,000,000 | 100.00 | 5/30/2008 | 7/21/2008 |
| LBI | LCPI | Repo Trade | 200,200,000 | 220,000,000 | 220,000,000 | 91.00 | 5/30/2008 | 7/23/2008 |
| LCPI | LBI | Principal Trade | 245,000,000 | 250,000,000 | 250,000,000 | 98.00 | 5/22/2008 | N/A |
| LCPI | LBI | Principal Trade | 882,000,000 | 900,000,000 | 900,000,000 | 98.00 | 5/22/2008 | N/A |
| LCPI | LBI | Principal Trade | 882,000,000 | 900,000,000 | 900,000,000 | 98.00 | 5/22/2008 | N/A |
| LBI | Lehman Orig. | Principal Trade | 245,000,000 | 250,000,000 | 250,000,000 | 98.00 | 5/22/2008 | N/A |
| LBI | Lehman Orig. | Principal Trade | 882,000,000 | 900,000,000 | 900,000,000 | 98.00 | 5/22/2008 | N/A |
| LBI | Lehman Orig. | Principal Trade | 882,000,000 | 900,000,000 | 900,000,000 | 98.00 | 5/22/2008 | N/A |

*Source: Mainframe Trading System (MTS)*

**Notes:**

{a} The trade data for this security indicate that the CUSIP was available in sufficient quantity to be pledged to JPMorgan at September 12, 2008 in the quantities presented in the source schedule. See further detail regarding the available quantity for each legal entity below:

| Calculation of Quantity Available to Pledge | LBI | LCPI |
|---|---|---|
| Purchased | 2,050,000,000 | 2,050,000,000 |
| Plus: Open Reverse Repo at 9/12/08 | 1,450,000,000 | 0 |
| Less: Sold | (2,050,000,000) | 0 |
| Less: Open Repo at 9/12/08 | 0 | (1,450,000,000) |
| **Total** | 1,450,000,000 | 600,000,000 |
| Amount Pledged (per source documents) | 600,000,000 | 600,000,000 |
| **Surplus/(Deficit)** | 850,000,000 | 0 |

**TABLE 17**

# Lehman Trading History for CUSIP 78403W207 (SASCO) - Pledged Security to JPMorgan by LBHI or LCPI

**All Lehman Trades involving CUSIP 78403W207 (SASCO):**

| Purchasing or Reverse Repo Entity | Selling or Repo Entity | Trade Type | Trade Principal Amount | Trade Par Amount | Trade Original Par Amount [a] | Executed Trade Price | Trade Date | Repo Closing Date |
|---|---|---|---|---|---|---|---|---|
| LCPI | LBI | Principal Trade | $ 1,221,905,694 | $ 1,384,909,548 | $ 1,384,909,548 | 88.23 | 5/22/2008 | N/A |
| LBI | Lehman Orig. | Principal Trade | 1,221,905,694 | 1,384,909,548 | 1,384,909,548 | 88.23 | 5/22/2008 | N/A |

*Source: Mainframe Trading System (MTS)*

**Notes:**

[a] The trade data for this security indicate that the CUSIP was available in sufficient quantity to be pledged to JPMorgan at September 12, 2008 in the quantities presented in the source schedule.

**TABLE 18**

# Lehman Trading History for CUSIP 852079AC6 (Spruce) - Pledged Security to JPMorgan by LBHI or LCPI

Trading Period from September 1, 2007 to September 19, 2008

**All Lehman Trades for CUSIP 852079AC6 (Spruce):**

| Purchasing or Reverse Repo Entity | Selling or Repo Entity | Trade Type | Trade Principal Amount | Trade Par Amount | Trade Original Par Amount {a} | Executed Trade Price | Trade Date | Repo Closing Date | |
|---|---|---|---|---|---|---|---|---|---|
| LCPI | LBI | Principal Trade | $ 168,700,000 | $ 168,700,000 | $ 168,700,000 | 100.00 | 4/28/2008 | N/A | |
| LBI | US Bank | Principal Trade | - | 168,700,000 | 168,700,000 | 3.00 | 4/28/2008 | N/A | {b} |

*Source: Mainframe Trading System (MTS)*

**Notes:**

{a} The trade data for this security indicate that the CUSIP was available in sufficient quantity to be pledged to JPMorgan at September 12, 2008 in the quantities presented in the source schedule.

{b} Trade principal amounts of zero appear to be the result of the trades involving the origination of the securities (trades between the Trustee of the corresponding securitization vehicle to a Lehman entity for $0.00 in principal value).

**TABLE 19**

**All Lehman Trades for CUSIP 92336PAC0 (Verano):**

| Purchasing or Reverse Repo Entity | Selling or Repo Entity | Trade Type | Trade Principal Amount | Trade Par Amount | Trade Original Par Amount {a} | Executed Trade Price | Trade Date | Repo Closing Date | |
|---|---|---|---|---|---|---|---|---|---|
| LCPI | LBI | Principal Trade | $ 270,500,000 | $ 270,500,000 | $ 270,500,000 | 100.00 | 7/24/2008 | N/A | |
| LBI | US Bank | Principal Trade | - | 270,500,000 | 270,500,000 | 0.00 | 7/24/2008 | N/A | {b} |

*Source: Mainframe Trading System (MTS)*

**Notes:**

{a} The trade data for this security indicate that the CUSIP was available in sufficient quantity to be pledged to JPMorgan at September 12, 2008 in the quantities presented in the source schedule.

{b} Trade principal amounts of zero appear to be the result of the trades involving the origination of the securities (trades between the Trustee of the corresponding securitization vehicle to a Lehman entity for $0.00 in principal value).

**TABLE 20**

**Exhibit 4 - APB Fields of Interest**

**Exhibit 4 - APB Fields of Interest**

| Descriptive Name | APB Field | Name Field Description |
|---|---|---|
| Trade Type | TRD_TY | Trade types include principal trades, agency trades, cross trades, repos, reverse repos, etc. |
| Asset Type | SEC_DEF_TY | Asset types include stocks, bonds, U.S. Treasuries, asset backed securities, etc. |
| Product Short Description | PR_SHRT_DSC | Additional detail regarding the asset (e.g., company name and maturity for a corporate bond). |
| Product Description | PR_DSC | Additional detail regarding the asset (e.g., company name and maturity for a corporate bond). |
| CUSIP | CUSIP | The 9-character alphanumeric code which uniquely identifies most North American securities. |
| Buy or Sell | B_S_CD | Denotes whether Lehman is entering a trade from the buy or sell side. |
| Net Amount | USD_NET_AMT | Principal value of a trade (i.e., the original amount of the investment.) |
| Trade Quantity | TRD_QTY | Number of units traded (e.g., number of shares of stock involved in an equity trade). |
| Price (% of 100) | TRD_USD_PRC_AMT | Net USD trade amount divided by quantity traded. |
| Trade Date | TRD_DT | Date that the trade was entered into (i.e., the date that the parties agreed to do a trade). |
| Trade Book Date | TRD_BK_DT | Date that the trade was booked into the system. |
| Trade Settle Date | TRD_SETL_DT | Date that the trade is settled (i.e., the date that the parties exchange assets). |
| Trade Status | TRD_STAT | Indicates whether the trade is new, cancelled, or corrected. |
| Trade Description 1 | TRD_DSC1 | Additional detail regarding the trade (e.g., trade was 'unsolicited'). |
| Trade Description 2 | TRD_DSC2 | Additional detail regarding the trade (e.g., trade was 'unsolicited'). |

**Exhibit 5 - APB Trade Types**

**Exhibit 5 - APB Trade Types**

| Descriptive Name (a) | APB Code | Field Description |
|---|---|---|
| Agency Trade | AC | A trade between an Lehman customer and a third-party, where the trade goes through Lehman (i.e. securities are removed from and/or added to Lehman's inventory) but is not with Lehman (i.e. Lehman acts strictly as a middle party and assumes no risk). |
| Bonds Borrowed | BB or BM | A type of loan wherein U.S. Treasuries or U.S. Government Agency Securities are received as collateral and a premium is paid by the borrower. |
| Bonds Pledged | BP or PM | The reverse side of Bonds Pledged trade. |
| Buy/Sell Back | BS | A combination of two distinct trades where Party A simultaneously buys a security from Party B and enters into a forward contract to sell the security back to Party B; serves a similar purpose for Party A as a reverse repo. |
| Collateral Pledge | CP | A trade were Party A lends funds to Party B, who secures the loan by pledging other assets (i.e., by providing other assets as collateral). |
| Cross Trade | AC | A trade between two Lehman customers, where the trade goes through Lehman (i.e. securities are removed from and/or added to Lehman's inventory) but is not with Lehman (i.e., Lehman acts strictly as a middle-man and takes on no risk). |
| Loan vs. Cash | LK | "Loan vs. Cash" Trades represent trades in which securities are loaned to a counterparty as collateral in return for cash. However, unlike "Repo Trades" and "Reverse Repo" trades, where the direction of the cash and security transfers is clear based upon the trade description, "Loan vs. Cash" trades can go either way (i.e., there is no "Reverse Loan vs. Cash" trade). |
| Principal Trade | PR | A party purchases or sells a security on a secondary market for its own inventory, thus taking on the risk associated with the trade. |
| Repo | RE | In a repurchase agreement ("repo") Party A sells a security to Party B for a predetermined period of time, after which Party A buys it back from Party B at a predetermined price; repos are a way for Party A to borrow funds using the traded security as collateral. |
| Reverse Repo | RR | In a reverse repurchase agreement ("reverse repo") Party A buys a security from Party B for a predetermined period of time, after which Party A sells it back to Party B at a predetermined price; reverse repos are a way for Party A to lend funds and hold the traded security as collateral. |
| Sell Buyback | SB | A combination of two distinct trades where Party A simultaneously sells a security to Party B and enters into a forward contract to repurchase the security from Party B at a later date; serves a similar purpose for Party A as a classic repo. |
| TBA or Unlisted | TB | TB can have one of two meanings in the APB database. TBA Trades relate to government agency mortgage backed securities in what is referred to as the "TBA market." The term "TBA" is derived from the fact that the actual mortgage-backed security that will be delivered to fulfill a TBA Trade is not designated at the time the trade is made. The securities are "to be announced" 48 hours prior to the established trade settlement date. Unlisted Option Trades relate to option contracts (i.e., Put/Call) in which the contract is not exchange traded. |

Notes:

(a) All the above trade types were illustrated from Lehman's perspective (e.g., a Repo Trade to a counterparty is illustrated as a Reverse Repo Trade to Lehman).

# Exhibit 6 - APB Asset Types

**Exhibit 6 - APB Asset Types**

| Category | APB Asset Type Code(s) | Descriptive Name | Asset Type Description |
|---|---|---|---|
| [NULL] | [NULL] | No Asset Type | Coded No Asset Type Coded. |
| CMO | CMO | Collateralized Mortgage Obligation | A type of mortgage-backed security; bonds that represent claims to specific cash flows from large pools of home mortgages. |
| CMO | CMOIO | Collateralized Mortgage Obligation - Interest Only | A type of mortgage-backed security; bonds that represent claims to specific cash flows from large pools of home mortgages, where the specific cash flows are the interest payments made by the homeowner. |
| CMO | CMOPO | Collateralized Mortgage Obligation - Principal Only | A type of mortgage-backed security; bonds that represent claims to specific cash flows from large pools of home mortgages, where the specific cash flows are the principal payments made by the homeowner. |
| CMO | CMOPI | Collateralized Mortgage Obligation | A type of mortgage-backed security; bonds that represent claims to specific cash flows from large pools of home mortgages, where the specific cash flows are the principal and interest payments made by the homeowner.  This is identical to a CMO. |
| CMO | CMOWI | Collateralized Mortgage Obligation - When Issued | A type of mortgage-backed security; bonds that represent claims to specific cash flows from large pools of home mortgages, that have been authorized but not issued. |
| Commercial Paper | COMPAPER | Commercial Paper Debt Security | An unsecured, short-term debt instrument issued by a corporation. |
| Common Stock | CLASS | Common Stock of a Company with Multiple Classes of Stock | Common Stock of a Company with Multiple Classes of Stock. |
| Common Stock | COMMON | Common Stock | A type of security that represents ownership in a corporation; holders of common stock can exercise control by electing a board of directors and voting on corporate policy, but receive their funds after preferred stock holders, bondholders, etc. in the case of bankruptcy. |
| Common Stock | ETF | Exchange Traded Fund | A security that tracks an index, commodity, etc. like an index fund, but trades like a stock on an exchange. |
| Common Stock | UNITEQTY | Shares of a Mutual Fund or Similar Security | Shares of a mutual fund or similar security. |
| Corporate Bonds | ASSETBK | Asset-Backed Security | A type of security that is backed by loans, leases or receivables against assets (other than real-estate and mortgage-backed securities, which are called MBS and CMO, respectively); serves a purpose similar to corporate debt. |
| Corporate Bonds | CBOND | Corporate Bond | A type of debt security where the authorized issuer (a corporation) owes the holders a debt and commits to pay interest and/or to repay the principal at fixed intervals. |
| Corporate Bonds | CBONDCNV | Convertible Corporate Bond | A type of bond which can be converted into the company's equity, typically an option of the bondholder. |

**Exhibit 6 - APB Asset Types**

| Category | APB Asset Type Code(s) | Descriptive Name | Asset Type Description |
|---|---|---|---|
| Corporate Debt Security | MEDNOTE | Medium-term corporate debt security. | Medium-term corporate debt security. |
| Corporate Debt Security | MEDTERM | Medium-term corporate debt security. | Medium-term corporate debt security. |
| European Corporate Debt Security | EURO | European Corporate Security | A debt security issued by a European corporation. |
| European Corporate Debt Security | EUROCD | European Commercial Deposit | A debt security issued by a European corporation. |
| European Corporate Debt Security | EUROCP | European Commercial Paper | An unsecured, short-term debt instrument issued by a corporation. |
| European Corporate Debt Security | EUROFRN | European Floating Rate Note | A bond with a variable interest rate, which is usually tied to a LIBOR or a certain money-market index. |
| European Corporate Security | NONUSSEC | Non-U.S. Common Stock | A type of security that represents ownership in a non-U.S. corporation; holders of common stock can exercise control by electing a board of directors and voting on corporate policy, but receive their funds after preferred stock holders, bondholders, etc. in the case of bankruptcy. |
| Financing Trade | COLLATRL | Collateral Trade where an asset is held in collateral by an entity. | The trade was typically a Repo Trade and the underlying asset was a near-cash security. |
| Financing Trade | FUNDING | Funding | A trade that involved cash or bank lines of credit. |
| Foreign Corporate Debt | CFGN | Foreign Corporate Debt | Debt issuance by a non-U.S. corporation. |
| Foreign Corporate Debt | NONUSCB | Non-U.S. Corporate Bond | Debt securities issued by non-US corporations. |
| Foreign Gov't Bonds | BOND | Bond | A type of debt security where the authorized issuer owes the holders a debt and commits to pay interest and/or to repay the principal at fixed intervals. |
| Foreign Gov't Bonds | BTF | French Treasury Securities | BTANs are fungible French treasury notes with maturities of two and five years and a coupon paid annually. |
| Foreign Gov't Bonds | NONUSGOV | Non-U.S. Government Bond | A type of debt security where the authorized issuer (a foreign government) owes the holders a debt and commits to pay interest and/or to repay the principal at fixed intervals. |
| Foreign Gov't Bonds | UNITCORP | Foreign Gov't Bonds | Debt securities issued by non-US governments. |
| GILT (UK Gov't Bond) | GILT | U.K. Government Bond | UK government debt issued by the Bank of England. |
| Government Agency Securities | DISCAGCY | Government Agency Security | Securities, typically bonds, which are issued by a U.S. government-sponsored agency (Fannie Mae, Freddie Mac, Ginnie Mae, etc.); while these securities enjoy an "implicit guarantee," they are not backed by the "full faith and credit" of the U.S. government. |
| Government Agency Securities | GOVAGNCY | Government Agency Security | Securities, typically bonds, which are issued by a U.S. government-sponsored agency (FannieMae, Freddie Mac, Ginnie Mae, etc.); while these securities enjoy an "implicit guarantee," they are not backed by the "full faith and credit" of the U.S. government. |

**Exhibit 6 - APB Asset Types**

| Category | APB Asset Type Code(s) | Descriptive Name | Asset Type Description |
|---|---|---|---|
| Government Agency Securities | FHLMC | Freddie Mac Security | Securities, typically bonds, which are issued by Freddie Mac, the U.S. government-sponsored agency; while these securities enjoy an "implicit guarantee," they are not backed by the "full faith and credit" of the U.S. government. |
| Government Agency Securities | FNMA | Fannie Mae Security | Securities, typically bonds, which are issued by Fannie Mae, the U.S. government-sponsored agency; while these securities enjoy an "implicit guarantee," they are not backed by the "full faith and credit" of the U.S. government. |
| Government Agency Securities | GNMA | Ginnie Mae Security | Securities, typically bonds, which are issued by Ginnie Mae, the U.S. government-sponsored agency; while these securities enjoy an "implicit guarantee," they are not backed by the "full faith and credit" of the U.S. government. |
| Government Agency Securities | GNMA2 | Ginnie Mae Security | Securities, typically bonds, which are issued by Ginnie Mae, the U.S. government-sponsored agency; while these securities enjoy an "implicit guarantee," they are not backed by the "full faith and credit" of the U.S. government. |
| Government Agency Securities | STRIP | Form of gov't agency security | Interest or principal only government agency securities. |
| Miscellaneous | OPTBOND | Derivative Bond Security | A derivative security granting the holder of the security the right but not the obligation to purchase a bond within a certain time frame. |
| Miscellaneous | RANGE | Miscellaneous Debt Security | Miscellaneous debt security. |
| Miscellaneous | MLP | Master Limited Partnership | MLP is a limited partnership that is publicly traded on a securities exchange. It combines the tax benefits of a limited partnership with the liquidity of publicly traded securities. |
| Miscellaneous | RIGHT | Equity Rights | A derivative security that entitles the right holder to purchase securities (usually stock) from the issuer at a specific price within a certain time frame. |
| Miscellaneous | WARRANT | Warrants | A derivative security that entitles the warrant holder to purchase securities (usually stock) from the issuer at a specific price within a certain time frame. |
| Municipal Debt Security | MUNIMM | Municipal Bonds | A bond issued by a municipality, i.e. a city or other local government, or their agencies; bond payments may be general obligations of the issuer or secured by specified revenues. |
| Municipal Debt Security | MUBOND | Municipal Bonds | A bond issued by a municipality, i.e. a city or other local government, or their agencies; bond payments may be general obligations of the issuer or secured by specified revenues. |
| Municipal Debt Security | MUNICIPL | Municipal Bonds | A bond issued by a municipality, i.e. a city or other local government, or their agencies; bond payments may be general obligations of the issuer or secured by specified revenues. |
| Municipal Debt Security | MUNIFLT | Municipal Bonds - Floating Rate Notes | A bond issued by a municipality, i.e. a city or other local government, or their agencies; bond payments may be general obligations of the issuer or secured by specified revenues. These bonds have variable rate notes usually tied to the LIBOR rate. |
| Preferred Stock | PREFCONV | Convertible Preferred Stock | A type of preferred stock which can be converted into the company's common stock. |

**Exhibit 6 - APB Asset Types**

| Category | APB Asset Type Code(s) | Descriptive Name | Asset Type Description |
|---|---|---|---|
| Preferred Stock | PREFERED | Preferred Stock | A form of corporate ownership which has a higher claim on the assets and earnings than common stock but does not have voting rights; is generally entitled to a dividend that must be paid out before dividends to common stockholders can be paid. |
| Real Estate Investment Trust | REIT | Real Estate Investment Trust | A security that sells on major exchanges, like common stock, but invests in real estate directly. |
| U.S. Treasury Security | STRPCLIP | U.S. Treasury Strip | Bond, usually issued by the U.S. Treasury, whose two components, interest and repayment of principal, are separated and sold individually as zero-coupon bonds. Strip is an acronym for Separate Trading of Registered Interest and Principal of Securities. |
| U.S. Treasury Security | TRIPARTY | Tri-party Repo Agreement Trade | Tri-party Repo agreement where two parties go through an intermediary to complete a repo trade. |
| U.S. Treasury Security | USTBIL | U.S. Treasury Bills | U.S. federal government debt issued by the Department of the Treasury. |
| U.S. Treasury Security | USTRES | U.S. Treasury Bonds | U.S. Treasury Bonds and Bills whose interest and principal portions of the security have been separated, or "stripped"; the interest and principal portions are then sold separately (in units of $1000 face value) in the secondary market. |

**Exhibit 7 - One William Street Capital Management LP:  APB Trade Review**

# EXHIBIT 7

**SUBJECT:**     Findings re: Avoidance Analysis – APB Approach for Trades with One William Street Capital Management LP

## Executive Summary

One William Street Capital Management LP ("OWS") entered into approximately 50 trades having principal balances greater than zero ($0.00) with Lehman between August 1, 2008 and September 19, 2008. Duff & Phelps reviewed these trades using the Activity Positions & Balances ("APB") database. After the initial review, Duff & Phelps flagged nine (9) "Principal Trades" for further review based on the trade review procedures set forth below.

## Trading Partner Background

OWS is a privately owned hedge fund sponsor based in New York. OWS was selected for this analysis due to the high number of trades related to illiquid assets with Lehman. See **Appendix A-4** for a full list of the selected trading partners.

## Trade Review

Duff & Phelps segmented the trading activity based upon Asset Type and selected certain trades for further review as discussed below:

1. Segmented the trades based on the trade type (see **Appendix A-1** and **Appendix A-2** for additional details):

| Type | Number of Trades |
|---|---|
| Agency Trades[1] | 2 |
| Principal Trades | 25 |
| Repos Trades | 20 |
| Reverse Repo Trades | 3 |

2. Eliminated trades from further consideration due to one or more of the following characteristics. Eliminated trades are not presented in this memorandum.

    a. Trade was cancelled;

    b. Trade occurred on an exchange with high visibility and liquidity (mitigating the risk of mispricing);

    c. Reverse Repos Trades that were settled prior to the bankruptcy date (i.e., OWS returned the borrowed cash and took possession of the underlying assets);

    d. Trade was an Agency Trade where it appears that Lehman was acting on behalf of a client (i.e., Lehman's net position unaffected by such trades), and thus, not likely avoidable;

    e. Trade was a Repo Trade where Lehman would be the borrower of funds;

    f. Trade was an Agency Trade where Lehman was acting on behalf of a client (i.e., Lehman's net position unaffected by such trades);

    g. Trade involved highly liquid securities; and

    h. Trade principal amount was less than $1 million.

---

[1] Agency Trades represent trades in which Lehman acted as an agent where the transfer occurred between a Lehman broker/dealer customer and a third-party. As a result, such trades did not get selected for further investigation for the purpose of this analysis.

**Findings and Pricing Analysis**

Of the 50 trades between Lehman and OWS between August 1, 2008 and September 19, 2008 with principal amounts greater than zero ($0.00): nine (9) Principal Trades remained for further analysis.[2]

1.  *Principal Trades (9)*

    a.  Seven (7) of the remaining Principal Trades between Lehman and OWS involved the purchase or sale of illiquid assets relating to MBS not executed via an exchange or clearing house (which would mitigate the risk of mispricing). These types of trades are relevant to this analysis as risk exists that the trades could have been executed at prices that did not reflect the economic value of the security exchanged, potentially causing economic harm to the Estate.

    b.  Two (2) of the remaining principal trades of "Whole Loans" were marked exactly at par, which appears unusual. However, the transactions offset one other (i.e., the two trades resulted in net cash flow or net position changes of $0.00), which may make further investigation unwarranted. See **Appendix A-3** for additional details of these trades.

    c.  Pricing Analysis: See Exhibit 21 for the pricing analysis performed on these nine (9) trades.

---

[2] Of the trade types selected for additional review, no Reverse Repo Trades remained as all trades were fully consummated prior to the bankruptcy date.

# Count of Trades Between Lehman and OWS by Trade and Asset Type

Trades Booked Between August 1, 2008 and September 19, 2008

**Appendix A-1 - Count of Trades Between Lehman and OWS by Trade and Asset Type**
**OWS Trade Count for Trades Having a Principal Value Greater than $0.00**
**August 1, 2008 - September 19, 2008**
**Count of Individual Trades**

| Asset Type | Trade Types | | | | |
|---|---|---|---|---|---|
| | **Agency Trades (a)** | **Principal Trades (a)** | **Reverse Repo (a)** | **Repo** | **Grand Total** |
| Asset Back Security | | 3 | 3 | | 6 |
| Collateralized Mortgage Obligation | 2 | 20 | | | 22 |
| Collateral | | | | 7 | 7 |
| Held in Custody | | | | 13 | 13 |
| Whole Loan | | 2 | | | 2 |
| Grand Total | 2 | 25 | 3 | 20 | 50 |

Notes

*Source: APB database, initially accessed September 23, 2009.*

*Based on the characteristics of the highlighted trades additional analysis appears warranted.*

(a) See Appendix A-2 for additional details regarding the Principal and Reverse Repo trades.

# USD Volume of Trades Between Lehman and OWS by Trade and Asset Type

Trades Booked Between August 1, 2008 and September 19, 2008

**Appendix A-2**
**OWS Principal $USD Volume for Selected Trade Types**
**August 1, 2008 - September 19, 2008**
**Value in $ Millions**

| Asset Type | Principal Trades (a) | | Reverse Repo (b) | | Grand Total |
|---|---|---|---|---|---|
| | **Buy** | **Sell** | **Buy** | **Sell** | |
| Asset Back Security | | 34 | 7 | 15 | 57 |
| Collateralized Mortgage Obligation | | 100 | | | 100 |
| Whole Loan | 10 | 10 | | | 19 |
| Grand Total | $ 10 | $ 144 | $ 7 | $ 15 | $ 176 |

Notes

*Source: APB database, initially accessed September 23, 2009.*

*Based on the characteristics of the highlighted trades additional analysis appears warranted.*

(a) See Appendix A-3 for additional details.

(b) See Appendix A-4 for additional details.

# OWS Trade Detail for Principal Trades
## Trades Booked Between August 1, 2008 and September 19, 2008

**Appendix A-3 - OWS Trade Detail for Principal Trades**
**OWS Trade Detail Associated with Principal Trades**
**August 1, 2008 - September 19, 2008**

| Unique Number (a) | Trade Type | Asset Type (b) | Product Short Description | Reason | Trade Book Date | Trade Date | Trade Settle Date | Trade Status | CUSIP | Buy or Sell (b) | Net Amount | Trade Quantity | Price (% of 100) | Trade Description 1 | Trade Description 2 | Product Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OWS -19 | Principal | CMOPI | MARM 2007-2 A4 | $24 million principal trade of Level 3 (i.e., illiquid) asset | 8/20/08 | 7/28/08 | 7/31/08 | COR | 576429AD6 | S | 7,269,084 | 24,000,000 | 37.00 | MARM 2007-2 A4 | MASTR ADJUSTABLE RATE MORTGAGE | MARM 2007-2 A4 MASTR ADJUSTABLE RATE MORTGAGE |
| OWS -21 | Principal | CMOPI | RAST 2007-A1 A8 | $18 million principal trade of Level 3 (i.e., illiquid) asset | 8/20/08 | 8/14/08 | 8/19/08 | COR | 76113 6AH3 | S | 9,722,982 | 18,658,000 | 66.00 | RAST 2007-A1 A8 | RESIDENTIAL ASSET SECURITIZATI | RAST 2007-A1 A8 RESIDENTIAL ASSET SECURITIZATI |
| OWS -23 | Principal | CMOPI | MARM 2007-2 A4 | $4 million principal trade of Level 3 (i.e., illiquid) asset | 8/20/08 | 8/19/08 | 8/22/08 | COR | 576429AD6 | S | 1,216,853 | 4,000,000 | 37.00 | MARM 2007-2 A4 | MASTR ADJUSTABLE RATE MORTGAGE | MARM 2007-2 A4 MASTR ADJUSTABLE RATE MORTGAGE |
| OWS -25 | Principal | CMOPI | MARM 2007-2 A4 | $2 million principal trade of Level 3 (i.e., illiquid) asset | 8/20/08 | 8/19/08 | 8/22/08 | COR | 576429AD6 | S | 608,426 | 2,000,000 | 37.00 | MARM 2007-2 A4 | MASTR ADJUSTABLE RATE MORTGAGE | MARM 2007-2 A4 MASTR ADJUSTABLE RATE MORTGAGE |
| OWS -29 | Principal | CMOPI | CWALT 2007-OA11 A1A | Trade involved mortgage backed security not traded on an exchange | 8/27/08 | 7/30/08 | 8/4/08 | COR | 02151WAA0 | S | 9,485,366 | 17,000,000 | 58.00 | CWALT 2007-OA11 A1A | COUNTRYWIDE ALTERNATIVE LOAN T | CWALT 2007-OA11 A1A COUNTRYWIDE ALTERNATIVE LOAN T |
| OWS -41 | Principal | ASSETBK | APPB 2007-1 A-2-II-A | $15 million principal trade of Level 3 (i.e., illiquid) asset | 9/2/08 | 8/29/08 | 9/4/08 | COR | 037898AB9 | S | 11,501,753 | 15,000,000 | 76.50 | APPB 2007-1 A-2-II-A | APPLEBEE'S ENTERPRISES LLC | APPB 2007-1 A-2-II-A APPLEBEE'S ENTERPRISES LLC |
| OWS -46 | Principal | CMOPI | LXS 2007-3 4AA1 | $21 million principal trade of Level 3 (i.e., illiquid) asset | 9/5/08 | 9/4/08 | 9/9/08 | NEW | 525245AP1 | S | 9,686,578 | 20,999,000 | 53.00 | LXS 2007-3 4AA1 | LEHMAN XS TRUST | LXS 2007-3 4AA1 LEHMAN XS TRUST |
| OWS -44 | Principal | WHOLOAN | OWS MORGAN STAN 2008-1 | Coupled with trade OWS -45, trades offset each other out. | 9/5/08 | 9/5/08 | 9/5/08 | NEW | WH9130 | B | 9,730,166 | 9,730,166 | 100.00 | OWS MORGAN STAN 2008-1 | WHOLE LOAN | OWS MORGAN STAN 2008-1 WHOLE LOAN |
| OWS -45 | Principal | WHOLOAN | OWS MORGAN STAN 2008-1 | Coupled with trade OWS -44, trades offset each other out. | 9/5/08 | 9/5/08 | 9/5/08 | NEW | WH9130 | S | 9,730,166 | 9,730,166 | 100.00 | OWS MORGAN STAN 2008-1 | WHOLE LOAN | OWS MORGAN STAN 2008-1 WHOLE LOAN |

Notes:

(a) Based on the characteristics of the trades additional analysis appears warranted for the trades shown above. Due to the volume of principal trades with OWS, only trades selected for additional review are displayed in this appendix.

(b) All trade data is presented from Lehman's perspective (e.g., a "B" under Buy / Sell indicates Lehman purchased the security).

# Listing of Selected Counterparties for Avoidance Analysis

The following table presents the 14 counterparties Duff & Phelps has selected to review its trading activity segmented by why each counterparty was selected: (a)

| Large Banks/Clearing Houses | Potentially Related Parties | Illiquid Asset Trading Partners | Global 1 (b) |
|---|---|---|---|
| Bank of America Corporation | R3 Capital Management, LLC | Fortress Investment Group | Barclays Plc |
| Barclays Plc | One William Street Capital Management | Blackrock, Inc. | JP Morgan Chase & Co. |
| Citigroup, Inc. | | BlueMountain Capital Management LLC | HSBC Holdings Plc |
| HSBC Holdings Plc | | Stark Investments LP | Stark Investments LP |
| JP Morgan Chase & Co. | | | Citigroup, Inc. |
| The Bank of New York  Mellon Corporation | | | Fortress Investment Group |
| The Federal Reserve Bank of New York | | | Bank of America Corporation |
| Standard Bank | | | The Bank of New York  Mellon Corporation |
| | | | Standard Bank Group Limited |

Note:
(a) The selected counterparties are subject to change.
(b) Global 1 is a stock loan system located in the UK.  Stock loans are presented separately as no principal balances exist for these transactions.

**Exhibit 8 - BlueMountain Capital Management LLC:  APB Trade Review**

# EXHIBIT 8

**SUBJECT:**     Findings re: Avoidance Analysis – APB Approach for Trades with BlueMountain Capital Management LLC

## Executive Summary

BlueMountain Capital Management LLC ("BlueMountain") entered into approximately 900 trades having principal balances greater than zero ($0.00) with Lehman between August 1, 2008 and September 19, 2008. Duff & Phelps LLC ("Duff & Phelps") reviewed these trades using the Activity Positions & Balances ("APB") database. After the initial review, Duff & Phelps flagged six (6) Principal Trades and five (5) Reverse Repo Trades for further review based on the trade review procedures set forth below.

## Trading Partner Background

BlueMountain was founded in 2003 and is a privately owned hedge fund sponsor based in New York with an additional office in London. The firm invests in the public equity and derivative markets in the United States and in global markets. BlueMountain was selected for this analysis due to the high number of trades related to illiquid assets with Lehman. See **Appendix A-5** for a full list of the selected trading partners.

## Trade Review

Duff & Phelps segmented the trading activity based upon Asset Type and selected certain trades for further review as discussed below:

1.  Segmented the trades based on the trade type (see **Appendix A-1** and **Appendix A-2** for additional details):

| Type | Number of Trades |
|---|---|
| Sell/Buy Back Trades[1] | 34 |
| Principal Trades | 10 |
| Repo Trades | 492 |
| Reverse Repo Trades | 391 |

*Source: APB database, initially accessed September 23, 2009.*

2.  Eliminated trades from further consideration due to one or more of the following characteristics (see **Appendix A-3** and **Appendix A-4** for additional details):

    a.  Trade principal amount was less than $1 million;

    b.  Trade was cancelled;

    c.  Trade occurred on an exchange with high visibility and liquidity (mitigating the risk of mispricing);

    d.  Reverse Repo Trades that were settled prior to the bankruptcy date (i.e., BlueMountain returned the borrowed cash and took possession of the underlying assets);

    e.  Reverse Repo Trades that were unsettled prior to bankruptcy but involved highly liquid assets (mitigating the risk of mispricing and/or the significance of any potential amounts to be recovered by the Lehman estate);

    f.  Trade involved highly liquid securities (e.g., U.S. Treasury Bond) mitigating the risk of mispricing and/or the significance of any potential losses to be recovered; and

    g.  Trade was a Repo Trade or Sell/Buy Back Trade where Lehman would be the borrower of funds.

---

[1] A Sell/Buy Back has the same essential structure as a Reverse Repo with differences including, but not limited to, the lack of a governing contract and the need to perform the entire trade through multiple transactions (i.e., the Sell/Buy Back Trade would have two trades involving the initial Sell/Buy trade of the security and the forward trade obligation to reverse the trade at a future date).

**Findings and Pricing Analysis**

Of the approximately 900 trades between Lehman and BlueMountain between August 1, 2008 and September 19, 2008 with principal amounts greater than zero ($0.00): six (6) Principal Trades and five (5) Reverse Repo Trades remained for further analysis.

1. *Principal Trades (6)*

    a. The remaining Principal Trades between Lehman and BlueMountain involved the purchase or sale of illiquid or non-exchange traded assets relating to MBS, high-yield corporate bonds, or bonds issued by government agencies (e.g., Fannie Mae). None of the trades were executed via an exchange or clearing house (which would have mitigated the risk of mispricing). These types of trades are relevant to this analysis as risk exists that the trades could have been executed at prices that did not reflect the economic value of the security exchanged, potentially causing economic harm to the Lehman estate (the "Estate"). See **Appendix A-3** for additional detail relating to these trades.

    b. Pricing Analysis: See Exhibit 21 for the pricing analysis performed on these six (6) trades.

2. *Reverse Repo Trades (5)*

    a. All five (5) Reverse Repo Trades had open-ended settlement dates as of the bankruptcy filing and involved potential illiquid securities.[2] These trades are relevant to this analysis as they represent possible means of transferring cash out of the Estate in exchange for mispriced (overvalued) securities immediately prior to the bankruptcy filing. The risk in this case is that such trades were executed at a price that did not reflect the economic value of the securities exchanged, potentially causing economic harm to the Estate. See **Appendix A-4** for additional details of these trades.

    b. Pricing Analysis: See Exhibit 21 for the pricing analysis performed on these five (5) trades.

---

[2] Reverse Repo trades typically involve two "legs" to the recorded trade. The first "leg", which records the transfer-in of securities and the transfer-out of cash, typically has a settlement date within a day or two. The settlement date for the first "leg" represents the date when the securities are actually transferred-in in return for cash. The second "leg," which is booked at the same time as the first "leg", records the planned transfer back out of securities and corresponding receipt of cash. Typically the second "leg" has a settlement date that can be days, weeks, or possibly months in the future. The settlement date for the second "leg" represents the date when the securities will be transferred back out in return for cash (unless the trade is subsequently adjusted, in which case there may be a third "leg" to adjust the terms of the second "leg"). Given this typical "pairing" of trades, Duff & Phelps has included both legs of the trades in **Appendix A-4** for reference.

# Count of Trades Between Lehman and BlueMountain by Trade and Asset Type
Trades Booked Between August 1, 2008 and September 19, 2008

**Appendix A-1 - Count of Trades Between Lehman and BlueMountain by Trade and Asset Type**
**BlueMountain Trade Volume for Trades Having a Principal Value Greater than $0.00**
**August 1, 2008 - September 19, 2008**
**Count of Individual Trades**

| | | *Trade Types* | | | |
|---|---|---|---|---|---|
| **Asset Type** | **Sell/Buy Back** | **Principal Trades (a)** | **Reverse Repo (a)** | **Repo** | **Grand Total** |
| Asset Backed Security | | 1 | 26 | | 27 |
| Corporate Bond | | 5 | 42 | 48 | 95 |
| European Securities | | 2 | 5 | | 7 |
| Money Market | | 1 | | | 1 |
| Foreign Government Bonds | 34 | | | | 34 |
| US Treasury | | 1 | 318 | 444 | 763 |
| Grand Total | 34 | 10 | 391 | 492 | 927 |

Notes

*Source: APB database, initially accessed September 23, 2009.*

*Based on the characteristics of the highlighted trades additional analysis appears warranted.*

(a) See Appendix A-2 for additional details regarding the Principal and Reverse Repo trades.

**Appendix A-2 - USD Volume of Trades Between Lehman and BlueMountain by Trade and Asset Type**
**BlueMountain Trade Principal for Trades Having a Principal Value Greater than $0.00**
**August 1, 2008 - September 19, 2008**
**Value in $ Millions**

| | Trade Types | | | | |
|---|---|---|---|---|---|
| | **Principal Trades (a)** | | **Reverse Repo (b)** | | |
| **Asset Type** | **Buy** | **Sell** | **Buy** | **Sell** | **Grand Total** |
| Asset Backed Security | | 4 | 119 | 86 | 208 |
| Corporate Bond | 20 | | 339 | 219 | 578 |
| European Securities | | 4 | 46 | 31 | 81 |
| Money Market | | 4 | | | 4 |
| Foreign Government Bonds | | | | | 554 |
| US Treasury | | 25 | 6,118 | 3,784 | 9,927 |
| Grand Total | $ 20 | $ 36 | $ 6,622 | $ 4,119 | $ 11,352 |

Notes

*Source: APB database, initially accessed September 23, 2009.*

*Based on the characteristics of the highlighted trades additional analysis appears warranted.*

(a) Refer to Appendix A-3 for further information.

(b) Refer to Appendix A-4 for further information.

# BlueMountain Trade Detail for Principal Trades
## Trades Booked Between August 1, 2008 and September 19, 2008

**Appendix A-3 - BlueMountain Trade Detail for Principal Trades**
**BlueMountain Trade Detail Associated with Selected Principal Trades**
**August 1, 2008 - September 19, 2008**

| Unique Number (a) | Trade Type (b) | Asset Type | Product Short Description | Reason | Trade Book Date | Trade Date | Trade Settle Date | Trade Status | CUSIP | Buy or Sell (b) | Net Amount | Trade Quantity | Price (% of 100) | Trade Description 1 | Trade Description 2 | Product Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BM-845 | Principal Trade | CBOND | WEST CORP SR NT 11%16R/MD 11.0 | High yield corporate bond trade not exchange trade | 8/5/08 | 8/4/08 | 8/7/08 | NEW | 952355AF2060 | S | $ 1,243,833 | 1,500,000 | 79.50 | WEST CORP SR NT 11%16 | DUE 10/15/2016 11.000% AO15 | WEST CORP SR NT 11%16R/MD 11.0010/15/2016 |
| BM-804 | Principal Trade | CBOND | SUNGARD DATA SYSTEMS INC | High yield corporate bond trade not exchange trade | 8/8/08 | 8/7/08 | 8/12/08 | NEW | 867363AL7060 | S | 6,104,464 | 5,750,000 | 101.13 | SUNGARD DATA SYS INC SR.SB NT | 15 | SUNGARD DATA SYSTEMS INC |
| BM-541 | Principal Trade | CBOND | SUNGARD DATA SYSTEMS INC | High yield corporate bond trade not exchange trade | 8/22/08 | 8/21/08 | 8/26/08 | NEW | 867363AL7060 | S | 5,065,660 | 5,000,000 | 101.00 | SUNGARD DATA SYS INC SR.SB NT | 15 | SUNGARD DATA SYSTEMS INC |
| BM-166 | Principal Trade | CBOND | SUNGARD DATA SYSTEMS INC | High yield corporate bond trade not exchange trade | 9/9/08 | 9/8/08 | 9/11/08 | NEW | 867363AL7060 | S | 5,124,514 | 5,000,000 | 101.75 | SUNGARD DATA SYS INC SR.SB NT | 15 | SUNGARD DATA SYSTEMS INC |
| BM-161 | Principal Trade | CBOND | SUNGARD DATA SYSTEMS INC | High yield corporate bond trade not exchange trade | 9/10/08 | 9/9/08 | 9/12/08 | NEW | 867363AL7060 | S | 3,068,063 | 3,000,000 | 101.50 | SUNGARD DATA SYS INC SR.SB NT | 15 | SUNGARD DATA SYSTEMS INC |
| BM-77 | Principal Trade | ASSETBK | SASC 2006-BC3 A2 | Principal trade involving level 3 asset. | 9/11/08 | 9/10/08 | 9/11/08 | NEW | 86359PAB6 | B | 3,518,524 | 9,000,000 | 97.03 | SASC 2006-BC3 A2 | STRUCTURED ASSET SECURITIES CO | SASC 2006-BC3 A2  STRUCTURED ASSET SECURITIES CO |

Notes

*Source: APB database, initially accessed September 23, 2009.*

(a) Based on the characteristics of the trades additional analysis appears warranted for the trades shown above. Due to the large volume of Principal trades with BlueMountain, only trades selected for additional review are displayed in this appendix.

(b) All trade data is presented from Lehman's perspective (e.g., a "B" under Buy / Sell indicates Lehman purchased the security).

# BlueMountain Trade Detail for Reverse Repo Trades

## Trades Booked Between August 1, 2008 and September 19, 2008

**Appendix A-4 - BlueMountain Trade Detail for Reverse Repo Trades**
**BlueMountain Trade Detail Associated with Selected Reverse Repo Trades**
**August 1, 2008 - September 19, 2008**

| Unique Number (a) | Trade Type (b) | Asset Type | Product Short Description | Reason | Trade Book Date | Trade Date | Trade Settle Date | Trade Status | CUSIP | Buy or Sell (b) | Net Amount | Trade Quantity | Price (% of 100) | Trade Description 1 | Trade Description 2 | Product Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BM-746 | Reverse Repo | CBOND | EMBARQ CORP | Trade involves reverse repo that appears to be unsettled as of the valuation date | 8/13/08 | 8/13/08 | 8/18/08 | NEW | 29078EAB1 | B | $ 8,972,438 | 10,225,000 | 87.75 | EMBARQ CORP | MAKE WHOLE CALL | EMBARQ CORP MAKE WHOLE CALL |
| BM-750 | Reverse Repo | CBOND | EMBARQ CORP | Trade involves reverse repo that appears to be unsettled as of the valuation date | 8/13/08 | 8/13/08 | 11/17/08 | NEW | 29078EAB1 | S | $ 8,972,438 | 10,225,000 | 87.75 | | | EMBARQ CORP MAKE WHOLE CALL |
| BM-387 | Reverse Repo | CBOND | MICHAELS STORES INC | Trade involves reverse repo that appears to be unsettled as of the valuation date | 8/29/08 | 8/29/08 | 9/2/08 | NEW | 594087AM0 | B | 3,937,500 | 7,000,000 | 56.25 | MICHAELS STORES INC | MAT DT 11/01/16 11.375% | MICHAELS STORES INC |
| BM-391 | Reverse Repo | ASSETBK | SFFIN 2004-1A A | Trade involves reverse repo that appears to be unsettled as of the valuation date | 8/29/08 | 8/29/08 | 9/2/08 | NEW | 817821AA9 | B | 14,404,555 | 20,000,000 | 84.72 | SFFIN 2004-1A A | SETTLEMENT FEE FINANCE LLC | SFFIN 2004-1A ASETTLEMENT FEE FINANCE LLC |
| BM-227 | Reverse Repo | CBOND | MICHAELS STORES INC | Trade involves reverse repo that appears to be unsettled as of the valuation date | 9/2/08 | 8/29/08 | 9/2/08 | CAN | 594087AM0 | S | 3,937,500 | 7,000,000 | 56.25 | MICHAELS STORES INC | MAT DT 11/01/16 11.375% | MICHAELS STORES INC |
| BM-439 | Reverse Repo | ASSETBK | SFFIN 2004-1A A | Trade involves reverse repo that appears to be unsettled as of the valuation date | 8/29/08 | 8/29/08 | 1/1/00 | NEW | 817821AA9 | S | 14,404,555 | 20,000,000 | 84.72 | | | SFFIN 2004-1A ASETTLEMENT FEE FINANCE LLC |
| BM-230 | Reverse Repo | CBOND | MICHAELS STORES INC | Trade involves reverse repo that appears to be unsettled as of the valuation date | 9/2/08 | 9/2/08 | 9/3/08 | NEW | 594087AM0 | B | 4,252,500 | 7,000,000 | 60.75 | MICHAELS STORES INC | MAT DT 11/01/16 11.375% | MICHAELS STORES INC |
| BM-234 | Reverse Repo | CBOND | MICHAELS STORES INC | Trade involves reverse repo that appears to be unsettled as of the valuation date. The reverse trade was cancelled, thereby this trade has not been consummated. | 9/2/08 | 9/2/08 | 1/1/00 | NEW | 594087AM0 | S | 4,252,500 | 7,000,000 | 60.75 | | | MICHAELS STORES INC |
| BM-116 | Reverse Repo | EURO | KOREA ELECTRIC #144A 5.125% | Trade involves reverse repo that appears to be unsettled as of the valuation date | 9/11/08 | 9/11/08 | 9/12/08 | NEW | 500631AS5 | B | 15,746,250 | 17,000,000 | 92.63 | KOREA ELECTRIC POWER CORP | MAT DT 04/23/34 05.125% | KOREA ELECTRIC POWER CORP 5.125% 20340423 SERIES# 144A |
| BM-119 | Reverse Repo | EURO | KOREA ELECTRIC #144A 5.125% | Trade involves reverse repo that appears to be unsettled as of the valuation date | 9/11/08 | 9/11/08 | 1/1/00 | NEW | 500631AS5 | S | 15,746,250 | 17,000,000 | 92.63 | | | KOREA ELECTRIC POWER CORP 5.125% 20340423 SERIES# 144A |

Notes

*Source: APB database, initially accessed September 23, 2009.*

(a) Based on the characteristics of the trades additional analysis appears warranted for the trades shown above. Due to the large volume of Reverse Repo trades with BlueMountain, only trades selected for additional review are displayed in this appendix.

(b) All trade data is presented from Lehman's perspective (e.g., a "B" under Buy / Sell indicates Lehman purchased the security).

Listing of Selected Counterparties for Avoidance Analysis

**Appendix A-5 - Listing of Selected Counterparties for Avoidance Analysis**
**Trade Analysis by Counterparty**

The following table presents the 14 counterparties Duff & Phelps has selected to review its trading activity segmented by why each counterparty was selected: (a)

| Large Banks/Clearing Houses | Potentially Related Parties | Illiquid Asset Trading Partners | Global 1 (b) |
|---|---|---|---|
| Bank of America Corporation | R3 Capital Management, LLC | Fortress Investment Group | Barclays Plc |
| Barclays Plc | One William Street Capital Management | Blackrock, Inc. | JP Morgan Chase & Co. |
| Citigroup, Inc. | | BlueMountain Capital Management LLC | HSBC Holdings Plc |
| HSBC Holdings Plc | | Stark Investments LP | Stark Investments LP |
| JP Morgan Chase & Co. | | | Citigroup, Inc. |
| The Bank of New York Mellon Corporation | | | Fortress Investment Group |
| The Federal Reserve Bank of New York | | | Bank of America Corporation |
| Standard Bank | | | The Bank of New York Mellon Corporation |
| | | | Standard Bank Group Limited |

Note:
(a) The selected counterparties are subject to change.
(b) Global 1 is a stock loan system located in the UK. Stock loans are presented separately as no principal balances exist for these transactions.

**Exhibit 9 - Stark Investments LP:  Memoranda and Appendices**

# EXHIBIT 9

**SUBJECT:**        Findings re: Avoidance Analysis – APB Approach for Trades with Stark Investments LP

**Executive Summary**

Stark Investments LP ("Stark") entered into approximately 1,500 trades having principal balances greater than zero ($0.00) with Lehman between August 1, 2008 and September 19, 2008. Duff & Phelps LLC ("Duff & Phelps") reviewed these trades using the Activity Positions & Balances ("APB") database. After the initial review, Duff & Phelps flagged 14 "Principal Trades" and 15 "TBA Trades or Unlisted Option Trades" for further review based on the trade review procedures set forth below.

**Trading Partner Background**

Stark is a privately owned hedge fund sponsor founded in 1992 and based in St. Francis, Wisconsin. Stark was selected for this analysis due to the high number of trades related to illiquid assets with Lehman. See **Appendix A-5** for a full list of the selected trading partners.

**Trade Review**

Duff & Phelps segmented the trading activity based upon Trade Type and selected certain trades for further review as discussed below:

1.  Segmented the trades based on the trade type (see **Appendix A-1** and **Appendix A-2** for additional details):

| Type | Number of Trades |
|---|---|
| Cross Trades[1] | 93 |
| Agency Trades[2] | 403 |
| Principal Trades | 88 |
| Repo Trades | 341 |
| Reverse Repo Trades | 552 |
| TBA Trades or Unlisted Option Trades[3] | 65 |

*Source: APB database, initially accessed September 23, 2009.*

2.  Eliminated trades from further consideration due to one or more of the following characteristics (see **Appendix A-3** through **Appendix A-4** for additional details):

    a.  Trade principal amount was less than $1 million;

    b.  Trade was cancelled;

    c.  Trade occurred on an exchange with high visibility and liquidity (mitigating the risk of mispricing);

    d.  Trade was an Agency Trade where it appears that Lehman was acting on behalf of a client (i.e., Lehman's net position unaffected by such trades), and thus, not likely avoidable;

    e.  Trade was a Cross Trade between customers (i.e., Lehman's net position unaffected by such trades);

---

[1] Cross Trades represent trades in which Lehman acted as a broker where the transfer occurred between two Lehman customer accounts, and thus, not likely avoidable. As a result, such trades did not get selected for further investigation for the purpose of this analysis.

[2] Agency Trades represent trades in which Lehman acted as an agent where the transfer occurred between a Lehman broker/dealer customer and a third-party, and thus, not likely avoidable. As a result, such trades did not get selected for further investigation for the purpose of this analysis.

[3] The moniker of TBA Trades or Unlisted Option Trades can have one of two meanings in the APB database. TBA Trades relate to government agency mortgage backed securities in what is referred to as the "TBA market." The term "TBA" is derived from the fact that the actual mortgage-backed security that will be delivered to fulfill a TBA Trade is not designated at the time the trade is made. The securities are "to be announced" 48 hours prior to the established trade settlement date. Unlisted Option Trades relate to option contracts (i.e. Put/Call) in which the contract is not exchange traded. In Duff & Phelps's review, all TBA/Unlisted Option Trades were TBA Trades.

    f.    Reverse Repo Trades that were settled prior to the bankruptcy date (i.e., Stark returned the borrowed cash and took possession of the underlying assets);

    g.    Reverse Repo Trades that were unsettled prior to bankruptcy but involved highly liquid assets (mitigating the risk of mispricing and/or the significance of any potential amounts to be recovered by the Lehman estate);

    h.    Trade involved highly liquid securities (e.g., U.S. Treasury Bond) mitigating the risk of mispricing and/or the significance of any potential losses to be recovered; and

    i.    Trade was a Repo Trade where Lehman would be the borrower of funds.

## Findings and Pricing Analysis

Of the approximately 1,500 trades between Lehman and Stark between August 1, 2008 and September 19, 2008 with principal amounts greater than zero: 14 Principal Trades and 15 TBA Trades or Unlisted Option Trades for further analysis.

1. *Principal Trades (14)*

    a.    Excluding trades involving government agency mortgage backed securities ("Agencies"), 6 of the 14 Principal Trades between Lehman and Stark involved the purchase or sale of securities that were not traded on an exchange and for which the underlying securities were non-investment grade corporate bonds, municipal bonds, asset-backed securities (including mortgage backed), or other types of securities. These types of trades are relevant to this analysis as risk exists that the trades could have been executed at prices that did not reflect the economic value of the security exchanged, potentially causing economic harm to the Estate.

        The remaining eight (8) of the Principal Trades involved Agencies that were not traded on an exchange. Due to the government backing of these securities, we expect reduced pricing volatility, and thus a likely reduction in risk of potential pricing manipulation. Therefore, we recommend that Agencies be viewed separately due to the potentially mitigated risk associated with these securities. See **Appendix A-3** for additional detail relating to these trades.

    b.    Pricing Analysis: See Exhibit 21 for the pricing analysis performed on these fourteen (14) trades.

2. *TBA Trade or Unlisted Option Trades (15)*

    a.    The remaining TBA Trades or Unlisted Option Trades between Lehman and Stark involved Agencies that were not traded on an exchange. These trades are similar to the Agencies that were not traded on an exchange, discussed in 1(a) above. See **Appendix A-4** for additional details of these trades.

    b.    Pricing Analysis: See Exhibit 21 for the pricing analysis performed on these fifteen (15) trades.

# Count of Trades Between Lehman and Stark by Trade and Asset Type
## Trades Booked Between August 1, 2008 and September 19, 2008

**Appendix A-1 - Count of Trades Between Lehman and Stark by Trade and Asset Type**
**Stark Trade Volume for Trades Having a Principal Value Greater than $0.00**
**August 1, 2008 - September 19, 2008**
**Count of Individual Trades**

| Asset Type | Cross Trades | Agency Trades | Principal Trades (a) | Reverse Repo Trades (a) | Repo Trades | TBA or Unlisted Option Trades(a) | Grand Total |
|---|---|---|---|---|---|---|---|
| [NULL] | | | | | | 65 | 65 |
| American Depository Receipt | 21 | 10 | | | | | 31 |
| Asset Backed Security | | | | 71 | | | 71 |
| Corporate Bond | 9 | 5 | 3 | 11 | | | 28 |
| Corporate Convertible Bond | | 45 | 3 | | | | 48 |
| Collateralized Mortgage Obligation | | | | 8 | | | 8 |
| Common Stock | 56 | 292 | 61 | | | | 409 |
| European Based Security | | 5 | 5 | | | | 10 |
| Fannie Mae Security | | | 3 | | | | 3 |
| Future Repo | | | | 4 | | | 4 |
| Mutual Fund | | 12 | | | | | 12 |
| Offshore Trade | | 1 | | | | | 1 |
| Preferred Stock | 2 | 9 | | | | | 11 |
| REIT | 5 | 19 | | | | | 24 |
| Government Agency Security | | | 10 | 14 | | | 24 |
| US Treasury | | 5 | 3 | 444 | 341 | | 793 |
| Grand Total | 93 | 403 | 88 | 552 | 341 | 65 | 1,542 |

Notes
*Source: APB database, initially accessed September 23, 2009.*
*Based on the characteristics of the highlighted trades additional analysis appears warranted.*
(a) See Appendix A-2 for additional details regarding the Principal, Reverse Repo, and TBA or Unlisted Option Trades.

**Appendix A-2 - USD Volume of Trades Between Lehman and Stark by Trade and Asset Type**
**Stark Trade Principal for Trades Having a Principal Value Greater than $0.00**
**August 1, 2008 - September 19, 2008**
**Value in $ Millions**

| Asset Type | Principal Trades (a) | | Reverse Repo (b) | | TBA or Unlisted Option Trades (c) | | Grand Total |
|---|---|---|---|---|---|---|---|
| | Buy | Sell | Buy | Sell | Buy | Sell | |
| [NULL] | | | | | 1,403 | 1,403 | 2,807 |
| Asset Backed Security | | | 29 | 65 | | | 94 |
| Collateralized Mortgage Obligation | | | 21 | 44 | | | 65 |
| Corporate Bond | 2 | | 12 | 21 | | | 35 |
| Corporate Convertible Bond | | 6 | | | | | 6 |
| Common Stock | 140 | 26 | | | | | 167 |
| European Based Security | 17 | | | | | | 17 |
| Fannie Mae Security | 48 | 0 | | | | | 48 |
| Future Repo | | | 150 | 150 | | | 300 |
| Government Agency Security | 68 | | 26 | 34 | | | 128 |
| US Treasury | 0 | | 7,565 | 12,564 | | | 20,129 |
| Grand Total | $ 276 | $ 33 | $ 7,803 | $ 12,878 | $ 1,781 | $ 1,403 | $ 24,175 |

Notes
*Source: APB database, initially accessed September 23, 2009.*
*Based on the characteristics of the highlighted trades additional analysis appears warranted.*
(a) Refer to Appendix A-3 for further information.
(b) The Reverse Repo Trades were analyzed; however, based on our preliminary review of the trades, no additional analysis appears warranted. Due to the large volume of trades between Stark and Lehman no details for the trades not selected for additional review are presented.
(c) Refer to Appendix A-4 for further information.