**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| Lehman Brothers Holdings, Inc., *et al.,* | Case No. 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors | |

-------------------------------------------------------------X

<u>**CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER**</u>

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN ORDER OF THE BANKRUPTCY COURT DATED MARCH 11, 2010 [DOCKET 7530], DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.

**REPORT OF ANTON R. VALUKAS, EXAMINER**