**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Susheel Kirpalani (SK8926)
James C. Tecce (JT5910)
Robert K. Dakis (RD0626)
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Telecopier: (212) 849-7100

*Special Counsel for the Official Committee of Unsecured Creditors*
*of Lehman Brothers Holdings Inc, et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ------------------------------------------------------------------X | Chapter 11 |
| In re: : | |
| : | Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, : | |
| : | |
| Debtors. : | |
| ------------------------------------------------------------------X | |

## NOTICE OF FIRM NAME CHANGE

**PLEASE TAKE NOTICE THAT** Quinn Emanuel Urquhart Oliver & Hedges, LLP, special

counsel for the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc.,

*[Remainder of Page Intentionally Left Blank]*

et al., has changed its name to Quinn Emanuel Urquhart & Sullivan, LLP, effective March 11, 2010.  Please note the new firm name and update all service lists.

> Quinn Emanuel Urquhart & Sullivan, LLP
> 51 Madison Avenue, 22nd Floor
> New York, NY 10010

Dated: March 11, 2010

> /s/ Robert K. Dakis
> QUINN EMANUEL URQUHART & SULLIVAN, LLP
> Susheel Kirpalani (SK8926)
> James C. Tecce (JT5910)
> Robert K. Dakis (RD0626)
> 51 Madison Avenue, 22nd Floor
> New York, New York 10010
> Telephone:  (212) 849-7000
> Telecopier: (212) 849-7100
>
> *Special Counsel for the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc, et al.*