**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------x
                                                  :

In re                               :       **Chapter 11 Case No.**
                                                  :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :       **08-13555 (JMP)**
                                                  :

       **Debtors.**                    :       **(Jointly Administered)**
                                                  :

-------------------------------------------------------------------------x     **Ref. Docket Nos. 7476-7484**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                        ) ss.:
COUNTY OF NEW YORK  )

SAMUEL GARCIA, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 9, 2010, I caused to be served the:

    a) "Notice of Forty Third Supplemental List of Ordinary Course Professionals," dated March 9, 2010 [Docket No. 7476],

    b) "Declaration and Disclosure Statement of Dianne J. Morgan, on Behalf of Dianne Morgan Realty Inc.," filed March 9, 2010 [Docket No. 7477],

    c) "Declaration and Disclosure Statement of Lisa Cappeci, on Behalf of Coldwell Banker Residential Brokerage," filed March 9, 2010 [Docket No. 7478],

    d) "Declaration and Disclosure Statement of Joel Freis, on Behalf of RE/MAX Advance Realty II," filed March 9, 2010 [Docket No. 7479],

    e) "Declaration and Disclosure Statement of Linda Huggins, on Behalf of Real Estate Marketing," filed March 9, 2010 [Docket No. 7480],

    f) "Declaration and Disclosure Statement of George Correa, on Behalf of Hunt Real Estate, ERA" filed March 9, 2010 [Docket No. 7481],

    g) "Affidavit and Disclosure Statement of Fox Rothschild LLP, on Behalf of Lehman Brothers Holdings, Inc.," filed March 9, 2010 [Docket No. 7482],

h)   "Affidavit and Disclosure Statement of Barbara Simpson Kraft, on Behalf of Davis Wright Tremaine LLP," filed March 9, 2010 [Docket No. 7483], and

i)   "Affidavit and Disclosure Statement of Kevin Corcoran, on Behalf of Kevin Corcoran Real Estate," filed March 9, 2010 [Docket No. 7484],

by causing true and correct to be:

a)   delivered by email to those parties listed on the attached Exhibit "A" and as indicated upon those parties listed on the attached Exhibit "B", and

b)   delivered by overnight mail to the those parties listed on the attached Exhibit "C", and as indicated upon those parties listed on the attached Exhibit "D".

3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_/s/ Samuel Garcia_____
Samuel Garcia

Sworn to before me this
11th day of March, 2010
_/s/ Elli Petris_____
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

-2-

# Exhibit "A"

**Exhibit A - Counsel to The Official Committee of Unsecured Creditors**

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
(COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED  CREDITORS)
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
EMAIL: ddunne@milbank.com; wfoster@milbank.com, dodonnell@milbank.com,
efleck@milbank.com


MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
(COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS)
601 SOUTH FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017
EMAIL: paronzon@milbank.com; gbray@milbank.com

# Exhibit "B"

## Exhibit B – Additional Parties

1.  Dianne Morgan:  djmorgan@bellsouth.net (Docket Nos. 7476 and 7477 only)

2.  Lisa Capecci:  LCapecci@cbmove.com (Docket Nos. 7476 and 7478 only)

3.  Joel Freis:  jfries@bellsouth.net (Docket Nos. 7476 and 7479 only)

4.  Linda Huggins:  Lhuggins240@yahoo.com (Docket Nos. 7476 and 7480 only)

5.  George Correa:  ggcorrea@hotmail.com (Docket Nos. 7476 and 7481 only)

6.  Fox Rothschild:  jplackter@foxrothschild.com (Docket Nos. 7476 and 7482 only)

7.  Davis Wright Tremaine LLP:  barbarasimpsonkraft@dwt.com (Docket Nos. 7476 and 7483
    only)

**Exhibit "C"**

## Exhibit C – U.S. Trustee and Chambers

1. OFFICE OF THE US TRUSTEE
   ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
   BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
   33 WHITEHALL STREET, 21ST FLOOR
   NEW YORK, NY 10004

2. UNITED STATES BANKRUPTCY COURT
   SOUTHERN DISTRICT OF NEW YORK
   ATTN: THE HONORABLE JAMES M. PECK
   ONE BOWLING GREEN, COURTROOM 601
   NEW YORK, NY 10004

**Exhibit "D"**

## Exhibit D – Additional Parties

1.    KEVIN CORCORAN
      4311 VENTNOR AVENUE
      ATLANTIC CITY, NJ 08401
      (Docket Nos. 7476 and 7484 only)

2.    JOEL FREIS
      C/O RE/MAX ADVANCE REALTY II
      11010 SW 88 STREET, #200
      MIAMI, FL 33176
      (Docket Nos. 7476 and 7479 only)