Form 210A (10/06)

# UNITED STATES BANKRUTPCY COURT

## Southern District of New York

In re  **Lehman Brothers, Inc.**          Case No. 08-01420 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| **CVI GVF Luxembourg Twelve S.a.r.l.** | **KAPUESCI, DANIEL M AND ROSA ANDREA DAHHAJ JTWROS** |

**Name and Address where notices to Transferee should be sent:**
CVI GVF Luxembourg Twelve S.a.r.l.
c/o CarVal Investors, LLC, its attorney-in-fact
9320 Excelsior Boulevard
Hopkins, Minnesota 55343
Tel: 952-984-3416
Attention: Teri Salberg

Court Claim# (if Known): **9000136**
Amount of Claim as Filed: **Entire Claim Amount**
Amount of Claim Transferred: **Entire Claim Amount**
Date Claim Filed: **12/12/2008**
Debtor: **Lehman Brothers Inc.**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: **/s/ Tiffany Parr**          Date:   October 25, 2013
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS, INC.

Debtor

Case No. 08-01420 (JMP)

### NOTICE OF TRANSFER OF CLAIM
### PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of Daniel M Kapuesci and Rosa Andrea Dabbah JT WROS ("Assignor") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $766,956.11 | 9000136 |

have been transferred and assigned to CVI GVF Luxembourg Twelve S.a.r.l ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: CVI GVF Luxembourg Twelve S.a.r.l.
By CarVal Investors
Its attorney in fact
Address: c/o CarVal Investors, LLC
9320 Excelsior Boulevard
Hopkins, Minnesota 55343
Signature:
Name:
Title: Tiffany Parr
Date: Authorized Signer

ASSIGNOR: Daniel M Kapuesci and Rosa Andrea Dabbah JT WROS
Address: Attn: Ariel Ackerman
Libertador 3122 7
Piso 7 DTO A
Buenos Aires
Argentina
Signature:
Name:
Date:
Signature:
Name:
Date: