UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :
In re                                                      :   Chapter 11 Case No.
                                                           :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                   :   08-13555 (JMP)
                                                           :
                              Debtors.                     :   (Jointly Administered)
                                                           :
                                                           :
-----------------------------------------------------------x

### AMENDED SUPPLEMENTAL AFFIDAVIT AND DISCLOSURE STATEMENT OF THEODORE A. KREBSBACH, ESQ. ON BEHALF OF KREBSBACH & SNYDER, P.C.

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

THEODORE A. KREBSBACH, being duly sworn, upon his oath, deposes and says:

1. I am a member of Krebsbach & Snyder, P.C., located at 55 Broadway, Suite 1600, New York, NY 10006 (the "Firm").

2. On March 11, 2009, I executed an Affidavit and Disclosure Statement (the "Affidavit") in support of Debtors' retention of the Firm as ordinary course professionals to provide legal services with respect to litigation, arbitration, collection and related matters and submitted that Affidavit and a completed Retention Questionnaire (the "Questionnaire") to the Debtors' bankruptcy counsel, to be filed with the Court in accordance with the procedures set forth in the order entered November 5, 2008 authorizing the Debtors to employ professionals utilized in the ordinary course of business [Docket No. 1394]. The Debtors subsequently filed the Affidavit and Questionnaire with the Court on March 18, 2009 [Docket No. 3158].

3. This affidavit supplements the previous Affidavit as follows:

US_ACTIVE:\20953498\01\58399.0003

- Subsequent to the filing of the original Affidavit and Questionnaire, on September 22, 2209, the Firm filed a proof of claim in this bankruptcy proceeding in the amount of $52,692.12. When I submitted the Affidavit and Questionnaire in March 2009, I was not aware the Firm would be filing a proof of claim in this bankruptcy proceeding.

- Subsequent to the filing of the original Affidavit and Questionnaire -- in 2010 -- the Firm's rates increased as they typically do each year. The 2010 rates are reflected on the Amended Retention Questionnaire, which is annexed as Exhibit A. The Firm's rates are subject to change.

By: _____
THEODORE A. KREBSBACH

Subscribed and sworn to before me
this 11th day of March, 2010

_____
Notary Public

BARRY S. GOLD
Notary Public, State of New York
No. 4827953
Qualified in Westchester County
Commission Expires May 31, 20_10_

# Exhibit A

08-13555-mg    Doc 7543    Filed 03/12/10    Entered 03/12/10 11:55:04    Main Document
Pg 3 of 7

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
In re                                               :    Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,            :    08-13555 (JMP)
                                                    :
                          Debtors.                  :    (Jointly Administered)
                                                    :
------------------------------------------------------------x

## AMENDED RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO</u>:

    Weil, Gotshal & Manges LLP
    767 Fifth Avenue
    New York, New York 10153
    Attn:  Jennifer Sapp
           Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

   <u>KREBSBACH & SNYDER, P.C.</u>

   <u>55 Broadway, Suite 1600</u>

   <u>New York, NY 10006</u>

   <u>(212) 825-9811</u>

2. Date of retention:    <u>March 5, 2009</u>

US_ACTIVE:\43330973\01\58399.0003

3. Type of services provided (accounting, legal, etc.):

   Legal Services, including litigation & collection work

4. Brief description of services to be provided:

   Legal representation in litigation, regulatory, arbitration, collection and related proceedings

5. Arrangements for compensation (hourly, contingent, etc.)

   Hourly rates

   (a) Average hourly rate (if applicable):

   Partner-$380; Of Counsel-$310; Associates-$235. The Firm's rates are subject to change

   (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

   Not applicable

6. Prepetition claims against the Debtors held by the firm:

   Amount of claim:    $52,692.12

   Date claim arose:   June – September 2008

   Source of Claim:    Legal Services performed for Debtor

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: None

   Status: Not applicable

Amount of Claim: <u>Not applicable</u>

Date claim arose: <u>Not applicable</u>

Source of claim: <u>Not applicable</u>

8. Stock of the Debtors currently held by the firm:

   Kind of shares: <u>None</u>

   No. of shares: <u>Not applicable</u>

9. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

   Name: <u>None</u>

   Status: <u>Not applicable</u>

   Kind of shares: <u>Not applicable</u>

   No. of shares: <u>Not applicable</u>

10. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

    <u>None</u>

4

11. Name of individual completing this form:

Theodore A. Krebsbach