BINGHAM McCUTCHEN LLP
399 Park Avenue
New York, New York 10022
Telephone No.: (212) 705-7000
Jeffrey S. Sabin
Ronald J. Silverman
Sabin Willett, *admitted pro hac vice*
Rheba Rutkowski, *admitted pro hac vice*

Counsel to Harbinger Capital Partners Special
Situations Fund, L.P. and Harbinger Capital
Partners Master Fund I, Ltd. (f/k/a Harbert
Distressed Investment Master Fund Ltd.)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | § Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC, *et al*., | § Case Nos. 08-13555 (JMP) |
| Debtors. | § (Jointly Administered) |
| SECURITIES INVESTOR PROTECTION CORP. | § |
| v. | § Adv. Pro. No. 08-01420 (JMP) |
| LEHMAN BROTHERS INC. | § |

## NOTICE OF WITHDRAWAL OF APPEARANCE
## AND REMOVAL FROM MAILING MATRIX

PLEASE TAKE NOTICE, that the undersigned hereby withdraws her appearance in the above-captioned bankruptcy and adversary proceedings on behalf of Harbinger Capital Partners Special Situations Fund, L.P. and Harbinger Capital Partners Master Fund I, Ltd. (f/k/a Harbert Distressed Investment Master Fund Ltd.).

A/73320500.1

PLEASE TAKE FURTHER NOTICE, that the undersigned hereby withdraws her request

that all notices and all papers served or required to be served in this proceeding be given to and

served upon her at the following address as listed below:

Rheba Rutkowski
Bingham McCutchen LLP
One Federal Street
Boston, MA 02110-1726
Telephone No.: (617) 951-8000
Facsimile No.:  (617) 951-8736
rheba.rutkowski@bingham.com.

Dated:  Boston, Massachusetts
         March 12, 2010

BINGHAM McCUTCHEN LLP

By:  /s/Rheba Rutkowski
     Rheba Rutkowski
     One Federal Street
     Boston, MA 02110-1726
     Telephone No.: (617) 951-8000
     Facsimile No.:  (617) 951-8736

Counsel to Harbinger Capital Partners Special
Situations Fund, L.P. and Harbinger Capital
Partners Master Fund I, Ltd. (f/k/a Harbert
Distressed Investment Master Fund Ltd.)

A/73320500.1