Lisa Milas
Rosicki, Rosicki & Associates, P.C.
51 E. Bethpage Road
Plainview, NY 11803
Telephone: (516) 741-2585

Attorneys for Property Assert Management Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON MOTIONS FOR
RELIEF FROM THE AUTOMATIC STAY REGARDING REAL PROPERTY
SITUATED AT VARIOUS LOCATIONS IN THE STATE OF NEW YORK**

   **PLEASE TAKE NOTICE** that the hearing on the relief requested in the following motions:

- Motion for Relief from Stay as to the Property located at 116-69 233rd Street, Cambria Heights, NY 11411 [Docket No. 6335]

- Motion for Relief from Stay as to the property located at 1219 E 59th Street, Brooklyn, NY 11234 [Docket No. 6350]

(together, the "Motions") which was scheduled for March 17, 2010, at 10:00 a.m. (prevailing Eastern Time), **has been adjourned to April 14, 2010 at 10:00 a.m. (prevailing Eastern Time)**, or as soon thereafter as counsel may be heard. The hearing on the Motions will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York,

New York, Room 601, and such hearing on the Motions may be further adjourned from time to time without further notice other than an announcement at the hearing.

Dated: March 12, 2010
       Plainview, New York

*/s/ Lisa Milas*
Lisa Milas

Rosicki, Rosicki & Associates, P.C.
51 E. Bethpage Road
Plainview, NY 11803
Telephone: (516) 741-2585

Attorneys for Property Asset Management Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————X   Chapter 11

In re:                                                                      Case No.: 08-13555

   LEHMAN BROTHERS HOLDINGS, INC.     (Jointly Administered)

DEBTOR.

———————————————————————X

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NASSAU     )

I, Patrick Lamberti, being duly sworn, deposes and says:
   I am not a party to this action, am over 18 years of age and reside in Nassau County, New York.
   On March 12, 2010, I served the within Notice of Adjournment of Hearing on Motions for Relief from the Automatic Stay Regarding Real Property Situated as Various Locations in the State of New York on the following parties, by depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

SEE ATTACHED SERVICE LIST

                                           _____
                                           Patrick Lamberti

Sworn to before me this
12th day of March, 2010

_____
NOTARY PUBLIC

                                           Rose Saramago
                                    Notary Public, State of New York
                                        No. 01SA6163060
                                    Qualified in Suffolk County
                                Commission expires March 19, 20 11

TO:    BNC Mortgage LLC
Debtor-in-Possession
1901 Main Street
Irvine, CA 92624

Weil, Gotshal & Manges, LLP
Attn: Harvey R. Miller, Esq.
Richard P. Krasnow, Esq., Lori R.
Fife, Esq., Shai Y. Waisnam, Esq.
And Jacqueline Marcus, Esq.
Attorney for Debtors
767 Fifth Avenue
New York, NY 10153

Hughs Hubbard & Reed
Attn: Jeffrey S. Margolin, Esq. and
Sarah K. Loomis, Esq.
Attorneys for James W. Giddens, as
Trustee for the SIPA Liquidation of
Lehman Brothers, Inc.
1 Battery Park Plaza
New York, NY 10004

Office of the United States Trustee
Attn: Andy Velez-Rivera, Paul
Schwartzberg, Brian Masumoto
Linda Riffrin and Tracy Hope Davis
33 Whitehall Street 21st Floor
New York, NY 10004

Claims and Noticing Agent
Epiq Bankruptcy Solutions, LLC Claims
Agent f/k/a Bankruptcy Services, LLC
757 Third Avenue 3rd Floor
New York, NY 10017

Milbank, Tweed, Hadley & McCloy, LLP
Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq.
And Evan Fleck, Esq.
Official Committee for the Unsecured Creditors
1 Chase Manhattan Plaza
New York, NY 10005

Quinn Emanuel Urquhart Oliver & Hedges
Attn: James Tecce and Susheel Kirpalani
Attorney for the Official Committee of
Unsecured Creditors
51 Madison Avenue 22nd Floor
New York, NY 10010

Darell Brown
116-69 233rd Street
Cambria Heights, NY 11411

Katherine Bazard
1219 E 59th Street
Brooklyn, NY 11234