Exhibit A

1. Indenture dated as of September 12, 2006 between AVIV LCDO 2006-1, Limited, Issuer, AVIV LCDO 2006-1, Corp., Co-Issuer and U.S. Bank National Association, as Trustee.

2. Indenture dated as of March 8, 2007 between Exum Ridge CBO 2007-1, Ltd., Issuer, Exum Ridge CBO 2007-1, Corp., Co-Issuer and U.S. Bank National Association, as Trustee.

3. Indenture dated as of May 2, 2007 between Exum Ridge CBO 2007-2, Ltd., Issuer, Exum Ridge CBO 2007-2, Corp., Co-Issuer and U.S. Bank National Association, as Trustee.

4. Indenture dated as of July 25, 2006 between SGS HY Credit Fund I (Exum Ridge CBO 2006-3), Ltd., Issuer, SGS HY Credit Fund I (Exum Ridge CBO 2006-3), Corp., Co-Issuer and U.S. Bank National Association, as Trustee.

5. Indenture dated as of March 8, 2006 between Exum Ridge CBO 2006-2, Ltd., Issuer, Exum Ridge CBO 2006-2, Corp., Co-Issuer and U.S. Bank National Association, as Trustee.

6. Indenture between Exum Ridge CBO 2006-1, Ltd., Issuer, Exum Ridge CBO 2006-1, Corp., Co-Issuer and U.S. Bank National Association, as Trustee.

7. Indenture dated as of July 19, 2007 between Pebble Creek LCDO 2007-3, Ltd., Issuer, Pebble Creek LCDO 2007-3, LLC, Co-Issuer and U.S. Bank National Association, as Trustee.

8. Indenture dated as of June 22, 2007 between White Marlin CDO 2007-1, Ltd., Issuer, White Marlin CDO 2007-1, Corp., Co-Issuer and U.S. Bank National Association, as Trustee.

9. Indenture dated as of September 15, 2006, between Exum Ridge CBO 2006-4, Ltd., Issuer, Exum Ridge CBO 2006-4, Corp., Co-Issuer and U.S. Bank National Association, as Trustee.

10. Indenture dated as of October 12, 2006, between Exum Ridge CBO 2006-5, Ltd., Issuer, Exum Ridge CBO 2006-5, Corp., Co-Issuer and U.S. Bank National Association, as Trustee.

11. Indenture dated as of November 29, 2006 between Pebble Creek LCDO 2006-1, Ltd., Issuer, Pebble Creek LCDO 2006-1, Corp., Co-Issuer and U.S. Bank National Association, as Trustee.

12.     Indenture dated January 30, 2007 between Airlie LCDO II (Pebble Creek 2007-1), Ltd., as Issuer, Airlie LCDO II (Pebble Creek 2007-1), Corp., as Co-Issuer, and U.S. Bank National Association as Trustee.

13.     Indenture dated as of October 5, 2006 between AVIV LCDO 2006-2, Limited, Issuer, AVIV LCDO 2006-2, Corp., Co-Issuer and U.S. Bank National Association, as Trustee.