WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Gerard Uzzi (GU – 2297)
Eric K. Stodola (ES – 1111)


ATTORNEYS FOR THE AD HOC GROUP OF
LEHMAN BROTHERS CREDITORS

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Chapter 11 |
|  | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       )  s.s.:
NEW YORK COUNTY        )

   Lyudmyla Polyova, being duly sworn, deposes and states that she resides in Palisades Park, New Jersey; that she is over the age of twenty-one years and that she is not a party to this proceeding.

   On the 11th day of March, 2010, deponent caused a copy of the *Statement of Ad Hoc Group of Lehman Brothers Creditors in Support of Motion of Debtors' to Compel Performance by Norton Gold Fields Limited of Its Obligations Under and Executory Contract and To Enforce the Automatic Stay* to be served by First Class Mail on the parties shown on the attached Service List.

                    */s/ Lyudmyla Polyova*
                     Lyudmyla Polyova


Sworn to before me the 15th day of March, 2010
*/s/ Patricia A. Ashman*
_____
Notary Public State of New York, No. 01AS6155444
Qualified in Bronx County
Certificate Filed in New York County
My commission expires December 11, 2010

NEWYORK 7564515 (2K)

# SERVICE LIST

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE
DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

WEIL GOTSHAL & MANGES LLP
ATTN: RICHARD P. KRASNOW, LORI R. FIFE
SHAI Y. WAISMAN, JACQUELINE MARCUS
767 FIFTH AVENUE
NEW YORK, NY 10153

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005


SHEPPARD MULLIN RICHTER & HAMPTON, LLP
30 Rockefeller Plaza, 24th Floor
New York, New York 10112
30 ROCKEFELLER PLAZA, 24th FL
NEW YORK, NY 10112
ATTN:
Edward H. Tillinghast, III
Susan G. Rosenthal
Malani J. Cademartori
Blanka K. Wolfe