**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re                                                          :    Chapter 11
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    Case No. 08-13555 (JMP)
                                                               :
                           Debtors.                            :    (Jointly Administered)
                                                               :
                                                               :
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

     Michael M. Krauss of the City of Minneapolis, County of Hennepin, State of Minnesota, states under penalty of perjury that on March 15, 2010, he served Santa Fe Entities' Reply to the Omnibus Objection to Santa Fe Entities' Motion to Treat Their Claims as Timely Filed Pursuant to Federal Rule of Bankruptcy Procedure 9006(B)(1) by UPS Next Day Air on the following parties listed on the attached service list.

     Parties who requested electronic service in these cases by Notice of Electronic Filing received service via ECF with the Bankruptcy Court in the Southern District of New York.

March 15, 2010                              /s/ Michael M. Krauss
                                            Michael M. Krauss (MK-9699)
                                            Abby E. Wilkinson
                                            Michael F. Doty
                                            Christopher J. Harayda
                                            Faegre & Benson LLP
                                            2200 Wells Fargo Center
                                            90 South Seventh Street
                                            Minneapolis, MN  55402-3901
                                            Telephone: (612) 766-7000
                                            Facsimile: (612) 766-1600

| | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>ATTN: THE HONORABLE JAMES M. PECK<br>ONE BOWLING GREEN, COURTROOM 601<br>NEW YORK, NY  10004 | WEIL GOTSHAL & MANGES LLP<br>ATTN: HARVEY R. MILLER, RICHARD P.<br>KRASNOW, LORI R. FIFE<br>SHAI Y. WAISMAN, JACQUELINE MARCUS<br>767 FIFTH AVENUE<br>NEW YORK, NY  10153 | OFFICE OF THE US TRUSTEE<br>ATTN: ANDY VELEZ-RIVERA, PAUL<br>SCHWARTZBERG, BRIAN MASUMOTO, LINDA<br>RIFKIN, TRACY HOPE DAVIS<br>33 WHITEHALL STREET, 21ST FLOOR<br>NEW YORK, NY  10004 |
| DEWEY & LEBOEUF LLP<br>ATTN: MARTIN J BIENENSTOCK<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10019 | MILBANK, TWEED, HADLEY & MCCLOY LLP<br>ATTN: DENNIS DUNNE, DENNIS O'DONNELL,<br>EVAN FLECK<br>1 CHASE MANHATTAN PLAZA<br>NEW YORK, NY  10005 | |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>ATTN: LISA SCHWEITZER/LINDSEE GRANFIELD<br>ONE LIBERTY PLAZA<br>NEW YORK, NY  10006 | WHITE & CASE LLP<br>ATTN: CHRISTOPHER SHORE AND<br>LISA THOMPSON<br>1155 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10036-2787 | |