UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                              :      Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :      Case No. 08-13555 (JMP)
:
Debtors.                        :
:      (Jointly Administered)
:
:
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

Michael M. Krauss of the City of Minneapolis, County of Hennepin, State of Minnesota, states under penalty of perjury that on March 15, 2010, he served CVI GVF (Lux) Master S.a.r.l.'s Reply to the Omnibus Objection To CVI GVF (Lux) Master S.a.r.l.'s Motion to Treat the Claims of Black River Asia Fund Ltd. as Timely Filed Pursuant to Federal Rule of Bankruptcy Procedure 9006(B)(1) by UPS Next Day Air on the following parties listed on the attached service list.

Parties who requested electronic service in these cases by Notice of Electronic Filing received service via ECF with the Bankruptcy Court in the Southern District of New York.

March 15, 2010                          /s/ Michael M. Krauss
                                        Michael M. Krauss (MK-9699)
                                        Abby E. Wilkinson
                                        Michael F. Doty
                                        Christopher J. Harayda
                                        Faegre & Benson LLP
                                        2200 Wells Fargo Center
                                        90 South Seventh Street
                                        Minneapolis, MN  55402-3901
                                        Telephone: (612) 766-7000
                                        Facsimile: (612) 766-1600

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY  10004

WEIL GOTSHAL & MANGES LLP
ATTN: HARVEY R. MILLER, RICHARD P. KRASNOW, LORI R. FIFE
SHAI Y. WAISMAN, JACQUELINE MARCUS
767 FIFTH AVENUE
NEW YORK, NY  10153

OFFICE OF THE US TRUSTEE
ATTN: ANDY VELEZ-RIVERA, PAUL SCHWARTZBERG, BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY  10004

DEWEY & LEBOEUF LLP
ATTN: MARTIN J BIENENSTOCK
1301 AVENUE OF THE AMERICAS
NEW YORK, NY  10019

MILBANK, TWEED, HADLEY & MCCLOY LLP
ATTN: DENNIS DUNNE, DENNIS O'DONNELL, EVAN FLECK
1 CHASE MANHATTAN PLAZA
NEW YORK, NY  10005

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: LISA SCHWEITZER/LINDSEE GRANFIELD
ONE LIBERTY PLAZA
NEW YORK, NY  10006

WHITE & CASE LLP
ATTN: CHRISTOPHER SHORE AND LISA THOMPSON
1155 AVENUE OF THE AMERICAS
NEW YORK, NY  10036-2787