WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
                                                  :
In re                                             :   Chapter 11 Case No.
                                                  :
LEHMAN BROTHERS HOLDINGS INC., et al.,            :   08-13555 (JMP)
                                                  :
                         Debtors.                 :   (Jointly Administered)
                                                  :
-------------------------------------------------------------------x
```

**MONTHLY REPORT OF ASSETS DISPOSED OF PURSUANT**
**TO THE *DE MINIMIS* ASSET SALE OR ABANDONMENT PROCEDURES**

In compliance with the Order Pursuant to Sections 105, 363, and 554(a) of

the Bankruptcy Code Establishing Procedures for *De Minimis* Asset Sales and

Abandonments entered by the United States Bankruptcy Court for the Southern District

of New York on June 17, 2009 [Docket No. 4021], the above-captioned debtors and

debtors in possession have disposed of the assets described on Exhibit A (sales) and

Exhibit B (abandonments) attached hereto following notice to the Interested Parties[1] and

---

[1] Capitalized terms that are used but not defined herein shall have the meanings ascribed to them in the Sale and Abandonment Order.

the expiration of the applicable Notice Period without objection by an Interested Party.

Dated: March 15, 2010
New York, New York

                                      /s/ Shai Y. Waisman
                                      Shai Y. Waisman
                                      WEIL, GOTSHAL & MANGES LLP
                                      767 Fifth Avenue
                                      New York, New York 10153
                                      Telephone: (212) 310-8000
                                      Facsimile: (212) 310-8007

                                      Attorneys for Debtors
                                      and Debtors in Possession

## **Exhibit A**
(Schedule of Assets Disposed of Pursuant to the *De Minimis* Sale Procedures)

| Description of the Asset | Location of the Asset | Purchaser | Relationship Between Purchaser and the Debtors | Lien or Encumbrance Holders | Terms and Conditions of the Noticed *De Minimis* Sale |
|---|---|---|---|---|---|
| Residential Real Property | 8291 Waterwell Way, Tracy, CA | Travis and Sarah Atkins | none | none | $540,000 |
| Residential Real Property | 1628 Madison Lane SE, Conyers, GA | Sylvia K. Bush | none | none | $375,000 |
| Residential Real Property | 45 Kingsbridge Ave., Staten Island, NY | Svetlana & Vadim Langman | none | none | $360,000 |
| Residential Real Property | 40900 Stewart Mesa, Paonia, CO | William C. Janss Jr. & Diane L. Davis | none | none | $334,000 |
| Residential Real Property | 105-07 171st Place, Jamaica, NY | Vishnu Deonaraine | none | none | $301,500 |

## Exhibit B

(Schedule of Assets Disposed of Pursuant to the *De Minimis* Abandonment Procedures)

| Description of the Asset | Reason for the Abandonment | Party to Whom the Asset was Abandoned |
|---|---|---|
| none | | |