UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br><br>(the "Debtors"). | Chapter 11<br><br>Case No. 08-13555 (JMP)<br>(Jointly Administered)<br><br>**Claim No. 22011**<br>**Debtor: Lehman Brothers Commercial Corporation** |

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (2)**

To:   (transferor)   Cantab Capital Partners LLP
                     Daedalus House - Station Road
                     Cambridge, CB1 2RE
                     UNITED KINGDOM
                     Attn: Chris Pugh

Your unsecured claim, Claim Number 22011 against **LEHMAN BROTHERS COMMERCIAL CORP.** has been transferred to:

Transferee:   Neuberger Berman Management, LLC
              605 Third Avenue
              New York, NY 10158-3698
              Attn: Andrew Allard
              Phone: 646-497-4669
              Fax: 212-519-1051

              With Copies To:

              Stroock & Stroock & Lavan LLP
              180 Maiden Lane
              New York, NY 10038
              Attn: Harold Olsen, Esq.

The Evidence of Transfer of Claim is attached hereto. No action is required if you do not object to the transfer of your claim. However, if you object to the transfer of your claim, within 20 days of the date of this notice, you must:

   File a written objection to the transfer with:

   United States Bankruptcy Court
   Southern District of New York
   One Bowling Green
   New York, New York 10004

   Send a copy of your objection to the Transferee.

(For Clerk's Office Use Only):
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2010.
Internal Control No._____
Copy: (check) Claims Agent____ Transferee _____Debtor's Attorney _____Deputy Clerk _____
Refer to Internal Control No. _____ in your objection. If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

# EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the
Southern District of New York ("Bankruptcy Court")
Attn:   Clerk

AND TO:   Lehman Brothers Commercial Corporation ("Debtor")
Case No. 08-13901

Claim #: 22011

CANTAB CAPITAL PARTNERS LLP, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

> Neuberger Berman Management, LLC
> 605 Third Avenue
> New York, New York 10158-3698
> Phone: 212-476-9000
> Name: Andrew Allard

its successors and assigns ("Buyer"), all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, the claim of Seller, described in Proof of Claim No. 22011, filed on September 21, 2009 in the principal amount of $1,649,066.67 ("Claim") against the Debtor in the Bankruptcy Court in the above referenced case, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated _____, 200_.

| CANTAB CAPITAL PARTNERS LLP | NEUBERGER BERMAN MANAGEMENT LLC AND NEUBERGER BERMAN FIXED INCOME LLC |
|---|---|
| By: _____ <br> Name: *[signature]* <br> Title: PARTNER | By: _____ <br> Name: Robert Conti <br> Title: President |