Hearing Date and Time: March 17, 2010 at 10:00 a.m.

CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois 60603
Telephone: (312) 845-3000
Facsimile: (312) 701-2361
James E. Spiotto (admitted pro hac vice)
Ann E. Acker (admitted pro hac vice)
Franklin H. Top, III (admitted pro hac vice)

-and-

CHAPMAN AND CUTLER LLP
330 Madison Avenue, 34th Floor
New York, New York 10017-5010
Telephone: (212) 655-6000
Craig M. Price

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE | CHAPTER 11 CASE NO. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., ET AL., | |
| Debtors. | (Jointly Administered) |

**WITHDRAWAL OF OBJECTION OF U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE TO THE DEBTORS' MOTION, PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 3007 AND 9019(b), FOR APPROVAL OF (I) CLAIM OBJECTION PROCEDURES AND (II) SETTLEMENT PROCEDURES**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

2780437_01_02.doc

NOW COMES U.S. Bank National Association, not individually but as Trustee, to withdraw its objection to the Motion of the Debtors Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 3007 and 9019(b) For Approval of (i) Claim Objection Procedures and (ii) Settlement Procedures (the "*Motion*") [Docket No. 6500]. In connection with its withdrawal, U.S. Bank states as follows:

Upon further discussion with the Debtors and in light of the amendments made by the Debtors and included in the Order, entered on January 14, 2010, with regard to the Motion, U.S. Bank hereby withdraws its objection.

Dated: March 15, 2010

                                                  Respectfully submitted,

                                                  U.S. Bank National Association, not individually but as Trustee

                                                  By: _____/s/ Ann Acker_____
                                                          One of Its Attorneys

James E. Spiotto
Ann Acker
Franklin H. Top, III
Chapman and Cutler LLP
111 West Monroe Street
Chicago, Illinois  60603
(312) 845-3000


Craig M. Price
Chapman and Cutler LLP
330 Madison Avenue, 34th Floor
New York, New York  10017-5010
(212) 655-6000