UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                             :     Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :     08-13555 (JMP)
                                                                  :
                         Debtors.                                 :     (Jointly Administered)
                                                                  :
------------------------------------------------------------------x     Ref. Docket Nos.: 7488 & 7489

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

ELLI PETRIS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 10, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Sworn to before me this                              /s/ Elli Petris
15th day of March, 2010                              Elli Petris

/s/ Diane M. Streany
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 2010

T:\Clients\LBH\Affidavits\Transfers 7488 & 7489_Aff_ 03-10-10.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          | Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         | 08-13555 (JMP)
                                               |
                                               | (Jointly Administered)
            Debtors.                           |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

         To:  ARROWGRASS DISTRESSED OPPORTUNITIES FUND LIMITED
              C/O ARROWGRASS CAPITAL PARTNERS LLP
              ATTN: SWATI PATEL/DAMIEN HILL
              TOWER 42, 25 OLD BROAD STREET
              LONDON     EC2N 1HQ
              UNITED KINGDOM

Please note that your claim # 44629 in the above referenced case and in the amount of
         $7,616,490.09         has been transferred **(unless previously expunged by court order)**

              MERRILL LYNCH INTERNATIONAL
              TRANSFEROR: ARROWGRASS DISTRESSED OPPORTUNITIES FUND LIMITED
              BANK OF AMERICA MERRILL LYNCH FIN CENTRE
              2 KING EDWARD STREET
              LONDON     EC1A 1HQ
              UNITED KINGDON

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7489       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/10/2010                              Vito Genna, Clerk of Court


                                              /s/ Elli Petris
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 10, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:   ARROWGRASS MASTER FUND LTD
          C/O ARROWGRASS CAPITAL PARTNERS LLP
          ATTN: SWATI PATEL / DAMIEN HILL
          TOWER 42, 25 OLD BROAD STREET
          LONDON    EC2N 1HQ
          UNITED KINGDOM
```

Please note that your claim # 44630 in the above referenced case and in the amount of
      $21,677,702.55         has been transferred **(unless previously expunged by court order)**

```
          MERRILL LYNCH INTERNATIONAL
          TRANSFEROR: ARROWGRASS MASTER FUND LTD
          BANK OF AMERICA MERRILL LYNCH FIN CENTRE
          2 KING EDWARD STREET
          LONDON    EC1A 1HQ
          UNITED KINGDON
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7488         in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/10/2010                          Vito Genna, Clerk of Court

                                          /s/ Elli Petris
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 10, 2010.

**EXHIBIT B**

```
TIME: 21:21:40                                      LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 03/10/10                                            CREDITOR LISTING

Name                                    Address
ARROWGRASS DISTRESSED OPPORTUNITIES FUND LIMITED  ARROWGRASS CAPITAL PARTNERS LLP ATTN: SWATI PATEL/DAMIEN HILL TOWER 42, 25 OLD BROAD STREET LONDON  EC2N 1HQ UNITED KINGDOM
ARROWGRASS MASTER FUND LTD              C/O ARROWGRASS CAPITAL PARTNERS LLP ATTN: SWATI PATEL / DAMIEN HILL TOWER 42, 25 OLD BROAD STREET LONDON  EC2N 1HQ UNITED KINGDOM
MERRILL LYNCH INTERNATIONAL             TRANSFEROR: ARROWGRASS DISTRESSED OPPORTUNITIES FUND LIMITED BANK OF AMERICA MERRILL LYNCH FIN CENTRE 2 KING EDWARD STREET LONDON  EC1A 1HQ UNITED KINGDOM
MERRILL LYNCH INTERNATIONAL             TRANSFEROR: ARROWGRASS MASTER FUND LTD BANK OF AMERICA MERRILL LYNCH FIN CENTRE 2 KING EDWARD STREET LONDON  EC1A 1HQ UNITED KINGDOM

Total Number of Records Printed      4
```

# EXHIBIT C

LBH 3-10-10

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153