**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------------x
                                              :
In re                                         :      Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,        :      08-13555 (JMP)
                                              :
                Debtors.                      :      (Jointly Administered)
                                              :
-----------------------------------------------------------------------x      Ref. Docket Nos.  7493, 7504, 7508-
                                                     7513
```

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK   )

CHRISTOPHER SIMCO, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On March 11, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

<div style="margin-left: 50%;">
/s/ Christopher Simco
Christopher Simco
</div>

Sworn to before me this
12th day of March, 2010

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

# EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  BARCLAYS BANK PLC                              BARCLAYS BANK PLC
     ATTN: MARK MANSKI, MANAGING DIRECTOR           LINDSEE P. GRANFIELD, ESQ.
     200 PARK AVE.                                  CLEARY GOTTLIEB STEEN & HAMILTON LLP
     NEW YORK NY 10166                              ONE LIBERTY PLAZA
                                                    NEW YORK NY 10006

Please note that your claim # 60699-04 in the above referenced case and in the amount of
          $526,091.34          has been transferred **(unless previously expunged by court order)**

          GOLDENTREE MASTER FUND II, LTD
          TRANSFEROR: BARCLAYS BANK PLC
          300 Park Avenue, 21st Floor
          Attn: Christopher J. Dunn
          New York NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7493        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/11/2010                          Vito Genna, Clerk of Court


                                          /s/ Christopher Simco
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 11, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
In re                                   |   Chapter 11 Case No.
                                        |
                                        |   08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,  |
                                        |   (Jointly Administered)
                                        |
                  Debtors.              |
                                        |
_____|
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
     To:  CAT BROKERAGE AG
          TRANSFEROR: INNOVATIS INVESTMENTS FUND LTD. (SAC)
          A MEMBER OF CAT GROUP AG
          GUTENBERGSTRASSE 10
          POSTFACH
          ZURICH    8027
          SWITZERLAND
```

Please note that your claim # 58690 in the above referenced case and in the amount of $10,139,500.00        has been transferred **(unless previously expunged by court order)**

```
          NOMURA INTERNATIONAL PLC
          TRANSFEROR: CAT BROKERAGE AG
          25 BANK STREET
          LONDON    E14 5LE
          UNITED KINGDOM
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7504       in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/11/2010                        Vito Genna, Clerk of Court


                                        /s/ Christopher Simco
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 11, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                          |
In re                                     |        Chapter 11 Case No.
                                          |
                                          |        08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,    |
                                          |        (Jointly Administered)
                                          |
              Debtors.                    |
                                          |
                                          |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
        To:   SOUTH YORKSHIRE PENSION AUTHORITY
              C/O WESTERN ASSET MANAGEMENT COMPANY &
              WESTERN ASSET MANAGEMENT COMPANY LIMITED
              ATTN: LEGAL DEPT. W-5184
              385 E. COLORADO BLVD.
              PASADENA CA 91101
```

Please note that your claim # 60741 in the above referenced case and in the amount of
$2,668,858.44          has been transferred **(unless previously expunged by court order)**

```
        MORGAN STANLEY & CO. INTERNATIONAL PLC              MORGAN STANLEY & CO. INTERNATIONAL PLC
        TRANSFEROR: SOUTH YORKSHIRE PENSION AUTHORITY       RICHARDS KIBBE & ORBE L.L.P.
        25, CABOT SQUARE                                    ONE WORLD FINANCIAL CENTER
        CANARY WHARF                                        ATTN: MANAGING CLERK
        LONDON     E14 4QA                                  NEW YORK NY 10281-1003
        ENGLAND
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7508      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/11/2010                        Vito Genna, Clerk of Court


                                        /s/ Christopher Simco
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 11, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  FCDB LBU 2009 LLC
             C/O FORTRESS INVESTMENT GROUP LLC
             ATTN: JAMES K. NOBLE III
             1345 AVENUE OF THE AMERICAS, 46TH FLOOR
             NEW YORK NY 10105

Please note that your claim # 62870-02 in the above referenced case and in the amount of
        $1,073,850.27       has been transferred **(unless previously expunged by court order)**

MORGAN STANLEY & CO. INTERNATIONAL PLC
TRANSFEROR: FCDB LBU 2009 LLC
25, CABOT SQUARE
CANARY WHARF
LONDON      E14 4QA
ENGLAND

MORGAN STANLEY & CO. INTERNATIONAL PLC
RICHARDS KIBBE & ORBE L.L.P.
ATTN: MANAGING CLERK
ONE WORLD FINANCIAL CENTER
NEW YORK NY 10281-1003

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7509      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/11/2010                         Vito Genna, Clerk of Court


                                         /s/ Christopher Simco
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 11, 2010.

```
_____
                                          |
In re                                     |     Chapter 11 Case No.
                                          |
                                          |     08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,    |
                                          |     (Jointly Administered)
                                          |
               Debtors.                   |
                                          |
_____|
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
     To:  FCDB LBU LLC C/O FORTRESS INVESTMENT GROUP
          ATTN: JAMES K. NOBLE
          1345 AVENUE OF THE AMERICAS
          NEW YORK NY 10105
```

Please note that your claim # 62931-14 in the above referenced case and in the amount of
        $215,238.29         has been transferred **(unless previously expunged by court order)**

```
     MORGAN STANLEY & CO. INTERNATIONAL PLC           MORGAN STANLEY & CO. INTERNATIONAL PLC
     TRANSFEROR: FCDB LBU LLC C/O FORTRESS INVESTMENT GROUP   RICHARDS KIBBE & ORBE L.L.P.
     25, CABOT SQUARE                                 ATTN: MANAGIN CLERK
     CANARY WHARF                                     ONE WORLD FINANCIAL CENTER
     LONDON     E14 4QA                               NEW YORK NY 10281-1003
     ENGLAND
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7510     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/11/2010                          Vito Genna, Clerk of Court


                                          /s/ Christopher Simco
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 11, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                          |
In re                                     |      Chapter 11 Case No.
                                          |
                                          |      08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,    |
                                          |      (Jointly Administered)
                                          |
                Debtors.                  |
                                          |
                                          |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
        To:  FCDB LBU LLC C/O FORTRESS INVESTMENT GROUP
             ATTN: JAMES K. NOBLE
             1345 AVENUE OF THE AMERICAS
             NEW YORK NY 10105
```

Please note that your claim # 62931-15 in the above referenced case and in the amount of
         $702,114.91       has been transferred **(unless previously expunged by court order)**

```
        MORGAN STANLEY & CO. INTERNATIONAL PLC              MORGAN STANLEY & CO. INTERNATIONAL PLC
        TRANSFEROR: FCDB LBU LLC C/O FORTRESS INVESTMENT GROUP   RICHARDS KIBBE & ORBE L.L.P.
        25, CABOT SQUARE                                     ATTN: MANAGING CLERK
        CANARY WHARF                                         ONE WORLD FINANCIAL CENTER
        LONDON     E14 4QA                                   NEW YORK NY 10281-1003
        ENGLAND
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7511      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/11/2010                         Vito Genna, Clerk of Court


                                         /s/ Christopher Simco
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 11, 2010.
```

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                              |
In re                                         |     Chapter 11 Case No.
                                              |
                                              |     08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,        |
                                              |     (Jointly Administered)
                                              |
                 Debtors.                     |
                                              |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  FCDB LBU LLC C/O FORTRESS INVESTMENT GROUP
             ATTN: JAMES K. NOBLE
             1345 AVENUE OF THE AMERICAS
             NEW YORK NY 10105

Please note that your claim # 62931-16 in the above referenced case and in the amount of
         $477,349.61        has been transferred **(unless previously expunged by court order)**

MORGAN STANLEY & CO. INTERNATIONAL PLC            MORGAN STANLEY & CO. INTERNATIONAL PLC
TRANSFEROR: FCDB LBU LLC C/O FORTRESS INVESTMENT GROUP   RICHARDS KIBBE & ORBE L.L.P.
25, CABOT SQUARE                                  ATTN: MANAGING CLERK
CANARY WHARF                                       ONE WORLD FINANCIAL CENTER
LONDON       E14 4QA                               NEW YORK NY 10281-1003
ENGLAND

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7512       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/11/2010                          Vito Genna, Clerk of Court


                                          /s/ Christopher Simco
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 11, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                         |
In re                                    |     Chapter 11 Case No.
                                         |
                                         |     08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,   |
                                         |     (Jointly Administered)
                                         |
                  Debtors.               |
                                         |
                                         |
_____|
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
        To:  FCDB LBU LLC C/O FORTRESS INVESTMENT GROUP
             ATTN: JAMES K. NOBLE
             1345 AVENUE OF THE AMERICAS
             NEW YORK NY 10105
```

Please note that your claim # 62931-17 in the above referenced case and in the amount of
         $1,255,194.43        has been transferred **(unless previously expunged by court order)**

```
        MORGAN STANLEY & CO. INTERNATIONAL PLC              MORGAN STANLEY & CO. INTERNATIONAL PLC
        TRANSFEROR: FCDB LBU LLC C/O FORTRESS INVESTMENT GROUP    RICHARDS KIBBE & ORBE L.L.P.
        25, CABOT SQUARE                                    ATTN: MANAGING CLERK
        CANARY WHARF                                        ONE WORLD FINANCIAL CENTER
        LONDON     E14 4QA                                  NEW YORK NY 10281-1003
        ENGLAND
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7513        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/11/2010                        Vito Genna, Clerk of Court


                                        /s/ Christopher Simco
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 11, 2010.

**EXHIBIT "B"**

TIME: 15:27:39
DATE: 03/11/10
PAGE: 1

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
| --- | --- |
| BARCLAYS BANK PLC | ATTN: MARK MANSKI, MANAGING DIRECTOR 200 PARK AVE. NEW YORK NY 10166 |
| BARCLAYS BANK PLC | LINDSEE P. GRANFIELD, ESQ. CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| CAT BROKERAGE AG | TRANSFEROR: INNOVATIS INVESTMENTS FUND LTD. (SAC) A MEMBER OF CAT GROUP AG GUTENBERGSTRASSE 10 POSTFACH ZURICH 8027 SWITZERLAND |
| FCDB LBU 2009 LLC | C/O FORTRESS INVESTMENT GROUP LLC ATTN: JAMES K. NOBLE III 1345 AVENUE OF THE AMERICAS, 46TH FLOOR NEW YORK NY 10105 |
| FCDB LBU LLC C/O FORTRESS INVESTMENT GROUP | ATTN: JAMES K. NOBLE 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| GOLDENTREE MASTER FUND II, LTD | LINDSEE P. GRANFIELD, ESQ. CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDENTREE MASTER FUND II, LTD | TRANSFEROR: BARCLAYS BANK PLC 300 Park Avenue, 21st Floor Attn: Christopher J. Dunn New York NY 10022 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | RICHARDS KIBBE & ORBE L.L.P. ATTN: MANAGIN CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | RICHARDS KIBBE & ORBE L.L.P. ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | RICHARDS KIBBE & ORBE L.L.P. ONE WORLD FINANCIAL CENTER ATTN: MANAGING CLERK NEW YORK NY 10281-1003 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | TRANSFEROR: FCDB LBU 2009 LLC 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA ENGLAND |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | TRANSFEROR: FCDB LBU LLC C/O FORTRESS INVESTMENT GROUP 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA ENGLAND |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | TRANSFEROR: SOUTH YORKSHIRE PENSION AUTHORITY 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA ENGLAND |
| NOMURA INTERNATIONAL PLC | TRANSFEROR: CAT BROKERAGE AG 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| SOUTH YORKSHIRE PENSION AUTHORITY | C/O WESTERN ASSET MANAGEMENT COMPANY & WESTERN ASSET MANAGEMENT COMPANY LIMITED ATTN: LEGAL DEPT. W-5184 385 E. COLORADO BLVD. PASADENA |

Total Number of Records Printed    15

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT "C"**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, NY 10153