| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-------------------------------------------------------------x<br>IN RE: LEHMAN BROTHERS HOLDINGS,<br>INC., *et al.*,<br><br><br><br>          Debtors.<br>-------------------------------------------------------------x | Hearing Date & Time:<br>May 12, 2010 at 10:00am<br><br>Chapter 11 Case No.<br>08-13555 (JMP)<br><br>(Jointly Administered)<br><br>**NOTICE OF MOTION FOR TERMINATION OF AUTOMATIC STAY**<br>11 U.S.C. §§ 362(d)(1) & (2) |

**PLEASE TAKE NOTICE** that U.S. Bank National Association, Trustee for Lehman Brothers Securitization Name Structured Asset Investment Loan Trust ("Movant"), by its undersigned counsel, Cahn & Cahn, LLP, will move this Court on the 15th day of April, 2010 at 10:00am, or as soon thereafter as counsel can be heard, at the U.S. Bankruptcy Courthouse, One Bowling Green, New York, NY 10004, for an Order pursuant to 11 U.S.C. §362(d)(1) & (2), terminating the automatic stay as to Movant's interest in real property commonly known as 60 South 31st Street, Wyandanch, New York, and identified on the Suffolk County Tax Map as Lot Nos. 0100-054.00-02.00-016.000 and 0100-054.00-02.00-017.000, and for such other relief as the Courts deems appropriate.

**PLEASE TAKE FURTHER NOTICE** that the relief requested may be granted without a hearing if no Objection is timely filed and served by the deadline set forth above.

Dated: March 15, 2010
       Huntington, New York

                                          CAHN & CAHN, LLP
                                          *Attorneys for Movant*

                                          By: _____
                                              Daniel K. Cahn, Esq. (DC9791)
                                          22 High Street, Suite 3
                                          Huntington, New York 11743
                                          (631) 752-1600

TO: ***Debtors***
**Lehman Brothers Holdings, Inc.**
745 Seventh Avenue
New York, NY 10019
Tax ID / EIN: 13-3216325

**BNC Mortgage, LLC**
1901 Main Street
Irvine, CA 92624
Tax ID / EIN: 3-4134566

Weil, Gotshal & Manges, LLP
Attention: Diane Harvey, Esq., Harvey R. Miller, Esq.,
Jacqueline Marcus, Esq., Ralph I. Miller, Esq.,
Robert J. Lemons, Esq., and Shai Waisman, Esq.
767 Fifth Avenue
New York, NY 10153

Jones Day
Attention: Arthur J. Margulies, Esq.,
Benjamin Rosenblum, Esq. and
William J. Hine, Esq.
222 East 41st Street
New York, NY 10017

Curtis, Mallet-Prevost, Colt & Mosle, LLP
Attention: Jerrold Lyle Bregman, Esq.
Lynn P. Harrison III, Esq., and
Steven J. Reisman, Esq.
101 Park Avenue
New York, NY 10178

Bingham McCutchen LLP
Attention: Joshua Dorchak, Esq.
399 Park Avenue
New York, NY 10022

Kramer Levin Naftalis & Frankel, LLP
Attention: Paul B. O'Neill, Esq. and
Thomas T. Janover, Esq.
1177 Avenue of the Americas
New York, NY 10036

<mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark>
<mark><mark><mark><mark><mark><mark><mark><mark><mark><mark>
<mark><mark><mark><mark><mark><mark><mark><mark>
<mark><mark><mark><mark>
<mark><mark>
<mark>

*Trustee*
**James W. Giddens, as Trustee for the SIPA**
**Liquidation of Lehman Brothers Inc.**
Hughes Hubbard & Reed LLP
Attention: Christopher K. Kiplok, Esq.,
Jeffrey S. Margolin, Esq., Neil J. Oxford, Esq.,
Sarah K. Loomis Cave, Esq., and
William R. Maguire, Esq.
One Battery Park Plaza
New York, NY 10004

*Trustee*
**Citibank, N.A., In Its Capacity As Trustee**
Bernstein Shur Sawyer & Nelson
Attention: D. Sam Anderson, Esq.
100 Middle Street
P.O. Box 9729
Portland, ME 04101

*Trustee*
**Aron Oliner as Chapter 11 Trustee of**
**The Kontrabecki Group**
Duane Morris LLP
Attention: William Heuer, Esq.
1540 Broadway
New York, NY 10036

*U.S. Trustee*
**United States Trustee for the**
**Southern District of New York**
Office of the U.S. Trustee
Attention: Andrew D. Velez-Rivera, Esq.
33 Whitehall Street, 21st Floor
New York, NY 10004

*Claims and Noticing Agent*
**Epiq Bankruptcy Solutions, LLC**
*f/k/a* **Bankruptcy Services LLC**
757 Third Avenue, 3rd Floor
New York, NY 10017

*Creditor Committee*
**Official Committee of Unsecured Creditors**
Milbank Tweed Hadley & McCloy LLP
Attention: Dennis F. Dunne, Esq.
1 Chase Manhattan Plaza
New York, NY 10005

Quinn Emanuel Urquhart Oliver & Hedges
Attention: Robert K. Dakis, Esq.
51 Madison Avenue, 22nd Floor
New York, NY 10010

*Proposed Intervenor in State Foreclosure Action*
Mary Elizabeth Abbate, Esq.
1476 Deer Park Avenue, Suite 3
North Babylon, NY 11703