UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN RE: LEHMAN BROTHERS HOLDINGS,
INC., *et al.*,

Hearing Date & Time:
May 12, 2010 at 10:00am

Chapter 11 Case No.
08-13555 (JMP)

**CERTIFICATE OF SERVICE**

            Debtors.
------------------------------------------------------------x

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF SUFFOLK    )

      Carleen Simmons-Smith, being duly sworn deposes and says, I am not a party to this action, am over 18 years of age and reside at Cold Spring Harbor, New York; that on the 15th day of March, 2010, I served the within Notice of Motion and Motion for Relief From Automatic Stay and supporting papers, by depositing a true copy of same enclosed in a pre-paid wrapper, in a official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York, addressed as follows:

    Lehman Brothers Holdings, Inc.
    745 Seventh Avenue
    New York, NY 10019

    BNC Mortgage, LLC
    1901 Main Street
    Irvine, CA 92624

    Weil, Gotshal & Manges, LLP
    Attention: Diane Harvey, Esq.
    767 Fifth Avenue
    New York, NY 10153

    Jones Day
    Attention: Arthur J. Margulies, Esq.
    222 East 41st Street
    New York, NY 10017

Curtis, Mallet-Prevost, Colt & Mosle, LLP
Attention: Jerrold Lyle Bregman, Esq.
101 Park Avenue
New York, NY 10178

Bingham McCutchen LLP
Attention: Joshua Dorchak, Esq.
399 Park Avenue
New York, NY 10022

Kramer Levin Naftalis & Frankel, LLP
Attention: Paul B. O'Neill, Esq.
1177 Avenue of the Americas
New York, NY 10036

Hughes Hubbard & Reed LLP
Attention: Christopher K. Kiplok, Esq.,
One Battery Park Plaza
New York, NY 10004

Bernstein Shur Sawyer & Nelson
Attention: D. Sam Anderson, Esq.
100 Middle Street
P.O. Box 9729
Portland, ME 04101

Duane Morris LLP
Attention: William Heuer, Esq.
1540 Broadway
New York, NY 10036

Office of the U.S. Trustee
Attention: Andrew D. Velez-Rivera, Esq.
33 Whitehall Street, 21st Floor
New York, NY 10004

Epiq Bankruptcy Solutions, LLC
*f/k/a* Bankruptcy Services LLC
757 Third Avenue, 3rd Floor
New York, NY 10017

Milbank Tweed Hadley & McCloy LLP
Attention: Dennis F. Dunne, Esq.
1 Chase Manhattan Plaza
New York, NY 10005

Quinn Emanuel Urquhart Oliver & Hedges
Attention: Robert K. Dakis, Esq.
51 Madison Avenue, 22nd Floor
New York, NY 10010

Mary Elizabeth Abbate, Esq.
1476 Deer Park Avenue, Suite 3
North Babylon, NY 11703

_____
CARLEEN SIMMONS-SMITH

Sworn to before me this
15th day of March, 2010.

_____
Notary Public

DANIEL K. CAHN
Notary Public, State of New York
Reg. #02CA6071616
Certified in Suffolk County
Term Expires March 18, 2010