WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
:
**In re**                                                                : **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    : **08-13555 (JMP)**
:
Debtors.                               : **(Jointly Administered)**
:
-----------------------------------------------------------------x

**NOTICE OF CONSUMMATION OF**
**DEED IN LIEU OF FORECLOSURE AGREEMENT**

PLEASE TAKE NOTICE that Lehman Brothers Holdings Inc. ("LBHI"), pursuant to the Order Pursuant to Section 105(a) of the Bankruptcy Code And Federal Rule of Bankruptcy Procedure 9019 Authorizing Lehman Brothers Holdings Inc. to Compromise Certain Claims Pursuant to Deed in Lieu of Foreclosure Agreement [Docket No. 7222] (the "Order"), hereby provides notice that the transactions contemplated in that certain Agreement for Deed / Assignment in Lieu of Foreclosure, dated February 2, 2010, have been consummated.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Order, LBHI hereby instructs Epiq Bankruptcy Solutions, LLC, LBHI's court-appointed claims and noticing agent, to make the following modifications in the official claims register in LBHI's chapter 11 case: (i) the Guarantee Claim[1] [Claim No. 15799] shall be amended and superseded by a single allowed general unsecured claim in the allowed amount of $45,000,000 solely against LBHI for the benefit of SPCLC (to the exclusion of SALP),[2] which allowed claim shall not be subject to any reduction, disallowance, defense, counterclaim, setoff or subordination, and (ii) the Tax Indemnity Claim [Claim No. 15794] shall be amended and superseded by a single allowed general unsecured claim in the allowed amount of $20,000,000 solely against LBHI, which

---

[1] Capitalized terms that are used but not defined in this notice have the meanings ascribed to them in the Order.

[2] Nothing contained herein shall impair the assignability of the claim or the proceeds thereof.

allowed claim shall not be subject to any reduction, disallowance, defense, counterclaim, setoff or subordination.

Dated:  March 15, 2010
        New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

cc:  Epiq Bankruptcy Solutions, LLC