Robert A. Johnson
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)

*Counsel to Dynegy Power Marketing, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re:                                                       :
                                                             :    Chapter 11
                                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al*                       :    Case Nos. 08-13555 (JMP)
                                                             :    (Jointly Administered)
                    Debtors.                                 :
------------------------------------------------------------ x

## CERTIFICATE OF SERVICE

    Isabelle R. Liberman of the City of New York, County of Manhattan, State of New York, states under penalty of perjury that on March 16, 2010, she served Dynegy Power Marketing, Inc.'s Reply to the Omnibus Objection to Dynegy's Motion For Entry of An Order That Its Timely Filed Guarantee Questionnaire be Considered a Timely Filed Proof of Claim, or in the Alternative, to Permit a Late Claim Filing Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) by hand-delivery on the following parties listed on the attached service list.

    Parties who requested electronic service in these cases by Notice of Electronic Filing received service via ECF with the Bankruptcy Court in the Southern District of New York.

New York, New York
Dated: March 16, 2010

_/s/ Isabelle L._____
Isabelle R. Liberman

United States Bankruptcy Court
Southern District of New York
Attn: The Honorable James M. Peck
One Bowling Green, Courtroom 601
New York, NY 10004

Andy Velez-Rivera
Paul Schwartzberg
Brian Masumoto
Linda Riffkin
Tracy Hope Davis
Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street
21st Floor
New York, New York, 10004

Martin J. Bienenstock
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019

Lisa Schweitzer
Lindsee Granfield
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Harvey R. Miller
Richard P. Krasnow
Lori R. Fife
Shai Y. Waisman
Jacqueline Marcus
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Dennis Dunne
Dennis O'Donnell
Evan Fleck
Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Christopher Shore
Lisa Thompson
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036