GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110
(617) 482-1776
Douglas B. Rosner (DR-5690)
Gregory O. Kaden(GK-9610)

Counsel to Rogge Global Partners PLC
on behalf of its customers

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
In re:                                              :      Chapter 11
                                                    :
LEHMAN BROTHERS HOLDINGS, INC.,                     :      Case No. 08-13555 (JMP)
*et al.*,                                           :
                                                    :
                        Debtors                     :      (Jointly Administered)
-------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF JOINDER OF ROGGE CAPITAL PARTNERS PLC IN OBJECTION OF SOCIETE GENERALE AND CANADIAN IMPERIAL BANK OF COMMERCE TO DEBTORS' MOTION PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 3007 AND 9019(b) FOR APPROVAL OF (I) CLAIM OBJECTION PROCEDURES AND (II) SETTLEMENT PROCEDURES

PLEASE TAKE NOTICE Rogge Global Partners PLC on behalf of its customers by and through its undersigned counsel, hereby withdraws its *Joinder of Rogge Capital Partners PLC in Objection of Societe Generale and Canadian Imperial Bank of Commerce to Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 3007 and 9019(b) for Approval of (I) Claim Objection Procedures and (II) Settlement Procedures* [Docket No. 6503].

Dated:  New York, New York
        March 16, 2010                  Respectfully submitted,

                                         /s/ Gregory O. Kaden
                                        Gregory O. Kaden (GK-9610)
                                        GOULSTON & STORRS, P.C.
                                        400 Atlantic Avenue
                                        Boston, Massachusetts  02110-3333
                                        Tel:    (617) 482-1776
                                        gkaden@goulstonstorrs.com

GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110
(617) 482-1776
Douglas B. Rosner (DR-5690)
Gregory O. Kaden(GK-9610)

Counsel to Rogge Global Partners PLC
on behalf of its customers

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                                    :        Chapter 11
                                                          :
LEHMAN BROTHERS HOLDINGS, INC.,    :        Case No. 08-13555 (JMP)
*et al.*,                                                 :
                                                          :
                        Debtors                           :        (Jointly Administered)
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Gregory O. Kaden, hereby certify that on this 16th day of March, 2010, I caused to be served a copy of the ***Notice of Withdrawal of Joinder of Rogge Capital Partners PLC in Objection of Societe Generale and Canadian Imperial Bank of Commerce to Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 3007 and 9019(b) for Approval of (I) Claim Objection Procedures and (II) Settlement Procedures*** on the parties set forth on the attached Service List via the Court's ECF notification system.

/s/ Gregory O. Kaden
Gregory O. Kaden, Esq.  (GK-9610)
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA  02110-3333
Tel:  (617) 482-1776
Fax:  (617) 574-4112

Service List

| | |
|---|---|
| Shai Y. Waisman, Esq.<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>*Counsel to the Debtors* | Andy Velez-Rivera, Esq.<br>Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 |
| Dennis F. Dunne, Esq.<br>Dennis O'Donnell, Esq.<br>Evan Fleck, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>*Counsel to the Official Committee of Unsecured Creditors* | |