GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110
(617) 482-1776
Douglas B. Rosner (DR-5690)
Gregory O. Kaden(GK-9610)

Counsel to IBRD

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                          :    Chapter 11
                                                :
LEHMAN BROTHERS HOLDINGS, INC.,                 :    Case No. 08-13555 (JMP)
*et al*.,                                       :
                                                :
                            Debtors             :    (Jointly Administered)
---------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF JOINDER OF IBRD IN OBJECTION OF SOCIETE GENERALE AND CANADIAN IMPERIAL BANK OF COMMERCE TO DEBTORS' MOTION PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 3007 AND 9019(b) FOR APPROVAL OF (I) CLAIM OBJECTION PROCEDURES AND (II) SETTLEMENT PROCEDURES**

PLEASE TAKE NOTICE that International Bank for Reconstruction and Development as trustee of the Staff Retirement Plan and Trust, International Bank for Reconstruction and Development as trustee of the Retired Staff Benefits Plan and Trust, and International Bank for Reconstruction and Development for the Post-Employment Benefits Plan (collectively, "IBRD"), creditors and parties-in-interest herein, through undersigned counsel, hereby withdraws its *Joinder of IBRD in Objection of Societe Generale and Canadian Imperial Bank of Commerce to Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 3007 and 9019(b) for Approval of (I) Claim Objection Procedures and (II) Settlement Procedures* [Docket No. 6506].

Dated: New York, New York
       March 16, 2010                    Respectfully submitted,

                                          /s/ Gregory O. Kaden
                                         Gregory O. Kaden (GK-9610)
                                         GOULSTON & STORRS, P.C.
                                         400 Atlantic Avenue
                                         Boston, Massachusetts  02110-3333
                                         Tel:    (617) 482-1776
                                         gkaden@goulstonstorrs.com

GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110
(617) 482-1776
Douglas B. Rosner (DR-5690)
Gregory O. Kaden(GK-9610)

Counsel to IBRD

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                              :    Chapter 11
                                                    :
LEHMAN BROTHERS HOLDINGS, INC.,                     :    Case No. 08-13555 (JMP)
*et al.*,                                           :
                                                    :
                     Debtors                        :    (Jointly Administered)
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Gregory O. Kaden, hereby certify that on this 16th day of March, 2010, I caused to be served a copy of the ***Notice of Withdrawal of Joinder of IBRD in Objection of Societe Generale and Canadian Imperial Bank of Commerce to Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 3007 and 9019(b) for Approval of (I) Claim Objection Procedures and (II) Settlement Procedures*** on the parties set forth on the attached Service List via the Court's ECF notification system.

/s/ Gregory O. Kaden
Gregory O. Kaden, Esq.  (GK-9610)
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA  02110-3333
Tel:  (617) 482-1776
Fax:  (617) 574-4112

Service List

| Shai Y. Waisman, Esq.<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>*Counsel to the Debtors* | Andy Velez-Rivera, Esq.<br>Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 |
|---|---|
| Dennis F. Dunne, Esq.<br>Dennis O'Donnell, Esq.<br>Evan Fleck, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>*Counsel to the Official Committee of Unsecured Creditors* | |