Scheduled Hearing Date and Time: March 17, 2010 at 10:00 a.m.
Adjourned Hearing Date and Time: April 14, 2010 at 10:00 a.m.

Thomas L. Kent
PAUL, HASTINGS, JANOFSKY & WALKER LLP
Park Avenue Tower
75 E. 55th St., First Floor
New York, NY 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

Richard A. Chesley (IL 6240877)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 North Wacker Drive, 30th Floor
Chicago, Illinois 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100

COUNSEL FOR PALMYRA CAPITAL FUND, L.P.,
PALMYRA CAPITAL INSTITUTIONAL FUND, L.P.,
AND PALMYRA CAPITAL OFFSHORE FUND, L.P

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al*, | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

NOTICE OF ADJOURNMENT OF HEARING OF MOTION OF CLAIMANTS
PALMYRA CAPITAL FUND, L.P., PALMYRA CAPITAL INSTITUTIONAL
FUND, L.P., AND PALMYRA CAPITAL OFFSHORE FUND, L.P. FOR LEAVE
TO AMEND THEIR PROOFS OF CLAIM PURSUANT TO FEDERAL RULE
OF BANKRUPTCY PROCEDURE 9006(b)(1)

**PLEASE TAKE NOTICE** that the hearing to consider Motion of Claimants Palmyra Capital Fund, L.P., Palmyra Capital Institutional Fund, L.P., and Palmyra Capital Offshore Fund, L.P. for Leave to Amend Their Proofs of Claim Pursuant to Federal Rule of Bankruptcy

LEGAL_US_E # 87266380.1

Procedure 9006(b)(1) (the "Motion") (Docket No.6747), previously scheduled for March 17, 2010, **has been adjourned to April 14, 2010 at 10:00 a.m. (ET)** before the Honorable James M. Peck, Courtroom 601 of the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004 (the "Bankruptcy Court".

**PLEASE TAKE FURTHER NOTICE** that the hearing may be further adjourned from time to time without further notice other than an announcement at the hearing.

Dated: March 16, 2010

Respectfully submitted,

/s/ *Thomas L. Kent*

Thomas L. Kent
PAUL, HASTINGS, JANOFSKY & WALKER LLP
Park Avenue Tower
75 E. 55th St., First Floor
New York, NY 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

Richard A. Chesley (IL 6240877)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 North Wacker Drive, 30th Floor
Chicago, Illinois 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100

COUNSEL FOR PALMYRA CAPITAL FUND, L.P., PALMYRA CAPITAL INSTITUTIONAL FUND, L.P., AND PALMYRA CAPITAL OFFSHORE FUND, L.P.