# McBreen & Kopko

ATTORNEYS AT LAW
500 NORTH BROADWAY, SUITE 129
JERICHO, NEW YORK 11753
(516) 364-1095
FAX (516) 364-0612
general@mklawnyc.com

CHICAGO OFFICE
20 NORTH WACKER DRIVE
CHICAGO, ILLINOIS 60606
(312) 332-6405
FAX (312) 332-2657

NEW JERSEY OFFICE
110 SUMMIT AVENUE
MONTVALE, NEW JERSEY 07645
(201) 476-5400
FAX (201) 573-0574

RICHARD A. AUERBACH
LEONARD D. KIRSCH
ROBERT S. MORAN, JR.
NORMAN N. BLUTH
MARGARET GIUGLIANO
KENNETH A. REYNOLDS

RESIDENT PARTNERS IN NEW YORK

NEW YORK CITY OFFICE
462 SEVENTH AVENUE
17TH FLOOR
NEW YORK, NEW YORK 10018
(212) 868-6980

CALIFORNIA OFFICE
9891 IRVINE CENTER DRIVE
SUITE 100
IRVINE, CALIFORNIA 92618
(949) 453-8900
FAX (949) 453-8989

PHILADELPHIA OFFICE
1600 MARKET STREET
SUITE 1805
PHILADELPHIA, PENNSYLVANIA 19103
(215) 864-2600
FAX (215) 864-2610

March 16, 2010

Honorable James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

    Re:    Lehman Brothers Holding, Inc., et al
             Chapter 11 Case No.: 08-13555
             Objection to Debtors' Motion to Extend Time to File Disclosure Statement

Dear Honorable James M. Peck,

       This letter shall confirm that after consultation with Debtors' counsel, Executive Fliteways, Inc. ("EFI") hereby withdraws its Objection to Debtors' Motion to Extend Time for Debtors to File a Disclosure Statement [Docket Number 7355] filed under Docket Number 7548 on March 12, 2010.

       If anything further is needed please do not hesitate to contact the undersigned. Thank you for your courtesy in this matter.

Respectfully Submitted,

Kenneth A. Reynolds, Esq.