WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------x
                                                    :
**In re**                                           :      **Chapter 11 Case No.**
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**    :      **08-13555 (JMP)**
                                                    :
                      **Debtors.**                  :      **(Jointly Administered)**
                                                    :
-------------------------------------------------------------------------------x
                                                    :
**In re**                                           :
                                                    :      **Case No.**
**LEHMAN BROTHERS INC.,**                           :
                                                    :      **08-01420 (JMP) (SIPA)**
                      **Debtor.**                   :
                                                    :
-------------------------------------------------------------------------------x

# NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON MARCH 17, 2010 AT 10:00 A.M.

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

## I.   CASE CONFERENCE:

1.   Debtors' Report on Cross-Border Insolvency Protocol

Related Documents:

     A.   Notice of Report of Activities through January 15, 2010 of the Official Representatives and Other Participating Affiliates Pursuant to the Cross-Border Insolvency Protocol **[Docket No. 6914]**

## II.   UNCONTESTED MATTERS:

2.   Debtors' Motion for an Order Enforcing the Automatic Stay Against and Compelling Payment of Post-Petition Funds by First National Bank **[Docket No. 6740]**

Response Deadline:   February 17, 2010 at 4:00 p.m.

Responses Received:   None.

Related Documents:

     A.   Declaration of Adrian Teng in Support of Debtors' Motion **[Docket No. 6736]**

Status:  A stipulation and agreed order will be submitted to the Court.

3.   Motion of Elliott Management Corp. for the Entry of an Order Approving Specified Information Blocking Procedures and Permitting Trading of Claims Against the Debtors Upon Establishment of a Screening Wall **[Docket No. 7407]**

Response Deadline:   March 12, 2010 at 4:00 p.m.

Responses Received:   None.

Related Documents:   None.

Status: This matter is going forward.

4.  Motion of U.S. Bank National Association Authorizing the Withdrawal of Neuberger Berman Fixed Income LLC as the Investment Manager of Lehman Brothers ABS Enhanced Libor, Ltd. **[Docket No. 6811]**

    Response Deadline:    March 1, 2010 at 4:00 p.m.

    Responses Received:  None.

    Related Documents:

        A.    Affidavit of Ralph J. Creasia Jr., Donald Higgins and John G. Leurini in Support of the Motion of U.S. Bank National Association **[Docket No. 7553]**

    Status: This matter is going forward.

## III.    FEE APPLICATIONS:

5.  Hearing on Third Interim Applications for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses **[Docket No. 6225]**

        A.    Reilly Pozner LLP **[Docket No. 6102]**

        B.    Bortstein Legal LLC **[Docket No. 6157]**

        C.    Ernst & Young LLP **[Docket No. 6167]**

        D.    Windels Marx Lane & Mittendorf, LLP **[Docket No. 6173]**

        E.    Bingham McCuthchen LLP **[Docket No. 6177]**

        F.    McKenna Long & Aldridge LLP **[Docket No. 6179]**

        G.    Pachulski Stang Ziehl & Jones LLP **[Docket No. 6180]**

        H.    Jenner & Block LLP **[Docket No. 6188]**

        I.    Duff & Phelps LLC**[Docket No. 6189]**

        J.    FTI Consulting, Inc. **[Docket No. 6190]**

        K.    Houlihan Lokey Howard & Zukin Capital, Inc. **[Docket No. 6194]**

        L.    Simpson Thacher & Bartlett LLP **[Docket No. 6198]**

        M.    Curtis, Mallet-Prevost, Colt & Mosle LLP **[Docket No. 6202]**

N.      Milbank, Tweed, Hadley & McCloy LLP **[Docket No. 6203]**

O.      Quinn Emanuel Urquhart Oliver & Hedges, LLP **[Docket No. 6204]**

P.      Weil, Gotshal & Manges LLP **[Docket No. 6205]**

Q.      Jones Day **[Docket No. 6216]**

R.      Lazard Freres & Co. LLC **[Docket No. 6218]**

S.      Huron Consulting Group **[Docket No. 6235]**

Response Deadline:      January 6, 2010 at 4:00 p.m.

Responses Received:  None.

Related Documents:

T.      Fee Committee Report Pertaining to the Third Interim Fee Applications of All Retained Professionals (June 1, 2009 - September 30, 2009) **[Docket No. 7498]**

U.      Reply of Weil, Gotshal & Manges LLP to Fee Committee Report **[Docket No. 7587]**

V.      Reservation of Rights of Milbank, Tweed, Hadley & McCloy LLP **[Docket No. 7595]**

Status:  These applications are going forward.

## IV.      **CONTESTED MATTERS:**

6.      Debtors' Motion  for Approval of Collateral Disposition Agreement with JPMorgan Chase Bank, N.A., et al. **[Docket No. 7269]**

Response Deadline:      March 10, 2010 at 4:00 p.m.

Responses Received:  None.

A.      Objection of William Kuntz, III **[Docket No. 7459]**

B.      Objection of Michele McHugh-Mazzatta, et al. **[Docket No. 7492]**

C.      Limited Objection of BTR Fund Claimants and Reservation of Rights **[Docket No. 7494]**

Related Documents:  None.

Status:  This matter is going forward.

7.      Motion of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for an Order Extending the Time to File a Disclosure Statement **[Docket No. 7355]**

Response Deadline:    March 12, 2010 at 4:00 p.m.

Responses Received:

      A.      Objection of William Kuntz, III **[Docket No. 7459]**

Withdrawn Responses:

      B.      Objection of Executive Fliteways, Inc. **[Docket No. 7548]**

Related Documents:

      C.      Bridge Order **[Docket No. 7357]**

      D.      Debtors' Reply **[Docket No. 7586]**

      E.      Letter of Withdrawal of Executive Fliteways, Inc. **[Docket No. 7597]**

Status: This matter is going forward.

8.      Motion by Merrill Lynch International for Relief from the Automatic Stay **[Docket No. 5958]**

Response Deadline:    February 3, 2010 at 4:00 p.m.

Responses Received:

      A.      Debtors' Objection **[Docket No. 6121]**

      B.      Joinder of Official Committee of Unsecured Creditors **[Docket No. 6138]**

Related Documents:

      C.      The Trustees For Lehman Brothers Treasury Co. B.V.'s Statement **[Docket No. 6161]**

      D.      Reply of Merrill Lynch International  **[Docket No. 6213]**

Status:  An agreed order will be submitted to the Court.

9.  Presentment of Stipulation, Agreement and Order Dismissing DnB Nor Bank ASA's Appeal of the Bankruptcy Court's Order Denying its Motion for Allowance and Payment of Administrative Expense Claim **[Docket No. 7101]**

    Response Deadline:    February 22, 2010 at 11:00 a.m.

    Responses Received:

        A.    Response of William Kuntz III **[Docket No. 7184]**

    Related Documents:

        B.    Declaration of Steven Cohn in Support of the Stipulation **[Docket No. 7564]**

        C.    Lehman Brothers Holdings Inc.'s Reply to Response of William Kuntz III **[Docket No. 7565]**

    Status: This matter is going forward.

10. Debtors' First Omnibus Objection to Claims (Duplicate Claims) **[Docket No. 6873]**

    Response Deadline:    March 1, 2010 at 4:00 p.m.

    Non-Withdrawn Responses:

        A.    Opposition of  Cheung Kam Mee Camy **[Docket No. 7259]**

        B.    Response of by Hans and Rudolf Wehrli **[Docket No. 7262]**

    Resolved Responses:

        C.    Response of Jacqueline G. Nieman **[Docket No. 7264]**

    Related Documents:    None.

    Status: In addition to the responses reflected above, the Debtors have received informal responses to the Motion.  The Non-Withdrawn Responses are going forward.  A revised proposed order will be presented to the Court.

11.     Debtors' Second Omnibus Objection to Claims (Amended and Superseded Claims) **[Docket No. 6874]**

Response Deadline:     March 1, 2010 at 4:00 p.m.

Non-Withdrawn Responses:

> A.     Responses of Barbara and John Ziccarelli **[Docket Nos. 7369, 7371 and 7372]**

Resolved Responses:

> B.     Limited Objection of BNP Paribas, et al. **[Docket No. 7274]**

> C.     Joinder of HSBC Bank PLC, et al. **[Docket No. 7334]**

> D.     Limited Joint Response of Royal Bank of Scotland, et al. **[Docket No. 7376]**

Related Documents:     None.

Status: In addition to the responses above, the Debtors have received informal responses to the Motion.  The Non-Withdrawn Responses are going forward.  A revised proposed order will be presented to the Court.

12.     Debtors' Third Omnibus Objection to Claims (Duplicate Claims) **[Docket No. 6875]**

Response Deadline     March 1, 2010 at 4:00 p.m.

Non-Withdrawn Responses:

> A.     Limited Opposition of  Developers Research, Inc. **[Docket No. 7336]**

Resolved Responses:

> B.     Response of DRRT Swiss Life **[Docket No. ____]**

Related Documents:     None.

Status:  In addition to the responses above, the Debtors have received informal responses to the Motion.  The Non-Withdrawn Responses are going forward.  A revised proposed order will be presented to the Court.

13.      Debtors' Fourth Omnibus Objection to Claims (Amended and Superseded Claims) **[Docket No. 6876]**

Response Deadline:    March 1, 2010 at 4:00 p.m.

Non-Withdrawn Responses:

    A.    Response of Black River FIRV Opportunity Master Fund Ltd. **[Docket No. 7291]**

    B.    Response of William Kuntz, III **[Docket No. 7364]**

    C.    Objection of Kathleen Arnold [**Docket No. 7385]**

    D.    Letter of Louise Nervo **[Docket No. ____]**

Resolved Responses:

    E.    Limited Objection of BNP Paribas, et al. **[Docket No. 7274]**

    F.    Response of Fannie Mae [**Docket No. 7320]**

    G.    Response of Federal Home Loan Bank of New York [**Docket No. 7327]**

    H.    Response of Contrarian Funds, LLC [**Docket No. 7328]**

    I.    Response of Lydian Overseas Partners Master Fund LTD [**Docket No. 7329]**

    J.    Joinder of HSBC Bank PLC, et al. **[Docket No. 7334]**

    K.    Limited Joint Response of Royal Bank of Scotland, et al. **[Docket No. 7376]**

    L.    Objection of Gomez Holdings, Inc. [**Docket No. 7378]**

Adjourned Responses:

    M.    Objection of Eckart & Hildegard Schmidt Trust [**Docket No. 7391]**

Related Documents:   None.

Status:  In addition to the responses above, the Debtors have received informal responses to the Motion. The Non-Withdrawn Responses are going forward. A revised proposed order will be presented to the Court.

14.     Motion of Lehman Brothers Holdings Inc. to Amend the Order Authorizing Debtors to Establish Procedures to Sell or Abandon De Minimis Assets **[Docket No. 6710]**

Response Deadline:     February 3, 2010 at 4:00 p.m.

Responses Received:  None.

>    A.     Objection of William Kuntz III **[Docket No. 6994]**

Related Documents:

>    B.     Statement of Official Committee of Unsecured Creditors In Support of Motion **[Docket No. 7010]**

>    C.     Supplement to Debtors' Motion **[Docket No. 7450]**

Status:  This matter is going forward.

15.     Debtors' Motion for Approval of (I) Claim Objection Procedures and (II) Settlement Procedures **[Docket No. 6374]**

Response Deadline:     January 6, 2010 at 4:00 p.m.

Responses Received (Non-Withdrawn Objections):

>    A.     Objection of Bundesverband deutscher Banken e.V. **[Docket No. 6484]**

Related Documents:

>    B.     Debtors' Omnibus Reply **[Docket No. 6615]**

>    C.     Order Approving Claims Objection Procedures **[Docket No. 6664]**

>    D.     Notice of Revised Proposed Order **[Docket No. 7588]**

Status: This matter is going forward with respect to Part II of the Motion (Settlement Procedures) and, as to Part I of the Motion (Claim Objection Procedures), the Non-Withdrawn Objections.

**SECURITIES INVESTOR PROTECTION CORPORATION PROCEEDINGS:**

## V.  UNCONTESTED MATTERS

16.  Trustee's Motion for an Order Establishing Procedures Governing Claims Asserted and Adversary Proceedings Commenced by Trustee **[Docket No. 2554]**

Response Deadline:  February 3, 2010 at 4:00 p.m., extended for certain parties.

Responses Received:  None.

Related Documents:

    A.  Notice of Adjournment **[Docket No. 2618]**

    B.  Notice of Revised Proposed Order **[Docket No. 2820]**

Status:  This matter is going forward.

## VI.  CONTESTED MATTERS

17.  Trustee's Motion for an Order Approving a Transition Services Agreement with Barclays Capital Inc. **[Docket No. 2555]**

Response Deadline:  February 3, 2010 at 4:00 p.m.

Responses Received:

    A.  Reservation of Rights of Oracle USA, Inc. Regarding Trustee's Motion **[Docket No. 2614]**

Related Documents:

    B.  Notice of Revised Proposed Order **[Docket No. 2648]**

Status: This matter is going forward.

## VII.  MATTERS TO BE HEARD AT 2:00 P.M.

### A.  Adversary Proceedings

18.  Lehman Brothers Special Financing Inc. v. BNY Corporate Trustee Services Limited **[Adv. Case No. 09-01242]**

**Status Conference**

Related Documents:

A. Memorandum Decision Signed on 1/25/10 Granting Motion for Summary Judgment and Declaring Applicable Payment Priorities **[Docket No. 86]**

B. Scheduling Order Regarding Status Conference **[Docket No. 87]**

Status: This matter is going forward.

**B.** **Uncontested Matters**

19. Debtors' Motion for an Order Authorizing Lehman Brothers Holdings Inc. to Enter into Restructuring of Certain Loans Made to Subsidiaries of Hilton Worldwide, Inc. **[Docket No. 7232]**

Response Deadline: March 10, 2010 at 4:00 p.m.

Responses Received: None.

Related Documents:

A. Declaration of Jeff Fitts in Support of Motion **[Docket No. 7584]**.

Status: This matter is going forward.

20. Motion of the Debtors and Certain Creditors to Clarify or Amend the Debtors' Supplemental Notice and the Bar Date Order with Respect to Claims Relating to the Lehman Programs Securities Issued by LBHI **[Docket No. 6858]**

Response Deadline: February 5, 2010 at 4:00 p.m.

Responses Received: None.

Related Documents:

A. Revised Proposed Order **[Docket No. 7154]**

B. Supplement to Motion and Declaration in Support of Relief Requested **[Docket No. 7568]**

Status: This matter is going forward.

**C.** **Claims Matters**

21. Motion of Pacific Life Insurance Company to File Proof of Claim After Claims Bar Date **[Docket No. 5599]**

Response Deadline: November 10, 2009 at 12:00 p.m.

Responses Received:

      A.     Debtors' Objection **[Docket No. 5773]**

      B.     Joinder of Official Committee of Unsecured Creditors **[Docket No. 5820]**

Related Documents:

      C.     Joseph J. Tortorelli in Support of Motion of Pacific Life Insurance Company **[Docket No. 5939]**

      D.     Debtors' Supplement to Objections **[Docket No. 5960]**

Status: This matter is going forward as a status conference.

22.    Joint Motion of Sea Port Group Securities, LLC and Berner Kantonalbank to Deem Proofs of Claim to be Timely Filed by the Securities Programs Bar Date **[Docket No. 6150]**

Response Deadline: January 13, 2010 at 10:00 a.m.

Responses Received:

      A.     Debtors' Objection **[Docket No. 6566]**

Related Documents:

      B.     Declaration of Samuel Stucki in Support of the Joint Motion **[Docket No. 6343]**

Status: This matter is going forward as a status conference.

23.    Motion of Pennsylvania Public School Employees' Retirement System for Entry of an Order that its Timely Filed Guarantee Questionnaire be Considered a Timely Filed Proof of Claim **[Docket No. 6558]**

Response Deadline: February 3, 2010 at 4:00 p.m.

Responses Received:

      A.     Debtors' Objection **[Docket No. 6974]**

Related Documents:

B.      Reply of Pennsylvania Public School Employees' Retirement System **[Docket No. 7011]**

Status:  This matter is going forward.

24.     Motion of Dynegy Power Marketing, Inc. to File Documents Under Seal **[Docket No. 7004]**

Response Deadline:    March 10, 2010 at 12:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status:  This matter is going forward.

25.     Motion of Dynegy Power Marketing Inc. for Entry of an Order that its Timely Filed Guarantee Questionnaire be Deemed a Timely Filed Proof of Claim **[Docket No. 7008]**

Response Deadline:    March 10, 2010 at 12:00 p.m.

Responses Received:

A.      Debtors' Omnibus Objection **[Docket No. 7499]**

B.      Joinder of The Official Committee of Unsecured Creditors in the Debtors' Omnibus Objection **[Docket No. 7544]**

Related Documents:

C.      Reply to Motion of Dynegy Power Marketing Inc. **[Docket No. 7589]**

Status:  This matter is going forward.

26.     Amended Motion of Tensor Opportunity Limited to Permit it to File a Late Proof of Claim **[Docket No. 7162]**

Response Deadline:    March 10, 2010 at 5:00 p.m.

Responses Received:

A.      Debtors' Omnibus Objection **[Docket No. 7499]**

B.      Joinder of The Official Committee of Unsecured Creditors in the Debtors' Omnibus Objection **[Docket No. 7544]**

Related Documents: None.

Status: This matter is going forward.

27. Motion to Authorize Santa Fe Entities to Treat Their Claims as Timely Filed **[Docket No. 7144]**

Response Deadline: March 10, 2010 at 4:00 p.m.

Responses Received:

    A.    Debtors' Omnibus Objection **[Docket No. 7499]**

    B.    Joinder of The Official Committee of Unsecured Creditors in the Debtors' Omnibus Objection **[Docket No. 7544]**

Related Documents:

    C.    Santa Fe Entities Reply to the Omnibus Objection **[Docket No. 7558]**

Status: This matter is going forward.

28. CVI GVF (LUX) Master S.A.R.L.'s Motion to Treat Claim Filed by Black River Asia Fund Ltd. as Timely Filed **[Docket No. 7290]**

Response Deadline: March 10, 2010 at 4:00 p.m.

Responses Received:

    A.    Debtors' Omnibus Objection **[Docket No. 7499]**

    B.    Joinder of The Official Committee of Unsecured Creditors in the Debtors' Omnibus Objection **[Docket No. 7544]**

Related Documents:

    C.    CVI GVF (LUX) Master S.A.R.L.'s Reply to the Omnibus Objection **[Docket No. 7559]**

Status: This matter is going forward.

## VIII. ADJOURNED MATTERS:

### A. Lehman Brothers Holdings Inc.

29.     Motion of Tuxedo Reserve Owner LLC and Tuxedo TPA Owner LLC for an
        Order Compelling Actions by Debtors as Agent and Lender Under Loan Facility
        **[Docket No. 1435]**

    Response Deadline:    March 31, 2009.

    Responses Received:  None.

    Related Documents:

        A.      Letter to the Court **[Docket No. 2621]**

    Status: This matter has been adjourned to April 14, 2010.

30.     Motions of U.S. Bank National Association for Relief from the Automatic Stay
        **[Docket Nos. 5497, 6402, 6314, 6315, 6345, 6346 and 6347]**

    Response Deadline:    March 16, 2010 at 4:00 p.m.

    Responses Received:  None.

    Related Documents:   None.

    Status: These matters have been adjourned to April 14, 2010.

31.     Notice of Debtor's Objection to Proof of Claim filed by David Schwartzman
        **[Docket No. 5951]**

    Response Deadline:    April 7, 2010 at 4:00 p.m.

    Responses Received:  None.

    Related Documents:   None.

    Status: This matter has been adjourned to April 14, 2010.

32.     First Motion of Mark Glasser to Extend Time for Claim **[Docket No. 6386]**

    Response Deadline:    April 9, 2010 at 4:00 p.m.

    Responses Received:  None.

    Related Documents:   None.

Status: This matter has been adjourned to April 14, 2010.

33.     Debtors' Objection to Proof of Claim filed by Latshaw Drilling Company, LLC **[Docket No. 6729]**

Response Deadline:    February 24, 2010 at 4:00 p.m.

Responses Received:

        A.    Response of Latshaw Drilling Company, LLC **[Docket No. 7253]**

Related Documents:    None.

Status: This matter has been adjourned to April 14, 2010.

34.     Debtors' Motion for an Order Enforcing the Automatic Stay Against and Compelling Payment of Post-Petition Funds by Swedbank AB **[Docket No. 6734]**

Response Deadline:    February 3, 2010 at 4:00 p.m.

Responses Received:

        A.    Swedbank's Objection **[Docket No. 6976]**

Related Documents:

        B.    Declaration of Adrian Teng in Support of Debtors' Motion **[Docket No. 6736]**

        C.    Declaration of Johan Stenberg in Support of Swedbank's Objection **[Docket No. 6978]**

Status: This matter has been adjourned to April 14, 2010.

35.     Debtors' Motion for an Order Enforcing the Automatic Stay Against and Compelling Payment of Post-Petition Funds by Skandinaviska Enskilda Banken AB **[Docket No. 6737]**

Response Deadline:    March 26, 2010 at 4:00 p.m.

Responses Received:    None.

Related Documents:    None.

Status: This matter has been adjourned to April 14, 2010.

36. Motion of Palmyra Capital Fund, Palmyra Capital Institutional Fund, and Palmyra Capital Offshore Fund to Amend Proof of Claims **[Docket No. 6747]**

Response Deadline:    March 10, 2010.

Responses Received:

    A.    Debtors' Omnibus Objection **[Docket No. 7499]**

    B.    Joinder of The Official Committee of Unsecured Creditors in the Debtors' Omnibus Objection **[Docket No. 7544]**

Related Documents:    None.

Status: This matter has been adjourned to April 14, 2010.

37. Motion of Factiva, Inc., et al. to Compel Immediate Payment of Post-Petition Administrative Expense Claims **[Docket No. 7102]**

Response Deadline:    April 9, 2010 at 4:00 p.m.

Responses Received:  None.

Related Documents:    None.

Status: This matter has been adjourned to April 14, 2010.

38. Motion  of Simeon Moreno to File Proof of Claim After Claims Bar Date **[Docket No. 7366]**

Response Deadline:    April 9, 2010 at 4:00 p.m.

Responses Received:  None.

Related Documents:    None.

Status: This matter has been adjourned to April 14, 2010.

39. Debtors' Motion to Compel Performance by Norton Gold Fields Limited of its Obligations Under an Executory Contract and to Enforce the Automatic Stay **[Docket No. 5897]**

Response Deadline:

Responses Received:

    A.    Objection of Norton Gold Fields Limited **[Docket No. 6062]**

Related Documents:

    B.    Declaration of Simon Brodie in Support of the Objection of Norton Gold Fields Limited **[Docket No. 6063]**

    C.    Debtors' Reply in Support **[Docket No. 7012]**

    D.    Declaration of James K. Goldfarb in Support of Debtors' Reply **[Docket No. 7013]**

    E.    Statement of Ad Hoc Group of Lehman Brothers Creditors in Support of Motion **[Docket No. 7527]**

Status:  This matter has been adjourned to April 14, 2010.

40.    Debtors' Motion to Compel Performance by AIG CDS, Inc. of Its Obligations Under an Executory Contract and to Enforce the Automatic Stay **[Docket No. 4728]**

Response Deadline:    October 1, 2009 at 4:00 p.m.

Responses Received:

    A.    Objection of AIG CDS, Inc. **[Docket No. 5334]**

Related Documents:

    B.    Debtors' Reply **[Docket No. 5447]**

Status:  This matter has been adjourned due to the parties' anticipation that the matter will be resolved and the parties intend on proceeding by way of stipulation and notice of presentment.

41.    Motion of Royal Bank of Canada for Relief from the Automatic Stay **[Docket No. 7268]**

Response Deadline:    April 9, 2010

Responses Received:  None.

Related Documents:  None.

Status:  This matter has been adjourned to April 14, 2010.

42.     Motion of Property Asset Management Inc. for Relief from the Automatic Stay **[Docket No. 6350]**

Response Deadline:     April 9, 2010 at 4:00 p.m.

Responses Received:  None.

Related Documents:   None.

Status: This matter has been adjourned to April 14, 2010.

43.     Motion of Property Asset Management Inc. for Relief from the Automatic Stay **[Docket No. 6335]**

Response Deadline:     April 9, 2010 at 4:00 p.m.

Responses Received:  None.

Related Documents:   None.

Status: This matter has been adjourned.

**B.     Adversary Proceedings**

44.     Berenshteyn v. Lehman Brothers Holdings Inc. **[Adv. Case No. 08-01654]**

**Pre-Trial Conference**

Related Documents:

A.     Adversary Complaint **[Docket No. 1]**

Status: This matter has been adjourned to April 14, 2010.

45.     LBSF v. Millennium USA, L.P. **[Adv. Case No. 10-02351]**

**Pre-Trial Conference**

Related Documents:

A.     Adversary Complaint **[Docket No. 1]**

Status: This matter has been adjourned to April 14, 2010.

46.     PT Bank Negara Indonesia (Persero) Tbk v. LBSF **[Case No. 09-01480]**

**Pre-Trial Conference**

Related Documents:

A.      Adversary Complaint **[Docket No. 1]**

Status: This matter has been adjourned to April 14, 2010.

47.     Michigan State Housing Development Authority v. Lehman Brothers Derivative Products Inc., et al. **[Case No. 09-01728]**

**Pre-Trial Conference**

Related Documents:

A.      Adversary Complaint **[Docket No. 1]**

Status: This matter has been adjourned to June 16, 2010.

**C.      Lehman Brothers Inc.**

48.     Motion of Newport Global Opportunities Fund LP, Newport Global Credit Fund (Master) L.P., PEP Credit Investor L.P. and Providence TMT Special Situations Fund L.P. for Leave to Conduct Rule 2004 Discovery of Lehman Brothers Inc. and the SIPA Trustee **[Docket No. 123]**

Responses Received:  None.

Related Documents:

A.      Notices of Adjournment **[Docket Nos. 215, 312, 364, 429, 529, 601, 665, 728, 750, 810, 1624, 1663, 2062, 2325, 2480, 2608]**

Status:  This matter has been adjourned to April 14, 2010.

49.     Trustee's Motion for an Order Enforcing the Automatic Stay and the Stays in the LBI Liquidation Order and Holding Israel Discount Bank Limited and Bank Leumi Le-Israel B.M. in Contempt for Violating the Automatic Stay, Interfering with the Trustee's Administration and Property of the Debtor's Estate, and Commencing Foreign Legal Proceedings against the Debtor  **[Docket No. 2288]**

Response Deadline:

Responses Received:

A. Objection of Lehman Brothers Holdings Inc. and Certain of its Affiliates to the Motion **[Docket No. 1059]**

B. Objection of Trustee to the Motion **[Docket No. 1123]**

Related Documents:

A. Declaration of Robert W. Brundige, Jr. in Support of the Motion **[Docket No. 2289]**

B. Statement of LBHI in Support of the Motion **[Docket No. 2367]**

C. Stipulation for Extension of Time **[Docket No. 2391]**

D. Stipulation for Further Extension of Time **[Docket No. 2523]**

E. Notices of Adjournment **[Docket Nos. 2378, 2526, 2619, 2730]**

Status: This matter has been adjourned to April 14, 2010.

50. Markit Group Limited's Motion for Relief from the Automatic Stay to Terminate Data Services Agreement and Associated Addenda **[Docket No. 356]**

Responses Received:

C. Objection of Lehman Brothers Holdings Inc. and Certain of its Affiliates to the Motion **[Docket No. 1059]**

D. Objection of Trustee to the Motion **[Docket No. 1123]**

Related Documents:

E. Notices of Adjournment **[Docket Nos. 409, 488, 574, 708, 846, 978, 1066, 1223, 1268, 1333, 1662, 2061]**

F. Exhibit A to Objection of Lehman Brothers Holdings Inc. and Certain of its Affiliates to the Motion **[Docket No. 1060]**

G. Reply in Further Support of the Motion **[Docket No. 1139]**

Status: This matter has been adjourned to April 14, 2010.

## IX.    WITHDRAWN MATTERS:

51.    Motion of 1407 Broadway Real Estate LLC and PGRS 1407 BWAY LLC for an Order Compelling Certain of the Debtors to Comply with their Lending Obligations **[Docket No. 5716]**

Response Deadline:    March 10, 2010.

Responses Received:  None.

Related Documents:

A.    Notice of Withdrawal **[Docket No. 7379]**

Status: This matter has been withdrawn.


Dated:  March 16, 2010
New York, New York

                                   /s/ Shai Y. Waisman
                                   Shai Y. Waisman

                                   WEIL, GOTSHAL & MANGES LLP
                                   767 Fifth Avenue
                                   New York, New York 10153
                                   Telephone: (212) 310-8000
                                   Facsimile: (212) 310-8007

                                   Attorneys for Debtors
                                   and Debtors in Possession

Dated:  March 16, 2010
New York, New York

                                   /s/ Jeffrey S. Margolin
                                   James B. Kobak, Jr.
                                   Jeffrey S. Margolin

                                   HUGHES HUBBARD & REED LLP
                                   One Battery Park Plaza
                                   New York, New York 10004
                                   Telephone: (212) 837-6000
                                   Facsimile: (212) 422-4726

                                   Attorneys for James W. Giddens, Trustee for
                                   the SIPA Liquidation of Lehman Brothers Inc.