SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA  02109
Telephone: (617) 338-2800
Facsimile:  (617) 338-2880
Pamela Smith Holleman

*Counsel to the Finnish Program Securities*
*Holders (as identified herein)*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| LEHMAN BROTHERS HOLDINGS, INC., | ) | Case No. 08-13555 (JMP) |
| *et al.*, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

**WITHDRAWAL OF LIMITED OBJECTION AND RESERVATION OF RIGHTS BY
CERTAIN FINNISH PROGRAM SECURITIES HOLDERS IN RESPONSE TO
DEBTORS' MOTION PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY
CODE AND BANKRUPTCY RULES 3007 AND 9019(b) FOR APPROVAL OF (I)
CLAIM OBJECTION PROCEDURES AND (II) SETTLEMENT PROCEDURES**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

 The holders of certain guaranteed notes (the "<u>Finnish Program Securities Holders</u>"),[1] by

their undersigned counsel, hereby state that, in light of statements made by Debtors' counsel on

the record at the hearing held by the Court on January 13, 2010, and following further

discussions and communications with the Debtors, the Finnish Program Securities Holders

hereby withdraw their limited objection [Docket No. 6490]  to Debtors' Motion Pursuant to

Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 3007 and 9019(b) for Approval of

---

[1] The names of the Finnish Program Securities Holders are listed in **Exhibit A** attached hereto.

{B1063484; 1}

(I) Claim Objection Procedures and (II) Settlement Procedures.

Dated:  March 16, 2010

Respectfully submitted,

/s/ Pamela Smith Holleman

SULLIVAN & WORCESTER LLP
Pamela Smith Holleman (PH 4465)
One Post Office Square
Boston, MA  02109
Telephone (617) 338-2800
Facsimile (617) 338-2880
pholleman@sandw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date she caused a true and correct copy of the foregoing to be served by electronic mail upon counsel to the debtors, the Official Committee of Unsecured Creditors, and by hand upon the Office of the United States Trustee, all as set forth below, and to all other parties-in-interest via the Court's ECF notification system.

Shai Y. Waisman, Esq.
**Weil Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153
shai.waisman@weil.com
*(By electronic mail)*

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
**Milbank, Tweed, Hadley & McCloy LLP**
1 Chase Manhattan Plaza
New York, NY 10005
ddunne@milbank.com
*(By electronic mail)*

Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.
**Office of the United States Trustee**
33 Whitehall Street, 21st Floor
New York, NY  10004

Dated:  March 16, 2010
Boston, MA

/s/ Pamela Smith Holleman
Pamela Smith Holleman

2

{B1063484; 1}

# EXHIBIT A

## FINNISH PROGRAM SECURITIES HOLDERS

| | | |
|---|---|---|
| A. Lokapojat Oy | Hietanen Petri Jouni | Klemettilä Mikko |
| Ahola Matti | Himanen Arto Juhani | Koivisto Osmo |
| Alahuhta Jorma Sakari | Hippi Rami Hermanni | Koivisto Raimo Pekka |
| Ala-Katara Severi Matias | HJ-Koneistus Oy | Kokkonen Juha Veikko Mikael |
| Alakiuttu Reijo | Hockman Jukka | Kontio Arto |
| Andreou Andreas | Hollmen Erkki | Koponen Janne |
| Andreou Virpi Elina | Holma Jarkko | Koskela Marko |
| arkkitehtuuri oy lehtinen miettunen | Horna Tomi Tapio | Koskela Mauri |
| Astala Leena Elisabet | Huttela Helka Kustaava | Koskelo Juha |
| Avikainen Paavo | Huuhtanen Anne | Kuivalainen Kirsti Marja |
| Betterway Oy | Hytönen Juha Ilmari | Kukkonen Jouko Henrikki |
| BÄ-RO Finland Oy | Häkkinen Mika | Kuljetus Tuuri Oy |
| Carmelin Invest Oy Ltd | Hämäläinen Matti Kalevi | Kuljetusliike Yrjö Erämies Oy |
| Dovesta Oy | Hämäläinen Petri Sakari | Kunnasranta Tarmo Tapani |
| Erkinmikko Jorma Juhani | Hänninen Onni Aleksi | Kuotesaho Eino Veli |
| Eskola Raimo Olavi | Härkälä Mikko Ilmari | Kuusela Markku |
| Etelä-Savon Laskenta ja Konsultointi Ky | Iin MP Oy | Kuusisto Pentti Isto |
| Haanela Pentti Juhani | Insinööritoimisto Seinäjoen Rakennustekniikka Oy | Kähkönen Mika Juhani |
| Hakala Ari | Insinööritoimisto Suomen Unit Oy | Käpylä Jouko |
| Hannonen Jouko | IT-Lähtuki Backman-Hyrkäs Oy | Käyhkö Antero |
| Hannula Jorma | Jokitalo Martti Aukusti | Laitinen Kaija Marjatta |
| Harjajärvi Ari Sulevi | JPF Peat Oy | Laitinen Pasi |
| Harjunpää Samuli Petteri | Jussi-Tuote Oy | Lammi Kimmo Tapani |
| Heikkinen Arto Heino Samuel | Kahilainen Jouni Heikki Väinämö | Lamppu Pertti Juhani |
| Heikkinen Mikko Ilkka | Kaitonen Mika | Lapin Rakennetekniikka Oy |
| Heinö Tapani | Kaivinkoneurakointi Tiainen Mikko Ky | Lappalainen Jyri Antero |
| Heino Petri-Pekka Antero | Kangas Sami Kalevi | Laukkanen Markku Johannes |
| Heiskanen Ari Mikael | Kankkunen Pirjo Elina Marjatta | Lehtimäki Mika Touko Armas |
| Helander Jouni Kalervo | Karhumäki Pekka | Lehtonen Nina |
| Helenius Marko Kalervo | Kari Herlevi Oy | Lehtosaari Jori |
| Helin Jaakko | Karjoen Metalli Oy | Leppäkari Jorma Hannu Päiviö |
| Hietala Jouko Tapani | Kauppinen Olli Vilhelm | Lihakax Oy |
| Hietamäki Matti | Kerala Group Oy | Linden Jussi Petri |
| Hietamäki Olli-Pekka | Klasila Timo | Lindwall Kim Kaarlo |

{B1037290; 1}

| | | |
|---|---|---|
| Lindwall Leo Holger | Pirttinen Seppo Juhani | Tie-Tiimi Oy |
| Lohi Markus Samuli | Pribori Oy | Tiiro Risto |
| Lounais-Suomen polttoaine- ja kahvilapiste Oy | Prittinen Ari Johannes | Tilimeklarit Oy |
| LP-Palvelu Oy | Pro-Pinnoitus Oy | Toivonen Rauno Olavi |
| | | |
| LVI-Konsultointi J.Vaarala Oy | Pulkkinen Saila | Toivonen Tarja |
| Maalaus- ja Saneeraus Konttinen Oy | Pulliainen Tuomo Tapani | Tolonen Eero Juha Tapani |
| Maanrakennus Lähdemäki Oy | Purhonen Aki Kalle Ensio | Tujunen Mikael |
| Manninen Harri Pekka Juhani | Qdept Oy | Tulitähti Oy |
| Martola Jari | Rakennusliike Evälahti Oy | Tuokko Olavi |
| Mattsson Aarre | Rakennusliike Veljet Koivisto Oy | Tuomola Matti |
| Miettinen Hannu Aarne Tapani | Rantala Leo Timo Antero | Turtio Juha Mikael |
| Mutanen Janne Sakari | RC-Poraus Oy | Ulvilan Rakennuspalvelu Jalonen Oy |
| Mäkelä Seppo | Revonlahden Kumeco Oy | Uudenmaan Geotiimi Oy |
| Mäki-Tanila Eero Vilhelm | Riipinen Jyrki Matti Kalevi | Vaara Matti Arvi |
| Mässi Sauli | Rinne Juha | Vaasan Suojaverho Oy |
| Niemelä Vesa Pertti | Rouhiainen Pirkko Anneli | Vainio Jarno Tapani |
| Niskanen Pekka Ilmari | Rovio Jyrki | Vainio Veli-Matti |
| Nisula Simo Mikael | Röppänen Tuomas | Valkola Risto |
| Nummi Vesa | Saarni Jukka | Valtonen Kari Tapani |
| Nurmikumpu Keijo Uolevi | Schroderus Aimo | Varastotie Oy |
| Nurminen Arto | Seppälä Hannu Tapani | Wester Bo-Ingmar |
| Nygård Juha | Seppälä Olli Tauno Tapani | Vihervaara Timo |
| Oulun Remontti Idea Oy | Siltala Marja-Terttu | Viitanen Jukka |
| Oy Fondis Ab | Sintonen Seppo | Viljakainen Matti Erkki Olavi |
| Oy Freele Ltd | Sirviö Mauno Aatu Juhani | Vuolteenaho Tarmo Juho Adiel |
| Palmu Pekka | Sirviö Pirjo Helena | Vuorivirta Marko Olavi |
| Partonen Teijo Artturi | SSP-Stainles Steel Production Oy | Väre Jari Juhani |
| Pellinen Tatjana | Suokas Jouni | Wörlin Jouko |
| Pentinpuro Mirja Inkeri | Suomalainen Pasi | Ylä-Tulijoki Juhani |
| | | |
| Perhekoti Kanervanranta Ky | Svenlin Torvald | Zanella Fabrizio Fausto |
| Pietilä Jukka Kalevi | Sähköbit Oy | |
| Pihlajavitta Timo | Tero Fennander Ky | |

{B1037290; 1}