# EXHIBIT A

## FINNISH PROGRAM SECURITIES HOLDERS

| | | |
|---|---|---|
| A. Lokapojat Oy | Hietanen Petri Jouni | Klemettilä Mikko |
| Ahola Matti | Himanen Arto Juhani | Koivisto Osmo |
| Alahuhta Jorma Sakari | Hippi Rami Hermanni | Koivisto Raimo Pekka |
| Ala-Katara Severi Matias | HJ-Koneistus Oy | Kokkonen Juha Veikko Mikael |
| Alakiuttu Reijo | Hockman Jukka | Kontio Arto |
| Andreou Andreas | Hollmen Erkki | Koponen Janne |
| Andreou Virpi Elina | Holma Jarkko | Koskela Marko |
| arkkitehtuuri oy lehtinen miettunen | Horna Tomi Tapio | Koskela Mauri |
| Astala Leena Elisabet | Huttela Helka Kustaava | Koskelo Juha |
| Avikainen Paavo | Huuhtanen Anne | Kuivalainen Kirsti Marja |
| Betterway Oy | Hytönen Juha Ilmari | Kukkonen Jouko Henrikki |
| BÄ-RO Finland Oy | Häkkinen Mika | Kuljetus Tuuri Oy |
| Carmelin Invest Oy Ltd | Hämäläinen Matti Kalevi | Kuljetusliike Yrjö Erämies Oy |
| Dovesta Oy | Hämäläinen Petri Sakari | Kunnasranta Tarmo Tapani |
| Erkinmikko Jorma Juhani | Hänninen Onni Aleksi | Kuotesaho Eino Veli |
| Eskola Raimo Olavi | Härkälä Mikko Ilmari | Kuusela Markku |
| Etelä-Savon Laskenta ja Konsultointi Ky | Iin MP Oy | Kuusisto Pentti Isto |
| Haanela Pentti Juhani | Insinööritoimisto Seinäjoen Rakennustekniikka Oy | Kähkönen Mika Juhani |
| Hakala Ari | Insinööritoimisto Suomen Unit Oy | Käpylä Jouko |
| Hannonen Jouko | IT-Lähituki Backman-Hyrkäs Oy | Käyhkö Antero |
| Hannula Jorma | Jokitalo Martti Aukusti | Laitinen Kaija Marjatta |
| Harjajärvi Ari Sulevi | JPF Peat Oy | Laitinen Pasi |
| Harjunpää Samuli Petteri | Jussi-Tuote Oy | Lammi Kimmo Tapani |
| Heikkinen Arto Heino Samuel | Kahilainen Jouni Heikki Väinämö | Lamppu Pertti Juhani |
| Heikkinen Mikko Ilkka | Kaitonen Mika | Lapin Rakennetekniikka Oy |
| Heiniö Tapani | Kaivinkoneurakointi Tiainen Mikko Ky | Lappalainen Jyri Antero |
| Heino Petri-Pekka Antero | Kangas Sami Kalevi | Laukkanen Markku Johannes |
| Heiskanen Ari Mikael | Kankkunen Pirjo Elina Marjatta | Lehtimäki Mika Touko Armas |
| Helander Jouni Kalervo | Karhumäki Pekka | Lehtonen Nina |
| Helenius Marko Kalervo | Kari Herlevi Oy | Lehtosaari Jori |
| Helin Jaakko | Karijoen Metalli Oy | Leppäkari Jorma Hannu Päiviö |
| Hietala Jouko Tapani | Kauppinen Olli Vilhelm | Lihakax Oy |
| Hietamäki Matti | Kerala Group Oy | Linden Jussi Petri |
| Hietamäki Olli-Pekka | Klasila Timo | Lindwall Kim Kaarlo |

{B1037290: 1}

| | | |
|---|---|---|
| Lindwall Leo Holger | Pirttinen Seppo Juhani | Tie-Tiimi Oy |
| Lohi Markus Samuli | Pribori Oy | Tiiro Risto |
| Lounais-Suomen polttoaine- ja kahvilapiste Oy | Prittinen Ari Johannes | Tilimeklarit Oy |
| LP-Palvelu Oy | Pro-Pinnoitus Oy | Toivonen Rauno Olavi |
| LVI-Konsultointi J.Vaarala Oy | Pulkkinen Saila | Toivonen Tarja |
| Maalaus- ja Saneeraus Konttinen Oy | Pulliainen Tuomo Tapani | Tolonen Eero Juha Tapani |
| Maanrakennus Lähdemäki Oy | Purhonen Aki Kalle Ensio | Tujunen Mikael |
| Manninen Harri Pekka Juhani | Qdept Oy | Tulitähti Oy |
| Martola Jari | Rakennusliike Evälahti Oy | Tuokko Olavi |
| Mattsson Aarre | Rakennusliike Veljet Koivisto Oy | Tuomola Matti |
| Miettinen Hannu Aarne Tapani | Rantala Leo Timo Antero | Turtio Juha Mikael |
| Mutanen Janne Sakari | RC-Poraus Oy | Ulvilan Rakennuspalvelu Jalonen Oy |
| Mäkelä Seppo | Revonlahden Kumeco Oy | Uudenmaan Geotiimi Oy |
| Mäki-Tanila Eero Vilhelm | Riipinen Jyrki Matti Kalevi | Vaara Matti Arvi |
| Mässi Sauli | Rinne Juha | Vaasan Suojaverho Oy |
| Niemelä Vesa Pertti | Rouhiainen Pirkko Anneli | Vainio Jarno Tapani |
| Niskanen Pekka Ilmari | Rovio Jyrki | Vainio Veli-Matti |
| Nisula Simo Mikael | Röppänen Tuomas | Valkola Risto |
| Nummi Vesa | Saarni Jukka | Valtonen Kari Tapani |
| Nurmikumpu Keijo Uolevi | Schroderus Aimo | Varastotie Oy |
| Nurminen Arto | Seppälä Hannu Tapani | Wester Bo-Ingmar |
| Nygård Juha | Seppälä Olli Tauno Tapani | Vihervaara Timo |
| Oulun Remontti Idea Oy | Siltala Marja-Terttu | Viitanen Jukka |
| Oy Fondis Ab | Sintonen Seppo | Viljakainen Matti Erkki Olavi |
| Oy Freele Ltd | Sirviö Mauno Aatu Juhani | Vuolteenaho Tarmo Juho Adiel |
| Palmu Pekka | Sirviö Pirjo Helena | Vuorivirta Marko Olavi |
| Partonen Teijo Artturi | SSP-Stainles Steel Production Oy | Väre Jari Juhani |
| Pellinen Tatjana | Suokas Jouni | Wörlin Jouko |
| Pentinpuro Mirja Inkeri | Suomalainen Pasi | Ylä-Tulijoki Juhani |
| Perhekoti Kanervanranta Ky | Svenlin Torvald | Zanella Fabrizio Fausto |
| Pietilä Jukka Kalevi | Sähköbit Oy | |
| Pihlajaviita Timo | Tero Fennander Ky | |

{B1037290; 1}