UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
                                                                :
In re                                                           :    Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                        :    08-13555 (JMP)
                                                                :
                        Debtors.                                :    (Jointly Administered)
                                                                :
                                                                :
----------------------------------------------------------------x

## OBJECTION OF REILLY POZNER LLP TO FEE COMMITTEE REPORT PERTAINING TO THE THIRD INTERIM FEE APPLICATIONS, AND REQUEST FOR EXTENSION TO REACH AGREEMENT WITH FEE COMMITTEE

Reilly Pozner LLP ("RP"), special counsel for Lehman Brothers Holdings Inc. ("LBHI") and certain of its direct and indirect subsidiaries, as debtors and debtors in possession here (collectively, the "Debtors"), submits this Objection to the Fee Committee Report Pertaining to the Third Interim Fee Applications [Docket No. 7498] ("Objection") on the following grounds:

Though the Fee Committee sent its preliminary Report to RP in February 2010, RP did not receive it; it appears that the attorney to whom it was directed inadvertently deleted it without reviewing it. Accordingly, RP has not yet had an opportunity to negotiate with the Fee Committee regarding the Fee Committee's Report concerning RP's fees and expenses. Therefore, RP requests that the Court grant that extension, as allowed in the May 26, 2009 Order Appointing Fee Committee and Approving Fee Protocol, Ex. A.

In the event RP and the Fee Committee cannot reach a mutually acceptable resolution of the dispute regarding RP's fees and expenses, attached hereto as **Exhibit A** is RP's explanations and revisions addressing the Fee Committee's report. By way of summary, RP's objections are as follows with respect to the following reasons for recommended reductions:

1. **Administrative.** RP agrees that some of the challenged time entries relate to administrative tasks that should not be billed; for other entries, however, the recommended reduction is based upon a misunderstanding of the task being described. Those instances are separately addressed in Exhibit A.

2. **Duplicate Time Entry.** There was one duplicate time entry which RP has agreed to remove.

3. **Reviewing and Editing Time Entries and Fee Applications.** RP has agreed to most of the recommended reductions and has put in place procedures so such entries are not billed.

4. **Services Combined or "Lumped" Together.** The challenged fee entries all relate to discrete tasks performed on a single case, but provide a breakdown of the sub-tasks involved for the purposes of providing full detail on what was done. For instance, in preparing a motion for default judgment, the time entry will describe the drafting of the pleading as well and the documents reviewed and persons consulted in that task. RP believes that this is not the type of combining or lumping-together that is a problem; rather, it is the type of detailed time entry that the Committee should expect of its professionals. RP has attempted to revise its entries to clear up any ambiguities, and believes that all such entries should be allowed.

5. **Duplicate Expenses.** The challenged expenses that are described as duplicate are actually expenses for services that were performed on discrete cases. RP handles many separate litigation matters for LBHI, and each case is billed separately. Thus, in the challenged expenses, RP has ordered separated asset searches on different defendants in different matters, as indicated by the different matter

2

numbers to which each expense was billed. None of those expenses are duplicates.

6. **Insufficient Breakdown of Expense Detail.** The Fee Committee has also challenged the amount of detail in the expenses for certain asset searches on different defendants in different matters. RP has provided additional detail, but the issue is the same in each instance—RP ordered asset searches on certain defendants to determine their viability (and therefore the utility of pursuing them) and/or to collect on judgments against them. In other instances, RP has provided additional detail to explain why the challenged expenses were necessary. Except for two expenses that should be reduced, the remaining expenses should be reimbursed.

As set forth in the attached Exhibit A, RP has voluntarily reduced its request for fees by $9,335.00 and has reduced its request for expenses by $1,073.14. RP requests that its application not be reduced any further, as there is no cause for doing so.

DATED: March 16, 2010

Respectfully submitted,

/s/ Michael A. Rollin
Michael A. Rollin
REILLY POZNER LLP
511 Sixteenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 893-6100
Facsimile: (303) 893-6110
mrollin@rplaw.com

393772

3

# EXHIBIT A

Reilly Pozner Billing Detail by Date of Service
Third Fee Period (June 2009 - end of September 2009)

| Row | TimeKeeper Detail ||| Billing Detail |||||| Recommended Reductions |||
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Timekeeper Last Name | Timekeeper First Name | Rate | Matter Number | Task Code | Date of Service | Time (Hours) | Activity Description (Notes) | Total Fees for Each Task | Description | Comments | RP Reduction |
| 1. | Bailey | Mark | $290.00 | 213 | 270 | 6/1/09 | 0.9 | Attended team meeting regarding status of case and general procedural concerns" | $261.00 | Administrative | see revised entry | $0.00 |
| 2. | Bulmer | Jennifer | $170.00 | 132 | 272 | 8/14/09 | 0.5 | Organized and prepared deposition exhibits for Mr. Spohn's review. | $85.00 | Administrative | Not administrative, these tasks are necessary for deposition preparation during the discovery phase. | $0.00 |
| 3. | Bulmer | Jennifer | $170.00 | 152 | 270 | 7/23/09 | 0.1 | Made CD copy of Client documents in preparation of loading same to Summation database. | $17.00 | Administrative | Not administrative, these tasks are necessary to respond to Discovery Requests | $0.00 |
| 4. | Modesitt | Kent | $375.00 | 213 | 40 | 6/9/09 | 0.5 | Conferred with Mr. Drosdick regarding administration issues and followed up regarding same. | $187.50 | Administrative | | $187.50 |
| 5. | Nakamura | Kenneth | $105.00 | 696 | 271 | 9/24/09 | 3.7 | Compiled online public record results regarding Pacific Community Mortgage and related entities. | $388.50 | Administrative | Conducted online public records searches regarding subject entities to locate and evaluate potential assets | $0.00 |
| 6. | Nakamura | Kenneth | $105.00 | 194 | 271 | 6/23/09 | 3.2 | Compiled online public record search results. | $336.00 | Administrative | Conducted online public records searches regarding subject entities to locate and evaluate potential assets | $0.00 |
| 7. | Nakamura | Kenneth | $105.00 | 207 | 271 | 6/23/09 | 2.5 | Compiled online public record search results. | $262.50 | Administrative | Conducted online public records searches regarding subject entities to locate and evaluate potential assets | $0.00 |
| 8. | Nakamura | Kenneth | $105.00 | 213 | 271 | 8/21/09 | 1.3 | Prepared indexes of online public records search results. | $136.50 | Administrative | Conducted online public records searches regarding subject entities to locate and evaluate potential assets | $0.00 |
| 9. | O'Keefe | Camilla | $150.00 | 213 | 272 | 8/6/09 | 0.3 | Prepared binder and index containing Califorensics assets search reports for multiple matters | $45.00 | Administrative | | $45.00 |
| 10. | O'Keefe | Camilla | $150.00 | 687 | 272 | 9/1/09 | 0.2 | Printed Citimutual Corporation asset search summary document, updated index, and binder with same. | $30.00 | Administrative | | $30.00 |
| 11. | Porter | Kathleen | $170.00 | 198 | 35 | 8/10/09 | 6 | Drafted document log to produced to opposing counsel and removed privileged information (2.5); reviewed summaries for labels and redactions (2.0); burned and labeled DVDs to produce to opposing counsel and drafted letter regarding the same (1.5). | $1,020.00 | Administrative | Not administrative, these tasks are necessary to respond to Discovery Requests | $595.00 |
| 12. | Porter | Kathleen | $170.00 | 135 | 35 | 9/8/09 | 6 | Reviewed production documents and redacted Bates numbers, labeled documents to be produced to opposing counsel and exported to network folder (5.5); burned and labeled production CD of seller's guide for opposing counsel (.5) | $1,020.00 | Administrative | Not administrative, these tasks are necessary to respond to Discovery Requests | $0.00 |

Reilly Pozner Billing Detail by Date of Service
Third Fee Period (June 2009 - end of September 2009)

| Row | TimeKeeper Last Name | TimeKeeper First Name | Rate | Matter Number | Task Code | Date of Service | Time (Hours) | Activity Description (Notes) | Total Fees for Each Task | Description | Comments | RP Reduction |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13. | Porter | Kathleen | $170.00 | 124 | 35 | 8/7/09 | 3.9 | Reviewed database summaries, purged summaries, and reused numbers for production, burned CD for vendor for same (.7); loaded new file to database for initial disclosures production and reviewed issues, exported summaries and burned and labeled CD to produce (3.2) | $663.00 | Administrative | Not administrative, these tasks are necessary to respond to Discovery Requests | $0.00 |
| 14. | Porter | Kathleen | $170.00 | 198 | 35 | 6/8/09 | 3.8 | Reviewed and copied images for production from the database, labeled images and updated tracking sheet, burned CD, and drafted letter for same | $646.00 | Administrative | Not administrative, these tasks are necessary to respond to Discovery Requests | $0.00 |
| 15. | Porter | Kathleen | $170.00 | 124 | 35 | 8/6/09 | 2.2 | Burned CD of client documents for vendor for production and downloaded Fileshare documents for review (1.0); reviewed, formatted, and labeled initial disclosures documents to be produced to opposing counsel and loaded documents to database (1.2) | $374.00 | Administrative | Not administrative, these tasks are necessary to respond to Discovery Requests | $0.00 |
| 16. | Porter | Kathleen | $170.00 | 171 | 35 | 9/16/09 | 2.2 | Reviewed and labeled documents for production to opposing counsel and burned CD of same | $374.00 | Administrative | Not administrative, these tasks are necessary to respond to Discovery Requests | $0.00 |
| 17. | Porter | Kathleen | $170.00 | 183 | 35 | 9/16/09 | 2 | Reviewed and labeled documents for production to opposing counsel and burned CD of same | $340.00 | Administrative | Not administrative, these tasks are necessary to respond to Discovery Requests | $0.00 |
| 18. | Porter | Kathleen | $170.00 | 152 | 35 | 7/23/09 | 1.5 | Reviewed and labeled documents to be produced to opposing counsel and updated the tracking spreadsheet with the same | $255.00 | Administrative | Not administrative, these tasks are necessary to respond to Discovery Requests | $0.00 |
| 19. | Porter | Kathleen | $170.00 | 631 | 272 | 8/5/09 | 1.5 | Formatted default exhibits and labeled for filing with declaration | $255.00 | Administrative | Not administrative, necessary task to complete the filing for default judgment | $0.00 |
| 20. | Porter | Kathleen | $170.00 | 183 | 35 | 6/25/09 | 1.3 | Reviewed, labeled and scanned client documents to produce to opposing counsel and updated spreadsheet with same | $221.00 | Administrative | Not administrative, these tasks are necessary to respond to Discovery Requests | $0.00 |
| 21. | Porter | Kathleen | $170.00 | 152 | 272 | 7/27/09 | 1.1 | Processed and formatted and labeled client documents and burned cd for vendor for database processing and updated index with same | $187.00 | Administrative | Not administrative, these tasks are necessary to respond to Discovery Requests | $0.00 |
| 22. | Porter | Kathleen | $170.00 | 177 | 272 | 9/16/09 | 0.6 | Reviewed and labeled client documents to be produced | $102.00 | Administrative | Not administrative, these tasks are necessary to respond to Discovery Requests | $0.00 |
| 23. | Roush | Katie | $240.00 | 213 | 272 | 8/13/09 | 0.7 | Reviewed pleadings, correspondence and produced documents for each individual case assigned to me in order to formulate a strategy for each. | $168.00 | Administrative | This work involved substantive review of materials filed thus far in each case in order to create a strategy for moving forward in each case. | $0.00 |
| 24. | Spohn | Matthew | $310.00 | 213 | 40 | 6/9/09 | 0.3 | Conferred with Mr. Drosdick regarding assignment agreement issues. | $93.00 | Administrative | Conference regarding a legal issue affecting all cases. | $93.00 |

Reilly Pozner Billing Detail by Date of Service
Third Fee Period (June 2009 - end of September 2009)

| | TimeKeeper Detail | | | | | | Billing Detail | | | Recommended Reductions | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Row | Timekeeper Last Name | Timekeeper First Name | Rate | Matter Number | Task Code | Date of Service | Time (Hours) | Activity Description (Notes) | Total Fees for Each Task | Description | Comments | RP Reduction |
| 25. | Spohn | Matthew | $310.00 | 213 | 274 | 7/16/09 | 0.3 | Conferred with Mr. Drosdick regarding creating template settlement agreement and began working on same. | $93.00 | Administrative | This is legal work on a settlement agreement form that can be approved by BK counsel and used in all cases | $0.00 |
| 26. | Spohn | Matthew | $310.00 | 129 | 34 | 6/16/09 | 0.2 | Called clerk regarding setting case management conference. | $62.00 | Administrative | The attorney needs to speak to the court clerk directly on scheduling of hearings | $0.00 |
| 27. | Unruh | Lindsay | $290.00 | 172 | 270 | 6/1/09 | 0.1 | Organized materials in preparation for turning case over to Mr. Bailey. | $29.00 | Administrative | | $29.00 |
| 28. | Unruh | Lindsay | $290.00 | 124 | 270 | 6/1/09 | 0.1 | Organized materials in preparation for turning case over to Mr. Bailey. | $29.00 | Administrative | | $29.00 |
| 29. | O'Keefe | Camilla | $150.00 | 213 | 272 | 9/10/09 | 1.5 | Continued review of docket for all Lehman Brothers Holdings Inc. cases and prepared edits to same. | $225.00 | Duplicate Time Entry | | $225.00 |
| 30. | O'Keefe | Camilla | $150.00 | 213 | 272 | 9/10/09 | 1.5 | Continued review of docket for all Lehman Brothers Holdings Inc. cases and prepared edits to same. | $225.00 | Duplicate Time Entry | | $225.00 |
| 31. | Bulmer | Jennifer | $170.00 | 213 | 270 | 7/27/09 | 0.6 | Reviewed e-mail from Client regarding June invoices and conferred with Client regarding same. | $102.00 | Reviewing and Editing Time Entries and Fee Applications | Necessary for providing budgets for client. | $0.00 |
| 32. | Duflos | Alejandra | $70.00 | 213 | 39 | 7/20/09 | 8 | Produced and edited fee application for the month of June 2009 and prepared reports required by the Fee Committee. | $560.00 | Reviewing and Editing Time Entries and Fee Applications | | $560.00 |
| 33. | Duflos | Alejandra | $70.00 | 213 | 39 | 9/24/09 | 5.2 | Continued review of billing and prepared reports to be submitted with fee application and to the fee committee | $364.00 | Reviewing and Editing Time Entries and Fee Applications | | $364.00 |
| 34. | Duflos | Alejandra | $70.00 | 213 | 39 | 8/20/09 | 5 | Continued reviewing and editing second interim fee application to add detail per Fee Committee guidelines. | $350.00 | Reviewing and Editing Time Entries and Fee Applications | | $350.00 |
| 35. | Duflos | Alejandra | $70.00 | 213 | 39 | 9/23/09 | 4.2 | Reviewed billing entries for August 2009 to prepare fee application | $294.00 | Reviewing and Editing Time Entries and Fee Applications | | $294.00 |
| 36. | Duflos | Alejandra | $70.00 | 213 | 39 | 7/8/09 | 4 | Worked on additional reports required by the fee committee | $280.00 | Reviewing and Editing Time Entries and Fee Applications | | $280.00 |
| 37. | Duflos | Alejandra | $70.00 | 213 | 39 | 8/12/09 | 4 | Reviewed and prepared report to Fee committee to clarify charges on interim fee application for period 9/15/08 - 1/31/09 | $280.00 | Reviewing and Editing Time Entries and Fee Applications | | $280.00 |
| 38. | Duflos | Alejandra | $70.00 | 213 | 39 | 8/19/09 | 4 | Reviewed second interim fee application to add detail per fee committee guidelines. | $280.00 | Reviewing and Editing Time Entries and Fee Applications | | $280.00 |
| 39. | Duflos | Alejandra | $70.00 | 213 | 39 | 6/8/09 | 3.5 | Reviewed and prepared billing reports for May fee application | $245.00 | Reviewing and Editing Time Entries and Fee Applications | | $245.00 |
| 40. | Duflos | Alejandra | $70.00 | 213 | 39 | 6/12/09 | 3 | Prepared reports in Excel per request of fee committee | $210.00 | Reviewing and Editing Time Entries and Fee Applications | | $210.00 |
| 41. | Duflos | Alejandra | $70.00 | 213 | 39 | 6/15/09 | 2 | Completed and submitted fee applications in Excel format from February to May, 2009 | $140.00 | Reviewing and Editing Time Entries and Fee Applications | | $140.00 |
| 42. | Duflos | Alejandra | $70.00 | 213 | 39 | 6/29/09 | 2 | Responded to request to submit prior fee applications in Excel format. | $140.00 | Reviewing and Editing Time Entries and Fee Applications | | $140.00 |
| 43. | Rollin | Michael | $375.00 | 213 | 272 | 8/25/09 | 2.5 | Reviewed, revised, and approved bills. | $937.50 | Reviewing and Editing Time Entries and Fee Applications | | $937.50 |

**Reilly Pozner Billing Detail by Date of Service**
**Third Fee Period (June 2009 - end of September 2009)**

| | TimeKeeper Detail | | | | | Billing Detail | | | Recommended Reductions | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Row | Timekeeper Last Name | Timekeeper First Name | Rate | Matter Number | Task Code | Date of Service | Time (Hours) | Activity Description (Notes) | Total Fees for Each Task | Description | Comments | RP Reduction |
| 44. | Rollin | Michael | $375.00 | 213 | 270 | 6/12/09 | 2 | Reviewed, revised, and approved bills. | $750.00 | Reviewing and Editing Time Entries and Fee Applications | | $750.00 |
| 45. | Rollin | Michael | $375.00 | 213 | 39 | 8/13/09 | 1.5 | Reviewed fee committee withholdings and followed up with time keepers. | $562.50 | Reviewing and Editing Time Entries and Fee Applications | | $562.50 |
| 46. | Rollin | Michael | $375.00 | 213 | 272 | 8/19/09 | 1.5 | Worked on revisions to the first and second interim fee applications and conferred with Mr. Feinberg's officer regarding same. | $562.50 | Reviewing and Editing Time Entries and Fee Applications | | $562.50 |
| 47. | Rollin | Michael | $375.00 | 213 | 270 | 7/11/09 | 1 | Reviewed, edited, and approved pre-bills. | $375.00 | Reviewing and Editing Time Entries and Fee Applications | | $375.00 |
| 48. | Rollin | Michael | $375.00 | 213 | 271 | 9/1/09 | 0.2 | Finalized letter to the fee committee requesting waiver of September budget requirements and sent same. | $75.00 | Reviewing and Editing Time Entries and Fee Applications | | $75.00 |
| 49. | Romanelli | Ann | $70.00 | 213 | 45 | 8/28/09 | 3 | Drafted, finalized, and prepared July 2009 monthly fee application. | $210.00 | Reviewing and Editing Time Entries and Fee Applications | | $210.00 |
| 50. | Romanelli | Ann | $70.00 | 213 | 39 | 8/12/09 | 0.6 | Drafted and remitted Reilly Pozner budget for September 2009 (.2); conferred with Ms. Duflos regarding disputed fees (.2); reviewed spreadsheet regarding disputed fees and entered explanation edits (.2) | $42.00 | Reviewing and Editing Time Entries and Fee Applications | | $42.00 |
| 51. | Romanelli | Ann | $70.00 | 213 | 39 | 8/14/09 | 0.5 | Reviewed e-mails and voicemails regarding upcoming deadlines (.1); prepared and sent PDF of second interim application for filing with the court and service on parties (.4) | $35.00 | Reviewing and Editing Time Entries and Fee Applications | | $28.00 |
| 52. | Ryan | Echo | $200.00 | 213 | 272 | 8/20/09 | 0.6 | Edited and added detail to entries to Lehman Brothers Holdings Inc.'s second interim fee application in order to comply with fee committee's guidelines. | $120.00 | Reviewing and Editing Time Entries and Fee Applications | | $120.00 |
| 53. | Ryan | Echo | $200.00 | 213 | 272 | 8/12/09 | 0.5 | Modified entries to Lehman Brothers Holdings Inc.'s fee application in order to comply with fee committee's guidelines. | $100.00 | Reviewing and Editing Time Entries and Fee Applications | | $100.00 |
| 54. | Ryan | Echo | $200.00 | 213 | 272 | 8/11/09 | 0.2 | Reviewed Lehman Brothers Holdings Inc.'s first interim fee application and summary sheet to determine fee entries that may be disallowed (.1); conferred with Mr. Roper regarding strategy for establishing personal jurisdiction in correspondent cases (.1). | $40.00 | Reviewing and Editing Time Entries and Fee Applications | | $20.00 |
| 55. | Ryan | Echo | $200.00 | 213 | 272 | 8/27/09 | 0.2 | Continue editing and adding detail to entries to Lehman Brothers Holdings Inc.'s fee application in order to comply with fee committee's guidelines. | $40.00 | Reviewing and Editing Time Entries and Fee Applications | | $40.00 |
| 56. | Ryan | Echo | $200.00 | 213 | 39 | 9/28/09 | 0.1 | Modified ProLaw task codes for Lehman Brothers Holdings Inc.'s cases in order to comply with fee committee's guidelines. | $20.00 | Reviewing and Editing Time Entries and Fee Applications | | $20.00 |
| 57. | Spohn | Matthew | $310.00 | 125 | 37 | 9/16/09 | 0.5 | Revised draft motion for default judgment and sent same to local counsel with correspondence explaining same; conferred with Mr. Sanders regarding fee application; gathered documents for Mr. Sanders for use in fee application and sent same to him. | $155.00 | Reviewing and Editing Time Entries and Fee Applications | This is work on fee applications to courts for fee awards against defendants in connection with default judgments | $0.00 |
| 58. | Spohn | Matthew | $310.00 | 213 | 273 | 8/11/09 | 0.2 | Reviewed Fee Committee's report. | $62.00 | Reviewing and Editing Time Entries and Fee Applications | | $62.00 |
| 59. | Porter | Kathleen | $170.00 | 152 | 35 | 6/19/09 | 4.2 | Reviewed, labeled, and redacted documents in the database to be produced to opposing counsel, briefcased production set and burned and labeled cd regarding same | $714.00 | Services Combined or "Lumped" Together | All the work relates to the preparation of the same discovery responses in the same case; this is | $0.00 |
| 60. | Roush | Katie | $240.00 | 183 | 34 | 9/30/09 | 4.3 | Prepared for scheduling conference (1.3); traveled to Las Vegas for scheduling conference (3.0). | $1,032.00 | Services Combined or "Lumped" Together | see revised entry | $0.00 |

**Reilly Pozner Billing Detail by Date of Service**
**Third Fee Period (June 2009 - end of September 2009)**

| Row | TimeKeeper Last Name | TimeKeeper First Name | Rate | Matter Number | Task Code | Date of Service | Time (Hours) | Activity Description (Notes) | Total Fees for Each Task | Description | Comments | RP Reductions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61. | Spohn | Matthew | $310.00 | 152 | 26 | 6/17/09 | 4.8 | Continued drafting responses to interrogatories and document requests (4.2); conferred with Ms. Ryan regarding multiple issues relevant to same (.3); conferred with and corresponded with Ms. Akell regarding multiple issues relevant to same (.3). | $1,488.00 | Services Combined or "Lumped" Together | All the work relates to the preparation of the same discovery responses in the same case; this is one task | $0.00 |
| 62. | Spohn | Matthew | $310.00 | 152 | 28 | 6/16/09 | 3.8 | Continued working on discovery responses (4.3); reviewed memorandum from Ms. Ryan regarding information needed for responses (.2); corresponded with Mr. Glanz and Mr. Rothman regarding same (.2); called Aurora Loan Services regarding contact information for former employees (.1). | $1,178.00 | Services Combined or "Lumped" Together | All the work relates to the same discovery responses in the same case; this is one task | $0.00 |
| 63. | Spohn | Matthew | $310.00 | 146 | 37 | 6/15/09 | 3.4 | Reviewed damages documents from Mr Gray for use in default judgment motion and corresponded and conferred with Mr. Gray regarding follow-up issues regarding same (.2); drafted motion for entry of default judgment and proposed supporting declaration (2.9); drafted chart explaining calculations for use in motion (.3). | $1,054.00 | Services Combined or "Lumped" Together | All the work relates to the preparation of a default judgment motion in one case; this is one task | $0.00 |
| 64. | Spohn | Matthew | $310.00 | 173 | 274 | 9/11/09 | 3.4 | Represented Lehman Brothers Holdings Inc. at settlement conference (3.1); conferred with Mr. Drosdick regarding strategy for same and follow-up issues (.3). | $1,054.00 | Services Combined or "Lumped" Together | This is all one task relating to one settlement conference in one case | $1,054.00 |
| 65. | Spohn | Matthew | $310.00 | 118 | 274 | 6/10/09 | 2.6 | Reviewed correspondence and financial statements from opposing counsel pertaining to settlement and compared same to results of asset search (2.2); drafted correspondence to Mr. Drosdick and Mr. Trumpp regarding same (.2); conferred with Mr. Rollin regarding strategy (.2). | $806.00 | Services Combined or "Lumped" Together | This is all one task relating to the review and appraisal of a defendant's financial statements for use in settlement talks | $0.00 |
| 66. | Spohn | Matthew | $310.00 | 143 | 37 | 6/24/09 | 2.3 | Reviewed damages documents from Aurora Loan Services (.2); reviewed damage calculations (.1); drafted motion for entry of default judgment and draft declaration supporting same (1.9); corresponded with Ms. Rubin regarding additional documents needed (.1). | $713.00 | Services Combined or "Lumped" Together | All the work relates to the preparation of a default judgment motion in one case; this is one task | $0.00 |
| 67. | Spohn | Matthew | $310.00 | 152 | 26 | 6/19/09 | 2.2 | Conferred with Mr. Glanz and reviewed additional documents from him regarding information needed for interrogatory answers (.2); completed drafting of interrogatory answers (1.8); conferred with Ms. Ryan regarding additional information needed to be inserted in same (.2) | $682.00 | Services Combined or "Lumped" Together | All the work relates to the preparation of the same discovery responses in the same case; this is one task | $0.00 |
| 68. | Spohn | Matthew | $310.00 | 118 | 279 | 6/22/09 | 2.2 | Assessed and researched objections to Defendant's proposed jury instructions (.7); drafted objections and proposed alternative language and instructions (1.0); revised Plaintiff's jury instructions to account for Defendants' proposed instructions (.5). | $682.00 | Services Combined or "Lumped" Together | All the work relates to the preparation of the same pretrial submission in the same case; this is one task | $0.00 |
| 69. | Spohn | Matthew | $310.00 | 125 | 37 | 9/15/09 | 2.2 | Conferred with Mr. Sanders regarding motion for default judgment (.2); reviewed documents from Mr. Sanders regarding damages and default (.2); drafted memorandum of law supporting motion for default judgment, declaration supporting same, and proposed order (1.8). | $682.00 | Services Combined or "Lumped" Together | All the work relates to the preparation of a default judgment motion in one case; this is one task | $0.00 |
| 70. | Spohn | Matthew | $310.00 | 127 | 281 | 9/23/09 | 2.1 | Began investigating potential parties responsible on judgment (.8); reviewed asset search report for same (.4); did further investigation using documents in file for same (.7). | $651.00 | Services Combined or "Lumped" Together | All the work relates to the judgment enforcement analysis in one case; this is one task | $0.00 |
| 71. | Spohn | Matthew | $310.00 | 173 | 29 | 6/10/09 | 1.6 | Revised and supplemented initial disclosures, investigated contact information for likely witnesses in loan files and added same to disclosures; reviewed damage calculations and explained same in initial disclosures (.3); corresponded with Mses. Ryan and Porter re docs for production with disclosures (.2). | $496.00 | Services Combined or "Lumped" Together | All the work relates to the preparation of the same discovery responses in the same case; this is one task | $0.00 |

Reilly Pozner Billing Detail by Date of Service
Third Fee Period (June 2009 - end of September 2009)

| | TimeKeeper Detail | | | Billing Detail | | | | | | Recommended Reductions | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Row | TimeKeeper Last Name | TimeKeeper First Name | Rate | Matter Number | Task Code | Date of Service | Time (Hours) | Activity Description (Notes) | Total Fees for Each Task | Description | Comments | RF Reduction |
| 72. | Spohn | Matthew | $310.00 | 213 | 271 | 9/9/09 | 1.3 | Conferred with Mr. Walsh regarding asset searches on various litigation targets, conferred with Ms. Ryan regarding documents needed for same, investigated litigation targets where entities were administratively dissolved, conferred with Mr. Roper regardin | $403.00 | Services Combined or "Lumped" Together | All the work relates to the coordination of the investigation of the solvency of many potential defendants; this is one task | $0.00 |
| 73. | Spohn | Matthew | $310.00 | 118 | 29 | 6/25/09 | 1 | Reviewed order on motions in limine (.2); reviewed correspondence from opposing counsel regarding proposed joint motion to correct summary judgment order (.1); revised joint motion to be a contested motion (.2), and drafted notice of motion and memorandum of points and authorities to correct summary judgment order (.5) | $310.00 | Services Combined or "Lumped" Together | All the work relates to the preparation of the same pretrial submission in the same case; this is one task | $0.00 |
| 74. | Spohn | Matthew | $310.00 | 127 | 37 | 6/29/09 | 1 | Conferred with Mr. Trumpp regarding declaration supporting motion for default judgment and reviewed executed declaration (.2); completed drafting memorandum supporting motion, notice of motion and proposed order (.7); conferred with Ms. Porter regarding redacting of same (.1). | $310.00 | Services Combined or "Lumped" Together | All the work relates the preparation of a default judgment motion in one case; this is one task | $0.00 |
| 75. | Spohn | Matthew | $310.00 | 146 | 37 | 6/17/09 | 0.9 | Reviewed additional damages documents from Mr. Gray and added same to exhibits to declaration supporting motion for default judgment (.2); corresponded with Mr. Kahrl regarding additional documents needed (.1); revised memorandum and declaration supporting motion for default judgment (.6). | $279.00 | Services Combined or "Lumped" Together | All the work relates the preparation of a default judgment motion in one case; this is one task | $0.00 |
| 76. | Spohn | Matthew | $310.00 | 143 | 37 | 6/30/09 | 0.9 | Reviewed demand letters from Ms. Rubin (.2); revised damage calculations supporting default judgment motion in light of same (.1); corresponded with Mr. Trumpp regarding revised declaration (.1); reviewed local rules for format and timing of default judgment motion and revised motion papers (.5) | $279.00 | Services Combined or "Lumped" Together | All the work relates the preparation of a default judgment motion in one case; this is one task | $0.00 |
| 77. | Spohn | Matthew | $310.00 | 132 | 271 | 6/15/09 | 0.7 | Conferred with Mr. Walsh regarding status of investigation of documents supporting misrepresentation claims (.2); reviewed results of title search from Mr. Walsh and corresponded with Mr. Enright and Ms. Ryan regarding production of additional documents relating to same (.5). | $217.00 | Services Combined or "Lumped" Together | All the work relates to the preparation of the same discovery production in the same case; this is one task | $0.00 |
| 78. | Spohn | Matthew | $310.00 | 127 | 37 | 6/23/09 | 0.7 | Reviewed additional damages documents from Mr. Gray for use in default judgment motion (.2); completed assembly of exhibits for declaration supporting motion for entry of default judgment and conferred with Ms. Porter regarding redaction of same (.2); finalized default judgment pleadings in light of same (.3). | $217.00 | Services Combined or "Lumped" Together | All the work relates the preparation of a default judgment motion in one case; this is one task | $0.00 |
| 79. | Spohn | Matthew | $310.00 | 172 | 45 | 6/24/09 | 0.7 | Conferred with counsel for Callisto regarding background, extension of time to answer, and settlement potential (.3); corresponded with Mr. Gray regarding damage calculations needed (.1); drafted stipulation to extend time to answer (.3). | $217.00 | Services Combined or "Lumped" Together | Revised entry breaks down the time for each task | $0.00 |
| 80. | Spohn | Matthew | $310.00 | 141 | 281 | 6/30/09 | 0.7 | Analyzed report of asset search and proper plan for action (.4); drafted correspondence to Mr. Drosdick and Mr. Trumpp regarding analysis of asset search and recommended course of action (.3). | $217.00 | Services Combined or "Lumped" Together | All the work relates to the analysis of an asset search for enforcement purposes; this is one task | $0.00 |
| 81. | Spohn | Matthew | $310.00 | 146 | 281 | 6/9/09 | 0.6 | Conferred with Mr. Kahrl regarding court's deadline for moving for default and default judgment, and plan for accomplishing same (.2); sent template to Mr. Kahrl for request for entry of default (.2); corresponded with Mr. Gray regarding documents and information needed for same (.2) | $186.00 | Services Combined or "Lumped" Together | All the work relates to the entry of default against one defendant in one case; this is one task | $0.00 |
| 82. | Spohn | Matthew | $310.00 | 138 | 37 | 6/9/09 | 0.4 | Reviewed and responded to correspondence from Ms. Rubin regarding entry of default (.2); reviewed correspondence from Ms. Rubin regarding loans included in suit and communications from Defendant (.1); replied to Ms. Rubin regarding strategy for same (.1). | $124.00 | Services Combined or "Lumped" Together | Revised entry breaks down the time for each task | $0.00 |

Reilly Pozner Billing Detail by Date of Service
Third Fee Period (June 2009 - end of September 2009)

| Row | TimeKeeper Detail ||| Billing Detail ||||| Recommended Reductions |||
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Timekeeper Last Name | Timekeeper First Name | Rate | Matter Number | Task Code | Date of Service | Time (Hours) | Activity Description (Notes) | Total Fees for Each Task | Description | Comments | RP Reduction |
| 83. | Spohn | Matthew | $310.00 | 141 | 37 | 6/23/09 | 0.4 | Corresponded with Mr. Gray regarding damages documents needed and demand letter to be sent (.1); conferred with Ms. Rubin regarding asset search (.1); reviewed damage calculations from Mr. Gray (.2). | $124.00 | Services Combined or "Lumped" Together | Revised entry breaks down the time for each task | $0.00 |
| 84. | Spohn | Matthew | $310.00 | 124 | 45 | 6/25/09 | 0.4 | Reviewed message from representative from Clarion regarding request for extension, and correspondence from Ms. Roush regarding same (.1); spoke with Jim Lewis from Clarion regarding lack of representation and request for extension (.2); drafted extension pleading and sent same to Mr. Lewis (.1). | $124.00 | Services Combined or "Lumped" Together | Revised entry breaks down the time for each task | $0.00 |
| 85. | Spohn | Matthew | $310.00 | 138 | 37 | 6/30/09 | 0.4 | Conferred with Ms. Rubin regarding need for default judgment motion; reviewed status of documents needed for asset search and motion papers; corresponded with Mr. Gray regarding request for damage calculations and documents. | $124.00 | Services Combined or "Lumped" Together | All the work relates the preparation of a default judgment motion in one case; this is one task. | $0.00 |
| 86. | Spohn | Matthew | $310.00 | 134 | 40 | 6/18/09 | 0.3 | Conferred with Ms. Ryan regarding claim on current loan; corresponded with Ms. Akell and Mr. Trumpp regarding additional loans to sue upon and reviewed responses; corresponded with Ms. Akell regarding additional documents needed. | $93.00 | Services Combined or "Lumped" Together | All the work relates the analysis of additional loans to be added to a suit; this is one task. | $0.00 |
| 87. | Spohn | Matthew | $310.00 | 152 | 35 | 6/22/09 | 0.3 | Reviewed and responded to correspondence from opposing counsel regarding form of PrimeLending's document production; conferred with Ms. Ryan regarding review of e-mails produced by PrimeLending. | $93.00 | Services Combined or "Lumped" Together | All the work relates to the preparation of the same discovery production in the same case; this is one task. | $0.00 |
| | | | | | | | | | | | | $9,335.00 |

## Reilly Pozner - Summary of Expenses
### Third Fee Period (June 2009 - September 2009)

| | TimeKeeper Detail | | Billing Detail | | | | Recommended Reductions | | |
|---|---|---|---|---|---|---|---|---|---|
| Row | Last Name | First Name | Date of Service | Nature of Expense | Expense Description | Expense Amount | Description | Comments | Reduction |
| 1. | | | 6/5/09 | E118 | Vilfer & Associates, Inc. - Asset search. | $857.07 | Duplicate Expense Entry | Not a duplicate entries - Individual charges of $857.07 for asset search performed in order to evaluate collection of judgment and/or potential judgment for American Home Key, Popular Mortgage Corp, Richard Seong/EZ funding Corp, NBGI, SCME Mortgage Bankers Einc, John Ponte/Dream House Mortgage, & Mountain West Financial Inc. | |
| 2. | | | 6/5/09 | E118 | Vilfer & Associates, Inc. - Asset search. | $857.07 | Duplicate Expense Entry | | $0.00 |
| 3. | | | 6/5/09 | E118 | Vilfer & Associates, Inc. - Asset search. | $857.07 | Duplicate Expense Entry | | $0.00 |
| 4. | | | 6/5/09 | E118 | Vilfer & Associates, Inc. - Asset search | $857.07 | Duplicate Expense Entry | | $0.00 |
| 5. | | | 6/5/09 | E118 | Vilfer & Associates, Inc. - Asset search. | $857.07 | Duplicate Expense Entry | | $0.00 |
| 6. | | | 6/5/09 | E118 | Vilfer & Associates, Inc. - Asset search. | $857.07 | Duplicate Expense Entry | Please refer to original fee application where the matter Id is specified for each transaction. | |
| 7. | | | 6/4/09 | E110 | Matthew Spohn - Reimbursement for airfare to Los Angeles, 6/1/09 - 6/2/09 | $196.10 | Duplicate Expense Entry | Coach airfaire to Los Angeles, charge of $392.20 - Cost divided between two matters Westlend Financing and National Bankers Group. | $0.00 |
| 8. | | | 6/4/09 | E110 | Matthew Spohn- reimbursement for airfare to Los Angeles, 6/1-6/2/09 | $196.10 | Duplicate Expense Entry | | |
| 9. | | | 6/4/09 | E110 | Matthew Spohn - reimbursement for car rental in Los Angeles, 6/2/09 | $66.93 | Duplicate Expense Entry | Car Rental for trip to Los Angeles, charge of $133.86 - Cost divided between two matters Westlend Financing and National Bankers Group. | |
| 10. | | | 6/4/09 | E110 | Matthew Spohn - Reimbursement for car rental in Los Angeles, 6/2/09 | $66.93 | Duplicate Expense Entry | | $0.00 |
| 11. | | | 7/20/09 | E109 | Matthew Spohn - Reimbursement for travel to and from Denver International Airport, 7/7/09 | $38.50 | Insufficient Breakdown of Expense Detail | Reimbursement for mileage - 70 miles round trip to Denver international airport on specified dates. | $0.00 |
| 12. | | | 7/20/09 | E109 | Matthew Spohn - Reimbursement for travel to and from Denver International Airport, 7/9/09 - 7/10/09 | $38.50 | Insufficient Breakdown of Expense Detail | Reimbursement for mileage - 70 miles round trip to Denver international airport on specified dates. | $0.00 |

Reilly Pozner - Summary of Expenses
Third Fee Period (June 2009 - September 2009)

| TimeKeeper Detail | | | Billing Detail | | | Recommended Reductions | | |
|---|---|---|---|---|---|---|---|---|
| Row | Last Name | First Name | Date of Service | Nature of Expense | Expense Description | Expense Amount | Description | Comments | Redaction |
| 13. | | | 6/5/09 | E118 | Vilfer & Associates, Inc. - Asset search for Freedom Financial, 7/2/09 | $1,214.18 | Insufficient Breakdown of Expense Detail | Asset search performed in order to evaluate collection of judgment and/or potential judgment | $0.00 |
| 14. | | | 6/5/09 | E118 | Vilfer & Associates, Inc. - Asset search for Dream House Mortgage (inactive matter) | $850.00 | Insufficient Breakdown of Expense Detail | Same as #13 | $0.00 |
| 15. | | | 7/7/09 | E119 | Vilfer & Associates, Inc. - Asset searches for Lehman Brothers/California Empire Bancorp, 7/2/09 | $850.00 | Insufficient Breakdown of Expense Detail | Same as #13 | $0.00 |
| 16. | | | 7/7/09 | E120 | Vilfer & Associates, Inc. - Asset search Royal Pacific Funding Corporation, 7/2/09 | $850.00 | Insufficient Breakdown of Expense Detail | Same as #13 | $0.00 |
| 17. | | | 7/7/09 | E120 | Vilfer & Associates, Inc. - Asset search for Shasta Financial Services, 7/2/09 | $850.00 | Insufficient Breakdown of Expense Detail | Same as #13 | $0.00 |
| 18. | | | 7/7/09 | E123 | Vilfer & Associates, Inc. - Asset search for Lehman Brothers/Mortgage Close, 7/2/09 | $850.00 | Insufficient Breakdown of Expense Detail | Same as #13 | $0.00 |
| 19. | | | 7/7/09 | E123 | Vilfer & Associates, Inc. - Asset search for Lehman Brothers/Newberry, 7/2/09 | $850.00 | Insufficient Breakdown of Expense Detail | Same as #13 | $0.00 |
| 20. | | | 7/7/09 | E123 | Vilfer & Associates, Inc. - Asset search for Lehman Brothers/Southeast Funding Alliance, 7/2/09 | $850.00 | Insufficient Breakdown of Expense Detail | Same as #13 | $0.00 |
| 21. | | | 7/7/09 | E123 | Vilfer & Associates, Inc. - Asset search for Lehman Brothers/United Bank, 7/2/09 | $850.00 | Insufficient Breakdown of Expense Detail | Same as #13 | $0.00 |
| 22. | | | 7/7/09 | E123 | Vilfer & Associates, Inc. - Asset searches for Lehman Brothers/Apreva Financial Corporation, 7/2/09 | $850.00 | Insufficient Breakdown of Expense Detail | Same as #13 | $0.00 |
| 23. | | | 7/7/09 | E123 | Vilfer & Associates, Inc. - Asset searches for Lehman Brothers/Extol Mortgage Services, 7/2/09 | $850.00 | Insufficient Breakdown of Expense Detail | Same as #13 | $0.00 |
| 24. | | | 7/7/09 | E123 | Vilfer & Associates, Inc. - Asset search for Lehman Brothers/Sunset Mortgage, 7/2/09 | $850.00 | Insufficient Breakdown of Expense Detail | Same as #13 | $0.00 |
| 25. | | | 7/7/09 | E123 | Vilfer & Associates, Inc. - Asset search for Lehman Brothers/U.S. Lending Group, 7/2/09 | $850.00 | Insufficient Breakdown of Expense Detail | Same as #13 | $0.00 |
| 26. | | | 7/7/09 | E123 | Vilfer & Associates, Inc. - Asset searches for Lehman Brothers/Colony Mortgage, 7/2/09 | $850.00 | Insufficient Breakdown of Expense Detail | Same as #13 | $0.00 |
| 27. | | | 7/7/09 | E123 | Vilfer & Associates, Inc. - Asset search for Lehman Brothers/Prime Financial Corporation, 7/2/09 | $850.00 | Insufficient Breakdown of Expense Detail | Same as #13 | $0.00 |

Reilly Pozner - Summary of Expenses
Third Fee Period (June 2009 - September 2009)

| | TimeKeeper Detail | | Billing Detail | | | | Recommended Reductions | | |
|---|---|---|---|---|---|---|---|---|---|
| Row | Last Name | First Name | Date of Service | Nature of Expense | Expense Description | Expense Amount | Description | Comments | Reduction |
| 28. | | | 7/7/09 | E123 | Vilfer & Associates, Inc. - Asset searches for Lehman Brothers/Citimutual, 7/2/09 | $850.00 | Insufficient Breakdown of Expense Detail | Same as #13 | $0.00 |
| 29. | | | 7/7/09 | E123 | Vilfer & Associates, Inc. - Asset searches for Lehman Brothers/Ascent Home Loans, 7/2/09 | $850.00 | Insufficient Breakdown of Expense Detail | Same as #13 | $0.00 |
| 30. | | | 7/7/09 | E123 | Vilfer & Associates, Inc. - Asset searches for Lehman Brothers/1st Chesapeake Home Mortgage, 7/2/09 | $850.00 | Insufficient Breakdown of Expense Detail | Same as #13 | $0.00 |
| 31. | | | 7/7/09 | E123 | Vilfer & Associates, Inc. - Asset search for Lehman Brothers/Trinity Mortgage Assurance, 7/2/09 | $850.00 | Insufficient Breakdown of Expense Detail | Same as #13 | $0.00 |
| 32. | | | 7/7/09 | E123 | Vilfer & Associates, Inc. - Asset searches for Lehman Brothers/Nations First Lending, 7/2/09 | $850.00 | Insufficient Breakdown of Expense Detail | Same as #13 | $0.00 |
| 33. | | | 7/7/09 | E123 | Vilfer & Associates, Inc. - Asset searches for Lehman Brothers/Delta Home Loans, 7/2/09 | $850.00 | Insufficient Breakdown of Expense Detail | Same as #13 | $0.00 |
| 34. | | | 7/7/09 | E123 | Vilfer & Associates, Inc. - Asset searches for Lehman Brothers/Home Loan Specialist, 7/2/09 | $850.00 | Insufficient Breakdown of Expense Detail | Same as #13 | $0.00 |
| 35. | | | 7/7/09 | E123 | Vilfer & Associates, Inc. - Asset searches for Lehman Brothers/Mountain West, 7/2/09 | $850.00 | Insufficient Breakdown of Expense Detail | Same as #13 | $0.00 |
| 36. | | | 7/7/09 | E123 | Vilfer & Associates, Inc. - Asset searches for Lehman Brothers/Maribella Mortgage, 7/2/09 | $850.00 | Insufficient Breakdown of Expense Detail | Same as #13 | $0.00 |
| 37. | | | 7/7/09 | E123 | Vilfer & Associates, Inc. - Asset search for Lehman Brothers/The Lending Company, 7/2/09 | $850.00 | Insufficient Breakdown of Expense Detail | Same as #13 | $0.00 |
| 38. | | | 7/7/09 | E123 | Vilfer & Associates, Inc. - Asset searches for Lehman Brothers/Guaranteed Rate, 7/2/09 | $850.00 | Insufficient Breakdown of Expense Detail | Same as #13 | $0.00 |
| 39. | | | 7/7/09 | E123 | Vilfer & Associates, Inc. - Asset search for Lehman Brothers/CMG Mortgage, 7/2/09 | $850.00 | Insufficient Breakdown of Expense Detail | Same as #13 | $0.00 |
| 40. | | | 7/7/09 | E123 | Vilfer & Associates, Inc. - Asset searches for Lehman Brothers/Bayrock Mortgage Corporation, 7/2/09 | $850.00 | Insufficient Breakdown of Expense Detail | Same as #13 | $0.00 |
| 41. | | | 7/7/09 | E123 | Vilfer & Associates, Inc. - Asset searches for Lehman Brothers/Colony Mortgage Inc., 7/2/09 | $850.00 | Insufficient Breakdown of Expense Detail | Same as #13 | $0.00 |

# Reilly Pozner - Summary of Expenses
## Third Fee Period (June 2009 - September 2009)

| Row | TimeKeeper Detail | | Date of Service | Nature of Expense | Billing Detail - Expense Description | Expense Amount | Recommended Reductions | | Reduction |
|---|---|---|---|---|---|---|---|---|---|
| | Last Name | First Name | | | | | Description | Comments | |
| 42. | | | 7/20/09 | E110 | Matthew Spohn - Reimbursement for coach airfare and ground transportation in San Jose, CA 7/7/09 | $641.20 | Insufficient Breakdown of Expense Detail | Coach airfare to San Jose $591.20, Two taxi rides from and two airport in San Jose on 7/7/09 $25 per trip. | $0.00 |
| 43. | | | 7/20/09 | E110 | Matthew Spohn - Reimbursement of coach airfare, hotel, and ground transportation for San Diego conference, 7/9/09 - 7/10/09 | $639.88 | Insufficient Breakdown of Expense Detail | Coach airfare to San Diego $423.29, Hotel charges $201.59, Taxi transportation on 7/9/09 $15.00 | $0.00 |
| 44. | Mirad | | 9/23/09 | E101 | Sacramento County Clerk/Recorder - Copies of certified deeds of trust, 9/23/09 | $109.00 | Insufficient Breakdown of Expense Detail | Mirad Financial Group- Cost for obtaining a CERTIFIED copy of deed of trust (not copy charges) | $0.00 |
| 45. | Mirad | | 9/23/09 | E101 | Alameda County Clerk and Recorder - Certified copies of deeds of trust, 9/23/09 | $109.00 | Insufficient Breakdown of Expense Detail | Mirad Financial Group Cost for obtaining a CERTIFIED copy of deed of trust (not copy charges) | $0.00 |
| 46. | Dream House | | 6/15/09 | E123 | Elm Street Title, Inc. - Title and mortgage search, 5/26/09 | $74.00 | Insufficient Breakdown of Expense Detail | Cost for obtaining a CERTIFIED copy of deed of trust (not copy charges) | $0.00 |
| 47. | InterMountain | | 7/22/09 | E101 | Secretary of State - Copy of California records, 7/22/09 | $50.00 | Insufficient Breakdown of Expense Detail | InterMountain Mortgage Cost for obtaining a CERTIFIED copy of deed of trust (not copy charges) | $0.00 |
| 48. | | | 6/15/09 | E123 | Huguenin & Associates, LLC - Title deed research on 2000 N. Ocean Boulevard, 6/13/09 | $49.25 | Insufficient Breakdown of Expense Detail | Document retrieval, copies and certification - DEED OF TRUST RESEARCH for asset purposes Dream House Mortgage | $0.00 |
| 49. | | | 6/15/09 | E123 | Huguenin & Associates, LLC - Title deed research on 2701 S. Ocean Blvd., 6/13/09 | $43.86 | Insufficient Breakdown of Expense Detail | same as #48 | $0.00 |
| 50. | | | 6/16/09 | E123 | Huguenin & Associates, LLC - Title search for Mr. Howard, 6/15/09 | $43.55 | Insufficient Breakdown of Expense Detail | same as #48 | $0.00 |
| 51. | | | 6/15/09 | E123 | Huguenin & Associates, LLC - Title deed research on 2505 N. Ocean Boulevard, 6/13/09 | $34.70 | Insufficient Breakdown of Expense Detail | same as #48 | $0.00 |

Reilly Pozner - Summary of Expenses
Third Fee Period (June 2009 - September 2009)

| Row | TimeKeeper Detail | | Billing Detail | | | | Recommended Reductions | | |
|---|---|---|---|---|---|---|---|---|---|
| | Last Name | First Name | Date of Service | Nature of Expense | Expense Description | Expense Amount | Description | Comments | Reduction |
| 52. | | | 7/23/09 | E101 | County Recorder - Certified deed of trust, 7/23/09 | $5.25 | Insufficient Breakdown of Expense Detail | Paramont Residential, Cost for obtaining a CERTIFIED copy of deed of trust (not copy charges) | $0.00 |
| 53. | | | 6/4/09 | E118 | Document Technologies, Inc. - Image conversion and EDD conversion, 5/18/09 | $817.96 | Insufficient Explanation of Document Preparation | Document preparation for Discovery Responses | $0.00 |
| 54. | | | 9/30/09 | E118 | Litigation Solution Incorporated - Conversion and endorsing of litigation files for electronic database import and attorney review for document productions to opposing counsel, 9/4/09 | $538.70 | Insufficient Explanation of Document Preparation | Document preparation for Discovery Responses | $0.00 |
| 55. | | | 9/30/09 | E118 | Litigation Solution Incorporated - Conversion and endorsing of litigation files for electronic database import and attorney review for document productions to opposing counsel, 9/24/09 | $463.71 | Insufficient Explanation of Document Preparation | Document preparation for Discovery Responses | $0.00 |
| 56. | | | 6/23/09 | E118 | Document Technologies, Inc. - Imaging CD master, EDD conversion, 6/10/09 | $243.24 | Insufficient Explanation of Document Preparation | Document preparation for Discovery Responses | $0.00 |
| 57. | | | 9/30/09 | E118 | Litigation Solution Incorporated - Conversion and endorsing of litigation files for electronic database import and attorney review for document productions to opposing counsel, 9/10/09 | $211.13 | Insufficient Explanation of Document Preparation | Document preparation for Discovery Responses | $0.00 |
| 58. | | | 9/30/09 | E118 | Litigation Solution Incorporated - Conversion and endorsing of litigation files for electronic database import and attorney review for document productions to opposing counsel, 9/24/09 | $175.63 | Insufficient Explanation of Document Preparation | Document preparation for Discovery Responses | $0.00 |
| 59. | | | 6/15/09 | E118 | Document Technologies, Inc. - Imaging CD master and conversion, 5/26/09 | $108.34 | Insufficient Explanation of Document Preparation | Document preparation for Discovery Responses | $0.00 |
| 60. | | | 8/25/09 | E118 | Document Technologies, Inc. - Conversion and endorsing of litigation files for electronic database import and attorney review for document productions to opposing counsel, 8/6/09 | $96.47 | Insufficient Explanation of Document Preparation | Document preparation for Discovery Responses | $0.00 |

Reilly Pozner - Summary of Expenses
Third Fee Period (June 2009 - September 2009)

| Row | TimeKeeper Detail | | Billing Detail | | | | Recommended Reductions | | |
|---|---|---|---|---|---|---|---|---|---|
| | Last Name | First Name | Date of Service | Nature of Expense | Expense Description | Expense Amount | Description | Comments | Reduction |
| 61. | | | 9/30/09 | E118 | Litigation Solution Incorporated - Conversion and endorsing of litigation files for electronic database import and attorney review for document productions to opposing counsel, 9/1/09 | $90.70 | Insufficient Explanation of Document Preparation | Document preparation for Discovery Responses | $0.00 |
| 62. | | | 8/25/09 | E118 | Document Technologies, Inc. - Conversion and endorsing of litigation files for electronic database import and attorney review for document productions to opposing counsel, 8/6/09 | $58.02 | Insufficient Explanation of Document Preparation | Document Preparation for Discovery Responses | $0.00 |
| 63. | | | 6/30/09 | E118 | Document Technologies, Inc. - Imaging CD master and OCR, 6/18/09 | $45.91 | Insufficient Explanation of Document Preparation | Document preparation for Discovery Responses | $0.00 |
| 64. | | | 6/4/09 | E118 | Document Technologies, Inc. - imaging CD master, 5/15/09 | $40.11 | Insufficient Explanation of Document Preparation | Document preparation for Discovery Responses | $0.00 |
| 65. | | | 6/30/09 | E118 | Document Technologies, Inc. - Imaging CD master and OCR, 6/18/09 | $24.28 | Insufficient Explanation of Document Preparation | Document preparation for Discovery Responses | $0.00 |
| 66. | | | 9/30/09 | E118 | Document Technologies, Inc. - Conversion and endorsing of litigation files for electronic database import and attorney review for document productions to opposing counsel, 8/31/09 | $22.15 | Insufficient Explanation of Document Preparation | Document preparation for Discovery Responses | $0.00 |
| 67. | | | 7/28/09 | E118 | Document Technologies, Inc. - Conversion and endorsing of litigation files for electronic database import and for attorney review for document productions to opposing counsel, 7/7/09 | $17.11 | Insufficient Explanation of Document Preparation | Document preparation for Discovery Responses | $0.00 |
| 68. | | | 8/6/09 | E118 | Document Technologies, Inc. - Conversion and endorsing of litigation files for electronic database import and attorney review for document productions to opposing counsel, 7/30/09 | $16.96 | Insufficient Explanation of Document Preparation | Document preparation for Discovery Responses | $0.00 |
| 69. | | | 8/25/09 | E118 | Document Technologies, Inc. - Conversion and endorsing of litigation files for electronic database import and attorney review for document productions to opposing counsel, 8/7/09 | $15.83 | Insufficient Explanation of Document Preparation | Document Preparation | $0.00 |

Reilly Pozner - Summary of Expenses
Third Fee Period (June 2009 - September 2009)

| Row | TimeKeeper Detail | | Billing Detail | | | | Recommended Reductions | | |
|---|---|---|---|---|---|---|---|---|---|
| | Last Name | First Name | Date of Service | Nature of Expense | Expense Description | Expense Amount | Description | Comments | Reduction |
| 70. | | | 8/25/09 | E118 | Document Technologies, Inc. - Conversion and endorsing of litigation files for electronic database import and attorney review for document productions to opposing counsel, 8/5/09 | $12.90 | Insufficient Explanation of Document Preparation | Document preparation for Discovery Responses | $0.00 |
| 71. | | | 6/23/09 | E118 | Document Technologies, Inc. - EDD conversion, media, and endorsing, 6/8/09 | $5,193.58 | Insufficient Explanation of Document Preparation | Document preparation for Discovery Responses | $0.00 |
| 72. | | | 8/25/09 | E118 | Litigation Solution Incorporated - Production of loan documents to opposing counsel, 8/3/09 | $1,125.68 | Insufficient Explanation of Document Preparation | Document preparation for Discovery Responses | $0.00 |
| 73. | | | 6/30/09 | E101 | Document Technologies, Inc. - Imaging CD master and EDD conversion, 6/16/09 | $94.32 | Insufficient Explanation of Document Preparation | Document preparation for Discovery Responses | $0.00 |
| 74. | | | 8/7/08 | E101 | Document Technologies, Inc. - Load file for Summation, 7/24/09 | $46.71 | Insufficient Explanation of Document Preparation | Document preparation for Discovery Responses | $0.00 |
| 75. | | | 8/7/09 | E101 | Document Technologies, Inc. - Load file for Summation, 7/24/09 | $21.18 | Insufficient Explanation of Document Preparation | Document preparation for Discovery Responses | $0.00 |
| 76. | | | 6/15/09 | E123 | Clifton Gunderson LLP - Database consultant, 4/27/09 - 5/25/09 | $5,832.50 | Other Expense - Consulting / Professional Services | Fees for creating Microsoft Access database to track status of cases, fees incurred, etc. at request of Mssrs. Drosdick and Trumpp to allow reporting and cost-benefit analysis of litigation case budgets. | $0.00 |
| 77. | | | 4/13/09 | E118 | Clifton Gunderson LLP - Database consultant fees, 3/9/09 - 3/26/09 | $3,777.50 | Other Expense - Consulting / Professional Services | Fees for creating Microsoft Access database to track status of cases, fees incurred, etc. at request of Mssrs. Drosdick and Trumpp to allow reporting and cost-benefit analysis of litigation case budgets. | $0.00 |

Reilly Pozner - Summary of Expenses
Third Fee Period (June 2009 - September 2009)

| TimeKeeper Detail | | Billing Detail | | | | Recommended Reductions | | |
|---|---|---|---|---|---|---|---|---|
| Row | Last Name | First Name | Date of Service | Nature of Expense | Expense Description | Expense Amount | Description | Comments | Reduction |
| 78. | | | 7/24/09 | E123 | Clifton Gunderson LLP - Database consultant fees, 5/27/09 - 6/30/09 | $1,539.25 | Other Expense - Consulting / Professional Services | Fees for creating Microsoft Access database to track status of cases, fees incurred, etc. at request of Messrs. Drosdick and Trumpp to allow reporting and cost-benefit analysis of litigation case budgets. | $0.00 |
| 79. | | | 9/29/09 | E123 | Clifton Gunderson LLP - Database consulting 7/27/09 - 8/31/09 | $587.50 | Other Expense - Consulting / Professional Services | Fees for creating Microsoft Access database to track status of cases, fees incurred, etc. at request of Messrs. Drosdick and Trumpp to allow reporting and cost-benefit analysis of litigation case budgets. | $0.00 |
| 80. | | | 8/18/09 | E123 | Clifton Gunderson LLP - Database consulting services, 7/1/09 - 7/26/09 | $352.50 | Other Expense - Consulting / Professional Services | Fees for creating Microsoft Access database to track status of cases, fees incurred, etc. at request of Messrs. Drosdick and Trumpp to allow reporting and cost-benefit analysis of litigation case budgets. | $0.00 |
| 81. | | | 7/20/09 | E110 | Lou & Mickey's - Dinner meeting Messrs. Spohn and Trumpp, 7/9/09 | $235.68 | Overtime Work Meals Exceed Maximum of $20/per person | 2 People | $195.68 |
| 82. | | | 8/31/09 | E106 | Westlaw - On-line legal research | $1,877.46 | Research Greater than $1,000 | Research was required for the matter at hand | $877.46 |
| | | | | | | | | | $1,073.14 |