Hearing Date:  April 9, 2010 at 10:00 a.m. (Prevailing Eastern Time)

JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Robert W. Gaffey
Jayant W. Tambe
William J. Hine

Attorneys for Debtors
and Debtors in Possession

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
William R. Maguire
Seth D. Rothman
Neil J. Oxford

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
                                                               :
**In re**                                                      :  **Chapter 11 Case No.**
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                   :  **08-13555 (JMP)**
                                                               :
                            Debtors.                           :  **(Jointly Administered)**
----------------------------------------------------------------x
                                                               :
**In re**                                                      :
                                                               :  **Case No.**
**LEHMAN BROTHERS INC.,**                                      :
                                                               :  **08-01420 (JMP) (SIPA)**
                            Debtor.                            :
----------------------------------------------------------------x

**NOTICE OF HEARING ON CERTAIN MOTIONS FILED BY LBHI, THE SIPA
TRUSTEE, THE CREDITORS' COMMITTEE AND BARCLAYS CAPITAL INC.**

PLEASE TAKE NOTICE that oral argument on (i) the Motion of Debtor to Modify the September 20, 2008 Sale Order and Granting Other Relief (Case No. 08-13555, Docket No. 5148); (ii) the Motion of the Trustee for Relief Pursuant to the Sale Orders or, Alternatively, for Certain Limited Relief Under Rule 60(b) (Case No. 08-01420, Docket No. 1682); (iii) the Motion of Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., Authorizing and Approving (A) Sale of Purchased Assets Free and Clear of Liens and Other Interests and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases, Dated September 20, 2008 (and Related SIPA Sale Order) and Joinder in Debtors and SIPA Trustees' Motions for an Order Under Rule 60(B) to Modify Sale Order (Case No. 08-13555, Docket No. 5169; Case No. 08-01420, Docket No. 1686); (iv) all joinders thereto and the related adversary proceedings;[1] and (v) the Motion of Barclays Capital Inc. to Enforce the Sale Order and Secure Delivery of All Undelivered Assets (Case No. 08-13555, Docket No. 6814; Case No. 08-1420, Docket No. 2581) which was scheduled for March 25, 2010, at 10:00 a.m. (prevailing Eastern Time), **has been adjourned to April 9, 2010, at 10:00 a.m. (prevailing Eastern Time)**, or as soon thereafter as counsel may be heard.  The oral argument will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601.

---

[1] The adversary proceedings are: Adv. Pro. 09-01732 (JMP), Adv. Pro. 09-01731 (JMP) and Adv. Pro. 09-01733 (JMP), respectively.

2

Dated: March 16, 2010  
New York, New York  

JONES DAY

/s/ Robert W. Gaffey  
Robert W. Gaffey  
Jayant W. Tambe  
William J. Hine  

222 East 41st Street  
New York, New York 10017  
Telephone: (212) 326-3939  
Facsimile: (212) 755-7306  

Attorneys for Debtors  
and Debtors in Possession  


Dated: March 16, 2010  
New York, New York  

HUGHES HUBBARD & REED LLP

/s/ Neil J. Oxford  
William R. Maguire  
Seth D. Rothman  
Neil J. Oxford  

One Battery Park Plaza  
New York, New York 10004  
Telephone: (212) 837-6000  
Facsimile: (212) 422-4726  

Attorneys for James W. Giddens, Trustee for  
the SIPA Liquidation of Lehman Brothers Inc.