**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------x
                                                    :
In re                                               :        Chapter 11 Case No.
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*        :        **08-13555 (JMP)**
                                                    :
              **Debtors.**                          :        **(Jointly Administered)**
                                                    :
-------------------------------------------------------------------------x        **Ref. Docket Nos. 7421 – 7423,**
                                                             **7425 - 7428**

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On March 5, 2010, I caused to be served the:

    a)  "Notice of Forty-Second Supplemental List of Ordinary Course Professionals," dated March 5, 2010 [Docket No. 7421], (the "Forty-Second OCP Notice"),

    b)  "Declaration and Disclosure Statement of Craig Green, on Behalf of Real Estate Asset Disposition Corp.," dated  March 3, 2010 [Docket No. 7422], (the "Green Declaration"),

    c)  "Declaration and Disclosure Statement of Susan Fidler, on Behalf of RE/MAX "10"," dated March 3, 2010 [Docket No. 7423], (the "Fidler Declaration"),

    d)  "Declaration and Disclosure Statement of Charles Nucciarone, on Behalf of Sihol Realty Inc. t/a Arcadia Realty," dated March 3, 2010 [Docket No. 7425], ( the "Nucciarone Declaration"),

    e)  "Declaration and Disclosure Statement of Michael Heavin, on Behalf of Michael Heavin Realty," dated March 3, 2010 [Docket No. 7426], (the "Heavin Declaration"),

    f)  "Declaration and Disclosure Statement of Arthur Cirignani, on Behalf of Chicago Realty Partners, Ltd.," dated  February 24, 2010 [Docket No. 7427], (the "Cirignani Declaration"), and

    g) "Declaration and Disclosure Statement of Chris Lawrence, on behalf of Trillionaire Assets.," dated March 4, 2010 [Docket No. 7428], (the "Lawrence Declaration"),

by causing true and correct copies of the:

    a) Forty-Second OCP Notice, Green Declaration , Fidler Declaration, Nucciarone Declaration, Heavin Declaration, Cirignani Declaration, and Lawrence Declaration, to be delivered by email to those parties listed on the attached Exhibit "A" and as indicated upon those parties listed on the attached Exhibit "B", and

    b) Forty-Second OCP Notice, Green Declaration , Fidler Declaration, Nucciarone Declaration, Heavin Declaration, Cirignani Declaration, and Lawrence Declaration, to be enclosed securely in a postage-prepaid envelope and delivered by overnight mail to the those parties listed on the attached Exhibit "C".

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            /s/ Eleni Kossivas
Sworn to before me this                            Eleni Kossivas
15th day of March, 2010
/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**Exhibit "A"**

## Exhibit A - Counsel to The Official Committee of Unsecured Creditors

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
(COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED  CREDITORS)
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
EMAIL: ddunne@milbank.com; wfoster@milbank.com, dodonnell@milbank.com,
efleck@milbank.com


MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
(COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS)
601 SOUTH FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017
EMAIL: paronzon@milbank.com; gbray@milbank.com

Exhibit "B"

**<u>Exhibit B – Additional Parties</u>**

1. Craig Green: [Cindy.Hill@spservicing.com](mailto:Cindy.Hill@spservicing.com) (Docket No. 7422 only)

2. Susan Fidler: [Cindy.Hill@spservicing.com](mailto:Cindy.Hill@spservicing.com) (Docket No. 7423 only)

3. Charles Nucciarone: [charlie@arcadia-realty.com](mailto:charlie@arcadia-realty.com) (Docket No. 7425 only)

4. Michael Heavin: [MJHEAVIN@aol.com](mailto:MJHEAVIN@aol.com) (Docket No. 7426 only)

5. Arthur Cirignani: [arc@chgorealty.com](mailto:arc@chgorealty.com) (Docket No. 7427 only)

6. Chris Lawrence: [chris@trillionaireassets.com](mailto:chris@trillionaireassets.com) (Docket No. 7428 only)

# Exhibit "C"

## Exhibit C – U.S. Trustee and Chambers

1.  OFFICE OF THE US TRUSTEE
    ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
    BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
    33 WHITEHALL STREET, 21ST FLOOR
    NEW YORK, NY 10004


2.  UNITED STATES BANKRUPTCY COURT
    SOUTHERN DISTRICT OF NEW YORK
    ATTN: THE HONORABLE JAMES M. PECK
    ONE BOWLING GREEN, COURTROOM 601
    NEW YORK, NY 10004