**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------------x
:
In re                                              :    Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**    :    08-13555 (JMP)
:
Debtors.                               :    (Jointly Administered)
:
----------------------------------------------------------------------x    Ref. Docket No. 7528

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 11, 2010, I caused to be served the "Supplemental Affidavit and Disclosure Statement of Theodore A. Krebsbach, Esq. on Behalf of Krebsbach & Synder, P.C.," dated March 11, 2010 [Docket No. 7528], by causing true and correct copies to be:

    a. delivered by email to BGold@krebsbach.com and to those parties listed on the annexed Exhibit "A", and

    b. enclosed securely in a postage-prepaid envelope and delivered by overnight mail to the to those parties listed on the annexed Exhibit "B".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Eleni Kossivas
Eleni Kossivas

Sworn to before me this
16th day of March, 2010
/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**Exhibit "A"**

**Exhibit A - Counsel to The Official Committee of Unsecured Creditors**

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
(COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS)
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
EMAIL: ddunne@milbank.com; wfoster@milbank.com, dodonnell@milbank.com,
efleck@milbank.com


MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
(COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS)
601 SOUTH FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017
EMAIL: paronzon@milbank.com; gbray@milbank.com

**Exhibit "B"**

**Exhibit B – U.S. Trustee and Chambers**

1. OFFICE OF THE US TRUSTEE
   ANDREW D. VELEZ-RIVERA, PAUL SCHWARTZBERG
   BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
   33 WHITEHALL STREET, 21ST FLOOR
   NEW YORK, NY 10004

2. UNITED STATES BANKRUPTCY COURT
   SOUTHERN DISTRICT OF NEW YORK
   ATTN: THE HONRABLE JAMES M. PECK
   ONE BOWLING GREEN, COURTROOM 601
   NEW YORK, NY 10004