**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
: 
In re                                                           :   Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :   08-13555 (JMP)
                                                                :
            Debtors.                                     :   (Jointly Administered)
                                                                :
----------------------------------------------------------------x   Ref. Docket Nos. 7429-7445, 7451-
                                                                      7452, 7523-7525, 7541, 7545

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                          ) ss.:
COUNTY OF NEW YORK   )

CHRISTOPHER SIMCO, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 15, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Christopher Simco
Christopher Simco

Sworn to before me this
16th day of March, 2010

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

# EXHIBIT "A"

```
In re                                              |   Chapter 11 Case No.
                                                   |
                                                   |   08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,              |
                                                   |   (Jointly Administered)
                                                   |
                    Debtors.                       |
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
        To:  GOLDMAN, SACHS & CO.
             TRANSFEROR: AHORRO CORPORACION FINANCIERA, S.V, S.A
             30 HUDSON STREET, 36TH FLOOR
             JERSEY CITY NJ 07302
```

Please note that your claim # 60365 in the above referenced case and in the amount of
         $148,702.91        has been transferred **(unless previously expunged by court order)**

```
        AHORRO CORPORACION FINANCIERA, S.V, S.A
        TRANSFEROR: EPSV ARABA ETA GASTEIZKO AURRESKI KUTXA IV
        PASEO DE LA CASTELLARIA 89, 70 PLANTA
        MADRID    28046
        SPAIN
```

The original transfer was reversed because BSI Override

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7442       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/15/2010                                    Vito Genna, Clerk of Court


                                                    /s/ Christopher Simco
                                                    _____
                                                    By: Epiq Bankruptcy Solutions, LLC
                                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 15, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                            | Chapter 11 Case No.
                                                 |
LEHMAN BROTHERS HOLDINGS INC., et al.,           | 08-13555 (JMP)
                                                 |
                                                 | (Jointly Administered)
                Debtors.                         |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   DINERO ACTIVO I FONDO DE INVERSION              DINERO ACTIVO I FONDO DE INVERSION
      ATTENTION CREDITOR: MS. INGES TOBILLAS GARCIA   CLIFFORD CHANCE US LLP
      ATTENTION DEPOSITORY: MR. JOSE IGNACIO IGLESIAS LEZAMA  ATTN: JENNIFER C. DEMARCO, ESQ.
      C/ POSTAS, 12-1 O                                     DAVID A. SULLIVAN, ESQ.
      VITORIA-GASTEIZ     01001                       31 WEST 52ND STREET
      SPAIN                                           NEW YORK NY 10019
```

Please note that your claim # 60359 in the above referenced case and in the amount of
$712,345.53         has been transferred **(unless previously expunged by court order)**

```
      AHORRO CORPORACION FINANCIERA, S.V, S.A
      TRANSFEROR: DINERO ACTIVO I FONDO DE INVERSION
      PASEO DE LA CASTELLARIA 89, 70 PLANTA
      MADRID     28046
      SPAIN
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7429         in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/12/2010                          Vito Genna, Clerk of Court


                                          /s/ Christopher Simco
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 12, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                             |
In re                                        |   Chapter 11 Case No.
                                             |
LEHMAN BROTHERS HOLDINGS INC., et al.,       |   08-13555 (JMP)
                                             |
                                             |   (Jointly Administered)
                                             |
                    Debtors.                 |
                                             |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  VITAL DINERO FONDO DE INVERSION                    VITAL DINERO FONDO DE INVERSION
     ATTENTION CREDITOR: MS. INES TOBILLAS GARCIA       CLIFFORD CHANCE US LLP
     ATTENTION DEPOSITARY: MR. JOSE IGNACIO IGLESIAS LEZAMA   ATTN: JENNIFER C. DEMARCO, ESQ.
     C/ POSTAS, 12-1 O                                        DAVID A. SULLIVAN, ESQ.
     VITORIA-GASETEIZ    01001                          31 WEST 52ND STREET
     SPAIN                                              NEW YORK NY 10019
```

Please note that your claim # 60360 in the above referenced case and in the amount of
         $4,278,635.87         has been transferred **(unless previously expunged by court order)**

```
          AHORRO CORPORACION FINANCIERA, S.V, S.A
          TRANSFEROR: VITAL DINERO FONDO DE INVERSION
          PASEO DE LA CASTELLARIA 89, 70 PLANTA
          MADRID    28046
          SPAIN
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7430        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/12/2010                         Vito Genna, Clerk of Court

                                         /s/ Christopher Simco
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 12, 2010.

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
```

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   FONALAVA FONDO DE INVERSION                          FONALAVA FONDO DE INVERSION
      ATTENTION CREDITOR: MS. INES TOBILLAS GARCIA          MR. JOSE IGNACIO IGLESIAS LEZAMA
      ATTENTION DEPOSITARY: MR. JOSE IGNACIO IGLESIAS LEZAMA PASEO DE LA BIOSFERA, 6-1 A PLANTA
      C/ POSTAS, 12-1 O                                     VITORIA-GASTEIZ 01013 SPAIN
      VITORIA-GASETEIZ    01001
      SPAIN
```

Please note that your claim # 60361 in the above referenced case and in the amount of
      $10,689,745.62         has been transferred **(unless previously expunged by court order)**

```
            AHORRO CORPORACION FINANCIERA, S.V, S.A
            TRANSFEROR: FONALAVA FONDO DE INVERSION
            PASEO DE LA CASTELLARIA 89, 70 PLANTA
            MADRID     28046
            SPAIN
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7431       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/12/2010                          Vito Genna, Clerk of Court

                                          /s/ Christopher Simco
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 12, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
|  | (Jointly Administered) |
| Debtors. |  |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   EPSV ARABA ETA GASTEIZKO AURRESKI KUTXA III         EPSV ARABA ETA GASTEIZKO AURRESKI KUTXA III
      ATTENTION CREDITOR: CARLOS BARBADILLO AYALA          CLIFFORD CHANCE US LLP
      ATTENTION DEPOSITARY: JOSE IGNACIO IGLESIAS LEZAMA   ATTN: JENNIFER C. DEMARCO, ESQ.
      C/P O DE LA BIOSFERA, 6 1 A PLANTA                         DAVID A. SULLIVAN, ESQ.
      VITORIA-GASETEIZ    01013                            31 WEST 52ND STREET
      SPAIN                                                NEW YORK NY 10019
```

Please note that your claim # 60362 in the above referenced case and in the amount of
         $223,054.37         has been transferred **(unless previously expunged by court order)**

```
          AHORRO CORPORACION FINANCIERA, S.V, S.A
          TRANSFEROR: EPSV ARABA ETA GASTEIZKO AURRESKI KUTXA III
          PASEO DE LA CASTELLARIA 89, 70 PLANTA
          MADRID    28046
          SPAIN
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7432        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/12/2010                          Vito Genna, Clerk of Court

                                          /s/ Christopher Simco
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 12, 2010.

```
_____
                                         |    Chapter 11 Case No.
In re                                    |
                                         |    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,   |
                                         |    (Jointly Administered)
                                         |
            Debtors.                     |
                                         |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  ARABA PENSIONES EPSV-TUBOPLAST HISPANIA SA      ARABA PENSIONES EPSV-TUBOPLAST HISPANIA SA
     ATTENTION CREDITOR: CARLOS BARBADILLO AYALA     CLIFFORD CHANCE US LLP
     ATTENTION DEPOSITARY: JOSE IGNACIO IGLESIAS LEZAMA   ATTN: JENNIFER C. DEMARCO, ESQ.
     C/P O DE LA BIOSFERA, 6 1 A PLANTA                     DAVID A. SULLIVAN, ESQ.
     VITORIA-GASETEIZ     01013                      31 WEST 52ND STREET
     SPAIN                                           NEW YORK NY 10019
```

Please note that your claim # 60363 in the above referenced case and in the amount of
         $148,702.91         has been transferred **(unless previously expunged by court order)**

```
     AHORRO CORPORACION FINANCIERA, S.V, S.A
     TRANSFEROR: ARABA PENSIONES EPSV-TUBOPLAST HISPANIA SA
     PASEO DE LA CASTELLARIA 89, 70 PLANTA
     MADRID    28046
     SPAIN
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                          UNITED STATES BANKRUPTCY COURT
                          Southern District of New York
                          One Bowling Green
                          New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7433      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/12/2010                         Vito Genna, Clerk of Court

                                         /s/ Christopher Simco
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 12, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   VITAL PENSION GARANTIZADO 2012 P.P.I.              VITAL PENSION GARANTIZADO 2012 P.P.I.
      ATTENTION CREDITOR: CARLOS BARBADILLO AYALA        CLIFFORD CHANCE US LLP
      ATTENTION DEPOSITARY: JOSE IGNACIO IGLESIAS LEZAMA ATTN: JENNIFER C. DEMARCO, ESQ.
      C/P O DE LA BIOSFERA, 6 1 A PLANTA                      DAVID A. SULLIVAN, ESQ.
      VITORIA-GASETEIZ     01013                         31 WEST 52ND STREET
      SPAIN                                              NEW YORK NY 10019
```

Please note that your claim # 60364 in the above referenced case and in the amount of
$966,568.95       has been transferred **(unless previously expunged by court order)**

```
       AHORRO CORPORACION FINANCIERA, S.V, S.A
       TRANSFEROR: VITAL PENSION GARANTIZADO 2012 P.P.I.
       PASEO DE LA CASTELLARIA 89, 70 PLANTA
       MADRID    28046
       SPAIN
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 7434       in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/12/2010                           Vito Genna, Clerk of Court

                                           /s/ Christopher Simco
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on March 12, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   EPSV ARABA ETA GASTEIZKO AURRESKI KUTXA IV          EPSV ARABA ETA GASTEIZKO AURRESKI KUTXA IV
      ATTENTION CREDITOR: CARLOS BARBADILLO AYALA          CLIFFORD CHANCE US LLP
      ATTENTION DEPOSITARY: JOSE IGNACIO IGLESIAS LEZAMA   ATTN: JENNIFER C. DEMARCO, ESQ.
      C/P O DE LA BIOSFERA, 6 1 A PLANTA                         DAVID A. SULLIVAN, ESQ.
      VITORIA-GASETEIZ    01013                            31 WEST 52ND STREET
      SPAIN                                                NEW YORK NY 10019
```

Please note that your claim # 60365 in the above referenced case and in the amount of
       $148,702.91       has been transferred **(unless previously expunged by court order)**

```
      AHORRO CORPORACION FINANCIERA, S.V, S.A
      TRANSFEROR: EPSV ARABA ETA GASTEIZKO AURRESKI KUTXA IV
      PASEO DE LA CASTELLARIA 89, 70 PLANTA
      MADRID    28046
      SPAIN
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7435       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/12/2010                         Vito Genna, Clerk of Court


                                         /s/ Christopher Simco
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 12, 2010.

```
_____
                                               |    Chapter 11 Case No.
In re                                          |
                                               |    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,          |
                                               |    (Jointly Administered)
                                               |
              Debtors.                         |
                                               |
_____|
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  AHORRO CORPORACION FINANCIERA, S.V, S.A
         TRANSFEROR: DINERO ACTIVO I FONDO DE INVERSION
         PASEO DE LA CASTELLARIA 89, 70 PLANTA
         MADRID    28046
         SPAIN
```

Please note that your claim # 60359 in the above referenced case and in the amount of
    $712,345.53        has been transferred **(unless previously expunged by court order)**

```
    GOLDMAN, SACHS & CO.                                    GOLDMAN, SACHS & CO.
    TRANSFEROR: AHORRO CORPORACION FINANCIERA, S.V, S.A     RICHARDS KIBBE & ORBE LLP
    30 HUDSON STREET, 36TH FLOOR                            ATTN: MANAGING CLERK
    JERSEY CITY NJ 07302                                    ONE WORLD FININCIAL CENTER
                                                            NEW YORK NY 10281
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7436      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/12/2010                            Vito Genna, Clerk of Court


                                            /s/ Christopher Simco
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 12, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                                      | Chapter 11 Case No.
                                                           |
LEHMAN BROTHERS HOLDINGS INC., et al.,                     | 08-13555 (JMP)
                                                           |
                                                           | (Jointly Administered)
                    Debtors.                               |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
        To:   AHORRO CORPORACION FINANCIERA, S.V, S.A
              TRANSFEROR: VITAL DINERO FONDO DE INVERSION
              PASEO DE LA CASTELLARIA 89, 70 PLANTA
              MADRID     28046
              SPAIN
```

Please note that your claim # 60360 in the above referenced case and in the amount of
        $4,278,635.87        has been transferred **(unless previously expunged by court order)**

```
        GOLDMAN, SACHS & CO.                                    GOLDMAN, SACHS & CO.
        TRANSFEROR: AHORRO CORPORACION FINANCIERA, S.V, S.A     RICHARDS KIBBE & ORBE LLP
        30 HUDSON STREET, 36TH FLOOR                            ATTN: MANAGING CLERK
        JERSEY CITY NJ 07302                                    ONE WORLD FINANCIAL CENTER
                                                                NEW YORK NY 10281
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                          UNITED STATES BANKRUPTCY COURT
                          Southern District of New York
                          One Bowling Green
                          New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7437      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/12/2010                        Vito Genna, Clerk of Court


                                        /s/ Christopher Simco
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 12, 2010.

**EXHIBIT "B"**

```
TIME: 13:49:03                                                     LEHMAN BROTHERS HOLDING INC.                                                              PAGE:     1
DATE: 03/15/10                                                          CREDITOR LISTING

Name                                                          Address
AHORRO CORPORACION FINANCIERA, S.V., S.A    TRANSFEROR: ARABA PENSIONES EPSV-TUBOPLAST HISPANIA SA PASEO DE LA CASTELLARIA 89, 70 PLANTA MADRID  28046 SPAIN
AHORRO CORPORACION FINANCIERA, S.V., S.A    TRANSFEROR: DINERO ACTIVO I FONDO DE INVERSION PASEO DE LA CASTELLARIA 89, 70 PLANTA MADRID  28046 SPAIN
AHORRO CORPORACION FINANCIERA, S.V., S.A    TRANSFEROR: EPSV ARABA ETA GASTEIZKO AURRESKI KUTXA III PASEO DE LA CASTELLARIA 89, 70 PLANTA MADRID  28046 SPAIN
AHORRO CORPORACION FINANCIERA, S.V., S.A    TRANSFEROR: EPSV ARABA ETA GASTEIZKO AURRESKI KUTXA IV PASEO DE LA CASTELLARIA 89, 70 PLANTA MADRID  28046 SPAIN
AHORRO CORPORACION FINANCIERA, S.V., S.A    TRANSFEROR: FONALAVA FONDO DE INVERSION PASEO DE LA CASTELLARIA 89, 70 PLANTA MADRID  28046 SPAIN
AHORRO CORPORACION FINANCIERA, S.V., S.A    TRANSFEROR: VITAL PENSION GARANTIZADO 2012 P.P.I. PASEO DE LA CASTELLARIA 89, 70 PLANTA MADRID  28046 SPAIN
ARABA PENSIONES EPSV-TUBOPLAST HISPANIA     SAATTENTION CREDITOR: CARLOS BARBADILLO AYALA ATTENTION DEPOSITARY: JOSE IGNACIO IGLESIAS LEZAMA C/P O DE LA BIOSFERA, 6  1 A PLANTA V
ARABA PENSIONES EPSV-TUBOPLAST HISPANIA     SACLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019
BANC OF AMERICA SECURITIES LLC              TRANSFEROR: MERRILL LYNCH INTERNATIONAL 214 N TRYON STREET, NC1-027-14-01 ATTN: JON BARNES CHARLOTTE NC 28255
C.V.I.G.V.F. (LUX) MASTER S.A.R.L. (UK)     TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11
CC ARBITRAGE, LTD.                          SIDLEY AUSTIN LLP 787 SEVENTH AVENUE ATTN : JAIME SENIOR AND ROBERT SCHEININGER NEW YORK NY 10019
CC ARBITRAGE, LTD.                          SIDLEY AUSTIN LLP ATTN: JAIME SENIOR & ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019
CC ARBITRAGE, LTD.                          TRANSFEROR: LUMINUS ENERGY PARTNERS MASTER FUND LTD. ATTN: ALAN WEINE 111 W. JACKSON BLVD., 20TH FLOOR CHICAGO IL 60604
DEUTSCHE BANK AG, LONDON BRANCH (UK)        TRANSFEROR: HSBC BANK (CAYMAN) LIMITED IN ITS CAPACITY AS TRUSTEE OF S ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
DEUTSCHE BANK AG, LONDON BRANCH (UK)        TRANSFEROR: MARSHALL WACE CORE FUND LIMITED ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON  EC2N 2DB UNITED KIN
DINERO ACTIVO I FONDO DE INVERSION          ATTENTION CREDITOR: MS. INGES TOBILLAS GARCIA ATTENTION DEPOSITORY: MR. JOSE IGNACIO IGLESIAS LEZAMA C/ POSTAS, 12-1 O VITORIA-GASTE
DINERO ACTIVO I FONDO DE INVERSION          CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019
DINERO ACTIVO I FONDO DE INVERSION          MR. JOSE IGNACIO IGLESIAS LEZAMA PASEO DE LA BIOSFERA, 6-1 A PLANTA VITORIA-GASTEIZ 01013 SPAIN
EPSV ARABA ETA GASTEIZKO AURRESKI KUTXA I   IATTENTION CREDITOR: CARLOS BARBADILLO AYALA ATTENTION DEPOSITARY: JOSE IGNACIO IGLESIAS LEZAMA C/P O DE LA BIOSFERA, 6  1 A PLANTA V
EPSV ARABA ETA GASTEIZKO AURRESKI KUTXA I   ICLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019
EPSV ARABA ETA GASTEIZKO AURRESKI KUTXA I   VATTENTION CREDITOR: CARLOS BARBADILLO AYALA ATTENTION DEPOSITARY: JOSE IGNACIO IGLESIAS LEZAMA C/P O DE LA BIOSFERA, 6  1 A PLANTA V
EPSV ARABA ETA GASTEIZKO AURRESKI KUTXA I   VCLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019
FONALAVA FONDO DE INVERSION                 ATTENTION CREDITOR: MS. INES TOBILLAS GARCIA ATTENTION DEPOSITARY: MR. JOSE IGNACIO IGLESIAS LEZAMA C/ POSTAS, 12-1 O VITORIA-GASTE
FONALAVA FONDO DE INVERSION                 CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019
FONALAVA FONDO DE INVERSION                 MR. JOSE IGNACIO IGLESIAS LEZAMA PASEO DE LA BIOSFERA, 6-1 A PLANTA VITORIA-GASTEIZ 01013 SPAIN
GOLDMAN SACHS JAPAN CO., LTD                TRANSFEROR: HIRAKATA SHINKIN BANK ROPPONGI HILLS MORI TOWER, LEVEL 43-48 10-1, ROPPONGI 6-CHOME MINATO-KU TOKYO  106-6147 JAPAN
GOLDMAN SACHS LENDING PARTNERS LLC          RICHARDS KIBBE & ORBE LLC ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC          TRANSFEROR: SACHER FUNDING LTD. 30 HUDSON STREET, 36TH FL JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                        RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN, SACHS & CO.                        RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN, SACHS & CO.                        RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FININCIAL CENTER NEW YORK NY 10281
GOLDMAN, SACHS & CO.                        TRANSFEROR: AHORRO CORPORACION FINANCIERA, S.V., S.A 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                        TRANSFEROR: GOLDMAN SACHS JAPAN CO., LTD 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
HSBC BANK (CAYMAN) LIMITED IN ITS CAPACITY (AS TRUSTEE OF) SUBSTRUSTTRUST OF MARSHALL WACE TOPS TRUST C/O PO BOX 1109, 68 WEST BAY ROAD KY1 1102 CAYMAN ISLANDS
HSBC BANK (CAYMAN) LIMITED IN ITS CAPACITY (AS TRUSTEE OF) SUBSTRUSTTRUST OF MARSHALL WACE TOPS TRUST C/O PO BOX 1109, 68 WEST BAY ROAD KY1 1102 CAYMAN ISLANDS
HSBC BANK (CAYMAN) LIMITED IN ITS CAPACITY MARSHALL WACE FLSUBATTNSTDENCAN FORD THE ADELPHI BUILDING 1- 11 JOHN ADAM STREET LONDON  WC2N 6HT UNITED KINGDOM
HSBC BANK (CAYMAN) LIMITED IN ITS CAPACITY MARSHALL WACE FLSUBATTNSTDENCAN FORD THE ADELPHI BUILDING 1- 11 JOHN ADAM STREET LONDON  WC2N 6HT UNITED KINGDOM
HSBC BANK (CAYMAN) LIMITED IN ITS CAPACITY AS TRUSTEE, OFARRB&TRUSTEETHER LLP ATTN: SHELLEY C. CHAPMAN, ESQ. 787 SEVENTH AVENUE NEW YORK NY 10019
HSBC BANK (CAYMAN) LIMITED IN ITS CAPACITY AS TRUSTEE, OFARRB&TRUSTEETHER LLP ATTN: SHELLEY C. CHAPMAN, ESQ. 787 SEVENTH AVENUE NEW YORK NY 10019
HSBC BANK (CAYMAN) LIMITED IN ITS CAPACITY AS FORMERLY SUB- TRUST OF MARSHALL WACE TOPS TRUST C/O PO BOX 1109, 68 WEST BAY ROAD KY1 1102 CAYMAN ISLANDS
HSBC BANK (CAYMAN) LIMITED IN ITS CAPACITY AS FORMERLY SUB- TRUST OF MARSHALL WACE TOPS TRUST C/O PO BOX 1109, 68 WEST BAY ROAD KY1 1102 CAYMAN ISLANDS
HSBC BANK (CAYMAN) LIMITED IN ITS CAPACITY MARSHALL WACE FLSUBATTNSTDDUNCAN FORD THE ADELPHI BUILDING 1- 11 JOHN ADAM STREET LONDON  WC2N 6HT UNITED KINGDOM
HSBC BANK (CAYMAN) LIMITED IN ITS CAPACITY MARSHALL WACE FLSUBATTNSTDDUNCAN FORD THE ADELPHI BUILDING 1- 11 JOHN ADAM STREET LONDON  WC2N 6HT UNITED KINGDOM
HSBC BANK (CAYMAN) LIMITED IN ITS CAPACITY AS TRUSTEE, OFARRB&TRUSTEETHER LLP ATTN: SHELLEY C. CHAPMAN, ESQ. 787 SEVENTH AVENUE NEW YORK NY 10019
HSBC BANK (CAYMAN) LIMITED IN ITS CAPACITY AS TRUSTEE, OFARRB&TRUSTEETHER LLP ATTN: SHELLEY C. CHAPMAN, ESQ. 787 SEVENTH AVENUE NEW YORK NY 10019
HSBC BANK (CAYMAN) LIMITED IN ITS CAPACITY (AS TRUSTEE OF) SUBSTRUSTTRUST OF MARSHALL WACE TOPS TRUST C (OPPORTUNISTIC- HEDGED) C/O PO BOX 1109, 68 WEST BAY RO
HSBC BANK (CAYMAN) LIMITED IN ITS CAPACITY (AS TRUSTEE OF) SUBSTRUSTTRUST OF MARSHALL WACE TOPS TRUST C (OPPORTUNISTIC - HEDGED)) C/O PO BOX 1109, 68 WEST BAY
HSBC BANK (CAYMAN) LIMITED IN ITS CAPACITY MARSHALL WACE FLSUBATTNSTDDUNCAN FORD THE ADELPHI BUILDING 1- 11 JOHN ADAM STREET LONDON  WC2N 6HT UNITED KINGDOM
HSBC BANK (CAYMAN) LIMITED IN ITS CAPACITY MARSHALL WACE FLSUBATTNSTDDUNCAN FORD THE ADELPHI BUILDING 1- 11 JOHN ADAM STREET LONDON  WC2N 6HT UNITED KINGDOM
HSBC BANK (CAYMAN) LIMITED IN ITS CAPACITY AS TRUSTEE, OFARRB&TRUSTEETHER LLP ATTN: SHELLEY C. CHAPMAN, ESQ. 787 SEVENTH AVENUE NEW YORK NY 10019
HSBC BANK (CAYMAN) LIMITED IN ITS CAPACITY AS TRUSTEE, OFARRB&TRUSTEETHER LLP ATTN: SHELLEY C. CHAPMAN, ESQ. 787 SEVENTH AVE NEW YORK NY 10019
HSBC BANK (CAYMAN) LIMITED IN ITS CAPACITY AS FORMERLY SUB- TRUST D (FUNDAMENTAL - HEDGED) C/O PO BOX 1109, 68 WEST BAY RO
HSBC BANK (CAYMAN) LIMITED IN ITS CAPACITY AS FORMERLY SUB- TRUST D (FUNDAMENTAL - HEDGED)) C/O PO BOX 1109, 68 WEST BAY
HSBC BANK (CAYMAN) LIMITED IN ITS CAPACITY MARSHALL WACE EQELSUATTNUSDUNCAN FORD THE ADELPHI BUILDING 1-11 JOHN ADAM STREET LONDON  WC2N 6HT UNITED KINGDOM
HSBC BANK (CAYMAN) LIMITED IN ITS CAPACITY MARSHALL WACE EQELSUATTNUSDUNCAN FORD THE ADELPHI BUILDING 1-11 JOHN ADAM STREET LONDON  WC2N 6HT ENGLAND


                                                                                                                                 EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 13:49:03                                      LEHMAN BROTHERS HOLDING INC.                                          PAGE:    2
DATE: 03/15/10                                            CREDITOR LISTING

Name                                                    Address
HSBC BANK (CAYMAN) LIMITED IN ITS CAPACITY AS TRUSTEE, OFARR&GALLAGHER LLP ATTN: SHELLEY C. CHAPMAN, ESQ. 787 SEVENTH AVENUE NEW YORK NY 10019
HSBC BANK (CAYMAN) LIMITED IN ITS CAPACITY AS TRUSTEE OF SUBCHAPMAN; TRUST WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019
HSBC BANK (CAYMAN) LIMITED IN ITS CAPACITY (AS TRUSTEE OF SUBTRUST (EURO) FUND), AS SUB-TRUST OF MARSHALL WACE TOPS TRUST C/O PO BOX 1109, 68 WEST BAY ROAD KY1 1102 CAYMAN ISLAND
HSBC BANK (CAYMAN) LIMITED IN ITS CAPACITY AS TRUSTEE OF SUBTRUST: DUNCAN FORD THE ADELPHI BUILDING 1- 11 JOHN ADAM STREET LONDON   WC2N 6HT UNITED KINGDOM
HSBC BANK (CAYMAN) LIMITED IN ITS CAPACITY MARSHAL WACE OF, FARR&GALLAGHER LLP ATTN: SHELLEY C. CHAPMAN, ESQ. 787 SEVENTH AVENUE NEW YORK NY 10019
HSBC BANK (CAYMAN) LIMITED IN ITS CAPACITY AS TRUSTEE OF SUBCHAPMAN; TRUST WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019
HSBC BANK (CAYMAN) LIMITED IN ITS CAPACITY (BALANCED) AS SUB-TRUST OF MARSHALL WACE TOPS TRUST FORMERLY SUB TRUST H (BALANCED EUROPE) C/O PO BOX 1109, 68 WEST BAY ROAD KY1 11
HSBC BANK (CAYMAN) LIMITED IN ITS CAPACITY (BALANCED) AS SUB-TRUST OF MARSHALL WACE TOPS TRUST ( FORMERLY SUB- TRUST H (BALANCED EUROPE)) C/O PO BOX 1109, 68 WEST BAY ROAD KY
HSBC BANK (CAYMAN) LIMITED IN ITS CAPACITY MARSHALL WACE FLSUBATRUSTDUNCAN FORD THE ADELPHI BUILDING 1- 11 JOHN ADAM STREET LONDON   WC2N 6HT ENGLAND
HSBC BANK (CAYMAN) LIMITED IN ITS CAPACITY AS TRUSTEE, OFARR&GALLAGHER LLP ATTN: SHELLEY C. CHAPMAN, ESQ. 787 SEVENTH AVENUE NEW YORK NY 10019
HSBC BANK (CAYMAN) LIMITED IN ITS CAPACITY AS TRUSTEE OF SUBCHAPMAN; TRUST WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019
LUMINUS ENERGY PARTNERS MASTER FUND LTD.   C/O LUMINUS MANAGEMENT, LLC 1700 BROADWAY, 38TH FL NEW YORK NY 10019
LUMINUS ENERGY PARTNERS MASTER FUND LTD.   LUMINUS ENERGY PARTNERS MASTER FUND, LTD C/O LUMINUS MANAGEMENT, LLC 1700 BROADWAY, 38TH FLOOR NEW YORK NY 10019
LUMINUS ENERGY PARTNERS MASTER FUND LTD.   C/O LUMINUS MANAGEMENT, LLC ATTN: NICOLE PANEBIANCO 1700 BROADWAY, 38TH FLOOR NEW YORK NY 10019
MARSHALL WACE CORE FUND LIMITED            MARSHALL WACE LLP ATTN: DUNCAN FORD THE ADELPHI BUILDING 1-11 JOHN ADAM STREET LONDON  WC2N 6HT ENGLAND
MARSHALL WACE CORE FUND LIMITED            C/O PO BOX 10293 5TH FL, 27 HOSPITAL ROAD GRAND CAYMAN  KY1 1003 CAYMAN ISLANDS
MARSHALL WACE CORE FUND LIMITED            SHELLEY C. CHAPMAN, ESQ. WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019
MERRILL LYNCH INTERNATIONAL                MERRILL LYNCH, DUBLIN ATTN DAVE PURDOM & JOHN PRINCE BLOCK D, CENTRAL PARK, LEOPARDSTOWN DUBLIN 18         IRELAND
MERRILL LYNCH INTERNATIONAL                BANK OF AMERICA MERRILL LYNCH ATTN FREDERICK MORRIS ONE BRYANT PARK, 3RD FLOOR NEW YORK NY 10036
MERRILL LYNCH INTERNATIONAL                CADWALADER, WICKERSHAM & TAFT LLP ATTN JILL KAYLOR ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MERRILL LYNCH INTERNATIONAL                MERRILL LYNCH FINANCIAL CENTRE ATTN ANNIKA WESTLING 2 KING EDWARD STREET LONDON  EC1A 1HQ UNITED KINGDOM
MERRILL LYNCH INTERNATIONAL                TRANSFEROR: ARROWGRASS DISTRESSED OPPORTUNITIES FUND LIMITED BANK OF AMERICA MERRILL LYNCH FIN CENTRE 2 KING EDWARD STREET LONDON  EC1A 1HQ UNITED KINGDO
SACHER FUNDING LTD.                        TRANSFEROR: ARROWGRASS MASTER FUND LTD BANK OF AMERICA MERRILL LYNCH FIN CENTRE 2 KING EDWARD STREET LONDON  EC1A 1HQ UNITED KINGDOM
                                           C/O LOWENSTEIN SANDLER PC ATTN: ROBERT G. MINION, ESQ. AND RICHARD BERNSTEIN, ESQ. 1251 AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK
VITAL DINERO FONDO DE INVERSION            ATTENTION CREDITOR: MS. INES TOBILLAS GARCIA ATTENTION DEPOSITARY: MR. JOSE IGNACIO IGLESIAS LEZAMA C/ POSTAS, 12-1 O VITORIA-GASETZ
VITAL DINERO FONDO DE INVERSION            CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019
VITAL DINERO FONDO DE INVERSION            MR. JOSE IGNACIO IGLESIAS LEZAMA PASEO DE LA BIOSFERA, 6-1 A PLANTA VITORIA-GASTEIZ  01013 SPAIN
VITAL PENSION GARANTIZADO 2012 P.P.I.      ATTENTION CREDITOR: CARLOS BARBADILLO AYALA ATTENTION DEPOSITARY: JOSE IGNACIO IGLESIAS LEZAMA C/P O DE LA BIOSFERA,  6  1 A PLANT
VITAL PENSION GARANTIZADO 2012 P.P.I.      CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019

Total Number of Records Printed        87
```

# EXHIBIT "C"

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, NY 10153