WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
:
------------------------------------------------------------------x

# NOTICE OF FILING OF EXECUTED
# COLLATERAL DISPOSITION AGREEMENT AMONG LEHMAN
# BROTHERS HOLDINGS INC. AND JPMORGAN CHASE BANK, N.A. ET AL.

Reference is made to the motion, dated February 24, 2010 [Docket No. 7269] (the "Motion"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 363 of title 11 of the United States Code and Rule 6004(h) of the Federal Rules of Bankruptcy Procedure for approval of the Collateral Disposition Agreement (the "Agreement") among the Debtors and JPMorgan Chase Bank N.A. and certain of its affiliates, subsidiaries or related entities, as further described in the Motion.

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Motion.

US_ACTIVE:\43337800\01\58399.0003

**PLEASE TAKE NOTICE** that, pursuant to the Motion, the Debtors hereby file an executed copy of the Agreement, a copy of which is annexed hereto as <u>Exhibit A</u>.[2]

Dated: March 16, 2010
      New York, New York

                                            /s/ Shai Y. Waisman
                                            Harvey R. Miller
                                            Shai Y. Waisman

                                            WEIL, GOTSHAL & MANGES LLP
                                            767 Fifth Avenue
                                            New York, New York 10153
                                            Telephone: (212) 310-8000
                                            Facsimile: (212) 310-8007

                                            Attorneys for Debtors
                                            and Debtors in Possession

---

[2] Annex B of the Agreement has been redacted to protect the commercially sensitive nature of information regarding the Securities Collateral, disclosure of which could significantly impair the ability of LBHI's estate to maximize the value of such assets in the open market, or JPMorgan's ability to maximize the value of such assets if this motion is denied.

## **Exhibit A**

(see attached)