B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Southern District Of New York

In re Lehman Brothers Holding Inc., et. Al.,

Case No. 08-13555 (JMP)
(Jointly Administrator)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Banco Español de Crédito, S.A. | Santander Asset Management, S.A., S.G.I.I.C. On behalf of Banesto Garantizado Oportunidad Europa, FI (formerly Banesto Garantizado Multioportunidad 4x4 II, FI) |

Name and Address where notices to transferee should be sent:

Banco Español de Crédito, S.A.
Asesoría Jurídica de Tesorería
Avda. Gran Vía de Hortaleza
Att: Javier Llorente Herrero

Court Claim # (if known): 22252
Amount of Claim: USD 477,802.18
Date Claim Filed: 09/21/2009

Phone: +34 91 338 30 17

Phone: N/A

With a copy to:
Sidley Austin LLP
787 Seventh Avenue
New York, New York  10019
Attn: Robert Scheininger
Email: rscheininger@sidley.com
Telephone: (212) 839-5605
Facsimile: (212) 839-5599

Last Four Digits of Acct #: N/A

Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Phone:

Wire Instructions:

Correspondent Bank: Bank of America
Place: New York
ISIN Code: BOFAUS3N
Account Number: 6550970404

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____ Date: 16- March 2010

By:_____ Date: 16- March 2010

Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Santander**

From: Santander Asset Management SA SGIIC
acting on behalf of <u>Banesto Garantizado Oportunidad Europa, FI (formerly Banesto Garantizado
Multioportunidad 4x4 II, FI)</u>
Avda. de Cantabria s/n
28660 Boadilla del Monte
Madrid

To - Lehman Brothers OTC Derivatives INC
C/O Lehman Brothers Inc
Transaction Management Group
745 Seventh Avenue, 28th floor
NY, NY 10019

23 December, 2009

Dear Sirs,

<u>**Notice of Transfer**</u>

**A.    Introduction**

We refer to:

(a)    the ISDA Master Agreement (the "**ISDA Master Agreement**") dated as of November 24th
2004 between Lehman Brothers OTC Derivatives INC ("**LBOTC**") and Santander Asset
Management SA SGIIC acting on behalf of <u>Banesto Garantizado Oportunidad Europa, FI</u>
("**SAM**"); and

(b)    our letter of 16 September, 2008 designating 17 September 2008 as the Early Termination
Date in respect of all outstanding Transactions under the ISDA Master Agreement.

(c)    our letter of 9 October, 2008 in which we notified you of the calculation of the Early
Termination Amount and the Total Claim owed from you to us.

**B.    Notice of Transfer**

We refer to Part 5 (j) of the ISDA Master Agreement ("**Transfer**") and hereby notify you that,
following request from our regulator the *Comisión Nacional del Mercado de Valores*, we have
transferred our interest under the ISDA Master Agreement to Banco Español de Crédito, S.A.

Accordingly, the Total Claim (as such term was defined in our letter of 9 October 2008 and equal
to Euro 336,794.40) that was due to us is from 31 December, 2009 (the "Novation Date") due to
Banco Español de Crédito, S.A. and should now be paid to the following account:

BANCO ESPAÑOL DE CRÉDITO

ES9000301597450050012270

**C.    Contacts**

Please direct any questions in relation to this letter to:

Mr. Amadeo Reynes Pascual
Head of Risk Control and Valuation
Santander Asset Management
Avda. Cantabria s/n
Edif. Pinar planta 1
Ciudad Grupo Santander
28660 Boadilla del Monte
Madrid - Spain
Phone number: 0034 91 289 07 60
E-mail: areynes@gruposantander.com

Mrs. María Dolores Ramos Martínez
Head of Guaranteed Products
Santander Asset Management
Avda. Cantabria s/n
Edif. Pinar planta 0
Ciudad Grupo Santander
28660 Boadilla del Monte
Madrid - Spain
Phone number: 0034 91 289 07 55
E-mail: doramos@gruposantander.com

**D.    Miscellaneous**

This letter shall be governed by English law.

Terms capitalised but not otherwise defined in this letter shall have the same meaning given to them in the ISDA Master Agreement.

Yours faithfully,

For and on behalf of
**Santander Asset Management SA SGIIC**
**acting on behalf of Banesto** Garantizado Oportunidad Europa, FI

For and on behalf of
**Banco Español de Crédito, S.A.**