B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

### Southern District Of New York

In re Lehman Brothers Holding Inc., et. Al.,                Case No. 08-13555 (JMP)
                                                            (Jointly Administrator)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee                          Name of Transferor

Banco Español de Crédito, S.A.              Santander Asset Management, S.A., S.G.I.I.C.
                                            On behalf of Banesto Garantizado Ocasión, FI

Name and Address where notices to transferee   Court Claim # (if known): 22253
should be sent:                                Amount of Claim: USD 1,755,552.42
                                               Date Claim Filed: 09/21/2009
Banco Español de Crédito, S.A.
Asesoría Jurídica de Tesorería
Avda. Gran Vía de Hortaleza
Att: Javier Llorente Herrero

Phone: +34 91 338 30 17                      Phone: N/A

With a copy to:
Sidley Austin LLP
787 Seventh Avenue
New York, New York  10019
Attn: Robert Scheininger
Email: rscheininger@sidley.com
Telephone: (212) 839-5605
Facsimile: (212) 839-5599

Last Four Digits of Acct #: N/A              Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Phone:

Wire Instructions:

Correspondent Bank: Bank of America
Place: New York
ISIN Code: BOFAUS3N
Account Number: 6550970404

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By:_____ Date: 16- March 2010

By:_____ Date: 16- March 2010

Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## Santander

From: Santander Asset Management SA SGIIC
acting on behalf of Banesto Garantizado Ocasión, FI
Avda. de Cantabria s/n
28660 Boadilla del Monte
Madrid

To - Lehman Brothers OTC Derivatives INC
C/O Lehman Brothers Inc
Transaction Management Group
745 Seventh Avenue, 28th floor
NY, NY 10019

23 December, 2009

Dear Sirs,

**Notice of Transfer**

A.    **Introduction**

We refer to:

(a)    the ISDA Master Agreement (the "**ISDA Master Agreement**") dated as of November 24th 2004 between Lehman Brothers OTC Derivatives INC ("**LBOTC**") and Santander Asset Management SA SGIIC acting on behalf of Banesto Garantizado Ocasión, FI ("**SAM**"); and

(b)    our letter of 16 September, 2008 designating 17 September 2008 as the Early Termination Date in respect of all outstanding Transactions under the ISDA Master Agreement.

(c)    our letter of 9 October, 2008 in which we notified you of the calculation of the Early Termination Amount and the Total Claim owed from you to us.

B.    **Notice of Transfer**

We refer to Part 5 (j) of the ISDA Master Agreement ("**Transfer**") and hereby notify you that, following request from our regulator the *Comisión Nacional del Mercado de Valores*, we have transferred our interest under the ISDA Master Agreement to Banco Español de Crédito, S.A.

Accordingly, the Total Claim (as such term was defined in our letter of 9 October 2008 and equal to Euro 1,237,458.19) that was due to us is from 31 December 2009 (the "Novation Date") due to Banco Español de Crédito, S.A. and should now be paid to the following account:

**BANCO ESPAÑOL DE CRÉDITO**

ES9000301597450050012270

C.    **Contacts**

Please direct any questions in relation to this letter to:

Mr. Amadeo Reynes Pascual
Head of Risk Control and Valuation
Santander Asset Management
Avda. Cantabria s/n
Edif. Pinar planta 1
Ciudad Grupo Santander
28660 Boadilla del Monte
Madrid - Spain
Phone number: 0034 91 289 07 60
E-mail: areynes@gruposantander.com

Mrs. María Dolores Ramos Martínez
Head of Guaranteed Products
Santander Asset Management
Avda. Cantabria s/n
Edif. Pinar planta 0
Ciudad Grupo Santander
28660 Boadilla del Monte
Madrid - Spain
Phone number: 0034 91 289 07 55
E-mail: doramos@gruposantander.com

**D.    Miscellaneous**

This letter shall be governed by English law.

Terms capitalised but not otherwise defined in this letter shall have the same meaning given to them in the ISDA Master Agreement

Yours faithfully,

For and on behalf of
**Santander Asset Management SA SGIIC**
**acting on behalf of Banesto Garantizado Ocasión, FI**

For and on behalf of
**Banco Español de Crédito, S.A.**

ROBERTO KNOP
DIRECTOR UKAM