David S. Rosner (DR-4214)
Andrew K. Glenn (AG-9934)
KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

Attorneys for Bay Harbour Management L.C., Bay Harbour Master Ltd.,
Trophy Hunter Investments, Ltd., BHCO Master, Ltd.,
MSS Distressed & Opportunities 2 and Institutional Benchmarks

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 Case |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | Case No. 08-13555 (JMP) |
| Debtor. | (Jointly Administered) |
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff, | Adversary Proceeding No. |
| v. | 08-01420 (JMP) |
| LEHMAN BROTHERS INC., | |
| Debtors. | |

### NOTICE OF WITHDRAWAL OF APPEARANCE
### AND REMOVAL FROM MAILING MATRIX

PLEASE TAKE NOTICE, that the undersigned hereby withdraws his appearance in the above-captioned bankruptcy and adversary proceedings on behalf of Bay Harbour Management L.C., Bay Harbour Master Ltd., Trophy Hunter Investments, Ltd., BHCO Master, Ltd., MSS Distressed & Opportunities 2 and Institutional Benchmarks.

1992836v1
3/16/2010 2:10 PM    )500.1

PLEASE TAKE FURTHER NOTICE, that the undersigned hereby withdraws his request that all notices and all papers served or required to be served in this proceeding be given to and served upon him at the following address as listed below:

David M. Friedman
KASOWITZ, BENSON, TORRES
& FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800
dfriedman@kasowitz.com

Dated: New York, New York
March 15, 2010

KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP


By: /s/ David M. Friedman
   David M. Friedman (DF-4278)
   1633 Broadway
   New York, New York 10019
   Telephone: (212) 506-1700
   Facsimile:  (212) 506-1800

   Attorneys for Bay Harbour Management L.C.,
   Bay Harbour Master Ltd.,
   Trophy Hunter Investments, Ltd., BHCO
       Master, Ltd.,
   MSS Distressed & Opportunities 2 and
       Institutional Benchmarks