UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                :

In re                         :        Chapter 11

LEHMAN BROTHERS HOLDINGS INC., et al.  :        Case No. 08-13555 (JMP)

                                :        Jointly Administered

             Debtors           :
------------------------------------------------------------x
                                :

In re                         :        Chapter 11

LEHMAN BROTHERS HOLDINGS INC.      :        Case No. 08-13555 (JMP)

             Debtor            :
------------------------------------------------------------x

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE (**Lehman Brothers Holdings Inc., Debtor, Case No. 08-13555**) or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| JPMorgan Chase Bank, N.A. | Vitol Asia Pte Ltd. |
|---|---|
| Name of Transferee | Name of Transferor |

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $3,821,189.31 | **Claim No. 66354**, which amends **Claim No. 15009**, which amends **Claim No. 4785** |

You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Transferee at the address below.

TRANSFEREE:  JPMorgan Chase Bank, N.A.
Address:        Mail Code: NY1-E191
              4 New York Plaza – Floor 16
              New York NY 10004
              Attention Aleksandra Markovic
              Telephone: 212-623-2061
              Facsimile: 646-792-3855
              Email: aleksandra.s.markovic@jpmchase.com

12925638 1

I declare under penalty of perjury that the information provided in this evidence and notice is true and correct to the best of my knowledge and belief.

**JPMorgan Chase Bank, N.A.**

By: _____                    Date: __3/16__, 2010
Name:                      Michael Economos
Title:                     Authorized Signatory

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Vitol Asia Pte Ltd.

Vitol Asia Pte Ltd., a limited liability company organized under the laws of Singapore, with offices located at 260 Orchard Road, #13-01 The Heeren, Singapore 238855 ("SELLER"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to JPMorgan Chase Bank, N.A., its successors and assigns, with offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, Attention: Susan McNamara ("BUYER"), all right, title and interest in and to the claim of SELLER against Lehman Brothers Holdings Inc., and its affiliates in the amount of $3,821,189.31 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555.

SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and BUYER herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

IN WITNESS WHEREOF, dated as of the 9th day of March, 2010.

VITOL ASIA PTE LTD.

By:_____
Name:_____
Title:_____
              ANTOINE FAGNIEZ
              Finance Director

JPMORGAN CHASE BANK, N.A.

By:_____
Name:_____
Title:_____

vitol asia transfer agreement.DOC

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Vitol Asia Pte Ltd.

Vitol Asia Pte Ltd., a limited liability company organized under the laws of Singapore, with offices located at 260 Orchard Road, #13-01 The Heeren, Singapore 238855 ("SELLER"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to JPMorgan Chase Bank, N.A., its successors and assigns, with offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, Attention: Susan McNamara ("BUYER"), all right, title and interest in and to the claim of SELLER against Lehman Brothers Holdings Inc., and its affiliates in the amount of $3,821,189.31 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555.

SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and BUYER herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

IN WITNESS WHEREOF, dated as of the 9th day of March, 2010.

VITOL ASIA PTE LTD.

By:_____
Name:_____
Title:_____

JPMORGAN CHASE BANK, N.A.

By:_____
Name:_____
Title:_____
        Michael Bogonos

        ASSOCIATE

vitol asia transfer agreement.DOC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| LEHMAN BROTHERS HOLDINGS INC., et al. | : | Case No. 08-13555 (JMP) |
|  | : |  |
|  | : | Jointly Administered |
| Debtors | : |  |

-------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| LEHMAN BROTHERS HOLDINGS INC. | : | Case No. 08-13555 (JMP) |
|  | : |  |
|  | : |  |
| Debtor | : |  |

-------------------------------------------------------------x

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE (**Lehman Brothers Holdings Inc., Debtor, Case No. 08-13555**) or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| JPMorgan Chase Bank, N.A. | Vitol S.A. |
|---|---|
| Name of Transferee | Name of Transferor |

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $12,220,661.10 | **Claim No. 66353**, which amends **Claim No. 42246**, which amends **Claim No. 15011**, which amends **Claim No. 4783** |

You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Transferee at the address below.

TRANSFEREE:  JPMorgan Chase Bank, N.A.
Address:      Mail Code: NY1-E191
              4 New York Plaza – Floor 16
              New York NY 10004
              Attention Aleksandra Markovic
              Telephone: 212-623-2061
              Facsimile: 646-792-3855
              Email:  aleksandra.s.markovic@jpmchase.com

12925594 1

I declare under penalty of perjury that the information provided in this evidence and notice is true and correct to the best of my knowledge and belief.

**JPMorgan Chase Bank, N.A.**

By: _____          Date: __3|16__, 2010

Name:

Title:     Michael Economas

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

**EVIDENCE OF TRANSFER OF CLAIM**

TO:  Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Vitol S.A.

       Vitol S.A., a société anonyme organized under the laws of Switzerland, with offices located at Blvd. du Pont-d'Arve 28, 1205 Geneva, Switzerland ("SELLER"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to JPMorgan Chase Bank, N.A., its successors and assigns, with offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, Attention: Susan McNamara ("BUYER"), all right, title and interest in and to the claim of SELLER against Lehman Brothers Holdings Inc., and its affiliates in the amount of $12,220,661.10 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555.

       SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and BUYER herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

       IN WITNESS WHEREOF, dated as of the 9th day of March, 2010.

**VITOL S.A.**

By:_____
Name: Roland J. Favre
Title: Director

**JPMORGAN CHASE BANK, N.A.**

By:_____
Name:_____
Title:_____

### EVIDENCE OF TRANSFER OF CLAIM

TO:  Clerk, United States Bankruptcy Court, Southern District of New York

AND TO:  Vitol S.A.

Vitol S.A., a société anonyme organized under the laws of Switzerland, with offices located at Blvd. du Pont-d'Arve 28, 1205 Geneva, Switzerland ("SELLER"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to JPMorgan Chase Bank, N.A., its successors and assigns, with offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, Attention: Susan McNamara ("BUYER"), all right, title and interest in and to the claim of SELLER against Lehman Brothers Holdings Inc., and its affiliates in the amount of $12,220,661.10 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555.

SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and BUYER herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

IN WITNESS WHEREOF, dated as of the **9th** day of March, 2010.

**VITOL S.A.**

By:_____
Name:_____
Title:_____

**JPMORGAN CHASE BANK, N.A.**

By:_____
Name:_____
Title:_____

Michael Economos
Authorized Signatory

ASSOCIATE