**CURTIS, MALLET-PREVOST,
 COLT & MOSLE LLP**
101 Park Avenue
New York, New York  10178-0061
Telephone:  (212) 696-6000
Facsimile  (212) 697-1559
Steven J. Reisman
L. P. Harrison 3rd
Cindi M. Eilbott

*Conflicts Counsel for the Debtors
 and Debtors In Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------x
                                                                      :    **Chapter 11**
**In re:**                                                            :
                                                                      :    **Case No. 08-13555 (JMP)**
**LEHMAN BROTHERS HOLDINGS INC., *et al.*,**                          :
                                                                      :    **(Jointly Administered)**
              **Debtors.**                                            :
                                                                      :
----------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          ) ss:
COUNTY OF NEW YORK        )

       Jerome Tufte, being duly sworn, deposes and says:

       1.    I am not a party to this action, am over 18 years of age, and reside in Brooklyn, New York.

       2.    On March 16, 2010, I served a true and correct copy of the Response of Curtis, Mallet-Prevost, Colt & Mosle LLP, as Conflicts Counsel, for the Debtors and Debtors in Possession to Fee Committee Report Pertaining to Third Interim Fee Applications of All Retained Professionals [Docket No. 7615] upon the parties listed on the appended <u>Exhibit A</u> by the delivery methods listed respective to each party served.

                                                <u>/s/ Jerome Tufte</u>
                                                Jerome Tufte

Sworn to before me this
17th day of March 2010

<u>/s/ James V. Drew</u>
   Notary Public

**JAMES V. DREW**
**Notary Public, State of New York**
**No. 02DR6079092**
**Qualified in Kings County**
**Commission Expires August 12, 2010**

7356011

# EXHIBIT A

**VIA HAND DELIVERY AND E-MAIL**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attention: Richard P. Krasnow, Esq.
        Lori R. Fife, Esq.
        Shai Y. Waisman, Esq.
        Jacqueline Marcus, Esq.

**VIA HAND DELIVERY AND E-MAIL**
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attention: Dennis F. Dunne, Esq.
        Dennis O' Donnell, Esq.
        Evan Fleck, Esq.

**VIA HAND DELIVERY**
Office of the United States Trustee
33 Whitehall Street, 22nd Floor
New York, NY 10004
Attention: Andrew D. Velez-Rivera, Esq.
        Paul Schwartzberg
        Brian Masumoto
        Linda Riffkin
        Tracy Hope Davis

**VIA FEDERAL EXPRESS AND E-MAIL**
Feinberg Rozen, LLP
The Willard Office Building
1455 Pennsylvania Avenue, NW Suite 390
Washington, DC 20004-1008
Attention: Kenneth R. Feinberg, Esq.