UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                             :

In re                                             :         Chapter 11 Case No.

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**   :         08-13555 (JMP)

         Debtors.                     :         (Jointly Administered)

---------------------------------------------------------------x     Ref. Docket No. 7567

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                                ) ss.:
COUNTY OF NEW YORK )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 15, 2010, I caused to be served the "Notice of Proposed Sale of *De Minimis* Assets Pursuant to *De Minimis* Asset Sale Procedures," dated March 15, 2010 [Docket No. 7567], by causing true and correct copies, to be delivered by facsimile to those parties listed on the attached Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                               /s/ Panagiota Manatakis
Sworn to before me this                                 Panagiota Manatakis
16th day of March, 2010

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**EXHIBIT A**

| Name | Fax |
| --- | --- |
| Cleary Gottlieb; Attn: Joel Moss | 212-225-3999 |
| Hughes Hubbard; Attn: Jeff Margolin | 212-422-4726 |
| MILBANK TWEED; Attn: Evan Fleck | 212-530-5219 |
| MILBANK TWEED; Attn: Roger Lee | 212-822-5707 |