THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
                                                                                :

In re                                                   :

LEHMAN BROTHERS HOLDINGS INC., et al.,    :

               Debtors.                                      :

------------------------------------------------------------ x
                                                          :

METAVANTE CORPORATION,                    :   Case No. 09 CIV. 09839 (JSR)

               Appellant,                           :

        -v-                                        :   USDC SDNY
                                                         :   DOCUMENT
LEHMAN BROTHERS HOLDINGS INC. and     :   ELECTRONICALLY FILED
LEHMAN BROTHERS SPECIAL FINANCING    :   DOC #: _____
INC.                                          :   DATE FILED: 3-17-10

               Appellees.                           :

                                                          :
------------------------------------------------------------ x

## ORDER REMANDING APPEAL OF METAVANTE CORPORATION

        Upon the appeal (the "Appeal") of Metavante Corporation ("Metavante") of the order of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), dated September 17, 2009, granting Lehman Brothers Special Financing Inc.'s ("LBSF") motion, pursuant to section 105(a), 362 and 365 of the Bankruptcy Code, to compel performance of an executory contract and to enforce the automatic stay; and upon LBSF's letter to the Court, dated March 5, 2010, informing the Court of a settlement of the Appeal on behalf of the parties; and upon the joint request to the Court by the parties to the

2

Appeal to remand the Appeal to the Bankruptcy Court to enable it to consider the settlement; and

after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Appeal is remanded to the Bankruptcy Court solely for the

purpose of allowing the Bankruptcy Court to consider the settlement, and conditioned on counsel taking all necessary steps to have this matter considered at the April 14 omnibus hearing in the Bankruptcy Court.

Dated: March 16, 2010
New York, New York

_____
UNITED STATES DISTRICT COURT JUDGE

2