UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN RE: LEHMAN BROTHERS HOLDINGS,
INC., *et al.*,

            Debtors.
------------------------------------------------------------x

**Chapter 11 Case No.
08-13555 (JMP)**

**(Jointly Administered)**

### NOTICE OF APPEARANCE OF COUNSEL

TO:      The clerk of the court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for U.S. Bank National Association, Trustee for Lehman Brothers Securitization Name Structured Asset Investment Loan Trust.

Dated:  Melville, New York
         March 18, 2010

Yours, etc.,

CAHN & CAHN, LLP

By: _____
      Daniel K. Cahn (DC-9791)
Office & P.O. Address
22 High Street, Suite 3
Huntington, NY 11743
(631) 752-1600
(631) 752-1555 (fax)
dcahn@cahnlaw.com