JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Robert W. Gaffey
Jayant W. Tambe
William J. Hine

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
In re:                                                         :  Chapter 11
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al*.,                       :  Case No. 08-13555 (JMP)
                                                               :
            Debtors.                                           :  (Jointly Administered)
                                                               :
---------------------------------------------------------------x
                                                               :
In re:                                                         :  SIPA Proceeding
                                                               :
LEHMAN BROTHERS INC.,                                          :  Case No. 08-01420 (JMP)
                                                               :
            Debtor.                                            :
                                                               :
---------------------------------------------------------------x

**APPENDIX TO**
**DEBTOR'S REPLY BRIEF IN FURTHER SUPPORT OF ITS MOTION FOR AN**
**ORDER, PURSUANT TO FED. R. CIV. P. 60**
**AND FED. R. BANKR. P. 9024, MODIFYING THE SEPTEMBER 20, 2008**
<u>**SALE ORDER AND GRANTING OTHER RELIEF**</u>

**APPENDIX VOLUME VI**

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

*In re LEHMAN BROTHERS HOLDINGS INC., et al.*,
Debtors Case No. 08-13555

# APPENDIX INDEX VOLUME VI

| App. Tab No. | Description |
|---|---|
| 153 | Hughes Deposition Transcript, dated February 4, 2010 (excerpt of pages 240 - 248, 257 - 264, 269 - 280, 309 - 324, 329 - 356, 441 - 448) |
| 154 | Johnson Deposition Transcript, dated February 12, 2010 (excerpt of pages 1 - 5, 14 - 17, 50 - 57, 142 - 147) |
| 155 | Kaplan Deposition Transcript, dated March 1, 2010 (excerpt of pages 1 - 5, 14 - 25, 30 - 37, 42 - 45, 50 - 53, 70 - 74) |
| 156 | Lewkow Deposition Transcript, dated February 10, 2010 (excerpt of pages 1 - 21, 34 - 57, 62 - 85, 106 - 113, 126 - 137, 226 - 232) |
| 157 | Malloy Deposition Transcript, dated March 1, 2010 (excerpt of pages 1 - 5, 18 - 25, 34 - 37, 50 - 53) |
| 158 | Pfleiderer Deposition Transcript, dated February 23, 2010 (excerpt of pages 1 - 5, 162 - 165, 322 - 325, 350 - 357) |
| 159 | Rosen Deposition Transcript, dated February 19, 2010 (excerpt of pages 1 - 5, 210 - 226, errata sheet) |
| 160 | Saunders Deposition Transcript, dated February 8, 2010 (excerpt of pages 1- 5, 10 - 21, 26 - 49, 58 - 64) |
| 161 | Seery Deposition Transcript, dated March 3, 2010 (excerpt of pages 223 - 227, 268 - 271, 276 - 279, 392 - 397) |
| 162 | 9/16/2008, Lehman Brothers Press Release re: Barclays to Acquire Lehman Brothers' Businesses and Assets |

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## *In re LEHMAN BROTHERS HOLDINGS INC., et al.,*
## Debtors Case No. 08-13555

## APPENDIX INDEX VOLUME VI

| App. Tab No. | Description |
|---|---|
| 163 | 9/19/2008, Objection of Bay Harbour Management L.C., Bay Harbour Master Ltd., Trophy Hunter Investments Ltd., BHCO Master, Ltd., MSS Distressed & Opportunities 2 and Institutional Benchmarks to the Debtors Motion to (A) Schedule a Sale Hearing, (B) Establish Sale Procedures, (C) Approve a Break-up Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets (Docket No. 175) |
| 164 | 9/22/2008, Transition Services Agreement between Lehman Brothers Holdings Inc. and Barclays Capital Inc. |
| 165 | 10/1/2008, Appellant's Designation of Record and Statement of Issues Presented on Appeal from Orders of the Bankruptcy Court (Docket No. 502) |
| 166 | 5/18/2009, Motion of Debtor and Debtor in Possession for an Order, Pursuant to Fed. R. Bankr. P. 2004, Authorizing Discovery from Barclays Capital, Inc. (Docket No. 3596) |
| 167 | 6/25/2009, Order Signed on 6/25/2009 Authorizing Discovery from Barclays Capital, Inc. (Docket. No. 4164) |
| 168 | 6/24/2009 Hearing Transcript (Docket No. 4183 [excerpt of pages 1 - 23, 38 - 41, 47]) |
| 169 | 8/11/2009 Hearing Transcript (Docket No. 4929 [excerpt of pages 1 - 6, 107]) |
| 170 | 10/27/2009, Scheduling Order Signed on 10/27/2009 Concerning Certain Motions Filed by LBHI, SIPA Trustee and Creditors Committee (Docket No. 5636) |
| 171 | Intentionally Left Blank |

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

*In re LEHMAN BROTHERS HOLDINGS INC., et al.*,
Debtors Case No. 08-13555

# APPENDIX INDEX VOLUME VI

| App. Tab No. | Description |
|---|---|
| 172 | 3/11/2010, Report of Anton R. Valukas, Examiner (Docket No. 7531 [excerpt of pages 2136 - 2137]) |
| 173 | 9/16/2008 (5:25 am) email between Samantha King and Susan Grbic *et al.* with attachment (BCI-EX-(S)-00210804 - 00210805) |
| 174 | 9/16/2008 (2:50 pm) email between Vivek Syal and Gary Romain *et al.* with attachment (BCI-EX-(S)-00210900 - 00210902) |
| 175 | 9/19/2008 (4:34 pm) email between Andy Keller and Steven Berkenfeld with attachments (Dep. Ex. 34) |
| 176 | 9/16/2008 (11:44 pm) email between Duane McLaughlin and Lori Fife *et al.* with attachment (WGM-LEHMAN-E 00000355 - 00000403 [Dep. Ex. 518] [excerpt]) |
| 177 | 9/17/2008 (12:35 am) email between Cathy Turner and John Varley *et al.* with attachment (BCI-EX-(S)-00053482 - 00053488 [Dep. Ex. 344A]) |
| 178 | 9/17/2008 (12:41 am) email between James Walker and Betty Wang with attachment (BCI-EX-(S)-00211045 - 00211046) |
| 179 | 9/17/2008 (8:48 pm) email between Gary Romain and Patrick Clackson *et al.* with attachment (BCI-EX-(S)-00211334 - 00211336) |
| 180 | 9/17/2008 (9:16 pm) email between Edward Rosen and Josephine Wang *et al.* (BCI-EX-(S)-00201894 - 00201895 [Dep. Ex. 631]) |
| 181 | 9/19/2008 (9:15 pm) email between David Murgio and P. Dowd *et al.* with attachments (Dep. Ex. 35) |
| 182 | 9/20/2008 (9:47 pm) email between Jasen Yang and Archie Cox *et al.* (BCI-EX-00081015 - 00081016 [Dep. Ex. 275]) |

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## *In re LEHMAN BROTHERS HOLDINGS INC., et al.*, Debtors Case No. 08-13555

## APPENDIX INDEX VOLUME VI

| App. Tab No. | Description |
|---|---|
| 183 | 9/21/2008 (6:06 pm) email between David Leinwand and Robert Messineo *et al.* (WGM-LEHMAN-E 00014127 - 00014128 [Dep. Ex. 580B]) |
| 184 | 9/21/2008 (6:33 pm) email between Stephen Sell and Dixit Joshi *et al.* (BCI-EX-(S)-00212311 - 00212312 [Dep. Ex. 587B]) |
| 185 | 10/3/2008 (12:23 am) email between Marcus Morton and Dale Cuaycong *et al.* with attachment (BCI-EX-(S)-00207819 - 00207823) |
| 186 | 10/20/2008 (2:43 pm) email between Rod Miller and Thomas Roberts *et al.* with attachment (WGM-LEHMAN-E 00021493 - 00021506) |
| 187 | 10/29/2008 (10:36 am) email between Michael Lubowitz and Rod Miller with attachments (WGM-LEHMAN-E 00021559 - 00021582) |
| 188 | 2/12/2009 (2:48 pm) email between Sean Teague and Tal Litvin *et al.* with attachment (BCI-EX-(S)-00213990 - 00213996 [Dep. Ex. 641A] [excerpt]) |
| 189 | Spreadsheet (BCI-EX-00099519 - 00099521 [Dep. Ex. 86B]) |
| 190 | 9/16/2008 Barclays PLC Board Meeting Minutes Extract (BCI-EX-(S)-00128326 - 00128328 [Dep. Ex. 581B]) |
| 191 | 9/23/2008 (7:45 pm) email between Paul Exall and Michael Evans *et al.* (BCI-EX-(S)-00228642 - 00228644 [excerpt]) |
| 192 | 9/20/2008 (6:03 am) email between Nitin Bajpai and Sally Rocker *et al.* (CMTE0001047 - 0001049 [Dep. Ex. 520B]) |
| 193 | Handwritten notes and markups (JS-LB-BANKR 000001 - 000070 [Dep. Ex. 666] [excerpt of pages 1, 70]) |

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## *In re* LEHMAN BROTHERS HOLDINGS INC., *et al.*, Debtors Case No. 08-13555

## APPENDIX INDEX VOLUME VI

| App. Tab No. | Description |
| --- | --- |
| 194 | 10/15/2008 (12:00 pm) email between Luc Despins and Lori Fife *et al.* (MTHM0012869 - 0012871 [Dep. Ex. 504]) |