JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Robert W. Gaffey
Jayant W. Tambe
William J. Hine

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re: : Chapter 11
: 
LEHMAN BROTHERS HOLDINGS INC., *et al*., : Case No. 08-13555 (JMP)
: 
Debtors. : (Jointly Administered)
: 
---------------------------------------------------------------x
: 
In re: : SIPA Proceeding
: 
LEHMAN BROTHERS INC., : Case No. 08-01420 (JMP)
: 
Debtor. : 
---------------------------------------------------------------x

**APPENDIX TO**
**DEBTOR'S REPLY BRIEF IN FURTHER SUPPORT OF ITS MOTION FOR AN**
**ORDER, PURSUANT TO FED. R. CIV. P. 60**
**AND FED. R. BANKR. P. 9024, MODIFYING THE SEPTEMBER 20, 2008**
<u>**SALE ORDER AND GRANTING OTHER RELIEF**</u>

**APPENDIX VOLUME VII**

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## *In re LEHMAN BROTHERS HOLDINGS INC., et al.*, Debtors Case No. 08-13555

## APPENDIX INDEX VOLUME VII

| App. Tab No. | Description |
|---|---|
| 195 | 1/23/2009 (12:27 pm) email between Sriram Venugopalan and Yoonki Hong *et al.* (PwC-BarCap 00009368 - 00009390) |
| 196 | 1/28/2009 (2:47 am) email between Jon Holloway and Michael Guarnuccio (PwC-BarCap 00009519 - 00009520) |
| 197 | Expert Report of John Garvey, dated March 15, 2010 |
| 198 | Expert Report of John Olvany, dated March 15, 2010 |
| 199 | Expert Report of John Schneider, dated March 15, 2010 |
| 200 | Expert Report of Joseph Schwaba, dated March 15, 2010 |
| 201 | Expert Report of Mark Slattery, dated March 15, 2010 |
| 202 | Expert Report of Mark Zmijewski, dated March 15, 2010 |