# A. 195

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# A. 196

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# A. 197

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# A. 198

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# A. 199

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# A. 200

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# A. 201

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# A. 202

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER