JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Robert W. Gaffey
Jayant W. Tambe
William J. Hine

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                            :
In re:                                      :   Chapter 11
                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al*.,    :   Case No. 08-13555 (JMP)
                                            :
              Debtors.                      :   (Jointly Administered)
                                            :
------------------------------------------------------------x
                                            :
In re:                                      :   SIPA Proceeding
                                            :
LEHMAN BROTHERS INC.,                       :   Case No. 08-01420 (JMP)
                                            :
              Debtor.                       :
                                            :
------------------------------------------------------------x

**APPENDIX TO**
**DEBTOR'S REPLY BRIEF IN FURTHER SUPPORT OF ITS MOTION FOR AN**
**ORDER, PURSUANT TO FED. R. CIV. P. 60**
**AND FED. R. BANKR. P. 9024, MODIFYING THE SEPTEMBER 20, 2008**
<u>**SALE ORDER AND GRANTING OTHER RELIEF**</u>

**APPENDIX VOLUME VIII**

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

*In re LEHMAN BROTHERS HOLDINGS INC., et al.*,
Debtors Case No. 08-13555

# APPENDIX INDEX VOLUME VIII

| App. Tab No. | Description |
|---|---|
| 203 | Declaration of John Garvey, dated March 16, 2010 |
| 204 | Declaration of John Olvany, dated March 16, 2010 |
| 205 | Declaration of John Schneider, dated March 16, 2010 |
| 206 | Declaration of Joseph Schwaba, dated March 16, 2010 |
| 207 | Declaration of Mark Slattery, dated March 16, 2010 |
| 208 | Declaration of Mark Zmijewski, dated March 16, 2010 |