# A. 203

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                            :
In re:                                                      :  Chapter 11
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :  Case No. 08-13555 (JMP)
                                                            :
                    Debtors.                                :  (Jointly Administered)
                                                            :
                                                            :
                                                            :
------------------------------------------------------------x
                                                            :
In re:                                                      :  SIPA Proceeding
                                                            :
LEHMAN BROTHERS INC.,                                       :  Case No. 08-01420 (JMP)
                                                            :
                    Debtor.                                 :
                                                            :
------------------------------------------------------------x

## DECLARATION OF JOHN P. GARVEY

I, John P. Garvey, declare as follows:

1. I am a Managing Director at Navigant Economics (Chicago Partners), a subsidiary of Navigant Consulting, Inc. I have been retained by the Movants as an expert in these cases. I base this Declaration on my personal knowledge and upon review of pertinent documents.

2. On March 15, 2010, I submitted my expert report in these matters: a document entitled Expert Report of John P. Garvey. That report accurately sets forth my opinions in these matters.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Chicago, Illinois, this 16th day of March, 2010.

                                            _____
                                            John P. Garvey

# A. 204

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
: 
In re:                                                    :   Chapter 11
                                                          :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                  :   Case No. 08-13555 (JMP)
                                                          :
              Debtors.                                    :   (Jointly Administered)
                                                          :
                                                          :
                                                          :
                                                          :
------------------------------------------------------------x
                                                          :
In re:                                                    :   SIPA Proceeding
                                                          :
LEHMAN BROTHERS INC.,                                     :   Case No. 08-01420 (JMP)
                                                          :
              Debtor.                                     :
                                                          :
------------------------------------------------------------x

## DECLARATION OF JOHN J. OLVANY

I, John J. Olvany, declare as follows:

1.      I am a Senior Advisor working with Navigant Economics (Chicago Partners), a subsidiary of Navigant Consulting, Inc. I have been retained by Movants as an expert in these cases. I base this Declaration on my personal knowledge and upon review of pertinent documents.

2.      On March 15, 2010, I submitted my expert report in these matters: a document entitled Expert Report of John Olvany. That report accurately sets forth my opinions in these matters.

I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, New York, this 16th day of March, 2010.

_____
John J. Olvany

# A. 205

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                            :
In re:                                                      :    Chapter 11
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :    Case No. 08-13555 (JMP)
                                                            :
            Debtors.                                        :    (Jointly Administered)
                                                            :
                                                            :
                                                            :
------------------------------------------------------------x
                                                            :
In re:                                                      :    SIPA Proceeding
                                                            :
LEHMAN BROTHERS INC.,                                       :    Case No. 08-01420 (JMP)
                                                            :
            Debtor.                                         :
                                                            :
------------------------------------------------------------x

### DECLARATION OF JOHN J. SCHNEIDER

I, John J. Schneider, declare as follows:

1. I am a Managing Director at Navigant Consulting, Inc. I have been retained by the Movants as an expert in these cases. I base this Declaration on my personal knowledge and upon review of pertinent documents.

2. On March 15, 2010, I submitted my expert report in these matters: a document entitled Expert Report of John J. Schneider. That report accurately sets forth my opinions in these matters.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Boston, Massachusetts, this 16th day of March, 2010.

*[signature]*
John J. Schneider

# A. 206

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
:
In re:                                                   :   Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                 :   Case No. 08-13555 (JMP)
:
Debtors.                                                 :   (Jointly Administered)
:
:
---------------------------------------------------------x
:
In re:                                                   :   SIPA Proceeding
:
LEHMAN BROTHERS INC.,                                    :   Case No. 08-01420 (JMP)
:
Debtor.                                                  :
:
---------------------------------------------------------x

## DECLARATION OF JOSEPH SCHWABA

I, Joseph Schwaba, declare as follows:

1. I am an independent consultant working with Navigant Economics (Chicago Partners), a subsidiary of Navigant Consulting, Inc. I have been retained by Movants as an expert in these cases. I base this Declaration on my personal knowledge and upon review of pertinent documents.

2. On March 15, 2010, I submitted my expert report in these matters: a document entitled Expert Report of Joseph Schwaba. That report accurately sets forth my opinions in these matters.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Pittsburgh, Pennsylvania, this 16th day of March, 2010.

*/s/ Joseph Schwaba*
Joseph Schwaba

# A. 207

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                              :    Chapter 11
                                                    :
LEHMAN BROTHERS HOLDINGS INC., et al.,              :    Case No. 08-13555 (JMP)
                                                    :
                    Debtors.                        :    (Jointly Administered)
                                                    :
                                                    :
                                                    :
                                                    :
---------------------------------------------------------------x
                                                    :
In re:                                              :    SIPA Proceeding
                                                    :
LEHMAN BROTHERS INC.,                               :    Case No. 08-01420 (JMP)
                                                    :
                    Debtor.                         :
                                                    :
---------------------------------------------------------------x

## DECLARATION OF MARK E. SLATTERY

I, Mark E. Slattery, declare as follows:

1. I am an independent consultant working with Navigant Economics (Chicago Partners), a subsidiary of Navigant Consulting, Inc. I have been retained by Movants as an expert in these cases. I base this Declaration on my personal knowledge and upon review of pertinent documents.

2. On March 15, 2010, I submitted my expert report in these matters: a document entitled Expert Report of Mark Slattery. That report accurately sets forth my opinions in these matters.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Chicago, Illinois, this 16th day of March, 2010.

_____
Mark. E. Slattery

# A. 208

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                            :
In re:                                                      :   Chapter 11
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :   Case No. 08-13555 (JMP)
                                                            :
                                Debtors.                    :   (Jointly Administered)
                                                            :
                                                            :
------------------------------------------------------------x
                                                            :
In re:                                                      :   SIPA Proceeding
                                                            :
LEHMAN BROTHERS INC.,                                       :   Case No. 08-01420 (JMP)
                                                            :
                                Debtor.                     :
                                                            :
------------------------------------------------------------x

## DECLARATION OF MARK E. ZMIJEWSKI

I, Mark E. Zmijewski, declare as follows:

1. I am a founder and principal of Navigant Economics (Chicago Partners), a subsidiary of Navigant Consulting, Inc. I have been retained by Movants as an expert in these cases. I base this Declaration on my personal knowledge and upon review of pertinent documents.

2. On March 15, 2010, I submitted my expert report in these matters: a document entitled Expert Report of Mark E. Zmijewski. That report accurately sets forth my opinions in these matters.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Chicago, Illinois, this 16th day of March, 2010.

*/s/ Mark E. Zmijewski*
Mark E. Zmijewski