UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK )

Dane Gibson, being duly sworn, deposes and says:

(I)  That he is not a party to the within action, is over the age of 21 years and resides in New York, New York.

(II) That on March 16, 2010, he caused to be served the following document:

- Notice Of Adjournment Of Hearing Of Motion Of Claimants Palmyra Capital Fund, L.P., Palmyra Capital Institutional Fund, L.P., And Palmyra Capital Offshore Fund, L.P. For Leave To Amend Their Proofs Of Claim Pursuant To Federal Rule Of Bankruptcy Procedure 9006(B)(1)

via first class mail to the party listed on Exhibit "A".

_____
Dane Gibson

Sworn to before me this
17th day of March 2010

_____
Notary Public

JAMES G. MURPHY
Notary Public, State of New York
No. 02MU5028488
Qualified in Westchester County
Commission Expires May 31, 2010

# EXHIBIT A

## SERVICE LIST

Andrew D. Velez-Rivera
Office of the U.S. Trustee
33 Whitehall Street
21st. Floor
New York, NY 10004

Harvey R. Miller, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Richard P. Kransow, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Lori R. Fife, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Shai Y Waisman, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Jaqueline Marcus, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Denis O'Donnell, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005