**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
In re:                                              :    Chapter 11
                                                    :
LEHMAN BROTHERS HOLDINGS INC., <u>et al.</u>,       :    08-13555 (JMP)
                                                    :
                          Debtors.                  :    (Jointly Administered)
----------------------------------------------------------------x

**SIXTH SUPPLEMENTAL AFFIDAVIT OF ROBERT JAY MOORE**
**IN CONNECTION WITH RETENTION AND EMPLOYMENT OF**
**MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP AS COUNSEL TO**
<u>**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**</u>

STATE OF CALIFORNIA       )
                          )  SS.:
COUNTY OF LOS ANGELES     )

ROBERT JAY MOORE, being duly sworn, says:

1.  I submit this Sixth Supplemental Affidavit (the "<u>Affidavit</u>") on behalf of Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP ("<u>Milbank</u>") as a supplement to the Initial Affidavit sworn to on October 21, 2008, the First Supplemental Affidavit sworn to on November 13, 2008, the Second Supplemental Affidavit sworn to on January 30, 2009, the Third Supplemental Affidavit sworn to on May 29, 2009, the Fourth Supplemental Affidavit sworn to on July 20, 2009, and the Fifth Supplemental Affidavit sworn to on December 23, 2009 (collectively, the "<u>Prior Affidavits</u>")[1], pursuant to sections 328 and 1103(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "<u>Bankruptcy Code</u>"), rules 2014 and 5002 of the Federal Rules of Bankruptcy Procedure, and rule 2014-1 of the Local Bankruptcy Rules for the

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Prior Affidavits or the Application Of Official Committee Of Unsecured Creditors Of Lehman Brothers Holdings Inc., <u>et al.</u>, Under 11 U.S.C. § 1103 And Fed. R. Bankr. P. 2014 And 5002, For Order Authorizing Retention And Employment Of Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP As Counsel, Effective As Of September 17, 2008, dated October 21, 2008 (the "<u>Application</u>") (Docket No. 1165).

Southern District of New York, in connection with Milbank's retention as counsel to the Official Committee of Unsecured Creditors (the "Creditors' Committee" or the "Committee") of Lehman Brothers Holdings Inc. and its affiliated debtors in possession (collectively, the "Debtors" and, together with their non-Debtor affiliates, "Lehman") in the above-captioned chapter 11 cases (the "Chapter 11 Cases").

    2.  I am a partner in the Financial Restructuring Group of Milbank and a member of the Task Force[2] established to oversee the continuing process of identifying to the fullest extent possible all connections that Milbank, its attorneys, and its employees had in the past and presently have to the Debtors, Lehman, the Chapter 11 Cases, and the parties in interest in the Chapter 11 Cases and to gather the information required to complete this Affidavit. I have consulted with, and relied upon the input obtained from, the members of the Task Force, and I, or other members of the Task Force, have knowledge of all facts described herein.

    3.  Unless otherwise stated in this Affidavit, I have knowledge of the facts set forth herein and, if called as a witness, I would testify thereto.[3] In preparing this Affidavit, I used the Milbank Disclosure Procedures outlined in the Initial Affidavit and, among other things, applied those procedures to parties that have filed notices of appearance and pleadings in the Chapter 11 Cases, a list of parties generated by Milbank's frequent internal inquiries, and a list prepared by the Debtors' counsel and provided to Milbank.

---

[2] The current members of the Task Force are David S. Cohen, L. Douglas Harris, Robert J. Moore, and Risa M. Rosenberg.

[3] Certain of the disclosures set forth herein relate to matters not within my personal knowledge, but rather within the personal knowledge of other attorneys and employees at Milbank, and are based on information provided by them to the Task Force.

2

**Milbank's Retention**

4. The Court authorized Milbank's retention as counsel for the Committee in these Chapter 11 Cases pursuant to the Final Order Under 11 U.S.C. § 1103 And Fed. R. Bankr. P. 2014 And 5002, Authorizing Retention And Employment Of Milbank, Tweed, Hadley & M$^c$Cloy LLP As Counsel To Official Committee Of Unsecured Creditors Of Lehman Brothers Holdings Inc., et al., Effective As Of September 17, 2008, entered on November 21, 2008 (Docket. No. 1654).

5. In connection with its retention in these Chapter 11 Cases, Milbank has monitored, and will continue to monitor, its connections with the Debtors, their creditors, and other parties in interest, as well as their respective attorneys and accountants. As set forth in the Prior Affidavits, Milbank intends to continue to file supplemental affidavits regarding its retention as and if any additional relevant information comes to its attention.

**Milbank's Additional Connections with the Debtors and Parties in Interest**

6. Based upon the information gathered by the Task Force using the Milbank Disclosure Procedures, to the best of my knowledge the following sets forth the connections, in addition to those disclosed in the Prior Affidavits, that Milbank, its attorneys, and its employees have with regard to the Debtors, their creditors, and other parties in interest in these Chapter 11 Cases as of the date of this Affidavit.

Connections with the Debtors, Counsel, etc.

7. Except as set forth below and in the Prior Affidavits, to the best of my knowledge: (a) no Milbank attorney has been, within two years before the date of filing of the Debtors' petitions, a director, officer, or employee of any of the Debtors as specified in subparagraph (C) of section 101(14) of the Bankruptcy Code, and (b) the attorneys of Milbank

3

(i) do not have any connection with the Debtors, the Debtors' creditors known to Milbank, or any other known party in interest, or their respective attorneys and accountants and (ii) consistent with Bankruptcy Code section 1103(b), do not represent in connection with these Chapter 11 Cases any other entity having an adverse interest.

    8.  Except as set forth in this paragraph, and the related paragraphs in the Prior Affidavits, to the best of my knowledge, no attorney or employee of Milbank is related to counsel or accountants to the Debtors and other parties in interest or to the courts of the Southern District of New York. In addition to the matters set forth in the Prior Affidavits, certain Milbank attorneys have relatives, spouses, or domestic partners who are employed by the counsel to the Debtors or other parties in interest or by the courts of the Southern District of New York, as follows: (i) a Milbank legal assistant's brother is an employee of Barclays Capital's U.K. branch; (ii) a Milbank associate's sister previously worked on Lehman-related matters at DLA Piper, mother works at Credit Suisse, father works at Merrill Lynch (Bank of America), husband previously worked for Paul, Weiss, Rifkind, Wharton & Garrison LLP, and parents previously worked for Lehman entities; and (iii) a Milbank associate's sister-in-law is a Senior Manager at America Express, uncle is a researcher at AT&T, fiancé will work this summer as a summer associate for the Los Angeles office of Barclays Capital Services Corp., and future brother-in-law is a Software Engineer at Oracle. Additionally, (i) a Milbank associate, while associated with Willkie Farr & Gallagher LLP, previously represented Lehman Brothers Real Estate and also previously represented in connection with the Chapter 11 Cases AIG Global Investment Corp., Fir Tree Partners, Marshal Wace, Monarch Alternative Capital, Och-Ziff Capital Management Group, Oppenheimer Funds Inc., S.A.C. Capital Advisors, Scout Real Estate Capital, Silver Lake, and Soros Fund Management; (ii) a Milbank associate previously worked

4

for Boies Schiller & Flexner LLP; (iii) a Milbank associate previously interned in the legal department for State Street; (iv) a Milbank associate previously worked as a financial analyst at Intel Corporation; (v) a Milbank associate previously worked as a legal secretary at Willkie Farr & Gallagher LLP and previously represented Deutsche Bank while interning at a Peru law firm; (vi) a Milbank associate previously worked as an intern for the Royal Bank of Canada; (vii) a Milbank associate previously worked at Sidley, Austin, Brown & Wood LLP; and (viii) a Milbank associate owns stock at Time Warner, Bank of America, CBS, Sun MicroSystems, General Electric, and BestBuy.  In each foregoing instance the applicable Milbank attorney and/or employee will not be assigned to any matters in these Chapter 11 Cases that involve the respective parties in interest, and has been advised in writing of, and directed to maintain, his or her duty of confidentiality with respect to client matters.

    9.  To the best of my knowledge, neither Milbank nor any attorney or employee at the firm is a creditor, an equity security holder, or an insider of the Debtors, except as described in the Application and Prior Affidavits.

    10.  As described in the Application and Prior Affidavits, Milbank has agreed not to seek to collect from Lehman, subject to approval by the Bankruptcy Court of its retention as counsel to the Committee, any amount owing to Milbank by Lehman for accrued and unpaid fees for services rendered or reimbursement for expenses incurred (whether or not billed) as of the Initial Petition Date.  Without limiting the foregoing, Milbank reserves the right to seek payment directly from third parties who may be liable to pay such amounts with respect to the applicable transaction, but agrees that it shall not seek payment from any such third party to the extent that, to the knowledge of Milbank, such third party has a contractual right to seek reimbursement or indemnity from a Lehman Entity on account of a payment to Milbank.

Milbank also reserves the right to retain financial advisors and other professionals retained by the Debtors in these Chapter 11 Cases on unrelated matters.

New Debtor Filings

11. The following new-Debtor filings were authorized immediately before the date of the last Prior Affidavit and were not address in such Prior Affidavit: on December 21, 2009, LB Somerset LLC and LB Preferred Somerset LLC (the "Somerset Debtors") each filed a chapter 11 petition in this Court (Case Nos. 09-17503 and 09-17505, respectively), and on January 14, 2010, the Court granted the Somerset Debtors' combined motion to jointly administer their chapter 11 cases with the Debtors' Chapter 11 Cases. The Somerset Debtors were searched in connection with this Affidavit, and, except as disclosed in Exhibit B hereto, no connections with Milbank were discovered.

Connections with Creditors and Other Parties in Interest, Counterparties

12. Using information in the Database and by making specific inquiries of Milbank personnel, Milbank attorneys under the supervision of the Task Force verified that, except as set forth below and in the Prior Affidavits, Milbank does not represent in connection with these Chapter 11 Cases any entity known by Milbank to be a creditor of, or counterparty in a transaction with, the Debtors or other person or entity that has appeared as a creditor in these Chapter 11 Cases.

13. Upon information and belief, Milbank represents certain former employees and/or members of their immediate family in preparing wills or other estate planning matters in such persons' individual capacities.

14. Exhibit A sets forth a list of entities that were searched in connection with this Affidavit (the "Fourth Supplemental Potential Party List"), and includes entities that have

6

appeared as creditors or parties in interest in the Chapter 11 Cases or related proceedings, or that have been involved in transactions and other matters involving the Debtors since the Initial Petition Date. <u>Exhibit B</u> to this Affidavit sets forth a list of the current and former clients of Milbank that was generated in connection with the Fourth Supplemental Potential Party List.[4] To the extent that the interests of the Creditors' Committee and a known Milbank client in an unrelated matter give rise to a conflict in respect of Lehman, Milbank either will procure a waiver from such client or the conflicts matter will be handled by Conflicts Counsel. If any litigation arises between the Creditors' Committee and any of these clients in connection with the Chapter 11 Cases, the Creditors' Committee will be represented by Conflicts Counsel in such litigation.

[Remainder of Page Intentionally Left Blank]

---

[4] To the extent parties in interest have already been searched and disclosed in connection with the Prior Affidavits and the Exhibits thereto and their relationships have not changed, such parties and their relationships are not included herein.

15. Milbank is carrying on further inquiries of its partners, counsel, and associates with respect to the matters contained herein and in the Prior Affidavits. As indicated above, Milbank will file supplemental declarations as and if any additional relevant information comes to its attention.

ROBERT JAY MOORE

Sworn to before me this 17th day of MARCH, 2010

E. W. JEFFERSON III
Commission # 1767845
Notary Public - California
Los Angeles County
My Comm. Expires Jul 19, 2011

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of _Los Anneles_

On _March 17, 2010_ before me, _E.W. JEFFERSON III, Notary Public_,
      Date                                             Here Insert Name and Title of the Officer

personally appeared _ROBERT JAY MOORE_
                                      Name(s) of Signer(s)

[Notary Seal: E. W. JEFFERSON III, Commission # 1757845, Notary Public - California, Los Angeles County, My Comm. Expires Jul 19, 2011]

Place Notary Seal Above

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _[signature]_
                          Signature of Notary Public

---

**OPTIONAL**

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: _Sixth Supplemental Affidavit of Robert Jay Moore_

Document Date: _____  Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
- ☐ Individual
- ☐ Corporate Officer — Title(s): _____
- ☐ Partner — ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer's Name: _____
- ☐ Individual
- ☐ Corporate Officer — Title(s): _____
- ☐ Partner — ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5907   Reorder: Call Toll-Free 1-800-876-6827

# EXHIBIT A

## Potential Parties In Interest

1. Air Water International Corp.
2. American Home Mortgage Holdings, Inc.
3. American Home Mortgage Investment Corp.
4. American Home Mortgage Acceptance, Inc.
5. American Home Mortgage Servicing, Inc.
6. American Home Mortgage Corp.
7. American Home Mortgage Ventures LLC
8. Anasazi Japanese Systematic Long Short D
9. Anasazi Market Neutral 2x
10. Anasazi Market Neutral 3x
11. Anasazi Market Neutral LP
12. Anasazi Systematic European Long Short C
13. Anasazi Systematic European Long Short E
14. Anasazi Systematic Japanese Long Short F
15. Anasazi Systematic Long Short B
16. Anasazi Systematic Long Short LP
17. Atos
18. Aviva Investors
19. B&M Management Corp.
20. Bank Leumi Le-Israel B.M.
21. Beryl Finance Public Limited Company
22. Broadhollow Funding, LLC
23. Bundesbank
24. Central Pacific Bank
25. Chadbourne & Parke LLP
26. Deutsche Bank AG, London Branch
27. Deutsche Bank Asset Management Advisors
28. Deutsche Hypothekenbank
29. Dow Jones & Company, Inc.
30. Excalibur
31. EZB
32. Fifth Third Bank
33. First International Bank of Israel Ltd.
34. Franco Mura
35. Fontainebleau Resorts, LLC
36. General Re Corporation
37. Great Oak Abstract Corp.
38. Homegate Settlement Services, Inc.
39. Israel Discount Bank Limited
40. IKB Deutsche Industriebank AG
41. Intrawest
42. Klestadt & Winters, LLP
43. KSL
44. Landesbank Baden-Wurttemberg
45. Laurel Cove Development, LLC
46. Lawrence Morris LLP
47. LB Preferred Somerset, LLC
48. LB Somerset, LLC
49. LNR Partners
50. Luigi Isola
51. Melville Funding, LLC
52. MH Kapalua Bay, LLC
53. O'Neil Group
54. Palmyra Capital Fund, L.P.
55. Palmyra Capital Institutional Fund, L.P.
56. Palmyra Capital Offshore Fund, L.P.
57. Patricia H. Piskorski Heer
58. Pennsylvania Public School Employees' Retirement System
59. Philip John Nichols
60. Phoenix 2002-1 Limited
61. Phoenix 2002-2 Limited
62. Pyxis
63. Pyxis ABS CDO 2007-1 Limited
64. Pyxis ABS CDO 2007-1 LLC
65. Resource Bank
66. Resource Mortgage
67. Salvatore Facella Sensi Della Panna
68. Santa Fe Master Fund SPC
69. Santa Fe Partners LLC
70. Security Pacific Capital Leasing Corp.
71. Stamford Investors LLC
72. Stamford Investors GP LLC
73. Tenaska Capital Management, LLC
74. Tenaska PFG II, LLC
75. Tensor Opportunity Limited
76. The Elm Street Corporation
77. The Putnam Advisory Company LLC
78. TPF II, L.P.
79. Victoria Reinsurance Company Ltd.
80. Wachovia Capital Markets LLC
81. Wachovia Corporation

# EXHIBIT B

# Connections To Potential Parties In Interest[1]

| Party In Interest | Relationship With Milbank[2] | Relationship With Debtors |
|---|---|---|
| American Home Mortgage Holdings, Inc. | Affiliate of former clients of Milbank attorney on unrelated matters | Potential party in interest |
| Aviva Investors | Former client on unrelated matters | Potential party in interest |
| Bank Leumi Le-Israel B.M. | Former client on unrelated matters | Potential party in interest |
| Deutsche Bank AG, London Branch | Current client on unrelated matters | Potential party in interest |
| Dow Jones & Company, Inc. | Current client on unrelated matters | Potential party in interest |
| General Re Corporation | Former client on unrelated matters | Potential party in interest |
| IKB Deutsche Industriebank AG | Current client on unrelated matters | Potential party in interest |
| Israel Discount Bank Limited | Former client on unrelated matters | Potential party in interest |
| Landesbank Baden-Wurttemberg | Current client on unrelated matters | Potential party in interest |
| LNR Partners | Former client of Milbank attorney on unrelated matter | Potential party in interest |

---

[1] To the extent parties in interest have already been searched and disclosed in connection with the Prior Affidavits and the Exhibits thereto and their relationships have not changed, such parties and their relationships are not included herein.

[2] A "current client" is an entity for which there are, as of the Petition Date, active matters on which Milbank is engaged; a "former client" is an entity for which there were no active matters as of the Petition Date, but there may in the future be active matters; and a "former client of Milbank attorney" is an entity that was a client of a Milbank attorney prior to such attorney's employment by Milbank.

2

| **Party In Interest** | **Relationship With Milbank[2]** | **Relationship With Debtors** |
|---|---|---|
| Security Pacific Capital Leasing Corp. | Affiliate of current clients on unrelated matters | Potential party in interest |
| Wachovia Capital Markets LLC | Current client on unrelated matter | Potential party in interest |
| Wachovia Corporation | Current client on unrelated matters | Potential party in interest |