WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1600
Houston, Texas 77002
Telephone: (713) 546-5040
Facsimile: (713) 224-9511
Alfredo R. Pérez

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                                         :

In re                                             :   Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :   08-13555 (JMP)

                             Debtors.        :   (Jointly Administered)

------------------------------------------------------------------x

**NOTICE OF RECLASSIFICATION OF PROPERTY PURSUANT TO THE
DEBTORS' MOTION PURSUANT TO SECTIONS 105 AND 363 OF THE
BANKRUPTCY CODE AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019
AUTHORIZING LEHMAN BROTHERS HOLDINGS INC. TO RESTRUCTURE
CERTAIN LOANS WITH BROADWAY PARTNERS FUND MANAGER, LLC, ET. AL.**

PLEASE TAKE NOTICE that on June 4, 2009, Lehman Brothers Holdings Inc. ("LBHI") filed the Debtors' Motion Pursuant to Sections 105 and 363 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9019 Authorizing Lehman Brothers Holdings Inc. to Restructure Certain Loans with Broadway Partners Fund Manager, LLC, et. al. (Docket #3773) (the "9019 Motion").

PLEASE TAKE FURTHER NOTICE that on June 29, 2009, the Court entered its Order Pursuant to Sections 105 and 363 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9019 Authorizing Lehman Brothers Holdings Inc. to Restructure Certain Loans with Broadway Partners Fund Manager, LLC, et. al. (Docket #4236) (the "Approval Order.")

US_ACTIVE:\43335855\03\43335855_3.DOC\58399.0008

1. Pursuant to the 9019 Motion, the properties held by the Broadway Partners Fund's affiliates were classified into one of three pools. The Debtors anticipated different treatment for the varying pools.

2. Currently the property referred to as "One Sansome" a 43-story office tower located at the corner of Sansome and Market Streets in San Francisco is classified in "Pool II" (hereinafter "One Sansome" or the "Property.")

3. Since the restructuring authorized by the Order was effectuated in July 2009, the Debtors have been trying to restructure the project level (mezzanine loan) at One Sansome. These efforts have been unsuccessful and the mezzanine lender has decided to begin taking steps to enforce its rights over the Property.

4. The Debtors hereby give notice that they intend to reclassify the Property from Pool II to Pool III with respect to disposition in order to more effectively deal with the mezzanine lender's efforts to enforce its rights.

5. Reclassification will allow the Debtors to relinquish its interest in the Property and the loans held by the Debtors secured by the Property in return for mutual releases by and from the Debtors, the mezzanine lender and the borrower with respect to the Property and the loans held by the Debtors with respect to the Property. Additionally, affiliates of the Debtors will receive a right of first refusal with respect to the Property for some period of time.

PLEASE TAKE FURTHER NOTICE, that unless an objection is filed by March 29, 2010, LBHI will reclassify the Property on March 31, 2010.

Dated: March 18, 2010
      Houston, Texas

/s/ Alfredo R. Pérez
Alfredo R. Pérez

WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1600
Houston, Texas 77002
Telephone: (713) 546-5040
Facsimile: (713) 224-9511

Attorneys for the Debtors
and Debtors in Possession