**QUINN EMANUEL URQUHART OLIVER & HEDGES LLP**
51 Madison Avenue, 22nd Floor
New York, New York 10010
Susheel Kirpalani
James C. Tecce
Erica P. Taggart

*Special Counsel to the Official Committee of Unsecured*
*Creditors of Lehman Brothers Holdings Inc., et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
| | |
|---|---|
| **In re:** | **: Chapter 11** |
| | **: Case No. 08-13555 (JMP)** |
| **LEHMAN BROTHERS HOLDINGS INC., et al.,** | **: Jointly Administered** |
| | **:** |
| **Debtors.** | **:** |

------------------------------------------------------------------------x
| | |
|---|---|
| **In re:** | **: SIPA Proceeding** |
| | **: Case No. 08-01420 (JMP)** |
| **LEHMAN BROTHERS INC.,** | **:** |
| | **:** |
| **Debtor.** | **:** |

------------------------------------------------------------------------x

**APPENDIX VOLUME IV TO**
**MEMORANDUM OF LAW OF OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS OF LEHMAN BROTHERS HOLDINGS INC., ET AL., (I) IN**
**OPPOSITION TO MOTION OF BARCLAYS' CAPITAL INC. TO ENFORCE SALE**
**ORDER AND SECURE DELIVERY OF ALL UNDELIVERED ASSETS AND (II) IN**
**FURTHER SUPPORT OF ITS MOTION, PURSUANT TO 11 U.S.C. § 105(a), FED. R.**
**CIV. P. 60(b), AND FED. R. BANKR. P. 9024, FOR RELIEF FROM ORDER UNDER**
**11 U.S.C. §§ 105(a), 363, AND 365 AND FEDERAL RULES OF BANKRUPTCY**
**PROCEDURE 2002, 6004 AND 6006 AUTHORIZING AND APPROVING**
**(A) SALE OF PURCHASED ASSETS FREE AND CLEAR OF LIENS AND**
**OTHER INTERESTS AND (B) ASSUMPTION AND ASSIGNMENT OF**
**EXECUTORY CONTRACTS AND UNEXPIRED LEASES,**
**DATED SEPTEMBER 20, 2008 (AND RELATED SIPA SALE ORDER)**

| EXHIBIT No. | DESCRIPTION |
| --- | --- |
| 55 | Deposition transcript of Saul Burian, taken December 17, 2009 |
| 56 | Deposition transcript of Michael Fazio, taken February 12, 2010 |
| 57 | Deposition transcript of Dennis O'Donnell, taken January 6, 2010 |
| 58 | Deposition transcript of Noel Purcell, taken January 13, 2010 |
| 59 | Deposition transcript of James Seery, taken March 3, 2010 |
| 60 | Deposition transcript of David Coles, taken February 4, 2010 |
| 61 | Deposition transcript of Mike Keegan, taken August 28, 2009 |
| 62 | Deposition transcript of James Fogarty, taken January 15, 2010 |
| 63 | Deposition transcript of Jonathan Hughes, taken January 15, 2010 |
| 64 | Deposition transcript of Jonathan Hughes, taken February 4, 2010 |