Page 223

1

2          UNITED STATES BANKRUPTCY COURT

3          SOUTHERN DISTRICT OF NEW YORK

4    ----------------------x

5    In Re:

6                              Chapter 11

7    LEHMAN BROTHERS          Case No. 08-13555(JMP)

8    HOLDINGS, INC., et al.,   (Jointly Administered)

9

              Debtors.

10

     ----------------------x

11

12

13

14   CONTINUED VIDEOTAPED DEPOSITION OF JAMES SEERY

15             New York, New York

16             March 3, 2010

17

18

19

20

21

22

23   Reported by:

24   KATHY S. KLEPFER, RMR, RPR, CRR, CLR

25   JOB NO. 28549

Page 224

1
2          March 3, 2010
3
4          Continued videotaped deposition of
5      JAMES SEERY, held at the law offices of
6      Quinn, Emanuel, Urquhart, Oliver & Hedges,
7      LLP, 51 Madison Avenue, New York, New York,
8      before Kathy S. Klepfer, a Registered
9      Professional Reporter, Registered Merit
10     Reporter, Certified Realtime Reporter,
11     Certified Livenote Reporter, and Notary
12     Public of the State of New York.
13
14
15
16
17
18
19
20
21
22
23
24
25

TSG Reporting - Worldwide    877-702-9580

Page 225

1
2              A P P E A R A N C E S :
3
4      JONES DAY, LLP
5          Attorneys for Lehman Brothers, Inc.
6            222 East 41st Street
7            New York, New York  10017-6702
8      BY:  JENNIFER DEL MEDICO, ESQ.
9
10     BOIES, SCHILLER & FLEXNER, LLP
11         Attorneys for Barclays Capital
12           575 Lexington Avenue - 7th Floor
13           New York, New York  10022
14     BY:  JACK G. STERN, ESQ.
15
16     QUINN, EMANUEL, URQUHART, OLIVER & HEDGES, LLP
17         Attorneys for the Creditors Committee
18           865 Figueroa Street, 10th Floor
19           Los Angeles, California  90017
20     BY:  ERICA P. TAGGART, ESQ.
21           TYLER WHITMER, ESQ.
22
23
24
25

TSG Reporting - Worldwide    877-702-9580

Page 226

1
2
3          A P P E A R A N C E S :  (Cont'd.)
4
5      HUGHES, HUBBARD & REED, LLP
6          Attorneys for the SIPA Trustee
7            One Battery Park Plaza
8            New York, New York  10004-1482
9      BY:  CARL W. MILLS, ESQ.
10
11
12
13
14     ALSO PRESENT:
15         MATTHEW SMITH, Legal Video Specialist
16
17
18
19
20
21
22
23
24
25

TSG Reporting - Worldwide    877-702-9580

Page 227

1                    J. Seery
2          THE VIDEOGRAPHER:  This begins tape
3      labeled number 1 of the continued -- I'm
4      sorry, of the videotaped deposition of James
5      Seery in the matter of In re:  Lehman
6      Brothers Holdings, Incorporated, et al.,
7      United States Bankruptcy Court, Southern
8      District of New York, Case No. 08-13555.
9          This deposition is being held at 51
10     Madison Avenue, 22nd floor, in New York, New
11     York, on March 3, 2010 at approximately 8:50
12     A.M.  My name is Matthew Smith from TSG
13     Reporting, Incorporated and I am the legal
14     video specialist.  The court reporter is
15     Kathy Klepfer, in association with TSG
16     Reporting.
17         Will counsel please introduce yourself
18     for the record.
19         MS. TAGGART:  Erica Taggart with
20     Quinn, Emanuel, Urquhart, Oliver & Hedges
21     for the Committee, and I'm here with Tyler
22     Whitmer.
23         MS. DEL MEDICO:  Jennifer Del Medico
24     from Jones days for the Debtors, LBHI.
25         MR. MILLS:  Carl Mills from Hughes

TSG Reporting - Worldwide    877-702-9580

Page 228

1      J. Seery
2 Hubbard & Reed on behalf of the SIPA
3 Trustee.
4      MR. STERN:  Jack Stern, Boies,
5 Schiller & Flexner, for Barclays Capital.
6      THE VIDEOGRAPHER:  And will the court
7 reporter please swear in the witness.
8      * * *
9 JAMES SEERY, called as a
10   witness, having been duly sworn by a Notary
11   Public, was examined and testified as
12   follows:
13 EXAMINATION BY
14 MS. TAGGART:
15   Q.   Good morning, Mr. Seery.
16   A.   Good morning.
17   Q.   Are you still working with Sidley?
18   A.   I am.
19   Q.   Has your work position changed at all
20 since your deposition last time?
21   A.   No.
22   Q.   Have you done any work for Barclays
23 since your deposition?
24   A.   I was doing work then and I'm
25 continuing to do that work now.

TSG Reporting - Worldwide    877-702-9580

Page 229

1      J. Seery
2   Q.   What kind of work are you doing for
3 Barclays now?
4   A.   Currently doing one staple financing.
5   Q.   Can you tell me, describe generally
6 the nature of that one project?
7   A.   Represent Barclays as lender.
8   Q.   Approximately how much of your time in
9 a given month do you spend on that engagement?
10   A.   Very small amount.  A couple percent
11 at the most.
12   Q.   And approximately how much money did
13 you receive from Barclays in 2009 related to
14 that engagement?
15   A.   Zero.
16   Q.   How about 2010?
17   A.   Zero.
18   Q.   What is the nature of your
19 compensation or do you expect to receive any
20 compensation for that work for Barclays?
21   A.   Yes.
22   Q.   When would you receive that?
23   A.   When the deal closes.
24   Q.   And what is generally your deal
25 regarding compensation for that work?

TSG Reporting - Worldwide    877-702-9580

Page 230

1      J. Seery
2   A.   Hourly fees.
3   Q.   What hourly fee will you receive from
4 Barclays related to that work?
5   A.   Me personally?
6   Q.   Yes.
7   A.   None.
8   Q.   How much will your -- will Sidley
9 receive?
10   A.   Hopefully everything we bill.
11   Q.   Do you bill at a normal hourly rate?
12   A.   Normal hourly rates.
13   Q.   Are you getting paid for your time
14 today?
15   A.   No.
16   Q.   How many times have you met with any
17 counsel for Barclays related to this Lehman
18 Brothers case?
19   A.   You mean with respect to my deposition
20 or going back all the way to prior to filing?
21   Q.   Since your last deposition.
22   A.   Once or twice.
23   Q.   Approximately when was the first time
24 that you had any contact with a Barclays
25 attorney following your last deposition?

TSG Reporting - Worldwide    877-702-9580

Page 231

1      J. Seery
2   A.   I don't know.
3   Q.   Do you know whether it was sometime in
4 2009?
5   A.   I certainly talked after the
6 deposition.  I don't know what the timeframe was
7 or the dates.
8   Q.   Did there come a time where you
9 reviewed documents with counsel for Barclays
10 related to this case after your last deposition?
11   A.   Yes.
12   Q.   Approximately when was that?
13   A.   I don't recall.
14   Q.   Do you know if it was in 2009 or 2010?
15   A.   I believe it was in 2010, but I don't
16 recall.
17   Q.   And did somebody -- how did that
18 interaction begin?  Did somebody call you?
19   A.   I don't recall.  We -- I didn't call
20 them so I assume they called me.
21   Q.   And which of the counsel for Barclays
22 did you have interactions about when you
23 reviewed documents?
24   A.   Mr. Stern.
25   Q.   Any other counsel for Barclays?

TSG Reporting - Worldwide    877-702-9580

Page 232

J. Seery

1
2     A.   He had an associate with him.
3     Q.   What documents have you reviewed
4  related to the Barclays/Lehman matter since your
5  last deposition?
6     A.   I've reviewed certain of my notes and
7  a -- I believe it was a note, notepad that Sal
8  Burian had prepared at some point.
9     Q.   Any other documents?
10     A.   Not that I recall.
11     Q.   Did you read any of Sal Burian's
12  testimony?
13     A.   No.
14     Q.   Have you read any deposition testimony
15  of any other witness?
16     A.   I have, yes.
17     Q.   Who are the deponents that you have
18  reviewed their testimony?
19     A.   Harvey Miller.
20     Q.   Any others?
21     A.   There may have been one or two others.
22     Q.   Anyone from the Committee?
23     A.   Not that I recall.
24     Q.   Did you review Mike Fazio's
25  deposition?

Page 233

J. Seery

1
2     A.   No.
3     Q.   Or Norm Purcell's.
4     A.   No.
5     Q.   When was the -- had you seen your
6  notes prior to your deposition the first time?
7     A.   Since I took them, I would have had to
8  have seen them.
9     Q.   Did you review your notes in
10  preparation for your first deposition?
11     A.   Not that I recall.
12     Q.   And did your review of your notes
13  refresh your recollection as to some of the
14  events that you had testified about in your
15  first deposition?
16     A.   I don't know that it refreshed it.  It
17  certainly -- it certainly either amplified it or
18  added new facts that -- that I may not have
19  thought about, but I probably did not forget.
20     Q.   And did you also prepare a declaration
21  in connection with this case?
22     A.   I did.
23     Q.   Could we mark that as Exhibit -- while
24  we're getting that marked, I'm just going to
25  give you a printout of a blank calendar that's

Page 234

J. Seery

1
2  for the month of September 2008 just for your
3  reference for dates.
4     A.   Thank you.
5          MS. TAGGART:  And so we'll mark as the
6     Declaration of James Seery and it has an
7     attached exhibit as Exhibit 665.
8          (Exhibit 665, Declaration of James
9     Seery, marked for identification, as of this
10     date.)
11     Q.   Can you identify what Exhibit 665 is?
12     A.   Looks like a copy of a declaration
13  that I gave.
14     Q.   Did you write the declaration?
15     A.   I did.
16     Q.   Did you write every word of it?
17     A.   Did I write every word of it?  No.
18     Q.   Who else contributed to the writing of
19  your declaration?
20     A.   Mr. Stern.
21     Q.   Were there parts that Mr. Stern
22  suggested that you took out?
23     A.   Certainly.
24     Q.   Can you remember what any of them are?
25     A.   No.

Page 235

J. Seery

1
2     Q.   Did you review this before you signed
3  it?
4     A.   I absolutely did.
5     Q.   And is it all accurate to the best of
6  your knowledge?
7     A.   It is.
8     Q.   Do you -- is it right -- I guess it
9  looks like you executed this January 28, 2010.
10  Does that sound right?
11     A.   That's correct.
12     Q.   Okay.  I'd like to ask you a couple of
13  questions about some of the statements that you
14  made, and starting on paragraph 5 of that
15  declaration, it starts, "I understand that one
16  of the Committee representatives took notes of
17  conversations we had on the morning of Friday,
18  September 19, 2008, the day of the approval
19  hearing."  Do you see that?
20     A.   Yes.
21     Q.   And does that refer to the notes of
22  Sal Burian?
23     A.   It's does.
24     Q.   And those are the notes that you
25  attached to the declaration?

Page 236

1     **J. Seery**
2     A.   Yes.
3     **Q.   And it says, "I reviewed those notes,**
4     **which are attached as Exhibit 1."  It says, "The**
5     **notes refreshed my recollection that I was very**
6     **clear in explaining that there was a $5 billion**
7     **difference between the marked value of the**
8     **assets in the Fed repo (which I believed was**
9     **$50.6 billion) and the amount advanced in the**
10    **Fed repo to purchase those assets (which I**
11    **believed was $45.5 billion.)"**
12    A.   Yes.
13    **Q.   Before I ask about those specific**
14    **statements, now that you have reviewed those**
15    **notes, can you tell me everything that you**
16    **recall about the conversation that you had with**
17    **Mr. Burian or anyone else from the Committee on**
18    **September 19, 2008?**
19    A.   Yes.  Some of this will augment my
20    prior testimony because I think you at least
21    touched on it then.
22         I was in Alex Kirk's office on the
23    31st Floor at the Lehman Brothers Building, 745
24    Seventh.  We had been working all morning with
25    Barclays to try to revise the deal to make it

Page 237

1     J. Seery
2     work in the context that JPMorgan was not
3     turning over securities, is my recollection,
4     that were part of the original package.
5          Barclays had advanced money on the
6     repo by that point, and we were walking through
7     or I was walking through with the Committee
8     representatives, which included Mr. Burian and
9     Mr. Fazio and perhaps others, on a phone from
10    Alex's office -- he was not in the office -- the
11    changes to the positions that the Lehman
12    Brothers, Inc. would be able to deliver to
13    Barclays.
14    **Q.   So let's talk, before the conversation**
15    **starts, you mentioned that you were working with**
16    **Barclays to revise the deal.  Whom at Barclays**
17    **were you working with?**
18    A.   We went through that on the last
19    deposition, but there were a number of people.
20    They included Mike Keegan, Rich Ricci, Bob
21    Diamond, and a number of -- a number of folks on
22    the phone.
23    **Q.   And describe to me how the deal**
24    **changed.**
25    A.   Again, we went through that

Page 238

1          J. Seery
2     previously, but there were a number of changes
3     related to the securities that could be
4     delivered.  Because of the incidents that we
5     discussed at decent length last time, Barclays
6     was extremely nervous about the -- the repo
7     collateral that they had received.  The markets
8     were incredibly volatile overnight in Asia and
9     Europe, and there was extreme nervousness at
10    Barclays on Thursday night and Friday morning
11    about what they were receiving, including the
12    previously discussed Racers Trust, which they
13    didn't feel was an appropriate repo position and
14    they didn't take from -- from JP that night.
15         So we went through a number of
16    potential scenarios to try to revise the deal to
17    make sure that we could get it closed with
18    respect to both the securities that they would
19    receive and then certain others that they
20    wouldn't.
21    **Q.   You said that Barclays was nervous**
22    **about the repo collateral they received.  Who in**
23    **particular said anything from Barclays that led**
24    **you to believe that Barclays was nervous about**
25    **that repo collateral?**

Page 239

1          **J. Seery**
2     A.   Well, certainly from the Barclays
3     side, Keegan and I had very specific direct
4     conversations about it.  We talked I think
5     previously John Mahon in London was the one who
6     had questioned me about certain of the
7     securities they were getting on late Thursday
8     night, and we talked about it amongst the group
9     of Lehman folks who were responsible for getting
10    the transaction closed, which included Bart
11    McDade and Alex Kirk.
12    **Q.   And to the best of your recollection,**
13    **what exactly did Mr. Keegan say on the question**
14    **that Barclays was nervous about the repo**
15    **collateral they had received?**
16    A.   Basically he was extremely nervous
17    that what they were received -- what they had
18    received and what they were receiving was not
19    worth nearly what it was marked at and what they
20    had advanced against it, and he -- he didn't
21    want to close the trade on that basis and was
22    pushing the Lehman team to find, you know,
23    better or more assets to make sure that Barclays
24    received what they had thought they bargained
25    for.

1          J. Seery
2     **Q.    What was the collateral marked at?**
3     A.    That's a question that's -- there's no
4  single mark on -- that covers that entirely
5  collateral pool.  It's thousands and thousands
6  of securities.
7     **Q.    Well, what was his basis of saying**
8  **that it was not -- what he received was not**
9  **worth the value it was marked at?**
10    A.    They claimed that they had looked at a
11 number of the items that they received and
12 didn't like the valuations, particularly around
13 certain of the structured products that were
14 delivered in as part of the repo, and in fact
15 they felt, and we discussed this last time, that
16 JP had tried to, in the vernacular, stuff them
17 with a structured trade, referred to as the
18 Racers, which they didn't think was appropriate
19 repo collateral and that heightened their
20 nervousness about things that they had actually
21 received.
22    **Q.    Had -- did Lehman have marks for the**
23 **securities that were going over?**
24    A.    Yes.
25    **Q.    And as of September 19, what was the**

1          **J. Seery**
2  **most recent time that Lehman had marks for those**
3  **securities?**
4     A.    They would have been marked every day.
5  If the mark had not changed, it would be
6  reaffirmed, but it doesn't mean that for all of
7  those securities that, you know, there was an
8  active market or that somebody could, you know,
9  necessarily mark that to market.  Some of them
10 were marked to model.  Others were probably not
11 as actively marked as maybe they could have
12 been.
13    **Q.    And did Lehman pull or find what was**
14 **the current mark for each of the securities that**
15 **were in the collateral?**
16    A.    I believe, and I don't know, but I
17 believe that every security in the thousands and
18 thousands of securities had a mark.  How fresh
19 that mark was I don't know.
20    **Q.    Was there a document that listed what**
21 **the Lehman marks were for the securities that**
22 **were going to Barclays?**
23    A.    There was a document that listed every
24 security with a mark next to it, yes.
25    **Q.    And did you see that document?**

1          **J. Seery**
2     A.    I don't recall.  I certainly saw it at
3  certain times.  I don't recall whether I had
4  seen it that morning.
5     **Q.    And do you know what was the aggregate**
6  **value according to Lehman's marks of the**
7  **collateral that was going to Barclays as of**
8  **September 19?**
9     A.    I believe it was about $50 billion.
10    **Q.    Did Barclays give you any documents**
11 **that supported their contention that that**
12 **collateral was worth less?**
13    A.    No.
14    **Q.    Did they -- did they do their separate**
15 **mark to market to justify their claim that the**
16 **value was worth less?**
17    A.    They said they were marking every
18 item, yes.
19    **Q.    And did they describe at all the**
20 **procedures that Barclays was using for marking**
21 **every item?**
22    A.    No.  No.  We talked -- Mike and I
23 talked generally about categories of items where
24 they had a strong feeling that because of the
25 illiquid nature of those marks, that there was

1          J. Seery
2  no real market, and that if you actually tried
3  to sell it, you wouldn't be able to achieve the
4  value that Lehman had marked it at.
5     **Q.    Did you ask for any documents about**
6  **Barclays' valuation of the securities?**
7     A.    I don't recall.
8     **Q.    Did anybody at Barclays mention**
9  **concerns about any specific securities besides**
10 **the Racers?**
11    A.    Certainly Mike did, and they included
12 some of the other structured securities that
13 were part of the package.
14    **Q.    Do you remember --**
15    A.    Those were easier for him to dispute
16 because he would be sometimes familiar with the
17 underlying assets that were in the -- in the
18 structure.  So he would -- he can argue that
19 something was, he didn't think, marked right
20 because he was familiar with that particular
21 asset.
22        So, for example, Mike was very
23 familiar with the Archstone assets and had a
24 different view about the value of the
25 subordinated classes of securities in that

Page 244

J. Seery

1  structure than perhaps others did because he had
2  the senior and thought he might be impaired on
3  the senior.
4      **Q.  Do you remember any other specific**
5  **securities that Mr. Keegan pointed out that he**
6  **disagreed with the value besides Archstone and**
7  **Racers?**
8      A.  It wasn't a line-by-line, you know, I
9  disagree with this one or this one looks good.
10 That, again, would be thousands of lines.
11 Categories of securities, particularly the CDO
12 securities were the ones that he had the most
13 trouble with, specifically mentioning, as I
14 mentioned, the Racers, which they did not take,
15 Spruce Pine and Verano, some of which they did
16 take.  Those were the ones that Mike could
17 easily call up.
18     **Q.  And just to confirm, the Racers that**
19 **Barclays did have concerns over the value were**
20 **not part of what ultimately went over to**
21 **Barclays as part of the deal; is that correct?**
22     A.  That's correct.
23     **Q.  Did Barclays give -- tell you what**
24 **value they believed the collateral that had been**

TSG Reporting - Worldwide    877-702-9580

Page 245

J. Seery

1  transferred was worth?
2      A.  They did.  I don't recall the number.
3  They had a -- they definitely had a lower
4  number.  I just don't recall what they had
5  indicated it was.
6      **Q.  And who in particular told you that**
7  **number?  Was that Mike Keegan?**
8      A.  I believe it was Mike.  It wasn't --
9  it wasn't a one-on-one here's my number versus
10 your number.
11     **Q.  Do you know anybody else at Barclays**
12 **who told you a number that they thought was**
13 **associated with either the aggregate or any**
14 **particular security that had come over from**
15 **Barclays?**
16     A.  No, not that I recollect.
17     **Q.  Did John Mahon say anything about**
18 **that?**
19     A.  Not the gross number, no.
20     **Q.  Did you make any response to Mr.**
21 **Keegan or anyone else at Barclays about what you**
22 **thought the value of those securities were**
23 **worth?**
24     A.  I did and -- I did and we did.

TSG Reporting - Worldwide    877-702-9580

Page 246

J. Seery

1      **Q.  And what was your response?**
2      A.  We told -- we pushed hard that we
3  thought our marks were accurate, that while you
4  had a volatile time, you know, we thought we
5  modeled them well where they didn't have liquid
6  marks in the street that you could check, and
7  otherwise, they were -- they were accurate.
8      **Q.  And did you in particular take the**
9  **position that the value of the securities that**
10 **went to Barclays was over $50 billion?**
11     A.  It was right around that level.  It
12 was at the marked level.
13     Now, what we did also do, and some of
14 the documents that I produced to you reflect
15 that, was we took their arguments and decided to
16 check them with our traders.
17     **Q.  Okay.  You said that "we told Barclays**
18 **that the marks were accurate."  Who is the "we"**
19 **you were referring to?**
20     A.  That calls for a joke, but I won't use
21 it.
22     The "we" was just generally I was
23 referring to the Lehman team.
24     **Q.  And who was the Lehman team that was**

TSG Reporting - Worldwide    877-702-9580

Page 247

J. Seery

1  part of conveying the opinion that Lehman's
2  marks were accurate and the value of the
3  collateral was over $50 billion?
4      A.  Certainly me.  Certainly Alex.  I
5  don't know, you know, whether Bart had that
6  specific discussion.  But understanding it was
7  part of negotiation, we took the view that
8  higher was better and we were going to push for
9  a higher value.
10     **Q.  And so Alex Kirk, is that the other?**
11     A.  Yes.
12     **Q.  Anyone else besides yourself and Alex**
13 **Kirk that you specifically remember pushing back**
14 **and saying Lehman's marks were accurate and the**
15 **value of Barclays' collateral was over $50**
16 **billion?**
17     A.  Not that I recall in those meetings.
18     **Q.  Okay.  Do you remember any discussion**
19 **on this topic with Bart McDade on September 19?**
20     A.  We talked -- I was generally in
21 meetings with Bart and certainly talked about
22 the concerns that Barclays had with the
23 collateral and the value of it and trying to put
24 a mark on it at that day at that time, yes.

TSG Reporting - Worldwide    877-702-9580

Page 248

1          J. Seery
2    Q.   **And what do you remember Bart McDade**
3 **saying in specific or general on that question**
4 **of whether Barclays' concerns about the value of**
5 **the collateral had any validity?**
6    A.   I don't remember Bart opining as to
7 whether, you know, the marks were right or not.
8 We all understood that in that week there could
9 be, you know, differences of value on some of
10 these assets, and when you were transferring 50
11 billion of it, if you actually tried to value it
12 on a liquidation basis, it would certainly be a
13 liquidation bid which would be lower.
14       So we recognized that argument. We
15 also recognized that, in our view, Barclays was
16 buying the entirety of the Lehman estate and
17 business at a tremendous value and that we
18 should try to push for, as best we could,
19 getting the most irrespective of what the marks
20 might be.
21    Q.   **Sorry, just to follow up, do you**
22 **remember what specifically Bart McDade said on**
23 **the issue of what the value of the collateral**
24 **was as of September 19?**
25    A.   I don't recall at this time

TSG Reporting - Worldwide    877-702-9580

Page 249

1          J. Seery
2 specifically what he said, but it would have
3 been in the same category that I just discussed.
4    Q.   **And what did you mean by there was a**
5 **general consensus that Barclays was buying the**
6 **entirety of the estate and the business at a**
7 **good -- at tremendous value?**
8    A.   I don't think anyone who was around
9 the transaction didn't think that the Lehman
10 franchise, particularly in equity and fixed
11 income in the U.S., was, you know, extremely
12 strong, extremely valuable, and that, you know,
13 the fact that we had run out of liquidity
14 related to mortgages and real estate, you know,
15 was not, you know, an indictment of that
16 franchise and that it had, you know,
17 cash-generation ability that was significant,
18 and if not the best on Wall Street, one of the
19 top couple on Wall Street. And I don't think
20 that was lost on anybody on our side.
21       I think Barclays was extremely nervous
22 because for them it was a bet-the-house trade.
23 So they didn't see it, they hadn't had a
24 successful business like that in the U.S.
25 previously, and, you know, I think that they --

TSG Reporting - Worldwide    877-702-9580

Page 250

1          J. Seery
2 they probably looked over at, you know, losing
3 the bid on ABN Amro, I'm just guessing and
4 saying, God, we got lucky, so don't make that
5 bid. And they were very nervous and no one else
6 was showing up, and I think that might have
7 scared them a little bit too, but they were --
8 they were nervous about -- not about, I don't
9 think, the franchise -- about overpaying and not
10 having the ability to get the business back to
11 where it needed to be.
12    Q.   **Did you personally have a view on what**
13 **the correct value was of the Lehman franchise,**
14 **putting aside the securities?**
15    A.   The entire Lehman franchise?
16    Q.   **The Lehman franchise that Barclays was**
17 **purchasing.**
18    A.   Yes, I thought that it was, you know,
19 I don't know what the actual, you know, dollar
20 value would have been, but it should have been
21 worth at least -- you know, the deal that was
22 done at the Fed was probably still really cheap,
23 but 3, 3 -- it was either $3 or 3 pounds a share
24 swap for Barclays stock without the real estate,
25 without the mortgages. That was the global

TSG Reporting - Worldwide    877-702-9580

Page 251

1          J. Seery
2 business, but that was still super cheap.
3    Q.   **I'm going to return to something you**
4 **said earlier, and that was when -- when Lehman**
5 **folks were pushing back with Barclays, they were**
6 **describing that they believed Lehman's marks**
7 **were accurate and that for the illiquid**
8 **securities, that there was -- they were modeled**
9 **well.**
10       **What did you mean that they were**
11 **modeled well?**
12    A.   That the -- that the estimated
13 recoveries reflected in the mark were accurate.
14    Q.   **What did you mean by modeling -- or,**
15 **maybe you can describe what generally was the**
16 **process that Lehman used to come up with marks**
17 **for securities that were more illiquid?**
18    A.   Yes, we went through this on our last
19 deposition. So you can generally what folks do
20 and what Lehman did was mark to market, which
21 means if you have a, you know, ascertainable
22 market that you can identify, you mark those
23 securities to where that market trades in a
24 liquid basis. If the market is a little less
25 liquid, it's a little bit less scientific, and

TSG Reporting - Worldwide    877-702-9580

Page 252

J. Seery

1  if the market is totally illiquid, then you
2  can't mark to, you know, observable trades, you
3  have to mark to where you think the recoveries
4  will come out based upon financial modeling of
5  the asset.
6      Q.   And generally what was the process to
7  try to do financial modeling for an asset that
8  was totally illiquid?
9      A.   Every -- every asset was a little bit
10  different.  It meant that you modeled that asset
11  based upon experience, based upon comparables,
12  based upon a view of current interest rates,
13  obviously duration, sometimes based upon what a
14  particular deal dynamic might be.
15      Q.   Were you personally involved in that
16  level of modeling?
17      A.   Yes.
18      Q.   And were you involved in modeling for
19  the securities any of the securities that went
20  over to Barclays?
21      A.   We discussed that as well.  The answer
22  is no.  Some of the underlying assets in some of
23  those securities were marked by my business.
24      Q.   But you were familiar generally with

Page 253

J. Seery

1  this process that Lehman was using to mark
2  illiquid securities, right?
3      A.   Yes.
4      Q.   And you had -- you had confidence in
5  it at the time?
6      A.   Yes.
7      Q.   Did you show Barclays any documents
8  that supported Lehman's marks?
9      A.   No.
10      Q.   Did you show any documents at all that
11  supported the value of the collateral that
12  Lehman believed was being transferred to
13  Barclays?
14      A.   Not -- I think -- I don't recall.  I
15  believe we talked, you know, specifically about
16  some of the items that Mike mentioned and walked
17  through the underlying collateral, for example,
18  in those collateralized deals that I mentioned
19  earlier.
20      What you have to remember, and the
21  deposition should certainly reflect, is that
22  this all took place in a span of just a few
23  hours.  So, on Thursday night going into Friday,
24  I believe we originally were scheduled to be at

Page 254

J. Seery

1  the court at noon and we had to kick that time
2  till I believe 2 or 3 or 4.
3      So this was really a very compressed
4  timeframe to get this done.  This wasn't a
5  situation where, you know, in the benefit of
6  hindsight and say, okay, we have six weeks to
7  cut an M&A deal and we'll sit down and review
8  line-by-line with you and you show us why you
9  disagree and then we'll take out a model and
10  we'll compare interest rate assumptions, we'll
11  compare duration assumptions, we'll look at
12  recoveries.  This took place in a matter of a
13  couple hours.
14      Q.   When you or Alex Kirk were saying to
15  Barclays about the marks being accurate and
16  modeled well, was this said specifically to Mike
17  Keegan?
18      A.   I certainly said it to Mike, and it
19  was part of the negotiation.  Mike was trying
20  to -- he was nervous and trying to get more, and
21  we didn't want to give more.
22      Q.   Who else did you or anyone else at
23  Lehman tell at Barclays about Lehman's marks
24  being accurate and modeled well?

Page 255

J. Seery

1      A.   I don't know if the level -- I don't
2  recall the level of detail in other discussions.
3  Certainly Rich Ricci was around of those
4  discussions.  I don't recall the level of
5  detail, whether he was anything specifically
6  said about a mark or not.  And I believe that
7  Bob Diamond was around at least part of those --
8  not believe -- I know him to be around at least
9  one of those discussions.
10      Q.   Is the modeling done using a computer
11  program?
12      A.   Each -- there's no -- there's no
13  off-the-shelf program that you can buy as your,
14  you know, Quicken Model Illiquid Securities
15  Program.  So everyone uses a variety of
16  different models that they build, and they can
17  build it from a variety of different software.
18      And there was no standard, to my
19  knowledge, standard modeling program at Lehman.
20  So I know for the securities that I was
21  responsible for throughout my career different
22  analysts would put together different models
23  based upon, you know, assumptions that we made
24  with respect to those securities and those

Page 256

1       J. Seery
2    markets.
3        I assume that was the way it was done
4    elsewhere.  They were sometimes built on Excel.
5    They were sometimes built on other programs.
6    **Q.   And this conversation that we've been**
7    **discussing so far where Lehman traders are**
8    **speaking with Mike Keegan and others at**
9    **Barclays --**
10   A.   No.
11   **Q.   I'm sorry?**
12   A.   No.
13   **Q.   Oh, sorry.  It wasn't Lehman traders?**
14   A.   No.
15   **Q.   Strike that.**
16   **So far, this conversation that we've**
17   **been speaking with folks at Lehman speaking with**
18   **folks at Barclays about the value of the**
19   **collateral that had been transferred, is this on**
20   **Friday, September 19?**
21   A.   Yes.
22   **Q.   Okay.  And I understand the next thing**
23   **that happens is there's a communication with**
24   **Lehman traders.  Before that, is there anything**
25   **else specifically that you remember about those**

TSG Reporting - Worldwide    877-702-9580

Page 257

1        **J. Seery**
2    **discussions between the Lehman folks and the**
3    **Barclays folks concerning the value of Barclays'**
4    **collateral?**
5    A.   Not that I recall.  That's a pretty
6    broad question, but I think I've given you the
7    major substance.
8    **Q.   And do you have a sense of what time**
9    **of day this first meetings and conversations**
10   **took place?**
11   A.   Morning of Friday, the 19th.
12   **Q.   So what's the next thing that you**
13   **folks do, that you do personally?**
14   A.   Okay.  So, so, there are a couple
15   things that we needed to get ready for the
16   court.  Barclays was -- we were trying to figure
17   out how to put the deal together to make sure
18   that Barclays didn't walk from it, wanted to
19   assure that we were getting the most we could,
20   and we had to restructure some of the positions
21   that were not going to be able to get
22   transferred.  So the basics of the deal would
23   stay the same.  Some of the line items were
24   going to change.
25       In response to Barclays' queries with

TSG Reporting - Worldwide    877-702-9580

Page 258

1        J. Seery
2    respect to or challenges with respect to the
3    marks and the value, I, and also in conjunction
4    with trying to make sure that we had a good
5    liquidation view as to this collateral, I,
6    working initially with Alex and then with Barry
7    Ridings, went directly to traders in the High
8    Grade and the High Yield universe as well as the
9    Treasury and Interest Rate Groups to figure out
10   what the appropriate liquidation bid would be
11   with respect to this collateral.
12       And it was not -- it had to be done
13   very fast, and I mean like a half an hour or
14   less, and it was, in the market today, if you
15   had to liquidate this collateral quickly, and I
16   can't tell you it's an hour, two hours, five
17   hours or -- but very quickly, within a couple
18   days, what would you expect to get, and that
19   was, you know, subjective, but borne of
20   experienced -- borne from experienced traders
21   and their view as to the volatility in the
22   market, the quality of the assets' liquidity in
23   the market and the lack of it, and what would
24   happen if 50 billion in securities hit the
25   market in rapid succession.

TSG Reporting - Worldwide    877-702-9580

Page 259

1        J. Seery
2    **Q.   Okay.  Who in particular were the**
3    **traders that you spoke with on this topic?**
4    A.   It's probably 30 different people.
5    **Q.   Was there -- did you speak to all 30**
6    **or did you have a point of contact?**
7    A.   Got the senior traders all in a room
8    and said here's what we need, here's the
9    category of assets that you're responsible for,
10   we're going to come back and circulate and come
11   back to each of you and we need -- we need a
12   view as to where -- what kind of discount you
13   would be forced to take if you were to liquidate
14   these assets in a relatively short period of
15   time.
16   **Q.   Did you assign out all of the assets**
17   **that had been given to Barclays, or a subset?**
18   A.   I don't --
19       MR. STERN:  Objection to the form.
20   A.   I don't know if it was all of the
21   assets or it was categories of assets.  So I
22   didn't -- we didn't go to, for example, I would
23   not have gone to the fig high grade trader and
24   asked him how much would you sell JP Morgan
25   securities for, how much would you sell Goldman

TSG Reporting - Worldwide    877-702-9580

Page 260

1       J. Seery
2  securities for.  It was, here's the category,
3  you've got to tell us where these assets are
4  generally trading, and if a heavy offering hit
5  the market, where would the bid be.
6       MR. STERN:  Let me just -- I'll just
7  explain my objection to form.  Just --
8       MS. TAGGART:  No, that's okay.
9       MR. STERN:  No, just so the record is
10 clear.
11      MS. TAGGART:  No, that's all right.
12      MR. STERN:  No.  No.  It's not okay.
13 The record has to be clear.
14      MS. TAGGART:  No, you just get to
15 object to form.  I understand that you're
16 objecting to form.  I don't want to hear any
17 more.  You often don't like it when I --
18      MR. STERN:  Let me just state it for
19 the record.
20      MS. TAGGART:  No, I don't want it and
21 I don't want any speaking objections.  Your
22 objection to form is there.  I understand
23 it.
24      MR. STERN:  I'm going to state for the
25 record --

TSG Reporting - Worldwide    877-702-9580

Page 261

1       J. Seery
2       MS. TAGGART:  I don't want you to
3  state it for the record.
4       MR. STERN:  -- so that I'm clear --
5       MS. TAGGART:  That's a speaking
6  objection.  I think it's coaching and I
7  don't want to hear it.  I just want the form
8  objection.
9       MR. STERN:  Can we go off the record
10 and I'll explain to you off the record
11 outside the presence of the witness?
12      MS. TAGGART:  Yes, let's go off the
13 record.
14      THE VIDEOGRAPHER:  The time is 9:25
15 A.M.  We're now off the record.
16      (Pause in the proceedings.)
17      THE VIDEOGRAPHER:  The time is 9:26
18 A.M.  We're now on the record.
19 BY MS. TAGGART:
20  Q.   So I want to return back to this
21 meeting that some folks at Lehman have with
22 traders regarding this liquidation value.
23      First of all, do you remember anyone
24 else who was involved at all in the Lehman
25 negotiation side who was at this meeting besides

TSG Reporting - Worldwide    877-702-9580

Page 262

1       J. Seery
2  yourself, Alex Kirk and Barry Ridings?
3   A.   Alex Kirk was not at that meeting.
4   Q.   Okay.
5   A.   And I don't recall if Barry was at
6  that meeting or not.  I don't think so.
7   Q.   Anyone besides yourself who spoke to
8  the traders about what the traders were supposed
9  to try to figure out?
10  A.   Who was also at the other meetings?
11  Q.   Yes.
12  A.   No.
13  Q.   Anybody else besides traders who
14 wasn't at the other meetings?
15  A.   Yes.
16  Q.   Who?
17  A.   Peter Hornick.
18  Q.   Who is Peter Hornick?
19  A.   Peter was responsible for the CDO
20 business, structuring and sales, at that time.
21  Q.   Anyone else?
22  A.   Well, there were all the traders
23 there.
24  Q.   In addition to the traders?
25  A.   No.

TSG Reporting - Worldwide    877-702-9580

Page 263

1       J. Seery
2   Q.   Okay.  And was it you specifically who
3  gave the instruction to what the traders were
4  supposed to do?
5   A.   Yes.
6   Q.   And to the best of your recollection,
7  what exactly were the words that you said?  I
8  understand the time --
9   A.   I have no specific recollection of the
10 words.  I can tell you what generally was
11 requested, which is what I already said.
12  Q.   Okay.
13  A.   Which was we want you to provide us
14 with a view as to the liquidation bid for these
15 assets.  If you had to sell the full size in a
16 short period of time, what kind of discount
17 would you need to give to buyers in order to
18 move that full size.
19  Q.   Why did you give that instruction?
20  A.   Because I was having a discussion
21 with -- I think I gave that already, but we were
22 having a discussion with Barclays where they
23 were saying our marks weren't reflective of the
24 actual market, and if you went to liquidate
25 these assets, you wouldn't get nearly that

TSG Reporting - Worldwide    877-702-9580

Page 264

1          J. Seery
2  amount, and we wanted to make sure that Barry
3  had support for testimony regarding liquidation.
4      **Q.   Is -- is that test, the test of the**
5  **view as to liquidation bid as to assets, the**
6  **same test that's usually used for mark to**
7  **market?**
8      A.   Well, mark to market, no, because mark
9  to market, you know, you're looking at the
10 market, but you do have to consider the size and
11 how much you would have to move.  So there
12 should be, to some degree, a liquidation -- a
13 liquidity discount if your size in the
14 securities is particularly high.
15         So if you're going to move, you know,
16 a large, large size, you have to consider that
17 when you're marking your positions.  I think the
18 more liquid the securities, the deeper the
19 market, the less concern there is for a
20 liquidity bid.  Obviously with illiquid
21 securities, that's built into the analysis.
22     **Q.   Did anybody at Barclays express the**
23 **view that they thought that the right value and**
24 **price they should pay would reflect the price**
25 **that they would get if they put all of the 50**

TSG Reporting - Worldwide    877-702-9580

Page 265

1          **J. Seery**
2  **billion or so securities in the market?**
3      A.   Not the way you have just framed it.
4  The answer is that, in talking to Mike Keegan,
5  Mike, you know, reflected a view that the
6  markets and the -- the marks that we had were
7  not reflective of the market and that you
8  couldn't move the positions at the levels we
9  had, and that certainly implied that the size
10 you were talking about moving, you know,
11 couldn't be sold in the market for the amounts
12 that, you know, we had marked, and that was
13 their view.
14     **Q.   Did anybody at Lehman tell you to go**
15 **to the traders to ask for this particular value**
16 **about the liquidation bid as to all the assets**
17 **if you had to sell it at the full size?**
18     A.   I don't know if anyone told me to do
19 it.  We discussed, okay, how do we respond to
20 Mike and how do we make sure that Barry has what
21 he needs for a liquidation analysis.  I don't
22 know if I came up with it on my own or Alex did
23 or someone else, but said let's go talk to our
24 traders and test this.  If we can come back to
25 Keegan and say, look, we just talked to our

TSG Reporting - Worldwide    877-702-9580

Page 266

1          J. Seery
2  guys, no discount, you know, what will your
3  traders say?
4          And in certain of the assets there
5  would have been, even in a very volatile time,
6  less of a discount than at other times.  The
7  deeper the market the less of a discount, and it
8  really would depend on what was in our book as
9  well.
10     **Q.   Did anybody at Barclays say that they**
11 **intended to sell the securities very quickly,**
12 **very soon, and all at once?**
13     A.   Not that I recall.
14     **Q.   And do you know one way or another**
15 **whether that's what Barclays actually did with**
16 **the securities?**
17     A.   I don't know.  Actually, I do know.
18     **Q.   And?**
19     A.   They wouldn't do that.
20     **Q.   And have you ever heard the term "fire**
21 **sale" regarding securities?**
22     A.   Have I ever heard the term "fire sale"
23 regarding securities?  Certainly.
24     **Q.   What do you understand the term**
25 **generally to mean, a "fire sale"?**

TSG Reporting - Worldwide    877-702-9580

Page 267

1          **J. Seery**
2      A.   You want the whole etymology of the
3  phrase or --
4      **Q.   I'd like to know what, if somebody**
5  **says that there is a fire sale related to**
6  **securities, what would they be referring to?**
7      A.   I think they're just using it as an
8  idiom, that there's actually no fire and they're
9  not selling the goods from the store, but they
10 mean they're selling it very quickly.
11     **Q.   Would you describe the value that you**
12 **were trying to get an estimate of as a fire sale**
13 **value?**
14     A.   That might be a way to do it.  I don't
15 think that I did.
16     **Q.   So did you give documents to the**
17 **traders?**
18     A.   I don't recall.
19     **Q.   And do you know if what you were**
20 **asking them to value was the -- what was in the**
21 **Fed repo or what had been transferred to**
22 **Barclays?**
23     A.   I don't recall.  I just don't recall.
24 I don't remember if we gave them specific
25 positions -- they obviously know their

TSG Reporting - Worldwide    877-702-9580

Page 268

```
1            J. Seery
2    positions -- or we just told them look at your
3    entire size and see if -- if you went to
4    liquidate that, where you would -- where you
5    would come out. And then we could apply the
6    percentages to the total.
7        Q.  Okay. After you give this
8    instruction, then what happens?
9        A.  They leave the room, and I believe
10   they go and do that and come back to me with
11   information.
12       Q.  Okay. And what was the information
13   they came back with?
14       A.  They came back with various discounts
15   to the -- to the current mark that we had,
16   depending on the security.
17       Q.  How many people reported to you
18   directly?
19       A.  We went through that on the last one,
20   but I don't recall the number. It was -- there
21   weren't too many, but at least ten or twelve.
22       Q.  And did they communicate their results
23   to you verbally or in a document?
24       A.  I believe verbally and we wrote it
25   down, but I don't recall exactly. Some guys
```

TSG Reporting - Worldwide     877-702-9580

Page 269

```
1            J. Seery
2    might have given us a page, they might have done
3    a quick model. Other guys might have called up
4    and said, "Here's the information," or, "I took
5    a broad look at my stuff, and the market's
6    pretty deep, you know, just a couple percentage
7    points." Some guys might have said zero. I
8    don't recall. Some of those documents I
9    produced to you at least with the categories and
10   the -- the haircut discount or the liquidation
11   discount.
12       MS. TAGGART: Let's mark as Exhibit
13   666 a document that goes JS-LB-BANKR000001
14   through 70.
15       (Exhibit 666, a document bearing Bates
16   Nos. JS-LB-BANKR000001 through 70, marked
17   for identification, as of this date.)
18       Q.  I guess before we get to the document,
19   tell me anything that sitting here today you
20   actually remember a person saying related to a
21   discount. Do you remember any words any
22   specific person said?
23       A.  The way you just -- you got to give
24   me -- since you're asking the questions, you
25   know, I don't want to coach you, but you got to
```

TSG Reporting - Worldwide     877-702-9580

Page 270

```
1            J. Seery
2    ask me the question you want to ask. You just
3    asked me do I remember anybody saying anything
4    about a discount? Like what? At Macy's?
5        Q.  Sure. When the traders came back to
6    report their results?
7        A.  Yes.
8        Q.  Do you remember what any specific
9    person said when they reported their results?
10       A.  Right now do I recall the specific
11   words? No.
12       Q.  Do you remember -- well, first of all,
13   each trader reported on their -- on their
14   specific categories; is that correct?
15       A.  Correct.
16       Q.  And did you then combine all that
17   information to come up with what was the
18   aggregate discount that you believe came out of
19   that information?
20       A.  Yes.
21       Q.  Okay. So let's look now at what I've
22   put before you as Exhibit 666. Can you identify
23   this document?
24       A.  It's kind of evil. That's very funny.
25       These are documents that -- excuse me.
```

TSG Reporting - Worldwide     877-702-9580

Page 271

```
1            J. Seery
2    I got a good chuckle out of that -- these are
3    documents that are part of some notes that I
4    have with -- from around the time that Lehman
5    was sold to Barclays.
6        Q.  And if you turn to the very last page
7    that ends in the Bates that ends in 70, does
8    this relate to the information that you received
9    from Lehman traders?
10       A.  This does.
11       Q.  Okay. Can you just flip through to
12   see, are there any other pages that relate to
13   the information that you got back from Lehman
14   traders?
15       A.  I don't think so. I mean, there are
16   some -- I don't think so.
17       Q.  Okay. So can you describe what is
18   being shown here on that last page that's 70? I
19   can -- did you create this document?
20       A.  I don't believe I created it. I don't
21   know who did this for me.
22       Q.  Did you give input into this document?
23       A.  Yes, I believe so.
24       Q.  And did you see it on the morning of
25   September 19?
```

TSG Reporting - Worldwide     877-702-9580

**J. Seery**

1 A. I believe I did, yes.

2 Q. Okay. What does it mean, "long,"
3 parentheses, "Fed facility"?

4 A. These are the categories of the
5 assets -- I believe that these are the
6 categories of the assets that were in the
7 facility.

8 Q. And what do you mean by "the
9 facility"?

10 A. The facility that was pledged to the
11 Fed.

12 Q. So is that the collateral that was
13 part of the Fed repo?

14 A. I believe so, yes.

15 Q. Okay.

16 A. This is the categories.

17 Q. And so asset type, are those what
18 you're referring to as the categories of
19 securities?

20 A. That's correct.

21 Q. So would one group or one Lehman
22 trader be in charge of finding out that discount
23 for, for example, agency debentures?

24 A. Yes.

J. Seery

1 Q. And what is "Lehman MV"?

2 A. Market value.

3 Q. And what does that refer to?

4 A. That is the mark.

5 Q. And does that, to the best of your
6 recollection, reflect the market value that
7 Lehman had on its books as of September 19?

8 A. That would reflect the mark that
9 Lehman had on its books as of that date.

10 Q. And what's the difference between mark
11 and market value?

12 A. Well, I don't know if that's actually
13 the market value, so it's what we had in our
14 books as reflecting the market value which we
15 believed to be the market value.

16 Q. Okay. What does "haircut" refer to?

17 A. That's the discount.

18 Q. And is that what the Lehman traders
19 were reporting would be the discount that would
20 need to be given to buyers if there was a
21 liquidation bid for all of the assets in the Fed
22 facility if they sold it at its full size?

23 A. That's my recollection, yes.

24 Q. And so, for example, if we look

**J. Seery**

1 through agency debentures, what does that
2 generally refer to?

3 A. These are, you know, U.S. agencies
4 that issue, you know, Ginnie Mae, Fannie,
5 Freddie.

6 Q. And so 1 --

7 A. Fannie and Freddie aren't agencies,
8 but ...

9 Q. So 11.8 -- 08 that's next to that,
10 does that mean that Lehman's marks as of
11 September 19 reflected that the agency
12 debentures had a mark to market value of $11.08
13 billion?

14 A. I believe that's what they reflects,
15 yes.

16 Q. And under "haircut" it has 2 percent.
17 Does that mean that Lehman traders reported back
18 to you that if the entire Fed facility were sold
19 at a liquidation value at a short period of
20 time, it might have a discount of 2 percent?

21 A. I don't know if they really thought
22 about the entire Fed facility as much as they
23 thought about their own positions.

24 Q. Maybe --

**J. Seery**

1 A. If you had to get out of your
2 positions, you know, that's the discount it
3 would take to get out real fast. So whether
4 moving the entire of this, whether they worked
5 into their calculus that the rest of this would
6 be hitting the market at the same time, I don't
7 really recollect.

8 Q. And what's .22?

9 A. I think that's just the discount
10 multiplied, 11 times 2 percent.

11 Q. When you said you're not sure whether
12 they were saying if all of their securities were
13 sold that the liquidation value in a short-term
14 or the entire Fed facility, did they report back
15 to you what their calculation was based on?

16 A. Yes. I didn't have 20 traders come to
17 me directly. They would come to different folks
18 who would then assemble the information and then
19 come to me.

20 Q. Who would they --
21 Sorry.

22 A. So they came to different people who
23 they reported to then filtered back up, either
24 got to me or got to Hornick and we put this

Page 276

J. Seery

1  together.  And I just don't remember who put
2  this document together.
3
4      Q.  But this is the number that the Lehman
5  trader came back after hearing your instruction
6  that you wanted the view as to a liquidation bid
7  as to the assets if you sold the full size and
8  what discount you would give to the buyer?
9      A.  That's correct.
10     Q.  And we don't need to go through every
11  column here, but is the same -- would the same
12  be true of the same meaning of what "Lehman
13  Market Value" and "Haircut" means for all of
14  these items in the columns?
15     A.  That's correct.
16     Q.  Okay.  And so under the total, do you
17  know what the total was that is kind of
18  scratched out?
19     A.  I think you can see it.  I believe it
20  to be 45.  I think you can see it in the
21  original.
22     Q.  Let's take out the original and see if
23  that's clearer.
24     So, again, just for the record, so on
25  this last page of 70, we see that there's total,

TSG Reporting - Worldwide    877-702-9580

Page 277

J. Seery

1  and in the box there's something that's
2  scratched out.  Do you see that?
3      A.  Yes, uh-huh.
4      Q.  And I'm showing you -- does this look
5  like the original of the same document that's
6  marked with a 70?
7      A.  It does.
8      Q.  And can you tell from looking at that
9  original what is the number that was originally
10  under the total that would come under what
11  Lehman MV or their Lehman marks as of September
12  19 was for those -- for that collateral?
13     A.  50.64.
14     Q.  And under the haircuts that's next to
15  total, can you tell me what that would refer to?
16  Maybe --
17     A.  I assume that percentage is multiplied
18  by the Lehman market value and totaled at the
19  bottom.
20     Q.  So does 6.04 reflect the aggregate
21  discounts that your traders reported back would
22  be the view as to the discount to buyers if you
23  had a liquidation bid as to the assets if you
24  sell the full size at a certain amount of time?

TSG Reporting - Worldwide    877-702-9580

Page 278

J. Seery

1      A.  It does.  Again, though, 6.04 looks
2  awfully scientific.  This is not a scientific
3  exercise.  This is their, as I said earlier,
4  their subjective view as to how the market would
5  receive these securities if they were to apply
6  it.  So it comes out a little -- looking a
7  little more scientific, I would think, than it
8  would be.
9      Q.  This haircut discount for liquidation
10  value is what the Lehman traders were coming up
11  over a very short amount of time; is that right?
12     A.  Correct.
13     Q.  And the 6.04 is not reflected in
14  Lehman's marks as of that time, right?
15     A.  No.
16     Q.  And it's not even reflected in any
17  Lehman official computer program, right?
18     A.  Not that I recall, no.
19     Q.  Okay.  Under that is 45.5.  What did
20  that figure represent?
21     A.  I don't recall how it came up with
22  that 45.5.  That's my writing.
23     Q.  And what about 1.9BN, what does that
24  represent?

TSG Reporting - Worldwide    877-702-9580

Page 279

J. Seery

1      A.  I don't recall right now what that is.
2  I'd have to refresh my recollection on that.
3      Q.  Now, looking underneath, it says
4  "short" and has another chart.  Why did you --
5  what was the purpose of this chart?
6      A.  The -- at this point in the day, in
7  the morning of Friday, the 19th, there were
8  longs and shorts in this deal.
9      Q.  And did you also ask your Lehman
10  traders to come out with what would be the
11  appropriate discount to buyers if they had a
12  view as to the liquidation bid if the assets all
13  sold very quickly at its full size?
14     A.  Yes.
15     Q.  And did they report back what they
16  were thinking would be the appropriate haircut
17  to such a buyer?
18     A.  I believe so.  I don't specifically
19  recall the short discussions.
20     Q.  Would it also be true, then, like that
21  the Lehman MV refers to Lehman's marks as of
22  September 19 for --
23     A.  Yes.
24     Q.  -- those short positions?

TSG Reporting - Worldwide    877-702-9580

Page 280

1          J. Seery
2     A.   That's correct.
3     Q.   Do you believe that that haircut then
4  would be the report that the Lehman traders gave
5  about this discount value?
6     A.   I do, yes.
7     Q.   And do you know what "long and short
8  netted" refers to?
9     A.   That should be a combination of the
10 two haircuts multiplied by the sizes.
11    Q.   I'm remembering an earlier question I
12 should have asked.  A long time ago you said
13 that one of the things in one of the earlier
14 meetings that you were doing is that you set out
15 different scenarios for how we might deal with
16 Barclays, the issue that they were unhappy with
17 the collateral they received.  Do you remember
18 that?
19    A.   No.
20    Q.   Let me see if I can remember it.  I
21 apologize for going out of order.
22        I believe earlier you testified that
23 one of the things you were involved in was
24 dealing with potential scenarios to revise the
25 deal -- actually, that's what I have.  Do you

TSG Reporting - Worldwide     877-702-9580

Page 281

1          J. Seery
2  remember --
3     A.   Remember that morning we talked about
4  the fact that at some point we learned that JP
5  wasn't going to deliver all of the securities,
6  so those assets that they expected to get and
7  were supposed to be in the trade might not be
8  there.
9     Q.   Do you know what other -- what
10 scenarios you came up with?
11    A.   No.  "Scenarios" might not have been
12 the appropriate term to use.  We considered ways
13 to revise the deal if we weren't going to be
14 able to deliver the securities originally
15 envisioned.
16    Q.   Okay.  Returning back to the
17 conversation with the Lehman traders, is there
18 anything else that you remember specifically
19 discussing with anyone, with a Lehman trader or
20 other people in the presence of Lehman traders,
21 about this haircut that they were coming up with
22 the discount value if there was a liquidation of
23 the entire portfolio at a very short time?
24    A.   Not specifically.
25    Q.   Okay.

TSG Reporting - Worldwide     877-702-9580

Page 282

1          J. Seery
2     A.   At this time, I just don't.
3     Q.   Did you report the information that
4  came back from those Lehman traders about the
5  haircut to anyone?
6     A.   Did I record it or report it?
7     Q.   Report.
8     A.   I certainly discussed it with Alex.  I
9  don't recall if there was any discussion with
10 anyone else, and I know -- well, I know I
11 discussed it with Barry Ridings.
12    Q.   Do you remember what specifically you
13 said to Alex Kirk on that issue?
14    A.   Not specifically, no.
15    Q.   What about generally, what did you
16 report?
17    A.   Generally, here's the numbers they're
18 reporting back if we had to do a fast
19 liquidation.  I don't recall if I had a view
20 whether those were liberal or conservative.  I
21 just don't remember.
22    Q.   Did you have any personal view about
23 whether that haircut that your traders came back
24 with was an appropriate haircut for this fast
25 liquidation value?

TSG Reporting - Worldwide     877-702-9580

Page 283

1          J. Seery
2     A.   I didn't really.
3     Q.   Okay.  What about to Barry Ridings,
4  what generally did you report to Barry Ridings
5  out of the information from this?
6     A.   I have a very vague recollection that
7  here's the number and here's the liquidation
8  view that the traders have.
9     Q.   Okay.  And do you remember if you
10 reported the specific number about what the
11 aggregate would be if all of these collaterals
12 were sold quickly at its liquidation value?
13    A.   I'm sorry, do I remember if I reported
14 the number?
15    Q.   Yes.
16    A.   I suspect that I, I don't recall
17 specifically, but I would have provided the
18 sheet to them.
19    Q.   So you're saying, although you don't
20 remember specifically, you probably provided the
21 sheet that is in this JS-LB-BANKR70?
22    A.   I would think so.  I can't -- I can't
23 really -- I certainly would have given -- I
24 would not have not given them the number,
25 meaning I would given them the number.

TSG Reporting - Worldwide     877-702-9580

Page 284

1      J. Seery
2      Q.   And what number do you mean?
3      A.   I would have given them the number of
4   the discount.  So 6, you know, point 04 or 6
5   billion on the longs and a bill-1 on the shorts.
6      Q.   So you believe that you would have
7   reported to Alex Kirk and Barry Ridings that the
8   appropriate discount for this liquidation value
9   if you sold all the securities at a short time
10  would be approximately $6 billion; is that
11  correct?
12     A.   The long securities, that's correct.
13     Q.   Okay.  What did Alex Kirk, how did he
14  respond?
15     A.   I don't -- I don't recall.  You know,
16  I just don't recall.  We certainly didn't run
17  out and say, okay, Barclays, you're right.  We
18  would have said, okay, this is interesting, we
19  should use this information and try and
20  negotiate the best deal we can.  But, you know,
21  I don't recall, you know, specific discussion
22  about how we were going to use that number.
23     Q.   Did anybody give a further basis, any
24  of the traders about any of the numbers that
25  they gave?  Besides reporting the number, you

TSG Reporting - Worldwide    877-702-9580

Page 285

1      J. Seery
2   know, did anybody say this is why I thought that
3   this in particular was needed -- was there any
4   more information?
5      A.   Not that I recall specifically right
6   now.
7      Q.   Do you remember what Barry Ridings
8   said when you reported this information to him?
9      A.   No, I don't recall.
10     Q.   Now, when you reported the number,
11  this $6.04 billion discount to either Alex Kirk
12  or Barry Ridings, did you explain to both of
13  them how it had been derived?
14     A.   Yes.
15     Q.   And did you describe that that was the
16  discount that was based on if it were a full
17  liquidation of all the assets at a short period
18  of time?
19     A.   I'm sure I did.
20     Q.   Did you report that to anybody else?
21     A.   Not that I recall.
22     Q.   Did you speak about any of this
23  information, meaning the information from
24  Barclays and what discount the traders had come
25  up, to anybody at Barclays?

TSG Reporting - Worldwide    877-702-9580

Page 286

1      J. Seery
2      A.   No, I wouldn't have.
3      Q.   Did you overhear any conversations
4   where anyone from Lehman discussed this
5   information about the discount value to anyone
6   at Barclays?
7      A.   No.
8      Q.   Did you speak to Bart McDade?
9      A.   I don't recollect.  I don't remember.
10     Q.   Now, there was a time that you, if I
11  remember right, prepared some of the people for
12  the hearing that was happening on September 19,
13  correct?
14     A.   Yes.
15     Q.   And did you speak to Bart McDade in
16  preparation for the hearing?
17     A.   By phone I did, yes, and then at the
18  courthouse.
19     Q.   And when you were speaking with Bart
20  McDade, did -- did you speak at all about
21  this -- about the process that you had gone to
22  speak with the Lehman traders?
23     A.   I don't recollect.  I'd be -- I'd be
24  surprised if Bart wasn't generally aware that we
25  were investigating Barclays' claim that the

TSG Reporting - Worldwide    877-702-9580

Page 287

1      J. Seery
2   numbers weren't right and that he might have
3   heard generally that, you know, and Bart would
4   know intuitively that if you went to liquidate a
5   large size, it would come at a discount.
6      Q.   Did you speak with Bart McDade at all
7   about the value generally, the number that
8   was being discussed referred to this liquidation
9   fast, if you sold all the securities at once on
10  the market, that that's what the value that was
11  being discussed?
12     A.   I don't think I said exactly what
13  you -- the way you framed what -- the question,
14  but generally we talked about value, and I think
15  I just a few minutes ago talked about how we
16  considered what Barclays was saying and thought
17  about, you know, the pressure there would be on
18  the market, et cetera.  We were not oblivious to
19  what was going on in the market at the time
20  nor -- and all of us are experienced to know
21  that size matters, and if you want to move a
22  lot, you'd need to do it at a discount.
23          And so this was reflective, this
24  document reflects a category-by-category view of
25  the traders at that time.  I don't recall having

TSG Reporting - Worldwide    877-702-9580

Page 288

1         J. Seery
2 specific discussions with Bart. Frankly, I
3 don't recall having, you know, specific
4 discussions about the number with anybody, but I
5 don't think I just did it and left it there.
6     **Q. That might have answered my next**
7 **question. Do you remember discussing the number**
8 **45.5 with Bart McDade?**
9     A. I don't recall specifically, no.
10     **Q. What about 47.4?**
11     A. I don't recall discussing a specific
12 dollar number with Bart.
13     **Q. Okay. And is the same true, do you**
14 **remember discussing the specific amount of the**
15 **discount with Bart McDade?**
16     A. I don't recall.
17     **Q. Did you prepare Lori Fife at all for**
18 **the hearing?**
19     A. I certainly talked to Lori. I
20 don't -- I don't, you know, I don't know that I
21 could say I prepared her.
22     **Q. When you spoke with Lori, do you**
23 **remember if you spoke to her about this process**
24 **you had gone through of getting information**
25 **about the liquidation discount value from your**
    TSG Reporting - Worldwide    877-702-9580

Page 289

1         **J. Seery**
2 traders?
3     A. I don't believe -- I don't recollect
4 that I did. I just don't know.
5     **Q. Do you remember if you talked about**
6 **any specific number, 45.5, 47.4, or the $6**
7 **billion discount or any specific number relating**
8 **to this project?**
9     A. I don't recall the specific
10 discussions with Lori.
11     **Q. Okay. Did you discuss with anybody**
12 **else who made a presentation on behalf of Lehman**
13 **before the hearing?**
14     A. I discussed the matter and the --
15 these generally what was going on, certainly, as
16 I said, with Barry and with Bart.
17     **Q. What was the next thing that you did**
18 **after you reported the results of this**
19 **investigation that the Lehman traders did?**
20     A. I don't -- I don't recall specifically
21 the sequence of the things that I did that
22 morning, but this was certainly -- we took this
23 information, digested it, thought about how that
24 impacted our position in terms of negotiating
25 with Barclays.
    TSG Reporting - Worldwide    877-702-9580

Page 290

1         J. Seery
2     There were numerous things that were
3 being done by various people, so we used, you
4 know, people used the information to the extent
5 that it was required in what they were doing.
6     **Q. Do you know anyone who was using this**
7 **information?**
8     A. Well, again, I don't remember
9 specifically, but certainly part of the
10 negotiation as to what was, you know, was there
11 an appropriate value, Barclays, as we had at the
12 last session talked about, was seeking more
13 collateral, transfer of more assets from Lehman
14 because they thought they were over-advanced
15 against the assets that they had and were
16 nervous about it.
17     **Q. What did you discuss on the issue of**
18 **what Lehman's position in negotiating with**
19 **Barclays would be in light of the information**
20 **about the liquidation discount value?**
21     A. Well, for the team generally the idea
22 was to get the deal closed and provide as little
23 additional assets as we could because, frankly,
24 there weren't a lot of additional assets that
25 weren't tied up with somebody else.
    TSG Reporting - Worldwide    877-702-9580

Page 291

1         J. Seery
2     **Q. Any more specific strategies of what**
3 **was going to be done with the information that**
4 **you had gotten about this discount, haircut,**
5 **liquidation value?**
6     A. No. Certainly, as I said, Barry had
7 to be prepared on it because he had to give a
8 liquidation view, and we still were trying to
9 negotiate with Barclays as to what the final
10 terms would be and whether they would be able to
11 close the deal.
12     **Q. Why did you say that Barry needed to**
13 **prepare to give a liquidation view? To whom?**
14     A. He was going to testify.
15     **Q. And why did you think that he had to**
16 **testify about the liquidation view instead of**
17 **what the mark to market view was?**
18     A. I think we -- I felt like he had to be
19 prepared to discuss whether this was a better
20 alternative than going into Chapter 7 and
21 liquidating the company.
22     **Q. Did you speak about that with him or**
23 **is that an assumption that you had?**
24     A. I believe I spoke about it with him.
25 I don't recall the specific conversation, but
    TSG Reporting - Worldwide    877-702-9580

Page 292

```
 1              J. Seery
 2  that certainly would be what I would expect any
 3  professional talking about a 363 sale of an
 4  entire company would be able to testify to, if
 5  so asked by the judge.
 6      Q.   Did you speak specifically with
 7  anybody about whether the number that Lehman was
 8  giving about value should or did reflect a
 9  liquidation quick sale of all the assets?  Did
10  you speak about that subject with anyone?
11      A.   The liquid -- the number that Lehman
12  was giving to whom?
13      Q.   Let me say it -- so strike that.
14          Did you speak with anybody on the
15  topic of whether it would be important to have
16  information about the value if all of the assets
17  were sold very quickly?
18      A.   Certainly with Barry Ridings, yes.
19      Q.   And what did Barry Ridings say on that
20  topic?
21      A.   I need that information.
22      Q.   And did he say why?
23      A.   I believe he -- I don't recall if he
24  said why or not.  I presume that he assumed I
25  knew.
        TSG Reporting - Worldwide    877-702-9580
```

Page 293

```
 1              J. Seery
 2      Q.   And do you remember what exact words
 3  he used?
 4      A.   No.
 5      Q.   Did you speak with anybody else about
 6  whether it would be important to have
 7  information about the liquidation value if all
 8  of the assets had to be sold quickly at once?
 9      A.   I definitely spoke with Alex about
10  that, which is one of the reasons that we
11  embarked on this exercise, as I testified
12  earlier.
13      Q.   And what did Alex say on that topic?
14      A.   He would have just said go do what you
15  have to do.  I don't recall specifically.  I
16  said this is what we have to do.  We have to
17  think about what a liquidation would be, to
18  think about Barclays' arguments with respect to
19  our value, and Barry has to be provided that
20  information so he can testify, if asked, about
21  the liquidation value.
22      Q.   Do you remember if that was something
23  he said or something you said?
24      A.   Something I said.
25      Q.   And do you remember what specific
        TSG Reporting - Worldwide    877-702-9580
```

Page 294

```
 1              J. Seery
 2  words you used when you described?
 3      A.   No.
 4      Q.   But you believe that you told Alex
 5  Kirk that it would be important to have the
 6  information about the discount value if all the
 7  assets were sold quickly and liquidated at once,
 8  right?
 9      A.   Yes.
10      Q.   Okay.
11          MS. TAGGART:  Let's take a little
12  break.
13          THE VIDEOGRAPHER:  This concludes tape
14  number 1 of the videotaped deposition of
15  James Seery.  The time is 10:01 A.M.  We're
16  now off the record.
17          (Recess.)
18          THE VIDEOGRAPHER:  This begins tape
19  number 2 in the videotaped deposition of
20  James Seery.  The time is 10:07 A.M.  We're
21  now on the record.
22  BY MS. TAGGART:
23      Q.   Was there a time on September 19 that
24  you spoke with representatives from the
25  Committee?
        TSG Reporting - Worldwide    877-702-9580
```

Page 295

```
 1              J. Seery
 2      A.   Yes.
 3      Q.   Was it an in-person or telephone call?
 4      A.   The first one was telephonic.
 5      Q.   How many calls or meetings were there
 6  on the morning of September 19?
 7      A.   I don't recall if it was still the
 8  morning, but it was -- this was the meeting in
 9  Alex's office.  I may have said the morning
10  earlier.  I'm just not really sure exactly the
11  time.  It was before the hearing.  If it was the
12  morning, it would have been late morning, and I
13  believe there was one call.
14      Q.   Besides this one call, did you have
15  any interaction with anyone from the Committee
16  before the hearing on the 19th?
17      A.   I don't recall specifically.
18  Presumably, I would have had to had some other
19  call to set up the longer call.
20      Q.   And was the call with the Committee
21  after you had this research assignment with the
22  Lehman traders?
23      A.   I believe so, yes.
24      Q.   Who else was on the call?  Or name all
25  the people that you know on the call.
        TSG Reporting - Worldwide    877-702-9580
```

Page 296

1          J. Seery
2     A.   I believe that Sal Burian was on the
3  call for the Committee.  I believe that Mike
4  Fazio was on the call for the Committee.  I
5  don't recall who else on the other side was on
6  that call.  And there were a few other people in
7  the office with me.  I just don't specifically
8  recollect who they were right now.
9     Q.   Do you know if Mark Shapiro was on the
10 call?
11    A.   I don't believe he was.
12    Q.   What about Alex Kirk?
13    A.   He was not.
14    Q.   Tell me to the best of your
15 recollection, before we look at the notes, what
16 you remember discussing on that call?
17    A.   The purpose of the call was to walk
18 through with the Committee some of the changes
19 that were required to be made to the deal before
20 we went to court, and it was -- it was a fluid
21 discussion, meaning that while we were having
22 this discussion, there were more changes that
23 were happening.
24    Q.   When you first got on the call to
25 describe the changes, tell me to the best of
          TSG Reporting - Worldwide    877-702-9580

Page 297

1          J. Seery
2  your recollection what you described.
3     A.   Talked about the total size of the
4  deal coming down, where the longs and the shorts
5  in terms of the marked value stood, how much was
6  going to be transferred, and whatever other
7  changes were made to the deal.
8     Q.   And do you remember what you did say
9  regarding what the marked value as of September
10 19 of the longs stood?
11    A.   I believe that it had come down to
12 about $50 billion.
13    Q.   And do you remember what you said at
14 least at the beginning of the conversation about
15 how much was being transferred to Barclays?
16    A.   The entire amount of the longs.  The
17 entire amount of the shorts.
18    Q.   Anything else that you remember when
19 you first described the deal on the call about
20 what you described?
21    A.   My recollection was that I walked
22 through the categories of assets, which were
23 very broad, more akin to the -- I believe there
24 was a balance sheet, that mini balance sheet
25 attached to the Asset Purchase Agreement, and we
          TSG Reporting - Worldwide    877-702-9580

Page 298

1          J. Seery
2  walked through the changes to each of those
3  broad categories, both in terms of the longs and
4  the shorts.
5     Q.   Then what changes do you remember
6  taking place while you were on the call?
7     A.   While I was on the call, there were a
8  number of changes.  Some of the asset categories
9  actually in both, I believe both the longs and
10 the shorts, changed, some of the amounts as we
11 were getting the information as to what was
12 coming back and what was traded and what JP
13 wasn't releasing, and then at some point during
14 the call all of the shorts were gone.
15    Q.   Who was giving you this information
16 while you were on the call?
17    A.   Alex at some times, and I'm not sure
18 that he was always the guy coming in.  He was in
19 another room working with a different set of
20 people on what was going to be available, so I
21 don't think he delivered the message every time.
22 It might have been one of the guys working for
23 me.
24    Q.   Let's look in the exhibit that you
25 have before you, so that's Exhibit 665, your
          TSG Reporting - Worldwide    877-702-9580

Page 299

1          J. Seery
2  declaration, and the attached notes.  Let's go
3  to the notes that end in the numbers HLHZ38189.
4     A.   Yes.
5     Q.   You've reviewed this before?
6     A.   I have, yes.
7     Q.   And is it your best recollection
8  that -- is there a part of these notes that you
9  believe corresponds to the part of the
10 conversation where you first described the
11 changes to the deal?
12    A.   Well, I believe that I've been told
13 that this was described by Mr. Burian as his
14 notes of the deal I was describing and his notes
15 from that call.
16    Q.   Are there parts of these notes that
17 correspond to your memory of what was told?
18    A.   Are there parts of -- well, I've
19 described what I said.  It looks like that's
20 what he's done here.
21    Q.   For example, it looks like there's a
22 part, and this is in the crossed out section,
23 that says 50.64B.  Does that correspond to
24 anything that you would have conveyed at the
25 beginning part of the call?
          TSG Reporting - Worldwide    877-702-9580

Page 300

J. Seery

1  A.  I don't recall the specific numbers
2  because I don't have the notes that I had when I
3  did this call, but that is in the general
4  category of the positions that we talked about.
5     Q.  Was it your belief on September 19
6  when you were speaking to the Committee that the
7  value of the assets that were being contemplated
8  to be transferred were $50.64 billion?
9     A.  That was the long position of the
10 marked value.  Right?  That didn't include the
11 haircut, and that would correspond to the 50 --
12 lo and behold -- .64 that's on that sheet.
13    Q.  So is it your best recollection that
14 the 50.64 in these notes refers to the marked
15 position on Lehman's books as of September 19 of
16 the value of the assets that were contemplated
17 to be transferred in the Barclays deal at that
18 time?
19    A.  As we started that discussion, that
20 would -- I believe that's what this reflects.
21    Q.  And the 27.4 billion would be the
22 value of the short position as reflected on
23 Lehman's books as of September 19; is that
24 correct?

TSG Reporting - Worldwide    877-702-9580

Page 301

J. Seery

1     A.  That's right.
2     Q.  Then it looks like these notes say
3  "collateralized repo of Barclays' Fed loan."
4  Does that correspond to anything that you
5  believe you conveyed at this time to the
6  Committee?
7     A.  This was the collateralized, you know,
8  this was the repo that was coming to Barclays of
9  the Fed loan.  Right?  So the Fed had gotten out
10 of it the night before.  We went through this
11 last deposition.  Barclays had stepped in, and
12 then during the day there were additional
13 changes and at night some additional changes
14 took place, and what Barclays ended up with was
15 a marked value of 50.64 and he says they took
16 all the Fed securities.
17    Q.  So that's the marked value of the Fed
18 securities?
19    A.  Yes.
20    Q.  Okay.  Also, before when you were
21 saying it's the value of the long position, the
22 50.64, you said not including the haircut.  What
23 did you mean by that?
24    A.  Well, you -- I had looked -- I

TSG Reporting - Worldwide    877-702-9580

Page 302

J. Seery

1  apologize.  I looked back on one of the
2  documents, which is -- which is the one we
3  talked about with the haircut on it, which has a
4  Bates number, but it might be too technical, and
5  that reflects in the crossed out portion the
6  50.64 that you asked about before.
7     So I don't recall looking at this
8  document, meaning the one with the haircut
9  reflected, while I was talking to Mr. Burian,
10 but those numbers do correspond.
11    Q.  And you're referring to, should have
12 for the record, the Bates number that's
13 JS-LB-BANKR70?  You can see it here.
14    A.  Yes.  Thank you.
15    Q.  Under -- going back to the notes that
16 are crossed out, it looks like there's a 5B.
17 Does that correspond to anything that you
18 believe you conveyed at the beginning of this
19 call to the Committee?
20    A.  I don't know exactly what that is.
21    Q.  Then under it says "Total" --
22    A.  Estimated.
23    Q.  Okay, 45.5B.  Does this correspond to
24 something you conveyed at the time?

TSG Reporting - Worldwide    877-702-9580

Page 303

J. Seery

1     A.  I don't recall the specific
2  discussion, but I knew about the haircut amount.
3  It looks to me like we're saying the total
4  estimated value is around 45 billion,
5  notwithstanding the marks.
6     Q.  And so you're talking about the total
7  estimated value once you apply the haircut that
8  your Lehman traders had used to estimate the
9  discount that would be given to a buyer if they
10 sold all of those securities at once and at a
11 liquidated value at a short amount of time, is
12 that correct?
13    A.  That's a little too, as I explained
14 earlier, that's a little bit too scientific.
15    Q.  Okay.
16    A.  And 50.64 minus 6 is not 45.5, but
17 the -- that seems to be within the context, and
18 that 45.5 is also reflected, and I can't tell
19 you exactly why, on my -- my notes here.
20    Q.  And let me see if I can ask it better,
21 then.  Does the 45.5 here that you conveyed come
22 from the information that you got from the
23 Lehman traders regarding the haircut of -- their
24 estimate of a haircut that would be given to a

TSG Reporting - Worldwide    877-702-9580

Page 304

1     **J. Seery**
2  **buyer if they liquidated all of the securities**
3  **at a short amount of time?**
4      A.   If "here" means on 70?
5      **Q.   Yes.**
6      A.   Then the answer is what I said
7  earlier, which is it's not exact.  I can't tell
8  you why it's not exact.  I just don't recall
9  right now.  But that does reflect how I would
10 look at this document in rough numbers.
11     **Q.   And when you say it's not exact, you**
12 **mean you can't exactly find out the calculation**
13 **of 45.5 because the haircut that appears on here**
14 **is 6.04; is that right?**
15     A.   Right.  That's correct.
16     **Q.   And you're referring to some of your**
17 **notes.**
18         MR. STERN:  Do you need a calculator?
19         MS. TAGGART:  We have one if you want.
20     A.   I'm just going to -- go ahead.
21     **Q.   Take your time if you need to do some**
22 **calculations.**
23     A.   I'm just curious.
24     (The witness performs a calculation.)
25     A.   No, never mind.

TSG Reporting - Worldwide    877-702-9580

Page 305

1              J. Seery
2      **Q.   When you were discussing the figure**
3  **45.5, did you describe at all the process that**
4  **had been used to arrive at the 45.5?**
5      A.   I don't recall.
6      **Q.   Do you know if you described that it**
7  **was based on a haircut in any way?**
8      A.   I don't recall the specifics of how
9  or -- how I discussed the 45.5 reflected in both
10 Sal's notes and on 070.  I just, I don't recall
11 the specifics of that.
12     **Q.   More generally, is there any time that**
13 **you, prior to the Sale Hearing, told anybody at**
14 **the Committee about this process of the Lehman**
15 **traders gathering information about a potential**
16 **haircut for this sort of liquidation discount**
17 **value?**
18     A.   I don't recall right now.
19     **Q.   But also, if you look to the**
20 **second-to-the-last line on what's crossed out in**
21 **the notes at HLHZ038189, it seems to say "repo**
22 **50.6" and I think "MM."  Do you know what that**
23 **refers to?**
24     A.   That would be million.  50.6 million.
25     **Q.   Do you know what repo 50.6 million,**

TSG Reporting - Worldwide    877-702-9580

Page 306

1            **J. Seery**
2  **does that correspond to something that you**
3  **conveyed to the Committee at this time?**
4      A.   That's the same number as up on the
5  top.
6      **Q.   Do you know what's million instead of**
7  **billion?**
8      A.   Well, he -- he did it as MM, right?
9  Normally, for most of us, that's a million.  I
10 think he probably means million times a million.
11     **Q.   Okay.  Looking at these notes -- also,**
12 **you said that you don't have your notes that you**
13 **took during the call.  Do you still have notes**
14 **from that call?**
15     A.   I have notes from that call.  I don't
16 know if they were, you know, reflective of
17 exactly this.  What I produced, I can't tell you
18 whether that was during that discussion or not.
19     **Q.   Why don't you see if -- if any of the**
20 **notes that are in Exhibit 666 are referring to**
21 **that call.  At the very end there was a fair**
22 **amount of written notes.**
23     A.   Yes, I don't think so.  This one -- I
24 know where some of these are from, and I don't
25 think that these are from that call.  I think

TSG Reporting - Worldwide    877-702-9580

Page 307

1              J. Seery
2  these relate to the discussions at Weil on the
3  following Sunday.
4      **Q.   Have you seen the notes that you took**
5  **of the call in the last month?**
6      A.   No.
7      **Q.   Do you know --**
8      A.   If I had -- if I had the notes from
9  the call --
10     **Q.   Yes.**
11     A.   -- I would give them to you.  I
12 haven't seen them.
13     **Q.   Do you know whether they still exist?**
14     A.   I don't know.
15     **Q.   Okay.  Okay.  Let's go back to those**
16 **notes of the call that are attached to your**
17 **declaration as Exhibit 665.**
18     **Is there any more specifics that you**
19 **remember about the beginning of your call with**
20 **the Committee before there's the first set of**
21 **changes?**
22     A.   It's hard to read all of his -- his
23 writing.  I'm not criticizing it, mine's worse,
24 but that seems to be reflective of 50.6 of
25 longs, 27.4 of shorts, 5 billion discount, total

TSG Reporting - Worldwide    877-702-9580

Page 308

J. Seery

1  J. Seery
2  estimated 45.5 cure payments, 250 goodwill
3  payment.  This is kind of a walk-through of the
4  deal.  Comp and severance.  The New Jersey
5  appraisal.  Repo mentioned again.  "No"
6  something "on the portfolio."  I can't --
7     Q.  Let's look at that last one.  Is it
8  possible -- possibly says "no upside in the
9  portfolio."  I don't want you to interpret the
10  notes.
11        My question for you is do you remember
12  conveying anything with the general message of
13  there's no upside in the portfolio?
14     A.  Well, I believe there wouldn't be any
15  upside in the portfolio because, I mean, we
16  talked about the fact that they were going to
17  buy the whole thing.  Right?  So for whatever
18  they paid -- Barclays, meaning is the "they" --
19  they were getting all these securities.  I must
20  have, according to these, at least my -- I'm
21  surmising that I said to them we've got to mark
22  it 50.6, but there might be a down bid that
23  would be more like 45.5.
24        And I don't recall specifically.  I'd
25  be really just guessing that Sal would ask -- I

Page 309

1  J. Seery
2  know what Sal would ask -- what if they're worth
3  more?  The answer is that's to their benefit.
4  What if they're worth less?  That would be
5  Barclays' loss.
6     Q.  Do you remember if you said there
7  might be a down bid?  Do you remember if you
8  said those words?
9     A.  No, I didn't -- I don't remember
10  saying there might be a down bid.  If there was
11  a liquidation of the assets, this was -- I
12  assume that's why I came up with the 45.5.
13     Q.  And do you know if -- you also said
14  looking at here it seems to say $5 billion
15  discount.  You don't see the word "discount" in
16  the notes, right?
17     A.  I don't, no.
18     Q.  Do you know if you used the word
19  "discount"?
20     A.  The -- no, I don't recall using the
21  word "discount."  I would have said "this would
22  be the downside" because there would -- when I
23  say "discount," I don't mean like a sale
24  discount.  I mean you discount it because that's
25  what they're actually worth.

Page 310

1  J. Seery
2     Q.  Do you know what you said regarding $5
3  billion?
4     A.  No, I'm just -- I'm just trying to
5  figure it out from these notes that this long
6  market value was not necessarily reflective of
7  the liquidation value.
8     Q.  Okay.  But you don't remember sitting
9  here today what you said at the time on that
10  subject; is that correct?
11     A.  No, but I'm trying to help you out
12  from -- you're asking me about what I think of
13  his notes, and I'm giving you my view.
14     Q.  I appreciate that.
15        Okay.  Did there come a time that you
16  learned that there were more changes to the deal
17  during the conversation?
18     A.  Yes.
19     Q.  Do you remember what you -- first of
20  all, do you remember if you hung up the phone or
21  if you stayed on the phone?
22     A.  Stayed on.
23     Q.  And do you remember what you said to
24  the Committee right when these changes were
25  coming in?

Page 311

1  J. Seery
2     A.  I remember putting them on hold or
3  mute, hearing that there were changes, saying
4  I'll come right back to you, picking them back
5  up and describing the changes.
6     Q.  Do you remember if you said anything
7  to the effect of "what I told you was wrong" or
8  "disregard that" or "that's not the deal now";
9  do you remember anything along those lines?
10     A.  It would be along those lines.  I
11  don't remember the exact words, but it would
12  have been the discussion we just had about the
13  shorts is no longer applicable, they have been
14  closed out, they can't be delivered.
15     Q.  Okay.  So you say -- you put on hold,
16  you think you put him on hold, right?
17     A.  Usually I would use mute.
18     Q.  Okay.  Do you know about how many --
19  was it a number of minutes?
20     A.  It was fast.
21     Q.  Okay.  Then you come back on, and
22  what's your recollection of what you describe
23  when you come back on the phone?
24     A.  I describe a very similar transaction,
25  but without the -- without the short positions.

Page 312

J. Seery

1
2    Q.   And do you remember what, if anything,
3    you said after you get back on the phone about
4    45.5?
5        A.   No, I don't remember -- the longs
6    didn't change from -- from our earlier
7    discussion, so the discussion was here's the
8    book that they're buying, it's got longs and
9    shorts in it, and then our view of the value,
10   discussion from Sal why is this a good price,
11   why is this not a good price, what's the risk in
12   it.
13       Obviously he asked what the upside
14   would be and was told none, and then put him on
15   mute, heard that we were closed out of the
16   shorts so we couldn't deliver those, I assume
17   that Barclays agreed to that, but I didn't
18   really know, and told him that it was basically
19   the same, but everything I had just said about
20   the short positions they would use to hedge that
21   long book was now out so they were going to be
22   long naked.
23       Q.   When you came back and described the
24   long positions again, did you describe any more
25   information now about where -- how you derived

TSG Reporting - Worldwide    877-702-9580

Page 313

J. Seery

1
2    the value of the long positions?
3        MR. STERN:  Objection to the form.
4        A.   Not -- not that I recall.  No
5    different from the prior -- I don't remember
6    going -- my recollection is that we didn't go
7    back over the longs and the, you know, any real
8    discussion about them.  It was, you know, okay,
9    that -- that changed in terms of the shorts.  So
10   when we said about the longs, that still holds,
11   let's go back to how the deal is now revised to
12   reflect these changes.
13       Q.   Do you remember if when you came back
14   from after putting them on mute you discussed
15   the number 50.64 anymore?
16       A.   I don't recall.
17       Q.   And do you remember if after you put
18   on mute you discussed $5 billion at all?
19       A.   Do I remember -- no, we discussed --
20   obviously we discussed it earlier and it's
21   reflected, you know, in his notes, but I don't
22   recall specifically whether the second part of
23   the discussion, you know, we revisited that
24   point.
25       Q.   About six lines down on the notes, Mr.

TSG Reporting - Worldwide    877-702-9580

Page 314

J. Seery

1
2    Burian's notes, that appear at 38190, it looks
3    like there's an indication of losing the upside
4    in the portfolio.  Did you convey anything to
5    the Committee on that topic?
6        A.   Can you repeat that?  I didn't -- I
7    just wasn't listening.
8        Q.   If you look on the sixth line, I think
9    it says "losing the upside in the portfolio."
10   Did you convey anything to the Committee on that
11   topic after you put them on mute and came back?
12       A.   I don't recall specifically, but
13   that's sort of the same thing he wrote on the
14   other one, slightly different in words.
15       Q.   Okay.  There's also, if you look kind
16   of in the middle of the page at Mr. Burian's
17   notes, it has the number 47.4.  Did you discuss
18   the number 47.4?
19       A.   I don't recollect right now the 47.4.
20   I think that was part of -- I don't know if it
21   was at this exact time or if there was, you
22   know, a further break in the call that, you
23   know, some of these may have shifted even
24   further, these numbers.
25       Q.   Do you know how 47.4 was derived?

TSG Reporting - Worldwide    877-702-9580

Page 315

J. Seery

1
2        A.   I don't recollect right now.  That is
3    a number that I have seen in lots of notes.
4        Q.   At the bottom of this page it says "no
5    residential mortgages."  Did you discuss
6    anything on that topic with the Committee?
7        A.   I'm sure I did.  I just don't recall
8    the specifics of -- of the resi discussion.
9        Q.   Even generally, do you remember any
10   more that you described about residential
11   mortgages to the Committee on this call of
12   September 19?
13       A.   No, I don't recall specifically.
14       Q.   If you turn over to the next page of
15   Mr. Burian's notes, so that would be Exhibit 665
16   at 38191, was there a time on the call that you
17   gave out specifically a list of what had started
18   in the deal and then the changes in the deal at
19   a later part of the call?
20       MR. STERN:  Counsel, are you
21   suggesting that these notes are a reflexion
22   of the call with Mr. Seery?
23       MS. TAGGART:  That is what I'm asking.
24       A.   I don't really know whether these are
25   contemporaneous or not.  This looks like a

TSG Reporting - Worldwide    877-702-9580

Page 316

1        J. Seery
2  summary.  These are certainly -- this is
3  certainly information that I could have
4  discussed with him.  This is also information
5  that Sal would have had so he could have derived
6  this himself.
7        I just don't -- this doesn't have the
8  same, and I can't tell you why, what I'd say
9  dynamic nature of scribbling.  This looks more
10 organized than that call was.
11      Q.  Do you remember if there was a time
12 where Mr. Burian said anything to the effect of
13 just one more time could you just go through
14 what the deal used to be and the deal is now?
15      MR. STERN:  Objection to the form.
16      A.  I don't, I don't recollect.  Certainly
17 that would have been the kinds of things we
18 would have done in a pretty fast nature.
19      Q.  At the bottom of these notes on 38191,
20 I believe it says, "Over-the-counter derivatives
21 are not being taken."  Does that correspond to
22 anything, message that you conveyed to the
23 Committee?
24      MR. STERN:  Objection to the form.
25      A.  I don't recollect, but I don't think

Page 317

1        J. Seery
2  that OTC derivatives did trade.  I don't recall,
3  but I didn't think that they did.
4      Q.  Do you remember if you said anything
5  to the Committee on the question of
6  over-the-counter derivatives?
7      A.  That well could have been part of our
8  discussions at, you know, in that -- in that
9  call.  I just don't recall the specifics.
10      Q.  Was it your understanding as of
11 September 19 that over-the-counter derivatives
12 were not going to be taken by Barclays?
13      A.  My recollection is that they weren't
14 supposed to go because it was just hard to move
15 them.
16      Q.  Let's go back to the declaration part
17 of your declaration, so still 665, and I want to
18 ask you about a couple lines.  In paragraph 5,
19 the last sentence again says, "The notes
20 refreshed my recollection that I was very clear
21 in explaining that there was a $5 billion
22 difference between the marked value of the
23 assets and the Fed repo (which I believe was
24 $50.6 billion) and the amount advanced in the
25 Fed repo to purchase those assets (which I

Page 318

1        J. Seery
2  believe was $45.5 billion)."
3      A.  Yes.
4      Q.  Can you tell me, first of all, was --
5  what exactly did you convey to the Committee on
6  that topic?
7      A.  That -- I think I -- I thought we just
8  went through that, but that there was a $50.6
9  billion market value and that the amount
10 advanced was less than -- was certainly much
11 less than the market value of those -- those --
12 the marked value of those securities.
13      Q.  Was that your understanding on
14 September 19, that the Fed repo had a marked
15 value of $50.6 billion?
16      A.  Yes.
17      Q.  And was it your understanding that
18 that was $5 billion different from the amount
19 advanced for the Fed repo to purchase the
20 assets?
21      A.  Yes.
22      Q.  Was that information conveyed before
23 you put the Committee on hold and then came back
24 and said that part of the deal had changed?
25      A.  I believe so.  That was always part of

Page 319

1        J. Seery
2  the structure.
3      Q.  When you say you were very clear in
4  explaining, what makes you think -- say "very
5  clear"?
6      A.  He's got a space in his notes and he's
7  got "5 billion" written there all by itself.  It
8  doesn't look like a little scribble that he just
9  stumbled upon.
10      Q.  Separate from the notes, is there any
11 independent recollection that you have that
12 makes you think you were very clear in
13 explaining that there was a $5 billion
14 difference between the marked value of the
15 assets in the Fed repo and the amount being
16 paid?
17      A.  We had, and some of them are
18 subsequent discussions, we had a number of
19 discussions with the Committee, some of which I
20 remember very specifically, about the fact that
21 Barclays was going to get securities with a face
22 value, marked face value, in excess of the
23 amounts that they had advanced against those
24 positions.
25      Q.  Was that -- did you say anything more

Page 320

1              J. Seery
2  on the topic than you've testified before the
3  hearing on that topic?
4        MR. STERN:  Objection to the form.
5     A.  Did I say --
6     Q.  You said you had a number of
7  discussions with the Committee.  Any before the
8  September 19 hearing besides what we just talked
9  about?
10    A.  We had another discussion before this
11 call generally describing the deal and how it
12 would work in the board room at Lehman, and I
13 don't -- I don't recall the specifics, but that
14 was part of the trade.
15    Q.  Who from the Committee was part of
16 that meeting?
17    A.  Sal.  Tanya, whose last name escapes
18 me.  I don't recall if Brad Gear was there or
19 not.
20    Q.  And what do you remember being said
21 about the value of the Fed repo assets at that
22 meeting?
23    A.  I don't remember the specifics of
24 discussing the Fed repo assets at that time, but
25 you said if I had any recollection, I believe
TSG Reporting - Worldwide    877-702-9580

Page 321

1              J. Seery
2  that was part of our discussion.  I don't recall
3  the specifics.
4     Q.  And anything generally about the value
5  of the assets that were being conveyed as part
6  of taking over the Fed repo?
7     A.  Other than what I've already told you?
8     Q.  But now I'm moving to, it sounds like
9  there was a prior discussion in the board room?
10    A.  Right.
11    Q.  And you said that you had discussed
12 some issues related to this.  I want to know
13 what do you remember discussing about the value
14 of the assets being conveyed.
15    A.  I don't recall specific discussion
16 about the value of the assets conveyed, just
17 about the overall deal.
18    Q.  And what about, what, if anything, was
19 discussed on the question of $5 billion in any
20 way?
21    A.  At that --
22    Q.  At the early --
23    A.  I don't have a specific discussion of
24 values at that meeting.
25    Q.  Okay.  And was that meeting before or
TSG Reporting - Worldwide    877-702-9580

Page 322

1              J. Seery
2  after this investigation of the Lehman traders?
3     A.  Before.
4     Q.  Okay.  Then in paragraph 6 you say, "I
5  understand that a Committee representative
6  testified that he crossed out the notes
7  reflecting the original information describing
8  the repo because I told him the information and
9  structure of the repo portion of the sale
10 transaction had changed."
11       Did you tell Mr. Burian that the
12 information and structure of the repo portion of
13 the sale transaction had changed?
14    A.  Let me just see.
15       Yes, with respect to the short
16 positions, yes.
17    Q.  And then you say, you write in your
18 declaration at 6, paragraph 6, "My recollection
19 is that the primary information that had changed
20 was that Lehman's short positions had been
21 closed out and that the estimated actual value
22 of the Fed repo securities, as opposed to their
23 marked value, had fallen to approximately $45.5
24 billion."
25       When you came back to describe the
TSG Reporting - Worldwide    877-702-9580

Page 323

1              J. Seery
2  change of the deal, did you describe this
3  difference between actual value and marked
4  value?
5     A.  I think we talked about that
6  difference, you know, more clearly in the
7  beginning part of the discussion, and the second
8  part of the discussion was with respect to
9  the -- was more focused on the fact that the
10 shorts were closed out.
11    Q.  What do you mean by "marked value"?
12    A.  The marked value on our books which we
13 talked about with respect to 0070.
14    Q.  So you mean the marked to market value
15 that was on Lehman's books as of September 19?
16    A.  Yes.
17    Q.  What do you mean by "actual value"?
18    A.  What you could receive if you went and
19 sold them.
20    Q.  So when you refer to the "estimated
21 actual value," you mean the value that your
22 Lehman traders had estimated --
23    A.  The liquidation bid.
24    Q.  The liquidation if all of the
25 securities were sold very -- liquidated very
TSG Reporting - Worldwide    877-702-9580

Page 324

J. Seery

1  quickly by one buyer, right?
2
3      A.   No, not by one buyer.
4      Q.   What was -- you mean the discount that
5  would have to be given to a buyer if they
6  liquidated all of the securities quickly?
7      A.   It doesn't mean you have to find one
8  buyer to buy all the securities.
9      Q.   Fair enough. Maybe you better just
10  say it in your own words then. What did you
11  believe was reflected by the "estimated actual
12  value," as you described here, that corresponded
13  to $45.5 billion?
14      A.   I already said that that would be the
15  amount that we would be -- the discount that
16  would be required to have to sell those
17  securities in a relatively swift manner of time
18  considering the market conditions at the time.
19      Q.   Do you think that you described --
20      A.   My best --
21      Q.   -- that definition --
22      A.   I was just going to finish.
23          My belief would be if you were to find
24  one buyer, the discount would be a lot bigger
25  than that, much bigger than is reflected on this

TSG Reporting - Worldwide    877-702-9580

Page 325

J. Seery

1  sheet. It's just not a lot of people who could
2  show up with 50.6 billion, and in fact, the
3  facts bear that out because no one else showed
4  up with 50.6 billion, or anything close.
5      Q.   Fair enough. You mean that -- you
6  mean this wasn't if there was just one buyer, he
7  was going to buy all $50.6 billion?
8      A.   Correct. Or any one category.
9      Q.   And maybe, I mean -- the amount if one
10  seller sells all of the --
11      A.   Correct.
12      Q.   -- secured -- securities at a quick
13  rate?
14      A.   Correct.
15      Q.   Okay. Did you describe to the
16  Committee that definition of what you're calling
17  here is the actual value that corresponds to
18  $45.5 billion?
19      A.   I don't have a recollection of the
20  specific words and how that discussion evolved,
21  but my general recollection is that we talked
22  about the fact that the markets were where they
23  were and that if we were going to try to
24  liquidate these assets, we would end up with a
25

TSG Reporting - Worldwide    877-702-9580

Page 326

J. Seery

1  lower amount than our marked value.
2      Q.   Do you remember what, if anything,
3  anyone at the Committee said on that topic,
4  responded to that information?
5      A.   Not a very specific challenge. There
6  wasn't -- there wasn't a real argument about it.
7  I think it was almost axiomatic to them at the
8  time that, you know, if you tried to move this
9  quantity of securities into that market, you
10  would have had to take a discount.
11      Q.   Then you say, "However, I consistently
12  stressed to Committee representatives that the
13  $5 billion difference between the advanced
14  amount and the marked amount of securities
15  remained."
16          What do you mean by "consistently
17  stressed"?
18      A.   This is what I referred to just a few
19  minutes ago when we were talking there were a
20  number of conversations where we talked about
21  the fact that the amount advanced under the repo
22  was less than the face amount or marked amount
23  of the positions.
24          So, you know, if you were able to
25

TSG Reporting - Worldwide    877-702-9580

Page 327

J. Seery

1  achieve the full marked amount, Barclays was
2  buying those securities at a significant
3  discount.
4      Q.   Do you think that you used the words
5  that Barclays was buying these securities at a
6  discount?
7      A.   I don't recall. I mean, that's --
8  that's pretty typical nomenclature. It wasn't
9  set up as a discount. The fact of the matter
10  was that they advanced less than the market
11  value of those securities.
12          If the securities were worth less than
13  they were marked, then the difference would be
14  smaller. If they were worth more, then the
15  difference would be greater. But the Committee
16  was very aware, and we had specific discussions
17  that I recall, that this difference existed and
18  it was part of the deal.
19      Q.   Okay. Is there anything more on
20  September 19 that you remember discussing about
21  this $5 billion difference between the marked
22  and the advanced amount to the Committee that we
23  haven't talked about before?
24      MR. STERN: Objection to the form.
25

TSG Reporting - Worldwide    877-702-9580

Page 328

1          J. Seery
2      A.   Certain -- that's all from this call,
3  for sure.
4      Q.   Okay.  Since you say that there's a
5  number of times, what other times, besides this
6  call that we've discussed, did you tell the
7  Committee that Barclays was paying less than the
8  marked amount of the positions?
9      A.   I had discussions, and I don't recall
10 the specific conversations, but I do recall
11 generally discussions at the court about the
12 deal with Committee advisors, which would
13 include counsel as well as I believe Houlihan,
14 though I don't -- since I had this with other
15 one on the phone with Sal, I don't recall that
16 as specifically -- generally discussing the
17 deal.
18          It was not a secret that we felt from
19 a seller's perspective that this was a great
20 deal for Barclays and that they were buying the
21 franchise and the securities for a very good
22 price.
23     Q.   At the courthouse did you discuss this
24 issue of how Barclays was purchasing securities
25 for $5 billion less than their marked amount?

TSG Reporting - Worldwide    877-702-9580

Page 329

1          J. Seery
2      A.   I don't recall the specifics of that
3  discussion.
4      Q.   Tell me any other time besides that
5  call that that topic is mentioned, that you told
6  the Committee that there's a $5 billion
7  difference between what Barclays is paying and
8  the marked amount of the securities?
9      A.   On the 21st, on Sunday, we had a very
10 specific discussion regarding a number of issues
11 related to the transaction, including the
12 difference between -- I don't remember if we
13 talked about a specific dollar amount, but
14 including the difference between the amount that
15 was being advanced and the marked value of the
16 securities in the repo.
17     Q.   What specifically -- first, who did
18 you speak with at the Committee about this
19 difference between what Barclays was paying and
20 the marked amount of the securities?
21     A.   Mr. Burian and Mr. Fazio for sure were
22 there.  I don't recall who else was there.
23     Q.   What did you say about what was the
24 value of the securities that were being
25 transferred as part of the deal?

TSG Reporting - Worldwide    877-702-9580

Page 330

1          J. Seery
2      A.   My estimates of the numbers wouldn't
3  have changed.  I don't recall the specific
4  language discussed in terms of the value.  I do
5  recall very specifically that I was asked by
6  either Mr. Fazio or Mr. Burian why are we doing
7  this deal and I was also asked -- or, the
8  statement was, "We know this is not a great
9  deal.  Just tell us it's not that bad."
10     Q.   What do you remember saying about the
11 difference between the amount that Barclays was
12 paying and the value of the securities?
13     A.   My recollection is that we
14 consistently discussed the fact that the amount
15 advanced was considerably less than the marked
16 value and, you know, whether that marked value
17 was correct or not, if you had to liquidate, was
18 one question, or whether you would, if you held
19 it over time, you would do well or do worse.
20 And that was, you know, up to the buyer and how
21 they would deal with that, but we specifically
22 and consistently talked about that large
23 difference.
24     Q.   Let me show you a document that's
25 already been marked 461B, and --

TSG Reporting - Worldwide    877-702-9580

Page 331

1          J. Seery
2      MR. STERN:  This I don't believe is a
3  complete document.  There's a lengthy
4  spreadsheet in this exhibit, so this is --
5  this is only a portion of the exhibit.
6      MS. TAGGART:  Then let's mark this as
7  a different exhibit so that we have it.  So
8  let's mark this 667 what goes from
9  HLHZ11913 -- actually, then there's no Bates
10 numbers on the last two.  And the front one
11 is marked with an Exhibit 461B, but we're
12 going to refer to this now as Exhibit 667.
13     (Exhibit 667, a document bearing Bates
14 Nos. HLHZ0011913 with attachment, marked for
15 identification, as of this date.)
16     Q.   My question is if you recognize the
17 chart that is on the third page of this exhibit?
18     A.   I don't have any specific recollection
19 of those six or seven lines.
20     Q.   Do you remember anyone from the
21 Committee presenting you with a document that
22 had a number that listed a total under market
23 value of $49.9 billion, or around that?
24     A.   I don't recollect that, no.
25     Q.   Do you remember if you ever used the

TSG Reporting - Worldwide    877-702-9580

Page 332

J. Seery

1  J. Seery
2  word "stale marks" when you talked to the
3  Committee?
4      MR. STERN:  Objection to the form.
5      A.  I don't recall.
6      Q.  Did you say that -- what did you say
7  were the current Lehman marks for the amount of
8  securities that were being transferred?
9      A.  When?
10      Q.  When you spoke with Committee
11  representatives on September 21.
12      A.  My recollection is that they had come
13  from the 50.6 and had moved down below that.  I
14  don't remember the exact number.  I would have
15  to check my notes.
16      Q.  Did you convey either way whether the
17  Lehman marks were accurate?
18      A.  Not that I recall, other than the
19  previous discussion with respect to liquidation.
20      Q.  When, on September 21st, Committee
21  representatives came and discussed with you an
22  issue about the difference between the amount
23  being paid and a marked value, what specifically
24  did you say about why there was that difference?
25      MR. STERN:  Objection to the form.

TSG Reporting - Worldwide    877-702-9580

Page 333

J. Seery

1  J. Seery
2      A.  The very specific thing I do recall
3  saying is that is the deal and that is the only
4  deal and our options are to take this deal or
5  liquidate the company and these assets.
6      MR. STERN:  I think we're covering
7  ground that was covered in his initial
8  deposition.  I just want to note that for
9  the record.
10      Q.  Is there any other time that you
11  believe that you told the Committee that
12  Barclays was buying securities for substantially
13  less than the marked value?
14      A.  Other than the times that I have just
15  discussed?
16      Q.  Yes.
17      A.  I don't recall any other right now.
18      Q.  Okay.  We might get back to that but
19  let's go back to your declaration for now.
20      A.  I want to ask you something.
21      Q.  Yes.
22      A.  Because you showed me a document.  Is
23  this something I was supposed to have seen?
24      Q.  I believe that this is the summary
25  sheet of what is a large -- that are very large

TSG Reporting - Worldwide    877-702-9580

Page 334

J. Seery

1  J. Seery
2  spreadsheets that were circulated to the
3  Committee at least on September 21st, and we'll
4  do our best to see if we can get the
5  spreadsheets in their full forms that you might
6  remember better.
7      A.  Okay.
8      MR. STERN:  There was a complete
9  spreadsheet listing each and every security
10  that had been transferred to Barclays as a
11  part of the repo and this was at Weil.
12      THE WITNESS:  Okay.  I certainly --
13      MS. TAGGART:  I'm not sure I agree
14  with that description of it.
15      A.  -- received lots of documents and lots
16  of spreadsheets at Weil.
17      MR. STERN:  What part of that don't
18  you agree with?
19      MS. TAGGART:  I don't think that they
20  said -- I don't want to discuss it in front
21  of the witness.  You and I can discuss later
22  why I don't think that's accurate.
23      Q.  Let's turn back to September 19th and
24  your declaration.  After you say, "I
25  consistently stressed to Committee

TSG Reporting - Worldwide    877-702-9580

Page 335

J. Seery

1  J. Seery
2  representatives that the $5 billion difference
3  between the advanced amount and the marked
4  amount of securities remained," you say, "That
5  was the primary reason for my conversations with
6  them at the time."
7      What do you mean?  What was the
8  primary reason?
9      A.  The primary reason of that call was to
10  go through the changes in the deal and to make
11  sure they were aware of them before we went into
12  court.
13      Q.  You're not saying that the primary
14  reason that you talked to the Committee was to
15  tell them that Barclays was paying $5 billion
16  less than --
17      A.  No, the primary reason --
18      MR. STERN:  Wait.  Wait.  She didn't
19  finish the question.
20      Did you finish your question?
21      MS. TAGGART:  I can reask it.
22      Q.  You're not saying that the primary
23  reason for your conversations with the Committee
24  was to tell them that there was a $5 billion
25  difference between the advanced amount and the

TSG Reporting - Worldwide    877-702-9580

Page 336

1          **J. Seery**
2  marked value of the securities, are you?
3          MR. STERN:  You can answer.
4     A.    No, the primary reason for my
5  conversation was to explain -- was -- was --
6  maybe I didn't do this as artfully as I should
7  have.  The whole sequence on the top, we're
8  explaining the changes and had to walk them
9  through this transaction and why these changes
10  had been made.
11          Obviously, it was dynamic, as Sal's
12  notes reflect, and the call -- on the call it
13  changed even more, but I had to explain it to
14  them before the hearing so that we would have
15  the best chance of getting this deal done, and I
16  felt compelled to tell them about these changes
17  and emphasize that this was the transaction that
18  we could get done and there was no other
19  transaction.
20     Q.    Let's look on page 3 of your
21  declaration, paragraph 7.  It says, "The notes
22  also refreshed my recollection that Lehman
23  traders independently assessed the value of the
24  repo collateral under the stressed market
25  circumstances at that time and the assets that

Page 337

1          **J. Seery**
2  went to Barclays when Barclays replaced the
3  repo."
4          And are you referring in that sentence
5  to the project that Lehman traders undertook
6  earlier that day at your direction?
7     A.    Yes.
8          MR. STERN:  Just take your time and
9  read paragraph 7.
10          (Document review.)
11     A.    Okay.  I'm sorry, your question was?
12          MS. TAGGART:  Can you read it back?
13          MR. STERN:  I think you answered the
14  question.  I just wanted you to read the
15  whole paragraph.
16     Q.    So are you referring here to the
17  assessment or estimate that Lehman traders made
18  regarding their view as to the liquidation bid
19  of the assets if you sold to the full size and
20  what discount would have to go to buyers?
21          MR. STERN:  Objection to the form.
22     A.    I don't understand your question.
23     Q.    When you -- maybe you can tell me.
24  What was your understanding of the information
25  they were conveying, the Lehman traders, about

Page 338

1          **J. Seery**
2  the value of the Fed repo collateral that you're
3  referring to here in paragraph 7?
4     A.    Right.  I think I gave that a whole
5  bunch of times, but when I saw Burian's notes,
6  it reminded me that we had, meaning Lehman, had
7  undertaken to assess what the actual value was,
8  and I don't think I had recollected that
9  exercise that we have gone and described this
10  morning, and so my testimony I've already given
11  as to what that exercise was.
12     Q.    And when, again, when you refer to
13  actual value, you're talking about an estimate
14  of what the value would be if all of those
15  securities were liquidated at a --
16     A.    Liquidation.
17     Q.    Quickly and at once?
18     A.    Yes, a swift liquidation.  I don't
19  think we set up specific parameters.
20     Q.    Two sentences later you say, "The
21  Lehman traders indicated that the market value
22  of the Fed repo collateral was closer to $45.5
23  billion than the marked value of $50.6 billion."
24          And what do you mean here by "market
25  value"?

Page 339

1          **J. Seery**
2     A.    The liquidation value.  The amount you
3  would get if you sold it in the market.
4     Q.    Sold all the securities at once
5  quickly in the market, correct?
6     A.    Sold them in a swift fashion.  I don't
7  think I ever said sold them all at once.  We
8  didn't set up parameters to say, you know, you
9  got two hours to sell these, or bid, wanted and
10  comp.  We didn't do it that way.
11     Q.    It's the liquidation bid of the assets
12  if you sold it at a full size, including the
13  discount that would be given to buyers, right?
14          MR. STERN:  Objection to the form.
15     A.    The -- it would be the required
16  discount to move the full size to many buyers
17  over a relatively swift period of time.
18     Q.    Okay.  Let's go to Exhibit 666, which
19  has a number of your notes, and I want to ask
20  you about a few more of the pages that are in
21  those notes.  Let's go to what ends in 66.
22     A.    I just happen to be looking at it.
23     Q.    Are these your notes?
24     A.    They are.
25     Q.    When did you take them?

Page 340

1        **J. Seery**
2      A.   I took them on Sunday, the 21st.
3      **Q.   And were you speaking with someone at**
4  **the time that you took them?**
5      A.   I don't believe I was.  I think I
6  was -- I was listening.
7      **Q.   Whom were you listening to?**
8      A.   It was a room full of JPMorgan -- I
9  believe this is when I took them -- JPMorgan,
10  Barclays, Committee personnel and professionals.
11      **Q.   Are you sure that Committee personnel**
12  **were part of it?**
13      A.   I'm positive.
14      **Q.   Who?**
15      A.   Sal and Fazio.
16      **Q.   And about what part of the day of**
17  **September 21st?**
18      A.   I believe this was late afternoon to
19  evening.  Afternoon, and it may not have been
20  late afternoon.
21      **Q.   Who was conveying the information that**
22  **you were writing down?**
23      A.   I don't specifically recollect.  The
24  reason I think this large conference we had is that I had forgotten Pat
25  conference we had is that I had forgotten Pat
   TSG Reporting - Worldwide    877-702-9580

Page 341

1        J. Seery
2  Daniello's name and it just popped into my head
3  and so I wrote it down.  He was there as a
4  JPMorgan restructuring workout guy.
5      **Q.   Okay.  See if you can take through --**
6  **can you read for me what is the number on the**
7  **left-hand side of the first number that seems to**
8  **start with 4?**
9      A.   4.235.
10      **Q.   Do you know what that corresponds to?**
11      A.   Off the top of my head, no.
12      **Q.   I guess first read all the numbers**
13  **that go down to 7, and then I'm going to ask you**
14  **if you understand what any of that is referring**
15  **to?**
16      A.   28.4, 10.1, 4. -- about 42.7, 7
17  billion cash, 1.9, 44.6.
18      **Q.   Do you know what any of those numbers**
19  **refer to?**
20      A.   I don't know specifically.  I know
21  that I believe them to refer to are asset
22  values in the repo.
23      **Q.   And when you refer to asset values, do**
24  **you mean their marked value as on Lehman's**
25  **books?**
   TSG Reporting - Worldwide    877-702-9580

Page 342

1        **J. Seery**
2      A.   Yes, marked.
3      **Q.   And do you know what 44.6 then**
4  **represents?**
5      A.   I'm maybe going out on a limb here,
6  but I think that's 42.7 plus 1.9.
7      **Q.   Do you know what 42.7 represented?**
8      A.   That would be the sum of the numbers
9  above it.
10      **Q.   Do you know if 42.7 corresponds in any**
11  **way to what the value on Lehman's books was of**
12  **collateral that was going over to Barclays?**
13      A.   This was a discussion of what they
14  were actually getting overnight and what they
15  had received, so it may be slightly different
16  from some of the other numbers we had in the Fed
17  facility and we thought were being moved.  So
18  this is -- I don't know if this is what Barclays
19  said it was -- had received or what JP said it
20  had delivered.
21      **Q.   But was it your understanding on**
22  **September 21st that Barclays had received**
23  **securities that had a marked to market value at**
24  **that time of $42.7 billion?**
25      A.   It was my understanding that -- well,
   TSG Reporting - Worldwide    877-702-9580

Page 343

1        J. Seery
2  from these -- no, I don't recall specifically.
3  My notes reflect that someone at this meeting
4  said that that's what they got.
5      **Q.   And you don't remember who said that?**
6      A.   I don't recall.
7      **Q.   Do you know what the 7 billion cash**
8  **referred to?**
9      A.   The 7 billion cash was a dispute
10  related to the Racers and cash that was, from
11  JP's perspective, supposed to be advanced to it
12  in exchange for these other securities.
13      **Q.   Do you know what 1.9 corresponded to?**
14      A.   I used to.  I don't recall right now.
15      MR. STERN:  You said JP's perspective.
16      THE WITNESS:  Yes, JP's perspective,
17  yes.
18      I don't recall the 1.9 right now.
19      **Q.   And do you know what the 44.6 then**
20  **refers to?**
21      A.   Well, it's the sum of those 42.7
22  securities and the 1.9.  I just don't remember
23  what the 1.9 is right now.
24      **Q.   Do you know if the 44.6 was the marked**
25  **to market value of the securities that Barclays**
   TSG Reporting - Worldwide    877-702-9580

Page 344

1          **J. Seery**
2  was receiving under the deal?
3      A.   I don't really remember, but if you
4  look on the next page, then you get -- you get
5  some -- a little bit of light shed on that.
6      **Q.   Yes, what part of the next page sheds**
7  **light?**
8      A.   It's a little bit more detailed.  It's
9  the same, roughly the same numbers with some
10  explanation as to what they are.
11     **Q.   Could you walk through your notes on**
12  **67 to read out and explain what is being**
13  **conveyed?**
14     A.   Sure.  What I've written is 28.5, and
15  that is a category which I've written down as
16  being largely Fannie, Freddie, Farm Credit,
17  Ginnie, U.S. Treasury, Federal Home Loan Bank.
18  Those would be the types of securities that were
19  in that $28.5 billion number.
20         The 4.235 is corps, mixed, a lot of
21  the structured stuff.  It says "lot of," a lot
22  of structure.  That's what I would have meant,
23  structured to credit securities.  10.2 is listed
24  as corps, munis, majority of which is high
25  grade, and then 42.9 being the sum of those
          TSG Reporting - Worldwide    877-702-9580

Page 345

1                  J. Seery
2  numbers and it says "securities at Barclays."
3      **Q.   Does that, after reading that, do you**
4  **understand now what 42.935 represented?**
5      A.   Yes, the numbers are slightly
6  different and I'm sure this is just a further
7  reflection.  These notes came out of the same
8  notebook from the same meeting, so they are just
9  a reflection of more detail around some of these
10  securities.  I don't know who conveyed that
11  information to me.
12         And then it shows the 7 billion of
13  cash at JP in Barclays, which means it was
14  supposed to be in a Barclays account and
15  apparently wasn't.
16     **Q.   What does "8.55 security" refer to?**
17     A.   I believe that was the Racers, that's
18  my recollection, and what they expected to get
19  was that security -- or, what JP expected to get
20  was 7 billion in exchange for those securities,
21  and Barclays didn't take them.
22     **Q.   Okay.  There's some percentages that**
23  **are on the left.  Can you describe what those**
24  **are?**
25     A.   I'm assuming that those are
          TSG Reporting - Worldwide    877-702-9580

Page 346

1                  J. Seery
2  percentages of the total.
3      **Q.   The percentages that are allocated to**
4  **that category out of the total of what was**
5  **conveyed to Barclays?**
6      A.   Yes.
7      **Q.   And then on the upper right it says**
8  **"marks," and there's some indications under**
9  **that.  Do you know what that's referring to?**
10     A.   It looks -- I don't know for sure.  It
11  looks like a rough, quick haircut, and I'm not
12  sure if I'm making that haircut up or taking it
13  from the percentages that I received that we
14  discussed in 0070 or if I got that from
15  somewhere else.  I just don't recall.
16     **Q.   And what do you mean in this context**
17  **about a haircut?**
18     A.   Meaning that this would be an
19  additional mark against that market value to
20  reflect a haircut.
21     **Q.   So would you add that amount to come**
22  **up with the mark or would you take that down to**
23  **reflect the haircut for this liquidated value?**
24     A.   You would take that down to reflect
25  the haircut for the liquidated value.
          TSG Reporting - Worldwide    877-702-9580

Page 347

1                  J. Seery
2      **Q.   What about up at the top?  Start on**
3  **the left.  It says 45.53 and I think 84.9 to 91**
4  **percent?  Did I read that right?**
5      A.   It says 8 -- I think that says 84.91.
6      **Q.   What is that referring to?**
7      A.   I don't have a calculator in front me,
8  but somebody divide 45 by 53 and you might come
9  up with a number somewhere in that neighborhood.
10     **Q.   Do you know what the 45 is referring**
11  **to or the 53 is referring to?**
12     A.   My recollection is this would be
13  advanced amounts, and this is my own scribbling,
14  of amounts advanced versus market marked value
15  of the securities, and I don't -- I just don't
16  know why that one is 53 and why the other one is
17  46.
18     **Q.   Meaning that as of September 21st it**
19  **was your understanding there was an advanced**
20  **amount of 45 billion against securities that had**
21  **a marked value of $53 billion?**
22         MR. STERN:  Objection to the form.
23     A.   No.  No.  These are, you know, really
24  these are just quick scribbling notes to think
25  about what the percentage advanced against the
          TSG Reporting - Worldwide    877-702-9580

Page 348

1        J. Seery
2  whole was, and I don't know why I have 53 versus
3  46.  And as to -- in terms of the whole, 38 I'm
4  just going to surmise is 45 advanced minus 7 of
5  cash.  If they were fully protected in the cash,
6  then that would be the advanced amount against
7  that.
8      **Q.    By some calculation, though, the**
9  **number on the right, whether it's the 53 or the**
10 **46, refers to in billions of dollars the marked**
11 **value of the securities that Barclays was**
12 **receiving; is that your understanding?**
13         MR. STERN:  Objection to the form.
14     A.    My understanding, yes, my -- again,
15 these are quick notes that I don't really
16 have -- I haven't focused on, I really don't
17 remember, so I can't tell you why there's
18 differences, but 45 over 53 is advanced amount
19 versus marked amount.  38 over 64.6 is advanced
20 amount over marked amount without the 7 billion
21 of cash.
22     **Q.    Okay.  On the left-hand column below**
23 **the percentages, you have I think "49BN face**
24 **MV."  What does that refer to?**
25     A.    That's just my calculation of 42 plus

Page 349

1        J. Seery
2  7.
3      **Q.    What did you mean by "face MV"?**
4      A.    Market value.  So that's the marked
5  value of what we had, you know, in our books.
6  It's not face of the securities.  Face of the
7  securities normally is referred to as the amount
8  that is actually reflected on the -- on the --
9  on the debenture or on any note.  I'm talking
10 about what the face, meaning what Lehman's mark
11 is, not what it might be liquidated for.
12     **Q.    Meaning what Lehman's mark is for the**
13 **securities that are being conveyed to Barclays**
14 **in the deal?**
15     A.    Yes.  Yes.
16     **Q.    Then there's a line that says "43.5BN**
17 **value adjusted MV."  What does that refer to?**
18     A.    That's an adjusted market value of
19 that 49 billion.  I don't know where that comes
20 from.
21     **Q.    Do you know what "adjusted market**
22 **value" means?**
23     A.    Well, normally I would think of
24 "adjusted" as meaning the haircut, so an
25 additional haircut against that.  I can't -- I

Page 350

1        J. Seery
2  just don't recall where that -- where that
3  number came from.
4      **Q.    So you mean that 43.5 billion is**
5  **conveying the value that includes the haircut**
6  **that would come from the liquidation value of**
7  **the securities that would be transferred to**
8  **Barclays?**
9      A.    I think so, yes.
10     **Q.    And "45.0 advanced," is that the**
11 **amount advanced for those securities?**
12     A.    Yes.
13     **Q.    And I think you might have answered,**
14 **but do you know who gave you information that**
15 **the adjusted or liquidation value of those**
16 **securities of $43.5 billion?**
17     A.    I don't recall if that is, you know,
18 Barclays' position, meaning, you know, their
19 argument as to why they're worth less than the
20 marked value, or if that was somehow reflective
21 of the work we had done on Friday showing a
22 liquidation haircut.  I just don't remember.
23     **Q.    Under that it says "1.9 billion DTC**
24 **unencumbered"?**
25     A.    "Plus BONY."

Page 351

1        J. Seery
2      **Q.    Do you know what refers to?**
3      A.    There were $1.9 billion of securities,
4  and I forget what exactly they were right now --
5  I have listed here high grade corporates, some
6  U.S. Treasury -- that were at the DTC, and I
7  thought they were mortgage securities, but I
8  just don't recall, plus some amount at Bank of
9  New York that were in a separate clearing-type
10 box.
11     **Q.    Does that refresh your recollection at**
12 **all whether that was what you meant by 1.9 in**
13 **the notes that we saw of the September 19**
14 **conversation?**
15     A.    My guess is that's -- it's a bit
16 of a guess, so I apologize, but since we are at
17 a deposition, I'll do something I would never do
18 if I was advising a client.  Those numbers are
19 the same and they don't know up anywhere else,
20 so I'm going to guess they were the same,
21 meaning referring to the same thing.
22     **Q.    And then it says "plus 400 million**
23 **additional collateral."  Do you know what that**
24 **refers to?**
25     A.    I don't remember.

Page 352

J. Seery

1  
2    Q.    Then it says "45.4 value."  Do you
3  know what that refers to?
4    A.    I'm going to guess that's the 43.5
5  plus the 1.9 plus the 400.
6    Q.    When it says "value" there, is that
7  the marked to market value of those securities
8  as of that time?
9    A.    Well, it's a drop-down of the
10  immediately above number that said "adjusted
11  market value."  So it should -- it should
12  reflect that same adjustment since I'm just
13  adding numbers.
14    Q.    So, to confirm, 45.4 is not the marked
15  to market value of those securities as of
16  September 21st, right?
17    A.    This is the discounted amount as
18  opposed to the face marked amount.  So, just so
19  we're clear, what I've done in my recollection
20  here in going through this is I've said that the
21  face on this -- these securities is 42.9 plus 7
22  in cash.  Somehow either I or someone else has
23  said that's really only worth 43.5 adjusted if
24  you tried to do something with it today.  Add
25  1.9 billion, which doesn't have any adjustment,

TSG Reporting - Worldwide    877-702-9580

Page 353

J. Seery

1  
2  plus 400 additional, which doesn't seem to have
3  any adjustment, and I have a 45.4 of liquidation
4  value, if you will, today.  And I don't know if
5  it was my liquidation value, Barclays' argument,
6  or something JPMorgan said.  I just don't
7  remember.
8    Q.    If we had to come up with a total of
9  what the marked to market value was rather than
10  the liquidation value based on this information,
11  would you take the 49 billion that's listed on
12  the left, add the 1.9 billion of the
13  unencumbered, and then add the 400 million?
14    A.    I'd drop the cash and I would add -- I
15  would take the 42.9, I would add the 1.9, and I
16  would add the 400.
17    Q.    So let me say again.  In order to get
18  to the marked to market value of these
19  securities that were being conveyed to Barclays
20  as of September 21st, you would take 42.9
21  billion, 1.9 billion and 400 million; is that
22  right?
23    A.    Correct.
24    Q.    And I'm going to have to do it --
25    A.    45, 45.2.

TSG Reporting - Worldwide    877-702-9580

Page 354

J. Seery

1  
2    Q.    45.2.  And then if you were taking the
3  entire value that -- let me confirm.  So is it
4  your understanding that the marked to market
5  value of the securities that were being conveyed
6  to Barclays as of September 21st was $45.2
7  billion?
8    A.    The marked to market, meaning -- you
9  mean marked value or liquidation value?  We'll
10  just use those terms because it'll be easier.
11    Q.    Meaning the marked value as they
12  appeared on Lehman's books.  Well, I'll even
13  strike that.
14    Is it true that the marked value of
15  the securities that were being conveyed to
16  Barclays as of September 21st was $45.2 billion?
17    MR. STERN:  Objection to the form.
18    A.    These are just -- these are my notes
19  of a conversation, you know, I'm either -- I
20  don't think I'm just taking this off a sheet or
21  I would have just used the sheet.  I'm having a
22  discussion with someone where someone else is
23  conveying this information that the face amount
24  of the securities that Barclays got at that time
25  was 42.9.  That's what they had.

TSG Reporting - Worldwide    877-702-9580

Page 355

J. Seery

1  
2    I don't believe they yet had DTC
3  unencumbered because those would be at the DTC.
4  They wouldn't have had BONY because those would
5  be at BONY.  So they were advanced -- this tells
6  me they were advanced 45 against 43 of
7  securities, which probably made them a little
8  nervous.  They thought they had 7 billion in
9  cash sitting in an account at JP.
10    Q.    Let me just make sure.  We did
11  describe there was a $45.2, and that's what you
12  understood based on these notes --
13    A.    Correct.
14    Q.    -- if you wanted to find out the
15  marked value of the securities that were going
16  to be conveyed to Barclays as of September 21st?
17    MR. STERN:  Objection to the form.
18    A.    Based on these notes, the way I would
19  interpret it is that way, yes, 42.9 plus 1.9
20  plus 400.
21    Q.    In addition to that, it was your
22  understanding that Barclays was going to receive
23  $7 billion in cash, correct?
24    A.    I think they already thought they had
25  it.

TSG Reporting - Worldwide    877-702-9580

Page 356

J. Seery

1
2      Q.   But the $7 billion is not included in
3   the 45.2 of the value of securities, the marked
4   value we just went over, right?
5      A.   No, it is not, and that was part, that
6   was a big part of the discussion that these
7   notes were taken around because there was a
8   fight about the 7 billion.
9      Q.   Okay.  On the bottom we see a 47.4.
10  Do you know what that number refers to?
11     A.   No.  That adds another $2 billion.  I
12  don't recollect why -- why that -- I just don't
13  remember.
14     Q.   Okay.  And the 45.5 that's under that,
15  do you know what that's referring to?
16     A.   No, I don't.
17     Q.   Okay.  Okay.  Let's go back now to the
18  page that's 66 that it would shed light on.  Now
19  that we have looked at that, do you remember
20  what 44.6 on the left refers to?
21     A.   Let me just refer back to my other
22  discussion, that those are, you know, the
23  numbers are slightly different, so I just think
24  they reflect the same categories and the same
25  numbers.  The ones on 67 look like the same

TSG Reporting - Worldwide    877-702-9580

Page 357

J. Seery

1
2   numbers, but that -- strike that.  They're very
3   similar numbers, and it looks like there's a
4   little more refinement to some of them on page
5   67.
6      Q.   So is this some estimate that's
7   referring to the discounted liquidation value of
8   the securities that Barclays is receiving?
9      MR. STERN:  Objection to the form.
10     A.   I don't --
11     MR. STERN:  What's the "this"?  What
12  "this"?
13     Q.   The 44.6 that's reflected on page 66.
14     A.   I don't -- I don't recall.  I mean, if
15  you -- here it's 45.4 with the extra 400.  I
16  just, I don't recall why those are different.
17     Q.   Okay.  Let's look at near the bottom.
18  It says, "Barclays will advance 45.5 billion
19  plus 7.4 equals 52.9 billion advanced."  First,
20  did I read that right?
21     A.   Yes.
22     Q.   What does that refer to?
23     A.   Well, the 45.5 is the amount of cash
24  advanced.  I don't know what the 7.4 is.
25     Well, I do.  Right above it.  This is

TSG Reporting - Worldwide    877-702-9580

Page 358

J. Seery

1
2   what it looks like JP must -- I just don't
3   remember.  JP must have been asking for that
4   7 -- we called it 7 billion on the other page,
5   but 7.4 against the 8.55.
6      Q.   Okay.
7      A.   And 45 plus 8.55 is not 52.9.  It's
8   more like 53.1 that will be purchased.  So this
9   was -- this was a discussion really about how
10  to -- part of this discussion was how would you
11  resolve this whole issue of the securities being
12  delivered, and if you add up the various blocks
13  of securities, you would get a face value of 52
14  billion advanced versus a face value of 53.1
15  billion, assuming they took that Racers for 7.4
16  billion in cash.
17     Q.   So when it says under versus 53 --
18  maybe you better read it.  What does it say
19  under it?
20     A.   "53.1 billion of collateral that will
21  be purchased."
22     Q.   Was this -- describe what that
23  referred to.
24     A.   Remember, these are reflecting
25  discussions.  You've got JPMorgan in the room,

TSG Reporting - Worldwide    877-702-9580

Page 359

J. Seery

1
2   you've got the Committee in the room, you've got
3   Barclays in the room, and you've got Lehman in
4   the room, and part -- part of this meeting is to
5   resolve the dispute regarding what was being
6   transferred in and whether we could actually
7   close.
8      And my understanding was that the
9   Committee had a, you know, we had to get a deal,
10  if we were going to close this deal, we had to
11  get a deal done that night and we had to get it
12  done before the open.  Barclays had advanced,
13  you know, large sums of money, over $45 billion,
14  against a pool of collateral that they didn't
15  think they got the right securities back for.
16     The Committee had a veto over whatever
17  we came up with, meaning that if the Committee
18  didn't like the deal, we weren't going to get --
19  we weren't going to get closed and we would just
20  liquidate the company.
21     We sat down and these were
22  negotiations, and it was pretty heated between
23  JP and Barclays, and these -- my recollection
24  now, and it's a little bit -- it's just coming
25  back to me -- is that these are discussions

TSG Reporting - Worldwide    877-702-9580

Page 360

1         J. Seery
2  about how we could resolve it.
3         I don't believe that this is how it
4  was resolved, because in fact I know for certain
5  that the issue with respect to the 7 billion,
6  you know, went on for a long time after that and
7  wasn't resolved between Barclays and JP until
8  then.  And I know for certain that the Racer
9  securities stayed at JP until the recently
10 agreed upon settlement where they're going back
11 to the estate.
12     Q.   Okay.  The very bottom of that note
13 that's on page 66 I think says "no
14 exchange-traded derivatives"; is that right?
15     A.   That's right.
16     Q.   And what does that refer to?
17     A.   That's just that those would not -- my
18 recollection is that those weren't part of the
19 deal; they weren't going to trade.
20     Q.   Now I want you to look at, going back
21 to way at the beginning of these notes, let's
22 start with page 2, and do you recognize these
23 notes at page 2?
24     A.   I'm sorry, page 2 of?
25     Q.   Yes.  I'm sorry.  I'm going to -- it's
      TSG Reporting - Worldwide    877-702-9580

Page 361

1         J. Seery
2  still in Exhibit 666, but now way at the
3  beginning.  Yes.
4     A.   They are notes from the inside of a
5  manila folder.
6     Q.   Are they your notes?
7     A.   They are my notes.
8     Q.   When did you take them?
9     A.   I don't know.
10     Q.   Do you know if it was before or after
11 the close?
12     A.   I'm relatively certain it's before the
13 close.
14     Q.   Do you know if it was before or after
15 the September 19th sale hearing?
16     A.   I don't know.  I'm assuming it's
17 after, but I don't know.
18     Q.   Could you walk me through reading what
19 it says and your best memory of what that's
20 reflected?
21     A.   "Balance 50.6 billion."  Right next to
22 it it says "financing 45.5," right next to it it
23 says "Barclays value 43.3," and next to that
24 says "close.  Bridge of what BarCap is
25 financing.  What changed and why.  Chris
      TSG Reporting - Worldwide    877-702-9580

Page 362

1         J. Seery
2  O'Meara."
3     Q.   Okay.  Let's start with that.  What do
4  you think is -- first of all, do you know where
5  this information came from?
6     A.   I don't recollect where it came from.
7  Certainly these are numbers that we've bandied
8  about this morning and elsewhere, so ...
9     Q.   And do you know whether this is
10 information as of before or after the sale
11 hearing?
12     A.   I believe this is right around the
13 time, so whether it actually occurred in the
14 morning of the 19th, whether it occurred after
15 the, you know, morning of the 19th and the
16 late night after the hearing was over, you know,
17 well into the night, the 20th or the 21st, I
18 don't exactly recall whether it was, you know,
19 but it's in and around these times.
20     Q.   What does the 50.6 billion refer to?
21     A.   That was the -- that's the number we
22 talked about before.  This was the face value
23 of the Fed facility, the -- what we called -- not
24 face.  It's the marked value of the Fed
25 facility.
      TSG Reporting - Worldwide    877-702-9580

Page 363

1         J. Seery
2     Q.   So does this reflect again the marked
3  value of the securities that were part of the
4  federal facility was $50.6 billion?
5     A.   That's what I believe it is, yes.
6     Q.   And what does "financing 45.5" refer
7  to?
8     A.   That would be the amount advanced
9  against that facility.
10     Q.   Is it your understanding today that
11 they financed 45.5?
12     A.   I don't have a specific understanding
13 other than what I'm seeing in my notes.
14     Q.   And what's "Barclays' value 43.3"
15 refer to?
16     A.   I believe that's what they thought the
17 value of the securities was.
18     Q.   Do you know how you learned that?
19     A.   I don't.  I would have gotten it from
20 someone at Barclays.  I'm sure it wasn't just
21 made up.
22     Q.   Do you know at all how that was
23 derived?
24     A.   No, I don't.
25     Q.   Do you have an opinion sitting here
      TSG Reporting - Worldwide    877-702-9580

Page 364

**J. Seery**

1
2 **today whether that's an accurate value or not an**
3 **accurate value?**
4       MR. STERN: Objection to the form.
5       A.   I -- I don't have -- you know, our --
6 I know that our view of what the liquidation
7 amount would be would be higher than that
8 amount.  So it's in the neighborhood, but
9 that's -- that seems on the low side.
10      **Q.   Do you know whether the Barclays value**
11 **there reflected their understanding of the**
12 **liquidation value if you sold all of the assets**
13 **at once on that market in a relatively short**
14 **time?**
15      A.   I don't.  My assumption is that that's
16 what they would do because that's what anybody
17 sitting in their seat would do.
18      **Q.   You mean "would do" would calculate,**
19 **or would actually do with the securities?**
20      A.   Would calculate, because you're --
21 what I don't think most people ever understand
22 is nobody goes long $45 billion of securities in
23 the whole in the market with no hedges.  It's
24 quite insane.
25      **Q.   What do you mean by "nobody goes long**

TSG Reporting - Worldwide    877-702-9580

Page 365

**J. Seery**

1
2 **45 billion of securities in the whole in the**
3 **market"?**
4      A.   No one else in the world showed up for
5 this trade.  The Fed, Federal Reserve of New
6 York, operating, you know, as basically an arm
7 of the Treasury at that point, was unwilling to
8 hold these securities with that advance.  It was
9 a lot of money and security values were moving
10 wildly.
11      So they went long.  They bought this
12 pool in a repo and they had a marked value of
13 50.6.  These notes reflect, and I think that
14 they were right, that they advanced about 45.5
15 against it, and they were nervous and thought
16 they only had 43.3 of value.
17      Now, whether that was their
18 negotiating value or that was their real
19 liquidation value or something else, that is
20 lower than we thought, but it's not crazy out of
21 the realm of possibility.
22      **Q.   Do you know if the actual -- if the**
23 **securities that were pledged as part of the Fed**
24 **portfolio had gone down in value that week,**
25 **however you discuss it?**

TSG Reporting - Worldwide    877-702-9580

Page 366

**J. Seery**

1
2      A.   My recollection is that they did go
3 down in value.  Certain of them might have been
4 flat to up.  Short-dated treasuries I'm sure
5 would have been flat to up a little bit, but I
6 think that generally they went down.
7      **Q.   Where did --**
8      A.   We looked at it.
9      **Q.   -- you receive that information from?**
10      A.   You just asked me what I thought, and
11 I didn't receive it from anywhere other than my
12 knowledge of the market at the time.
13      **Q.   Did you do any research to find out**
14 **whether the securities that were part of the Fed**
15 **repo had gone down in value?**
16      A.   At that time?  No, they were --
17      **Q.   Yes.**
18      A.   -- marked consistently, so I don't
19 remember if they went, you know, specific
20 securities went up or down.  I know the whole
21 pool went down.  I don't know if that's because
22 the market value went down or because they were
23 liquidated.
24      **Q.   What pool do you mean?**
25      A.   We started the discussion earlier

TSG Reporting - Worldwide    877-702-9580

Page 367

J. Seery

1
2 where, at the beginning of the week, the assets
3 that were going to be traded to Barclays were a
4 lot more than they were at the end of the week,
5 and I don't think it was because treasuries
6 dropped 40 percent.  I think it's because a lot
7 was liquidated, but there could be market value
8 changes as well in that size reduction of the
9 assets.
10      **Q.   Did you ever tell anybody at the**
11 **Committee that the value of the securities that**
12 **were being transferred had gone down over time?**
13      A.   I don't -- I don't recollect saying it
14 exactly that way.  We certainly talked about the
15 value of the securities, the risk in the market
16 and the reduction.  Certain of the securities
17 would have fallen, you know, significantly.
18 They were down already.  They would have gotten
19 crushed during that week.
20      **Q.   Do you remember if you told Committee**
21 **members that certain of the securities had gone**
22 **down in value?**
23      A.   I don't remember the specific
24 discussion.  I would be surprised if I didn't,
25 and they would have known that anyway.

TSG Reporting - Worldwide    877-702-9580

1              J. Seery
2      Q.   And you're taking that from kind of
3  your general understanding of the marketplace?
4      A.   Yes.
5      Q.   Do you have any actual information
6  about any specific security going from some
7  position to another position over this time?
8      A.   Do I -- no, I don't have it at my
9  fingertips, no, I don't have any of that.
10     Q.   Let's go back to your notes that are
11  on page 2.
12          Who is Chris O'Meara?
13     A.   He was previously the CFO at Lehman,
14  and at this time I don't recall if he was
15  treasurer or what his exact title was.
16     Q.   Did you have a communication with him
17  regarding this?
18     A.   I don't recollect.  I talk to Chris
19  relatively frequently.
20     Q.   Did you ever get any answer on the
21  topic of the bridge of what BarCap is financing,
22  what changed, and why?
23     A.   Providing a bridge, no, I don't recall
24  getting one.
25     Q.   And on the left under "50.6 billion,"

TSG Reporting - Worldwide    877-702-9580

1              J. Seery
2  I think it says "excluded assets 50 percent 2 to
3  5M" something.  Do you know what that refers to?
4      A.   I don't.  I just -- I'm assuming
5  that's something in the contract is an excluded
6  asset.  It says 2 to 5 and I don't know if
7  that's million or just an M.  It's an M with
8  something else after it.  I can't tell.
9      Q.   Do you know what the numbers are --
10  can you read what's under that?
11     A.   It says "4.8 billion marks.  3.5 on
12  longs.  1.3 on shorts."
13     Q.   Do you know what that refers to?
14     A.   I don't.  I'm -- I'm assuming -- I can
15  make an assumption that it shows a mark to the
16  portfolio that would reduce the marked value,
17  and I don't know if that was -- comes out of the
18  50.6 or if it -- or if it was before we got to
19  the 50.6.
20     Q.   Let's go to page 3, and let's take a
21  look at your original for this.  So I'm -- so
22  I'm just showing you the original of what we
23  have as JS-LB-BANKR3.
24          Can you read the first three lines and
25  then tell me what that represents?

TSG Reporting - Worldwide    877-702-9580

1              J. Seery
2      A.   It says, "Sell long and short book."
3  Then it's -- the crossed out section is dash --
4  if I had -- I would be guessing right now.  I
5  would have to really spend some time to figure
6  out what that says.  There's a section that's
7  crossed out, and then there's a dash "45.5 long,
8  subject to 45.5 repo, no shorts."
9      Q.   Do you know when -- are these your
10  notes?
11     A.   These are definitely.  That's my
12  handwriting.
13     Q.   Do you know when you took them?
14     A.   I don't.
15     Q.   Do you know who was giving you this
16  information?
17     A.   No, I don't recall.
18     Q.   Do you know if this is after the time
19  that you had Lehman traders do an estimation of
20  the liquidation haircut value?
21     A.   I don't know.
22     Q.   And do you know what -- if the 45.5
23  long that's discussed here is referring to that
24  liquidation discount value that comes out of
25  that information from Lehman traders?

TSG Reporting - Worldwide    877-702-9580

1              J. Seery
2      A.   I don't know.  It's darn close to the
3  numbers reflected on these other notes, but I
4  just don't know.
5      Q.   I want to skip ahead to -- it's now
6  kind of at the end of this packet that's still
7  Exhibit 666, and I want to go to the numbers
8  that end in 68.
9          Who's Steven Cohen?
10     A.   I don't know.  It says Alvarez &
11  Marsal.  I don't know.  It must have met him.
12     Q.   Are these your notes?
13     A.   They are.
14     Q.   Do you know when you took them?
15     A.   It was in the same time period.  If
16  you give me the original, I'll tell you when it
17  was.
18          (Document handed.)
19     A.   Should be in order.  I believe these
20  were -- I believe these were before the meeting
21  on the 21st.  I don't know if they were that day
22  or they were -- or they were, you know, a day or
23  two before, but they were before -- at least
24  before everybody showed up in that big meeting.
25     Q.   Under it it says, "Where is the

TSG Reporting - Worldwide    877-702-9580

Page 372

1          **J. Seery**
2   schedule?"  **Do you know what that refers to?**
3      A.   I just know what it says, which is I'm
4   trying to find out where the schedule is.  I'm
5   taking notes for myself, I assume.
6      Q.   **Do you know if you gave a schedule to**
7   **Mr. Cohen?**
8      A.   To whom?
9      Q.   **I think Steven Cohen?**
10     A.   Oh, I just don't recollect Steven
11  Cohen.  Probably a very nice guy, but ...
12     Q.   **Now that we have a larger exhibit, I**
13  **want to return to a question that I had earlier.**
14  **So let me -- I'm going to give you what is the**
15  **full amount of 461B, and that includes the**
16  **summary that you have seen and then is a large**
17  **schedule, and my question is whether you**
18  **recognize the attachment?**
19     A.   What's the redaction?
20     Q.   **It's an attorney-client communication**
21  **between -- I don't have it in front of me, but**
22  **probably Milbank and --**
23     A.   It's Milbank to Fazio.  It's just
24  awfully hard to figure stuff out when it's
25  redacted.
          TSG Reporting - Worldwide     877-702-9580

Page 373

1               J. Seery
2      This looks like our typical run of
3   assets.
4      Q.   **Do you remember discussing this**
5   **particular exhibit at all with anybody on --**
6   **before the closing?**
7      A.   The answer is no, and there's a very
8   good reason for that is that when you get a lot
9   of these all the time, they look the same.
10     Q.   **Do you know whether the numbers in**
11  **that schedule reflect Lehman's marks as of**
12  **September 19th?**
13     A.   I really don't know, and -- and, you
14  know, to be not defensive, but maybe slightly
15  fair, there's got to be 20,000 line items in
16  here.  I don't know, I have no idea whether
17  these are good numbers or not.
18     Q.   **Do you remember discussing anything**
19  **about that exhibit with anybody at the**
20  **Committee?**
21     A.   I don't recall this specific exhibit
22  or whether this was one that we used during
23  those discussions.
24     Q.   **Do you remember if you had, at any**
25  **time before the closing, an accurate list of the**
          TSG Reporting - Worldwide     877-702-9580

Page 374

1          **J. Seery**
2   **securities that were going to be transferred to**
3   **Barclays?**
4      A.   I certainly had lists that were
5   produced to me by Lehman personnel.  I never
6   went through in any detail the line items in any
7   of those lists.
8      Q.   **And did you know if you had a list**
9   **that included the marked value as of September**
10  **21 of all the securities that were going to**
11  **Barclays?**
12     A.   I believe I did.  I don't recollect it
13  specifically and I would not have gone through
14  the list.  I would have taken the summary of the
15  values.
16     Q.   **And do you know -- there is a summary**
17  **of the values.  I think it's probably the same**
18  **that you have seen before, but I'm just going to**
19  **ask again.  Do you know one way or another**
20  **whether that number that's listed as the total**
21  **is the correct up-to-date value on Lehman's**
22  **books of the marked to market value of the**
23  **securities being transferred to Barclays?**
24     A.   And my eyes aren't as good as they
25  used to be, but that 49 billion and change --
          TSG Reporting - Worldwide     877-702-9580

Page 375

1               J. Seery
2      Q.   **Yes.**
3      A.   -- I don't know whether that is a good
4   market value, a dated market value.  I just have
5   no way of knowing.
6      Q.   **Okay.  You were at the hearing on**
7   **September 19th, right?**
8      A.   Yes, I was.
9      Q.   **I just have a question about one part,**
10  **and I'm going to show you part of the transcript**
11  **just --**
12     A.   If you want to just, since we're --
13  I've got to do some work today, but I want to
14  just check one thing.
15         MR. STERN:  Does this relate to the
16  declaration or any of the documents that Mr.
17  Seery produced?
18         MS. TAGGART:  It relates to the
19  declaration, the information, and the new
20  refreshed recollection that came out today.
21     A.   These are -- these are very close to
22  the numbers that I just read to you.  Right?
23  So, you know, those are -- those are numbers
24  that reflect, I believe, from my notes before,
25  which had a lot of detail on them, Lehman's
          TSG Reporting - Worldwide     877-702-9580

Page 376

1        J. Seery
2 marked value.  Right?  That's what I believe
3 they are.
4    Q.  Do you know whether you knew at the
5 time whether that --
6    A.  I have --
7    Q.  Hold on.
8       -- whether that schedule reflected the
9 current and accurate Lehman marks of the
10 securities that were going to be transferred to
11 Barclays?
12    A.  My -- my belief is that you just
13 showed me, you know, an inch and a quarter,
14 two-inch piece of -- stack of paper.  We had
15 gone through in some detail on 067 what my notes
16 from the time reflect and what I believe those
17 notes today and my memory to be, and those
18 numbers are almost spot-on to the numbers that
19 you gave me from the -- purport to be a summary
20 of the two-inch stack of paper.
21       So I think these are Lehman's marked
22 value from that day, but do I know whether it's
23 accurate?  No.  Do I know who Anne Kamensky is
24 or Brian Kelly?  No, they're not people who I
25 ever dealt with nor had any relationship to
        TSG Reporting - Worldwide    877-702-9580

Page 377

1        J. Seery
2 Lehman Brothers other than as attorneys.
3       MR. STERN:  Before we get to the next
4 document, can we take a quick break?
5       MS. TAGGART:  Yes.
6       THE VIDEOGRAPHER:  This concludes tape
7 number 2 in the videotaped deposition of
8 James Seery.  The time is 11:38.  We are now
9 off the record.
10       (Recess.)
11       THE VIDEOGRAPHER:  This begins tape
12 number 3 of the videotaped deposition of
13 James Seery.  The time is 11:43 A.M.  We're
14 now on the record.
15 BY MS. TAGGART:
16    Q.  I'd like you to look back at your
17 notes, so that's Exhibit 666, and in particular,
18 the page that ends in JS-LB-BANKR45.  It looks
19 like this -- and it's probably worth us finding
20 the originals, which we can try to help you
21 with.
22       MR. STERN:  I'll look.  This is
23 Spruce.
24    A.  45, you said?
25    Q.  Yes.  Could you walk through your
        TSG Reporting - Worldwide    877-702-9580

Page 378

1        J. Seery
2 notes that are at the bottom, read them, and
3 then, to the best of your recollection, say what
4 you believe they represent?
5    A.  It says "43.3 billion for 50.6
6 billion," and that's in a box.  Then it says "5
7 billion," dash, "50 percent."  "1 billion Pine."
8 "300 Golden Gate."  "2 and a half billion
9 non-agency mortgages," with a sub arrow under it
10 that says "1.25 was supposed to be" -- it
11 doesn't say.  "1 billion CDO/CDS."  "1 billion
12 ABS other."
13       And then on the other side, there's a
14 little brackets or a little graph columns, says,
15 "45 billion OTH.  4.8 billion mark."
16    Q.  Do you know when you wrote these
17 notes?
18    A.  I don't.
19    Q.  Do you know where this information
20 came from?
21    A.  I don't recollect now, but these
22 numbers are similar to what we talked about
23 before.
24    Q.  Do you know what "43.3 billion for
25 50.6 billion" refers to?
        TSG Reporting - Worldwide    877-702-9580

Page 379

1        J. Seery
2    A.  I don't recollect right now.
3    Q.  And do you know what "5 billion, 50
4 percent" refers to?
5    A.  I don't.  It looks like those numbers
6 below it somehow add up to 5 billion.  I don't
7 know what the 50 percent recollection is.
8    Q.  And what about the "50 billion other
9 for the 8 billion"?
10    A.  You mean "45 billion, other 4.8
11 billion."
12    Q.  Yes.  I'm sorry.
13    A.  "Mark."
14       Yes, I don't recollect what that is.
15       MS. TAGGART:  Let's mark as the next
16 Exhibit 668 excerpts from the transcript of
17 the September 19 hearing.
18       (Exhibit 668, excerpts from the
19 transcript of the September 19 hearing,
20 marked for identification, as of this date.)
21    A.  Okay.
22    Q.  I want to draw your attention to page
23 109, starting at line 19, and this is an excerpt
24 from Bart McDade's testimony.
25    A.  I'm sorry, 109?
        TSG Reporting - Worldwide    877-702-9580

Page 380

1          J. Seery
2     Q.   Yes.
3     A.   Okay.
4     Q.   And I'm just going to read out loud a
5  few sentences. Starting on page 109, line 19,
6  there's a question to Bart McDade:
7     "Q   Does Lehman have any valuations,
8  internal valuations of any of the assets that
9  are being transferred to Barclays?
10    "A   Absolutely. There are many complex
11  securities involved, many different models that
12  we use to evaluate those securities.
13    "Q   And so, sir, is it your testimony
14  then that a valuation was conducted within
15  Lehman of all of the assets that are being
16  transferred to Barclays? When was that
17  conducted?
18    "A   Portfolio moved during the week, but
19  that was conducted all last evening. All
20  through and up to the arrangement, the
21  agreement today."
22        Do you know what valuation Mr. McDade
23  is referring to?
24    A.   I don't know specifically what he's
25  referring to, no.
TSG Reporting - Worldwide    877-702-9580

Page 381

1          J. Seery
2     Q.   Generally?
3     A.   That Lehman continued to value its
4  securities using models or market and did that
5  all the way up through the closing, or up to the
6  hearing.
7     Q.   Okay. That's all my questions. Oh,
8  hold on.
9        Oh, I'm sorry, I do have another. Go
10  to page 126 of this same one. This is also part
11  of Bart McDade's testimony, and I'm starting at
12  page 126, line 21:
13    "Q   Did you do an audit of the -- I'm
14  sorry, has an audit been accomplished of the
15  securities that are to be transferred to
16  Barclays under the proposed transactions?
17    "A   If you mean an audit by external
18  valuation process?
19    "Q   By identification of the securities.
20    "A   Absolutely. Line-by-line."
21        Do you know what "this audit," what
22  he's referring to?
23    A.   I think -- I don't -- I mean, I don't
24  know what Bart's saying here other than we have
25  a line-by-line identification of the securities.
TSG Reporting - Worldwide    877-702-9580

Page 382

1          J. Seery
2     Q.   Have you seen a document before
3  September -- before this hearing that was a
4  line-by-line identification of the securities?
5     A.   Sure.
6     Q.   Did you see one that had an external
7  valuation process?
8     A.   No. I don't think he's testifying to
9  that, but you guys can read into it whatever you
10  like.
11    Q.   What did you see that you believe is
12  an identification line-by-line of the
13  securities?
14    A.   For example, you just showed me one.
15    Q.   So you saw spreadsheets like the one
16  that was 461B that's here, you had seen things
17  like that?
18    A.   Yes, those are -- those are, you know,
19  just to be clear, they're not -- spreadsheets is
20  one thing. It's sort of an Excel-made
21  spreadsheet. These are derived from a
22  particularized systems that monitor the
23  securities.
24    Q.   Do you know of any external valuation
25  process that Mr. McDade might be referring to?
TSG Reporting - Worldwide    877-702-9580

Page 383

1          J. Seery
2     A.   I don't think he's referring to an
3  external valuation process.
4     Q.   What was your understanding when you
5  were there listening about what he was referring
6  to in his testimony?
7     A.   I think he's telling -- he's saying
8  that we valued them line-by-line every day. And
9  he asked the question, you mean an external
10  audit? And they say, whoever is the questioner
11  says "by identification of the securities."
12  Sure, we have line-by-line.
13    Q.   And you think he's referring to the
14  line-by-line, the marked to market valuations
15  that Lehman does for securities every day?
16        MR. STERN:  Objection to the form.
17    A.   I'm not in Bart's head, but that's
18  what he seems to be saying to me.
19        MS. TAGGART:  Okay. I'm done. I'm
20  going to turn it over to Mr. Mills.
21        MR. STERN:  Carl, you think you have
22  about 20 minutes?
23        MR. MILLS:  Or less.
24        MR. STERN:  Okay.
25  EXAMINATION BY
TSG Reporting - Worldwide    877-702-9580

Page 384

```
 1              J. Seery
 2  MR. MILLS:
 3      Q.  Good morning, Mr. Seery.  My name is
 4  Carl Mills.  I'm from Hughes, Hubbard & Reed,
 5  and as I said, we represent the SIPA Trustee,
 6  James W. Giddens, and I just have a couple of
 7  questions for you.
 8          I'd like to turn first to Exhibit 665
 9  of your declaration, and specifically paragraph
10  6.
11      A.  Yes.
12      Q.  It begins, "I understand that a
13  Committee representative testified that he
14  crossed out the notes reflecting the original
15  information describing the repo because I told
16  him the information and structure of the repo
17  portion of the sale transaction had changed."
18          Did I read that correctly?
19      A.  I'm not going to critique your
20  reading.  If those are the words, those are the
21  words.  I didn't read along with you, so...
22      Q.  The question is, in addition to the
23  repo portion of the sale transaction, as of
24  Friday, September 19, what other portions of the
25  sale transaction did you understand existed?
```

TSG Reporting - Worldwide    877-702-9580

Page 385

```
 1              J. Seery
 2          MR. STERN:  Objection to the form.
 3      A.  What other portions of the sale
 4  transaction that I understand existed?
 5      Q.  Right.  You referred to --
 6      A.  A lot.  A lot existed.
 7      Q.  Any other major portions?
 8          MR. STERN:  Objection to the form.
 9      A.  There were major portions, yes.  Lots
10  existed.
11      Q.  Can you describe them?
12      A.  I've spent two days --
13          MR. STERN:  Objection.
14      A.  -- doing that.  I mean, there's a
15  whole big giant transaction that we talked
16  about.  That's what we're litigating about.
17      Q.  Did the sale transaction, as you
18  understood it, on Friday, September 19, include
19  the transfer of exchange-traded derivatives to
20  Barclays?
21      A.  The repo never included
22  exchange-traded derivatives because they're
23  exchange-traded items that weren't repos.
24      Q.  And outside the repo portion of the
25  sale transaction?
```

TSG Reporting - Worldwide    877-702-9580

Page 386

```
 1              J. Seery
 2      A.  That hadn't changed, to my knowledge.
 3      Q.  And had it originally, the sale
 4  transaction, included exchange-traded
 5  derivatives being transferred to Barclays?
 6      A.  My recollection is it was originally
 7  in the deal, and I don't know whether it
 8  actually transferred or not.
 9      Q.  Turning to Exhibit 666, and
10  specifically page 000066.
11      A.  You want me to look at 66 of 666?
12      Q.  66 of 666.
13      A.  Okay.
14      Q.  There's a notation towards the bottom
15  that appears to say "no exchange-traded
16  derivatives"?
17      A.  "Are part of this calculation," that's
18  correct.
19      Q.  Okay.  So that's not referring to
20  whether exchange-traded derivatives were
21  included in the deal generally?
22      A.  Not to my recollection.  I don't have
23  a good -- I honestly don't have a good
24  recollection of the exchange-traded derivatives
25  and how much they were, how much -- how much
```

TSG Reporting - Worldwide    877-702-9580

Page 387

```
 1              J. Seery
 2  they were involved.  I know they weren't part of
 3  the repo.
 4      Q.  Do you recall discussing
 5  exchange-traded derivatives with anyone on
 6  Sunday, September 21st?
 7      A.  Not in any detail, no.
 8      Q.  Do you recall discussing whether
 9  margin held to secure exchange-traded
10  derivatives was included in the sale
11  transaction?
12      A.  Not at all.
13      Q.  Going back to Friday, September --
14          MR. STERN:  "Not at all," you don't
15  recall?
16          THE WITNESS:  I don't recall having
17  any discussions, you know, regarding that.
18          MR. STERN:  Okay.  I think this is
19  going beyond the scope of his declaration
20  and his notes, but continue.  We'll see how
21  it goes.
22      Q.  Going back to Friday, September 19,
23  and other portions of the sale transaction, was
24  it your understanding that the sale transaction
25  included the transfer to Barclays of assets held
```

TSG Reporting - Worldwide    877-702-9580

Page 388

1    **J. Seery**
2    by LBI pursuant to Rule 15c3?
3        A.   My --
4        MR. STERN:   Objection to the form.
5        A.   My recollection is that we included
6    those assets and but I don't recall whether they
7    were actually transferable, and my recollection,
8    which is a little vague, is that we included
9    them to the extent that they could be
10   transferred without representing whether they
11   could or could not be transferred.
12       Q.   When you say that "we included them,"
13   what do you mean?
14       A.   Lehman Brothers.
15       Q.   And was that reflected in any writing
16   as of Friday, September 19th?
17       A.   I don't recollect.  What I do -- my
18   recollection is that they were among the
19   additional assets that we tried to include from
20   the Friday morning discussions where Barclays
21   was concerned about the collateral they were
22   receiving versus the amount they advanced, and I
23   think there was a discussion, and I am not a
24   15c3 -- I'm not even barely knowledgeable, but I
25   don't know if we had any view, clear view, as to

TSG Reporting - Worldwide    877-702-9580

Page 389

1    **J. Seery**
2    whether those were transferable or not.
3        Q.   And any assets that LBI held pursuant
4    to Rule 15c3 that were going to be transferred
5    to Barclays would be in addition to the repo
6    collateral that Barclays was receiving?
7        A.   That's correct.  That's right.
8        Q.   And would the same be true of
9    exchange-traded derivatives, would those be in
10   addition to repo collateral?
11       A.   I didn't have a discussion about
12   those.  They were separate from the repo, for
13   sure.
14       Q.   At any time prior to the sale hearing
15   on Friday, September 19th, did you have any
16   discussion with any representatives of the
17   trustee?
18       A.   Which?  Giddens?
19       Q.   Correct.
20       A.   I talked to James Giddens.
21       Q.   On Friday, September 19th?
22       A.   Yes.
23       Q.   And what did you discuss with Mr.
24   Giddens?
25       A.   Just generally, very quickly the case,

TSG Reporting - Worldwide    877-702-9580

Page 390

1               J. Seery
2    what we were doing, how we were moving forward,
3    what needed to get done, appreciated his help
4    and told him we were wide open to give him any
5    information he wanted either that day or over
6    the weekend or going forward.
7        Q.   Did you explain to him the terms of
8    the sale transaction?
9        A.   I don't know if -- I don't recollect
10   if I did or if he already knew them and had
11   gotten a summary.
12       Q.   Did you speak with anyone else
13   representing the trustee on the 19th?
14       A.   Some of your partners at Hughes
15   Hubbard.  I don't recall who.
16       Q.   Did you speak to anyone representing
17   the trustee at the sale hearing on Friday,
18   September 19th?
19       A.   I would be surprised if I didn't at
20   least say hello.  I don't recollect it because
21   Giddens wasn't by himself.
22       Q.   Did you discuss any of the terms of
23   the sale transaction during the sale hearing on
24   Friday, September 19th?
25       A.   No.

TSG Reporting - Worldwide    877-702-9580

Page 391

1               J. Seery
2        With?
3        Q.   With any representatives of the
4    trustee.
5        A.   In a direct conversation, not that I
6    recollect.
7        Q.   Do you recall that representatives of
8    the trustee were at Weil Gotshal on Sunday,
9    September 21st?
10       A.   I don't remember them being there, no.
11       Q.   Do you recall -- you don't remember
12   them being there?
13       A.   No.  I don't remember them not being
14   there either.
15       Q.   So you don't recall having any
16   discussions with any representatives of the
17   trustee on Sunday, September 21st?
18       A.   No, I don't.
19       Q.   Do you recall as of Friday, September
20   19, prior to the sale hearing, whether you
21   understood that cash would be transferred to
22   Barclays as part of the sale transaction?
23       MR. STERN:   Objection to the form.
24       A.   I don't -- I don't recollect any
25   discussions about cash other than the 7 billion

TSG Reporting - Worldwide    877-702-9580

Page 392

1        J. Seery
2  cash that was in dispute between Barclays and
3  JP.
4      Q.   Turning back to Exhibit 665, your
5  declaration, and the notes attached thereto?
6      A.   Yes.
7      Q.   Specifically, the page that's
8  Bates-numbered HLHZ0038190.
9          MR. STERN:  These are the Burian
10  notes?
11      A.   Yes.
12      Q.   Do you recall discussing during your
13  call with the Committee whether cash would be
14  transferred to Barclays as part of the sale
15  transaction?
16          MR. STERN:  Objection to the form.
17      A.   I don't specifically recall, but the
18  notes certainly reflect it.  I just don't
19  remember a discussion of cash.
20      Q.   When you say "the notes certainly
21  reflect it"?
22      A.   Sal's notes of our conversation -- I'm
23  taking his notes, which is a little bit of a
24  guess, that this is a summary of our
25  conversation, and so he shows the changes and

Page 393

1        J. Seery
2  says no cash.  So I -- I don't -- I don't
3  recollect discussing cash as part of this
4  transaction at all.
5      Q.   With the Committee?
6      A.   With anybody.
7      Q.   Do you recall whether your
8  understanding with respect to whether cash was
9  included in the sale transaction changed at any
10  time prior to the closing?
11          MR. STERN:  Objection to the form.
12          (Continued on the next page to include
13  the jurat.)
14
15
16
17
18
19
20
21
22
23
24
25

Page 394

1        J. Seery
2      A.   I just don't, I don't -- I can't say
3  it changed or didn't change because I don't
4  recollect having a discussion of cash.  It's
5  usually a pretty straightforward part of a sale
6  transaction so it requires no discussion.  It's
7  either included or it's not, and I've never seen
8  cash sold at a discount.
9          MR. MILLS:  I have nothing further.
10  Thank you.
11          MR. STERN:  Okay.
12          THE WITNESS:  Thanks.
13          THE VIDEOGRAPHER:  This concludes tape
14  number 3 of the videotaped deposition of
15  James Seery.  The time is 12:02 P.M.  We're
16  now off the record.
17              oOo
18
19          _____
20
21          JAMES SEERY
22
23  Subscribed and sworn to
    before me this    day
    of      2010.
24
25  _____

Page 395

1        J. Seery
2        CERTIFICATE
3  STATE OF NEW YORK )
            : ss
4  COUNTY OF NEW YORK)
5      I, Kathy S. Klepfer, a Registered
6  Merit Reporter and Notary Public within and
7  for the State of New York, do hereby
8  certify:
9      That JAMES SEERY, the witness whose
10  deposition is herein before set forth, was
11  duly sworn by me and that such deposition is
12  a true record of the testimony given by such
13  witness.
14      I further certify that I am not
15  related to any of the parties to this action
16  by blood or marriage and that I am in no way
17  interested in the outcome of this matter.
18      I further certify that neither the
19  deponent nor a party requested a review of
20  the transcript pursuant to Federal Rule of
21  Civil Procedure 30(e) before the deposition
22  was completed.
23      In witness whereof, I have hereunto
24  set my hand this 3rd day of March, 2010.
25      ------------------------------

Page 396

```
1                    J. Seery
2                    INDEX
3   TESTIMONY OF J. SEERY:                PAGE
4   Examination by Ms. Taggart  ................  228
5   Examination by Mr. Mills   ................  383
6
7   EXHIBITS:                        PAGE
8   Exhibit 665, Declaration of James Seery     234
9   Exhibit 666, a document bearing Bates Nos.     269
10  JS-LB-BANKR000001 through 70
11  Exhibit 667, a document bearing Bates Nos.     331
12  HLHZ0011913 with attachment
13  Exhibit 668, excerpts from the transcript     379
14  of the September 19 hearing
15
16
17
18
19
20
21
22
23
24
25
```

TSG Reporting - Worldwide    877-702-9580

Page 397

```
1                    J. Seery
2   NAME OF CASE:  In re:  Lehman Brothers Holdings
3   DATE OF DEPOSITION:  March 3, 2010
4   NAME OF WITNESS:  James Seery
5   Reason Codes:
6     1. To clarify the record.
      2. To conform to the facts.
7     3. To correct transcription errors.
8   Page _____ Line _____ Reason _____
    From _____ to _____
9
    Page _____ Line _____ Reason _____
10  From _____ to _____
11  Page _____ Line _____ Reason _____
    From _____ to _____
12
    Page _____ Line _____ Reason _____
13  From _____ to _____
14  Page _____ Line _____ Reason _____
    From _____ to _____
15
    Page _____ Line _____ Reason _____
16  From _____ to _____
17  Page _____ Line _____ Reason _____
    From _____ to _____
18
    Page _____ Line _____ Reason _____
19  From _____ to _____
20  Page _____ Line _____ Reason _____
    From _____ to _____
21
    Page _____ Line _____ Reason _____
22  From _____ to _____
23  Page _____ Line _____ Reason _____
    From _____ to _____
24
25  _____
```

TSG Reporting - Worldwide    877-702-9580

**A**

**ability (2)**
249:17 250:10
**able (7)**
237:12 243:3 257:21
281:14 291:10
292:4 326:25
**ABN (1)**
250:3
**ABS (1)**
378:12
**absolutely (3)**
235:4 380:10 381:20
**accomplished (1)**
381:14
**account (2)**
345:14 355:9
**accurate (17)**
235:5 246:4,8,19
247:3,15 251:7,13
254:16,25 332:17
334:22 364:2,3
373:25 376:9,23
**achieve (2)**
243:3 327:2
**action (1)**
395:15
**active (1)**
241:8
**actively (1)**
241:11
**actual (12)**
250:19 263:24 322:21
323:3,17,21 324:11
325:18 338:7,13
365:22 368:5
**add (9)**
346:21 352:24 353:12
353:13,14,15,16
358:12 379:6
**added (1)**
233:18
**adding (1)**
352:13
**addition (5)**
262:24 355:21 384:22
389:5,10
**additional (9)**
290:23,24 301:13,14
346:19 349:25
351:23 353:2
388:19
**adds (1)**
356:11
**adjusted (7)**
349:17,18,21,24
350:15 352:10,23
**adjustment (3)**

352:12,25 353:3
**Administered (1)**
223:8
**advance (2)**
357:18 365:8
**advanced (35)**
236:9 237:5 239:20
317:24 318:10,19
319:23 326:14,22
327:11,23 329:15
330:15 335:3,25
343:11 347:13,14
347:19,25 348:4,6
348:18,19 350:10
350:11 355:5,6
357:19,24 358:14
359:12 363:8
365:14 388:22
**advising (1)**
351:18
**advisors (1)**
328:12
**afternoon (3)**
340:18,19,20
**agencies (2)**
274:4,8
**agency (3)**
272:24 274:2,12
**aggregate (5)**
242:5 245:14 270:18
277:21 283:11
**ago (3)**
280:12 287:15 326:20
**agree (2)**
334:13,18
**agreed (2)**
312:17 360:10
**agreement (2)**
297:25 380:21
**ahead (2)**
304:20 371:5
**akin (1)**
297:23
**al (2)**
223:8 227:6
**Alex (20)**
236:22 239:11 247:5
247:11,13 254:15
258:6 262:2,3
265:22 282:8,13
284:7,13 285:11
293:9,13 294:4
296:12 298:17
**Alex's (1)**
237:10 295:9
**allocated (1)**
346:3
**alternative (1)**
291:20

**Alvarez (1)**
371:10
**amount (59)**
229:10 236:9 264:2
277:25 278:12
288:14 297:16,17
303:3,12 304:3
306:22 317:24
318:9,18 319:15
324:15 325:10
326:2,15,15,22,23
326:23 327:2,23
328:8,25 329:8,13
329:14,20 330:11
330:14 332:7,22
335:3,4,25 339:2
346:21 347:20
348:6,18,19,20,20
349:7 350:11 351:8
352:17,18 354:23
357:23 363:8 364:7
364:8 372:15
388:22
**amounts (5)**
265:11 298:10 319:23
347:13,14
**amplified (1)**
233:17
**Amro (1)**
250:3
**analysis (2)**
264:21 265:21
**analysts (1)**
255:23
**Angeles (1)**
225:19
**Anne (1)**
376:23
**answer (7)**
252:22 265:4 304:6
309:3 336:3 368:20
373:7
**answered (3)**
288:6 337:13 350:13
**anybody (23)**
243:8 245:12 249:20
262:13 264:22
265:14 266:10
270:3 284:23 285:2
285:20,25 288:4
289:11 292:7,14
293:5 305:13
364:16 367:10
373:5,19 393:6
**anymore (1)**
313:15
**anyway (1)**
367:25
**apologize (3)**

**apparently (1)**
345:15
**appear (1)**
314:2
**appeared (1)**
354:12
**appears (2)**
304:13 386:15
**applicable (1)**
311:13
**apply (3)**
268:5 278:6 303:8
**appraisal (1)**
308:5
**appreciate (1)**
310:14
**appreciated (1)**
390:3
**appropriate (9)**
238:13 240:18 258:10
279:12,17 281:12
282:24 284:8
290:11
**approval (1)**
235:18
**approximately (7)**
227:11 229:8,12
230:23 231:12
284:10 322:23
**Archstone (2)**
243:23 244:7
**argue (1)**
243:18
**argument (4)**
248:14 326:7 350:19
353:5
**arguments (2)**
246:16 293:18
**arm (1)**
365:6
**arrangement (1)**
380:20
**arrive (1)**
305:4
**arrow (1)**
378:9
**artfully (1)**
336:6
**ascertainable (1)**
251:21
**Asia (1)**
238:8
**aside (1)**
250:14
**asked (11)**
259:24 270:3 280:12
292:5 293:20 302:7

**312:13 330:5,7**
366:10 383:9
**asking (5)**
267:20 269:24 310:12
315:23 358:3
**assemble (1)**
275:19
**assess (1)**
338:7
**assessed (1)**
336:23
**assessment (1)**
337:17
**asset (11)**
243:21 252:6,8,10,11
272:18 297:25
298:8 341:21,23
369:6
**assets (64)**
236:8,10 239:23
243:17,23 248:10
252:23 258:22
259:9,14,16,21,21
260:3 263:15,25
264:5 265:16 266:4
272:6,7 273:22
276:7 277:24
279:13 281:6
285:17 290:13,15
290:23,24 292:9,16
293:8 294:7 297:22
300:8,17 309:11
317:23,25 318:20
319:15 320:21,24
321:5,14,16 325:25
333:5 336:25
337:19 339:11
364:12 367:2,9
369:2 373:3 380:8
380:15 387:25
388:6,19 389:3
**assign (1)**
259:16
**assignment (1)**
295:21
**associate (1)**
232:2
**associated (1)**
245:14
**association (1)**
227:15
**assume (6)**
231:20 256:3 277:18
309:12 312:16
372:5
**assumed (1)**
292:24
**assuming (5)**
345:25 358:15 361:16

369:4,14
**assumption (3)**
291:23 364:15 369:15
**assumptions (3)**
254:11,12 255:24
**assure (1)**
257:19
**attached (7)**
234:7 235:25 236:4
297:25 299:2
307:16 392:5
**attachment (3)**
331:14 372:18 396:12
**attention (1)**
379:22
**attorney (1)**
230:25
**attorneys (5)**
225:5,11,17 226:6
377:2
**attorney-client (1)**
372:20
**audit (5)**
381:13,14,17,21
383:10
**augment (1)**
236:19
**available (1)**
298:20
**Avenue (3)**
224:7 225:12 227:10
**aware (3)**
286:24 327:17 335:11
**awfully (2)**
278:3 372:24
**axiomatic (1)**
326:8
**A.M (6)**
227:12 261:15,18
294:15,20 377:13

———————
**B**
———————
**back (55)**
230:20 247:14 250:10
251:5 259:10,11
261:20 265:24
268:10,13,14 270:5
271:13 274:18
275:15,24 276:5
277:22 279:16
281:16 282:4,18,23
298:12 302:2,16
307:15 311:4,4,21
311:23 312:3,23
313:7,11,13 314:11
317:16 318:23
322:25 333:18,19
334:23 337:12
356:17,21 359:15

359:25 360:10,20
368:10 377:16
387:13,22 392:4
**bad (1)**
330:9
**balance (3)**
297:24,24 361:21
**bandied (1)**
362:7
**Bank (2)**
344:17 351:8
**Bankruptcy (2)**
223:2 227:7
**BarCap (2)**
361:24 368:21
**Barclays (152)**
225:11 228:5,22
229:3,7,13,20 230:4
230:17,24 231:9,21
231:25 236:25
237:5,13,16,16
238:5,10,21,23,24
239:2,14,23 241:22
242:7,10,20 243:6,8
244:20,22,24
245:12,16,22
246:11,18 247:16
247:23 248:4,15
249:5,21 250:16,24
251:5 252:21 253:8
253:14 254:16,24
256:9,18 257:3,3,16
257:18,25 259:17
263:22 264:22
266:10,15 267:22
271:5 280:16
284:17 285:24,25
286:6,25 287:16
289:25 290:11,19
291:9 293:18
297:15 300:18
301:4,9,12,15
308:18 309:5
312:17 317:12
319:21 327:2,6
328:7,20,24 329:7
329:19 330:11
333:12 334:10
335:15 337:2,2
340:10 342:12,18
342:22 343:25
345:2,13,14,21
346:5 348:11
349:13 350:8,18
353:5,19 354:6,16
354:24 355:16,22
357:8,18 359:3,12
359:23 360:7
361:23 363:14,20

364:10 367:3 374:3
374:11,23 376:11
380:9,16 381:16
385:20 386:5
387:25 388:20
389:5,6 391:22
392:2,14
**Barclays/Lehman (1)**
232:4
**barely (1)**
388:24
**bargained (1)**
239:24
**Barry (17)**
258:6 262:2,5 264:2
265:20 282:11
283:3,4 284:7 285:7
285:12 289:16
291:6,12 292:18,19
293:19
**Bart (21)**
239:10 247:6,20,22
248:2,6,22 286:8,15
286:19,24 287:3,6
288:2,8,12,15
289:16 379:24
380:6 381:11
**Bart's (2)**
381:24 383:17
**based (12)**
252:5,12,12,13,14
255:24 275:16
285:16 305:7
353:10 355:12,18
**basically (3)**
239:16 312:18 365:6
**basics (1)**
257:22
**basis (5)**
239:21 240:7 248:12
251:24 284:23
**Bates (8)**
269:15 271:7 302:5
302:13 331:9,13
396:9,11
**Bates-numbered (1)**
392:8
**Battery (1)**
226:7
**bear (1)**
325:4
**bearing (4)**
269:15 331:13 396:9
396:11
**beginning (8)**
297:14 299:25 302:19
307:19 323:7
360:21 361:3 367:2
**begins (4)**

227:2 294:18 377:11
384:12
**behalf (2)**
228:2 289:12
**behold (1)**
300:13
**belief (3)**
300:6 324:23 376:12
**believe (72)**
231:15 232:7 238:24
241:16,17 242:9
245:9 253:16,25
254:3 255:7,9 268:9
268:24 270:18
271:20,23 272:2,6
272:15 274:15
276:19 279:19
280:3,22 284:6
289:3 291:24
292:23 294:4
295:13,23 296:2,3
296:11 297:11,23
298:9 299:9,12
300:21 301:6
302:19 308:14
316:20 317:23
318:2,25 320:25
324:11 328:13
331:2 333:11,24
340:5,9,18 341:21
345:17 355:2 360:3
362:12 363:5,16
371:19,20 374:12
375:24 376:2,16
378:4 382:11
**believed (6)**
236:8,11 244:25
251:6 253:13
273:16
**benefit (2)**
254:6 309:3
**best (16)**
235:5 239:12 248:18
249:18 263:6 273:6
284:20 296:14,25
299:7 300:14
324:20 334:4
336:15 361:19
378:3
**better (7)**
239:23 247:9 291:19
303:21 324:9 334:6
358:18
**bet-the-house (1)**
249:22
**beyond (1)**
387:19
**bid (20)**
248:13 250:3,5

258:10 260:5
263:14 264:5,20
265:16 273:22
276:6 277:24
279:13 308:22
309:7,10 323:23
337:18 339:9,11
**big (3)**
356:6 371:24 385:15
**bigger (2)**
324:24,25
**bill (2)**
230:10,11
**billion (111)**
236:6,9,11 242:9
246:11 247:4,17
248:11 258:24
265:2 274:14 284:5
284:10 285:11
289:7 297:12 300:9
300:22 303:5 306:7
307:25 309:14
310:3 313:18
317:21,24 318:2,9
318:15,18 319:7,13
321:19 322:24
324:13 325:3,5,8,19
326:14 327:22
328:25 329:6
331:23 335:2,15,24
338:23,23 341:17
342:24 343:7,9
344:19 345:12,20
347:20,21 348:20
349:19 350:4,16,23
351:3 352:25
353:11,12,21,21
354:7,16 355:8,23
356:2,8,11 357:18
357:19 358:4,14,15
358:16,20 359:13
360:5 361:21
362:20 363:4
364:22 365:2
368:25 369:11
374:25 378:5,6,7,7
378:8,11,11,15,15
378:24,25 379:3,6,8
379:9,10,11 391:25
**billions (1)**
348:10
**bill-1 (1)**
284:5
**bit (10)**
250:7 251:25 252:10
303:15 344:5,8
351:15 359:24
366:5 392:23
**blank (1)**

233:25
**blocks (1)**
358:12
**blood (1)**
395:16
**board (2)**
320:12 321:9
**Bob (2)**
237:20 255:8
**Boies (2)**
225:10 228:4
**BONY (3)**
350:25 355:4,5
**book (4)**
266:8 312:8,21 370:2
**books (12)**
273:8,10,15 300:16
  300:24 323:12,15
  341:25 342:11
  349:5 354:12
  374:22
**borne (2)**
258:19,20
**bottom (8)**
277:20 315:4 316:19
  356:9 357:17
  360:12 378:2
  386:14
**bought (1)**
365:11
**box (3)**
277:2 351:10 378:6
**brackets (1)**
378:14
**Brad (1)**
320:18
**break (3)**
294:12 314:22 377:4
**Brian (1)**
376:24
**bridge (3)**
361:24 368:21,23
**broad (4)**
257:6 269:5 297:23
  298:3
**Brothers (9)**
223:7 225:5 227:6
  230:18 236:23
  237:12 377:2
  388:14 397:2
**build (2)**
255:17,18
**Building (1)**
236:23
**built (3)**
256:4,5 264:21
**bunch (1)**
338:5

**Burian (12)**
232:8 235:22 236:17
  237:8 296:2 299:13
  302:10 316:12
  322:11 329:21
  330:6 392:9
**Burian's (5)**
232:11 314:2,16
  315:15 338:5
**business (7)**
248:17 249:6,24
  250:10 251:2
  252:24 262:20
**buy (4)**
255:14 308:17 324:8
  325:8
**buyer (11)**
276:8 279:18 303:10
  304:2 324:2,3,5,8
  324:24 325:7
  330:20
**buyers (7)**
263:17 273:21 277:23
  279:12 337:20
  339:13,16
**buying (7)**
248:16 249:5 312:8
  327:3,6 328:20
  333:12

---

### C

**C (2)**
225:2 226:3
**calculate (2)**
364:18,20
**calculation (6)**
275:16 304:12,24
  348:8,25 386:17
**calculations (1)**
304:22
**calculator (2)**
304:18 347:7
**calculus (1)**
275:6
**calendar (1)**
233:25
**California (1)**
225:19
**call (51)**
231:18,19 244:18
  295:3,13,14,19,19
  295:20,24,25 296:3
  296:4,6,10,16,17,24
  297:19 298:6,7,14
  298:16 299:15,25
  300:4 302:20
  306:13,14,15,21,25
  307:5,9,16,19
  314:22 315:11,16

315:19,22 316:10
317:9 320:11 328:2
328:6 329:5 335:9
336:12,12 392:13
**called (5)**
228:9 231:20 269:3
  358:4 362:23
**calling (1)**
325:17
**calls (2)**
246:21 295:5
**Capital (2)**
225:11 228:5
**career (1)**
255:22
**Carl (4)**
226:9 227:25 383:21
  384:4
**case (7)**
223:7 227:8 230:18
  231:10 233:21
  389:25 397:2
**cash (24)**
341:17 343:7,9,10
  345:13 348:5,5,21
  352:22 353:14
  355:9,23 357:23
  358:16 391:21,25
  392:2,13,19 393:2,3
  393:8 394:4,8
**cash-generation (1)**
249:17
**categories (13)**
242:23 244:12 259:21
  269:9 270:14 272:5
  272:7,17,19 297:22
  298:3,8 356:24
**category (7)**
249:3 259:9 260:2
  300:5 325:9 344:15
  346:4
**category-by-catego...**
287:24
**CDO (2)**
244:12 262:19
**CDO/CDS (1)**
378:11
**certain (14)**
232:6 238:19 239:6
  240:13 242:3 266:4
  277:25 328:2 360:4
  360:8 361:12 366:3
  367:16,21
**certainly (36)**
231:5 233:17,17
  234:23 239:2 242:2
  243:11 247:5,5,22
  248:12 253:22
  254:19 255:4 265:9

266:23 282:8
283:23 284:16
288:19 289:15,22
290:9 291:6 292:2
292:18 316:2,3,16
318:10 334:12
362:7 367:14 374:4
392:18,20
**CERTIFICATE (1)**
395:2
**Certified (2)**
224:10,11
**certify (3)**
395:8,14,18
**cetera (1)**
287:18
**CFO (1)**
368:13
**challenge (1)**
326:6
**challenges (1)**
258:2
**chance (1)**
336:15
**change (5)**
257:24 312:6 323:2
  374:25 394:3
**changed (17)**
228:19 237:24 241:5
  298:10 313:9
  318:24 322:10,13
  322:19 330:3
  336:13 361:25
  368:22 384:17
  386:2 393:9 394:3
**changes (25)**
237:11 238:2 296:18
  296:22,25 297:7
  298:2,5,8 299:11
  301:14,14 307:21
  310:16,24 311:3,5
  313:12 315:18
  335:10 336:8,9,16
  367:8 392:25
**Chapter (2)**
223:6 291:20
**charge (1)**
272:23
**chart (3)**
279:5,6 331:17
**cheap (2)**
250:22 251:2
**check (4)**
246:7,17 332:15
  375:14
**Chris (3)**
361:25 368:12,18
**chuckle (1)**
271:2

circulate (1)
259:10
**circulated (1)**
334:2
**circumstances (1)**
336:25
**Civil (1)**
395:21
**claim (2)**
242:15 286:25
**claimed (1)**
240:10
**clarify (1)**
397:6
**classes (1)**
243:25
**clear (11)**
236:6 260:10,13
  261:4 317:20 319:3
  319:5,12 352:19
  382:19 388:25
**clearer (1)**
276:23
**clearing-type (1)**
351:9
**clearly (1)**
323:6
**client (1)**
351:18
**close (10)**
239:21 291:11 325:5
  359:7,10 361:11,13
  361:24 371:2
  375:21
**closed (8)**
238:17 239:10 290:22
  311:14 312:15
  322:21 323:10
  359:19
**closer (1)**
338:22
**closes (1)**
229:23
**closing (4)**
373:6,25 381:5
  393:10
**CLR (1)**
223:24
**coach (1)**
269:25
**coaching (1)**
261:6
**Codes (1)**
397:5
**Cohen (4)**
371:9 372:7,9,11
**collateral (37)**
238:7,22,25 239:15

240:2,5,19 241:15
242:7,12 244:25
247:4,16,24 248:5
248:23 253:12,18
256:19 257:4 258:5
258:11,15 272:13
277:13 280:17
290:13 336:24
338:2,22 342:12
351:23 358:20
359:14 388:21
389:6,10
**collateralized (3)**
253:19 301:4,8
**collaterals (1)**
283:11
**column (2)**
276:11 348:22
**columns (2)**
276:14 378:14
**combination (1)**
280:9
**combine (1)**
270:16
**come (28)**
231:8 245:15 251:16
252:5 259:10,10
265:24 268:5,10
270:17 275:17,18
275:20 277:11
279:11 285:24
287:5 297:11
303:22 310:15
311:4,21,23 332:12
346:21 347:8 350:6
353:8
**comes (4)**
278:7 349:19 369:17
370:24
**coming (8)**
278:11 281:21 297:4
298:12,18 301:9
310:25 359:24
**Committee (61)**
225:17 227:21 232:22
235:16 236:17
237:7 294:25
295:15,20 296:3,4
296:18 300:7 301:7
302:20 305:14
306:3 307:20
310:24 314:5,10
315:6,11 316:23
317:5 318:5,23
319:19 320:7,15
322:5 325:17 326:4
326:13 327:16,23
328:7,12 329:6,18
331:21 332:3,10,20

333:11 334:3,25
335:14,23 340:10
340:11 359:2,9,16
359:17 367:11,20
373:20 384:13
392:13 393:5
**communicate (1)**
268:22
**communication (3)**
256:23 368:16 372:20
**comp (2)**
308:4 339:10
**company (4)**
291:21 292:4 333:5
359:20
**comparables (1)**
252:12
**compare (2)**
254:11,12
**compelled (1)**
336:16
**compensation (3)**
229:19,20,25
**complete (2)**
331:3 334:8
**completed (1)**
395:22
**complex (1)**
380:10
**compressed (1)**
254:4
**computer (2)**
255:11 278:18
**concern (1)**
264:19
**concerned (1)**
388:21
**concerning (1)**
257:3
**concerns (4)**
243:9 244:20 247:23
248:4
**concludes (3)**
294:13 377:6 394:13
**conditions (1)**
324:18
**conducted (3)**
380:14,17,19
**conference (1)**
340:25
**confidence (1)**
253:5
**confirm (3)**
244:19 352:14 354:3
**conform (1)**
397:6
**conjunction (1)**
258:3

**connection (1)**
233:21
**consensus (1)**
249:5
**conservative (1)**
282:20
**consider (2)**
264:10,16
**considerably (1)**
330:15
**considered (2)**
281:12 287:16
**considering (1)**
324:18
**consistently (6)**
326:12,17 330:14,22
334:25 366:18
**contact (2)**
230:24 259:6
**contemplated (2)**
300:8,17
**contemporaneous (1)**
315:25
**contention (1)**
242:11
**context (3)**
237:2 303:18 346:16
**continue (1)**
387:20
**continued (5)**
223:14 224:4 227:3
381:3 393:12
**continuing (1)**
228:25
**contract (1)**
369:5
**contributed (1)**
234:18
**Cont'd (1)**
226:3
**conversation (15)**
236:16 237:14 256:6
256:16 281:17
291:25 297:14
299:10 310:17
336:5 351:14
354:19 391:5
392:22,25
**conversations (8)**
235:17 239:4 257:9
286:3 326:21
328:10 335:5,23
**convey (4)**
314:4,10 318:5
332:16
**conveyed (19)**
299:24 301:6 302:19
302:25 303:22

306:3 316:22
318:22 321:5,14,16
344:13 345:10
346:5 349:13
353:19 354:5,15
355:16
**conveying (6)**
247:2 308:12 337:25
340:21 350:5
354:23
**copy (1)**
234:12
**corporates (1)**
351:5
**corps (2)**
344:20,24
**correct (31)**
235:11 244:22,23
250:13 270:14,15
272:21 276:9,15
278:13 280:2
284:11,12 286:13
300:25 303:13
304:15 310:10
325:9,12,15 330:17
339:5 353:23
355:13,23 374:21
386:18 389:7,19
397:7
**correctly (1)**
384:18
**correspond (9)**
299:17,23 300:1
301:5 302:11,18,24
306:2 316:21
**corresponded (2)**
324:12 343:13
**corresponds (4)**
299:9 325:18 341:10
342:10
**counsel (7)**
227:17 230:17 231:9
231:21,25 315:20
328:13
**COUNTY (1)**
395:4
**couple (9)**
229:10 235:12 249:19
254:14 257:14
258:17 269:6
317:18 384:6
**court (9)**
223:2 227:7,14 228:6
254:2 257:16
296:20 328:11
335:12
**courthouse (2)**
286:18 328:23
**covered (1)**

333:7
**covering (1)**
333:6
**covers (1)**
240:4
**crazy (1)**
365:20
**create (1)**
271:19
**created (1)**
271:20
**credit (2)**
344:16,23
**Creditors (1)**
225:17
**criticizing (1)**
307:23
**critique (1)**
384:19
**crossed (8)**
299:22 302:6,17
305:20 322:6 370:3
370:7 384:14
**CRR (1)**
223:24
**crushed (1)**
367:19
**cure (1)**
308:2
**curious (1)**
304:23
**current (5)**
241:14 252:13 268:15
332:7 376:9
**Currently (1)**
229:4
**cut (1)**
254:8

### D

**Daniello's (1)**
341:2
**darn (1)**
371:2
**dash (3)**
370:3,7 378:7
**date (6)**
234:10 269:17 273:10
331:15 379:20
397:3
**dated (1)**
375:4
**dates (2)**
231:7 234:3
**day (17)**
225:4 235:18 241:4
247:25 257:9 279:7
301:13 337:6

340:16 371:21,22
376:22 383:8,15
390:5 394:21
395:24
**days (3)**
227:24 258:18 385:12
**deal (60)**
229:23,24 236:25
237:16,23 238:16
244:22 250:21
252:15 254:8
257:17,22 279:9
280:15,25 281:13
284:20 290:22
291:11 296:19
297:4,7,19 299:11
299:14 300:18
308:4 310:16 311:8
313:11 315:18,18
316:14,14 318:24
320:11 321:17
323:2 327:19
328:12,17,20
329:25 330:7,9,21
333:3,4,4 335:10
336:15 344:2
349:14 359:9,10,11
359:18 360:19
386:7,21
**dealing (1)**
280:24
**deals (1)**
253:19
**dealt (1)**
376:25
**debenture (1)**
349:9
**debentures (3)**
272:24 274:2,13
**Debtors (2)**
223:9 227:24
**decent (1)**
238:5
**decided (1)**
246:16
**declaration (22)**
233:20 234:6,8,12,14
234:19 235:15,25
299:2 307:17
317:16,17 322:18
333:19 334:24
336:21 375:16,19
384:9 387:19 392:5
396:8
**deep (1)**
269:6
**deeper (2)**
264:18 266:7
**defensive (1)**

373:14
**definitely (3)**
245:4 293:9 370:11
**definition (2)**
324:21 325:17
**degree (1)**
264:12
**Del (3)**
225:8 227:23,23
**deliver (4)**
237:12 281:5,14
312:16
**delivered (6)**
238:4 240:14 298:21
311:14 342:20
358:12
**depend (1)**
266:8
**depending (1)**
268:16
**deponent (1)**
395:19
**deponents (1)**
232:17
**deposition (32)**
223:14 224:4 227:4,9
228:20,23 230:19
230:21,25 231:6,10
232:5,14,25 233:6
233:10,15 237:19
251:19 253:22
294:14,19 301:12
333:8 351:17 377:7
377:12 394:14
395:10,11,21 397:3
**derivatives (14)**
316:20 317:2,6,11
360:14 385:19,22
386:5,16,20,24
387:5,10 389:9
**derived (6)**
285:13 312:25 314:25
316:5 363:23
382:21
**describe (19)**
229:5 237:23 242:19
251:15 267:11
271:17 285:15
296:25 305:3
311:22,24 312:24
322:25 323:2
325:16 345:23
355:11 358:22
385:11
**described (13)**
294:2 297:2,19,20
299:10,13,19 305:6
312:23 315:10
324:12,19 338:9

**describing (6)**
251:6 299:14 311:5
320:11 322:7
384:15
**description (1)**
334:14
**detail (7)**
255:3,6 345:9 374:6
375:25 376:15
387:7
**detailed (1)**
344:8
**Diamond (2)**
237:21 255:8
**difference (21)**
236:7 273:11 317:22
319:14 323:3,6
326:14 327:14,16
327:18,22 329:7,12
329:14,19 330:11
330:23 332:22,24
335:2,25
**differences (2)**
248:9 348:18
**different (20)**
243:24 252:11 255:17
255:18,22,23 259:4
275:18,23 280:15
298:19 313:5
314:14 318:18
331:7 342:15 345:6
356:23 357:16
380:11
**digested (1)**
289:23
**direct (2)**
239:3 391:5
**direction (1)**
337:6
**directly (3)**
258:7 268:18 275:18
**disagree (2)**
244:10 254:10
**disagreed (1)**
244:7
**discount (59)**
259:12 263:16 264:13
266:2,6,7 269:10,11
269:21 270:4,18
272:23 273:18,20
274:21 275:3,10
276:8 277:23
278:10 279:12
280:5 281:22 284:4
284:8 285:11,16,24
286:5 287:5,22
288:15,25 289:7
290:20 291:4 294:6
303:10 305:16

307:25 309:15,15
309:19,21,23,24,24
324:4,15,24 326:11
327:4,7,10 337:20
339:13,16 370:24
394:8
**discounted (2)**
352:17 357:7
**discounts (2)**
268:14 277:22
**discuss (11)**
289:11 290:17 291:19
314:17 315:5
328:23 334:20,21
365:25 389:23
390:22
**discussed (27)**
238:5,12 240:15
249:3 252:22
265:19 282:8,11
286:4 287:8,11
289:14 305:9
313:14,18,19,20
316:4 321:11,19
328:6 330:4,14
332:21 333:15
346:14 370:23
**discussing (17)**
256:7 281:19 288:7
288:11,14 296:16
305:2 320:24
321:13 327:21
328:16 373:4,18
387:4,8 392:12
393:3
**discussion (43)**
247:7,19 263:20,22
282:9 284:21
296:21,22 300:20
303:3 306:18
311:12 312:7,7,10
313:8,23 315:8
320:10 321:2,9,15
321:23 323:7,8
325:21 329:3,10
332:19 342:13
354:22 356:6,22
358:9,10 366:25
367:24 388:23
389:11,16 392:19
394:4,6
**discussions (23)**
255:3,5,10 257:2
279:20 288:2,4
289:10 307:2 317:8
319:18,19 320:7
327:17 328:9,11
358:25 359:25
373:23 387:17

388:20 391:16,25
**dispute (3)**
243:15 343:9 359:5
392:2
**disregard (1)**
311:8
**District (2)**
223:3 227:8
**divide (1)**
347:8
**document (26)**
241:20,23,25 268:23
269:13,15,18
270:23 271:19,22
276:3 277:6 287:24
302:9 304:10
330:24 331:3,13,21
333:22 337:10
371:18 377:4 382:2
396:9,11
**documents (16)**
231:9,23 232:3,9
242:10 243:5
246:15 253:8,11
267:16 269:8
270:25 271:3 302:3
334:15 375:16
**doing (8)**
228:24 229:2,4
280:14 290:5 330:6
385:14 390:2
**dollar (3)**
250:19 288:12 329:13
**dollars (1)**
348:10
**downside (1)**
309:22
**draw (1)**
379:22
**drop (1)**
353:14
**dropped (1)**
367:6
**drop-down (1)**
352:9
**DTC (4)**
350:23 351:6 355:2,3
**duly (2)**
228:10 395:11
**duration (2)**
252:14 254:12
**dynamic (3)**
252:15 316:9 336:11

**E**

**E (4)**
225:2,2 226:3,3
**earlier (15)**

251:4 253:20 278:4
280:11,13,22
293:12 295:10
303:15 304:7 312:6
313:20 337:6
366:25 372:13
**early (1)**
321:22
**easier (2)**
243:15 354:10
**easily (1)**
244:18
**East (1)**
225:6
**effect (2)**
311:7 316:12
**either (12)**
233:17 245:14 250:23
275:24 285:11
330:6 332:16
352:22 354:19
390:5 391:14 394:7
**Emanuel (3)**
224:6 225:16 227:20
**embarked (1)**
293:11
**emphasize (1)**
336:17
**ended (1)**
301:15
**ends (4)**
271:7,7 339:21
377:18
**engagement (2)**
229:9,14
**entire (11)**
250:15 268:3 274:19
274:23 275:5,15
281:23 292:4
297:16,17 354:3
**entirely (1)**
240:4
**entirety (2)**
248:16 249:6
**envisioned (1)**
281:15
**equals (1)**
357:19
**equity (1)**
249:10
**Erica (2)**
225:20 227:19
**errors (1)**
397:7
**escapes (1)**
320:17
**ESQ (5)**
225:8,14,20,21 226:9

**estate (5)**
248:16 249:6,14
250:24 360:11
**estimate (6)**
267:12 303:9,25
337:17 338:13
357:6
**estimated (9)**
251:12 302:23 303:5
303:8 308:2 322:21
323:20,22 324:11
**estimates (1)**
330:2
**estimation (1)**
370:19
**et (3)**
223:8 227:6 287:18
**etymology (1)**
267:2
**Europe (1)**
238:9
**evaluate (1)**
380:12
**evening (2)**
340:19 380:19
**events (1)**
233:14
**everybody (1)**
371:24
**evil (1)**
270:24
**evolved (1)**
325:21
**exact (8)**
293:2 304:7,8,11
311:11 314:21
332:14 368:15
**exactly (13)**
239:13 263:7 268:25
287:12 295:10
302:21 303:20
304:12 306:17
318:5 351:4 362:18
367:14
**Examination (4)**
228:13 383:25 396:4
396:5
**examined (1)**
228:11
**example (7)**
243:22 253:18 259:22
272:24 273:25
299:21 382:14
**Excel (1)**
256:4
**Excel-made (1)**
382:20
**excerpt (1)**

379:23
**excerpts (3)**
379:16,18 396:13
**excess (1)**
319:22
**exchange (2)**
343:12 345:20
**exchange-traded (11)**
360:14 385:19,22,23
386:4,15,20,24
387:5,9 389:9
**excluded (2)**
369:2,5
**excuse (1)**
270:25
**executed (1)**
235:9
**exercise (4)**
278:4 293:11 338:9
338:11
**exhibit (38)**
233:23 234:7,7,8,11
236:4 269:12,15
270:22 298:24,25
306:20 307:17
315:15 331:4,5,7,11
331:12,13,17
339:18 361:2 371:7
372:12 373:5,19,21
377:17 379:16,18
384:8 386:9 392:4
396:8,9,11,13
**EXHIBITS (1)**
396:7
**exist (1)**
307:13
**existed (5)**
327:18 384:25 385:4
385:6,10
**expect (3)**
229:19 258:18 292:2
**expected (3)**
281:6 345:18,19
**experience (1)**
252:12
**experienced (3)**
258:20,20 287:20
**explain (7)**
260:7 261:10 285:12
336:5,13 344:12
390:7
**explained (1)**
303:14
**explaining (5)**
236:6 317:21 319:4
319:13 336:8
**explanation (1)**
344:10
**express (1)**

264:22
**extent (2)**
290:4 388:9
**external (5)**
381:17 382:6,24
383:3,9
**extra (1)**
357:15
**extreme (1)**
238:9
**extremely (5)**
238:6 239:16 249:11
249:12,21
**eyes (1)**
374:24

**F**

**face (15)**
319:21,22 326:23
348:23 349:3,6,6,10
352:18,21 354:23
358:13,14 362:22
362:24
**facility (13)**
272:4,8,10,11 273:23
274:19,23 275:15
342:17 362:23,25
363:4,9
**fact (12)**
240:14 249:13 281:4
308:16 319:20
323:9 325:3,23
326:22 327:10
330:14 360:4
**facts (3)**
233:18 325:4 397:6
**fair (4)**
306:21 324:9 325:6
373:15
**fallen (2)**
322:23 367:17
**familiar (4)**
243:16,20,23 252:25
**Fannie (3)**
274:5,8 344:16
**far (2)**
256:7,16
**Farm (1)**
344:16
**fashion (1)**
339:6
**fast (7)**
258:13 275:4 282:18
282:24 287:9
311:20 316:18
**Fazio (6)**
237:9 296:4 329:21
330:6 340:15
372:23

**Fazio's (1)**
232:24
**Fed (33)**
236:8,10 250:22
267:21 272:4,12,14
273:22 274:19,23
275:15 301:4,10,10
301:17,18 317:23
317:25 318:14,19
319:15 320:21,24
321:6 322:22 338:2
338:22 342:16
362:23,24 365:5,23
366:14
**federal (4)**
344:17 363:4 365:5
395:20
**fee (1)**
230:3
**feel (1)**
238:13
**feeling (1)**
242:24
**fees (1)**
230:2
**felt (4)**
240:15 291:18 328:18
336:16
**Fife (1)**
288:17
**fig (1)**
259:23
**fight (1)**
356:8
**Figueroa (1)**
225:18
**figure (8)**
257:16 258:9 262:9
278:21 305:2 310:5
370:5 372:24
**filing (1)**
230:20
**filtered (1)**
275:24
**final (1)**
291:9
**financed (1)**
363:11
**financial (2)**
252:5,8
**financing (5)**
229:4 361:22,25
363:6 368:21
**find (8)**
239:22 241:13 304:12
324:7,23 355:14
366:13 372:4
**finding (2)**
272:23 377:19

fingertips (1)
368:9
finish (3)
324:22 335:19,20
fire (6)
266:20,22,25 267:5,8
267:12
first (21)
230:23 233:6,10,15
257:9 261:23
270:12 295:4
296:24 297:19
299:10 307:20
310:19 318:4
329:17 341:7,12
357:19 362:4
369:24 384:8
five (1)
258:16
fixed (1)
249:10
flat (2)
366:4,5
Flexner (2)
225:10 228:5
flip (1)
271:11
floor (4)
225:12,18 227:10
236:23
fluid (1)
296:20
focused (2)
323:9 348:16
folder (1)
361:5
folks (11)
237:21 239:9 251:5
251:19 256:17,18
257:2,3,13 261:21
275:18
follow (1)
248:21
following (2)
230:25 307:3
follows (1)
228:12
forced (1)
259:13
forget (2)
233:19 351:4
forgotten (1)
340:25
form (28)
259:19 260:7,15,16
260:22 261:7 313:3
316:15,24 320:4
327:25 332:4,25
337:21 339:14

347:22 348:13
354:17 355:17
357:9 364:4 383:16
385:2,8 388:4
391:23 392:16
393:11
forms (1)
334:5
forth (1)
395:10
forward (2)
390:2,6
framed (2)
265:3 287:13
franchise (7)
249:10,16 250:9,13
250:15,16 328:21
frankly (2)
288:2 290:23
Freddie (3)
274:6,8 344:16
frequently (1)
368:19
fresh (1)
241:18
Friday (18)
235:17 238:10 253:24
256:20 257:11
279:8 350:21
384:24 385:18
387:13,22 388:16
388:20 389:15,21
390:17,24 391:19
front (4)
331:10 334:20 347:7
372:21
full (15)
263:15,18 265:17
273:23 276:7
277:25 279:14
285:16 327:2 334:5
337:19 339:12,16
340:8 372:15
fully (1)
348:5
funny (1)
270:24
further (7)
284:23 314:22,24
345:6 394:9 395:14
395:18

_____

G

G (1)
225:14
Gate (1)
378:8
gathering (1)
305:15

Gear (1)
320:18
general (6)
248:3 249:5 300:4
308:12 325:22
368:3
generally (32)
229:5,24 242:23
246:23 247:21
251:15,19 252:7,25
260:4 263:10
266:25 274:3
282:15,17 283:4
286:24 287:3,7,14
289:15 290:21
305:12 315:9
320:11 321:4
328:11,16 366:6
381:2 386:21
389:25
getting (12)
230:13 233:24 239:7
239:9 248:19
257:19 288:24
298:11 308:19
336:15 342:14
368:24
giant (1)
385:15
Giddens (5)
384:6 389:18,20,24
390:21
Ginnie (2)
274:5 344:17
give (18)
233:25 242:10 244:24
254:22 263:17,19
267:16 268:7
269:23 271:22
276:8 284:23 291:7
291:13 307:11
371:16 372:14
390:4
given (15)
229:9 257:6 259:17
269:2 273:21
283:23,24,25 284:3
303:10,25 324:5
338:10 339:13
395:12
giving (5)
292:8,12 298:15
310:13 370:15
global (1)
250:25
go (28)
259:22 261:9,12
265:14,23 268:10
276:10 293:14

299:2 304:20
307:15 313:6,11
316:13 317:14,16
333:19 335:10
337:20 339:18,21
341:13 356:17
366:2 368:10
369:20 371:7 381:9
God (1)
250:4
goes (5)
269:13 331:8 364:22
364:25 387:21
going (68)
230:20 233:24 240:23
241:22 242:7 247:9
251:3 253:24
257:21,24 259:10
260:24 264:15
280:21 281:5,13
284:22 287:19
289:15 291:3,14,20
297:6 298:20
302:16 304:20
308:16 312:21
313:6 317:12
319:21 324:22
325:8,24 331:12
341:13 342:5,12
348:4 351:20 352:4
352:20 353:24
355:15,22 359:10
359:18,19 360:10
360:19,20,25 367:3
368:6 372:14 374:2
374:10,18 375:10
376:10 380:4
383:20 384:19
387:13,19,22 389:4
390:6
Golden (1)
378:8
Goldman (1)
259:25
good (16)
228:15,16 244:10
249:7 258:4 271:2
312:10,11 328:21
373:8,17 374:24
375:3 384:3 386:23
386:23
goods (1)
267:9
goodwill (1)
308:2
Gotshal (1)
391:8
gotten (5)
291:4 301:10 363:19

367:18 390:11
grade (4)
258:8 259:23 344:25
351:5
graph (1)
378:14
great (2)
328:19 330:8
greater (1)
327:16
gross (1)
245:20
ground (1)
333:7
group (2)
239:8 272:22
Groups (1)
258:9
guess (8)
235:8 269:18 341:12
351:15,16,20 352:4
392:24
guessing (3)
250:3 308:25 370:4
guy (3)
298:18 341:4 372:11
guys (6)
266:2 268:25 269:3,7
298:22 382:9

_____

H

haircut (34)
269:10 273:17 274:17
276:13 278:10
279:17 280:3
281:21 282:5,23,24
291:4 300:12
301:23 302:4,9
303:3,8,24,25
304:13 305:7,16
346:11,12,17,20,23
346:25 349:24,25
350:5,22 370:20
haircuts (2)
277:15 280:10
half (2)
258:13 378:8
hand (1)
395:24
handed (1)
371:18
handwriting (1)
370:12
happen (2)
258:24 339:22
happening (2)
286:12 296:23
happens (2)

256:23 268:8
**hard (4)**
246:3 307:22 317:14
372:24
**Harvey (1)**
232:19
**head (3)**
341:2,11 383:17
**hear (2)**
260:16 261:7
**heard (4)**
266:20,22 287:3
312:15
**hearing (26)**
235:19 276:5 286:12
286:16 288:18
289:13 295:11,16
305:13 311:3 320:3
320:8 336:14
361:15 362:11,16
375:6 379:17,19
381:6 382:3 389:14
390:17,23 391:20
396:14
**heated (1)**
359:22
**heavy (1)**
260:4
**hedge (1)**
312:20
**hedges (4)**
224:6 225:16 227:20
364:23
**heightened (1)**
240:19
**held (6)**
224:5 227:9 330:18
387:9,25 389:3
**hello (1)**
390:20
**help (3)**
310:11 377:20 390:3
**hereunto (1)**
395:23
**high (6)**
258:7,8 259:23
264:14 344:24
351:5
**higher (3)**
247:9,10 364:7
**hindsight (1)**
254:7
**hit (2)**
258:24 260:4
**hitting (1)**
275:7
**HLHZ0011913 (2)**
331:14 396:12

**HLHZ0038190 (1)**
392:8
**HLHZ038189 (1)**
305:21
**HLHZ11913 (1)**
331:9
**HLHZ38189 (1)**
299:3
**hold (7)**
311:2,15,16 318:23
365:8 376:7 381:8
**Holdings (3)**
223:8 227:6 397:2
**holds (1)**
313:10
**Home (1)**
344:17
**honestly (1)**
386:23
**Hopefully (1)**
230:10
**Hornick (3)**
262:17,18 275:25
**Houlihan (1)**
328:13
**hour (2)**
258:13,16
**hourly (4)**
230:2,3,11,12
**hours (5)**
253:24 254:14 258:16
258:17 339:9
**Hubbard (4)**
226:5 228:2 384:4
390:15
**Hughes (4)**
226:5 227:25 384:4
390:14
**hung (1)**
310:20

**I**
**idea (2)**
290:21 373:16
**identification (9)**
234:9 269:17 331:15
379:20 381:19,25
382:4,12 383:11
**identify (3)**
234:11 251:22 270:22
**idiom (1)**
267:8
**illiquid (8)**
242:25 251:7,17
252:2,9 253:3
255:15 264:20
**immediately (1)**
352:10

**impacted (1)**
289:24
**impaired (1)**
244:3
**implied (1)**
265:9
**important (3)**
292:15 293:6 294:5
**inch (1)**
376:13
**incidents (1)**
238:4
**include (5)**
300:11 328:13 385:18
388:19 393:12
**included (16)**
237:8,20 239:10
243:11 356:2 374:9
385:21 386:4,21
387:10,25 388:5,8
388:12 393:9 394:7
**includes (2)**
350:5 372:15
**including (5)**
238:11 301:23 329:11
329:14 339:12
**income (1)**
249:11
**Incorporated (2)**
227:6,13
**incredibly (1)**
238:8
**independent (1)**
319:11
**independently (1)**
336:23
**INDEX (1)**
396:2
**indicated (2)**
245:6 338:21
**indication (1)**
314:3
**indications (1)**
346:8
**indictment (1)**
249:15
**information (57)**
268:11,12 269:4
270:17,19 271:8,13
275:19 282:3 283:5
284:19 285:4,8,23
285:23 286:5
288:24 289:23
290:4,7,19 291:3
292:16,21 293:7,20
294:6 298:11,15
303:23 305:15
312:25 316:3,4
318:22 322:7,8,12

322:19 326:5
337:24 340:21
345:11 350:14
353:10 354:23
362:5,10 366:9
368:5 370:16,25
375:19 378:19
384:15,16 390:5
**initial (1)**
333:7
**initially (1)**
258:6
**input (1)**
271:22
**insane (1)**
364:24
**inside (1)**
361:4
**instruction (4)**
263:3,19 268:8 276:5
**intended (1)**
266:11
**interaction (2)**
231:18 295:15
**interactions (1)**
231:22
**interest (3)**
252:13 254:11 258:9
**interested (1)**
395:17
**interesting (1)**
284:18
**internal (1)**
380:8
**interpret (2)**
308:9 355:19
**introduce (1)**
227:17
**intuitively (1)**
287:4
**investigating (1)**
286:25
**investigation (2)**
289:19 322:2
**involved (6)**
252:16,19 261:24
280:23 380:11
387:2
**in-person (1)**
295:3
**irrespective (1)**
248:19
**issue (9)**
248:23 274:5 280:16
282:13 290:17
328:24 332:22
358:11 360:5
**issues (2)**

321:12 329:10
**item (2)**
242:18,21
**items (8)**
240:11 242:23 253:17
257:23 276:14
373:15 374:6
385:23
**it'll (1)**
354:10

**J**
**J (172)**
227:1 228:1 229:1
230:1 231:1 232:1
233:1 234:1 235:1
236:1 237:1 238:1
239:1 240:1 241:1
242:1 243:1 244:1
245:1 246:1 247:1
248:1 249:1 250:1
251:1 252:1 253:1
254:1 255:1 256:1
257:1 258:1 259:1
260:1 261:1 262:1
263:1 264:1 265:1
266:1 267:1 268:1
269:1 270:1 271:1
272:1 273:1 274:1
275:1 276:1 277:1
278:1 279:1 280:1
281:1 282:1 283:1
284:1 285:1 286:1
287:1 288:1 289:1
290:1 291:1 292:1
293:1 294:1 295:1
296:1 297:1 298:1
299:1 300:1 301:1
302:1 303:1 304:1
305:1 306:1 307:1
308:1 309:1 310:1
311:1 312:1 313:1
314:1 315:1 316:1
317:1 318:1 319:1
320:1 321:1 322:1
323:1 324:1 325:1
326:1 327:1 328:1
329:1 330:1 331:1
332:1 333:1 334:1
335:1 336:1 337:1
338:1 339:1 340:1
341:1 342:1 343:1
344:1 345:1 346:1
347:1 348:1 349:1
350:1 351:1 352:1
353:1 354:1 355:1
356:1 357:1 358:1
359:1 360:1 361:1
362:1 363:1 364:1

365:1 366:1 367:1
368:1 369:1 370:1
371:1 372:1 373:1
374:1 375:1 376:1
377:1 378:1 379:1
380:1 381:1 382:1
383:1 384:1 385:1
386:1 387:1 388:1
389:1 390:1 391:1
392:1 393:1 394:1
395:1 396:1,3 397:1
**Jack (2)**
225:14 228:4
**James (17)**
223:14 224:5 227:4
228:9 234:6,8
294:15,20 377:8,13
384:6 389:20
394:15,19 395:9
396:8 397:4
**January (1)**
235:9
**Jennifer (2)**
225:8 227:23
**Jersey (1)**
308:4
**JOB (1)**
223:25
**John (2)**
239:5 245:18
**Jointly (1)**
223:8
**joke (1)**
246:21
**Jones (2)**
225:4 227:24
**JP (15)**
238:14 240:16 259:24
281:4 298:12
342:19 345:13,19
355:9 358:2,3
359:23 360:7,9
392:3
**JPMorgan (6)**
237:2 340:8,9 341:4
353:6 358:25
**JP's (3)**
343:11,15,16
**JS-LB-BANKR000...**
269:13,16 396:10
**JS-LB-BANKR3 (1)**
369:23
**JS-LB-BANKR45 (1)**
377:18
**JS-LB-BANKR70 (2)**
283:21 302:14
**judge (1)**
292:5
**jurat (1)**

393:13
**justify (1)**
242:15

—————
**K**
**Kamensky (1)**
376:23
**Kathy (4)**
223:24 224:8 227:15
395:5
**Keegan (10)**
237:20 239:3,13
244:6 245:8,22
254:18 256:8 265:4
265:25
**Kelly (1)**
376:24
**kick (1)**
254:2
**kind (9)**
229:2 259:12 263:16
270:24 276:17
308:3 314:15 368:2
371:6
**kinds (1)**
316:17
**Kirk (12)**
239:11 247:11,14
254:15 262:2,3
282:13 284:7,13
285:11 294:5
296:12
**Kirk's (1)**
236:22
**Klepfer (4)**
223:24 224:8 227:15
395:5
**knew (4)**
292:25 303:3 376:4
390:10
**know (232)**
231:2,3,6,14 233:16
239:22 241:7,8,16
241:19 242:5 244:9
245:12 246:5 247:6
247:6 248:7,9
249:11,12,14,15,16
249:25 250:2,18,19
250:19,21 251:21
252:3 253:16 254:6
255:2,9,15,21,24
258:19 259:20
264:9,15 265:5,10
265:12,18,22 266:2
266:14,17,17 267:4
267:19,25 269:6,25
271:21 273:13
274:4,5,22 275:3
276:17 280:7 281:9

282:10,10 284:4,15
284:20,21 285:2
287:3,4,17,20 288:3
288:20,20 289:4
290:4,6,10 295:25
296:9 301:8 302:21
305:6,22,25 306:6
306:16,16,24 307:7
307:13,14 309:2,13
309:18 310:2
311:18 312:18
313:7,8,21,23
314:20,22,23,25
315:24 317:8
321:12 323:6 326:9
326:25 330:8,16,20
339:8 341:10,18,20
341:20 342:3,7,10
342:18 343:7,13,19
343:24 345:10
346:9,10 347:10,16
347:23 348:2 349:5
349:19,21 350:14
350:17,18 351:2,19
351:23 352:3 353:4
354:19 356:10,15
356:22 357:24
359:9,13 360:4,6,8
361:9,10,14,16,17
362:4,9,15,16,18
363:18,22 364:5,6
364:10 365:6,22
366:19,20,21
367:17 369:3,6,9,13
369:17 370:9,13,15
370:18,21,22 371:2
371:4,10,11,14,21
371:22 372:2,3,6
373:10,13,14,16
374:8,16,19 375:3
375:23 376:4,13,22
376:23 378:16,19
378:24 379:3,7
380:22,24 381:21
381:24 382:18,24
386:7 387:2,17
388:25 390:9
**knowing (1)**
375:5
**knowledge (4)**
235:6 255:20 366:12
386:2
**knowledgeable (1)**
388:24
**known (1)**
367:25

—————
**L**
**labeled (1)**

227:3
**lack (1)**
258:23
**language (1)**
330:4
**large (9)**
264:16,16 287:5
330:22 333:25,25
340:24 359:13
372:16
**largely (1)**
344:16
**larger (1)**
372:12
**late (5)**
239:7 295:12 340:18
340:20 362:16
**law (1)**
224:5
**LBHI (1)**
227:24
**LBI (2)**
388:2 389:3
**learned (3)**
281:4 310:16 363:18
**leave (1)**
268:9
**led (1)**
238:23
**left (6)**
288:5 345:23 347:3
353:12 356:20
368:25
**left-hand (2)**
341:7 348:22
**legal (2)**
226:15 227:13
**Lehman (93)**
223:7 225:5 227:5
230:17 236:23
237:11 239:9,22
240:22 241:2,13,21
243:4 246:24,25
248:16 249:9
250:13,15,16 251:4
251:16,20 253:2,13
254:24 255:20
256:7,13,17,24
257:2 261:21,24
265:14 271:4,9,13
272:22 273:2,8,10
273:19 274:18
276:4,12 277:12,12
277:19 278:11,18
279:10,22 280:4
281:17,19,20 282:4
286:4,22 289:12,19
290:13 292:7,11
295:22 303:9,24

305:14 320:12
322:3 323:22 332:7
332:17 336:22
337:5,17,25 338:6
338:21 359:3
368:13 370:19,25
374:5 376:9 377:2
380:7,15 381:3
383:15 388:14
397:2
**Lehman's (23)**
242:6 247:2,15 251:6
253:9 254:24
274:11 278:15
279:22 290:18
300:16,24 322:20
323:15 341:24
342:11 349:10,12
354:12 373:11
374:21 375:25
376:21
**lender (1)**
229:7
**length (1)**
238:5
**lengthy (1)**
331:3
**let's (28)**
237:14 261:12 265:23
269:12 270:21
276:22 294:11
298:24 299:2
307:15 308:7
313:11 317:16
331:6,8 333:19
334:23 336:20
339:18,21 356:17
357:17 360:21
362:3 368:10
369:20,20 379:15
**level (6)**
246:12,13 252:17
255:2,3,5
**levels (1)**
265:8
**Lexington (1)**
225:12
**liberal (1)**
282:20
**light (4)**
290:19 344:5,7
356:18
**limb (1)**
342:5
**line (20)**
257:23 305:20 314:8
349:16 373:15
374:6 379:23 380:5
381:12 397:8,9,11

397:12,14,15,17,18
397:20,21,23
**lines (7)**
244:11 311:9,10
313:25 317:18
331:19 369:24
**line-by-line (9)**
244:9 254:9 381:20
381:25 382:4,12
383:8,12,14
**liquid (5)**
246:6 251:24,25
264:18 292:11
**liquidate (9)**
258:15 259:13 263:24
268:4 287:4 325:25
330:17 333:5
359:20
**liquidated (11)**
294:7 303:12 304:2
323:25 324:6
338:15 346:23,25
349:11 366:23
367:7
**liquidating (1)**
291:21
**liquidation (61)**
248:12,13 258:5,10
261:22 263:14
264:3,5,12 265:16
265:21 269:10
273:22 274:20
275:14 276:6
277:24 278:10
279:13 281:22
282:19,25 283:7,12
284:8 285:17 287:8
288:25 290:20
291:5,8,13,16 292:9
293:7,17,21 305:16
309:11 310:7
323:23,24 332:19
337:18 338:16,18
339:2,11 350:6,15
350:22 353:3,5,10
354:9 357:7 364:6
364:12 365:19
370:20,24
**liquidity (4)**
249:13 258:22 264:13
264:20
**list (4)**
315:17 373:25 374:8
374:14
**listed (7)**
241:20,23 331:22
344:23 351:5
353:11 374:20
**listening (4)**

314:7 340:6,7 383:5
**listing (1)**
334:9
**lists (2)**
374:4,7
**litigating (1)**
385:16
**little (21)**
250:7 251:24,25
252:10 278:7,8
290:22 294:11
303:14,15 319:8
344:5,8 355:7 357:4
359:24 366:5
378:14,14 388:8
392:23
**Livenote (1)**
224:11
**LLP (5)**
224:7 225:4,10,16
226:5
**lo (1)**
300:13
**loan (3)**
301:4,10 344:17
**London (1)**
239:5
**long (18)**
272:3 280:7,12
284:12 300:10
301:22 310:5
312:21,22,24 313:2
360:6 364:22,25
365:11 370:2,7,23
**longer (2)**
295:19 311:13
**longs (13)**
279:9 284:5 297:4,10
297:16 298:3,9
307:25 312:5,8
313:7,10 369:12
**look (25)**
254:12 265:25 268:2
269:5 270:21
273:25 277:5
296:15 298:24
304:10 305:19
308:7 314:8,15
319:8 336:20 344:4
356:25 357:17
360:20 369:21
373:9 377:16,22
386:11
**looked (6)**
240:10 250:2 301:25
302:2 356:19 366:8
**looking (8)**
264:9 277:9 278:7
279:4 302:8 306:11

309:14 339:22
**looks (19)**
234:12 235:9 244:10
278:2 299:19,21
301:3 302:17 303:4
314:2 315:25 316:9
346:10,11 357:3
358:2 373:2 377:18
379:5
**Lori (4)**
288:17,19,22 289:10
**Los (1)**
225:19
**losing (3)**
250:2 314:3,9
**loss (1)**
309:5
**lost (1)**
249:20
**lot (14)**
287:22 290:24 324:24
325:2 344:20,21,21
365:9 367:4,6 373:8
375:25 385:6,6
**lots (4)**
315:3 334:15,15
385:9
**loud (1)**
380:4
**low (1)**
364:9
**lower (4)**
245:4 248:13 326:2
365:10
**lucky (1)**
250:4

---

## M

**M (2)**
369:7,7
**Macy's (1)**
270:4
**Madison (2)**
224:7 227:10
**Mae (1)**
274:5
**Mahon (2)**
239:5 245:18
**major (3)**
257:7 385:7,9
**majority (1)**
344:24
**making (1)**
346:12
**manila (1)**
361:5
**manner (1)**
324:17

**March (5)**
223:16 224:2 227:11
395:24 397:3
**margin (1)**
387:9
**mark (40)**
233:23 234:5 240:4
241:5,9,14,18,19,24
242:15 247:25
251:13,20,22 252:3
252:4 253:2 255:7
264:6,8,8 268:15
269:12 273:5,9,11
274:13 291:17
296:9 308:21 331:6
331:8 346:19,22
349:10,12 369:15
378:15 379:13,15
**marked (87)**
233:24 234:9 236:7
237:9 240:2,9
241:4,10,11 243:4
243:19 246:13
252:24 265:12
269:16 277:7 297:5
297:9 300:11,15
301:16,18 317:22
318:12,14 319:14
319:22 322:23
323:3,11,12,14
326:2,15,23 327:2
327:14,22 328:8,25
329:8,15,20 330:15
330:16,25 331:11
331:14 332:23
333:13 335:3 336:2
338:23 341:24
342:2,23 343:24
347:14,21 348:10
348:19,20 349:4
350:20 352:7,14,18
353:9,18 354:4,8,9
354:11,14 355:15
356:3 362:24 363:2
365:12 366:18
369:16 374:9,22
376:2,21 379:20
383:14
**market (78)**
241:8,9 242:15 243:2
251:20,22,23,24
252:2 258:14,22,23
258:25 260:5
263:24 264:7,8,9,10
264:19 265:2,7,11
266:7 273:3,7,12,14
273:15,16 274:13
275:7 276:13
277:19 278:5

287:10,18,19
291:17 310:6 318:9
318:11 323:14
324:18 326:10
327:11 331:22
336:24 338:21,24
339:3,5 342:23
343:25 346:19
347:14 349:4,18,21
352:7,11,15 353:9
353:18 354:4,8
364:13,23 365:3
366:12,22 367:7,15
374:22 375:4,4
381:4 383:14
**marketplace (1)**
368:3
**markets (4)**
238:7 256:2 265:6
325:23
**market's (1)**
269:5
**marking (3)**
242:17,20 264:17
**marks (32)**
240:22 241:2,21
242:6,25 246:4,7,19
247:3,15 248:7,19
251:6,16 253:9
254:16,24 258:3
263:23 265:6
274:11 277:12
278:15 279:22
303:6 332:2,7,17
346:8 369:11
373:11 376:9
**marriage (1)**
395:16
**Marsal (1)**
371:11
**matter (6)**
227:5 232:4 254:13
289:14 327:10
395:17
**matters (1)**
287:21
**Matthew (2)**
226:15 227:12
**McDade (13)**
239:11 247:20 248:2
248:22 286:8,15,20
287:6 288:8,15
380:6,22 382:25
**McDade's (2)**
379:24 381:11
**mean (47)**
230:19 241:6 249:4
251:10,14 258:13
266:25 267:10

271:15 272:3,9
274:11,18 284:2
301:24 304:12
308:15 309:23,24
323:11,14,17,21
324:4,7 325:6,7,10
326:17 327:8 335:7
338:24 341:24
346:16 349:3 350:4
354:9 357:14
364:18,25 366:24
379:10 381:17,23
383:9 385:14
388:13
**meaning (17)**
276:12 283:25 285:23
296:21 302:9
308:18 338:6
346:18 347:18
349:10,12,24
350:18 351:21
354:8,11 359:17
**means (6)**
251:21 276:13 304:4
306:10 345:13
349:22
**meant (3)**
252:11 344:22 351:12
**Medico (3)**
225:8 227:23,23
**meeting (14)**
261:21,25 262:3,6
295:8 320:16,22
321:24,25 343:3
345:8 359:4 371:20
371:24
**meetings (7)**
247:18,22 257:9
262:10,14 280:14
295:5
**members (1)**
367:21
**memory (3)**
299:17 361:19 376:17
**mention (1)**
243:8
**mentioned (6)**
237:15 244:15 253:17
253:19 308:5 329:5
**mentioning (1)**
244:14
**Merit (2)**
224:9 395:6
**message (3)**
298:21 308:12 316:22
**met (2)**
230:16 371:11
**middle (1)**
314:16

**Mike (17)**
232:24 237:20 242:22
243:11,22 244:17
245:8,9 253:17
254:17,19,20 256:8
265:4,5,20 296:3
**Milbank (2)**
372:22,23
**Miller (1)**
232:19
**million (11)**
305:24,24,25 306:6,9
306:10,10 351:22
353:13,21 369:7
**Mills (9)**
226:9 227:25,25
383:20,23 384:2,4
394:9 396:5
**mind (1)**
304:25
**mine's (1)**
307:23
**mini (1)**
297:24
**minus (2)**
303:17 348:4
**minutes (4)**
287:15 311:19 326:20
383:22
**mixed (1)**
344:20
**MM (2)**
305:22 306:8
**model (4)**
241:10 254:10 255:15
269:3
**modeled (6)**
246:6 251:8,11
252:11 254:17,25
**modeling (7)**
251:14 252:5,8,17,19
255:11,20
**models (4)**
255:17,23 380:11
381:4
**money (4)**
229:12 237:5 359:13
365:9
**monitor (1)**
382:22
**month (3)**
229:9 234:2 307:5
**Morgan (1)**
259:24
**morning (22)**
228:15,16 235:17
236:24 238:10
242:4 257:11
271:24 279:8 281:3

289:22 295:6,8,9,12
295:12 338:10
362:8,14,15 384:3
388:20
**mortgage (1)**
351:7
**mortgages (5)**
249:14 250:25 315:5
315:11 378:9
**move (8)**
263:18 264:11,15
265:8 287:21
317:14 326:9
339:16
**moved (3)**
332:13 342:17 380:18
**moving (5)**
265:10 275:5 321:8
365:9 390:2
**multiplied (3)**
275:11 277:18 280:10
**munis (1)**
344:24
**mute (6)**
311:3,17 312:15
313:14,18 314:11
**MV (6)**
273:2 277:12 279:22
348:24 349:3,17
**M&A (1)**
254:8

---

**N**

---

**N (2)**
225:2 226:3
**naked (1)**
312:22
**name (7)**
227:12 295:24 320:17
341:2 384:3 397:2,4
**nature (5)**
229:6,18 242:25
316:9,18
**near (1)**
357:17
**nearly (2)**
239:19 263:25
**necessarily (2)**
241:9 310:6
**need (10)**
259:8,11,11 263:17
273:21 276:10
287:22 292:21
304:18,21
**needed (5)**
250:11 257:15 285:3
291:12 390:3
**needs (1)**

265:21
**negotiate (2)**
284:20 291:9
**negotiating (3)**
289:24 290:18 365:18
**negotiation (4)**
247:8 254:20 261:25
290:10
**negotiations (1)**
359:22
**neighborhood (2)**
347:9 364:8
**neither (1)**
395:18
**nervous (12)**
238:6,21,24 239:14
239:16 249:21
250:5,8 254:21
290:16 355:8
365:15
**nervousness (2)**
238:9 240:20
**netted (1)**
280:8
**never (5)**
304:25 351:17 374:5
385:21 394:7
**new (23)**
223:3,15,15 224:7,7
224:12 225:7,7,13
225:13 226:8,8
227:8,10,10 233:18
308:4 351:9 365:5
375:19 395:3,4,7
**nice (1)**
372:11
**night (9)**
238:10,14 239:8
253:24 301:11,14
359:11 362:16,17
**nomenclature (1)**
327:9
**non-agency (1)**
378:9
**noon (1)**
254:2
**Norm (1)**
233:3
**normal (2)**
230:11,12
**normally (3)**
306:9 349:7,23
**Nos (4)**
269:16 331:14 396:9
396:11
**Notary (3)**
224:11 228:10 395:6
**notation (1)**

386:14
**note (4)**
232:7 333:8 349:9
360:12
**notebook (1)**
345:8
**notepad (1)**
232:7
**notes (94)**
232:6 233:6,9,12
235:16,21,24 236:3
236:5,15 271:3
296:15 299:2,3,8,14
299:14,16 300:3,15
301:3 302:16
303:20 304:17
305:10,21 306:11
306:12,13,15,20,22
307:4,8,16 308:10
309:16 310:5,13
313:21,25 314:2,17
315:3,15,21 316:19
317:19 319:6,10
322:6 332:15
336:12,21 338:5
339:19,21,23 343:3
344:11 345:7
347:24 348:15
351:13 354:18
355:12,18 356:7
360:21,23 361:4,6,7
363:13 365:13
368:10 370:10
371:3,12 372:5
375:24 376:15,17
377:17 378:2,17
384:14 387:20
392:5,10,18,20,22
392:23
**notwithstanding (1)**
303:6
**number (67)**
227:3 237:19,21,21
238:2,15 240:11
245:3,5,8,10,11,13
245:20 268:20
276:4 277:10 283:7
283:10,14,24,25
284:2,3,22,25
285:10 287:7 288:4
288:7,12 289:6,7
292:7,11 294:14,19
298:8 302:5,13
306:4 311:19
313:15 314:17,18
315:3 319:18 320:6
326:21 328:5
329:10 331:22
332:14 339:19

341:6,7 344:19
347:9 348:9 350:3
352:10 356:10
362:21 374:20
377:7,12 394:14
**numbers (35)**
282:17 284:24 287:2
299:3 300:2 302:11
304:10 314:24
330:2 331:10
341:12,18 342:8,16
344:9 345:2,5
351:18 352:13
356:23,25 357:2,3
362:7 369:9 371:3,7
373:10,17 375:22
375:23 376:18,18
378:22 379:5
**numerous (1)**
290:2

**O**

**object (1)**
260:15
**objecting (1)**
260:16
**objection (28)**
259:19 260:7,22
261:6,8 313:3
316:15,24 320:4
327:25 332:4,25
337:21 339:14
347:22 348:13
354:17 355:17
357:9 364:4 383:16
385:2,8,13 388:4
391:23 392:16
393:11
**objections (1)**
260:21
**oblivious (1)**
287:18
**observable (1)**
252:3
**obviously (6)**
252:14 264:20 267:25
312:13 313:20
336:11
**occurred (2)**
362:13,14
**offering (1)**
260:4
**office (5)**
236:22 237:10,10
295:9 296:7
**offices (1)**
224:5
**official (1)**
278:18

**off-the-shelf (1)**
255:14
**Oh (4)**
256:13 372:10 381:7
381:9
**okay (77)**
235:12 246:18 247:19
254:7 256:22
257:14 259:2 260:8
260:12 262:4 263:2
263:12 265:19
268:7,12 270:21
271:11,17 272:3,16
273:17 276:16
278:20 281:16,25
283:3,9 284:11,13
284:18 288:13
289:11 294:10
301:21 302:24
303:16 306:11
307:15,15 310:8,15
311:15,18,21 313:8
314:15 321:25
322:4 325:16
327:20 328:4
333:18 334:7,12
337:11 339:18
341:5 345:22
348:22 356:9,14,17
356:17 357:17
358:6 360:12 362:3
375:6 379:21 380:3
381:7 383:19,24
386:13,19 387:18
394:11
**Oliver (3)**
224:6 225:16 227:20
**once (11)**
230:22 266:12 287:9
293:8 294:7 303:8
303:11 338:17
339:4,7 364:13
**ones (3)**
244:13,17 356:25
**one-on-one (1)**
245:10
**oOo (1)**
394:17
**open (2)**
359:12 390:4
**operating (1)**
365:6
**opining (1)**
248:6
**opinion (2)**
247:2 363:25
**opposed (2)**
322:22 352:18
**options (1)**

333:4
**order (4)**
263:17 280:21 353:17
371:19
**organized (1)**
316:10
**original (10)**
237:4 276:21,22
277:6,10 322:7
369:21,22 371:16
384:14
**originally (5)**
253:25 277:10 281:14
386:3,6
**originals (1)**
377:20
**OTC (1)**
317:2
**OTH (1)**
378:15
**outcome (1)**
395:17
**outside (2)**
261:11 385:24
**overall (1)**
321:17
**overhear (1)**
286:3
**overnight (2)**
238:8 342:14
**overpaying (1)**
250:9
**over-advanced (1)**
290:14
**over-the-counter (3)**
316:20 317:6,11
**O'Meara (2)**
362:2 368:12

**P**

**P (5)**
225:2,2,20 226:3,3
**package (2)**
237:4 243:13
**packet (1)**
371:6
**page (42)**
269:2 271:6,18
276:25 314:16
315:4,14 331:17
336:20 344:4,6
356:18 357:4,13
358:4 360:13,22,23
360:24 368:11
369:20 377:18
379:22 380:5
381:10,12 386:10
392:7 393:12 396:3

396:7 397:8,9,11,12
397:14,15,17,18,20
397:21,23
**pages (2)**
271:12 339:20
**paid (4)**
230:13 308:18 319:16
332:23
**paper (2)**
376:14,20
**paragraph (9)**
235:14 317:18 322:4
322:18 336:21
337:9,15 338:3
384:9
**parameters (2)**
338:19 339:8
**parentheses (1)**
272:4
**Park (1)**
226:7
**part (54)**
237:4 240:14 243:13
244:21,22 247:2,8
254:20 255:8 271:3
272:14 290:9 299:8
299:9,22,25 313:22
314:20 315:19
317:7,16 318:24,25
320:14,15 321:2,5
323:7,8 327:19
329:25 334:11,17
340:12,16 344:6
356:5,6 358:10
359:4,4 360:18
363:3 365:23
366:14 375:9,10
381:10 386:17
387:2 391:22
392:14 393:3 394:5
**particular (11)**
238:23 243:20 245:7
245:15 246:9
252:15 259:2
265:15 285:3 373:5
377:17
**particularized (1)**
382:22
**particularly (4)**
240:12 244:12 249:10
264:14
**parties (1)**
395:15
**partners (1)**
390:14
**parts (3)**
234:21 299:16,18
**party (1)**
395:19

**Pat (1)**
340:25
**Pause (1)**
261:16
**pay (1)**
264:24
**paying (5)**
328:7 329:7,19
330:12 335:15
**payment (1)**
308:3
**payments (1)**
308:2
**people (14)**
237:19 259:4 268:17
275:23 281:20
286:11 290:3,4
295:25 296:6
298:20 325:2
364:21 376:24
**percent (10)**
229:10 274:17,21
275:11 347:4 367:6
369:2 378:7 379:4,7
**percentage (3)**
269:6 277:18 347:25
**percentages (6)**
268:6 345:22 346:2,3
346:13 348:23
**performs (1)**
304:24
**period (6)**
259:14 263:16 274:20
285:17 339:17
371:15
**person (3)**
269:20,22 270:9
**personal (1)**
282:22
**personally (4)**
230:5 250:12 252:16
257:13
**personnel (3)**
340:10,11 374:5
**perspective (4)**
328:19 343:11,15,16
**Peter (3)**
262:17,18,19
**phone (8)**
237:9,22 286:17
310:20,21 311:23
312:3 328:15
**phrase (1)**
267:3
**picking (1)**
311:4
**piece (1)**
376:14

**Pine (2)**
244:16 378:7
**place (5)**
253:23 254:13 257:10
298:6 301:15
**Plaza (1)**
226:7
**please (2)**
227:17 228:7
**pledged (2)**
272:11 365:23
**plus (13)**
342:6 348:25 350:25
351:8,22 352:5,5,21
353:2 355:19,20
357:19 358:7
**point (9)**
232:8 237:6 259:6
279:7 281:4 284:4
298:13 313:24
365:7
**pointed (1)**
244:6
**points (1)**
269:7
**pool (5)**
240:5 359:14 365:12
366:21,24
**popped (1)**
341:2
**portfolio (10)**
281:23 308:6,9,13,15
314:4,9 365:24
369:16 380:18
**portion (7)**
302:6 322:9,12 331:5
384:17,23 385:24
**portions (5)**
384:24 385:3,7,9
387:23
**position (12)**
228:19 238:13 246:10
289:24 290:18
300:10,16,23
301:22 350:18
368:7,7
**positions (19)**
237:11 257:20 264:17
265:8 267:25 268:2
274:24 275:3
279:25 300:5
311:25 312:20,24
313:2 319:24
322:16,20 326:24
328:8
**positive (1)**
340:13
**possibility (1)**
365:21

**possible (1)**
308:8
**possibly (1)**
308:8
**potential (3)**
238:16 280:24 305:15
**pounds (1)**
250:23
**preparation (2)**
233:10 286:16
**prepare (3)**
233:20 288:17 291:13
**prepared (5)**
232:8 286:11 288:21
291:7,19
**presence (2)**
261:11 281:20
**PRESENT (1)**
226:14
**presentation (1)**
289:12
**presenting (1)**
331:21
**pressure (1)**
287:17
**Presumably (1)**
295:18
**presume (1)**
292:24
**pretty (6)**
257:5 269:6 316:18
327:9 359:22 394:5
**previous (1)**
332:19
**previously (5)**
238:2,12 239:5
249:25 368:13
**price (5)**
264:24,24 312:10,11
322:22
**primary (8)**
322:19 335:5,8,9,13
335:17,22 336:4
**printout (1)**
233:25
**prior (9)**
230:20 233:6 236:20
305:13 313:5 321:9
389:14 391:20
393:10
**probably (12)**
233:19 241:10 250:2
250:22 259:4
283:20 306:10
355:7 372:11,22
374:17 377:19
**Procedure (1)**
395:21

**procedures (1)**
242:20
**proceedings (1)**
261:16
**process (11)**
251:16 252:7 253:2
286:21 288:23
305:3,14 381:18
382:7,25 383:3
**produced (5)**
246:15 269:9 306:17
374:5 375:17
**products (1)**
240:13
**professional (2)**
224:9 292:3
**professionals (1)**
340:10
**program (5)**
255:12,14,16,20
278:18
**programs (1)**
256:5
**project (3)**
229:6 289:8 337:5
**proposed (1)**
381:16
**protected (1)**
348:5
**provide (2)**
263:13 290:22
**provided (3)**
283:17,20 293:19
**Providing (1)**
368:23
**Public (3)**
224:12 228:11 395:6
**pull (1)**
241:13
**Purcell's (1)**
233:3
**purchase (4)**
236:10 297:25 317:25
318:19
**purchased (2)**
358:8,21
**purchasing (2)**
250:17 328:24
**purport (1)**
376:19
**purpose (2)**
279:6 296:17
**pursuant (3)**
388:2 389:3 395:20
**push (2)**
247:9 248:18
**pushed (1)**
246:3

**pushing (3)**
239:22 247:14 251:5
**put (13)**
247:24 255:23 257:17
264:25 270:22
275:25 276:2
311:15,16 312:14
313:17 314:11
318:23
**putting (3)**
250:14 311:2 313:14
**P.M (1)**
394:15

**Q**

**quality (1)**
258:22
**quantity (1)**
326:10
**quarter (1)**
376:13
**queries (1)**
257:25
**question (24)**
239:13 240:3 248:3
257:6 270:2 280:11
287:13 288:7
308:11 317:5
321:19 330:18
331:16 335:19,20
337:11,14,22
372:13,17 375:9
380:6 383:9 384:22
**questioned (1)**
239:6
**questioner (1)**
383:10
**questions (4)**
235:13 269:24 381:7
384:7
**quick (7)**
269:3 292:9 325:13
346:11 347:24
348:15 377:4
**Quicken (1)**
255:15
**quickly (14)**
258:15,17 266:11
267:10 279:14
283:12 292:17
293:8 294:7 324:2,6
338:17 339:5
389:25
**Quinn (3)**
224:6 225:16 227:20
**quite (1)**
364:24

**R**

**R (2)**
225:2 226:3
**Racer (1)**
360:8
**Racers (2)**
238:12 240:18 243:10
244:8,15,19 343:10
345:17 358:15
**rapid (1)**
258:25
**rate (4)**
230:11 254:11 258:9
325:14
**rates (2)**
230:12 252:13
**read (20)**
232:11,14 307:22
337:9,12,14 341:6
341:12 344:12
347:4 357:20
358:18 369:10,24
375:22 378:2 380:4
382:9 384:18,21
**reading (3)**
345:3 361:18 384:20
**ready (1)**
257:15
**reaffirmed (1)**
241:6
**real (7)**
243:2 249:14 250:24
275:4 313:7 326:7
365:18
**really (19)**
250:22 254:4 266:8
274:22 275:8 283:2
283:23 295:10
308:25 312:18
315:24 343:3
347:23 348:15,16
352:23 358:9 370:5
373:13
**realm (1)**
365:21
**Realtime (1)**
224:10
**reask (1)**
335:21
**reason (21)**
335:5,8,9,14,17,23
336:4 340:24 373:8
397:5,8,9,11,12,14
397:15,17,18,20,21
397:23
**reasons (1)**
293:10
**recall (116)**
231:13,16,19 232:10
232:23 233:11

236:16 242:2,3
243:7 245:3,5
247:18 248:25
253:15 255:3,5
257:5 262:5 266:13
267:18,23,23
268:20,25 269:8
270:10 278:19,22
279:2,20 282:9,19
283:16 284:15,16
284:21 285:5,9,21
287:25 288:3,9,11
288:16 289:9,20
291:25 292:23
293:15 295:7,17
296:5 300:2 302:8
303:2 304:8 305:5,8
305:10,18 308:24
309:20 313:4,16,22
314:12 315:7,13
317:2,9 320:13,18
321:2,15 327:8,18
328:9,10,15 329:2
329:22 330:3,5
332:5,18 333:2,17
343:2,6,14,18
346:15 350:2,17
351:8 357:14,16
362:18 368:14,23
370:17 373:21
387:4,8,15,16 388:6
390:15 391:7,11,15
391:19 392:12,17
393:7
**receive (11)**
229:13,19,22 230:3,9
238:19 278:6
323:18 355:22
366:9,11
**received (16)**
238:7,22 239:15,17
239:18,24 240:8,11
240:21 271:8
280:17 334:15
342:15,19,22
346:13
**receiving (7)**
238:11 239:18 344:2
348:12 357:8
388:22 389:6
**Recess (2)**
294:17 377:10
**recognize (3)**
331:16 360:22 372:18
**recognized (2)**
248:14,15
**recollect (28)**
245:17 275:8 286:9
286:23 289:3 296:8

314:19 315:2
316:16,25 331:24
340:23 356:12
362:6 367:13
368:18 372:10
374:12 378:21
379:2,14 388:17
390:9,20 391:6,24
393:3 394:4
**recollected (1)**
338:8
**recollection (44)**
233:13 236:5 237:3
239:12 263:6,9
273:7,24 279:3
283:6 296:15 297:2
297:21 299:7
300:14 311:22
313:6 317:13,20
319:11 320:25
322:18 325:20,22
330:13 331:18
332:12 336:22
345:18 347:12
351:11 352:19
359:23 360:18
366:2 375:20 378:3
379:7 386:6,22,24
388:5,7,18
**record (22)**
227:18 260:9,13,19
260:25 261:3,9,10
261:13,15,18
276:24 282:6
294:16,21 302:13
333:9 377:9,14
394:16 395:12
397:6
**recoveries (3)**
251:13 252:4 254:13
**redacted (1)**
372:25
**redaction (1)**
372:19
**reduce (1)**
369:16
**reduction (2)**
367:8,16
**Reed (3)**
226:5 228:2 384:4
**refer (20)**
235:21 273:4,17
274:3 277:16
323:20 331:12
338:12 341:19,21
341:23 345:16
348:24 349:17
356:21 357:22
360:16 362:20

363:6,15
**reference (1)**
234:3
**referred (7)**
240:17 287:8 326:19
343:8 349:7 358:23
385:5
**referring (27)**
246:20,24 267:6
272:19 302:12
304:16 306:20
337:4,16 338:3
341:14 346:9 347:6
347:10,11 351:21
356:15 357:7
370:23 380:23,25
381:22 382:25
383:2,5,13 386:19
**refers (16)**
279:22 280:8 300:15
305:23 343:20
348:10 351:2,24
352:3 356:10,20
369:3,13 372:2
378:25 379:4
**refinement (1)**
357:4
**reflect (23)**
246:15 253:22 264:24
273:7,9 277:21
292:8 304:9 313:12
336:12 343:3
346:20,23,24
352:12 356:24
363:2 365:13
373:11 375:24
376:16 392:18,21
**reflected (19)**
251:13 265:5 274:12
278:14,17 300:23
302:10 303:19
305:9 313:21
324:11,25 349:8
357:13 361:20
364:11 371:3 376:8
388:15
**reflecting (4)**
273:15 322:7 358:24
384:14
**reflection (2)**
345:7,9
**reflective (7)**
263:23 265:7 287:23
306:16 307:24
310:6 350:20
**reflects (4)**
274:15 287:24 300:21
302:6
**reflexion (1)**

315:21
**refresh (3)**
233:13 279:3 351:11
**refreshed (5)**
233:16 236:5 317:20
336:22 375:20
**regarding (13)**
229:25 261:22 264:3
266:21,23 297:9
303:24 310:2
329:10 337:18
359:5 368:17
387:17
**Registered (3)**
224:8,9 395:5
**relate (4)**
271:8,12 307:2
375:15
**related (13)**
229:13 230:4,17
231:10 232:4 238:3
249:14 267:5
269:20 321:12
329:11 343:10
395:15
**relates (1)**
375:18
**relating (1)**
289:7
**relationship (1)**
376:25
**relatively (6)**
259:14 324:17 339:17
361:12 364:13
368:19
**releasing (1)**
298:13
**remained (2)**
326:16 335:4
**remember (99)**
234:24 243:14 244:5
247:14,19 248:2,6
248:22 253:21
256:25 261:23
267:24 269:20,21
270:3,8,12 276:2
280:17,20 281:2,3
281:18 282:12,21
283:9,13,20 285:7
286:9,11 288:7,14
288:23 289:5 290:8
293:2,22,25 296:16
297:8,13,18 298:5
307:19 308:11
309:6,7,9 310:8,19
310:20,23 311:2,6,9
311:11 312:2,5
313:5,13,17,19
315:9 316:11 317:4

319:20 320:20,23
321:13 326:3
327:21 329:12
330:10 331:20,25
332:14 334:6 343:5
343:22 344:3
348:17 350:22
351:25 353:7
356:13,19 358:3,24
366:19 367:20,23
373:4,18,24 391:10
391:11,13 392:19
**remembering (1)**
280:11
**reminded (1)**
338:6
**repeat (1)**
314:6
**replaced (1)**
337:2
**repo (49)**
236:8,10 237:6 238:6
238:13,22,25
239:14 240:14,19
267:21 272:14
301:4,9 305:21,25
308:5 317:23,25
318:14,19 319:15
320:21,24 321:6
322:8,9,12,22
326:22 329:16
334:11 336:24
337:3 338:2,22
341:22 365:12
366:15 370:8
384:15,16,23
385:21,24 387:3
389:5,10,12
**report (10)**
270:6 275:15 279:16
280:4 282:3,6,7,16
283:4 285:20
**reported (13)**
223:23 268:17 270:9
270:13 274:18
275:24 277:22
283:10,13 284:7
285:8,10 289:18
**reporter (7)**
224:9,10,10,11
227:14 228:7 395:6
**reporting (5)**
227:13,16 273:20
282:18 284:25
**repos (1)**
385:23
**represent (5)**
229:7 278:21,25
378:4 384:5

**representative (2)**
322:5 384:13
**representatives (11)**
235:16 237:8 294:24
326:13 332:11,21
335:2 389:16 391:3
391:7,16
**represented (2)**
342:7 345:4
**representing (3)**
388:10 390:13,16
**represents (2)**
342:4 369:25
**requested (2)**
263:11 395:19
**required (4)**
290:5 296:19 324:16
339:15
**requires (1)**
394:6
**research (2)**
295:21 366:13
**Reserve (1)**
365:5
**resi (1)**
315:8
**residential (2)**
315:5,10
**resolve (3)**
358:11 359:5 360:2
**resolved (2)**
360:4,7
**respect (13)**
230:19 238:18 255:25
258:2,2,11 293:18
322:15 323:8,13
332:19 360:5 393:8
**respond (2)**
265:19 284:14
**responded (1)**
326:5
**response (3)**
245:21 246:2 257:25
**responsible (4)**
239:9 255:22 259:9
262:19
**rest (1)**
275:6
**restructure (1)**
257:20
**restructuring (1)**
341:4
**results (4)**
268:22 270:6,9
289:18
**return (3)**
251:3 261:20 372:13
**Returning (1)**

281:16
**review (7)**
232:24 233:9,12
235:2 254:8 337:10
395:19
**reviewed (8)**
231:9,23 232:3,6,18
236:3,14 299:5
**revise (5)**
236:25 237:16 238:16
280:24 281:13
**revised (1)**
313:11
**revisited (1)**
313:23
**Ricci (2)**
237:20 255:4
**Rich (2)**
237:20 255:4
**Ridings (10)**
258:7 262:2 282:11
283:3,4 284:7 285:7
285:12 292:18,19
**right (65)**
235:8,10 243:19
246:12 248:7 253:3
260:11 264:23
270:10 278:12,15
278:18 279:2
284:17 285:5
286:11 287:2 294:8
296:8 300:11 301:2
301:10 304:9,14,15
305:18 306:8
308:17 309:16
310:24 311:4,16
314:19 315:2
321:10 324:2
333:17 338:4
339:13 343:14,18
343:23 346:7 347:4
348:9 351:4 352:16
353:22 356:4
357:20,25 359:15
360:14,15 361:21
361:22 362:12
365:14 370:4 375:7
375:22 376:2 379:2
385:5 389:7
**risk (2)**
312:11 367:15
**RMR (1)**
223:24
**room (10)**
259:7 268:9 298:19
320:12 321:9 340:8
358:25 359:2,3,4
**rough (2)**
304:10 346:11

**roughly (1)**
344:9
**RPR (1)**
223:24
**Rule (3)**
388:2 389:4 395:20
**run (3)**
249:13 284:16 373:2

---
S
---

**S (5)**
223:24 224:8 225:2
226:3 395:5
**Sal (11)**
232:7,11 235:22
296:2 308:25 309:2
312:10 316:5
320:17 328:15
340:15
**sale (33)**
266:21,22,25 267:5
267:12 292:3,9
305:13 309:23
322:9,13 361:15
362:10 384:17,23
384:25 385:3,17,25
386:3 387:10,23,24
389:14 390:8,17,23
390:23 391:20,22
392:14 393:9 394:5
**sales (1)**
262:20
**Sal's (3)**
305:10 336:11 392:22
**sat (1)**
359:21
**saw (4)**
242:2 338:5 351:13
382:15
**saying (23)**
240:7 247:15 248:3
250:4 254:15
263:23 269:20
270:3 275:13
283:19 287:16
301:22 303:4
309:10 311:3
330:10 333:3
335:13,22 367:13
381:24 383:7,18
**says (45)**
236:3,4 267:5 279:4
299:23 301:16
302:22 308:8 314:9
315:4 316:20
317:19 336:21
344:21 345:2 346:7
347:3,5,5 349:16
350:23 351:22

352:2,6 357:18
358:17 360:13
361:19,22,23,24
369:2,6,11 370:2,6
371:10,25 372:3
378:5,6,10,14
383:11 393:2
**scared (1)**
250:7
**scenarios (5)**
238:16 280:15,24
281:10,11
**schedule (6)**
372:2,4,6,17 373:11
376:8
**scheduled (1)**
253:25
**Schiller (2)**
225:10 228:5
**scientific (5)**
251:25 278:3,3,8
303:15
**scope (1)**
387:19
**scratched (2)**
276:18 277:3
**scribble (1)**
319:8
**scribbling (3)**
316:9 347:13,24
**seat (1)**
364:17
**second (2)**
313:22 323:7
**second-to-the-last (1)**
305:20
**secret (1)**
328:18
**section (3)**
299:22 370:3,6
**secure (1)**
387:9
**secured (1)**
325:13
**securities (146)**
237:3 238:3,18 239:7
240:6,23 241:3,7,14
241:18,21 243:6,9
243:12,25 244:6,12
244:13 245:23
246:10 250:14
251:8,17,23 252:20
252:20,24 253:3
255:15,21,25
258:24 259:25
260:2 264:14,18,21
265:2 266:11,16,21
266:23 267:6
272:20 275:13

278:6 281:5,14
284:9,12 287:9
301:17,19 303:11
304:2 308:19
318:12 319:21
322:22 323:25
324:6,8,17 325:13
326:10,15 327:3,6
327:12,13 328:21
328:24 329:8,16,20
329:24 330:12
332:8 333:12 335:4
336:2 338:15 339:4
342:23 343:12,22
343:25 344:18,23
345:2,10,20 347:15
347:20 348:11
349:6,7,13 350:7,11
350:16 351:3,7
352:7,15,21 353:19
354:5,15,24 355:7
355:15 356:3 357:8
358:11,13 359:15
360:9 363:3,17
364:19,22 365:2,8
365:23 366:14,20
367:11,15,16,21
374:2,10,23 376:10
380:11,12 381:4,15
381:19,25 382:4,13
382:23 383:11,15
**security (9)**
241:17,24 245:15
268:16 334:9
345:16,19 365:9
368:6
**see (23)**
235:19 241:25 249:23
268:3 271:12,24
276:19,20,22,25
277:3 280:20
302:14 303:21
306:19 309:15
322:14 334:4 341:5
356:9 382:6,11
387:20
**seeing (1)**
363:13
**seeking (1)**
290:12
**seen (12)**
233:5,8 242:4 307:4
307:12 315:3
333:23 372:16
374:18 382:2,16
394:7
**Seery (191)**
223:14 224:5 227:1,5
228:1,9,15 229:1

230:1 231:1 232:1
233:1 234:1,6,9
235:1 236:1 237:1
238:1 239:1 240:1
241:1 242:1 243:1
244:1 245:1 246:1
247:1 248:1 249:1
250:1 251:1 252:1
253:1 254:1 255:1
256:1 257:1 258:1
259:1 260:1 261:1
262:1 263:1 264:1
265:1 266:1 267:1
268:1 269:1 270:1
271:1 272:1 273:1
274:1 275:1 276:1
277:1 278:1 279:1
280:1 281:1 282:1
283:1 284:1 285:1
286:1 287:1 288:1
289:1 290:1 291:1
292:1 293:1 294:1
294:15,20 295:1
296:1 297:1 298:1
299:1 300:1 301:1
302:1 303:1 304:1
305:1 306:1 307:1
308:1 309:1 310:1
311:1 312:1 313:1
314:1 315:1,5
316:1 317:1 318:1
319:1 320:1 321:1
322:1 323:1 324:1
325:1 326:1 327:1
328:1 329:1 330:1
331:1 332:1 333:1
334:1 335:1 336:1
337:1 338:1 339:1
340:1 341:1 342:1
343:1 344:1 345:1
346:1 347:1 348:1
349:1 350:1 351:1
352:1 353:1 354:1
355:1 356:1 357:1
358:1 359:1 360:1
361:1 362:1 363:1
364:1 365:1 366:1
367:1 368:1 369:1
370:1 371:1 372:1
373:1 374:1 375:1
375:17 376:1 377:1
377:8,13 378:1
379:1 380:1 381:1
382:1 383:1 384:1,3
385:1 386:1 387:1
388:1 389:1 390:1
391:1 392:1 393:1
394:1,15,19 395:1,9
396:1,3,8 397:1,4

**sell (10)**
243:3 259:24,25
263:15 265:17
266:11 277:25
324:16 339:9 370:2
**seller (1)**
325:11
**seller's (1)**
328:19
**selling (2)**
267:9,10
**sells (1)**
325:11
**senior (3)**
244:3,4 259:7
**sense (1)**
257:8
**sentence (2)**
317:19 337:4
**sentences (2)**
338:20 380:5
**separate (4)**
242:14 319:10 351:9
389:12
**September (60)**
234:2 235:18 236:18
240:25 242:8
247:20 248:24
256:20 271:25
273:8 274:12
277:12 279:23
286:12 294:23
295:6 297:9 300:6
300:16,24 315:12
317:11 318:14
320:8 323:15
327:21 332:11,20
334:3,23 340:17
342:22 347:18
351:13 352:16
353:20 354:6,16
355:16 361:15
373:12 374:9 375:7
379:17,19 382:3
384:24 385:18
387:6,13,22 388:16
389:15,21 390:18
390:24 391:9,17,19
396:14
**sequence (2)**
289:21 336:7
**session (1)**
290:12
**set (9)**
280:14 295:19 298:19
307:20 327:10
338:19 339:8
395:10,24
**settlement (1)**

360:10
**seven (1)**
331:19
**Seventh (1)**
236:24
**severance (1)**
308:4
**Shapiro (1)**
296:9
**share (1)**
250:23
**shed (2)**
344:5 356:18
**sheds (1)**
344:6
**sheet (9)**
283:18,21 297:24,24
300:13 325:2
333:25 354:20,21
**shifted (1)**
314:23
**short (20)**
259:14 263:16 274:20
278:12 279:5,20,25
280:7 281:23 284:9
285:17 300:23
303:12 304:3
311:25 312:20
322:15,20 364:13
370:2
**shorts (15)**
279:9 284:5 297:4,17
298:4,10,14 307:25
311:13 312:9,16
313:9 323:10
369:12 370:8
**Short-dated (1)**
366:4
**short-term (1)**
275:14
**show (6)**
253:8,11 254:9 325:3
330:24 375:10
**showed (6)**
325:4 333:22 365:4
371:24 376:13
382:14
**showing (4)**
250:6 277:5 350:21
369:22
**shown (1)**
271:18
**shows (3)**
345:12 369:15 392:25
**side (7)**
239:3 249:20 261:25
296:5 341:7 364:9
378:13
**Sidley (2)**

228:17 230:8
**signed (1)**
235:2
**significant (2)**
249:17 327:3
**significantly (1)**
367:17
**similar (3)**
311:24 357:3 378:22
**single (1)**
240:4
**SIPA (3)**
226:6 228:2 384:5
**sir (1)**
380:13
**sit (1)**
254:8
**sitting (5)**
269:19 310:8 355:9
363:25 364:17
**situation (1)**
254:6
**six (3)**
254:7 313:25 331:19
**sixth (1)**
314:8
**size (19)**
263:15,18 264:10,13
264:16 265:9,17
268:3 273:23 276:7
277:25 279:14
287:5,21 297:3
337:19 339:12,16
367:8
**sizes (1)**
280:10
**skip (1)**
371:5
**slightly (5)**
314:14 342:15 345:5
356:23 373:14
**small (1)**
229:10
**smaller (1)**
327:15
**Smith (2)**
226:15 227:12
**software (1)**
255:18
**sold (24)**
265:11 271:5 273:23
274:19 275:14
276:7 279:14
283:12 284:9 287:9
292:17 293:8 294:7
303:11 323:19,25
337:19 339:3,4,6,7
339:12 364:12
394:8

**somebody (6)**
231:17,18 241:8
267:4 290:25 347:8
**soon (1)**
266:12
**sorry (13)**
227:4 248:21 256:11
256:13 275:22
283:13 337:11
360:24,25 379:12
379:25 381:9,14
**sort (3)**
305:16 314:13 382:20
**sound (1)**
235:10
**sounds (1)**
321:8
**Southern (2)**
223:3 227:7
**space (1)**
319:6
**span (1)**
253:23
**speak (15)**
259:5 285:22 286:8
286:15,20,22 287:6
291:22 292:6,10,14
293:5 329:18
390:12,16
**speaking (8)**
256:8,17,17 260:21
261:5 286:19 300:7
340:3
**specialist (2)**
226:15 227:14
**specific (43)**
236:13 239:3 243:9
244:5 247:7 248:3
263:9 267:24
269:22 270:8,10,14
283:10 284:21
288:2,3,11,14 289:6
289:7,9 291:2,25
293:25 300:2 303:2
321:15,23 325:21
326:6 327:17
328:10 329:10,13
330:3 331:18 333:2
338:19 363:12
366:19 367:23
368:6 373:21
**specifically (44)**
244:14 247:14 248:22
249:2 253:16
254:17 255:6
256:25 263:2
279:19 281:18,24
282:12,14 283:17
283:20 285:5 288:9

289:20 290:9 292:6
293:15 295:17
296:7 308:24
313:22 314:12
315:13,17 319:20
328:16 329:17
330:5,21 332:23
340:23 341:20
343:2 374:13
380:24 384:9
386:10 392:7,17
**specifics (9)**
305:8,11 307:18
315:8 317:9 320:13
320:23 321:3 329:2
**spend (2)**
229:9 370:5
**spent (1)**
385:12
**spoke (8)**
259:3 262:7 288:22
288:23 291:24
293:9 294:24
332:10
**spot-on (1)**
376:18
**spreadsheet (3)**
331:4 334:9 382:21
**spreadsheets (5)**
334:2,5,16 382:15,19
**Spruce (2)**
244:16 377:23
**ss (1)**
395:3
**stack (2)**
376:14,20
**stale (1)**
332:2
**standard (2)**
255:19,20
**staple (1)**
229:4
**start (4)**
341:8 347:2 360:22
362:3
**started (3)**
300:20 315:17 366:25
**starting (4)**
235:14 379:23 380:5
381:11
**starts (2)**
235:15 237:15
**state (6)**
224:12 260:18,24
261:3 395:3,7
**statement (1)**
330:8
**statements (2)**
235:13 236:14

**States (2)**
223:2 227:7
**stay (1)**
257:23
**stayed (3)**
310:21,22 360:9
**stepped (1)**
301:12
**Stern (58)**
225:14 228:4,4
231:24 234:20,21
259:19 260:6,9,12
260:18,24 261:4,9
304:18 313:3
315:20 316:15,24
320:4 327:25 331:2
332:4,25 333:6
334:8,17 335:18
336:3 337:8,13,21
339:14 343:15
347:22 348:13
354:17 355:17
357:9,11 364:4
375:15 377:3,22
383:16,21,24 385:2
385:8,13 387:14,18
388:4 391:23 392:9
392:16 393:11
394:11
**Steven (3)**
371:9 372:9,10
**stock (1)**
250:24
**stood (2)**
297:5,10
**store (1)**
267:9
**straightforward (1)**
394:5
**strategies (1)**
291:2
**street (5)**
225:6,18 246:7
249:18,19
**stressed (4)**
326:13,18 334:25
336:24
**strike (4)**
256:15 292:13 354:13
357:2
**strong (2)**
242:24 249:12
**structure (7)**
243:18 244:2 319:2
322:9,12 344:22
384:16
**structured (5)**
240:13,17 243:12
344:21,23

**structuring (1)**
262:20
**stuff (4)**
240:16 269:5 344:21
372:24
**stumbled (1)**
319:9
**sub (1)**
378:9
**subject (3)**
292:10 310:10 370:8
**subjective (2)**
258:19 278:5
**subordinated (1)**
243:25
**Subscribed (1)**
394:21
**subsequent (1)**
319:18
**subset (1)**
259:17
**substance (1)**
257:7
**substantially (1)**
333:12
**successful (1)**
249:24
**succession (1)**
258:25
**suggested (1)**
234:22
**suggesting (1)**
315:21
**sum (3)**
342:8 343:21 344:25
**summary (8)**
316:2 333:24 372:16
374:14,16 376:19
390:11 392:24
**sums (1)**
359:13
**Sunday (6)**
307:3 329:9 340:2
387:6 391:8,17
**super (1)**
251:2
**support (1)**
264:3
**supported (3)**
242:11 253:9,12
**supposed (8)**
262:8 263:4 281:7
317:14 333:23
343:11 345:14
378:10
**sure (27)**
238:17 239:23 257:17
258:4 264:2 265:20

270:5 275:12
285:19 295:10
298:17 315:7 328:3
329:21 334:13
335:11 340:11
344:14 345:6
346:10,12 355:10
363:20 366:4 382:5
383:12 389:13
**surmise (1)**
348:4
**surmising (1)**
308:21
**surprised (3)**
286:24 367:24 390:19
**suspect (1)**
283:16
**swap (1)**
250:24
**swear (1)**
228:7
**swift (4)**
324:17 338:18 339:6
339:17
**sworn (3)**
228:10 394:21 395:11
**systems (1)**
382:22

---

| **T** |

**Taggart (29)**
225:20 227:19,19
228:14 234:5 260:8
260:11,14,20 261:2
261:5,12,19 269:12
294:11,22 304:19
315:23 331:6
334:13,19 335:21
337:12 375:18
377:5,15 379:15
383:19 396:4
**take (24)**
238:14 244:15,17
246:9 254:10
259:13 275:4
276:22 294:11
304:21 326:11
333:4 337:8 339:25
341:5 345:21
346:22,24 353:11
353:15,20 361:8
369:20 377:4
**taken (4)**
316:21 317:12 356:7
374:14
**talk (3)**
237:14 265:23 368:18
**talked (34)**
231:5 239:4,8 242:22

242:23 247:21,22
253:16 265:25
281:3 287:14,15
288:19 289:5
290:12 297:3 300:5
302:4 308:16 320:8
323:5,13 325:22
326:21 327:24
329:13 330:22
332:2 335:14
362:22 367:14
378:22 385:15
389:20
**talking (8)**
265:4,10 292:3
302:10 303:7
326:20 338:13
349:9
**Tanya (1)**
320:17
**tape (6)**
227:2 294:13,18
377:6,11 394:13
**team (2)**
239:22 246:24,25
290:21
**technical (1)**
302:5
**telephone (1)**
295:3
**telephonic (1)**
295:4
**tell (31)**
229:5 236:15 244:24
254:24 258:16
260:3 263:10
265:14 269:19
277:9,16 296:14,25
303:19 304:7
306:17 316:8 318:4
322:11 328:6 329:4
330:9 335:15,24
336:16 337:23
348:17 367:10
369:8,25 371:16
**telling (1)**
383:7
**tells (1)**
355:5
**ten (1)**
268:21
**term (4)**
266:20,22,24 281:12
**terms (10)**
289:24 291:10 297:5
298:3 313:9 330:4
348:3 354:10 390:7
390:22
**test (4)**

264:4,4,6 265:24
**testified (7)**
228:11 233:14 280:22
293:11 320:2 322:6
384:13
**testify (4)**
291:14,16 292:4
293:20
**testifying (1)**
382:8
**testimony (12)**
232:12,14,18 236:20
264:3 338:10
379:24 380:13
381:11 383:6
395:12 396:3
**Thank (3)**
234:4 302:15 394:10
**Thanks (1)**
394:12
**thereto (1)**
392:5
**thing (9)**
256:22 257:12 289:17
308:17 314:13
333:2 351:21
375:14 382:20
**things (8)**
240:20 257:15 280:13
280:23 289:21
290:2 316:17
382:16
**think (94)**
236:20 239:4 240:18
243:19 249:8,9,19
249:21,25 250:6,9
252:4 253:15 257:6
261:6 262:6 263:21
264:17 267:7,15
271:15,16 275:10
276:19,20 278:8
283:22 287:12,14
288:5 291:15,18
293:17,18 298:21
305:22 306:10,23
306:25,25 310:12
311:16 314:8,20
316:25 317:3 318:7
319:4,12 323:5
324:19 326:8 327:5
333:6 334:19,22
337:13 338:4,8,19
339:7 340:5,24
342:6 347:3,5,24
348:23 349:23
350:9,13 354:20
355:24 356:23
359:15 360:13
362:4 364:21

365:13 366:6 367:5
367:6 369:2 372:9
374:17 376:21
381:23 382:8 383:2
383:7,13,21 387:18
388:23
**thinking (1)**
279:17
**third (1)**
331:17
**thought (24)**
233:19 239:24 244:3
245:13,23 246:4,5
250:18 264:23
274:22,24 285:2
287:16 289:23
290:14 318:7
342:17 351:7 355:8
355:24 363:16
365:15,20 366:10
**thousands (5)**
240:5,5 241:17,18
244:11
**three (1)**
369:24
**Thursday (3)**
238:10 239:7 253:24
**tied (1)**
290:25
**till (1)**
254:3
**time (90)**
228:20 229:8 230:13
230:23 231:8 233:6
238:5 240:15 241:2
246:5 247:25
248:25 253:6 254:2
257:8 259:15
261:14,17 262:20
263:8,16 266:5
271:4 274:21 275:7
277:25 278:12,15
280:12 281:23
282:2 284:9 285:18
286:10 287:19,25
294:15,20,23
295:11 298:21
300:19 301:6
302:25 303:12
304:3,21 305:12
306:3 310:9,15
314:21 315:16
316:11,13 320:24
324:17,18 326:9
329:4 330:19
333:10 335:6
336:25 337:8
339:17 340:4
342:24 352:8

354:24 360:6
362:13 364:14
366:12,16 367:12
368:7,14 370:5,18
371:15 373:9,25
376:5,16 377:8,13
389:14 393:10
394:15
**timeframe (2)**
231:6 254:5
**times (11)**
230:16 242:3 266:6
275:11 298:17
306:10 328:5,5
333:14 338:5
362:19
**title (1)**
368:15
**today (12)**
230:14 258:14 269:19
310:9 352:24 353:4
363:10 364:2
375:13,20 376:17
380:21
**told (20)**
245:7,13 246:3,18
265:18 268:2 294:4
299:12,17 305:13
311:7 312:14,18
321:7 322:8 329:5
333:11 367:20
384:15 390:4
**top (5)**
249:19 306:5 336:7
341:11 347:2
**topic (14)**
247:20 259:3 292:15
292:20 293:13
314:5,11 315:6
318:6 320:2,3 326:4
329:5 368:21
**total (16)**
268:6 276:16,17,25
277:11,16 297:3
302:22 303:4,7
307:25 331:22
346:2,4 353:8
374:20
**totaled (1)**
277:19
**totally (2)**
252:2,9
**touched (1)**
236:21
**trade (8)**
239:21 240:17 249:22
281:7 317:2 320:14
360:19 365:5
**traded (2)**

298:12 367:3
**trader (5)**
259:23 270:13 272:23
276:5 281:19
**traders (53)**
246:17 256:7,13,24
258:7,20 259:3,7
261:22 262:8,8,13
262:22,24 263:3
265:15,24 266:3
267:17 270:5 271:9
271:14 273:19
274:18 275:17
277:22 278:11
279:11 280:4
281:17,20 282:4,23
283:8 284:24
285:24 286:22
287:25 289:2,19
295:22 303:9,24
305:15 322:2
323:22 336:23
337:5,17,25 338:21
370:19,25
**trades (2)**
251:23 252:3
**trading (1)**
260:4
**transaction (27)**
239:10 249:9 311:24
322:10,13 329:11
336:9,17,19 384:17
384:23,25 385:4,15
385:17,25 386:4
387:11,23,24 390:8
390:23 391:22
392:15 393:4,9
394:6
**transactions (1)**
381:16
**transcript (5)**
375:10 379:16,19
395:20 396:13
**transcription (1)**
397:7
**transfer (3)**
290:13 385:19 387:25
**transferable (2)**
388:7 389:2
**transferred (28)**
245:2 253:13 256:19
257:22 267:21
297:6,15 300:9,18
329:25 332:8
334:10 350:7 359:6
367:12 374:2,23
376:10 380:9,16
381:15 386:5,8
388:10,11 389:4

391:21 392:14
**transferring (1)**
248:10
**treasurer (1)**
368:15
**treasuries (2)**
366:4 367:5
**Treasury (4)**
258:9 344:17 351:6
365:7
**tremendous (2)**
248:17 249:7
**tried (6)**
240:16 243:2 248:11
326:9 352:24
388:19
**trouble (1)**
244:14
**true (6)**
276:12 279:21 288:13
354:14 389:8
395:12
**Trust (1)**
238:12
**trustee (9)**
226:6 228:3 384:5
389:17 390:13,17
391:4,8,17
**try (8)**
236:25 238:16 248:18
252:8 262:9 284:19
325:24 377:20
**trying (10)**
247:24 254:20,21
257:16 258:4
267:12 291:8 310:4
310:11 372:4
**TSG (2)**
227:12,15
**turn (5)**
271:6 315:14 334:23
383:20 384:8
**turning (1)**
237:3 386:9 392:4
**twelve (1)**
268:21
**twice (1)**
230:22
**two (8)**
232:21 258:16 280:10
331:10 338:20
339:9 371:23
385:12
**two-inch (2)**
376:14,20
**Tyler (2)**
225:21 227:21
**type (1)**
272:18

**types (1)**
344:18
**typical (2)**
327:9 373:2

--- U ---

**uh-huh (1)**
277:4
**ultimately (1)**
244:21
**underlying (3)**
243:17 252:23 253:18
**underneath (1)**
279:4
**understand (14)**
235:15 256:22 260:15
260:22 263:8
266:24 322:5
337:22 341:14
345:4 364:21
384:12,25 385:4
**understanding (20)**
247:7 317:10 318:13
318:17 337:24
342:21,25 347:19
348:12,14 354:4
355:22 359:8
363:10,12 364:11
368:3 383:4 387:24
393:8
**understood (4)**
248:8 355:12 385:18
391:21
**undertaken (1)**
338:7
**undertook (1)**
337:5
**unencumbered (3)**
350:24 353:13 355:3
**unhappy (1)**
280:16
**United (2)**
223:2 227:7
**universe (1)**
258:8
**unwilling (1)**
365:7
**upper (1)**
346:7
**upside (6)**
308:8,13,15 312:13
314:3,9
**up-to-date (1)**
374:21
**Urquhart (3)**
224:6 225:16 227:20
**use (8)**
246:21 281:12 284:19

284:22 311:17
312:20 354:10
380:12
**uses (1)**
255:16
**usually (3)**
264:6 311:17 394:5
**U.S (5)**
249:11,24 274:4
344:17 351:6

--- V ---

**vague (2)**
283:6 388:8
**validity (1)**
248:5
**valuable (1)**
249:12
**valuation (7)**
243:6 380:14,22
381:18 382:7,24
383:3
**valuations (4)**
240:12 380:7,8
383:14
**value (200)**
236:7 240:9 242:6,16
243:4,24 244:7,20
244:25 245:23
246:10 247:3,10,16
247:24 248:4,9,11
248:17,23 249:7
250:13,20 253:12
256:18 257:3 258:3
261:22 264:23
265:15 267:11,13
267:20 273:3,7,12
273:14,15,16
274:13,20 275:14
276:13 277:19
278:11 280:5
281:22 282:25
283:12 284:8 286:5
287:7,10,14 288:25
290:11,20 291:5
292:8,16 293:7,19
293:21 294:6 297:5
297:9 300:8,11,17
300:23 301:16,18
301:22 303:5,8,12
305:17 310:6,7
312:9 313:2 317:22
318:9,11,12,15
319:14,22,22
320:21 321:4,13,16
322:21,23 323:3,4
323:11,12,14,17,21
323:21 324:12
325:18 326:2

327:12 329:15,24
330:4,12,16,16
331:23 332:23
333:13 336:2,23
338:2,7,13,14,21,23
338:25 339:2
341:24 342:11,23
343:25 346:19,23
346:25 347:14,21
348:11 349:4,5,17
349:18,22 350:5,6
350:15,20 352:2,6,7
352:11,15 353:4,5,9
353:10,18 354:3,5,9
354:9,11,14 355:15
356:3,4 357:7
358:13,14 361:23
362:22,24 363:3,14
363:17 364:2,3,10
364:12 365:12,16
365:18,19,24 366:3
366:15,22 367:7,11
367:15,22 369:16
370:20,24 374:9,21
374:22 375:4,4
376:2,22 381:3
**valued (1)**
383:8
**values (6)**
321:24 341:22,23
365:9 374:15,17
**variety (2)**
255:16,18
**various (3)**
268:14 290:3 358:12
**Verano (1)**
244:16
**verbally (2)**
268:23,24
**vernacular (1)**
240:16
**versus (7)**
245:10 347:14 348:2
348:19 358:14,17
388:22
**veto (1)**
359:16
**video (2)**
226:15 227:14
**VIDEOGRAPHER...**
227:2 228:6 261:14
261:17 294:13,18
377:6,11 394:13
**videotaped (8)**
223:14 224:4 227:4
294:14,19 377:7,12
394:14
**view (31)**
243:24 247:8 248:15

250:12 252:13
258:5,21 259:12
263:14 264:5,23
265:5,13 276:6
277:23 278:5
279:13 282:19,22
283:8 287:24 291:8
291:13,16,17
310:13 312:9
337:18 364:6
388:25,25
**volatile (3)**
238:8 246:5 266:5
**volatility (1)**
258:21

--- W ---

**W (2)**
226:9 384:6
**Wait (2)**
335:18,18
**walk (6)**
257:18 296:17 336:8
344:11 361:18
377:25
**walked (3)**
253:17 297:21 298:2
**walking (2)**
237:6,7
**walk-through (1)**
308:3
**Wall (2)**
249:18,19
**want (30)**
239:21 254:22 260:16
260:20,21 261:2,7,7
261:20 263:13
267:2 269:25 270:2
287:21 304:19
308:9 317:17
321:12 333:8,20
334:20 339:19
360:20 371:5,7
372:13 375:12,13
379:22 386:11
**wanted (7)**
257:19 264:2 276:6
337:14 339:9
355:14 390:5
**wasn't (18)**
244:9 245:9,10 254:5
256:13 262:14
281:5 286:24
298:13 314:7 325:7
326:7,7 327:9
345:15 360:7
363:20 390:21
**way (21)**
230:20 256:3 265:3

266:14 267:14
269:23 287:13
305:7 321:20
332:16 339:10
342:11 355:18,19
360:21 361:2
367:14 374:19
375:5 381:5 395:16
**ways (1)**
281:12
**week (6)**
248:8 365:24 367:2,4
367:19 380:18
**weekend (1)**
390:6
**weeks (1)**
254:7
**Weil (4)**
307:2 334:11,16
391:8
**went (27)**
237:18,25 238:15
244:21 246:11
251:18 252:20
258:7 263:24 268:3
268:19 287:4
296:20 301:11
318:8 323:18
335:11 337:2 356:4
360:6 365:11 366:6
366:19,20,21,22
374:6
**weren't (13)**
263:23 268:21 281:13
287:2 290:24,25
317:13 359:18,19
360:18,19 385:23
387:2
**we'll (9)**
234:5 254:8,10,11,11
254:12 334:3 354:9
387:20
**we're (15)**
233:24 259:10 261:15
261:18 294:15,20
303:4 331:11 333:6
336:7 352:19
375:12 377:13
385:16 394:15
**we've (2)**
256:6,16 308:21
328:6 362:7
**whereof (1)**
395:23
**Whitmer (2)**
225:21 227:22
**wide (1)**
390:4
**wildly (1)**

365:10
**witness (14)**
228:7,10 232:15
261:11 304:24
334:12,21 343:16
387:16 394:12
395:9,13,23 397:4
**word (6)**
234:16,17 309:15,18
309:21 332:2
**words (14)**
263:7,10 269:21
270:11 293:2 294:2
309:8 311:11
314:14 324:10
325:21 327:5
384:20,21
**work (12)**
228:19,22,24,25
229:2,20,25 230:4
237:2 320:12
350:21 375:13
**worked (1)**
275:5
**working (7)**
228:17 236:24 237:15
237:17 258:6
298:19,22
**workout (1)**
341:4
**world (1)**
365:4
**worse (2)**
307:23 330:19
**worth (15)**
239:19 240:9 242:12
242:16 245:2,24
250:21 309:2,4,25
327:13,15 350:19
352:23 377:19
**wouldn't (8)**
238:20 243:3 263:25
266:19 286:2
308:14 330:2 355:4
**write (4)**
234:14,16,17 322:17
**writing (5)**
234:18 278:23 307:23
340:22 388:15
**written (4)**
306:22 319:7 344:14
344:15
**wrong (1)**
311:7
**wrote (4)**
268:24 314:13 341:3
378:16

_____
**X**

**x (2)**
223:4,10

_____
**Y**

**Yield (1)**
258:8
**York (20)**
223:3,15,15 224:7,7
224:12 225:7,7,13
225:13 226:8,8
227:8,10,11 351:9
365:6 395:3,4,7

_____
**Z**

**zero (3)**
229:15,17 269:7

_____
**$**

**$1.9 (1)**
351:3
**$11.08 (1)**
274:13
**$2 (1)**
356:11
**$28.5 (1)**
344:19
**$3 (1)**
250:23
**$42.7 (1)**
342:24
**$43.5 (1)**
350:16
**$45 (2)**
359:13 364:22
**$45.2 (3)**
354:6,16 355:11
**$45.5 (6)**
236:11 318:2 322:23
324:13 325:19
338:22
**$49.9 (1)**
331:23
**$5 (15)**
236:6 309:14 310:2
313:18 317:21
318:18 319:13
321:19 326:14
327:22 328:25
329:6 335:2,15,24
**$50 (5)**
242:9 246:11 247:4
247:16 297:12
**$50.6 (7)**
236:9 317:24 318:8
318:15 325:8
338:23 363:4
**$50.64 (1)**
300:9

**$53 (1)**
347:21
**$6 (2)**
284:10 289:6
**$6.04 (1)**
285:11
**$7 (2)**
355:23 356:2

_____
**0**

**000066 (1)**
386:10
**0070 (2)**
323:13 346:14
**04 (1)**
284:4
**067 (1)**
376:15
**070 (1)**
305:10
**08 (1)**
274:10
**08-13555 (1)**
227:8
**08-13555(JMP) (1)**
223:7

_____
**1**

**1 (8)**
227:3 236:4 274:7
294:14 378:7,11,11
397:6
**1.25 (1)**
378:10
**1.3 (1)**
369:12
**1.9 (14)**
341:17 342:6 343:13
343:18,22,23
350:23 351:12
352:5,25 353:12,15
353:21 355:19
**1.9BN (1)**
278:24
**10th (1)**
225:18
**10.1 (1)**
341:16
**10.2 (1)**
344:23
**10:01 (1)**
294:15
**10:07 (1)**
294:20
**10004-1482 (1)**
226:8
**10017-6702 (1)**
225:7

**10022 (1)**
225:13
**109 (3)**
379:23,25 380:5
**11 (2)**
223:6 275:11
**11.8 (1)**
274:10
**11:38 (1)**
377:8
**11:43 (1)**
377:13
**12:02 (1)**
394:15
**126 (2)**
381:10,12
**15c3 (3)**
388:2,24 389:4
**19 (35)**
235:18 236:18 240:25
242:8 247:20
248:24 256:20
271:25 273:8
274:12 277:13
279:23 286:12
294:23 295:6
297:10 300:6,16,24
315:12 317:11
318:14 320:8
323:15 327:21
351:13 379:17,19
379:23 380:5
384:24 385:18
387:22 391:20
396:14
**19th (15)**
257:11 279:8 295:16
334:23 361:15
362:14,15 373:12
375:7 388:16
389:15,21 390:13
390:18,24

_____
**2**

**2 (14)**
254:3 274:17,21
275:11 294:19
360:22,23,24
368:11 369:2,6
377:7 378:8 397:6
**20 (2)**
275:17 383:22
**20th (1)**
362:17
**20,000 (1)**
373:15
**2008 (3)**
234:2 235:18 236:18
**2009 (3)**

**229:13 231:4,14**
**2010 (10)**
223:16 224:2 227:11
229:16 231:14,15
235:9 394:22
395:24 397:3
**21 (3)**
332:11 374:10 381:12
**21st (17)**
329:9 332:20 334:3
340:2,17 342:22
347:18 352:16
353:20 354:6,16
355:16 362:17
371:21 387:6 391:9
391:17
**22 (1)**
275:9
**22nd (1)**
227:10
**222 (1)**
225:6
**228 (1)**
396:4
**234 (1)**
396:8
**250 (1)**
308:2
**269 (1)**
396:9
**27.4 (2)**
300:22 307:25
**28 (1)**
235:9
**28.4 (1)**
341:16
**28.5 (1)**
344:14
**28549 (1)**
223:25

_____
**3**

**3 (13)**
223:16 224:2 227:11
250:23,23,23 254:3
336:20 369:20
377:12 394:14
397:3,7
**3rd (1)**
395:24
**3.5 (1)**
369:11
**30 (2)**
259:4,5
**30(e) (1)**
395:21
**300 (1)**
378:8

**31st (1)**
236:23
**331 (1)**
396:11
**363 (1)**
292:3
**379 (1)**
396:13
**38 (2)**
348:3,19
**38190 (1)**
314:2
**38191 (1)**
315:16 316:19
**383 (1)**
396:5

---
**4**

**4 (3)**
254:3 341:8,16
**4.235 (2)**
341:9 344:20
**4.8 (3)**
369:11 378:15 379:10
**40 (1)**
367:6
**400 (8)**
351:22 352:5 353:2
  353:13,16,21
  355:20 357:15
**41st (1)**
225:6
**42 (1)**
348:25
**42.7 (5)**
341:16 342:6,7,10
  343:21
**42.9 (6)**
344:25 352:21 353:15
  353:20 354:25
  355:19
**42.935 (1)**
345:4
**43 (1)**
355:6
**43.3 (5)**
361:23 363:14 365:16
  378:5,24
**43.5 (3)**
350:4 352:4,23
**43.5BN (1)**
349:16
**44.6 (6)**
341:17 342:3 343:19
  343:24 356:20
  357:13
**45 (14)**
276:20 303:5 347:8

347:10,20 348:4,18
  353:25 355:6 358:7
  365:2 377:24
  378:15 379:10
**45.0 (1)**
350:10
**45.2 (3)**
353:25 354:2 356:3
**45.4 (4)**
352:2,14 353:3
  357:15
**45.5 (25)**
278:20,23 288:8
  289:6 303:17,19,22
  304:13 305:3,4,9
  308:2,23 309:12
  312:4 356:14
  357:18,23 361:22
  363:6,11 365:14
  370:7,8,22
**45.5B (1)**
302:24
**45.53 (1)**
347:3
**46 (3)**
347:17 348:3,10
**461B (4)**
330:25 331:11 372:15
  382:16
**47.4 (7)**
288:10 289:6 314:17
  314:18,19,25 356:9
**49 (3)**
349:19 353:11 374:25
**49BN (1)**
348:23

---
**5**

**5 (8)**
235:14 307:25 317:18
  319:7 369:6 378:6
  379:3,6
**5B (1)**
302:17
**5M (1)**
369:3
**50 (9)**
248:10 258:24 264:25
  300:12 369:2 378:7
  379:3,7,8
**50.6 (16)**
305:22,24,25 307:24
  308:22 325:3,5
  332:13 361:21
  362:20 365:13
  368:25 369:18,19
  378:5,25
**50.64 (7)**
277:14 300:15 301:16

301:23 302:7
  303:17 313:15
**50.64B (1)**
299:23
**51 (2)**
224:7 227:9
**52 (1)**
358:13
**52.9 (2)**
357:19 358:7
**53 (7)**
347:8,11,16 348:2,9
  348:18 358:17
**53.1 (3)**
358:8,14,20
**575 (1)**
225:12

---
**6**

**6 (7)**
284:4,4 303:17 322:4
  322:18,18 384:10
**6.04 (4)**
277:21 278:2,14
  304:14
**64 (1)**
300:13
**64.6 (1)**
348:19
**66 (6)**
339:21 356:18 357:13
  360:13 386:11,12
**665 (10)**
234:7,8,11 298:25
  307:17 315:15
  317:17 384:8 392:4
  396:8
**666 (12)**
269:13,15 270:22
  306:20 339:18
  361:2 371:7 377:17
  386:9,11,12 396:9
**667 (4)**
331:8,12,13 396:11
**668 (3)**
379:16,18 396:13
**67 (3)**
344:12 356:25 357:5
**68 (1)**
371:8

---
**7**

**7 (20)**
291:20 336:21 337:9
  338:3 341:13,16
  343:7,9 345:12,20
  348:4,20 349:2
  352:21 355:8 356:8

358:4,4 360:5
  391:25
**7th (1)**
225:12
**7.4 (4)**
357:19,24 358:5,15
**70 (8)**
269:14,16 271:7,18
  276:25 277:7 304:4
  396:10
**745 (1)**
236:23

---
**8**

**8 (2)**
347:5 379:9
**8.55 (3)**
345:16 358:5,7
**8:50 (1)**
227:11
**84.9 (1)**
347:3
**84.91 (1)**
347:5
**865 (1)**
225:18

---
**9**

**9:25 (1)**
261:14
**9:26 (1)**
261:17
**90017 (1)**
225:19
**91 (1)**
347:3