Page 1

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------x

In Re:

                      Chapter 11

LEHMAN BROTHERS       Case No. 08-13555(JMP)

HOLDINGS, INC., et al.,  (Jointly Administered)

            Debtors.

-------------------------x

VIDEOTAPED DEPOSITION OF DAVID JAMES COLES

New York, New York

February 4, 2010


Reported by:

KATHY S. KLEPFER, RMR, RPR, CRR, CLR

JOB NO. 27495

Page 2

1

2           February 4, 2010

3

4       VIDEOTAPED deposition of DAVID JAMES

5   COLES, held at the law offices of Boies,

6   Schiller & Flexner, LLP, 575 Lexington

7   Avenue, New York, New York, before Kathy

8   S. Klepfer, a Registered Professional

9   Reporter, Registered Merit Reporter,

10  Certified Realtime Reporter, Certified

11  Livenote Reporter, and Notary Public of

12  the State of New York.

13

14

15

16

17

18

19

20

21

22

23

24

25

1              D. Coles

2      A.   No.  It doesn't describe the
3  difference, it just restates it.
4      Q.   Okay.  Fair enough.  Let me ask you to
5  turn to -- well, the fact that it's restating
6  it, is this -- do you recognize this as a, some
7  type of attempted balance sheet here on the top
8  of the page?
9      A.   Yes.
10     Q.   Does the fact that it's -- that $5
11 billion difference is included in this manner,
12 does that give you -- refresh your recollection
13 as to the nature of the $5 billion difference,
14 other than it relates to marks and a difference
15 in valuation?
16          MR. TAMBE:  Objection to the form.
17     A.   That isn't what it says.
18     Q.   Okay.  On the prior page it refers to
19 a different valuation and it's referring to
20 Lehman assets, correct?
21          MR. TAMBE:  Excuse me.  Are you now
22     asking him to interpret these notes?  Is
23     that what the question is?
24          MR. THOMAS:  The question is clear.
25          MR. TAMBE:  It's not.  Objection to

Page 69

1        D. Coles

2   form and foundation.

3        A.    I think I said I remember the 5
4   billion number.  It was to do with marks, and
5   I'm not sure that I learned that at this
6   meeting, if indeed I was at this meeting.

7        Q.    Let me go ahead and ask you to turn to
8   the exhibit previously marked as 461A.  It's
9   entitled "Lehman Brothers Holdings, Inc. Report
10  to Unsecured Creditors Committee, October 8,
11  2008," and on the second page you're listed as
12  apparently someone responsible for a
13  presentation on significant transactions?

14       A.    Yes.

15       Q.    Do you recognize this document?

16       A.    Yes.

17       Q.    Is this part of a presentation that
18  Alvarez gave to the Creditors Committee?

19       A.    Yes.

20       Q.    Did you help prepare this written
21  presentation?

22       A.    Yes.

23       Q.    Did you help present the presentation?

24       A.    Yes.

25       Q.    And can you tell me, if you would turn

1                    D. Coles

2    to page 4531, did you help prepare or contribute

3    to the content on page 4531?

4         A.   No.

5         Q.   Were you there when this was presented

6    to the Creditors Committee?

7         A.   Yes.

8         Q.   Under "Assets Purchased" do you see

9    where it says, "43.1 Billion Repo Assets - Book

10   Value per Lehman 'stale' marks; negotiated a $5

11   billion reduction"?

12        A.   Yes.

13        Q.   Does that refresh your recollection as

14   to the $5 billion difference between the 43

15   billion and 38 billion relating to an issue

16   concerning whether the Lehman marks were stale?

17             MR. TAMBE:   Objection to form.

18        A.   Well, this -- this page might have

19   been my first better understanding of how that 5

20   billion fit into the transaction.

21        Q.   The 5 billion that's referred to in

22   the notes of the meeting with Weil and former

23   Lehman employees, Kirk and Tonucci, on or about

24   September 29, do you know what -- do you have

25   any recollection of whether that was explained

1              D. Coles
2    to you, the $5 billion, at the time and what was
3    said about that?
4         MR. TAMBE:  Objection to the form of
5      the question.  Foundation.
6      A.    I remember certainly "marks" was used.
7    I'm seeing "stale marks" here.  I think that's
8    Jim quoting from that meeting, and it's "stale"
9    in inverted commas.
10         THE VIDEOGRAPHER:  I'm sorry.  I need
11      to switch the tapes.
12         The time is 4:22 P.M.  We're going off
13      the record.
14         (Pause in the proceedings.)
15         THE VIDEOGRAPHER:  The time is 4:26
16      P.M.  We're back on the record.  Video
17      number 2.
18   BY MR. THOMAS:
19      Q.    While keeping that page open, from the
20   U.C.C. presentation, let me also ask you to look
21   at 463B.  This is -- it's an e-mail with
22   representative of the Creditors Committee.  I'm
23   not going to ask you about the e-mail, but the
24   attachments, in the attachments, the first sheet
25   of which is a balance sheet put together by Ms.

1                    D. Coles

2    Korycki, and I just wanted to ask if you had

3    seen this balance sheet before?

4         A.    I'm not sure.

5         Q.    Okay.  Under "Assets" do you see where

6    it says Repo Assets, 38 billion; Negotiated Mark

7    Haircut, 5 billion; Assets Transferred Under

8    Repo ('Stale' Marks), 43 billion?

9         A.    Yes.

10        Q.    Do you have any reason to believe that

11   the $5 billion difference, valuation difference,

12   between the marked amount of the Lehman repo

13   collateral sent to Barclays and the amount at

14   which it was valued, 38 billion that's reflected

15   in this balance sheet, which was circulated on

16   October 6 and the reference in your U.C.C.

17   presentation to the negotiated $5 billion

18   reduction against Lehman's stale marks, you

19   don't have any reason to believe that that $5

20   billion valuation issue was any different than

21   the valuation issue described to you in the

22   meeting with Mr. Kirk and Mr. Tonucci?

23              MR. TAMBE:   Objection to form.

24              MR. SHELLEY:   Objection to form.

25              MR. TAMBE:   Foundation.  Lack of

1                     D. Coles

2   foundation.

3       A.    I think it's the same 5 billion.

4       Q.    And does reviewing these other

5   documents, does it refresh your recollection at

6   all about the discussion at the meeting with

7   Kirk and Tonucci and Weil about this $5 billion

8   valuation issue or difference?

9             MR. TAMBE:   Objection to form and

10      foundation.

11      A.    It's -- it's bringing back some

12  memories, yes.

13      Q.    Can you just describe what it was that

14  was explained to you at the meeting with Kirk

15  and Tonucci?

16      A.    I don't remember that.

17      Q.    Well, what were the memories that it's

18  bringing back?

19      A.    I remember the marks.  I remember the

20  word "stale."  I remember 5 billion.

21      Q.    Is it fair to assume that at the time

22  you would have either understood it or asked

23  somebody about it?

24            MR. TAMBE:   Objection to form.

25      A.    I don't think I knew what it meant.  I