Page 1

1
2        UNITED STATES BANKRUPTCY COURT
3        SOUTHERN DISTRICT OF NEW YORK
4    --------------------------------x
     In Re:                          Chapter 11
5    LEHMAN BROTHERS                 Case No. 08-13555 (JMP)
     HOLDINGS, INC., et al.,         (Jointly Administered)
6    --------------------------------)
7
8            * * * HIGHLY CONFIDENTIAL * * *
9              DEPOSITION OF MIKE KEEGAN
10                New York, New York
11              Friday, August 28, 2009
12
13
14
15
16
17
18
19
20   Reported by:
     FRANCIS X. FREDERICK, CSR, RPR, RMR
21   JOB NO. 24379
22
23
24
25

1   M. KEEGAN - HIGHLY CONFIDENTIAL
2        A.    All right.  So Monday night when I
3   left we had come to a conclusion as to what we
4   would buy and what we wouldn't buy.  There
5   were assets -- you know, we did have problems
6   with the valuations with a number of the
7   assets that Lehman had on the books.  And
8   overall our conclusion from the weekend was
9   that Lehman was aggressive with the rest of
10  the valuations.  And, you know, we went back
11  to them on Monday and told them that, you
12  know, we didn't agree with certain prices.  We
13  also went back to them with the knowledge that
14  the market was melting down and that that deal
15  wasn't closing until the end of the week,
16  saying that, you know, we need to put a
17  haircut on these assets because the volume of
18  the assets plus the timing -- you know, we're
19  trying to predict what the assets of are going
20  to be worth on Thursday, Friday when the deal
21  closes.  We know Lehman's employees have all
22  lost their jobs in effect as of right now and
23  they're not too focused on marketing the
24  inventory, et cetera.
25            So we had proposed some haircuts

```
1            M. KEEGAN - HIGHLY CONFIDENTIAL
2    reach an agreement with Lehman on on valuation
3    were those excluded from the list of assets?
4            A.   That's correct.
5                 MR. STERN:  Let me just pause.
6            I'm sorry.  For the reporter.  There's a
7            question "And others you didn't."  What
8            do you have as the answer?
9                 (Discussion held off the record.)
10   BY MR. TAMBE:
11           Q.   In round numbers, for the
12   valuation adjustments or haircuts where you
13   did reach an agreement --
14           A.   I don't know.
15           Q.   $5 billion?
16           A.   No idea.
17           Q.   Have you ever heard about a
18   $5 billion adjustment or mark-down in the book
19   value of Lehman's assets around that period of
20   time?
21           A.   No.  Again, only in preparation
22   for this deposition.  But not otherwise.
23           Q.   When you said you proposed
24   haircuts or valuation adjustments to Lehman on
25   Monday, was there a document that had
```

1    M. KEEGAN - HIGHLY CONFIDENTIAL
2    asset-by-asset proposed mark-downs?
3         A.   Yeah.  There was a period -- there
4    was an asset -- there was asset-by-asset where
5    we thought we had problems with valuations.
6    But then there was also a summary where we
7    just said that, you know, we're talking so
8    much -- you know, we're taking on so much
9    inventory, the market is melting down, you
10   aren't getting your hands on it till Thursday.
11   You know, what do you need to protect yourself
12   between now and Thursday or Friday.  So we can
13   manage the assets if the deal closes, right?
14            So that was the Monday night
15   process.  And I have no idea what the number
16   actually added up to.  We weren't targeting a
17   number or anything like that.  We were just
18   saying based on this type of asset, based on
19   what's going on in the market, how much
20   protection do you think you need between then.
21        Q.   Just to get a better understanding
22   of your proposal that Barclays made, was it by
23   asset category or was it even more granular,
24   particular asset by asset?
25            MR. STERN:  Objection to the form.