Page 1

1

2          UNITED STATES BANKRUPTCY COURT

3          SOUTHERN DISTRICT OF NEW YORK

4

5   In re:                    )
                              ) Chapter 11
6   LEHMAN BROTHERS           ) Case No. 08-13555(JMP)
                              )
7   HOLDINGS, INC., et al.,   )
                              )
8              Debtors.       )
    -------------------------)

9

10

11

12

13

14

15   HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF

16              JAMES FOGARTY

17            New York, New York

18          Friday, January 15, 2010

19

20

21

22

23   Reported by:

24   KRISTIN KOCH, RPR, RMR, CRR, CLR

25   JOB NO. 27091

Page 2

1

2

3

4                          January 15, 2010

5                             9:36 a.m.

6

7

8            Highly Confidential Videotaped

9       Deposition of JAMES FOGARTY, held at the

10      offices of Boies, Schiller & Flexner, LLP,

11      575 Lexington Avenue, New York, New York,

12      before Kristin Koch, a Registered

13      Professional Reporter, Registered Merit

14      Reporter, Certified Realtime Reporter,

15      Certified Livenote Reporter and Notary

16      Public of the State of New York.

17

18

19

20

21

22

23

24

25

1              Fogarty - Highly Confidential

2    Weil among potentially others?

3         A.    I do.

4         Q.    And do you see this at the top says

5    "9/29 MTG" for meeting?

6         A.    I see that.

7         Q.    And do you see Alex, Rod Miller,

8    Paolo?

9         A.    I do.

10        Q.    Do you know whose handwriting this

11   is?

12        A.    I do not.  I don't know.

13        Q.    It's not yours?

14        A.    It's not my handwriting, no.

15        Q.    Do you recall having a meeting with

16   Alex Kirk, Paolo Tonucci and Rod Miller at

17   about this time?

18        A.    I recall meeting with Alex Kirk and

19   Paolo.  I can't recall -- I can't recall Rod --

20   whether Rod was there or not, and I recall a

21   bigger -- others in the room as well.  I can't

22   recall.

23        Q.    And who else do you recall being

24   there?

25        A.    Bill Gordon.  I believe David Coles.

1    Fogarty - Highly Confidential

2    And I can't recall beyond -- there are others

3    that might have been there, but I can't recall.

4    Q.    And anyone else from Weil?  Was Bob

5    Messineo there?

6    A.    I don't recall Bob.

7    Q.    How about Lori Fife?

8    A.    I don't recall her being there

9    either.

10    Q.    And who kind of ran that meeting

11    from the Alvarez perspective?

12    A.    I think we -- I don't know that

13    there was sort of a runner of -- it would have

14    been a combination of myself and Bill and David

15    Coles and others.  I can't remember there being

16    a specific runner of the meeting.

17        MR. THOMAS:  And, counsel, this was

18        produced to us a couple days ago.  Do you

19        know whose notes these are?

20        MR. TAMBE:  I don't.

21        MS. DelMEDICO:  We are providing you

22        with metadata today that will be produced

23        electronically.

24        MR. THOMAS:  Today.  Okay.  Can you

25        tell me whose notes they are?

1          Fogarty - Highly Confidential

2               MS. DelMEDICO:  I can't.  I can try

3          to find out for you.

4               MR. THOMAS:  Okay.

5          Q.    Do you remember that meeting?  Where

6     was that meeting held?

7          A.    I think the Lehman offices, the old

8     Lehman offices, but it could be -- we were in

9     this -- I think it was the old Lehman offices

10    in a conference room, or it could have been the

11    new Lehman offices.  I can't recall.  All the

12    conference rooms were the same, but there were

13    two offices across the street from one another

14    and I can't recall which place we were in at

15    the time.

16         Q.    And was the purpose of that meeting

17    to understand the final deal both in terms of

18    what was in the agreement and what actually

19    occurred?

20         A.    Yes.

21         Q.    And did Mr. Kirk and Mr. Tonucci,

22    were they cooperative and answered your

23    questions?

24         A.    They were rushed, they each had only

25    a little bit of time to give us, so we did not

Page 58

1              Fogarty - Highly Confidential

2     accomplish the task.

3          Q.    In what sense did you not accomplish

4     the task?

5          A.    We left the room somewhat more

6     befuddled than when we entered the room.

7          Q.    And what befuddled you?

8          A.    We still didn't understand the

9     transaction clearly at that time.

10         Q.    Did there come a point in time when

11    you understood the transaction clearly?

12         A.    No.

13         Q.    Still even today you don't

14    understand the transaction?

15         A.    I haven't tried to in a long time.

16         Q.    When did you leave Alvarez?

17         A.    Beginning of April, late March.

18         Q.    And at that time you still didn't

19    understand the transaction?

20         A.    Correct.

21         Q.    What do you mean when you say you

22    didn't understand the transaction?

23         A.    I didn't -- there were lots of

24    moving parts and I don't -- I never could put

25    them all together, because things kept changing

Page 59

1                    Fogarty - Highly Confidential

2     along the way.  My understanding of things kept

3     changing along the way.

4          Q.    Did you feel there was some

5     ambiguity in the language of the purchase

6     agreement which you reviewed?

7          A.    I didn't study it from that

8     standpoint.  There was ambiguity in my

9     understanding of what happened.  I could never

10    quite -- and I am pretty -- usually pretty good

11    at this stuff.  I could never quite put it all

12    together as to what -- because I wasn't there

13    and that's where it was.

14         Q.    What aspect of the deal could you

15    not put together?

16         A.    The interrelations of all the

17    different -- just the actual math -- the

18    ultimate mathematics of the transaction I

19    couldn't put together ultimately.

20         Q.    Did you ever identify any term of

21    the purchase agreement that you thought was

22    vague or unclear?

23              MR. TAMBE:  Objection.  Asked and

24         answered.  Objection to the form of the

25         question.

1          Fogarty - Highly Confidential

2          A.    I couldn't ever understand exactly

3    how the transaction ultimately came together

4    and closed.

5          Q.    Well, I am asking a little bit

6    different question, I think.

7                Could you understand the transaction

8    as spelled out in the purchase agreement in

9    terms of what assets were supposed to be

10   included in the purchased assets and which

11   weren't?

12         A.    I would come to a I will call it a

13   draft understanding of the transaction and find

14   something out different and it continued to

15   evolve and I couldn't -- the tasks that Brian

16   asked me to pursue, I could never get enough

17   cooperation from the other side through my

18   teams, and this wasn't all just me trying to --

19   through my teams to really understand the

20   transaction.

21         Q.    Has there been any asset or bucket

22   of assets or type of assets that you had

23   difficulty understanding were conveyed or not

24   conveyed as part of the transaction?

25         A.    There was a -- there was -- you

1           Fogarty - Highly Confidential

2    September 15th that Lehman was not fully

3    updating its marks on a daily basis?

4               MR. TAMBE:  Objection.  Lack of

5          foundation.  Objection to form.

6          A.    I did not know specifically other

7    than I knew via the Transition Services

8    Agreement we were not getting updated marks on

9    a timely basis subsequent to, you know, the

10   filing date.

11         Q.    When you say "we were not

12   getting" --

13         A.    Sorry, subsequent to -- actually, I

14   had no -- subsequent to the transaction --

15   after the transaction closing and pursuant to

16   the Transition Services Agreement we were not

17   getting updated marks during that time.

18         Q.    The week of September 15th did you

19   see any updated marks during that week?

20         A.    No.

21              MR. TAMBE:  Objection to the form.

22         Lack of foundation.

23         Q.    Were you aware of whether Lehman's

24   marks were being updated daily the week of

25   September 15th?

Page 116

1                    Fogarty - Highly Confidential

2        A.    Not aware.

3        Q.    As you sit here today, do you have

4    any knowledge about whether Lehman's marks were

5    being updated the week of September 15th on a

6    daily basis?

7        A.    Any knowledge -- I have knowledge --

8    not -- I recall the conversation with Alex Kirk

9    in that meeting that there was some, again,

10   number of days where the marks hadn't been

11   updated.

12       Q.    Had not been updated?

13       A.    Had not been updated prior to the

14   closing some number of days, and I can't recall

15   what was referenced.

16       Q.    Okay.  Did you ever have any reason

17   to doubt the accuracy of that?

18       A.    No.

19       Q.    When you made this presentation,

20   were you trying to be as accurate as possible

21   to the committee?

22       A.    I was trying to be -- yes.

23       Q.    And did anyone in response to your

24   presentation, your description of this $5

25   billion difference between the 45 and 50 or the

Page 117

1              Fogarty - Highly Confidential

2       38 and 43, did anyone raise any questions

3       concerning that?

4            A.    Yes.  I recall -- I can't recall the

5       specifics, but I recall -- I recall framing in

6       my presentation, you know, a general concern

7       for not understanding the $5 billion reduction

8       and I recall either in that meeting that day or

9       the day before, the day after, somewhere around

10      that period of time, a conversation with Mike

11      Fazio of Houlihan Lokey where they were

12      concerned about that $5 billion reduction on

13      behalf of their committee.

14           Q.    And did they express the nature of

15      their concern?

16                 MR. TECCE:  Objection to form.

17           A.    Did they express the nature -- yes.

18      Mike had a lot of -- Mike expressed concern

19      that it -- that there wasn't a fair reduction

20      in the value.

21           Q.    And did he explain why --

22                 MR. TECCE:  Objection to form.

23           Q.    -- he thought it wasn't a fair

24      reduction in the value?

25           A.    He had been doing some work on it

Page 118

1            Fogarty - Highly Confidential

2    and believed that it wasn't a fair -- that it

3    wasn't a fair answer, but was struggling to

4    have complete understanding of what transpired.

5        Q.    Do you have any knowledge of the

6    work he was doing on it?

7            MR. TECCE:  Objection to form.

8        A.    I don't have any specific knowledge

9    of the work.

10       Q.    Do you have any general knowledge of

11   the work he was doing?

12       A.    Just that he was doing work.  I

13   don't know anything specific to the work he was

14   doing.

15       Q.    Did you understand that to be

16   attempting to value -- do an independent

17   valuation of those assets?

18           MR. TECCE:  Objection to form.

19       A.    I -- you know, I don't know the

20   nature -- the detailed nature of what he was

21   doing other than he was concerned about it and

22   trying to understand it.

23       Q.    Do you recall anything else he said?

24       A.    No, nothing -- nothing in

25   particular, no.

Page 119

1            Fogarty - Highly Confidential

2        Q.     In general, any other general sense

3    of the conversation from him?

4        A.     Just very annoyed.  Very annoyed by

5    it all.

6        Q.     By the sale process or by the

7    difference in valuation?

8        A.     The difference.

9               MR. TECCE:  Objection to form.

10       Q.     Do you recall him saying anything

11   else --

12       A.     No.

13       Q.     -- in that conversation?

14       A.     No.

15       Q.     Now, you said in your presentation

16   you framed it as not having a full

17   understanding of the $5 billion difference; is

18   that right?

19       A.     Correct.

20       Q.     Do you recall what you said?

21       A.     Not verbatim.

22       Q.     Would you please tell me as best you

23   recall what you said.

24       A.     I probably -- well, I recall

25   generally talking about there being a dispute

Page 120

1                    Fogarty - Highly Confidential
2    at the closing table about the value of the
3    repo assets being conveyed in the transaction
4    and that there was a $5 billion reduction in
5    the -- what do you call it -- the -- against
6    that 50 billion -- again, I keep having this
7    $50 billion number in my head, but obviously I
8    see the 43 here, but that there was a
9    $5 billion reduction in the asset value and
10   there was a lot of fighting about it at the
11   closing table and that we didn't have an
12   understanding -- a complete understanding of
13   what transpired.
14        Q.    A lot of fighting about it between
15   whom?
16        A.    Between management and the -- Lehman
17   management and the Barclays representatives.
18        Q.    Do you know if you used the word --
19   any synonyms for "reduction" in your
20   presentation?
21             MR. TAMBE:  Object to the form of
22        the question.
23        A.    I don't recall.
24        Q.    Do you know if you recall -- you
25   used the word "haircut" or "discount"?