**QUINN EMANUEL URQUHART & SULLIVAN LLP**
51 Madison Avenue, 22nd Floor
New York, New York 10010
Susheel Kirpalani
James C. Tecce
Erica P. Taggart

*Special Counsel to the Official Committee of Unsecured
Creditors of Lehman Brothers Holdings Inc., et al.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
**In re:**                                          : **Chapter 11**
                                                    : **Case No. 08-13555 (JMP)**
**LEHMAN BROTHERS HOLDINGS INC., et al.,**          : **Jointly Administered**
                                                    :
                        **Debtors.**                :
------------------------------------------------------------------------x
**In re:**                                          : **SIPA Proceeding**
                                                    : **Case No. 08-01420 (JMP)**
**LEHMAN BROTHERS INC.,**                           :
                                                    :
                        **Debtor.**                 :
------------------------------------------------------------------------x

**APPENDIX VOLUME V TO
MEMORANDUM OF LAW OF OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF LEHMAN BROTHERS HOLDINGS INC., ET AL., (I) IN
OPPOSITION TO MOTION OF BARCLAYS' CAPITAL INC. TO ENFORCE SALE
ORDER AND SECURE DELIVERY OF ALL UNDELIVERED ASSETS AND (II) IN
FURTHER SUPPORT OF ITS MOTION, PURSUANT TO 11 U.S.C. § 105(a), FED. R.
CIV. P. 60(b), AND FED. R. BANKR. P. 9024, FOR RELIEF FROM ORDER UNDER
11 U.S.C. §§ 105(a), 363, AND 365 AND FEDERAL RULES OF BANKRUPTCY
PROCEDURE 2002, 6004 AND 6006 AUTHORIZING AND APPROVING
(A) SALE OF PURCHASED ASSETS FREE AND CLEAR OF LIENS AND
OTHER INTERESTS AND (B) ASSUMPTION AND ASSIGNMENT OF
EXECUTORY CONTRACTS AND UNEXPIRED LEASES,
<u>DATED SEPTEMBER 20, 2008 (AND RELATED SIPA SALE ORDER)</u>**

03690.61377/3379010.1

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| 65 | Deposition transcript of Alan M. Johnson, taken February 12, 2010 |
| 66 | Deposition transcript of Mary Korycki, taken February 4, 2010 |
| 67 | Deposition transcript of Philip Kruse, taken December 17, 2009 |
| 68 | Deposition transcript of Victor Lewkow, taken February 10, 2010 |
| 69 | Deposition transcript of Marty Malloy, taken March 1, 2010 |
| 70 | Deposition transcript of Bryan Marsal, taken December 22, 2009 |
| 71 | Deposition transcript of Harvey Miller, taken January 7, 2010 |
| 72 | Deposition transcript of Barry Ridings, taken January 15, 2010 |
| 73 | Deposition transcript of Edward Rosen, taken February 19, 2010 |
| 74 | Deposition transcript of Conor Tully, taken February 10, 2010 |
| 75 | Deposition transcript of John Varley, taken September 3, 2009 |
| 76 | Deposition transcript of Michael Klein, taken September 12, 2009 |
| 77 | Deposition transcript of Alex Kirk, taken August 31, 2009 |
| 78 | Deposition transcript of David Petrie, taken August 26, 2009 |
| 79 | Deposition transcript of Alastair Blackwell, taken August 7, 2009 |
| 80 | Deposition transcript of Rich Ricci, taken September 8, 2009 |

03690.61377/3379010.1