Page 1

1           HIGHLY CONFIDENTIAL - M. KLEIN

2           UNITED STATES BANKRUPTCY COURT

3           SOUTHERN DISTRICT OF NEW YORK

4    ----------------------x

5    In Re:

6                              Chapter 11

7    LEHMAN BROTHERS        Case No. 08-13555(JMP)

8    HOLDINGS, INC., et al.,   (Jointly Administered)

9

                 Debtors.

10

     ----------------------x

11

12         * * *HIGHLY CONFIDENTIAL* * *

13      DEPOSITION OF MICHAEL KLEIN

14           New York, New York

15         September 12, 2009

16

17

18

19

20

21

22

23   Reported by:

24   KATHY S. KLEPFER, RMR, RPR, CRR, CLR

25   JOB NO. 24546

1          HIGHLY CONFIDENTIAL - M. KLEIN

2                September 12, 2009

3                  10:40 a.m.

4

5          HIGHLY CONFIDENTIAL deposition

6      of MICHAEL KLEIN, held at Jones Day

7      LLP, 222 East 41st Street, New

8      York, New York, before Kathy S.

9      Klepfer, a Registered Professional

10     Reporter, Registered Merit Reporter,

11     Certified Realtime Reporter, Certified

12     Livenote Reporter, and Notary Public

13     of the State of New York.

14

15

16

17

18

19

20

21

22

23

24

25

Page 133

1           HIGHLY CONFIDENTIAL - M. KLEIN

2    into Saturday were the parties that carried

3    forward to figure out what in fact that problem

4    was.

5           And so my involvement would be as part

6    of that collective team, and that weekend there

7    were a variety of meetings and calls which

8    included I think government officials and the

9    trustees and all kinds of parties to try to find

10   a way to resolve this issue.

11          And then there were direct

12   negotiations JPMorgan, I was in a meeting with

13   them, and then subsequent there was a meeting

14   with the Fed, and I was in a meeting on that.

15          I don't know if that answers your --

16   Q.    It does.  And then the resolution, at

17   least as of the Monday morning, was to leave the

18   cash in the deal?

19   A.    As I understood, we gave them three

20   very clear choices, and the -- as I understood,

21   it was very direct, and I think there was a

22   number of people in the room, they very quickly

23   said just leave it the way it is.

24   Q.    Did you go to closing on Monday?  Did

25   you attend the closing?

1          HIGHLY CONFIDENTIAL - M. KLEIN

2      A.    I don't think I did.  I don't --

3            Do you remember where the closing was?

4  Maybe that will help me.

5      Q.    I don't know.  I know it was on Monday

6  morning, very early Monday morning.

7      A.    I don't think I was physically there

8  at the closing.  I don't recall being there.

9      Q.    And just to sort of close out a couple

10 of areas, I think I heard you say before, but I

11 want to be clear on that, you were not involved

12 in any of the presentations made to the Barclays

13 board about this transaction; is that right?

14     A.    No.  No.  There had been, early on on

15 the -- at the very beginning of the week on the

16 Thursday I believe there was a board call that I

17 sat in and listened to.  Beyond that, I wasn't

18 party to board presentations, and I don't recall

19 seeing the board materials either that were

20 presented beyond that.

21           So the Thursday -- I think it could

22 have been Thursday, it could have been Friday --

23 conversation was on that early structure that we

24 discussed, which related to the Lehman/Spinco

25 separation, the sort of pre-bankruptcy version.

1           HIGHLY CONFIDENTIAL - M. KLEIN

2      Q.    You yourself didn't make any

3   presentation to the Barclays board?  You weren't

4   there?

5      A.    There might have been a question put

6   to me.  I don't -- I don't believe that I was

7   called upon.  I certainly, because I was just a

8   consultant, a person, and because they had a

9   series of other bankers that were giving

10  opinions and doing work and corporate brokers

11  that were doing -- they had other people doing

12  things, I wasn't --

13     Q.    I'm putting before you, Mr. Klein,

14  what previously has been marked as Exhibit 381,

15  an e-mail chain that starts on the second page

16  with an e-mail from you to Rich Ricci dated

17  Friday, September 19, at 21:31 that says, "Rich,

18  three-ring circus.  Two overflow rooms."

19           Could you read, sir, up that chain

20  sufficiently to sort of familiarize yourself

21  with that.

22           (Document review.)

23     A.    Okay.

24     Q.    Just in terms of the where and when of

25  this, I'm assuming from the time and the date

Page 136

1            HIGHLY CONFIDENTIAL - M. KLEIN

2    that you're in the bankruptcy court when this

3    e-mail exchange is taking place; is that right?

4    This will put you on the Friday night.

5        A.   I think it would have to be.

6        Q.   And is it correct, then, that Mr.

7    Ricci was not in the bankruptcy court?

8        A.   I don't believe he was.

9        Q.   And then the next up in the chain is

10   an e-mail from Mr. Ricci to you saying, "Alex

11   tells me they're killing us on 1.9 bucket and

12   not paying anything for it.  What gives?"

13           Can you give me any greater detail of

14   what that's a reference to?

15       A.   I think, as you see my next e-mail, I

16   don't follow.  I don't -- that wasn't a

17   conversation that I had been in that he was

18   relating to.

19       Q.   You also say, "I don't follow.  We are

20   being given 1.9 billion of face."  What's the

21   1.9 billion that you're referring to?

22       A.   The only 1.9 that I'm aware is the bag

23   of hammers.  The only 1.9 that I'm aware of in

24   the transaction.

25       Q.   And then what follows in the two

1           HIGHLY CONFIDENTIAL - M. KLEIN

2    subsequent e-mails are, Ricci to you:  "He told

3    me creditors were squawking.  Let's get it

4    then."  And then you to Ricci:  "We are meeting

5    creditors shortly on this."

6           Do you see that interchange?

7      A.    I do, yes.

8      Q.    Can you give me any more detail of

9    what's meant or what you understood to be meant

10   when Mr. Ricci wrote that the creditors were

11   squawking?

12     A.    I don't, because I don't know -- I

13   don't -- I don't know the Alex Kirk

14   conversation.  I do know that during the court

15   the Weil team pulled a bunch of folks aside,

16   including creditor folks, to explain the

17   transaction in sort of elongated, elaborate

18   sidebar.

19           So I assume that that's what my

20   comment back is referring to, but I don't -- I

21   wasn't aware of what the Alex conversation was

22   because I wasn't party to that.

23     Q.    Did you participate in the elongated

24   sidebar?

25     A.    No, I was in the -- it was a very -- I

1               HIGHLY CONFIDENTIAL - M. KLEIN

2      hadn't been to bankruptcy court before.  I was

3      in the very, very last row.

4           Q.   I can tell that from your first note

5      here:  "Three-ring circus."

6           A.   And there were people calling in as

7      well, which I was -- I had never seen in court

8      before.  But I was in the very last row, and as

9      a result, I didn't have the ability physically

10     to get to the front.

11               So the sidebar conversation that took

12     place, there had been I think a discussion that

13     the lawyer from Weil would brief various parties

14     prior to the event, which they did in that

15     sidebar, but I was not -- I don't think I was

16     physically there because I think I was

17     physically separated, I believe.

18          Q.   Could you hear what was said?

19          A.   I -- no, I was -- I was literally in

20     the last row.

21          Q.   So you know there was a sidebar, but

22     you have no personal knowledge of what was said

23     in that sidebar conversation?

24          A.   I was told that there would be a full

25     debrief that was sort of part of what they had

1           HIGHLY CONFIDENTIAL - M. KLEIN

2   planned.  I mean, I left and went down to the

3   court.  I was told that they would come down to

4   the court, that they would physically debrief,

5   and then there would be a hearing.

6           So I suspect that that's what that's

7   referring to.  My, best as I can recollect, is

8   that's what that's referring to, but I don't --

9   I wasn't party to that.

10      Q.    Was there a point when you arrived at

11  bankruptcy court where you gave a briefing to

12  lawyers for either Lehman or Barclays about the

13  then current status of the agreement?

14      A.    I don't -- I don't think -- I don't

15  believe that I -- I don't know.  I don't know.

16  I don't know who -- I rode down by subway with

17  this chap Gerard LaRocca, who I hadn't known

18  before, who knew the subway system quite well,

19  and then I went in and was pulled to the back

20  and I sat with Archie Cox and everybody else was

21  up in the front.

22          I don't really recall who I spoke to

23  when I walked in.  The only substantive thing

24  that I was briefed on that I know about was

25  the -- this agreement on the splitting the

1              HIGHLY CONFIDENTIAL - M. KLEIN

2    difference on the real estate value because I

3    had to step out and call -- I think I called

4    Rich to tell him and make sure he signed off on

5    that because that was a, sort of an open issue.

6         Q.    You didn't ride down to court in the

7    car with Mr. McDade?

8         A.    No.  I definitely took the subway.

9         Q.    Mr. Klein, I'm putting before you what

10   we previously marked as Deposition Exhibit 382.

11   Take a look through it, please.

12              (Document review.)

13        A.    Okay.

14        Q.    Now, we've moved, just by way of date,

15   we have moved now to Saturday, the 20th, and the

16   earliest e-mail here is on Saturday evening at

17   8:44, where you write to Mr. Ricci and some

18   others:  "Team, we need a brief call with Rich,

19   subject to his schedule, to review the language

20   regarding the expense accruals and to ensure

21   that BarCap has appropriate flexibility to run

22   their business as they deem appropriate."

23              What language regarding expense

24   accruals were you referring to in this e-mail?

25        A.    I don't remember specifically the

Page 176

1          HIGHLY CONFIDENTIAL - M. KLEIN

2     the DTC conversations.  I see it referred to

3     here in this and the inference is made, but I

4     don't have enough references to give you detail

5     on it.  I can just make inferences and I don't

6     feel comfortable doing that.

7          Q.    Do you have an understanding as to

8     whether there was ever a dispute involving the

9     pledge of the residential mortgage loans to the

10    DTC?

11         A.    I know that there was confusion over

12    the DTC and the ability to continue to operate

13    and what would allow the DTC to continue to

14    operate.  That I recall that was another one of

15    the issues that had to get solved before the

16    Monday morning.  The specifics of that dispute I

17    don't -- I just don't recall.

18         Q.    Do you have an understanding as to

19    whether or not there was -- in the e-mail above,

20    your e-mail back to Mr. Ricci says "will do" in

21    response to I believe -- well, can you tell me

22    at the end of Mr. Ricci's e-mail, it says, "Can

23    you touch base with Gerard?"  Correct?

24         A.    That's what it says, yes.

25         Q.    And your response back is "will do";

Page 177

1                 HIGHLY CONFIDENTIAL - M. KLEIN
2      is that correct?
3          A.    That's what it says, yes.
4          Q.    Okay.  And by saying "will do," did
5      that mean that you would get in touch with Mr.
6      LaRocca?
7          A.    I could only make an inference.  I
8      don't recall the e-mail, so I couldn't -- there
9      seems to be an question there and there seems to
10     be an answer, but I can't make any inference
11     beyond that.
12         Q.    Do you recall having a conversation
13     with Mr. LaRocca on Saturday evening?
14         A.    I don't recall a specific
15     conversation, but that weekend, as the entire
16     transaction was being impaired because of the
17     events that took place with JPMorgan shutting
18     the pipes, a variety of different players that
19     had to be involved, there was really a lot of
20     conversations to try to find a path to complete
21     the transaction, but I don't -- I don't remember
22     specific conversations with Gerard.
23         Q.    Do you have an understanding as to
24     whether or not Barclays received any residential
25     real estate securities in connection with the

1          HIGHLY CONFIDENTIAL - M. KLEIN

2     transaction?

3          A.    I don't.

4          Q.    Did there ever come a time when Mr.

5     Ricci discussed with you again the issue of

6     residential real estate securities, mortgage

7     securities, subsequent to this e-mail?

8          A.    I don't, I don't have any

9     recollection.

10         Q.    In addition to the meeting which we

11    discussed where a manila envelope was drawn upon

12    and you spoke with persons, the committee's

13    advisors, were there any other meetings --

14         A.    I want to be clear, I'm sorry, I don't

15    know who I spoke with.  I know that Harvey

16    Miller asked me to go into a room and I know he

17    asked me to discuss the subject matters.  I

18    don't know who I spoke to.

19         Q.    Did Mr. Miller ever identify the

20    people who were in the room to you?

21         A.    As I said, I don't recall anybody

22    being introduced to me.  I recall a lot of

23    people milling about and I recall the Creditors

24    Committee ongoing at the same time.  I don't

25    know anything beyond that, and so I -- just to

1          HIGHLY CONFIDENTIAL - M. KLEIN

2    be clear.

3          Q.    Okay.  Moving away from that, did

4    there ever come a time that you did participate

5    in meetings with the committee or its advisors?

6          A.    I don't, to my recollection, I don't

7    believe I took part in meetings with the

8    committee or the advisors.  The only meeting

9    that I'm aware of that related to that subject

10   matter, Creditors Committees or others, that I

11   can recall -- and there were lots of different

12   moving pieces -- was that meeting.

13          MR. BERNICK:  It's the same -- his

14       testimony is what it is, but it's still

15       subject to that same -- he doesn't know the

16       people, so ...

17         A.    I mean, I have to say that there was,

18   both at Lehman and at Weil, there were hundreds

19   of people walking around and I -- I just don't

20   know who they represented, so ...

21         Q.    Okay.

22          MR. TECCE:  I think that's all I have.

23   Thank you.

24   EXAMINATION BY

25   MR. OXFORD: