**QUINN EMANUEL URQUHART & SULLIVAN LLP**
51 Madison Avenue, 22nd Floor
New York, New York 10010
Susheel Kirpalani
James C. Tecce
Erica P. Taggart

*Special Counsel to the Official Committee of Unsecured
Creditors of Lehman Brothers Holdings Inc., et al.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

| | |
|---|---|
| In re: | : Chapter 11 |
| | : Case No. 08-13555 (JMP) |
| **LEHMAN BROTHERS HOLDINGS INC., et al.,** | : Jointly Administered |
| | : |
| Debtors. | : |

------------------------------------------------------------------------x

| | |
|---|---|
| In re: | : SIPA Proceeding |
| | : Case No. 08-01420 (JMP) |
| **LEHMAN BROTHERS INC.,** | : |
| | : |
| Debtor. | : |

------------------------------------------------------------------------x

**APPENDIX VOLUME VI TO
MEMORANDUM OF LAW OF OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF LEHMAN BROTHERS HOLDINGS INC., ET AL., (I) IN
OPPOSITION TO MOTION OF BARCLAYS' CAPITAL INC. TO ENFORCE SALE
ORDER AND SECURE DELIVERY OF ALL UNDELIVERED ASSETS AND (II) IN
FURTHER SUPPORT OF ITS MOTION, PURSUANT TO 11 U.S.C. § 105(a), FED. R.
CIV. P. 60(b), AND FED. R. BANKR. P. 9024, FOR RELIEF FROM ORDER UNDER
11 U.S.C. §§ 105(a), 363, AND 365 AND FEDERAL RULES OF BANKRUPTCY
PROCEDURE 2002, 6004 AND 6006 AUTHORIZING AND APPROVING
(A) SALE OF PURCHASED ASSETS FREE AND CLEAR OF LIENS AND
OTHER INTERESTS AND (B) ASSUMPTION AND ASSIGNMENT OF
EXECUTORY CONTRACTS AND UNEXPIRED LEASES,
DATED SEPTEMBER 20, 2008 (AND RELATED SIPA SALE ORDER)**

| EXHIBIT | DESCRIPTION |
|---|---|
| 81 | Hearing transcript, September 17, 2008 |
| 82 | Hearing transcript, September 19, 2008 |
| 83 | Hearing transcript, December 22, 2008 |
| 84 | Hearing transcript, February 11, 2009 |
| 85 | March 18, 2010, Saul Burian Declaration |
| 86 | Witness Statement of Clive Adamson |
| 87 | December 5, 2008, LaRocca Declaration |
| 88 | Report of Anton R. Valukas, Examiner, dated March 11, 2010, excerpts |
| 89 | 9/20/08 email from Luc Despins to Harvey Miller |
| 90 | 9/23/08 email from Milbank to Weil |
| 91 | 9/25/08 email from Harvey Miller to Luc Despins et al. |
| 92 | 11/4/08 Milbank-Weil email thread |
| 93 | December 26 Request |
| 94 | February 10 Request |
| 95 | March 3, 2009, email from James Tecce to Jack Stern |
| 96 | LBHI Informal Document Demand |
| 97 | April 23, 2009, letter from Jack Stern to James Tecce |
| 98 | Deposition Transcript of Bart McDade, taken September 2, 2009 |
| 99 | April 27–May 12, 2009 email exchange between Jack Stern and James Tecce regarding production format) |
| 100 | 9/16/08 email from John Varley to Senior Leaders Communications |
| 101 | LBHI Minutes of the Board of Directors, September 16, 2008 |
| 102 | Barclays PLC Minutes of a Meeting of the Board of Directors, September 16, 2008 |
| 103 | September 17 Press Release |
| 104 | September 17 Analyst Call |
| 105 | September 17, 2008, email from John Varley to Hector Sants |
| 106 | September 22, 2008, email from Edward Gilbert to Julie Becker |
| 107 | Forwarded September 22, 2008 email to Edward Gilbert |
| 108 | Typed notes of 9/18/08 Seery call |
| 109 | Handwritten notes of 9/18/08 Seery call |
| 110 | September 18, 2008, email from Daniel Metrikin to Anne McComiskey et al. |
| 111 | Deposition Transcript of Martin Kelly, taken August 18, 2009 |
| 112 | Seery Notes |
| 113 | Burian Notes |
| 114 | 9/19/08 email to Daniel Golden |

03690.61377/3379006.1