| | |
|---|---|
| **From:** | Despins, Luc <LDespins@milbank.com> |
| **Sent:** | Saturday, September 20, 2008 11:16 AM |
| **To:** | Bell, Crayton L. <CBell@milbank.com> |
| **Subject:** | Fw: Barclays Documentation |

Fyi.

----- Original Message -----
From: Despins, Luc
To: 'harvey.miller@weil.com' <harvey.miller@weil.com>
Sent: Sat Sep 20 11:15:27 2008
Subject: Barclays Documentation

Harvey, would you be kind enough to make sure that your corporate team involves my corporate partners, including Crayton Bell, in all discussions and meetings with respect to the documentation and closing of the Barclays transaction? Given how constructive we have been in this process I would expect you to endorse this request. Thank you.

CONFIDENTIAL

MTHM0005763