| | |
|---|---|
| From: | Bell, Crayton L. |
| Sent: | Tuesday, September 23, 2008 12:48 PM |
| To: | 'lori.fife@weil.com' |
| Subject: | Lehman/Barclays transaction |

Lori,

We have not yet been provided with the Schedule A and Schedule B referred to in Section 1(a)(ii) of the executed Clarification Letter. These schedules set out certain securities and other assets included in the Purchased Assets. Would you please have someone provide those to us as soon as possible?

Also, can you please confirm that the portion of the real estate proceeds that, according to the funds transfer memorandum, was paid to 745 LLC at the Closing for the headquarters and Cranford buildings has been transferred to the LBHI estate.

Thank you.

Crayton

**Milbank**
**Global Corporate Group**
**Crayton L. Bell**
Partner
1 Chase Manhattan Plaza
New York, NY 10005-1413
T: +1 212 530 5338  F: +1 212 822 5338
cbell@milbank.com
www.Milbank.com

CONFIDENTIAL                                                                                                          MTHM0005970