| | |
|---|---|
| From: | harvey.miller@weil.com |
| Sent: | Thursday, September 25, 2008 10:28 AM |
| To: | Despins, Luc <LDespins@milbank.com>; lori.fife@weil.com; Shai Y. Waisman <shai.waisman@weil.com>; Richard Krasnow <richard.krasnow@weil.com> |
| Cc: | Bell, Crayton L. <CBell@milbank.com> |
| Subject: | Re: Schedules to Barclays APA |

Luc,
I am sure that the schedules will be furnished asap. I don't believe it is helpful to suggest that ths schedules may have been manipulated post closing. You were invited to stay Monday AM as the schedules were reviewed and finalized
Incidentally what have you done
About your firms representation of Lehman? I am told that Milbank is in the top 15 law firms it uses.
Finally we need to talk ab out confidentiality and the role of the Committee vis a vis other creditors and the Ad Hoc committees.
Please call.

    Harvey

---

From: "Despins, Luc" [LDespins@milbank.com]
Sent: 09/25/2008 10:09 AM AST
To: Harvey Miller; Lori Fife
Cc: "Bell, Crayton L." <CBell@milbank.com>
Subject: Schedules to Barclays APA


Harvey and Lori, my partner Crayton Bell has made several requests for the asset schedules referred to in section 1a(ii) of the APA and has received NO response.

I hope that these schedules have not been changed since the closing. In any event, can we get them ASAP?

========================================================================

**IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank, Tweed, Hadley & McCloy LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor.**
========================================================================

**This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.**