| | |
|---|---|
| **From:** | Barr, Matthew |
| **Sent:** | Tuesday, November 4, 2008 4:33 PM |
| **To:** | 'lori.fife@weil.com' |
| **Cc:** | Dunne, Dennis <DDunne@milbank.com>; Fleck, Evan <EFleck@milbank.com>; harvey.miller@weil.com |
| **Subject:** | RE: Lehman |

Thanks; we should meet Friday morning. We'll get back to you with a few proposed times.

---

**From:** lori.fife@weil.com [mailto:lori.fife@weil.com]
**Sent:** Tuesday, November 04, 2008 4:11 PM
**To:** Barr, Matthew
**Cc:** Dunne, Dennis; Fleck, Evan; harvey.miller@weil.com
**Subject:** RE: Lehman


Matt - got your voicemail. Simpson was retained to get paid for the work that they did in connection with the transaction not for work going forward.

In any event, as I mentioned, we are not in a position to arrange a meeting with the business people involved in the deal. If you want to have a lawyers only meeting, we can meet on Friday morning. I am not sure we have a lot more information than you already know but if you think it will be helpful we will make ourselves available.

Let us know.
Thank you.




Lori R. Fife, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Tel.  212 310- 8318
Fax  212 310- 8007


| "Barr, Matthew" <MBarr@milbank.com> | | |
|---|---|---|
| | To | <lori.fife@weil.com> |
| 11/03/2008 09:49 AM | cc | "Dunne, Dennis" <DDunne@milbank.com>, "Fleck, Evan" <EFleck@milbank.com>, <harvey.miller@weil.com>, <Shai.Waisman@weil.com> |
| | Subject | RE: Lehman |


Please get back to us with a few dates/time you and your team are available this week.

CONFIDENTIAL                                                                                                                                                          MTHM0012820

**From:** lori.fife@weil.com [mailto:lori.fife@weil.com]
**Sent:** Wednesday, October 29, 2008 10:42 PM
**To:** Barr, Matthew
**Cc:** Dunne, Dennis; Fleck, Evan; harvey.miller@weil.com; Shai.Waisman@weil.com
**Subject:** Re: Lehman


Matt - I had not heard about the adjournments.  I will check on dates and get back to you.

Thank you.



Lori R. Fife, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Tel.  212 310- 8318
Fax  212 310- 8007


"Barr, Matthew"
<MBarr@milbank.com>

10/29/2008 09:16 PM

To <lori.fife@weil.com>
cc <Shai.Waisman@weil.com>, <harvey.miller@weil.com>, "Dunne, Dennis" <DDunne@milbank.com>, "Fleck, Evan" <EFleck@milbank.com>
Subject Re: Lehman




Lori,

Not sure if you heard yet but Barclays has agreed to adjourn its motions for reconsideration until the Nov 18th hearing. We likewise agreed to adjourn the Committee's motion for reconsideration of the DIP related order.

We had a brief discussion today with Cleary about the motions and some of the sale related issues. We explained that we still need to look into the sale related issues and have discussions with you and your team. At the end of the call it became clear that we and Cleary thought an adjournment of all of the motions to allow review of the issues and discussions made a lot of sense.

Please let us know when you and your team are available to meet -- we would like resolve (or not) these issues by the Nov 18th hearing.


**From**: Barr, Matthew
**To**: 'lori.fife@weil.com'
**Cc**: 'Shai.Waisman@weil.com' ; 'harvey.miller@weil.com' ; Dunne, Dennis
**Sent**: Mon Oct 27 22:40:56 2008
**Subject**: Re: Lehman

CONFIDENTIAL                                                                                                                                    MTHM0012821

Lori,

How about we meet later in the week or we meet with your corporate partners -- who you mentioned really handled this -- and you can call-in from New Orleans to the extent necessary. It really can't be that Weil doesn't have a few hours to discuss this before the 11/5 hearing. Delay will unfortunately only heighten people's sensitivity/add to the questions. We really think an initial meeting this week is necessary. We're trying to manage people on our side and meeting sooner rather than later will assist us all.

Please get back to us regarding this as soon as possible.

---

**From:** lori.fife@weil.com
**To:** Barr, Matthew
**Cc:** shai.waisman@weil.com ; harvey.miller@weil.com
**Sent:** Mon Oct 27 20:16:06 2008
**Subject:** Re: Lehman


Matt - we are not available Tuesday and Wednesday morning as Harvey, Shai and I are going to New Orleans for the TMA.  In any event, we are not prepared to meet with the Committee on the Barclays issue. As I mentioned, it is not a high priority and while I was hoping to schedule a lawyers meeting I don't think that it can take place until sometime after the November 5th hearing.
The position you discussed with Shai with respect to the Barclays reconsideration motion will be fine with the Debtors.  Clearly, if Barclays will pay rejection damage costs that would be a benefit to the estate.
I am happy to discuss this with you further.
I am not leaving until midday tomorrow but will be in meetings most of the morning.

Thanks.



Lori R. Fife, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Tel.  212 310- 8318
Fax  212 310- 8007

"Barr, Matthew" <MBarr@milbank.com>

10/27/2008 06:49 PM

To <lori.fife@weil.com>
cc
Subject Re: Lehman










Sorry we keep missing each other. Can you meet tomorrow morning or Wed morning?

---

**From:** Barr, Matthew
**To:** 'lori.fife@weil.com'

CONFIDENTIAL                                                                                          MTHM0012822

**Sent:** Sat Oct 25 12:47:45 2008
**Subject:** Re: Lehman

Let me know what you are thinking. FYI, we are also getting lots of questions from creditors not on the committee regarding Barclays' motion for reconsideration. Would like to discuss that - and other motions for reconsideration - as well.

**From:** Barr, Matthew
**To:** 'lori.fife@weil.com'
**Sent:** Fri Oct 24 15:49:26 2008
**Subject:** Lehman

Lori,

I thought I would propose a few times next week for the meeting we discussed yesterday -- Monday afternoon, Tuesday morning or Wednesday afternoon works for us. Let me know what works for your side.

**Milbank**
**Financial Restructuring Group**
**Matthew S. Barr**
1 Chase Manhattan Plaza
New York, New York 10005-1413
T: 212-530-5194
F: 212-822-5194
C: 917-502-1412
mbarr@milbank.com
www.milbank.com

===============================================================================

**IRS Circular 230 Disclosure:** U.S. federal tax advice in the foregoing message from Milbank, Tweed, Hadley & McCloy LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor.
===============================================================================

**This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.**

The information contained in this email message is intended only for use of the individual or entity

named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email (postmaster@weil.com), and destroy the original message. Thank you

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email (postmaster@weil.com), and destroy the original message. Thank you

================================================================

**IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank, Tweed, Hadley & McCloy LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor.**
================================================================

**This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.**

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email (postmaster@weil.com), and destroy the original message. Thank you

CONFIDENTIAL                                                                                                   MTHM0012824