| | |
|---|---|
| From: | James Tecce |
| Sent: | Tuesday, March 03, 2009 12:49 PM |
| To: | jstern@bsfllp.com |
| Subject: | Lehman Brothers -- Barclays |

Jack:

Thank you for your call earlier today advising Barclays is still searching for responsive documents to our two letters (and anticipates production within the next two weeks).  As you know, the Committee is anxious to receive documents and continue with their investigation.  Please note from their perspective, the requests have been outstanding for some time -- so we ask that you keep us advised of your progress (and whether you anticipate further delays beyond two weeks).  To that end, the Committee's rights to pursue the discovery through other channels (e.g., Rule 2004) are reserved.

Thank you.

**James C. Tecce ▫ Partner**
**Quinn Emanuel Urquhart Oliver & Hedges, LLP**
**51 Madison Avenue, 22nd Floor**
**New York, NY 10010**
**Direct: (212) 849-7199**
**Main Phone: (212) 849-7000**
**Main Fax:  (212) 849-7100**
E-mail:  jamestecce@quinnemanuel.com
Web:  www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential.  If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

CONFIDENTIAL                                                                                                                                        CMTE0007341