# BOIES, SCHILLER & FLEXNER LLP

575 LEXINGTON AVENUE • 7TH FLOOR • NEW YORK, NY 10022 • PH. 212.446.2300 • FAX 212.446.2350

April 23, 2009

BY HAND

James Tecce
Quinn Emanuel
51 Madison Avenue, 22nd Floor
New York, NY 10010

    *In re Lehman Brothers Holdings Inc., et al.*, Case No. 08-13555 (JMP)

Dear James:

    Following up on our discussion, enclosed is a sample print-out of selected material. If this is acceptable, we will print out the entire production for you in this format.

                           Very truly yours,

                           Jack G. Stern

JGS:ck

Enclosure

CMTE0011962