Page 1

1      HIGHLY CONFIDENTIAL - B. McDADE
2      UNITED STATES BANKRUPTCY COURT
3      SOUTHERN DISTRICT OF NEW YORK
4      ------------------------x
5      In Re:
6                              Chapter 11
7      LEHMAN BROTHERS          Case No. 08-13555(JMP)
8      HOLDINGS, INC., et al.,  (Jointly Administered)
9
                   Debtors.
10
       ------------------------x
11
12         * * *HIGHLY CONFIDENTIAL* * *
13         DEPOSITION OF BART McDADE
14              New York, New York
15              September 2, 2009
16
17
18
19
20
21
22
23   Reported by:
24   KATHY S. KLEPFER, RMR, RPR, CRR, CLR
25   JOB NO. 24045

1   HIGHLY CONFIDENTIAL - B. McDADE

2   September 2, 2009

3   9:57 a.m.

4

5   HIGHLY CONFIDENTIAL deposition

6   of BART McDADE, held at Jones Day, LLP,

7   222 East 41st Street, New York,

8   New York, before Kathy S. Klepfer, a

9   Registered Professional Reporter,

10  Registered Merit Reporter, Certified

11  Realtime Reporter, Certified Livenote

12  Reporter, and Notary Public of the State

13  of New York.

14

15

16

17

18

19

20

21

22

23

24

25

1  HIGHLY CONFIDENTIAL - B. McDADE
2  told about changes to the deal?
3      A.   Uh-huh.
4      Q.   In the course of that discussion, do
5  you recall anything that was told to the masses
6  about the 15c3 assets?
7      A.   No, I was -- it was a large gathering
8  around Mr. Miller in a live setting without
9  microphones, so I wasn't part of the actual
10 conversation.  So the senior lawyers were
11 gathered in the middle of the courtroom.
12     Q.   And when you say you weren't part of
13 the conversation, were you able to hear the
14 conversation?
15     A.   No, that's what I mean.  I was not
16 able to hear the conversation.  There was no
17 microphone.  He was not in a position with a
18 microphone in any public setting.  It was a
19 public setting where, unless you were crowded
20 around the ring, you couldn't hear.
21     Q.   I see.  So there was a meeting where
22 information was given to the masses, but you
23 needed to be specifically within the tight
24 immediate ring in order to actually hear what
25 was being said?

1        HIGHLY CONFIDENTIAL - B. McDADE
2    A.    Correct.
3    Q.    And you did not hear what was said?
4    A.    Yes, sir.
5    Q.    When you say "yes, sir"?
6    A.    Yes, sir, I did not hear.
7    Q.    You had looked a number of times today
8  at the September 16 balance sheet, Exhibit 19,
9  and that includes on each side, the assets and
10 the liabilities, a reference to derivatives.
11 See that, 4 and a half billion on the asset side
12 and 4 and a half billion on the liability side?
13   A.    Uh-huh.
14   Q.    Am I correct that on the asset side
15 that represents long positions?
16   A.    Yes.
17   Q.    And on the liability side that
18 represents short positions?
19   A.    Yes.
20   Q.    And those are positions in derivatives
21 that are -- that LBI had?
22   A.    Yes, exchange-traded.
23   Q.    The exchange-traded, do those include
24 derivatives that were traded on the Options
25 Clearing Corporation, or OCC?

1       HIGHLY CONFIDENTIAL - B. McDADE

2       A.    Yes.

3       Q.    Did you understand that, in addition
4  to the long positions and the short positions
5  that Lehman had at OCC, it also had additional
6  cash and assets that were deposited as margin
7  and also clearing funds deposited at the OCC?

8       A.    Yes, I did, but keep in mind the
9  context that we had had assets like that, for
10 example, at the CME, and they lost those assets
11 over the course of the week.  So we had no
12 confidence that those were potentially our
13 assets given what had been transpiring.

14      Q.    Did anyone tell you that you -- that
15 Lehman had an excess of those assets at OCC?

16      A.    Not specifically, no.

17      Q.    Do you recall whether at any time
18 anyone told you that Lehman had an excess of
19 $1.3 billion of cash deposited at the OCC?

20      A.    No one told me that specifically, no.

21      Q.    Did anyone tell you that Lehman had an
22 excess of $900 million in additional assets
23 beyond the cash deposited at the OCC?

24      A.    No one told me that.

25      Q.    Did you ever have any discussion with

1    HIGHLY CONFIDENTIAL - B. McDADE
2    Barclays about Barclays acquiring the $2.2
3    billion of excess cash and assets margin at OCC?
4             MR. HUME:  Objection.  Lacks
5        foundation.
6        A.    I specifically did not.
7        Q.    Are you aware whether Barclays ever
8    asked anyone at Lehman to include any of those
9    assets in the sale?
10       A.    I'm not specifically aware of any
11   specific dialogue with respect to those options,
12   the collateral, BarCap and Lehman.
13       Q.    And to your knowledge, was there ever
14   any intent on the part of Lehman to transfer any
15   of those excess cash, that 1.3 billion or any
16   additional assets, that was clearing in margin
17   at OCC to Barclays as part of the sale?
18       A.    My recollection is the original
19   contemplation of those positions would have
20   been, to your point, the actual positions
21   themselves.  Collateral would have been a
22   secondary consideration.  We were concerned
23   about our collateral positions.
24             However, I think over the course of
25   the week, that became -- that became, to my

1    HIGHLY CONFIDENTIAL - B. McDADE
2    recollection, over the course of time, that
3    became something that ended up, I believe, in
4    the clarifying document.
5        Q.    Did anyone tell you that the, under
6    the clarifying document, there had been some
7    agreement where Barclays to transfer to Barclays
8    an additional $2.2 billion of cash and
9    securities representing margin, excess margin
10   and other assets at OCC?
11       A.    No.
12             MR. HUME:  Objection.  Vague and
13       ambiguous.  Lacks foundation.
14       Q.    To your knowledge, was there ever any
15   intent on the part of Lehman that the clarifying
16   letter would provide Barclays an additional $2.2
17   billion in margin at OCC?
18       A.    No.
19       Q.    What about margin, additional margin
20   that Lehman had at any other clearing
21   corporations, and I want to specifically include
22   any foreign clearing corporations, counterparts
23   to the OCC, were you aware, was there ever any
24   negotiations or intent on the part of Lehman to
25   transfer any such margin, cash or additional

1      HIGHLY CONFIDENTIAL - B. McDADE
2  assets, at foreign clearing corporations to
3  Barclays?
4      A.   I'm not aware of those.
5      Q.   Were you involved, sir, with any
6  discussions with the Depository Trust
7  Corporation, DTC?
8      A.   Specifically, no.
9      Q.   Were you aware of any concerns at DTC
10 concerning Lehman's business?
11     A.   Yes, absolutely.
12     Q.   What were the nature of the concerns
13 that you heard about that were experienced by
14 DTC?
15     A.   We obviously had a number of
16 settlements normal course of business, and DTC
17 had become concerned because JPMorgan apparently
18 was backing -- was backing away in terms of its
19 role with us, and DTC essentially told us they
20 were going to shut down our ability to not only
21 transact going forward, but to shut down
22 hundreds of thousands of settlements that were
23 in process.
24     Q.   And how did that threaten the deal
25 with Barclays?

1  HIGHLY CONFIDENTIAL - B. McDADE

2    A.    Well, it was the position of -- it was
3 the position of Barclays that they didn't want
4 to assume all of those liabilities, and it was
5 the position of the other protagonists,
6 regulators and others -- again, this is my
7 opinion -- that Barclays should be more
8 forthcoming in terms of assuming some of those
9 responsibilities.  And it was also -- there was
10 also the confusion of the dispute between
11 JPMorgan and Barclays that clearly created --
12 created headache.
13        So how it was going to stop the deal,
14 it would have become an enormous challenge for
15 Barclays to buy a set of businesses where all of
16 the normal course transacting over the course of
17 the last couple weeks of the core constituent
18 clients, it would have been a massive brand and
19 reputational challenge, I believe, for a new
20 buyer, practically speaking, I think.
21    Q.    The uncleared trades were in the many
22 billions of dollars; is that correct?
23    A.    I don't have the exact figure, but I
24 know they were in the hundreds of thousands of
25 individual transactions.

Page 280

1          HIGHLY CONFIDENTIAL - B. McDADE
2     Q.    And DTC's concern was as to its
3  exposure --
4     A.    Exactly.
5     Q.    -- in clearing those trades?
6     A.    Exactly.
7     Q.    And it wanted Barclays to assume
8  responsibility for that exposure?
9     A.    Exactly.  It wanted a letter of credit
10 and it wanted posted collateral, et cetera.
11    Q.    And Barclays did offer some limited
12 guarantee?
13    A.    My understanding is Barclays offered
14 250 million.
15    Q.    And DTC wanted an unlimited guarantee?
16    A.    That's correct.
17    Q.    Were you involved in any discussions
18 concerning the pledging of certain residential
19 mortgage assets to DTC in connection with its
20 concerns?
21    A.    Only at a very -- I have vague
22 recollection of the process, but I was not
23 involved specifically, no.
24    Q.    What do you recall about it?
25    A.    We were trying to find at that point