| | |
|---|---|
| **From:** | Jack G. Stern |
| **Sent:** | Tuesday, May 12, 2009 11:37 AM |
| **To:** | James Tecce |
| **CC:** | Jobe Danganan; Addison Holladay |
| **Subject:** | RE: |

We'll check with our vendor to see if they have any better suggestions.


From: James Tecce [mailto:jamestecce@quinnemanuel.com]
Sent: Tuesday, May 12, 2009 2:08 PM
To: Jack G. Stern
Cc: Jobe Danganan; Addison Holladay
Subject: RE:

Jack:

Thanks for your email.

I'll call you this afternoon to discuss, but we've checked with our FA's.  The problem is that even with the insert sheets, they still can't read the documents as produced because overflow pages (e.g., other than the first page) don't contain the individual column and row headings on each sheet; they're left trying to "piece" the charts together.  While the color coded sheets show the different charts attached to the different emails, within the charts (some of which are hundreds of pages long) the row and column legend only appears on the first few pages.  Even if they were to cobble the pages together, for massive charts (with thousands of entries), the "assembled" pages don't even fit on a conference table.


From: Jack G. Stern [mailto:jstern@bsfllp.com]
Sent: Tuesday, May 12, 2009 12:12 PM
To: James Tecce
Cc: Jobe Danganan; Addison Holladay
Subject: RE:

James

Just following up to see if you still want us to prepare a complete hard copy set along the lines described below.

Jack

_____

From: Jack G. Stern
Sent: Monday, April 27, 2009 5:05 PM
To: 'James Tecce'
Subject:

James

Following up on our discussion, I am told that the colored sheets will be used as follows:

First, a yellow sheet will be inserted to separate attachments from the cover email and from other attachments. Many of the emails we will produce have multiple attachments. In order to signify where one attachment ends and the other starts, we will insert a yellow slip sheet. (See production sample BCI0012-BCI0013)

Second, a blue sheet will be inserted where one tab within an attachment ends and another begins. Most of the attachments we are producing contain multiple tabs within a single attachment. Each tab is a different spreadsheet illustrating different data. (See production sample BCI0004-BCI0005)

Third, a green sheet will be inserted in order to separate emails. (See production sample BCI0010-BCI0011)

I hope that explanation helps.

Jack G. Stern
Boies, Schiller & Flexner LLP
575 Lexington Avenue | New York NY 10022
Direct: 212 446 2340 | Cell: 917 697 2246
jstern@bsfllp.com | www.bsfllp.com

IRS Circular 230 disclosure:
To ensure compliance with requirements imposed by the IRS, unless we expressly state otherwise, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]