| | |
|---|---|
| **From:** | Edward Gilbert |
| **Sent:** | Monday, September 22, 2008 04:50 PM |
| **To:** | JBecker@WilmingtonTrust.com |
| **Subject:** | Re: LEHMAN (URGENT--POSSIBLE EMERGENCY COMMITTEE CALL TODAY) |

Julie, you are welcome.
Interesting to understand what a bargain Barclays thinks it has.
All the best.
Ed
-----Original Message-----
From: Becker, Julie <JBecker@WilmingtonTrust.com>
To: Edward Gilbert
Sent: Tue Sep 23 00:25:14 2008
Subject: RE: LEHMAN (URGENT--POSSIBLE EMERGENCY COMMITTEE CALL TODAY)
Ed:
Thanks much for sharing this transcript.  Regards.
Julie

Julie J. Becker
Vice President
Wilmington Trust FSB
Corporate Client Services
8400 Normandale Lake Boulevard
Suite 925
Bloomington, Minnesota 55437
Drop Code: 7100/Minnesota
Phone: 612.751.4065
Email: jbecker@wilmingtontrust.com

From: Edward.Gilbert@shinseibank.com [mailto:Edward.Gilbert@shinseibank.com]
Sent: Sunday, September 21, 2008 5:53 PM
To: DODonnell@milbank.com; araboy@cov.com; ccromie@metlife.com; dyu@metlife.com; dcoffino@cov.com; dkleiner@velaw.com; gerard.facendola@bnymellon.com; McGinley, James J.; jguiliano@bankofny.com; Becker, Julie; mspeiser@stroock.com; mbeeler@cov.com; mhopkins@cov.com; Nitin.Bajpai@shinseiinternational.com; noel.purcell@mizuhocbus.com; pcschmitter@bankofny.com; robailey@bankofny.com; rreid@sheppardmullin.com; sjohnston@cov.com; Taylor.Siedell@shinseibank.com; tpasuit@metlife.com
Cc: LDespins@milbank.com; DDunne@milbank.com; PAronzon@milbank.com; bgeer@hlhz.com; Conor.Tully@fticonsulting.com; Dominic.Dinapoli@fticonsulting.com; esiegert@hlhz.com; John.Siris@fticonsulting.com; Kevin.Lavin@fticonsulting.com; Michael.Eisenband@fticonsulting.com; mfazio@hlhz.com; Philip.Stern@fticonsulting.com; Robert.Darefsky@fticonsulting.com; Ron.Greenspan@fticonsulting.com; Samuel.Star@fticonsulting.com; sburian@hlhz.com; William.Nolan@fticonsulting.com
Subject: RE: LEHMAN (URGENT--POSSIBLE EMERGENCY COMMITTEE CALL TODAY)



redacted

CONFIDENTIAL                                                                                                    CMTE0002527



===========================================================================
IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank, Tweed,
Hadley & McCloy LLP is not intended or written to be, and cannot be used, by any person for the
purpose of avoiding tax penalties that may be imposed regarding the transactions or matters
addressed. Some of that advice may have been written to support the promotion or marketing of the
transactions or matters addressed within the meaning of IRS Circular 230, in which case you should
seek advice based on your particular circumstances from an independent tax advisor.
===========================================================================
This e-mail message may contain legally privileged and/or confidential information. If you are not
the intended recipient(s), or the employee or agent responsible for delivery of this message to the
intended recipient(s), you are hereby notified that any dissemination, distribution or copying of
this e-mail message is strictly prohibited. If you have received this message in error, please
immediately notify the sender and delete this e-mail message from your computer.


This e-mail message and any attachments are confidential and may be legally privileged. If you are
not the intended recipient, we kindly ask you to notify the sender immediately by replying to the
above address. Any unauthorized copying, duplication, reproduction, manipulation, dissemination or
distribution hereof in any form is strictly prohibited. The statement set forth above serves for
information purposes only, and shall not have any legally binding effect. We do not guarantee the
accuracy and completeness of any information or materials contained herein. The information
contained herein, and the terms for access to or use of such information, are subject to deletion or
change at any time. It is not intended as an offer or solicitation for the purchase or sale of any
financial instrument or as an official confirmation of any transaction.
???????(????????)???????????????????????????????????????????????????????????????????????????????????-
???????????????????????????????????????????????????????????????????????????????????????????????????-
???????????????????????????????????????????????????????????????????????




Visit our website at www.wilmingtontrust.com
Investment products are not insured by the FDIC or any other governmental agency, are not deposits
of or other obligations of or guaranteed by Wilmington Trust or any other bank or entity, and are
subject to risks, including a possible loss of the principal amount invested. This e-mail and any
files transmitted with it may contain confidential and/or proprietary information.  It is intended
solely for the use of the individual or entity who is the intended recipient.  Unauthorized use of
this information is prohibited.  If you have received this in error, please contact the sender by
replying to this message and delete this material from any system it may be on.

CONFIDENTIAL                                                                                        CMTE0002528