| | |
|---|---|
| **From:** | Edward Gilbert |
| **Sent:** | Sunday, September 21, 2008 03:00 PM |
| **To:** | jacob@jgfund.com; Nitin Bajpai; J. Christopher Flowers NY; David Schamis NY; jjoros@jcfco.com; Sally Rocker NY |
| **Subject:** | Re: Barclays Investor Call Transcript from Wednesday where they described how great the Lehman buy is / -$2bn goodwill after tax |

```
Thanks, Jacob.
We will make sure this information is considered in the Lehman proceeding.
All the best.
Ed
-----Original Message-----
From: Jacob Goldfield <jacob@jgfund.com>
To: Nitin Bajpai; Edward Gilbert; J. Christopher Flowers NY; David Schamis NY; John Oros
<jjoros@jcfco.com>; Sally Rocker NY
Sent: Mon Sep 22 06:53:59 2008
Subject: Barclays Investor Call Transcript from Wednesday where they described how great the Lehman
buy is / -$2bn goodwill after tax
```



CONFIDENTIAL

CMTE0000911