LEH Call                                    9/18/08

- Company shopping assets lately,
    We started looking more lately for full tranxn
    possible buyers ① BofA '60-5 guys on deal
    ? false?
        All business heads went through analysis etc.
    ② Barclays came later
    ③ Koreans, KDB
        Two other banks w/ them
        - seemed pretty real, occurred back in winter/fall
        - press reported on it
        - pulled out eventually,
    A lot centered around com real estate
    Towards end of last week BofA faded.
    Barclays process v. different: smaller groups,
        more electronic analysis => got there very
    fast
    Concern: no Real estate, no risk on it, no financing
        Tried to use fed to support spinco; wishy/washy @ best
    Fell apart on sunday morning @ about 11a-12p
    Thought Trade was done, lot of noise (MER, WAMU)
    - FSA turned them down w/ll (a. o. p.?) didn't
        want Bar to take any US systemic risk w/o
        fed support
    - Filed that night => FED & SEC pushed them
        into it
    - Called Barclays back => can we do an asset purchase?
        and assume some spec. liabilities
Q  - Was there any opportunity to get BofA,
        KDB back on the deal?
A   Not really, BofA out (MER) KDB long gone
    When filed => left book naked as it
    crushed CDS etc.

EXHIBIT
469B
12/17/09 wb

- Late Sunday night - Tues: cranked out APA
did it by saying what is excluded

Q: What is the book that went over?
A: All desks, all employees, no derivs
equity biz, banking (people)

Q: Positions eroding? When was it M2M?
A: (Bloodbath!) End of day monday
↳ lost x$1b in secs & loans
Derivative hedges came off the books
b/c other side is canceling hedges
esp if ITM.

Q: Govie Q:

Q: Book is relatively flat since this?
A: Yes. Some exposures don't have hedges
though.

Q: Mort @ 2.7
It's about 1/2 the book (on Tues)
Q: Is that # securitized? Bk remote?
I don't think so. Left behind in LB/
Q: Excluded?
They are Comercial/Residential → one is excluded
Q: Cancel?
They are exch. traded, no cancellation
right.
Q: JP is the clearing bank ⇒ demanded
collateral and took a lot
Box @ clearing bank — keep secs
there, repo out during the day, put
it back etc.
Kept demand more collateral ⇒ squeeze
for liquidity.
— ...will... has liens on these assets

CONFIDENTIAL

HLHZ0000002

Jim        Brandon
Seery,     Hayes

10b st agreement
reverse repo, probably.

- Basically Bar, taking asset 72.6 a
  68.4 Liab
  Cure payments on outstanding liabilities (margin
  on shorts, ie) fazio doesn't think so
  ? Do to, do from?
Q  Employee comp off BL?
   don't know

✓  Lookup: Fed RTC type vehicle

Q  Size of customer book?
   ASOMI I don't know => prime brokerage
   biz
   A lot of the $ is trapped in LBIE in London
   PwC has locked the place down
   Don't know about US Assets
Q  losses in deriv books => mostly in LBSS
   reliant on holdings guarantee
   Sizeable amount of Chase exposure to derivs
   11b of excess collateral
   Should have pretty good netting agreement.
- Liabilities are mostly short positions,
  have to get back to us
- Deals like imperial sugar => LB1 group
  (not getting transferred)
  LCPI => 9bil funded 3 unfunded
- Revolver draw discussion

CONFIDENTIAL                                         HLHZ0000003

Revolver issue
  Lender => Lehman => client
     ↳ people aren't lending
Barclays is going to get people for agent business.
  Want agency, not liability on revolver.
9 bil funded loans, ~=> LCPI UK includes
     ↳ European loans
  ↳ fair value
During repo's: LBI has intercompany payable? doesn't know amt
  LCPI ~ 39b
Analysis of trigger effect of derivs?
  Hasn't seen them. Must keep a
     VOD + VOD 0
Contracts cancelled ASAP?
  CDS on corps => hedge
Exchange deposits should be part of Prime Brokerage biz.
  Trading assets => LBI
  equity, long only => LB1
  HF investm ↗

~~~~~~~~~~~~~~~~~~~~~~
900m - 1b for bldg
Not sure about data centers.
Adjustment to cash amount (3,3)
~~50%~tenure~~
Commercially accepted repo terms on refi from Barc? ✓ Hopefully...
_____
What is left after NB + Barc sale?
  Massive loan book in LCPI => not a lot of damage
  from ~~rebels~~ revolver => not yet, but possible
     ↳ mostly funded w/ inter comp
     ↳ ..... repo'd => JP Morgan vehicles

CONFIDENTIAL                                                                 HLHZ0000004

Jim cell
631 804 2049

8b on books @ LCPI
Lot of different positions in equity

IBD going over? Deals? WIP?
WIP is travelling. A/R is staying.
If you don't fund revolver => kicked off deal

PE => mostly but not totally assets w/o Liab.
ramifications for not meeting LC draw

No good answer on intern'l
UK mess
Trying to sell Mumbai?
Asia not travelling.
Barc some interest in Tokyo, HK
Doesn't know about Aus'l

Have to have in-house counsel
How do we make sure we have people we need?

Derivative contracts @ LBI contracts guar.
by parent. Barc would honor
guarantee. Is it in the 4,55 #
will ck that

2 1/4 cuire, 2 emp comp 72a, 681

NB! One of the products sell is a
Fixed Income product => money mkt, run on the
bank => announce tomorrow monday; suspending
redemption; withdraw; may not return => .97/#
also no liquidity => disc =>

CONFIDENTIAL                                                                    HLHZ0000005

1 bidder w/ exten. diligence
  — Bain / H&F
Giving us extensive access to diligence
NB: wasting asset => Purch Price ↑ $2b stalking horse

- 1.5 b capital commit => unfunded

George Walker =>

- Concern about emp leaving + open cap calls
- fund => 15% invested
  2-3 funds were not issued, $ to set up
    (supposedly successful)

| | | | |
|---|---|---|---|
| LP mt | 4.5 b | (PE mgmt) | 4.5 |
| Loan book | 8-10b / 9b | (LCPI) | 9.0 |
| Chase | 12-13b | 6+b 'stolen' | 12.0 |
| Direct Equity | | ? | 3.0 |
| Commercial RE | | ? | |
| Germany | 1b net equity => 500,000 | | .5 |
| Foreign Subs | | | |
| Korean Breach of Contr | | | |
| B/D Assets | | | |
| NB | 2b | | |
| RMBS | | | |

25 b + MBS + RMBS

CONFIDENTIAL                                                                                               HLHZ0000006