| | |
|---|---|
| From: | Metrikin, Daniel [DMetrikin@hlhz.com] |
| Sent: | Thursday, September 18, 2008 10:53 PM |
| To: | McComiskey, Anne; Livanos, Michael |
| Cc: | Gillen, Conor |
| Subject: | Notes from this evenings call |

You guys missed a mad exciting call this evening, the quick and dirty summary, Lehman is selling a couple assets and liabilities to Barclays. Linked here is a copy of a slightly more in depth sheet containing the consolidated notes from what Conor and I put together during the call. A la james joyce its basically stream of nonsensical stream of consciousness…but its better than nothing.

Tomorrow morning we have a pre-call for the 9:30 creditor committee call at **8:30AM**, so see y'all bright and early.

Team Lehman on 3!

<file://\\hlhz\dfs\nydata\Clients\Lehman Brothers - Chapter 11\Notes from Conference Calls\9.19.08 Call with Jim Seery.doc>

Daniel T. Metrikin
Houlihan Lokey
245 Park Avenue, 20th Floor
New York, NY 10167
Direct: (212) 497-7887



EXHIBIT
4 70 B
12/17/09

1

CONFIDENTIAL                                                                                                  HLHZ0016324