10,000 employees ~ 74,000 ~ 500 pm
Barclays will pay severance
Prelong up Comp accrual.

Pension + 401k  } staying behind.
   Ls Fully Funded
Executive & Select Employee Plans  --        5/30 - 9/15    14B

IMD Division

End of July, started selling majority stake -- 55%
   16-17 players
   <5 NDAs
   11 1st Round Bids From 10; Selected 5
   5-6 strategic; 3 NDAs - 1 recused interest
   Changed to 50/50 split -- then fixed on Round issues.
   Last Round -- Bids From 4 (only calls From 3)
      Bain, HBF, Silverlake, CD&R
   280B AUM
   High Net Worth business  --> huge outflows, PIM / PB Capital Contracts
   Liquidity business  -- probably shut down.
   ~~Private Equity~~
   Neuberger Berman  .. equity's
   ~~LBATM~~  -- ~~Hedge~~ hedge funds + commodities
      FCG
   LBAM -- fixed assets

Not included:
   ~~Fixed~~ product sales + trading => Going to Barclays
   * Any investments in those funds -- IRschen, Spinnaker



Confidential                                                                                                              HLHZ0038187

1.5 B of unfunded Lehman commitments

NAV --
   LP - 2.3B invested system (embedded value 2x?)
   2.4B of asset under mgt.
   Crossroads -- Ratz Ends in PE
   400 professionals - site all seed fund

New initiatives - Europe, Asia, Corp.

PIM
Asset Mgt - suspend redemptions
PE

Rest as-is/jog litigation
Consent process
Timeline charts


Commercial RE
Principal Investments
Foreign Subs
Banks
Law Suits    - Koreans (Signed contract)
             - Shut out district
             - JP Morgan (11B of cross collateral)

Carried of retained look - derivative

Eagle Energy     / Coal book
Imperial Sugar  /

**Confidential**                              HLHZ0038188

LCPI - Loan Book -- 8-10 B
Mortage

→ First Data, Chrysler, Formal, Equity in CDOs, TXU

A/R

- Updates on diligence efforts
- Re: the Chart
4.6    - Newton Buar
~~3.8~~ 9
3-6
1.5   20
2

LB/Leh → $50B Assets 27.4 B   Asan
                                Pacton
                                Corporate
Collateral Repo of Barclays/Fed Loan
They took all the Fed securities — cong. low tk
                                    CDO
                          5 B        Firings + Cuts
Total estimate  $45.5 B              our sides

→ Core Payments
→ 250 Goodwill Payment
→ Comp + Severance
→ 1.02 ; NS apparel 110m sh/
Repo $50.6 mm
→ No spill in the portfolio

[5 1M]

Confidential                                           HLHZ0038189

$45.5 Long
All shorts closed out (~~day trade~~)
Loan is @ 45.5
RE --- losing 100mm
Comp & Spread
Losing the upside in the portfolio
No Cash
350 PIM Broken

```
              Pos#    220     300
              Cash    110     150
                      ---     ---
                      330     450
```

20-30b closed out.
Repo -
Agcy    - 1 to 2%
Position  3 - 5%
Corp.     5 - 10%
Illiquid

DTC -- Trade closings now
FX & currency

Broken movement

47.$4
45.5

2 out
2 Employee

* 250mm -- BD
* Lehman Name
* Contracts

No Residential Mortgages
$9,200

**Confidential**                                                         HLHZ0038190

| | | |
|---|---|---|
| 72 $ A | | 47.4 B A |
| 68 b L | | 45.5 b L |
| 2.25 k | Core | 2.25 |
| 2 | Egly Comp Sun | 2 |
| 250 | Goodwill | 250 |
| 950-1B | 745 7th Ave | 950-1B |
| 450 | NJ Data | |
| Yes | Profit Sharing | No |
| No | DTC Settlements | Yes |

Purchased Assets
    LB Canada Inc.
    LB Sked + Assoc  } PIM Business
    LB Company
2 year licence for Lehman
IBD perpetual licence
No sharing of Residential Mortg.
No purchase of Eagle Energy

Over the counter derivatives are not being taken

**Confidential**

HLHZ0038191