**From:** Sell, Stephen: Markets (NYK)
**Sent:** Sun, 21 Sep 2008 18:33:16 GMT
**To:** Joshi, Dixit: EDG (LDN); Moreira, Nicholas: EDG (NYK); Warren, Doug: Credit Derivatives (NYK); Hamilton, Tom: RMBS Trading (NYK); Harrison, Harry: Fixed Income (NYK); Duff, Mimi: Fixed Income (NYK); Stack, Tim: Futures (NYK); Ogeneski, Chris: Credit Markets (NYK); Ogeneski, Chris: Credit Markets (NYK); Frisbee, Richard: M/M (NYK); Leyhane, Nick: EDG (LDN); Gradowczyk, Diego: EMG Mkts Trading (NYK); Graf, Michael: USD FI Agency & SAS Trading (NYK)
**CC:** King, Stephen: Markets (NYK); Walker, James: Finance (NYK); Rodefeld, John: Operations (NYK); Morton, Marcus: Finance (NYK); Ornstein, David: Markets (LDN); Willett, Bradford: Credit Derivatives (NYK); Sheehan, James: Credit Derivatives (NYK); Logozzo, Joseph: Markets (NYK); Scott, Teri: Finance (NYK); Yoss, Eric: Market Risk (NYK); Meili, Stephan: Market Risk (NYK); Murphy, Michael: Markets (NYK); Montgomery, Ian: Barclays Capital (NYK); Hamill, Paul: Markets (NYK); Rose, Charles: Credit Markets (NYK); Orciuoli, Ralph: FI (NYK); Nakum, Anatoly: Credit Derivatives (NYK); Greenbaum, Rich: IT (NYK); Nigam, Rakesh: IT (NYK); Chinai, Neil: IT (NYK)
**Subject:** Bookings - Lehman Financing Facility

Folks,

I've received agreement/consensus from Stephen King and James Walker, we should progress down the following path:

- We should book all positions from the Lehman Financing Facility to BCI (~45bn securities - see attached file)
- We should book based on the price within the BONY file, at least for Day 1
- Positions should be booked to a separate book within BCI to keep the positions segregated for now

If anyone has any questions, please let me know as soon as possible. I'm at x3012.

Open Issues/Questions:

- James Walker to confirm with Jonathan Hughes that we and Lehman are in agreement on the file/amount to be transferred from Lehman Financing Facility to BCI
- John Rodefeld and James Walker to get an answer on whether we are taking on the Forward positions (trades done by LEH last week)



HIGHLY CONFIDENTIAL                                                                                                BCI-EX-(S)-00212311

- John Rodefeld and James Walker to confirm what settlement date we should use for the positions we transfer from Lehman Financing Facility to BCI
- John Rodefeld - Can you please provide an Asset Control point person that we can deal with for any securities which are not set-up in our systems. As a first step, can you advise which ones are not set-up.

<<...>>

Steve

HIGHLY CONFIDENTIAL

BCI-EX-(S)-00212312