

9/29 Mtg  Alix, Ron Miller, Paulo
Barclay's Got.
Barclay's Agreement — Clarification Agreement addendum to APA
Barclay Financing Collateral — $44 Billion.
    Fed settled  $28.7  + DTC  $15.4  (2 files)

Repo — sell to you securities & agree to buy back
    sent sec $44 Billion
  (H) ⇄ (B)

DTC 074    $900 + $300 = $1.2 Billion
Friday transfers BONY Records signed
Monday [File tags]    F/N

I.  Leadsheet Barclay Collateral    44 < 28.8 / 15.4

    uncircular    1.3
                   1.0

II. Sort subtotals    Muni
                   CS

III. Exhibits
     Detailed File.

Richard    Total $ & # of Employees → SIPA Trustee  Get approval to make pmts
         LBI estate  Trustee's lawyer.
         ↳ owed

AM 004887

Rod Miller
Alex Kirk -
Wed night Fed lent $45 Billion thru Chase tri-party repo
  ↳ Couldn't finance position

Thurs told Barclays we want you to take ○ us out of lending facility

$62-65 Billion B/s

Barclays gave to JPM $45 Billion cash  < 7 Billion cash
got all collateral at Fed                 38 Billion fund on repo

                consideration
$45 Billion purchases by Barclays on Thurs morning thru JPM
on repo contract on all assets funded by the Fed.
$7 Bil          $38 Bil to purchase assets
6 20100698
JPM said a repo on other $8
Lori, Rfe
Barclays pays $45 gets what in collateral

Deliver to Bank of NY

                    Who is supposed
                    to do that in

AM 004888

JPM liquidated collateral 8.5 & gave
7 Billion
Collateral Cash

```
Fed        →    JPM    →  Kept 8.6 Bil cash   held back
$45B            $45B →  Got                   from Fed

                                              JPM $7B cash put in acct FBO
Got $45 Billion cash      ↓ collateral                      Barcap.

Barclays   $38 Collateral  → delivered back #38    $5B collateral
           $7B Cash                                 JPM Gives LBHI Loan
                                                    $15.8 Revolver
```

Sunday Barclays talk to JPM resolve 7 Billion cash
$8.4 Billion securities worth ½ amt  7B:1 collateral
(Barclays & JPM unresolved will work out over time)

Friday B pay $45B cash only receive $38 B:1 - $7B Gap
15(c)(3)(3) Asset to come off table

Sunday Unencumbered Box (PB) (don't have control over this)
Sun morning "UB" valued @ $1.9 B:1

                    Barclays
Assets
① Repo Assets Transferred on thurs less
   $43.1 Billion

② Unencumbered Box ① Fri 9/20  $1,035 B:11 → turnover 0.6
  $47.5          ② Yest B-3 Box 636 @ 269,921
                 ③ B-1 & B-2 [To Move] takes time
                                        have to ask DTC to do, 984
                 ∑①②③ = 2.3 less 0.6 = $1.7B

③ $769 MM Securities Debt pledged w/ JPM Segregated at 15(c)-3
④ Bldg in NY & 2 center NJ

1st Repo w/ Fed Monday, 9/15           #48-49

[Liab]  →w/Fed

$40.09 { $45B  Assumed Extinguished Liab
$46.15 { $1.78
         $250mm @ DTC
           ↳ goes to LBI

         $1.29 all
$1.79 { 1.54 included  1.29
         250mm

         Took hit for .76
$3.1 { Cure period   $1.5  were cure period
        cure periods  $1.6

        pd $38

        Pd $38 cash to buy  $42.9  Lehman Value  $1 valuation
                            $38B assets   $5.1
                     $38  Valued assets

        1.9 unemcumbered securities
        769 securities from backup

$47.34   (TX)   (JPM)   $47.34
~~$47.34~~

| Assets | | Liab | |
|---|---|---|---|
| Repo | $38 | Extinguish | $38B  Bi-lateral |
| | 5 | | |
| | ~~43.18~~ | | ~~00~~ |
| Unencumbered | 1.9 | Bldg | 1.79 incl. (250) |
| Securities | 0.8 | Cure | 1.6 |
| Bldgs incl. data Cntrs | 1.54 | Compensation | ~~0.8~~ 1.5 |
| ~~Total Assets~~ | $47.34 | Bad Hits | 3.45 |
| | | | $47.34 |

8    <1.0>
$<7.67>

$23B - JPM funded.

Pre-Closing Collateral 9/19
Wed   $15.8  provided facility Bridge Barclays fund agst collateral
Thurs  people at Barclays assured JPM will fund again but Barclays
said no we will not fund again.
JPM $15.8 exposure
Will get much less
SIPC Trustee has to cooperate to liquidate fine assets.
15 + 7 = 23   @ holdings 150 or so Billion
No connection

Took week before closing ; ~~Barclays~~
Have → JPM Collateral

JPM
Bi-lateral Return or Tri-Party (3 parties: Borrower, Lender, Agent)

AM 004891

Paulo Treasury Sete
Barclays clears BONY
JPM Lehman clears JPM

LBI & LBIE

Rollforward B/S. db om

$48 \to 45 \to \#3.1 \to 38B$
$\quad 8.6 \quad \langle 1.6 \rangle$
$\quad \langle 7.0 \rangle$

AM 004892