From:    Edward J ROSEN
Sent:    Wed, 17 Sep 2008 21:16:43 GMT
To:      Josephine Wang; sharbeck@sipc.org; macchiarolim@sec.gov
CC:      Sandra Rocks; patrick.m.parkinson@frb.gov
Subject:

---

Mike; Steve; Josephine

Below is the language that we believe to be necessary to ensure that the Order is sufficiently broad to cover the relevant Barclays Capital Inc. transactions:

*ORDERED that the stays set forth above shall not apply to:*

     **\*   \*   \***

*the exercise of any rights specified in Sections 362(b)(6), 362(b)(7), 362(b)(17), 362(b)(27), 555, 556, 559, 560 and/or 561 of the Bankruptcy Code by Barclays Capital Inc. or any affiliate thereof (or any agent of Barclays Capital Inc. or any affiliate thereof), including without limitation rights of foreclosure and disposition referred to in 15 U.S.C. Section 78eee(b)(2)(C)(ii), with respect to any transaction (or any extension, assignment, novation or rollover of such transaction) entered into on or prior to the earlier of (i) consummation of the transactions contemplated by the Asset Purchase Agreement dated September 16, 2008 among Barclays Capital Inc., Lehman Brothers Inc., Lehman Brothers Holdings Inc. and LB 745 LLC and (ii) September 24, 2008.*

Separately,  Steve, could you confirm to us today that, "in connection with any proceeding involving the liquidation of Lehman Brothers Inc., SIPC would not seek to stay the exercise of any rights specified in Sections 362(b)(6), 362(b)(7), 362(b)(17), 362(b)(27), 555, 556, 559, 560 and/or 561 of the Bankruptcy Code by Barclays Capital Inc. or any affiliate thereof (or any agent of Barclays Capital Inc. or any affiliate thereof), including without limitation rights of foreclosure and disposition referred to in 15 U.S.C. Section 78eee(b)(2)(C)(ii), with respect to any transaction (or any extension, assignment, novation or rollover of such transaction) entered into on or prior to the earlier of (i) closing of the transactions contemplated by the Asset Purchase Agreement dated September 16, 2008 among Barclays Capital Inc., Lehman Brothers Inc., Lehman Brothers Holdings Inc. and LB 745 LLC and (ii) September 24, 2008."

Mike, could you also separately confirm to us tonight that, "in connection with any proceeding involving the liquidation of Lehman Brothers Inc., the Securities and Exchange Commission would not seek to stay the exercise of

CONFIDENTIAL



BCI-EX-(S)-00201894

any rights specified in Sections 362(b)(6), 362(b)(7), 362(b)(17), 362(b)(27), 555, 556, 559, 560 and/or 561 of the Bankruptcy Code by Barclays Capital Inc. or any affiliate thereof (or any agent of Barclays Capital Inc. or any affiliate thereof), including without limitation rights of foreclosure and disposition referred to in 15 U.S.C. Section 78eee(b)(2)(C)(ii), with respect to any transaction (or any extension, assignment, novation or rollover of such transaction) entered into on or prior to the earlier of (i) closing of the transactions contemplated by the Asset Purchase Agreement dated September 16, 2008 among Barclays Capital Inc., Lehman Brothers Inc., Lehman Brothers Holdings Inc. and LB 745 LLC and (ii) September 24, 2008."

Please do not hesitate to contact me with any questions.

Regards,

Ed Rosen

---

Edward J. Rosen
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza, New York NY 10006
t +1 212 225 2820 | f: +1 212 225 3999
www.clearygottlieb.com | erosen@cgsh.com

This message is being sent from a law firm and may contain confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.