**From:** Bambach, Alistaire <BambachA@SEC.GOV>
**Sent:** Thursday, September 18, 2008 4:01 PM
**To:** erosen@cgsh.com
**Subject:** Re: Here is the language you requested. Please advise if it is acceptable.

I don't see why not. (Assuming they need to know).

---------------------------
Sent from my BlackBerry Wireless Handheld


From: Edward J ROSEN
To: Bambach, Alistaire
Sent: Thu Sep 18 15:58:00 2008
Subject: Re: Here is the language you requested. Please advise if it is acceptable.


Alistaire - is this comfort something that we may share with others who may have an interest?

---
Edward J. Rosen
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza, New York NY 10006
t: +1 212 225 2820 | f: +1 212 225 3999
www.clearygottlieb.com | erosen@cgsh.com


"Bambach, Alistaire" <BambachA@SEC.GOV>

18 September 2008  03:09 PM

To
erosen@cgsh.com
cc

Subject
Re: Here is the language you requested. Please advise if it is acceptable.


Sure.
---------------------------



CONFIDENTIAL

CGSH00163813

Sent from my BlackBerry Wireless Handheld

From: Edward J ROSEN
To: Bambach, Alistaire
Sent: Thu Sep 18 14:41:22 2008
Subject: Re: Here is the language you requested. Please advise if it is acceptable.

Thanks a million!
_____

Edward J. Rosen
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza, New York NY 10006
t: +1 212 225 2820 | f: +1 212 225 3999
www.clearygottlieb.com | erosen@cgsh.com


"Bambach, Alistaire" <BambachA@SEC.GOV>

18 September 2008  02:29 PM

To
Erosen@cgsh.com
cc

Subject
Here is the language you requested. Please advise if it is acceptable.




The Division of Trading and Markets will not recommend to the Commission that it seek to stay the exercise of any party's rights under Sections 555 and 559 of the Bankruptcy Code with respect to any transaction (or any extension, assignment, novation or rollover of such transaction) entered into on or prior to the earlier of (i) closing of the transactions contemplated by the Asset Purchase Agreement dated September 16, 2008 among Barclays Capital Inc., Lehman Brothers Inc., Lehman Brothers Holdings Inc. and LB 745 LLC and (ii) September 24, 2008.

This message is being sent from a law firm and may contain

confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

This message is being sent from a law firm and may contain confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

CONFIDENTIAL

CGSH00163815