**QUINN EMANUEL URQUHART & SULLIVAN LLP**
51 Madison Avenue, 22nd Floor
New York, New York  10010
Susheel Kirpalani
James C. Tecce
Erica P. Taggart

*Special Counsel to the Official Committee of Unsecured
Creditors of Lehman Brothers Holdings Inc., et al.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
| | |
|---|---|
| In re: | : Chapter 11 |
| | : Case No. 08-13555 (JMP) |
| **LEHMAN BROTHERS HOLDINGS INC., et al.,** | : Jointly Administered |
| | : |
| Debtors. | : |

------------------------------------------------------------------------x
| | |
|---|---|
| In re: | : SIPA Proceeding |
| | : Case No. 08-01420 (JMP) |
| **LEHMAN BROTHERS INC.,** | : |
| | : |
| Debtor. | : |

------------------------------------------------------------------------x

**APPENDIX VOLUME VIII TO
MEMORANDUM OF LAW OF OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF LEHMAN BROTHERS HOLDINGS INC., ET AL., (I) IN
OPPOSITION TO MOTION OF BARCLAYS' CAPITAL INC. TO ENFORCE SALE
ORDER AND SECURE DELIVERY OF ALL UNDELIVERED ASSETS AND (II) IN
FURTHER SUPPORT OF ITS MOTION, PURSUANT TO 11 U.S.C. § 105(a), FED. R.
CIV. P. 60(b), AND FED. R. BANKR. P. 9024, FOR RELIEF FROM ORDER UNDER
11 U.S.C. §§ 105(a), 363, AND 365 AND FEDERAL RULES OF BANKRUPTCY
PROCEDURE 2002, 6004 AND 6006 AUTHORIZING AND APPROVING
(A) SALE OF PURCHASED ASSETS FREE AND CLEAR OF LIENS AND
OTHER INTERESTS AND (B) ASSUMPTION AND ASSIGNMENT OF
EXECUTORY CONTRACTS AND UNEXPIRED LEASES,
DATED SEPTEMBER 20, 2008 (AND RELATED SIPA SALE ORDER)**

| EXHIBIT | DESCRIPTION |
|---|---|
| 123 | September 22-25, 2008, email exchanges between Cleary and Weil |
| 124 | September 25-26, 2008, email exchanges between Cleary and Weil) |
| 125 | September 25, 2008, email with Schedules A and B to Clarification Letter |