| | |
|---|---|
| **From:** | david.murgio@weil.com |
| **Sent:** | Thursday, September 25, 2008 12:41 PM |
| **To:** | vlewkow@cgsh.com |
| **Cc:** | dmclaughlin@cgsh.com; lgranfield@cgsh.com; lschweitzer@cgsh.com; rdavis@cgsh.com; lori.fife@weil.com; robert.messineo@weil.com; rod.miller@weil.com |
| **Subject:** | Re: Fw: Financing Facility Collateral List |
| **Attach:** | Schedule B to Clarification Letter_#1919526.XLS |

Attached is an electronic version of Schedule B that was on the closing table (with the hand markings) and distributed to Cleary.

Note that this version of Schedule B has marks and a lot more info than the version of Schedule A that Vic forwarded with his e-mail (which only included CUSIPs and Par Values).

Regards.

David

_____
David Murgio
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Tel: (212) 310 8764
Fax: (212) 310 8007
e-mail: david.murgio@weil.com



"Victor I LEWKOW" <vlewkow@cgsh.com>

09/25/2008 12:03 PM

To
"Lindsee GRANFIELD" <lgranfield@cgsh.com>
cc
david.murgio@weil.com, "Duane MCLAUGHLIN" <dmclaughlin@cgsh.com>, lori.fife@weil.com, "Lisa M SCHWEITZER" <lschweitzer@cgsh.com>, "Robert P DAVIS" <rdavis@cgsh.com>, robert.messineo@weil.com, rod.miller@weil.com
Subject
Re: Fw: Financing Facility Collateral List

HIGHLY CONFIDENTIAL                                                                              CGSH00062751

What we have, Rod, is the list of the Box that you forwarded to Dave Murgio who forwarded it to me on Saturday, and has a Monday date on it. Not sure if there was a later version. Do you know?
We are also checking with Gerard (I hope we are) ,and I guess someone should check with Paolo also, but I don't know if he works for Lehman or Barclays now.


Vic

---
Victor I. Lewkow
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza, New York NY 10006
t: +1 212 225 2370 | f: +1 212 225 3999 or 212 693 9773 | m: +1 646 644 4772
www.clearygottlieb.com | vlewkow@cgsh.com


Lindsee GRANFIELD/NY/Cgsh

25 September 2008  11:58 AM

To
rod.miller@weil.com
cc
david.murgio@weil.com, dmclaughlin@cgsh.com, lori.fife@weil.com, lschweitzer@cgsh.com, rdavis@cgsh.com, robert.messineo@weil.com, vlewkow@cgsh.com
Subject
Re: Fw: Financing Facility Collateral ListLink




Can you send us a copy of the final Schedule B? Thanks.
---
Lindsee P. Granfield
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza, New York NY 10006
t: +1 212 225 2738 | f: +1 212 225 3999
www.clearygottlieb.com | lgranfield@cgsh.com

rod.miller@weil.com

25 September 2008  11:45 AM

HIGHLY CONFIDENTIAL    CGSH00062752

To
lgranfield@cgsh.com
cc
dmclaughlin@cgsh.com, lschweitzer@cgsh.com, rdavis@cgsh.com, vlewkow@cgsh.com, david.murgio@weil.com, lori.fife@weil.com, robert.messineo@weil.com
Subject
Re: Fw: Financing Facility Collateral List

The original schedule on the closing table was prepared by LBI, but was replaced by a schedule prepared by BarCap as the one prepared by LBI did not perfectly track what BarCap had received in the Fed transaction, which was the purpose of Schedule A. Schedule B was prepared by LBI as to what its records indicated as of Sunday, September 21st as to what was in the unencumbered "box" and should have matched what BarCap received Monday morning, although there may have been some deviations between the time the information was prepared and the trade.

Hope this helps.

-- Rod


Rod Miller
Corporate Partner - Capital Markets
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Tel: (212) 310-8716
FaxL (212) 310-8007
Mob: (917) 685-6864
E-mail: rod.miller@weil.com

"Lindsee GRANFIELD" <lgranfield@cgsh.com>

09/25/2008 11:32 AM

To
"Duane MCLAUGHLIN" <dmclaughlin@cgsh.com>
cc
david.murgio@weil.com, "Lisa M SCHWEITZER" <lschweitzer@cgsh.com>, "Robert P DAVIS" <rdavis@cgsh.com>, robert.messineo@weil.com, rod.miller@weil.com,

HIGHLY CONFIDENTIAL
CGSH00062753

"Victor I LEWKOW" <vlewkow@cgsh.com>, lori.fife@weil.com
Subject
Re: Fw: Financing Facility Collateral List

Also, just to be clear, we have an inquiry into our client about this, so that we do not have agreement yet to release

---

Lindsee P. Granfield
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza, New York NY 10006
t: +1 212 225 2738 | f: +1 212 225 3999
www.clearygottlieb.com | lgranfield@cgsh.com
Duane MCLAUGHLIN/NY/Cgsh

25 September 2008  11:29 AM

To
robert.messineo@weil.com
cc
Robert P DAVIS/NY/Cgsh@cgsh, Victor I LEWKOW/NY/Cgsh@cgsh, Lindsee GRANFIELD/NY/Cgsh@cgsh, Lisa M SCHWEITZER/NY/Cgsh@Cgsh, rod.miller@weil.com, david.murgio@weil.com
Subject
Fw: Financing Facility Collateral List

Bob - Attached is the Schedule A that Lehman agreed to on the morning of the

HIGHLY CONFIDENTIAL                                                                                                  CGSH00062754

closing. This is different from the paper version that was on the closing table and that had handwritten notes. Can you send us the document that you believe is Schedule B. Before people start doing redactions, I want to make sure we all are clear on what the documents are. Thanks, Duane

---

Duane McLaughlin
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza, New York NY 10006
t: +1 212 225 2106 | f: +1 212 225 3999 or +1 212 693 9716 | m: +1 917 697 8734
www.clearygottlieb.com | dmclaughlin@cgsh.com

----- Forwarded by Victor I LEWKOW/NY/Cgsh on 09/23/2008 10:24 AM -----
rod.miller@weil.com

22 September 2008  07:38 AM

To
vlewkow@cgsh.com, "David P. Murgio" <david.murgio@weil.com>, paolo.tonucci@lehman.com, "Mr. James Seery" <jseery@lehman.com>
cc

Subject
Fw: Financing Facility Collateral List


Schedule A to confirm


----- Original Message -----
From: [Jasen.Yang@barclayscapital.com]
Sent: 09/22/2008 07:25 AM AST
To: Rod Miller
Subject: FW: Financing Facility Collateral List

HIGHLY CONFIDENTIAL                                                                                                                              CGSH00062755

```
>
> _____
> From:          Yang, Jasen: Markets (NYK)
> Sent:          Monday, September 22, 2008 7:23 AM
> To:            'road.miller@weil.com'
> Cc:            King, Stephen: Markets (NYK)
> Subject:       Financing Facility Collateral List
>
>  <<Barclays Financing Collateral List (Ident - Amt) 09-22-2008.xls>>
>
> Jasen Yang
> Barclays Capital
> 200 Park Avenue
> New York, New York 10166
> jasen.yang@barclayscapital.com
> Tel: (212) 412 7613
> Fax: (212) 412 5861
>
```

This e-mail may contain information that is confidential, privileged or
otherwise protected from disclosure. If you are not an intended recipient of
this e-mail, do not duplicate or redistribute it by any means. Please delete it
and any attachments and notify the sender that you have received it in error.
Unless specifically indicated, this e-mail is not an offer to buy or sell or a
solicitation to buy or sell any securities, investment products or other
financial product or service, an official confirmation of any transaction, or
an official statement of Barclays. Any views or opinions presented are solely
those of the author and do not necessarily represent those of Barclays. This
e-mail is subject to terms available at the following link:
www.barcap.com/emaildisclaimer. By messaging with Barclays you consent to the
foregoing.  Barclays Capital is the investment banking division of Barclays
Bank PLC, a company registered in England (number 1026167) with its registered
office at 1 Churchill Place, London, E14 5HP.  This email may relate to or be
sent from other members of the Barclays Group.

This message is being sent from a law firm and may contain
confidential or privileged information.  If you are not
the intended recipient, please advise the sender
immediately by reply e-mail and delete this message and
any attachments without retaining a copy.

This message is being sent from a law firm and may contain
confidential or privileged information.  If you are not
the intended recipient, please advise the sender
immediately by reply e-mail and delete this message and
any attachments without retaining a copy.

- Schedule B to Clarification Letter_#1919526.XLS

HIGHLY CONFIDENTIAL                                                                                              CGSH00062756