REDACTED

david.murgio@weil.com
26 September 2008  01:34 PM

To
dmclaughlin@cgsh.com
cc
dmclaughlin@cgsh.com, rdavis@cgsh.com, "lori fife" <lori.fife@weil.com>,
"robert messineo" <robert.messineo@weil.com>, "rod miller"
<rod.miller@weil.com>, "Shai Waisman" <Shai.Waisman@weil.com>
Subject
Re: Schedule B

Duane-

First, I understand that Paolo and the Barclays guys did in fact speak, so your
team should know and understand exactly what's going on with this -- probably
better than any of the lawyers do.
Now, here's my understanding:
The attached document entitled "Friday transfers BONY records agreed" is the
first part of Schedule B (or more specifically, the first part of the list of
securities that Barclays is actually getting).
The attached document entitled "DTC 074 and 636 AVAILABLE COLL" is the second

part of Schedule B (or more specifically, the first part of the list of securities that Barclays is actually getting).

There will be a third part of Schedule B that is still being reconciled and that Lehman expects to move on Monday.  I'll send that to you as soon as I receive it.

Schedule A was agreed to be the Barclays list from the Repo trade, which I believe is the attached document entitled "Barclays Financing Collateral List (Barc Ops)."   Our guys are still running their reconciliation to confirm that there are no errors in the Barclays list.  However, in the meantime, please confirm that this is the most recent Barclays list for this trade.

Thanks.

David

_____

David Murgio
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Tel:  (212) 310 8764
Fax: (212) 310 8007
e-mail:  david.murgio@weil.com

"Duane MCLAUGHLIN" <dmclaughlin@cgsh.com>
09/26/2008 01:07 PM

To
"Duane MCLAUGHLIN" <dmclaughlin@cgsh.com>, "david murgio"
<david.murgio@weil.com>
cc
"lori fife" <lori.fife@weil.com>, "robert messineo" <robert.messineo@weil.com>,
"rod miller" <rod.miller@weil.com>, "Shai Waisman" <Shai.Waisman@weil.com>,
"Robert DAVIS" <rdavis@cgsh.com>
Subject
Re: Schedule B

HIGHLY CONFIDENTIAL                                                                    CGSH00066050

David - Any word on this? Can you send us the agreed schedule B? Harvey just called Bob asking about this and stressing the importance of resolving this now. Can you also later Harvey know where this process is? Thanks.

---

Duane McLaughlin | CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza | New York, New York 10006
T: +1.212.225.2106 | F: +1.212.225.3999, +1.212.693.9716 | M: +1.917.697.8734
dmclaughlin@cgsh.com

----- Original Message -----
From: Duane MCLAUGHLIN
Sent: 09/26/2008 10:29 AM EDT
To: david.murgio@weil.com
Cc: lori.fife@weil.com; robert.messineo@weil.com; rod.miller@weil.com; Shai.Waisman@weil.com
Subject: Re: Schedule B

Can you follow up with Paulo to see if they have been in touch? I am doing the same on the Barclays side. I was told one of Mike Keegan, Steven King or Jasen Yang was the contact. Thanks.

---

Duane McLaughlin
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza, New York NY 10006
t: +1 212 225 2106 | f: +1 212 225 3999 or +1 212 693 9716 | m: +1 917 697 8734
www.clearygottlieb.com | dmclaughlin@cgsh.com

| | | |
|---|---|---|
| david.murgio@weil.com | | |
| | To | |
| 25 September 2008 08:12 PM | dmclaughlin@cgsh.com | |
| | cc | |
| | robert.messineo@weil.com, | |
| | rod.miller@weil.com, | |
| | lori.fife@weil.com, | |
| | Shai.Waisman@weil.com | |
| | Subject | |
| Schedule B | | |

Duane-

I've spoken to Paolo.  He suggests that whoever you are talking to at Barclays call him tomorrow morning or even better (if they are on site) come see him in his office.

In short, he believes that he and the right business person at Barclays will be able to clear everything up relatively easily.

Regards.

David

_____

David Murgio
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Tel:  (212) 310 8764
Fax: (212) 310 8007
e-mail:  david.murgio@weil.com

This message is being sent from a law firm and may contain confidential or privileged information.  If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

HIGHLY CONFIDENTIAL