**QUINN EMANUEL URQUHART & SULLIVAN LLP**
51 Madison Avenue, 22nd Floor
New York, New York  10010
Susheel Kirpalani
James C. Tecce
Erica P. Taggart

*Special Counsel to the Official Committee of Unsecured*
*Creditors of Lehman Brothers Holdings Inc., et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------------x
In re:                                    : Chapter 11
                                          : Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,    : Jointly Administered
                                          :
                              Debtors.    :
-----------------------------------------------------------------------x
In re:                                    : SIPA Proceeding
                                          : Case No. 08-01420 (JMP)
LEHMAN BROTHERS INC.,                     :
                                          :
                              Debtor.     :
-----------------------------------------------------------------------x
```

APPENDIX VOLUME IX TO
MEMORANDUM OF LAW OF OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF LEHMAN BROTHERS HOLDINGS INC., ET AL., (I) IN
OPPOSITION TO MOTION OF BARCLAYS' CAPITAL INC. TO ENFORCE SALE
ORDER AND SECURE DELIVERY OF ALL UNDELIVERED ASSETS AND (II) IN
FURTHER SUPPORT OF ITS MOTION, PURSUANT TO 11 U.S.C. § 105(a), FED. R.
CIV. P. 60(b), AND FED. R. BANKR. P. 9024, FOR RELIEF FROM ORDER UNDER
11 U.S.C. §§ 105(a), 363, AND 365 AND FEDERAL RULES OF BANKRUPTCY
PROCEDURE 2002, 6004 AND 6006 AUTHORIZING AND APPROVING
(A) SALE OF PURCHASED ASSETS FREE AND CLEAR OF LIENS AND
OTHER INTERESTS AND (B) ASSUMPTION AND ASSIGNMENT OF
EXECUTORY CONTRACTS AND UNEXPIRED LEASES,
DATED SEPTEMBER 20, 2008 (AND RELATED SIPA SALE ORDER)

| EXHIBIT | DESCRIPTION |
|---|---|
| 126 | September 29, 2008, email from Weil to Cleary |
| 127 | October 13-15, 2008, email exchange between Weil and Milbank |
| 128 | September 28, 2008, email from Duane McLaughlin |
| 129 | Lehman Brothers Holdings Inc. Report To Unsecured Creditors Committee, October 8, 2008 |
| 130 | December 24, 2008, letter to Jonathan Hughes from Thomas Roberts |
| 131 | October 6, 2008, email from Conor Tully to Daniel Fleming |
| 132 | September 21, 2008, email from Cleary to Weil |
| 133 | Limited Objection Of Official Committee Of Unsecured Creditors Of Lehman Brothers Holdings Inc., et al., To SIPA Trustee's Motion Under 11 U.S.C. §§ 105 And 363 And Fed. R. Bankr. P. 9019(a) For Entry Of An Order Approving Settlement Agreement) |
| 134 | February 19, 2009, letter from Bryan Marsal to Jonathan Hughes |
| 135 | September 30, 2008 email from Robert Macallister to Stephanie Heller |
| 136 | October 1, 2008 email from Stephanie Heller to Nikki Poulos |
| 137 | October 1, 2008 email exchanges with Patrick McArdle |
| 138 | October 6, 2008 email from Jeffrey Moore to Shari Leventhal |
| 139 | September 29, 2008 email from Stephanie Heller to Robert Macallister et al. |
| 140 | Appellants' Opening Brief |
| 141 | Answering Brief of Lehman Brothers Holdings Inc., et al., in Opposition to Bay Harbour Appeal |
| 142 | Appellee Barclays Capital Inc.'s Memorandum of Law in Opposition to Bay Harbour et al.'s Appeal |
| 143 | October 4, 2008, emails from Jonathan Hughes to Thomas Baxter |
| 144 | September 19, 2008, email chain between Michael Klein and Rich Ricci |
| 145 | 9/20/08 email from Luc Despins to Harvey Miller asking him to "make sure that your corporate team involves my corporate partners … in all discussions |
| 146 | District Court Opinion, Bay Harbour Mgmt., L.C. v. Lehman Brothers Holdings, Inc., :08-cv-08869-DLC (S.D.N.Y. March 13, 2009) |