| | |
|---|---|
| **From:** | Despins, Luc |
| **Sent:** | Wednesday, October 15, 2008 12:00 PM |
| **To:** | 'lori.fife@weil.com' |
| **Cc:** | BGeer@HLHZ.com; Bell, Crayton L. <CBell@milbank.com>; MFazio@HLHZ.com; harvey.miller@weil.com |
| **Subject:** | RE: Lehman/Barclays' Transaction |

```
Lori, let's just schedule the call/meeting. There is no point, at this
stage, in going through an exchange of emails over why we disagree with
your mootness contention. Thank you.
```

**From:** lori.fife@weil.com [mailto:lori.fife@weil.com]
**Sent:** Monday, October 13, 2008 11:50 PM
**To:** Despins, Luc
**Cc:** BGeer@HLHZ.com; Bell, Crayton L.; MFazio@HLHZ.com; harvey.miller@weil.com
**Subject:** RE: Lehman/Barclays' Transaction


I really am at a loss to figure out why you and the other committee professionals are spending so much time on the Barclays sale. What could you or anyone for that matter do even if it turned out that the assets turned out to be greater? As you know, the sale has been consummated which effectively moots out any relief you might be seeking. I would really appreciate it if you would enlighten me as to the potential actions vis a vis Barclays other than in connection with the TSA.

In any event I will try to set up a call but we are all very busy this week given the hearing on the 16th so it will have to wait until next week.
I'm sure you understand - thanks.




Lori R. Fife, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Tel. 212 310- 8318
Fax 212 310- 8007


"Despins, Luc" <LDespins@milbank.com>

10/13/2008 03:47 PM

To  <lori.fife@weil.com>
cc  <BGeer@HLHZ.com>, "Bell, Crayton L." <CBell@milbank.com>, <MFazio@HLHZ.com>
Subject  RE: Lehman/Barclays' Transaction



Lori, this is not in connection with sealing motion (although I want to know more about the schedules before that issue is up before the court), but rather our concern is with respect to the securities which were transferred. Houlihan has reviewed them and can not even come close to the amount which was announced in court (I think it was $47.4 billion) and there is also a discrepancy on the liability side (although it could but much smaller than the issue on the asset side). Houlihan's review would indicate that the securities transferred could be worth billions more than the $47.4 billion. There may very well be a logical explanation for all of this, which is why the first meeting is just to explore the issues.

CONFIDENTIAL                                                                                                                                                         MTHM0012869

Hope this is helpful.

---

**From:** lori.fife@weil.com [mailto:lori.fife@weil.com]
**Sent:** Monday, October 13, 2008 2:38 PM
**To:** Despins, Luc
**Cc:** BGeer@HLHZ.com; Bell, Crayton L.; MFazio@HLHZ.com
**Subject:** Re: Lehman/Barclays' Transaction


Luc - I am happy to arrange a call but it would be helpful if you could provide more specifics so I can make sure I get the right people. What in particular are you looking for in connection with the schedules? Also, is this in connection with the sealing motion?
Thanks.



Lori R. Fife, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Tel. 212 310- 8318
Fax 212 310- 8007


"Despins, Luc" <LDespins@milbank.com>

10/13/2008 11:23 AM

To <lori.fife@weil.com>
cc <BGeer@HLHZ.com>, "Fazio, Michael" <MFazio@HLHZ.com>, "Bell, Crayton L." <CBell@milbank.com>
Subject Lehman/Barclays' Transaction




Lori, we would like to set up a meeting or conference call with someone at
Weil, Lehman, A&M and Lazard to discuss issues related to the asset
schedules to the Barclays agreement. Could you identify the appropriate
persons to participate in such a meeting/call? We would propose a low key
preliminary meeting/call during which we would explain our concern about
the schedules. It is important for that preliminary meeting/call to take
place before the hearing on Thursday.

Let me know. Thanks.


**Milbank**
**Financial Restructuring Group**
**Luc A. Despins**
1 Chase Manhattan Plaza
New York, NY 10005-1413
T: 212-530-5660   F: 212-822-5660
C: 917-232-2530

CONFIDENTIAL                                                                                                          MTHM0012870

ldespins@milbank.com

www.milbank.com

================================================================

**IRS Circular 230 Disclosure:** U.S. federal tax advice in the foregoing message from Milbank, Tweed, Hadley & McCloy LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor.

================================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

================================================================

**IRS Circular 230 Disclosure:** U.S. federal tax advice in the foregoing message from Milbank, Tweed, Hadley & McCloy LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor.

================================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

CONFIDENTIAL                                                                                      MTHM0012871