**From:** Azerad, Robert
**Sent:** Mon, 29 Sep 2008 13:39:35 GMT
**To:** Hraska, James W; Denig, Nancy
**Subject:** FW: Schedules A and B for Filing - FINAL

---

From: Tonucci, Paolo
Sent: Monday, September 29, 2008 7:32 AM
To: Azerad, Robert
Subject: FW: Schedules A and B for Filing - FINAL

fyi

Can you check that this corresponds to our version of the schedules. I believe there are some difference (5 cusips that didn't make it, and 5 that seem to be replacements).

Thanks

---

From: Duane MCLAUGHLIN [mailto:dmclaughlin@cgsh.com]
Sent: 28 September 2008 21:03
To: david.murgio@weil.com; lori.fife@weil.com; robert.messineo@weil.com; rod.miller@weil.com; Shai.Waisman@weil.com; harvey.miller@weil.com
Cc: Yang, Jasen: Markets (NYK); Morton, Marcus: Finance (NYK); Victor I LEWKOW; Robert P DAVIS; Lisa M SCHWEITZER; David LEINWAND; Lindsee GRANFIELD; Tonucci, Paolo; Hughes, Jonathan: Legal (NYK); Long, Daniel: Markets (NYK); Smith, Richard: Legal (NYK)
Subject: Schedules A and B for Filing - FINAL

Attached please find two files which include what Barclays believes should be included on Schedules A and B. These reflect conversation with Paolo over the weekend, and we believe are agreed between Barclays and Lehman. Please note that Barclays is not indicating that the listed securities have been delivered or the value of any securities that are delivered. In addition, Barclays notes that there may be additional securities in the LBI clearance boxes that Barclays would also be entitled to receive under the APA. Please provide your sign off on these files as soon as possible so that they can be filed under seal with the bankruptcy court in the morning. As discussed, the schedules would be available to creditors that execute a confidentiality agreement.



HIGHLY CONFIDENTIAL

BCI-EX-(S)-00018505

Thanks,

Duane

---

Duane McLaughlin
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza, New York NY 10006
t: +1 212 225 2106 | f: +1 212 225 3999 or +1 212 693 9716 | m: +1 917 697 8734
<http://www.clearygottlieb.com/> www.clearygottlieb.com | <mailto:dmclaughlin@cgsh.com> dmclaughlin@cgsh.com

This message is being sent from a law firm and may contain

confidential or privileged information. If you are not

the intended recipient, please advise the sender

immediately by reply e-mail and delete this message and

any attachments without retaining a copy.

HIGHLY CONFIDENTIAL

BCI-EX-(S)-00018506