**From:** Tully, Conor
**Sent:** Mon, 06 Oct 2008 19:13:33 GMT
**To:** dfleming@lehman.com; cljones@lehman.com; tamir.shafer@lehman.com
**CC:** Fox, William J.; Star, Samuel; Kream, Ben
**Subject:** FW: Lehman - JPM Chase Transactions



Gentlemen,
I tried to summarize the discussion regarding the JP Morgan Chase collateral position as best I could based on the discussion we had on Friday. Please let me know if the following is accurate in your view, understanding that much of our discussion on Friday was based on incomplete and missing information. If we could set another call to discuss your comments and/or changes regarding this summary I would appreciate it. Ultimately if we can turn this into an accurate summary of the situation perhaps it could be shared with others so that it will save you retelling the story several more times.

**LBI Repo Transactions**
Close of business Wed Sept 17 – Lehman had a $45 billion repo with the Fed Primary Dealer Credit Facility (PDCF) against collateral with a market value of $49.7 billion
They also had a $15.8 billion overnight repo with Barclays. These were tri-party repos (with Chase in the middle as custodian [collateral and settlement agent]).

Close of business on Thursday the Fed wanted out of the repo and required Barclays to step into the trade. I am not totally clear on how this worked or if Barclays' agreed to this but I believe as part of the Barclays transaction they settled up with the Fed on Friday. (See the attached summary I received from A&M Jim Fogarty's group)
Lehman was also expecting that Barclays would roll the $15.8 billion repo (which they ultimately didn't agree to do).
In summary, at the end of the day on Thursday, Lehman expected to have a $60.8 billion repo with Barclays.

As an aside, this whole deal was developed on Wednesday night and was supposed to execute COB Thursday.

It was an incredible amount of work to simply reconcile and get the "trade to clear" that day.
The Fed and DTC clearing houses were kept open until midnight (reportedly and unprecedented event).
Chase stayed until 2:00 am to try and balance the trade also. Currently Lehman does not have the detail necessary to reconcile everything. We understand access and cooperation may be starting to occur (but need to better understand this and what information is still needed).

On Thursday night the $15.8 billion was booked by Chase as a "HIC (Hold in Custody) Repo" between Barclays and Lehman, with a "fail on the cash"
On Friday morning Chase's top priority was to reconcile this trade and they contacted Barclays who DK'ed the transaction.
Discussed $7 billion of collateral "missing" but I believe this just means everything didn't clear so Chase ended up doing a $7.0 billion "Box Loan"
There were also issues with "collateral getting stuck" at DTC. The guesstimated amount is $800 million. On the HIC trade there was no haircut, so basically the loan was equal to the stated market value of the collateral.

In summary, it appears that once all the LBI reconciliations shake out, Chase will be short collateral but no one really knows how much because the information to figure that out apparently hasn't been provided by Chase or by DTC. We should however be able to venture a guess since Lehman should know what collateral it posted against the repos, however there does appear to be certain unknowns (such as how much collateral was stuck at DTC).

The estimated $23 billion negative balance in the Chase LBI account seems to be the $15.8 and the $7.0 billion above. These amounts are in theory covered by $7.0 billion of box positions and the $15.8 billion in collateral

related to the repo. Since there was no haircut on the $15.8 billion, it is reasonably likely that the value of that collateral is less than the $15.8 billion loan. In addition, if the $800 million amount "stuck at DTC" is correct, Chase would be short that amount as well. It is hard to tell how short Chase will end up but it is certainly largely dependant on the quality of the collateral pledged. We had a brief discussion of the quality of collateral pledged under the repos and it seems that some of it was far from high quality securities. We briefly discussed an amount (I think it was $5 billion) was related to Lehman commercial paper (or some other instrument credit linked to Lehman CP). Assuming the actual value of the collateral was $5 billion less than the repo and assuming $0.8 billion of trapped collateral at DTC this implies a MTM loss of $4.2 billion.

In trying to tie this together to the Barclays transaction I noted that the attached summary reflects a line called "Extinguish Liability to Fed" $38.0 billion. Is this the $45 billion Fed repo, reduced for the $7 billion box loan?

### Now the LBHI part of the story….
After the Bear Sterns crisis, Chase had started to request protections to cover themselves for overnight exposure as clearing agent.
It first started with LCPI pledging a collateral package of about $5 billion. I believe the collateral was MBS assets that were owned by Lehman. They packaged them into a securitization and pledged them to Chase. Chase regularly asked for more collateral coverage and Lehman agreed, ultimately getting the collateral package up to $7 or 8 billion.
Chase also didn't like the fact that LCPI was the pledging counterparty and wanted the pledge from LBHI. This presented internal problems and challenges from an administrative perspective. But Lehman agreed and "made it happen" by having LCPI sell the loans to LBHI.
LBHI in turn pledged the collateral to back stop the Chase's LBI clearing risk.
Chase continued to push for more collateral. At some point (I think relatively close to the filing date and I believe well within 90 days) $1.7 billion of "money funds" were pledged. The day before the filing they pledged another $5.0 billion of cash.

In total it seems that about $15 billion of LBHI cash and cash equivalents were being held by Chase. If you add up the numbers mentioned above $8.0, $1.7 and $5.0 billion mentioned above you get $14.7 billion. Perhaps there was other collateral that Chase had such as the cash balances of certain Lehman entities.

Assuming that Chase has $15 billion of collateral and the MTM reduction of the collateral pledged under the repos was a loss of $5 billion, it appears that Chase could owe Lehman in the area of $10 billion net-net but still need to figure this out with more accuracy once Chase and DTC start sharing information.

**Conor P. Tully**
Managing Director
F T I
212.841.9335 direct
917.689.2593 mobile
212.841.9350 fax
conor.tully@fticonsulting.com

3 Times Square
11th Floor
New York, NY 10036
www.fticonsulting.com

Confidentiality Notice:
This email and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and then delete this copy and the reply from your system. Thank you for your cooperation.

Highly Confidential

**Lehman Holdings / Barclays Transaction**
*(Dollars in Billions)*

| Assets | | | Liabilities | |
|---|---:|---|---|---:|
| Repo Assets | $ 38.07 | | Extinguish Liability to Fed | $ 38.00 |
| Negotiated Mark Haircut | 5.00 | | | |
| Assets Transferred Under Repo ("Stale" Marks) | 43.07 | | | |
| | | | Cash Purchased Price | |
| Unencumbered Box | 1.90 | | (Building, Data Centers, Business) | 1.79 |
| Securities (15-c-3-3) | 0.80 | | Assumed Cure | 2.25 |
| Buildings and Data Centers | 1.54 | | Compensation Liability | 2.00 |
| | | | Net "Book" Loss | 3.27 |
| | $ 47.31 | | | $ 47.31 |

(a) Assets Transferred Under Repo

| | Amount | Footnote |
|---|---:|:---:|
| Fed Settled | $ 28.68 | A |
| DTC Settled | 14.39 | |
| | $ 43.07 | |

(b) Unencumbered Box

| | Amount | | Footnote |
|---|---:|---:|:---:|
| | From | To | |
| Friday, 9/19 Transfers | $ 1.04 | $ 1.04 | B |
| Monday, 9/29 Transfers | 0.27 | 0.27 | C |
| To Move | 0.60 | 0.98 | D |
| | $ 1.90 | $ 2.29 | |

Highly Confidential

**Footnote A**
**Securities Transferred Under Barclay's Repo Agreement**

| Type | Amount |
|---|---:|
| [Source File: Barclays Financing Collateral List (Barc Ops 09-20-2008)] | |
| *Fed Settled* | |
| Agencies | $ 9,446,640,784 |
| US Agency Pool | 9,189,607,782 |
| Treasuries | 5,405,505,432 |
| US Agency CMO | 4,634,565,146 |
| Sovereigns | 33,112 |
| US ABS Home Eq | 32,006 |
| Unknown Type | 1,054,831 |
| Subtotal - Fed Settled | 28,677,439,093 |
| | |
| *DTC Settled* | |
| COMN | 5,804,587,905 |
| CBND | 1,955,954,220 |
| CMO | 1,855,038,772 |
| ABS | 1,572,677,526 |
| ETF | 1,515,810,702 |
| CONV | 993,202,017 |
| ADR | 520,499,585 |
| MUBD | 433,648,790 |
| WRNT | 214,774,651 |
| MTN | 175,108,925 |
| CVPF | 98,545,761 |
| PRFD | 63,944,932 |
| FICO | 50,100,172 |
| MFND | 48,083,940 |
| CD | 33,963,125 |
| CP | 29,326,108 |
| GTC | 15,300,255 |
| FNST | 14,509,692 |
| FNMS | 12,083,704 |
| FIPR | 9,608,935 |
| UIT | 3,544,951 |
| IABD | 1,899,564 |
| ZCB | 1,063,356 |
| FMRM | 1,009,588 |
| FNRM | 991,293 |
| FNZC | 824,467 |
| FNAR | 399,415 |
| FHOR | 274,431 |
| EQTY | 174,229 |
| NOTE | 6,444 |
| TINT | 974 |
| CERT | - |
| Less Friday, 9/19 Transfers | (1,035,356,662) |
| Subtotal - DTC Settled | 14,391,601,770 |
| | |
| **Total - Transferred Under Repo Agreement** | **$ 43,069,040,864** |

Highly Confidential

**Footnote B**
**Unencumbered Box**

| Type | Amount |
|---|---:|
| [Source File: Friday transfers BONY records agreed] | |
| *Friday Transfers* | |
| WARRANT | $ 311,922,224 |
| COMMON | 257,334,878 |
| CBOND | 164,023,038 |
| MUNI | 112,935,324 |
| MEDNOTE | 49,981,187 |
| ETF | 31,519,237 |
| CBONDCNV | 29,174,714 |
| MUNIFLT | 23,210,000 |
| ADR | 14,165,248 |
| ASSETBK | 10,300,000 |
| PREFERED | 7,144,166 |
| CMO | 5,773,799 |
| BRADYSF | 2,552,430 |
| REIT | 2,193,875 |
| CEF | 1,991,804 |
| CFGN | 1,882,315 |
| MLP | 1,448,810 |
| MUNIGAIN | 961,927 |
| MUNICIPL | 872,459 |
| GOVAGNCY | 486,818 |
| UNTWOCMP | 233,606 |
| EUROFX | 214,534 |
| MUNIRIB | 75,000 |
| USTRES | 47,964 |
| GDR | 5,225 |
| PREFCONV | 4,400 |
| RIGHT | - |
| RTRUST | - |
| UNITSTK | - |
| Unknown Type | 4,901,679 |
| Total - Friday Transfers | $ 1,035,356,662 |

**Footnote C**  
**Source: 636 collateral**  
**Monday Transfers**

Highly Confidential

| CUSIP | Sec Desc | S&P | MOODY | QUANTITY | LEHMAN MKT VAL |
|---|---|---|---|---|---|
| 053472AC0 | AVALON RE LTD | CC | N/R | 19,650,000.00 | 13,830,002.95 |
| 12669EW85 | CWHL 2003-J8 2A1 | AAA | NR | 25,000.00 | 7,884.74 |
| 194181AB9 | COLIS 1A A2 | NR | BAA2 | 4,750,000.00 | 3,697,152.58 |
| 22942MAA4 | CSMC 2006-8 1A1 | BB | NR | 25,000.00 | 16,104.19 |
| 235ESCAU4 | DANA CORP | N/R | /R | 4,450,000.00 | 107,912.50 |
| 312904Z57 | FHLMG 1036 1036-H11 | N/R | N/R | 8.5 | 8.69 |
| 31394ACL8 | FNW 2004-W9 2A1 | N/R | N/R | 25,000,000.00 | 8,046,904.29 |
| 31394XVD5 | FSPC T-60 1A1 | N/R | N/R | 11,027,410.00 | 3,588,954.88 |
| 45660LWU9 | INDX 2005-AR18 BX | AAA | A3 | 198,973,015.00 | 1,941,753.56 |
| 45661EAW4 | INDX 2006-AR4 A1B | AAA | AAA | 165,000,000.00 | 33,995,782.65 |
| 46625M6U8 | JPMCC 2004-CB9 A2 | AAA | NR | 300,000.00 | 289,624.20 |
| 46625YNC3 | JPMCC 2005-LDP2 A4 | AAA | AAA | 75,000.00 | 67,473.33 |
| 50180CAB6 | LBUBS 2006-C7 A2 | AAA | NR | 7,889,000.00 | 7,581,145.36 |
| 50180JAD7 | LBUBS 2007-C2 A3 | AAA | NR | 1,025,000.00 | 868,817.85 |
| 52108HE34 | LBUBS 2004-C4 A3 | AAA | AAA | 130,000.00 | 127,474.64 |
| 52108HFL3 | LBUBS 01-C3 A2 SERI | AAA | N/R | 150,000.00 | 147,425.37 |
| 52108HK60 | LBUBS 2004-C6 A5 | AAA | NR | 60,000.00 | 54,104.71 |
| 52108HZX5 | LBUBS 2004-C2 A3 | AAA | AAA | 120,000.00 | 110,597.45 |
| 52109RBP5 | LBUBS 2007-C7 AM | AAA | NR | 2,725,000.00 | 2,283,351.07 |
| 524925AA2 | TWLB 98-A A ASSETBK | N/R | N/R | 35,000,000.00 | 0.19 |
| 52518RAS5 | LSSCO 99-2 A CMO SE | N/R | N/R | 48,100,000.00 | 13,924,049.08 |
| 52519NJE5 | LBFRC 2004-LLFA C | AAA | AAA | 50,000.00 | 48,464.69 |
| 52524NAC1 | LBFRC 2007-LLFA A2 | AAA | AAA | 60,000,000.00 | 52,983,104.16 |
| 52524NAE7 | LBFRC 2007-LLFA A3 | NR | AAA | 25,208,000.00 | 21,125,853.24 |
| 52525DAT5 | LXS 07-18N 1-AP | AAA | NR | 1,000.00 | 106.03 |
| 55312VAB4 | MLCFC 2006-4 A2 | AAA | AAA | 5,550,000.00 | 5,284,712.57 |
| 55313KAT8 | MLCFC07-7 F | BBB | BAA2 | 240,000.00 | 41,171.47 |
| 57643QBL8 | MARP 2006-1 1A1F | AAA | AAA | 18,500,000.00 | 8,839,606.08 |
| 59022HFV9 | MLMT 2005-MKB2 A2 | AAA | AAA | 187,500.00 | 184,695.43 |
| 61745MT29 | MSC 2004-HQ4 A5 | AAA | NR | 30,000.00 | 27,480.11 |
| 61745MYY3 | MSC 2004-IQ7 A2 | AAA | NR | 300,000.00 | 256,660.79 |
| 61746WHF0 | MSDWC 01-TOP3 A4 SR | N/R | AAA | 30,000.00 | 27,767.37 |
| 61754KAG0 | MSC 2007-IQ14 AM | AAA | AAA | 10,000,000.00 | 8,093,474.26 |
| 78402KAA3 | SASC 2007-BHC1 A1 | AAA | AAA | 95,000,000.00 | 61,998,287.87 |
| 78403WAA6 | SASCO 2008-C2 | CC | NR | 20,210,000.00 | 16,122,367.48 |
| 795483AG1 | SAL 86-4 | NR | N/R | 5,000,000.00 | 1,971.46 |
| 86359BMP3 | SASCO 2004-3 AX | AAA | AAA | 4,858,411.00 | 238,722.24 |
| 86359DPN1 | SASC 2005-S5 A2 | AAA | AAA | 189,391.00 | 27,587.16 |
| 87215KAA1 | TWLB 99-A A SER 98 | N/R | N/R | 73,049,000.00 | 1.01 |
| 87215QAB6 | TWFC 1997-A B ASSETBACK-144/ | N/R | N/R | 4,500,000.00 | 0.00 |
| 87215QAA8 | TWFC 1997-A A ASSET | N/R | N/R | 34,750,000.00 | 0.31 |
| 9092799R4 | UNITED AIR LINES IN | N/R | N/R | 1,500,000.00 | 15 |
| 929766LX9 | WBCMT 2003-C8 A3 | AAA | AAA | 150,000.00 | 145,258.43 |
| 92978QAC1 | WBCMT 2007-C30 A3 | AAA | AAA | 4,000,000.00 | 3,759,550.07 |
| 92978YAB6 | WBCMT 2007-C32 A2 | AAA | AAA | 30,000.00 | 27,986.49 |
|  |  |  |  |  | 269,921,368.00 |
|  |  |  |  | Chilled Securities | 14,270,683.82 |
|  |  |  |  | Securities delivered | 255,650,684.18 |

Highly Confidential

**Footnote D**
**Unencumbered Box**

| | Type | Amount |
|---|---|---:|
| (1) | [Source File: DTC 074 and 636 AVAILABLE COLL] | |
| | *Positions Not With No Memo Seg* | |
| | MUNIFLT | $ 119,228,315.95 |
| | CBONDCNV | 22,766,609 |
| | COMMON | 15,116,859 |
| | CBOND | 3,360,284 |
| | MUNICIPL | 2,854,427 |
| | CFGN | 1,329,599 |
| | PREFCONV | 474 |
| | MLP | 300 |
| | ADR | 176 |
| | CLASS | 0 |
| | Unknown Type | 71,175,774 |
| | Subtotal - Positions Not With No Memo Seg | 235,832,817 |
| | *Positions With Memo Seg* | |
| | COMMON | 84,943,728 |
| | MUNIFLT | 48,901,119 |
| | ETF | 28,705,112 |
| | CBOND | 8,047,857 |
| | ADR | 4,180,147 |
| | PREFCONV | 1,126,793 |
| | UNTCORPC | 401,452 |
| | PREFERED | 25,172 |
| | CBONDCNV | 22,498 |
| | MLP | 7,542 |
| | WARRANT | 1,958 |
| | REIT | 89 |
| | CLASS | 1 |
| | PREFCUMU | - |
| | RIGHT | - |
| | Unknown Type | 572,622,425 |
| | Subtotal - Positions With Memo Seg | 748,985,893 |
| | Subtotal - Positions | $ 984,818,710 |