

"David LEINWAND"
<dleinwand@cgsh.com>
09/21/2008 06:06 PM

To robert.messineo@weil.com, david.murgio@weil.com, "Finley, John G" <jfinley@stblaw.com>

cc myersk@sullcrom.com, Richard.Smith3@barclayscapital.com, "Robert P DAVIS" <rdavis@cgsh.com>, "Duane MCLAUGHLIN" <dmclaughlin@cgsh.com>

bcc

Subject Fw: New Paragraph 13

See below. Language from Barclays for the letter re the unwinding of the barclays repurchase

David Leinwand
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza, New York NY 10006
t: +1 212 225 2838 | f: +1 212 225 3999
www.clearygottlieb.com | dleinwand@cgsh.com

----- Forwarded by David LEINWAND/NY/Cgsh on 09/21/2008 06:02 PM -----

"Myers, Ken S." <myersk@sullcrom.com>

21 September 2008 05:12 PM

To "'dleinwand@cgsh.com'" <dleinwand@cgsh.com>
cc
Subject Fw: New Paragraph 13

Ken S. Myers
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Tel: (212) 558-4857
Fax: (212) 558-3588

----- Original Message -----
From: Richard.Smith3@barclayscapital.com <Richard.Smith3@barclayscapital.com>
To: Myers, Ken S.; Serota, Daniel
Sent: Sun Sep 21 17:05:53 2008
Subject: Re: New Paragraph 13

Please send to cleary team too.

----- Original Message -----
From: Myers, Ken S. <myersk@sullcrom.com>
To: 'ann.peterson@weil.com' <ann.peterson@weil.com>; Smith, Richard: Legal (NYK); Serota, Daniel <SerotaD@sullcrom.com>
Sent: Sun Sep 21 17:03:43 2008
Subject: New Paragraph 13



WGM-LEHMAN-E 00014127

13. Barclays Repurchase Agreement. Effective at Closing, (i) all securities and other assets held by Purchaser under the September 18, 2008, repurchase arrangement among Purchaser and/or its Affiliates and LBI and/or its Affiliates and Bank of New York as collateral agent (the "Barclays Repurchase Agreement") shall be deemed to constitute part of the Purchased Assets in accordance with Paragraph 1(a)(ii) above, (ii) Seller and Buyer shall be deemed to have no further obligations to each other under the Barclays Repurchase Agreement (including, without limitation, any payment or delivery obligations), and (iii) the Barclays Repurchase Agreement shall terminate. Additionally, the Notice of Termination relating to the Barclays Repurchase Agreement dated September 19, 2008 is hereby deemed rescinded and void ab initio in all respects.

Ken S. Myers
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Tel: (212) 558-4857
Fax: (212) 558-3588

This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately.

---

This e-mail may contain information that is confidential, privileged or otherwise protected from disclosure. If you are not an intended recipient of this e-mail, do not duplicate or redistribute it by any means. Please delete it and any attachments and notify the sender that you have received it in error. Unless specifically indicated, this e-mail is not an offer to buy or sell or a solicitation to buy or sell any securities, investment products or other financial product or service, an official confirmation of any transaction, or an official statement of Barclays. Any views or opinions presented are solely those of the author and do not necessarily represent those of Barclays. This e-mail is subject to terms available at the following link: www.barcap.com/emaildisclaimer. By messaging with Barclays you consent to the foregoing. Barclays Capital is the investment banking division of Barclays Bank PLC, a company registered in England (number 1026167) with its registered office at 1 Churchill Place, London, E14 5HP. This email may relate to or be sent from other members of the Barclays Group.

---

This message is being sent from a law firm and may contain confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

WGM-LEHMAN-E 00014128