**From:** Stephanie Heller/NY/FRS
**Sent:** Sep 30, 2008 18:02:23
**To:** ""Robert M Macallister"" <Robert.M.Macallister@chase.com>
**Cc:** ""margaret sullivan"" <margaret.sullivan@jpmorgan.com>; ""michael p santomassimo"" <michael.p.santomassimo@jpmchase.com>; ""Robert T Colleran"" <Robert.T.Colleran@chase.com>; ""scott sandler"" <scott.sandler@jpmorgan.com>; Sean O'Malley/NY/FRS@FRS; ""stephen m cutler"" <stephen.m.cutler@jpmorgan.com>; ""Thomas Baxter"" <Thomas.Baxter@ny.frb.org>; ""Shari Leventhal"" <Shari.Leventhal@ny.frb.org>
**Bcc:** ""margaret sullivan"" <margaret.sullivan@jpmorgan.com>; ""michael p santomassimo"" <michael.p.santomassimo@jpmchase.com>; ""Robert T Colleran"" <Robert.T.Colleran@chase.com>; ""scott sandler"" <scott.sandler@jpmorgan.com>; Sean O'Malley/NY/FRS@FRS; ""stephen m cutler"" <stephen.m.cutler@jpmorgan.com>; ""Thomas Baxter"" <Thomas.Baxter@ny.frb.org>; ""Shari Leventhal"" <Shari.Leventhal@ny.frb.org>
**Subject:** Re: New File

Ok. I have asked them for a list of what they received but frnakly this suggests that it was Lehman and not Barclays that may have initiated the DKs -- in which case it may well have been out of Barclays control.
-----------------
Sent from my BlackBerry Handheld.


----- Original Message -----
From: Robert.M.Macallister
Sent: 09/30/2008 05:51 PM AST
To: Stephanie Heller
Cc: ""margaret sullivan"" ; ""michael p santomassimo"" ; ""Robert T Colleran"" ; ""scott sandler"" ; Sean O'Malley; ""stephen m cutler""
Subject: Re: New File



Stephanie: No we cannot assume that a security was successfully moved all the way to the BONY BarCap Account. The instructions to us from LBI were to move securities into its DTC account. From there, LBI would have to instruct DTC to move securities to BONY/BarCap. JPM is not able to tell whether particular securities successfully moved to BONY/BarCap.



Stephanie.Heller@
ny.frb.org
To
09/30/2008 03:42   ""Robert M Macallister""
PM ,
Sean.O'Malley@ny.frb.org
cc
""stephen m cutler""
,
""Robert T Colleran""
,
""michael p santomassimo""
m>, ""scott sandler""
,
""margaret sullivan""

Subject
Re: New File

I just realized that I should probably ask one last question. When your chart shows a delivery to the DTC Lehman account (for example) can we assume that this means that the security was successfully moved all the way to the BONY Barcap account or can we only assume that the securities made it to the DTC Lehman account -- in other words could they have been trapped there? Obviously this is important because we are trying to piece together what was successfully delivered through to Barclays.

Thanks
-----------------
Sent from my BlackBerry Handheld.


----- Original Message -----
From: Robert.M.Macallister
Sent: 09/30/2008 11:58 AM AST
To: Sean O'Malley
Cc: Stephanie Heller; stephen.m.cutler@jpmorgan.com; Robert.T.Colleran@chase.com; michael.p.santomassimo@jpmchase.com; scott.sandler@jpmorgan.com; margaret.sullivan@jpmorgan.com
Subject: Fw: New File



Sean: We have added a column L to the attached file of DKs that denotes the source of each CUSIPs that was DK'd on September 18. There is a filter at the top of the column that will permit you to sort for the 3 Fed programs and other sources. You will want to check our data against your own.


----- Forwarded by Robert M Macallister/JPMCHASE on 09/30/2008 11:52 AM -----

Michael P
Santomassimo/JPMC
HASE     To
Robert M
09/30/2008 10:53   Macallister/JPMCHASE@JPMCHASE
AM     cc
Margaret Sullivan/IL/ONE@JPMCHASE,
Robert T.
Colleran/JPMCHASE@JPMCHASE

FRBNY to LBHI 04952

Bob - Attached is the file of Dks w/ the added column that identifies in which program the cusips were on Wed night. Can you forward on to the Fed?

Thanks

Mike

(See attached file: Cusip Summary 9-18 Recieved DKs (with Program).xls.zip)

Michael Santomassimo
Treasury and Securities Services
212-552-5200
michael.p.santomassimo@jpmchase.com

------------------------------------------
This transmission may contain information that is privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. Although this transmission and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by JPMorgan Chase & Co., its subsidiaries and affiliates, as applicable, for any loss or damage arising in any way from its use. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you.