**From:** Stephanie Heller/NY/FRS
**Sent:** Oct 01, 2008 13:10:16
**To:** Nikki Poulos <NPoulos@dtcc.com>
**Cc:**
**Bcc:**
**Subject:** Re: your question

This is it. Just to give some background -- Chase and Barclays are still fighting about what happened that night. We have been trying to help them resolve this. We have a face to face meeting here at 3:30pm today. Chase has provided a lot of data and so has Barclays. However Chase's data stops at the Lehman DTC account and so there is a bit of a black hole in the middle of all of this. Anyway, we are just trying to piece the story together. I was here that night until DTC closed at 11pm and so I know what I was hearing but obviously I was not at DTC.

Any help is great. Understand if this is too last minute or too confidential


Nikki Poulos
10/01/2008 12:51 PM
To stephanie.heller@ny.frb.org
cc
Subject your question




Hi--
My understanding is that you have an ops related question which has been forwarded to the ops folks here (senior folks) to call you back. Were you calling me about this or did you need to speak to me about something else?

:)


Nikki Poulos
Managing Director, FICC General Counsel &
DTCC Chief Privacy Officer
The Depository Trust & Clearing Corporation
Telephone: (212) 855-7633

---

DTCC DISCLAIMER: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify us immediately and delete the email and any attachments from your system. The recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

FRBNY to LBHI 07641