**From:** Stephanie Heller/NY/FRS
**Sent:** Oct 01, 2008 11:32:52
**To:** Patrick McArdle/NY/FRS@FRS
**Cc:** Patrick McArdle/NY/FRS@FRS; Robert Amenta/NY/FRS@FRS; Sean O'Malley/NY/FRS@FRS; Shari Leventhal/NY/FRS@FRS
**Bcc:** Patrick McArdle/NY/FRS@FRS; Robert Amenta/NY/FRS@FRS; Sean O'Malley/NY/FRS@FRS; Shari Leventhal/NY/FRS@FRS
**Subject:** Re: Triparty Repos

---

I think Pat's final paragraph is so telling about how messed up this is. It will be interesting to see if we can how the Barclays list matches to the Fed pledge list.


Patrick McArdle/NY/FRS
10/01/2008 10:07 AM
To Shari Leventhal/NY/FRS@FRS, Stephanie Heller/NY/FRS@FRS, Sean O'Malley/NY/FRS@FRS, Robert Amenta/NY/FRS@FRS
cc Patrick McArdle/NY/FRS@FRS
Subject Triparty Repos



So I was tasked with looking at the transactions(securities) classified as being part of the BarclayTriparty Repos. I think I drew the short straw. Below is a summary of the work I have completed thus far.

Triparty Repos

First I took the transactions classified as DK Triparty Repos, per the Chase DK list (This list contained only those transactions that involved DTC because only transactions involving DTC were DKed) and compared this to the PDCF and the TSLF lists (per FRBNY). The CUSIP numbers from these lists were compared and a match or pairing was considered successful when the CUSIP numbers were exactly the same, values were not considered for a match. (This holds true throughout my searches.)

There are approximately 1700 transactions in this ""DK Triparty"" group (1704 to be more exact) and the cumulative total par value of the securities on this list (per Chase) is about $29 Billion, but the ""Received Value"" is approximately $1.3 Billion. The received value has assigned a zero (0) value to approximately 1,220 of these transactions which is the reason for the large difference between the par value and received value.

I was able to match only 307 of the transactions, which means I could only match approximately 147 of the DK Triparty Repos transactions to the Fed PDCF and TSLF lists. The par value of these 147 transactions is $72,129,497 but the received value of these transactions is $127,817,571. The Fed assigned a cumulative par value of $20,668,279 and a market value of $369,730,368 to this specific group of transactions. I can not explain the reason for the differences.


In an effort to look at this group from a different perspective ( in other words I was trying to get better results like Robert and Sean did) I took the list of securities that Barclays received via the DTC and compared that to the list of transactions involving the DTC and Chase. There are approximately 6,300 transactions in the Barclays/DTC group with a cumulative par value of $35,492,906,476 and about 6,200 in the Chase/DTC group, with a cumulative par value of $40,784,758,546. I am about half way through this review can have been able to match about 1/3 to 1/2 of the CUSIP numbers from these two groups. Meaning that there are approximately 12,000 transactions (CUSIP numbers) in this test group I have gotten through almost 6,000 of these numbers and have been able to match less than half. I can not explain why there are transactions on the Barclays/DTC list that can not be found on the Chase/DTC list and why there are transactions on the Chase/DTC list that are not found on the Barclays/DTC list.

So that is where I am with the Triparty Reports.

Pat



Patrick J. McArdle
Legal Group
Federal Reserve Bank of New York
212-720-2868

FRBNY to LBHI 01817