**From:** Shari Leventhal/NY/FRS
**Sent:** Oct 06, 2008 19:46:55
**To:** ""Stephanie Heller"" <Stephanie.Heller@ny.frb.org>
**Cc:**
**Bcc:**
**Subject:** Fw: Transaction Detail

Huh?


From: Jeffrey Moore
Sent: 10/06/2008 07:41 PM EDT
To: Shari Leventhal
Subject: Re: Transaction Detail
In comparing the list of securities that Barclays says it received and the securities that JPMC says it delivered we find there is little overlap between the two. Consequently, it is not obvious what Barclays has actually received from JPMC. It would appear that this needs to be resolved before we can conduct the analysis we discussed earlier today.


Jeff Moore
Markets Group
Federal Reserve Bank of New York
Phone (212) 720-1558



Shari Leventhal/NY/FRS
10/06/2008 06:58 PM
To Jeffrey Moore/NY/FRS@FRS
cc
Subject Re: Transaction Detail




This is puzzling. Is there any way to match the Barclays received spreadsheet that I sent you this AM with the big one?



----- Original Message -----
From: Jeffrey Moore
Sent: 10/06/2008 06:51 PM EDT
To: Shari Leventhal
Subject: Re: Transaction Detail
Shari,

Taking out cusips that are duplicates with the same dollar values results in a total of $38.2 billion. In short, it is not obvious how to determine what securities were actually received by Barclays. Using other reasonable alternative ways of filtering the data, we cannot produce the $42 billion number. Any thoughts?

FRBNY to LBHI 05788

Jeff Moore
Markets Group
Federal Reserve Bank of New York
Phone (212) 720-1558


Shari Leventhal/NY/FRS
10/06/2008 06:00 PM
To Jeffrey Moore/NY/FRS@FRS
cc
Subject Re: Transaction Detail


Jeff,

There were some DKs that were then redelivered so some items are on there twice.

Shari


Jeffrey Moore/NY/FRS
10/06/2008 05:58 PM
To Shari Leventhal/NY/FRS@FRS
cc
Subject Re: Transaction Detail


Shari - the 'deliveries' in the spreadsheet add up to $48.9 billion. My understanding is that these should add to roughly $42 billion. What am I missing?

---

Jeff Moore
Markets Group
Federal Reserve Bank of New York
Phone (212) 720-1558


Shari Leventhal/NY/FRS
10/06/2008 05:12 PM
To Jeffrey Moore/NY/FRS@FRS
cc
Subject Transaction Detail


Jeff,

FRBNY to LBHI 05789

This is a huge spreadsheet that we had received last week. For some reason, Sean did not think this would work for you, but given the time, I thought I would send it and allow you to decide. The delivers are the items Chase delivered to Barclays on 9/18 as Lehman collateral.

Let me know if this will work for you.

Thanks,
Shari

[attachment ""Transaction Detail - 9-18.xls"" deleted by Jeffrey Moore/NY/FRS]

FRBNY to LBHI 05790