**From:** Hughes, Jonathan: Legal (NYK)
**Sent:** Sat, 04 Oct 2008 21:43:07 GMT
**To:** Ricci, Rich: Barclays Capital
**Subject:** Fw: List of Securities

---

**From:** Hughes, Jonathan: Legal (NYK)
**To:** 'thomas.baxter@ny.frb.org'
**Sent:** Sat Oct 04 17:42:23 2008
**Subject:** Re: List of Securities

I should, perhaps, have added that JPM's valuations are not and were not the relevant guide. Although they seem not to think it important today, the deal at the time between ourselves, the Fed and Lehman was 45 odd cash for 49odd value of securities.

---

**From:** Hughes, Jonathan: Legal (NYK)
**To:** 'thomas.baxter@ny.frb.org'
**Sent:** Sat Oct 04 17:38:29 2008
**Subject:** Re: List of Securities

Tom,
I am about to call Shari, if she is available. The key issue will be the appropriate value of the proffered securities. My guess is that there is likely a big difference between what we think they were worth at the time and the worth that JPM attributes to them. Bearing in mind that JPM took cash from us I would hope you would agree that we should be receiving quality collateral that would then have made up the balance from the 42 odd to the 49 odd. If that is where we are, there is a good chance of resolution.
Jonathan.

---

**From:** Thomas.Baxter@ny.frb.org
**To:** Hughes, Jonathan: Legal (NYK)
**Sent:** Sat Oct 04 17:37:01 2008
**Subject:** List of Securities

Jonathan,

It seems like Chase has moved considerably from where we started. I am interested in whether you see this in the same manner. I know that Shari has Federal Reserve personnel confirming that the listed securities were, in fact, pledged to the Fed on the night of September 17. Assuming that they were so pledged, and assuming further that Chase contributes cash to bring the amount to $7 Billion, have we reached an agreement in principle? I will be in the office until about 6:00pm, but will check my email thereafter. All the best, Tom.

Thomas C. Baxter, Jr.



HIGHLY CONFIDENTIAL
BCI-EX-(S)-00207204

General Counsel and Executive Vice President
Federal Reserve Bank of New York

HIGHLY CONFIDENTIAL

BCI-EX-(S)-00207205