| | |
|---|---|
| From: | michaelklein@michaelsklein.com |
| Sent: | Friday, September 19, 2008 5:39 PM |
| To: | Ricci, Rich: Barclays Capital |
| Subject: | Re: |

Hearing will begin in a few minutes
Sent via BlackBerry by AT&T

-----Original Message-----
From: michaelklein@michaelsklein.com

Date: Fri, 19 Sep 2008 20:50:13
To: Rich Ricci<Rich.ricci@barclayscapital.com>
Subject: Re:


Citi and JPM are here attacking leh-seperate motions

Not clear what they are but they are deemed extremely similar
Sent via BlackBerry by AT&T

-----Original Message-----
From: michaelklein@michaelsklein.com

Date: Fri, 19 Sep 2008 20:40:48
To: Rich Ricci<Rich.ricci@barclayscapital.com>
Subject: Re:


We are meeting creditors shortly on this

Weil, lazard, lehman all supporting with us aggressively
Sent via BlackBerry by AT&T

-----Original Message-----
From: <rich.ricci@barclayscapital.com>

Date: Fri, 19 Sep 2008 21:39:19
To: <michaelklein@michaelsklein.com>
Subject: Re:


He told me creditors were sqwaking. Let's get it then.

----- Original Message -----
From: michaelklein@michaelsklein.com <michaelklein@michaelsklein.com>
To: Ricci, Rich: Barclays Capital
Sent: Fri Sep 19 21:37:27 2008
Subject: Re:

I don't follow

We are being given 1.9 B of face

1

Highly Confidential

Δ π EXHIBIT 38
Deponent Ricci
Date 4/8/09 Rptr. KK
WWW.DEPOBOOK.COM

BCI-EX-00078268

10335698

Sent via BlackBerry by AT&T

-----Original Message-----
From: <rich.ricci@barclayscapital.com>

Date: Fri, 19 Sep 2008 21:36:09
To: <michaelklein@michaelsklein.com>
Subject: Re:


Alex tells me they're killing us on 1.9 bucket and not paying anything for it. What gives.

----- Original Message -----
From: michaelklein@michaelsklein.com <michaelklein@michaelsklein.com>
To: Ricci, Rich: Barclays Capital
Sent: Fri Sep 19 21:31:30 2008

Rich

Three ring circus

Two overflow rooms

Couple hundred people
Sent via BlackBerry by AT&T

---

This e-mail may contain information that is confidential, privileged or otherwise protected from disclosure. If you are not an intended recipient of this e-mail, do not duplicate or redistribute it by any means. Please delete it and any attachments and notify the sender that you have received it in error. Unless specifically indicated, this e-mail is not an offer to buy or sell or a solicitation to buy or sell any securities, investment products or other financial product or service, an official confirmation of any transaction, or an official statement of Barclays. Any views or opinions presented are solely those of the author and do not necessarily represent those of Barclays. This e-mail is subject to terms available at the following link: www.barcap.com/emaildisclaimer. By messaging with Barclays you consent to the foregoing.  Barclays Capital is the investment banking division of Barclays Bank PLC, a company registered in England (number 1026167) with its registered office at 1 Churchill Place, London, E14 5HP.  This email may relate to or be sent from other members of the Barclays Group.

---

This e-mail may contain information that is confidential, privileged or otherwise protected from disclosure. If you are not an intended recipient of this e-mail, do not duplicate or redistribute it by any means. Please delete it and any attachments and notify the sender that you have received it in error. Unless specifically indicated, this e-mail is not an offer to buy or sell or a solicitation to buy or sell any securities, investment products or other financial product or service, an official confirmation of any transaction, or an official statement of Barclays. Any views or opinions presented are solely those of the author and do not necessarily represent those of Barclays. This e-mail is subject to terms available at the following link: www.barcap.com/emaildisclaimer. By messaging with Barclays you consent to the foregoing.  Barclays Capital is the investment banking division of Barclays Bank PLC, a company registered in England (number 1026167) with its registered office at 1 Churchill

Highly Confidential

BCI-EX-00078269

10335698

Place, London, E14 5HP.  This email may relate to or be sent from other members of the Barclays Group.

3

Highly Confidential

BCI-EX-00078270

10335698