UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
:
      Debtors. : (Jointly Administered)
:
------------------------------------------------------------------x Ref. Docket No. 7586

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                               ) ss.:
COUNTY OF NEW YORK  )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 16, 2010, I caused to be served the "Debtors' Reply to Objections to the Debtors' Motion for an Order Extending the Time to File a Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code," dated March 16, 2010 [Docket No. 7586], by causing true and correct copies to be:

    a) enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to those parties listed on the attached Exhibit A, and

    b) delivered by electronic mail to Kuntzwm1@yahoo.com and to those parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                   /s/ Eleni Kossivas
Sworn to before me this                                     Eleni Kossivas
17th day of March, 2010

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

T:\Clients\LBH\Affidavits\Reply to Objections_DI_7586_ 3-16-10.doc

# EXHIBIT A

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004

| Claim Name | Address Information |
|---|---|
| KUNTZ, WILLIAM | 925 ALPRILLA FARM RD HOPKINTON MA 01748 |
| KUNTZ, WILLIAM A | BOX 461 LAKE PLACID NY 12946 |
| MCBREEN & KOPKO | ATTN: KENNETH A. REYNOLDS, ESQ. ATTORNEYS FOR EXECUTIVE FLITEWAYS, INC. 500 NORTH BROADWAY, SUITE 129 JERICHO NY 11753 |
| WILLIAM KUNTZ | BX 1801 NANTUCKET MA 02174 |
| WILLIAM KUNTZ | 5 FEDERAL STREET P.O. BOX 1801 NANTUCKET ISLAND MA 02554-1801 |
| WILLIAM KUNTZ, III | INDIA ST PO BOX 1801 NANTUCKET ISLAND MA 02554-1801 |
| WILLIAM KUNTZ, III | BOX 461; OLYMPIC STATION LAKE PLACID NY 12946-0461 |

**Total Creditor Count 7**

**EXHIBIT B**

**Exhibit B - Counsel to The Official Committee of Unsecured Creditors**

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
(COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS)
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
EMAIL: ddunne@milbank.com; wfoster@milbank.com, dodonnell@milbank.com, efleck@milbank.com

MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
(COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS)
601 SOUTH FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017
EMAIL: paronzon@milbank.com; gbray@milbank.com