UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                              : Chapter 11
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,            : Case No. 08-13555 (JMP)
                                                    :
                       Debtors.                     : (Jointly Administered)
                                                    :
------------------------------------------------------------x
In re:                                              : SIPA Proceeding
                                                    :
LEHMAN BROTHERS INC.,                               : Case No. 08-01420 (JMP)
                                                    :
                       Debtor.                      :
------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        )  SS.:
COUNTY OF NEW YORK      )

George Spencer, being duly sworn, deposes and says:

1. The deponent resides at 487 Third Street, Brooklyn, New York, 11215, is over 18 years of age and is not a party to the above-captioned proceedings.

2. On March 18, 2010, deponent caused to be served a true and correct unredacted copy, which was filed under seal pursuant to a protective order, of the

- Debtor's Reply Brief in Further Support of Its Motion for an Order, Pursuant to Fed. R. Civ. P. 60 and Fed. R. Bankr. P. 9024, Modifying the September 20, 2008 Sale Order and Granting Other Relief and in Opposition to Barclays' Motion to Enforce the Sale Order and Secure Delivery of All Undelivered Assets ("Debtor's Reply Brief"); and

- Appendix VII to Debtor's Reply Brief

upon the parties listed on the attached service list A by electronic mail and on the attached service list B by Hand.

George Spencer

Sworn to before me on this 18th day of March, 2010

Notary Public

ELIZABETH MASUHR
NOTARY PUBLIC, State of New York
No. 01MA6206627
Qualified in Kings County
Commission Expires May 26, 2013

- 2 -

## SERVICE LIST A

jamestecce@quinnemanuel.com
susheelkirpalani@quinnemanuel.com
ericataggart@quinnemanuel.com
tylerwhitmer@quinnemanuel.com
erickay@quinnemanuel.com

oxford@hugheshubbard.com
maguire@hugheshubbard.com
rothman@hugheshubbard.com

vlazar@jenner.com
rbyman@jenner.com
rbyman@jenner.com
dlayden@jenner.com
ptrostle@jenner.com

hhume@bsfllp.com
jschiller@bsfllp.com
jstern@bsfllp.com
jshaw@bsfllp.com
cgreen@bsfllp.com

## SERVICE LIST B

James C. Tecce
Quinn Emanuel Urquhart Oliver & Hedges, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010

William R. Maguire
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Vincent E. Lazar
Jenner & Block LLP
919 Third Avenue, 37th Floor
New York, New York 10022-3908

Jack G. Stern
Boies, Schiller & Flexner LLP
575 Lexington Avenue
7th Floor
New York, NY 10022