**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| LEHMAN BROTHERS HOLDINGS INC., et al., | : | Case No. 08-13555 |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |
|  | : | **Ref. Docket Nos. 7641-7644** |

-------------------------------------------------------------x
|  |  |  |
|---|---|---|
| In re: | : |  |
|  | : | SIPA Proceeding |
|  | : |  |
| LEHMAN BROTHERS INC., | : | Case No. 08-01420 (JMP) |
|  | : |  |
| Debtor. | : | **Ref. Docket Nos. 2844, 2860-2862** |
|  | : |  |

-------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On March 18, 2010, I caused to be served the:

    a)  "Debtor's Reply Brief in Further Support of its Motion for an Order, Pursuant to Fed. R. Civ. P. 60 and Fed. R. Bankr. P. 9024, Modifying the September 20, 2008 Sale Order and Granting Other Relief and in Opposition to Barclays' Motion to Enforce the Sale Order and Secure Delivery of all Undelivered Assets," dated March 18, 2010 [Docket No. 7641 in Case No. 08-13555 and Docket No. 2844 in Case No. 08-01420], (the "Debtor's Reply Brief"),

b)  "Appendix to Debtor's Reply Brief in Further Support of its Motion for an Order, Pursuant to Fed. R. Civ. P. 60 and Fed. R. Bankr. P. 9024, Modifying the September 20, 2008 Sale Order and Granting Other Relief Appendix Volume VI,"  filed on March 18, 2010 [Docket No. 7642 in Case No. 08-13555 and Docket No. 2860 in Case No. 08-01420], (the "Appendix Volume VI"),

c)  "Appendix to Debtor's Reply Brief in Further Support of its Motion for an Order, Pursuant to Fed. R. Civ. P. 60 and Fed. R. Bankr. P. 9024, Modifying the September 20, 2008 Sale Order and Granting Other Relief Appendix Volume VII,"  filed on March 18, 2010 [Docket No. 7643 in Case No. 08-13555 and Docket No. 2861 in Case No. 08-01420], (the "Appendix Volume VII"),

d)  "Appendix to Debtor's Reply Brief in Further Support of its Motion for an Order, Pursuant to Fed. R. Civ. P. 60 and Fed. R. Bankr. P. 9024, Modifying the September 20, 2008 Sale Order and Granting Other Relief Appendix Volume VIII,"  filed on March 18, 2010 [Docket No. 7644 in Case No. 08-13555 and Docket No. 2862 in Case No. 08-01420], (the "Appendix Volume VIII"), and

e)  Information on Accessing Appendixes, annexed hereto as Exhibit A, (the "Notice"),

by causing true and correct copies of:

i.    the Debtor's Reply Brief, Appendix Volume VI, Appendix Volume VII, and Appendix Volume VIII, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B,

ii.   the Debtor's Reply Brief, Appendix Volume VI, Appendix Volume VII, and Appendix Volume VIII, to be delivered via electronic mail to those parties listed on the annexed Exhibit C, and

iii.  the Debtor's Reply Brief and Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit D.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENVLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Konstantina Haidopoulos
Konstantina Haidopoulos

Sworn to before me this
18th day of March, 2010
/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires 10-22-2011

T:\Clients\LBH\Affidavits\Debtors Reply Brief and Appendixes VI-VIII Re Barclays Mtn_DI 7641-7644_AFF_3-18-10.doc

**EXHIBIT A**

### INFORMATION ON ACCESSING APPENDIXES

Copies of the appendixes relating to the attached *Debtor's Reply Brief in Further Support of Its Motion for an Order, Pursuant to Fed. R. Civ. P. 60 and Fed. R. Bankr. P. 9024, Modifying the September 20, 2008 Sale Order and Granting Other Relief and in Opposition to Barclays' Motion to Enforce the Sale Order and Secure Delivery of All Undelivered Assets* may be obtained from the Court's website http://www.ecf.nysb.uscourts.gov or, without charge, at the website of the movant's claims and noticing agent at http://www.lehman-restructuring.com.  For hardcopies of such appendixes, please call the movant's claims and noticing agent:

U.S.: 1-866-879-0688
Non-U.S.: 1-503-597-7691

**EXHIBIT B**

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
 NEW YORK, NY 10004

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT C**

**Email Addresses**

aaaronson@dilworthlaw.com
aalfonso@kayescholer.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adarwin@nixonpeabody.com
adg@adorno.com
Adiamond@DiamondMcCarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agolianopoulos@mayerbrown.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
alesia.pinney@infospace.com
amarder@msek.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
avi.gesser@dpw.com

awasserman@lockelord.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bdk@schlamstone.com
bguiney@pbwt.com
bhinerfeld@sbtklaw.com
bill.freeman@pillsburylaw.com
bmanne@tuckerlaw.com
BMiller@mofo.com
boneill@kramerlevin.com
bpershkow@profunds.com
Brian.Corey@greentreecreditsolutions.com
bromano@willkie.com
broy@rltlawfirm.com
bspector@jsslaw.com
btrust@mayerbrown.com
btupi@tuckerlaw.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
clynch@reedsmith.com
cmontgomery@salans.com
CMTB_LC11@chuomitsui.jp
cohenr@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
crmomjian@attorneygeneral.gov
crogers@orrick.com
cs@stevenslee.com

cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dckaufman@hhlaw.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deborah.saltzman@dlapiper.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
dirk.roberts@ots.treas.gov
dkleiner@velaw.com
dkozusko@willkie.com
dladdin@agg.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com

dodonnell@milbank.com
douglas.bacon@lw.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
DPiazza@HodgsonRuss.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshemano@pwkllp.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efile@willaw.com
efleck@milbank.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ehret-vanhorn@mbaum.com
ekbergc@lanepowell.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
eobrien@sbchlaw.com
eric.johnson@hro.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
fdellamore@jaspanllp.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
francois.janson@hklaw.com
frank.white@agg.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net

2

gbray@milbank.com
GGraber@HodgsonRuss.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@mwe.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
heim.steve@dorsey.com
heiser@chapman.com
hirsch.robert@arentfox.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hweg@pwkllp.com
ian.levy@kobrekim.com
icatto@kirkland.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
jafeltman@wlrk.com
james.mcclammy@dpw.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
Jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
Jdrucker@coleschotz.com
jdyas@halperinlaw.net
jeff.wittig@coair.com

jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us
jessica.fink@cwt.com
jfalgowski@reedsmith.com
jfinerty@pfeiferlaw.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgarrity@shearman.com
jgenovese@gjb-law.com
jguy@orrick.com
jhellman@zeislaw.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjureller@klestadt.com
jkehoe@sbtklaw.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@dl.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmr@msf-law.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
joli@crlpc.com
jorbach@hahnhessen.com
Joseph.Cordaro@usdoj.gov
joseph.scordato@dkib.com
joshua.dorchak@bingham.com

jowen769@yahoo.com
JPintarelli@mofo.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jtimko@allenmatkins.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
jwhitman@entwistle-law.com
k4.nomura@aozorabank.co.jp
karen.wagner@dpw.com
karol.denniston@dlapiper.com
KDWBankruptcyDepartment@kelleydrye.c
om
keckhardt@hunton.com
keith.simon@lw.com
Ken.Coleman@allenovery.com
ken.higman@hp.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
Klippman@munsch.com
klyman@irell.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
KOstad@mofo.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
KReynolds@mklawnyc.com
kristin.going@dbr.com
krosen@lowenstein.com
krubin@ozcap.com
kurt.mayr@bgllp.com

lacyr@sullcrom.com
Landon@StreusandLandon.com
lawallf@pepperlaw.com
lberkoff@moritthock.com
Lee.Stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.kraidin@allenovery.com
LJKotler@duanemorris.com
lmarinuzzi@mofo.com
Lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lthompson@whitecase.com
lubell@hugheshubbard.com
lwhidden@salans.com
lwong@pfeiferlaw.com
mabrams@willkie.com
MAOFILING@CGSH.COM
Marc.Chait@standardchartered.com
margolin@hugheshubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
Marvin.Clements@ag.tn.gov
matthew.klepper@dlapiper.com
matthew.morris@lovells.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcordone@stradley.com
mcto@debevoise.com
mdorval@stradley.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com

mgordon@briggs.com
mgreger@allenmatkins.com
mhopkins@cov.com
michael.kim@kobrekim.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
MJR1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
MLandman@lcbf.com
mmendez@hunton.com
mmickey@mayerbrown.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mmurphy@co.sanmateo.ca.us
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mpfeifer@pfeiferlaw.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mshiner@tuckerlaw.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
Nasreen.Bulos@dubaiic.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
newyork@sec.gov
nfurman@scottwoodcapital.com
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
paronzon@milbank.com
patrick.potter@pillsburylaw.com
paul.turner@sutherland.com
pbattista@gjb-law.com

pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
pnichols@whitecase.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
pwirt@ftportfolios.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rbeacher@daypitney.com
rbernard@bakerlaw.com
rbyman@jenner.com
rchoi@kayescholer.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
RHS@mccallaraymer.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
ritkin@steptoe.com
RJones@BoultCummings.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rmunsch@munsch.com
rnetzer@willkie.com
rnies@wolffsamson.com
rnorton@hunton.com
robert.bailey@bnymellon.com

robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
Robin.Keller@Lovells.com
ronald.silverman@bingham.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
RTrust@cravath.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
Sally.Henry@skadden.com
sandyscafaria@eaton.com
Sara.Tapinekis@cliffordchance.com
sbernstein@hunton.com
scargill@lowenstein.com
schannej@pepperlaw.com
Schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
sheehan@txschoollaw.com
shgross5@yahoo.com
shumaker@pursuitpartners.com
shumaker@pursuitpartners.com
sidorsky@butzel.com
slerner@ssd.com
SLoden@DiamondMcCarthy.com
smayerson@ssd.com

smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
SRee@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
steele@lowenstein.com
stephanie.wickouski@dbr.com
steve.ginther@dor.mo.gov
steven.perlstein@kobrekim.com
steven.wilamowsky@bingham.com
Streusand@StreusandLandon.com
suomi_murano@chuomitsui.jp
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@andersonkill.com
TGoren@mofo.com
thomas.califano@dlapiper.com
Thomas_Noguerola@calpers.ca.gov
thomaskent@paulhastings.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tslome@msek.com
ttracy@crockerkuno.com
twatanabe@mofo.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com

vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp


Additional Parties
cgreen@bsfllp.com
harvey.miller@weil.com
hhume@bsfllp.com
jacqueline.marcus@weil.com
jschiller@bsfllp.com
jshaw@bsfllp.com
jstern@bsfllp.com
lori.fife@weil.com
richard.krasnow@weil.com
shai.waisman@weil.com

## Email List

aaaronson@dilworthlaw.com
aalfonso@kayescholer.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adarwin@nixonpeabody.com
adg@adorno.com
Adiamond@DiamondMcCarthy.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agolianopoulos@mayerbrown.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akihiko_yagyuu@chuomitsui.jp
Alesia.Pinney@infospace.com
amarder@msek.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
avi.gesser@dpw.com

azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bdk@schlamstone.com
bguiney@pbwt.com
bhinerfeld@sbtklaw.com
bill.freeman@pillsburylaw.com
bmanne@tuckerlaw.com
BMiller@mofo.com
boneill@kramerlevin.com
bpershkow@profunds.com
Brian.Corey@greentreecreditsolutions.com
bromano@willkie.com
broy@rltlawfirm.com
bspector@jsslaw.com
btrust@mayerbrown.com
btupi@tuckerlaw.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
canelas@pursuitpartners.com
carlin@thshlaw.com
carol.weinerlevy@bingham.com
cave@hugheshubbard.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
clynch@reedsmith.com
cmontgomery@salans.com
CMTB_LC11@chuomitsui.jp
cohenr@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
crmomjian@attorneygeneral.gov
crogers@orrick.com

1

cs@stevenslee.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dckaufman@hhlaw.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deborah.saltzman@dlapiper.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dfriedman@kasowitz.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
DiMassa@duanemorris.com
dirk.roberts@ots.treas.gov
dkleiner@velaw.com
dkozusko@willkie.com
dladdin@agg.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com

dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
douglas.bacon@lw.com
douglas.mcgill@dbr.com
dove.michelle@dorsey.com
DPiazza@HodgsonRuss.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshemano@pwkllp.com
dswan@mcguirewoods.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
eagel@bragarwexler.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efile@willaw.com
EFleck@milbank.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ehret-vanhorn@mbaum.com
ekbergc@lanepowell.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
eobrien@sbchlaw.com
eric.johnson@hro.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
estodola@whitecase.com
ezavalkoff-babej@vedderprice.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com

fjacobson@sonnenschein.com
francois.janson@hklaw.com
frank.white@agg.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
george_kielman@freddiemac.com
GGraber@HodgsonRuss.com
giaimo.christopher@arentfox.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
GLee@mofo.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@mwe.com
gschiller@zeislaw.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
heim.steve@dorsey.com
heiser@chapman.com
hestioko@ffwplaw.com
hirsch.robert@arentfox.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hweg@pwkllp.com
ian.levy@kobrekim.com
icatto@kirkland.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
Jacqueline.marcus@weil.com
jafeltman@wlrk.com
james.mcclammy@dpw.com
jamestecce@quinnemanuel.com
jar@outtengolden.com

jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
Jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jchristian@tobinlaw.com
Jdrucker@coleschotz.com
jdyas@halperinlaw.net
jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us
jessica.fink@cwt.com
jfalgowski@reedsmith.com
jfinerty@pfeiferlaw.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgarrity@shearman.com
jgenovese@gjb-law.com
jguy@orrick.com
jharbour@hunton.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhs7@att.net
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjureller@klestadt.com
jkehoe@sbtklaw.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitan@proskauer.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@dl.com
jlovi@steptoe.com

jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmr@msf-law.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
joli@crlpc.com
jorbach@hahnhessen.com
Joseph.Cordaro@usdoj.gov
joseph.scordato@dkib.com
joshua.dorchak@bingham.com
jowen769@yahoo.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jteitelbaum@tblawllp.com
jtimko@allenmatkins.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
jwhitman@entwistle-law.com
jwishnew@mofo.com
k4.nomura@aozorabank.co.jp
karen.wagner@dpw.com
karol.denniston@dlapiper.com
kcaputo@sipc.org
KDWBankruptcyDepartment@kelleydrye.c
om
keckhardt@hunton.com
keith.simon@lw.com
Ken.Coleman@allenovery.com
ken.higman@hp.com
kgwynne@reedsmith.com

kiplok@hugheshubbard.com
kkelly@ebglaw.com
Klippman@munsch.com
klyman@irell.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
KOstad@mofo.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
KReynolds@mklawnyc.com
kristin.going@dbr.com
krosen@lowenstein.com
krubin@ozcap.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
Landon@StreusandLandon.com
lawallf@pepperlaw.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.kraidin@allenovery.com
LJKotler@duanemorris.com
LMarinuzzi@mofo.com
Lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
Lori.fife@weil.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lthompson@whitecase.com
lubell@hugheshubbard.com
lwhidden@salans.com
lwong@pfeiferlaw.com
mabrams@willkie.com
macronin@debevoise.com
MAOFILING@CGSH.COM
Marc.Chait@standardchartered.com
margolin@hugheshubbard.com
mark.deveno@bingham.com

mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
Marvin.Clements@ag.tn.gov
masaki_konishi@noandt.com
matthew.dyer@prommis.com
matthew.klepper@dlapiper.com
matthew.morris@lovells.com
Mbass@HodgsonRuss.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcordone@stradley.com
mcto@debevoise.com
mdorval@stradley.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mhopkins@cov.com
michael.kim@kobrekim.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
MJR1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
MLandman@lcbf.com
mmendez@hunton.com
mmervis@proskauer.com
mmickey@mayerbrown.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mmurphy@co.sanmateo.ca.us
mneier@ibolaw.com
Monica.Lawless@brookfieldproperties.com
mpage@kelleydrye.com
mpfeifer@pfeiferlaw.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com

mruetzel@whitecase.com
mschimel@sju.edu
MSchleich@fraserstryker.com
mshiner@tuckerlaw.com
msilberstein@dealysilberstein.com
mspeiser@stroock.com
mstamer@akingump.com
mtamasco@schnader.com
mvenditto@reedsmith.com
mwarren@mtb.com
Nasreen.Bulos@dubaiic.com
ncoco@mwe.com
Neal.Mann@oag.state.ny.us
ned.schodek@shearman.com
newyork@sec.gov
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
paronzon@milbank.com
patrick.potter@pillsburylaw.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbentley@kramerlevin.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
phheer@duanemorris.com
pmaxcy@sonnenschein.com
ppartee@hunton.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
pwirt@ftportfolios.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com

ramona.neal@hp.com
ranjit.mather@bnymellon.com
rbeacher@daypitney.com
rbernard@bakerlaw.com
rbyman@jenner.com
rchoi@kayescholer.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
Richard.krasnow@weil.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
ritkin@steptoe.com
RJones@BoultCummings.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rmunsch@munsch.com
rnetzer@willkie.com
rnies@wolffsamson.com
rnorton@hunton.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.Ware@dlapiper.com
Robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
Robin.Keller@Lovells.com
ronald.silverman@bingham.com
rqureshi@reedsmith.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
rtrust@cravath.com
mruetzel@frankfurt.whitecase.com
Russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp

sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
Sally.Henry@skadden.com
sandyscafaria@eaton.com
Sara.Tapinekis@cliffordchance.com
sbernstein@hunton.com
scargill@lowenstein.com
schannej@pepperlaw.com
Schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
Shai.waisman@weil.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
sheehan@txschoollaw.com
shumaker@pursuitpartners.com
sidorsky@butzel.com
slerner@ssd.com
SLoden@DiamondMcCarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
SRee@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
steele@lowenstein.com
stephanie.wickouski@dbr.com
steve.ginther@dor.mo.gov
steven.perlstein@kobrekim.com
steven.wilamowsky@bingham.com
Streusand@StreusandLandon.com

strum@dl.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@duffyandatkins.com
TGoren@mofo.com
thomas.califano@dlapiper.com
Thomas_Noguerola@calpers.ca.gov
thomaskent@paulhastings.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tslome@msek.com
ttracy@crockerkuno.com
twatanabe@mofo.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
weissjw@gtlaw.com
wendy.rosenthal@cliffordchance.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wjd@dealysilberstein.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com

wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| ADORNO & YOSS LLP | ATTN: STEVEN D. GINSBURG, ESQ. 2525 PONCE DE LAON BLVD., SUITE 400 2525 PONCE DE LAON BLVD., SUITE 400 MIAMI FL 33134 |
| ADORNO & YOSS LLP | ATTN: CHARLES M. TATELBAUM, ESQ. 350 E. LAS OLAS BLVD, SUITE 1700 FORT LAUDERDALE FL 33301 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: MICHAEL S. STAMER, PHILIP C. DUBLIN MEREDITH A. LAHAIE (COUNSEL FOR THE INFORMAL NOTEHOLDER GROUP) ONE BRYANT PARK NEW YORK NY 10036 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: ROBERT A. JOHNSON (COUNSEL TO DYNERGY POWER MARKETING INC.) ONE BRYANT PARK NEW YORK NY 10036 |
| ALLEN & OVERY LLP | ATTN: LISA KRAIDIN 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| ALLEN & OVERY LLP | ATTN: KEN COLEMAN 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| ALLEN & OVERY LLP | ATTN: DANIEL GUYDER 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| ALLEN MATKINS LECK GAMBLE & MALLORY LLP | ATTN: MICHAEL S. GREGER AND JAMES A. TIMKO 1900 MAIN STREET, 5TH FLOOR IRVINE CA 92614-7321 |
| ANDREWS KURTH LLP | ATTN: ROBIN RUSSELL, ESQ. (COUNSEL TO EPCO HOLDINGS, INC.) 600 TRAVIS, STE. 4200 HOUSTON TX 77019 |
| AOZORA BANK LTD. | ATTN: SUSAN MINEHAN, SENIOR COUNSEL 1-3-1 KUDAN MINAMI CHIYODA-KU TOKYO 102-8660 JAPAN |
| AOZORA BANK, LTD. | ATTN: KOJI NOMURA, JOINT GENERAL MANAGER FINANCIAL INSTITUTIONS DIVISION 1-3-1 KUDAN MINAMI CHIYODA-KU TOKYO 102-8660 JAPAN |
| ARENT FOX LLP | ATTN: ROBERT M HIRSCH AND GEORGE P ANGELICH 1675 BROADWAY NEW YORK NY 10019 |
| ARENT FOX LLP | ATTN: CHRISTOPHER J. GIAIMO, ESQ. (COUNSEL TO GEORGETOWN UNIVERSITY) 1052 CONNECTICUT AVENUE, NW WASHINGTON DC 20036 |
| ARMSTRONG TEASDALE LLP | ATTN: STEVEN COUSINS & SUSAN EHLERS (COUNSEL TO AMEREN ET AL.) ONE METROPOLITAN SQUARE, SUITE 2600 SAINT LOUIS MO 63102-2720 |
| ARNALL GOLDEN GREGORY LLP | ATTN: DARRYL S. LADDIN AND FRANK N. WHITE 171 17TH STREET NW, SUITE 2100 ATLANTA GA 30363-1031 |
| ARNOLD & PORTER | ATTN: ANTHONY D. BOCCANFUSO (COUNSEL TO DANSKE BANK A/S AND SAMPO BANK PLC) 399 PARK AVENUE NEW YORK NY 10022 |
| ARNOLD & PORTER | ATTN: CHARLES A. MALLOY (COUNSEL TO DANSKE BANK A/S AND SAMPO BANK PLC) 555 12TH STREET, NW WASHINGTON DC 20004 |
| AT&T SERVICES INC. | LAW GROUP COUNSEL ATTN: JAMES W. GRUDUS ONE AT&T WAY, ROOM 3A218 BEDMINSTER NJ 07921 |
| ATTORNEY GENERAL OF THE STATE OF NEW YORK | ATTN: NEAL S. MANN, ASSISTANT ATTORNEY GENERAL 120 BROADWAY, 24TH FLOOR NEW YORK NY 10271 |
| BAKER & HOSTETLER LLP | ATTN: RICHARD J. BERNARD (COUNSEL TO METAVANTE CORPORATION) 45 ROCKEFELLER PLAZA NEW YORK NY 10111 |
| BAKER & HOSTETLER LLP | ATTN: DONALD A. WORKMAN (COUNSEL TO METAVANTE CORPORATION) WASHINGTON SQUARE, SUITE 1100 1050 CONNECTICUT AVENUE, NW WASHINGTON DC 20036-5304 |
| BANKRUPTCY CREDITORS' SERVICE, INC. | ATTN: PETER A. CHAPMAN 572 FERNWOOD LANE FAIRLESS HILLS PA 19030 |
| BARTLETT HACKETT FEINBERG P.C. | ATTN: FRANK F. MCGINN (MASS. BBO# 564729) 155 FEDERAL STREET, 9TH FLOOR BOSTON MA 02110 |
| BERGER & MONTAGUE, P.C. | ATTN: MERRILL DAVIDOFF, LAWRENCE LEDERER, ROBIN SWITZENBAUM AND DAVID ANZISKA (COUNSEL TO STATE OF NJ, DEPARTMENT OF TREASURY) 1622 LOCUST STREET PHILADELPHIA PA 19103 |
| BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO | 4280 PROFESSIONAL CENTER DR STE 350 SUITE 900 PALM BEACH GARDENS FL 334104280 |
| BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP | ATTN: JOHN P. "SEAN" COFFEY, ESQ. 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP | ATTN: DAVID R. STICKNEY, ESQ. 12481 HIGH BLUFF DRIVE, SUITE 300 SAN DIEGO CA 92130 |
| BIEGING SHAPIRO & BURNS LLP | ATTN: DUNCAN E. BARBER AND STEVEN T. MULLIGAN 4582 SOUTH ULSTER STREET PARKWAY SUITE 1650 DENVER CO 80237 |
| BIEGING SHAPIRO & BURRUS LLP | ATTN: DUNCAN E. BARBER AND STEVEN T. MULLIGAN (COUNSEL TO IRONBRIDGE ASPEN, |

| Claim Name | Address Information |
|---|---|
| BIEGING SHAPIRO & BURRUS LLP | MOUNTAIN AND HOMES) 4582 SOUTH ULSTER STREET PARKWAY, SUITE 1650 DENVER CO 80237 |
| BINGHAM MCCUTCHEN LLP | ATTN: JEFFREY S. SABIN AND JOSHUA DORCHAK (COUNSEL TO PUTNAM INVESTMENTS, LLC) 399 PARK AVENUE NEW YORK NY 10022 |
| BINGHAM MCCUTCHEN LLP | ATTN: JEFFREY S. SABIN, RONALD J. SILVERMAN, JOSHUA DORCHAK 399 PARK AVENUE NEW YORK NY 10022-4689 |
| BINGHAM MCCUTCHEN LLP | ATTN: JEFFREY S. SABIN, RONALD J. SILVERMAN AND STEVEN WILAMOWSKY 399 PARK AVENUE NEW YORK NY 10022-4689 |
| BINGHAM MCCUTCHEN LLP | ATTN: JEFFREY S.SABIN, ROBERT M. DOMBROFF AND STEVEN WILAMOWSKY 399 PARK AVENUE NEW YORK NY 10022-4689 |
| BINGHAM MCCUTCHEN LLP | ATTN: JEFFREY SABIN, RONALD SILVERMAN, STEVEN WILAMOWSKY AND CAROL WEINER LEVY (COUNSEL TO HALBIS DISTRESSED OPP MASTER FUND LTD) 399 PARK AVENUE NEW YORK NY 10022-4689 |
| BINGHAM MCCUTCHEN LLP | ATTN: MARK W. DEVENO ONE STATE STREET HARTFORD CT 06103 |
| BINGHAM MCCUTCHEN LLP | ATTN: P. SABIN WILLETT (COUNSEL TO HARBINGER CAP, HARBERT, UBS FIN, UBS INTL, UBS FIN SRVS OF PR, DEUSTCHE BANK, HALBIS) ONE FEDERAL PLAZA BOSTON MA 02110-1726 |
| BINGHAM MCCUTCHEN LLP | ATTN: RAJIV MADAN AND ANGIE OWEN (SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION) 1919 M STREET, NW SUITE 200 WASHINGTON DC 20036-3545 |
| BLANK ROME LLP | ATTN EDWARD J LOBELLO ESQ, AS COUNSEL FOR THOMSON REUTERS PLC & THOMSON REUTERS CORP THE CHRYSLER BUILDING, 405 LEXINGTON AVE NEW YORK NY 10174 |
| BOULT, CUMMINGS, CONNERS & BERRY, PLC | ATTN: ROGER G. JONES (COUNSEL TO: FRANKLIN AMERICAN MORTGAGE CO.) 1600 DIVISION STREET, SUITE 700 P.O. BOX 340025 NASHVILLE TN 37203 |
| BOULT, CUMMINGS, CONNERS & BERRY, PLC | ATTN: AUSTIN L. MCMULLEN (COUNSEL TO: FRANKLIN AMERICAN MORTGAGE CO.) 1600 DIVISION STREET, SUITE 700 P.O. BOX 340025 NASHVILLE TN 37203 |
| BRACEWELL & GIULIANI LLP | ATTN: KURT A. MAYR (COUNSEL TO MR. ALAIN BACHELOT, THE PROVISIONAL FRENCH ADMINISTRATOR OF BANQUE LEHMAN BROTHERS SA) 225 ASYLUM STREET, SUITE 2600 HARTFORD CT 06103 |
| BRESLOW & WALKER, LLP | ATTN: ROY H. CARLIN, PC (COUNSEL TO PT. BANK NEGARA INDONESIA (PERSARO)) 767 THIRD AVENUE NEW YORK NY 10017 |
| BRICE, VANDER LINDEN & WERNICK, P.C. | ATTN: HILARY B. BONIAL (COUNSEL TO LITTON LOAN SERVICING, LP) PO BOX 829009 DALLAS TX 75382-9009 |
| BRIGGS & MORGAN, P.A. | ATTN: MICHAEL D. GORDON (COUNSEL TO MEMBERS UNTD CORP FEDERAL CRDT UNION) 2200 IDS CENTER 80 SOUTH EIGHTH STREET MINNEAPOLIS MN 55402 |
| BROOKFIELD PROPERTIES ONE WFC CO. LLC | ATTN: MONICA LAWLESS NEW YORK REGION THREE WORLD FINANCIAL CENTER 200 VESEY STREET NEW YORK NY 10281-1021 |
| BROWN & CONNERY, LLP | ATTN: DONALD K. LUDMAN, ESQ. 6 NORTH BROAD STREET, SUITE 100 WOODBURY NJ 08096 |
| BUCHALTER NEMER, A PROFESSIONAL CORPORATION | ATTN: SHAWN M. CHRISTIANSON, ESQ. (COUNSEL TO: ORACLE USA, INC.) 333 MARKET STREET, 25TH FLOOR SAN FRANCISCO CA 94105-2126 |
| BUCHANAN INGERSOLL & ROONEY PC | ATTN: CHRISTOPHER P. SCHUELLER, ESQ. 620 EIGHTH AVENUE, 23RD FLOOR NEW YORK NY 10018 |
| BUCHANAN INGERSOLL & ROONEY PC | ATTN: TIMOTHY P. PALMER, ESQ. ONE OXFORD CENTRE 301 GRANT STREET, 20TH FLOOR PITTSBURGH PA 15219-1410 |
| BUTZEL LONG, A PROFESSIONAL CORPORATION | ATTN: ERIC B. FISHER AND ROBERT SIDORSKY (COUNSEL TO: CGD) 380 MADISON AVENUE 22ND FLOOR NEW YORK NY 10017 |
| CADWALADER, WICKERSHAM & TAFT LLP | ATTN: DERYCK PALMER, ESQ, JOHN RAPISARDI, ESQ, AND GARY TICOLL, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CADWALADER, WICKERSHAM & TAFT LLP | ATTN: HOWARD HAWKINS, JR., JASON JURGENS, ELLEN M HALSTEAD, HANH V HUYNH (COUNSEL TO EXUM RIDGE CBO, SGS HY CRD FUND, AVIV AIRLIELCDO, PEBBLE CREEK AND WHITE MARLIN) ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CADWALADER, WICKERSHAM & TAFT LLP | ATTN: ISRAEL DAHAN (COUNSEL TO FXCM HOLDINGS LLC) ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CADWALADER, WICKERSHAM & TAFT LLP | 700 6TH ST NW WASHINGTON DC 200013704 |

| Claim Name | Address Information |
|---|---|
| CAHILL GORDON & REINDEL LLP | ATTN: JOEL H. LEVITIN, STEPHEN J. GORDON EIGHTY PINE STREET NEW YORK NY 10005 |
| CALIFORNIA PUBLIC EMPLOYEES RETIREMENT SYSTEM | ATTN: THOMAS NOGUEROLA, SR. STAFF COUNSEL P.O. BOX 942707 SACRAMENTO CA 94229-2707 |
| CARTER, LEDYARD & MILBURN LLP | ATTN: AARON R. CAHN (COUNSEL TO PUNJAB NATIONAL BANK) 2 WALL STREET NEW YORK NY 10005 |
| CB RICHARD ELLIS, INC | ATTN: WANDA N. GOODLOE, ESQ. 200 PARK AVENUE, 17TH FLOOR NEW YORK NY 10166 |
| CHADBOURNE & PARKE LLP | ATTN: HOWARD SEIFE, DAVID M. LEMAY, & ANDREW ROSENBLATT 30 ROCKEFELLER PLAZA NEW YORK NY 10012 |
| CHAPMAN AND CUTLER LLP | ATTN: JAMES E. SPIOTTO, ANN E. ACKER FRANLIN H. TOP, & JAMES HEISER 111 WEST MONROE STREET CHICAGO IL 60603 |
| CHAPMAN AND CUTLER LLP | ATTN: JAMES HEISER (COUNSEL TO GENERAL HELICOPTERS INTERNATIONAL LLC) 111 WEST MONROE STREET CHICAGO IL 60603 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | ATTN: LINDSEE P. GRANFIELD, ESQ & LISA M. SCHWEITZER, ESQ ONE LIBERTY PLAZA NEW YORK NY 10006 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | ATTN: THOMAS J. MALONEY, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | ATTN: JAMES L. BROMLEY AND SEAN A. O'NEILL ONE LIBERTY PLAZA NEW YORK NY 10006 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | ATTN: CARMINE D. BOCCUZI JR., ESQ. (COUNSEL TO GOLDMAN SACHS CREDIT PARTNERS AND GS EUROPENA PERFORMANCE FUND LIMITED) ONE LIBERTY PLAZA NEW YORK NY 10006 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | ATTN: JEFFREY A. ROSENTHAL (COUNSEL TO WACHOVIA BANK, WACHOVIA SECURITIES LTD AND EVERGREEN, ET. AL.) ONE LIBERTY PLAZA NEW YORK NY 10006 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | ATTN: CARMINE D. BOCCUZZI AND THOMAS J. MOLONEY (COUNSEL TO GOLDMAN, SACH & CO., AT AL. AND J. ARON & COMPANY) ONE LIBERTY PLAZA NEW YORK NY 10006 |
| CLIFFORD CHANCE US LLP | ATTN: JENNIFER C. DE MARCO 31 WEST 52ND STREET NEW YORK NY 10019 |
| CLIFFORD CHANCE US LLP | ATTN: ANDREW BROZMAN AND SARA M. TAPINEKIS 31 WEST 52ND STREET NEW YORK NY 10019-6131 |
| CLIFFORD CHANCE US LLP | ATTN: ANDREW BROZMAN AND WENDY ROSENTHAL (COUNSELT TO BANIF-BANCO, DEXIA LUXEMBURG, DEXIA LOCAL, DEXIA DEUTSCHLAND AND DEXIA BELGIQUE) 31 WEST 52ND STREET NEW YORK NY 10019-6131 |
| COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP | ATTN: PETER PEARLMAN AND JEFFREY HERRMANN (COUNSEL TO STATE OF NEW JERSEY, DEPARTMENT OF TREASURY, DIVISION OF INVESTMENT) PARK 80 PLAZA WEST-ONE SADDLE BROOK NJ 07663 |
| COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A. | ATTN: LAURENCE MAY AND JOHN H. DRUCKER 900 THIRD AVENUE, 16TH FLOOR NEW YORK NY 10022 |
| COMMODITY FUTURES TRADING COMMISSION | ATTN: TERRY S ARBIT THREE LAFAYETTE CENTRE 1155 21ST ST, NW WASHINGTON DC 20581 |
| COMMODITY FUTURES TRADING COMMISSION | ATTN: ROBERT B WASSERMAN THREE LAFAYETTE CENTRE 1155 21ST ST, NW WASHINGTON DC 20581 |
| CONNOLLY ROSANIA & LOFSTEDT, P.C. | ATTN: JOLI A. LOFSTEDT, ESQ. (COUNSEL TO IRONBRIDGE PROPERTY OWNERS ASSOC.) 950 SPRUCE STREET, SUITE 1C LOUISVILLE CO 80027 |
| CONTINENTAL AIRLINES, INC. | ATTN: JEFF WITTIG 1600 SMITH DEPT. HQ56G HOUSTON TX 77019 |
| CONTRARIAN CAPITAL MANAGEMENT, LLC | ATTN: ETHAN SCHWARTZ 411 WEST PUTNAM AVENUE SUITE 425 GREENWICH CT 06830 |
| COUNTY OF SAN MATEO | ATTN: MICHAEL P. MURPHY, COUNTY COUNSEL 400 COUNTY CENTER REDWOOD CITY CA 94063-1662 |
| COVINGTON & BURLING LLP | ATTN: M HOPKINS, D COFFINO, A RABOY THE NEW YORK TIMES BUILDING 620 EIGHTH AVENUE NEW YORK NY 10018 |
| CRAVATH, SWAINE & MOORE LLP | ATTN: RICHARD LEVIN, ESQ & ROBERT H. TRUST, ESQ. WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CROCKER KUNO PLLC | ATTN: JOANNE K. LIPSON AND J. TODD TRACY 720 OLIVE WAY, SUITE 1000 SEATTLE WA 98101 |
| CROWE & DUNLEVY, P.C. | ATTN: JUDY HAMILTON MORSE 20 NORTH BROADWAY, SUITE 1880 OKLAHOMA CITY OK 73102 |
| CROWELL & MORING LLP | ATTN: WILLIAM M. O'CONNOR AND BRUCE J. ZABARAUSKAS (COUNSEL TO AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY) 590 MADISON AVENUE NEW YORK NY 10022 |
| CUMMINGS & LOCKWOOD LLC | ATTN: JOHN F. CARBERRY, ESQ. SIX LANDMARK SQUARE STAMFORD CT 06901 |

| Claim Name | Address Information |
|---|---|
| DAVIS POLK & WARDWELL | ATTN: KAREN E. WAGNER, ABRAHAM GESSER, JAMES I. MCCLAMMY (COUNSEL TO: NATIXIS ENTITIES) 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| DAVIS POLK & WARDWELL | ATTN: KAREN E. WAGNER & JAMES I. MCCLAMMY 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| DAY PITNEY LLP | ATTN: RONALD S. BEACHER, ESQ. (COUNSEL TO SILVER POINT CAPITAL, LP) 7 TIMES SQUARE NEW YORK NY 10036-7311 |
| DEALY & SILBERSTEIN, LLP | ATTN: MILO SILBERSTEIN, WILLIAM J. DEALY, ESQS. (COUNSEL TO: MELVYN J. COLBY) 225 BROADWAY, SUITE 1405 NEW YORK NY 10007 |
| DEBEVOISE & PLIMPTON LLP | ATTN: MY CHI TO & MAUREEN CRONIN 919 THIRD AVENUE NEW YORK NY 10022 |
| DEBEVOISE & PLIMPTON LLP | ATTN: MY CHI TO AND MAUREEN A. CRONIN (COUNSEL TO JFK INTERNATIONAL AIR TERMINAL LLC) 919 THIRD AVENUE NEW YORK NY 10022 |
| DECHERT LLP | ATTN: GLEN E. SIEGEL AND IVA UROIC 1095 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| DEILY, MOONEY & GLASTETTER, LLP | ATTN: MARTIN A. MOONEY, ESQ. (COUNSEL TO DCFS TRUST) 8 THURLOW STREET ALBANY NY 12203 |
| DEWEY & LEBOEUF LLP | ATTN: MARTIN J BIENENSTOCK, JUDY G.Z. LIU AND TIMOTHY Q. KARCHER 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| DEWEY & LEBOEUF LLP | ATTN: ELIZABETH PAGE SMITH & P. BRUCE WRIGHT 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| DEWEY & LEBOEUF LLP | ATTN: MARTIN J. BIENENSTOCK & IRENA M. GOLDSTEIN & WILLIAM C. HEUER 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019-6092 |
| DEWEY & LEBOEUF LLP | ATTN: MARTIN BIENENSTOCK AND IRENA M. GOLDSTEIN (COUNSEL TO AD HOC GROUP OF LEHMAN CREDITORS) 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019-6092 |
| DEWEY & LEBOUEF LLP | ATTN: P. BRUCE WRIGHT, ELIZABETH PAGE SMITH, SARAH L. TRUM 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| DIAMOND MCCARTHY LLP | ATTN: ALLAN D. DIAMOND AND STEPHEN T. LODEN (COUNSEL TO THE KIYO BANK AND THE KYOEI FIRE & MARINE INSURANCE COMPANY, LTD.) 909 FANNIN, SUITE 1500 HOUSTON TX 77010 |
| DILWORTH PAXSON LLP | ATTN: ANN M. AARONSON AND CATHERINE G. PAPPAS (COUNSEL TO JEANES HOSP, TEMPLE HEALTH, TRANSPORT TEAM, TEMPLE PHYS, TEMPLE U HOSP, TEMPLE U HEALTH) 1500 MARKET STREET, 3500E PHILADELPHIA PA 19102-2101 |
| DLA PIPER LLP (US) | ATTN: THOMAS R. CALIFANO (COUNSEL TO LAHDE CAP MGMT, WESTPORT CAP, HANK'S LIVING TRUST, OSTERREICHISCHE AND ETIHAD AIRWAYS) 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020-1104 |
| DLA PIPER LLP (US) | ATTN: WILLIAM GOLDMAN & JOHN MCNICHOLAS ESQS. (COUNSEL TO SWEDBANK AB, NEW YORK BRANCH) 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020-1104 |
| DLA PIPER LLP (US) | ATTN: TIMOTHY W. BRINK AND MATTHEW T. KLEPPER 203 NORTH LASALLE ST., STE 1900 CHICAGO IL 60601 |
| DLA PIPER LLP (US) | ATTN: KAROL DENNISTON AND DEBORAH J. SALTZMAN (COUNSEL TO LAHDE CAP MGMT, WESPORT CAP, HANK'S LIVING TRUST, OSTERREICHISCHE AND ETIHAD AIRWAYS) 550 SOUTH HOPE STREET, SUITE 2300 LOS ANGELES CA 90071 |
| DORSEY & WHITNEY LLP | ATTN: ERIC LOPEZ SCHNABEL (COUNSEL TO US BANK NATIONAL ASSOCIATION) 250 PARK AVENUE NEW YORK NY 10177 |
| DORSEY & WHITNEY LLP | ATTN: STEVEN J. HEIM AND MICHELLE KREIDLER DOVE (COUNSEL TO US BANK NATIONAL ASSOCIATION) 50 SOUTH SIXTH STREET MINNEAPOLIS MN 55402 |
| DRESDNER BANK A.G. | ATTN: JOSEPH SCORDATO, ESQ 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| DRINKER BIDDLE & REATH LLP | ATTN: ROBERT K. MALONE AND DOUGLAS J. MCGILL 500 CAMPUS DRIVE FLORHAM PARK NJ 07932-1047 |
| DRINKER BIDDLE & REATH LLP | ATTN: STEPHANIE WICKOUSKI, ESQ 140 BROADWAY, 39TH FL NEW YORK NY 10005-1116 |
| DRINKER BIDDLE & REATH LLP | ATTN: KRISTIN K. GOING, ESQ. 1500 K ST, NW – SUITE 1100 WASHINGTON DC 20005-1209 |
| DUANE MORRIS LLP | ATTN: PATRICIA H. HEER, ESQUIRE (COUNSEL TO PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES' RETIREMENT SYSTEM) 1540 BROADWAY NEW YORK NY 10036 |

| Claim Name | Address Information |
|---|---|
| DUANE MORRIS LLP | ATTN: LAWRENCE J. KOTLER, ESQUIRE (COUNSEL TO FPB INTERNATIONAL BANK, INC. AND NATIONAL AGRICULTURAL COOPERATIVE FEDERATION) 1540 BROADWAY NEW YORK NY 10036-4086 |
| DUFFY AND ATKINS LLP | ATTN: TODD E. DUFFY AND JAMES E. ATKINS (COUNSEL TO SOUTH MISSISSIPPI POWER ASSOCIATION AND COAST ELETRIS POWER ASSOCIATION) SEVEN PENN PLAZA, SUITE 420 NEW YORK NY 10001 |
| EATON CORPORATION | ATTN: GLOBAL TRADE CREDIT DEPARTMENT EATON CENTER 1111 SUPERIOR AVENUE CLEVELAND OH 44114-2584 |
| EMMET, MARVIN & MARTIN, LLP | ATTN: EDWARD P. ZUJKOWSKI, ESQ. 120 BROADWAY NEW YORK NY 10271 |
| ENTWISTLE & CAPPUCCI LLP | ATTN: ANDREW J. ENTWISTLE 280 PARK AVENUE, 26TH FLOOR WEST NEW YORK NY 10017 |
| EPSTEIN BECKER & GREEN, P.C. | ATTN: KENNETH J. KELLEY, ESQ. (COUNSEL TO INFOSPACE, INC. AND INTERSIL CORP.) 250 PARK AVENUE NEW YORK NY 10177 |
| EPSTEIN BECKER & GREEN, P.C. | ATTN: DAVID B. TATGE, ESQ. (COUNSEL TO INFOSPACE, INC. AND INTERSIL CORP.) 1227 25TH STREET, N.W. SUITE 700 WASHINGTON DC 20037 |
| EZRA BRUTZKUS GUBNER LLP | ATTN: STEVEN T. GUBNER, ESQ AND COREY R. WEBER,ESQ 21650 OXNARD STREET, SUITE 500 WOODLAND HILLS CA 91367 |
| FARRELL FRITZ, P.C. | ATTN: LOUIS A. SCARCELLA (COUNSEL TO HEGEMON FUND I, LLC) 1320 REXCORP PLAZA UNIONDALE NY 11556-1320 |
| FEDERAL HOME LOAN MORTGAGE CORP | GEORGE KIELMAN ASSOCIATE GENERAL COUNSEL FOR LITIGATION 8200 JONES BRANCH DRIVE - MS 202 MC LEAN VA 22102 |
| FEDERAL RESERVE BANK OF NEW YORK | ATTN: SHARI LEVENTHAL ASSISTANT GENERAL COUNSEL AND SENIOR VICE PRES 33 LIBERTY STREET NEW YORK NY 10045-0001 |
| FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP | ATTN: S. FELDERSTEIN, P. PASCUZZI & H. ESTIOKO 400 CAPITOL MALL, SUITE 1450 SACRAMENTO CA 95814 |
| FILARDI LAW OFFICES LLC | ATTN: CHARLES J. FILARDI JR. (COUNSEL TO FEDERAL EXPRESS CORPORATION) 65 TRUMBULL STREET NEW HAVEN CT 06510 |
| FIRST TRUST PORTFOLIOS L.P. | ATTN: PAMELA COCALAS WIRT, ASST GENERAL COUNSEL 120 E. LIBERTY DRIVE, SUITE 400 WHEATON IL 60187 |
| FOLEY & LARDNER LLP | ATTN: DOUGLAS S. HEFFER 90 PARK AVENUE NEW YORK NY 10016 |
| FOLEY & LARDNER LLP | ATTN: JOANNE LEE 321 N. CLARK STREET SUITE 2800 CHICAGO IL 60654 |
| FRASER STRYKER PC LLO | ATTN: MICHAEL L. SCHLEICH, ESQ. 500 ENERGY PLAZA 409 17TH STREET OMAHA NE 68102 |
| FREDERIC DORWART, LAWYERS | ATTN: SAMUEL S. ORY AND JAMES A. HIGGINS (COUNSEL TO BANK OF OKLAHOMA, N.A.) 124 EAST FOURTH STREET TULSA OK 74103 |
| FREEBORN & PETERS LLP | ATTN: AARON L. HAMMER & DEVON J. EGGERT (COUNSEL TO ACCENTURE LLP) 311 SOUTH WACKER DRIVE, SUITE 3000 CHICAGO IL 60606-6677 |
| FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP | ATTN: PETER L. SIMMONS, BRIAN D. PFEIFFER, ESQ. AND MITCHELL EPNER, ESQ. ONE NEW YORK PLAZA NEW YORK NY 10004-1980 |
| FRIEDMAN DUMAS & SPRINGWATER LLP | ATTN: ELLEN A. FRIEDMAN, ESQ. 150 SPEAR STREET, SUITE 1600 SAN FRANCISCO CA 94105 |
| FRIEDMAN KAPLAN SEILER & ADELMAN LLP | ATTN: ANNE E. BEAUMONT & WILLIAM P. WEINTRAUB, ESQ (COUNSEL TO MALAYSIAN AIRLINE SYSTEM AND LAZARD FRERES & CO LLC) 1633 BROADWAY, 46TH FLOOR NEW YORK NY 10019-6708 |
| FRIEDMAN KAPLAN SEILER & ADELMAN LLP | ATTN. WILLIAM P. WEINTRAUB, ESQ. AND ANNE E. BEAUMONT, ESQ. (COUNSEL TO LAZARD FRERES & CO. LLC) 1633 BROADWAY, 46TH FLOOR NEW YORK NY 10019-6708 |
| FULBRIGHT & JAWORSKI L.L.P. | ATTN: DAVID A. ROSENZWEIG (COUNSEL TO AT&T INC.) 666 FIFTH AVENUE NEW YORK NY 10103 |
| FULTON BANK | ATTN: JOHN R. MERVA, ESQ. ASSOCIATE COUNSEL & VP ONE PENN CENTER PO BOX 4887 LANCASTER PA 17604 |
| GARDERE WYNNE SEWELL LLP | ATTN: JOHN P. MELKO (COUNEL TO PYRRHULOXIA, LP) 1000 LOUISIANA, SUITE 3400 HOUSTON TX 77002-5011 |
| GENOVESE, JOBLOVE & BATTISTA, P.A. | ATTN: ROBERT F. ELGIDELY (COUNSEL TO KA KIN WONG, SIU LUI CHING, CHUN IP, JIN LIU, YIN YING LEUNG, LAI MEI CHAN, SING HEUNG) BANK OF AMERCIA TOWER, 100 S.E. |

| Claim Name | Address Information |
|---|---|
| GENOVESE, JOBLOVE & BATTISTA, P.A. | 2ND ST, STE 400 MIAMI FL 3285 |
| GIBBONS P.C. | ATTN: DAVID N. CRAPO, ESQ. ONE GATEWAY CENTER NEWARK NJ 07102-5310 |
| GIBSON DUNN & CRUTCHER LLP | ATTN: MICHAEL ROSENTHAL & JANET WEISS 200 PARK AVENUE NEW YORK NY 10166-0193 |
| GILMARTIN, POSTER & SHAFTO LLP | ATTN: ANDREAS SEUFFERT, ESQ. 845 THIRD AVENUE NEW YORK NY 10022 |
| GODFREY & KAHN, S.C. | ATTN: TIMOTHY F. NIXON AND JENNIFER B. HERZOG (COUNSEL TO MARSHALL FUNDS, INC. AND MARSHALL & ILSLEY TRUST COMPANY, N.A.) 780 NORTH WATER STREET MILWAUKEE WI 53202 |
| GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP | ATTN: JONATHAN L. FLAXER, ESQ. (COUNSEL TO SUNRISE PARTNERS LIMITED PARTNERSHIP) 437 MADISON AVENUE NEW YORK NY 10022 |
| GOULSTON & STORRS, P.C. | ATTN: JAMES WALLACK, DOUGLAS ROSNER, .GREG KADEN 400 ATLANTIC AVENUE BOSTON MA 02110-3333 |
| GOULSTON & STORRS, P.C. | ATTN: DOUGLAS B. ROSNER & GREGORY O. KADEN 400 ATLANTIC AVENUE BOSTON MA 02210 |
| GREEN TREE SERVICING LLC | ATTN: BRIAN COREY, GENERAL COUNSEL 345 ST. PETER STREET SAINT PAUL MN 55102-1639 |
| GREENBERG TRAURIG, LLP | ATTN: JOHN W. WEISS, ESQ. 200 PARK AVENUE NEW YORK NY 10166 |
| GREER, HERZ & ADAMS, LLP | ATTN: FREDERICK BLACK, TARA B. ANNWEILER ONE MOODY PLAZA, 18TH FLOOR GALVESTON TX 77550 |
| GSEF AL NAWRAS (CAYMAN) LIMITED | C/O NASREEN BULOS, LEGAL COUNSEL GLOBAL EQUITIES DUBAI INTERNATIONAL CAPITAL LLC DIFC BUILDING 2, 4TH FLOOR SHEIKH ZAYED ROAD, PO BOX 72888 DUBAI UNITED ARAB EMIRATES |
| HAHN & HESSEN LLP | ATTN: JEFFREY L. SCHWARTZ AND JOSEPH ORBACH 488 MADISON AVE.,15TH FLOOR NEW YORK NY 10022 |
| HAHN & HESSEN LLP | ATTN: ROSANNE THOMAS MATZAT, ESQ. 488 MADISON AVE NEW YORK NY 10022 |
| HALPERIN BATTAGLIA RAICHT, LLP | ATTN: WALTER BENZIJA AND JULIE D DYAS 555 MADISON AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| HERRICK, FEINSTEIN LLP | ATTN: ANDREW C. GOLD TWO PARK AVENUE NEW YORK NY 10016 |
| HERRICK, FEINSTEIN LLP | ATTN: STEPHEN B. SELBST 2 PARK AVENUE NEW YORK NY 10016 |
| HEWLETT-PACKARD COMPANY | ATTN: MS. RAMONA NEAL, CORPORATE COUNSEL 11311 CHINDEN BLVD MAILSTOP 314 GARDEN CITY ID 83714-0021 |
| HEWLETT-PACKARD COMPANY | RAMONA S. NEAL 11311 CHINDEN BLVD., M/S 314 BOISE ID 83714-0021 |
| HEWLETT-PACKARD COMPANY | ATTN: MR. KEN HIGMAN, SR. DEFAULT&RECOVERY ANALYST 2125 E. KATELLA AVE SUITE 400 ANAHEIM CA 92806 |
| HODGSON RUSS LLO | ATTN: DEBORAH J. PIAZZA AND MAUREEN T. BASS (COUNSEL TO GESCONSULT S.A. SG LLC) 60 E. 42ND STREET, 37TH FLOOR NEW YORK NY 10165 |
| HODGSON RUSS LLP | ATTN: GARRY M. GRABER AND DEBORAH J. PIAZZA (COUNSEL TO DEERE & COMPANY) 60 E. 42ND STREET, 37TH FLOOR NEW YORK NY 10165 |
| HODGSON RUSS LLP | ATTN: STEPHEN H. GROSS, ESQ. 60 EAST 42ND STREET, 37TH FLOOR NEW YORK NY 10165-0150 |
| HOGAN & HARTSON LLP | ATTN: IRA S. GREENE & DENA C. KAUFMAN 875 THIRD AVENUE NEW YORK NY 10022 |
| HOGAN & HARTSON LLP | ATTN: IRA GREENE, SCOTT GOLDEN AND DENA KAUFMAN 875 THIRD AVENUE NEW YORK NY 10022 |
| HOLLAND & KNIGHT LLP | ATTN: BARBRA R. PARLIN, ESQ. (COUNSEL TO PRICEWATERHOUSECOOPER LLP) 195 BROADWAY, 24TH FLOOR NEW YORK NY 10007 |
| HOLLAND & KNIGHT LLP | ATTN: BARBRA PARLIN, ARTHUR ROSENBERG, AND FRANCOIS JANSON 195 BROADWAY, 24TH FLOOR NEW YORK NY 10007-3189 |
| HOLLAND & KNIGHT LLP | ATTN: FRANCOIS JANSON AND ARTHUR ROSENBERG (COUNSEL TO CAISSE DE DEPOT ET PLACEMENT DU QUEBEC) 195 BROADWAY NEW YORK NY 10007-3189 |
| HOLLAND & KNIGHT LLP | ATTN: JOHN J. MONAGHAN, ESQ. 10 ST. JAMES AVENUE BOSTON MA 02116 |
| HOLLAND & KNIGHT LLP | ATTN: RICHARD E. LEAR, ESQ. 2099 PENNSYLVANIA AVE, NW, SUITE 100 WASHINGTON DC 20006 |
| HOLME ROBERTS & OWEN LLP | ATTN: ERIC JOHNSON 1700 LINCOLN, SUITE 4100 DENVER CO 80203 |
| HUGHES HUBBARD & REED LLP | ATTN: CHRISTOPHER K. KIPLOK JEFFREY S. MARGOLIN ONE BATTERY PARK PLAZA NEW |

LEHMAN BROTHERS, INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| HUGHES HUBBARD & REED LLP | YORK NY 10004-1482 |
| HUNTON & WILLIAMS LLP | ATTN: PETER S. PARTEE SR. & SCOTT H. BERNSTEIN 200 PARK AVENUE NEW YORK NY 10166 |
| HUNTON & WILLIAMS LLP | ATTN: RICHARD P. NORTON (COUNSEL TO GENWORTH FINANCIAL, INC.) 200 PARK AVENUE NEW YORK NY 10166 |
| HUNTON & WILLIAMS LLP | ATTN: SCOTT H. BERNSTEIN (COUNSEL TO CATALANA EMPLEO,PREVISION,RF1,FP,CATOC VIDA, DEPSA, NORTEHISPANA, REASEGUROS, SEGUROS) 200 PARK AVENUE, 53RD FLOOR NEW YORK NY 10166 |
| HUNTON & WILLIAMS LLP | ATTN:  PETER S. PARTEE, SCOTT H. BERNSTEIN 200 PARK AVENUE, 53RD FLOOR NEW YORK NY 10166-0136 |
| HUNTON & WILLIAMS LLP | ATTN: J.R. SMITH 951 EAST BYRD STREET RIVERFRONT PLAZA, EAST TOWER RICHMOND VA 23219 |
| HUNTON & WILLIAMS LLP | ATTN:  JASON W. HARBOUR RIVERFRONT PLAZA, EAST TOWER 951 EAST BYRD STREET RICHMOND VA 23219-4074 |
| HUNTON & WILLIAMS LLP | ATTN: KEVIN M. ECKHARDT (COUNSEL TO CATALANA EMPLEO,PREVISION,RF1,FP,CATOC VIDA, DEPSA, NORTEHISPANA, REASEGUROS, SEGUROS) 1111 BRICKWELL AVENUE, SUITE 2500 MIAMI FL 33131 |
| HUNTON & WILLIAMS LLP | ATTN: MICHELLE A. MENDEZ 1445 ROSS AVENUE, SUITE 3700 DALLAS TX 75202 |
| INFOSPACE, INC. | ATTN: ALESIA PINNEY, ESQ. GENERAL COUNSEL 601 108TH AVENUE, NE BELLEVUE WA 98004 |
| INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI, LLP | ATTN: CORY L. WEISS, ESQ. 250 PARK AVENUE NEW YORK NY 10177 |
| INTERNAL REVENUE SERVICE | SPECIAL PROCEDURES BRANCH ATTN: DISTRICT DIRECTOR 290 BROADWAY NEW YORK NY 10007 |
| INTERNAL REVENUE SERVICE | OFFICE OF CHIEF COUNSEL ATTN: TOBY R. ROSENBERG 33 MAIDEN LANE, 14TH FLOOR NEW YORK NY 10038 |
| INTERSIL CORPORATION | ATTN: DOUGLAS BALOG, ESQ. ASSOCIATE GENERAL COUNSEL 1650 ROBERT A. CONLON BLVD., NE M/S 62A309 PALM BEACH FL 32905 |
| INVESCO AIM MANAGEMENT GROUP, INC. | ATTN: TERESA A. OXFORD, ESQ. (COUNSEL TO AIM FUNDS AND AIM ADVISORS) 11 GREENWAY PLAZA, SUITE 100 HOUSTON TX 77046-1173 |
| IVEY, BARNUM, AND O'MARA, LLC | ATTN: MELISSA ZELEN NEIER, ESQ. (COUNSEL TO DUKE ENERGY OHIO, INC.) 170 MASON STREET GREENWICH CT 06830 |
| JAY HURST, ASSISTANT ATTORNEY GENERAL | (COUNSEL TO THE COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TEXAS) BANKRUPTCY & COLLECTIONS DIVISION P.O. BOX 12548 AUSTIN TX 78711-2548 |
| JENNER & BLOCK LLP | ATTN: PATRICK J. TROSTLE (COUNSEL TO ANTON R. VALUKAS, THE EXAMINER) 919 THIRD AVENUE, 37TH FLOOR NEW YORK NY 10022-3908 |
| JENNER & BLOCK LLP | BYNAM (COUSNEL TO ANTON R. VALUKAS, THE EXAMINER) 353 N CLARK STREET CHICAGO IL 60654-3456 |
| JENNINGS, STROUSS & SALMON, P.L.C. | ATTN: GEORGE C. SPILSBURY AND BRIAN N. SPECTOR (COUNSEL TO LA LOMA SENIOR LIVING SERVICES, INC.) THE COLLIER CENTER, 11TH FLOOR 201 EAST WEASHINGTON STREET PHOENIX AZ 85004-2385 |
| JOSEPH L. FOX, ESQ. | (COUNSEL TO HUMBERTO G. MERCHLAND LOPEZ) 60 EAST 42ND STREET, SUITE 2231 NEW YORK NY 10165 |
| JOSEPH N. CORDARO | ASSISTANT UNITED STATES ATTORNEY SOUTHERN DISTRICT OF NEW YORK 86 CHAMBERS STREET, 3RD FLOOR NEW YORK NY 10007 |
| K&L GATES LLP | ATTN: ELI R. MATTIOLI, ELIZABETH M. HARRIS (COUNSEL TO FIRSTBANK PUERTO RICO) 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP | ATTN: DAVID FRIEDMAN, DAVID ROSNER, ANDREW GLENN 1633 BROADWAY NEW YORK NY 10019 |
| KATSKY KORINS LLP | ATTN: STEVEN H. NEWMAN, ESQ. 605 THIRD AVENUE, 16TH FLOOR NEW YORK NY 10158 |
| KAYE SCHOLER LLP | ATTN: MADLYN GLEICH PRIMOFF SCOTT TALMADGE LAUREN ATTARD 425 PARK AVENUE NEW YORK NY 10022 |
| KAYE SCHOLER LLP | ATTN: MADLYN GLEICH PRIMOFF, SCOTT D TALMADGE, LAUREN ATTARD 425 PARK AVENUE |

| Claim Name | Address Information |
|---|---|
| KAYE SCHOLER LLP | NEW YORK NY 10022 |
| KAYE SCHOLER LLP | ATTN: ANA M. ALFONSO 425 PARK AVENUE NEW YORK NY 10022 |
| KAYE SCHOLER LLP | ATTN: MADLYN GLEICH PRIMOFF AND LAUREN ATTARD (COUNSEL TO CAISSE DE DEPOT, TOTAL GAS&POWER LTD, GALLIARD CAP, BANCO POPULAR, POPULAR GESTION) 425 PARK AVENUE NEW YORK NY 10022 |
| KELLEY DRYE & WARREN LLP | ATTN: JAMES S. CARR, ESQ., BEN BLAUSTEIN, ESQ., JORDAN BERGMAN, ESQ., HOWARD S. STEEL, ESQ.101 PARK AVENUE (COUNSEL TO:  TULLETT PREBON) 101 PARK AVENUE NEW YORK NY 10178 |
| KELLEY DRYE & WARREN LLP | ATTN: HOWARD S. STEEL, ESQ. 101 PARK AVENUE NEW YORK NY 10178 |
| KELLEY DRYE & WARREN LLP | ATTN: BENJAMIN BLAUSTEIN, ESQ. 101 PARK AVENUE NEW YORK NY 10178 |
| KELLEY DRYE & WARREN LLP | ATTN: MARK W. PAGE, ESQ. 333 WEST WACKER DRIVE, 26TH FL CHICAGO IL 60606 |
| KIRKLAND & ELLIS LLP | ATTN: ISKENDER H. CATTO, ESQ. (COUNSEL TO PACIFIC SUMMIT ENERGY LLC) CITIGROUP CENTER 153 EAST 53RD STREET NEW YORK NY 10022-4611 |
| KLEIN SOLOMON LLP | ATTN: JAY B. SOLOMON (COUNSEL TO HOPE GREENFIELD) 275 MADISON AVE, 11TH FL NEW YORK NY 10016 |
| KLESTADT & WINTERS, LLP | ATTN: JOHN E. JURELLER, JR. (COUNSELT TO:  OVERSTOCK.COM, INC.) 292 MADISION AVENUE, 17TH FLOOR) NEW YORK NY 10017 |
| KOBRE & KIM LLC | ATTN:MICHAEL S KIM, ROBERT W HENOCH, STEVEN W PERLSTEIN AND IAN N LEVY (COUNSEL TO:  ESSEX, 4KIDS, NORTHGATE, & ABM) 800 THIRD AVENUE NEW YORK NY 10022 |
| KOBRE & KIM LLP | ATTN:  ANDREW C. LOURIE (AL-0630) (COUNSEL TO:  ESSEX, 4KIDS, NORTHGATE, & ABM) 1919 M STREET, N.W. WASHINGTON DC 20036 |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | ATTN: THOMAS MOERS MAYER, P. BRADLEY O'NEILL AND AMY CATON 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | ATTN: THOMAS MOERS MAYER, DAMIEL M. EGGERMAN (COUNSEL TO RUTGER SCHIMMELPENNINCK) 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| LANDMAN CORSI BALLAINE & FORD, P.C. | ATTN: MARK LANDMAN, WILLIAM BALLAINE & SOPHIA REE (COUNSEL TO FEDERAL HOME LOAN MORTGAGE CORP. IN CONSERVATORSHIP) 120 BROADWAY, 27TH FLOOR NEW YORK NY 10271-0079 |
| LANE POWELL PC | ATTN: CHARLES R. EKBERG 1420 FIFTH AVENUE SUITE 4100 SEATTLE WA 98101-2338 |
| LATHAM & WATKINS LLP | ATTN: KEITH A. SIMON 885 THIRD AVENUE NEW YORK NY 10022 |
| LATHAM & WATKINS LLP | ATTN: DAVID S. HELLER & J. DOUGLAS BACON SEARS TOWER, SUITE 5800 233 SOUTH WACKER DRIVE CHICAGO IL 60606 |
| LATHAM & WATKINS LLP | ATTN: RICHARD A. LEVY (COUNSEL TO GE CORPORATE FINANCIAL SERVICES, INC.) SEARS TOWER, SUITE 5800 233 SOUTH WACKER DRIVE CHICAGO IL 60606 |
| LATHAM & WATKINS LLP | ATTN:  PETER M. GILHULY 355 SOUTH GRAND AVENUE LOS ANGELES CA 90071-1560 |
| LAW OFFICES OF GABRIEL DEL VIRGINIA | ATTN: GABRIEL DEL VIRGINIA, ESQ. 641 LEXINGTON AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| LAW OFFICES OF NEIL MOLDOVAN, P.C. | ATTN: ELLEN ZWEIG (COUNSEL TO ANITA BRYANT) ONE OLD COUNTRY ROAD, SUITE 270 CARLE PLACE NY 11514 |
| LAW OFFICES OF ROBERT E. LUNA, PC | ATTN: ANDREA SHEEHAN, ESQ. 4411 N. CENTRAL EXPRESSWAY DALLAS TX 75205 |
| LEHMAN BROTHERS BANKHAUS AKTIENGESELLSCHAFT | VERTRETEN DURCH IHREN VORSTAND (MICHAEL BONACKER, HANS-MARTIN BURY,HELMUT OLIVIER DR. PATRICK SCHMITZ-MORKRAMER, CHRISTIAN SPIELER) RATHENAUPLATZ 1 60313 FRANKFURT AM MAIN GERMANY |
| LEVI LUBARSKY & FEIGENBAUM LLP | ATTN: WALTER E. SWEARINGEN (COUNSEL TO PETER J. AND MARY JANE DAPUZZO) 1185 AVENUE OF THE AMERICAS, 17TH FLOOR NEW YORK NY 10036 |
| LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP | 250 HUDSON ST NEW YORK NY 100131413 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: JOHN P. DILLMAN (COUNSEL TO HARRIS COUNTY) 2323 BRYAN STREET, SUITE 1600 DALLAS TX 75201 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: ELIZABETH WELLER 2323 BRYAN STREET SUITE 1600 DALLAS TX 75201 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DIANE W. SANDERS (COUNSEL TO MCLENNAN COUNTY) 1949 SOUTH I.H. 35 PO BOX 17428 AUSTIN TX 78760 |

| Claim Name | Address Information |
| --- | --- |
| LOCKE LORD BISSELL & LIDDELL LLP | ATTN: PHILIP EISENBERG (COUNSEL TO DYNERGY POWER MARKETING, INC.) 3400 JPMORGAN CHASE TOWER 600 TRAVIS STREET HOUSTON TX 77002-3095 |
| LOEB & LOEB LLP | ATTN: WALTER H. CURCHACK, VADIM J. RUBINSTEIN AND DANIEL B. BESIKOF 345 PARK AVENUE NEW YORK NY 10154 |
| LOIZIDES, P.A. | ATTN: CHRISTOPHER D. LOIZIDES, ESQ. (COUNSEL TO 72 INDIVIDUALS) 1225 KING STREET, SUITE 800 WILMINGTON DE 19801 |
| LOVELLS LLP | ATTN: ROBIN E. KELLER AND OMECA N. NEDD 590 MADISON AVE NEW YORK NY 10022 |
| LOVELLS LLP | ATTN: CHRISTOPHER R. DONOHO, III 590 MADISON AVENUE NEW YORK NY 10022 |
| LOVELLS LLP | ATTN: ROBIN E. KELLER, ESQ. (COUNSEL TO BRE BANK S.A., CARLTON COMM. LTD AND INSTITUTO CREDITO OFICIAL) 590 MADISON AVENUE NEW YORK NY 10022 |
| LOVELLS LLP | ATTN: MATTHEW P. MORRIS, ESQ. (COUNSEL TO CENTERBRIDGE) 590 MADISON AVENUE NEW YORK NY 10022 |
| LOWENSTEIN SANDLER PC | ATTN: IRA M. LEVEE 65 LIVINGSTON AVENUE ROSELAND NJ 07068 |
| LOWENSTEIN SANDLER PC | ATTN:KENNETH ROSEN, VINCENT D'AGOSTINO, ERIC HORN 65 LIVINGSTON AVE. ROSELAND NJ 07068 |
| LOWENSTEIN SANDLER PC | ATTN: MICHAEL S. ETKIN AND S. JASON TEELE 65 LIVINGSTON AVENUE ROSELAND NJ 07068 |
| LOWENSTEIN SANDLER PC | ATTN: MICHAEL S. ATKIN AND S. JASON TEELE 65 LIVINGSTON AVENUE ROSELAND NJ 07068 |
| LOWENSTEIN SANDLER PC | ATTN:  JEFFREY PROL, ESQ. 65 LIVINGSTON AVENUE ROSELAND NJ 07068 |
| LOWENSTEIN SANDLER PC | ATTN: MICHAEL ETKIN, SCOTT CARGILL, SEAN QUIGLEY (COUNSEL TO LIBERTYVIEW CAPITAL MANAGEMENT LLC, LIBERTYVIEW CREDIT OPPORTUNITIES FUND, ET AL) 65 LIVINGSTON STREET ROSELAND NJ 07068 |
| LOWENSTEIN SANDLER PC | ATTN: IRA M. LEVEE 1251 AVENUE OF THE AMERICAS 18TH FLOOR NEW YORK NY 10020 |
| LOWENSTEIN SANDLER PC | ATTN: MICHAEL S. ETKIN, ESQ. 1251 AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK NY 10020 |
| LOWENSTEIN SANDLER PC | ATTN: MICHAEL S. ETKIN AND TIMOTHY R. WHEELER 1251 AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK NY 10020 |
| LOWENSTEIN SANDLER PC | ATTN: MICHAEL S. ETKIN AND S. JASON TEELE 1251 AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK NY 10022 |
| LOWENSTEIN SANDLER PC | ATTN: MICHAEL ETKIN, SCOTT CARGILL, SEAN QUIGLEY (COUNSEL TO LIBERTYVIEW CAPITAL MANAGEMENT LLC, LIBERTYVIEW CREDIT OPPORTUNITIES FUND, ET AL) 1251 AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK NY 10022 |
| LOWENSTEIN SNADLER PC | ATTN: MICHAEL S. ETKIN AND S. JASON LEE 65 LIVINGSTON AVENUE ROSELAND NJ 07068 |
| MANUFACTURERS AND TRADER TRUST COMPANY | ATTN: MARK W. WARREN, ESQ. (COUNSEL TO M&T BANK) ONE M&T PLAZA, 12TH FLOOR BUFFALO NY 14203 |
| MARGOLIS EDELSTEIN | ATTN: JAMES E. HUGGETT, ESQ. 750 SHIPYARD DRIVE, SUITE 102 WILMINGTON DE 19801 |
| MAYER BROWN LLP | ATTN: FREDERICK D. HYMAN, ESQ. AMIT TREHAN, ESQ. 1675 BROADWAY NEW YORK NY 10019 |
| MAYER BROWN LLP | ATTN: BRIAN TRUST, ESQ; JEFFREY G. TOUGAS, ESQ; AMIT TREHAN, ESQ. 1675 BROADWAY NEW YORK NY 10019 |
| MAYER BROWN LLP | ATTN: BRIAN TRUST, ESQ; FREDERICK D. HYMAN, ESQ.; JEFFREY G. TOUGAS, ESQ.; AMIT K. TREHAN, ESQ. WASHINGTON MUTUAL 1675 BROADWAY NEW YORK NY 10019 |
| MAYER BROWN LLP | ATTN: BRIAN TRUST, JEFFREY TOUGAS AND AMIT TREHAN 1675 BROADWAY NEW YORK NY 10019 |
| MAYER BROWN LLP | ATTN: BRIAN TRUST, FREDERICK D. HYMAN JEFFREY G. TOUGAS, AMIT K. TRHAN 1675 BROADWAY NEW YORK NY 10019 |
| MAYER BROWN LLP | ATTN: ANTONIA GOLIANOPOULOS, ESQ. 1675 BROADWAY NEW YORK NY 10019 |
| MAYER BROWN LLP | ATTN: FREDERICK D. HYMAN, JEFFREY G. TOUGAS AMIT K. TREHAN (COUNSEL TO NATIONAL BANK OF CANADA ET AL.) 1675 BROADWAY NEW YORK NY 10019 |
| MAYER BROWN LLP | ATTN: STEVEN WOLOWITZ AND BRIAN TRUST (COUNSEL TO LIBRA CDO LTD AND SOCIETE GENERALE) 1675 BROADWAY NEW YORK NY 10019 |
| MAYER BROWN LLP | ATTN: THOMAS S KIRIAKOS AND MELISSA A MICKEY 71 S. WACKER DRIVE CHICAGO IL |

| Claim Name | Address Information |
| --- | --- |
| MAYER BROWN LLP | 60606 |
| MAYNARD COOPER & GALE, PC | ATTN: JAYNA PARTAIN LAMAR (COUNSEL TO REGIONS BANK) 1901 SIXTH AVENUE NORTH 2400 REGIONS/HARBERT PLAZA BIRMINGHAM AL 35203 |
| MCBREEN & KOPKO | ATTN: KENNETH A. REYNOLDS, ESQ. 500 NORTH BROADWAY, SUITE 129 JERICHO NY 11753 |
| MCCALLA RAYMER, LLC | ATTN: MATTHEW DYER 1544 OLD ALABAMA ROAD ROSWELL GA 30076-2102 |
| MCCARTER & ENGLISH, LLP | ATTN: EDUARDO J. GLAS, ESQ. 100 MULBERRY STREET FOUR GATEWAY CENTER NEWARK NJ 07102-4096 |
| MCCARTER & ENGLISH, LLP | ATTN: KATHERINE L. MAYER, ESQ. RENAISSANCE CENTRE 405 NORTH KING STREET WILMINGTON DE 19801 |
| MCCARTER & ENGLISH, LLP | ATTN: WILLIAM F. TAYLOR, ESQ (COUNSEL TO LANDAMERICA FINANCIAL GROUP, INC.) 405 NORTH KING STREET RENAISSANCE CENTER, 8TH FLOOR WILMINGTON DE 19801 |
| MCDERMOTT WILL & EMERY LLP | ATTN: GARY O. RAVERT (COUNSEL TO MARIE PAPILLON) 340 MADISON AVENUE NEW YORK NY 10173-1922 |
| MCDERMOTT WILL & EMERY LLP | ATTN: NATHAN F. COCO (COUNSEL TO MARIE PAPILLON) 227 WEST MONROE STREET, SUITE 4400 CHICAGO IL 60606-5096 |
| MCGUIREWOODS LLP | ATTN: PATRICK L. HAYDEN AND SHAWN R. FOX 1345 AVENUE OF THE AMERICAS, 7TH FL NEW YORK NY 10105 |
| MCGUIREWOODS LLP | ATTN: DAVID I. SWAN 1750 TYSONS BLVD., SUITE 1800 MC LEAN VA 22102 |
| MCGUIREWOODS LLP | ATTN: DION W. HAYES 901 EAST CARY STREET RICHMOND VA 23219 |
| MCGUIREWOODS LLP | ATTN: JOHN H. MADDOCK III AND JOSEPH S. SHEERIN (COUNSEL TO CSX TRANSPORTATION, INC.) ONE JAMES CENTER 901 EAST CARY STREET RICHMOND VA 23219 |
| MEISTER SEELIG & FEIN LLP | ATTN: JAMES M. RINGER AND KEVIN FRITZ (COUNSEL TO ROSSLYN INVESTORS I, LLC) 2 GRAND CENTRAL TOWER, 19TH FLOOR 140 EAST 45TH STREET NEW YORK NY 10017 |
| MEYER, SUOZZI, ENGLISH & KLEIN, P.C. | ATTN: THOMAS R. SLOME, ESQ. 900 STEWART AVENUE, SUITE 300 PO BOX 9194 GARDEN CITY NY 11530 |
| MEYER, SUOZZI, ENGLISH & KLEIN, P.C. | ATTN: ALAN E. MARDER AND JIL MAZER-MARINO 990 STEWART AVENUE, SUITE 300 GARDEN CITY NY 11530 |
| MICHAEL A. COX, ATTORNEY GENERAL | ATTN: JUANDISHA HARRIS, ASSISTANT ATTORNEY GENERAL (COUNSEL TO STATE OF MICHIGAN, DEPT. OF TREASURY) CADILLAC PLACE, STE. 10-200 3030 W. GRAND BLVD. DETROIT MI 48202 |
| MICHAEL C. FREGE | IN SEINER EIGENSCHAFT ALS INSOLVENZVERWALTER UBER DAS VERMOGEN DER LEHMAN BROTHERS BANKHAUS AKTIENGESELLSCHAFT, BARCKHAUSSTR. 12-16 60325 FRANKFURT AM MAIN GERMANY |
| MILBANK TWEED HADLEY & MCCLOY LLP | ATTN: DENNIS F. DUNNE, DENNIS O'DONNELL, EVAN FLECK 1 CHASE MANHATTAN PLAZA NEW YORK NY 10005 |
| MILBANK TWEED HADLEY & MCCLOY LLP | ATTN: PAUL ARONZON & GREGORY A. BRAY 601 SOUTH FIGUEROA STREET 30TH FL LOS ANGELES CA 90017 |
| MISSOURI DEPARTMENT OF REVENUE, BANKRUPTCY UNIT | ATTN: STEVEN A. GINTHER P.O. BOX 475 JEFFERSON CITY MO 65105-0475 |
| MOORE & VAN ALLEN PLLC | ATTN: DAVID B. WHEELER, ESQ. 40 CALHOUN STREET, SUITE 300 POST OFFICE BOX 22828 CHARLESTON SC 29413-2828 |
| MORGAN, LEWIS & BOCKLIUS LLP | ATTN: NEIL E. HERMAN, ESQ. 101 PARK AVENUE NEW YORK NY 10178-0600 |
| MORI HAMADA & MATSUMOTO | ATTN: KEN MIURA, ESQ. MARUNOUCHI KITAGUCHI BUILDING 1-6-5 MARUNOUCHI, CHIYODA-KU TOKYO 100-8222 JAPAN |
| MORITT HOCK HAMROFF & HOROWITZ LLP | ATTN: LESLIE A. BERKOFF (COUNSEL TO THE HOTCHKISS SCHOOL) 400 GARDEN CITY GARDEN CITY NY 11530 |
| MORRISON & FOERSTER LLP | ATTN: TSUGUMICHI WATANABE, ESQ. SHIN-MARUNOUCHI BUILDING, 29TH FLOOR 5-1, MARUNOUCHI 1 -CHOME CHIYODA-KU TOKYO 100-6529 JAPAN |
| MORRISON & FOERSTER LLP | ATTN: JORDAN A. WISHNEW AND LORENZO MARINUZZI 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| MORRISON & FOERSTER LLP | ATTN: JOHN A. PINTARELLI ,LORENZO MARINUZZI 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| MORRISON & FOERSTER LLP | ATTN: LORENZO MARINUZZI, ESQ. ,GARY LEE, ESQ. 1290 AVENUE OF THE AMERICAS NEW |

| Claim Name | Address Information |
| --- | --- |
| MORRISON & FOERSTER LLP | YORK NY 10104 |
| MORRISON & FOERSTER LLP | ATTN: KAREN OSTAD, ESQ. AND TODD M. GOREN, ESQ. 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| MORRISON & FOERSTER LLP | ATTN: GARY S. LEE, ESQ. AND JOHN A. PINTARELLI,ESQ 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| MORRISON & FOERSTER LLP | ATTN: LARREN M. NASHELSKY 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| MORRISON & FOERSTER, LLP | ATTN: BRETT H. MILLER, ESQ 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| MORRISON COHEN LLP | ATTN: MICHAEL R. DAL LAGO, ESQ. 909 THIRD AVENUE NEW YORK NY 10022 |
| MUNSCH HARDT KOPF & HARR, P.C. | ATTN: KEVIN M. LIPPMAN 3800 LINCOLN PLAZA 500 NORTH AKARD STREET DALLAS TX 75201-6659 |
| MUNSCH HARDT KOPF & HARR, P.C. | ATTN: RUSSELL L. MUNSCH ONE AMERICAN CENTER 600 CONGRESS AVENUE, SUITE 2900 AUSTIN TX 78701-3057 |
| NAGASHIMA OHNO & TSUNEMATSU | ATTN: MASAKI KONISHI, ESQ. KIOICHO BUILDING 3-12, KIOICHO CHIYODA-KU TOKYO 102-0094 JAPAN |
| NATIONWIDE FUND ADVISORS | 1000 CONTINENTAL DR STE 400 KING OF PRUSSIA PA 194062850 |
| NEWEDGE USA, LLC | ATTN: SUSAN M. SCHULTZ, GROUP DEPUTY GENERAL COUNSEL, NEWEDGE 550 WEST JACKSON BLVD, SUITE 500 CHICAGO IL 60661 |
| NIXON PEABODY LLP | ATTN: DENNIS J. DREBSKY (COUNSEL TO SAN MATEO, MONTEREY, MITSUI-MOL) 437 MADISON AVENUE NEW YORK NY 10022 |
| NIXON PEABODY, LLP | ATTN: VICTOR G. MILIONE 437 MADISON AVENUE NEW YORK NY 10022 |
| NIXON PEABODY, LLP | ATTN: AMANDA DARWIN 100 SUMMER STREET BOSTON MA 02110 |
| NIXON PEABODY, LLP | ATTN: MARK N. BERMAN (COUNSEL TO THE METROPOLITAN TRANSIT AUTHORITY) 100 SUMMER STREET BOSTON MA 02110 |
| NIXON PEABODY, LLP | ATTN: VICTOR G. MILIONE (COUNSEL TO BRYANT UNIVERSITY) 100 SUMMER STREET BOSTON MA 02110 |
| NOMURA HOLDING AMERICA, INC | ATTN: PENNY TEHRANI TWO WORLD FINANCIAL CENTER BUILDING B, 22ND FLOOR NEW YORK NY 10281 |
| NORMANDY HILL CAPITAL LP | ATTN: MATTHEW A. CANTOR, ESQ. 150 EAST 52ND STREET, 10TH FLOOR NEW YORK NY 10022 |
| OCH-ZIFF | ATTN: KEN RUBIN 9 W 57TH STREET, 39TH FLOOR NEW YORK NY 10019 |
| OFFICE OF CHARLENE M. INDELICATO | WESTCHESTER COUNTY ATTORNEY ATTN: MELISSA-JEAN ROTINI, ESQ. 148 MARTINE AVENUE, 6TH FLOOR WHITE PLAINS NY 10601 |
| OFFICE OF THE ATTORNEY GENERAL | ATTN: CHRISTOPHER J. MOMJIAN (COUNSEL TO THE COMMONWEALTH OF PENNSYLVANIA DEPT OF REVENUE, BUREAU OF ACCOUNTS SETTLEMENT) 21 S. 12TH STREET, 3RD FLOOR PHILADELPHIA PA 19107-3603 |
| OFFICE OF THE MINNESOTA ATTORNEY GENERAL | ATTN: JEREMY D. EIDEN, ESQ. 445 MINNESOTA STREET, SUITE 900 SAINT PAUL MN 55101-2127 |
| OFFICE OF THE UNITED STATES ATTORNEY | ATTN: ROBERT YALEN, ESQ. 86 CHAMBERS STREET, 3RD FLOOR NEW YORK NY 10007 |
| OFFICE OF THE US TRUSTEE | ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS 33 WHITEHALL STREET, 21ST FLOOR NEW YORK NY 10004 |
| OFFICE OF THRIFT SUPERVISION | ATTN: DIRK S. ROBERTS (DEPUTY CHIEF COUNSEL, LITIGATION) 1700 G STREET, N.W. WASHINGTON DC 20552 |
| OFFICE OF THRIFT SUPERVISION, NORTHEAST REGION | ATTN: MARTIN JEFFERSON DAVIS (SENIOR TRIAL ATTORNEY) HARBORSIDE FINANCIAL CENTER PLAZA FIVE JERSEY CITY NJ 07311 |
| OPPENHEIMERFUNDS, INC. | 2 WORLD FINANCIAL CENTER 225 LIBERTY STREET, 16TH FLOOR NEW YORK NY 10281-1008 |
| OPPENHEIMERFUNDS, INC. | CHIEF COMPLIANCE OFFICER 6803 SOUTH TUCSON WAY ENGLEWOOD CO 80112-3924 |
| ORRICK HERRINGTON & SUTCLIFFE LLP | ATTN: RANIERO D'AVERSA AND COURTNEY M. ROGERS (COUNSEL TO TELECOM ITALIA CAPITAL S.A.) 666 FIFTH AVENUE NEW YORK NY 10103-0001 |
| ORRICK HERRINGTON & SUTCLIFFE LLP | ATTN: RANIERO D'AVERSA, JR., COURTNEY ROGERS (COUNSEL TO THE BANK OF NOVA SCOTIA) 666 FIFTH AVENUE NEW YORK NY 10103-0001 |
| ORRICK HERRINGTON & SUTCLIFFE LLP | ATTN: JONATHAN P. GUY, ESQ. (COUNSEL TO THE BANK OF NOVA SCOTIA) 1152 15TH STREET, NW WASHINGTON DC 20005-1706 |

| Claim Name | Address Information |
|---|---|
| ORRICK, HARRINGTON & SUTCLIFFE LLP | ATTN: JONATHAN P. GUY, KATHLEEN A. ORR AND DEBRA L. FELDER 1152 15TH STREET, N.W. WASHINGTON DC 20005-1706 |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | ATTN: LORRAINE S. MCGOWEN, RANIERO D'AVERSA, JR. AND COURTNEY M. ROGERS 666 FIFTH AVENUE NEW YORK NY 10103-0001 |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | ATTN: ROGER FRANKEL, RICHARD H. WYRON, JONATHAN P. GUY AND DEBRA L. FELDER 1152 15TH STREET, N.W. WASHINGTON DC 20005-1706 |
| OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C. | WILLIAM M. SILVERMAN, ESQ., PETER FELDMAN, ESQ. 230 PARK AVENUE NEW YORK NY 10169 |
| OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C. | ATTN: WILLIAM M. SILVERMAN AND PETER FELDMAN 230 PARK AVENUE NEW YORK NY 10169-0075 |
| OUTTEN & GOLDEN LLP | ATTN: JACK RAISNER AND RENE ROUPINIAN (COUNSEL TO 72 INDIVIDUALS) 3 PARK AVENUE, 29TH FLOOR NEW YORK NY 10016 |
| PARKER POE ADAMS & BERNSTEIN LLP | ATTN: KIAH T. FORD IV (COUNSEL TO DUKE ENERGY OHIO, INC.) THREE WACHOVIA CENTER 401 S. TRYON STREET, SUITE 3000 CHARLOTTE NC 28202 |
| PATTERSON BELKNAP WEBB & TYLER LLP | ATTN: DAVID W. DYKHOUSE AND BRIAN P. GUINEY 1133 AVENUE OF THE AMERICAS NEW YORK NY 10036-6710 |
| PAUL HASTINGS JANOFSKY & WALKER LLP | ATTN: HARVEY A. STRICKON (HS5210) 75 EAST 55TH STREET NEW YORK NY 10022-3205 |
| PAUL, HASTINGS, JANOFSKY & WALKER LLP | ATTN: THOMAS L. KENT AND LAWRENCE MITTMAN (COUNSEL TO 605 THIRD AVENUE FEE LLC) 75 EAST 55TH STREET NEW YORK NY 10022 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: STEPHEN J. SHIMSHAK, DOUGLAS R. DAVIS AND CLAUDIA L. HAMMERMAN (COUNSEL TO CITIGROUP, INC.) 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| PEITZMAN, WEG & KEMPINSKY LLP | ATTN: HOWARD J. WEG AND DEVID B. SHEMANO 10100 SANTA MONICA BLVD., SUITE 1450 LOS ANGELES CA 90067 |
| PEPPER HAMILTON LLP | ATTN: AUDREY D. WISOTSKY, ESQ. (COUNSEL TO ING BANK, FSB) 301 CARNEGIE CENTER, SUITE 400 PRINCETON NJ 08543-5276 |
| PEPPER HAMILTON LLP | ATTN: FRANCIS J. LAWALL, ESQ. (COUNSEL TO ENCANA CORP. AND ENCANA OIL & GAS) 3000 TWO LOGAN SQUARE EIGHTEENTH AND ARCH STREETS PHILADELPHIA PA 19103-2799 |
| PEPPER HAMILTON LLP | ATTN: EVELYN J. MELTZER AND JOHN H. SCHANNE II (COUNSEL TO ENCANA CORP. AND ENCANA OIL & GAS) HERCULES PLAZA, SUITE 5100 1313 MARKET STREET, P.O. BOX 1709 WILMINGTON DE 19899-1709 |
| PEPPER HAMILTON LLP | ATTN: KAY STANDRIDGE KRESS DEBORAH KOVSKY-APAP (COUNSEL TO ING BANK, FSB) 100 RENAISSANCE CENTER, SUITE 3600 DETROIT MI 48243 |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP | ATTN: ELIZABETH BANDA P.O. BOX 13430 ARLINGTON TX 76094-0430 |
| PFEIFER & REYNOLDS, LLP | ATTN: MICHAEL R. PFEIFER, JAMES P. FINERTY AND LIBBY WONG (COUNSEL TO NBGI, INC.) 765 THE CITY DRIVE SOUTH, SUITE 300 ORANGE CA 92868 |
| PHOENIX AMERICAN FINANCIAL SERVICES, INC. | ATTN: JOSEPH HORGAN 2401 KERNER BOULEVARD SAN RAFAEL CA 94901 |
| PILLSBURY WINTHROP SHAW PITTMAN LLP | ATTN: DAVID A. CRICHLOW, ESQ. 1540 BROADWAY NEW YORK NY 10036-4039 |
| PILLSBURY WINTHROP SHAW PITTMAN LLP | ATTN: PATRICK J. POTTER (COUNSEL TO PYRRHULOXIA, LP) 2300 N. STREET, NW WASHINGTON DC 20037 |
| PILLSBURY WINTHROP SHAW PITTMAN LLP | ATTN: WILLIAM B. FREEMAN AND MARK D. HOULE 725 SOUTH FIGUEROA STREET, SUITE 2800 LOS ANGELES CA 90017-5443 |
| PLATZER SWERGOLD KARLIN LEVINE GOLDBERG & JASLOW | ATTN: SYDNEY G. PLATZER 1065 AVENUE OF THE AMERICAS, 18TH FL NEW YORK NY 10018 |
| POLSINELLI SHALTON FLANIGAN SUELTHAUS PC | ATTN: CHRISTOPHER A WARD 222 DELAWARE AVENUE, SUITE 1101 WILMINGTON DE 19801 |
| POLSINELLI SHALTON FLANIGAN SUELTHAUS PC | ATTN: DANIEL J. FLANIGAN 700 W. 47TH STREET, SUITE 1000 KANSAS CITY MO 64112 |
| POLSINELLI SHALTON FLANIGAN SUELTHAUS PC | ATTN: JAMES E BIRD 700 W. 47TH STREET, SUITE 1000 KANSAS CITY MO 64112 |
| PORZIO, BROMBERG & NEWMAN, P.C. | ATTN: JOHN S. MAIRO AND TERI JANE FREEDMAN 100 SOUTHGATE PARKWAY MORRISTOWN NJ 07962-1997 |

| Claim Name | Address Information |
|---|---|
| POST, POLAK, GOODSELL, MACNEILL & STRAUCHLER, P.A. | ATTN: FREDERICK B. POLAK AND LAURA M. LOGIUDICE (COUNSEL TO DUKE CORPORATE EDUCATION) 575 MADISON AVENUE NEW YORK NY 10022 |
| PROFUNDS ADVISORS LLC | ATTN: BARRY PERSHKOW 7501 WISCONSIN AVENUE SUITE 1000 BETHESDA MD 20814 |
| PROSKAUER ROSE, LLP | ATTN: JEFFREY W. LEVITAN, MICHAEL T. MERVIS, ESQ. (COUNSEL TO: MARKIT GROUP LIMITED) 1585 BROADWAY NEW YORK NY 10036-8299 |
| PRYOR CASHMAN LLP | ATTN: ROBERT M. FLEISCHER & MARK R. JACOBS (COUNSEL TO CD REPRESENTATIVE) 410 PARK AVENUE NEW YORK NY 10022 |
| PRYOR CASHMAN LLP | ATTN: ROBERT FLEISCHER, MARK JACOBS AND DAVID ROSE 410 PARK AVENUE NEW YORK NY 10022 |
| PURSUIT PARTNERS | ATTN: LISA ROBERTS 333 LUDLOW STREET, NORTH TOWER, 4TH FLOOR STAMFORD CT 06902 |
| QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP | ATTN: SUSHEEL KIRPALANI, JAMES C. TECCE AND SCOTT C. SHELLEY, ROBERT DAKIS 51 MADISON AVE, 22ND FLOOR NEW YORK NY 10010 |
| RABINOWITZ LUBETKIN & TULLY, LLC | ATTN: JONATHAN I. RABINOWITZ AND BARRY J. ROY (COUNSEL TO SOMERSET PROPERTIES SPE, LLC) 293 EISENHOWER PARKWAY SUITE 100 LIVINGSTON NJ 07039 |
| REED SMITH LLP | ATTN PAUL A RACHMUTH ESQ COUNSEL TO GALLEON BUCCANEER'S OFFSHORE LTD 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| REED SMITH LLP | ATTN: LUMA AL-SHIBIB 599 LEXINGTON AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| REED SMITH LLP | ATTN: MICHAEL J. VENDITTO 599 LEXINGTON AVE. NEW YORK NY 10022 |
| REED SMITH LLP | ATTN: JOHN L. SCOTT, DAVID M. GRIMES AND RIZWAN A. QURESHI (COUNSEL TO YARPA INVESTMENTI S.G.R. S.P.A.-RP3) 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| REED SMITH LLP | ATTN: KURT F. GWYNNE, J. CORY FALGOWSKI 1201 N. MARKET STREET, SUITE 1500 WILMINGTON DE 19801 |
| REED SMITH LLP | 225 5TH AVE STE 1200 PITTSBURGH PA 152222716 |
| RIDDELL WILLIAMS P.S. | ATTN: JOSPEH E. SHICKICH 1001 4TH AVENUE SUITE 4500 SEATTLE WA 98154-1192 |
| RIEMER & BRAUNSTEIN LLP | ATTN: GUY MOSS, ALAN BRAUNSTEIN AND ALEXANDER RHEAUME THREE CENTER PLAZA BOSTON MA 02108 |
| RUSSELL INVESTMENTS | ATTN: ELIOT COHEN 909 A STREET TACOMA WA 98402-5120 |
| SAINT JOSEPH'S UNIVERSITY | ATTN: MARIANNE SCHIMELFENIG, ESQ. OFFICE OF THE GENERAL COUNSEL 5600 CITY AVENUE PHILADELPHIA PA 19131-1395 |
| SALANS | ATTN: CLAUDE D. MONTGOMERY & LEE P. WHIDDEN 620 FIFTH AVENUE NEW YORK NY 10020 |
| SATTERLEE STEPHENS BURKE & BURKE LLP | ATTN: CHRISTOPHER BELMONTE, PAMELA BOSSWICK TIMOTHY T. BROCK, & ABIGAIL SNOW 230 PARK AVENUE NEW YORK NY 10169 |
| SAUL EWING LLP | ATTN: ADAM H. ISENBERG, ESQ. (COUNSEL TO THE PENN CONVENTION CENTER AUTHORITY) CENTRE SQUARE WEST 1500 MARKET STREET, 38TH FLOOR PHILADELPHIA PA 19102 |
| SCHIFF HARDIN LLP | ATTN: EUGENE J. GEEKIE, JR. (COUNSEL TO NORTHERN INDIANA PUBLIC SERVICE CO. AND NISOURCE FINANCE CORP.) 6600 SEARS TOWER CHICAGO IL 60606 |
| SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP | ATTN: JOHN A. KEHOE AND BENJAMIN J. HINERFELD 280 KING OF PRUSSIA ROAD WAYNE PA 19087 |
| SCHLAM STONE & DOLAN LLP | ATTN: BENNETTE D. KRAMER (COUNSEL TO GLENCORE COMMODITIES LTD.) 26 BROADWAY NEW YORK NY 10004 |
| SCHNADER HARRISON SEGAL & LEWIS LLP | ATTN: NICHOLAS J. LEPORE, III, ESQUIRE 1600 MARKET STREET, SUITE 3600 PHILADELPHIA PA 19103-7286 |
| SECURITIES AND EXCHANGE COMMISSION | NORTHEAST REGIONAL OFFICE ATTN: MARK SCHONFELD, REGIONAL DIRECTOR NEW YORK NY 10007 |
| SECURITIES AND EXCHANGE COMMISSION | ATTN: BONNIE GAUCH DIVSION OF MARKET REGULATION 450 5TH STREET NW WASHINGTON DC 20549-1001 |
| SECURITIES INVESTOR PROTECTION CORPORATION | 805 15TH STREET, N.W. SUITE 800 ATTN: KENNETH J. CAPUTO WASHINGTON DC 20005-2215 |
| SEWARD & KISSEL LLP | ATTN: RONALD L. COHEN, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| SEWARD & KISSEL LLP | ATTN: JOHN R. ASHMEAD, ESQ. (COUNSEL TO: SEWARD & KISSEL LLP) ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| SEWARD & KISSEL LLP | ATTN: JOHN R. ASHMEAD, ESQ. (COUNSEL TO: GLOBAL THEMATIC OPPORTUNITIES FUND LP, CFIP MASTER FUND, LTD., TURNBERRY LEVERAGED CREDIT MASTER FUND, L.P., AND |

| Claim Name | Address Information |
|---|---|
| SEWARD & KISSEL LLP | TANG CAPITAL PARTNERS, L.P.) ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| SHEAK & KORZUN, P.C. | ATTN: TIMOTHY J. KORZUN, ESQ. 1 WASHINGTON CROSSING ROAD PENNINGTON NJ 08534 |
| SHEARMAN & STERLING LLP | ATTN: FREDRIC SOSNICK, ESQ., JAMES L. GARRITY, ESQ AND NED S. SCHODEK, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SHELL ENERGEY NORTH AMERICA (US), L.P. | ATTN: ANN REYNAUD 909 FANNIN, PLAZA LEVEL 1 HOUSTON TX 77010 |
| SHELL TRADING (US) COMPANY | ATTN: JENNIFER GORE 910 FANNIN, PLAZA LEVEL 1 HOUSTON TX 77010 |
| SHENWICK & ASSOCIATES | ATTN: JAMES H. SHENWICK, ESQ. 655 THIRD AVENUE, 20TH FLOOR 20TH FLOOR NEW YORK NY 10017 |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP | ATTN: CARREN SHULMAN & RUSSELL RIED ESQS 30 ROCKEFELLER PLAZA 24TH FLOOR NEW YORK NY 10112 |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP | ATTN: MALANI J. CADEMARTORI, ESQ. (COUNSEL TO NORTON GOLD FIELDS LIMITED) 30 ROCKEFELLER PLAZA, 24TH FLOOR NEW YORK NY 10112 |
| SHEPPARD MULLIN RICHTER & HAMPTON, LLP | ATTN: RUSSELL L. REID AND BLANKA K. WOLFE (COUNSEL TO ISRAEL DISCOUNT BANK OF NEW YORK) 30 ROCKEFELLER PLAZA, 24TH FLOOR NEW YORK NY 10112 |
| SHIPMAN & GOODWIN LLP | ATTN: JULIE A. MANNING, ESQ. ONE CONSTITUTION PLAZA HARTFORD CT 06103-1919 |
| SIDLEY AUSTIN LLP | ATTN: ANDREW C. QUALE, JR., ALAN M. UNGER (COUNSEL TO AIRCRAFT FINANCE TRUST) 787 SEVENTH AVENUE NEW YORK NY 10019 |
| SILVERMANACAMPORA LLP | ATTN: RONALD J. FRIEDMAN (COUNSEL TO MARTHA CHILTON MUELLER) 100 JERICHO QUADRANGLE, SUITE 300 JERICHO NY 11753 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN: SALLY MCDONALD HENRY FOUR TIMES SQUARE NEW YORK NY 10036 |
| SONNENSCHEIN NATH & ROSENTHAL LLP | ATTN: D. FARRINGTON YATES AND JILLIAN GUTMAN MANN (COUNSEL TO DR. MICHAEL C. FREGE) 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| SONNENSCHEIN NATH & ROSENTHAL LLP | ATTN: PATRICK C. MAXCY, ESQUIRE (COUNSEL TO DR. MICHAEL C. FREGE) 8000 SEARS TOWER 233 WACKER DRIVE CHICAGO IL 60606 |
| SQUIRE, SANDERS & DEMPSEY L.L.P. | 30 ROCKEFELLER PLZ FL22 NEW YORK NY 101122299 |
| SQUIRE, SANDERS & DEMPSEY L.L.P. | ATTN: STEPHEN D. LERNER 221 E. FOURTH STREET, SUITE 2900 CINCINNATI OH 45202 |
| STAGG, TERENZI, CONFUSIONE & WABNIK, LLP | ATTN: RONALD TERENZI AND CARA GOLDSTEIN (COUNSEL TO LAUREL COVE DEVELOPMENT) 401 FRANKLIN AVENUE GARDEN CITY NY 11530 |
| STAHL ZELLOE, P.C. | ATTN: RICHARD J. STAHL, ESQ. 11350 RANDOM HILLS ROAD, SUITE 700 FAIRFAX VA 22030 |
| STANDARD CHARTERED BANK | ATTN: MARC CHAIT 1 MADISON AVENUE, 3RD FLOOR NEW YORK NY 10010 |
| STEIN & LUBIN LLP | ATTN: EUGENE CHANG (COUNSEL TO: OVERSTOCK.COM, INC.) 600 MONTGOMERY STREET, 14TH FLOOR SAN FRANCISCO CA 94111 |
| STEMPEL BENNETT CLAMAN & HOCHBERG, P.C. | ATTN: EDMOND P. O'BRIEN (COUNSEL TO SLG 220 NEWS OWNER LLC) 675 THIRD AVENUE, 31ST FLOOR NEW YORK NY 10017 |
| STEPTOE & JOHNSON LLP | ATTN: JOHN H. LOVI AND LARA E. ROMANSIC 750 SEVENTH AVENUE NEW YORK NY 10019 |
| STEPTOE & JOHNSON LLP | ATTN: ROBBIN L. ITKIN AND KATHERINE C. PIPER 2121 AVENUE OF THE STARS, SUITE 2800 LOS ANGELES CA 90067 |
| STEVEN J. BAUM, P.C. | ATTN: EHRET A. VANHORN (COUNSEL TO GMAC) 220 NORTHPOINTE PARKWAY, SUITE G AMHERST NY 14228 |
| STEVENS & LEE, P.C. | ATTN: CHESTER SALOMON AND CONSTANTINE POURAKIS 485 MADISON AVE, 20TH FLOOR NEW YORK NY 10022 |
| STEVENS & LEE, P.C. | ATTN: ALEC P. OSTROW AND CONSTANTINE D. POURAKIS 485 MADISON AVENUE, 20TH FLOOR NEW YORK NY 10022 |
| STRADLEY RONON STEVENS & YOUNG LLP | ATTN: PAUL PATTERSON, MICHAEL CORDONE, MARK DORVAL (COUNSEL TO FULTON BANK, ABERDEEN, NATIONWIDE FUND DELAWARE MGMT HOLDINGS, TEMPLETON GLOBAL, FRANKLIN LINCOLN NAT'L CORP AND LINCOLN VARIABLE INS.) 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| STRADLEY RONON STEVENS & YOUNG, LLP | ATTN: MICHAEL J. CORDONE, ESQ. (COUNSEL TO SAINT JOSEPH'S UNIVERSITY) 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| STRADLEY RONON STEVENS & YOUNG, LLP | ATTN: PAUL A. PATTERSON AND MICHAEL J. CORDONE (COUNSEL TO AIM FUNDS AND AIM ADVISORS) 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |

| Claim Name | Address Information |
|---|---|
| STREUSAND & LANDON LLP | 515 CONGRESS AVE STE 2525 AUSTIN TX 787013508 |
| STROOCK & STROOCK & LAVAN LLP | ATTN: LAWRENCE M. HANDELSMAN AND DENISE K. WILDES (COUNSEL TO STAMFORD ASSOCIATES L.P.) 180 MAIDEN LANE NEW YORK NY 10038 |
| STROOCK & STROOCK & LAVAN LLP | ATTN: HAROLD A. OLSEN (COUNSEL TO MERCURIA ENERGY TR, DEUTSCHE ZENTRAL, BASSO CAPITAL, MAGNETAR CAPITAL AND SMITH & CO.) 180 MAIDEN LANE NEW YORK NY 10038 |
| STROOCK & STROOK & LAVAN LLP | ATTN: MARK A. SPEISER & SHERRY J. MILLMAN (COUNSEL TO MIZUHO CORPORATE BANK LTD) 180 MAIDEN LANE NEW YORK NY 10038 |
| SULLIVAN & CROMWELL LLP | ATTN: ROBINSON B. LACY & HYDEE R. FELDSTEIN, ESQS 125 BROAD STREET NEW YORK NY 10004 |
| SULLIVAN & CROMWELL LLP | ATTN: ROBINSON B. LACE, HYDEE R. FELDSTEIN 125 BROAD STREET NEW YORK NY 10004 |
| SUTHERLAND ASBILL & BRENNAN LLP | ATTN: MARK D. SHERRILL (COUNSEL TO SHELL, AGBANK, AVIVA, AGRIBANK, KRAFT, PROFUNDS, AGFIRST, PHILIP MORRIS, VINING-SPARKS) 1275 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20004 |
| SUTHERLAND ASBILL & BRENNAN LLP | ATTN: PAUL B. TURNER TWO HOUSTON CENTER 919 FANNIN, SUITE 2200 HOUSTON TX 77010 |
| TEITELBAUM & BASKIN LLP | ATTN:  JAY TEITELBAUM (COUNSEL TO:  CLEARBRIDGE ADVISORS, LLC) 3 BARKER AVENUE, 3RD FLOOR WHITE PLAINS NY 10601 |
| TENNESSEE DEPARTMENT OF REVENUE | C/O TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIV. PO BOX 20207 NASHVILLE TN 37202-0207 |
| THE BANK OF NEW YORK MELLON | ATTN: RANJIT MATHER, ROBERT BAILEY ONE WALL STREET, 11TH FLOOR NEW YORK NY 10286 |
| THE BANK OF TOKYO-MITSUBISHI UFJ, LTD. | ATTN: MONIQUE L. MORREALE 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020-1104 |
| THE CHUO MITSUI TRUST AND BANKING CO., LTD | 33-1, SHIBA 3-CHOME MINATO-KU TOKYO 105-8574 JAPAN |
| THE SUMITOMO TRUST & BANKING CO., LTD | ATTN: MR. MASAYA YAMASHIRO, SENIOR MANAGER GRANTOKYO, SOUTH TOWER 1-9-2, MARUNOUCHI, CHIYODA-KU TOKYO 100-6611 JAPAN |
| THE WILSON LAW FIRM PC | ATTN: L. MATT WILSON, ESQ. 950 EAST PACES FERRY ROAD SUITE 3250 ATLANTA PLAZA ATLANTA GA 30326 |
| THOMPSON & KNIGHT LLP | ATTN: IRA L. HERMAN & DEMETRA L. LIGGINS 919 THIRD AVENUE, 39TH FLOOR NEW YORK NY 10022-3915 |
| THOMPSON & KNIGHT LLP | ATTN: DAVID M. BENNETT 1722 ROUTH STREET SUITE 1500 DALLAS TX 75201-2533 |
| THOMPSON & KNIGHT LLP | ATTN: RHETT G. CAMPBELL & MITCHELL E. AYER (COUNSEL TO CHEVRON NATURAL GAS) 333 CLAY STREET, SUITE 3300 HOUSTON TX 77002 |
| THOMPSON & KNIGHT LLP | ATTN: RHETT G. CAMPBELL 333 CLAY STREET, SUITE 3300 HOUSTON TX 77002-4499 |
| THOMPSON COBURN LLP | ATTN: MARK V. BOSSI (COUNSEL TO ARG FUNDING CORP AND VANGUARD CAR RENTAL USA HO) ONE US BANK PLAZA SAINT LOUIS MO 63101 |
| TISHMAN SPEYER PROPERTIES, LP | ATTN: MICHAEL BENNER, ANN MENARD, BRADLEY TURK AND NED BANNON, CORPORATE COUNSEL 45 ROCKEFELLER PLAZA NEW YORK NY 10111 |
| TOBIN & TOBIN | ATTN. JOHN P. CHRISTIAN, ESQ. (COUNSEL TO JOHN ROSEKRANS) 500 SANSOME STREET, 8TH FLOOR SAN FRANCISCO CA 94111-3214 |
| TRAVELERS | NATIONAL ACCOUNTS ATTN: OLGA PRESS, ACCOUNT RESOLUTION 1 TOWER SQUARE - 5MN HARTFORD CT 06183-4044 |
| TROUTMAN SANDERS LLP | ATTN: HOLLACE T. COHEN & PAUL H. DEUTCH (COUNSEL TO BANK OF CHINA,PT BANK NEGARA INDONESIA NEW SOUTH FED SAV BANK, RWE, AND ELECTRABEL) THE CHRYSLER BUILDING 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| TROUTMAN SANDERS LLP | ATTN: PAUL H. DEUTCH, ESQ. (COUNSEL TO JASON WALLACE) THE CHRYSLER BUILDING 405 LEXINGTON BUILDING NEW YORK NY 10174 |
| TUCKER ARENSBURG, P.C. | ATTN: BEVERLY WEISS MANNE, BRADLEY S. TUPI AND MICHAEL A. SHINER 1500 ONE PPG PLACE PITTSBURGH PA 15222 |
| TW TELECOM INC. | ATTN: LINDA BOYLE 10475 PARK MEADOWS DRIVE, #400 LITTLETON CO 80124 |
| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF NEW YORK ONE BOWLING GREEN ATTN: HONORABLE JAMES M. PECK NEW YORK NY 10004 |
| VEDDER PRICE P.C. | ATTN: ERIN ZAVALKOFF-BABEJ, ESQ. 1633 BROADWAY, 47TH FLOOR NEW YORK NY 10019 |

| Claim Name | Address Information |
|---|---|
| VEDDER PRICE P.C. | ATTN: DOUGLAS J. LIPKE, ESQ. 222 N. LASALLE STREET CHICAGO IL 60601-1003 |
| VEDDER PRICE PC | ATTN: MICHAEL J. EDELMAN 1633 BROADWAY, 4TH FLOOR NEW YORK NY 10019 |
| VENABLE LLP | ATTN:  EDWARD A. SMITH, ESQ. ROCKEFELLER CENTER 1270 AVE OF THE AMERICAS,25TH FL NEW YORK NY 10020 |
| VENABLE LLP | ATTN: EDWARD A. SMITH, ESQ. (COUNSEL TO DELTA AIR LINES, INC.) 1270 AVENUE OF THE AMERICAS, 25TH FLOOR NEW YORK NY 10020 |
| VINSON & ELKINS L.L.P. | ATTN: STEVEN M. ABRAMOWITZ (COUNSEL TO GSEF AL NAWRAS (CAYMAN) LIMITED) 666 FIFTH AVENUE, 27TH FLOOR NEW YORK NY 10103 |
| VINSON & ELKINS L.L.P. | ATTN: JOHN E. WEST AND STEVEN M. ABRAMOWITZ (COUNSEL TO CONTINENTAL AIRLINES, INC.) 1001 FANNIN STREET, SUITE 2500 HOUSTON TX 77002-6760 |
| VINSON & ELKINS LLP | ATTN: DOV KLEINER, ESQ. 666 FIFTH AVENUE, 26TH FLOOR NEW YORK NY 10103 |
| VINSON & ELKINS RLLP | ATTN: JEFFREY E. ELDREDGE (COUNSEL TO GSEF AL NAWRAS (CAYMAN) LIMITED) CITY POINT, 33RD FLOOR ONE ROPEMAKER STREET LONDON EC2Y 9UE UK |
| WACHTELL, LIPTON, ROSEN & KATZ | ATTN:  A. WOLF, H. NOVIKOFF, J. FELTMAN 51 WEST 52ND STREET NEW YORK NY 10019-6150 |
| WACHTELL, LIPTON, ROSEN & KATZ | ATTN: HAROLD S. NOVIKOFF,ESQ, RICHARD G. MASON,ESQ AND JOSHUA A. FELTMAN, ESQ 51 WEST 52ND STREET NEW YORK NY 10019-6150 |
| WACHTELL, LIPTON, ROSEN & KATZ | ATTN: AMY WOLF, ESQ. 51 WEST 52ND STREET NEW YORK NY 10019-6150 |
| WATSON, FARLEY & WILLIAMS (NEW YORK) LLP | ATTN: CHRISTOPHER BELISLE, JANE FREEBERG SARMA (COUNSEL TO ROGER B. NAGIOFF) 1133 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| WEIL, GOTSHAL & MANGES LLP | ATTN:  RICHARD KRASNOW, LORI FIFE, SHAI WAISMAN, JACQUELINE MARCUS (COUNSEL TO:  LEHMAN BROTHERS HOLDINGS, INC.) 767 FIFTH AVENUE NEW YORK NY 10153 |
| WHITE & CASE LLP | ATTN: MICHAEL RUETZEL, ULF KREPPEL, KATARINA STAHL (COUNSEL TO: GERMAN ASSOCIATION OF SAVINGS BANKS) BOCKENHEIMER LANDSTRASSE 20 60323 FRANKFURT AM MAIN GERMANY |
| WHITE & CASE LLP | ATTN: EVAN C. HOLLANDER, ESQ. (COUNSEL TO: OVERSEAS FUND, LTD.) 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| WHITE & CASE LLP | ATTN: ABRAHAM L. ZYLBERBERG, DOUGLAS BAUMSTEIN AND RICHARD GRAHAM 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| WHITE & CASE LLP | ATTN: PHILIP JOHN NICHOLS 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036-2787 |
| WHITE & CASE LLP | ATTN: GERARD UZZI, J. CHRISTOPHER SHORE AND LISA THOMPSON (COUNSEL TO AD HOC GROUP OF LEHMAN CREDITORS) 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036-2787 |
| WHITE & CASE LLP | ATTN: THOMAS E. MACWRIGHT JR. AND AILEEN VENES WACHOVIA FINANCIAL CTR,SUITE 4900 200 SOUTH BISCAYNE BLVD MIAMI FL 33131 |
| WHITE & CASE LLP | ATTN: THOMAS E. LAURIA (COUNSEL TO AD HOC GROUP OF LEHMAN CREDITORS) WACHOVIA FINANCIAL CENTER, SUITE 4900 200 SOUTH BISCAYNE BLVD MIAMI FL 33131 |
| WIGGIN AND DANA LLP | ATTN: SHARYN B. ZUCH (COUNSEL TO HOTCHKISS SCHOOL) 185 ASYLUM STREET HARTFORD CT 06103-3402 |
| WILLKIE FARR & GALLAGHER LLP | ATTN: MARC ABRAMS, MATTHEW A. FELDMAN BENITO ROMANO, JAMIE KETTEN 787 SEVENTH AVENUE NEW YORK NY 10019-6099 |
| WILLKIE FARR & GALLAGHER LLP | ATTN:MATTHEW A. FELDMAN & MARC ABRAMS 787 SEVENTH AVENUE NEW YORK NY 10019-6099 |
| WILLKIE FARR & GALLAGHER LLP | ATTN: ROGER NETZER, ESQ. AND DAN C. KOZUSKO, ESQ. 787 SEVENTH AVENUE NEW YORK NY 10019-6099 |
| WILLKIE FARR & GALLAGHER LLP | ATTN: MARC ABRAMS, ESQ. 787 SEVENTH AVENUE NEW YORK NY 10019-6099 |
| WILMINGTON TRUST COMPANY | ATTN JAMES J MCGINLEY 520 MADISON AVE, 33RD FL NEW YORK NY 10022 |
| WILMINGTON TRUST FSB | 50 S 6TH ST STE 1290 MINNEAPOLIS MN 554021544 |
| WINSTON & STRAWN LLP | ATTN: CAREY D. SCHREIBER (COUNSEL TO CAPGEMINI FINANCIAL SERVICES USA, INC) 200 PARK AVENUE NEW YORK NY 10166-4193 |
| WINSTON & STRAWN LLP | ATTN: DAVID NEIER (COUNSEL TO PENTWATER CAPITAL MANAGEMENT, LP AND PIPER JAFFRAY & CO.) 200 PARK AVENUE NEW YORK NY 10166-4193 |
| WINSTON & STRAWN LLP | ATTN: DANIEL J. MCGUIRE, MYJA K. KJAER (COUNSEL TO CAPGEMINI FINANCIAL SERVICES USA, INC) 35 WEST WACKER DRIVE CHICAGO IL 60601 |

LEHMAN BROTHERS, INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| WOLFF & SAMSON PC | ATTN: DAVID N. RAVIN & ROBERT E. NIES THE OFFICES AT CRYSTAL LAKE ONE BOLAND DRIVE WEST ORANGE NJ 07052 |
| YOUNG WILLIAMS P.A. | ATTN: ROBERT L. HOLLADAY, JR. PO BOX 23059 210 E. CAPITOL STREET., SUITE 2000 JACKSON MS 39201 |
| ZEISLER & ZEISLER, P.C. | ATTN: GREGORY B. SCHILLER, ESQ. 558 CLINTON AVENUE BRIDGEPORT CT 06605 |
| ZUCKERMAN SPAEDER LLP | ATTN: THOMAS G MACAULEY & VIRGINIA WHITEHILL GULDI (COUNSEL TO STATE OF NEW JERSEY, DEPARTMENT OF TREASURY, DIVISION OF INVESTMENT) 919 MARKET STREET, SUITE 990 PO BOX 1028 WILMINGTON DE 19899 |

**Total Creditor Count 460**