United States Bankruptcy Court for the Southern District of New York

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. – 08-13555 |
|---|---|
| Creditor Name and Address: | Stanford Hospital and Clinics<br>300 Pasteur Drive, MC 5554<br>Stanford, CA 94305<br>Attn: Daniel J. Morissette |
| Court Claim Number (if known): | 29112 |
| Date Claim Filed: | September 22, 2009 |
| Total Amount of Claim Filed: | $1,557,281.24 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 3/18/2010

Print Name: Daniel J. Morissette

Title (if applicable): Chief Financial Officer