Edward H. Tillinghast, III (ET 5566)
Susan G. Rosenthal (SR 8246)
Malani J. Cademartori (MS 3882)
Blanka K. Wolfe (BW 0925)
**SHEPPARD MULLIN RICHTER & HAMPTON, LLP**
30 Rockefeller Plaza, 24th Floor
New York, New York 10112
Telephone:  (212) 653-8700
Facsimile:  (212) 653-8701

*Attorneys for Norton Gold Fields Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | Case No. 08-13555 (JMP) |
| | Chapter 11 |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Blanka K. Wolfe, Esq., hereby certify that on March 19, 2010, I caused a copy of the *Sur-Reply of Norton Gold Fields Limited to Debtors' Reply in Support of Motion to Compel Performance by Norton Gold Fields Limited of its Obligations Under an Executory Contract and to Enforce the Automatic Stay* [Docket No. 7679] to be served as indicated upon the parties listed on the attached service list.

By: __/s/ Blanka K. Wolfe__
Blanka K. Wolfe

## SERVICE LIST

<u>BY ELECTRONIC MAIL AND FIRST CLASS U.S. MAIL</u>:

Jones Day
222 East 41st Street
New York, New York 10017
Attn:   Jayant W. Tambe, Esq.
        Stephen Pearson, Esq.
        James K. Goldfarb, Esq.
        Benjamin Rosenblum, Esq.
jtambe@jonesday.com
sjpearson@jonesday.com
jkgoldfarb@jonesday.com
brosenblum@jonesday.com

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:   Richard P. Krasnow, Esq.
        Shai Y. Waisman, Esq.
        Jacqueline Marcus, Esq.
richard.krasnow@weil.com
shai.waisman@weil.com
jacqueline.marcus@weil.com

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn:   Dennis F. Dunne, Esq.
        Dennis O'Donnell, Esq.
        Evan Fleck, Esq.
ddunne@milbank.com
dodonnell@milbank.com
efleck@milbank.com

Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Attn:   Susheel Kirpalani, Esq.
susheelkirpalani@quinnemanuel.com

<u>BY HAND DELIVERY</u>:

Honorable James M. Peck
United States Bankruptcy Court
Southern District of New York
Courtroom 601
One Bowling Green
New York, New York 10004

Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn:   Andy Velez-Rivera, Esq.
        Paul Schwartzberg, Esq.
        Brian Masumoto, Esq.
        Linda Riffkin, Esq.
        Tracy Hope Davis, Esq.