# **EXHIBIT 2**

| | CLAIMS ORIGINALLY PROPOSED TO BE DISALLOWED (OBJECTIONS WITHDRAWN) | | | | | CLAIMS ORIGINALLY PROPOSED TO SURVIVE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | BANQUE CANTONALE DU VALAIS C/O BAKER & MCKENZIE LLP ATTN: IRA A. REID 1114 AVENUE OF THE AMERICAS NEW YORK, NY 10036 | 10/30/2009 | 08-13555 (JMP) | 58494 | $18,907.00* | BANQUE CANTONALE DU VALAIS C/O BAKER & MCKENZIE LLP ATTN: IRA A. REID 1114 AVENUE OF THE AMERICAS NEW YORK, NY 10036 | 10/30/2009 | 08-13555 (JMP) | 58495 | $18,907.00* |
| 2 | BANQUE CANTONALE DU VALAIS C/O BAKER & MCKENZIE LLP ATTN: IRA A. REID 1114 AVENUE OF THE AMERICAS NEW YORK, NY 10036 | 10/30/2009 | 08-13555 (JMP) | 58514 | $9,454.00* | BANQUE CANTONALE DU VALAIS C/O BAKER & MCKENZIE LLP ATTN: IRA A. REID 1114 AVENUE OF THE AMERICAS NEW YORK, NY 10036 | 10/30/2009 | 08-13555 (JMP) | 58516 | $9,454.00* |
| 3 | BANQUE CANTONALE DU VALAIS C/O BAKER & MCKENZIE LLP ATTN: IRA A. REID 1114 AVENUE OF THE AMERICAS NEW YORK, NY 10036 | 10/30/2009 | 08-13555 (JMP) | 58515 | $9,454.00* | BANQUE CANTONALE DU VALAIS C/O BAKER & MCKENZIE LLP ATTN: IRA A. REID 1114 AVENUE OF THE AMERICAS NEW YORK, NY 10036 | 10/30/2009 | 08-13555 (JMP) | 58516 | $9,454.00* |

## Lehman Brothers Holdings Inc.

### OMNIBUS 1 Exact Duplicate Claims: EXHIBIT 2 - Withdrawn Objections

| | CLAIMS ORIGINALLY PROPOSED TO BE DISALLOWED (OBJECTIONS WITHDRAWN) | | | | CLAIMS ORIGINALLY PROPOSED TO SURVIVE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 4 | BANQUE CANTONALE DU VALAIS<br>C/O BAKER & MCKENZIE LLP<br>ATTN: IRA A. REID<br>1114 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 | 10/30/2009 | 08-13555 (JMP) | 58518 | $14,180.00* | BANQUE CANTONALE DU VALAIS<br>C/O BAKER & MCKENZIE LLP<br>ATTN: IRA A. REID<br>1114 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 | 10/30/2009 | 08-13555 (JMP) | 58519 | $14,180.00* |
| 5 | BANQUE CANTONALE DU VALAIS<br>C/O BAKER & MCKENZIE LLP<br>ATTN: IRA A. REID<br>1114 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 | 10/30/2009 | 08-13555 (JMP) | 58520 | $9,454.00* | BANQUE CANTONALE DU VALAIS<br>C/O BAKER & MCKENZIE LLP<br>ATTN: IRA A. REID<br>1114 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 | 10/30/2009 | 08-13555 (JMP) | 58516 | $9,454.00* |
| 6 | BANQUE CANTONALE DU VALAIS<br>C/O BAKER & MCKENZIE LLP<br>ATTN: IRA A. REID<br>1114 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 | 10/30/2009 | 08-13555 (JMP) | 58523 | $28,360.00* | BANQUE CANTONALE DU VALAIS<br>C/O BAKER & MCKENZIE LLP<br>ATTN: IRA A. REID<br>1114 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 | 10/30/2009 | 08-13555 (JMP) | 58524 | $28,360.00* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# Lehman Brothers Holdings Inc.

## OMNIBUS 1 Exact Duplicate Claims: EXHIBIT 2 - Withdrawn Objections

| | CLAIMS ORIGINALLY PROPOSED TO BE DISALLOWED (OBJECTIONS WITHDRAWN) | | | | CLAIMS ORIGINALLY PROPOSED TO SURVIVE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 7 | BANQUE CANTONALE DU VALAIS<br>C/O BAKER & MCKENZIE LLP<br>ATTN: IRA A. REID<br>1114 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 | 10/30/2009 | 08-13555 (JMP) | 58527 | $23,633.00* | BANQUE CANTONALE DU VALAIS<br>C/O BAKER & MCKENZIE LLP<br>ATTN: IRA A. REID<br>1114 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 | 10/30/2009 | 08-13555 (JMP) | 58526 | $23,633.00* |
| 8 | BANQUE CANTONALE DU VALAIS<br>C/O BAKER & MCKENZIE LLP<br>ATTN: IRA A. REID<br>1114 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 | 10/30/2009 | 08-13555 (JMP) | 58528 | $23,633.00* | BANQUE CANTONALE DU VALAIS<br>C/O BAKER & MCKENZIE LLP<br>ATTN: IRA A. REID<br>1114 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 | 10/30/2009 | 08-13555 (JMP) | 58526 | $23,633.00* |
| 9 | BANQUE CANTONALE DU VALAIS<br>C/O BAKER & MCKENZIE LLP<br>ATTN: IRA A. REID<br>1114 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 | 10/30/2009 | 08-13555 (JMP) | 58529 | $23,633.00* | BANQUE CANTONALE DU VALAIS<br>C/O BAKER & MCKENZIE LLP<br>ATTN: IRA A. REID<br>1114 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 | 10/30/2009 | 08-13555 (JMP) | 58526 | $23,633.00* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**Lehman Brothers Holdings Inc.**

## OMNIBUS 1 Exact Duplicate Claims: EXHIBIT 2 - Withdrawn Objections

| | CLAIMS ORIGINALLY PROPOSED TO BE DISALLOWED (OBJECTIONS WITHDRAWN) | | | | | CLAIMS ORIGINALLY PROPOSED TO SURVIVE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 10 | BANQUE CANTONALE DU VALAIS<br>C/O BAKER & MCKENZIE LLP<br>ATTN: IRA A. REID<br>1114 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 | 10/30/2009 | 08-13555 (JMP) | 58542 | $70,899.00* | BANQUE CANTONALE DU VALAIS<br>C/O BAKER & MCKENZIE LLP<br>ATTN: IRA A. REID<br>1114 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 | 10/30/2009 | 08-13555 (JMP) | 58541 | $70,899.00* |
| 11 | BANQUE CANTONALE DU VALAIS<br>C/O BAKER & MCKENZIE LLP<br>ATTN: IRA A. REID<br>1114 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 | 10/30/2009 | 08-13555 (JMP) | 58543 | $70,899.00* | BANQUE CANTONALE DU VALAIS<br>C/O BAKER & MCKENZIE LLP<br>ATTN: IRA A. REID<br>1114 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 | 10/30/2009 | 08-13555 (JMP) | 58541 | $70,899.00* |
| 12 | BANQUE CANTONALE DU VALAIS<br>C/O BAKER & MCKENZIE LLP<br>ATTN: IRA A. REID<br>1114 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 | 10/30/2009 | 08-13555 (JMP) | 58548 | $47,266.00* | BANQUE CANTONALE DU VALAIS<br>C/O BAKER & MCKENZIE LLP<br>ATTN: IRA A. REID<br>1114 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 | 10/30/2009 | 08-13555 (JMP) | 58547 | $47,266.00* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Lehman Brothers Holdings Inc.

## OMNIBUS 1 Exact Duplicate Claims: EXHIBIT 2 - Withdrawn Objections

| | CLAIMS ORIGINALLY PROPOSED TO BE DISALLOWED (OBJECTIONS WITHDRAWN) | | | | CLAIMS ORIGINALLY PROPOSED TO SURVIVE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 13 | BANQUE CANTONALE DU VALAIS C/O BAKER & MCKENZIE LLP ATTN: IRA A. REID 1114 AVENUE OF THE AMERICAS NEW YORK, NY 10036 | 10/30/2009 | 08-13555 (JMP) | 58549 | $47,266.00* | BANQUE CANTONALE DU VALAIS C/O BAKER & MCKENZIE LLP ATTN: IRA A. REID 1114 AVENUE OF THE AMERICAS NEW YORK, NY 10036 | 10/30/2009 | 08-13555 (JMP) | 58547 | $47,266.00* |
| 14 | BANQUE CANTONALE DU VALAIS C/O BAKER & MCKENZIE LLP ATTN: IRA A. REID 1114 AVENUE OF THE AMERICAS NEW YORK, NY 10036 | 10/30/2009 | 08-13555 (JMP) | 58551 | $37,813.00* | BANQUE CANTONALE DU VALAIS C/O BAKER & MCKENZIE LLP ATTN: IRA A. REID 1114 AVENUE OF THE AMERICAS NEW YORK, NY 10036 | 10/30/2009 | 08-13555 (JMP) | 58550 | $37,813.00* |
| 15 | BANQUE CANTONALE DU VALAIS C/O BAKER & MCKENZIE LLP ATTN: IRA A. REID 1114 AVENUE OF THE AMERICAS NEW YORK, NY 10036 | 10/30/2009 | 08-13555 (JMP) | 58553 | $33,086.00* | BANQUE CANTONALE DU VALAIS C/O BAKER & MCKENZIE LLP ATTN: IRA A. REID 1114 AVENUE OF THE AMERICAS NEW YORK, NY 10036 | 10/30/2009 | 08-13555 (JMP) | 58552 | $33,086.00* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# Lehman Brothers Holdings Inc.

## OMNIBUS 1 Exact Duplicate Claims: EXHIBIT 2 - Withdrawn Objections

| | CLAIMS ORIGINALLY PROPOSED TO BE DISALLOWED (OBJECTIONS WITHDRAWN) | | | | CLAIMS ORIGINALLY PROPOSED TO SURVIVE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 16 | BANQUE CANTONALE DU VALAIS<br>C/O BAKER & MCKENZIE LLP<br>ATTN: IRA A. REID<br>1114 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 | 10/30/2009 | 08-13555 (JMP) | 58554 | $33,086.00* | BANQUE CANTONALE DU VALAIS<br>C/O BAKER & MCKENZIE LLP<br>ATTN: IRA A. REID<br>1114 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 | 10/30/2009 | 08-13555 (JMP) | 58552 | $33,086.00* |
| 17 | CHEUNG KAM MEE CAMY<br>FLAT A, 19/F, BLK 7, CARMEL HEIGHTS<br>HONG KONG GARDEN PHASE II,<br>100 CASTLE PEAK ROAD,<br>NEW TERRITORIES,<br>HONG KONG | 10/27/2009 | 08-13555 (JMP) | 48864 | $128,369.70 | CHEUNG KAM MEE CAMY<br>FLAT A, 19/F, BLK 7, CARMEL HEIGHTS<br>HONG KONG GARDEN PHASE II,<br>100 CASTLE PEAK ROAD,<br>NEW TERRITORIES,<br>HONG KONG | 10/27/2009 | 08-13555 (JMP) | 48865 | $128,369.70 |
| 18 | DESOUZA, DONNA<br>4400 BRITLEY LANE<br>HARRISBURG, NC 28075 | 08/28/2009 | 08-13555 (JMP) | 9653 | $10,000.00 | DESOUZA, DONNA M<br>4400 BRITLEY LANE<br>HARRISBURG, NC 28075 | 03/26/2009 | 08-13555 (JMP) | 3525 | $10,000.00 |
| 19 | WEHRLI, HANS RUDOLF<br>BINZENHOFSTRASSE 23<br>AARAU, 5000<br>SWITZERLAND | 11/02/2009 | 08-13555 (JMP) | 61269 | $13,791.19 | WEHRLI, RUDOLF<br>EFFINGERWEG 9<br>AARAU, 5000<br>SWITZERLAND | 11/02/2009 | 08-13555 (JMP) | 61268 | $13,791.19 |
| | | | | TOTAL | $653,183.89 | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts