## EXHIBIT 3

|   | **CLAIMS TO BE DISALLOWED** | | | | **SURVIVING CLAIMS** | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 1 MTR CORPORATION LIMITED HEADQUARTERS BUILDING, TELFORD PLAZA ATTN: MS. GILLIAN MELLER, LEGAL MANAGER - GENERAL) KOWLOON BAY HONG KONG, CHINA | 03/30/2009 | 08-13555 (JMP) | 3630 | $903,742.00 | MTR CORPORATION LIMITED HEADQUARTERS BUILDING, TELFORD PLAZA KOWLOON BAY ATTN: MS. GILLIAN MELLER, LEGAL DEPARTMENT) HONG KONG, CHINA | 04/01/2009 | 08-13555 (JMP) | 3606 | $903,742.00 |
| 2 MTR CORPORATION LIMITED HEADQUARTERS BUILDING, TELFORD PLAZA ATTN: MS. GILLIAN MELLER, LEGAL MANAGER - GENERAL) KOWLOON BAY HONG KONG, CHINA | 03/30/2009 | 08-13888 (JMP) | 3631 | $882,254.00 | MTR CORPORATION LIMITED HEADQUARTERS BUILDING, TELFORD PLAZA KOWLOON BAY ATTN: MS. GILLIAN MELLER, LEGAL DEPARTMENT) HONG KONG, CHINA | 04/01/2009 | 08-13888 (JMP) | 3605 | $882,254.00 |
| | | | **TOTAL** | **$1,785,996.00** | | | | | |