| | CLAIMS ORIGINALLY PROPOSED TO BE DISALLOWED (OBJECTIONS WITHDRAWN) | | | | CLAIMS ORIGINALLY PROPOSED TO SURVIVE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | 505 CLO I LTD. C/O THE CIT GROUP/COMMERCIAL SERVICES, INC. ATTN: JAMES R. MORTIMER, ESQ. 11 WEST 42ND STREET, 12TH FLOOR NEW YORK, NY 10036 | 09/10/2009 | 08-13900 (JMP) | 11031 | Undetermined | 505 CLO I LTD. C/O THE CIT GROUP/COMMERCIAL SERVICES, INC. ATTN: JAMES R. MORTIMER, ESQ. 11 WEST 42ND STREET, 12TH FLOOR NEW YORK, NY 10036 | 09/10/2009 | 08-13900 (JMP) | 11030 | Undetermined |
| 2 | ARICA, HUGO G 1 POLICE PLAZA NEW YORK, NY 10038 | 09/18/2009 | 08-13555 (JMP) | 19100 | $396.00 | ARICA, HUGO G 1 POLICE PLAZA NEW YORK, NY 10038 | 09/18/2009 | | 33339 | $396.00 |
| 3 | BANK OF AMERICA, N.A. SUCCESSOR BY MERGER TO LASALLE BANK, N.A. ATTN: VANESSA DANNER 135 S. LASALLE ST., SUITE 1716 CHICAGO, IL 60603 | 09/18/2009 | 09-10558 (JMP) | 19240 | Undetermined | BANK OF AMERICA, N.A. SUCCESSOR BY MERGER TO LASALLE BANK, N.A. ATTN: VANESSA DANNER 135 S. LASALLE ST., SUITE 1716 CHICAGO, IL 60603 | 09/18/2009 | 09-10558 (JMP) | 19239 | Undetermined |
| 4 | BANK OF TOKYO-MITSUBISHI UFJ, LTD 1251 AVENUE OF THE AMERICAS MONIQUE MORREALE, ESQ NEW YORK, NY 10020-1101 | 09/17/2009 | 08-13555 (JMP) | 15315 | $45,382,600.55 | BANK OF TOKYO-MITSUBISHI UFJ, LTD 1251 AVENUE OF THE AMERICAS MONIQUE MORREALE, ESQ NEW YORK, NY 10020-1101 | 09/17/2009 | 08-13555 (JMP) | 15314 | $45,382,600.55 |

Lehman Brothers Holdings Inc.

## OMNIBUS 3 Exact Duplicate Claims: EXHIBIT 2 - Withdrawn Objections

| | CLAIMS ORIGINALLY PROPOSED TO BE DISALLOWED (OBJECTIONS WITHDRAWN) | | | | CLAIMS ORIGINALLY PROPOSED TO SURVIVE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 5 | BANK OF TOKYO-MITSUBISHI UFJ, LTD<br>ATTN: MONIQUE MORREALE, ESQ.<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020-1101 | 09/22/2009 | 08-13555 (JMP) | 30066 | $68,085,131.71* | BANK OF TOKYO-MITSUBISHI UFJ, LTD<br>1251 AVENUE OF THE AMERICAS<br>MONIQUE MORREALE, ESQ<br>NEW YORK, NY 10020-1101 | 09/17/2009 | 08-13555 (JMP) | 15312 | $68,085,131.71* |
| 6 | BP GAS MARKETING LIMITED<br>KELLEY DRYE & WARREN LLP<br>ATTN: JAMES S CARR/BENJAMIN BLAUSTEIN, ESQ<br>101 PARK AVENUE<br>NEW YORK, NY 10178 | 09/18/2009 | 08-13885 (JMP) | 17546 | $3,755,730.65* | BP GAS MARKETING LIMITED<br>KELLEY DRYE & WARREN LLP<br>ATTN: JAMES S CARR/BENJAMIN BLAUSTEIN, ESQ<br>101 PARK AVENUE<br>NEW YORK, NY 10178 | 09/18/2009 | 08-13885 (JMP) | 17545 | $3,755,730.65* |
| 7 | CWABS ASSET-BACKED NOTES TRUST 2007-SEA2, ASSET-BACKED NOTES, SERIES 2007-SEA2<br>THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR<br>NEW YORK, NY 10286 | 09/17/2009 | 08-13888 (JMP) | 14464 | Undetermined | CWABS ASSET-BACKED NOTES TRUST 2007-SEA2, ASSET-BACKED NOTES, SERIES 2007-SEA2<br>THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR<br>NEW YORK, NY 10286 | 09/17/2009 | 08-13888 (JMP) | 14463 | Undetermined |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 2 of 7

# Lehman Brothers Holdings Inc.

## OMNIBUS 3 Exact Duplicate Claims: EXHIBIT 2 - Withdrawn Objections

| | **CLAIMS ORIGINALLY PROPOSED TO BE DISALLOWED (OBJECTIONS WITHDRAWN)** | | | | | **CLAIMS ORIGINALLY PROPOSED TO SURVIVE** | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 8 | CWABS ASSET-BACKED NOTES TRUST 2007-SEA2, ASSET-BACKED NOTES, SERIES 2007-SEA2<br>THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR<br>NEW YORK, NY 10286 | 09/17/2009 | 08-13555 (JMP) | 14476 | Undetermined | CWABS ASSET-BACKED NOTES TRUST 2007-SEA2 ASSET-BACKED NOTES, SERIES 2007-SEA2<br>THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR<br>NEW YORK, NY 10286 | 09/17/2009 | 08-13555 (JMP) | 14462 | Undetermined |
| 9 | DRRT FBO SWISS LIFE (LIECHTENSTEIN) AG 5030014<br>100 SE 2ND STREET, SUITE 2610<br>MIAMI, FL 33131 | 09/22/2009 | | 32633 | $147,430.78 | DRRT FBO SWISS LIFE (LIECHTENSTEIN) AG 5030007<br>100 SE 2ND STREET, SUITE 2610<br>MIAMI, FL 33131 | 09/22/2009 | | 32592 | $147,430.78 |
| 10 | DYBECK, DONALD<br>50 NANTUCKET<br>PORT TOWNSEND, WA 98368 | 09/10/2009 | | 11329 | $29,133.33 | DYBECK, DONALD C.<br>50 NANTUCKET<br>PORT TOWNSEND, WA 98368 | 09/10/2009 | | 11327 | $29,133.33 |
| 11 | DYBECK, DONALD C<br>50 NANTUCKET<br>PORT TOWNSEND, WA 98368 | 09/10/2009 | | 11328 | $29,133.33 | DYBECK, DONALD C.<br>50 NANTUCKET<br>PORT TOWNSEND, WA 98368 | 09/10/2009 | | 11327 | $29,133.33 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Lehman Brothers Holdings Inc.

## OMNIBUS 3 Exact Duplicate Claims: EXHIBIT 2 - Withdrawn Objections

| | CLAIMS ORIGINALLY PROPOSED TO BE DISALLOWED (OBJECTIONS WITHDRAWN) | | | | | CLAIMS ORIGINALLY PROPOSED TO SURVIVE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 12 | LEHMAN BROTHERS OFFSHORE (EUROPE 3) REAL ESTATE PARTNERS, L.P. ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS, 38TH FLOOR NEW YORK, NY 10020 | 09/22/2009 | 08-13555 (JMP) | 28025 | Undetermined | LEHMAN BROTHERS OFFSHORE (EUROPE 1) REAL ESTATE PARTNERS, L.P. ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS, 38TH FLOOR NEW YORK, NY 10020 | 09/22/2009 | 08-13555 (JMP) | 28026 | Undetermined |
| 13 | MOORE, WALTER T. 715 EAST BROW RD LOOKOUT MOUNTAIN, TN 37350 | 09/21/2009 | 08-13555 (JMP) | 25267 | $10,000.00 | MOORE, WALTER T. 715 EAST BROW RD LOOKOUT MOUNTAIN, TN 37350 | 09/21/2009 | 08-13555 (JMP) | 25266 | $10,000.00 |
| 14 | OFFICE OF THRIFT SUPERVISION ATTN: DIRK S. ROBERTS 1700 G STREET, N.W. WASHINGTON, DC 20552 | 09/17/2009 | 08-13555 (JMP) | 15078 | $2,192,000,000.00 | OFFICE OF THRIFT SUPERVISION ATTN: DIRK S. ROBERTS 1700 G STREET NW WASHINGTON, DC 20552 | 09/17/2009 | 08-13555 (JMP) | 15079 | $2,192,000,000.00 |
| 15 | STACY FLIER AUTHORIZED SIGNATORY ON BEHALF OF ENLIGHTENMENT PARTNERS CTC CONSULTING, LLC 4380 SW MACADAM, SUITE 490 PORTLAND, OR 97239 | 09/21/2009 | 08-13555 (JMP) | 22681 | $12,341.23 | STACY FLIER AUTHORIZED SIGNATORY ON BEHALF OF LONGUE VUE PARTNERS CTC CONSULTING, LLC 4380 SW MACADAM, SUITE 490 PORTLAND, OR 97239 | 09/21/2009 | 08-13555 (JMP) | 22682 | $12,341.23 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# Lehman Brothers Holdings Inc.

## OMNIBUS 3 Exact Duplicate Claims: EXHIBIT 2 - Withdrawn Objections

| | CLAIMS ORIGINALLY PROPOSED TO BE DISALLOWED (OBJECTIONS WITHDRAWN) | | | | CLAIMS ORIGINALLY PROPOSED TO SURVIVE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 16 | SUNSET PARK CDO LIMITED SPC FOR THE ACCOUNT OF THE SERIS 2004-1 SEGREGATE PORTFOLIO C/O THE BANK OF NEW YORK MELLON NEW YORK, NY 10286 | 09/17/2009 | 08-13888 (JMP) | 15772 | Undetermined | SUNSET PARK CDO LIMITED SPC FOR THE ACCOUNT OF THE SERIS 2004-1 SEGREGATE PORTFOLIO C/O THE BANK OF NEW YORK MELLON NEW YORK, NY 10286 | 09/17/2009 | 08-13888 (JMP) | 15774 | Undetermined |
| 17 | SUNSET PARK CDO LIMITED SPC FOR THE ACCOUNT OF THE SERIS 2004-1 SEGREGATE PORTFOLIO C/O THE BANK OF NEW YORK MELLON NEW YORK, NY 10286 | 09/17/2009 | 08-13555 (JMP) | 15773 | Undetermined | SUNSET PARK CDO LIMITED SPC FOR THE ACCOUNT OF THE SERIS 2004-1 SEGREGATE PORTFOLIO C/O THE BANK OF NEW YORK MELLON NEW YORK, NY 10286 | 09/17/2009 | 08-13555 (JMP) | 15771 | Undetermined |
| 18 | TAVARES SQUARE CDO LIMITED C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINSTRATION GROUP 101 BARCLAY STREET NEW YORK, NY 10286 | 09/17/2009 | 08-13888 (JMP) | 15781 | Undetermined | TAVARES SQUARE CDO LIMITED C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINSTRATION GROUP 101 BARCLAY STREET NEW YORK, NY 10286 | 09/17/2009 | 08-13888 (JMP) | 15779 | Undetermined |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# Lehman Brothers Holdings Inc.

## OMNIBUS 3 Exact Duplicate Claims: EXHIBIT 2 - Withdrawn Objections

| | CLAIMS ORIGINALLY PROPOSED TO BE DISALLOWED (OBJECTIONS WITHDRAWN) | | | | CLAIMS ORIGINALLY PROPOSED TO SURVIVE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 19 | TAVARES SQUARE CDO LIMITED C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINSTRATION GROUP 101 BARCLAY STREET NEW YORK, NY 10286 | 09/17/2009 | 08-13555 (JMP) | 15782 | Undetermined | TAVARES SQUARE CDO LIMITED C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINSTRATION GROUP 101 BARCLAY STREET NEW YORK, NY 10286 | 09/17/2009 | 08-13555 (JMP) | 15780 | Undetermined |
| 20 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS OFFICE OF THE ATTORNEY GENERAL COLLECTION DIVISION - BANKRUPTCY SECTION PO BOX 12548 AUSTIN, TX 78711-2548 | 02/02/2009 | 08-13885 (JMP) | 2402 | $1,025.80* | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS OFFICE OF THE ATTORNEY GENERAL COLLECTION DIVISION - BANKRUPTCY SECTION PO BOX 12548 AUSTIN, TX 78711-2548 | 02/02/2009 | 08-13885 (JMP) | 2401 | $1,025.80* |
| 21 | TUXEDO RESERVE OWNER LLC KATSKY KORINIS LLP ATTN: MARK WALFISH, ESQ 605 THIRD AVENUE NEW YORK, NY 10158 | 09/15/2009 | 08-13900 (JMP) | 13008 | Undetermined | TUXEDO RESERVE OWNER LLC KATSKY KORINS LLP ATTN: MARK WALFISH, ESQ 605 THIRD AVENUE NEW YORK, NY 10158 | 09/15/2009 | 08-13555 (JMP) | 13113 | Undetermined |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**Lehman Brothers Holdings Inc.**

## OMNIBUS 3 Exact Duplicate Claims: EXHIBIT 2 - Withdrawn Objections

| | CLAIMS ORIGINALLY PROPOSED TO BE DISALLOWED (OBJECTIONS WITHDRAWN) | | | | CLAIMS ORIGINALLY PROPOSED TO SURVIVE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 22 | WILKINSON O'GRADY & CO., INC C/O SHAWN R FOX MCGUIREWOODS LLP 1345 AVE. OF THE AMERICAS, 7TH FLOOR NEW YORK, NY 10105 | 09/18/2009 | 08-13555 (JMP) | 16296 | $3,039.80* | WILKINSON O'GRADY & CO., INC C/O SHAWN R FOX MCGUIREWOODS LLP 1345 AVE. OF THE AMERICAS, 7TH FLOOR NEW YORK, NY 10105 | 09/18/2009 | 08-13555 (JMP) | 16293 | $3,039.80* |

**TOTAL**     **$2,309,455,963.18**

\* - Indicates claim contains unliquidated and/or undetermined amounts