HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS INC.,<br><br>Debtor. | Case No. 08-01420 (JMP) SIPA |

**NOTICE OF ADJOURNMENT OF HEARING ON TRUSTEE'S SEVENTY-SIXTH
OMNIBUS OBJECTION TO GENERAL CREDITOR CLAIMS
(NO LIABILITY CLAIMS) SOLELY AS TO A CERTAIN CLAIM**

**PLEASE TAKE NOTICE** that the hearing regarding the Trustee's Seventy-Sixth Omnibus Objections to General Creditor Claims (No Liability Claims) (the "Objection") [ECF No. 6295] that was scheduled for November 22, 2013 at 10:00 a.m. (Prevailing Eastern Time) **has been adjourned, solely as to the claim listed on Exhibit A attached hereto, to December 19, 2013 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"). The Hearing on the Objection will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: New York, New York
November 20, 2013

                HUGHES HUBBARD & REED LLP

                By: /s/ Jeffrey S. Margolin
                James B. Kobak, Jr.
                Christopher K. Kiplok
                Jeffrey S. Margolin
                Meaghan C. Gragg
                One Battery Park Plaza
                New York, New York 10004
                Telephone:  (212) 837-6000
                Facsimile:  (212) 422-4726
                Email:  kobak@hugheshubbard.com

                Attorneys for James W. Giddens,
                Trustee for the SIPA Liquidation of
                Lehman Brothers Inc.

### EXHIBIT A

### Adjourned Claim:

| Claimant | Claim No. |
|---|---|
| MCERLEAN, JAMES | 7001379 |