HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS INC.,<br><br>Debtor. | Case No. 08-01420 (JMP) SIPA |

**NOTICE OF ADJOURNMENT OF HEARING ON TRUSTEE'S ONE HUNDRED SIXTH
OMNIBUS OBJECTION TO GENERAL CREDITOR CLAIMS
(NO LIABILITY CLAIMS) SOLELY AS TO A CERTAIN CLAIM**

**PLEASE TAKE NOTICE** that the hearing regarding the Trustee's One Hundred Sixth Omnibus Objection to General Creditor Claims (No Liability Claims) (the "Objection") [ECF No. 6811] that was scheduled for November 22, 2013 at 10:00 a.m. (Prevailing Eastern Time) **has been adjourned, solely as to the claim listed on Exhibit A attached hereto, to December 19, 2013 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"). The Hearing on the Objection will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: New York, New York
November 20, 2013

        HUGHES HUBBARD & REED LLP

        By: /s/ Jeffrey S. Margolin
        James B. Kobak, Jr.
        Christopher K. Kiplok
        Jeffrey S. Margolin
        Meaghan C. Gragg
        One Battery Park Plaza
        New York, New York 10004
        Telephone:  (212) 837-6000
        Facsimile:  (212) 422-4726
        Email:  kobak@hugheshubbard.com

        Attorneys for James W. Giddens,
        Trustee for the SIPA Liquidation of
        Lehman Brothers Inc.

<u>**EXHIBIT A**</u>

<u>**Adjourned Claim**</u>**:**

| Claimant | Claim No. |
|---|---|
| HENRY GROSSMAN | 549 |