HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS INC.,<br><br>Debtor. | Case No. 08-01420 (JMP) SIPA |

**NOTICE OF ADJOURNMENT OF HEARING ON TRUSTEE'S ONE HUNDRED
TWENTIETH OMNIBUS OBJECTION TO GENERAL CREDITOR CLAIMS
(NO LIABILITY CLAIMS) SOLELY AS TO A CERTAIN CLAIM**

**PLEASE TAKE NOTICE** that the hearing regarding the Trustee's One Hundred Twentieth Omnibus Objection to General Creditor Claims (No Liability Claims) (the "Objection") [ECF No. 6918] that was scheduled for November 22, 2013 at 10:00 a.m. (Prevailing Eastern Time) **has been adjourned, solely as to the claim listed on Exhibit A attached hereto, to December 19, 2013 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"). The Hearing on the Objection will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: New York, New York
November 20, 2013

                        HUGHES HUBBARD & REED LLP

                        By: /s/ Jeffrey S. Margolin
                        James B. Kobak, Jr.
                        Christopher K. Kiplok
                        Jeffrey S. Margolin
                        Meaghan C. Gragg
                        One Battery Park Plaza
                        New York, New York 10004
                        Telephone:  (212) 837-6000
                        Facsimile:  (212) 422-4726
                        Email:  kobak@hugheshubbard.com


                        Attorneys for James W. Giddens,
                        Trustee for the SIPA Liquidation of
                        Lehman Brothers Inc.

## EXHIBIT A

### Adjourned Claim:

| Claimant | Claim No. |
|---|---|
| THEODORE PEARLMAN | 561 |