**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | |
| LEHMAN BROTHERS INC., | Case No. 08-01420 (JMP) SIPA |
| Debtor. | Ref. Docket No. 7697 |

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK      )
                                              ) ss.:
COUNTY OF NEW YORK    )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 20, 2013, I caused to be served:

   a. the "Notice of Hearing on the Trustee's One Hundred Sixty-Third Omnibus Objection to General Creditor Claims (No Liability Claims)," dated November 20, 2013, to which was attached "The Trustee's One Hundred Sixty-Third Omnibus Objection to General Creditor Claims (No Liability Claims)," dated November 20, 2013 [Docket No. 7697], (the "163rd Omnibus Objection"), and

   b. a customized version of the "Notice of Hearing on the Trustee's One Hundred Sixty-Third Omnibus Objection to General Creditor Claims (No Liability Claims)," dated November 20, 2013, *related to Docket No. 7697*, a sample of which is annexed hereto as <u>Exhibit A</u>, (the "163rd Omnibus Objection Notice"),

   by causing true and correct copies of the:

   i. 163rd Omnibus Objection, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>,

   ii. 163rd Omnibus Objection, to be delivered via facsimile to the party listed on the annexed <u>Exhibit C</u>,

iii.   163rd Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit D</u>, and

iv.   163rd Omnibus Objection Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit E</u>.

3.   .All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."


                                                              */s/ Carol Zhang*
                                                              Carol Zhang

Sworn to before me this
20th day of November, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

**EXHIBIT A**

**THIS IS A NOTICE REGARDING YOUR CLAIM.  YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re <br><br> **LEHMAN BROTHERS INC.,** <br><br> **Debtor.** | **Case No. 08-01420 (JMP) SIPA** |

**NOTICE OF HEARING ON TRUSTEE'S ONE HUNDRED SIXTY-THIRD
OMNIBUS OBJECTION TO GENERAL CREDITOR CLAIMS
(NO LIABILITY CLAIMS)**

**CLAIM(S) TO BE DISALLOWED & EXPUNGED**

**ANG, YAO WEN ALVIN**

| Name/Address of Claimant | Claim Number | Date Filed | Total Amount Claimed | Basis for Objection & Reason for Proposed Disallowance |
|---|---|---|---|---|
| ANG, YAO WEN ALVIN<br>BLK 107 SPOTTISWOODE PARK ROAD<br>#03-124<br>SINGAPORE,  080107<br>SINGAPORE | 7001622 | 5/16/2009 | $25,797.15 | No legal or factual justification for asserting a claim against LBI.  The claimed securities were not issued or guaranteed by LBI. |

PLEASE TAKE NOTICE that, on November 20, 2013, James W. Giddens, as Trustee (the "Trustee") for the liquidation of the business of Lehman Brothers Inc. ("Debtor" or "LBI") filed his One Hundred Sixty-Third Omnibus Objection to General Creditor Claims (No Liability Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").  The category of claim objection applicable to you is identified in the table above in the column entitled "Basis for Objection & Reason for Proposed Disallowance."

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow one or more of your claims listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED on the ground that the LBI estate has no liability for the claim asserted.  **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on December 11, 2013 (the "Response Deadline").

Your response, if any, must contain at a minimum the following:  (i) a caption setting forth the name of the Bankruptcy Court, the name of the Debtor, the case number and the title of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed, expunged, reduced, or reclassified for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court, upon which you will rely

in opposing the Objection; (v) the address(es) to which the Trustee must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

The Bankruptcy Court will consider a response only if the response is timely filed, served, and received. A response will be deemed timely filed, served, and received only if the original response is actually received on or before the Response Deadline by: (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) Hughes Hubbard & Reed LLP, One Battery Park Plaza, New York, New York, 10004, Attn: Meaghan C. Gragg, Esq.; (iii) Securities Investor Protection Corporation, 805 Fifteenth Street, N.W., Suite 800, Washington, DC 20005, Attn: Kenneth J. Caputo, Esq.; and (iv) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Maurice Horwitz, Esq. and Lori R. Fife, Esq.

A hearing will be held on January 8, 2014 to consider the Objection. The hearing will be held at 10:00 a.m. Prevailing Eastern Time in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 601. If you file a written response to the Objection, you should plan to appear at the hearing. The Trustee reserves the right, however, to continue the hearing on the Objection with respect to your claim(s). If the Trustee does continue the hearing with respect to your claim(s), then the hearing will be held at a later date. If the Trustee does not continue the hearing with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

If the Bankruptcy Court does NOT disallow, expunge, reduce or reclassify your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then the Trustee has the right to object on other grounds to the claim(s) (or to any other claims you may have filed) at a later date. You will receive a separate notice of any such objections.

You may participate in a hearing telephonically provided that you comply with the Court's instructions (including, without limitation, providing prior written notice to counsel for the Trustee and any statutory committees), which can be found on the Court's website at www.nysb.uscourts.gov.

If you wish to view the complete Objection, you can do so on the Court's electronic docket for LBI's case, which is posted on the internet (i) at www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), and (ii) for free at www.lehmantrustee.com, the Trustee's dedicated website. If you have any questions about this notice or the Motion, or if you would like to request a complete copy of the Motion at the Trustee's expense, please contact the Trustee's approved claims agent Epiq Bankruptcy Solutions, LLC at (866) 841-7868. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

DATED:   November 20, 2013
       New York, New York

Meaghan C. Gragg
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
(212) 837-6000

ATTORNEYS FOR JAMES W. GIDDENS,
TRUSTEE FOR THE SIPA LIQUIDATION OF
LEHMAN BROTHERS INC.

**EXHIBIT B**

**Email List**

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
adoberman@profunds.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
alicia.chang@davispolk.com
alum@ftportfolios.com
amarder@msek.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
andrew.brozman@cliffordchance.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermandevalerio.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
cwalsh@mayerbrown.com
aunger@sidley.com
austin.bankruptcy@publicans.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com

bankruptcy@morrisoncohen.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
benita.dryden@invesco.com
bguiney@pbwt.com
bmanne@tuckerlaw.com
bmiller@mofo.com
bmorag@cgsh.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bspector@jsslaw.com
btrust@mayerbrown.com
btupi@tuckerlaw.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cave@hugheshubbard.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cgoldstein@stcwlaw.com
cgrant@mayerbrown.com
chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@hoganlovells.com
clynch@reedsmith.com
cmontgomery@salans.com
cmtb_lc11@chuomitsui.jp
cohenr@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com

1

cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@hinshawlaw.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcameron@stradley.com
dcimo@gjb-law.com
dcoffino@cov.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
dimassa@duanemorris.com
dirk.roberts@ots.treas.gov
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dladdin@agg.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dnolan@andersonkill.com

dodonnell@milbank.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshemano@pwkllp.com
dspelfogel@foley.com
dswan@mcguirewoods.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
eagel@bragarwexler.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efile@willaw.com
efleck@milbank.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehret-vanhorn@mbaum.com
ekbergc@lanepowell.com
elevine@eisenmanlevine.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emcguinn@elotinc.net
eobrien@sbchlaw.com
eric.johnson@hro.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
ethan@ethanbrecherlaw.com
evelyn.martinez@invesco.com
evelyn.rodriguez@dlapiper.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
fjacobson@sonnenschein.com
frank.white@agg.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net

gabriel.delvirginia@verizon.net
gbray@milbank.com
george_kielman@freddiemac.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glee@mofo.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@mwe.com
gspilsbury@jsslaw.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
heim.steve@dorsey.com
heiser@chapman.com
hestioko@ffwplaw.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hugh.hill@hoganlovells.com
igoldstein@proskauer.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.greene@hoganlovells.com
ira.herman@tklaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
james.warnot@linklaters.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com

jchristian@tobinlaw.com
jdrucker@coleschotz.com
jdwarner@warnerandscheuerman.com
jdyas@halperinlaw.net
jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfreeberg@wfw.com
jg5786@att.com
jgarrity@shearman.com
jgenovese@gjb-law.com
jgold@andersonkill.com
jguy@orrick.com
jharbour@hunton.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@ktmc.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitan@proskauer.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@proskauer.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
joli@crlpc.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov

3

joshua.dorchak@bingham.com
jowen769@yahoo.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jteitelbaum@tblawllp.com
jthoman@hodgsonruss.com
jtimko@shutts.com
rziegler@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
jwishnew@mofo.com
jyenzer@haincapital.com
k4.nomura@aozorabank.co.jp
karen.wagner@dpw.com
kbeverly-graham@eisemanlevine.com
kcaputo@sipc.org
kdwbankruptcydepartment@kelleydrye.co
m
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
klyman@irell.com
kmayer@mccarter.com
kobak@hugheshubbard.com
kovskyd@pepperlaw.com
kowens68@yahoo.com
kpiper@steptoe.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com

krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
lal-shibib@andersonkill.com
landon@streusandlandon.com
lathompson@co.sanmateo.ca.us
lawallf@pepperlaw.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
linda.schoemaker@infospace.com
lisa.kraidin@allenovery.com
ljkotler@duanemorris.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lori.fife@weil.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lsilverstein@potteranderson.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
maofiling@cgsh.com
marc.chait@standardchartered.com
margolin@hugheshubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.hellerer@pillsburylaw.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
marvin.clements@ag.tn.gov
masaki_konishi@noandt.com
matt@willaw.com
matthew.dyer@prommis.com
matthew.klepper@dlapiper.com
mbeeler@cov.com
mberman@nixonpeabody.com

mbienenstock@proskauer.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcarney@mckoolsmith.com
mcordone@stradley.com
mcto@debevoise.com
mdorval@stradley.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mhopkins@cov.com
michael.frege@cms-hs.com
michele@willaw.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mmendez@hunton.com
mmervis@proskauer.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mprimoff@kayescholer.com
mpucillo@bermandevalerio.com
mrosenthal@gibsondunn.com
mruetzel@frankfurt.whitecase.com
mruetzel@whitecase.com
mschimel@sju.edu
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msilberstein@dealysilberstein.com
mspeiser@stroock.com
mstamer@akingump.com
mtamasco@schnader.com
mvenditto@reedsmith.com
mwarren@mtb.com
nasreen.bulos@dubaiic.com

nathan.garnett@infospace.com
nathan.spatz@pillsburylaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
nyrobankruptcy@sec.gov
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
nrosenbaum@mofo.com
oipress@travelers.com
paronzon@milbank.com
patrick.oh@freshfields.com
patrick.potter@pillsburylaw.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.simmons@friedfrank.com
peter@bankrupt.com
phayden@mcguirewoods.com
pkizel@lowenstein.com
pmaxcy@sonnenschein.com
ppartee@hunton.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
rhs@mccallaraymer.com
richard.lear@hklaw.com

5

richard.levy@lw.com
richard.tisdale@friedfrank.com
ritkin@steptoe.com
rjones@boultcummings.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rmcneill@potteranderson.com
rnetzer@willkie.com
rnies@wolffsamson.com
rnorton@hunton.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.hirsh@arentfox.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
ronald.silverman@bingham.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
sally.henry@skadden.com
sam.alberts@snrdenton.com
sandyscafaria@eaton.com
sara.tapinekis@cliffordchance.com
sarah.campbell@cliffordchance.com
scargill@lowenstein.com
schager@ssnyc.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schiffer@trilc.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
scott.koerner@snrdenton.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
seba.kurian@invesco.com
sehlers@armstrongteasdale.com

sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerman@ebglaw.com
slerner@ssd.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
sree@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
steele@lowenstein.com
stephen.rimes@invesco.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.wilamowsky@bingham.com
streusand@streusandlandon.com
stumbiolo@cravath.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@andersonkill.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas_noguerola@calpers.ca.gov
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tjmckenna@gaineyandmckenna.com

tkarcher@proskauer.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
wilten@hugheshubbard.com
wisotska@pepperlaw.com
wjd@dealysilberstein.com
wmarcari@ebglaw.com
woconnor@crowell.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermandevalerio.com
yamashiro@sumitomotrust.co.jp
zrosenbaum@lowenstein.com
sscott@jaspanllp.com
goldenberg@ssnyc.com
jhorwitt@zeislaw.com
raj11@optonline.net
gpratt@joneswaldo.com
jibaru@nyc.rr.com
maurice.horwitz@weil.com
jsher@shertremonte.com
mking@gibsondunn.com
mjwilliams@gibsondunn.com
jweisser@gibsondunn.com

**EXHIBIT C**

| **Name** | **Fax** |
|---|---|
| OFFICE OF THE US TRUSTEE ANDREW D VELEZ-RIVERA | 212-668-2255 |

**EXHIBIT D**

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

OFFICE OF THE UNITED STATES TRUSTEE
TRACY HOPE DAVIS, ELISABETTA G GASPARINI,
ANDREA B. SCHWARTZ
U.S. FEDERAL OFFICE BUILDING
201 VARICK STREET, SUITE 1006
NEW YORK, NY  10014

**EXHIBIT E**

**Debtor: LEHMAN BROTHERS INC., et al.**
**Case #: 08-01420 (JMP) SIPA**

**NOTICE OF HEARING ON TRUSTEE'S ONE HUNDRED SIXTY-THIRD**
**OMNIBUS OBJECTION TO GENERAL CREDITOR CLAIMS**
**(NO LIABILITY CLAIMS)**

**Notices mailed by: November 20, 2013**

ANG, YAO WEN ALVIN
BLK 107 SPOTTISWOODE PARK ROAD
#03-124
SINGAPORE, 80107
SINGAPORE

BEE, TEO YAN
26 JALAN ARNAP
SINGAPORE, 249332
SINGAPORE

BENG, TAN WEE
51 SIANG KUANG AVE
SINGAPORE, 348014
SINGAPORE

BENSON, LIM GHEE BOON
57 HUME AVE #09-10
SINGAPORE, 598753
SINGAPORE

BIN IBRAHIM, MOHAMED RASHID
BLK 295C COMPASSVALE CRESCENT #04-243
SINGAPORE, 543295
SINGAPORE

CASIMIR VIEGAS, OSBORN ANACLETO, DR.
AND/OR DR. CLAIR MARIA VIEGAS
220, LOYANG AVENUE, #04-06
SINGAPORE, 509067
SINGAPORE

CECILIA, WAI LENG WONG
BLK 408
CLEMENTI AVE 1, #05-44
SINGAPORE, 120408
SINGAPORE

CHAN SHOON THONG OR TAN SWAT TIN
SHOON THONG CHAN
BLOCK 623 BUKIT BATOK CENTRAL #09-678
SINGAPORE, 650623
SINGAPORE

CHEONG, LIM LIAN
122 SERANGOON AVE 3
#11-01
SINGAPORE, 554775
SINGAPORE

CHU, YEW MEI
11 SENGKANG SQUARE
# 12-33
SINGAPORE, 545076
SINGAPORE

CHUA SAUK HOON, LUCY
BLK 167 #03-641 BOON LAY DRIVE
SINGAPORE, 640167
SINGAPORE

CHUA, HUI LOO
106B PUNGGOL FIELD
#16-534
SINGAPORE, 822106
SINGAPORE

CHUAH, SEONG LING
P.O. BOX 3182
POS MALAYSIA BHD.
SUBANG JAYA SELANGOR, 47500
MALAYSIA

CHYE, LIM KIAN
BLOCK 11 CANTONMENT CLOSE #05-01
SINGAPORE, 80011
SINGAPORE

DBS BANK LTD
8 CROSSSTREET
PWC BUILDING #88-01
SINGAPORE, 48424
SINGAPORE

ENN, LIM KWEE
#06-23 COSTA DEL SOL
78 COSTA DEL SOL
SINGAPORE, 469991
SINGAPORE

ESTATE OF HO KIONG SIAN
BLOCK 139
BEDOK NORTH AVENUE 3, #13-186
SINGAPORE, 460139
SINGAPORE

FOO, CHANG HU
114 CASUARINA ROAD
SINGAPORE, 579502
SINGAPORE

Debtor: LEHMAN BROTHERS INC., et al.
Case #:  08-01420 (JMP) SIPA

Notices mailed by: November 20, 2013

FOOK, LIANG WERN
50 CHOA CHU KANG NORTH 7
REGENT GROVE, TOWER A #08-07
SINGAPORE, 689527
SINGAPORE

GOH, BEE YEE
BLK 669,
WOODLANDS RING ROAD, #11-373
SINGAPORE, 730669
SINGAPORE

GRETA, CHOO CHONG GHEE
1 TAMAN SERASI
#05-05
SINGAPORE, 257717
SINGAPORE

HALIM, FANTY
52, CHOA CHU KANG NORTH 6, # 04-17
YEW MEI GREEN
SINGAPORE, 689575
SINGAPORE

HOCK, CHUN TUAN & MDM. SONG, NEW BEE
28 JALAN KERIS
SINGAPORE, 457561
SINGAPORE

HOI, LIM CHIONG & YUEN, NG SOEK
F2-303 TINGKAT 2, BLOK 3
PANGSAPURI SRI PELANGI, NO 1 JALAN, BUMI
45/137, SEKSYEN U5, SHAH ALAM
SELANGER, 40150
MALAYSIA

HON, LOO JUAN
APT BLK 306
HOUGANG AVE 5 # 09-365
SINGAPORE, S530306
SINGAPORE

HONG, KOH LEI
12 KENT RIDGE DRIVE
E TEMASEK HALL, 119243
SINGAPORE

HONG, NG CHEE
371 HOLLAND ROAD #16-04
SINGAPORE, 278698
SINGAPORE

HOON, LIM GEOK &/OR LIM HUN SENG
23 LEBUH LEMBAH PERMAI 3
TANJUNG BUNGAH
PULAU PINANG, 11200
MALAYSIA

HUAT, LEE YU AND LEE YEW
1 LORONG 9 MINDEN HEIGHTS
PENANG, 11700
MALAYSIA

KEOK, AU YONG
BLK 1D, PINE GROVE, # 16-13
SINGAPORE, 593001
SINGAPORE

KEOW, LIM SOH
BLK. 608, #06-76,
CLEMENT WEST, ST. 1
SINGAPORE, 120608
SINGAPORE

KEPPEL CREDIT UNION CO-OPERATIVE LTD
DONALD SNG
BLOCK 1 JALAN BUKIT MERAH #01-4532
SINGAPORE, 150001
SINGAPORE

KHENG, GOH BEE
BLK 392 BUKIT BATOK WEST AVENUE 5
#12-406
SINGAPORE, 650392
SINGAPORE

KHO LAI LING @ KOH TECK LEE OR MS SIA
CHENG PEK
MS SIA CHENG PEK
9, SIMEI ST. 4, #08-04
SIMEI GREEN,  529865
SINGAPORE

KWANG, GAN HOE
220 LOYANG AVENUE
#05-03, LOYANG VALLEY
SINGAPORE, 509067
SINGAPORE

KWANG, LIM CHOO
11 SENGKANG SQUARE
# 12-33
SINGAPORE, 545076
SINGAPORE

Debtor: LEHMAN BROTHERS INC., et al.
Case #: 08-01420 (JMP) SIPA

Notices mailed by: November 20, 2013

NOTICE OF HEARING ON TRUSTEE'S ONE HUNDRED SIXTY-THIRD
OMNIBUS OBJECTION TO GENERAL CREDITOR CLAIMS
(NO LIABILITY CLAIMS)

LAN, CHOO BEE
BLK 634 VEERASAMY ROAD
#23-140
SINGAPORE,  200634
SINGAPORE

LAU, HONG KIN
BLOCK 129, LORONG AH SOO, #03-330
SINGAPORE,  530129
SINGAPORE

LEE, KHEE BOON
BLK 830 YISHUN STREET 81
#09-482
SINGAPORE,  760830
SINGAPORE

LENG, SIM LI
16 FABER PARK
SINGAPORE,  129106
SINGAPORE

LIAU, PUI PUI
165 SEAGULL WALK
SINGAPORE,  486676
SINGAPORE

LOH, SIEW HEOH
BLK 630 SENJA ROAD
#28-206
SINGAPORE,  670630
SINGAPORE

LOW SWEE LEE CORINNE
89 JALAN MAS PUTEH
SINGAPORE,  128662
SINGAPORE

LOW, WOON CHAN
BLOCK 725 ANG MO KIO AVE 6
#08-4140
SINGAPORE,  560725
SINGAPORE

MIN, KONG CHEE
423 HORIZON GARDENS
ANG MO KIO AVE 2
SINGAPORE,  567867
SINGAPORE

MIN, WONG KOON
BLK 14 UPPER BOON KENG ROAD #19-955
SINGAPORE,  380014
SINGAPORE

MOI, KHOA CHOON
51 SIANG KUANG AVE
SINGAPORE,  348014
SINGAPORE

MUI, LAW SIEW
50 CHOA CHU KANG NORTH 7
REGENT GROVE, TOWER A #08-07
SINGAPORE,  689527
SINGAPORE

MUN, MICHAEL LEE HING
482A EAST COAST ROAD
SINGAPORE,  429051
SINGAPORE

NG KOK KWANG, ALAN
ALAN NY
BLOCK 9, TOH YI DRIVE, #07-327
SINGAPORE,  590009
SINGAPORE

NGEE, CHUA KOON
18 SIGLAP ROAD
SINGAPORE,  455852
SINGAPORE

NGEE, LEE AH
3 FLORISSA PARK SINGAPORE 789586
SINGAPORE,  789586
SINGAPORE

NICHOLAS, CHEOK BOON TIONG
9 RIVERIA DRIVE #06-03
RIVIERA RESIDENCES
SINGAPORE,  467202
SINGAPORE

PEK, SIA CHENG
9, SIMEI ST. 4 # 08-04
SIMEI GREEN,  529865
SINGAPORE

Debtor: LEHMAN BROTHERS INC., et al.
Case #: 08-01420 (JMP) SIPA

Notices mailed by: November 20, 2013

NOTICE OF HEARING ON TRUSTEE'S ONE HUNDRED SIXTY-THIRD
OMNIBUS OBJECTION TO GENERAL CREDITOR CLAIMS
(NO LIABILITY CLAIMS)

PENG, NG CHEE
23 HUME AVENUE #05-05
HUME PARK 2
SINGAPORE, 598729
SINGAPORE

QUEK, RICHARD
BLOCK 194 #06-537
BISHAN ST 13
SINGAPORE, 570194
SINGAPORE

RANGACHARI, BASKER
BLOCK 119 BISHAN STREET 12
# 13 - 61
SINGAPORE, 570119
SINGAPORE

RASU, GOVINDAR
S/O VADI VELOO
5000L, MARINE PARADE RD. #10-51
SINGAPORE, 449293
SINGAPORE

SENG, PNG HOOI
14, JALAN PANTAI
PETALING JAYA 9
SELANGOR,
MALAYSIA

SIANG, SOH KIM
BLOCK 407
PANDAN GARDENS #15-44
SINGAPORE, 600407
SINGAPORE

SING, LIM KIN & / OR TAN WAN HWA
53 SPRINGLEAF AVENUE
SINGAPORE, 788465
SINGAPORE

SING, STEPHEN TEO KIAN
10 CACTUS DRIVE, GRANDE VISTA, #03-02
SINGAPORE, SD 809687
SINGAPORE

SING, STEPHEN TEO KIAN
10, CACTUS DRIVE, #03-02
SINGAPORE, 809687
SINGAPORE

SINGAPORE CREDIT CO-OPERATIVES LEAGUE
LTD
DONALD SNG
BLOCK 1 JALAN BUKIT MERAH #01-4532
SINGAPORE, 150001
SINGAPORE

SINGAPORE LIFE CHURCH HOLDINGS PTE LTD
144 PRINSEP STREET
SINGAPORE, 188657
SINGAPORE

SINNATHAMBY, RAJENDRAN
13 ALMOND STREET
SINGAPORE, 677855
SINGAPORE

SON, CHEW HO
BLOCK 230, JURONG EAST ST 21
#16-681 SINGAPORE
SINGAPORE, 600230
SINGAPORE

SONG, YEW SUNG
BLK 238 #06-99
BUKIT PANJANG RING RD
SINGAPORE, 670238
SINGAPORE

TAN SIENG KERN, TAN WEE TIONG, TAN WEE
BENG
51 SIANG KUANG AVE
SINGAPORE, 348014
SINGAPORE

TAN, IRENE WAH CHIN
BLK 134 RIVERVALE STREET #16-712
SINGAPORE, 540134
SINGAPORE

TAN, KAELING
NO1, CAMBORNE ROAD
SINGAPORE, 299836
SINGAPORE

TAN, LENG KEAT
29 NEW UPPER CHANGI ROAD
#11-772
SINGAPORE, 464029
SINGAPORE

**Debtor: LEHMAN BROTHERS INC., et al.**
**Case #:  08-01420 (JMP) SIPA**

Notices mailed by: November 20, 2013

TAN, SIEW POH
32 BUKIT BATOK
STREET 21, #14011 THE DEW
SINGAPORE,  659637
SINGAPORE

TAN, YONG HWA
BLK 103A EDGEFIELD PLAINS
#13-101
SINGAPORE,  821103
SINGAPORE

TANG, BEATRICE KC
352 BALESTIER ROAD #19-03
SINGAPORE,  329780
SINGAPORE

TAY, KWANG GEOK
11 SPRINGLEAF VIEW
SINGAPORE,  787917
SINGAPORE

THONG, CHAN SHOON, MR. OR TIN, TAN SWAT,
MADAM
BLOCK 623
BUKIT BATOK CENTRAL, #09-678
SINGAPORE,  650623
SINGAPORE

TIEW, TIONG YONG
42A WATTEN VIEW
SINGAPORE,  287171
SINGAPORE

WENDY, LEONG
57 HUME AVE #09-10
SINGAPORE,  598753
SINGAPORE

WENG, LAI KOK
BLOCK 234 ANG MO KIO
AVENUE 3 03-1142
SINGAPORE,  560234
SINGAPORE

WILSON, TAN PENG TOW
26 JALAN ARNAP
SINGAPORE,  249332
SINGAPORE

YEE, TAN CHEO
BLK 145, TOA PAYOH LORONG 2, #38-308
SINGAPORE,  310145
SINGAPORE

YEEN, WONG SAN/ YANG, MALCOLM WONG
THUEN
6 NAPLER ROAD, #0713
GUENEAGUES MEDICAL CENTER
SINGAPORE,  258499
SINGAPORE

ZHANG, YING
400 ORCHARD ROAD
#11-07
SINGAPORE,  238875
SINGAPORE

ZHI, KHO MIN
BLK 267 BISHAN ST 24 #10-156
SINGAPORE,  570267
SINGAPORE

Total Parties: 85