Barbara Hatton Decker
295 Shirley Avenue
Staten Island, New York 10312
(718 984 3640)

February 16, 2010

US Bankruptcy Court
Southern District of New York
1 Bowling Green
New York, New York 10004
Att: Judge Peck:

RE: Lehman Brothers

Dear Judge Peck:

I have a $35,000. Lehman Brothers Bond. As of this date I have not received any documents regarding this bond.

Please put me on Mail Notification regarding this case.

This Bond is being held in my Brokerage Account. They also claim they have not received any information either.

This is my retirement money.

Thank you,

Barbara Hatton Decker
Barbara Hatton Decker



RECEIVED
MAR 18 2010
U.S. BANKRUPTCY COURT, SDNY
JMP