**QUINN EMANUEL URQUHART & SULLIVAN LLP**
51 Madison Avenue, 22nd Floor
New York, New York  10010
Susheel Kirpalani
James C. Tecce
Erica P. Taggart

*Special Counsel to the Official Committee of Unsecured
Creditors of Lehman Brothers Holdings Inc., et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
| | |
|---|---|
| In re: | : **Chapter 11** |
| | : **Case No. 08-13555 (JMP)** |
| **LEHMAN BROTHERS HOLDINGS INC., et al.,** | : **Jointly Administered** |
| | : |
| Debtors. | : |
------------------------------------------------------------------------x
| | |
|---|---|
| In re: | : **SIPA Proceeding** |
| | : **Case No. 08-01420 (JMP)** |
| **LEHMAN BROTHERS INC.,** | : |
| | : |
| Debtor. | : |
------------------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

I, Christopher Clark, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that on March 18, 2010, I caused a true and correct copy, in PDF form, of the Memorandum of Law of Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al., (I) In Opposition to Motion of Barclays' Capital Inc. to Enforce Sale Order and Secure Delivery of All Undelivered Assets and (II) In Further Support of Its Motion, Pursuant to 11 U.S.C. Section 105(A), Fed. R. Civ. P. 60(B), and Fed. R. Bankr. P. 9024, for Relief From Order Under 11 U.S.C. Sections 105(A), 363, and 365 and Federal Rules of Bankruptcy Procedure 2002, 6004 and 6006 Authorizing and Approving (a) Sale of Purchased

03690.61377/3386143.1

Assets Free and Clear of Liens and Other Interests and (b) Assumption and Assignment of Executory Contracts and Unexpired Leases, Dated September 20, 2008 (And Related SIPA Sale Order) (the "Memorandum"), to be served by electronic mail to all persons and entities to have formally appeared and requested service in these cases, a complete list of the e-mail address served is attached hereto as Schedule A. Do to the voluminous size of the Appendices copies of the exhibits were provided to only those parties identified in Schedule C attached. The exhibits have been made to all other parties available upon request.

further, I certify that on March 19, 2010 I caused a true and correct copy the Memorandum to be served on the parties listed in Schedule B by place a properly addressed and stamped envelope into the care custody of United States Postal Service.

Dated: March 22, 2010
      New York, New York

                                           **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

                                           /s/ Christopher Clark

                                           51 Madison Avenue
                                           New York, New York 10010
                                           Telephone No.: (212) 849-7000
                                           Facsimile No.: (212) 849-7100

## SCHEDULE A

'richard.krasnow@weil.com'; 'lori.fife@weil.com'; 'shai.waisman@weil.com'; 'jacqueline.marcus@weil.com'; 'giddens@hugheshubbard.com'; 'kiplok@hugheshubbard.com'; 'kobak@hugheshubbard.com'; 'margolin@hugheshubbard.com'; 'ddunne@milbank.com'; 'wfoster@milbank.com'; 'dodonnell@milbank.com'; 'efleck@milbank.com'; 'paronzon@milbank.com'; 'gbray@milbank.com'; 'Robert.yalen@usdoj.gov'; 'tarbit@cftc.gov'; 'rwasserman@cftc.gov'; 'gauchb@sec.gov'; 'sharbeck@sipc.org'; 'jwang@sipc.org'; 'newyork@sec.gov'; 'bambacha@sec.gov'; 'jacobsonn@sec.gov'; 'cohena@sec.gov'; 'jbromley@cgsh.com'; 'lschweitzer@cgsh.com'; 'lgranfield@cgsh.com'; 'ctatelbaum@adorno.com'; 'adg@adorno.com'; 'mstamer@akingump.com'; 'pdublin@akingump.com'; 'mlahaie@akingump.com'; 'rajohnson@akingump.com'; 'lisa.kraidin@allenovery.com'; 'Ken.Coleman@allenovery.com'; 'daniel.guyder@allenovery.com'; 'mgreger@allenmatkins.com'; 'jtimko@allenmatkins.com'; 'rrussell@andrewskurth.com'; 's.minehan@aozorabank.co.jp'; 'k4.nomura@aozorabank.co.jp'; 'hirsch.robert@arentfox.com'; 'angelich.george@arentfox.com'; 'dowd.mary@arentfox.com'; 'scousins@armstrongteasdale.com'; 'sehlers@armstrongteasdale.com'; 'dladdin@agg.com'; 'frank.white@agg.com'; 'charlesmalloy@aporter.com'; 'jg5786@att.com'; 'neal.mann@oag.state.ny.us'; 'rbernard@bakerlaw.com'; 'dworkman@bakerlaw.com'; 'peter@bankrupt.com'; 'ffm@bostonbusinesslaw.com'; 'cbrotstein@bm.net'; 'mpucillo@bermanesq.com'; 'wzoberman@bermanesq.com'; 'aoberry@bermanesq.com'; 'davids@blbglaw.com'; 'dbarber@bsblawyers.com'; 'dbarber@bsblawyers.com'; 'jwilliamson@bsblawyers.com'; 'smulligan@bsblawyers.com'; 'jeffrey.sabin@bingham.com'; 'ronald.silverman@bingham.com'; 'steven.wilamowsky@bingham.com'; 'sabin.willett@bingham.com'; 'robert.dombroff@bingham.com'; 'steven.wilamowsky@bingham.com'; 'mark.deveno@bingham.com'; 'joshua.dorchak@bingham.com'; 'carol.weinerlevy@bingham.com'; 'raj.madan@bingham.com'; 'aeckstein@blankrome.com'; 'AMcMullen@BoultCummings.com'; 'RJones@BoultCummings.com'; 'kurt.mayr@bgllp.com'; 'notice@bkcylaw.com'; 'mgordon@briggs.com'; 'monica.lawless@brookfieldproperties.com'; 'dludman@brownconnery.com'; 'schristianson@buchalter.com'; 'christopher.schueller@bipc.com'; 'timothy.palmer@bipc.com'; 'fishere@butzel.com'; 'sidorsky@butzel.com'; 'deryck.palmer@cwt.com'; 'john.rapisardi@cwt.com'; 'george.davis@cwt.com'; 'gary.ticoll@cwt.com'; 'howard.hawkins@cwt.com'; 'ellen.halstead@cwt.com'; 'israel.dahan@cwt.com'; 'mark.ellenberg@cwt.com'; 'hanh.huynh@cwt.com'; 'jason.jurgens@cwt.com'; 'sgordon@cahill.com'; 'jlevitin@cahill.com'; 'Thomas_Noguerola@calpers.ca.gov'; 'cahn@clm.com'; 'wanda.goodloe@cbre.com'; 'dlemay@chadbourne.com'; 'hseife@chadbourne.com'; 'arosenblatt@chadbourne.com'; 'spiotto@chapman.com'; 'acker@chapman.com'; 'heiser@chapman.com'; 'lgranfield@cgsh.com'; 'lschweitzer@cgsh.com'; 'MAOFILING@CGSH.COM'; 'jennifer.demarco@cliffordchance.com'; 'Andrew.Brozman@cliffordchance.com'; 'Sara.Tapinekis@cliffordchance.com'; 'andrew.brozman@cliffordchance.com'; 'jen.premisler@cliffordchance.com'; 'psp@njlawfirm.com'; 'jwh@njlawfirm.com'; 'Lmay@coleschotz.com'; 'Jdrucker@coleschotz.com'; 'joli@crlpc.com'; 'jeff.wittig@coair.com'; 'eschwartz@contrariancapital.com'; 'mmurphy@co.sanmateo.ca.us'; 'mhopkins@cov.com'; 'dcoffino@cov.com'; 'araboy@cov.com'; 'RLevin@cravath.com'; 'RTrust@cravath.com'; 'jlipson@crockerkuno.com'; 'ttracy@crockerkuno.com'; 'judy.morse@crowedunlevy.com'; 'woconnor@crowell.com'; 'bzabarauskas@crowell.com'; 'jcarberry@cl-law.com';

'karen.wagner@dpw.com'; 'avi.gesser@dpw.com'; 'james.mcclammy@dpw.com';
'rbeacher@daypitney.com'; 'mcto@debevoise.com'; 'glenn.siegel@dechert.com';
'iva.uroic@dechert.com'; 'mmooney@deilylawfirm.com'; 'mbienenstock@dl.com'; 'jliu@dl.com';
'tkarcher@dl.com'; 'pwright@dl.com'; 'esmith@dl.com'; 'mbienenstock@dl.com';
'igoldstein@dl.com'; 'wheuer@dl.com'; 'mbienestock@dl.com'; 'igoldstein@dl.com';
'ADiamond@DiamondMcCarthy.com'; 'SLoden@DiamondMcCarthy.com';
'aaaronson@dilworthlaw.com'; 'cpappas@dilworthlaw.com'; 'timothy.brink@dlapiper.com';
'matthew.klepper@dlapiper.com'; 'thomas.califano@dlapiper.com';
'karol.denniston@dlapiper.com'; 'deborah.saltzman@dlapiper.com';
'william.m.goldman@dlapiper.com'; 'john.mcnicholas@dlapiper.com';
'schnabel.eric@dorsey.com'; 'heim.steve@dorsey.com'; 'dove.michelle@dorsey.com';
'joseph.scordato@dkib.com'; 'robert.malone@dbr.com'; 'stephanie.wickouski@dbr.com';
'kristin.going@dbr.com'; 'LJKotler@duanemorris.com'; 'tduffy@andersonkill.com';
'jim@atkinslawfirm.com'; 'sandyscafaria@eaton.com'; 'ezujkowski@emmetmarvin.com';
'aentwistle@entwistle-law.com'; 'jwhitman@entwistlelaw.com'; 'jbeemer@entwistle-law.com';
'jporter@entwistlelaw.com'; 'kkelly@ebglaw.com'; 'dtatge@ebglaw.com'; 'sgubner@ebg-law.com'; 'cweber@ebg-law.com'; 'lscarcella@farrellfritz.com'; 'shari.leventhal@ny.frb.org';
'sfelderstein@ffwplaw.com'; 'ppascuzzi@ffwplaw.com'; 'jhuh@ffwplaw.com'; 'charles@filardi-law.com'; 'pwirt@ftportfolios.com'; 'dheffer@foley.com'; 'jlee@foley.com'; 'sory@fdlaw.com';
'jhiggins@fdlaw.com'; 'ahammer@freebornpeters.com'; 'deggert@freebornpeters.com';
'peter.simmons@friedfrank.com'; 'brian.pfeiffer@friedfrank.com';
'efriedman@friedumspring.com'; 'drosenzweig@fulbright.com'; 'jmerva@fult.com';
'jmelko@gardere.com'; 'relgidely@gjb-law.com'; 'jgenovese@gjb-law.com'; 'pbattista@gjb-law.com'; 'dcimo@gjb-law.com'; 'dcrapo@gibbonslaw.com'; 'mrosenthal@gibsondunn.com';
'jweiss@gibsondunn.com'; 'aseuffert@lawpost-nyc.com'; 'tnixon@gklaw.com';
'jherzog@gklaw.com'; 'jflaxer@golenbock.com'; 'jwallack@goulstonstorrs.com';
'drosner@goulstonstorrs.com'; 'gkaden@goulstonstorrs.com';
'brian.corey@greentreecreditsolutions.coml'; 'diconzam@gtlaw.com';
'tannweiler@greerherz.com'; 'Nasreen.Bulos@dubaiic.com'; 'jschwartz@hahnhessen.com';
'jorbach@hahnhessen.com'; 'rmatzat@hahnhessen.com'; 'wbenzija@halperinlaw.net';
'jdyas@halperinlaw.net'; 'agold@herrick.com'; 'sselbst@herrick.com'; 'ramona.neal@hp.com';
'ken.higman@hp.com'; 'GGraber@HodgsonRuss.com'; 'DPiazza@HodgsonRuss.com';
'DPiazza@HodgsonRuss.com'; 'isgreene@hhlaw.com'; 'sagolden@hhlaw.com';
'dckaufman@hhlaw.com'; 'barbra.parlin@hklaw.com'; 'arthur.rosenberg@hklaw.com';
'francois.janson@hklaw.com'; 'richard.lear@hklaw.com'; 'francois.janson@hklaw.com';
'john.monaghan@hklaw.com'; 'barbra.parlin@hklaw.com'; 'eric.johnson@hro.com';
'mmendez@hunton.com'; 'rnorton@hunton.com'; 'sbernstein@hunton.com';
'keckhardt@hunton.com'; 'alesia.phinney@infospace.com'; 'cweiss@ingramllp.com';
'toby.r.rosenberg@irscounsel.treas.gov'; 'mimi.m.wong@irscounsel.treas.gov';
'dbalog@intersil.com'; 'teresa.oxford@invescoaim.com'; 'afriedman@irell.com';
'klyman@irell.com'; 'mneier@ibolaw.com'; 'fdellamore@jaspanllp.com';
'jay.hurst@oag.state.tx.us'; 'ptrostle@jenner.com'; 'dmurray@jenner.com';
'rbyman@jenner.com'; 'bspector@jsslaw.com'; 'gspilsbury@jsslaw.com';
'jowen769@yahoo.com'; 'jfox@joefoxlaw.com'; 'Joseph.Cordaro@usdoj.com';
'eli.mattioli@klgates.com'; 'elizabeth.harris@klgates.com'; 'dfriedman@kasowitz.com';
'drosner@kasowitz.com'; 'aglenn@kasowitz.com'; 'snewman@katskykorins.com';
'rchoi@kayescholer.com'; 'aalfonso@kayescholer.com'; 'rchoi@kayescholer.com';

03690.61377/3386143.1

'KDWBankruptcyDepartment@kelleydrye.com'; 'mpage@kelleydrye.com';
'icatto@kirkland.com'; 'jay@kleinsolomon.com'; 'jjureller@klestadt.com';
'michael.kim@kobrekim.com'; 'robert.henoch@kobrekim.com'; 'andrew.lourie@kobrekim.com';
'steven.perlstein@kobrekim.com'; 'ian.levy@kobrekim.com'; 'tmayer@kramerlevin.com';
'boneill@kramerlevin.com'; 'acaton@kramerlevin.com'; 'tmayer@kramerlevin.com';
'deggermann@kramerlevin.com'; 'MLandman@lcbf.com'; 'WBallaine@lcbf.com';
'SRee@lcbf.com'; 'ekbergc@lanepowell.com'; 'keith.simon@lw.com'; 'david.heller@lw.com';
'douglas.bacon@lw.com'; 'peter.gilhuly@lw.com'; 'richard.levy@lw.com';
'gabriel.delvirginia@verizon.net'; 'ezweig@optonline.com'; 'sheehan@txschoollaw.com';
'michael.bonacker@lehman.com'; 'martin.bury@lehman.com'; 'helmut.olivier@lehman.com';
'patrick.schmitzmorkramer@lehman.com'; 'christian.spieler@lehman.com'; 'wswearingen@llf-law.com'; 'sfineman@lchb.com'; 'dallas.bankruptcy@publicans.com';
'austin.bankruptcy@publicans.com'; 'awasserman@lockelord.com'; 'peisenberg@lockelord.com';
'wcurchack@loeb.com'; 'vrubinstein@loeb.com'; 'dbesikof@loeb.com'; 'loizides@loizides.com';
'Robin.Keller@Lovells.com'; 'omeca.nedd@lovells.com'; 'chris.donoho@lovells.com';
'robin.keller@lovells.com'; 'matthew.morris@lovells.com'; 'ilevee@lowenstein.com';
'krosen@lowenstein.com'; 'vdagostino@lowenstein.com'; 'metkin@lowenstein.com';
'steele@lowenstein.com'; 'twheeler@lowenstein.com'; 'jprol@lowenstein.com';
'scargill@lowenstein.com'; 'squigley@lowenstein.com'; 'mwarren@mtb.com';
'jhuggett@margolisedelstein.com'; 'fhyman@mayerbrown.com'; 'atrehan@mayerbrown.com';
'btrust@mayerbrown.com'; 'jtougas@mayerbrown.com'; 'agolianopoulos@mayerbrown.com';
'tkiriakos@mayerbrown.com'; 'mmickey@mayerbrown.com'; 'swolowitz@mayerbrown.com';
'jlamar@maynardcooper.com'; 'KReynolds@mklawnyc.com'; 'rhs@mccallaraymer.com';
'eglas@mccarter.com'; 'kmayer@mccarter.com'; 'wtaylor@mccarter.com'; 'ncoco@mwe.com';
'gravert@mwe.com'; 'phayden@mcguirewoods.com'; 'sfox@mcguirewoods.com';
'dhayes@mcguirewoods.com'; 'jmaddock@mcguirewoods.com'; 'jsheerin@mcguirewoods.com';
'jmr@msf-law.com'; 'tslome@msek.com'; 'amarder@msek.com'; 'jmazermarino@msek.com';
'harrisjm@michigan.gov'; 'michael.frege@cms-hs.com'; 'sdnyecf@dor.mo.gov';
'steve.ginther@dor.mo.gov'; 'davidwheeler@mvalaw.com'; 'Nherman@morganlewis.com';
'nissay_10259-0154@mhmjapan.com'; 'lberkoff@moritthock.com'; 'jpintarelli@mofo.com';
'lmarinuzzi@mofo.com'; 'lmarinuzzi@mofo.com'; 'twatanabe@mofo.com'; 'KOstad@mofo.com';
'TGoren@mofo.com'; 'JPintarelli@mofo.com'; 'lnashelsky@mofo.com'; 'BMiller@mofo.com';
'bankruptcy@morrisoncohen.com'; 'rmunsch@munsch.com'; 'Klippman@munsch.com';
'Millee12@nationwide.com'; 'susan.schultz@newedgegroup.com';
'ddrebsky@nixonpeabody.com'; 'adarwin@nixonpeabody.com'; 'vmilione@nixonpeabody.com';
'mberman@nixonpeabody.com'; 'vmilione@nixonpeabody.com';
'bankruptcymatters@us.nomura.com'; 'info2@normandyhill.com'; 'krubin@ozcap.com';
'crmomjian@attorneygeneral.gov'; 'MJR1@westchestergov.com'; 'jeremy.eiden@state.mn.us';
'dirk.roberts@ots.treas.gov'; 'martin.davis@ots.treas.gov'; 'akantesaria@oppenheimerfunds.com';
'akantesaria@oppenheimerfunds.com'; 'rdaversa@orrick.com'; 'crogers@orrick.com';
'crogers@orrick.com'; 'korr@orrick.com'; 'dfelder@orrick.com'; 'rfrankel@orrick.com';
'rwyron@orrick.com'; 'jguy@orrick.com'; 'dfelder@orrick.com'; 'lmcgowen@orrick.com';
'rdaversa@orrick.com'; 'crogers@orrick.com'; 'wsilverm@oshr.com'; 'pfeldman@oshr.com';
'jar@outtengolden.com'; 'rroupinian@outtengolden.com'; 'chipford@parkerpoe.com';
'dwdykhouse@pbwt.com'; 'bguiney@pbwt.com'; 'harveystrickon@paulhastings.com';
'thomaskent@paulhastings.com'; 'sshimshak@paulweiss.com'; 'ddavis@paulweiss.com';
'chammerman@paulweiss.com'; 'hweg@pwkllp.com'; 'dshemano@pwkllp.com';

03690.61377/3386143.1

'kressk@pepperlaw.com'; 'kovskyd@pepperlaw.com'; 'wisotska@pepperlaw.com';
'lawallf@pepperlaw.com'; 'meltzere@pepperlaw.com'; 'schannej@papperlaw.com';
'arlbank@pbfcm.com'; 'mpfeifer@pfeiferlaw.com'; 'jfinerty@pfeiferlaw.com';
'lwong@pferiferlaw.com'; 'jhorgan@phxa.com'; 'david.crichlow@pillsburylaw.com';
'bill.freeman@pillsburylaw.com'; 'mark.houle@pillsburylaw.com';
'patrick.potter@pillsburylaw.com'; 'splatzer@platzerlaw.com'; 'dflanigan@polsinelli.com';
'jbird@polsinelli.com'; 'cward@polsinelli.com'; 'jsmairo@pbnlaw.com';
'tjfreedman@pbnlaw.com'; 'bbisignani@postschell.com'; 'fbp@ppgms.com'; 'lml@ppgms.com';
'bpershkow@profunds.com'; 'rfleischer@pryorcashman.com'; 'mjacobs@pryorcashman.com';
'rfleischer@pryorcashman.com'; 'mjacobs@pryorcashman.com'; 'drose@pryorcashman.com';
'shumaker@pursuitpartners.com'; Susheel Kirpalani; James Tecce; Scott Shelley; Robert Dakis;
'jrabinowitz@rltlawfirm.com'; 'broy@rltlawfirm.com'; 'arahl@reedsmith.com';
'kgwynne@reedsmith.com'; 'jfalgowski@reedsmith.com'; 'clynch@reedsmith.com';
'eschaffer@reedsmith.com'; 'mvenditto@reedsmith.com'; 'jlscott@reedsmith.com';
'dgrimes@reedsmith.com'; 'rqureshi@reedsmith.com'; 'jshickich@riddellwilliams.com';
'gmoss@riemerlaw.com'; 'abraunstein@riemerlaw.com'; 'arheaume@riemerlaw.com';
'ecohen@russell.com'; 'Russj4478@aol.com'; 'mschimel@sju.edu'; 'cmontgomery@salans.com';
'lwhidden@salans.com'; 'cbelmonte@ssbb.com'; 'tbrock@ssbb.com'; 'pbosswick@ssbb.com';
'asnow@ssbb.com'; 'aisenberg@saul.com'; 'egeekie@schiffhardin.com'; 'jkehoe@sbtklaw.com';
'bhinerfeld@sbtklaw.com'; 'bdk@schlamstone.com'; 'nlepore@schnader.com';
'cohenr@sewkis.com'; 'ashmead@sewkis.com'; 'fsosnick@shearman.com';
'jgarrity@shearman.com'; 'ned.schodek@shearman.com'; 'ann.reynaud@shell.com';
'jennifer.gore@shell.com'; 'cshulman@sheppardmullin.com'; 'rreid@sheppardmullin.com';
'mcademartori@sheppardmullin.com'; 'rreid@sheppardmullin.com';
'bwolfe@sheppardmullin.com'; 'bankruptcy@goodwin.com'; 'aquale@sidley.com';
'aunger@sidley.com'; 'rfriedman@silvermanacampora.com'; 'Sally.Henry@skadden.com';
'fyates@sonnenschein.com'; 'pmaxcy@sonnenschein.com'; 'slerner@ssd.com';
'smayerson@ssd.com'; 'rterenzi@stcwlaw.com'; 'cgoldstein@stcwlaw.com';
'r.stahl@stahlzelloe.com'; 'Marc.Chait@standardchartered.com'; 'echang@steinlubin.com';
'eobrien@sbchlaw.com'; 'shgross@yahoo.com'; 'jlovi@steptoe.com'; 'lromansic@steptoe.com';
'ritkin@steptoe.com'; 'kpiper@steptoe.com'; 'ehret-vanhorn@mbaum.com'; 'cs@stevenslee.com';
'cp@stevenslee.com'; 'apo@stevenslee.com'; 'cp@stevenslee.com'; 'ppatterson@stradley.com';
'mcordone@stradley.com'; 'mdorval@stradley.com'; 'mcordone@stradley.com';
'ppatterson@stradley.com'; 'mcordone@stradley.com'; 'Landon@StreusandLandon.com';
'Villa@StreusandLandon.com'; 'Streusand@StreusandLandon.com';
'lhandelsman@stroock.com'; 'dwildes@stroock.com'; 'holsen@stroock.com';
'mspeiser@stroock.com'; 'smillman@stroock.com'; 'lacyr@sullcrom.com';
'feldsteinh@sullcrom.com'; 'paul.turner@sutherland.com'; 'mark.sherrill@sutherland.com';
'agbanknewyork@ag.tn.gov'; 'marvin.clements@ag.tn.gov'; 'ranjit.mather@bnymellon.com';
'robert.bailey@bnymellon.com'; 'mmorreale@us.mufg.jp'; 'suomi_murano@chuomitsui.jp';
'CMTB_LC11@chuomitsui.jp'; 'yamashiro@sumitomotrust.co.jp'; 'efile@willaw.com';
'ira.herman@tklaw.com'; 'demetra.liggins@tklaw.com'; 'rhett.campbell@tklaw.comp';
'mitchell.ayer@tklaw.com'; 'david.bennett@tklaw.com'; 'mbossi@thompsoncoburn.com';
'amenard@tishmanspeyer.com'; 'mbenner@tishmanspeyer.com'; 'bturk@tishmanspeyer.com';
'jchristian@tobinlaw.com'; 'oipress@travelers.com'; 'hollace.cohen@troutmansanders.com';
'lee.stremba@troutmansanders.com'; 'lee.stremba@troutmansanders.com';
'bmanne@tuckerlaw.com'; 'btupi@tuckerlaw.com'; 'mshiner@tuckerlaw.com';

'linda.boyle@twtelecom.com'; 'dlipke@vedderprice.com'; 'mjedelman@vedderprice.com'; 'easmith@venable.com'; 'sabramowitz@velaw.com'; 'jwest@velaw.com'; 'dkleiner@velaw.com'; 'jeldredge@velaw.com'; 'hsnovikoff@wlrk.com'; 'rgmason@wlrk.com'; 'jafeltman@wlrk.com'; 'arwolf@wlrk.com'; 'cbelisle@wfw.com'; 'jfreeberg@wfw.com'; 'pnichols@whitecase.com'; 'tmacwright@whitecase.com'; 'avenes@whitecase.com'; 'ehollander@whitecase.com'; 'ehollander@whitecase.com'; 'azylberberg@whitecase.com'; 'dbaumstein@whitecase.com'; 'rgraham@whitecase.com'; 'mruetzel@whitecase.com'; 'ukreppel@whitecase.com'; 'kstahl@whitecase.com'; 'tlauria@whitecase.com'; 'guzzi@whitacase.com'; 'cshore@whitecase.com'; 'lthompson@whitecase.com'; 'szuch@wiggin.com'; 'mabrams@willkie.com'; 'mfeldman@willkie.com'; 'bromano@willkie.com'; 'mabrams@willkie.com'; 'mfeldman@willkie.com'; 'rnetzer@willkie.com'; 'dkozusko@willkie.com'; 'jmcginley@wilmingtontrust.com'; 'Jbecker@wilmingtontrust.com'; 'cschreiber@winston.com'; 'dmcguire@winston.com'; 'mkjaer@winston.com'; 'dneier@winston.com'; 'dravin@wolffsamson.com'; 'rnies@wolffsamson.com'; 'jlawlor@wmd-law.com'; 'Robert.Holladay@youngwilliams.com'; 'jhellman@zeislaw.com'; 'bankr@zuckerman.com'

SCHEDULE B

United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Office Of The Attorney General Of
The State Of New York
New York Office
120 Broadway
New York, NY 10271-0332

Internal Revenue Service
Special Procedures Branch
Attn: District Director
290 Broadway
New York, NY 10007

03690.61377/3386143.1

SCHEDULE C

Hamish P. M. Hume
Jack G. Stern
Boies, Schiller & Flexner, LLP
575 Lexington Avenue
7th Floor
New York, NY 10022

Robert W. Gaffey
Jones Day
222 East 41st Street
New York, New York  10017-6702

Neil Oxford
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
 New York, New York 10004-1482

03690.61377/3386143.1