WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
**In re**                                        :    Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,     :    08-13555 (JMP)
:
Debtors.                              :    (Jointly Administered)
:
:
---------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF DEBTORS' MOTION PURSUANT TO**
**SECTIONS 105(a) AND 362 OF THE BANKRUPTCY CODE FOR AN ORDER**
**ENFORCING THE AUTOMATIC STAY AGAINST AND COMPELLING**
**PAYMENT OF POST-PETITION FUNDS BY FIRST NATIONAL BANK**

**PLEASE TAKE NOTICE** that Debtors' Motion Pursuant to Sections 105(a) and 362 of The Bankruptcy Code for an Order Enforcing the Automatic Stay Against and Compelling Payment of Post-Petition Funds by First National Bank [Docket No. 6740], is hereby withdrawn pursuant to the Stipulation, Agreement and Order between Lehman Brothers Holdings Inc. and First National Bank Regarding (1) Turnover of Post-Petition Deposits and (2) Reservation of Rights, entered by the Court on March 22, 2010 [Docket No. 7698], with full reservation of all rights and claims under said Stipulation, Agreement and Order.

Dated: March 23, 2010
    New York, New York

/s/ Richard P. Krasnow
Richard P. Krasnow

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession