**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
: 
In re                                                                            :    Chapter 11 Case No.
                                                                                     :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,        :    08-13555 (JMP)
                                                                                     :
                                  Debtors.                               :    (Jointly Administered)
                                                                                     :
-----------------------------------------------------------------x    Ref. Docket Nos. 7675, 7678, 7682, 7683

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                                 ) ss.:
COUNTY OF NEW YORK   )

CHRISTOPHER SIMCO, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 22, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Christopher Simco
Christopher Simco

Sworn to before me this
23rd day of March, 2010

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

T:\Clients\LBH\Affidavits\Transfers 7675, 7678, 7682, 7683_AFF_03-22-10.doc

# EXHIBIT "A"

```
_____
                                               |
In re                                          |    Chapter 11 Case No.
                                               |
                                               |    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,         |
                                               |    (Jointly Administered)
                                               |
            Debtors.                           |
                                               |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:                                                           PILOT INSURANCE COMPANY
                                                                  C/O AVIVA INVESTORS NORTH AMERICA, INC.
                                                                  699 WALNUT STREET, SUITE 1700
                                                                  DES MOINES IA 50309

Please note that your claim # 66055 in the above referenced case and in the amount of
        $5,000,000.00       has been transferred **(unless previously expunged by court order)**

```
    MORGAN STANLEY & CO. INCORPORATED                  MORGAN STANLEY & CO. INCORPORATED
    C/O RICHARDS KIBBE & ORBE L.L.P.                   TRANSFEROR: PILOT INSURANCE COMPANY
    ONE WORLD FINANCIAL CENTER                         1585 BROADWAY
    ATTN: MANAGING CLERK                               ATTN: JONATHAN HERRICK
    NEW YORK NY 10281-1003                             NEW YORK NY 10036
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7675       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/22/2010                            Vito Genna, Clerk of Court


                                            /s/ Christopher Simco
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 22, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

          Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   BANC OF AMERICA SECURITIES LLC
      TRANSFEROR: MERRILL LYNCH INTERNATIONAL
      214 N TRYON STREET, NC1-027-14-01
      ATTN: JON BARNES
      CHARLOTTE NC 28255
```

Please note that your claim # 59399 in the above referenced case and in the amount of
    $4,272,900.00    has been transferred **(unless previously expunged by court order)**

```
      KNIGHTHEAD MASTER FUND, L.P.
      TRANSFEROR: BANC OF AMERICA SECURITIES LLC
      C/O KNIGHTHEAD CAPITAL MANAGEMENT
      ATTN: LAURA TORRADO
      623 FIFTH AVENUE, 29TH FLOOR
      NEW YORK NY 10033
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 7678    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/22/2010                            Vito Genna, Clerk of Court

                                              /s/ Christopher Simco
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                   as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on March 22, 2010.

```
In re                                              | Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,             | 08-13555 (JMP)
                                                   |
                                                   | (Jointly Administered)
                          Debtors.                 |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   SCOTTWOOD MASTER LTD
      33 BENEDICT PLACE
      2ND FLOOR
      GREENWICH CT 06830
```

Please note that your claim # 43813 in the above referenced case and in the amount of
       $11,893,222.29         has been transferred **(unless previously expunged by court order)**

```
CITIGROUP FINANCIAL PRODUCTS INC.                    CITIGROUP FINANCIAL PRODUCTS INC.
TRANSFEROR: SCOTTWOOD MASTER LTD                     C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON
390 GREENWICH STREET, 4TH FL                         ATTN: DOUGLAS R. DAVIS
ATTN: ROHIT BANSAL                                   1285 AVENUE OF THE AMERICAS
NEW YORK NY 10013                                    NEW YORK NY 10019
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                           UNITED STATES BANKRUPTCY COURT
                           Southern District of New York
                           One Bowling Green
                           New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7682      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/22/2010                         Vito Genna, Clerk of Court


                                         /s/ Christopher Simco
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 22, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                                |
In re                                           |   Chapter 11 Case No.
                                                |
LEHMAN BROTHERS HOLDINGS INC., et al.,          |   08-13555 (JMP)
                                                |
                                                |   (Jointly Administered)
                Debtors.                        |
                                                |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
        To:   ALTMA FUND SICAV PLC IN RESPECT OF ROWAN
              SUB-FUND
              C/O SCOTTWOOD CAPITAL MANAGEMENT ADVISORS LP
              33 BENEDICT PLACE
              2ND FLOOR
              GREENWICH CT 06830
```

Please note that your claim # 43812 in the above referenced case and in the amount of
      $1,176,252.75        has been transferred **(unless previously expunged by court order)**

```
        CITIGROUP FINANCIAL PRODUCTS INC.                              CITIGROUP FINANCIAL PRODUCTS INC.
        TRANSFEROR: ALTMA FUND SICAV PLC IN RESPECT OF ROWAN SUB-FUND  C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON
        390 GREENWICH STREET, 4TH FL                                   ATTN: DOUGLAS R. DAVIS
        ATTN: ROHIT BANSAL                                             1285 AVENUE OF THE AMERICAS
        NEW YORK NY 10013                                              NEW YORK NY 10019
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                          UNITED STATES BANKRUPTCY COURT
                          Southern District of New York
                          One Bowling Green
                          New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7683        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/22/2010                              Vito Genna, Clerk of Court


                                              /s/ Christopher Simco
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 22, 2010.

# EXHIBIT "B"

```
TIME: 17:50:10                                      LEHMAN BROTHERS HOLDING INC.                                                                PAGE:    1
DATE: 03/22/10                                          CREDITOR LISTING

Name                                           Address
ALTMA FUND SICAV PLC IN RESPECT OF ROWAN       SUB-FUND C/O SCOTTWOOD CAPITAL MANAGEMENT ADVISORS LP 33 BENEDICT PLACE 2ND FLOOR GREENWICH CT 06830
BANC OF AMERICA SECURITIES LLC                 TRANSFEROR: MERRILL LYNCH INTERNATIONAL 214 N TRYON STREET, NC1-027-14-01 ATTN: JON BARNES CHARLOTTE NC 28255
CITIGROUP FINANCIAL PRODUCTS INC.              C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS INC.              TRANSFEROR: ALTMA FUND SICAV PLC IN RESPECT OF ROWAN SUB-FUND 390 GREENWICH STREET, 4TH FL ATTN: ROHIT BANSAL NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.              TRANSFEROR: SCOTTWOOD MASTER LTD 390 GREENWICH STREET, 4TH FL ATTN: ROHIT BANSAL NEW YORK NY 10013
KNIGHTHEAD MASTER FUND, L.P.                   TRANSFEROR: BANC OF AMERICA SECURITIES LLC C/O KNIGHTHEAD CAPITAL MANAGEMENT ATTN: LAURA TORRADO 623 FIFTH AVENUE, 29TH FLOOR NEW YORK
                                               C/O RICHARDS KIBBE & ORBE L.L.P. ONE WORLD FINANCIAL CENTER ATTN: MANAGING CLERK NEW YORK NY 10281-1003
MORGAN STANLEY & CO. INCORPORATED              TRANSFEROR: PILOT INSURANCE COMPANY 1585 BROADWAY ATTN: JONATHAN HERRICK NEW YORK NY 10036
MORGAN STANLEY & CO. INCORPORATED
PILOT INSURANCE COMPANY                        C/O AVIVA INVESTORS NORTH AMERICA, INC. 699 WALNUT STREET, SUITE 1700 DES MOINES IA 50309
SCOTTWOOD MASTER LTD                           33 BENEDICT PLACE 2ND FLOOR GREENWICH CT 06830

Total Number of Records Printed         10
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

# EXHIBIT "C"

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, NY 10153