BOA                    Fax 6468555732              Feb  9 2005 01:02am P005/016

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                              :
In re                                         :      Chapter 11
                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.         :      Case No. 08-13555 (JMP)
                                              :
                                              :      Jointly Administered
          Debtors                             :
------------------------------------------------------------x
                                              :
In re                                         :      Chapter 11
                                              :
LEHMAN BROTHERS HOLDINGS INC.                 :      Case No. 08-13555 (JMP)
                                              :
                                              :
          Debtor                              :
------------------------------------------------------------x

### NOTICE OF TRANSFER OF CLAIM
### PURSUANT TO RULE 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE (**Lehman Brothers Holdings Inc., Debtor,
Case No. 08-13555**) or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives
evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for
security, of the claim referenced in this evidence and notice.



|                                          |                                          |
| :--------------------------------------: | :--------------------------------------: |
| Merrill Lynch Credit Products, LLC       | Janus Capital Management LLC             |
| Name of Transferee                       | Name of Transferor                       |
| Proof of Claim Amount $153,460,243.02    | Proof of Claim No. 32618                 |

You are hereby requested to make all future payments and distributions, and to give all notices
and other communications, in respect of the Claim to the Transferee at the address below.

TRANSFEREE:  Merrill Lynch Credit Products, LLC
Address:         Attn: Gary S. Cohen/Ronal Torok
                     c/o Bank of America Merrill Lynch
                     Bank of America Tower – 3rd Floor
                     One Bryant Park
                     New York, New York 10036
                     Phone: 646-855-7450
                     Fax: 646-736-5233
                     Email: g.cohen@baml.com/ron.torok@baml.com

12933670.1

I declare under penalty of perjury that the information provided in this evidence and notice is true and correct to the best of my knowledge and belief.

**Merrill Lynch Credit Products, LLC**

By: _____                    Date: March 18, 2010

Name:    Ronald Torok
Title:      Vice President

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

## EVIDENCE OF TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, each management investment company or series thereof and advisory account as provided on Appendix 1 hereto (each a  "Seller") acting by and through JANUS CAPITAL MANAGEMENT LLC, a Delaware limited liability company, acting as agent and investment adviser and not in its individual capacity, hereby unconditionally and irrevocably sells, transfers and assigns to MERRILL LYNCH CREDIT PRODUCTS, LLC ("Purchaser") 100% of each Seller's right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. ("LBHI") (the "Debtor"), the debtor in Case No. 08-13555 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant portion of any and all proofs of claim (No. 32618) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.    Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 18th day of March, 2010.

EACH PARTY NAMED ON APPENDIX 1 ATTACHED HERETO (severally and not jointly)

By:  Janus Capital Management LLC as agent and investment advisor

By: _____
Name: Stephanie Grauerholz-Lofton
Title: Vice President

MERRILL LYNCH CREDIT PRODUCTS, LLC

By: _____
Name:  Ronald Tooob
Title:  Vice President

12762221.6

**APPENDIX 1**

**SELLERS**

| |
|---|
| JANUS FUND |
| JANUS ENTERPRISE FUND |
| JANUS RESEARCH FUND |
| JANUS OVERSEAS FUND |
| JANUS ADVISER LARGE CAP GROWTH FUND n/k/a Janus Fund |
| JANUS ADVISER MID CAP GROWTH FUND n/k/a Janus Enterprise Fund |
| JANUS ADVISER INTERNATIONAL GROWTH FUND n/k/a Janus Overseas Fund |
| JANUS ASPEN LARGE CAP GROWTH PORTFOLIO (referred to in the ISDA Master Agreement, the LBSF ISDA Proof of Claim and the LBHI Proof of Claim as LARGE CAP GROWTH PORTFOLIO) n/k/a Janus Portfolio |
| JANUS ASPEN INTERNATIONAL GROWTH PORTFOLIO (referred to in the ISDA Master Agreement, the LBSF ISDA Proof of Claim and the LBHI Proof of Claim as INTERNATIONAL GROWTH PORTFOLIO) n/k/a Overseas Portfolio |
| JANUS GLOBAL LIFE SCIENCES FUND |
| JANUS ASPEN GLOBAL LIFE SCIENCES PORTFOLIO (referred to in the ISDA Master Agreement, the LBSF ISDA Proof of Claim and the LBHI Proof of Claim as GLOBAL LIFE SCIENCES PORTFOLIO and in the ISDA Termination Agreement as GLOBAL LIFE SCIENCE PORTFOLIO) n/k/a Global Life Sciences Portfolio |
| JANUS CONTRARIAN FUND |
| JANUS ORION FUND |
| JANUS ADVISER CONTRARIAN FUND n/k/a Janus Contrarian Fund |
| JANUS ADVISER LONG/SHORT FUND n/k/a Janus Long/Short Fund |