## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS INC** | Case No. 08-13555 (JMP) Jointly Administered |
| Lehman Brothers Holdings, Inc | **Case No. 08-13555** |
| ("the Debtors") | **Claim No.: 14019** |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(2) FOR FILED CREDITOR, SUMMIT PETROLEUM LIMITED, IN THE AMOUNT OF $5,616,462.50, TO C.V.I G.V.F. (LUX) MASTER S.A.R.L.

**To Transferor:**  Summit Petroleum Limited
F/K/A Oranje-Nassau (U.K.) Limited
c/o Lisa Beckerman
Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

PLEASE TAKE NOTICE that the transfer of $5,616,462.50 of the above-captioned general unsecured claim has been transferred to:

**Transferee:**  C.V.I G.V.F. (Lux) Master S.a.r.l.
c/o CarVal Investors UK Limited
Knowle Hill Park
Farimile Lane
Cobham
Surrey KT11 2PD
United Kingdom

The evidence of transfer of claim is attached hereto. A copy of the Proof of Claim and a copy of the Claims Agent website listing the claim are attached.

If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

---

*(FOR CLERK'S OFFICE USE ONLY):*
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2010.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

                                                            _____
                                                            Deputy Clerk

7

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Ch-11 LEHMAN BROTHERS HOLDINGS, INC.<br><br>Debtor | Case No. 08-13555<br><br>Chapter 11 |

### NOTICE OF TRANSFER OF CLAIM
### PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of Summit Petroleum Limited ("Assignor") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $5,616,462.50 | 14019 |

have been transferred and assigned to CVI GVF (Lux) Master S.a.r.l. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: CVI GVF (Lux) Master S.a.r.l.
Address:   c/o CarVal Investors UK Limited
           Knowle Hill Park
           Fairmile Lane
           Cobham
           Surrey KT11 2PD
           United Kingdom

ASSIGNOR: Summit Petroleum Limited
Address:  F/K/A Oranje-Nassau (U.K.) Limited
          c/o Lisa Beckerman
          Akin Gump Strauss Hauer & Feld, LLP
          New York, NY 10036

Signature: _____
Name:  DAVID SHORT
Title: OPERATIONS MANAGER
Date:  _____

Signature: 木村達三郎
Name:  TATSUSABURO KIMURA
Title: CFO
Date:  02/03/2010

# PROOF OF CLAIM

| United States Bankruptcy Court/Southern District of New York | |
|---|---|
| Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | |
| In Re:<br>Lehman Brothers Holdings Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |
| Name of Debtor Against Which Claim is Held<br>LEHMAN BROTHERS HOLDINGS INC. | Case No. of Debtor<br>08-13555 (JMP) |

UNIQUE IDENTIFICATION NUMBER: 1000196800

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
LBH (MERGE2, DBF, SCHED_NO) SCHEDULE #: 1000196800******
SUMMIT PETROLEUM LIMITED
F/K/A ORANJE-NASSAU (U.K.) LIMITED
C/O Lisa Beckerman
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
Telephone number: (212) 872-8012     Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:**
_____
(If known)

Filed on: _____

**NOTICE OF SCHEDULED CLAIM:**
Your Claim is scheduled by the indicated Debtor as:

SCHEDULE G – EXECUTORY CONTRACT OR UNEXPIRED LEASE

DESCRIPTION:
DERIVATIVE MASTER ACCOUNT NUMBER 011405ARPT

Name and address where payment should be sent (if different from above)
Oranje-Nassau Energie B.V.
Rembrandt Tower, 22nd Floo
Amsterdam, The Netherlands
P.O. Box 95105, 1090 HC Amsterdam
The Netherlands
Telephone number: +31(0) 20 5677111    Email Address:
One_Secretariaat@Oranje-Nassau.com

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ 5,616,462.50
If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. § 503(b)(9), complete Item 6.
☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☒ Check this box if all or part of your claim is based on a Guarantee.*
**\*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO** http://www.lehman-claims.com **AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.**

☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if a claim is based on a Derivative Contract or Guarantee.

2. **Basis for Claim:** Guarantee
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff:    ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe: _____
Value of Property: $ _____    Annual Interest Rate ____ %
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$ _____    Basis for perfection: _____

Amount of Secured Claim: $ _____    Amount Unsecured: $ _____

6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. § 503(b)(9): $ _____
(See instruction #6 on reverse side.)

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. **Documents:** Attach redacted copies of any itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See instruction 8 and definition of "redacted" on reverse side.) If the documents are not available, please explain: If the documents are voluminous, attach a summary.

**DO NOT SEND ORIGINAL DOCUMENT**. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

Date: 10/09/09
Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.
Mr. T. Kimura (CCO – Corporate Coordination Officer) and Mr. Ken Lee (Financial Controller)

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)    0000014019

5. **Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**Amount entitled to priority:**
$ _____

**FOR COURT USE ONLY**

FILED / RECEIVED
SEP 16 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Search Claims                                                                                                                      Page 1 of 1

Claim Question? Call: 646 282 2400                                                                                                        Guest

**epiq** SYSTEMS   debtorMatrix                                          Lehman Brothers Holdings Inc. (Chapter 11)
                                                                         Change Client

Client Home    Claims    Docket    Key Documents

Home » Search Claims                                                                                         Bookmark this Page

# Search Claims

**Criteria**

| Claim Number | Creditor Name | | Scope |
|---|---|---|---|
| 14019 | Name Starts With | | Claims and schedules |

| Schedule Number | Amount | | |
|---|---|---|---|
| | Total Claim Value | Equals | |

**Claim Date Range**
___ to ___

**Debtor**

Order By: Creditor Name         Results Per Page: 50

**Results**
Expand All

[1] Page 1 of 1 - 01 total items

| Claim # | Schedule # | Creditor Name | Date | Total Claim Value | |
|---|---|---|---|---|---|
| 14019 | | SUMMIT PETROLEUM LIMITED<br>F/K/A ORANJE-NASSAU (U.K.) LIMITED<br>C/O LISA BECKERMAN<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>NEW YORK, NY 10036<br><br>Debtor: Lehman Brothers Holdings Inc. | 9/16/2009<br>Claimed Unsecured: | $5,616,462.50<br>$5,616,462.50 | Image |

[1] Page 1 of 1 - 01 total items

COMPANY INFORMATION | SERVICES | FORMS | CORPORATE | HOME | CONTACT | SUBSCRIBE | SITE MAP | DISCLAIMER | TERMS OF USE | PRIVACY STATEMENT | SAFE HARBOR | RSS FEEDS
© Epiq Systems, Inc. All Rights Reserved.