WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Diane Harvey

Attorneys for Debtors
and Debtors in Possession



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                            :
                                                                 :
LEHMAN BROTHERS HOLDINGS INC.        :        Chapter 11 Case No. 08-13555 (JMP)
                                                                 :
         Debtors.                                                :
                                                                 :
-----------------------------------------------------------------x

## MOTION FOR ADMISSION PRO HAC VICE

Christopher J. Cox, a member in good standing of the bar of the State of California, the United States District Court for the Eastern District of Texas, the United States District Court for the Northern District of California, the United States District Court for the Southern District of California, the United States District Court for the Eastern District of California, the United States District Court for the Central District of California, the United States Supreme Court, and the United States Court of Appeals for the Federal Circuit, requests admission, *pro hac vice*, before the Honorable James M. Peck, to represent Lehman Brothers Holdings Inc., debtors and debtors in possession in the above referenced proceeding

Mailing address: 201 Redwood Shores Parkway, Redwood Shores, California 94065; email address: chris.cox@weil.com; telephone number (650) 802-3000.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: Redwood Shores, California
       March 22, 2010

                                         */s/ Christopher J. Cox*
                                         Christopher J. Cox

                                         WEIL, GOTSHAL & MANGES LLP
                                         201 Redwood Shore Parkway
                                         Redwood Shores, California 94065
                                         Telephone: (650) 802-3000
                                         Facsimile: (650) 802-3100