Douglas R. Davis
Rebecca R. Zubaty
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Attorneys for Citigroup Financial Products Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC. | Case No. 08-13555 |
| | (Jointly Administered) |
| Debtor. | **Ref. No. 7396** |

## NOTICE OF WITHDRAWAL OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

**PLEASE TAKE NOTICE** that Citigroup Financial Products Inc., by and through its undersigned counsel, hereby withdraws the *Partial Transfer of Claim other than for Security* [Docket No. 7396], dated March 3, 2010, filed in reference to Claim No. 55408, and served on the Debtor and the Debtor's claims and noticing agent.

Dated: New York, New York
       March 24, 2010

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By:   /s/ Douglas R. Davis
      Douglas R. Davis
      (ddavis@paulweiss.com)
      Rebecca R. Zubaty
      (rzubaty@paulweiss.com)
      1285 Avenue of the Americas
      New York, New York 10019-6064
      Telephone: (212) 373-3000
      Facsimile: (212) 757-3990

*Attorneys for Citigroup Financial Products Inc.*

Doc#: US1:6107276v1