UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Lehman Brothers Holdings Inc., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(2)

Please take notice that a claim (the "Claim") has been filed in this case or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Fed. R. Bankr. P. 3001(e)(2) of the transfer, other than for security, of the claim referenced in this notice and evidence of transfer.

Ingram Pension Plan /
NY Life Co.TTEE Ingram Industries Retirement Plan
Name of Transferee

Lehman Brothers Alpha Transport Fund, SPC
Name of Transferor

Name and Address where notices to transferee should be sent:

Ingram Industries Inc.
4400 Harding Road
Nashville, Tennessee 37205
Attn: Jeff Belser

Court Claim # (if known): 24608
Amount of Claim: $128,547.88
Date Claim Filed: 9/21/2009

Phone: (615) 298-7595
Email: jeff.belser@ingram.com
Last Four Digits of Acct #: N/A

Phone: (212) 476-5900
Email: hedgefundclientservice@nb.com
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Same as above

I declare under penalty of perjury that the information provided in this evidence and notice is true and correct to the best of my knowledge and belief.

By: /s/ Jeff Belser
Name: Jeff Belser
Title: Vice President & Treasurer

Date: December 24, 2009

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Lehman Brothers Holdings Inc., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 24608 was filed or deemed filed under 11 U.S.C. § 1111(a) in the case of Lehman Brothers Holdings, Inc. by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on March 24, 2010.

| | |
|---|---|
| Lehman Brothers Alpha Transport Fund, SPC | Ingram Pension Plan / NY Life Co. TTEE Ingram Industries Retirement Plan |
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor: | Address of Transferee: |
| Lehman Brothers Alpha Transport Fund, SPC c/o NB Alternative Investment Management LLC 605 Third Avenue, 22nd Floor New York, New York 10158 Attn: Legal Department | Ingram Industries Inc. 4400 Harding Road Nashville, Tennessee 37205 Attn: Jeff Belser |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

_____
**CLERK OF THE COURT**

## EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

TO:   Lehman Brothers Holdings, Inc., Case No. 08-13555 (JMP) ("**Debtor**")
      Attn: Lehman Brothers Holdings Claims Processing Center
      c/o Epiq Bankruptcy Solutions, LLC
      FDR Station, P.O. Box 5076
      New York, New York 10150-5076

DATE: December 24, 2009

Claim #: 24608

LEHMAN BROTHERS ALPHA TRANSPORT FUND, SPC, c/o NB Alternative Investment Management LLC, located at 605 Third Avenue, 22nd Floor, New York, New York 10158, acting in respect of its Segregated Portfolio (Agg Plus/Div Arb - September 2007) ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign to INGRAM PENSION PLAN / NY LIFE CO. TTEE INGRAM INDUSTRIES RETIREMENT PLAN, its successors and assigns ("Transferee"), located at 4400 Harding Road, Nashville, Tennessee 37205, all rights, title and interest in and to the claim of Transferor against LEHMAN BROTHERS HOLDINGS, INC. in the amount of $128,547.88, docketed as Claim No. 24608 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (Jointly Administered).

Transferor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and assignment of the Claim as an unconditional transfer and assignment and Transferee herein as the valid owner of the Claim.

You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect of the Claim to Transferee.

IN WITNESS WHEREOF, dated as of the 24 day of December, 2009.

WITNESS:                                    LEHMAN BROTHERS ALPHA
                                            TRANSPORT FUND, SPC
                                            c/o NB Alternative Investment Management
                                            LLC

_____
(Signature)                                 By: _____
                                            (Signature of authorized corporate officer)

Name: Yonah Feder
Title: Assistant Vice President             Name: Heather Zuckerman
(Print name and title of witness)           Title: Director
                                            Tel: 212-476-9000

- 2 -

WITNESS:

*(Signature)* Eleanor G. McDonald
(Signature)

Name: Eleanor G. McDonald
Title: VP & Asst. General Counsel
(Print name and title of witness)

INGRAM PENSION PLAN / NY LIFE CO.
TTEE INGRAM INDUSTRIES
RETIREMENT PLAN

By: *(Signature)*
(Signature of authorized corporate officer)

Name: Jeffrey K. Belser
Title: VP & Treasurer
Tel: 615-298-7595