UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Lehman Brothers Holdings Inc., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(2)

Please take notice that a claim (the "Claim") has been filed in this case or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Fed. R. Bankr. P. 3001(e)(2) of the transfer, other than for security, of the claim referenced in this notice and evidence of transfer.

Lehman Brothers Offshore Partners Ltd.
Name of Transferee

Name and Address where notices to transferee should be sent:

Lehman Brothers Offshore Partners Ltd.
1271 Avenue of the Americas, 38th Floor
New York, New York 10020
Attn: Ashvin Rao

Phone: (646) 285-9826
Email: ashvin.rao@lehmanholdings.com
Last Four Digits of Acct #: N/A

Lehman Brothers Alpha Transport Fund, SPC
Name of Transferor

Court Claim # (if known): 24611
Amount of Claim: $14,531.86
Date Claim Filed: 9/21/2009

Phone: (212) 476-5900
Email: hedgefundclientservice@nb.com
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Same as above

I declare under penalty of perjury that the information provided in this evidence and notice is true and correct to the best of my knowledge and belief.

By: /s/ Ashvin Rao                                    Date: March 3, 2010
Name: Ashvin Rao
Title: Vice President

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: </br></br> Lehman Brothers Holdings Inc., et al., </br></br> Debtors. | Chapter 11 </br></br> Case No. 08-13555 (JMP) </br></br> (Jointly Administered) |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 24611 was filed or deemed filed under 11 U.S.C. § 1111(a) in the case of Lehman Brothers Special Financing Inc. by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on March 24, 2010.

Lehman Brothers Alpha Transport Fund, SPC
Name of Alleged Transferor

Lehman Brothers Offshore Partners Ltd.
Name of Transferee

Address of Alleged Transferor:

Address of Transferee:

Lehman Brothers Alpha Transport Fund, SPC
c/o NB Alternative Investment Management LLC
605 Third Avenue, 22nd Floor
New York, New York 10158
Attn: Legal Department

Lehman Brothers Offshore Partners Ltd.
1271 Avenue of the Americas, 38th Floor
New York, New York 10020
Attn: Ashvin Rao

~DEADLINE TO OBJECT TO TRANSFER~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

_____
**CLERK OF THE COURT**

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

TO: Lehman Brothers Special Financing Inc., Case No. 08-13888 (JMP) ("**Debtor**")
Attn: Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, New York 10150-5076

DATE: March 3, 2010

Claim #: 24611

LEHMAN BROTHERS ALPHA TRANSPORT FUND, SPC, c/o NB Alternative Investment Management LLC, located at 605 Third Avenue, 22nd Floor, New York, New York 10158, acting in respect of its Segregated Portfolio (Agg Plus/Div Arb II - December 2006) ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign to LEHMAN BROTHERS OFFSHORE PARTNERS LTD., its successors and assigns ("Transferee"), located at 1271 Avenue of the Americas, 38th Floor, New York, New York 10020, all rights, title and interest in and to the claim of Transferor against LEHMAN BROTHERS SPECIAL FINANCING INC. in the amount of $14,531.86, docketed as Claim No. 24611 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (Jointly Administered).

Transferor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and assignment of the Claim as an unconditional transfer and assignment and Transferee herein as the valid owner of the Claim.

You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect of the Claim to Transferee.

IN WITNESS WHEREOF, dated as of the 3rd day of March, 2010.

WITNESS:

_____
(Signature)

Name: Yonah Feder
Title: Assistant Vice President
(Print name and title of witness)

LEHMAN BROTHERS ALPHA
TRANSPORT FUND, SPC
c/o NB Alternative Investment Management LLC

By: _____
(Signature of authorized corporate officer)

Name: Heather Zuckerman
Title: Director
Tel: 212-476-9000

`
`

- 2 -

| WITNESS: | LEHMAN BROTHERS OFFSHORE PARTNERS LTD. |
|---|---|
| _[signature]_ | By: _[signature]_ |
| (Signature) | (Signature of authorized corporate officer) |
| Name: PATRICK LEONARD | Name: ASHTVIN RAO |
| Title: | Title: VICE PRESIDENT |
| (Print name and title of witness) | Tel: 046-285-9826 |