IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   Case No. 08-13555 (JMP)
Debtors.
------------------------------------------------------------x
In re
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   Case No. 09 – cv – 09140 (DLC)
Debtors.
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/10

### STIPULATION DISMISSING APPEAL

WHEREAS, DnB NOR Bank ASA ("DnB NOR") initiated the above-captioned appeal (the "Appeal") by filing a notice of appeal in the United States Bankruptcy Court for the Southern District of New York, case no. 08-13555 (JMP), on October 5, 2009.

NOW, THEREFORE, appellant DnB NOR, appellee Lehman Brothers Holdings Inc. and appellee the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., by and through their undersigned counsel, agree and stipulate that the Appeal is dismissed with prejudice and without costs to any of the parties hereto.

So ordered.
/s/ Denise Cote
March 24, 2010

Dated: New York, New York
March 22, 2010

WEIL, GOTSHAL & MANGES LLP

By: /s/ Richard P. Krasnow
Richard P. Krasnow
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for the Debtors and
Debtors in Possession


Dated: New York, New York
March __, 2010

MILBANK, TWEED, HADLEY & McCLOY LLP

By: _____
Dennis F. Dunne
Dennis C. O'Donnell
Evan R. Fleck
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

Attorneys for the Official Committee of
Unsecured Creditors

Dated: New York, New York
March __, 2010

                                        WEIL, GOTSHAL & MANGES LLP

By: _____
      Richard P. Krasnow
      767 Fifth Avenue
      New York, New York 10153
      Telephone: (212) 310-8000
      Facsimile: (212) 310-8007

      Attorneys for the Debtors and
      Debtors in Possession


Dated: New York, New York
March 22, 2010

                                        MILBANK, TWEED, HADLEY & McCLOY LLP

By: *Evan R Fleck* /sb
      Dennis F. Dunne
      Dennis C. O'Donnell
      Evan R. Fleck
      1 Chase Manhattan Plaza
      New York, New York 10005
      Telephone: (212) 530-5000
      Facsimile: (212) 530-5219

      Attorneys for the Official Committee of
      Unsecured Creditors

Dated: New York, New York
March 23, 2010

WHITE & CASE LLP

By: _____
J. Christopher Shore
Philip John Nichols
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113

Attorneys for DnB NOR Bank ASA


SO ORDERED this ___ day of March, 2010

_____
UNITED STATES DISTRICT JUDGE