| Issuer name | MFL Fees | M&C Fees | Terminated | Liquidated |
|---|---:|---:|:---:|:---:|
| 801 Grand CDO SPC | $ 26,717.55 | $ 17,083.73 | | |
|   801 GRAND CDO SPC SERIES 2006-1 | | | Y | Y |
|   801 GRAND CDO SPC SERIES 2006-2 | | | Y | Y |
| Penn's Landing CDO SPC | $ 27,126.82 | $ 480.09 | Y | Y |
| Securitized Product of Restructured Collateral Limited SPC | $ 27,947.36 | $ 38,770.20 | | |
|   SEGREGATED PORTFOLIO SPRC D-FORCE LLC SERIES 2007-1 | | | Y | N |
|   SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD SPC - SERIES 2007-1 FEDERATION A1 | | | Y | Y |
|   SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD SPC - SERIES 2007-1 FEDERATION A2 | | | Y | Y |
|   THE SERIES 2007-1 TABXSPOKE SEGREGATED PORTFOLIO - | | | Y | N |
| Copper Creek CDO SPC | $ 26,107.08 | $ 2,577.71 | Y | Y |
| Lakeview CDO SPC | $ 26,435.33 | $ 10,107.49 | | |
|   LAKEVIEW CDO 2007-2 | | | Y | Y |
|   LAKEVIEW CDO SPC 2007-1 | | | Y | Y |
|   LAKEVIEW CDO SPC 2007-3 | | | Y | Y |
|   LAKEVIEW CDO SPC SERIES 2007-4 SEGREGATED PORTFOLIO | | | Y | |
| Alta CDO SPC | $ 28,957.08 | $ 8,699.83 | | |
|   ALTA CDO 2007-1 LTD | | | Y | N |
|   ALTA CDO SPC SERIES 2007-2 SEGREGATED PORTFOLIO | | | Y | Y |
| Greystone CDO SPC | $ 26,253.86 | $ 6,113.49 | | |
|   GREYSTONE CDO LIMITED SPC SERIES 2006-1 | | | Y | Y |
|   GREYSTONE CDO LIMITED SPC SERIES 2006-2 | | | Y | Y |
|   GREYSTONE CDO LIMITED SPC SERIES 2006-3 | | | Y | N |
|   GREYSTONE CDO SPC SERIES 2008-4 SEGREGATED PORTFOLIO | | | Y | N |
| Cherry Hill CDO SPC | $ 26,551.82 | $ - | | |
|   CHERRY HILL CDO SPC 2007-1 | | | Y | Y |
|   CHERRY HILL CDO SPC 2007-2 | | | Y | Y |
| Pantera Vive CDO SPC | $ 22,665.86 | $ - | Y | Y |
| Stowe CDO SPC | $ 28,149.32 | $ 15,981.55 | | |
|   STOWE CDO LIMITED SPC SERIES 2006-1 | | | Y | Y |
|   STOWE CDO SPC SERIES 2008-1 SEGREGATED PORTFOLIO | | | Y | N |
|   STOWE CDO SPC SERIES 2008-2A SEGREGATED PORTFOLIO | | | Y | Y |
| Solar V CDO SPC | $ 26,104.27 | $ - | Y | Y |
| Barton Springs CDO SPC | $ 23,615.23 | $ - | | |
|   BARTON SPRINGS CDO LIMITED SPC SERIES 2005-1 | | | Y | Y |
|   BARTON SPRINGS CDO LIMITED SPC SERIES 2005-2 | | | Y | Y |
| Fullerton Drive CDO Limited | $ 19,610.21 | $ - | Y | Y |
| Stony Hill CDO SPC | $ 22,936.43 | $ - | N | N |
| Jefferson Valley CDO SPC | $ 22,616.77 | $ - | Y | Y |
| Tavares Square CDO Limited | $ 19,358.32 | $ - | Y | Y |
| Tradewinds II CDO SPC | $ 22,179.27 | $ - | Y | N |
| Vox Place CDO Limited | $ 19,357.67 | $ - | Y | Y |
| Blue Point CDO SPC | $ 23,617.29 | $ 2,399.09 | | |
|   BLUE POINT CDO LIMITED SPC SERIES 2005-1 | | | Y | Y |
|   BLUE POINT CDO LIMITED SPC SERIES 2005-2 | | | Y | Y |
| Freedom Park CDO Series 2005-1 Limited | $ 12,481.38 | $ - | Y | Y |
| Sunset Park CDO Limited SPC | $ 27,947.17 | $ - | | |
| Sunset Park CDO-M Limited SPC | $ 23,223.01 | $ - | | |
|   SUNSET PARK CDO LIMITED SPC SERIES 2004-1 | | | Y | Y |
|   SUNSET PARK CDO LIMITED SPC SERIES 2004-2 | | | Y | Y |
|   SUNSET PARK CDO LIMITED SPC SERIES 2004-4 | | | Y | Y |
|   SUNSET PARK CDO LIMITED SPC SERIES 2005-3 | | | Y | Y |
|   SUNSET PARK CDO LIMITED SPC SERIES 2005-5 | | | Y | Y |
| Sunset Park CDO Series 2005-6 Limited | $ 13,118.77 | $ - | Y | Y |
| Kings River Limited | $ 19,244.14 | $ - | N | N |
| Robania CDO Limited | $ 8,561.43 | $ - | Y | Y |
| Taylor Creek Limited | $ 16,036.88 | $ 1,028.52 | Y | Y |
| **Total** | **$ 586,920** | **$ 103,242** | | |