**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------x

|  |  |  |
|---|---|---|
|  | : |  |
| In re | : | **Chapter 11 Case No.** |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
|  | : |  |
| Debtors. | : | **(Jointly Administered)** |
|  | : |  |

-----------------------------------------------------------------------x   **Ref. Docket No. 7747**

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK      )
                                          ) ss.:
COUNTY OF NEW YORK   )

ELENI MANNERS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 23, 2010, I caused to be served the "Notice of Presentment of Omnibus Stipulation, Agreement, and Order between BNC Mortgage LLC and U.S. Bank National Association, as Trustee, Providing for Relief from the Automatic Stay with Regard to Certain Real Property," dated March 23, 2010 [Docket No. 7747], by causing true and correct copies to be:

    a)  delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,
    b)  delivered via facsimile to those parties listed on the annexed <u>Exhibit B</u>, and
    c)  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit C</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                              /s/ Eleni Manners
Sworn to before me this                          Eleni Manners
24th day of March, 2010
/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

T:\Clients\LBH\Affidavits\NOP of Omni Stip Re BNC Mortgage_ DI 7747_Aff_3-23-10.doc

# EXHIBIT A

**MSL Email Service List**

aaaronson@dilworthlaw.com

aalfonso@kayescholer.com

abraunstein@riemerlaw.com

acaton@kramerlevin.com

acker@chapman.com

adarwin@nixonpeabody.com

adg@adorno.com

adiamond@diamondmccarthy.com

aeckstein@blankrome.com

aentwistle@entwistle-law.com

afriedman@irell.com

agbanknewyork@ag.tn.gov

aglenn@kasowitz.com

agold@herrick.com

agolianopoulos@mayerbrown.com

ahammer@freebornpeters.com

aisenberg@saul.com

akantesaria@oppenheimerfunds.com

alesia.pinney@infospace.com

amarder@msek.com

amcmullen@boultcummings.com

amenard@tishmanspeyer.com

andrew.brozman@cliffordchance.com

andrew.lourie@kobrekim.com

angelich.george@arentfox.com

ann.reynaud@shell.com

anthony_boccanfuso@aporter.com

aoberry@bermanesq.com

apo@stevenslee.com

aquale@sidley.com

araboy@cov.com

arahl@reedsmith.com

arheaume@riemerlaw.com

arlbank@pbfcm.com

arosenblatt@chadbourne.com

arthur.rosenberg@hklaw.com

arwolf@wlrk.com

aseuffert@lawpost-nyc.com

ashmead@sewkis.com

asnow@ssbb.com

atrehan@mayerbrown.com

aunger@sidley.com

austin.bankruptcy@publicans.com

avenes@whitecase.com

avi.gesser@dpw.com

awasserman@lockelord.com

azylberberg@whitecase.com

bankr@zuckerman.com

bankruptcy@goodwin.com

bankruptcy@morrisoncohen.com

**MSL Email Service List**

| | |
|---|---|
| bankruptcymatters@us.nomura.com | cbrotstein@bm.net |
| barbra.parlin@hklaw.com | cgoldstein@stcwlaw.com |
| bbisignani@postschell.com | chammerman@paulweiss.com |
| bdk@schlamstone.com | charles@filardi-law.com |
| bguiney@pbwt.com | charles_malloy@aporter.com |
| bhinerfeld@sbtklaw.com | chipford@parkerpoe.com |
| bill.freeman@pillsburylaw.com | chris.donoho@lovells.com |
| bmanne@tuckerlaw.com | clynch@reedsmith.com |
| bmiller@mofo.com | cmontgomery@salans.com |
| boneill@kramerlevin.com | cmtb_lc11@chuomitsui.jp |
| bpershkow@profunds.com | cohenr@sewkis.com |
| brian.corey@greentreecreditsolutions.com | cp@stevenslee.com |
| bromano@willkie.com | cpappas@dilworthlaw.com |
| broy@rltlawfirm.com | crmomjian@attorneygeneral.gov |
| bspector@jsslaw.com | crogers@orrick.com |
| btrust@mayerbrown.com | cs@stevenslee.com |
| btupi@tuckerlaw.com | cschreiber@winston.com |
| bturk@tishmanspeyer.com | cshore@whitecase.com |
| bwolfe@sheppardmullin.com | cshulman@sheppardmullin.com |
| bzabarauskas@crowell.com | ctatelbaum@adorno.com |
| cahn@clm.com | cward@polsinelli.com |
| canelas@pursuitpartners.com | cweber@ebg-law.com |
| carol.weinerlevy@bingham.com | cweiss@ingramllp.com |
| cbelisle@wfw.com | dallas.bankruptcy@publicans.com |
| cbelmonte@ssbb.com | daniel.guyder@allenovery.com |

2

**MSL Email Service List**

| | |
|---|---|
| dave.davis@isgria.com | dhayes@mcguirewoods.com |
| david.bennett@tklaw.com | dheffer@foley.com |
| david.crichlow@pillsburylaw.com | diconzam@gtlaw.com |
| david.heller@lw.com | dirk.roberts@ots.treas.gov |
| davids@blbglaw.com | dkleiner@velaw.com |
| davidwheeler@mvalaw.com | dkozusko@willkie.com |
| dbalog@intersil.com | dladdin@agg.com |
| dbarber@bsblawyers.com | dlemay@chadbourne.com |
| dbaumstein@whitecase.com | dlipke@vedderprice.com |
| dbesikof@loeb.com | dludman@brownconnery.com |
| dcimo@gjb-law.com | dmcguire@winston.com |
| dckaufman@hhlaw.com | dmurray@jenner.com |
| dcoffino@cov.com | dneier@winston.com |
| dcrapo@gibbonslaw.com | dodonnell@milbank.com |
| ddavis@paulweiss.com | douglas.bacon@lw.com |
| ddrebsky@nixonpeabody.com | dove.michelle@dorsey.com |
| ddunne@milbank.com | dowd.mary@arentfox.com |
| deborah.saltzman@dlapiper.com | dpiazza@hodgsonruss.com |
| deggermann@kramerlevin.com | dravin@wolffsamson.com |
| deggert@freebornpeters.com | drose@pryorcashman.com |
| demetra.liggins@tklaw.com | drosenzweig@fulbright.com |
| deryck.palmer@cwt.com | drosner@goulstonstorrs.com |
| dfelder@orrick.com | drosner@kasowitz.com |
| dflanigan@polsinelli.com | dshemano@pwkllp.com |
| dgrimes@reedsmith.com | dtatge@ebglaw.com |

3

**MSL Email Service List**

| | |
|---|---|
| dwdykhouse@pbwt.com | feldsteinh@sullcrom.com |
| dwildes@stroock.com | ffm@bostonbusinesslaw.com |
| dworkman@bakerlaw.com | fhyman@mayerbrown.com |
| easmith@venable.com | fishere@butzel.com |
| echang@steinlubin.com | francois.janson@hklaw.com |
| ecohen@russell.com | frank.white@agg.com |
| efile@willaw.com | fsosnick@shearman.com |
| efleck@milbank.com | fyates@sonnenschein.com |
| efriedman@friedumspring.com | gabriel.delvirginia@verizon.net |
| egeekie@schiffhardin.com | gbray@milbank.com |
| eglas@mccarter.com | ggraber@hodgsonruss.com |
| ehollander@whitecase.com | giddens@hugheshubbard.com |
| ehret-vanhorn@mbaum.com | gkaden@goulstonstorrs.com |
| ekbergc@lanepowell.com | glenn.siegel@dechert.com |
| eli.mattioli@klgates.com | gmoss@riemerlaw.com |
| ellen.halstead@cwt.com | gravert@mwe.com |
| eobrien@sbchlaw.com | gspilsbury@jsslaw.com |
| eric.johnson@hro.com | guzzi@whitecase.com |
| eschaffer@reedsmith.com | harrisjm@michigan.gov |
| eschwartz@contrariancapital.com | harveystrickon@paulhastings.com |
| esmith@dl.com | heim.steve@dorsey.com |
| ezujkowski@emmetmarvin.com | heiser@chapman.com |
| ezweig@optonline.net | hirsch.robert@arentfox.com |
| fbp@ppgms.com | hollace.cohen@troutmansanders.com |
| fdellamore@jaspanllp.com | holsen@stroock.com |

4

**MSL Email Service List**

| | |
|---|---|
| howard.hawkins@cwt.com | jcarberry@cl-law.com |
| hseife@chadbourne.com | jchristian@tobinlaw.com |
| hsnovikoff@wlrk.com | jdrucker@coleschotz.com |
| hweg@pwkllp.com | jdyas@halperinlaw.net |
| ian.levy@kobrekim.com | jeff.wittig@coair.com |
| icatto@kirkland.com | jeffrey.sabin@bingham.com |
| igoldstein@dl.com | jeldredge@velaw.com |
| ilevee@lowenstein.com | jen.premisler@cliffordchance.com |
| info2@normandyhill.com | jennifer.demarco@cliffordchance.com |
| ira.herman@tklaw.com | jennifer.gore@shell.com |
| isgreene@hhlaw.com | jeremy.eiden@state.mn.us |
| israel.dahan@cwt.com | jessica.fink@cwt.com |
| iva.uroic@dechert.com | jfalgowski@reedsmith.com |
| jacobsonn@sec.gov | jfinerty@pfeiferlaw.com |
| jafeltman@wlrk.com | jflaxer@golenbock.com |
| james.mcclammy@dpw.com | jfox@joefoxlaw.com |
| jamestecce@quinnemanuel.com | jfreeberg@wfw.com |
| jar@outtengolden.com | jg5786@att.com |
| jason.jurgens@cwt.com | jgarrity@shearman.com |
| jay.hurst@oag.state.tx.us | jgenovese@gjb-law.com |
| jay@kleinsolomon.com | jguy@orrick.com |
| jbecker@wilmingtontrust.com | jhellman@zeislaw.com |
| jbeemer@entwistle-law.com | jherzog@gklaw.com |
| jbird@polsinelli.com | jhiggins@fdlaw.com |
| jbromley@cgsh.com | jhorgan@phxa.com |

5

**MSL Email Service List**

jhuggett@margolisedelstein.com

jhuh@ffwplaw.com

jim@atkinslawfirm.com

jjureller@klestadt.com

jkehoe@sbtklaw.com

jlamar@maynardcooper.com

jlawlor@wmd-law.com

jlee@foley.com

jlevitin@cahill.com

jlipson@crockerkuno.com

jliu@dl.com

jlovi@steptoe.com

jlscott@reedsmith.com

jmaddock@mcguirewoods.com

jmazermarino@msek.com

jmcginley@wilmingtontrust.com

jmelko@gardere.com

jmerva@fult.com

jmr@msf-law.com

john.monaghan@hklaw.com

john.rapisardi@cwt.com

joli@crlpc.com

jorbach@hahnhessen.com

joseph.cordaro@usdoj.gov

joseph.scordato@dkib.com

joshua.dorchak@bingham.com

jowen769@yahoo.com

jpintarelli@mofo.com

jpintarelli@mofo.com

jporter@entwistle-law.com

jprol@lowenstein.com

jrabinowitz@rltlawfirm.com

jrsmith@hunton.com

jschwartz@hahnhessen.com

jsheerin@mcguirewoods.com

jshickich@riddellwilliams.com

jsmairo@pbnlaw.com

jtimko@allenmatkins.com

jtougas@mayerbrown.com

judy.morse@crowedunlevy.com

jwallack@goulstonstorrs.com

jwang@sipc.org

jweiss@gibsondunn.com

jwest@velaw.com

jwh@njlawfirm.com

jwhitman@entwistle-law.com

k4.nomura@aozorabank.co.jp

karen.wagner@dpw.com

karol.denniston@dlapiper.com

kdwbankruptcydepartment@kelleydrye.com

6

**MSL Email Service List**

| | |
|---|---|
| keckhardt@hunton.com | lee.stremba@troutmansanders.com |
| keith.simon@lw.com | lgranfield@cgsh.com |
| ken.coleman@allenovery.com | lhandelsman@stroock.com |
| ken.higman@hp.com | linda.boyle@twtelecom.com |
| kgwynne@reedsmith.com | lisa.kraidin@allenovery.com |
| kiplok@hugheshubbard.com | ljkotler@duanemorris.com |
| kkelly@ebglaw.com | lmarinuzzi@mofo.com |
| klippman@munsch.com | lmay@coleschotz.com |
| klyman@irell.com | lmcgowen@orrick.com |
| kmayer@mccarter.com | lml@ppgms.com |
| kobak@hugheshubbard.com | lnashelsky@mofo.com |
| korr@orrick.com | loizides@loizides.com |
| kostad@mofo.com | lromansic@steptoe.com |
| kovskyd@pepperlaw.com | lscarcella@farrellfritz.com |
| kpiper@steptoe.com | lschweitzer@cgsh.com |
| kressk@pepperlaw.com | lthompson@whitecase.com |
| kreynolds@mklawnyc.com | lubell@hugheshubbard.com |
| kristin.going@dbr.com | lwhidden@salans.com |
| krosen@lowenstein.com | lwong@pfeiferlaw.com |
| krubin@ozcap.com | mabrams@willkie.com |
| kurt.mayr@bgllp.com | maofiling@cgsh.com |
| lacyr@sullcrom.com | marc.chait@standardchartered.com |
| landon@streusandlandon.com | margolin@hugheshubbard.com |
| lawallf@pepperlaw.com | mark.deveno@bingham.com |
| lberkoff@moritthock.com | mark.ellenberg@cwt.com |

7

**MSL Email Service List**

| | |
|---|---|
| mark.houle@pillsburylaw.com | mjr1@westchestergov.com |
| mark.sherrill@sutherland.com | mkjaer@winston.com |
| martin.davis@ots.treas.gov | mlahaie@akingump.com |
| marvin.clements@ag.tn.gov | mlandman@lcbf.com |
| matthew.klepper@dlapiper.com | mmendez@hunton.com |
| matthew.morris@lovells.com | mmickey@mayerbrown.com |
| mbenner@tishmanspeyer.com | mmooney@deilylawfirm.com |
| mberman@nixonpeabody.com | mmorreale@us.mufg.jp |
| mbienenstock@dl.com | mmurphy@co.sanmateo.ca.us |
| mbossi@thompsoncoburn.com | mneier@ibolaw.com |
| mcademartori@sheppardmullin.com | monica.lawless@brookfieldproperties.com |
| mcordone@stradley.com | mpage@kelleydrye.com |
| mcto@debevoise.com | mpfeifer@pfeiferlaw.com |
| mdorval@stradley.com | mpucillo@bermanesq.com |
| meltzere@pepperlaw.com | mrosenthal@gibsondunn.com |
| metkin@lowenstein.com | mruetzel@whitecase.com |
| mfeldman@willkie.com | mschimel@sju.edu |
| mgordon@briggs.com | mshiner@tuckerlaw.com |
| mgreger@allenmatkins.com | mspeiser@stroock.com |
| mhopkins@cov.com | mstamer@akingump.com |
| michael.kim@kobrekim.com | mvenditto@reedsmith.com |
| mimi.m.wong@irscounsel.treas.gov | mwarren@mtb.com |
| mitchell.ayer@tklaw.com | nasreen.bulos@dubaiic.com |
| mjacobs@pryorcashman.com | ncoco@mwe.com |
| mjedelman@vedderprice.com | neal.mann@oag.state.ny.us |

**MSL Email Service List**

| | |
|---|---|
| ned.schodek@shearman.com | psp@njlawfirm.com |
| newyork@sec.gov | ptrostle@jenner.com |
| nfurman@scottwoodcapital.com | pwirt@ftportfolios.com |
| nherman@morganlewis.com | pwright@dl.com |
| nissay_10259-0154@mhmjapan.com | r.stahl@stahlzelloe.com |
| nlepore@schnader.com | raj.madan@bingham.com |
| notice@bkcylaw.com | rajohnson@akingump.com |
| oipress@travelers.com | ramona.neal@hp.com |
| omeca.nedd@lovells.com | ranjit.mather@bnymellon.com |
| paronzon@milbank.com | rbeacher@daypitney.com |
| patrick.potter@pillsburylaw.com | rbernard@bakerlaw.com |
| paul.turner@sutherland.com | rbyman@jenner.com |
| pbattista@gjb-law.com | rchoi@kayescholer.com |
| pbosswick@ssbb.com | rdaversa@orrick.com |
| pdublin@akingump.com | relgidely@gjb-law.com |
| peisenberg@lockelord.com | rfleischer@pryorcashman.com |
| peter.gilhuly@lw.com | rfrankel@orrick.com |
| peter.simmons@friedfrank.com | rfriedman@silvermanacampora.com |
| peter@bankrupt.com | rgmason@wlrk.com |
| pfeldman@oshr.com | rgraham@whitecase.com |
| phayden@mcguirewoods.com | rhett.campbell@tklaw.com |
| pmaxcy@sonnenschein.com | rhs@mccallaraymer.com |
| pnichols@whitecase.com | richard.lear@hklaw.com |
| ppascuzzi@ffwplaw.com | richard.levy@lw.com |
| ppatterson@stradley.com | richard.tisdale@friedfrank.com |

**MSL Email Service List**

ritkin@steptoe.com

rjones@boultcummings.com

rlevin@cravath.com

rmatzat@hahnhessen.com

rmunsch@munsch.com

rnetzer@willkie.com

rnies@wolffsamson.com

rnorton@hunton.com

robert.bailey@bnymellon.com

robert.dombroff@bingham.com

robert.henoch@kobrekim.com

robert.malone@dbr.com

robert.yalen@usdoj.gov

robertdakis@quinnemanuel.com

robin.keller@lovells.com

ronald.silverman@bingham.com

rreid@sheppardmullin.com

rroupinian@outtengolden.com

rrussell@andrewskurth.com

rterenzi@stcwlaw.com

rtrust@cravath.com

rwasserman@cftc.gov

rwyron@orrick.com

s.minehan@aozorabank.co.jp

sabin.willett@bingham.com

sabramowitz@velaw.com

sagolden@hhlaw.com

sally.henry@skadden.com

sandyscafaria@eaton.com

sara.tapinekis@cliffordchance.com

sbernstein@hunton.com

scargill@lowenstein.com

schannej@pepperlaw.com

schepis@pursuitpartners.com

schnabel.eric@dorsey.com

schristianson@buchalter.com

scottshelley@quinnemanuel.com

scousins@armstrongteasdale.com

sdnyecf@dor.mo.gov

sehlers@armstrongteasdale.com

sfelderstein@ffwplaw.com

sfineman@lchb.com

sfox@mcguirewoods.com

sgordon@cahill.com

sgubner@ebg-law.com

sharbeck@sipc.org

shari.leventhal@ny.frb.org

sheehan@txschoollaw.com

shgross5@yahoo.com

shumaker@pursuitpartners.com

**MSL Email Service List**

| | |
|---|---|
| shumaker@pursuitpartners.com | szuch@wiggin.com |
| sidorsky@butzel.com | tannweiler@greerherz.com |
| slerner@ssd.com | tarbit@cftc.gov |
| sloden@diamondmccarthy.com | tbrock@ssbb.com |
| smayerson@ssd.com | tduffy@andersonkill.com |
| smillman@stroock.com | tgoren@mofo.com |
| smulligan@bsblawyers.com | thomas.califano@dlapiper.com |
| snewman@katskykorins.com | thomas_noguerola@calpers.ca.gov |
| sory@fdlaw.com | thomaskent@paulhastings.com |
| spiotto@chapman.com | timothy.brink@dlapiper.com |
| splatzer@platzerlaw.com | timothy.palmer@bipc.com |
| squigley@lowenstein.com | tjfreedman@pbnlaw.com |
| sree@lcbf.com | tkarcher@dl.com |
| sselbst@herrick.com | tkiriakos@mayerbrown.com |
| sshimshak@paulweiss.com | tlauria@whitecase.com |
| steele@lowenstein.com | tmacwright@whitecase.com |
| stephanie.wickouski@dbr.com | tmayer@kramerlevin.com |
| steve.ginther@dor.mo.gov | tnixon@gklaw.com |
| steven.perlstein@kobrekim.com | toby.r.rosenberg@irscounsel.treas.gov |
| steven.wilamowsky@bingham.com | tslome@msek.com |
| streusand@streusandlandon.com | ttracy@crockerkuno.com |
| suomi_murano@chuomitsui.jp | twatanabe@mofo.com |
| susan.schultz@newedgegroup.com | twheeler@lowenstein.com |
| susheelkirpalani@quinnemanuel.com | ukreppel@whitecase.com |
| swolowitz@mayerbrown.com | vdagostino@lowenstein.com |

**MSL Email Service List**

villa@streusandlandon.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

wanda.goodloe@cbre.com

wballaine@lcbf.com

wbenzija@halperinlaw.net

wcurchack@loeb.com

wfoster@milbank.com

william.m.goldman@dlapiper.com

wiltenburg@hugheshubbard.com

wisotska@pepperlaw.com

woconnor@crowell.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wzoberman@bermanesq.com

yamashiro@sumitomotrust.co.jp

**EXHIBIT B**

| **Name** | **Fax** |
| --- | --- |
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE ANDREW D VELEZ-RIVERA | 212-668-2255 |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
 NEW YORK, NY 10004

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004

LISA MILAS
ROSICKI, ROSICKI & ASSOCIATES, P.C.
51 E. BETHPAGE ROAD
PLAINVIEW, NY 11803