B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.  Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>SMC Credit Opportunities Fund, Ltd.</u>    <u>Goldman Sachs SMC Credit Opportunities</u>
Name of Transferee    <u>2008 Fund, L.P.</u>
　　　　　　　　　　　　　　　　　　　　Name of Transferor

Name and Address where notices to transferee should be sent:

Gregory P. Ho
Spring Mountain Capital, LP
65 East 55th Street, 33rd Floor
New York, NY 10022

Court Claim # (if known):<u>15899</u>
Amount of Claim:<u>$1,008,699.00</u>
Date Claim Filed:<u>9/17/09</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone:<u>(212) 292-8310</u>
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

582857.1/2760-00009

SMC CREDIT OPPORTUNITIES FUND, LTD.

By: _____    Date: 3/24/10
Transferee/Transferee's Agent
John L. Steffens, Director

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

582857.1/2760-00009

## FORM OF EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Goldman Sachs SMC Credit Opportunities 2008 Fund, L.P. ("Transferor") hereby unconditionally and irrevocably transfers and assigns to SMC Credit Opportunities Fund, Ltd. ("Transferee") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against **Lehman Brothers Holdings Inc. ("LBHI") (the "Debtor"), the debtor in Case No. 08-13555 (JMP)** pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") and the relevant portion of any and all proofs of claim (No. 15899) filed by Transferor with the Bankruptcy Court in respect of the foregoing claim.

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the foregoing claim, recognizing Transferee as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 15th day of March, 2010.

GOLDMAN SACHS SMC CREDIT OPPORTUNITIES 2008 FUND, L.P.

By:   GOLDMAN SACHS SMC CREDIT OPPORTUNITIES 2008 ADVISORS, L.L.C., its general partner

By: _____
Name:       Kenneth A. Topping
Title:       Chief Operating Officer
              GSAM Fixed Income

MAR 17 20

574752.8/2760-00009                      11

SMC CREDIT OPPORTUNITIES FUND, LTD.

By: _____
Name: Gregory P. Ho
Title: Director