# BOIES, SCHILLER & FLEXNER LLP

575 LEXINGTON AVENUE • 7TH FLOOR • NEW YORK, NY 10022 • PH. 212.446.2300 • FAX 212.446.2350

March 25, 2010

Honorable Judge James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, N.Y. 10004-1408

    Re:    <u>Case No: 08-13555 (JMP); SIPA Proceeding Case No. 08-1420 (JMP)</u>

Dear Judge Peck:

    As the Court is aware, in LBHI and the Creditors' Committee's papers filed on March 18, 2010, LBHI and the Committee quote repeatedly portions of the Examiner's report that, in turn, seek to summarize what the Examiner believes are Weil Gotshal's views. In that context, we believe the Court should have the actual views of Weil Gotshal as reflected in the accompanying letter of Weil Gotshal to the Examiner that we received yesterday.

Sincerely,

Jonathan D. Schiller

cc:    Robert Gaffey, Esq.
        William Maguire, Esq.
        James Tecce, Esq.