UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| Lehman Brothers Holdings, Inc., *et al.,* | Case No. 08-13555 (JMP) <br> (Jointly Administered) |
| Debtors | |

-------------------------------------------------------------X

### CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN ORDER OF THE BANKRUPTCY COURT DATED MARCH 11, 2010, [DOCKET NO. 7530], DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.

Declaration of Kimberly S. Taylor In Support of Request of CME Group Inc. to Maintain the Confidentiality of Certain Documents Produced by CME Group Inc. to the Examiner Pursuant to Confidentiality Stipulation and Protective Order