**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re:                                                            Chapter 11

**LEHMAN BROTHERS HOLDINGS, INC.,** *et al.*,      Case No. 08-13555 (JMP)

              Debtors.                                            (Jointly Administered)
-----------------------------------------------------------------x

### NOTICE REGARDING TRANSFER OF CLAIM NO. 57924 PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2)

To:   Chinfon Commercial Bank
      8F, No. 1, Nanyang St., Zhongzheng Dist.
      Taipei City 10047, Taiwan (R.O.C.)
      Attention: Pei-Hua Yang
      Telephone: 886-2311-4881 #801

An undivided interest in your right, title, and interest in and to a portion in the amount of **$246,000** of the unsecured claim evidenced by proof of claim no. **57924**, date-stamped **October 30, 2009**, relating to a guarantee by Lehman Brothers Holdings Inc., a debtor in the above-captioned case, of a Lehman Program Security identified by ISIN XS0289701962 in the total filed amount of **$525,000** (the first page of which proof of claim is attached hereto as Exhibit A), pursuant to the terms of the Evidence of Transfer of Claim attached hereto as Exhibit B, to Yuanta Commercial Bank ("Transferee"), its successors and assigns, with offices located at:

      Yuanta Commercial Bank
      3F., No. 66, Sec. 1, Dunhua S. Rd., Songshan District, Taipei 10557, Taiwan
      Attention: Hunglin Wu
      Telephone: 886-2-2173-6609
      Attention: Anita Chuang
      Telephone: 886-2-2173-6612

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE YOU MUST FILE A WRITTEN OBJECTION WITH:**

      United States Bankruptcy Court
      Southern District of New York
      One Bowling Green
      New York, New York 10004-1408

ny-915044

SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to Internal Control No. _____ in your objection.
IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED.
IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE
SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.


_____Clerk of the Court_____
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on
_____, 2010.
INTERNAL CONTROL NO._____
Copy to Transferee: _____
Claims Agent Noticed: _____

_____
Deputy Clerk

## EXHIBIT A

### First Page of Proof of Claim No. 57924

# ORIGINAL

*United States Bankruptcy Court / Southern District Of New York*
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

**LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM**

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)   0000057924

In Re:
Lehman Brothers Holdings Inc., et al.,
Debtors.

Chapter 11
Case No. 08-13555 (JMP)
(Jointly Administered)

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)

Chinfon Commercial Bank, c/o Morrison & Foerster LLP
1290 Avenue of the Americas, New York, NY 10104
Attn: Karen Ostad, Tel: 212-468-8041, Email: kostad@mofo.com

Chinfon Commercial Bank
8F, No. 1, Nanyang St., Zhongzheng Dist., Taipei City 10047, Taiwan (R.O.C.)
Attn: Pei-Hua Yang, Tel: 886-2311-4881#801, Email: trust@chinfonbank.com.tw

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(*if known*)

Filed on: _____

**Name and address where payment should be sent** (if different from above)

Chinfon Commercial Bank
8F, No. 1, Nanyang St., Zhongzheng Dist., Taipei City 10047, Taiwan (R.O.C.)
Attn: Pei-Hua Yang, Tel: 886-2311-4881#801, Email: trust@chinfonbank.com.tw

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim:** No less than $525,000, plus interest, premium, fees and other amounts (See Appendix)   (Required)

☒   Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** See Appendix   (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e., the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

See Appendix   (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from you accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**
See Appendix   (Required)

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| Date | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| October 29, 2009 | Ji-Fu Hsieh, Manager of Trust Dept.   /s/ Ji Fu Hsieh |

**FOR COURT USE ONLY**
FILED / RECEIVED
OCT 3 0 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

ny-892464

## EXHIBIT B

**Evidence of Transfer of Claim**

## EVIDENCE OF TRANSFER OF CLAIM

TO:        United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004
Attn: Clerk

AND TO:    Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555

Claim # : 57924

**CHINFON COMMERCIAL BANK** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, and pursuant to the terms of the Evidence of Transfer of Claim dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**YUANTA COMMERCIAL BANK**
**3F., No. 66, Sec. 1, Dunhua S. Rd., Songshan District, Taipei 10557, Taiwan**
Attention: **Hunglin Wu**
Telephone: **886-2-2173-6609**
Attention: **Anita Chuang**
Telephone: **886-2-2173-6612**

its successors and assigns ("Buyer"), an undivided interest in the amount of $246,000 (the "Purchased Claim") in the Seller's right, title and interest in the Proof of Claim number 57924 filed in the amount of $525,000 (the "Claim") by or on behalf of the Seller against the Debtor in the case referenced above.

Seller hereby waives any objection to the transfer of the Purchased Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Purchased Claim and recognizing the Buyer as the sole owner and holder of the Purchased Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Purchased Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated March 27, 2010.

**CHINFON COMMERCIAL BANK**
By Ji-Fu Hsieh

By: *Ji Fu Hsieh*
Name: Ji-Fu Hsieh
Title:   Manager of Trust Department

**YUANTA COMMERCIAL BANK**
By Hung-Lin Wu

By: *Hung-Lin Wu*
Name: Hung-Lin Wu
Title: Senior Vice President, Yuanta
          Commercial Bank Co., Ltd.