# JONES DAY

222 EAST 41ST STREET • NEW YORK, NEW YORK 10017-6702

TELEPHONE: 212-326-3939 • FACSIMILE: 212-755-7306

Direct Number: (212) 326-7838
rwgaffey@jonesday.com

JP636767
125426-600002

March 25, 2010

The Honorable James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 1004-1408

Re: In re Lehman Brothers Holdings Inc. Case No. 08-13555 (Bankr. S.D.N.Y.)
(Rule 60 Motions)

Dear Judge Peck:

We are special counsel to Lehman Brothers Holdings Inc. and write in brief response to Mr. Schiller's letter to the Court enclosing a letter Weil Gotshal wrote to the Examiner. The portions of LBHI's reply brief to which Mr. Schiller refers are, we believe, at pages 12 and 56-57 (each citing Examiner's report regarding Mr. Roberts' statement that the deal was a "wash.") For the sake of completeness, we enclose the Examiner's response to the Weil Gotshal letter.

Respectfully,

Robert W. Gaffey

Enc.

cc: Jonathan D. Schiller, Esq.
William McGuire, Esq.
James Tecce, Esq.
Robert L. Byman, Esq.

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • DUBAI • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MEXICO CITY • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS
PITTSBURGH • SAN DIEGO • SAN FRANCISCO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

# JENNER&BLOCK

**ROBERT L. BYMAN**
Tel 312 923-2679
Fax 312 840-7679
rbyman@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Tel 312-222-9350
www.jenner.com

Chicago
Los Angeles
New York
Washington, DC

March 25, 2010

*Via E-Mail*

Richard J. Davis
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

*Re:*    *Lehman Brothers' Bankruptcy Examination, Case No. 08-13555 (Bankr. S.D.N.Y.)*

Dear Rich:

I acknowledge receipt of your letter dated March 24, 2010. We have reviewed your letter, our summary of Mr. Roberts' interview, and our description of that interview set out in the Report. We believe we have accurately recounted Mr. Robert's statements to us, and we respectfully disagree with your assertion that there is anything misleading about the account in the Report.

You allude to but do not specify "other questions" about the Report. If there are other areas with which you take issue, please articulate them.

Sincerely,

Robert L. Byman

cc:     Jonathan Polkes
         Robert Gaffey
         Jonathan Schiller