DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-6333
Eileen Bannon, Esq.
Irena M. Goldstein, Esq.

*Attorneys for Allstate Life Insurance Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------- x
                                                                   :
**In re**                                                          :    **Chapter 11**
                                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :    **Case No. 08-13555 (JMP)**
                                                                   :
            **Debtors.**                                           :    **(Jointly Administered)**
                                                                   :
----------------------------------------------------------------- x

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 31907 AND PROOF OF CLAIM NO. 34741 OF ALLSTATE LIFE INSURANCE COMPANY

1.      On or after September 15, 2008, Lehman Brothers Holdings Inc. ("LBHI") and

certain of its subsidiaries (collectively with LBHI, the "Debtors") commenced voluntary cases

under chapter 11 of title 11 of the United States Code. The Debtors established September 22,

2009 as the date by which claims against the Debtors must be received.

2.      On September 22, 2009, Allstate Life Insurance Company ("Allstate") filed Proof

of Claim No. 31907, a copy of which is attached hereto as Exhibit A. On September 24, 2009,

Allstate filed Proof of Claim No. 34741 (together with Proof of Claim No. 31907, the "Claims"),

a copy of which is attached hereto as Exhibit B.

3.      By this notice, Allstate hereby withdraws the Claims.

Dated: March 25, 2010                        **DEWEY & LEBOEUF LLP**
       New York, New York

                                             /s/ Irena M. Goldstein
                                             Eileen Bannon, Esq.
                                             Irena M. Goldstein, Esq.
                                             1301 Avenue of the Americas
                                             New York, New York 10019
                                             Telephone:  (212) 259-8000
                                             Facsimile:  (212) 259-6333

                                             *Attorneys for Allstate Life Insurance Company*

## EXHIBIT A

**(Proof of Claim No. 31907)**

United States Bankruptcy Court/Southern District of New York
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# PROOF OF CLAIM

| In Re:<br>Lehman Brothers Holdings Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |
|---|---|
| Name of Debtor Against Which Claim is Held<br>LEHMAN BROTHERS SPECIAL FINANCING INC. | Case No. of Debtor<br>08-13888 (JMP) |

UNIQUE IDENTIFICATION NUMBER: 888001890

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)        0000031907

THIS SPACE IS FOR COURT USE ONLY

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionaly, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
         LBH (MERGE2.DBF,SCHED_NO) SCHEDULE #: 888001890*****
    ALLSTATE LIFE INSURANCE COMPANY
    3075 SANDERS ROAD, SUITE G5B
    NORTHBROOK, IL 60062

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:**_____
 (If known)

Filed on: _____

Telephone number:                    Email Address:

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number:                    Email Address:

**NOTICE OF SCHEDULED CLAIM:**
Your Claim is scheduled by the indicated Debtor as:

SCHEDULE G - EXECUTORY CONTRACT OR UNEXPIRED LEASE

DESCRIPTION:
DERIVATIVE MASTER ACCOUNT NUMBER 080594ALIC

1. **Amount of Claim as of Date Case Filed:** $ _337,797.23_
If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
☑ Check this box if all or part of your claim is based on a Derivative Contract.*
☐ Check this box if all or part of your claim is based on a Guarantee.*
**\*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.**

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. **Basis for Claim:** _INTEREST EARNED ON COLLATERAL held by debtor._
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _3543_
 3a. Debtor may have scheduled account as: _____
  (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate    ☐ Motor Vehicle    ☐ Other

Describe: _____

Value of Property: $_____ Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____ Basis for perfection: _____

Amount of Secured Claim: $_____ Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(_____).

**Amount entitled to priority:**

$_____

6. **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $_____
(See instruction #6 on reverse side.)

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

**FOR COURT USE ONLY**

FILED / RECEIVED

SEP 22 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

Date:
_9/18/2009_

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re LEHMAN BROTHERS HOLDINGS INC.
Litigation

ALL Settlements
-----------------------------------------------------------x

## AFFIDAVIT
## ALLSTATE LIFE INSURANCE COMPANY

STATE OF ILLINOIS   )
                          )  ss.:
COUNTY OF COOK    )

Daniel T. Busiel, being duly sworn, deposes and says:

1.      He, the undersigned, is Senior Portfolio Manager, Derivatives, for Allstate Life Insurance Company located at 3075 Sanders Road, Northbrook, IL, and is authorized to sign documents relating to the filing of petitions on behalf of Allstate Life Insurance Company (the "Allstate Claimant").

2.      In that role, the undersigned attests that he is familiar with the following documents submitted by the Allstate Claimant to Lehman Brothers Holdings Claims Processing Center c/o Epiq Bankruptcy Solutions, LLC in connection with this settlement:

      A.  Proof of Claim and Release form (a "Proof of Claim")

      B.  A copy of the International Swaps and Derivatives Association ("ISDA") Master Agreement, including the Schedule; and

      C.  Spreadsheet of amounts due on a collateral held by Credit Solutions of America ("CSA") Debtor.

3.      The data contained in the spreadsheet has been obtained from the Allstate Claimants' internal data systems. All information submitted has been reviewed and is, to the best of the undersigned's knowledge, complete, true and accurate and includes all transactions of the Allstate Claimant during the Class Period.

4.      The undersigned agrees to cause Allstate Life Insurance Company to provide any

supporting documentation reasonably requested by Lehman Brothers Holdings Claims Processing c/o Epiq

Bankruptcy Solutions, LLC or lead counsel for the debt.

Daniel T. Busiel

Senior Portfolio Manager
Derivatives

Sworn before me this 18th day of Sept , 2009.

Notary Public

My commission expires 7/29/13

OFFICIAL SEAL
TERESA A. SPIEDEL
Notary Public - State of Illinois
My Commission Expires Jul 29, 2013

## ALLSTATE LIFE INSURANCE COMPANY
### INCUMBENCY CERTIFICATE

I, Doris J. Bryant, do hereby certify that I am a duly appointed, qualified and acting Assistant Secretary of **Allstate Life Insurance Company**, an Illinois insurance company, and that the following persons hold the titles set forth opposite their names and that the signatures set forth opposite each name is the genuine signature of such person:

| Name | | Title |
|------|---|-------|
| Michael Bubnis | | Senior Quantitative Analyst |
| Daniel T. Busiel | | Senior Portfolio Manager |
| Mark Cloghessy | | Authorized Individual |
| Breege Farrell | | Authorized Individual |
| Judith P. Greffin | | Authorized Individual |
| Steve Karasick | | Senior Portfolio Manager |
| Charles D. Mires | | Authorized Individual |
| Daniel J. Rivera | | Authorized Individual |
| Jason Schleifer | | Associate Analyst |
| Gregory J. Svoboda | | Portfolio Manager |
| David A. Walsh | | Authorized Individual |
| Patricia W. Wilson | | Authorized Individual |
| Jerry D. Zinkula | | Authorized Individual |

IN WITNESS WHEREOF, I have executed this certificate this ___/8___ day of

___September___ , 20_09_ .

_____
Doris J. Bryant, Assistant Secretary
**Allstate Life Insurance Company**

## EXHIBIT B

**(Proof of Claim No. 34741)**

United States Bankruptcy Court/Southern District of New York
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# PROOF OF CLAIM

| In Re:<br>Lehman Brothers Holdings Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |
|---|---|
| Name of Debtor Against Which Claim is Held<br>LEHMAN BROTHERS SPECIAL FINANCING INC. | Case No. of Debtor<br>08-13888 (JMP) |

UNIQUE IDENTIFICATION NUMBER: 888001890

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)      0000034741

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionaly, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

**THIS**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

LBH (MERGE2.DBF,SCHED_NO) SCHEDULE #: 888001890*****
ALLSTATE LIFE INSURANCE COMPANY
3075 SANDERS ROAD, SUITE G5B
NORTHBROOK, IL 60062

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:**_____
(If known)

Filed on: _____

**NOTICE OF SCHEDULED CLAIM:**
Your Claim is scheduled by the indicated Debtor as:

SCHEDULE G - EXECUTORY CONTRACT OR UNEXPIRED LEASE

DESCRIPTION:
DERIVATIVE MASTER ACCOUNT NUMBER 080594ALIC

Telephone number:          Email Address:

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number:          Email Address:

1. **Amount of Claim as of Date Case Filed:** $ *337,797.23*

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.

☑ Check this box if all or part of your claim is based on a Derivative Contract.*
☐ Check this box if all or part of your claim is based on a Guarantee.*

**\*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.**

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. **Basis for Claim:** *INTEREST EARNED ON Collateral held by debtor.*
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** *3543*
   **3a. Debtor may have scheduled account as:** _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
   Nature of property or right of setoff: ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
   Describe: _____
   Value of Property: $_____ Annual Interest Rate _____%
   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $_____ Basis for perfection: _____
   Amount of Secured Claim: $_____ Amount Unsecured: $_____

6. **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $_____
   (See instruction #6 on reverse side.)

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

**Amount entitled to priority:**

$_____

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

**FOR COURT USE ONLY**

**FILED / RECEIVED**

SEP 2 4 2009

| Date:<br>*9/18/2009* | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re LEHMAN BROTHERS HOLDINGS INC.
Litigation

ALL Settlements
---------------------------------------------------------------x

## AFFIDAVIT
## ALLSTATE LIFE INSURANCE COMPANY

STATE OF ILLINOIS   )
                        ) ss.:
COUNTY OF COOK   )

Daniel T. Busiel, being duly sworn, deposes and says:

1.     He, the undersigned, is Senior Portfolio Manager, Derivatives, for Allstate Life Insurance Company located at 3075 Sanders Road, Northbrook, IL, and is authorized to sign documents relating to the filing of petitions on behalf of Allstate Life Insurance Company (the "Allstate Claimant").

2.     In that role, the undersigned attests that he is familiar with the following documents submitted by the Allstate Claimant to Lehman Brothers Holdings Claims Processing Center c/o Epiq Bankruptcy Solutions, LLC in connection with this settlement:

    A.  Proof of Claim and Release form (a "Proof of Claim")

    B.  A copy of the International Swaps and Derivatives Association ("ISDA") Master Agreement, including the Schedule; and

    C.  Spreadsheet of amounts due on a collateral held by Credit Solutions of America ("CSA") Debtor.

3.     The data contained in the spreadsheet has been obtained from the Allstate Claimants' internal data systems. All information submitted has been reviewed and is, to the best of the undersigned's knowledge, complete, true and accurate and includes all transactions of the Allstate Claimant during the Class Period.

4.      The undersigned agrees to cause Allstate Life Insurance Company to provide any

supporting documentation reasonably requested by Lehman Brothers Holdings Claims Processing c/o Epiq

Bankruptcy Solutions, LLC or lead counsel for the debt.

Daniel T. Busiel

Senior Portfolio Manager
Derivatives

Sworn before me this 18th day of Sept , 2009.

Notary Public

My commission expires 7/29/13

OFFICIAL SEAL
TERESA A. SPIEDEL
Notary Public - State of Illinois
My Commission Expires Jul 29, 2013

## ALLSTATE LIFE INSURANCE COMPANY
### INCUMBENCY CERTIFICATE

I, Doris J. Bryant, do hereby certify that I am a duly appointed, qualified and acting Assistant Secretary of **Allstate Life Insurance Company**, an Illinois insurance company, and that the following persons hold the titles set forth opposite their names and that the signatures set forth opposite each name is the genuine signature of such person:

Michael Bubnis
Senior Quantitative Analyst

Daniel T. Busiel
Senior Portfolio Manager

Mark Cloghessy
Authorized Individual

Breege Farrell
Authorized Individual

Judith P. Greffin
Authorized Individual

Steve Karasick
Senior Portfolio Manager

Charles D. Mires
Authorized Individual

Daniel J. Rivera
Authorized Individual

Jason Schleifer
Associate Analyst

Gregory J. Svoboda
Portfolio Manager

David A. Walsh
Authorized Individual

Patricia W. Wilson
Authorized Individual

Jerry D. Zinkula
Authorized Individual

IN WITNESS WHEREOF, I have executed this certificate this ___/8___ day of ___September___, 20_09_.

Doris J. Bryant, Assistant Secretary
**Allstate Life Insurance Company**