**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------x
                                                 :

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

----------------------------------------------------------------------x    **Ref. Docket Nos. 7697, 7706-7723,**
                                                                **7728, 7731-7732, 7736, 7738-7745**

<u>**AFFIDAVIT OF SERVICE**</u>

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NEW YORK | ) |

CHRISTOPHER SIMCO, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On March 24, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                         /s/ Christopher Simco
                                                         Christopher Simco

Sworn to before me this
25th day of March, 2010

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**EXHIBIT "A"**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          | Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., et al.,         | 08-13555 (JMP)

                                               | (Jointly Administered)

                    Debtors.                   |

---

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

> To:  VR-LIW GMBH
>      GUNNAR MANGEL-GENERAL MANAGER
>      GABELSBERGERSTRASSE 1A
>      HAMM   59069
>      GERMANY

Please note that your claim # 55199-01 in the above referenced case and in the amount of
$3,589,098.06       has been transferred **(unless previously expunged by court order)**

MORGAN STANLEY & CO. INTERNATIONAL PLC        MORGAN STANLEY & CO. INTERNATIONAL PLC
TRANSFEROR: VR-LIW GMBH                        RICHARDS KIBBE & ORBE L.L.P.
25, CABOT SQUARE                               ONE WORLD FINANCIAL CENTER
CANARY WHARF                                   ATTN: MANAGING CLERK
LONDON    £14 4QA                              NEW YORK NY 10281-1003
ENGLAND

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

> UNITED STATES BANKRUPTCY COURT
> Southern District of New York
> One Bowling Green
> New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7697       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/24/2010                          Vito Genna, Clerk of Court

                                          /s/ Christopher Simco
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 24, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  AGGREGATING TRUST 3, LLC
             C/O ROPES & GRAY LLP
             ATTN: JEFFREY R. KATZ
             ONE INTERNATIONAL PLACE
             BOSTON MA 02110

Please note that your claim # 29004 in the above referenced case and in the amount of
        $3,190,000.00        has been transferred **(unless previously expunged by court order)**

GOLDMAN, SACHS & CO.                          GOLDMAN, SACHS & CO.
TRANSFEROR: AGGREGATING TRUST 3, LLC          RICHARDS KIBBE & ORBE L.L.P.
30 HUDSON STREET, 36TH FLOOR                  ATTN: MANAGING CLERK
JERSEY CITY NJ 07302                          ONE WORLD FINANCIAL CENTER
                                              NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7706        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/24/2010                     Vito Genna, Clerk of Court


                                     /s/ Christopher Simco
                                     _____
                                     By: Epiq Bankruptcy Solutions, LLC
                                         as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 24, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                              |
In re                         |     Chapter 11 Case No.
                              |
LEHMAN BROTHERS HOLDINGS INC., et al.,    |     08-13555 (JMP)
                              |
                              |     (Jointly Administered)
               Debtors.       |
                              |
_____|
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  AGGREGATING TRUST 10, LLC
             C/O ROPES & GRAY LLP
             ATTN: JEFFREY R. KATZ
             ONE INTERNATIONAL PLACE
             BOSTON MA 02110

Please note that your claim # 29029 in the above referenced case and in the amount of
        $2,680,000.00      has been transferred **(unless previously expunged by court order)**

        GOLDMAN, SACHS & CO.                      GOLDMAN, SACHS & CO.
        TRANSFEROR: AGGREGATING TRUST 10, LLC     RICHARDS KIBBE & ORBE L.L.P.
        30 HUDSON STREET, 36TH FLOOR              ATTN: MANAGING CLERK
        JERSEY CITY NJ 07302                      ONE WORLD FINANCIAL CENTER
                                                  NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7707      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/24/2010                      Vito Genna, Clerk of Court


                                      /s/ Christopher Simco
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 24, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                              |
In re                         |    Chapter 11 Case No.
                              |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |    08-13555 (JMP)
                              |
                              |    (Jointly Administered)
                              |
              Debtors.        |
                              |
_____|
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

> To:  AGGREGATING TRUST 8, LLC
>      C/O ROPES & GRAY LLP
>      ATTN: JEFFREY R. KATZ
>      ONE INTERNATIONAL PLACE
>      BOSTON MA 02110

Please note that your claim # 29002 in the above referenced case and in the amount of $1,025,000.00   has been transferred **(unless previously expunged by court order)**

GOLDMAN, SACHS & CO.                          GOLDMAN, SACHS & CO.
TRANSFEROR: AGGREGATING TRUST 8, LLC          RICHARDS KIBBE & ORBE L.L.P.
30 HUDSON STREET, 36TH FLOOR                  ATTN: MANAGING CLERK
JERSEY CITY NJ 07302                          ONE WORLD FINANCIAL CENTER
                                              NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

> UNITED STATES BANKRUPTCY COURT
> Southern District of New York
> One Bowling Green
> New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7708   in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/24/2010                          Vito Genna, Clerk of Court


                                          /s/ Christopher Simco
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 24, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                        |
In re                                   |      Chapter 11 Case No.
                                        |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |      08-13555 (JMP)
                                        |
                                        |      (Jointly Administered)
                Debtors.                |
                                        |
_____|
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  AGGREGATING TRUST 7, LLC
     C/O ROPES & GRAY LLP
     ATTN: JEFFREY R. KATZ
     ONE INTERNATIONAL PLACE
     BOSTON MA 02110
```

Please note that your claim # 29003 in the above referenced case and in the amount of
    $1,080,000.00      has been transferred **(unless previously expunged by court order)**

```
GOLDMAN, SACHS & CO.                    GOLDMAN, SACHS & CO.
TRANSFEROR: AGGREGATING TRUST 7, LLC    RICHARDS KIBBE & ORBE L.L.P.
30 HUDSON STREET, 36TH FLOOR            ATTN: MANAGING CLERK
JERSEY CITY NJ 07302                    ONE WORLD FINANCIAL CENTER
                                        NEW YORK NY 10281
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7709     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/24/2010                     Vito Genna, Clerk of Court


                                     /s/ Christopher Simco
                                     _____
                                     By: Epiq Bankruptcy Solutions, LLC
                                         as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 24, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| |
|---|
| In re |
| |
| LEHMAN BROTHERS HOLDINGS INC., et al., |
| |
| Debtors. |

| |
|---|
| Chapter 11 Case No. |
| |
| 08-13555 (JMP) |
| |
| (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

      To:  AGGREGATING TRUST 4, LLC
           C/O ROPES & GRAY LLP
           ATTN: JEFFREY R. KATZ
           ONE INTERNATIONAL PLACE
           BOSTON MA 02110

Please note that your claim # 28999 in the above referenced case and in the amount of
     $1,625,000.00       has been transferred **(unless previously expunged by court order)**

GOLDMAN, SACHS & CO.
TRANSFEROR: AGGREGATING TRUST 4, LLC
30 HUDSON STREET, 36TH FLOOR
JERSEY CITY NJ 07302

GOLDMAN, SACHS & CO.
RICHARDS KIBBE & ORBE L.L.P.
ATTN: MANAGING CLERK
ONE WORLD FINANCIAL CENTER
NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

           UNITED STATES BANKRUPTCY COURT
           Southern District of New York
           One Bowling Green
           New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7710     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/24/2010                  Vito Genna, Clerk of Court

                  /s/ Christopher Simco
                  _____
                  By: Epiq Bankruptcy Solutions, LLC
                     as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 24, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                     |
In re                                |    Chapter 11 Case No.
                                     |
LEHMAN BROTHERS HOLDINGS INC., et al.,|    08-13555 (JMP)
                                     |
                                     |    (Jointly Administered)
                 Debtors.            |
                                     |
_____|
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  AGGREGATING TRUST 1, LLC
     C/O ROPES & GRAY LLP
     ATTN: JEFFREY R. KATZ
     ONE INTERNATIONAL PLACE
     BOSTON MA 02110

Please note that your claim # 29006 in the above referenced case and in the amount of
     $1,355,000.00      has been transferred (**unless previously expunged by court order**)

GOLDMAN, SACHS & CO.                          GOLDMAN, SACHS & CO.
TRANSFEROR: AGGREGATING TRUST 1, LLC          RICHARDS KIBBE & ORBE L.L.P.
30 HUDSON STREET, 36TH FLOOR                  ATTN: MANAGING CLERK
JERSEY CITY NJ 07302                          ONE WORLD FINANCIAL CENTER
                                              NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7711     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/24/2010                    Vito Genna, Clerk of Court


                                    /s/ Christopher Simco
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 24, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

```
                                        |
In re                                   |   Chapter 11 Case No.
                                        |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |   08-13555 (JMP)
                                        |
                                        |   (Jointly Administered)
                    Debtors.            |
                                        |
```

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  AGGREGATING TRUST 8, LLC
             C/O ROPES & GRAY LLP
             ATTN: JEFFREY R. KATZ
             ONE INTERNATIONAL PLACE
             BOSTON MA 02110

Please note that your claim # 29031 in the above referenced case and in the amount of
        $510,000.00        has been transferred **(unless previously expunged by court order)**

        GOLDMAN, SACHS & CO.                        GOLDMAN, SACHS & CO.
        TRANSFEROR: AGGREGATING TRUST 8, LLC        RICHARDS KIBBE & ORBE L.L.P.
        30 HUDSON STREET, 36TH FLOOR                ATTN: MANAGING CLERK
        JERSEY CITY NJ 07302                        ONE WORLD FINANCIAL CENTER
                                                    NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7712        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/24/2010                    Vito Genna, Clerk of Court


                                    /s/ Christopher Simco
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 24, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                |
In re                           |       Chapter 11 Case No.
                                |
LEHMAN BROTHERS HOLDINGS INC., et al., |   08-13555 (JMP)
                                |
                                |       (Jointly Administered)
                Debtors.        |
                                |
_____
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  AGGREGATING TRUST 6, LLC
     C/O ROPES & GRAY LLP
     ATTN: JEFFREY R. KATZ
     ONE INTERNATIONAL PLACE
     BOSTON MA 02110

Please note that your claim # 28998 in the above referenced case and in the amount of
$620,000.00      has been transferred **(unless previously expunged by court order)**

GOLDMAN, SACHS & CO.                          GOLDMAN, SACHS & CO.
TRANSFEROR: AGGREGATING TRUST 6, LLC          RICHARDS KIBBE & ORBE L.L.P.
30 HUDSON STREET, 36TH FLOOR                  ATTN: MANAGING CLERK
JERSEY CITY NJ 07302                          ONE WORLD FINANCIAL CENTER
                                              NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7713      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/24/2010                    Vito Genna, Clerk of Court


                                    /s/ Christopher Simco
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 24, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                       |
  In re                                |        Chapter 11 Case No.
                                       |
  LEHMAN BROTHERS HOLDINGS INC., et al.,|        08-13555 (JMP)
                                       |
                                       |        (Jointly Administered)
                                       |
            Debtors.                   |
                                       |
_____|
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  AGGREGATING TRUST 2, LLC
             C/O ROPES & GRAY LLP
             ATTN: JEFFREY R. KATZ
             ONE INTERNATIONAL PLACE
             BOSTON MA 02110

Please note that your claim # 29005 in the above referenced case and in the amount of
     $505,000.00       has been transferred **(unless previously expunged by court order)**

| | |
|---|---|
| GOLDMAN, SACHS & CO. | GOLDMAN, SACHS & CO. |
| TRANSFEROR: AGGREGATING TRUST 2, LLC | RICHARDS KIBBE & ORBE L.L.P. |
| 30 HUDSON STREET, 36TH FLOOR | ATTN: MANAGING CLERK |
| JERSEY CITY NJ 07302 | ONE WORLD FINANCIAL CENTER |
| | NEW YORK NY 10281 |

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                       UNITED STATES BANKRUPTCY COURT
                       Southern District of New York
                       One Bowling Green
                       New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7714      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/24/2010                 Vito Genna, Clerk of Court


                       /s/ Christopher Simco
                       _____
                       By: Epiq Bankruptcy Solutions, LLC
                           as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 24, 2010.

**EXHIBIT "B"**

TIME: 17:50:52
DATE: 03/24/10

PAGE: 1

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| AGGREGATING TRUST 1, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ ONE INTERNATIONAL PLACE BOSTON MA 02110 |
| AGGREGATING TRUST 10, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ ONE INTERNATIONAL PLACE BOSTON MA 02110 |
| AGGREGATING TRUST 2, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ ONE INTERNATIONAL PLACE BOSTON MA 02110 |
| AGGREGATING TRUST 3, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ ONE INTERNATIONAL PLACE BOSTON MA 02110 |
| AGGREGATING TRUST 4, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ ONE INTERNATIONAL PLACE BOSTON MA 02110 |
| AGGREGATING TRUST 6, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ ONE INTERNATIONAL PLACE BOSTON MA 02110 |
| AGGREGATING TRUST 7, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ ONE INTERNATIONAL PLACE BOSTON MA 02110 |
| AGGREGATING TRUST 8, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ ONE INTERNATIONAL PLACE BOSTON MA 02110 |
| AGGREGATING TRUST 9, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ ONE INTERNATIONAL PLACE BOSTON MA 02110 |
| BARCLAYS BANK PLC | TRANSFEROR: UNITED COCONUT PLANTERS BANK 745 Seventh Avenue New York NY 10019 USA |
| CHIBA BANK, LTD, THE | TREASURY OPERATION DIVISION 5-3 NIHOMBASHI MOROMACHI 1-CHOME CHUO-KU TOKYO 103-1022 JAPAN |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: NOMURA CAPITAL MARKETS PLC ATTN: MICHAEL SUTTON/PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N2DB |
| DZ PRIVATBANK ( SCHWEIZ ) AG | ATTN: FELIX KIRSCHNER MÜNSTERHOF 12 ZURICH 8022 SWITZERLAND |
| DZ PRIVATBANK ( SCHWEIZ ) AG | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, DAVID A. SULLIVAN 31 WEST 52ND STREET NEW YORK NY 10019 |
| GOLDMAN SACHS & CO. | ATTN: DARREN LITTLEJOHN 85 BROAD STREET NEW YORK NY 10004 |
| GOLDMAN SACHS INTERNATIONAL | SETH GROSSHANDLER, ESQ. CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS INTERNATIONAL | ATTN: JOHN TRIBOLATI & CAROLINE CARR PETERBOROUGH COURT 133 FLEET STREET LONDON EC4A 2BB UNITED KINGDOM |
| GOLDMAN SACHS INTERNATIONAL | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS INTERNATIONAL | SETH GROSSHANDLER, ESQ. CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS INTERNATIONAL | PETERBOROUGH COURT 133 FLEET STREET LONDON EC4A 2BB UNITED KINGDOM |
| GOLDMAN, SACHS & CO. | RICHARDS KIBBE & ORBE L.L.P. ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: AGGREGATING TRUST 1, LLC 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: AGGREGATING TRUST 10, LLC 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: AGGREGATING TRUST 2, LLC 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: AGGREGATING TRUST 3, LLC 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: AGGREGATING TRUST 4, LLC 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: AGGREGATING TRUST 6, LLC 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: AGGREGATING TRUST 7, LLC 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: AGGREGATING TRUST 8, LLC 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: AGGREGATING TRUST 9, LLC 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: CHIBA BANK, LTD, THE 4 NEW YORK PLAZA, FLOOR 16 New York NY 10004 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | RICHARDS KIBBE & ORBE L.L.P. ONE WORLD FINANCIAL CENTER ATTN: MANAGING CLERK NEW YORK NY 10281-1003 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | RICHARDS KIBBE & ORBE L.L.P. ONE WORLD FINANCIAL CENTER ATTN: MANAGING CLERK NEW YORK NY 10281-1801 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | DZ PRIVATBANK (SCHWEIZ) AG 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA ENGLAND |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | TRANSFEROR: VR-LIW GMBH 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA ENGLAND |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | SHEARMAN & STERLING LLP C/O DOUGLAS P. BARTNER SOLOMON J. NOH 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| NOMURA CAPITAL MARKETS PLC | C/O MATTHEW WADHAMS NOMURA HOUSE 1 ST. MARTIN'S-LE-GRAND LONDON EC1A 4NP UNITED KINGDOM |
| NOMURA CAPITAL MARKETS PLC | TRANSFEROR: GOLDMAN SACHS & CO. 888 SEVENTH AVENUE 33RD FLOOR NEW YORK NY 10106 |
| SOROS FUND MANAGEMENT LLC | TRANSFEROR: GOLDMAN SACHS & CO. 888 SEVENTH AVENUE 33RD FLOOR ATTN: JAY SCHOENFARBER NEW YORK NY 10106 |
| SOROS FUND MANAGEMENT LLC | TRANSFEROR: GOLDMAN SACHS INTERNATIONAL 888 SEVENTH AVENUE 33RD FLOOR ATTN: JAY SCHOENFARBER NEW YORK NY 10106 |
| SOROS FUND MANAGEMENT LLC | TRANSFEROR: GOLDMAN SACHS INTERNATIONAL 888 SEVENTH AVENUE 33RD FLOOR ATTN: JAY SCHOENFARBER NEW YORK NY 10106 |
| SOROS FUND MANAGEMENT LLC | UCPB BUILDING, 7907 MAKATI AVENUE MAKATI CITY 1200 PHILIPPINES |
| UNITED COCONUT PLANTERS BANK | GUNNAR MANGEL-GENERAL MANAGER GABELSBERGERSTRASSE 1A HAMM 59069 GERMANY |
| VR-LIW GMBH | |

Total Number of Records Printed     43

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT "C"**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, NY 10153