# Exhibit B



NASSAU COUNTY CLERK'S OFFICE
ENDORSEMENT COVER PAGE

Recorded Date: 10-16-2009
Recorded Time: 10:48:52 a

Record and Return To:
SHAPIRO & DICARO LLP
250 MILE CROSSING BLVD
SUITE ONE
ROCHESTER, NY 14624

Liber Book: M 34275
Pages From: 620
To: 621

Control
Number: 506
Ref #:
Doc Type: M23 ASSIGN MORTGAGE

Refers to: Book: M 29217 Page: 131

| Location: | Section | Block | Lot | Unit |
|---|---|---|---|---|
| HEMPSTEAD (2820) | 0055 | 00290-00 | 00731 | |
| HEMPSTEAD (2820) | 0055 | 00290-00 | 00732 | |
| HEMPSTEAD (2820) | 0055 | 00290-00 | 00733 | |

Taxes Total            .00
Recording Totals         60.00
SDS001          Total Payment         60.00

THIS PAGE IS NOW PART OF THE INSTRUMENT AND SHOULD NOT BE REMOVED
MAUREEN O'CONNELL
COUNTY CLERK

2009101600506

*709 871*

S&D # 09-079856

Section 55 Block 290 Lots 731-733

## ASSIGNMENT OF MORTGAGE

KNOW THAT

*4318 Miller Rd Flint MI*

**Mortgage Electronic Registration Systems, Inc., as nominee for BNC Mortgage, Inc.,** a corporation, organized and existing under the laws of the United States of America, having an office at 19001 Main Street, Irvine, California 92614, Assignor,

in consideration of TEN AND 00/100 DOLLARS ($10.00) and other good and valuable consideration, paid by

**LSF6 Mercury REO Investments Trust Series 2008-1,** having an office at 715 S. Metropolitan Ave., Oklahoma City, Oklahoma 73108, Assignee,

hereby assigns unto the assignee, a certain Mortgage dated June 22, 2005 made by Digna Sanchez to Mortgage Electronic Registration Systems, Inc., as nominee for BNC Mortgage, Inc. in the principal sum of $300,800.00 and recorded in the Nassau County Clerk's Office on August 11, 2005 in Liber 29217 of Mortgages, page 131.

The mortgaged premises is known as 32 BAINBRIDGE ST, Roosevelt, NY 11575

This assignment is not subject to the requirements of Section 275 of the Real Property Law because it is an assignment within the secondary mortgage market.

TOGETHER with the bond or note or obligation described in said mortgage, and the moneys due and to grow due thereon with the interest; TO HAVE AND TO HOLD the same unto the assignee and to the successors, legal representatives and assigns of the assignee forever.

The word "assignor" or "assignee" shall be construed as if it read "assignors" or "assignees" whenever the sense of this instrument so requires.

**IN WITNESS WHEREOF,** the assignor has duly executed this assignment, the **26** day of **August** in the year 2009.

Mortgage Electronic Registration Systems, Inc., as nominee for BNC Mortgage, Inc.

BY: _____

Hal Bartow, AVP.

STATE OF **OKLA** )
                           )ss
COUNTY OF **OKLA** )

On the **26** day of **Aug.** in the year **2009** before me, the undersigned, a Notary Public in and for said State, personally appeared _____ Hal Bartow, AVP _____, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument.

Sworn to before me this

**26** day of August, 2009

_____
Notary Public

KATHY RILEY
NOTARY
# 04001668
EXP. 02/23/12
STATE OF OKLAHOMA
PUBLIC

RECORD & RETURN TO:
Shapiro & DiCaro, LLP
250 Mile Crossing Boulevard
Suite One
Rochester, NY 14624

*709221*