# Exhibit D

**InsideValuation**                                                                                                       Exterior BPO Form

Address: 32 BAINBRIDGE ST                City: ROOSEVELT              State: NY          Zip: 11575          County: Nassau
Borrower Name: DIGNA SANCHEZ                                           Inspection Date: 2/24/2010            Effective Date: 2/24/2010
Property ID/APN: 55-290-731                                            Loan #: 9800311400                    Order ID: 3662
Neighborhood/Subdivision: N/A                                          Reference #(1): 48203                 Reference #(2): 999999940
Completed By: (company, name, address, phone, fax)
JAN KALMAN REALTY, ARTHUR KALMAN, 1992 MERRICK AVENUE, MERRICK, NY 11566, 516-578-7537, ajkalman@gmail.com
Agent's / Broker's distance from the subject: 1.22 Mile(s)

## I. General Conditions

**Property Type:** SFR                                   **Estimated Exterior Repair Cost:** $0
**Occupancy:** Tenant                                    **Total Estimated Repairs:** $
**Property Condition:** Low Average                      **Estimated Repair Time:** 0 Days
**Condition Comments:**                                  **HOA?** No

Subject appears maintained and occupied. It is average condition & conforms with the neighborhood. It currently has a mother/daughter legal status. ***This neighborhood is driven by REO & Short Sale properties. I needed to expand the search radius a little to find similar distressed comparables.***

## II. Subject Sales and Listing History

**Is Subject Currently Listed?** No                      **MLS #:**
**Current List Price:**                                  **Listing Agent:**
**Original List Price**                                  **Listing Agent Phone:**
**List Date:**                                           **Listing Agency:**
Prior history (most recent transaction or expired listing first):

| Date Listed | Date Sold | List Price | Sale Price | Notes |
|---|---|---|---|---|
| 2/18/2007 |  | 469,900 |  | Withdrawn |
| 12/9/2004 | 6/20/2005 | 385,000 | 376,000 | Closed |
|  |  |  |  |  |

## III. Neighborhood Market Data

**Location:** Suburban                    **Normal Marketing Days:** <90
**Local Economy Is:** Contracting         **Range of Value in Subjects Area:**    **Low:** $62,000     **Average:** $199,000     **High:** $366,000
**Housing Supply Is:** Expanding          **Pride Of Ownership:** High Average
**Number of Listings Is:** Decreased 1% (last 6 months)
**Market For This Type of Property:** Contracting
**Neighborhood Comments:** Subject is located in an residential neighborhood driven by REO & Short Sale properties. Close to schools, parks, shopping & transportation.

## IV. Current Listings

|  | Subject | Listing #1 | Listing #2 | Listing #3 |
|---|---|---|---|---|
| Street Address | 32 BAINBRIDGE ST | 210 DENTON PL | 173 FREDERICK AVE | 139 UNDERHILL AVE |
| Zip Code | 11575 | 1157 | 1157 | 1157 |
| Miles To Subject |  | 0.59 | 0.12 | 0.22 |
| List Price $ |  | 198,000 | 199,000 | 199,000 |
| Orig. List Date |  | 8/31/2009 | 2/4/2009 | 8/18/2009 |
| Orig. List Price |  | 198,000 | 300,000 | 299,000 |
| Days on Market |  | 174 | 20 | 186 |
| Age (# of Years) | 55 | 60 | 54 | 53 |
| Condition | Low Average | Low Average | Low Average | Low Average |
| Style/Design | Cape | Cape | Cape | Cape |
| Living SQ. Feet | 1,531 | 1,500 | 1,333 | 1,365 |
| Bedrooms | 4 | 4 | 3 | 4 |
| Bathrooms/Half Baths | 2 / 0 | 2 / 0 | 2 / 1 | 2 / 0 |
| Basement | Yes | No | Yes | Yes |
| Total Room # | 9 | 7 | 6 | 8 |
| Garage | NONE NONE | 1 CAR ATTACHED | NONE NONE | NONE NONE |
| Lot Size (Ac.) | 0.14 | 0.19 | 0.17 | 0.17 |
| Other |  |  |  |  |

**Comments:** (Why the comparable listing is superior or inferior to the subject)
Listing #1:    *Short Sale* Similiar in interior sq.ft, style, baths, condition & location. Superior in lot size.
Listing #2:    *Short Sale* Similiar in interior sq.ft, style, condition & location. Superior by 1/2 bath & lot size.
Listing #3:    *Short Sale* Similiar in interior sq.ft, style, baths, condition & location. Superior in lot size.

## V. Recent Sales

|  | Subject | Sold #1 | Sold #2 | Sold #3 |
|---|---|---|---|---|
| Street Address | 32 BAINBRIDGE ST | 118 WESTFIELD AVE | 238 INDEPENDENCE AVE | 31 PUTNAM AVE |
| Zip Code | 11575 | 11575 | 11575 | 11575 |
| Miles To Subject |  | 0.56 | 0.59 | 0.53 |
| List Price $ |  | 158,500 | 164,900 | 179,900 |
| Orig. List Date |  | 9/30/2008 | 9/22/2009 | 7/17/2009 |
| Orig. List Price |  | 185,000 | 169,900 | 179,900 |
| Sale Price $ |  | 150,000 | 164,900 | 185,500 |
| Type of Financing | UNKNOWN | UNKNOWN | UNKNOWN | UNKNOWN |
| Date of Sale |  | 10/9/2009 | 1/20/2010 | 11/2/2009 |
| Type of Sale | MLS/NO DISTRESS | REO/VACANT | REO/VACANT | REO/VACANT |
| Days on Market |  | 355 | 27 | 35 |
| Age (# of Years) | 55 | 61 | 86 | 51 |
| Condition | Low Average | Low Average | Low Average | Low Average |
| Style/Design | Cape | Cape | Cape | Cape |
| Living SQ. Feet | 1,531 | 1,324 | 1,361 | 1,652 |
| Bedrooms | 4 | 4 | 3 | 5 |
| Bathrooms/Half Baths | 2 / 0 | 2 / 0 | 2 / 0 | 1 / 1 |
| Basement | Yes | Yes | Yes | Yes |
| Total Room # | 9 | 6 | 6 | 9 |
| Garage | NONE  NONE | 1 CAR  DETACHED | 1 CAR  DETACHED | NONE  NONE |
| Lot Size (Ac.) | 0.14 | 0.12 | 0.14 | 0.11 |
| Other |  |  |  |  |
| Adjustment[1] $ +/- (See Notes Below) |  | +6,000 | +6,000 | +1,000 |
| Adjusted Value[2] |  | 156,000 | 170,900 | 186,500 |

[1]This is the Amount that should be added to or subtracted from the comparables Sale Price (Due to difference in features location etc.) to estimate the value of the Subject. If the Comp is inferior to the Subject then the adjustment will be positive.
[2]Estimated value of the Subject, based upon the sales price of the comparable Sold + or - adjustments.

**Reasons for Adjustments (Why the comparable is superior or inferior to the subject).**
Sold #1:     *REO* Similiar in interior sq.ft, baths, style,lot size, condition & location.
Sold #2:     *REO* Similiar in interior sq.ft, baths, style,lot size, condition & location.
Sold #3:     *REO* Similiar in interior sq.ft,style,lot size, condition & location. Inferior by 1/2 bath.

## VI. Marketing Strategy

|  | "As-Is" Value 6 Mo. - 1 Yr. Mkt Time | "Repaired" Value 6 Mo. - 1 Yr. Mkt Time | "QuickSale" Value 30 - 60 Day Mkt Time |
|---|---|---|---|
| Suggest List Price | $185,000 | $185,000 | $169,000 |
| Market Value | $175,000 | $175,000 | $160,000 |

**Comments Regarding Pricing Strategy:**
The distressed comparable sales and listings were both appropriate and relatively recent in nature. The distressed sales in this neighborhood are all similar to the subject in all key factors of comparison. The adjustments applied were appropriate and supportable, and result in an appropriate indication of value from this approach. The forecast for the subject market is for continued declines.

## VII. Repair Addendum

| Item Needing Repair | Repair Comments | Estimated Cost |
|---|---|---|
| **Total Estimated Repairs:** |  | $ |



Label: Subject
View: Front



Label: Subject
View: Address Verification



Label: Subject
View: Street



Label: Subject
View: Side



Label: Comp Listing 1
View: Front



Label: Comp Listing 2
View: Front



Label: Comp Listing 3
View: Front



Label: Comp Resale 1
View: Front



Label: Comp Resale 2
View: Front



Label: Comp Resale 3
View: Front



This type of valuation report is popularly known as a "broker price opinion" (BPO) or "competitive market analysis" (CMA). InsideValuation Partners, LLC is the reporting client and engager of field valuator services. This report is NOT an appraisal and is NOT intended to comply with the Uniform Standards of Professional Appraisal Practice. It is intended for use primarily in portfolio asset management and monitoring. If employed in mortgage origination, it is intended for use only in refinancing (not purchase) transactions under $250,000 in total credit extended. The field valuator is normally a real estate licensee or broker. If performed by a licensed appraiser, it must be classified as an "evaluation" under FIRREA (also known variously as a "lending collateral analysis" and by other designations in state statutes, regulations, rules or administrative code). The content and requirements of an "evaluation" is specified in Section 5000 of FDIC Law, Regulations, Related Acts (http://www.fdic.gov/regulations/laws/rules/5000-4800.html) Note: A real estate licensee or broker performing this BPO may anticipate listings or sales contracts as a result of this activity, but because the end-user's identity is not disclosed to the field valuator in order to prevent bias, it is extremely unlikely that any future contracts will involve the property that is the subject of this report. Moreover, InsideValuation takes special care to ensure that its field valuators have no present or contemplated personal or financial interest in the subject property.