| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | HEARING DATE: April 14, 2010<br>HEARING TIME: 10:00 a.m.<br>HEARING PLACE: New York |
| IN RE<br><br>LEHMAN BROTHERS HOLDINGS, INC., et al.,<br><br>DEBTORS | CHAPTER 11<br>CASE NO. 08-13555<br>JUDGE: James Peck<br><br>(Jointly Administered) |
| IN RE<br><br>BNC MORTGAGE LLC,<br><br>DEBTORS | CHAPTER 11<br>CASE 09-10137<br>JUDGE: James Peck |

### NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO BANKRUPTCY RULE 4001 AND 11 U.S.C. §362 (d) NUNC PRO TUNC

**PLEASE TAKE NOTICE** that LSF6 Mercury REO Investments Trust Series 2008-1, by and through its attorneys, Shapiro & DiCaro, LLP, will move this Court at the United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green Courtroom 601, New York, NY 10004, on April 14, 2010 at 10:00a.m., or as soon thereafter as counsel may be heard, for an Order pursuant to Bankruptcy Rule 4001 and 11 U.S.C. §362(d) terminating the automatic stay as to Movant's interest in real property known as 32 Bainbridge Street, Roosevelt, NY 11575 nunc pro tunc as of October 14, 2009, and for such and further relief as is just and proper.

**PLEASE TAKE FURTHER NOTICE** that the relief requested may be granted without hearing if no objection is timely filed and served with the Court by the deadline set forth above.

Dated:      March 26, 2010
               Rochester, New York

                                          Anne E. Miller-Hulbert
                                          Shapiro & DiCaro, LLP
                                          Attorneys for LSF6 Mercury REO Investments Trust
                                          Series 2008-1
                                          250 Mile Crossing Boulevard
                                          Suite One
                                          Rochester, NY 14624
                                          (585) 247-9000

TO:     Parties in Interest on the Annexed List

Annexed Service List
TO    BNC Mortgage LLC
Debtor- in- Possession
1901 Main Street
Irvine, CA 92624

Weil, Gotshal & Manges, LLP
Attn: Diane Harvey, Esq., Harvey R. Miller, Esq.
Jacqueline Marcus, Esq., Ralph I. Miller, Esq.
Shai Y. Waisman, Esq., Robert J. Lemons, Esq.
Attorney for Debtors
767 Fifth Avenue
New York, NY 10153

Jones Day
Arthur J. Margjulies, Esq., Benjamin Rosenbloom, Esq.
William J. Hine, Esq.
Attorneys for Debtors
222 East 41st St.
New York, NY 10017

Curtis, Mallet-Prevost Colt &
Mosle
Attn: Jerrold Lyle Bregman, Esq., Lynn P.
Harrison III, Esq., and Steven J. Reisman, Esq.
Attorneys for Debtors
101 Park Avenue
New York, NY 10178

Kramer Levin Naftalis & Frankel LLP
Paul B. O'Neill, Esq., Thomas T. Janover, Esq.
Attorneys for Debtors
1177 Avenue of the Americas
New York, NY 10036

Bingham McCutchen LLP
Joshua Dorchak
Attorneys for Debtors
399 Park Avenue
New York, NY 10022

Duane Morris LLP
William Heuer, Esq.
Attorneys for Aron Oliner as Chapter 11 Trustee of the
 Kontrabecki Group
1540 Broadway
New York, NY 10036-4086

Hughes Hubbard & Reed
Attn: Christopher K. Kiplok, Esq. Jeffrey S. Margolin, Esq. Neil J. Oxford,
William R. Maguire and Sarah K. Loomis Cave, Esq.
Attorneys for James W. Giddens, as
Trustee for the SIPA Liquidation of
Lehman Brothers, Inc.
1 Battery Park Plaza
New York, NY  10004

Office of the U.S. Trustee
Attn: Andy Velez-Rivera, Paul
33 Whitehall Street 21st Floor
New York, NY  10004

Berstein Shur Sawyer & Nelson
D. Sam Anderson, Esq.
Attorneys for Citibank, N.A. In Its Capacity as Trustee
100 Middle Street
PO Box 9729
Portland, ME  04101

Claims and Noticing Agent
Epiq Bankruptcy Solutions, LLC Claims
Agent f/k/a Bankruptcy Services, LLC
757 Third Avenue 3rd Floor
New York, NY  10017

Fried, Frank, Harris, Shriver & Jacobsen
Attn: Gregg L. Weiner, Esq.
Attorneys for A/P Hotel, LLC
One New York Plaza
New York, NY  10004

Milbank, Tweed, Hadley & McCloy, LLP
Attn: Dennis F. Dunne, Esq.
Attorneys for Official Committee for Unsecured Creditors
1 Chase Manhattan Plaza
New York, NY  10005

Quinn Emanuel Urquhart Oliver & Hedges
Attn: Robert K. Dakis
Attorney for Official Committee of
Unsecured Creditors
51 Madison Avenue 22nd Floor
New York, NY  10010