| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | HEARING DATE: April 14, 2010<br>HEARING TIME: 10:00a.m.<br>HEARING PLACE: New York |

IN RE

LEHMAN BROTHERS HOLDINGS, INC., et al.,

DEBTORS

CHAPTER 11
CASE NO. 08-13555
JUDGE: James Peck

(Jointly Administered)

IN RE

BNC MORTGAGE LLC,

DEBTORS

CHAPTER 11
CASE 09-10137
JUDGE: James Peck

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY NUNC PRO TUNC

Upon the Motion of LSF6 Mercury REO Investments Trust Series 2008-1 dated March 24, 2010 with exhibits attached thereto, with proof of service upon the Trustee, Debtor and Debtor's Attorney and the United States Trustee, and the Motion having come to be heard on April 14, 2010, it is hereby:

**ORDERED** that the automatic stay in effect pursuant to 11 U.S.C. Section 362(a) is hereby vacated for cause pursuant to 11 U.S.C. Section 362(d) as to LSF6 Mercury REO Investments Trust Series 2008-1 its agents, assigns or successors in interest nunc pro tuncas of October 14, 2009 so that LSF6 Mercury REO Investments Trust Series 2008-1 its agents, assigns or successors in interest may take any and all actions under applicable state law to foreclose its mortgage on the premises known as 32 Bainbridge Street, Roosevelt, New York 11575, and it is further

**ORDERED** that the Movant shall immediately provide an accounting to the Trustee of any surplus monies realized as a result of the foreclosure sale.

Dated: _____, 2010
       New York, NY

Enter:

                                           _____
                                           Honorable James Peck
                                           United States Bankruptcy Judge