| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | HEARING DATE: April 14, 2010<br>HEARING TIME: 10:00 a.m.<br>HEARING PLACE: New York |

IN RE

LEHMAN BROTHERS HOLDINGS, INC., et al.,

        DEBTORS

CHAPTER 11
CASE NO. 08-13555
JUDGE: James Peck

(Jointly Administered)

IN RE

BNC MORTGAGE LLC,

        DEBTORS

CHAPTER 11
CASE 09-10137
JUDGE: James Peck

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                                 )ss:
COUNTY OF MONROE    )

      I, Shannon Thompson, being sworn, say, I am not a party to this action; I am over 18 years of age, I reside in Rochester, New York.

      On March 26, 2010 I served the within Notice of Motion and Motion for Relief from Automatic Stay upon the parties in interest set forth below:

TO    BNC Mortgage LLC
       Debtor- in- Possession
       1901 Main Street
       Irvine, CA 92624

       Weil, Gotshal & Manges, LLP
       Attn: Diane Harvey, Esq., Harvey R. Miller, Esq.
       Jacqueline Marcus, Esq., Ralph I. Miller, Esq.
       Shai Y. Waisman, Esq., Robert J. Lemons, Esq.
       Attorney for Debtors
       767 Fifth Avenue
       New York, NY 10153

Jones Day
Arthur J. Margjulies, Esq., Benjamin Rosenbloom, Esq.
William J. Hine, Esq.
Attorneys for Debtors
222 East 41st St.
New York, NY 10017

Curtis, Mallet-Prevost Colt &
Mosle
Attn: Jerrold Lyle Bregman, Esq., Lynn P.
Harrison III, Esq., and Steven J. Reisman, Esq.
Attorneys for Debtors
101 Park Avenue
New York, NY 10178

Kramer Levin Naftalis & Frankel LLP
Paul B. O'Neill, Esq., Thomas T. Janover, Esq.
Attorneys for Debtors
1177 Avenue of the Americas
New York, NY 10036

Bingham McCutchen LLP
Joshua Dorchak
Attorneys for Debtors
399 Park Avenue
New York, NY 10022

Duane Morris LLP
William Heuer, Esq.
Attorneys for Aron Oliner as Chapter 11 Trustee of the
  Kontrabecki Group
1540 Broadway
New York, NY 10036-4086

Hughes Hubbard & Reed
Attn: Christopher K. Kiplok, Esq. Jeffrey S. Margolin, Esq. Neil J. Oxford,
William R. Maguire and Sarah K. Loomis Cave, Esq.
Attorneys for James W. Giddens, as
Trustee for the SIPA Liquidation of
Lehman Brothers, Inc.
1 Battery Park Plaza
New York, NY 10004

Office of the U.S. Trustee
Attn: Andy Velez-Rivera, Paul
33 Whitehall Street 21st Floor
New York, NY 10004

Berstein Shur Sawyer & Nelson
D. Sam Anderson, Esq.
Attorneys for Citibank, N.A. In Its Capacity as Trustee
100 Middle Street
PO Box 9729
Portland, ME 04101

Claims and Noticing Agent
Epiq Bankruptcy Solutions, LLC Claims
Agent f/k/a Bankruptcy Services, LLC
757 Third Avenue 3rd Floor
New York, NY 10017

Fried, Frank, Harris, Shriver & Jacobsen
Attn: Gregg L. Weiner, Esq.
Attorneys for A/P Hotel, LLC
One New York Plaza
New York, NY 10004

Milbank, Tweed, Hadley & McCloy, LLP
Attn: Dennis F. Dunne, Esq.
Attorneys for Official Committee for Unsecured Creditors
1 Chase Manhattan Plaza
New York, NY 10005

Quinn Emanuel Urquhart Oliver & Hedges
Attn: Robert K. Dakis
Attorney for Official Committee of
Unsecured Creditors
51 Madison Avenue 22nd Floor
New York, NY 10010

the addresses designated by the foregoing individuals for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depositary under the exclusive care and custody of the United States Postal Service within the State of New York.

Shannon Thompson
Legal Assistant

Sworn to before me this
26th day of March 2010,

Notary Public
Anne E. Hulbert
Qualified in Monroe County
Commissions Expires May 31, 2010