Hearing Date: April 14, 2010 at 10:00 a.m.
Objcetion Deadline: April 9, 2010 at 4:00 p.m.

Ira M. Levee (IL 9958)
**LOWENSTEIN SANDLER PC**
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)

    and

65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2480 (Telephone)
(973) 597-2841 (Facsimile)

*Attorneys for Factiva, Inc.,*
*Factiva Limited and Dow Jones & Company, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al*., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |
| | Re: Doc. No. 7102 |

**NOTICE OF AMENDMENT OF MOTION BY FACTIVA, INC.,
FACTIVA LIMITED AND DOW JONES & COMPANY, INC. FOR AN
ORDER (A) COMPELLING IMMEDIATE PAYMENT OF POST-PETITION
ADMINISTRATIVE EXPENSE CLAIMS AND (B) COMPELLING THE
DEBTORS TO ASSUME OR REJECT EXECUTORY CONTRACTS
OR ALTERNATIVELY MODIFYING THE AUTOMATIC STAY TO
<u>PERMIT MOVANTS TO TERMINATE THE EXECUTORY CONTRACTS</u>**

Dow Jones & Co., Inc., a Delaware business corporation, and its indirect wholly-owned

subsidiaries, Factiva, Inc. (a Delaware business corporation) and Factiva Limited (a company

organized under the laws of England and Wales) (collectively defined as "Factiva"), by their

16539/11
03/26/2010 14059622.1

undersigned counsel, respectfully submit this Notice of Amendment of Motion for entry of an order (a) compelling immediate payment of post-petition administrative expense claims, and (b) compelling the Debtors (defined below) to assume or reject certain executory contracts or, alternatively, modifying the automatic stay to permit Factiva to terminate the executory contracts (the "Motion"). In support hereof, Factiva respectfully states as follows:

1. On February 15, 2010, Factiva filed the Motion (Document No. 7102) in this matter. The hearing on the Motion was scheduled for March 17, 2010.

2. On March 11, 2010, Factiva filed a Notice of Adjournment of the hearing on the Motion. The adjourned hearing is scheduled for April 14, 2010.

3. Since the filing of the Motion, Factiva has determined that no amounts are due and owing from the Debtors on accounts 9LEH001600 and 4IN00432 (the "Terminated Accounts"). These accounts have been terminated and services are not being utilized by or provided to the Debtors.

4. Factiva seeks to amend the Motion to eliminate its request for relief in connection with the Terminated Accounts.

5. Factiva seeks relief only as to account no. 9LEH000300 in the amount of $1,921,731.57 as set forth in the Motion. *See* Exhibits A-1 and B-1 to the Motion.

6. No objection to the Motion has been asserted to date. The Amendment will not prejudice any party nor warrant re-notice of the Motion.

## NOTICE

7. Notice of the Notice of the Amendment to the Motion has been provided to: (a) the Debtors' counsel, (b) counsel to the Official Committee of Unsecured Creditors, (c) the United States Trustee, (d) any person or entity with a particularized interest in the subject matter

-3-

of this Motion and (e) all persons and entities that have formally appeared and requested service in these cases pursuant to Bankruptcy Rule 2002.  Factiva respectfully submits that such notice is good and sufficient under the circumstances, and that no other or further notice is required.

Dated:  March 26, 2010                                                     Respectfully submitted,

                                                                                              LOWENSTEIN SANDLER PC


                                                                                              By:  /s/ Ira M. Levee
                                                                                                      Ira M. Levee (IL9958)
                                                                                              1251 Avenue of the Americas
                                                                                              New York, NY  10020
                                                                                              Tel.:  212.262.6700
                                                                                              Fax:  212.262.7402
                                                                                              and
                                                                                              65 Livingston Avenue
                                                                                              Roseland NJ  07068
                                                                                              Tel.:  973.597.2480
                                                                                              Fax:  973.597.2481

                                                                                              Attorneys for Factiva