Ira M. Levee (IL 9958)
**LOWENSTEIN SANDLER PC**
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)

    and

65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500 (Telephone)
973.597.2400 (Facsimile)

*Attorneys for Factiva, Inc.,
Factiva Limited and Dow Jones & Company, Inc.*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

### CERTIFICATION OF SERVICE

**Kim Marie LaFiura,** pursuant to 28 U.S.C. § 1746, certify as follows:

1.    I am a paralegal employed by the law firm of Lowenstein Sandler, PC, attorneys for Factiva, Inc., Factiva Limited and Dow Jones & Company, Inc. As such, I have knowledge of the facts set forth herein.

2.    I hereby certify that on March 26, 2010, I caused a true and correct copy of the following document to be served upon the parties indicated on the attached service list, in the manner listed therein:

> *Notice of Amendment of Motion of Factiva, Inc., Factiva Limited and Dow Jones & Company, Inc. for an Order (A) Compelling Immediate Payment of Post-Petition Administrative Expense Claims and (B) Compelling the Debtors to Assume or Reject Executory Contracts or, Alternatively, Modifying the Automatic Stay to Permit Movants to Terminate the Executory Contracts.*

16539/11
03/26/2010 14059992.1

3. On March 26, 2010, the foregoing document was filed [Docket No. 7834] and served electronically via the Court's PACER system upon those parties entitled to receive electronic notice.

4. Chambers copies of the foregoing document was sent to the Chambers of the Honorable James M. Peck, U.S.B.J., via overnight courier on March 26, 2010.

I certify that the foregoing statements made by me are true to the best of my knowledge and belief. Any statement made by me that is willfully false I understand I am subject to the penalty of perjury.

                                                              */s/ Kim Marie LaFiura*  
                                                              Kim Marie LaFiura, Paralegal

Dated: March 26, 2010

# SERVICE LIST

*On March 26, 2010 Via Electronic and Regular Mail*

**Dennis F. Dunne, Esq. , Dennis O'Donnell, Esq,**
**Evan Fleck, Esq.**
**Milbank, Tweed, Hadley & McCloy, LLP**
**1 Chase Manhattan Plaza**
**New York, NY  10005**

**Richard P. Krasnow, Esq.**
**Lori R. Fife, Esq.**
**Shai Y. Waisman, Esq.**
**Jacqueline Marcus, Esq.**
**Weil, Gotshal & Manges, LLP**
**767 Fifth Avenue**
**New York, NY  10153**

**Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq.**
**Brian Masumoto, Esq., Linda Riffkin, Esq., and**
**Tracy Hope Davis, Esq.**
**Office of the US Trustee**
**33 Whitehall Street**
**21st Floor**
**New York, NY  10004**