## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: The Shoko Chukin Bank, Ltd.

The Shoko Chukin Bank, Ltd. (formerly The Shoko Chukin Bank), a corporation, having offices located at 10-17, Yaesu 2-chome, Chuo-ku, Tokyo 104-0028 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to JPMorgan Chase Bank, N.A., with offices located at Mail Code: NY1-A436, 1 Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $5,700,000, docketed as Claim No. 66415 which amended Claim Nos. 4019 and 11085 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 26th day of March, 2010.

WITNESS:

_M. Kodera_
(Signature)

Name: Mamoru KODERA
Title: Senior Manager
(Print name and title of witness)

THE SHOKO CHUKIN BANK, LTD.

By: _____
(Signature of authorized corporate officer)

Name: Makoto Ohki
Title: Deputy General Manager
Tel.: +81-3-3246-9107

WITNESS:

_____
(Signature)

Name: Alexander Willi
Title: Associate
(Print name and title of witness)

JPMORGAN CHASE BANK, N.A.

By: _____
(Signature of authorized corporate officer)

Name: Michael Economos
Title: Authorized Signatory
Tel.: 212-623-1997