Joshua Dorchak
**BINGHAM MCCUTCHEN LLP**
399 Park Avenue
New York, New York 10022
(212) 705-7000

*Attorneys for MassMutual Asia Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re                                              :    Chapter 11
                                                   :
LEHMAN BROTHERS HOLDINGS INC.,                     :    Case No. 08-13555 (JMP)
                                                   :
Debtor.                                            :    (Jointly Administered)
                                                   :
---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM NO. 23637

PLEASE TAKE NOTICE that MassMutual Asia Limited, through the undersigned counsel, hereby withdraws Proof of Claim No. 23637 filed in the above matter, and that the claims registry maintained by Epiq Bankruptcy Solutions LLC should be updated accordingly.

Dated: March 26, 2010          **BINGHAM MCCUTCHEN LLP**
       New York, New York
                               By:   /s/Joshua Dorchak
                               Joshua Dorchak
                               joshua.dorchak@bingham.com
                               399 Park Avenue
                               New York, New York 10022
                               (212) 705-7000

                               *Attorneys for MassMutual Asia Limited*

A/73333381.1