UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
                                                               :
In re                                                          :    Chapter 11
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    Case No. 08-13555 (JMP)
                                                               :
                    Debtors.                                   :    (Jointly Administered)
                                                               :
---------------------------------------------------------------X

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Lisa A. Dunsky, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent CME Group Inc., a party in interest in the above-referenced bankruptcy case.

*I certify that I am a member in good standing* of the bars in the State of Illinois and the United States District Courts for the Northern District of Illinois, Eastern District of Michigan, Northern District of Indiana, and Southern District of Texas.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated:  March 26, 2010
        Chicago, Illinois

                                         /s/  Lisa A. Dunsky
                                        Lisa A. Dunsky, Esq.
                                        CME Group Inc.
                                        Director and Associate General Counsel
                                        20 S. Wacker Drive
                                        Chicago, IL 60606
                                        Email:  Lisa.Dunsky@cmegroup.com
                                        Telephone:  (312) 338-2483

KL2 2644017.1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
In re                                                        :   Chapter 11
                                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                     :   Case No. 08-13555 (JMP)
                                                             :
                            Debtors.                         :   (Jointly Administered)
                                                             :
-------------------------------------------------------------X

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

      Upon the motion of Lisa A. Dunsky, to be admitted, ***pro hac vice***, to represent CME Group Inc., (the "Client") a party in interest in the above-referenced bankruptcy case, and upon the movant's certification that the movant is a member in good standing in the bars in the State of Illinois and the United States District Courts for the Northern District of Illinois, Eastern District of Michigan, Northern District of Indiana, and Southern District of Texas, it is hereby

      **ORDERED**, that Lisa A. Dunsky, Esq. is admitted to practice, ***pro hac vice***, in the above-referenced bankruptcy case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2010
       New York, New York

                                        UNITED STATES BANKRUPTCY JUDGE