UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
In re                                                        :    Chapter 11
                                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :    Case No. 08-13555 (JMP)
                                                             :
                    Debtors.                                 :    (Jointly Administered)
                                                             :
-------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Andrea Chouprouta, hereby certify that I am not a party to the action and on March 19, 2010, I caused to be served true copies of (i) Request of CME Group Inc. to Maintain the Confidentiality of Certain Documents Produced by CME Group Inc. to the Examiner Pursuant to Confidentiality Stipulation and Protective Order with redacted exhibits and (ii) Declaration of Kimberly S. Taylor in Support of Request of CME Group Inc. to Maintain the Confidentiality of Certain Documents Produced by CME Group Inc. to the Examiner Pursuant to Confidentiality Stipulation and Protective Order upon the parties listed below by Overnight Courier.

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn: Robert L. Byman, Esq.

Jenner & Block LLP
919 Third Avenue, 37th Floor
New York, New York 10022-3908
Attn: Patrick J. Trostle, Esq.
*Attorneys for the Examiner*

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.
*Attorneys for the Debtors*

KL2 2644648.1

The Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street
21st Floor
New York, New York 10004
Attn: Andy Velez-Rivera, Esq.,
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
*Attorneys for the Official Committee of Unsecured Creditors*

Global Media Counsel
731 Lexington Avenue
New York, New York 10022
Attn: Charles J. Glaser, Jr., Esq.
*Attorneys for Bloomberg L.P.*

Lowenstein Sandler PC
1251 Avenue of the Americas
18th Floor
New York, NY 10022
Attn:  Michael S. Etkin, Esq.
S. Jason Teele, Esq.

Lowenstein Sandler PC
65 Livingston Avenue
Roseland, New Jersey 07068

Cohen Milstein Sellers & Toll PLLC
150 East 52nd Street, 30th Floor
New York, New York 10022
Attn:  Joel P. Laitman, Esq.
Christopher Lometti, Esq.
Daniel B. Rehns, Esq.
Kenneth M. Rehns, Esq.
*Attorneys for Lead Counsel for Plaintiff in*
*Mortgage Backed Securities Litigation*

KL2 2644648.1

Bernstein Litowitz Berger & Grossman LLP
1285 Avenue of the Americas
New York, New York 10019
Attn: Max Berger, Esq.

Bernstein Litowitz Berger & Grossman LLP
12481 High Bluff Drive
Suite 300
San Diego, CA 92130
Attn: David R. Stickney, Eq.
Elizabeth P. Lin, Esq.

Barroway Topaz Kessler Meltzer & Check LLP
280 King of Prussia Road
Radnor, PA 19087
Attn: John A. Kehoe, Esq.
Benjamin J. Hinerfeld, Esq.
*Bankruptcy Counsel to Lead Plaintiffs*

      /s/ Andrea Chouprouta
      Andrea Chouprouta

KL2 2644648.1