UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                               :
In re                                                          :    Chapter 11
                                                               :
LEHMAN BROTHERS HOLDINGS INC., et al.                          :    Case No. 08-13555 (JMP)
                                                               :
                                                               :    Jointly Administered
                 Debtors                                       :
---------------------------------------------------------------x
                                                               :
In re                                                          :    Chapter 11
                                                               :
LEHMAN BROTHERS HOLDINGS INC.                                  :    Case No. 08-13555 (JMP)
                                                               :
                                                               :
                 Debtor                                        :
---------------------------------------------------------------x

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE (**Lehman Brothers Holdings Inc., Debtor, Case No. 08-13555**) or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Stone Lion Portfolio L.P. | Banc of America Securities LLC |
|---|---|
| Name of Transferee | Name of Transferor |
| Proof of Claim Amount | Proof of Claim No. |
| $4,366,932.93 | 59509 |

You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Transferee at the address below.

TRANSFEREE: Stone Lion Portfolio L.P.
Address:    Claudia Borg
            Stone Lion Capital Partners L.P.
            461 Fifth Avenue, 14th Floor
            New York, New York 10017
            Phone: 212 843-1225
            Fax: 203 552-8651
            Email: claudia.borg@tudor.com

12940343.1

I declare under penalty of perjury that the information provided in this evidence and notice is true and correct to the best of my knowledge and belief.

**Stone Lion Portfolio L.P.**
By: Stone Lion GP L.P., Its: General Partner
By: Stone Lion Capital Partners, L.P.,
Investment Manager
    By: SL Capital Partners LLC, Its: General Partner
        By: Tudor Investment Corporation, Managing Member

By: [signature]
Name: Claudia L. Borg
Title: Vice President

Date: 3|26, 2010

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both.* 18 U.S.C. §§ 152 & 3571.