Mark D. Sherrill (*pro hac vice*)
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 383-0100

*Counsel for ProFund Advisors LLC*

| | |
|---|---|
| In re: § | |
| § | **Chapter 11** |
| **LEHMAN BROTHERS HOLDINGS,** § | |
| **INC., et al.,** § | **Jointly Administered under** |
| § | **Case No. 08-13555 (JMP)** |
| **Debtors.** § | |
| § | |

## REQUEST FOR REMOVAL FROM SERVICE LIST

PLEASE TAKE NOTICE that the following individual requests the removal of his name from all service lists (the "Service Lists") in the above-captioned bankruptcy cases (collectively, the "Bankruptcy Case"):

Barry Pershkow, Esq.
ProFund Advisors LLC
7501 Wisconsin Ave., Ste. 1000
Bethesda, MD 20814

PLEASE TAKE FURTHER NOTICE that nothing contained herein shall constitute a request for removal from the Service Lists by the undersigned attorney or law firm, which continue to represent ProFund Advisors LLC in the Bankruptcy Case.

Dated: March 29, 2010
Washington, DC

SUTHERLAND ASBILL & BRENNAN LLP

By:   /s/ Mark Sherrill
   1275 Pennsylvania Avenue, NW
   Washington, DC 20004
   Tel: (202) 383-0100
   Fax: (202) 637-3593

*Counsel for ProFund Advisors LLC*

9061769.1