United States Bankruptcy Court
Southern District of New York

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC, et al., | Case No. 08-13555 (JMP) |
| | Jointly Administered |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **Contrarian Funds, LLC** | **Total Alpha Investment Fund Management Company S.A.** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and address where notices to transferee should be sent: | Name and Current Address of Transferor |
| Contrarian Funds, LLC<br>411 West Putnam Ave., Ste. 425<br>Greenwich, CT 06830<br>Attention: Alisa Mumola<br>Telephone: 203-862-8211<br>Email: amumola@contrariancapital.com | Total Alpha Investment Fund Management Company S.A. on behalf of Nikko Trust<br>9A Rue Robert Stumper<br>Luxembourg, L-2557 |
| | **Proof of Claim #: 10953**<br>**Total amount of Claim: $202,054.32** |

I declare under penalty of perjury that the information provided in this notice
is true and correct to the best of my knowledge and belief.

By:_____*/s/ Alisa Mumola*_____          Date: _____March 29, 2010_____

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO:        Clerk, United States Bankruptcy Court, Southern District of New York

AND TO:    Contrarian Funds LLC

TOTAL ALPHA INVESTMENT FUND MANAGEMENT COMPANY S.A., as management company on behalf of Nikko Trust and a management company under Chapter 14 of the law dated 20th December 2002 relating to undertakings for collective investment, located at 9A rue Robert Stümper, L-2557, Luxembourg ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to CONTRARIAN FUNDS LLC, its successors and assigns, with offices at 411 West Putnam Avenue, Suite 425, Greenwich, CT 06830 ("**Buyer**"), all right, title and interest in and to the net claim of Seller against LEHMAN BROTHERS SPECIAL FINANCING, INC. and its affiliates (including Seller's claim against LEHMAN BROTHERS HOLDING INC. arising under a guaranty) in the amount of $202,054.32 (collectively the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. -8-13555 (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

AMR-241945                                - 8 -                                80-20710671



IN WITNESS WHEREOF, dated as of the 19 day of March, 2010.

        TOTAL ALPHA INVESTMENT FUND
        MANAGEMENT COMPANY S.A., as
        management company on behalf of Nikko
        Trust

By: _____
     Name: JOHN R. HETTINGA
     Title: DIRECTOR

CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C.
as manager

By: _____
     Name:
     Title:

IN WITNESS WHEREOF, dated as of the ____ day of _____, 2010.

                                              TOTAL ALPHA INVESTMENT FUND
                                              MANAGEMENT COMPANY S.A., as
                                              management company on behalf of Nikko
                                              Trust

                                              By: _____
                                                  Name:
                                                  Title:


                                              CONTRARIAN FUNDS, LLC
                                              By: Contrarian Capital Management, L.L.C.
                                              as manager

                                              By: [signature]
                                              Name: Gil Tenzer
                                              Title: Member