B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re <u>LEHMAN BROTHERS HOLDNGS INC.</u>                Case No. <u>08-13555 (JMP)</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Morgan Stanley & Co. International plc</u>                <u>Palatine Asset Management</u>
Name of Transferee                                        Name of Transferor

Name and Address where notices to transferee should be sent:
Morgan Stanley & Co. International plc
25, Cabot Square,
Canary Wharf,
London E14 4QA

With a copy to:
Richards Kibbe & Orbe L.L.P.
One World Financial Center
New York, NY 10281-1003
Fax: 212-530-1801
Attn: Managing Clerk

Court Claim # (if known): Proof of Claim originally assigned court claim number 1089 and date stamped November 25, 2008, then amended and filed in accordance with the Court's order setting the deadline for filing proofs of claims in respect of "Lehman Program Securities" and assigned court claim number 55843 and date stamped October 29, 2009 (collectively, the "Proof of Claim")

Amount of Claim: transferred amount – 100% of total claim US$6,835,220.50
Date Claim Filed: 29 October 2009

Phone: + 44 207 677 7974
E-mail: lndistressed@morganstanley.com

Phone: + 33 1 55 27 95 33
Last Four Digits of Acct. #: n/a

Phone: + 212 530 1800

Last Four Digits of Acct #: <u>n/a</u>

Name and Address where transferee payments should be sent (if different from above):

566570.1/9999-00999

Wire Instructions:

**USD   PAYMENT INSTRUCTIONS:**

TO:              CHASE MANHATTAN NEW YORK, NY
SWIFT:           CHASUS33
ACCOUNT NAME:    MORGAN STANLEY & CO. INTERNATIONAL plc
SWIFT:           MSLNGB2X
ACCOUNT NUMBER: 066617758
REF:             Fixed Income

**EUR   PAYMENT INSTRUCTIONS:**

TO:              CITIBANK N.A.
SWIFT:           CITIGB2L
ACCOUNT NAME:    MORGAN STANLEY & CO. INTERNATIONAL plc
SWIFT:           MSLNGB2X
ACCOUNT NUMBER: 12221071
IBAN:            GB15CITI18500812221071
REF:             Fixed Income


Last Four Digits of Acct #: n/a


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**MORGAN STANLEY & CO. INTERNATIONAL PLC**

BRIAN CRIPPS
Authorised Signatory

By: _____[signature]_____          Date: __16·3·2010__
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

566570.1/9999-00999

## AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
## LEHMAN PROGRAM SECURITY

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

1. For value received, the adequacy and sufficiency of which are hereby acknowledged, **PALATINE ASSET MANAGEMENT** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **MORGAN STANLEY & CO. INTERNATIONAL PLC** (the "Purchaser"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the applicable percentage specified in Schedule 1 attached hereto (the "Purchased Claim"), in Seller's right, title and interest in and to Proof of Claim originally assigned court claim number **1089** and date stamped November 25, 2008, then amended and filed in accordance with the Court's order setting the deadline for filing proofs of claims in respect of "Lehman Program Securities" and assigned court claim number **55843** and date stamped October 29, 2009 (collectively, the "Proof of Claim") filed by or on behalf of **PALATINE ASSET MANAGEMENT** (the "Proof of Claim") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller relating to the Purchased Claim, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Claim or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Claim, whether under a plan or reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Claim, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Claim, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Claim, but only to the extent related to the Purchased Claim, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Claim and specified in Schedule 1 attached hereto.

2. Seller hereby represents and warrants to Purchaser that: (a) the Proof of Claim was duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) the Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer; (e) the Proof of Claim includes the Purchased Claim specified in Schedule 1 attached hereto; and (f) Seller has not engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors.

3. Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim, a copy of which shall be provided to the Seller. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

4. All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller.

5. Seller shall promptly (but in any event no later than five (5) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6. Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proof of Claim.

7. Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 26 day of March 2010.

| PALATINE ASSET MANAGEMENT | MORGAN STANLEY & CO. INTERNATIONAL PLC |
|---|---|
| By: DOMINIQUE HARTOG<br>Name:<br>Title: | By: *[signature]*<br>Name:<br>Title: BRIAN CRIPPS<br>Authorised Signatory |
| 42 rue d'Anjou<br>75008 PARIS<br>France<br>Attention : Mr Dominique Hartog – Chairman Of The Managing Board | 25, Cabot Square<br>Canary Wharf<br>London E14 4QA<br>E-mail: lndistressed@morganstanley.com |

Schedule 1

Transferred Claims

Purchased Claim

100% = $6,835,220.50 of XS0179304869 claim of US$6,835,220.50

(the outstanding amount of the Proof of Claim as of 26 March 2010).

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Coupon | Maturity | Accrued Amount (as of Proof of Claim Filing Date) |
|---|---|---|---|---|---|---|---|
| LBHI Program Securities Bond | XS0179304869 | Lehman Brothers Holdings Inc. | None | EUR 4,800,000.00 | FRN | 11/3/08 | EUR 30,203.20 |

Schedule 1-1

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 || **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)          0000055843 |
| Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009 |||

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)<br>**Palatine Asset Management**<br>**Attn: Mr. Dominique Hartog, Chairman**<br>**of the Managing Board**<br>**42, rue d'Anjou**<br>**75008 Paris, France** | Name & Address for Notices:<br>**Gide Loyrette Nouel LLP**<br>**Attn: Vanessa Tollis, Esq.**<br>**120 W. 45th Street, 19th Floor**<br>**New York, NY 10036** | [X] Check this box to indicate that this claim amends a previously filed claim.<br>Court Claim Number: **1089**<br>(*If known*)<br>Filed on: **November 25, 2008** |
|---|---|---|
| Telephone number: **1 (212) 403-6700**   Email Address: **tollis@gide.com** |||
| Name and address where payment should be sent (if different from above)<br>Telephone number:           Email Address: || [ ] Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ **6,835,220.50 (See Exhibit A)**      (Required)

[X] Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): **XS0179304869**          (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:
**CA81988**
(Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:
**54114 BFCM**             (Required)

| 5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. || FOR COURT USE ONLY<br>**FILED / RECEIVED**<br>**OCT 2 9 2009**<br>**EPIQ BANKRUPTCY SOLUTIONS, LLC** |
|---|---|---|
| Date.<br>**31 October 09** | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.    *[signature]*   **Mr. Dominique Hartog, Chairman of the Managing Board** ||
| *Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571. |||

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., a Delaware corporation, et al.,[1] | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | |
| | : | |

**EXHIBIT A TO PROOF OF CLAIM OF PALATINE ASSET MANAGEMENT IN CONNECTION WITH CERTAIN NOTES ISSUED BY LEHMAN BROTHERS HOLDINGS INC.**

Palatine Asset Management ("*Claimant*") submits this Exhibit A to its proof of claim (the "*Proof of Claim*") against Lehman Brothers Holdings Inc. ("*LBHI*") in connection with certain notes in the nominal amount of at least EUR 4,800,000 (the "Notes") issued by LBHI and related to that certain Pricing Supplement, dated October 30, 2003 for EUR 300,000,000 Floating Rate Notes due 2008 under the $18,000,000,000 EMTN Program as established by that certain Information Memorandum, dated as of August 19, 2003, as amended (together with the Notes and other related documents, the "*Transaction Documents*").

## The Transaction

1. The Transaction Documents and other documents relevant to the transaction effectuated by the Transaction Documents (the "*Transaction*") and Claimant's claims are identified on Schedule 1 attached hereto.

---

[1] The Debtors are Lehman Brothers Holdings Inc., a Delaware corporation, together with the other debtors jointly administered under Case No. 08-13555 pursuant to the Bankruptcy Court's Order Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure Directing Joint Administration of Chapter 11 Cases, entered September 17, 2008 [Docket No. 86].

WS0501.399995.2

## Claimant's Claims

2. Claimant hereby asserts all claims it has or may have against Debtor LBHI, including, without limitation, all claims in connection with the Transaction and the Transaction Documents.

3. Claimant's claims against LBHI in connection with the Transaction and the Transaction Documents include liquidated claims in the amount of at least EURO 4,830,203.2 owed as of September 15, 2008, including applicable accrued coupon interest, plus applicable fees, and expenses, and without limiting Claimant's claims against LBHI to the extent Claimant's claims exceed such amount. Based on the European Central Bank EUR/USD exchange rate of 1.4151 in effect on September 15, 2008, the total amount equals US $6,835,220.50. Schedule 2 as attached hereto contains the calculation of the accrued coupon interest for the period from August 4, 2008 through September 15, 2008.

4. Claimant's claims against LBHI also include claims for any other breaches, including, without limitation, any currently unliquidated and unknown breaches, by LBHI of representations, warranties, covenants or agreements under the Transaction Documents. Such claims include, without limitation, claims arising from LBHI's failure to timely perform, or failure to perform in good faith, in accordance with any such terms.

5. Claimant will amend and supplement this Proof of Claim as additional facts relevant to its claims in connection with the Transaction become known to it.

## The Proof of Claim

6. No judgment has been rendered on the claims set forth in this Proof of Claim.

7. To the best of Claimant's knowledge, the claims set forth in this Proof of Claim are not subject to any valid setoff or counterclaim by the Debtors; *provided, however,* that

2

WS0501.399995.2

Claimant expressly reserves and does not waive any setoff or recoupment rights that it may possess either by contract or under applicable law.

8. This Proof of Claim is a general unsecured claim, except as it may be determined to be subject to setoff or recoupment, or otherwise determined to be an administrative, priority or secured claim.

9. This Proof of Claim is without prejudice to claims, if any, that Claimant has or may have for payment of an administrative expense allowable under Section 503(b) of the Bankruptcy Code with respect to, arising out of or related to the Transaction, whether or not such amounts are included in this Proof of Claim, and Claimant expressly reserves its rights to file such claim or any similar claim at an appropriate time.

10. The Transaction Documents are voluminous and may contain proprietary information, and the Debtors have copies of them. Consequently, none of the Transaction Documents have been attached hereto. Copies of the Transaction Documents will be provided to the Debtors or their representatives and to other appropriate parties in interest upon request to Gide Loyrette Nouel LLP at the address for notices set forth below and subject to appropriate confidentiality protection, and as required by any further Court order. A copy of the BNP Paribas letter confirming Palatine Asset Management's purchase on May 18, 2006 of the Notes, a Declaration dated as of October 6, 2009, by Banque Palatine, as custody account keeper, that Palatine Asset Management is the holder of the Notes and a Declaration dated September 24, 2009 by Palatine Asset Management confirming the validity of documents supporting this Proof of Claim are attached hereto as Schedule 3.

11. This Proof of Claim is filed without prejudice to the filing by Claimant or any of Claimant's affiliates of additional proofs of claim with respect to any other liability or

indebtedness of the Debtors. Claimant specifically preserves all of its procedural and substantive defenses and rights with respect to any claim that may be asserted against Claimant by the Debtors or any other party in interest in these bankruptcy cases, or any other person or entity whatsoever.

12. Claimant specifically reserves the right to amend this Proof of Claim from time to time to include any previously undiscovered claims that it may have against LBHI with respect to the Transaction.

13. All notices and communications in respect of this Proof of Claim should be forwarded to:

>   Gide Loyrette Nouel LLP
>   120 W. 45th St., 19th Floor
>   New York, NY 10036
>   Attn: Vanessa Tollis, Esq.

14. Filing of this Proof of Claim is not and should not be construed to be: (a) a waiver or release of Claimant's rights against any other entity or person liable for all or part of any claim described herein; (b) a waiver of the right to seek to have the reference withdrawn with respect to (i) the subject matter of these claims, (ii) any objection or other proceedings commenced with respect thereto, or (iii) any other proceedings commenced in this case against or otherwise involving Claimant; (c) a waiver of any right to the subordination, in favor of Claimant, of indebtedness or liens held by creditors of the Debtors; or (d) an election of remedy which waives or otherwise affects any other remedy of Claimant.

4

WS0501.399995.2

# SCHEDULE 1

1. <u>Documents</u>:
   - BNPPARIBAS legal confirmation letter of the sale to Palatine Asset Management of EUR 4,800,000 of ISIN XS0179304869 Notes (the "Notes") on May 18, 2006
   - Bloomberg trade ticket attesting to Palatine Asset Management's purchase of the Notes on May 18, 2006
   - Palatine Asset Management internal trade ticket confirming the purchase of the Notes on May 18, 2006
   - Information Memorandum of the $18,000,000,000 EMTN Program, dated as of August 19, 2003 (the "Information Memorandum")
   - Pricing Supplement, dated October 30, 2003, for EURO 300,000,000 Floating Rate Notes due 2008 to the Information Memorandum
   - Calculation of the accrued coupon interest for the last interest period from August 4, 2008 to September 15, 2008
   - Declaration dated as of October 6, 2009, by Banque Palatine, as custody account keeper, that Palatine Asset Management is the holder of EUR 4,800,000 of Lehman Brothers Holdings FRN-ISIN XS0179304869

| | Schedule 2: Interest Calculation |
|---|---|
| Amount Notes | 4,800,000 € |
| Interest (Euribor 3 months on 7/31/08 + 0.3%) | 5.268% |
| Interest Start Date | 8/4/2008 |
| Interest End Date | 9/15/2008 |
| Number of Days Accrued | 43.00 |
| Interest Amount* | 30,203.20 € |
| Total Claim Amount in EURO | 4,830,203.20 € |
| Exchange Rate EUR/USD | 1.4151 |
| Total Claim Amount in USD | $6,835,220.5 |

* Method of Interest Calculation is: Actual Days/360

## Schedule 3

- BNP Paribas letter confirming Palatine Asset Management's purchase on May 18, 2006 of the Notes.
- Declaration dated October 6, 2009, by Banque Palatine, as custody account keeper, that Palatine Asset Management is the holder of the Notes.
- Declaration dated September 24, 2009 by Palatine Asset Management confirming the validity of documents.

WS0501.406825.1



| | |
|---|---|
| A : | PALATINE ASSET MANAGEMENT |
| Attention : | MIDDLE OFFICE |

| | |
|---|---|
| Telephone : | 33 1 47 54 48 62 |
| Fax : | 9 00 331 4754 4406 |
| Telex : | |

De :   BNP PARIBAS, LONDON
Dans le cadre de cette opération, BNP Paribas UK Ltd a agit en tant qu'arrangeur.

\*\*\* Confirmation de copie \*\*\*

Objet : confirmation de vente. Nous vous confirmons notre engagement à l'opération de vente conclue avec vous agissant en tant que contrepartie Principale, les termes et conditions de l'opération conclue entre nos établissements mentionnée ci-dessus.

**Notre Reference :**   13971775 / 2

CODE ISIN : XS0179304869                    CODE COMMUN : 017930486

LEHMAN BROTHERS HOLDINGS FRN 3.152 (030506-030806) 03/11/2008

| | |
|---|---|
| Date de contrat : | 18 MAI 2006 / Heure de contrat : 11:27 AM |
| Date de valeur : | 23 MAI 2006 |
| Qte Titres : | 4.800 |

| | | |
|---|---|---|
| Nominal : | EUR | 4.800.000,00 |
| Rendement à l'échéance : | 0,0586625550 | |
| Prix en pourcentage : | 100,4866960000 | |

| | | |
|---|---|---|
| Principal : | EUR | 4.823.361,41 |
| Coupon couru 20/360 : | EUR | 8.405,33 |

Prochaine date de détachement de coupon :   03 AOUT 2006

| | | |
|---|---|---|
| **Total :** | EUR | **4.831.766,74** |

Livraison contre paiement de notre compte
EUROCLEAR, BRUSSELS 92542
Vers votre compte
CLEARSTREAM BKING S.A. 54114

Merci de vérifier les informations ci-dessus. Pour toutes réclamations veuillez vous adresser à votre service clientèle sous 24 heures. Passé ce délai, les termes et conditions de cette transaction seront considérés comme admis par vous mêmes.
Dans l'éventualité où une commission a été réglée à une tierce partie vous en serez avisé séparément.
La succursale de BNP Paribas, 10 Harewood Avenue, London NW1 6AA, est agréée par le Comité des Établissements de Crédit et des Entreprises d'Investissement, l'Autorité des Marchés Financiers ainsi que par la Financial Services Authority et est régulée par celle-ci pour l'exercice de son activité au Royaume Uni.
La succursale de BNP Paribas est inscrite sur le registre du commerce en Angleterre et au Pays de Galles sous le n° FC13447.



PARIS, 6th October 2009

Sirs,

I, undersigned, Pilar SANCHEZ, Director of the Financial Instruments and UCITS Department of BANQUE PALATINE, a joint-stock Company with Capital of EUR 532,371,980 having its registered office 42, Rue d'Anjou, 75008 Paris, under identification number 542 104 245 RCS Paris,

Hereby confirm that PALATINE ASSET MANAGEMENT is holding a nominal amount of EUR 4,800,000 of LEHMAN BROTHERS HOLDINGS FRN – ISIN CODE XS0179304869, these securities being deposited with **BFCM (Banque Fédérative du Crédit Mutuel)**, Clearstream account 54114 for Banque Palatine's account, **in Banque Palatine's** quality of custody account keeper, sub A/C PALATINE ASSET MANAGEMENT.

Sincerely yours,

Pilar SANCHEZ

Director of the Financial Instruments and UCITS Department

SIEGE SOCIAL – 42, rue d'Anjou - 75382 Paris Cedex 08 - Tél 01 55 27 94 94 - www.palatine.fr - SIEGE ADMINISTRATIF – Le Péripole, 10, avenue Va ce



**PALATINE ASSET MANAGEMENT**

Paris, 24 September 2009

# DECLARATION

I, undersigned Dominique HARTOG, Chairman of the Managing Board of Palatine Asset Management, attest that the following documents in support of the Lehman Securities Programs proof of claim are true and accurate:

- the BNPPARIBAS legal confirmation letter of the sale to Palatine Asset Management of EUR 4,800,000 of ISIN XS0179304869 Notes (the "Notes") on 18 May 2006,
- the Bloomberg trade ticket attesting to Palatine Asset Management's purchase of the Notes on 18 May 2006,
- Palatine Asset Management internal trade ticket confirming the purchase of the Notes on May 18, 2006,
- Information Memorandum of the $18,000,000,000 EMTN Program, dated as of August 19, 2003,
- Pricing Supplement, dated October 30, 2003, for EUR 300,000,000 Floating Rate Notes due 2008, relating to the Information Memorandum,
- Calculation of the accrued coupon interest for the last interest period from August 4, 2008 to September 15th 2008,
- Declaration dated as of October 6, 2009, by Banque Palatine, as custody account keeper, that Palatine Asset Management is the holder of EUR 4,800,000 of Lehman Brothers Holdings FRN-ISIN XS0179304869.

Yours faithfully,

PALATINE ASSET MANAGEMENT
Dominique HARTOG
Chairman of the Managing Board

H
A
N
D

D
E
L
I
V
E
R
Y

___T?___      ___10-29-09___      ___5:07pm___
RECEIVED BY:        DATE           TIME