BAKER BOTTS L.L.P.
Thomas R. Trowbridge, III (TT 7164)
30 Rockefeller Plaza
New York, New York 10112-4498
Telephone: (212) 408-2500
Facsimile:  (212) 408-2501

Attorneys for Linn Energy, LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x
| In re: | : | Chapter 11 |
| | : | |
| **LEHMAN BROTHERS HOLDINGS, INC.**, *et al.* | : | Case No. 08-13555 (JMP) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
-------------------------------------------------------x

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF ALL PLEADINGS AND DOCUMENTS**

PLEASE TAKE NOTICE that, pursuant to section 1109(b) of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Linn Energy, LLC ("Linn"), by and through its undersigned counsel, hereby appears in the above-captioned chapter 11 cases of Lehman Brothers Holdings, Inc. and its affiliated debtors (the "Debtors") and requests, pursuant to Bankruptcy Rules 2002, 2018, 3017, 9007, and 9010 and section 342 of the Bankruptcy Code, that all papers, pleadings, motions, and applications served or required to be served in this case, be given to and served upon the following:

> **BAKER BOTTS L.L.P.**
> 910 Louisiana Street
> Houston, Texas 77002-4995
> Telephone:  (713) 229-1234
> Facsimile:  (713) 229-1522
> Attn:   Tony M. Davis
> Email: *tony.davis@bakerbotts.com*

HOU01:1148122.1

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and the papers referred to in the Bankruptcy Rules and the Bankruptcy Code specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by ordinary mail, hand delivery, telephone, facsimile, electronic mail, or otherwise, which may affect or seek to affect in any way any rights or interests of Linn with respect to the Debtors' estates, or any related entities, or property or proceeds thereof in which the Debtors' estates may claim an interest.

PLEASE TAKE FURTHER NOTICE that this appearance and request for service of all pleadings and documents is without prejudice to Linn's rights, remedies, and claims against other entities or any objection that may be made to the subject matter jurisdiction of the Court and shall not be deemed or construed to submit Linn to the jurisdiction of the Court. This appearance shall not be deemed or construed to be a waiver of the right of Linn (i) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) to contest service of process, or (v) to exercise any other rights, claims, actions, setoffs, or recoupments to which Linn is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Linn expressly reserves.

Dated:  March 29, 2010

**BAKER BOTTS L.L.P.**

/s/ Thomas R. Trowbridge
Thomas R. Trowbridge, III (TT 7164)
30 Rockefeller Plaza
New York, New York 10112-4498
Telephone: 212.408.2500
Facsimile:  212.408.2501

**COUNSEL FOR LINN ENERGY, LLC**

## CERTIFICATE OF SERVICE

      I hereby certify that on this, the 29th day of March, 2010, a true and correct copy of foregoing pleading was served *via* First Class United States mail, postage prepaid, on the following:

Weil, Gotshal & Manges, LLP
Attn: Richard P. Krasnow
767 Fifth Avenue
New York, New York 10153

Weil, Gotshal & Manges, LLP
Attn: Lori R. Fife
767 Fifth Avenue
New York, New York 10153

Weil, Gotshal & Manges, LLP
Attn: Shai Y. Waisman
767 Fifth Avenue
New York, New York 10153

Weil, Gotshal & Manges, LLP
Attn: Jacqueline Marcus
767 Fifth Avenue
New York, New York 10153

Office of the United States Trustee
Attn: Andrew D. Velez-Rivera
33 Whitehall Street, 21st Floor
New York, New York 10004

                                                /s/ Mary Millwood Gregory
                                                Mary Millwood Gregory