**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x

|  | : |  |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
|  | : |  |
| Debtors. | : | **(Jointly Administered)** |
|  | : |  |

---------------------------------------------------------------------x    **Ref. Docket Nos. 7453, 7454, 7486,**
**7487, 7490, 7526, 7542, 7547, 7549,**
**7551, 7560, 7570, 7582, 7585, 7599,**
**7600, 7620-7623**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK    )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 17, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        /s/ Paul Belobritsky
Sworn to before me this                 Paul Belobritsky
29th day of March, 2010
/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**EXHIBIT "A"**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                              | Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,             | 08-13555 (JMP)
                                                   |
                                                   | (Jointly Administered)
                        Debtors.                   |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  BANC OF AMERICA SECURITIES LLC
     TRANSFEROR: MERRILL LYNCH INTERNATIONAL
     214 N TRYON STREET, NC1-027-14-01
     ATTN: JON BARNES
     CHARLOTTE NC 28255

Please note that your claim # 62931-13 in the above referenced case and in the amount of
     $1,919,618.02        has been transferred **(unless previously expunged by court order)**

YORK ASIAN OPPORTUNITIES MASTER FUND, LP
TRANSFEROR: BANC OF AMERICA SECURITIES LLC
ATTN: ADAM SEMLER-C/O OPERATIONS MGMT
767 FIFTH AVENUE, 17TH FLOOR
NEW YORK NY 10153

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

     UNITED STATES BANKRUPTCY COURT
     Southern District of New York
     One Bowling Green
     New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7454        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/17/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 17, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

> To:  GOLDMAN SACHS LENDING PARTNERS LLC
>      TRANSFEROR: PLAINFIELD SPECIAL SITUATIONS MASTER FUND LTD
>      30 HUDSON STREET, 36TH FL
>      JERSEY CITY NJ 07302

Please note that your claim # 33647 in the above referenced case and in the amount of $12,482,338.77        has been transferred **(unless previously expunged by court order)**

> KING STREET ACQUISITION COMPANY, LLC          KING STREET ACQUISITION COMPANY, LLC
> TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC  SCOTT L. ESBIN
> ATTN: JOE MAUSE/KEVIN ARPS                       ESBIN & ALTER, LLP
> 65 EAST 55TH STREET - 30TH FLOOR                497 SOUTH MAIN STREET
> NEW YORK NY 10022                               NEW CITY NY 10956

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

> UNITED STATES BANKRUPTCY COURT
> Southern District of New York
> One Bowling Green
> New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7599        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/17/2010                              Vito Genna, Clerk of Court

                                              /s/ Paul Belobritsky
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 17, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  GOLDMAN SACHS LENDING PARTNERS LLC
         TRANSFEROR: PLAINFIELD SPECIAL SITUATIONS MASTER FUND LIMITED
         30 HUDSON STREET, 36TH FL
         JERSEY CITY NJ 07302

Please note that your claim # 33468 in the above referenced case and in the amount of
      $12,482,338.77        has been transferred **(unless previously expunged by court order)**

KING STREET ACQUISITION COMPANY, LLC                KING STREET ACQUISITION COMPANY, LLC
TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC      SCOTT L. ESBIN
ATTN: JOE MAUSE/KEVIN ARPS                          ESBIN & ALTER, LLP
65 EAST 55TH STREET - 30TH FLOOR                    497 SOUTH MAIN STREET
NEW YORK NY 10022                                   NEW CITY NY 10956

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7599        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/17/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 17, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re | | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | | 08-13555 (JMP) |
| | | (Jointly Administered) |
| Debtors. | | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

      To:  GOLDMAN SACHS LENDING PARTNERS LLC
           TRANSFEROR: PLAINFIELD SPECIAL SITUATIONS MASTER FUND LTD
           30 HUDSON STREET, 36TH FL
           JERSEY CITY NJ 07302

Please note that your claim # 33646 in the above referenced case and in the amount of
      $12,482,338.77        has been transferred **(unless previously expunged by court order)**

KING STREET ACQUISITION COMPANY, LLC          KING STREET ACQUISITION COMPANY, LLC
TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC  SCOTT L. ESBIN
ATTN: JOE MAUSE/KEVIN ARPS                     ESBIN & ALTER, LLP
65 EAST 55TH STREET - 30TH FLOOR               497 SOUTH MAIN STREET
NEW YORK NY 10022                              NEW CITY NY 10956

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7600       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/17/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 17, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   GOLDMAN SACHS LENDING PARTNERS LLC
      TRANSFEROR: PLAINFIELD SPECIAL SITUATIONS MASTER FUND LIMITED
      30 HUDSON STREET, 36TH FL
      JERSEY CITY NJ 07302

Please note that your claim # 33467 in the above referenced case and in the amount of
       $12,482,338.77       has been transferred (**unless previously expunged by court order**)

KING STREET ACQUISITION COMPANY, LLC          KING STREET ACQUISITION COMPANY, LLC
TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC  SCOTT L. ESBIN
ATTN: JOE MAUSE/KEVIN ARPS                     ESBIN & ALTER, LLP
65 EAST 55TH STREET - 30TH FLOOR               497 SOUTH MAIN STREET
NEW YORK NY 10022                              NEW CITY NY 10956

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7600      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/17/2010                         Vito Genna, Clerk of Court

                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 17, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

> To:   RAVEN CREDIT OPPORTUNITIES MASTER FUND LTD
>       C/O RAVEN ASSET MANAGEMENT, LLC
>       ATTN: KEVIN GERLITZ
>       195 MAPLEWOOD AVE.
>       MAPLEWOOD NJ 07040

Please note that your claim # 23748 in the above referenced case and in the amount of
$1,993,056.00       has been transferred **(unless previously expunged by court order)**

> MERRILL LYNCH CREDIT PRODUCTS, LLC
> TRANSFEROR: RAVEN CREDIT OPPORTUNITIES MASTER FUND LTD
> C/O BANK OF AMERICA MERRILL LYNCH
> ATTN: GARY S. COHEN, RON TOROK
> BANK OF AMERICA TOWER - 3RD FLOOR
> ONE BRYANT PARK
> NEW YORK NY 10036

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

> UNITED STATES BANKRUPTCY COURT
> Southern District of New York
> One Bowling Green
> New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7486       in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/17/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 17, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  RAVEN CREDIT OPPORTUNITIES MASTER FUND LTD
          RAVEN CREDIT OPPORTUNITIES MASTER FUND, LTD.
          C/O RAVEN ASSET MANAGEMENT, LLC
          ATTN: KEVIN GERLITZ
          195 MAPLEWOOD AVENUE
          MAPLEWOOD NJ 07040

Please note that your claim # 22934 in the above referenced case and in the amount of
      $1,993,056.00      has been transferred **(unless previously expunged by court order)**

          MERRILL LYNCH CREDIT PRODUCTS, LLC
          TRANSFEROR: RAVEN CREDIT OPPORTUNITIES MASTER FUND LTD
          ATTN: GARY S. COHEN, RON TOROK
          C/O BANK OF AMERICA MERRILL LYNCH
          BANK OF AMERICA TOWER - 3RD FLOOR
          ONE BRYANT PARK
          NEW YORK NY 10080

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7487     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/17/2010                Vito Genna, Clerk of Court

                            /s/ Paul Belobritsky

                            By: Epiq Bankruptcy Solutions, LLC
                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 17, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

NOTICE: **FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:    VR-LIW GMBH
               GUNNAR MANGEL-GENERAL MANAGER
               GABELSBERGERSTRASSE 1A
               HAMM    59069
               GERMANY

Please note that your claim # 55174-03 in the above referenced case and in the amount of
        $1,091,267.62          has been transferred **(unless previously expunged by court order)**

        CITIGROUP FINANCIAL PRODUCTS INC.                    CITIGROUP FINANCIAL PRODUCTS INC.
        TRANSFEROR: VR-LIW GMBH                              DOUGLAS R. DAVIS
        390 GREENWICH STREET, 4TH FL                         PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
        ATTN: CARL MEYER                                     1285 AVENUE OF THE AMERICAS
        NEW YORK NY 10013                                    NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        Southern District of New York
        One Bowling Green
        New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7582        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/17/2010                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 17, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  CHIBA BANK, LTD, THE
             TREASURY OPERATION DIVISION
             5-3 NIHOMBASHI MUROMACHI 1-CHOME CHUO-KU
             TOKYO    103-1022
             JAPAN

Please note that your claim # 66368 in the above referenced case and in the amount of
        $10,000,000.00        has been transferred **(unless previously expunged by court order)**

             JPMORGAN CHASE BANK, N.A.
             TRANSFEROR: CHIBA BANK, LTD, THE
             4 NEW YORK PLAZA, FLOOR 16
             New York NY 10004

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7490        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/17/2010                    Vito Genna, Clerk of Court


                                    /s/ Paul Belobritsky
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 17, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  GOLDMAN SACHS JAPAN CO., LTD
             TRANSFEROR: HIRAKATA SHINKIN BANK
             1-6-6 MARUNOUCHI
             CHIYODA-KU
             TOKYO   100-8288
             JAPAN

Please note that your claim # 62783-01 in the above referenced case and in the amount of
        $4,746,760.00        has been transferred (**unless previously expunged by court order**)

            GOLDMAN, SACHS & CO.                          GOLDMAN, SACHS & CO.
            TRANSFEROR: GOLDMAN SACHS JAPAN CO., LTD      MANAGING CLERK
            30 HUDSON STREET, 36TH FLOOR                  RICHARDS KIBBE & ORBE LLP
            JERSEY CITY NJ 07302                          ONE WORLD FINANCIAL CENTER
                                                          NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7542        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/17/2010                            Vito Genna, Clerk of Court


                                            /s/ Paul Belobritsky
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 17, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                              |    Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,             |    08-13555 (JMP)
                                                   |
                                                   |    (Jointly Administered)
                        Debtors.                   |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

            To:  HIRAKATA SHINKIN BANK
                 TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION)
                 14-36, OKAHIGASHI-CHO
                 HIRAKATA-SHI
                 OSAKA    573-0032
                 JAPAN

Please note that your claim # 62783-01 in the above referenced case and in the amount of
        $4,746,760.00        has been transferred **(unless previously expunged by court order)**

            GOLDMAN SACHS JAPAN CO., LTD
            TRANSFEROR: HIRAKATA SHINKIN BANK
            1-6-6 MARUNOUCHI
            CHIYODA-KU
            TOKYO    100-8288
            JAPAN

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7370        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/17/2010                            Vito Genna, Clerk of Court


                                            /s/ Paul Belobritsky
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 17, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

|                                                    |
| In re                                              | Chapter 11 Case No.
|                                                    |
| LEHMAN BROTHERS HOLDINGS INC., et al.,             | 08-13555 (JMP)
|                                                    |
|                                                    | (Jointly Administered)
|                      Debtors.                      |
|                                                    |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  MIZUHO SECURITIES CO LTD                             MIZUHO SECURITIES CO LTD
     ATTENTION: CREDIT TRADING & DERIVATIVE PRODUCTS DEPARTMENT     STROOCK & STROOCK & LAVAN LLP
     OTEMACHI FIRST SQUARE                                ATTENTION: SHERRY MILLMAN ESQ.
     1-5-1, OTEMACHI                                      180 MAIDEN LANE
     CHIYODA-KU, TOKYO    100-0004                        NEW YORK NY 10038
     JAPAN

Please note that your claim # 44616-02 in the above referenced case and in the amount of
     $473,917.49       has been transferred (**unless previously expunged by court order**)

     RBS SECURITIES JAPAN LIMTED
     TRANSFEROR: MIZUHO SECURITIES CO LTD
     JAEIK OH
     TOKYO CREDIT TRADING
     SHIN-MARUNOUCHI CENTER BUILDING
     1-6-2 MARUNOUCHI CHIYODA-KU
     TOKYO    100-0005
     JAPAN

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7549      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/17/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 17, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  RBS SECURITIES JAPAN LIMTED
        TRANSFEROR: MIZUHO SECURITIES CO LTD
        JAEIK OH
        TOKYO CREDIT TRADING
        SHIN-MARUNOUCHI CENTER BUILDING
        1-6-2 MARUNOUCHI CHIYODA-KU
        TOKYO    100-0005
        JAPAN

Please note that your claim # 44616-02 in the above referenced case and in the amount of
     $473,917.49       has been transferred **(unless previously expunged by court order)**

        THE ROYAL BANK OF SCOTLAND, PLC
        TRANSFEROR: RBS SECURITIES JAPAN LIMTED
        600 STEAMBOAT ROAD
        GREENWICH CT 06830

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        Southern District of New York
        One Bowling Green
        New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7551     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/17/2010                  Vito Genna, Clerk of Court

                            /s/ Paul Belobritsky
                                            _____
                            By: Epiq Bankruptcy Solutions, LLC
                               as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 17, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
|  | (Jointly Administered) |
| Debtors. |  |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C.      SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C.
    ON BEHALF OF BANESTO GARANTIZADO MULTIPORTUNIDAD 4X4 II, FI  O'MELVENY & MYERS LLP
    ATTN: ANTONIO FAZ ESCANO & MARIA ESPERANZA MONTE CARRASCO  ATTN: GERALD C. BENDER, ESQ.
    CIUDAD GRUPO SANTANDER      TIMES SQUARE TOWER
    AVDA. DE CANTABRIA, S/N EDIFICIO PINAR    7 TIMES SQUARE
    BOADILLA DEL MONTE      NEW YORK NY 10036
    MADRID    28660
    SPAIN

Please note that your claim # 22261 in the above referenced case and in the amount of
$477,802.18       has been transferred **(unless previously expunged by court order)**

    BANCO ESPANOL DE CREDITO, S.A.
    TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C.
    C/O SIDLEY AUSTIN LLP
    787 SEVENTH AVENUE
    ATTN: ROBERT SCHEININGER
    NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

    UNITED STATES BANKRUPTCY COURT
    Southern District of New York
    One Bowling Green
    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7623   in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/17/2010          Vito Genna, Clerk of Court

          /s/ Paul Belobritsky

          By: Epiq Bankruptcy Solutions, LLC
             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 17, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. ON BEHALF OF BANESTO          SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C.
     GARANTIZADO OCASION, FI                                                   O'MELVENY & MYERS LLP
     ATTN: ANTONIO FAZ ESCANO; MARIA ESPERANZA MONTE CARRASCO                  ATTN: GERALD C. BENDER, ESQ.
     CUIDAD GRUPO SANTANDER.; AVDA. DE CANTABRIA, S/N                          TIMES SQUARE TOWER
     EDIFICIO PINAR                                                            7 TIMES SQUARE
     28660. BOADILLA DEL MONTE.                                                NEW YORK NY 10036
     MADRID
     SPAIN

Please note that your claim # 22251 in the above referenced case and in the amount of
     $1,755,552.42          has been transferred (**unless previously expunged by court order**)

     BANCO ESPANOL DE CREDITO, S.A.
     TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. ON BEHALF OF B
     C/O SIDELY AUSTIN LLP
     ATTN: ROBERT SCHEININGER
     787 SEVENTH AVENUE
     NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7620          in your objection.
If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/17/2010                           Vito Genna, Clerk of Court


                                           /s/ Paul Belobritsky
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 17, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re | | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | | 08-13555 (JMP) |
| | | (Jointly Administered) |
| Debtors. | | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. ON BEHALF OF BANESTO          SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C.
    GARANTIZADO MULTIOPORTUNIDAD 4X4 II, FI                                   O'MELVENY & MYERS LLP
    ATTN: ANTONIO FAZ ESCANO; MARIA ESPERANZA MONTE CARRASCO                  ATTN: GERALD C. BENDER, ESQ.
    CUIDAD GRUPO SANTANDER.; AVDA. DE CANTABRIA, S/N                          TIMES SQUARE TOWER
    EDIFICIO PINAR                                                            7 TIMES SQUARE
    28660. BOADILLA DEL MONTE.                                                NEW YORK NY 10036
    MADRID
    SPAIN

Please note that your claim # 22252 in the above referenced case and in the amount of
      $477,802.18          has been transferred (**unless previously expunged by court order**)

    BANCO ESPANOL DE CREDITO, S.A.
    TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. ON BEHALF OF B
    C/O SIDLEY AUSTIN LLP
    787 SEVENTH AVENUE
    ATTN: ROBERT SCHEININGER
    NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7621       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/17/2010                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 17, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. ON BEHALF OF BANESTO          SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C.
     GARANTIZADO OCCASION, FI                                                   O'MELVENY & MYERS LLP
     ATTN: ANTONIO FAZ ESCANO; MARIA ESPERANZA MONTE CARRASCO                   ATTN: GERALD C. BENDER, ESQ.
     CUIDAD GRUPO SANTANDER.; AVDA. DE CANTABRIA, S/N                           TIMES SQUARE TOWER
     EDIFICIO PINAR                                                             7 TIMES SQUARE
     28660. BOADILLA DEL MONTE.                                                 NEW YORK NY 10036
     MADRID
     SPAIN

Please note that your claim # 22253 in the above referenced case and in the amount of
     $1,755,552.42        has been transferred **(unless previously expunged by court order)**

     BANCO ESPANOL DE CREDITO, S.A.
     TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. ON BEHALF OF B
     C/O SIDLEY AUSTIN LLP
     787 SEVENTH AVENUE
     ATTN: ROBERT SCHEININGER
     NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

     UNITED STATES BANKRUPTCY COURT
     Southern District of New York
     One Bowling Green
     New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7622     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/17/2010                           Vito Genna, Clerk of Court


                                           /s/ Paul Belobritsky
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 17, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                              |
In re                         |       Chapter 11 Case No.
                              |
LEHMAN BROTHERS HOLDINGS INC., et al., |   08-13555 (JMP)
                              |
                              |       (Jointly Administered)
              Debtors.        |
                              |
_____|
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  C.V.I. G.V.F. (LUX) MASTER S.A.R.L.
     C/O CARVAL INVESTORS, UK, LTD
     KNOWLE HILL PARK, FAIRMILE LANE
     COBHAM
     SURREY    KT11 2PD
     UNITED KINGDOM
```

Please note that your claim # 59098-01 in the above referenced case and in the amount of $78,691,815.00    has been transferred **(unless previously expunged by court order)**

```
GOLDMAN, SACHS & CO.                        GOLDMAN, SACHS & CO.
TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L.   MANAGING CLERK
30 HUDSON STREET, 36TH FLOOR                RICHARDS KIBBE & ORBE LLP
JERSEY CITY NJ 07302                        ONE WORLD FINANCIAL CENTER
                                            NEW YORK NY 10281
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7585    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/17/2010                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 17, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   CANTAB CAPITAL PARTNERS LLP                      CANTAB CAPITAL PARTNERS LLP
      ATTN: CHRIS PUGH                                 DAVID A. SULLIVAN
      DAEDALUS HOUSE                                   CLIFFORD CHANCE UP LLP
      STATION ROAD                                     31 W 52ND STREET
      CAMBRIDGE    CB1 2RE                              NEW YORK NY 10019
      UNITED KINGDOM

Please note that your claim # 22011 in the above referenced case and in the amount of
      $1,649,066.67        has been transferred **(unless previously expunged by court order)**

      NEUBERGER BERMAN MANAGEMENT, LLC                 NEUBERGER BERMAN MANAGEMENT, LLC
      TRANSFEROR: CANTAB CAPITAL PARTNERS LLP          HAROLD OLSEN, ESQ.
      605 THIRD AVENUE                                 STROOCK & STROOCK & LAVAL LLP
      ATTN: ANDREW ALLARD                              180 MAIDEN LANE
      NEW YORK NY 10158-3698                           NEW YORK NY 10038

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF**
**YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7570     in your objection.
If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL**
**BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/17/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 17, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  DEUTSCHE BANK AG LONDON BRANCH                    DEUTSCHE BANK AG LONDON BRANCH
     ATTN: MICHAEL SUTTON, SIMON GLENNIE & CANDICE CHENG    CONOR MCGOVERN
     WINCHESTER HOUSE                                   DEUTSCHE BANK AG, LONDON BRANCH, LONDON LOAN
     1 GREAT WINCHESTER STREET                          21ST FLOOR, 99 BISHOPSGATE
     LONDON    EC2N 2DB                                 LONDON EC2M 3XD UNITED KINGDOM
     UNITED KINGDOM

Please note that your claim # 59718-01 in the above referenced case and in the amount of
        $1.00        has been transferred **(unless previously expunged by court order)**

YORK ASIAN OPPORTUNITIES MASTER FUND, LP
TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH
ATTN: ADAM SEMLER-C/O OPERATIONS MGMT
767 FIFTH AVENUE, 17TH FLOOR
NEW YORK NY 10153

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7453        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/17/2010                    Vito Genna, Clerk of Court


                                    /s/ Paul Belobritsky
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 17, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  MERRILL LYNCH INTERNATIONAL                MERRILL LYNCH INTERNATIONAL
     MERRILL LYNCH FINANCIAL CENTRE             CADWALADER, WICKERSHAM & TAFT LLP
     ATTN: MS. ANNIKA WESTLING                  ATTN: MS. JILL KAYLOR
     2 KING EDWARD STREET                       ONE WORLD FINANCIAL CENTER
     LONDON    EC1A 1HQ                         NEW YORK NY 10281
     UNITED KINGDOM

Please note that your claim # 59506 in the above referenced case and in the amount of
      $2,221,447.00        has been transferred (**unless previously expunged by court order**)

BANC OF AMERICA SECURITIES LLC
TRANSFEROR: MERRILL LYNCH INTERNATIONAL
214 N TRYON STREET, NC1-027-14-01
ATTN: JON BARNES
CHARLOTTE NC 28255

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7547        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/17/2010                         Vito Genna, Clerk of Court


                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 17, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | |
| | (Jointly Administered) |
| Debtors. | |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: MERRILL LYNCH INTERNATIONAL            MERRILL LYNCH INTERNATIONAL
    MERRILL LYNCH FINANCIAL CENTRE         CADWALADER, WICKERSHAM & TAFT LLP
    ATTN: MS. ANNIKA WESTLING              ATTN: MS. JILL KAYLOR
    2 KING EDWARD STREET                   ONE WORLD FINANCIAL CENTER
    LONDON    EC1A 1HQ                      NEW YORK NY 10281
    UNITED KINGDOM

Please note that your claim # 59509-01 in the above referenced case and in the amount of $4,366,932.93       has been transferred (**unless previously expunged by court order**)

BANC OF AMERICA SECURITIES LLC
TRANSFEROR: MERRILL LYNCH INTERNATIONAL
214 N TRYON STREET, NC1-027-14-01
ATTN: JON BARNES
CHARLOTTE NC 28255

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7560        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/17/2010                      Vito Genna, Clerk of Court


                                      /s/ Paul Belobritsky
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 17, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: NOMURA INTERNATIONAL PLC
    TRANSFEROR: COLLINS STEWART (CI) LTD
    25 BANK STREET
    LONDON    E14 5LS
    UNITED KINGDOM

Please note that your claim # 42676 in the above referenced case and in the amount of
    $2,430,945.00       has been transferred (**unless previously expunged by court order**)

YORK EUROPEAN FOCUS MASTER FUND, LP
TRANSFEROR: NOMURA INTERNATIONAL PLC
ATTN: ADAM SEMLER-C/O OPERATIONS MGMT
767 FIFTH AVENUE, 17TH FLOOR
NEW YORK NY 10153

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7526      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/17/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 17, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                           |
In re                                      |    Chapter 11 Case No.
                                           |
                                           |    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,     |
                                           |    (Jointly Administered)
                                           |
                     Debtors.              |
                                           |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
     To:  CANTAB CAPITAL PARTNERS LLP              CANTAB CAPITAL PARTNERS LLP
          DAVID A. SULLIVAN                        ATTN: CHRIS PUGH
          CLIFFORD CHANCE UP LLP                   DAEDALUS HOUSE
          31 W 52ND STREET                         STATION ROAD
          NEW YORK NY 10019                        CAMBRIDGE    CB1 2RE
                                                   UNITED KINGDOM
```

Please note that your claim # 22011 in the above referenced case and in the amount of
    $1,649,066.67        has been transferred **(unless previously expunged by court order)**

```
     NEUBERGER BERMAN MANAGEMENT, LLC             NEUBERGER BERMAN MANAGEMENT, LLC
     HAROLD OLSEN, ESQ.                           TRANSFEROR: CANTAB CAPITAL PARTNERS LLP
     STROOCK & STROOCK & LAVAL LLP                605 THIRD AVENUE
     180 MAIDEN LANE                              ATTN: ANDREW ALLARD
     NEW YORK NY 10038                            NEW YORK NY 10158-3698
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7570       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/17/2010                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 17, 2010.

**EXHIBIT "B"**

TIME: 12:19:39
DATE: 03/17/10                                                                 PAGE: 1

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| BANC OF AMERICA SECURITIES LLC | TRANSFEROR: MERRILL LYNCH INTERNATIONAL, 214 N TRYON STREET, NC1-027-14-01 ATTN: JON BARNES CHARLOTTE NC 28255 |
| BANCO ESPANOL DE CREDITO, S.A. | TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. C/O SIDLEY AUSTIN LLP 787 SEVENTH AVENUE ATTN: ROBERT SCHEININGER NEW YORK NY 10019 |
| BANCO ESPANOL DE CREDITO, S.A. | TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. ON BEHALF OF B C/O SIDLEY AUSTIN LLP ATTN: ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019 |
| BANCO ESPANOL DE CREDITO, S.A. | TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. ON BEHALF OF B C/O SIDLEY AUSTIN LLP 787 SEVENTH AVENUE ATTN: ROBERT SCHEININGER NEW YORK NY 10019 |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: C/O CARVAL INVESTORS UK, LTD KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY KT11 2PD UNITED KINGDOM |
| CANTAB CAPITAL PARTNERS LLP | ATTN: CHRIS PUGH DAEDALUS HOUSE STATION ROAD CAMBRIDGE CB1 2RE UNITED KINGDOM |
| CANTAB CAPITAL PARTNERS LLP | DAVID A. SULLIVAN CLIFFORD CHANCE UP LLP 31 W 52ND STREET NEW YORK NY 10019 |
| CHIBA BANK, LTD, THE | TREASURY OPERATION DIVISION 5-3 NIHOMBASHI MUROMACHI 1-CHOME CHUO-KU TOKYO 103-1022 JAPAN |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: DOUGLAS R. DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: VR-LIW GMBH 390 GREENWICH STREET, 4TH FL ATTN: CARL MEYER NEW YORK NY 10013 |
| DEUTSCHE BANK AG LONDON BRANCH | ATTN: MICHAEL SUTTON, SIMON GLENNIE & CANDICE CHENG WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG LONDON BRANCH | CONOR MCGOVERN DEUTSCHE BANK AG, LONDON BRANCH, LONDON LOAN OPERATIONS 21ST FLOOR, 99 BISHOPSGATE LONDON EC2M 3XD UNITED KINGDOM |
| DEUTSCHE BANK AG JAPAN CO., LTD | TRANSFEROR: HIRAKATA SHINKIN BANK 1-6-6 MARUNOUCHI CHIYODA-KU TOKYO 100-8288 JAPAN |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: PLAINFIELD SPECIAL SITUATIONS MASTER FUND LIMITED 30 HUDSON STREET, 36TH FL JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: PLAINFIELD SPECIAL SITUATIONS MASTER FUND LTD 30 HUDSON STREET, 36TH FL JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | STROOCK & STROOCK & LAVAN LLP ATTENTION: SHERRY MILLMAN ESQ 180 MAIDEN LANE NEW YORK NY 10038 |
| HIRAKATA SHINKIN BANK | TRANSFEROR: GOLDMAN SACHS CREDIT PARTNERS L.P. 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) 14-36, OKAHIGASHI-CHO HIRAKATA-SHI OSAKA 573-0032 JAPAN |
| KING STREET ACQUISITION COMPANY, LLC | SCOTT L. ESBIN ESBIN & ALTER, LLP 497 SOUTH MAIN STREET NEW CITY NY 10956 |
| KING STREET ACQUISITION COMPANY, LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: JOE MAUSE/KEVIN ARPS 65 EAST 55TH STREET - 30TH FLOOR NEW YORK NY 10022 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: RAVEN CREDIT OPPORTUNITIES MASTER FUND LTD ATTN: GARY S. COHEN, RON TOROK C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: RAVEN CREDIT OPPORTUNITIES MASTER FUND LTD C/O BANK OF AMERICA MERRILL LYNCH ATTN: GARY S. COHEN, RON TOROK BANK OF |
| MERRILL LYNCH INTERNATIONAL | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MS. JILL KAYLOR ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MERRILL LYNCH INTERNATIONAL | MERRILL LYNCH FINANCIAL CENTER ATTN: MS. ANNIKA WESTLING 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM |
| MIZUHO SECURITIES CO LTD | ATTENTION: CREDIT TRADING & DERIVATIVE PRODUCTS DEPARTMENT OTEMACHI FIRST SQUARE 1-5-1, OTEMACHI CHIYODA-KU, TOKYO 100-0004 JAPAN |
| MIZUHO SECURITIES CO LTD | STROOCK & STROOCK & LAVAN LLP ATTENTION: SHERRY MILLMAN ESQ 180 MAIDEN LANE NEW YORK NY 10038 |
| NEUBERGER BERMAN MANAGEMENT, LLC | HAROLD OLSEN, ESQ. STROOCK & STROOCK & LAVAL LLP 180 MAIDEN LANE NEW YORK NY 10038 |
| NEUBERGER BERMAN MANAGEMENT, LLC | TRANSFEROR: CANTAB CAPITAL PARTNERS LLP 605 THIRD AVENUE ATTN: ANDREW ALLARD NEW YORK NY 10158-3698 |
| NOMURA INTERNATIONAL PLC | COLLINS STEWART (CI) LTD 25 BANK STREET NEW YORK NY 10158-3698 |
| RAVEN CREDIT OPPORTUNITIES MASTER FUND LTD | C/O RAVEN ASSET MANAGEMENT, LLC ATTN: KEVIN GERLITZ 195 MAPLEWOOD AVE. MAPLEWOOD NJ 07040 |
| RAVEN CREDIT OPPORTUNITIES MASTER FUND LTD | RAVEN CREDIT OPPORTUNITIES MASTER FUND, LLC ATTN: KEVIN GERLITZ 195 MAPLEWOOD AVENUE MAPLEWOOD NJ 07040 |
| RBS SECURITIES JAPAN LIMITED | C/O MIZUHO SECURITIES CO LTD JAEIK OH TOKYO CREDIT TRADING SHIN-MARUNOUCHI CENTER BUILDING 1-6-2 MARUNOUCHI CHIYODA-KU TOKYO |
| SANTANDER ASSET MANAGEMENT, S.A., S.G.I.I.C. | O'MELVENY & MYERS LLP ATTN: GERALD C. BENDER, ESQ. TIMES SQUARE TOWER 7 TIMES SQUARE NEW YORK NY 10036 |
| SANTANDER ASSET MANAGEMENT, S.A., S.G.I.I.C. | ON BEHALF OF BANESTO GARANTIZADO MLITIOPORTUNIDAD 4X4 II, FI ATTN: ANTONIO FAZ ESCANO, MARIA ESPERANZA MONTE CARRASCO CIUDAD GRUPO SANTANDER., AVDA. DE CANTABRIA, S/N |
| SANTANDER ASSET MANAGEMENT, S.A., S.G.I.I.C. | ON BEHALF OF BELGRAVE... ATTN: ANTONIO FAZ ESCANO, MARIA ESPERANZA MONTE CARRASCO CIUDAD GRUPO SANTANDER., AVDA. DE CANTABRIA, S/N |
| SANTANDER ASSET MANAGEMENT, S.A., S.G.I.I.C. | ON BEHALF OF... ATTN: ANTONIO FAZ ESCANO, MARIA ESPERANZA MONTE CARRASCO CIUDAD GRUPO SANTANDER.; AVDA. DE CANTABRIA, S/N |
| SANTANDER ASSET MANAGEMENT, S.A., S.G.I.I.C. | ON BEHALF OF... ATTN: ANTONIO FAZ ESCANO, MARIA ESPERANZA MONTE CARRASCO CIUDAD GRUPO SANTANDER., AVDA. DE CANTABRIA, S/N |
| SANTANDER ASSET MANAGEMENT, S.A., S.G.I.I.C. | ON BEHALF OF... ATTN: ANTONIO FAZ ESCANO, MARIA ESPERANZA MONTE CARRASCO CIUDAD GRUPO SANTANDER., AVDA. DE CANTABRIA, S/N |
| THE ROYAL BANK OF SCOTLAND, PLC | RBS SECURITIES JAPAN LIMITED 600 STEAMBOAT ROAD GREENWICH CT 06830 |
| VR-LIW GMBH | GUNNAR MANGEL-GENERAL MANAGER GABELSBERGERSTRASSE 1A HAMM 59069 GERMANY |
| YORK ASIAN OPPORTUNITIES MASTER FUND, LP | TRANSFEROR: BANC OF AMERICA SECURITIES LLC ATTN: ADAM SEMLER-C/O OPERATIONS MGMT 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORK ASIAN OPPORTUNITIES MASTER FUND, LP | TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH ATTN: ADAM SEMLER-C/O OPERATIONS MGMT 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORK EUROPEAN FOCUS MASTER FUND, LP | TRANSFEROR: NOMURA INTERNATIONAL PLC ATTN: ADAM SEMLER-C/O OPERATIONS MGMT 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |

Total Number of Records Printed    45

**EXHIBIT "C"**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153