**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
                                                    :
In re                                               :        **Chapter 11 Case No.**
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*        :        **08-13555 (JMP)**
                                                    :
                        **Debtors.**                :        **(Jointly Administered)**
                                                    :
------------------------------------------------------------------------x        **Ref. Docket Nos. 7590-7592**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK         )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York,
    New York 10017.  I am over the age of eighteen years and am not a party to the above-
    captioned action.

2.  On March 18, 2010, I caused to be served personalized "Notice of Transfer of Claim
    Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are
    annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized
    Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first
    class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies
    of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be
    delivered by first class mail to the party listed on the annexed Exhibit "C".

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."


                                                    /s/ Paul Belobritsky
Sworn to before me this                             Paul Belobritsky
29th day of March, 2010
/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**EXHIBIT "A"**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE OF DEFECTIVE TRANSFER**

Transferor:   RAIFFEISENLANDESBANK OBEROSTERREICH AKTIENGESELLSCHAFT
              ATTN: MAG. REINHARD TRINKL
              EUROPAPLATZ 1A
              LINZ A-4020 AUSTRIA

Additional:

Transferee:   OAKTREE HUNTINGTON INVESTMENT FUND LP
              C/O OAKTREE CAPITAL MANAGEMENT, LP
              333 SOUTH GRAND AVE, 28TH FL
              ATTN: PENNY ROBBINS
              LOS ANGELES CA 90071

**Your transfer   of claim #   35510   is defective for the reason(s) checked below:**

Can Not Locate Creditor

Docket Number 7591                Date 03/16/10

/s/ Paul Belobritsky
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on   March 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE OF DEFECTIVE TRANSFER**

Transferor:   RAIFFEISENLANDESBANK OBEROSTERREICH AKTIENGESELLSCHAFT
              ATTN: MAG. REINHARD TRINKL
              EUROPAPLATZ 1A
              LINZ A-4020 AUSTRIA

Additional:

Transferee:   OAKTREE OPPORTUNITIES FUND VIII DELAWARE
              C/O OAKTREE CAPITAL MANAGEMENT, LP
              333 SOUTH GRAND AVE, 28TH FL
              ATTN: PENNY ROBBINS
              LOS ANGELES CA 90071

**Your transfer   of claim #   35510   is defective for the reason(s) checked below:**

Can Not Locate Creditor

Docket Number 7590              Date 03/16/10

/s/ Paul Belobritsky
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

### NOTICE OF DEFECTIVE TRANSFER

Transferor:   RAIFFEISENLANDESBANK OBEROSTERREICH AKTIENGESELLSCHAFT
               ATTN: MAG. REINHARD TRINKL
               EUROPAPLATZ 1A
               LINZ A-4020 AUSTRIA

Additional:

Transferee:   OCM OPPORTUNITIES FUND VII DELAWARE, LP
               C/O OAKTREE CAPITAL MANAGEMENT, LP
               333 SOUTH GRAND AVE, 28TH FL
               ATTN: PENNY ROBBINS
               LOS ANGELES CA 90071

**Your transfer  of claim # 35510  is defective for the reason(s) checked below:**

Can Not Locate Creditor

Docket Number 7592          Date 03/16/10

/s/ Paul Belobritsky
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 18, 2010.

**EXHIBIT "B"**

TIME: 17:10:58
DATE: 03/18/10

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|------|---------|
| OAKTREE HUNTINGTON INVESTMENT FUND LP | C/O OAKTREE CAPITAL MANAGEMENT, LP 333 SOUTH GRAND AVE, 28TH FL ATTN: PENNY ROBBINS LOS ANGELES CA 90071 |
| OAKTREE OPPORTUNITIES FUND VII DELAWARE | C/O OAKTREE CAPITAL MANAGEMENT, LP 333 SOUTH GRAND AVE, 28TH FL ATTN: PENNY ROBBINS LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VII DELAWARE, LP | C/O OAKTREE CAPITAL MANAGEMENT, LP 333 SOUTH GRAND AVE, 28TH FL ATTN: PENNY ROBBINS LOS ANGELES CA 90071 |
| RAIFFEISENLANDESBANK OBEROSTERREICH AKTIENGESELLSCHAFT | REINHARD TRINK, EUROPAPLATZ 1A LINZ A-4020 AUSTRIA |

Total Number of Records Printed        4

EPIQ BANKRUPTCY SOLUTIONS, LLC

# EXHIBIT "C"

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153